<pre>
 1                      UNITED STATES DISTRICT COURT

 2                      EASTERN DISTRICT OF LOUISIANA

 3
     *********************************************************************
 4
     IN RE:  KATRINA CANAL
 5   BREACHES CONSOLIDATED
     LITIGATION
 6
                                   CIVIL ACTION NO. 05-4182
 7                                 SECTION "K"(2)
                                   NEW ORLEANS, LOUISIANA
 8                                 THURSDAY, MARCH 17, 2011, 1:30 P.M.
     PERTAINS TO:
 9
     ARMSTRONG, C.A. NO. 10-866
10
     ENTERGY, C.A. NO. 10-77
11
     *********************************************************************
12

13             TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
            HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
14                      UNITED STATES DISTRICT JUDGE

15

16   APPEARANCES:

17
     FOR THE PLAINTIFFS:              BRUNO & BRUNO
18                                    BY:   JOSEPH M. BRUNO, ESQUIRE
                                      855 BARONNE STREET
19                                    NEW ORLEANS LA  70113

20
                                      THE ANDRY LAW FIRM
21                                    BY:   JONATHAN B. ANDRY, ESQUIRE
                                      610 BARONNE STREET
22                                    NEW ORLEANS LA  70113

23
                                      LAW OFFICE OF ELWOOD STEVENS JR
24                                    BY:   ELWOOD STEVENS JR, ESQUIRE
                                      1205 VICTOR II BOULEVARD
25                                    MORGAN CITY LA  70381
</pre>

01:32PM

```
 1   APPEARANCES CONTINUED:

 2

 3                                  DOMENGEAUX WRIGHT ROY & EDWARDS
                                    BY:  JAMES P. ROY, ESQUIRE
 4                                  P. O. BOX 3668
                                    556 JEFFERSON STREET
 5                                  LAFAYETTE LA  70502

 6

 7                                  FAYARD & HONEYCUTT
                                    BY:  CALVIN FAYARD, JR, ESQUIRE
 8                                  519 FLORIDA AVENUE SOUTHWEST
                                    DENHAM SPRINGS LA  70726

 9

10                                  TRIAL LAW FIRM
                                    BY:  ANDREW P. OWEN, ESQUIRE
11                                  800 WILSHIRE BOULEVARD
                                    SUITE 500
12                                  LOS ANGELES CA  90017

13   FOR ENTERGY CORPORATION:       GORDON ARATA MCCOLLAM
                                    DUPLANTIS & EAGAN
14                                  BY:  EWELL EGAN, JR., ESQUIRE
                                         NINA W. ENGLISH, ESQUIRE
15                                       WENDY H. ROBINSON, ESQUIRE
                                    201 ST. CHARLES AVENUE
16                                  SUITE 4000
                                    NEW ORLEANS LA  70170

17

18                                  THE GILBERT FIRM
                                    BY:  ELISA T. GILBERT, ESQUIRE
19                                  325 EAST 57TH STREET
                                    NEW YORK NY  10022

20

21   FOR COMMONWEALTH INSURANCE
     COMPANY:                       SHERMAN LAW FIRM
22                                  BY:  KEA SHERMAN, ESQUIRE
                                    5221 CAMP STREET
23                                  NEW ORLEANS, LA 70115

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE UNITED STATES
     OF AMERICA:                        DEPARTMENT OF JUSTICE
 4                                       BY:  ROBIN D. SMITH, ESQUIRE
                                              JAMES MCCONNON, JR., ESQ.
 5                                       TORTS BRANCH, CIVIL DIVISION
                                         BENJAMIN FRANKLIN STATION
 6                                       P.O. BOX 888
                                         WASHINGTON DC  20044
 7

 8   FOR WASHINGTON GROUP
     INTERNATIONAL, INC.:               STONE PIGMAN WALTHER WITTMANN
 9                                       BY:  WILLIAM D. TREEBY, ESQUIRE
                                         546 CARONDELET STREET
10                                       NEW ORLEANS LA  70130

11

12   FOR THE BOARD OF COMMISSIONERS
     FOR THE ORLEANS LEVEE DISTRICT:    MCCRANIE SISTRUNK ANZELMO
13                                       HARDY MAXWELL & MCDANIEL
                                         BY:  THOMAS P. ANZELMO, ESQUIRE
14                                       3445 N. CAUSEWAY BOULEVARD
                                         SUITE 800
15                                       METAIRIE LA  70002

16

17   FOR BOARD OF COMMISSIONERS FOR
     THE LAKE BORGNE BASIN LEVEE
     DISTRICT:                          DUPLASS, ZWAIN, BOURGEOIS,
18                                       MORTON, PFISTER & WEINSTOCK
                                         BY:  ANDREW WEINSTOCK, ESQUIRE
19                                       3838 N. CAUSEWAY BOULEVARD
                                         SUITE 2900
20                                       METAIRIE LA  70002

21   ALSO APPEARING:                    JONES DAY
                                         BY:  ADRIAN WAGER-ZITO, ESQUIRE
22                                       51 LOUISIANA AVENUE N.W.
                                         WASHINGTON DC  20001
23

24                                       BRENDA O'BRIEN, ESQUIRE

25
```

1   APPEARANCES CONTINUED:

2

3   OFFICIAL COURT REPORTER:      CATHY PEPPER, CCR, RPR, CRR
                                  500 POYDRAS STREET, ROOM B406
4                                 NEW ORLEANS LA   70130
                                  (504) 589-7779
5

6   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
    PRODUCED BY COMPUTER.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# I N D E X

| SPEAKERS | PAGE |
|---|---|
| THE COURT.......................................... | 6 |
| MR. SMITH.......................................... | 16 |
| MR. TREEBY......................................... | 25 |
| MR. BRUNO.......................................... | 32 |
| MR. EAGAN.......................................... | 43 |
| MS. GILBERT........................................ | 44 |
| MR. EAGAN.......................................... | 45 |
| MR. SMITH.......................................... | 46 |
| MR. TREEBY......................................... | 47 |
| MR. BRUNO.......................................... | 48 |
| MR. TREEBY......................................... | 48 |
| MR. BRUNO.......................................... | 49 |
| MR. EAGAN.......................................... | 50 |
| MR. ANZELMO........................................ | 51 |
| MR. BRUNO.......................................... | 52 |
| MR. SMITH.......................................... | 53 |
| MR. TREEBY......................................... | 53 |
| MR. BRUNO.......................................... | 53 |
| MR. WEINSTOCK...................................... | 53 |

**P-R-O-C-E-E-D-I-N-G-S**

THURSDAY, MARCH 17, 2011

A F T E R N O O N   S E S S I O N

(COURT CALLED TO ORDER)


            THE DEPUTY CLERK:  All rise.

            THE COURT:  Good afternoon.

            VOICES:  Good afternoon, Your Honor.

            THE COURT:  Before we commence, I'll give some
preliminary statements, but they are not scripted, so forgive me
if I ramble a bit.  I'll try not to ramble too much, since I
always castigate attorneys when they do.  I should hold myself to
that same standard.  I do appreciate everyone being here for this
conference, which I think is well needed.

            Let me reiterate for the record what I think my
duty is.  You have a duty to your clients, your respective
clients, and I'm confident from what I've seen that all of you
will discharge that duty ethically and zealously under the rules
of the *Canons of Ethics* and as professionals.  But that is your
task.  I was a lawyer for a long time.  I did the same thing.

            From this perspective, my duty is to the system at
large and to all of the litigants, so my perspective is quite
different.  We all know when Katrina occurred, August 29, 2005.
My guess is that closure will not come in all aspects of this in

01:36PM 1   10 years.  Assuming we acted, that I act with all deliberate

01:36PM 2   speed, using due process as I see it, it could always be modified

01:37PM 3   by the Court of Appeal or a higher court than the Court of

01:37PM 4   Appeal.  So 10 years is a long time for anything.  I was thinking

01:37PM 5   about President Kennedy when he talked about, and I've stated

01:37PM 6   this before, when Sputnik occurred and then Russia was ahead of

01:37PM 7   us and he said, well, we have to get a man to the moon.  That was

01:37PM 8   in '61.  Then we had a man on the moon by '69.  Pretty amazing.

01:37PM 9   We're not going to get a man to the moon in this case in that

01:37PM 10  length of time.

01:37PM 11       The judicial system sometimes is cumbersome.  Let's

01:37PM 12  take the government as an example.  The government is a primary

01:37PM 13  defendant in a lot of this.  It has defended itself well and

01:37PM 14  ably.  But from the government's perspective, and you can't blame

01:37PM 15  the government, if this case never went to trial, it would be

01:37PM 16  just fine because that means no judgment would ever be rendered

01:38PM 17  against the government.  Of course, the government has an arsenal

01:38PM 18  of defenses that didn't need to be urged, must be urged, and then

01:38PM 19  need to be ruled on by a trial court and ultimately by a higher

01:38PM 20  court, and perhaps the Supreme Court.

01:38PM 21       We have hundreds of thousands of people who would

01:38PM 22  like closure in this, whatever it is, whether it's bad, good, or

01:38PM 23  indifferent.  I would like to see some of them not be in assisted

01:38PM 24  living facilities, to use a politically correct term, or dead, by

01:38PM 25  the time this thing is over with.  So I'm the person who has to

01:38PM 1   drive that within the confines of the realities of this

01:38PM 2   litigation.  That is my intent; it has always been my intent.

01:38PM 3              Clearly, the *Robinson* matter per se and the issues

01:38PM 4   related thereto have been stayed.  No question.  I understand.

01:39PM 5   But Mr. Bruno, years ago, always said, "Judge, I just want a

01:39PM 6   10-day trial."  This is kind of bigger, for the EBIA issues, EBIA

01:39PM 7   issues, and it was my intent, I would have loved to have tried

01:39PM 8   all of this, maybe all of us would have, I don't know, in the

01:39PM 9   *Robinson* case, so it could all have brought up the EBIA issue.

01:39PM 10  But WGI wasn't a defendant, I don't think, at that time.  It may

01:39PM 11  have been.

01:39PM 12             The Court of Appeal reversing my dismissal of WGI

01:39PM 13  also complicated this, which has nothing to do with any of you.

01:39PM 14  It's just what happened.

01:39PM 15             So that's why we try to kick things off on the

01:39PM 16  motions, to get the preliminary stuff out of the way, the

01:39PM 17  jurisdictional issues, the discretionary function, one way or the

01:39PM 18  other, and so it could be ripe for some kind of hearing.

01:40PM 19             It's my belief that the *Robinson* case -- let's

01:40PM 20  assume the government wins completely in *Robinson*, wins its

01:40PM 21  appeal, it doesn't dispose of this case.  The discretionary

01:40PM 22  function exception arguments are different.  It's a different

01:40PM 23  area, and I know that some of the hydrology does complicate

01:40PM 24  matters, and I'll get into that and, of course, let you talk

01:40PM 25  after I finish my part.

01:40PM 1          I can tell you this:  This Court, and no Court in

01:40PM 2   its right mind, is going to try this case.  Let's assume I don't

01:40PM 3   certify class action.  I'm not going to try a hundred thousand

01:40PM 4   different cases a hundred thousand different times with a hundred

01:40PM 5   thousand different lawyers and with a hundred thousand different

01:40PM 6   defenses.  The government has mentioned *Mendoza*.  I know *Mendoza*

01:41PM 7   does not mean that.  I've read a lot, as much as I could in the

01:41PM 8   short time that we've had, and I am confident you will be able to

01:41PM 9   craft something to get to trial regardless of *Mendoza*.

01:41PM 10         Again, that's another issue for the Court of

01:41PM 11  Appeals to look at.  It would be completely apathetical to have

01:41PM 12  multiple trials on an issue that is discrete to the citizens of

01:41PM 13  New Orleans and the surrounding area involves the same event,

01:41PM 14  Katrina, it involves the same circuit, the Fifth Circuit, and the

01:41PM 15  same judge, me.

01:41PM 16         So that's just my preliminary thinking there.

01:41PM 17  Always, I'm sure, can be edified.  I haven't made a final

01:41PM 18  decision on any of this, just to let you know.  I'm just letting

01:41PM 19  you know candidly what is going through my mind.

01:41PM 20         There's always the issue of bifurcation.  Somebody

01:42PM 21  had mentioned that at one of our conferences.  I was leery of

01:42PM 22  that.  I'm trying to keep an open mind to almost everything.

01:42PM 23  Rule 42, I'm sure you know it, Federal Rule of Procedure 42, I

01:42PM 24  can try any issue I want.  So let's keep that in mind.  I can fix

01:42PM 25  a trial when I want.  Let's keep that in mind.

01:42PM 1          I've invited you to try to have a consensus, and I

01:42PM 2     realize it's difficult, and I didn't expect there would be one,

01:42PM 3     but I also have to think of, like I say, my perspective is

01:42PM 4     different.

01:42PM 5          Further, just as an aside, I feel an obligation to

01:42PM 6     stay on the bench, I'm sure some of you might disagree, but to

01:43PM 7     stay on the bench to get this thing resolved.  Now, senior status

01:43PM 8     have not been the halcyon days that I had hoped.  But the

01:43PM 9     greatest plans of mice, men, and senior judges, and all of us

01:43PM 10    always go astray.

01:43PM 11         There are time constraints, but at the same time,

01:43PM 12    I'm sensitive to many of the issues you have raised in your

01:43PM 13    papers.  They are not frivolous, and I'm going to look at those

01:43PM 14    and try to give you a fair shot here.

01:43PM 15         In the bifurcation, I'll talk about the bifurcation

01:43PM 16    near the end, but it's not my intent to mark time.  It's not IN

01:43PM 17    my nature.  It's not what the Court wants, just to sit and wait,

01:43PM 18    because if *Robinson*, even with *Mendoza* sitting there, and I'm

01:43PM 19    sure if the government wins its sovereign immunity issue or any

01:44PM 20    other issues it's raised in the appeal, it will certainly not

01:44PM 21    want to litigate that a hundred thousand times, nor will it have

01:44PM 22    to.  Not in this court and I don't think in any court.  It may be

01:44PM 23    more defensive estoppel.  Regardless, if it wins, that's the end

01:44PM 24    of the MRGO litigation as far as I know, unless the Supreme Court

01:44PM 25    grants it, if the government wins.  In my mind.  You may not

01:44PM  1    think so.  You may want to relitigate it.  We'll fight that

01:44PM  2    battle when we get there.  I think it's going to be, in all

01:44PM  3    candor, the end if the government wins.  That doesn't mean the

01:44PM  4    EBIA should go away.  It doesn't.  We've got two different

01:44PM  5    breaches, and, yes, some of the water in the area did eventually

01:44PM  6    come from the MRGO breaches.

01:44PM  7           I might point out that the government has pointed

01:44PM  8    out there's hydrology that needs to be taken into consideration

01:45PM  9    from the MRGO, and I'm not sure if they meant from the breaches

01:45PM 10    or not, but these breaches, these IHNC breaches occurred at 6 and

01:45PM 11    7, I'm using round figures, a.m.  The water resulting from the

01:45PM 12    failure of the MRGO levees didn't, at all, didn't have anything

01:45PM 13    to do with the breaching of these levees.

01:45PM 14           Now, Mr. Smith and the government may argue that

01:45PM 15    the hydrology of the MRGO increased the water pressure and the

01:45PM 16    water height.  The government has been exculpated from that

01:45PM 17    already by me because it's part of the design and sanctioned by

01:45PM 18    Congress and I've already exculpated the government.  So if

01:45PM 19    that's what caused it, the government is going to win in this

01:45PM 20    court because I'm not going to change my mind on that.  But it's

01:45PM 21    certainly a factor here at trial.  It's true.  If the government

01:45PM 22    can show, well, because of this, this is why it failed and it

01:46PM 23    wasn't our negligence, well, yeah, that's something I'll have to

01:46PM 24    consider.

01:46PM 25           I am assuming, and I want you to -- let me move on

01:46PM  1   here -- I want you to know, be prepared for some type of trial.

01:46PM  2   I haven't decided.  It is within the realm of possibilities that

01:46PM  3   I could be persuaded, maybe if all of you agreed or that it's

01:46PM  4   best just to wait, but I can tell you it is a slim, gossamer thin

01:47PM  5   chance.  I'm going to listen.  I just don't see how it really

01:47PM  6   helps.  If I could get the issue to the Court of Appeal, one,

01:47PM  7   let's say I find the government wasn't negligent and -- or the

01:47PM  8   discretionary function exception applies, which is still open to

01:47PM  9   question, in fact, as I said, or that the Washington Group wasn't

01:47PM 10   negligent and the Court of Appeal affirms that, that's the end.

01:47PM 11   That's done.  In my mind.  I don't think the plaintiff would want

01:47PM 12   me to relitigate that again, and it's closure.  It's done.  It's

01:47PM 13   closure.

01:47PM 14        In any event, if we find or a jury finds or me and

01:47PM 15   a jury find that there is negligence on one part of the two

01:47PM 16   defendants, then all of the defenses raised by the parties and

01:47PM 17   the findings can be taken to the Court of Appeal in closure,

01:48PM 18   semiclosure can be obtained there.  It's a way of advancing the

01:48PM 19   ball.  That's my job.

01:48PM 20        I'm sure Mr. Treeby will, but you all have

01:48PM 21   submitted papers, and Mr. Treeby will, I'm sure, let me know what

01:48PM 22   WGI's position really is, that they prefer there not be a trial

01:48PM 23   at all.  WGI, the difference with the government, the government

01:48PM 24   does not have auditors and a financial statement, it does, but it

01:48PM 25   didn't have to deal with shareholders, just citizens, and some

01:48PM 1   nonsenses, I'm sure.  The WGI has to every year have this thing

01:48PM 2   on its financial statement, and I'm sure it may be in its

01:48PM 3   interest to get resolution.  Mr. Treeby conferred to enlighten me

01:48PM 4   on that.  Again, we talked about what kind of resolution.  We all

01:49PM 5   know the stickiest problem in adjudicating the entire matter for

01:49PM 6   a couple of three plaintiffs is what do we do with MRGO waters,

01:49PM 7   and that's a legitimate issue.

01:49PM 8           Mr. Smith -- I say Mr. Smith -- the government,

01:49PM 9   through its able attorneys, will argue several things, will argue

01:49PM 10  jurisdictional issues to *Mendoza*, etcetera.  In my mind, if we

01:49PM 11  were -- and who knows when *Robinson* is going to be decided.  I

01:49PM 12  have no idea.  My guess is sometime in 2012, because oral

01:50PM 13  argument hasn't even been scheduled yet.  Briefing has not been

01:50PM 14  completed yet.

01:50PM 15          MR. BRUNO:  Yes, it has.

01:50PM 16          UNIDENTIFIED SPEAKER:  No.

01:50PM 17          MR. BRUNO:  I'm sorry, we filed our main briefs in the

01:50PM 18  main.

01:50PM 19          THE COURT:  So it's going to be a while.  These things

01:50PM 20  take time.

01:50PM 21          So I'm interested in creative ideas as to how we

01:50PM 22  can get these threshold issues, these key issues to the

01:50PM 23  Fifth Circuit, because I certainly am not going to resolve them

01:50PM 24  permanently, unfortunately.  Unfortunately.

01:50PM 25          I am not going to render it today.  I'm going to

01:50PM 1   render a schedule, I'm going to issue a schedule and see what

01:50PM 2   we're going to try, after I hear all of you today, but I'm going

01:50PM 3   to think about it.  You've given me a lot to think about, no

01:50PM 4   question.

01:50PM 5           The key thing is this:  It's real simple.  This is

01:51PM 6   not rocket science.  We all know it.  If you happen to live on

01:51PM 7   the first street behind the Industrial Canal floodwall and the

01:51PM 8   levee, when the levee breached at either the north or south

01:51PM 9   breach, you were in a heap of trouble.  It had nothing to do with

01:51PM 10  failure of the MRGO levees along Reach 2 at that time.  Your

01:51PM 11  house is probably -- I haven't read all of the depositions that

01:51PM 12  were submitted to me, hundreds, your house was probably pretty

01:51PM 13  well wiped out at that point.  It was badly damaged, certainly.

01:51PM 14  I'm talking about right in front.  There are others.  It's gets

01:51PM 15  really more complicated hydrologically the further out you get.

01:51PM 16          If I were to bifurcate and not try the whole thing,

01:52PM 17  in other words, leave the -- now, the government objects to this,

01:52PM 18  and WGI may too, so I'm interested in what they have to say, but

01:52PM 19  if I were to bifurcate this, and I haven't made that decision --

01:52PM 20  in fact, I've made no decision.  I'm telling you how I'm leaning

01:52PM 21  in that I want a trial.  I'm leaning hard.  Whether the levee

01:52PM 22  would have collapsed but for the remediation work at the EBIA,

01:52PM 23  this is the sole factor/mechanism of flooding that has yet to be

01:52PM 24  determined that is not immune.  Furthermore, regardless of the

01:52PM 25  United States' immunity, the question must be determined to the

01:52PM  1  Washington Group.

01:52PM  2          So what caused that, those two breaches?  I already

01:52PM  3  find it wasn't the barge.  Was the remediation work a substantial

01:52PM  4  factor in the north and/or the south breach?  That's the question

01:52PM  5  I would like to get to the Court of Appeal.  By that, we could

01:52PM  6  get the government's defenses, WGI's defenses, and what's the

01:52PM  7  best way to do it.

01:52PM  8          Now, I could try the whole thing, and as WGI said,

01:53PM  9  two judgments with one plaintiff.  Then that would mean

01:53PM 10  considering the waters of the MRGO, because, let's say, the one

01:53PM 11  plaintiff -- if one plaintiff we pick was wiped out before the

01:53PM 12  MRGO waters got there, well, that would be interesting.  It

01:53PM 13  doesn't resolve a lot of the other plaintiffs, but I've already

01:53PM 14  held, and will hold until reversed, that if I am killed by you at

01:53PM 15  9 o'clock, but over here they were going to kill me at 12, I

01:53PM 16  still get to sue you even though I was going to die anyhow.

01:53PM 17          That's a fundamental proposition of logic that no

01:53PM 18  case has been demonstrated to me that, oh, well, you were going

01:53PM 19  to flood anyhow, so the fact that I flooded you means you weren't

01:53PM 20  going to -- you were going to get flooded anyhow, so I don't have

01:53PM 21  to pay you.  I've held that's not the law, and will continue to

01:54PM 22  do so unless either illuminated by a binding case or a persuasive

01:54PM 23  case, which I have not seen.

01:54PM 24          We thought a lot about this; in fact, you can, I'm

01:54PM 25  sure, especially you lawyers can meet yourself going around in a

01:54PM  1   circle, and understand my perspective, it is not to jam you, it

01:54PM  2   is not to be in any way draconian, but at the same time to do my

01:54PM  3   duty as I see it.  I understand you may not see it that way, but

01:54PM  4   I pointed out in the very beginning, our perspectives are quite

01:54PM  5   different.  My perspective, unfortunately, is not omniscient, but

01:54PM  6   it's mine.  It's the only one I have.  I have to deal with it,

01:54PM  7   but I'm willing to listen.

01:54PM  8            Let make sure I've covered everything I wanted to

01:54PM  9   cover.  I think it was fairly general.

01:55PM 10            There's the issue of who should be the plaintiff,

01:55PM 11   whether Entergy should be, or who in this endeavor, if anyone,

01:55PM 12   and I understand the adamant objections of the government.

01:55PM 13   Mr. Treeby can clear me up, but I think WGI does want closure on

01:55PM 14   this matter.  I'm not sure when, but I think it does.  You can

01:55PM 15   talk to me about that.

01:55PM 16            Well, I think that's enough of the monologue, and

01:55PM 17   I'm willing to hear from all of you now.

01:55PM 18            MR. BRUNO:  Who do you want first, Your Honor?

01:55PM 19            THE COURT:  It makes no difference.

01:55PM 20            Mr. Smith, you're up.  Why don't you go first?  It

01:55PM 21   makes no difference to me.

01:55PM 22            MR. SMITH:  I've probably given you more paper than

01:55PM 23   anyone else.  You probably have more questions, if you have

01:55PM 24   questions of me, than anybody else.  I have read the submissions

01:56PM 25   of the other parties today, and I'm prepared to do an impromptu

01:56PM 1  discussion of *Mendoza*, and I'll defer to Your Honor's discretion

01:56PM 2  whether he wants to hear any more on that or not or he wants

01:56PM 3  paper briefing subsequent to the hearing.  I'll do it however

01:56PM 4  Your Honor would like to do it.

01:56PM 5      THE COURT:  What would you prefer?  You pretty well laid

01:56PM 6  it out.  I don't know what else there is, except I've read some

01:56PM 7  cases that I've looked at, and also I noticed the other side

01:56PM 8  submitted some.  So if you want to discuss it.

01:56PM 9      I understand it is your position that the

01:56PM 10 United States Supreme Court in *Mendoza* has held that, in essence,

01:56PM 11 I'll shorten it, but offensive collateral estoppel may not be

01:56PM 12 used against the government, offensive collateral estoppel or

01:56PM 13 issue preclusion may not be used, in this circumstance or in

01:56PM 14 virtually any circumstance.  That is my understanding.

01:57PM 15     MR. SMITH:  That's our position, Your Honor.  I think

01:57PM 16 the key element here is the nonmutuality, and I think the

01:57PM 17 plaintiff's submissions reflect that they see that as the hurdle

01:57PM 18 that they have to get over somehow to bring -- to apply this

01:57PM 19 doctrine to the United States, because it seems like the real key

01:57PM 20 here is that when you don't have mutuality, you can't estop the

01:57PM 21 government from previously -- from relitigating things that have

01:57PM 22 been previously decided with other parties.  I think it's pretty

01:57PM 23 clear that we only had, you know, a handful or a few more, two

01:57PM 24 handfuls, of plaintiffs in *Robinson*, and none of the people who

01:57PM 25 are parties here today were involved in *Robinson*, and they are

01:57PM 1   not in privity with the *Robinson* plaintiffs, and I think the case

01:57PM 2   law limits collateral estoppel to parties and those in privity.

01:57PM 3   In fact, what that reduces to, essentially, is that you can get

01:58PM 4   *res judicata* against the United States and you can get mutual

01:58PM 5   estoppel against the United States, but you can't get nonmutual

01:58PM 6   estoppel against the United States.

01:58PM 7               There are some cases that haven't been cited to the

01:58PM 8   Court, and I would like to submit those --

01:58PM 9               THE COURT:  Yes.  Okay.

01:58PM 10              MR. SMITH:  -- after the hearing, if I could do that.

01:58PM 11              THE COURT:  Yes.

01:58PM 12              MR. SMITH:  I would be happy to do that, if Your Honor

01:58PM 13  would consider those.

01:58PM 14              THE COURT:  I would appreciate those.

01:58PM 15              MR. SMITH:  I won't go into any depth here because --

01:58PM 16              THE COURT:  I would like you to submit those.  How much

01:58PM 17  time would you need to do that?

01:58PM 18              MR. SMITH:  A week, honestly.  I don't need much time.

01:58PM 19  I could do it sooner than that, if Your Honor wants it sooner

01:58PM 20  than that.

01:58PM 21              THE COURT:  Yes, the sooner the better.  But I don't

01:58PM 22  want to cramp you.

01:58PM 23              MR. SMITH:  Today is Thursday.  How about Monday?

01:58PM 24  Monday would be okay.

01:58PM 25              THE COURT:  Monday by 5?

01:58PM 1          MR. SMITH:  Absolutely.

01:58PM 2          THE COURT:  Thank you.

01:58PM 3          MR. SMITH:  In listening to Your Honor talk about the

01:58PM 4   challenges in moving the ball forward, the thought came to me,

01:58PM 5   and something that's not in our papers, and so maybe it should

01:58PM 6   have been in our papers thinking about it here, but Your Honor

01:59PM 7   has talked about how to move the ball forward here, and obviously

01:59PM 8   the United States is a big party in all of this, in this case and

01:59PM 9   all of the future cases, there will be future cases.

01:59PM 10          Your Honor has suggested that we need to have a

01:59PM 11   trial because there are remaining material facts with respect to

01:59PM 12   the discretionary function exception.  Although Your Honor didn't

01:59PM 13   mention it, but I think Your Honor, you know, recognizes that

01:59PM 14   there are no material facts with respect to the Flood Control Act

01:59PM 15   immunity in any of these cases.  You've already granted summary

01:59PM 16   judgment to the plaintiffs here.  So that -- there is no need for

01:59PM 17   a trial to determine whether the Flood Control Act immunity

01:59PM 18   applies.

01:59PM 19          THE COURT:  Right.

01:59PM 20          MR. SMITH:  If Your Honor wants to move this case

01:59PM 21   forward, I think we could have an evidentiary hearing on the very

01:59PM 22   few facts that would be material to the discretionary function

01:59PM 23   exception.  It would avoid all of the complicated analysis of

01:59PM 24   causation, but Your Honor could just look at the particular

02:00PM 25   challenged acts, and I really don't think that there is very much

02:00PM 1   dispute, frankly, in this instance about who did what and when.

02:00PM 2   There may be a little bit of dispute about maybe what did you

02:00PM 3   really know, and Your Honor cited that.

02:00PM 4        THE COURT:  Some of the problems that I had, too, were

02:00PM 5   truly comprehending, without having a hearing, the nature of the

02:00PM 6   regulations and really understanding them so that I could say oh,

02:00PM 7   yes, I really do understand.

02:00PM 8        MR. SMITH:  Be confident to know which manuals apply and

02:00PM 9   which ones don't apply.  Certainly, that would not involve very

02:00PM 10  many witnesses and could be done relatively in short -- in a

02:00PM 11  short fashion.

02:00PM 12       THE COURT:  I understand.

02:00PM 13       MR. SMITH:  So if we could resolve those and Your Honor

02:00PM 14  could grant a summary judgment either for the United States or

02:00PM 15  for the plaintiffs on that issue, Your Honor could certify those

02:00PM 16  issues for immediate appeal.  Then that would join *Robinson* and

02:01PM 17  the levee cases in the Court of Appeals, and those issues would

02:01PM 18  be there for the Court of Appeals to decide.

02:01PM 19            As Your Honor mentioned this morning, those

02:01PM 20  doctrines, you know, very well may eliminate all future

02:01PM 21  litigation involving the United States.  It won't, you know,

02:01PM 22  relieve other parties of their, perhaps, potential responsibility

02:01PM 23  for what happened here, but it certainly would deal with the

02:01PM 24  United States' case, and that's the vast bulk of those cases.

02:01PM 25            I know, Your Honor -- I'm sorry.

02:01PM 1      THE COURT:  No, go ahead.  Finish your statement.

02:01PM 2      MR. SMITH:  I was going to go onto another subject, so

02:01PM 3  if you had something.

02:01PM 4      THE COURT:  Well, it may be the same subject.  I just

02:01PM 5  was interested the bifurcation issue, and I'm not sure what the

02:01PM 6  plaintiffs feel --

02:01PM 7      MR. SMITH:  That's what I was going to go onto.  I was

02:01PM 8  going to go onto that, Your Honor.

02:01PM 9      THE COURT:  Good.

02:01PM 10     MR. SMITH:  I think, you know, our position here is not

02:02PM 11 that Your Honor cannot try the case in phases.  Certainly

02:02PM 12 Your Honor can try the case in phases.  He doesn't have to try

02:02PM 13 the entire case at one time.  I think based on your introductory

02:02PM 14 remarks this morning, I think you gathered our point, which is

02:02PM 15 that to determine, even for people, and frankly common sense will

02:02PM 16 tell us, you know, that the people who lived behind the floodwall

02:02PM 17 at the IHNC were damaged by floodwaters from the IHNC before they

02:02PM 18 were from MRGO.  We know that because of prior litigation that

02:02PM 19 we've engaged in.  If we were here today for the first hearing in

02:02PM 20 Hurricane Katrina, we wouldn't know that because we wouldn't know

02:02PM 21 when those breaches occurred at the IHNC.  So we would have to

02:02PM 22 have evidence on that.

02:02PM 23          So in this litigation, unless the Court imports

02:02PM 24 findings from other litigation into this case, there will have to

02:02PM 25 be evidence introduced in this case concerning all --

02:03PM 1          THE COURT:  Well, assuming there is a real dispute, and

02:03PM 2   I'm sure you wouldn't argue anything frivolously, I'm sure you

02:03PM 3   wouldn't argue it if you didn't really believe it, that the MRGO

02:03PM 4   waters -- when I say "the MRGO waters," the waters resulting from

02:03PM 5   the failure of the Reach 2 levees damaged the house on

02:03PM 6   Jourdan Road first.  I'm sure you wouldn't argue that and make it

02:03PM 7   a big evidentiary point if it wasn't a real point of contention.

02:03PM 8          MR. SMITH:  No, I'm only using that to illustrate how

02:03PM 9   the interrelatedness of the various causal factors --

02:03PM 10          THE COURT:  I understand.  That point, since it is known

02:03PM 11   by all of us, would be foolish to have a protracted dispute over.

02:03PM 12          MR. SMITH:  There may be other issues -- I'm sorry,

02:03PM 13   Your Honor.

02:03PM 14          THE COURT:  You may have it right.

02:03PM 15          MR. SMITH:  There may be other issues that are not

02:03PM 16   self-evident, and we may not even appreciate at this point, and

02:03PM 17   one of the issues may be the ultimate performance of the

02:04PM 18   floodwalls along the IHNC in the absence of any negligence, and

02:04PM 19   that may require --

02:04PM 20          THE COURT:  I would assume that that was going to be one

02:04PM 21   of your arguments.

02:04PM 22          MR. SMITH:  When I say "in the absence of any

02:04PM 23   negligence," you know, then you get into the question of is MRGO

02:04PM 24   negligence, which was found in another case --

02:04PM 25          THE COURT:  Well, no, not the MRGO waters that would

02:04PM 1   affect this house.  What I tried to say is the MRGO waters that

02:04PM 2   didn't come in until after 9 o'clock or whenever, I'm just using

02:04PM 3   these times, that you may be right about that, but any MRGO

02:04PM 4   waters that effected the failure of the levee, that effectuated

02:04PM 5   the breach, you would not be negligent because that would be

02:04PM 6   because of the design of the MRGO, at least in this Court

02:04PM 7   exculpated.

02:04PM 8           MR. SMITH:  I'm talking about -- you know, I don't know

02:04PM 9   that -- I don't know the answer to all these questions,

02:05PM 10  Your Honor.  I'm just --

02:05PM 11          THE COURT:  I wish I did, too.

02:05PM 12          MR. SMITH:  They are mentioned in our letter, and I

02:05PM 13  don't think we've got definitive answers.  Maybe Your Honor, you

02:05PM 14  know, knows the law and has his mind about these things, but it

02:05PM 15  seems to me that there is certainly an issue here about whether

02:05PM 16  the flooding, the surge from Hurricane Katrina in the absence of

02:05PM 17  all the negligence, and this is why I say including MRGO

02:05PM 18  negligence, if you take all that away and you take away IHNC,

02:05PM 19  negligence, what would the flooding have been like under those

02:05PM 20  circumstances?

02:05PM 21          THE COURT:  I agree.  In other words, one of your

02:05PM 22  defenses may be this was going to happen --

02:05PM 23          MR. SMITH:  In other words, right, the inevitability

02:05PM 24  doctrine or the force majeure the doctrine.

02:05PM 25          THE COURT:  I assumed that you were going to argue that.

02:05PM 1          MR. SMITH:  So I don't know whether, since, even if

02:05PM 2    we're not looking at MRGO negligence in this trial, if that

02:06PM 3    might -- I think it would actually, you know, impinge upon that,

02:06PM 4    or at least be a factor in analyzing at that doctrine.

02:06PM 5          I guess my overall point is not to delay the

02:06PM 6    litigation.  I appreciate that much of what we've done has

02:06PM 7    delayed the litigation, but that's certainly not our goal.  I

02:06PM 8    mean, that may have been a by-product, Your Honor, but we've

02:06PM 9    never -- we've never engaged in any conduct here to delay the

02:06PM 10   litigation.  That's never been our motive in what we've done.

02:06PM 11   We've tried to, and Your Honor said this earlier, we tried to

02:06PM 12   defend the United States, and it has slowed down litigation

02:06PM 13   because we have a lot of legal defenses that other parties don't

02:06PM 14   have.

02:06PM 15         My point here, my broader point here is that what

02:06PM 16   we said in our letter, I believe, is true, is that this will wind

02:06PM 17   up being *Robinson* plus.  Even if we don't try the MRGO claims in

02:07PM 18   this trial, we still have to look at so many of the physical

02:07PM 19   processes that were relevant in *Robinson* and will be relevant in

02:07PM 20   a MRGO trial that it may not be -- it might be more efficient, I

02:07PM 21   guess, if there were some way for us to reach the government

02:07PM 22   sovereign immunity defenses without going through a trial.

02:07PM 23         THE COURT:  I understand your point, sir, very much.

02:07PM 24         MR. SMITH:  The other thing, Your Honor, that I would

02:07PM 25   say, and ordinarily it's not a -- and maybe Your Honor won't find

02:07PM 1   it a particularly persuasive point here, but trying the remaining

02:07PM 2   claims to a judgment will be a very expensive and time-consuming

02:07PM 3   task for the United States and for all the parties to undertake.

02:07PM 4   Given the fiscal constraints that we're all operating under now,

02:07PM 5   if there is a more expeditious and a less costly way of resolving

02:08PM 6   this litigation involving the United States, we would certainly

02:08PM 7   ask Your Honor to give that serious consideration.

02:08PM 8           THE COURT:  I think that's a legitimate request.

02:08PM 9           MR. SMITH:  Thank you.

02:08PM 10          THE COURT:  Why don't we let Mr. Treeby go because we

02:08PM 11  are having the defendants first.

02:08PM 12              Mr. Treeby, please.

02:08PM 13          MR. TREEBY:  I think we had fewer points to make,

02:08PM 14  perhaps, than the others, but the one thing that we would like to

02:08PM 15  see is closure.  Your Honor is absolutely correct.

02:08PM 16          THE COURT:  I thought so.

02:08PM 17          MR. TREEBY:  We want to see closure on the basis of

02:08PM 18  having been able to prove our case.  We have not been privy to

02:08PM 19  any of the other litigation findings of fact.  In a conversation

02:08PM 20  I had with Mr. Bruno --

02:08PM 21          THE COURT:  I am going to give you time.  I am going to

02:08PM 22  take that into consideration.

02:08PM 23          MR. TREEBY:  In a conversation with Mr. Bruno earlier

02:08PM 24  today or yesterday, I don't know, we have been talking a bit,

02:09PM 25  quite a bit, he indicated that he understood that right now we've

02:09PM  1   agreed on two plaintiffs -- on two locations, three plaintiffs in
02:09PM  2   two different locations.  They happen to be at the extreme ends,
02:09PM  3   I guess, of the area in dispute.  One is fairly close to the
02:09PM  4   floodwall; one is fairly close to Paris Road.  And that he
02:09PM  5   understands that we have an obligation, and he doesn't have a
02:09PM  6   problem with us proving, if we can, for example, that the water
02:09PM  7   that flooded either or both of those properties all came from
02:09PM  8   some source other than the IHNC floodwalls.  We have to be able
02:09PM  9   to prove that in a case.  We have said clearly to him and to all
02:09PM 10   the plaintiffs, we're in favor of a true exemplar trial, meaning
02:09PM 11   that we get, that we have some role in selecting plaintiffs, not
02:09PM 12   for -- we're not trying to find somebody who committed a felony
02:10PM 13   or something, all we're trying to do is --
02:10PM 14           MR. BRUNO:  Come on.
02:10PM 15           THE COURT:  Well, that will be easy, after looking at
02:10PM 16   all of the depositions.
02:10PM 17           MR. TREEBY:  We're not going to be looking for that.
02:10PM 18   We're looking for people that are representative of the larger
02:10PM 19   area so that we get a sense of, through a trial, if it's four or
02:10PM 20   five people in different locations, we get a sense of what would
02:10PM 21   happen if we win or if we lose, what would happen, and how does
02:10PM 22   that impact our decisions going forward after that, and the idea
02:10PM 23   that there would ever in this case be a hundred thousand trials
02:10PM 24   or 50 or 30 or 20,000 trials, it's impossible.  What will happen
02:10PM 25   for at least for somebody like Washington Group, and I suspect

02:10PM 1    even for the government -- but I can't speak for them -- that

02:10PM 2    what would happen is what happened, for example, in the *Vioxx*

02:10PM 3    cases, they tried about six, eight, ten cases and then they

02:10PM 4    resolved the matter.

02:10PM 5         THE COURT:  I think the same thing will probably happen

02:10PM 6    in the Formaldehyde cases against --

02:11PM 7         MR. TREEBY:  Right.  We're interested in closure, but we

02:11PM 8    want to get closure having had the opportunity to put on our

02:11PM 9    case.

02:11PM 10        THE COURT:  I understand that.  Mr. Treeby, can I

02:11PM 11   interrupt just for a second and ask you what about Mr. Smith's

02:11PM 12   *Mendoza* issue?  How do I get into the waters, in other words, do

02:11PM 13   we have to retry -- the waters that ultimately came into that

02:11PM 14   area, I'm not saying what impact, what plaintiffs are impacted,

02:11PM 15   if any that have been selected, but the waters that ultimately

02:11PM 16   came in as a result of the breaches of the Reach 2 levees?

02:11PM 17        MR. TREEBY:  I hope I'm not speaking from ignorance.  I

02:11PM 18   don't think I am.  We believe we could defend a case by

02:11PM 19   proving -- I don't think we're -- we would take on the burden or

02:11PM 20   want to try to prove the government was at fault or not at fault,

02:11PM 21   but we do know waters came through breaches and overtopping at

02:11PM 22   the MRGO Reach 2 levees.  We know that.

02:12PM 23        THE COURT:  There is no question about it.

02:12PM 24        MR. TREEBY:  Our hydrologist would be able to prove

02:12PM 25   that.  Frankly, if we prove that, that's a causation issue.

02:12PM 1     THE COURT:  You're not getting into the fault, but you

02:12PM 2  would like to try the whole thing to show that the waters, at

02:12PM 3  least in bulk, first you got to try to show that you weren't

02:12PM 4  negligent, but even if you were, your negligence was not a

02:12PM 5  causing fact of the damages to the plaintiffs.

02:12PM 6     MR. TREEBY:  Exactly.  I could care -- for Washington

02:12PM 7  Group, I could care less if it happened because the government

02:12PM 8  designed something improperly or because the government dredged

02:12PM 9  something or they made a design decision that Your Honor has held

02:12PM 10 they wouldn't be responsibile for or something else.  Those

02:12PM 11 issues are really not relevant to our defense.

02:12PM 12         Our first defense is we did nothing that caused the

02:12PM 13 breaches at the Inner Harbor Navigational Canal, and we feel

02:12PM 14 confident based on very, very preliminary inquiry that we can do

02:13PM 15 that.

02:13PM 16         Frankly, a little aside, but I want to throw this

02:13PM 17 out there so that nobody -- we think what the Fifth Circuit did

02:13PM 18 was reverse a motion for summary judgment and remand.  That's

02:13PM 19 what the Fifth Circuit did.

02:13PM 20     THE COURT:  I've been waiting for this.

02:13PM 21     MR. TREEBY:  The government contractor defense, if we

02:13PM 22 prove it by the preponderance of the evidence, we believe still

02:13PM 23 is there.  Not only that, we decided intentionally not to try to

02:13PM 24 prove immunity under 9 -- I think it's 2781, whatever the State

02:13PM 25 statute is that gives immunity for contractors when they build or

02:13PM  1  do something.  We believe it applies to excavations and the work

02:13PM  2  that we did.  When a builder does something according to plans

02:13PM  3  and specs, and there is no question about that, and they didn't

02:13PM  4  know there was any hazard involved in what they were doing, we

02:13PM  5  believe that defense is available to us.  It's very different

02:13PM  6  than the -- it's somewhat different, at least, than the three

02:13PM  7  prongs --

02:14PM  8          THE COURT:  No question, of the *Boyle* test.

02:14PM  9          MR. TREEBY:  Right.  So one thing that could be done,

02:14PM 10  and I'm not suggesting it needs to be done, but it could be done,

02:14PM 11  is to have a trial of that issue, put on all the evidence,

02:14PM 12  Mr. Bruno's evidence and our evidence, as to whether or not those

02:14PM 13  two defenses are proved at a trial beyond the preponderance of

02:14PM 14  the evidence.  Forget the summary judgment.

02:14PM 15          Those issues are out there.  If we're going to a

02:14PM 16  trial on the merits, and we don't fear a trial on the merits, if

02:14PM 17  we could have a trial on the merits giving our experts -- and we

02:14PM 18  have been in a lot of consultation with them just over the last

02:14PM 19  two weeks, a lot -- what would be necessary for you to give us

02:14PM 20  what you consider would be an informed opinion about the issues

02:14PM 21  raised by the plaintiff's theories, it will take a while.

02:14PM 22          THE COURT:  I'm trying to think this through, and

02:14PM 23  forgive me if it seems muddled, but where the government's

02:14PM 24  negligence vis-a-vis the MRGO would not be at issue, it's simply

02:15PM 25  what caused the breaches and then the damage to the plaintiffs.

02:15PM 1    If you can show that the waters came from somewhere else,

02:15PM 2    regardless of negligence, hydrologically whatever you did, if it

02:15PM 3    was, in fact, negligent, didn't cause the damage.

02:15PM 4         MR. TREEBY:  Rain, also wind, perhaps, depending on the

02:15PM 5    selected plaintiffs.  I would like to see some representative

02:15PM 6    structures.

02:15PM 7         THE COURT:  I understand what you're saying.  I'm not

02:15PM 8    sure what Mr. Smith thinks about that, but -- well, I kind of

02:15PM 9    guess I know what he thinks about it, but I would not be -- that

02:15PM 10   would not be -- if I bifurcated the trial where the government's

02:15PM 11   negligence vis-a-vis the MRGO would not be a factor, that still

02:15PM 12   doesn't preclude you from introducing hydrological evidence this

02:15PM 13   water came from here.  I understand your point.

02:15PM 14        MR. TREEBY:  The other thing I would say, and this

02:15PM 15   wasn't a facetious comment --

02:16PM 16        THE COURT:  Boy, wouldn't a new judge hate to get this

02:16PM 17   case?

02:16PM 18        MR. TREEBY:  We have told the plaintiffs, and it's in

02:16PM 19   our papers, that so long as if they decide to waive the jury,

02:16PM 20   they've indicated they would if we would not pick it up, we would

02:16PM 21   do that provided we can have exemplar trials that let us prove

02:16PM 22   those cases to judgment.  Because, frankly, that's the only way

02:16PM 23   we begin to get closure.  That's the only way.  Absent a summary

02:16PM 24   judgment on some grounds.

02:16PM 25        THE COURT:  I might tell all of you now, I should have

02:16PM 1    stated when Mr. Smith got up, assuming we do something, based on

02:16PM 2    my schedule and a potential surgery, knee surgery, that I may

02:16PM 3    have, knee replacement surgery, but hopefully out of a spirit of

02:16PM 4    fairness, not surgery, I would give you enough time; in other

02:16PM 5    words, I wouldn't stick to the October date, even though I feel

02:16PM 6    terrible that it's taken this long.

02:16PM 7         MR. TREEBY:  If you don't have a good doctor,

02:17PM 8    Your Honor, I would be happy to recommend one.  I've got two

02:17PM 9    artificial knees.

02:17PM 10        THE COURT:  I will talk to you about that.  I will.

02:17PM 11            I'm not going to jam you, whatever I do.  I think

02:17PM 12   it's too much involved.

02:17PM 13        MR. TREEBY:  I would be happy to talk about --

02:17PM 14        THE COURT:  Essentially since you came in, you thought

02:17PM 15   you were safe and then you weren't.  So I understand.

02:17PM 16        MR. TREEBY:  I would be happy to talk about schedule,

02:17PM 17   but it sounds like maybe Your Honor would like to talk about that

02:17PM 18   later.

02:17PM 19        THE COURT:  Well, I've looked at the schedule in your

02:17PM 20   papers and Mr. Smith's papers, and I'm, frankly, more likely

02:17PM 21   inclined to go along with something like what you suggested.

02:17PM 22        MR. TREEBY:  Thank you, Your Honor.

02:17PM 23        THE COURT:  Even though I appreciate someone going on

02:17PM 24   with my original statement, which was apparently perhaps overly

02:17PM 25   optimistic.

02:17PM 1          MR. BRUNO:  Judge, I always do what I'm told.  At least
02:17PM 2    I try to.  My father would disagree.
02:17PM 3          THE COURT:  I only do that at home.
02:18PM 4          MR. BRUNO:  I don't do that at home, either.
02:18PM 5          Judge, we've worked very, very hard to reach this
02:18PM 6    point, and frankly, I think, based upon what I've heard
02:18PM 7    Mr. Treeby say and Mr. Smith say, that I think there are many
02:18PM 8    points of agreement.
02:18PM 9          First of all, let's recall that what drives the
02:18PM 10   train, of course, is the complaint that is drafted by the
02:18PM 11   plaintiffs.  I think we would all agree with that.  With regard
02:18PM 12   to this polder, we make an allegation that water from source A
02:18PM 13   and water from source B caused damage, and I think that the
02:18PM 14   parties agreed with that.
02:18PM 15         Let's remember that in the *Robinson* case,
02:18PM 16   Your Honor did make a determination as to whether the waters from
02:18PM 17   A or B caused a particular person's damage without a full-blown
02:18PM 18   trial of all the default issues that may have caused the waters
02:18PM 19   from Point B.
02:18PM 20         THE COURT:  Let me ask you this, Mr. Bruno to make sure:
02:18PM 21   What do you think about the bifurcation -- of course, Mr. Smith
02:19PM 22   urged one type of approach -- but what about the bifurcation
02:19PM 23   where I am not making a finding of fault vis-a-vis the MRGO
02:19PM 24   waters but allow testimony that the waters came here at this time
02:19PM 25   and that time, but I would only be -- the central focal issue is,

02:19PM 1  did this plaintiff get damaged by the breaches of the IHNC?

02:19PM 2          MR. BRUNO:  Judge, you'll remember, the plaintiffs made

02:19PM 3  that --

02:19PM 4          THE COURT:  I do remember you made that and I dismissed

02:19PM 5  it, but now I've been ruminating.

02:19PM 6          MR. BRUNO:  That's okay.  Judge, it's all good, as I say

02:19PM 7  often and frequently.  The fact of the matter is, is that as

02:19PM 8  plaintiffs, we have a different motivation.  We need to get this

02:19PM 9  case tried because we just, frankly, can't afford to have this

02:19PM 10 thing hang out, and it needs to be resolved for us because we

02:19PM 11 need to decide whether we're going to do this for our lives or

02:19PM 12 move onto something else.

02:20PM 13         We're trying to find a solution.  When I saw the

02:20PM 14 *Mendoza* thing, I said, well, that's all fine, but we don't need

02:20PM 15 to go there unless the Court wants to go there.  The Court has

02:20PM 16 the power to take a case and chop it up any way the Court chooses

02:20PM 17 to chop it up, and we said to you that we understand these are

02:20PM 18 sticky and thorny issues, so why go where it's sticky and thorny,

02:20PM 19 unless one loves pain.

02:20PM 20         THE COURT:  We've had enough pain.

02:20PM 21         MR. BRUNO:  We've had enough pain.

02:20PM 22         So we certainly agree that the fault issues as to

02:20PM 23 the source of the water over here, without identifying it, could

02:20PM 24 be bifurcated, segregated out.  I'm choosing my words more

02:20PM 25 carefully because often when I say "bifurcation," I'm

02:20PM 1  misunderstood to mean fault and liability.  Of course, I don't

02:20PM 2  mean that.

02:20PM 3        THE COURT:  That's the traditional, but I understand

02:20PM 4  you're not speaking tradition.

02:20PM 5        MR. BRUNO:  In this case, no, we're not.  We want to

02:20PM 6  make it crystal clear that we recognize, and Mr. Treeby and Robin

02:21PM 7  are both absolutely correct, I would want to defend my case based

02:21PM 8  upon the defense of another cause, be it water or wind or

02:21PM 9  whatever.  We get that.

02:21PM 10        So the first thing is that, yes, Judge, we can do

02:21PM 11  this if Your Honor chooses to exercise your power under Rule 42.

02:21PM 12  You can segregate out the issues, as you choose, that we believe

02:21PM 13  the appropriate thing to do --

02:21PM 14        THE COURT:  I am leaning that way, just to --

02:21PM 15        MR. BRUNO:  -- would be to segregate out the issue as to

02:21PM 16  the cause of the IHNC that's related to what we generally have

02:21PM 17  referred to the EBIA, and we recognize that it's sort of a sticky

02:21PM 18  issue that we did make the other allegation that the MRGO was a

02:21PM 19  partial cause of that water as well.  So we would just simply

02:21PM 20  carve out the question.

02:21PM 21        THE COURT:  Right.  We're going to have a *Mendoza* battle

02:22PM 22  in this case --

02:22PM 23        MR. BRUNO:  We will.

02:22PM 24        THE COURT:  -- eventually.  I'm just not sure now is the

02:22PM 25  time.

02:22PM 1          MR. BRUNO:  Judge, no one understands that better than

02:22PM 2    I.  I have one class action, and sometimes --

02:22PM 3          THE COURT:  The Fifth Circuit and the Supreme Court will

02:22PM 4    have a chance to look at it, but this may not be the time.

02:22PM 5          MR. BRUNO:  No, and the point I wanted to make is I have

02:22PM 6    won class actions, only to find that now I have to try a bunch of

02:22PM 7    damage cases anyway.  So sometimes a win becomes a loss.  So

02:22PM 8    absolutely, you're right on there, but why go there?  Let's not

02:22PM 9    go there.  Let's just take not the easy route but the easier

02:22PM 10   route.

02:22PM 11         THE COURT:  I'm inclined to do that, and I think I can

02:22PM 12   accommodate Mr. Treeby at the same time, and some of the

02:22PM 13   government's issues, but I do understand Mr. Smith's point.  I'm

02:22PM 14   going to think about them all, but I am not going to think about

02:22PM 15   it long.  I'm going to wait until I get Mr. Smith's memo, and

02:22PM 16   then I don't think I need anything from anybody else, and then

02:23PM 17   I'm going to issue an order.

02:23PM 18         MR. BRUNO:  Sure.

02:23PM 19         Now, may I talk about summary judgment proposals?

02:23PM 20         THE COURT:  Yes, sir.

02:23PM 21         MR. BRUNO:  I'll just take a sentence.  Judge, a summary

02:23PM 22   judgment is a summary judgment.  Anything that doesn't resolve

02:23PM 23   all the issues with regard to that particular issue is a summary

02:23PM 24   judgment and subject to retrial.  I just don't think it's worth

02:23PM 25   the time or the effort to the extent that Mr. Treeby and

02:23PM 1   Mr. Smith suggest that we could try governmental contractor

02:23PM 2   immunity as a mini trial or these other issues.  I just don't

02:23PM 3   know; I just don't see the value of it.  You might as well get

02:23PM 4   all the evidence before the Court because the losing party is

02:23PM 5   sure to say, gosh, I need an opportunity to fully try my case,

02:23PM 6   which is the case in point with regard to the government

02:23PM 7   contractor immunity defense.  Now you hear Mr. Treeby saying,

02:23PM 8   I've got more evidence to give you, which is interesting, but

02:23PM 9   that's -- so be it.

02:23PM 10          So we would be opposed to anything less than a

02:24PM 11  trial which would resolve, as Mr. Treeby put it, all the issues

02:24PM 12  regarding that.

02:24PM 13          THE COURT:  I understand your argument as well.

02:24PM 14          MR. BRUNO:  Then I guess the next thing I want to talk

02:24PM 15  about is the business of the Form 95.  I think, and I may be

02:24PM 16  alone in this, that the Court has already ruled with regard to

02:24PM 17  the two locations, the three people, as to whether or not they

02:24PM 18  have satisfied.

02:24PM 19          THE COURT:  I'm not alone; you're not alone.  I may get

02:24PM 20  another motion, but you're not alone.  At least you and I agree,

02:24PM 21  and I've ruled.

02:24PM 22          MR. BRUNO:  We've just, again, in having discussions

02:24PM 23  with Mr. Treeby -- and we're both very interested in learning

02:24PM 24  more about hydrology -- we had proposed three more plaintiffs,

02:24PM 25  and again, we don't need to get into the geography, but some

02:24PM 1  locations that would inform WGI and would inform the plaintiffs.

02:25PM 2  We would certainly expect that the government would come forward

02:25PM 3  and file a motion to dismiss, etcetera.

02:25PM 4           Our point is it really doesn't matter whether they

02:25PM 5  win or they lose because the plaintiffs are still before you with

02:25PM 6  regard to their claims against WGI.  So they are in the case.  To

02:25PM 7  the extent that the ruling is good, it goes up; to the extent

02:25PM 8  that the ruling is bad, it goes up.  So that the point is that

02:25PM 9  there is no impediment to Your Honor keeping your goal of

02:25PM 10 resolution of issues.

02:25PM 11          THE COURT:  Well, the government's only problem would

02:25PM 12 be, wait, why is there a trial against us at all?  At least as to

02:25PM 13 some, I think we have resolved.

02:25PM 14          MR. BRUNO:  Exactly.

02:25PM 15          THE COURT:  The government may disagree, and I

02:25PM 16 understand that.

02:25PM 17          MR. BRUNO:  Right.  Of course, I agree with you and

02:25PM 18 them.  I have to get over the initial hurdle of at least having

02:25PM 19 one.  I need one person to satisfy the requirement.  Once I'm

02:25PM 20 there, I've got my trial.  It doesn't matter --

02:26PM 21          THE COURT:  I understand your point.  You haven't

02:26PM 22 provided the additional plaintiffs to us, have you?

02:26PM 23          MR. BRUNO:  No, we have not.  We have not.

02:26PM 24          THE COURT:  I'm eager, after I ruminate about all of

02:26PM 25 this and get Mr. Smith's memo and any other thing anybody else

02:26PM 1   can say, including Entergy or anybody else again, to ruminate,

02:26PM 2   read the record, read the stuff and then make a decision, as I

02:26PM 3   must, as a district judge, we have to make a decision.

02:26PM 4          MR. BRUNO:  In view -- and we've had some discussions

02:26PM 5   with Mr. Smith, and we appreciate his candor on this point.  If

02:26PM 6   we choose some from, let's just say, this group of plaintiffs who

02:26PM 7   have chosen to use this style of language in their form, which is

02:26PM 8   what we wanted to do, we kind of, with respect, Judge, a

02:26PM 9   rethinking that maybe we want to look at some other forms that

02:26PM 10  some lawyers have used using different language, again, so that

02:26PM 11  the matter can be tested, if it's going to be tested, so I might

02:26PM 12  need a little bit more time than I had originally thought.

02:26PM 13          I mean, to be very specific, we were using the

02:27PM 14  forms that Mr. Andry used, and there was some amendments and we

02:27PM 15  didn't test the forms that I used, and so I'm thinking it might

02:27PM 16  be a better play for me to have a different form with different

02:27PM 17  language in front of you.

02:27PM 18          THE COURT:  When do you think you could get the proposed

02:27PM 19  plaintiffs to me?  Because I hate to issue an order without

02:27PM 20  plaintiffs.

02:27PM 21          MR. BRUNO:  No, I totally agree, Judge.  I would ask for

02:27PM 22  30 days from whenever you issue your order.

02:27PM 23          THE COURT:  From wherever I issue the order?

02:27PM 24          MR. BRUNO:  Yes.

02:27PM 25          THE COURT:  Mr. Smith, I noticed in his, he said, if

02:27PM  1    you're going to do this, I want time for these motions.  I'll

02:27PM  2    certainly put a time for the motions.

02:27PM  3         MR. BRUNO:  We anticipate that.  We anticipate that.  I

02:27PM  4    just --

02:27PM  5         THE COURT:  I mean the 2675 motions.

02:27PM  6         MR. BRUNO:  I'm just trying to be very candid with

02:27PM  7    Your Honor, that we had originally thought, okay, we have a set

02:27PM  8    of people that we know, we've talked to, and then we have my set,

02:27PM  9    which, as you know, is 60,000 names, and it is a little bit more

02:28PM 10    cumbersome, and going in there and finding these geographic

02:28PM 11    locations is a little bit more difficult.  I'm being honest with

02:28PM 12    you.

02:28PM 13         THE COURT:  We are probably looking, my guess, I mean,

02:28PM 14    this is just a guess -- I think Janet, Janet is my calendar

02:28PM 15    person, but I think maybe -- I hate to ruin her summer, but the

02:28PM 16    summer of 2012.  By that time, who knows, we may have a Robinson

02:28PM 17    decision and it may illuminate a lot of us.  It won't make this

02:28PM 18    go away.  If it did, I wouldn't be staying it.

02:28PM 19         MR. BRUNO:  I recognize that.  You know, you can only do

02:28PM 20    your best, and we can only provide as many potential solutions as

02:28PM 21    our brain will allow.

02:28PM 22         THE COURT:  Right.  It's not that simple a situation.

02:28PM 23    Believe me, I understand, and I understand the time and expense

02:28PM 24    for everyone, including the court system, of which doesn't impact

02:28PM 25    me personally, but at the same time, I am fiduciary for the

02:28PM 1    courts as well.

02:28PM 2          MR. BRUNO:  Now, the last point, Judge, and I think

02:28PM 3    Mr. Treeby will join me on this, is we have an agreement with

02:29PM 4    regard to what we'll generally call the *geological testing and*

02:29PM 5    *hydrologic issues*.

02:29PM 6          THE COURT:  I saw that in your papers.

02:29PM 7          MR. BRUNO:  Yes, and let me share with you that the

02:29PM 8    facts are that without question, Professor Bea offered a report,

02:29PM 9    I forgot when, but it was four or five years ago.  It was

02:29PM 10    attached to the opposition to Mr. Treeby's summary judgment on

02:29PM 11    contractor immunity.  So there is stuff out there, without

02:29PM 12    getting too far along.

02:29PM 13          Now we learn that, as is their right, the

02:29PM 14    Washington Group, and perhaps the government, may want to do some

02:29PM 15    additional testing or sampling.  I want to use the word properly.

02:29PM 16          THE COURT:  Gosh, I ought to have some geotechnical

02:29PM 17    engineering knowledge now considering all I've been exposed to,

02:29PM 18    but I guess things don't alter that much, even though there has

02:30PM 19    been a lot of -- I'm not sure which -- how much validity or --

02:30PM 20    and the experts will tell me, I guess.

02:30PM 21          MR. BRUNO:  Trust me, Judge, both of us, all of us have

02:30PM 22    asked this question.  The fact is that the stuff under the

02:30PM 23    ground, unless you dig it up, it's still there.

02:30PM 24          THE COURT:  It's the unless that concerns me.

02:30PM 25          MR. BRUNO:  The unless, of course.  But you have to go

02:30PM  1   way down.  You have to go 35, 40 feet.  Yes, we do know that

02:30PM  2   there are sheet piling there, and I know Bill has and I know

02:30PM  3   have --

02:30PM  4            THE COURT:  Sheet piling where?

02:30PM  5            MR. BRUNO:  For the new wall, the new wall that's there.

02:30PM  6   There are angled piles that's down --

02:30PM  7            THE COURT:  Oh, the new wall, Yeah.

02:30PM  8            MR. BRUNO:  The T-wall.

02:30PM  9            THE COURT:  Since Katrina?

02:30PM 10            MR. BRUNO:  Yes.  So that's there.  The experts are

02:30PM 11   aware of that, and it's just there.

02:30PM 12            Anyway, I just want to suggest that what we

02:30PM 13   contemplated is before the Court entered orders setting the

02:31PM 14   deadlines with regard to expert reports, that we, I think, both

02:31PM 15   agreed that it was a good idea to, one, make sure that we all had

02:31PM 16   what each of us knows exists with regard to the testing of the

02:31PM 17   soils or permeability with regard to the claims made in the case.

02:31PM 18            So we have proposed some method by which the

02:31PM 19   parties exchanged a Rule 26 type exchange.  Then the parties

02:31PM 20   would meet and we would talk.  We would talk to each other

02:31PM 21   honestly about, well, what do you want to do?  Even though the

02:31PM 22   plaintiff has the burden, which we accept, of course, we have the

02:31PM 23   right to be there if they are going to be doing testing, they

02:31PM 24   have the right to be there if we're doing testing, you know, make

02:31PM 25   sure the samples are done, and we can get splits and all that

02:31PM 1   business.  So we thought we probably ought to go through this

02:31PM 2   process of learning what testing everybody wants to do, making

02:32PM 3   sure that it can be done within whatever time it might take.

02:32PM 4        I then set our deadlines based upon that one

02:32PM 5   exchange of information or ideas, and then that would govern the

02:32PM 6   expert exchange in the case.  So I think I've said it accurately.

02:32PM 7   I hope I have.  You may want to add to it.

02:32PM 8        MR. TREEBY:  I'm going to add a little bit to that.

02:32PM 9        MR. BRUNO:  I think you get the general idea that that

02:32PM 10  component of this thing would be something that we would want to

02:32PM 11  have the experts weigh in on because I'm not that smart about

02:32PM 12  hydrology.

02:32PM 13       THE COURT:  Once I set this trial date, look, I'm not

02:32PM 14  promising anyone -- and I may get a lot of hoorays -- that I

02:32PM 15  intend to say in this job forever.  As much as I love it, there

02:32PM 16  are other things to do.  I feel like I'm bound in duty to

02:32PM 17  discharge my Katrina obligations at the very least and not foist

02:33PM 18  them on some incoming judge.

02:33PM 19       MR. BRUNO:  Judge, that's a fair statement.

02:33PM 20       THE COURT:  I would be -- pusillanimous is way too nice

02:33PM 21  of a word.  That's all I can say.

02:33PM 22       MR. TREEBY:  Particularly after the barge experience, we

02:33PM 23  would all absolutely agree with that.

02:33PM 24       MR. BRUNO:  Judge, I've covered all that we need to

02:33PM 25  cover, and I think Mr. Eagan maybe wants to move on.

02:33PM 1    MR. TREEBY:  Can I just respond to that, just a couple

02:33PM 2    things on the testing and one other thing that really doesn't

02:33PM 3    affect Mr. Eagan?

02:33PM 4    THE COURT:  Mr. Eagan, do you mind?

02:33PM 5    MR. EAGAN:  You know, I'm always last to get up here.  I

02:33PM 6    feel like --

02:33PM 7    THE COURT:  The last shall be first.

02:33PM 8    MR. EAGAN:  You know, there was a comedy duo, a man and

02:33PM 9    wife, a pair of comedians, who came on right after the Beatles'

02:33PM 10   first song on *The Ed Sullivan Show*, and nobody remembers who they

02:33PM 11   are.  I feel like that comedy team.

02:34PM 12   THE COURT:  I'm really struggling, frankly, to think

02:34PM 13   about it myself.

02:34PM 14   MR. TREEBY:  I remember.

02:34PM 15   MR. EAGAN:  I have it written down in my office.  I'll

02:34PM 16   send it out to everyone.

02:34PM 17   I just want to say about Entergy.

02:34PM 18   THE COURT:  Yes.

02:34PM 19   MR. EAGAN:  I agree with everything that Mr. Bruno said

02:34PM 20   about the status of the case.  In fact, I agree with everything

02:34PM 21   Mr. Treeby said and Mr. Smith.  We're a little bit different in

02:34PM 22   the sense that we have pervasive damage.  We are next to the EBIA

02:34PM 23   and we're a mile away and we're 10 miles away.  Our gas system

02:34PM 24   is -- it runs from the Industrial Canal to Jackson Barracks, but

02:34PM 25   not any further.  Here is kind of a picture of it.  I'm going to

02:35PM 1   make a point about how we would prove our damages.

02:35PM 2           THE COURT:  Yes, sir.

02:35PM 3           MR. EAGAN:  These little dark lines are hard to see, but

02:35PM 4   those are the gas pipelines that service that area.

02:35PM 5           MR. TREEBY:  Don't show me.  I'm not interested in that.

02:35PM 6           MR. EAGAN:  The point I'm trying to make is when the

02:35PM 7   north breach occurs, and that water rushes in, and those houses

02:35PM 8   are swept off their foundations, and that gas system is open to

02:35PM 9   that flooding, that gas system floods all the way through.  In

02:35PM 10  other words, EBIA took this entire block out.  No contribution

02:35PM 11  from MRGO.  MRGO came on later, and maybe piled on, but we were

02:35PM 12  toast from the get-go.  So that's a little bit of where we have a

02:35PM 13  different perspective on damages.  We're everywhere.

02:36PM 14          Electrical.  We're going to claim damage to the

02:36PM 15  electrical system from the broken levees that pushed over the --

02:36PM 16  that pushed over the poles and wires, and that ends about

02:36PM 17  two-thirds of the way through this map.  Maybe half through this

02:36PM 18  map.  Then we're going to contend that the EBIA water also

02:36PM 19  flooded a substation up here in the right corner.

02:36PM 20          THE COURT:  I notice that's the blue hatch.

02:36PM 21          MR. EAGAN:  Right.  The point is --

02:36PM 22          MS. GILBERT:  Just for the purposes of the dot -- this

02:36PM 23  is Lisa Gilbert -- the dots on this map represent each individual

02:36PM 24  meter for each individual house that received service from

02:36PM 25  Entergy, so every one of these dots that's indicated on every

02:36PM  1  block represents a home that lost service.

02:37PM  2          So once you've got this damage, you also have the

02:37PM  3  location of all of the individual plaintiffs who may have other

02:37PM  4  damage that relates to their loss of home, but we can now also

02:37PM  5  identify individual locations of homes that are affected by this

02:37PM  6  water damage.

02:37PM  7      MR. EAGAN:  So while our number is huge, I freely

02:37PM  8  acknowledge, our system of proving damages is not that

02:37PM  9  complicated.  It's that many miles times a figure.  It's a

02:37PM 10  multiplication problem.

02:37PM 11          So that's a little bit different from picking

02:37PM 12  various plaintiffs, which is Mr. Bruno's task.  We kind of fill

02:37PM 13  up the geographical area, and it's all EBIA stuff.  So I wanted

02:37PM 14  you to know that.

02:37PM 15      THE COURT:  Yes, sir.

02:37PM 16      MR. EAGAN:  Secondly, I think we have pretty good

02:37PM 17  standard Form 95's that have been attacked twice, and both times

02:37PM 18  we've passed muster.  So that's good for us.

02:37PM 19      THE COURT:  Assuming that you are a plaintiff in this

02:38PM 20  case, to what extent would you want to be a plaintiff?  That is,

02:38PM 21  would you have certain discrete -- would you be wanting to prove

02:38PM 22  all of your damages or --

02:38PM 23      MR. EAGAN:  Well, I think we would want to prove all of

02:38PM 24  our damages.  I think we owe that.  I mean, you know, we're

02:38PM 25  getting regulatory pressure.  You're talking about Mr. Treeby's

02:38PM 1    financial statements.  We've got people who all day long worry

02:38PM 2    about what Entergy is doing.  So we have to do as much as we can

02:38PM 3    do, subject to your rules, obviously.

02:38PM 4           I would like to prove all the damages from EBIA in

02:38PM 5    one fell swoop.  Now, those would be experts that are unique to

02:38PM 6    me and not to Mr. Bruno, I understand that, but the liability

02:38PM 7    experts would be the same.  Hartford, our insurance subrogee, has

02:38PM 8    contributed to those.

02:38PM 9        THE COURT:  Am I getting your point that you're saying

02:38PM 10   from your standpoint, the hydrology is all from the EBIA?

02:38PM 11       MR. EAGAN:  All damages are all EBIA.  That's our view.

02:39PM 12   Maybe I'm wrong.  You know, some expert may say, Eagan, you don't

02:39PM 13   know what you're talking about, in which case I'll be wrong, but

02:39PM 14   as soon as those houses were washed off by that north breach,

02:39PM 15   water goes into the pipeline system, the gas is gone, and it's

02:39PM 16   done.  Right away.  Because it's below ground.

02:39PM 17       THE COURT:  I understand.

02:39PM 18       MR. EAGAN:  I plead the law of gravity on that one.

02:39PM 19   Those are my reactions to the presentation.

02:39PM 20           We would like to go forward.  We don't think we're

02:39PM 21   going to complicate things, our damage case is fairly simple, and

02:39PM 22   that's our pitch.

02:39PM 23       THE COURT:  All right.  Thank you, sir.

02:39PM 24       MR. EAGAN:  Thank you, sir.

02:39PM 25       MR. SMITH:  I would just like to honestly just reiterate

02:39PM 1    what Mr. Egan just said.  Entergy is different, and adding them

02:39PM 2    to this case is not going to advance the ultimate termination of

02:40PM 3    this litigation very much.  As they said to the Court of Appeals,

02:40PM 4    *Robinson* is the exemplar case for them, as for every other

02:40PM 5    litigant.  Having them in this case is not going to benefit

02:40PM 6    anybody else in terms of damages because their damages are

02:40PM 7    unique.  Their pipes were underground, and as far as I know, they

02:40PM 8    are the only plaintiff suing us for subterranean damages.

02:40PM 9            While they believe that they can prove their case

02:40PM 10   simply, it does not mean that we agree that they can prove their

02:40PM 11   case simply, and our defense may be very complicated, especially

02:40PM 12   in establishing the quantum of damages, so -- and as they pointed

02:40PM 13   out, their number is huge.  So we would have a lot of incentive,

02:40PM 14   if you will, to litigate this intensely against them, and so we

02:40PM 15   think that it would be not a good use of resources at this time.

02:40PM 16            THE COURT:  Thank you, sir.

02:41PM 17            MR. TREEBY:  The one thing I wanted to kind of

02:41PM 18   interrupt, but it's better that I didn't, but on the pick on the

02:41PM 19   plaintiffs, we really do have an interest, and I think the Court

02:41PM 20   would have an interest, and frankly, I think the plaintiffs would

02:41PM 21   have an interest if we can, and I think we can, agree on who the

02:41PM 22   other exemplar plaintiffs are.

02:41PM 23            THE COURT:  If you agree, I'm certainly going to be --

02:41PM 24            MR. TREEBY:  Because -- because we want them to be

02:41PM 25   exemplar.  We want them to tell us something.  It helps get

02:41PM 1   closure and it should help the plaintiffs to get closure if we

02:41PM 2   have some participation in that.  I can't imagine -- so Mr. Bruno

02:41PM 3   talks about the scheduling, we don't intend to delay.  We would

02:41PM 4   immediately go in and look, once we got a little bit of

02:41PM 5   information, name, address, a little bit of information about

02:41PM 6   maybe the Form 95 they filed -- although we're not, you know, we

02:41PM 7   could care less about the Form 95 really -- but it would give

02:42PM 8   us -- we could attack that quickly and say, you know, this isn't

02:42PM 9   a good choice for -- to get a resolution between us.  It's not a

02:42PM 10  good choice.  So I just would suggest that ought to be there.

02:42PM 11          THE COURT:  Where are we on that, Mr. Bruno?

02:42PM 12          Mr. Treeby, I'm going to ask Mr. Bruno, just stay

02:42PM 13  where you are.

02:42PM 14          What Mr. Treeby is saying, it's my understanding

02:42PM 15  that you concurred that you're going to try to have some

02:42PM 16  mutuality --

02:42PM 17          MR. BRUNO:  On the geography, yes, Judge.

02:42PM 18          MR. TREEBY:  No, I want a name and address so that I

02:42PM 19  can -- the reason I want that is so that I can -- there are other

02:42PM 20  issues that affect different properties different ways.  It's a

02:42PM 21  very different case.  We know -- our people that were working on

02:42PM 22  the case on class cert did a lot of general surveying, and then

02:42PM 23  they did specific looking at properties.

02:42PM 24          If, for example, he likes the location and that's

02:42PM 25  all he's interested in, is the location, but it is a particular

02:43PM 1   structure that is not representative of most of the structures in

02:43PM 2   the Lower Ninth Ward, then I would say could you just move over a

02:43PM 3   door or move down a block or something?  I don't mind the

02:43PM 4   geography.  We could agree on geography right now, but I would

02:43PM 5   like structures that will be representative of what's in the

02:43PM 6   Lower Ninth Ward.

02:43PM 7       THE COURT:  Well, I'm going to put in the order,

02:43PM 8   assuming the order is going to establish a trial, you have X days

02:43PM 9   to agree.  If you don't agree, you each submit a list, and I'm

02:43PM 10  going to pick X number of them.

02:43PM 11      MR. BRUNO:  Sure.  Judge, I have to tell you, my life

02:43PM 12  before, now I've spent more time than I would care to admit in

02:43PM 13  the Lower Ninth Ward and I know a lot about the houses down

02:43PM 14  there.  I don't know that I understand Bill's point, but I would

02:43PM 15  be happy to do what I can.

02:43PM 16      THE COURT:  Well, why don't you meet with him and try to

02:43PM 17  work that out, and I'll put some time limit in that for you all

02:43PM 18  to do that.  If not, I'll have to do it, assuming, after looking

02:43PM 19  at all of this and thinking about it, I come up with some kind of

02:43PM 20  plan.

02:43PM 21      MR. BRUNO:  Okay.  Judge, are you comfortable with the

02:44PM 22  number?

02:44PM 23      THE COURT:  By the way, I do appreciate, it's like

02:44PM 24  radiation -- I hate to mention radiation after the tsunami in

02:44PM 25  Japan -- but if you're exposed to something too long, and we have

02:44PM 1   all been exposed to each other in this case a long time, it

02:44PM 2   becomes more difficult to tolerate.  I understand it from the

02:44PM 3   lawyers' standpoint, believe me, having been a lawyer and having

02:44PM 4   to deal with judges, I understand how we deal with each other

02:44PM 5   this long.  You've done very well.  I deeply appreciate it.

02:44PM 6           MR. BRUNO:  I was just going to say, I hope that you're

02:44PM 7   comfortable with the number five.  We threw that out.  We didn't

02:44PM 8   know what Entergy --

02:44PM 9           THE COURT:  One of my favorite numbers.

02:44PM 10          MR. BRUNO:  There was an open slot, if that was going to

02:44PM 11  happen, it will meet the six that you had suggested.

02:44PM 12          THE COURT:  Right.

02:44PM 13              Yes, sir, Mr. Eagan.

02:44PM 14          MR. EAGAN:  I have a thought about *Mendoza* and the

02:44PM 15  *Mendoza* issues.

02:44PM 16          THE COURT:  I did read your paper, but I would love to

02:45PM 17  hear any other elucidations.

02:45PM 18          MR. EAGAN:  My thought was that somebody, me, could file

02:45PM 19  a motion for summary judgment on the applicability of *Mendoza*,

02:45PM 20  you know, on offensive collateral estoppel so that it could be

02:45PM 21  fully briefed, decided by Your Honor, and sent onto the

02:45PM 22  Fifth Circuit.

02:45PM 23          THE COURT:  I guess it really depends on whether I'm

02:45PM 24  ready to take up the *Mendoza* battle now or later.  It's going to

02:45PM 25  hurt.  A lot of it, you know, the Fifth Circuit may moot it,

02:45PM 1    frankly.  And the Supreme Court.  So I really don't know.

02:45PM 2         MR. EAGAN:  But my point earlier is I don't have a

02:45PM 3    *Mendoza* problem, in my opinion, with my damage case.  I don't

02:45PM 4    think so.

02:45PM 5         THE COURT:  Right.

02:45PM 6         MR. EAGAN:  Because I'm EBIA water only, and we've got

02:45PM 7    all of the addresses and all that stuff.  You've heard me before.

02:45PM 8         THE COURT:  I appreciate it.  Thank you very much.

02:45PM 9         With that, you know, I'm going to get a transcript,

02:45PM 10   I'm --

02:45PM 11        Oh, Mr. Anzelmo, excuse me, I apologize.  I forgot

02:46PM 12   you were here.

02:46PM 13        MR. ANZELMO:  I --

02:46PM 14        THE COURT:  Let me say, I keep trying to get you out of

02:46PM 15   this, but they won't let me.

02:46PM 16        MR. ANZELMO:  As we, Your Honor, we continue to work

02:46PM 17   very diligently to resolve our issues, and I don't believe it's

02:46PM 18   going yet.  I think we have a legitimate opportunity to succeed

02:46PM 19   in that.

02:46PM 20        THE COURT:  That would be great.

02:46PM 21        MR. ANZELMO:  But insofar as these proceedings are

02:46PM 22   concerned -- and forgive me, for the record, Tommy Anzelmo

02:46PM 23   representing the Orleans Levee District -- the issues are

02:46PM 24   narrowed.  By what I'm hearing, it's the defenses that ultimately

02:46PM 25   may implicate the Orleans Levee District as to whether or not the

02:46PM 1    parties would be asserting the fault of the Orleans Levee

02:46PM 2    District in this matter when we're not here.  I note that there

02:46PM 3    was a discussion as to whether or not there would be a severance

02:46PM 4    or a stay to us.  I haven't heard anything specific about that,

02:47PM 5    and I am concerned that if I just sit back and don't do anything,

02:47PM 6    then the ultimate -- the fault of the Orleans Levee District may

02:47PM 7    be implicated in this matter when we're not a party.  I'm not

02:47PM 8    trying to insert myself into this.

02:47PM 9        THE COURT:  I know.  I know you're just protecting your

02:47PM 10   interests, your client's interests.

02:47PM 11        MR. ANZELMO:  I am certainly concerned that ultimately,

02:47PM 12   that should this be decided and there is an allocation of fault

02:47PM 13   against the Orleans Levee District because somebody would be

02:47PM 14   asserting that as a defense, or the plaintiffs themselves assert

02:47PM 15   that against us, and I haven't heard that.  I heard where the

02:47PM 16   focus of this, the liability portion of the case would be, but

02:47PM 17   nonetheless, I am -- I remain greatly concerned on behalf of my

02:47PM 18   client as to how that would be.

02:47PM 19        MR. BRUNO:  I was just wondering if the Judge could

02:47PM 20   perhaps think about adding a line in your order that would

02:47PM 21   require the government and Washington Group to declare if they

02:47PM 22   intend to make a case against the Orleans Levee District by some

02:48PM 23   time, not soon, but sometime before trial, which would inform the

02:48PM 24   parties.  I just --

02:48PM 25        THE COURT:  Sometime before trial, yes.

02:48PM 1          MR. SMITH:  Right.  Your Honor, our expert work will --

02:48PM 2          THE COURT:  I will do that, but it will be in tandem

02:48PM 3     with your experts.  That's about all I can do.

02:48PM 4          MR. TREEBY:  Mr. Bruno can solve this.  He can just

02:48PM 5     dismiss with prejudice against them.  It's no problem.

02:48PM 6          MR. BRUNO:  I know that's cute, but we have a pending

02:48PM 7     settlement, Mr. Treeby, as you well know.

02:48PM 8          THE COURT:  No, he tried.  He tried and I tried.  My

02:48PM 9     brethren and sisters at the Fifth Circuit don't always agree.

02:48PM 10    Most of the time, but sometimes they don't.  They really messed

02:48PM 11    this one up, I'll tell you that, as I have told that to some of

02:48PM 12    their respective visages.

02:48PM 13         MR. BRUNO:  May I say thank you.

02:48PM 14         MR. ANZELMO:  Thank you, Your Honor, unless you have

02:48PM 15    other questions.

02:48PM 16         THE COURT:  Thank you very much.

02:49PM 17              Something else?

02:49PM 18              Oh, yes, we have Lake Borgne.  I forgot.  I

02:49PM 19    apologize.

02:49PM 20         MR. WEINSTOCK:  No problem, Your Honor.  Andy Weinstock

02:49PM 21    on behalf of Lake Borgne.

02:49PM 22              Everything I'm hearing today tells me that while

02:49PM 23    there might be some interest in whether the water came from the

02:49PM 24    MRGO or not, what you're planning on doing has nothing to do with

02:49PM 25    why that water or who did what with that water, so I really don't

02:49PM  1   have a dog in this fight, and I'm just confirming that.

02:49PM  2          THE COURT:  If my order says otherwise, we can meet

02:49PM  3   again and I'll have another conference and we'll do whatever

02:49PM  4   we --

02:49PM  5          MR. WEINSTOCK:  Then I wish you well in the trial,

02:49PM  6   Judge.

02:49PM  7          THE COURT:  Thank you.

02:49PM  8              Thank you very much.  If you're staying over, those

02:49PM  9   of you from out of town, have a nice dinner here in New Orleans.

02:49PM 10   Other than that, we will go back and ruminate.

02:49PM 11              Mr. Smith, Tuesday.

02:49PM 12              Then on the plaintiffs, we'll set a date.  What

02:49PM 13   date did we suggest on that?  Did we say 30 days?

02:49PM 14          MR. BRUNO:  From the date of the order.

02:49PM 15          THE COURT:  The date of the order.  Good.  Thank you.

02:50PM 16   We are adjourned.

        17              (WHEREUPON, at 2:50 a.m., the proceedings were

        18   concluded.)

        19                          *   *   *

        20

        21

        22

        23

        24

        25

1                        REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4  Merit Reporter, Registered Professional Reporter, Certified Court

5  Reporter of the State of Louisiana, Official Court Reporter for

6  the United States District Court, Eastern District of Louisiana,

7  do hereby certify that the foregoing is a true and correct

8  transcript, to the best of my ability and understanding, from the

9  record of the proceedings in the above-entitled and numbered

10  matter.

11

12

13                          *s/Cathy Pepper*_____

14                          Cathy Pepper, CRR, RMR, CCR

15                          Certified Realtime Reporter

16                          Official Court Reporter

17                          United States District Court

18

19

20

21

22

23

24

25

**'**

**'61** [1] - 7:8
**'69** [1] - 7:8

# 0

**05-4182** [1] - 1:6

# 1

**10** [3] - 7:1, 7:4, 43:23
**10-77** [1] - 1:10
**10-866** [1] - 1:9
**10-day** [1] - 8:6
**10022** [1] - 2:19
**12** [1] - 15:15
**1205** [1] - 1:24
**16** [1] - 5:6
**17** [2] - 1:8, 6:2
**1:30** [1] - 1:8

# 2

**2** [4] - 14:10, 22:5, 27:16, 27:22
**20,000** [1] - 26:24
**20001** [1] - 3:22
**20044** [1] - 3:6
**2005** [1] - 6:24
**201** [1] - 2:15
**2011** [2] - 1:8, 6:2
**2012** [2] - 13:12, 39:16
**25** [1] - 5:7
**26** [1] - 41:19
**2675** [1] - 39:5
**2781** [1] - 28:24
**29** [1] - 6:24
**2900** [1] - 3:19
**2:50** [1] - 54:17

# 3

**30** [3] - 26:24, 38:22, 54:13
**32** [1] - 5:8
**325** [1] - 2:19
**3445** [1] - 3:14
**35** [1] - 41:1
**3668** [1] - 2:4
**3838** [1] - 3:19

# 4

**40** [1] - 41:1

**4000** [1] - 2:16
**42** [3] - 9:23, 34:11
**43** [1] - 5:9
**44** [1] - 5:10
**45** [1] - 5:11
**46** [1] - 5:12
**47** [1] - 5:13
**48** [2] - 5:14, 5:15
**49** [1] - 5:16

# 5

**5** [1] - 18:25
**50** [2] - 5:17, 26:24
**500** [2] - 2:11, 4:3
**504** [1] - 4:4
**51** [2] - 3:22, 5:18
**519** [1] - 2:7
**52** [1] - 5:19
**5221** [1] - 2:22
**53** [4] - 5:20, 5:21, 5:22, 5:23
**546** [1] - 3:9
**556** [1] - 2:4
**57TH** [1] - 2:19
**589-7779** [1] - 4:4

# 6

**6** [2] - 5:5, 11:10
**60,000** [1] - 39:9
**610** [1] - 1:21

# 7

**7** [1] - 11:11
**70002** [2] - 3:15, 3:20
**70113** [2] - 1:19, 1:22
**70115** [1] - 2:23
**70130** [2] - 3:10, 4:4
**70170** [1] - 2:16
**70381** [1] - 1:25
**70502** [1] - 2:5
**70726** [1] - 2:8

# 8

**800** [2] - 2:10, 3:14
**855** [1] - 1:18
**888** [1] - 3:6

# 9

**9** [3] - 15:15, 23:2, 28:24
**90017** [1] - 2:11

**95** [3] - 36:15, 48:6, 48:7
**95's** [1] - 45:17

# A

**a.m** [2] - 11:11, 54:17
**ability** [1] - 55:8
**able** [5] - 9:8, 13:9, 25:18, 26:8, 27:24
**ably** [1] - 7:14
**above-entitled** [1] - 55:9
**absence** [2] - 22:18, 22:22, 23:16
**absent** [1] - 30:23
**absolutely** [4] - 19:1, 25:15, 34:7, 35:8, 42:23
**accept** [1] - 41:22
**accommodate** [1] - 35:12
**according** [1] - 29:2
**accurately** [1] - 42:6
**acknowledge** [1] - 45:8
**Act** [2] - 19:14, 19:17
**act** [1] - 7:1
**acted** [1] - 7:1
**ACTION** [1] - 1:6
**action** [2] - 9:3, 35:2
**actions** [1] - 35:6
**acts** [1] - 19:25
**adamant** [1] - 16:12
**add** [2] - 42:7, 42:8
**adding** [2] - 47:1, 52:20
**additional** [2] - 37:22, 40:15
**address** [2] - 48:5, 48:18
**addresses** [1] - 51:7
**adjourned** [1] - 54:16
**adjudicating** [1] - 13:5
**admit** [1] - 49:12
**ADRIAN** [1] - 3:21
**advance** [1] - 47:2
**advancing** [1] - 12:18
**affect** [3] - 23:1, 43:3, 48:20
**affected** [1] - 45:5
**affirms** [1] - 12:10
**afford** [1] - 33:9
**afternoon** [2] - 6:8, 6:9
**ago** [2] - 8:5, 40:9
**agree** [16] - 23:21, 32:11, 33:22, 36:20, 37:17, 38:21, 42:23,

43:19, 43:20, 47:10, 47:21, 47:23, 49:4, 49:9, 53:9
**agreed** [4] - 12:3, 26:1, 32:14, 41:15
**agreement** [2] - 32:8, 40:3
**ahead** [2] - 7:6, 21:1
**allegation** [2] - 32:12, 34:18
**allocation** [1] - 52:12
**allow** [2] - 32:24, 39:21
**almost** [1] - 9:22
**alone** [4] - 36:16, 36:19, 36:20
**ALSO** [1] - 3:21
**alter** [1] - 40:18
**amazing** [1] - 7:8
**amendments** [1] - 38:14
**AMERICA** [1] - 3:3
**analysis** [1] - 19:23
**analyzing** [1] - 24:4
**ANDREW** [2] - 2:10, 3:18
**Andry** [1] - 38:14
**ANDRY** [2] - 1:20, 1:21
**Andy** [1] - 53:20
**ANGELES** [1] - 2:11
**angled** [1] - 41:6
**answer** [1] - 23:9
**answers** [1] - 23:13
**anticipate** [1] - 39:3
**anyhow** [3] - 15:16, 15:19, 15:20
**anyway** [2] - 35:7, 41:12
**Anzelmo** [2] - 51:11, 51:22
**ANZELMO** [7] - 3:12, 3:13, 51:13, 51:16, 51:21, 52:11, 53:14
**ANZELMO.................
..............................** [1] - 5:18
**apathetical** [1] - 9:11
**apologize** [2] - 51:11, 53:19
**appeal** [3] - 8:21, 10:20, 20:16
**Appeal** [7] - 7:3, 7:4, 8:12, 12:6, 12:10, 12:17, 15:5
**Appeals** [4] - 9:11, 20:17, 20:18, 47:3
**APPEARANCES** [4] - 1:16, 2:1, 3:1, 4:1
**APPEARING** [1] - 3:21

**applicability** [1] - 50:19
**applies** [3] - 12:8, 19:18, 29:1
**apply** [3] - 17:18, 20:8, 20:9
**appreciate** [9] - 6:14, 18:14, 22:16, 24:6, 31:23, 38:5, 49:23, 50:5, 51:8
**approach** [1] - 32:22
**appropriate** [1] - 34:13
**ARATA** [1] - 2:13
**area** [8] - 8:23, 9:13, 11:5, 26:3, 26:19, 27:14, 44:4, 45:13
**argue** [7] - 11:14, 13:9, 22:2, 22:3, 22:6, 23:25
**argument** [2] - 13:13, 36:13
**arguments** [2] - 8:22, 22:21
**ARMSTRONG** [1] - 1:9
**arsenal** [1] - 7:17
**artificial** [1] - 31:9
**aside** [2] - 10:5, 28:16
**aspects** [1] - 6:25
**assert** [1] - 52:14
**asserting** [2] - 52:1, 52:14
**assisted** [1] - 7:23
**assume** [3] - 8:20, 9:2, 22:20
**assumed** [1] - 23:25
**assuming** [7] - 7:1, 11:25, 22:1, 31:1, 45:19, 49:8, 49:18
**astray** [1] - 10:10
**attached** [1] - 40:10
**attack** [1] - 48:8
**attacked** [1] - 45:17
**attorneys** [2] - 6:13, 13:9
**auditors** [1] - 12:24
**August** [1] - 6:24
**available** [1] - 29:5
**AVENUE** [2] - 2:7, 2:15, 3:22
**avoid** [1] - 19:23
**aware** [1] - 41:11

# B

**B406** [1] - 4:3
**bad** [2] - 7:22, 37:8
**badly** [1] - 14:13
**ball** [3] - 12:19, 19:4,

19:7
**barge** [2] - 15:3, 42:22
**BARONNE** [2] - 1:18, 1:21
**Barracks** [1] - 43:24
**based** [6] - 21:13, 28:14, 31:1, 32:6, 34:7, 42:4
**BASIN** [1] - 3:17
**basis** [1] - 25:17
**battle** [3] - 11:2, 34:21, 50:24
**Bea** [1] - 40:8
**Beatles'** [1] - 43:9
**becomes** [2] - 35:7, 50:2
**BEFORE** [1] - 1:13
**begin** [1] - 30:23
**beginning** [1] - 16:4
**behalf** [2] - 52:17, 53:21
**behind** [2] - 14:7, 21:16
**belief** [1] - 8:19
**below** [1] - 46:16
**bench** [2] - 10:6, 10:7
**benefit** [1] - 47:5
**BENJAMIN** [1] - 3:5
**best** [4] - 12:4, 15:7, 39:20, 55:8
**better** [4] - 18:21, 35:1, 38:16, 47:18
**between** [1] - 48:9
**beyond** [1] - 29:13
**bifurcate** [2] - 14:16, 14:19
**bifurcated** [2] - 30:10, 33:24
**bifurcation** [7] - 9:20, 10:15, 21:5, 32:21, 32:22, 33:25
**big** [2] - 19:8, 22:7
**bigger** [1] - 8:6
**Bill** [1] - 41:2
**Bill's** [1] - 49:14
**binding** [1] - 15:22
**bit** [13] - 6:12, 20:2, 25:24, 25:25, 38:12, 39:9, 39:11, 42:8, 43:21, 44:12, 45:11, 48:4, 48:5
**blame** [1] - 7:14
**block** [3] - 44:10, 45:1, 49:3
**blown** [1] - 32:17
**blue** [1] - 44:20
**BOARD** [2] - 3:12, 3:16
**Borgne** [2] - 53:18, 53:21

**BORGNE** [1] - 3:17
**BOULEVARD** [4] - 1:24, 2:10, 3:14, 3:19
**bound** [1] - 42:16
**BOURGEOIS** [1] - 3:17
**BOX** [2] - 2:4, 3:6
**boy** [1] - 30:16
**Boyle** [1] - 29:8
**brain** [1] - 39:21
**BRANCH** [1] - 3:5
**breach** [5] - 14:9, 15:4, 23:5, 44:7, 46:14
**breached** [1] - 14:8
**BREACHES** [1] - 1:5
**breaches** [12] - 11:5, 11:6, 11:9, 11:10, 15:2, 21:21, 27:16, 27:21, 28:13, 29:25, 33:1
**breaching** [1] - 11:13
**BRENDA** [1] - 3:24
**brethren** [1] - 53:9
**briefed** [1] - 50:21
**briefing** [2] - 13:13, 17:3
**briefs** [1] - 13:17
**bring** [1] - 17:18
**broader** [1] - 24:15
**broken** [1] - 44:15
**brought** [1] - 8:9
**BRUNO** [49] - 1:17, 1:18, 13:15, 13:17, 16:18, 26:14, 32:1, 32:4, 33:2, 33:6, 33:21, 34:5, 34:15, 34:23, 35:1, 35:5, 35:18, 35:21, 36:14, 36:22, 37:14, 37:17, 37:23, 38:4, 38:21, 38:24, 39:3, 39:6, 39:19, 40:2, 40:7, 40:21, 40:25, 41:5, 41:8, 41:10, 42:9, 42:19, 42:24, 48:17, 49:11, 49:21, 50:6, 50:10, 52:19, 53:6, 53:13, 54:14
**Bruno** [10] - 8:5, 25:20, 25:23, 32:20, 43:19, 46:6, 48:2, 48:11, 48:12, 53:4
**Bruno's** [2] - 29:12, 45:12
**BRUNO.....................
...........................** [5] -
5:8, 5:14, 5:16, 5:19, 5:22

**build** [1] - 28:25
**builder** [1] - 29:2
**bulk** [2] - 20:24, 28:3
**bunch** [1] - 35:6
**burden** [2] - 27:19, 41:22
**business** [2] - 36:15, 42:1
**BY** [16] - 1:18, 1:21, 1:24, 2:3, 2:7, 2:10, 2:14, 2:18, 2:22, 3:4, 3:9, 3:13, 3:18, 3:21, 4:5, 4:6
**by-product** [1] - 24:8

**C**

**C.A** [2] - 1:9, 1:10
**CA** [1] - 2:11
**calendar** [1] - 39:14
**CALLED** [1] - 6:4
**CALVIN** [1] - 2:7
**CAMP** [1] - 2:22
**CANAL** [1] - 1:4
**Canal** [3] - 14:7, 28:13, 43:24
**candid** [1] - 39:6
**candidly** [1] - 9:19
**candor** [2] - 11:3, 38:5
**cannot** [1] - 21:11
**Canons** [1] - 6:20
**care** [4] - 28:6, 28:7, 48:7, 49:12
**carefully** [1] - 33:25
**CARONDELET** [1] - 3:9
**carve** [1] - 34:20
**case** [51] - 7:9, 7:15, 8:9, 8:19, 8:21, 9:2, 15:18, 15:22, 15:23, 18:1, 19:8, 19:20, 20:24, 21:11, 21:12, 21:13, 21:24, 21:25, 22:24, 25:18, 26:9, 26:23, 27:9, 27:18, 30:17, 32:15, 33:9, 33:16, 34:5, 34:7, 34:22, 36:5, 36:6, 37:6, 41:17, 42:6, 43:20, 45:20, 46:13, 46:21, 47:2, 47:4, 47:5, 47:9, 47:11, 48:21, 48:22, 50:1, 51:3, 52:16, 52:22
**cases** [13] - 9:4, 17:7, 18:7, 19:9, 19:15, 20:17, 20:24, 27:3, 27:6, 30:22, 35:7
**castigate** [1] - 6:13

**Cathy** [2] - 55:3, 55:14
**CATHY** [1] - 4:3
**causal** [1] - 22:9
**causation** [2] - 19:24, 27:25
**caused** [7] - 11:19, 15:2, 28:12, 29:25, 32:13, 32:17, 32:18
**CAUSEWAY** [2] - 3:14, 3:19
**causing** [1] - 28:5
**CCR** [2] - 4:3, 55:14
**central** [1] - 32:25
**cert** [1] - 48:22
**certain** [1] - 45:21
**certainly** [15] - 10:20, 11:21, 13:23, 14:13, 20:9, 20:23, 21:11, 23:15, 24:7, 25:6, 33:22, 37:2, 39:2, 47:23, 52:11
**CERTIFICATE** [1] - 55:1
**Certified** [3] - 55:3, 55:4, 55:15
**certify** [3] - 9:3, 20:15, 55:7
**challenged** [1] - 19:25
**challenges** [1] - 19:4
**chance** [2] - 12:5, 35:4
**change** [1] - 11:20
**CHARLES** [1] - 2:15
**choice** [2] - 48:9, 48:10
**choose** [2] - 34:12, 38:6
**chooses** [1] - 33:16, 34:11
**choosing** [1] - 33:24
**chop** [2] - 33:16, 33:17
**chosen** [1] - 38:7
**circle** [1] - 16:1
**circuit** [1] - 9:14
**Circuit** [8] - 9:14, 13:23, 28:17, 28:19, 35:3, 50:22, 50:25, 53:9
**circumstance** [2] - 17:13, 17:14
**circumstances** [1] - 23:20
**cited** [2] - 18:7, 20:3
**citizens** [2] - 9:12, 12:25
**CITY** [1] - 1:25
**CIVIL** [2] - 1:6, 3:5
**claim** [1] - 44:14
**claims** [4] - 24:17, 25:2, 37:6, 41:17

**class** [4] - 9:3, 35:2, 35:6, 48:22
**clear** [3] - 16:13, 17:23, 34:6
**clearly** [2] - 8:3, 26:9
**CLERK** [1] - 6:7
**client** [1] - 52:18
**client's** [1] - 52:10
**clients** [2] - 6:17, 6:18
**close** [2] - 26:3, 26:4
**closure** [13] - 6:25, 7:22, 12:12, 12:13, 12:17, 16:13, 25:15, 25:17, 27:7, 27:8, 30:23, 48:1
**collapsed** [1] - 14:22
**collateral** [4] - 17:11, 17:12, 18:2, 50:20
**comedians** [1] - 43:9
**comedy** [2] - 43:8, 43:11
**comfortable** [2] - 49:21, 50:7
**commence** [1] - 6:10
**comment** [1] - 30:15
**COMMISSIONERS** [2] - 3:12, 3:16
**committed** [1] - 26:12
**common** [1] - 21:15
**COMMONWEALTH** [1] - 2:21
**COMPANY** [1] - 2:21
**complaint** [1] - 32:10
**completed** [1] - 13:14
**completely** [2] - 8:20, 9:11
**complicate** [2] - 8:23, 46:21
**complicated** [5] - 8:13, 14:15, 19:23, 45:9, 47:11
**component** [1] - 42:10
**comprehending** [1] - 20:5
**COMPUTER** [1] - 4:6
**concerned** [4] - 51:22, 52:5, 52:11, 52:17
**concerning** [1] - 21:25
**concerns** [1] - 40:24
**concluded** [1] - 54:18
**concurred** [1] - 48:15
**conduct** [1] - 24:9
**conference** [2] - 6:15, 54:3
**CONFERENCE** [1] - 1:13
**conferences** [1] - 9:21
**conferred** [1] - 13:3
**confident** [4] - 6:18, 9:8, 20:8, 28:14

confines [1] - 8:1
confirming [1] - 54:1
Congress [1] - 11:18
consensus [1] - 10:1
consider [3] - 11:24, 18:13, 29:20
consideration [3] - 11:8, 25:7, 25:22
considering [2] - 15:10, 40:17
CONSOLIDATED [1] - 1:5
constraints [2] - 10:11, 25:4
consultation [1] - 29:18
consuming [1] - 25:2
contemplated [1] - 41:13
contend [1] - 44:18
contention [1] - 22:7
continue [2] - 15:21, 51:16
CONTINUED [3] - 2:1, 3:1, 4:1
contractor [4] - 28:21, 36:1, 36:7, 40:11
contractors [1] - 28:25
contributed [1] - 46:8
contribution [1] - 44:10
Control [2] - 19:14, 19:17
conversation [2] - 25:19, 25:23
corner [1] - 44:19
CORPORATION [1] - 2:13
correct [4] - 7:24, 25:15, 34:7, 55:7
costly [1] - 25:5
couple [2] - 13:6, 43:1
course [8] - 7:17, 8:24, 32:10, 32:21, 34:1, 37:17, 40:25, 41:22
Court [34] - 7:3, 7:20, 8:12, 9:1, 9:10, 10:17, 10:24, 12:6, 12:10, 12:17, 15:5, 17:10, 18:8, 20:17, 20:18, 21:23, 23:6, 33:15, 33:16, 35:3, 36:4, 36:16, 41:13, 47:3, 47:19, 51:1, 55:4, 55:5, 55:6, 55:16, 55:17
COURT [113] - 1:1, 4:3, 6:4, 6:8, 6:10,

13:19, 16:19, 17:5, 18:9, 18:11, 18:14, 18:16, 18:21, 18:25, 19:2, 19:19, 20:4, 20:12, 21:1, 21:4, 21:9, 22:1, 22:10, 22:14, 22:20, 22:25, 23:11, 23:21, 23:25, 24:23, 25:8, 25:10, 25:16, 25:21, 26:15, 27:5, 27:10, 27:23, 28:1, 28:20, 29:8, 29:22, 30:7, 30:16, 30:25, 31:10, 31:14, 31:19, 31:23, 32:3, 32:20, 33:4, 33:20, 34:3, 34:14, 34:21, 34:24, 35:3, 35:11, 35:20, 36:13, 36:19, 37:11, 37:15, 37:21, 37:24, 38:18, 38:23, 38:25, 39:5, 39:13, 39:22, 40:6, 40:16, 40:24, 41:4, 41:7, 41:9, 42:13, 42:20, 43:4, 43:7, 43:12, 43:18, 44:2, 44:20, 45:15, 45:19, 46:9, 46:17, 46:23, 47:16, 47:23, 48:11, 49:7, 49:16, 49:23, 50:9, 50:12, 50:16, 50:23, 51:5, 51:8, 51:14, 51:20, 52:9, 52:25, 53:2, 53:8, 53:16, 54:2, 54:7, 54:15
court [7] - 7:3, 7:19, 7:20, 10:22, 11:20, 39:24
COURT.....................
........................ [1] - 5:5
courts [1] - 40:1
cover [2] - 16:9, 42:25
covered [1] - 16:8, 42:24
craft [1] - 9:9
cramp [1] - 18:22
creative [1] - 13:21
CRR [2] - 4:3, 55:14
crystal [1] - 34:6
cumbersome [2] - 7:11, 39:10
cute [1] - 53:6

**D**

damage [12] - 29:25, 30:3, 32:13, 32:17, 35:7, 43:22, 44:14,

45:2, 45:4, 45:6, 46:21, 51:3
damaged [4] - 44:13, 21:17, 22:5, 33:1
damages [12] - 28:5, 44:1, 44:13, 45:8, 45:22, 45:24, 46:4, 46:11, 47:6, 47:8, 47:12
dark [1] - 44:3
date [6] - 31:5, 42:13, 54:12, 54:13, 54:14, 54:15
DAY [1] - 3:21
days [4] - 10:8, 38:22, 49:8, 54:13
DC [2] - 3:6, 3:22
dead [1] - 7:24
deadlines [2] - 44:14, 42:4
deal [5] - 12:25, 16:6, 20:23, 50:4
decide [2] - 20:18, 30:19, 33:11
decided [6] - 12:2, 13:11, 17:22, 28:23, 50:21, 52:12
decision [7] - 9:18, 14:19, 14:20, 28:9, 38:2, 38:3, 39:17
decisions [1] - 26:22
declare [1] - 52:21
deeply [1] - 50:5
default [1] - 32:18
defend [3] - 24:12, 27:18, 34:7
defendant [2] - 7:13, 8:10
defendants [2] - 12:16, 25:11
defended [1] - 7:13
defense [8] - 28:11, 28:12, 28:21, 29:5, 34:8, 36:7, 47:11, 52:14
defenses [10] - 7:18, 9:6, 12:16, 15:6, 23:22, 24:13, 24:22, 29:13, 51:24
defensive [1] - 10:23
defer [1] - 17:1
definitive [1] - 23:13
delay [3] - 24:5, 24:9, 48:3
delayed [1] - 24:7
deliberate [1] - 7:1
demonstrated [1] - 15:18
DENHAM [1] - 2:8
DEPARTMENT [1] -

3:3
depositions [2] - 14:11, 26:16
depth [1] - 18:15
DEPUTY [1] - 6:7
design [3] - 11:17, 23:6, 28:9
designed [1] - 28:8
determination [1] - 32:16
determine [2] - 19:17, 21:15
determined [2] - 14:24, 14:25
die [1] - 15:16
difference [3] - 12:23, 16:19, 16:21
different [25] - 6:24, 8:22, 9:4, 9:5, 10:4, 11:4, 16:5, 26:2, 26:20, 29:5, 29:6, 33:8, 38:10, 38:16, 43:21, 44:13, 45:11, 47:1, 48:20, 48:21
difficult [3] - 10:2, 39:11, 50:2
dig [1] - 40:23
diligently [1] - 51:17
dinner [1] - 54:9
disagree [3] - 10:6, 32:2, 37:15
discharge [2] - 6:19, 42:17
discrete [2] - 9:12, 45:21
discretion [1] - 17:1
discretionary [5] - 8:17, 8:21, 12:8, 19:12, 19:22
discuss [1] - 17:8
discussion [2] - 17:1, 52:3
discussions [2] - 36:22, 38:4
dismiss [2] - 37:3, 53:5
dismissal [1] - 8:12
dismissed [1] - 33:4
dispose [1] - 8:21
dispute [5] - 20:1, 20:2, 22:1, 22:11, 26:3
district [1] - 38:3
District [9] - 51:23, 51:25, 52:2, 52:6, 52:13, 52:22, 55:6, 55:17
DISTRICT [5] - 1:1, 1:2, 1:14, 3:12, 3:17
DIVISION [1] - 3:5

doctor [1] - 31:7
doctrine [4] - 17:19, 23:24, 24:4
doctrines [1] - 20:20
dog [1] - 54:1
DOMENGEAUX [1] - 2:3
done [12] - 12:11, 12:12, 20:10, 24:6, 24:10, 29:9, 29:10, 41:25, 42:3, 46:16, 50:5
door [1] - 49:3
dot [1] - 44:22
dots [2] - 44:23, 44:25
down [6] - 24:12, 41:1, 41:6, 43:15, 49:3, 49:13
draconian [1] - 16:2
drafted [1] - 32:10
dredged [1] - 28:8
drive [1] - 8:1
drives [1] - 32:9
due [1] - 7:2
duo [1] - 43:8
DUPLANTIS [1] - 2:13
DUPLASS [1] - 3:17
duty [6] - 6:17, 6:19, 6:22, 16:3, 42:16
DUVAL [1] - 1:13

**E**

Eagan [5] - 42:25, 43:3, 43:4, 46:12, 50:13
EAGAN [18] - 2:13, 43:5, 43:8, 43:15, 43:19, 44:3, 44:6, 44:21, 45:7, 45:16, 45:23, 46:11, 46:18, 46:24, 50:14, 50:18, 51:2, 51:6
EAGAN.....................
........................ [3] - 5:9, 5:11, 5:17
eager [1] - 37:24
easier [1] - 35:9
EAST [1] - 2:19
EASTERN [1] - 1:2
Eastern [1] - 55:6
easy [2] - 26:15, 35:9
EBIA [14] - 8:6, 8:9, 11:4, 14:22, 34:17, 43:22, 44:10, 44:18, 45:13, 46:4, 46:10, 46:11, 51:6
Ed [1] - 43:10
edified [1] - 9:17

**EDWARDS** [1] - 2:3
**effected** [1] - 23:4
**effectuated** [1] - 23:4
**efficient** [1] - 24:20
**effort** [1] - 35:25
**Egan** [1] - 47:1
**EGAN** [2] - 2:14
**eight** [1] - 27:3
**either** [5] - 14:8, 15:22, 20:14, 26:7, 32:4
**electrical** [2] - 44:14, 44:15
**element** [1] - 17:16
**eliminate** [1] - 20:20
**ELISA** [1] - 2:18
**elucidations** [1] - 50:17
**ELWOOD** [2] - 1:23, 1:24
**end** [4] - 10:16, 10:23, 11:3, 12:10
**endeavor** [1] - 16:11
**ends** [2] - 26:2, 44:16
**engaged** [2] - 21:19, 24:9
**engineering** [1] - 40:17
**ENGLISH** [1] - 2:14
**enlighten** [1] - 13:3
**entered** [1] - 41:13
**Entergy** [7] - 16:11, 38:1, 43:17, 44:25, 46:2, 47:1, 50:8
**ENTERGY** [2] - 1:10, 2:13
**entire** [3] - 13:5, 21:13, 44:10
**entitled** [1] - 55:9
**especially** [2] - 15:25, 47:11
**ESQ** [1] - 3:4
**ESQUIRE** [17] - 1:18, 1:21, 1:24, 2:3, 2:7, 2:10, 2:14, 2:14, 2:15, 2:18, 2:22, 3:4, 3:9, 3:13, 3:18, 3:21, 3:24
**essence** [1] - 17:10
**essentially** [2] - 18:3, 31:14
**establish** [1] - 49:8
**establishing** [1] - 47:12
**estop** [1] - 17:20
**estoppel** [7] - 10:23, 17:11, 17:12, 18:2, 18:5, 18:6, 50:20
**etcetera** [2] - 13:10, 37:3

**ethically** [1] - 6:19
**Ethics** [1] - 6:20
**event** [2] - 9:13, 12:14
**eventually** [2] - 11:5, 34:24
**everywhere** [1] - 44:13
**evidence** [10] - 21:22, 21:25, 28:22, 29:11, 29:12, 29:14, 30:12, 36:4, 36:8
**evident** [1] - 22:16
**evidentiary** [2] - 19:21, 22:7
**EWELL** [1] - 2:14
**exactly** [2] - 28:6, 37:14
**example** [4] - 7:12, 26:6, 27:2, 48:24
**excavations** [1] - 29:1
**except** [1] - 17:6
**exception** [4] - 8:22, 12:8, 19:12, 19:23
**exchange** [3] - 41:19, 42:5, 42:6
**exchanged** [1] - 41:19
**exculpated** [3] - 11:16, 11:18, 23:7
**excuse** [1] - 51:11
**exemplar** [5] - 26:10, 30:21, 47:4, 47:22, 47:25
**exercise** [1] - 34:11
**exists** [1] - 41:16
**expect** [2] - 10:2, 37:2
**expeditious** [1] - 25:5
**expense** [1] - 39:23
**expensive** [1] - 25:2
**experience** [1] - 42:22
**expert** [4] - 41:14, 42:6, 46:12, 53:1
**experts** [7] - 29:17, 40:20, 41:10, 42:11, 46:5, 46:7, 53:3
**exposed** [3] - 40:17, 49:25, 50:1
**extent** [4] - 35:25, 37:7, 45:20
**extreme** [1] - 26:2

**F**

**facetious** [1] - 30:15
**facilities** [1] - 7:24
**fact** [11] - 12:9, 14:20, 15:19, 15:24, 18:3, 25:19, 28:5, 30:3, 33:7, 40:22, 43:20
**factor** [4] - 11:21,

15:4, 24:4, 30:11
**factor/mechanism** [1] - 14:23
**factors** [1] - 22:9
**facts** [4] - 19:11, 19:14, 19:22, 40:8
**failed** [1] - 11:22
**failure** [4] - 11:12, 14:10, 22:5, 23:4
**fair** [2] - 10:14, 42:19
**fairly** [4] - 16:9, 26:3, 26:4, 46:21
**fairness** [1] - 31:4
**far** [3] - 10:24, 40:12, 47:7
**fashion** [1] - 20:11
**father** [1] - 32:2
**fault** [9] - 27:20, 28:1, 32:23, 33:22, 34:1, 52:1, 52:6, 52:12
**favor** [1] - 26:10
**favorite** [1] - 50:9
**FAYARD** [2] - 2:6, 2:7
**fear** [1] - 29:16
**Federal** [1] - 9:23
**feet** [1] - 41:1
**fell** [1] - 46:5
**felony** [1] - 26:12
**few** [2] - 17:23, 19:22
**fewer** [1] - 25:13
**fiduciary** [1] - 39:25
**Fifth** [8] - 9:14, 13:23, 28:17, 28:19, 35:3, 50:22, 50:25, 53:9
**fight** [2] - 11:1, 54:1
**figure** [1] - 45:9
**figures** [1] - 11:11
**file** [2] - 37:3, 50:18
**filed** [2] - 13:17, 48:6
**fill** [1] - 45:12
**final** [1] - 9:17
**financial** [3] - 12:24, 13:2, 46:1
**findings** [3] - 12:17, 21:24, 25:19
**fine** [2] - 7:16, 33:14
**finish** [2] - 8:25, 21:1
**FIRM** [4] - 1:20, 2:9, 2:18, 2:21
**first** [12] - 14:7, 16:18, 16:20, 21:19, 22:6, 25:11, 28:3, 28:12, 32:9, 34:10, 43:7, 43:10
**fiscal** [1] - 25:4
**five** [3] - 26:20, 40:9, 50:7
**fix** [1] - 9:24
**Flood** [2] - 19:14,

19:17
**flood** [1] - 15:19
**flooded** [4] - 15:19, 15:20, 26:7, 44:19
**flooding** [4] - 14:23, 23:16, 23:19, 44:9
**floods** [1] - 44:9
**floodwall** [3] - 14:7, 21:16, 26:4
**floodwalls** [2] - 22:18, 26:8
**floodwaters** [1] - 21:17
**FLORIDA** [1] - 2:7
**focal** [1] - 32:25
**focus** [1] - 52:16
**foist** [1] - 42:17
**foolish** [1] - 22:11
**FOR** [9] - 1:17, 2:13, 2:21, 3:3, 3:8, 3:12, 3:12, 3:16
**force** [1] - 23:24
**foregoing** [1] - 55:7
**forever** [1] - 42:15
**forget** [1] - 29:14
**forgive** [3] - 6:11, 29:23, 51:22
**forgot** [3] - 40:9, 51:11, 53:18
**Form** [4] - 36:15, 45:17, 48:6, 48:7
**form** [2] - 38:7, 38:16
**Formaldehyde** [1] - 27:6
**forms** [1] - 38:9, 38:14, 38:15
**forward** [6] - 19:4, 19:7, 19:21, 26:22, 37:2, 46:20
**foundations** [1] - 44:8
**four** [2] - 26:19, 40:9
**FRANKLIN** [1] - 3:5
**frankly** [11] - 20:1, 21:15, 27:25, 28:16, 30:22, 31:20, 32:6, 33:9, 43:12, 47:20, 51:1
**freely** [1] - 45:7
**frequently** [1] - 33:7
**frivolous** [1] - 10:13
**frivolously** [1] - 22:2
**front** [2] - 14:14, 38:17
**full** [1] - 32:17
**full-blown** [1] - 32:17
**fully** [2] - 36:5, 50:21
**function** [5] - 8:17, 8:22, 12:8, 19:12, 19:22
**fundamental** [1] - 15:17

**furthermore** [1] - 14:24
**future** [3] - 19:9, 20:20

**G**

**gas** [5] - 43:23, 44:4, 44:8, 44:9, 46:15
**gathered** [1] - 21:14
**general** [3] - 16:9, 42:9, 48:22
**generally** [2] - 34:16, 40:4
**geographic** [1] - 39:10
**geographical** [1] - 45:13
**geography** [4] - 36:25, 48:17, 49:4
**geological** [1] - 40:4
**geotechnical** [1] - 40:16
**get-go** [1] - 44:12
**GILBERT** [3] - 2:18, 2:18, 44:22
**Gilbert** [1] - 44:23
**GILBERT..................
......................** [1] - 5:10
**given** [3] - 14:3, 16:22, 25:4
**goal** [2] - 24:7, 37:9
**GORDON** [1] - 2:13
**gosh** [2] - 36:5, 40:16
**gossamer** [1] - 12:4
**govern** [1] - 42:5
**government** [35] - 7:12, 7:15, 7:17, 8:20, 9:6, 10:19, 10:25, 11:3, 11:7, 11:14, 11:16, 11:18, 11:19, 11:21, 12:7, 12:23, 13:8, 14:17, 16:12, 17:12, 17:21, 24:21, 27:1, 27:20, 28:7, 28:8, 28:21, 36:6, 37:2, 37:15, 40:14, 52:21
**government's** [6] - 7:14, 15:6, 29:23, 30:10, 35:13, 37:11
**governmental** [1] - 36:1
**grant** [1] - 20:14
**granted** [1] - 19:15
**grants** [1] - 10:25
**gravity** [1] - 46:18
**great** [1] - 51:20
**greatest** [1] - 10:9
**greatly** [1] - 52:17

**ground** [2] - 40:23, 46:16
**grounds** [1] - 30:24
**GROUP** [1] - 3:8
**group** [1] - 38:6
**Group** [6] - 12:9, 15:1, 26:25, 28:7, 40:14, 52:21
**guess** [12] - 6:25, 13:12, 24:5, 24:21, 26:3, 30:9, 36:14, 39:13, 39:14, 40:18, 40:20, 50:23

## H

**halcyon** [1] - 10:8
**half** [1] - 44:17
**handful** [1] - 17:23
**handfuls** [1] - 17:24
**hang** [1] - 33:10
**happy** [5] - 18:12, 31:8, 31:13, 31:16, 49:15
**Harbor** [1] - 28:13
**hard** [3] - 14:21, 32:5, 44:3
**HARDY** [1] - 3:13
**Hartford** [1] - 46:7
**hatch** [1] - 44:20
**hate** [4] - 30:16, 38:19, 39:15, 49:24
**hazard** [1] - 29:4
**heap** [1] - 14:9
**hear** [5] - 14:2, 16:17, 17:2, 36:7, 50:17
**HEARD** [1] - 1:13
**heard** [5] - 32:6, 51:7, 52:4, 52:15
**hearing** [8] - 8:18, 17:3, 18:10, 19:21, 20:5, 21:19, 51:24, 53:22
**height** [1] - 11:16
**held** [4] - 15:14, 15:21, 17:10, 28:9
**help** [1] - 48:1
**helps** [2] - 12:6, 47:25
**hereby** [1] - 55:7
**higher** [2] - 7:3, 7:19
**hold** [2] - 6:13, 15:14
**home** [4] - 32:3, 32:4, 45:1, 45:4
**homes** [1] - 45:5
**honest** [1] - 39:11
**honestly** [3] - 18:18, 41:21, 46:25
**HONEYCUTT** [1] - 2:6
**Honor** [43] - 6:9,

16:18, 17:4, 17:15, 18:12, 18:19, 19:3, 19:6, 19:10, 19:12, 19:13, 19:20, 19:24, 20:3, 20:13, 20:15, 20:19, 20:25, 21:8, 21:11, 21:12, 22:13, 23:10, 23:13, 24:8, 24:11, 24:24, 24:25, 25:7, 25:15, 28:9, 31:8, 31:17, 31:22, 32:16, 34:11, 37:9, 39:7, 50:21, 51:16, 53:1, 53:14, 53:20
**Honor's** [1] - 17:1
**HONORABLE** [1] - 1:13
**hoorays** [1] - 42:14
**hope** [3] - 27:17, 42:7, 50:6
**hoped** [1] - 10:8
**hopefully** [1] - 31:3
**house** [5] - 11:11, 14:12, 22:5, 23:1, 44:24
**houses** [3] - 44:7, 46:14, 49:13
**huge** [2] - 45:7, 47:13
**hundred** [6] - 9:3, 9:4, 9:5, 10:21, 26:23
**hundreds** [2] - 7:21, 14:12
**hurdle** [2] - 17:17, 37:18
**Hurricane** [2] - 21:20, 23:16
**hurt** [1] - 50:25
**hydrologic** [1] - 40:5
**hydrological** [1] - 30:12
**hydrologically** [2] - 14:15, 30:2
**hydrologist** [1] - 27:24
**hydrology** [6] - 8:23, 11:8, 11:15, 36:24, 42:12, 46:10

## I

**idea** [4] - 13:12, 26:22, 41:15, 42:9
**ideas** [2] - 13:21, 42:5
**identify** [1] - 45:5
**identifying** [1] - 33:23
**ignorance** [1] - 27:17
**IHNC** [9] - 11:10, 21:17, 21:21, 22:18, 23:18, 26:8, 33:1,

34:16
**II** [1] - 1:24
**illuminate** [1] - 39:17
**illuminated** [1] - 15:22
**illustrate** [1] - 22:8
**imagine** [1] - 48:2
**immediate** [1] - 20:16
**immediately** [1] - 48:4
**immune** [1] - 14:24
**immunity** [10] - 10:19, 14:25, 15:19, 19:17, 24:22, 28:24, 28:25, 36:2, 36:7, 40:11
**impact** [3] - 26:22, 27:14, 39:24
**impacted** [1] - 27:14
**impediment** [1] - 37:9
**impinge** [1] - 24:3
**implicate** [1] - 51:25
**implicated** [1] - 52:7
**imports** [1] - 21:23
**impossible** [1] - 26:24
**impromptu** [1] - 16:25
**improperly** [1] - 28:8
**IN** [2] - 1:4, 10:16
**INC** [1] - 3:8
**incentive** [1] - 47:13
**inclined** [2] - 31:21, 35:11
**including** [3] - 23:17, 38:1, 39:24
**incoming** [1] - 42:18
**increased** [1] - 11:15
**indicated** [3] - 25:25, 30:20, 44:25
**indifferent** [1] - 7:23
**individual** [4] - 44:23, 44:24, 45:3, 45:5
**Industrial** [2] - 14:7, 43:24
**inevitability** [1] - 23:23
**inform** [3] - 37:1, 52:23
**information** [3] - 42:5, 48:5
**informed** [1] - 29:20
**initial** [1] - 37:18
**Inner** [1] - 28:13
**inquiry** [1] - 28:14
**insert** [1] - 52:8
**insofar** [1] - 51:21
**instance** [1] - 20:1
**insurance** [1] - 46:7
**INSURANCE** [1] - 2:21
**intend** [3] - 42:15, 48:3, 52:22
**intensely** [1] - 47:14
**intent** [4] - 8:2, 8:7,

10:16
**intentionally** [1] - 28:23
**interest** [5] - 13:3, 47:19, 47:20, 47:21, 53:23
**interested** [7] - 13:21, 14:18, 21:5, 27:7, 36:23, 44:5, 48:25
**interesting** [2] - 15:12, 36:8
**interests** [1] - 52:10
**INTERNATIONAL** [1] - 3:8
**interrelatedness** [1] - 22:9
**interrupt** [2] - 27:11, 47:18
**introduced** [1] - 21:25
**introducing** [1] - 30:12
**introductory** [1] - 21:13
**invited** [1] - 10:1
**involve** [1] - 20:9
**involved** [3] - 17:25, 29:4, 31:12
**involves** [2] - 9:13, 9:14
**involving** [2] - 20:21, 25:6
**issue** [26] - 8:9, 9:10, 9:12, 9:20, 9:24, 10:19, 12:6, 13:7, 14:1, 16:10, 17:13, 20:15, 21:5, 23:15, 27:12, 27:25, 29:11, 29:24, 32:25, 34:15, 34:18, 35:17, 35:23, 38:19, 38:22, 38:23
**issues** [31] - 8:3, 8:6, 8:7, 8:17, 10:12, 10:20, 13:10, 13:22, 20:16, 20:17, 22:12, 22:15, 22:17, 28:11, 29:15, 29:20, 32:18, 33:18, 33:22, 34:12, 35:13, 35:23, 36:2, 36:11, 37:10, 40:5, 48:20, 50:15, 51:17, 51:23
**itself** [1] - 7:13

## J

**Jackson** [1] - 43:24
**jam** [2] - 16:1, 31:11
**JAMES** [2] - 2:3, 3:4
**Janet** [1] - 39:14

**Japan** [1] - 49:25
**JEFFERSON** [1] - 2:4
**job** [2] - 12:19, 42:15
**join** [2] - 20:16, 40:3
**JONATHAN** [1] - 1:21
**JONES** [1] - 3:21
**JOSEPH** [1] - 1:18
**Jourdan** [1] - 22:6
**JR** [6] - 1:13, 1:21, 1:24, 2:7, 2:14, 3:4
**Judge** [9] - 8:5, 34:10, 38:8, 38:21, 40:2, 40:21, 48:17, 52:19, 54:6
**JUDGE** [1] - 1:14
**judge** [14] - 9:15, 30:16, 32:1, 32:5, 33:2, 33:6, 35:1, 35:21, 38:3, 42:18, 42:19, 42:24, 49:11, 49:21
**judges** [2] - 10:9, 50:4
**judgment** [14] - 7:16, 19:16, 20:14, 25:2, 28:18, 29:14, 30:22, 30:24, 35:19, 35:22, 35:24, 40:10, 50:19
**judgments** [1] - 15:9
**judicata** [1] - 18:4
**judicial** [1] - 7:11
**jurisdictional** [2] - 8:17, 13:10
**jury** [3] - 12:14, 12:15, 10:19
**JUSTICE** [1] - 3:3

## K

**K"(2** [1] - 1:7
**Katrina** [6] - 6:24, 9:14, 21:20, 23:16, 41:9, 42:17
**KATRINA** [1] - 1:4
**KEA** [1] - 2:22
**keep** [4] - 9:22, 9:24, 9:25, 51:14
**keeping** [1] - 37:9
**Kennedy** [1] - 7:5
**key** [4] - 13:22, 14:5, 17:16, 17:19
**kick** [1] - 8:15
**kill** [1] - 15:15
**killed** [1] - 15:14
**kind** [9] - 8:6, 8:18, 13:4, 30:8, 38:8, 43:25, 45:12, 47:17, 49:19
**knee** [2] - 31:2, 31:3
**knees** [1] - 31:9

**knowledge** [1] - 40:17
**known** [1] - 22:10
**knows** [4] - 13:11, 23:14, 39:16, 41:16

## L

**LA** [1] - 1:19, 1:22, 1:25, 2:5, 2:8, 2:16, 2:23, 3:10, 3:15, 3:20, 4:4
**LAFAYETTE** [1] - 2:5
**laid** [1] - 17:5
**Lake** [2] - 53:18, 53:21
**LAKE** [1] - 3:17
**language** [3] - 38:7, 38:10, 38:17
**large** [1] - 6:23
**larger** [1] - 26:18
**last** [4] - 29:18, 40:2, 43:5, 43:7
**law** [4] - 15:21, 18:2, 23:14, 46:18
**LAW** [4] - 1:20, 1:23, 2:9, 2:21
**lawyer** [2] - 6:21, 50:3
**lawyers** [3] - 9:5, 15:25, 38:10
**lawyers'** [1] - 50:3
**leaning** [3] - 14:20, 14:21, 34:14
**learn** [1] - 40:13
**learning** [2] - 36:23, 42:2
**least** [10] - 23:6, 24:4, 26:25, 28:3, 29:6, 32:1, 36:20, 37:12, 37:18, 42:17
**leave** [1] - 14:17
**leery** [1] - 9:21
**legal** [1] - 24:13
**legitimate** [3] - 13:7, 25:8, 51:18
**length** [1] - 7:10
**less** [4] - 25:5, 28:7, 36:10, 48:7
**letter** [2] - 23:12, 24:16
**letting** [1] - 9:18
**LEVEE** [2] - 3:12, 3:17
**Levee** [6] - 51:23, 51:25, 52:1, 52:6, 52:13, 52:22
**levee** [5] - 14:8, 14:21, 20:17, 23:4
**levees** [7] - 11:12, 11:13, 14:10, 22:5, 27:16, 27:22, 44:15
**liability** [1] - 34:1,

46:6, 52:16
**life** [1] - 49:11
**likely** [1] - 31:20
**limit** [1] - 49:17
**limits** [1] - 18:2
**line** [1] - 52:20
**lines** [1] - 44:3
**Lisa** [1] - 44:23
**list** [1] - 49:9
**listen** [2] - 12:5, 16:7
**listening** [1] - 19:3
**litigant** [1] - 47:5
**litigants** [1] - 6:23
**litigate** [2] - 10:21, 47:14
**LITIGATION** [1] - 1:5
**litigation** [13] - 8:2, 10:24, 20:21, 21:18, 21:23, 21:24, 24:6, 24:7, 24:10, 24:12, 25:6, 25:19, 47:3
**live** [1] - 14:6
**lived** [1] - 21:16
**lives** [1] - 33:11
**living** [1] - 7:24
**location** [3] - 45:3, 48:24, 48:25
**locations** [7] - 26:1, 26:2, 26:20, 36:17, 37:1, 39:11, 45:5
**logic** [1] - 15:17
**look** [8] - 9:11, 10:13, 19:24, 24:18, 35:4, 38:9, 42:13, 48:4
**looked** [2] - 17:7, 31:19
**looking** [7] - 24:2, 26:15, 26:17, 26:18, 39:13, 48:23, 49:18
**LOS** [1] - 2:11
**lose** [2] - 26:21, 37:5
**losing** [1] - 36:4
**loss** [2] - 35:7, 45:4
**lost** [1] - 45:1
**Louisiana** [2] - 55:5, 55:6
**LOUISIANA** [3] - 1:2, 1:7, 3:22
**love** [2] - 42:15, 50:16
**loved** [1] - 8:7
**loves** [1] - 33:19
**Lower** [3] - 49:2, 49:6, 49:13

## M

**main** [2] - 13:17, 13:18
**majeure** [1] - 23:24
**man** [4] - 7:7, 7:8, 7:9,

43:8
**manuals** [1] - 20:8
**map** [3] - 44:17, 44:18, 44:23
**MARCH** [2] - 1:8, 6:2
**mark** [1] - 10:16
**material** [3] - 19:11, 19:14, 19:22
**matter** [4] - 8:3, 13:5, 16:14, 27:4, 33:7, 37:4, 37:20, 38:11, 52:2, 52:7, 55:10
**matters** [1] - 8:24
**MAXWELL** [1] - 3:13
**MCCOLLAM** [1] - 2:13
**MCCONNON** [1] - 3:4
**MCCRANIE** [1] - 3:12
**MCDANIEL** [1] - 3:13
**mean** [11] - 9:7, 11:3, 15:9, 24:8, 34:1, 34:2, 38:13, 39:5, 39:13, 45:24, 47:10
**meaning** [1] - 26:10
**means** [2] - 7:16, 15:19
**meant** [1] - 11:9
**MECHANICAL** [1] - 4:5
**meet** [5] - 15:25, 41:20, 49:16, 50:11, 54:2
**memo** [2] - 35:15, 37:25
**men** [1] - 10:9
**Mendoza** [15] - 9:6, 9:9, 10:18, 13:10, 17:1, 17:10, 27:12, 33:14, 34:21, 50:14, 50:15, 50:19, 50:24, 51:3
**mention** [2] - 19:13, 49:24
**mentioned** [4] - 9:6, 9:21, 20:19, 23:12
**Merit** [1] - 55:4
**merits** [3] - 29:16, 29:17
**messed** [1] - 53:10
**METAIRIE** [2] - 3:15, 3:20
**meter** [1] - 44:24
**method** [1] - 41:18
**mice** [1] - 10:9
**might** [10] - 10:6, 11:7, 24:3, 24:20, 30:25, 36:3, 38:11, 38:15, 42:3, 53:23
**mile** [1] - 43:23
**miles** [2] - 43:23, 45:9
**mind** [12] - 9:2, 9:19,

9:22, 9:24, 9:25, 10:25, 11:20, 12:11, 13:10, 23:14, 43:4, 49:3
**mine** [1] - 16:6
**mini** [1] - 36:2
**misunderstood** [1] - 34:1
**modified** [1] - 7:2
**Monday** [3] - 18:23, 18:24, 18:25
**monologue** [1] - 16:16
**moon** [3] - 7:7, 7:8, 7:9
**moot** [1] - 50:25
**MORGAN** [1] - 1:25
**morning** [2] - 20:19, 21:14
**MORTON** [1] - 3:18
**most** [2] - 49:1, 53:10
**motion** [4] - 28:18, 36:20, 37:3, 50:19
**motions** [4] - 8:16, 39:1, 39:2, 39:5
**motivation** [1] - 33:8
**motive** [1] - 24:10
**move** [7] - 11:25, 19:7, 19:20, 33:12, 42:25, 49:2, 49:3
**moving** [1] - 19:4
**MR** [140] - 5:6, 5:7, 5:8, 5:9, 5:11, 5:12, 5:13, 5:14, 5:15, 5:16, 5:17, 5:18, 5:19, 5:20, 5:21, 5:22, 5:23, 13:15, 13:17, 16:18, 16:22, 17:15, 18:10, 18:12, 18:15, 18:18, 18:23, 19:1, 19:3, 19:20, 20:8, 20:13, 21:2, 21:7, 21:10, 22:8, 22:12, 22:15, 22:22, 23:8, 23:12, 23:23, 24:1, 24:24, 25:9, 25:13, 25:17, 25:23, 26:14, 26:17, 27:7, 27:17, 27:24, 28:6, 28:21, 29:9, 30:4, 30:14, 30:18, 31:7, 31:13, 31:16, 31:22, 32:1, 32:4, 33:2, 33:6, 33:21, 34:5, 34:15, 34:23, 35:1, 35:5, 35:18, 35:21, 36:14, 36:22, 37:14, 37:17, 37:23, 38:4, 38:21, 38:24, 39:3, 39:6, 39:19, 40:2, 40:7, 40:21, 40:25,

41:5, 41:8, 41:10, 42:8, 42:9, 42:19, 42:22, 42:24, 43:1, 43:5, 43:8, 43:14, 43:15, 43:19, 44:3, 44:5, 44:6, 44:21, 45:7, 45:16, 45:23, 46:11, 46:18, 46:24, 46:25, 47:17, 47:24, 48:17, 48:18, 49:11, 49:21, 50:6, 50:10, 50:14, 50:18, 51:2, 51:6, 51:13, 51:16, 51:21, 52:11, 52:19, 53:1, 53:4, 53:6, 53:13, 53:14, 53:20, 54:5, 54:14
**MRGO** [29] - 10:24, 11:6, 11:9, 11:12, 11:15, 13:6, 14:10, 15:10, 15:12, 21:18, 22:3, 22:4, 22:23, 22:25, 23:1, 23:3, 23:6, 23:17, 24:2, 24:17, 24:20, 27:22, 29:24, 30:11, 32:23, 34:18, 44:11, 53:24
**MS** [2] - 5:10, 44:22
**muddled** [1] - 29:23
**multiple** [1] - 9:12
**multiplication** [1] - 45:10
**must** [3] - 7:18, 14:25, 38:3
**muster** [1] - 45:18
**mutual** [1] - 18:4
**mutuality** [2] - 17:20, 48:16

## N

**N.W** [1] - 3:22
**name** [2] - 48:5, 48:18
**names** [1] - 39:9
**narrowed** [1] - 51:24
**nature** [2] - 10:17, 20:5
**Navigational** [1] - 28:13
**near** [1] - 10:16
**necessary** [1] - 29:19
**need** [15] - 7:18, 7:19, 18:17, 18:18, 19:10, 19:16, 33:8, 33:11, 33:14, 35:16, 36:5, 36:25, 37:19, 38:12, 42:24
**needed** [1] - 6:15
**needs** [3] - 11:8,

29:10, 33:10
**negligence** [13] - 11:23, 12:15, 22:18, 22:23, 22:24, 23:17, 23:18, 23:19, 24:2, 28:4, 29:24, 30:2, 30:11
**negligent** [5] - 12:7, 12:10, 23:5, 28:4, 30:3
**never** [4] - 7:15, 24:9, 24:10
**New** [2] - 9:13, 54:9
**new** [4] - 30:16, 41:5, 41:7
**NEW** [8] - 1:7, 1:19, 1:22, 2:16, 2:19, 2:23, 3:10, 4:4
**next** [2] - 36:14, 43:22
**nice** [2] - 42:20, 54:9
**NINA** [1] - 2:14
**Ninth** [3] - 49:2, 49:6, 49:13
**NO** [3] - 1:6, 1:9, 1:10
**nobody** [2] - 28:17, 43:10
**none** [1] - 17:24
**nonetheless** [1] - 52:17
**nonmutual** [1] - 18:5
**nonmutuality** [1] - 17:16
**nonsenses** [1] - 13:1
**north** [4] - 14:8, 15:4, 44:7, 46:14
**note** [1] - 52:2
**nothing** [4] - 8:13, 14:9, 28:12, 53:24
**notice** [1] - 44:20
**noticed** [2] - 17:7, 38:25
**number** [5] - 45:7, 47:13, 49:10, 49:22, 50:7
**numbered** [1] - 55:9
**numbers** [1] - 50:9
**NY** [1] - 2:19

### O

**O'BRIEN** [1] - 3:24
**o'clock** [2] - 15:15, 23:2
**objections** [1] - 16:12
**objects** [1] - 14:17
**obligation** [2] - 10:5, 26:5
**obligations** [1] - 42:17
**obtained** [1] - 12:18

**obviously** [2] - 19:7, 46:3
**occurred** [4] - 6:24, 7:6, 11:10, 21:21
**occurs** [1] - 44:7
**October** [1] - 31:5
**OF** [7] - 1:2, 1:13, 1:23, 3:3, 3:12, 3:16
**offensive** [3] - 17:11, 17:12, 50:20
**offered** [1] - 40:8
**OFFICE** [1] - 1:23
**office** [1] - 43:15
**OFFICIAL** [1] - 4:3
**Official** [2] - 55:5, 55:16
**often** [2] - 33:7, 33:25
**omniscient** [1] - 16:5
**once** [4] - 37:19, 42:13, 45:2, 48:4
**one** [33] - 8:17, 9:21, 10:2, 12:6, 12:15, 15:9, 15:10, 15:11, 16:6, 21:13, 22:17, 22:20, 23:21, 25:14, 26:3, 26:4, 29:9, 31:8, 32:22, 33:19, 35:1, 35:2, 37:19, 41:15, 42:4, 43:2, 44:25, 46:5, 46:18, 47:17, 50:9, 53:11
**ones** [1] - 20:9
**open** [4] - 9:22, 12:8, 44:8, 50:10
**operating** [1] - 25:4
**opinion** [2] - 29:20, 51:3
**opportunity** [3] - 27:8, 36:5, 51:18
**opposed** [1] - 36:10
**opposition** [1] - 40:10
**optimistic** [1] - 31:25
**oral** [1] - 13:12
**ORDER** [1] - 6:4
**order** [10] - 35:17, 38:19, 38:22, 38:23, 49:7, 49:8, 52:20, 54:2, 54:14, 54:15
**orders** [1] - 41:13
**ordinarily** [1] - 24:25
**original** [1] - 31:24
**originally** [2] - 38:12, 39:7
**Orleans** [8] - 9:13, 51:23, 51:25, 52:1, 52:6, 52:13, 52:22, 54:9
**ORLEANS** [8] - 1:7, 1:19, 1:22, 2:16, 2:23, 3:10, 3:12, 4:4

**otherwise** [1] - 54:2
**ought** [3] - 40:16, 42:1, 48:10
**overall** [1] - 24:5
**overly** [1] - 31:24
**overtopping** [1] - 27:21
**owe** [1] - 45:24
**OWEN** [1] - 2:10

### P

**P.M** [1] - 1:8
**P.O** [1] - 3:6
**PAGE** [1] - 5:3
**pain** [3] - 33:19, 33:20, 33:21
**pair** [1] - 43:9
**paper** [3] - 16:22, 17:3, 50:16
**papers** [8] - 10:13, 12:21, 19:5, 19:6, 30:19, 31:20, 40:6
**Paris** [1] - 26:4
**part** [3] - 8:25, 11:17, 12:15
**partial** [1] - 34:19
**participation** [1] - 48:2
**particular** [4] - 19:24, 32:17, 35:23, 48:25
**particularly** [2] - 25:1, 42:22
**parties** [13] - 12:16, 16:25, 17:22, 17:25, 18:2, 20:22, 24:13, 25:3, 32:14, 41:19, 52:1, 52:24
**party** [3] - 19:8, 36:4, 52:7
**passed** [1] - 45:18
**pay** [1] - 15:21
**pending** [1] - 53:6
**people** [10] - 7:21, 17:24, 21:15, 21:16, 26:18, 26:20, 36:17, 39:8, 46:1, 48:21
**Pepper** [3] - 55:3, 55:13, 55:14
**PEPPER** [1] - 4:3
**per** [1] - 8:3
**performance** [1] - 22:17
**perhaps** [7] - 7:20, 20:22, 25:14, 30:4, 31:24, 40:14, 52:20
**permanently** [1] - 13:24
**permeability** [1] -

41:17
**person** [3] - 7:25, 37:19, 39:15
**person's** [1] - 32:17
**personally** [1] - 39:25
**perspective** [7] - 6:22, 6:23, 7:14, 10:3, 16:1, 16:5, 44:13
**perspectives** [1] - 16:4
**persuaded** [1] - 12:3
**persuasive** [2] - 15:22, 25:1
**PERTAINS** [1] - 1:8
**pervasive** [1] - 43:22
**PFISTER** [1] - 3:18
**phases** [2] - 21:11, 21:12
**physical** [1] - 24:18
**pick** [4] - 15:11, 30:20, 47:18, 49:10
**picking** [1] - 45:11
**picture** [1] - 43:25
**PIGMAN** [1] - 3:8
**piled** [1] - 44:11
**piles** [1] - 41:6
**piling** [2] - 41:2, 41:4
**pipeline** [1] - 46:15
**pipelines** [1] - 44:4
**pipes** [1] - 47:7
**pitch** [1] - 46:22
**plaintiff** [10] - 12:11, 15:9, 15:11, 16:10, 33:1, 41:22, 45:19, 45:20, 47:8
**plaintiff's** [2] - 17:17, 29:21
**PLAINTIFFS** [1] - 1:17
**plaintiffs** [34] - 13:6, 15:13, 17:24, 18:1, 19:16, 20:15, 21:6, 26:1, 26:10, 26:11, 27:14, 28:5, 29:25, 30:5, 30:18, 32:11, 33:2, 33:8, 36:24, 37:1, 37:5, 37:22, 38:6, 38:19, 38:20, 45:3, 45:12, 47:19, 47:20, 47:22, 48:1, 52:14, 54:12
**plan** [1] - 49:20
**planning** [1] - 53:24
**plans** [2] - 10:9, 29:2
**play** [1] - 38:16
**plead** [1] - 46:18
**plus** [1] - 24:17
**point** [28] - 11:7, 14:13, 21:14, 22:7, 22:10, 22:16, 24:5, 24:15, 24:23, 25:1,

30:13, 32:6, 35:5, 35:13, 36:6, 37:4, 37:8, 37:21, 38:5, 40:2, 44:1, 44:6, 44:21, 46:9, 49:14, 51:2
**Point** [1] - 32:19
**pointed** [3] - 11:7, 16:4, 47:12
**points** [2] - 25:13, 32:8
**polder** [1] - 32:12
**poles** [1] - 44:16
**politically** [1] - 7:24
**portion** [4] - 12:22, 17:9, 17:15, 21:10
**position** [4] - 12:22, 17:9, 17:15, 21:10
**possibilities** [1] - 12:2
**potential** [3] - 20:22, 31:2, 39:20
**power** [2] - 33:16, 34:11
**POYDRAS** [1] - 4:3
**preclude** [1] - 30:12
**preclusion** [1] - 17:13
**prefer** [2] - 12:22, 17:5
**prejudice** [1] - 53:5
**preliminary** [4] - 6:11, 8:16, 9:16, 28:14
**prepared** [2] - 12:1, 16:25
**preponderance** [2] - 28:22, 29:13
**presentation** [1] - 46:19
**President** [1] - 7:5
**pressure** [2] - 11:15, 45:25
**pretty** [5] - 7:8, 14:12, 17:5, 17:22, 45:16
**previously** [2] - 17:21, 17:22
**primary** [1] - 7:12
**privacy** [2] - 18:1, 18:2
**privy** [1] - 25:18
**problem** [7] - 13:5, 26:6, 37:11, 45:10, 51:3, 53:5, 53:20
**problems** [1] - 20:4
**Procedure** [1] - 9:23
**PROCEEDINGS** [3] - 1:13, 4:5, 6:1
**proceedings** [3] - 51:21, 54:17, 55:9
**process** [2] - 7:2, 42:2
**processes** [1] - 24:19
**PRODUCED** [1] - 4:6
**product** [1] - 24:8
**Professional** [1] - 55:4

**professionals** [1] - 6:20
**Professor** [1] - 40:8
**promising** [1] - 42:14
**prongs** [1] - 29:7
**properly** [1] - 40:15
**properties** [3] - 26:7, 48:20, 48:23
**proposals** [1] - 35:19
**proposed** [3] - 36:24, 38:18, 41:18
**proposition** [1] - 15:17
**protecting** [1] - 52:9
**protracted** [1] - 22:11
**prove** [14] - 25:18, 26:9, 27:20, 27:24, 27:25, 28:22, 28:24, 30:21, 44:1, 45:21, 45:23, 46:4, 47:9, 47:10
**proved** [1] - 29:13
**provide** [1] - 39:20
**provided** [2] - 30:21, 37:22
**proving** [3] - 26:6, 27:19, 45:8
**purposes** [1] - 44:22
**pushed** [2] - 44:15, 44:16
**pusillanimous** [1] - 42:20
**put** [6] - 27:8, 29:11, 36:11, 39:2, 49:7, 49:17

**Q**

**quantum** [1] - 47:12
**questions** [4] - 16:23, 16:24, 23:9, 53:15
**quickly** [1] - 48:8
**quite** [3] - 6:23, 16:4, 25:25

**R**

**radiation** [2] - 49:24
**rain** [1] - 30:4
**raised** [4] - 10:12, 10:20, 12:16, 29:21
**ramble** [2] - 6:12
**RE** [1] - 1:4
**Reach** [4] - 14:10, 22:5, 27:16, 27:22
**reach** [2] - 24:21, 32:5
**reactions** [1] - 46:19
**read** [7] - 9:7, 14:11,

16:24, 17:6, 38:2, 50:16
**ready** [1] - 50:24
**real** [4] - 14:5, 17:19, 22:1, 22:7
**realities** [1] - 8:1
**realize** [1] - 10:2
**really** [18] - 12:5, 12:22, 14:15, 19:25, 20:3, 20:6, 20:7, 22:3, 28:11, 37:4, 43:2, 43:12, 47:19, 48:7, 50:23, 51:1, 53:10, 53:25
**realm** [1] - 12:2
**Realtime** [2] - 55:3, 55:15
**reason** [1] - 48:19
**received** [1] - 44:24
**recognize** [3] - 34:6, 34:17, 39:19
**recognizes** [1] - 19:13
**recommend** [1] - 31:8
**record** [4] - 6:16, 38:2, 51:22, 55:9
**RECORDED** [1] - 4:5
**reduces** [1] - 18:3
**referred** [1] - 34:17
**reflect** [1] - 17:17
**regard** [9] - 32:11, 35:23, 36:6, 36:16, 37:6, 40:4, 41:14, 41:16, 41:17
**regarding** [1] - 36:12
**regardless** [4] - 9:9, 10:23, 14:24, 30:2
**Registered** [2] - 55:3, 55:4
**regulations** [1] - 20:6
**regulatory** [1] - 45:25
**reiterate** [2] - 6:16, 46:25
**related** [2] - 8:4, 34:16
**relates** [1] - 45:4
**relatively** [1] - 20:10
**relevant** [3] - 24:19, 28:11
**relieve** [1] - 20:22
**religate** [2] - 11:1, 12:12
**religating** [1] - 17:21
**remain** [1] - 52:17
**remaining** [2] - 19:11, 25:1
**remand** [1] - 28:18
**remarks** [1] - 21:14
**remediation** [2] - 14:22, 15:3
**remember** [4] - 32:15, 33:2, 33:4, 43:14

**remembers** [1] - 43:10
**render** [2] - 13:25, 14:1
**rendered** [1] - 7:16
**replacement** [1] - 31:3
**report** [1] - 40:8
**Reporter** [7] - 55:3, 55:4, 55:5, 55:15, 55:16
**REPORTER** [1] - 4:3
**REPORTER'S** [1] - 55:1
**reports** [1] - 41:14
**represent** [1] - 44:23
**representative** [4] - 26:18, 30:5, 49:1, 49:5
**representing** [1] - 51:23
**represents** [1] - 45:1
**request** [1] - 25:8
**require** [2] - 22:19, 52:21
**requirement** [1] - 37:19
**res** [1] - 18:4
**resolution** [4] - 13:3, 13:4, 37:10, 48:9
**resolve** [6] - 13:23, 15:13, 20:13, 35:22, 36:11, 51:17
**resolved** [4] - 10:7, 27:4, 33:10, 37:13
**resolving** [1] - 25:5
**resources** [1] - 47:15
**respect** [3] - 19:11, 19:14, 38:8
**respective** [2] - 6:17, 53:12
**respond** [1] - 43:1
**responsibile** [1] - 28:10
**responsibility** [1] - 20:22
**result** [1] - 27:16
**resulting** [2] - 11:11, 22:4
**rethinking** [1] - 38:9
**retrial** [1] - 35:24
**retry** [1] - 27:13
**reverse** [1] - 28:18
**reversed** [1] - 15:14
**reversing** [1] - 8:12
**ripe** [1] - 8:18
**rise** [1] - 6:7
**RMR** [1] - 55:14
**Road** [2] - 22:6, 26:4
**ROBIN** [1] - 3:4
**Robin** [1] - 34:6

**Robinson** [15] - 8:3, 8:9, 8:19, 8:20, 10:18, 13:11, 17:24, 17:25, 18:1, 20:16, 24:17, 24:19, 32:15, 39:16, 47:4
**ROBINSON** [2] - 2:15
**rocket** [1] - 14:6
**role** [1] - 26:11
**ROOM** [1] - 4:3
**round** [1] - 11:11
**route** [2] - 35:9, 35:10
**ROY** [2] - 2:3, 2:3
**RPR** [1] - 4:3
**ruin** [1] - 39:15
**Rule** [9] - 9:23, 34:11, 41:19
**ruled** [3] - 7:19, 36:16, 36:21
**rules** [2] - 6:19, 46:3
**ruling** [2] - 37:7, 37:8
**ruminate** [1] - 37:24, 38:1, 54:10
**ruminating** [1] - 33:5
**runs** [1] - 43:24
**rushes** [1] - 44:7
**Russia** [1] - 7:6

**S**

**s/Cathy** [1] - 55:13
**safe** [1] - 31:15
**samples** [1] - 41:25
**sampling** [1] - 40:15
**sanctioned** [1] - 11:17
**satisfied** [1] - 36:18
**satisfy** [1] - 37:19
**saw** [2] - 33:13, 40:6
**schedule** [5] - 14:1, 31:2, 31:16, 31:19
**scheduled** [1] - 13:13
**scheduling** [1] - 48:3
**science** [1] - 14:6
**scripted** [1] - 6:11
**se** [1] - 8:3
**second** [1] - 27:11
**secondly** [1] - 45:16
**SECTION** [1] - 1:7
**see** [12] - 7:2, 7:23, 12:5, 14:1, 16:3, 17:17, 25:15, 25:17, 30:5, 36:3, 44:3
**segregate** [2] - 34:12, 34:15
**segregated** [1] - 33:24
**selected** [2] - 27:15, 30:5
**selecting** [1] - 26:11
**self** [1] - 22:16

**self-evident** [1] - 22:16
**semiclosure** [1] - 12:18
**send** [1] - 43:16
**senior** [2] - 10:7, 10:9
**sense** [4] - 21:15, 26:19, 26:20, 43:22
**sensitive** [1] - 10:12
**sent** [1] - 50:21
**sentence** [1] - 35:21
**serious** [1] - 25:7
**service** [3] - 44:4, 44:24, 45:1
**set** [5] - 39:7, 39:8, 42:4, 42:13, 54:12
**setting** [1] - 41:13
**settlement** [1] - 53:7
**several** [1] - 13:9
**severance** [1] - 52:3
**shall** [1] - 43:7
**share** [1] - 40:7
**shareholders** [1] - 12:25
**sheet** [2] - 41:2, 41:4
**SHERMAN** [2] - 2:21, 2:22
**short** [3] - 9:8, 20:10, 20:11
**shorten** [1] - 17:11
**shot** [1] - 30:14
**show** [5] - 11:22, 28:2, 28:3, 30:1, 44:5
**Show** [1] - 43:10
**side** [1] - 17:7
**simple** [3] - 14:5, 39:22, 46:21
**simply** [4] - 29:24, 34:19, 47:10, 47:11
**sisters** [1] - 53:9
**SISTRUNK** [1] - 3:12
**sit** [2] - 10:17, 52:5
**sitting** [1] - 10:18
**situation** [1] - 39:22
**six** [2] - 27:3, 50:11
**slim** [1] - 12:4
**slot** [1] - 50:10
**slowed** [1] - 24:12
**smart** [1] - 42:11
**SMITH** [28] - 3:4, 16:22, 17:15, 18:10, 18:12, 18:15, 18:18, 18:23, 19:1, 19:3, 19:20, 20:8, 20:13, 21:2, 21:7, 21:10, 22:8, 22:12, 22:15, 22:22, 23:8, 23:12, 23:23, 24:1, 24:24, 25:9, 46:25, 53:1
**Smith** [13] - 11:14,

13:8, 16:20, 30:8, 31:1, 32:7, 32:21, 36:1, 38:5, 38:25, 43:21, 54:11
**Smith's** [5] - 27:11, 31:20, 35:13, 35:15, 37:25
**SMITH**......................
.................... [3] - 5:6, 5:12, 5:20
**soils** [1] - 41:17
**sole** [1] - 14:23
**solution** [1] - 33:13
**solutions** [1] - 39:20
**solve** [1] - 53:4
**someone** [1] - 31:23
**sometime** [3] - 13:12, 52:23, 52:25
**sometimes** [4] - 7:11, 35:2, 35:7, 53:10
**somewhat** [1] - 29:6
**somewhere** [1] - 30:1
**song** [1] - 43:10
**soon** [2] - 46:14, 52:23
**sooner** [3] - 18:19, 18:21
**sorry** [3] - 13:17, 20:25, 22:12
**sort** [1] - 34:17
**sounds** [1] - 31:17
**source** [4] - 26:8, 32:12, 32:13, 33:23
**south** [2] - 14:8, 15:4
**SOUTHWEST** [1] - 2:7
**sovereign** [2] - 10:19, 24:22
**SPEAKER** [1] - 13:16
**SPEAKERS** [1] - 5:3
**speaking** [2] - 27:17, 34:4
**specific** [3] - 38:13, 48:23, 52:4
**specs** [1] - 29:3
**speed** [1] - 7:2
**spent** [1] - 49:12
**spirit** [1] - 31:3
**splits** [1] - 41:25
**SPRINGS** [1] - 2:8
**Sputnik** [1] - 7:6
**ST** [1] - 2:15
**standard** [2] - 6:14, 45:17
**standpoint** [2] - 46:10, 50:3
**STANWOOD** [1] - 1:13
**State** [2] - 28:24, 55:5
**statement** [5] - 12:24, 13:2, 21:1, 31:24, 42:19

**statements** [2] - 6:11, 46:1
**States** [13] - 17:10, 17:19, 18:4, 18:5, 18:6, 19:8, 20:14, 20:21, 24:12, 25:3, 25:6, 55:6, 55:17
**STATES** [3] - 1:1, 1:14, 3:3
**States'** [2] - 14:25, 20:24
**STATION** [1] - 3:5
**status** [2] - 10:7, 43:20
**STATUS** [1] - 1:13
**statute** [1] - 28:25
**stay** [4] - 10:6, 10:7, 48:12, 52:4
**stayed** [1] - 8:4
**staying** [2] - 39:18, 54:8
**STENOGRAPHY** [1] - 4:5
**STEVENS** [2] - 1:23, 1:24
**stick** [1] - 31:5
**stickiest** [1] - 13:5
**sticky** [3] - 33:18, 34:17
**still** [7] - 12:8, 15:16, 24:18, 28:22, 30:11, 37:5, 40:23
**STONE** [1] - 3:8
**STREET** [7] - 1:18, 1:21, 2:4, 2:19, 2:22, 3:9, 4:3
**street** [1] - 14:7
**structure** [1] - 49:1
**structures** [3] - 30:6, 49:1, 49:5
**struggling** [1] - 43:12
**stuff** [6] - 8:16, 38:2, 40:11, 40:22, 45:13, 51:7
**style** [1] - 38:7
**subject** [4] - 21:2, 21:4, 35:24, 46:3
**submissions** [2] - 16:24, 17:17
**submit** [3] - 18:8, 18:16, 49:9
**submitted** [3] - 12:21, 14:12, 17:8
**subrogee** [1] - 46:7
**subsequent** [1] - 17:3
**substantial** [1] - 15:3
**substation** [1] - 44:19
**subterranean** [1] - 47:8
**succeed** [1] - 51:18

**sue** [1] - 15:16
**suggest** [4] - 36:1, 41:12, 48:10, 54:13
**suggested** [3] - 19:10, 31:21, 50:11
**suggesting** [1] - 29:10
**suing** [1] - 47:8
**SUITE** [4] - 2:11, 2:16, 3:14, 3:19
**Sullivan** [1] - 43:10
**summary** [11] - 19:15, 20:14, 28:18, 29:14, 30:23, 35:19, 35:21, 35:22, 35:23, 40:10, 50:19
**summer** [2] - 39:15, 39:16
**Supreme** [5] - 7:20, 10:24, 17:10, 35:3, 51:1
**surge** [1] - 23:16
**surgery** [4] - 31:2, 31:3, 31:4
**surrounding** [1] - 9:13
**surveying** [1] - 48:22
**suspect** [1] - 26:25
**swept** [1] - 44:8
**swoop** [1] - 46:5
**system** [9] - 6:22, 7:11, 39:24, 43:23, 44:8, 44:9, 44:15, 45:8, 46:15

# T

**T-wall** [1] - 41:8
**talks** [1] - 48:3
**tandem** [1] - 53:2
**task** [3] - 6:21, 25:3, 45:12
**team** [1] - 43:11
**ten** [1] - 27:3
**term** [1] - 7:24
**termination** [1] - 47:2
**terms** [1] - 47:6
**terrible** [1] - 31:6
**test** [2] - 29:8, 38:15
**tested** [2] - 38:11
**testimony** [1] - 32:24
**testing** [7] - 40:4, 40:15, 41:16, 41:23, 41:24, 42:2, 43:2
**THE** [120] - 1:13, 1:17, 1:20, 2:18, 3:3, 3:12, 3:12, 3:17, 5:5, 6:7, 6:8, 6:10, 13:19, 16:19, 17:5, 18:9, 18:11, 18:14, 18:16, 18:21, 18:25, 19:2,

19:19, 20:4, 20:12, 21:1, 21:4, 21:9, 22:1, 22:10, 22:14, 22:20, 22:25, 23:11, 23:21, 23:25, 24:23, 25:8, 25:10, 25:16, 25:21, 26:15, 27:5, 27:10, 27:23, 28:1, 28:20, 29:8, 29:22, 30:7, 30:16, 30:25, 31:10, 31:14, 31:19, 31:23, 32:3, 32:20, 33:4, 33:20, 34:3, 34:14, 34:21, 34:24, 35:3, 35:11, 35:20, 36:13, 36:19, 37:11, 37:15, 37:21, 37:24, 38:18, 38:23, 38:25, 39:5, 39:13, 39:22, 40:6, 40:16, 40:24, 41:4, 41:7, 41:9, 42:13, 42:20, 43:4, 43:7, 43:12, 43:18, 44:2, 44:20, 45:15, 45:19, 46:9, 46:17, 46:23, 47:16, 47:23, 48:11, 49:7, 49:16, 49:23, 50:9, 50:12, 50:16, 50:23, 51:5, 51:8, 51:14, 51:20, 52:9, 52:25, 53:2, 53:8, 53:16, 54:2, 54:7, 54:15
**themselves** [1] - 52:14
**theories** [1] - 29:21
**thereto** [1] - 8:4
**they've** [1] - 30:20
**thin** [1] - 12:4
**thinking** [5] - 7:4, 9:16, 19:6, 38:15, 49:19
**thinks** [2] - 30:8, 30:9
**thirds** [1] - 44:17
**THOMAS** [1] - 3:13
**thorny** [2] - 33:18
**thousand** [6] - 9:3, 9:4, 9:5, 10:21, 26:23
**thousands** [1] - 7:21
**three** [5] - 13:6, 26:1, 29:6, 36:17, 36:24
**threshold** [1] - 13:22
**threw** [1] - 50:7
**throw** [1] - 28:16
**THURSDAY** [2] - 1:8, 6:2
**Thursday** [1] - 18:23
**time-consuming** [1] - 25:2
**TO** [2] - 1:8, 6:4

**toast** [1] - 44:12
**today** [8] - 13:25, 14:2, 16:25, 17:25, 18:23, 21:19, 25:24, 53:22
**tolerate** [1] - 50:2
**Tommy** [1] - 51:22
**took** [1] - 44:10
**TORTS** [1] - 3:5
**totally** [1] - 38:21
**town** [1] - 54:9
**tradition** [1] - 34:4
**traditional** [1] - 34:3
**train** [1] - 32:10
**transcript** [2] - 51:9, 55:8
**TRANSCRIPT** [2] - 1:13, 4:5
**TREEBY** [27] - 3:9, 25:13, 25:17, 25:23, 26:17, 27:7, 27:17, 27:24, 28:6, 28:21, 29:9, 30:4, 30:14, 30:18, 31:7, 31:13, 31:16, 31:22, 42:8, 42:22, 43:1, 43:14, 44:5, 47:17, 47:24, 48:18, 53:4
**Treeby** [19] - 12:20, 12:21, 13:3, 16:13, 25:10, 25:12, 27:10, 32:7, 34:6, 35:12, 35:25, 36:7, 36:11, 36:23, 40:3, 43:21, 48:12, 48:14, 53:7
**Treeby's** [2] - 40:10, 45:25
**TREEBY**......................
.................... [4] - 5:7, 5:13, 5:15, 5:21
**TRIAL** [1] - 2:9
**trial** [33] - 7:15, 7:19, 8:6, 9:9, 9:25, 11:21, 12:1, 12:22, 14:21, 19:11, 19:17, 24:2, 24:18, 24:20, 24:22, 26:10, 26:19, 29:11, 29:13, 29:16, 29:17, 30:10, 32:18, 36:2, 36:11, 37:12, 37:20, 42:13, 49:8, 52:23, 52:25, 54:5
**trials** [4] - 9:12, 26:23, 26:24, 30:21
**tried** [9] - 8:7, 23:1, 24:11, 27:3, 33:9, 53:8
**trouble** [1] - 14:9
**true** [4] - 11:21, 24:16, 26:10, 55:7
**truly** [1] - 20:5

**trust** [1] - 40:21
**try** [24] - 6:12, 8:15, 9:2, 9:3, 9:24, 10:1, 10:14, 14:2, 14:16, 15:8, 21:11, 21:12, 24:17, 27:20, 28:2, 28:3, 28:23, 32:2, 35:6, 36:1, 36:5, 48:15, 49:16
**trying** [10] - 9:22, 25:1, 26:12, 26:13, 29:22, 33:13, 39:6, 44:6, 51:14, 52:8
**tsunami** [1] - 49:24
**Tuesday** [1] - 54:11
**twice** [1] - 45:17
**two** [13] - 11:4, 12:15, 15:2, 15:9, 17:23, 26:1, 26:2, 29:13, 29:19, 31:8, 36:17, 44:17
**two-thirds** [1] - 44:17
**type** [3] - 12:1, 32:22, 41:19

## U

**ultimate** [3] - 22:17, 47:2, 52:6
**ultimately** [5] - 7:19, 27:13, 27:15, 51:24, 52:11
**under** [6] - 6:19, 23:19, 25:4, 28:24, 34:11, 40:22
**underground** [1] - 47:7
**understood** [1] - 25:25
**undertake** [1] - 25:3
**unfortunately** [3] - 13:24, 16:5
**UNIDENTIFIED** [1] - 13:16
**unique** [2] - 46:5, 47:7
**UNITED** [3] - 1:1, 1:14, 3:3
**United** [15] - 14:25, 17:10, 17:19, 18:4, 18:5, 18:6, 19:8, 20:14, 20:21, 20:24, 24:12, 25:3, 25:6, 55:6, 55:17
**unless** [9] - 10:24, 15:22, 21:23, 33:15, 33:19, 40:23, 40:24, 40:25, 53:14
**up** [17] - 8:9, 16:13, 16:20, 24:17, 30:20,

31:1, 33:16, 33:17, 37:7, 37:8, 40:23, 43:5, 44:19, 45:13, 49:19, 50:24, 53:11
**urged** [3] - 7:18, 32:22

## V

**validity** [1] - 40:19
**value** [1] - 36:3
**various** [2] - 22:9, 45:12
**vast** [1] - 20:24
**VICTOR** [1] - 1:24
**view** [2] - 38:4, 46:11
**Vioxx** [1] - 27:2
**virtually** [1] - 17:14
**vis** [6] - 29:24, 30:11, 32:23
**vis-a-vis** [3] - 29:24, 30:11, 32:23
**visages** [1] - 53:12
**VOICES** [1] - 6:9

## W

**WAGER** [1] - 3:21
**WAGER-ZITO** [1] - 3:21
**wait** [4] - 10:17, 12:4, 35:15, 37:12
**waiting** [1] - 28:20
**waive** [1] - 30:19
**wall** [4] - 41:5, 41:7, 41:8
**WALTHER** [1] - 3:8
**wants** [8] - 10:17, 17:2, 18:19, 19:20, 33:15, 42:2, 42:25
**Ward** [3] - 49:2, 49:6, 49:13
**washed** [1] - 46:14
**WASHINGTON** [3] - 3:6, 3:8, 3:22
**Washington** [6] - 12:9, 15:1, 26:25, 28:6, 40:14, 52:21
**water** [19] - 11:5, 11:11, 11:15, 11:16, 26:6, 30:13, 32:12, 32:13, 33:23, 34:8, 34:19, 44:7, 44:18, 45:6, 46:15, 51:6, 53:23, 53:25
**waters** [19] - 13:6, 15:10, 15:12, 22:4, 22:25, 23:1, 23:4, 27:12, 27:13, 27:15, 27:21, 28:2, 30:1,

32:16, 32:18, 32:24
**ways** [1] - 48:20
**week** [1] - 18:18
**weeks** [1] - 29:19
**weigh** [1] - 42:11
**Weinstock** [1] - 53:20
**WEINSTOCK** [4] - 3:18, 3:18, 53:20, 54:5
**WEINSTOCK.............
............................** [1] - 5:23
**WENDY** [1] - 2:15
**WGI** [9] - 8:10, 8:12, 12:23, 13:1, 14:18, 15:8, 16:13, 37:1, 37:6
**WGI's** [2] - 12:22, 15:6
**WHEREUPON** [1] - 54:17
**whole** [3] - 14:16, 15:8, 28:2
**wife** [1] - 43:9
**WILLIAM** [1] - 3:9
**willing** [2] - 16:7, 16:17
**WILSHIRE** [1] - 2:10
**win** [4] - 11:19, 26:21, 35:7, 37:5
**wind** [3] - 24:16, 30:4, 34:8
**wins** [8] - 8:20, 10:19, 10:23, 10:25, 11:3
**wiped** [2] - 14:13, 15:11
**wires** [1] - 44:16
**wish** [2] - 23:11, 54:5
**witnesses** [1] - 20:10
**WITTMANN** [1] - 3:8
**won** [1] - 35:6
**wondering** [1] - 52:19
**word** [2] - 40:15, 42:21
**words** [7] - 14:17, 23:21, 23:23, 27:12, 31:5, 33:24, 44:10
**worry** [1] - 46:1
**worth** [1] - 35:24
**WRIGHT** [1] - 2:3
**written** [1] - 43:15

## Y

**year** [1] - 13:1
**years** [4] - 7:1, 7:4, 8:5, 40:9
**yesterday** [1] - 25:24
**YORK** [1] - 2:19
**yourself** [1] - 15:25

## Z

**zealously** [1] - 6:19
**ZITO** [1] - 3:21
**ZWAIN** [1] - 3:17