UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolidated cases |
| Weisler v. Seymour, et al.  09-2737 | * * * * * * | SECTION "K" (2) JUDGE STANWOOD R. DUVAL, JR. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION ON BEHALF OF PLAINTIFF, RICHARD H. WEISLER, M.D.
TO LIMIT DISCOVERY AND/OR FOR PROTECTIVE ORDER**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Richard H. Weisler, M.D. ("Dr. Weisler"), and moves this Honorable Court for an Order limiting discovery and/or for Protective Order as regards the Defendant's service of 318 Requests

for Admission which only could be intended to harass and burden the Plaintiff. Plaintiff sets forth reasons and authorities for this Motion in the Memorandum in Support of this Motion.

Respectfully submitted,

___/s/ Andrew C. Wilson_____
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Susan F. Clade (1033)
Christopher B. Conley (31674)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999

Attorneys for Plaintiff, Richard H. Weisler, M.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

___/s/ Andrew C. Wilson_____
Andrew C. Wilson

N:\DATA\N\50182001\Pleadings\Motion for Protective Order Mot.wpd

2