UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Limit Discovery and/or for Protective Order filed by Plaintiff, Richard H. Weisler, M.D., shall be brought on for hearing before the Honorable Magistrate Joseph C. Wilkinson, Jr. on the 13th day of April, 2011.

at 11:00 o'clock a.m.

        Respectfully submitted,

        ___/s/ Andrew C. Wilson_____
        Daniel J. Caruso (3941)
        Andrew C. Wilson (01162)
        Susan F. Clade (1033)
        Christopher B. Conley (31674)
        SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
        30th Floor - Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone (504) 569-2030
        Facsimile (504) 569-2999

        Attorneys for Plaintiff, Richard H. Weisler, M.D.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on March 25, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        ___/s/ Andrew C. Wilson_____
        Andrew C. Wilson

N:\DATA\N\50182001\Pleadings\Notice of Submission.wpd

2