# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]

BRENDAN P. DOHERTY
WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
WILLIAM F. HANNES, JR.[4]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

March 30, 2011

Writer's E-mail Address:
E.WALTON@GLLLAW.COM
Direct Dial: (504) 654-1378

Hon. Joseph C. Wilkinson, Jr.
Magistrate Judge, Section 2
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

Via facsimile: (504) 589-7633



In Re: *Katrina Canal Breaches Consolidated Litigation*
USDC, EDLA, No. 05-4182, Sec. "K", Mag. (2)
Pertains to: Insurance
Abadie - USDC EDLA, No.: 06-5164
Abadie - USDC EDLA, No.: 07-5112
Our File No.: 0092-81-6

Dear Judge Wilkinson,

    I am happy to inform you that Mr. Rees of the Louisiana Road Home Program has provided Lexington with the necessary information to resolve the eight claims that are the subject matter of the status conference scheduled for 3:00 p.m. on Thursday, March 31, 2011. Therefore, Lexington requests that the conference be canceled. Lexington thanks the Court for its assistance in resolving these matters.

With kind regards, I remain,

Very truly yours,

Eric C. Walton

ECW/lcw
cc: Melissa DeBarbieris, Esq. (Via fax: 504-581-1493)
    Mr. Dan Rees (Via fax: 225-342-1947)