UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Abadie  06-5164<br>    Abadie  07-5112 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Counsel for Lexington Insurance Company has advised the court (by letter filed separately in the record) that "Mr. Rees of the Louisiana Road Home Program has provided Lexington with the necessary information to resolve the eight claims that are the subject matter of the status conference scheduled for 3:00 p.m. on Thursday, March 31, 2011. Therefore, Lexington requests that the conference be canceled."  Accordingly,

**IT IS ORDERED** that the status conference previously set before me on March 31, 2011 in the referenced matters is hereby CANCELLED.

New Orleans, Louisiana, this ___30th___ day of March, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**