UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  BARGE<br>    <u>Weisler v. Seymour</u>, 09-2737 | JUDGE DUVAL<br>MAG. J. WILKINSON |

**<u>ORDER</u>**

Because of the nature of the presentation made by the parties in connection with the Motion of Plaintiff, Dr. Richard Weisler, for Relief Under Fed. R. Civ. P. 26(b)(5)(B), Record Doc. No. 20191, with which I am having some difficulty, I seek further input from counsel as follows.

In this motion, plaintiff seeks to obtain unredacted copies of certain documents that defendants produced to him in redacted form. Plaintiff attached to his motion the redacted copies that he received and unredacted copies of a few, which apparently had been previously produced inadvertently. I previously addressed a related motion. Record Doc. No. 20158. In connection with that motion, defendants previously produced to me for in camera review a compact disc that contains unredacted versions of most of the documents that plaintiff seeks in his current motion. However, four of the exhibits (actually only two pages as described below) that Dr. Weisler attached to his motion are identified by Bates-stamp numbers beginning with the prefix "Barge PSLC." I have not easily been able to find (or perhaps I am overlooking) these four documents among the large volume of

materials on the compact disc, all of which use the Bates-stamp prefix "BargePSLCWeisSeym." Although these four exhibits are separately labeled, they actually consist of only two documents, because Exhibits 3L and 3M are duplicates of Exhibits 3B and 3C.

I have spent more time than I should unsuccessfully searching for unredacted versions of these four (actually two) exhibits in the materials already on file in this voluminous record. To assist me and facilitate my review of these materials, **IT IS ORDERED** that, no later than **April 7, 2011**, defendants must either produce to me for in camera review unredacted hard copies of Plaintiff's Exhs. 3B and 3L, Bates No. Barge PSLC000119; and Plaintiff's Exhs. 3C and 3M, Bates No. Barge PSLC000120; or provide me with an identifying number or other search tool that will enable me to locate them easily on the previously produced disc. If these exhibits were among those that plaintiff has stated in his motion papers "were previously provided to Plaintiff in unredacted form," (Plaintiff's Memorandum in support at p. 2), his counsel must also provide me no later than **April 7, 2011**, with the unredacted versions for in camera review. The court appreciates the assistance of counsel in this regard.

New Orleans, Louisiana, this   30th   day of March, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

2