UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | * | **and consolidated cases** |
| | * | |
| | * | **SECTION "K" (2)** |
| | * | |
| | * | |
| *Weisler v. Seymour, et al.*     **09-2737** | * | **JUDGE** |
| | * | **STANWOOD R. DUVAL,** |
| | * | **JR.** |
| | * | |
| | * | **MAG. JUDGE** |
| | | **JOSEPH C. WILKINSON,** |
| | | **JR.** |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER

NOW COME Defendants, who move for leave to file the attached Supplemental Memorandum In Support of Motion to Modify Scheduling Order in light of events which have occurred since the original Motion to Modify, etc., and supporting memorandum were filed.

So moved, this 31 day of March, 2011.

Respectfully submitted,

BEST, KOEPPEL & TRAYLOR
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.

*/s/Brian A. Gilbert*
_____
Brian A. Gilbert, #21297
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024

bgilbert@briangilbertlaw.com

*Pro se*, Attorney for Barge Plaintiffs, Barge Plaintiffs Liaison Master, and on behalf of Wilson Defendants, Seymour Defendants, and Wiedemann & Wiedemann

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via United States Mail, first class postage prepaid and properly addressed, and/or via facsimile, and/or via electronic mail, and/or via hand delivery, and/or via ECF upload, this 31st day of March, 2011.

*/s/Brian A. Gilbert*