UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** | * <br> * <br> * <br> * <br> * | **CIVIL ACTION** <br><br> **NO. 05-4182** |
| **PERTAINS TO: BARGE** | * <br> * <br> * <br> * | **and consolidated cases** <br><br> **SECTION "K" (2)** |
| *Weisler v. Seymour, et al.*     **09-2737** | * <br> * <br> * <br> * <br> * <br> * | **JUDGE** <br> **STANWOOD R. DUVAL,** <br> **JR.** <br><br> **MAG. JUDGE** <br> **JOSEPH C. WILKINSON,** <br> **JR.** |

# ORDER

Considering the above and foregoing, for good cause shown, it is hereby ORDERED that leave is hereby GRANTED for Defendants to file the Supplemental Memorandum In Support of Motion to Modify Scheduling Order.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
**HON. STANWOOD R. DUVAL, JR.**