# Exhibit 2

# LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.

1150 CONNECTICUT AVENUE N.W. • SUITE 900 • WASHINGTON, DC 20036-4129
(202)862-4320 • CELL: (202)549-1454 • FAX: (800)805-1065
E-MAIL: rick@rickseymourlaw.net    www.rickseymourlaw.com

March 19, 2011

Andrew C. Wilson, Esq.
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000

     Re:    **Weisler v. Seymour et al.**
               **C.A. No. 09-2737 (E.D. La.)**

Dear Andrew:

      On the assumption that the current case scheduling orders and deadlines remain in effect, we will need to take Dr. Weisler's video deposition in Raleigh, North Carolina on Monday, April 4, 2011, starting at 8:30 A.M. This is the starting time specified in the Case Management Orders, but we could start by agreement at a different time if that would be more convenient.

      I normally like to arrange dates by agreement, but looking at the calendar does not leave much room for alternatives on this occasion.

      April 4 is just eight days before the deadline for filing motions for summary judgment, so we have no room after that for a later deposition date. This is also just one week after the March 28 deadline for Dr. Weisler's responses to the Seymour defendants' discovery responses, and there is no room before April 4 for an earlier deposition date. It will take at least the time from March 28 to April 3 for me and for the other defendants and their counsel to understand and assimilate the information provided and documents produced, so that I and then can prepare adequately for the deposition.

      The one thing that could work would be a Sunday, April 3 deposition if that would be more convenient for Dr. Weisler's schedule and if we could find a court reporter and videographer willing to do that without charging extra. Please let me know if this would be preferable, and I will try to find a suitable reporter and videographer.

      Please let me know whether Dr. Weisler will agree to be deposed without the need for a subpoena. If he requires a subpoena, please let me know whether you will accept service of the subpoena.

Andrew C. Wilson, Esq.
Simon, Peragine, Smith & Redfearn, L.L.P.
March 19, 2011
Page 2 of 2 —

  Turning back to the discovery requests, I would appreciate your e-mailing me the information on the due date, or—if the information is too voluminous—sending it to me by Federal Express at my expense, so that I can have it as quickly as possible. I do not want to waste Dr. Weisler's or your time enquiring about subjects adequately answered in the responses, so it is important to have these in hand as quickly as possible.

  We will need to take the Rule 30(b)(6) deposition of the Duke University Medical School in Durham, North Carolina, on the day after Dr. Weisler's deposition, starting at 8:30 A.M. This would be a half-day deposition. At 1:30 P.M. on the same day, we will take the Rule 30(b)(6) deposition of the University of North Carolina Medical School in Chapel Hill, North Carolina. I need to be in Washington on April 6 for a follow-up medical appointment on my wife's surgery, so this has to be no later than April 5.

  I would also like to notice the Rule 30(b)(6) deposition of the Centers for Disease Control, most likely in Atlanta, for Monday, April 11, 2011. If the Centers state that a different location would be better, I would intend to accommodate them.

  There may be additional depositions to be taken in this case, primarily but not necessarily exclusively in New Orleans, between April 12 and April 18. As plans for those firm up, I will let you know. Please let me know if there are any days between April 12 and April 18 on which you know you will not be available. There may be others in your firm who can cover the depositions, but I would like to accommodate you and your firm to the greatest extent possible.

  In the event that the Court changes the scheduling order, we can have more freedom to arrange dates convenient to everyone. Until it does, however, the tyranny of the calendar does not leave any of us much choice on the key depositions.

  With best wishes,

                 Very truly yours,

                 Richard T. Seymour

Cc: Co-Counsel and Co-Defendants