# Exhibit 3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| | SECTION "K" (2) |
| *Weisler v. Seymour, et al.*   09-2737 | JUDGE STANWOOD R. DUVAL, JR. |
| | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## DEFENDANTS RICHARD T. SEYMOUR'S AND (MISNAMED) RICHARD T. SEYMOUR, P.L.L.C.'S, NOTICE OF VIDEO DEPOSITION OF RICHARD H. WEISLER, M.D.

To: Andrew C. Wilson, Esq.
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor - Energy Centre
1l00 Poydras Street
New Orleans, LA 70163-3000

PLEASE TAKE NOTICE THAT improperly joined defendant Richard T. Seymour and improperly named defendant "Richard T. Seymour P.L.L.C.," hereinafter referred to as the "Seymour Defendants," pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination, under oath, of Richard H. Weisler, M.D., on April 4, 2011, at 8:30 A.M., at Huseby, Inc., 3737 Glenwood Avenue, Suite 100, Raleigh, NC 27612, continuing from day to day until completed.

This deposition will be videotaped and recorded stenographically before a Notary Public or other officer authorized to administer oaths, and will be for the purpose of discovery of evidence, for use at trial, and for other lawful purposes.

        Respectfully Submitted,

        /s/ Richard T. Seymour
        Richard T. Seymour
        Law Office of Richard T. Seymour, P.L.L.C.
        1150 Connecticut Avenue N.W., Suite 900
        Washington, D.C. 20036-4129
        rick@rickseymourlaw.net
        (202) 862-4320 – Telephone
        (202) 549-1454 – Cell
        (800) 805-1065 – Facsimile

*Attorney for Defendants Richard T. Seymour and "Richard T. Seymour P.L.L.C."*

Dated: March 23, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2011, I served a copy of Defendants Richard T. Seymour's and (Misnamed) Richard T. Seymour, P.L.L.C.'s Notice of Deposition of Richard H. Weisler, M.D., on counsel of record for Plaintiff, as shown below, and on all other counsel and parties through the Court's ECF system and, where the party served is not on the ECF system, by e-mail:

>Andrew C. Wilson, Esq.
>Simon, Peragine, Smith & Redfearn, L.L.P.
>30th Floor - Energy Centre
>1l00 Poydras Street
>New Orleans, LA 70163-3000

>/s/ Richard T. Seymour
>Richard T. Seymour
>*Attorney for Defendants Richard T. Seymour and "Richard T. Seymour P.L.L.C."*