UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:   MRGO<br>*Armstrong*, No. 10-866 | |

## NOTICE OF SUBPOENA TO CAJUN INDUSTRIES, LLC

Pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice to Defendants United States and URS Energy & Construction, Inc. (formerly Washington Group International, Inc.) of a subpoena to produce documents and other materials served on Cajun Industries, LLC (attached hereto as Exhibit "A").

Dated:  April 5, 2011

                            **Respectfully Submitted,**
                            **PLAINTIFFS LIAISON COUNSEL**

                               /s/ Joseph M. Bruno
                            JOSEPH M. BRUNO (La. Bar # 3604)
                            Bruno & Bruno, LLP
                            855 Baronne Street
                            New Orleans, Louisiana 70113
                            Telephone: (504) 525-1335
                            Facsimile: (504) 561-6775
                            Email: jbruno@brunobrunolaw.com

                            **MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

                               /s/ James Parkerson Roy
                            JAMES PARKERSON ROY
                            MR-GO PSLC Liaison Counsel
                            LA. Bar Roll Number: 11511

Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

　　　/s/Andrew P. Owen
ANDREW P. OWEN
*Admitted Pro Hac Vice*
The Trial Law Firm PC
800 Wilshire Blvd, Suite 800
Los Angeles, CA 90017
Telephone: (213) 347-0290
Facsimile: (213) 347-0299
Email: aowen@oslaw.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

　　I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on April 5, 2011.

　　　　　　　　　　/s/ Joseph M. Bruno