UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: BARGE<br>     Weisler v. Seymour, 09-2737 | JUDGE DUVAL<br>MAG. WILKINSON |

# **ORDER**

In response to my order of March 30, 2011, Record Doc. No. 20209, I have received a letter from defense counsel providing me with unredacted hard copies of Barge PSLCWeisSeym000119 and Barge PSLCWeisSeym000120. These are <u>not</u> the materials I need. They are already in the previously provided compact disc. As stated in my previous order, Record Doc. No. 20209 at p.2, I need to see unredacted copies of

Plaintiff's Exhs. 3B and 3L, Bates No. **Barge PSLC000119;**
and Plaintiff's Exhs. 3C and 3M, Bates No. **Barge PSLC000120**

Note the absence of "WeisSeym" in the different identifying nomenclature. Counsel for both sides must respond to this order, either by providing the materials or stating in writing that they do not have them, no later than **April 7, 2011**.

New Orleans, Louisiana, this ____5th____ day of April, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE