UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.*  **09-2737** | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

**MEMORANDUM ON BEHALF OF DR. RICHARD H. WEISLER
IN SUPPORT OF MOTION TO SET STATUS CONFERENCE**

**MAY IT PLEASE THE COURT:**

Since February of 2010, Plaintiff, Dr. Richard Weisler ("Dr. Weisler") has been trying to get the Defendants to furnish their e-mails generated between and among themselves related to why they refused to pay Dr. Weisler and several other psychological or psychiatric experts they retained. To date, the limited and/or redacted e-mails provided by the Defendants show that the Defendants refused to pay Dr. Weisler and the other experts, not because of the quality of their

1

work, or the time they expended, as the Defendants attempt to assert after the fact in their "Counter-Claim", but because the Defendants lacked the funds and had also made a unilateral decision to abandon their attempt to establish an "emotional injury" sub-class, a concept of their own making for which they had retained Dr. Weisler, who simply did everything they asked.

     Had the Defendants even begun to produce relevant e-mails back in February of 2010, this case would not be in the posture it is in now.  Even at this late date, over a year after counsel for some of the Defendants agreed to produce those e-mails, the Defendants are still fighting their production.  The Defendants now contend that their failure to produce these e-mails and their filing of repetitive motions associated with those e-mails should allow them to obtain a continuance of the present trial date to December, 2011.  Dr. Weisler submits that this new trial date is unnecessary and that a status conference should be set to select new pre-trial deadlines and perhaps a new trial date in the Fall of 2011 at the latest.  Undersigned counsel for Dr. Weisler will confer with opposing counsel/the Defendants to determine whether mutually

2

agreeable dates can be arranged prior to the proposed conference.

                Respectfully submitted,


                /s/ Andrew C. Wilson
               Daniel J. Caruso (3941)
               Andrew C. Wilson (01162)
               Charles E. Riley, IV (28200)
               Christopher B. Conley (31674)
               30th Floor– Energy Centre
               1100 Poydras Street
               New Orleans, Louisiana 70163
               Telephone (504) 569-2030
               Facsimile (504) 569-2999
               Attorneys for Plaintiff, Richard H. Weisler, M.D.


## CERTIFICATE OF SERVICE

  I hereby certify that on April 5, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


               /s/ Andrew C. Wilson

N:\DATA\N\50182001\Pleadings\Memo in Support of Motion to Set Status Conference (2).wpd