UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

## **ORDER**

Considering the foregoing Motion to Set Status Conference;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a status conference at which counsel are to appear in person/by telephone be and is hereby set for the ___ day of April, 2011 at ___ o'clock _.m.

New Orleans, this ___ day of April, 2011.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE

N:\DATA\N\50182001\Pleadings\Order on Motion to Set Status Conference.wpd