## Richard T. Seymour

**From:** Brian A. Gilbert [fishkat@cox.net]
**Sent:** Saturday, September 27, 2008 8:04 PM
**To:** rick@rickseymourlaw.net
**Cc:** 'Brian Gilbert'; Lawrence Wiedemann; Karen Wiedemann; Karl Wiedemann; Patrick Sanders
**Subject:** Re: Barge Cases: Alan and Leslie



Richard T. Seymour wrote:
>

>
>

>
>           Rick
>
> Richard T. Seymour
> Law Office of Richard T. Seymour, P.L.L.C.
> 1150 Connecticut Avenue N.W.
> Suite 900
> Washington, D.C.  20036-4129
>    Voice:  202-862-4320

EXHIBIT
1