UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br> and consolidated cases <br><br> SECTION "K" (2) <br><br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAGISTRATE JUDGE <br> JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: BARGE | | |
| Weisler v. Seymour, et al.  09-2737 | | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion to Set Status Conference;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a status conference at which counsel are to appear in person/by telephone be and is hereby set for the <u>8th</u> day of April, 2011 at <u>2:30</u> o'clock p.**m.**

New Orleans, this <u>6th</u> day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

N:\DATA\N\50182001\Pleadings\Order on Motion to Set Status Conference.wpd