# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

CHARLES R. RUMBLEY
ANGELA G. BECNEL
DANIEL M. REDMANN
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
BSG@LCBA-LAW.COM

April 7, 2011

United States Magistrate Judge
Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

Re: Weisler v. Seymour, et al
    USDC No. 05-4182 consolidated with 09-2737, Div. "K", Mag. 2
    Our File No.: 100.10-1143

Dear Judge Wilkinson:

We represent the defendants, Alan Fuchsberg and the Jacob D. Fuchsberg Law Firm (hereinafter the "Fuchsberg defendants") in the above-captioned matter. In response to your order of April 5, 2011 (Document 20216), the Fuchsberg defendants state that they do not have unredacted copies of:

Plaintiff's Exhs. 3B and 3L, Bates No. **Barge PSLC000119**;
and Plaintiff's Exhs. 3C and 3M, Bates No. **Barge PSLC000120**

Please let this correspondence serve as a satisfactory response to the Order of April 5, 2011 (Document 20216). Please contact us if you need anything further.

Sincerely,

DAVID V. BATT
BRADLEY S. GROCE

DVB/BSG