MINUTE ENTRY
DUVAL, J.
APRIL 8, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

PERTAINS TO BARGE                                NO. 05-4182

*Weisler v. Seymour, et al 09-2737*              SECTION "K"(2)

    Attending a telephonic status conference held this date were:

Andrew Wilson on behalf of plaintiff Richard H. Weisler,
Richard Seymour on behalf of defendant Richard Seymour,
Bradley Groce on behalf of defendants Alan Fuchsberg and Jacob D. Fuchsberg Law Firm,
Brian Gilbert on behalf of defendant Brian Gilbert, and
Lawrence Wilson on behalf of defendants Lawrence Wilson and Wilson, Grochow, Drucker & Nolet.

    Before the Court is the "Motion to Modify Scheduling Order" filed on behalf of defendants/counter-claimants (Doc. 20198). The motion seeks, among other things, a continuance of the trial currently scheduled for June 6, 2011. Counsel advised the Court that there is no opposition to the continuance of the trial. The motion is GRANTED to the extent that it seeks to continue the trial. The Court hereby reschedules the **jury** trial for **December 5, 2011** at **8:30 a.m.** and reschedules the pre-trial conference for **November 15, 2011** at **3:00 p.m.** The Case Manager for Section "K" shall issue a new scheduling order tied to the new trial date.

    To the extent that the motion seeks to continue to specific dates the deadlines for the parties to exchange expert reports, file witness and exhibit lists, file *Daubert* and dispositive motions, and

complete the taking of discovery and trial deposition, the motion is denied as moot.

JS10 (00:15).