UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| ENTERGY, C.A. No. 10-77 | § | |
| _____§ | | |

NOTICE OF PRODUCTION

The Court ordered the United States to produce by April 18, 2011, "any and all soils data, including boring logs and any available elevations and GPS locations, not previously provided with respect to the soils in the EBIA, whether or not done in connection with this litigation." Doc. Rec. No. 20200. Accordingly, the documents and/or electronically stored information (ESI) that the United States identified for production to the plaintiffs will be produced within the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368). In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

| | | |
|---|---|---|
| MEB-001-000000001 | to | MEB-001-000000001 |
| MEB-001-000000002 | to | MEB-001-000000002 |
| MEB-001-000000003 | to | MEB-001-000000003 |
| MEB-001-000000004 | to | MEB-001-000000004 |
| MEB-001-000000005 | to | MEB-001-000000005 |
| MEB-001-000000006 | to | MEB-001-000000006 |
| MEB-001-000000007 | to | MEB-001-000000007 |
| MEB-001-000000008 | to | MEB-001-000000008 |
| MEB-001-000000009 | to | MEB-001-000000009 |
| MEB-001-000000010 | to | MEB-001-000000010 |
| MEB-001-000000011 | to | MEB-001-000000011 |
| MEB-001-000000012 | to | MEB-001-000000012 |
| MEB-001-000000013 | to | MEB-001-000000013 |
| MEB-001-000000014 | to | MEB-001-000000014 |
| MEB-001-000000015 | to | MEB-001-000000015 |
| MEB-001-000000016 | to | MEB-001-000000016 |
| MEB-001-000000017 | to | MEB-001-000000017 |
| MEB-001-000000018 | to | MEB-001-000000018 |
| MEB-001-000000019 | to | MEB-001-000000019 |
| MEB-001-000000020 | to | MEB-001-000000020 |
| MEB-001-000000021 | to | MEB-001-000000021 |
| MEB-001-000000022 | to | MEB-001-000000022 |
| MEB-001-000000023 | to | MEB-001-000000023 |
| MEB-001-000000024 | to | MEB-001-000000024 |
| MEB-001-000000025 | to | MEB-001-000000025 |
| MEB-001-000000026 | to | MEB-001-000000026 |
| MEB-001-000000027 | to | MEB-001-000000027 |
| MEB-001-000000028 | to | MEB-001-000000028 |
| MEB-001-000000029 | to | MEB-001-000000029 |
| MEB-001-000000030 | to | MEB-001-000000030 |
| MEB-001-000000031 | to | MEB-001-000000031 |
| MEB-001-000000032 | to | MEB-001-000000032 |
| MEB-001-000000033 | to | MEB-001-000000033 |
| MEB-001-000000034 | to | MEB-001-000000034 |
| MEB-001-000000035 | to | MEB-001-000000035 |
| MEB-001-000000036 | to | MEB-001-000000036 |
| MEB-001-000000037 | to | MEB-001-000000037 |
| MEB-001-000000038 | to | MEB-001-000000038 |
| MEB-001-000000039 | to | MEB-001-000000039 |
| MEB-001-000000040 | to | MEB-001-000000040 |
| MEB-001-000000041 | to | MEB-001-000000041 |
| MEB-001-000000042 | to | MEB-001-000000042 |
| MEB-001-000000043 | to | MEB-001-000000043 |
| MEB-001-000000044 | to | MEB-001-000000044 |

| | | |
|---|---|---|
| MEB-001-000000045 | to | MEB-001-000000045 |
| MEB-001-000000046 | to | MEB-001-000000046 |
| MEB-001-000000047 | to | MEB-001-000000047 |
| MEB-001-000000048 | to | MEB-001-000000048 |
| MEB-001-000000049 | to | MEB-001-000000049 |
| MEB-001-000000050 | to | MEB-001-000000050 |
| MEB-001-000000051 | to | MEB-001-000000051 |
| MEB-001-000000052 | to | MEB-001-000000052 |
| MEB-001-000000053 | to | MEB-001-000000053 |
| MEB-001-000000054 | to | MEB-001-000000054 |
| MEB-001-000000055 | to | MEB-001-000000055 |
| MEB-001-000000056 | to | MEB-001-000000056 |
| MEB-001-000000057 | to | MEB-001-000000057 |
| MEB-001-000000058 | to | MEB-001-000000058 |
| MEB-001-000000059 | to | MEB-001-000000059 |
| MEB-001-000000060 | to | MEB-001-000000060 |
| MEB-001-000000061 | to | MEB-001-000000061 |
| MEB-001-000000062 | to | MEB-001-000000062 |
| MEB-001-000000063 | to | MEB-001-000000063 |
| MEB-001-000000064 | to | MEB-001-000000064 |
| MEB-001-000000065 | to | MEB-001-000000065 |
| MEB-001-000000066 | to | MEB-001-000000066 |
| MEB-001-000000067 | to | MEB-001-000000067 |
| MEB-001-000000068 | to | MEB-001-000000068 |
| MEB-001-000000069 | to | MEB-001-000000069 |
| MEB-001-000000070 | to | MEB-001-000000070 |
| MEB-001-000000071 | to | MEB-001-000000071 |
| MEB-001-000000072 | to | MEB-001-000000072 |
| MEB-001-000000073 | to | MEB-001-000000073 |
| MEB-001-000000074 | to | MEB-001-000000074 |
| MEB-001-000000075 | to | MEB-001-000000075 |
| MEB-001-000000076 | to | MEB-001-000000076 |
| MEB-001-000000077 | to | MEB-001-000000077 |
| MEB-001-000000078 | to | MEB-001-000000078 |
| MEB-001-000000079 | to | MEB-001-000000079 |
| MEB-001-000000080 | to | MEB-001-000000080 |
| MEB-001-000000081 | to | MEB-001-000000081 |
| MEB-001-000000082 | to | MEB-001-000000082 |
| MEB-001-000000083 | to | MEB-001-000000083 |
| MEB-001-000000084 | to | MEB-001-000000084 |
| MEB-001-000000085 | to | MEB-001-000000085 |
| MEB-001-000000086 | to | MEB-001-000000086 |
| MEB-001-000000087 | to | MEB-001-000000087 |
| MEB-001-000000088 | to | MEB-001-000000088 |

| | | |
|---|---|---|
| MEB-001-000000089 | to | MEB-001-000000089 |
| MEB-001-000000090 | to | MEB-001-000000090 |
| MEB-001-000000091 | to | MEB-001-000000091 |
| MEB-001-000000092 | to | MEB-001-000000092 |
| MEB-001-000000093 | to | MEB-001-000000093 |
| MEB-001-000000094 | to | MEB-001-000000094 |
| MEB-001-000000095 | to | MEB-001-000000095 |
| MEB-001-000000096 | to | MEB-001-000000096 |
| MEB-001-000000097 | to | MEB-001-000000097 |
| MEB-001-000000098 | to | MEB-001-000000098 |
| MEB-001-000000099 | to | MEB-001-000000099 |
| MEB-001-000000100 | to | MEB-001-000000100 |
| MEB-001-000000101 | to | MEB-001-000000101 |
| MEB-001-000000102 | to | MEB-001-000000102 |
| MEB-001-000000103 | to | MEB-001-000000103 |
| MEB-001-000000104 | to | MEB-001-000000104 |
| MEB-001-000000105 | to | MEB-001-000000105 |
| MEB-001-000000106 | to | MEB-001-000000106 |
| MEB-001-000000107 | to | MEB-001-000000107 |
| MEB-001-000000108 | to | MEB-001-000000108 |
| MEB-001-000000109 | to | MEB-001-000000109 |
| MEB-001-000000110 | to | MEB-001-000000110 |
| MEB-001-000000111 | to | MEB-001-000000111 |
| MEB-001-000000112 | to | MEB-001-000000112 |
| MEB-001-000000113 | to | MEB-001-000000113 |
| MEB-001-000000114 | to | MEB-001-000000114 |
| MEB-001-000000115 | to | MEB-001-000000115 |
| MEB-001-000000116 | to | MEB-001-000000116 |
| MEB-001-000000117 | to | MEB-001-000000117 |
| MEB-001-000000118 | to | MEB-001-000000118 |
| MEB-001-000000119 | to | MEB-001-000000119 |
| MEB-001-000000120 | to | MEB-001-000000120 |
| MEB-001-000000121 | to | MEB-001-000000121 |
| MEB-001-000000122 | to | MEB-001-000000122 |
| MEB-001-000000123 | to | MEB-001-000000123 |
| MEB-001-000000124 | to | MEB-001-000000124 |
| MEB-001-000000125 | to | MEB-001-000000125 |
| MEB-001-000000126 | to | MEB-001-000000126 |
| MEB-001-000000127 | to | MEB-001-000000127 |
| MEB-001-000000128 | to | MEB-001-000000128 |
| MEB-001-000000129 | to | MEB-001-000000129 |
| MEB-001-000000130 | to | MEB-001-000000130 |
| MEB-001-000000131 | to | MEB-001-000000131 |
| MEB-001-000000132 | to | MEB-001-000000132 |

| | | |
|---|---|---|
| MEB-001-000000133 | to | MEB-001-000000133 |
| MEB-001-000000134 | to | MEB-001-000000134 |
| MEB-001-000000135 | to | MEB-001-000000135 |
| MEB-001-000000136 | to | MEB-001-000000136 |
| MEB-001-000000137 | to | MEB-001-000000137 |
| MEB-001-000000138 | to | MEB-001-000000138 |
| MEB-001-000000139 | to | MEB-001-000000139 |
| MEB-001-000000140 | to | MEB-001-000000140 |
| MEB-001-000000141 | to | MEB-001-000000141 |
| MEB-001-000000142 | to | MEB-001-000000142 |
| MEB-001-000000143 | to | MEB-001-000000143 |
| MEB-001-000000144 | to | MEB-001-000000144 |
| MEB-001-000000145 | to | MEB-001-000000145 |
| MEB-001-000000146 | to | MEB-001-000000146 |
| MEB-001-000000147 | to | MEB-001-000000147 |
| MEB-001-000000148 | to | MEB-001-000000148 |
| MEB-001-000000149 | to | MEB-001-000000149 |
| MEB-001-000000150 | to | MEB-001-000000150 |
| MEB-001-000000151 | to | MEB-001-000000151 |
| MEB-001-000000152 | to | MEB-001-000000152 |
| MEB-001-000000153 | to | MEB-001-000000153 |
| MEB-001-000000154 | to | MEB-001-000000154 |
| MEB-001-000000155 | to | MEB-001-000000155 |
| MEB-001-000000156 | to | MEB-001-000000156 |
| MEB-001-000000157 | to | MEB-001-000000157 |
| MEB-001-000000158 | to | MEB-001-000000158 |
| MEB-001-000000159 | to | MEB-001-000000159 |
| MEB-001-000000160 | to | MEB-001-000000160 |
| MEB-001-000000161 | to | MEB-001-000000161 |
| MEB-001-000000162 | to | MEB-001-000000162 |
| MEB-001-000000163 | to | MEB-001-000000163 |
| MEB-001-000000164 | to | MEB-001-000000164 |
| MEB-001-000000165 | to | MEB-001-000000165 |
| MEB-001-000000166 | to | MEB-001-000000166 |
| MEB-001-000000167 | to | MEB-001-000000167 |
| MEB-001-000000168 | to | MEB-001-000000168 |
| MEB-001-000000169 | to | MEB-001-000000169 |
| MEB-001-000000170 | to | MEB-001-000000170 |
| MEB-001-000000171 | to | MEB-001-000000171 |
| MEB-001-000000172 | to | MEB-001-000000172 |
| MEB-001-000000173 | to | MEB-001-000000173 |
| MEB-001-000000174 | to | MEB-001-000000174 |
| MEB-001-000000175 | to | MEB-001-000000175 |
| MEB-001-000000176 | to | MEB-001-000000176 |

| | | |
|---|---|---|
| MEB-001-000000177 | to | MEB-001-000000177 |
| MEB-001-000000178 | to | MEB-001-000000178 |
| MEB-001-000000179 | to | MEB-001-000000179 |
| MEB-001-000000180 | to | MEB-001-000000180 |
| MEB-001-000000181 | to | MEB-001-000000181 |
| MEB-001-000000182 | to | MEB-001-000000182 |
| MEB-001-000000183 | to | MEB-001-000000183 |
| MEB-001-000000184 | to | MEB-001-000000184 |
| MEB-001-000000185 | to | MEB-001-000000185 |
| MEB-001-000000186 | to | MEB-001-000000186 |
| MEB-001-000000187 | to | MEB-001-000000187 |
| MEB-001-000000188 | to | MEB-001-000000188 |
| MEB-001-000000189 | to | MEB-001-000000189 |
| MEB-001-000000190 | to | MEB-001-000000190 |
| MEB-001-000000191 | to | MEB-001-000000191 |
| MEB-001-000000192 | to | MEB-001-000000192 |
| MEB-001-000000193 | to | MEB-001-000000193 |
| MEB-001-000000194 | to | MEB-001-000000194 |
| MEB-001-000000195 | to | MEB-001-000000195 |
| MEB-001-000000196 | to | MEB-001-000000196 |
| MEB-001-000000197 | to | MEB-001-000000197 |
| MEB-001-000000198 | to | MEB-001-000000198 |
| MEB-001-000000199 | to | MEB-001-000000199 |
| MEB-001-000000200 | to | MEB-001-000000200 |
| MEB-001-000000201 | to | MEB-001-000000201 |
| MEB-001-000000202 | to | MEB-001-000000202 |
| MEB-001-000000203 | to | MEB-001-000000203 |
| MEB-001-000000204 | to | MEB-001-000000204 |
| MEB-001-000000205 | to | MEB-001-000000205 |
| MEB-001-000000206 | to | MEB-001-000000206 |
| MEB-001-000000207 | to | MEB-001-000000207 |
| MEB-001-000000208 | to | MEB-001-000000208 |
| MEB-001-000000209 | to | MEB-001-000000209 |
| MEB-001-000000210 | to | MEB-001-000000210 |
| MEB-001-000000211 | to | MEB-001-000000211 |
| MEB-001-000000212 | to | MEB-001-000000212 |
| MEB-001-000000213 | to | MEB-001-000000213 |
| MEB-001-000000214 | to | MEB-001-000000214 |
| MEB-001-000000215 | to | MEB-001-000000215 |
| MEB-001-000000216 | to | MEB-001-000000216 |
| MEB-001-000000217 | to | MEB-001-000000217 |
| MEB-001-000000218 | to | MEB-001-000000218 |
| MEB-001-000000219 | to | MEB-001-000000219 |
| MEB-001-000000220 | to | MEB-001-000000220 |

| | | |
|---|---|---|
| MEB-001-000000221 | to | MEB-001-000000221 |
| MEB-001-000000222 | to | MEB-001-000000222 |
| MEB-001-000000223 | to | MEB-001-000000223 |
| MEB-001-000000224 | to | MEB-001-000000224 |
| MEB-001-000000225 | to | MEB-001-000000225 |
| MEB-001-000000226 | to | MEB-001-000000226 |
| MEB-001-000000227 | to | MEB-001-000000227 |
| MEB-001-000000228 | to | MEB-001-000000228 |
| MEB-001-000000229 | to | MEB-001-000000229 |
| MEB-001-000000230 | to | MEB-001-000000230 |
| MEB-001-000000231 | to | MEB-001-000000231 |
| MEB-001-000000232 | to | MEB-001-000000232 |
| MEB-001-000000233 | to | MEB-001-000000233 |
| MEB-001-000000234 | to | MEB-001-000000234 |
| MEB-001-000000235 | to | MEB-001-000000235 |
| MEB-001-000000236 | to | MEB-001-000000236 |
| MEB-001-000000237 | to | MEB-001-000000237 |
| MEB-001-000000238 | to | MEB-001-000000238 |
| MEB-001-000000239 | to | MEB-001-000000239 |
| MEB-001-000000240 | to | MEB-001-000000240 |
| MEB-001-000000241 | to | MEB-001-000000241 |
| MEB-001-000000242 | to | MEB-001-000000242 |
| MEB-001-000000243 | to | MEB-001-000000243 |
| MEB-001-000000244 | to | MEB-001-000000244 |
| MEB-001-000000245 | to | MEB-001-000000245 |
| MEB-001-000000246 | to | MEB-001-000000246 |
| MEB-001-000000247 | to | MEB-001-000000247 |
| MEB-001-000000248 | to | MEB-001-000000248 |
| MEB-001-000000249 | to | MEB-001-000000249 |
| MEB-001-000000250 | to | MEB-001-000000250 |
| MEB-001-000000251 | to | MEB-001-000000251 |
| MEB-001-000000252 | to | MEB-001-000000252 |
| MEB-001-000000253 | to | MEB-001-000000253 |
| MEB-001-000000254 | to | MEB-001-000000254 |
| MEB-001-000000255 | to | MEB-001-000000255 |
| MEB-001-000000256 | to | MEB-001-000000256 |
| MEB-001-000000257 | to | MEB-001-000000257 |
| MEB-001-000000258 | to | MEB-001-000000258 |
| MEB-001-000000259 | to | MEB-001-000000259 |
| MEB-001-000000260 | to | MEB-001-000000260 |
| MEB-001-000000261 | to | MEB-001-000000261 |
| MEB-001-000000262 | to | MEB-001-000000262 |
| MEB-001-000000263 | to | MEB-001-000000263 |
| MEB-001-000000264 | to | MEB-001-000000264 |

| | | |
|---|---|---|
| MEB-001-000000265 | to | MEB-001-000000265 |
| MEB-001-000000266 | to | MEB-001-000000266 |
| MEB-001-000000267 | to | MEB-001-000000267 |
| MEB-001-000000268 | to | MEB-001-000000268 |
| MEB-001-000000269 | to | MEB-001-000000269 |
| MEB-001-000000270 | to | MEB-001-000000270 |
| MEB-001-000000271 | to | MEB-001-000000271 |
| MEB-001-000000272 | to | MEB-001-000000272 |
| MEB-001-000000273 | to | MEB-001-000000273 |
| MEB-001-000000274 | to | MEB-001-000000274 |
| MEB-001-000000275 | to | MEB-001-000000275 |
| MEB-001-000000276 | to | MEB-001-000000276 |
| MEB-001-000000277 | to | MEB-001-000000277 |
| MEB-001-000000278 | to | MEB-001-000000278 |
| MEB-001-000000279 | to | MEB-001-000000279. |

The United States' Production Log is attached.

Respectfully submitted,

TONY WEST
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: April 18, 2011

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on April 18, 2011, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                        s/ James F. McConnon, Jr.
                        JAMES F. McCONNON, JR.