UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:  MRGO<br>         *Armstrong*, No. 10-866 | |

## ARMSTRONG PLAINTIFFS' INITIAL DISCLOSURES

**I.   FRCP 26(a)(1)(A)(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information--that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. <u>Plaintiffs</u>, (names, addresses, and other related information are pending).

2. <u>John Greishaber</u>, Army Corps of Engineers, 7400 Leake Ave, New Orleans, LA 70118, (504) 865-1121.  Mr. Greishaber's knowledge includes, without limitation, the Corps's process and procedure for analyzing and offsetting the potential impact of EBIA excavations on the adjacent IHNC floodwalls, including underseepage, wall and global stability.

3. <u>Walter Baumy</u>, Army Corps of Engineers, 7400 Leake Ave, New Orleans, LA 70118, (504) 865-1121.  Mr. Baumy's knowledge includes, without limitation, analyzing design aspects of particular projects, preparing plans and specifications, and determining whether excavations would have impacts on adjacent flood control structures.

4. <u>Gerald Colletti</u>, Army Corps of Engineers, 7400 Leake Ave, New Orleans, LA 70118, (504) 865-1121.  Mr. Colletti's knowledge includes, without limitation, the Corps's practice and procedure for analyzing a project's potential impact on adjacent flood control structures.

5. <u>Richard Varuso</u>, Army Corps of Engineers, 7400 Leake Ave, New Orleans, LA 70118, (504) 865-1121.  Mr. Varuso's knowledge includes, without limitation, EBIA excavations and backfill and the Corps's geotechnical division's role in Task Order 26.

6. <u>Lee Guillory</u>, Army Corps of Engineers, 7400 Leake Ave, New Orleans, LA 70118, (504) 865-1121.  Mr. Guillory's knowledge includes, without limitation, the EBIA and all

related excavations and analyses, including underseepage analyses, the TERC and Task Order 26, and any and all changes and modifications thereto.

7. Gerald DiCharry, Jr., Army Corps of Engineers, 7400 Leake Ave, New Orleans, LA 70118, (504) 865-1121; alternatively, 1813 Francis Avenue, Metairie, Louisiana 70003. Mr. DiCharry, Jr.'s knowledge includes, without limitation, the IHNC Lock Replacement Project and the project's potential impact on the adjacent floodwalls' stability.

8. James Montegut, Army Corps of Engineers, 7400 Leake Ave, New Orleans, LA 70118, (504) 865-1121; alternatively, 6190 Tezcuco Court, Gonzales, Louisiana 70737. Mr. Montegut's knowledge includes, without limitation, on-site quality assurance, inspections and reporting of Task Order 26 as well as the oversight of WGI's performance on Task Order 26.

9. Alvin Clouatre, Army Corps of Engineers, 7400 Leake Ave, New Orleans, LA 70118, (504) 865-1121; alternatively, 655 Plantation Boulevard, Mandeville, Louisiana 70448. Mr. Clouatre's knowledge includes, without limitation, the quality assurance aspects of Task Order 26, including the on-site monitoring of WGI and its subcontractors.

10. Stephen Clay Roe, URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), 600 Montgomery Street, 26th Floor, San Francisco, CA 94111-2728, (415) 774-2700; alternatively, 14054 West Cornell Avenue, Lakewood, Colorado 80228. Mr. Roe's knowledge includes, without limitation, the management of WGI's employees and subcontractors who worked on Task Order 26.

11. Phillip Lee Staggs, URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), 600 Montgomery Street, 26th Floor, San Francisco, CA 94111-2728, (415) 774-2700; alternatively, 225 South Tropical Trail, Merritt Island, Florida 32952. Mr. Staggs's knowledge includes, without limitation, the EBIA excavations and the backfill materials used therein, the supervision of WGI and its subcontractors with respect to demolition, remediation and site restoration, as well as the daily subcontractor reports and coordinated field activities with the Corps.

12. Dennis O'Conner, URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), 600 Montgomery Street, 26th Floor, San Francisco, CA 94111-2728, (415) 774-2700; alternatively, 35745 Calle Nopal, Temecula, California 92592. Mr. O'Conner knowledge includes, without limitation, the Saucer Marine excavation, the use of off-site material for backfill, the performance aspects of the Task Order 26, including on-site supervision of WGI and its subcontractors, as well as the project's cost, schedule, safety and overall quality and technical management.

13. Anne Patten Veigel, URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), 600 Montgomery Street, 26th Floor, San Francisco, CA 94111-2728, (415) 774-2700. Ms. Veigel's knowledge includes, without limitation, the Indefinite Delivery-Indefinite Quantity Contract for the remediation of various hazardous, toxic, and radioactive waste, including the general requirements for all of WGI's anticipated work on the EBIA.

14. <u>George Bacuta</u>, U.S. Nuclear Regulatory Commission, One Whiteflint North, 11555 Rockville Pike, Mail Stop 0-12-E-1, Rockville, Maryland 20852-2738.  Mr. Bacuta's knowledge includes, without limitation, geotechnical, geological, geochemical, and chemical testing data reviewed by the Corps and/or its contractors during the execution of Task Order 26.

15. <u>Employees and agents of Cajun Industries, LLC</u>, 15635 Airline Highway, Baton Rouge, LA 70817, (225) 753-5857.  Cajun Industries, LLC's employees' and agents' knowledge includes, without limitation, the demolition, removal, construction, remediation, replacement, repairs, analyses, surveys, designs, installations, investigations, and studies performed along the east side of the IHNC after Hurricanes Katrina and Rita.

16. <u>Sherwood Gagliano</u>, Coastal Environments, Inc, 1260 Main Street Baton Rouge, LA 70802-4657, (225) 383-7451.  Mr. Gagliano's knowledge includes, without limitation, the existence of a video recording of water emerging from under a levee along the east side of the IHNC during Hurricane Katrina.

17. <u>Terry Adams</u>, address and phone number unknown.  Mr. Adams' knowledge includes, without limitation, his eyewitness account of the timing and location of water coming over and under the levee and floodwalls along the east-side of the INHC during Hurricane Katrina.


II. **FRCP 26(a)(1)(A)(ii) a copy--or a description by category and location--of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. All documents produced, cited, relied upon and/or filed with the Court by defendant URS Energy & Construction, Inc. (formerly Washington Group International, Inc.) in all pleadings and motions filed in this matter.  The locations of these documents are (a) in Plaintiffs' counsel's custody and control; (b) in the custody or control of counsel for defendant URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), and (c) in the custody or control of defendant United States.  *See e.g.*, Attachment "A."

    a. The category of these documents include the work performed by Defendants on Task Order 26, including without limitation, demolition, excavation, remediation, construction, backfill, testing, analyses, and study related to the East Bank Industrial Area and the IHNC Lock Replacement Project.

2. All documents produced, cited, relied upon and/or filed with the Court by defendant United States in all pleadings and motions filed in this matter.  The locations of these documents are (a) in Plaintiffs' counsel's custody and control; (b) in the custody or control of counsel for defendant URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), and (c) in the custody or control of defendant United States.  *See e.g.*, Attachment "B."

3

    a. The category of these documents include the work performed by Defendants on Task Order 26, including without limitation, demolition, excavation, remediation, construction, backfill, testing, analyses, and study related to the East Bank Industrial Area and the IHNC Lock Replacement Project.

3. All documents produced, cited, relied upon and/or filed with the Court by Plaintiffs in all pleadings and motions filed in this matter. The locations of these documents are (a) in Plaintiffs' counsel's custody and control; (b) in the custody or control of counsel for defendant URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), and (c) in the custody or control of defendant United States. *See e.g.*, Attachment "C."

    a. The category of these documents include the work performed by Defendants on Task Order 26, including without limitation, demolition, excavation, remediation, construction, backfill, testing, analyses, and study related to the East Bank Industrial Area and the IHNC Lock Replacement Project.

4. All documents that are produced in response to Plaintiffs' subpoena to Cajun Industries, LLC served on April 6, 2011. Generally, this subpoena seeks documents concerning Cajun Industries, LLC's demolition, remediation, and construction efforts along the east side of the IHNC after Hurricanes Katrina and Rita.

5. All documents that are produced in response to Plaintiffs' Request for Production served upon defendant United States on April 5, 2011. Generally, this subpoena seeks documents concerning the work the Army Corps and its contractors performed along the east bank of the IHNC after Hurricanes Katrina and Rita, including the type of soil and other materials that were present both before Katrina and after, when the Army Corps and its contractors undertook the demolition and remediation of this area.

6. All trial exhibits and trial testimony from the *Robinson* trial (*Robinson v. United States*, Case No. 06-2268). The location of these documents is with counsel for the *Robinson* plaintiffs and defendant United States. Generally, these documents concern the MRGO's impact on Hurricane Katrina's storm surge and whether that storm surge played any role in the failure of the IHNC floodwall.

7. All trial exhibits and trial testimony from the Barge trial (*Mumford* C.A. No. 05-5724 as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - only; *Benoit* C.A. No. 06-7516 as to claims of plaintiffs John Alford and Jerry Alford – only). The location of these documents is believed to be with counsel for the Barge plaintiffs and defendant. Generally, it is believed that these documents concern work performed by Defendants on Task Order 26, including without limitation, demolition, excavation, remediation, construction, backfill, testing, analyses, and study related to the East Bank Industrial Area and the IHNC Lock Replacement Project.

8. Documents concerning Plaintiffs' damages and loss, insurance claims and payments, repair receipts, photographs and/or video recordings, medical records, mental health

    records, proof of loss of wages/income, and/or inconvenience.  Plaintiffs' may have possession of such documents.

9. Various media reports that are publicly available concerning the Corps's and/or its contractors' work along the east side of the IHNC both before and after Hurricanes Katrina and Rita with respect to Task Order 26 and the attempts to repair and remediate this location.

10. Plaintiffs' Form 95s that are in the possession, custody, and control or Plaintiffs' counsel and Defendant United States.

11. Various photographs and video recordings concerning floodwaters related to Hurricane Katrina and their impact on the east side of the IHNC in between Florida Avenue and Claiborne Avenue.  Sherwood Gagliano is believed to possess a video recording of same.

12. All documents introduced as exhibits in all depositions of all witnesses in this matter.  Counsel for Plaintiffs and Defendants have possession, custody, and control of these documents.  Generally, the documents concern work performed by Defendants on Task Order 26, including without limitation, demolition, excavation, remediation, construction, backfill, testing, analyses, and study related to the East Bank Industrial Area and the IHNC Lock Replacement Project.

**III.  FRCP 26(a)(1)(A)(iii) a computation of each category of damages claimed by the disclosing party--who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

1. Plaintiffs' damages and damage computations are described in their respective Form 95s.  In addition, the computation and analysis of Plaintiffs' damages are subject to ongoing expert review and analysis.

Dated:  April 18, 2011

                      **Respectfully Submitted,**
                      **PLAINTIFFS LIAISON COUNSEL**

                          /s/ Joseph M. Bruno
                      JOSEPH M. BRUNO (La. Bar # 3604)
                      Bruno & Bruno, LLP
                      855 Baronne Street
                      New Orleans, Louisiana 70113
                      Telephone: (504) 525-1335
                      Facsimile: (504) 561-6775
                      Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

  /s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

  /s/Andrew P. Owen
ANDREW P. OWEN
*Admitted Pro Hac Vice*
The Trial Law Firm PC
800 Wilshire Blvd, Suite 800
Los Angeles, CA 90017
Telephone: (213) 347-0290
Facsimile: (213) 347-0299
Email: aowen@oslaw.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on April 18, 2011.

      /s/ Joseph M. Bruno