# EXHIBIT A

# TO NOTICE OF MANUAL ATTACHMENT

| Exhibit | Title |
|---|---|
| Ex. 1 | Mississippi River-Gulf Outlet New Lock and Connecting Channels Evaluation Report, Mar. 1997, Vol. 1 Main Report |
| Ex. 2 | Deposition of Gerald Dicharry, Oct. 2, 2008 |
| Ex. 3 | IHNC Project Fact Sheet |
| Ex. 4 | Project Work Plan, Oct. 2000 |
| Ex. 5 | Mississippi River-Gulf Outlet New Lock and Connecting Channels Evaluation Report, Mar. 1997, Vol. 3 Engineering Considerations |
| Ex. 6 | Deposition of Lee Guillory, Vol. II, Aug. 22, 2008 |
| Ex. 7 | Mississippi River-Gulf Outlet New Lock and Connecting Channels Evaluation Report, Mar. 1997, Vol. 4 Design Plates for Engineering Investigations |
| Ex. 8 | Sampling and Analysis Plan, Jan. 2001 |
| Ex. 9 | Ltr. from L. Guillory to D. O'Conner, EBIA Right-of-Entry, Nov. 1, 2002 |
| Ex. 10 | Memo. for Constr. Div., IHNC Acquisition, Dec. 16, 2002 |
| Ex. 11 | Mississippi River-Gulf Outlet New Lock and Connecting Channels Evaluation Report, Mar. 1997, Vol. 5 Sampling and Analysis Report |
| Ex. 12 | Design Documentation Rep. No. 1, Feb. 1999, Vol. 1. |
| Ex. 13 | RECAP Submittal Report – Criteria Document, Apr. 2001 |
| Ex. 14 | Declaration of Robert Bea, Apr. 16, 2006 |
| Ex. 15 | Total Environmental Restoration Contract ("TERC"), Aug. 17, 1994 |
| Ex. 16 | Deposition of Anne Veigel, April 17, 2008 |
| Ex. 17 | Deposition of Lee Guillory, Vol. I, June 30, 2008 |
| Ex. 18 | Project Execution Plan, Jun. 1, 1999 |
| Ex. 19 | Deposition of George Bacuta, Ph.D., July 2, 2008 |
| Ex. 20 | Statement of Work for Excavation and Disposal of Additional Subsurface Foundations (Mod. 10), Aug. 6, 2001 |
| Ex. 21 | Deposition of Dennis O'Conner, Aug. 13, 2008 |

Case 2:05-cv-04182-SRD-JCW Document 20228 Filed 04/10/11 Page 3 of 7

| Exhibit | Title |
|---|---|
| Ex. 22 | Deposition of Stephen Roe, Apr. 17, 2008 |
| Ex. 23 | Deposition of James Montegut, Aug. 8, 2008 |
| Ex. 24 | Technical Completion Report, Aug. 2005 |
| Ex. 25 | Delivery Order 0026, July 12, 1999 (and attached SOW No. 1) |
| Ex. 26 | USACE Comments and MK Response for Draft Recommendation Report, Oct. 15, 1999 |
| Ex. 27 | RFP for Mod 10, Aug. 6, 2001 |
| Ex. 28 | Technical Analysis of Proposal #113 |
| Ex. 29 | WGII Revised - Final Proposal #113 for Excavation and Disposal of Additional Subsurface Foundations, Sept. 24, 2001 |
| Ex. 30 | Contract Mod. 1, Nov. 23, 1999 |
| Ex. 31 | Contract Mod. 10, Sept. 25, 2001 |
| Ex. 32 | Summary of Experience for L. Guillory |
| Ex. 33 | Ltr. from A. Smith to L. Guillory, COR Designation Letter, Aug. 18, 1999 |
| Ex. 34 | Ltr. from J. Weatherly to J. Montegut, COR Designation Letter, Jan. 30, 2001 |
| Ex. 35 | Deposition of Alvin Clouatre, June 20, 2008 |
| Ex. 36 | Deposition of Phillip Lee Staggs, Apr. 26, 2008 |
| Ex. 37 | Inspectors Quality Assurance Report ("QAR") #267, Jan. 16, 2002 |
| Ex. 38 | Inspectors Quality Assurance Report ("QAR") #318, Mar. 19, 2002 |
| Ex. 39 | Inspectors Quality Assurance Report ("QAR") #324, Mar. 26, 2002 |
| Ex. 40 | Ltr. from J. Sensebe to W. Purdum, Program Manager Change, May 20, 2001 |
| Ex. 41 | Amended 30(b)(6) Dep. Notice, Mar. 20, 2008 |
| Ex. 42 | Email from D. O'Conner to E. Romano et al re: IHNC Turnover, June 2, 2004 |

| Exhibit | Title |
|---|---|
| Ex. 43 | Org. Chart, June 19, 2002 |
| Ex. 44 | Recommendation Report, Dec. 1999 |
| Ex. 45 | USACE Comments on MK's Outline for Recommendation Report., Aug. 6, 1999 |
| Ex. 46 | Comment Submittal for Draft - Revision B., Recommendation Report, Nov. 5, 1999 |
| Ex. 47 | Transmittal and Comments, Final Project Work Plan, Nov. 1, 2000 |
| Ex. 48 | Statement of Work No. 3, May 15, 2000 |
| Ex. 49 | Work Plan General Discussion Mtg., Aug. 3, 2000 |
| Ex. 50 | Work Plan LDEQ Meeting Minutes, Aug. 21, 2000 |
| Ex. 51 | Work Plan General Discussion Meeting, Oct. 17, 2000 |
| Ex. 52 | USACE Comments on Draft Project Work Plan, Oct 27, 2000 |
| Ex. 53 | Contractor Quality Control Plan, Oct. 2000 |
| Ex. 54 | Storm Water Pollution Prevention Plan (Approval Page), Nov. 14, 2000 |
| Ex. 55 | Hurricane Protection Plan (Approval Page), Nov. 14, 2000 |
| Ex. 56 | Perimeter Monitoring Plan (Approval Page), Nov. 14, 2000 |
| Ex. 57 | LDEQ Meeting Minutes |
| Ex. 58 | Deposition of John Grieshaber, Vol. II, Aug. 21, 2008 |
| Ex. 59 | Monthly Photo Log, Nov. 20, 2001 |
| Ex. 60 | Monthly Photo Log, Nov. 29, 2004 |
| Ex. 61 | Email from L. Guillory to D. O'Conner re: Comments on Subcontractor Excavation Statement of Work |
| Ex. 62 | Hamp's Demolition Work Plan, Apr. 12, 2001 |
| Ex. 63 | Wedding Cake Final Work Plan, Dec. 11, 2001 |

| Exhibit | Title |
|---|---|
| Ex. 64 | Lift Station Removal Plan (Revised), Oct. 19, 2001 |
| Ex. 65 | Preparatory Phase Meeting Minutes (Demolition), Mar. 29, 2001 |
| Ex. 66 | Supervisory Coordination Meeting Minutes (Demolition), Apr. 11, 2001 |
| Ex. 67 | Preparatory Phase Inspection Meeting B55 (Demolition), Aug. 8, 2001 |
| Ex. 68 | Initial Phase Inspection Checklist Form for Demolition, Apr. 23, 2001 |
| Ex. 69 | Inspectors Quality Assurance Report #183, Sept. 18, 2001 |
| Ex. 70 | Inspectors Quality Assurance Report #220, Nov. 6, 2001 |
| Ex. 71 | Inspectors Quality Assurance Report #245, Dec. 13, 2001 |
| Ex. 72 | Pre-Final Inspection Reports (Demolition), Aug.-Sept., 2001 |
| Ex. 73 | Final Acceptance Reports (Demolition), May-Nov., 2001 |
| Ex. 74 | Final Acceptance Report (Demolition) McDonough Marine, Sept. 18, 2001 |
| Ex. 75 | Lift Station Revised Work Plan, Oct. 1, 2001 |
| Ex. 76 | Preparatory Phase Inspection Checklist, Sewer Lift Station, Oct. 3, 2001 |
| Ex. 77 | Lift Station Removal Plan (Revision 1), Oct. 10, 2001 |
| Ex. 78 | Lift Station Removal Plan (Revised-Addendum 1), Oct. 12, 2001 |
| Ex. 79 | Initial Phase Inspection (Lift Station), Oct. 30, 2001 |
| Ex. 80 | Inspectors Quality Assurance Report #221, Nov. 7, 2001 |
| Ex. 81 | Inspectors Quality Assurance Report #225, Nov. 13, 2001 |
| Ex. 82 | Sketch 1 – Boland Marine Subsurface Foundations |
| Ex. 83 | Preparatory Phase Meeting Minutes (Concrete Blocks), Nov. 14, 2001 |
| Ex. 84 | Inspectors Quality Assurance Report #297, Feb. 22, 2002 |

| Exhibit | Title |
|---|---|
| Ex. 85 | Inspectors Quality Assurance Report #299, Feb. 24-25, 2002 |
| Ex. 86 | Pre-Final Inspection Report (Concrete Blocks) Mar. 21, 2002 |
| Ex. 87 | Stewart Submittal for Removal/Disposal of Barge and Tanker, Dec. 2001 |
| Ex. 88 | Statement of Work for Project Site Development and Remedial Action, Aug. 28, 2000 |
| Ex. 89 | Comment Submittal, Refined Sampling and Analysis Plan, Feb. 1, 2001 |
| Ex. 90 | RECAP Submittal Report. - Criteria Document, June 2001 |
| Ex. 91 | RECAP Corrective Action Plan - Saucer Marine, May 2002 |
| Ex. 92 | RECAP Corrective Action Plan - Boland Marine, Nov. 2002 |
| Ex. 93 | Inspectors Quality Assurance Report #340, Apr. 16, 2002 |
| Ex. 94 | RECAP Workplan Amendment - Bank Remediation, June 2002 |
| Ex. 95 | Inspectors Quality Assurance Report #430, Aug. 18, 2002 |
| Ex. 96 | Email from L. Guillory to D. O'Conner et al. re: Draft Bank Material Remediation, June 25, 2002 |
| Ex. 97 | Inspectors Quality Assurance Report #389, June 21, 2002 |
| Ex. 98 | Inspectors Quality Assurance Report #759, Jan. 21, 2004 |
| Ex. 99 | Inspectors Quality Assurance Report #949, Oct. 30-Nov. 1, 2004 |
| Ex. 100 | Inspectors Quality Assurance Report #999, Jan. 18, 2005 |
| Ex. 101 | Inspectors Quality Assurance Report #471, Oct. 23, 2002 |
| Ex. 102 | Inspectors Quality Assurance Report #483, Nov. 7, 2002 |
| Ex. 103 | NFAATT Submittal Report - Saucer Marine, May 2003 |
| Ex. 104 | NFAATT Submittal Report - Boland Marine, June 2005 |
| Ex. 105 | RECAP Submittal Report - Borrow Pit, Aug. 2001 |

| Exhibit | Title |
|---|---|
| Ex. 106 | Comment Submittal, Borrow Pit RECAP Submittal Report, July 3, 2001 |
| Ex. 107 | Transmittal, Borrow Pit RECAP Submittal Report, Sep. 7, 2001 |
| Ex. 108 | Borrow Pit Extension Application, Rev. Jan. 8, 2002 |
| Ex. 109 | Transmittal and Comments, Borrow Pit Extension App. - Feb. 4, 2002 |
| Ex. 110 | Memo for Engineering Division, Geotechnical Stability Analysis, Apr. 15, 2002 |
| Ex. 111 | Fax from J. Montegut to L. Guillory attaching Borrow Pit Design Template, June 10, 2002 |
| Ex. 112 | RECAP Corrective Action Plan - McDonough Marine, Jan. 2002 |
| Ex. 113 | Transmittal Form for RECAP Corrective Action Plan - McDonough Marine, Feb. 26, 2002 |
| Ex. 114 | NFAATT Submittal Report - McDonough Marine, Dec. 2004 |
| Ex. 115 | Transmittal and Comments, NFAATT Submittal Report - McDonough Marine, Mar. 9, 2006 |
| Ex. 116 | Ltr. from J. Montegut to WGII re: Final Site Visit, May 26, 2005 |
| Ex. 117 | Email from J. Agan to C. Burdine re: EBIA Field Visit, Aug. 9, 2005 |
| Ex. 118 | Expert Report of Robert Bea filed in *Robinson v. United States*, No. 06-2268, on July 14, 2008 |
| Ex. 119 | Deposition of John Grieshaber, Vol. I, June 27, 2008 |
| Ex. 120 | Inspectors Quality Assurance Report #948, Oct. 29, 2004 |