## STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

WILLIAM D. TREEBY
A PROFESSIONAL CORPORATION
DIRECT DIAL: (504) 593-0807
DIRECT FAX: (504) 596-0807
E-MAIL: wtreeby@stonepigman.com

OUR FILE NUMBER

62,272

April 15, 2011



RECEIVED
APR 15 2011
4:13 pm
CHAMBERS OF
U. S. DISTRICT JUDGE
STANWOOD R. DUVAL, JR.

**BY HAND and E-Mail**

The Honorable Stanwood R. Duval, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-368
New Orleans, Louisiana 70130

Re:   **Katrina Canal Breaches USDC No. 2:05-CV-4182, pertaining to *Armstrong*, C.A. No. 10-866**

Dear Judge Duval:

This letter is to notify the Court of the agreement reached between Washington Group International, Inc. ("WGII") and Plaintiffs' Liaison Counsel as to the five exemplar plaintiffs, in compliance with the Court's minute entry of March 17, 2011. What follows are the names of the exemplar plaintiffs that have been agreed to, along with the addresses of the property for which those parties claim damages.

| Names | Property Address |
|---|---|
| Kenneth and Jeannine Armstrong | 4016 Hamlet Pl., Chalmette, LA 70043 |
| Succession of Ethel Mae Coats | 1020-22 Charbonnet St., N. O., LA 70117 |
| Alvin Livers | 4924 St. Claude Ave., N. O., LA 70117 |
| Clifford Washington | 5027 N. Derbigny, N. O., LA 70117 |
| Fred Holmes | 1205 Perrin Dr., Arabi, LA 70032 |

1053177v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE 2

April 15, 2011

      Although counsel for plaintiffs and WGII agree that the selected persons would satisfy the geographical requirements for a test case, the United States does not approve of those selected serving as plaintiffs. It is the United States' position that plaintiffs' counsel have been unable to identify a plaintiff who has presented a claim that would confer subject-matter jurisdiction on the Court under the FTCA. The United States therefore will not be submitting a separate list of potential plaintiffs. In accordance with the schedule already established by the Court, the United States will seek dismissal of the new plaintiffs' actions at the appropriate time.

      With kind regards,

      Sincerely,

      *[signature]*

      William D. Treeby
        Of
      Stone Pigman Walther Wittmann L.L.C.
      Attorneys for Washington Group International, Inc.

WDT/jpb

cc:    Mr. Joseph M. Bruno (via e-mail)
       Mr. James P. Roy (via e-mail)
       Mr. Robin D. Smith (via e-mail)
       Ms. Adrian Wager-Zito (via e-mail)
       Mr. Jonathan Andry (via e-mail)
       Mr. John Andry (via e-mail)
       Mr. Jerald ("Jay") Andry (via e-mail)

1053177v.1