UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO BARGE | |
| | SECTION "K" |

| | | |
|---|---|---|
| *Mumford* | C.A. NO. 05-5724 | as to plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY |
| *Benoit* | C.A. NO. 06-7516 | as to claims of plaintiffs John Alford and Jerry Alford - ONLY |

### AMENDED JOINT DESIGNATION OF RECORD ON APPEAL

**NOW COME** Josephine Richardson, Holiday Jewelers, Inc., John Alford, Jerry Alford,[1] and Lafarge North America, Inc. ("LNA"),[2] through their respective counsel, who designate for purposes of United States Fifth Circuit Court of Appeals No. 11-30199, the following parts of the Trial Court record:

1. All June 21, 2010 through July 9, 2010 transcripts of trial proceedings in the above matters (R. Docs. 19954 through 19978);
2. All trial exhibits in the record, and all evidentiary and testimonial proffers;
3. All rulings, orders, docket and minute entries by the Court and the clerk relative to the above matters from June 21, 2010 through the present (R. Docs. 19902, 19903, 19933, 19935, 19936, 19998, 20022, 20028, 20082, 20148);
4. All post-trial motions, briefs and submissions by any party in the above matters and attachments thereto (R. Docs. 19931, 19937, 19942, 19948, 19949, 19981, 19983, 19996, 20017, 20018, 20019, 20024, 20029, 20052, 20053, 20064, 20069, 20165);
5. January 20, 2011 Findings of Fact and Conclusions of Law (R. Doc. 20149);

---

[1] Plaintiffs / appellants reserve the right to seek supplementation or amendment if any errors or omissions are discovered.

[2] Defendant / appellee LNA joins this designation in acquiescence with the proposed designations of plaintiffs / appellants. Although LNA believes it likely that a narrower portion of the record will ultimately be relevant to the issues raised on appeal by plaintiffs / appellants Josephine Richardson, Holiday Jewelers, Inc., John Alford and Jerry Alford, LNA does not know what those issues are and is thus not in a position to narrow the designations proposed by plaintiffs / appellants.

6. January 20, 2011 Judgment (R. Doc. 20150);
7. All pleadings, exhibits and rulings associated with Barge Plaintiffs' Motion to Exclude Wm. Jason Weiss, (R. Docs. 19432, 19492, 19520, 19551, 19554));
8. All pleadings, exhibits and rulings associated with Barge Plaintiffs' Motion in Limine to Exclude Testimony of Austin Dooley (R. Docs. 19442, 19493, 19531, 19544, 19551, 19554);
9. All pleadings, exhibits and rulings associated with Daubert Motion to Strike Testimony of Daniel Ryan (R. Docs. 19448, 19489, 19521, 19551, 19554);
10. All pleadings, exhibits and rulings associated with Barge Plaintiffs' Motion to Exclude Testimony of D. Phillip Skaer, II (R. Docs. 19449, 19491, 19519, 19551, 19554);
11. All pleadings, exhibits and rulings associated with Barge Plaintiffs' Motion to Exclude Testimony of Robert Bea (R. Docs. 19450, 19488, 19534, 19551, 19554);
12. All pleadings, exhibits and rulings associated with Barge Plaintiffs' Motion to Exclude Testimony of Charles Cushing (R. Docs. 19462, 19487, 19535, 19551, 19554).

Respectfully submitted,

**GOODWIN PROCTER, LLP**

*/s/John D. Aldock*
John D. Aldock (admitted *pro hac vice*)
Mark S. Raffman (admitted *pro hac vice*)
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240
jaldock@goodwinprocter.com
mraffman@goodwinprocter.com

*Attorneys for Defendant/Appellee*
*Lafarge North America, Inc.*

**And**

**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**

*/s/Brian A. Gilbert*
**BRIAN A. GILBERT (21297)**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Telephone: (504) 885-7700
Facsimile: (504) 524-1024
bgilbert@briangilbertlaw.com

*Attorney for Plaintiffs/Appellants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record via United States Mail, first class postage prepaid and properly addressed, and/or via electronic mail, facsimile, and/or CM/ECF upload, this 21st day of April, 2011.

**/s/John D. Aldock**