UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION**<br><br>*PERTAINS TO:   INSURANCE*<br><br>**THOMAS M. MULKEY, et al    NO.: 07-2754**<br><br>**VERSUS**<br><br>**ALLSTATE INSURANCE COMPANY** | § **CIVIL ACTION NO. 05-4182 "K" (2)**<br>§<br>§ **JUDGE DUVAL**<br>§<br>§ **MAGISTRATE WILKINSON**<br>§<br>§<br>§<br>§<br>§<br>§ |

## **ORDER**

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action number 07-2754, in its entirety, is dismissed with prejudice.

New Orleans, Louisiana this  29th  day of   April  ,  2011  .

_____
Stanwood R. Duval, Jr.
United States District Judge

1