**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

**Loretta G. Whyte**
**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

April 25, 2011

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

APPEAL NO. <u>11-30199</u>

IN RE<u>:  KATRINA CANAL BREACHES LITIGATION   CA 05-4182 K  c/w  06-7516 and 05-5724</u>

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

    ____    1) Certified copy of the notice of appeal and docket entries.

    ____    2) Certified copy of notice of a cross-appeal and docket entries.

    ____    3) The Court of Appeals docket fee ____ HAS ____ HAS NOT been paid.

    ____    4) This case is proceeding <u>in forma pauperis</u>

    ____    5) Order Appointing Counsel  ____ CJA-20  ____ FPD

    ____    6) District Judge entering the final judgment is _____

    ____    7) Court Reporter assigned to the case _____

    ____    8) If criminal case, number and names of other defendants on appeal _____

    ____    9) This case was decided without a hearing; there will be no transcript.

    ____   10) Spears hearing held.

In connection with this record, the following documents are transmitted.

    _x_    1) **Certified** Copies record on appeal consisting of:

        ____ Volume(s) of record    ____ Volume(s) transcripts

        ____ Volume(s) of depositions

        ____ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Boxes

    ____    2) supplemental record including,_____

    ____    3) SEALED Docs_____

    ____    4) Other:_____

Very truly yours,

By___Alicia Phelps_____
Deputy Clerk