# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.  05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO | § § § § § § | |

## DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S COURT-ORDERED DECLARATION REGARDING SOILS SAMPLING AND BORING

By Order docketed March 17, 2011 ("**the Order**"), this Court instructed that there be a "**Declaration** ... about whether **additional soils sampling or borings are required and the time delays required to establish such samplings shall be accomplished by May 2, 2011.**" Defendant Washington Group International, Inc. ("WGII"), by and through its respective attorneys, hereby makes the following declaration pursuant to **the Order**.

Additional borings and soil samplings are required by WGII.  WGII is prepared to meet the deadlines for performing borings and providing samples to the geotechnical experts for all parties within the deadlines established by **the Order**.

WGII envisions further field work, beyond the boring and sampling.  The additional field work will include installation of piezometers, installation of pumping and observation wells for pumping tests, performance of Seismic Piezo-Cone Penetration Tests, and field permeability tests.  This field and laboratory work will be completed within the schedule provided by **the Order** for completion of geotechnical testing and for the contemporaneous sharing of testing results.

Dated: May 2, 2011

Respectfully submitted,

/s/ William D. Treeby
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Adrian Wager-Zito
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

*Attorneys for Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Washington Group International, Inc.'s Court-Ordered Declaration Regarding Soils Sampling and Boring has been served upon all counsel of record via Email, this 2nd day of May, 2011.

/w/ William D. Treeby

2

1054689v.1