UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:   MRGO<br>            *Armstrong*, No. 10-866 | |

# **ARMSTRONG PLAINTIFFS' DECLARATION CONCERNING ADDITIONAL SOIL SAMPLINGS / BORINGS**

Pursuant to the Court's Order (Doc. No. 20200, dated March 17, 2011), Plaintiffs believe that additional soil borings, sampling, and in-situ testing are appropriate to assist in their experts' analyses of the soils and conditions that existed along the east side of the IHNC between Florida Avenue and Claiborne Avenue at the time of Hurricane Katrina.

Such sampling and borings may include both *in situ* and geotechnical laboratory testing. In-situ geotechnical testing can consist of installing and monitoring piezometers, conducting pumping tests (permeability testing), and/or dye tracer tests.  Geotechnical laboratory testing can include classification and moisture/density determinations.  Additional geotechnical explorations and testing are proposed for areas adjacent to and nearby the two breach locations along the east side of the IHNC, as well as reference sites (with similar marsh/swamp deposits) outside the EBIA area.  We anticipate being able to meet the prescribed deadlines (June 20, 2011 for soil sampling and September 6, 2011 for geotechnical testing (in-situ and laboratory)), provided the permitting agencies process permits in an expedited fashion (for example, Orleans Levee District requires 4-6 weeks to review and process submitted permits), the selected boring and sampling

1

contractor (to be established once the contractor is selected on May 12, 2011) has the required availability, and provided the duration required to develop the joint sampling and boring protocol is sufficiently rapid to minimize delay of fieldwork (less than one week).

Dated:  May 2, 2011

                **Respectfully Submitted,**
                **PLAINTIFFS LIAISON COUNSEL**

                   /s/ Joseph M. Bruno
                JOSEPH M. BRUNO (La. Bar # 3604)
                Bruno & Bruno, LLP
                855 Baronne Street
                New Orleans, Louisiana 70113
                Telephone: (504) 525-1335
                Facsimile: (504) 561-6775
                Email: jbruno@brunobrunolaw.com

                **MR-GO PLAINTIFFS SUB-GROUP LITIGATION**
                **COMMITTEE**

                   /s/ James Parkerson Roy
                JAMES PARKERSON ROY
                MR-GO PSLC Liaison Counsel
                LA. Bar Roll Number: 11511
                Domengeaux Wright Roy & Edwards LLC
                P.O.Box 3668
                Lafayette, LA. 70502
                Telephone: (337) 593-4190 or (337) 233-3033
                Facsimile: 337-233-2796
                Email: jimr@wrightroy.com

                   /s/Andrew P. Owen
                ANDREW P. OWEN
                *Admitted Pro Hac Vice*
                The Trial Law Firm PC
                800 Wilshire Blvd, Suite 800
                Los Angeles, CA 90017
                Telephone: (213) 347-0290
                Facsimile: (213) 347-0299
                Email: aowen@oslaw.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on May 2, 2011.

/s/ Joseph M. Bruno