UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § _____ § § PERTAINS TO:  MRGO § *Armstrong*, No. 10-866 § § _____ § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

**DEFENDANT UNITED STATES' DECLARATION
RE SOIL SAMPLING AND BORING**

On March 17 the Court ordered the parties to declare "whether additional soils sampling or borings are required and the time delays required to establish such samplings." Doc. 20200, at 6. In compliance with that order the United States declares that additional soils sampling and borings are required and, barring any unforeseen complications, will be accomplished by June 20. Like Washington Group International, the United States plans to gather soils data by other methods until September 6 and to make that data available to other parties by September 19, the dates established for the completion of geotechnical testing and disclosure of testing results. *See id.; cf.* Doc. 20234, at

-1-

1 ("WGII envisions further field work, beyond the boring and sampling. The additional field work will include installation of piezometers, installation of pumping and observation wells for pumping tests, performance of Seismic Piezo-Cone Penetration Tests, and field permeability tests.").

Respectfully Submitted,

TONY WEST
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

 s/ Robin Doyle Smith
ROBIN DOYLE SMITH
Senior Trial Counsel, Torts Branch
Civil Division
U.S. Department of Justice
Box 888, Washington, D.C.  20044
(202) 616-4400/616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorneys for the United States

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served upon all counsel of record by ECF on May 2, 2011.

/s  Robin Doyle Smith
ROBIN DOYLE SMITH

-2-