UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **SECTION "K"** |
| | § | |
| **PERTAINS TO:   INSURANCE** | § | **JUDGE DUVAL** |
| | § | |
| | § | **MAGISTRATE NO. 2** |
| **JOHN BACQUES            NO.:  07-3087** | § | |
| | § | **MAGISTRATE WILKINSON** |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY and** | § | |
| **ALLSTATE INDEMNITY COMPANY** | § | |
| | § | |

## RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, John Bacques, as well as Defendants, Allstate Insurance Company and Allstate Indemnity Company, through undersigned counsel and who hereby stipulate to the dismissal of this action number 07-3087 in its entirety, with prejudice.

WHEREFORE, the Plaintiff and Defendants pray that this Rule 41 (a) Joint Stipulation of Dismissal with Prejudice will be deemed good and sufficient and the Court will enter the attached Order.

1

RESPECTFULLY SUBMITTED,

GREGORY J. SCHWAB, LLC.


*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
100 Ramey Road, Suite B
Houma, Louisiana 70360
Telephone: (985) 223-4457
Facsimile:  (985) 851-5051
E-mail: gjschwab@exceedtech.net
Attorney for Allstate

and

PATRICK G. KEHOE, JR., APLC


*/s/ Patrick G. Kehoe*
Patrick G. Kehoe, Jr. #14419
833 Baronne Street
New Orleans, Louisiana  70113
Telephone: (504) 588-1110
Attorney for John Bacques


## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2011, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by

operation of the court's electronic filing system.


*/s/   Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**

2