UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **SECTION "K"** |
| | § | |
| **PERTAINS TO:  INSURANCE** | § | **JUDGE DUVAL** |
| | § | |
| | § | **MAGISTRATE NO. 2** |
| **JOHN BACQUES           NO.: 07-3087** | § | |
| | § | **MAGISTRATE WILKINSON** |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY and** | § | |
| **ALLSTATE INDEMNITY COMPANY** | § | |
| _____ | § | |

**ORDER**

Considering the Rule 41(a) Stipulation and Voluntary Dismissal with Prejudice in the above entitled matter;

It is hereby ORDERED that this action number 07-3087, in its entirety, is dismissed with prejudice.

_____
**JUDGE**

1