**Production Log for MRGO/EBIA Litigation**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 002 | MEB-002-000000001 | MEB-002-000000012 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 003 | MEB-003-000000001 | MEB-003-000001578 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 004 | MEB-004-000000001 | MEB-004-000001606 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 005 | MEB-005-000000001 | MEB-005-000001531 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 006 | MEB-006-000000001 | MEB-006-000000132 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 007 | MEB-007-000000001 | MEB-007-000000743 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 008 | MEB-008-000000001 | MEB-008-000000896 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 009 | MEB-009-000000001 | MEB-009-000000794 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 010 | MEB-010-000000001 | MEB-010-000001010 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 011 | MEB-011-000000001 | MEB-011-000002060 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 012 | MEB-012-000000001 | MEB-012-000001353 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 013 | MEB-013-000000001 | MEB-013-000002028 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 014 | MEB-014-000000001 | MEB-014-000002772 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 015 | MEB-015-000000001 | MEB-015-000000272 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 016 | MEB-016-000000001 | MEB-016-000001422 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 017 | MEB-017-000000001 | MEB-017-000003227 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 018 | MEB-018-000000001 | MEB-018-000002945 | USACE; MVD; MVN | Labourdette, Jennifer | ME002 | 5/6/2011 | MRGO/EBIA | Task Force Guardian material from USACE archives |
| MEB | 020 | MEB-020-000000001 | MEB-020-000000609 | CEERD-EL-EP-R | Kennedy, Alan | ME002 | 5/6/2011 | MRGO/EBIA | IHNC Toxicological Data |
| MEB | 021 | MEB-021-000000001 | MEB-021-000000613 | CEERD-EP-E | Estes, Trudy | ME002 | 5/6/2011 | MRGO/EBIA | IHNC Lock Replacement Data |
| MEB | 021 | MEB-021-000000617 | MEB-021-000000739 | CEERD-EP-E | Estes, Trudy | ME002 | 5/6/2011 | MRGO/EBIA | IHNC Lock Replacement Data |
| MEB | 022 | MEB-022-000000001 | MEB-022-000000180 | CEERD-EP-R | Johnson, David | ME002 | 5/6/2011 | MRGO/EBIA | Environmental Lab Data |
| MEB | 023 | MEB-023-000000001 | MEB-023-000000207 | CEERD-EPED-EP-E | Bailey, Susan | ME002 | 5/6/2011 | MRGO/EBIA | Analysis of Storage Facility for Material Dredged During IHNC Lock Removal |
| MEB | 024 | MEB-024-000000001 | MEB-024-000000507 | CEERD-EP-R | Farrar, Daniel | ME002 | 5/6/2011 | MRGO/EBIA | Toxicity Analysis of IHNC Sediments |
| MEB | 029 | MEB-029-000000001 | MEB-029-000001913 | CEERD-EP-E | Estes, Trudy | ME002 | 5/6/2011 | MRGO/EBIA | IHNC Data |
| MEB | 029 | MEB-029-000001916 | MEB-029-000001973 | CEERD-EP-E | Estes, Trudy | ME002 | 5/6/2011 | MRGO/EBIA | IHNC Data |
| MEB | 030 | MEB-030-000000001 | MEB-030-000000069 | CEERD | Acevedo, Demarys | ME002 | 5/6/2011 | MRGO/EBIA | IHNC Data |
| MEB | 031 | MEB-031-000000001 | MEB-031-000000167 | CEERD-EP-E | Estes, Trudy | ME002 | 5/6/2011 | MRGO/EBIA | IHNC Data |

**Production Log for MRGO/EBIA Litigation**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 032 | MEB-032-000000001 | MEB-032-000000417 | CEERD | Bonanno, Brian | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Data and Photos |
| MEB | 033 | MEB-033-000000001 | MEB-033-000000053 | CEERD | Fried, Carli | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Photos |
| MEB | 034 | MEB-034-000000001 | MEB-034-000001419 | CEERD | Sliwinski, Chris | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Data |
| MEB | 035 | MEB-035-000000001 | MEB-035-000005714 | CEERD | Herr, Brett | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Data |
| MEB | 036 | MEB-036-000000001 | MEB-036-000000006 | CEERD | Glisch, Eric | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Sediment Evaluations |
| MEB | 037 | MEB-037-000000001 | MEB-037-000000001 | CEERD | Bacuta, George | ME002 | 5/6/2011 | MRGO/EBIA | Native files. Various E-Mail Communications |
| MEB | 038 | MEB-038-000000001 | MEB-038-000000018 | CEERD | Marceaux, Huey | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Data |
| MEB | 039 | MEB-039-000000001 | MEB-039-000000019 | CEERD | Brown, J Christopher | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Data |
| MEB | 040 | MEB-040-000000001 | MEB-040-000000002 | CEERD | Vosseen, Jean | ME002 | 5/6/2011 | MRGO/EBIA | Native files. Various E-Mail Communications |
| MEB | 041 | MEB-041-000000001 | MEB-041-000000057 | CEERD | Oberlies, Karen | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Data and Photos |
| MEB | 042 | MEB-042-000000001 | MEB-042-000000001 | CEERD | Wilkinson, Laura Lee | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Data |
| MEB | 043 | MEB-043-000000001 | MEB-043-000000442 | CEERD | Britsch, Louis | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Data |
| MEB | 044 | MEB-044-000000001 | MEB-044-000000011 | CEERD | Watts, Nathan | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Data |
| MEB | 045 | MEB-045-000000001 | MEB-045-000000438 | CEERD | Ferina, Nicholas | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Data |
| MEB | 046 | MEB-046-000000001 | MEB-046-000000071 | CEERD | Leroux, Patricia | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Data |
| MEB | 047 | MEB-047-000000001 | MEB-047-000000068 | CEERD | Bellocq, Paul | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Photos |
| MEB | 048 | MEB-048-000000001 | MEB-048-000002237 | CEERD | Davenhauer, Rob | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Data and Photos |
| MEB | 049 | MEB-049-000000001 | MEB-049-000000004 | CEERD | Creasy, Tim | ME002 | 5/6/2011 | MRGO/EBIA | Native files. IHNC Geology Data |