UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol (Doc. Rec. No. 5368), and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

    MEB-021-000000614 to MEB-021-000000616;

    MEB-029-000001914 to MEB-029-000001915.

The United States' Privilege Log is attached.

                                        Respectfully submitted,

                                        TONY WEST
                                        Assistant Attorney General

                                        PHYLLIS J. PYLES
                                        Director, Torts Branch

                                        JAMES G. TOUHEY, JR.
                                        Assistant Director, Torts Branch

                                         /s/ James F. McConnon, Jr.
                                        JAMES F. McCONNON, JR.
                                        Trial Attorney, Torts Branch, Civil Division
                                        U.S. Department of Justice
                                        Benjamin Franklin Station, P.O. Box 888
                                        Washington, D.C.  20044
                                        (202) 616-4400 / (202) 616-5200 (Fax)
                                        Attorneys for the United States

Dated: May 6, 2011

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on May 6, 2011, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

                                                s/ James F. McConnon, Jr.
                                              JAMES F. McCONNON, JR.