**Privilege Log for MRGO-EBIA Litigation**

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| MEB-021-000000614 | MEB-021-000000616 | Attorney-Client | 20060313 | O'Donnell, Jessica | US Department of Justice | Ulm, Michelle S | MVN | RE: NOCS |
| | | | | | | Mathies, Linda G | MVN | |
| | | | | | | Sorgente, Natalia | US Department of Justice | |
| | | | | | | Mach, Rodney F | MVN | |
| | | | | | | Wiegand, Danny L | MVN | |
| | | | | | | Steevens, Jeffery A | ERDC-EL-MS | |
| MEB-029-000001914 | MEB-029-000001915 | Attorney-Client | 20081201 | Lotufo, Guilherme | ERDC-EL-MS | Estes, Trudy J | ERDC-EL-MS | FW: Solid Waste Regulation Overview |
| | | | | | | Schroeder, Paul R | ERDC-EL-MS | |
| | | | | | | Corbino, Jeffrey M | MVN | |