UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO: MRGO<br>*Armstrong*, No. 10-866 | |

# ARMSTRONG PLAINTIFFS' FIRST SUPPLEMENT TO INITIAL DISCLOSURES

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Plaintiffs hereby provide the following supplemental information to their Initial Disclosures.

**I.  FRCP 26(a)(1)(A)(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information--that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. Kenneth and Jeannine Armstrong, property address of 4016 Hamlet Place, Chalmette, LA 70043.  The Armstrongs have already been deposed in this matter.

2. Succession of Ethel Mae Coats, property address of 1020-22 Charbonnet Street, New Orleans, LA 70117.  Ms. Coats was already deposed in this matter.

3. Alvin Livers, property address of 4924 St. Claude Ave, New Orleans, LA 70117; (504) 232-4780; current address of 13492 Paces Point, Gonzales, LA 70737.  Mr. Livers's knowledge includes, without limitation, the damages suffered as a result of the defendants' actions (or lack thereof) as alleged in the complaint.

4. Clifford Washington, property addresses of 5027 N. Derbigny, New Orleans, LA 70117, 1910 Charbonnet, New Orleans, LA 70117, and 1910 1/2 Charbonnet, New Orleans, LA 70117; (504) 812-9345; current address of 14126 Meyersville Drive, Houston, TX 77049.  Mr. Washington's knowledge includes, without limitation, the damages suffered as a result of the defendants' actions (or lack thereof) as alleged in the complaint.

5. Fred Holmes, property address of 1205 Perrin Dr., Arabi, LA 70032, (504) 460-2864; current address of 3031 Glenboro Drive, Spring, TX 77386.  Mr. Holmes's knowledge

includes, without limitation, the damages suffered as a result of the defendants' actions (or lack thereof) as alleged in the complaint.

Dated:  May 10, 2011

**Respectfully Submitted,**
**PLAINTIFFS LIAISON COUNSEL**

     /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

     /s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

     /s/Andrew P. Owen
ANDREW P. OWEN
*Admitted Pro Hac Vice*
The Trial Law Firm PC
800 Wilshire Blvd, Suite 800
Los Angeles, CA 90017
Telephone: (213) 347-0290
Facsimile: (213) 347-0299
Email: aowen@oslaw.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

2

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on May 10, 2011.

/s/ Joseph M. Bruno