UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION
                                          NO. 05-4182

PERTAINS TO: MRGO                         SECTION "K" (2)

## EX-PARTE UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO INTERVENE

**NOW INTO COURT,** through undersigned counsel comes, Claimants Alvin Livers, Clifford Washington and Fred Holmes (hereinafter collectively referred to as "Intervenors") who move the Court for an Order granting Intervenors the right to Intervene herein for this, to wit:

### I.

Federal Rule of Civil Procedure 24 (a) (2) allows an Intervention of Right upon timely motion of any person who claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

### II.

Movers have such interest in the subject matter of the captioned litigation, particularly in Count III which alleges negligence of the United States of America (hereafter "the Government") pertaining to the Mississippi River Gulf Outlet (MRGO) and the East Bank Industrial Area (EBIA).

### III.

The Defendants, the Washington Group, the United States of America, the Board of Commissioners of the Orleans Parish Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, and St. Paul Fire and Marine Insurance Company do not oppose the instant Motion, but specifically reserve all rights and defenses including, but not limited to prescription, peremption, and lack of both personal and subject matter jurisdiction.

### IV.

A copy of the proposed Complaint in Intervention is attached herewith as Exhibit "A".

**WHEREFORE**, the Intervenors move for an Order granting this motion and allowing them to Intervene in the in the captioned matter.

Respectfully Submitted,

APPROVED PLAINTIFFS LIAISON COUNSEL

/s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
LA Bar Roll #: 3604
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com


MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE
/s/ James Parkerson Roy
JAMES PARKERSON ROY
La Bar Roll #: 11511
Domengeaux, Wright, Roy & Edwards, LLC
P.O. Box 3668
Lafayette, LA 70502
Telephone: (337) 593-4190
Facsimile: (337) 233-2796
Email: jimr@wrightroy.com

1055982v.1

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry
Clay Mitchell
James Parkerson Roy

## CERTIFICATE OF SERVICE

I hereby certify that this pleading has been served upon all parties via the Court's CM/ECF System on this 11th day of May, 2011.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO

1055982v.1