UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN LIVERS, CLIFFORD WASHINGTON, and FRED HOLMES | NO. 05-4182 |
| | SECTION "K"(2) |
| v. | |
| THE UNITED STATES OF AMERICA, THROUGH THE ARMY CORP OF ENGINEERS | |

IN RE: KATRINA CANAL BREACHES CIVIL ACTION
CONSOLIDATED LITIGATION
PERTAINS TO: MRGO

---

### ORDER

Considering the Ex-Parte Unopposed Motion and Incorporated Memorandum to Intervene, (Doc. No. _____) filed on behalf of Alvin Livers, et al.:

**IT IS ORDERED,** that the Ex-Parte Unopposed Motion and Incorporated Memorandum to Intervene, (Doc. No. _____) be and the same is hereby **GRANTED,** reserving to Defendants all rights and defenses including, but not limited to prescription, peremption, and lack of both personal and subject matter jurisdiction; but granting to Alvin Livers, Clifford Washington and Fred Holmes leave to file their Complaint in Intervention, provided that if there is any differences in the allegations of the Complaint in Intervention compared to the AMENDED MR-GO MASTER CONSOLIDATED CLASS ACTION COMPLAINT [Doc. No. 11471] against any of the Defendants, the

- 1 -

allegations of the AMENDED MR-GO MASTER CONSOLIDATED CLASS ACTION COMPLAINT [Doc. No. 11471] shall control.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**