UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | § | |

<u>NOTICE OF PRODUCTION</u>

In response to Armstrong Plaintiffs' First Set of Requests for Production of Documents to

Defendant United States, the United States has produced the following Bates ranges in the

manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc.

Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in

this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in

accordance with the Court's Order Authorizing and Requiring the United States to Produce

Personal Identifying Information Contained Within Electronically Stored Information and

Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec.

No. 10293):

| | | |
|---|---|---|
| MEB-019-000000001 | to | MEB-019-000000410; |
| MEB-026-000000001 | to | MEB-026-000000188; |
| MEB-026-000000190 | to | MEB-026-000000191; |
| MEB-026-000000193 | to | MEB-026-000000207; |
| MEB-026-000000209 | to | MEB-026-000000231; |
| MEB-026-000000234 | to | MEB-026-000000240; |
| MEB-026-000000243 | to | MEB-026-000000437; |

| | | |
|---|---|---|
| MEB-026-000000439 | to | MEB-026-000000447; |
| MEB-026-000000450 | to | MEB-026-000000472; |
| MEB-026-000000474 | to | MEB-026-000000524; |
| MEB-026-000000528 | to | MEB-026-000000528; |
| MEB-026-000000530 | to | MEB-026-000000860; |
| MEB-027-000000001 | to | MEB-027-000000436; |
| MEB-027-000000437 | to | MEB-027-000000437; |
| MEB-027-000000438 | to | MEB-027-000000438; |
| MEB-027-000000439 | to | MEB-027-000000980; |
| MEB-028-000000001 | to | MEB-028-000000074; |
| MEB-050-000000001 | to | MEB-050-000000006; |
| MEB-051-000000001 | to | MEB-051-000000036; |
| MEB-052-000000001 | to | MEB-052-000000002; |
| MEB-053-000000001 | to | MEB-053-000000036; |
| MEB-054-000000001 | to | MEB-054-000000036; |
| MEB-055-000000001 | to | MEB-055-000000006; |
| MEB-056-000000001 | to | MEB-056-000000006; |
| MEB-057-000000001 | to | MEB-057-000000039; |
| MEB-058-000000001 | to | MEB-058-000000036; |
| MEB-059-000000001 | to | MEB-059-000000002; |
| MEB-060-000000001 | to | MEB-060-000000002; |
| MEB-061-000000001 | to | MEB-061-000000051; |
| MEB-062-000000001 | to | MEB-062-000000042; |
| MEB-063-000000001 | to | MEB-063-000000028; |
| MEB-064-000000001 | to | MEB-064-000000036; |
| MEB-065-000000001 | to | MEB-065-000000002; |
| MEB-066-000000001 | to | MEB-066-000000003; |
| MEB-067-000000001 | to | MEB-067-000000036; |
| MEB-068-000000001 | to | MEB-068-000000003; |
| MEB-069-000000001 | to | MEB-069-000000032; |
| MEB-070-000000001 | to | MEB-070-000000002; |
| MEB-071-000000001 | to | MEB-071-000000036; |
| MEB-072-000000001 | to | MEB-072-000000001; |
| MEB-073-000000001 | to | MEB-073-000000030; |
| MEB-074-000000001 | to | MEB-074-000000028; |
| MEB-075-000000001 | to | MEB-075-000000042; |
| MEB-076-000000001 | to | MEB-076-000000051; |
| MEB-077-000000001 | to | MEB-077-000000036; |
| MEB-078-000000001 | to | MEB-078-000000002; |
| MEB-079-000000001 | to | MEB-079-000000017; |
| MEB-080-000000001 | to | MEB-080-000000150; |
| MEB-080-000000152 | to | MEB-080-000000229; |
| MEB-080-000000231 | to | MEB-080-000000254; |
| MEB-080-000000256 | to | MEB-080-000000471; |

| | | |
|---|---|---|
| MEB-080-000000473 | to | MEB-080-000000494; |
| MEB-080-000000496 | to | MEB-080-000000531; |
| MEB-081-000000001 | to | MEB-081-000000436; |
| MEB-082-000000001 | to | MEB-082-000000242; |
| MEB-083-000000001 | to | MEB-083-000000199; |
| MEB-084-000000001 | to | MEB-084-000000069; |
| MEB-084-000000071 | to | MEB-084-000000071; |
| MEB-084-000000074 | to | MEB-084-000000074; |
| MEB-084-000000077 | to | MEB-084-000000077; |
| MEB-084-000000080 | to | MEB-084-000000337; |
| MEB-085-000000001 | to | MEB-085-000000150; |
| MEB-086-000000001 | to | MEB-086-000000150; |
| MEB-087-000000001 | to | MEB-087-000000010; |
| MEB-087-000000012 | to | MEB-087-000000030; |
| MEB-087-000000032 | to | MEB-087-000000043; |
| MEB-087-000000050 | to | MEB-087-000000055; |
| MEB-088-000000001 | to | MEB-088-000000162; |
| MEB-088-000000165 | to | MEB-088-000000253; |
| MEB-089-000000001 | to | MEB-089-000000013; |
| MEB-089-000000014 | to | MEB-089-000000014; |
| MEB-089-000000015 | to | MEB-089-000000245; |
| MEB-090-000000001 | to | MEB-090-000000251; |
| MEB-090-000000252 | to | MEB-090-000000252; |
| MEB-090-000000253 | to | MEB-090-000000273; |
| MEB-091-000000001 | to | MEB-091-000000008; |
| MEB-091-000000020 | to | MEB-091-000000179; |
| MEB-091-000000181 | to | MEB-091-000000185; |
| MEB-091-000000191 | to | MEB-091-000000197; |
| MEB-091-000000200 | to | MEB-091-000000202; |
| MEB-091-000000204 | to | MEB-091-000000204; |
| MEB-092-000000001 | to | MEB-092-000000006; |
| MEB-092-000000007 | to | MEB-092-000000007; |
| MEB-092-000000008 | to | MEB-092-000000028; |
| MEB-092-000000031 | to | MEB-092-000000605; |
| MEB-092-000000607 | to | MEB-092-000000821; |
| MEB-093-000000001 | to | MEB-093-000000032; |
| MEB-094-000000001 | to | MEB-094-000000002; |
| MEB-095-000000001 | to | MEB-095-000000002; |
| MEB-096-000000001 | to | MEB-096-000000002; |
| MEB-097-000000001 | to | MEB-097-000000001; |
| MEB-097-000000002 | to | MEB-097-000000007; |
| MEB-097-000000009 | to | MEB-097-000000011; |
| MEB-097-000000014 | to | MEB-097-000000098; |
| MEB-098-000000001 | to | MEB-098-000000233; |

| | | |
|---|---|---|
| MEB-099-000000001 | to | MEB-099-000000628; |
| MEB-100-000000001 | to | MEB-100-000000647; |
| MEB-101-000000001 | to | MEB-101-000000002; |
| MEB-101-000000004 | to | MEB-101-000000042; |
| MEB-101-000000045 | to | MEB-101-000000045; |
| MEB-101-000000047 | to | MEB-101-000000051; |
| MEB-101-000000053 | to | MEB-101-000000149; |
| MEB-101-000000151 | to | MEB-101-000000173; |
| MEB-101-000000175 | to | MEB-101-000000186; |
| MEB-101-000000188 | to | MEB-101-000000242; |
| MEB-101-000000244 | to | MEB-101-000000246; |
| MEB-101-000000248 | to | MEB-101-000000260; |
| MEB-101-000000262 | to | MEB-101-000000274; |
| MEB-101-000000276 | to | MEB-101-000000292; |
| MEB-101-000000294 | to | MEB-101-000000330; |
| MEB-101-000000332 | to | MEB-101-000000374; |
| MEB-101-000000381 | to | MEB-101-000000467; |
| MEB-101-000000471 | to | MEB-101-000000481; |
| MEB-101-000000483 | to | MEB-101-000000488; |
| MEB-101-000000491 | to | MEB-101-000000509; |
| MEB-101-000000511 | to | MEB-101-000000528; |
| MEB-101-000000530 | to | MEB-101-000000560; |
| MEB-101-000000565 | to | MEB-101-000000585; |
| MEB-101-000000587 | to | MEB-101-000000699; |
| MEB-101-000000717 | to | MEB-101-000001148; |
| MEB-101-000001150 | to | MEB-101-000001197; |
| MEB-101-000001201 | to | MEB-101-000001225; |
| MEB-101-000001233 | to | MEB-101-000001248; |
| MEB-101-000001252 | to | MEB-101-000001288; |
| MEB-101-000001291 | to | MEB-101-000001325; |
| MEB-101-000001327 | to | MEB-101-000001421; |
| MEB-101-000001423 | to | MEB-101-000001571; |
| MEB-101-000001594 | to | MEB-101-000001595; |
| MEB-101-000001608 | to | MEB-101-000001755; |
| MEB-101-000001768 | to | MEB-101-000001794; |
| MEB-101-000001798 | to | MEB-101-000002013; |
| MEB-101-000002338 | to | MEB-101-000002435; |
| MEB-101-000002437 | to | MEB-101-000002628; |
| MEB-101-000002635 | to | MEB-101-000002655; |
| MEB-101-000002657 | to | MEB-101-000002751; |
| MEB-101-000002753 | to | MEB-101-000002758; |
| MEB-101-000002760 | to | MEB-101-000002797; |
| MEB-101-000002801 | to | MEB-101-000002803; |
| MEB-101-000002805 | to | MEB-101-000002808; |

| | | |
|---|---|---|
| MEB-101-000002811 | to | MEB-101-000002816; |
| MEB-101-000002818 | to | MEB-101-000002823; |
| MEB-101-000002825 | to | MEB-101-000002828; |
| MEB-101-000002830 | to | MEB-101-000002900; |
| MEB-101-000002905 | to | MEB-101-000002926; |
| MEB-101-000002928 | to | MEB-101-000003015; |
| MEB-101-000003018 | to | MEB-101-000003029; |
| MEB-101-000003032 | to | MEB-101-000003051; |
| MEB-101-000003053 | to | MEB-101-000003089; |
| MEB-101-000003093 | to | MEB-101-000003115; |
| MEB-101-000003123 | to | MEB-101-000003254; |
| MEB-101-000003256 | to | MEB-101-000003256; |
| MEB-101-000003258 | to | MEB-101-000003262; |
| MEB-101-000003265 | to | MEB-101-000003329; |
| MEB-101-000003331 | to | MEB-101-000003351; |
| MEB-101-000003353 | to | MEB-101-000003358; |
| MEB-101-000003360 | to | MEB-101-000003381; |
| MEB-101-000003383 | to | MEB-101-000003395; |
| MEB-101-000003397 | to | MEB-101-000003405; |
| MEB-102-000000001 | to | MEB-102-000000001; |
| MEB-102-000000003 | to | MEB-102-000000037; |
| MEB-102-000000041 | to | MEB-102-000000096; |
| MEB-103-000000001 | to | MEB-103-000000001; |
| MEB-103-000000002 | to | MEB-103-000000030; |
| MEB-103-000000032 | to | MEB-103-000000032; |
| MEB-103-000000042 | to | MEB-103-000000045; |
| MEB-103-000000047 | to | MEB-103-000000051; |
| MEB-103-000000054 | to | MEB-103-000000071; |
| MEB-103-000000074 | to | MEB-103-000000106; |
| MEB-103-000000108 | to | MEB-103-000000114; |
| MEB-103-000000116 | to | MEB-103-000000237; |
| MEB-103-000000239 | to | MEB-103-000000334; |
| MEB-103-000000336 | to | MEB-103-000000336; |
| MEB-103-000000341 | to | MEB-103-000000507; |
| MEB-103-000000510 | to | MEB-103-000000510; |
| MEB-103-000000513 | to | MEB-103-000000516; |
| MEB-103-000000522 | to | MEB-103-000000522; |
| MEB-103-000000554 | to | MEB-103-000000554; |
| MEB-103-000000556 | to | MEB-103-000000557; |
| MEB-103-000000560 | to | MEB-103-000000561; |
| MEB-103-000000564 | to | MEB-103-000000568; |
| MEB-103-000000583 | to | MEB-103-000000588; |
| MEB-103-000000590 | to | MEB-103-000000593; |
| MEB-103-000000637 | to | MEB-103-000000664; |

MEB-103-000000666     to     MEB-103-000000709;
MEB-103-000000711     to     MEB-103-000000713;
MEB-104-000000001     to     MEB-104-000000009;
MEB-105-000000001     to     MEB-105-000000064;
MEB-106-000000001     to     MEB-106-000000001;
MEB-107-000000001     to     MEB-107-000000539.

The United States' Production Log is attached.

Respectfully submitted,

TONY WEST
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: May 13, 2011

**<u>CERTIFICATE OF SERVICE</u>**

I, James F. McConnon, Jr., hereby certify that on May 13, 2011, I served a true copy of

the United States' Notice of Production upon the Plaintiffs by ECF.


    <u>s/ James F. McConnon, Jr.</u>

    JAMES F. McCONNON, JR.