## Production Log for MRGO/EBIA Litigation

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 019 | MEB-019-000000001 | MEB-019-000000410 | CEERD | Tracy, Fred | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 026 | MEB-026-000000001 | MEB-026-000000188 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 026 | MEB-026-000000190 | MEB-026-000000191 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 026 | MEB-026-000000193 | MEB-026-000000207 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 026 | MEB-026-000000209 | MEB-026-000000231 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 026 | MEB-026-000000234 | MEB-026-000000240 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 026 | MEB-026-000000243 | MEB-026-000000437 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 026 | MEB-026-000000439 | MEB-026-000000447 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 026 | MEB-026-000000450 | MEB-026-000000472 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 026 | MEB-026-000000474 | MEB-026-000000524 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 026 | MEB-026-000000528 | MEB-026-000000528 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 026 | MEB-026-000000530 | MEB-026-000000860 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 027 | MEB-027-000000001 | MEB-027-000000436 | CEERD-EP-R | Lotufo, Guilherme | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data including e-mails. |
| MEB | 027 | MEB-027-000000437 | MEB-027-000000437 | CEERD-EP-R | Lotufo, Guilherme | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data. Some pages within this pdf were removed for privilege. |
| MEB | 027 | MEB-027-000000438 | MEB-027-000000438 | CEERD-EP-R | Lotufo, Guilherme | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data. Some pages within this pdf were removed for privilege. |
| MEB | 027 | MEB-027-000000439 | MEB-027-000000980 | CEERD-EP-R | Lotufo, Guilherme | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data including e-mails. |
| MEB | 028 | MEB-028-000000001 | MEB-028-000000074 | CEERD-IE-C | Pace, Mike | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data including seepage analysis. |
| MEB | 050 | MEB-050-000000001 | MEB-050-000000006 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 051 | MEB-051-000000001 | MEB-051-000000036 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 052 | MEB-052-000000001 | MEB-052-000000002 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 053 | MEB-053-000000001 | MEB-053-000000036 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 054 | MEB-054-000000001 | MEB-054-000000036 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 055 | MEB-055-000000001 | MEB-055-000000006 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 056 | MEB-056-000000001 | MEB-056-000000006 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 057 | MEB-057-000000001 | MEB-057-000000039 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 058 | MEB-058-000000001 | MEB-058-000000036 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 059 | MEB-059-000000001 | MEB-059-000000002 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 060 | MEB-060-000000001 | MEB-060-000000002 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 061 | MEB-061-000000001 | MEB-061-000000051 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 062 | MEB-062-000000001 | MEB-062-000000042 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 063 | MEB-063-000000001 | MEB-063-000000028 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 064 | MEB-064-000000001 | MEB-064-000000036 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 065 | MEB-065-000000001 | MEB-065-000000002 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 066 | MEB-066-000000001 | MEB-066-000000003 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 067 | MEB-067-000000001 | MEB-067-000000036 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 068 | MEB-068-000000001 | MEB-068-000000003 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 069 | MEB-069-000000001 | MEB-069-000000032 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data. FOIA releases. |
| MEB | 070 | MEB-070-000000001 | MEB-070-000000002 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |

## Production Log for MRGO/EBIA Litigation

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 071 | MEB-071-000000001 | MEB-071-000000036 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 072 | MEB-072-000000001 | MEB-072-000000001 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 073 | MEB-073-000000001 | MEB-073-000000030 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 074 | MEB-074-000000001 | MEB-074-000000028 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 075 | MEB-075-000000001 | MEB-075-000000042 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 076 | MEB-076-000000001 | MEB-076-000000051 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 077 | MEB-077-000000001 | MEB-077-000000036 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 078 | MEB-078-000000001 | MEB-078-000000002 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 079 | MEB-079-000000001 | MEB-079-000000017 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 080 | MEB-080-000000001 | MEB-080-000000150 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 080 | MEB-080-000000152 | MEB-080-000000229 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 080 | MEB-080-000000231 | MEB-080-000000254 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 080 | MEB-080-000000256 | MEB-080-000000471 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 080 | MEB-080-000000473 | MEB-080-000000494 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 080 | MEB-080-000000496 | MEB-080-000000531 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 081 | MEB-081-000000001 | MEB-081-000000436 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 082 | MEB-082-000000001 | MEB-082-000000242 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 083 | MEB-083-000000001 | MEB-083-000000199 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 084 | MEB-084-000000001 | MEB-084-000000069 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 084 | MEB-084-000000071 | MEB-084-000000071 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 084 | MEB-084-000000074 | MEB-084-000000074 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 084 | MEB-084-000000077 | MEB-084-000000077 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 084 | MEB-084-000000080 | MEB-084-000000337 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 085 | MEB-085-000000001 | MEB-085-000000150 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 086 | MEB-086-000000001 | MEB-086-000000150 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 087 | MEB-087-000000001 | MEB-087-000000010 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 087 | MEB-087-000000012 | MEB-087-000000030 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 087 | MEB-087-000000032 | MEB-087-000000043 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 087 | MEB-087-000000050 | MEB-087-000000055 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 088 | MEB-088-000000001 | MEB-088-000000162 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 088 | MEB-088-000000165 | MEB-088-000000253 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 089 | MEB-089-000000001 | MEB-089-000000013 | CEERD-EP-R | Price, Richard | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 089 | MEB-089-000000014 | MEB-089-000000014 | CEERD-EP-R | Price, Richard | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data. Some pages within this txt file were removed for privilege. |
| MEB | 089 | MEB-089-000000015 | MEB-089-000000245 | CEERD-EP-R | Price, Richard | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 090 | MEB-090-000000001 | MEB-090-000000251 | CEERD-EP-R | Kennedy, Alan | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 090 | MEB-090-000000252 | MEB-090-000000252 | CEERD-EP-R | Kennedy, Alan | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. Toxicological data re IHNC. Some pages within this file were removed for privilege. |
| MEB | 090 | MEB-090-000000253 | MEB-090-000000273 | CEERD-EP-R | Kennedy, Alan | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 091 | MEB-091-000000001 | MEB-091-000000008 | CEERD-EP-R | Kennedy, Alan | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. Toxicological data re IHNC. |

**Production Log for MRGO/EBIA Litigation**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 091 | MEB-091-000000020 | MEB-091-000000179 | CEERD-EP-R | Kennedy, Alan | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. Toxicological data re IHNC. |
| MEB | 091 | MEB-091-000000181 | MEB-091-000000185 | CEERD-EP-R | Kennedy, Alan | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. Toxicological data re IHNC. |
| MEB | 091 | MEB-091-000000191 | MEB-091-000000197 | CEERD-EP-R | Kennedy, Alan | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. Toxicological data re IHNC. |
| MEB | 091 | MEB-091-000000200 | MEB-091-000000202 | CEERD-EP-R | Kennedy, Alan | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. Toxicological data re IHNC. |
| MEB | 091 | MEB-091-000000204 | MEB-091-000000204 | CEERD-EP-R | Kennedy, Alan | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. Toxicological data re IHNC. |
| MEB | 092 | MEB-092-000000001 | MEB-092-000000006 | CEERD-EP-E | Acevedo, Demarys | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC chemistry data. |
| MEB | 092 | MEB-092-000000007 | MEB-092-000000007 | CEERD-EP-E | Acevedo, Demarys | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC Chemistry data. Some pages within this txt file were removed for privilege. |
| MEB | 092 | MEB-092-000000008 | MEB-092-000000028 | CEERD-EP-E | Acevedo, Demarys | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC chemistry data. |
| MEB | 092 | MEB-092-000000031 | MEB-092-000000605 | CEERD-EP-E | Acevedo, Demarys | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC chemistry data. |
| MEB | 092 | MEB-092-000000607 | MEB-092-000000821 | CEERD-EP-E | Acevedo, Demarys | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC chemistry data. |
| MEB | 093 | MEB-093-000000001 | MEB-093-000000032 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 094 | MEB-094-000000001 | MEB-094-000000002 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 095 | MEB-095-000000001 | MEB-095-000000002 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 096 | MEB-096-000000001 | MEB-096-000000002 | CEERD-EP-R | Farrar, Daniel | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 097 | MEB-097-000000001 | MEB-097-000000001 | CEERD-EP-R | Johnson, David | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC e-mails. Some pages within this txt file were removed for privilege. |
| MEB | 097 | MEB-097-000000002 | MEB-097-000000007 | CEERD-EP-R | Johnson, David | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 097 | MEB-097-000000009 | MEB-097-000000011 | CEERD-EP-R | Johnson, David | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 097 | MEB-097-000000014 | MEB-097-000000098 | CEERD-EP-R | Johnson, David | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 098 | MEB-098-000000001 | MEB-098-000000233 | CEERD-EP-E | Bailey, Susan | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC analysis. |
| MEB | 099 | MEB-099-000000001 | MEB-099-000000628 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 100 | MEB-100-000000001 | MEB-100-000000647 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000000001 | MEB-101-000000002 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000000004 | MEB-101-000000042 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000000045 | MEB-101-000000045 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000000047 | MEB-101-000000051 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000000053 | MEB-101-000000149 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000000151 | MEB-101-000000173 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000000175 | MEB-101-000000186 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000000188 | MEB-101-000000242 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000000244 | MEB-101-000000246 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |

## Production Log for MRGO/EBIA Litigation

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 101 | MEB-101-000000248 | MEB-101-000000260 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000262 | MEB-101-000000274 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000276 | MEB-101-000000292 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000294 | MEB-101-000000330 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000332 | MEB-101-000000374 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000381 | MEB-101-000000467 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000471 | MEB-101-000000481 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000483 | MEB-101-000000488 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000491 | MEB-101-000000509 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000511 | MEB-101-000000528 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000530 | MEB-101-000000560 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000565 | MEB-101-000000585 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000587 | MEB-101-000000699 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000000717 | MEB-101-000001148 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000001150 | MEB-101-000001197 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000001201 | MEB-101-000001225 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000001233 | MEB-101-000001248 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000001252 | MEB-101-000001288 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000001291 | MEB-101-000001325 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000001327 | MEB-101-000001421 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000001423 | MEB-101-000001571 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000001594 | MEB-101-000001595 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000001608 | MEB-101-000001755 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000001768 | MEB-101-000001794 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000001798 | MEB-101-000002013 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002338 | MEB-101-000002435 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002437 | MEB-101-000002628 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002635 | MEB-101-000002655 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002657 | MEB-101-000002751 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002753 | MEB-101-000002758 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002760 | MEB-101-000002797 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002801 | MEB-101-000002803 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002805 | MEB-101-000002808 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002811 | MEB-101-000002816 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002818 | MEB-101-000002823 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002825 | MEB-101-000002828 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002830 | MEB-101-000002900 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002905 | MEB-101-000002926 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000002928 | MEB-101-000003015 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000003018 | MEB-101-000003029 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000003032 | MEB-101-000003051 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000003053 | MEB-101-000003089 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000003093 | MEB-101-000003115 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000003123 | MEB-101-000003254 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000003256 | MEB-101-000003256 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |
| MEB | 101 | MEB-101-000003258 | MEB-101-000003262 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files.  IHNC data |

**Production Log for MRGO/EBIA Litigation**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 101 | MEB-101-000003265 | MEB-101-000003329 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000003331 | MEB-101-000003351 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000003353 | MEB-101-000003358 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000003360 | MEB-101-000003381 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000003383 | MEB-101-000003395 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 101 | MEB-101-000003397 | MEB-101-000003405 | CEERD-EP-E | Estes, Trudy | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 102 | MEB-102-000000001 | MEB-102-000000001 | CEERD-EP-R | Jones, William | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 102 | MEB-102-000000003 | MEB-102-000000037 | CEERD-EP-R | Jones, William | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 102 | MEB-102-000000041 | MEB-102-000000096 | CEERD-EP-R | Jones, William | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000001 | MEB-103-000000001 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC e-mails. Some pages within the pst file were removed for privilege. |
| MEB | 103 | MEB-103-000000002 | MEB-103-000000030 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000032 | MEB-103-000000032 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000042 | MEB-103-000000045 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000047 | MEB-103-000000051 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000054 | MEB-103-000000071 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000074 | MEB-103-000000106 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000108 | MEB-103-000000114 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000116 | MEB-103-000000237 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000239 | MEB-103-000000334 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000336 | MEB-103-000000336 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000341 | MEB-103-000000507 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000510 | MEB-103-000000510 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000513 | MEB-103-000000516 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000522 | MEB-103-000000522 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000554 | MEB-103-000000554 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000556 | MEB-103-000000557 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000560 | MEB-103-000000561 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000564 | MEB-103-000000568 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000583 | MEB-103-000000588 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000590 | MEB-103-000000593 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000637 | MEB-103-000000664 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000666 | MEB-103-000000709 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 103 | MEB-103-000000711 | MEB-103-000000713 | CEERD-EV-Z | Stevens, Jeffery | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 104 | MEB-104-000000001 | MEB-104-000000009 | CEERD | Conravey, Steve | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 105 | MEB-105-000000001 | MEB-105-000000064 | CEERD | Tobin, Thomas | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 106 | MEB-106-000000001 | MEB-106-000000001 | CEERD | Vojkovich, Frank | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |
| MEB | 107 | MEB-107-000000001 | MEB-107-000000539 | CEERD | Wilkinson, Laura | ME003 | 5/13/2011 | MRGO-EBIA | Native Files. IHNC data |