United States District Court
for the Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: Katrina Canal Breaches | § | Civil Action |
| Consolidated Litigation | § | No.05-4182 "K" (2) |
| _____ | § | Judge Duval |
| | § | Mag. Wilkinson |
| Pertains to *Armstrong*, No. 10-866 | § | |
| _____ | § | |

**United States' Motion to Dismiss**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for the reasons expressed in the accompanying memorandum of law, the United States of America moves to dismiss the claims of Alvin Livers, Fred Holmes, and Clifford Washington for lack of subject-matter jurisdiction.

Respectfully Submitted,

Tony West
Assistant Attorney General

Phyllis J. Pyles
Director, Torts Branch

1

James G. Touhey, Jr.
Assistant Director, Torts Branch

Robin D. Smith
Senior Trial Counsel, Torts Branch

 s/ Jeffrey Paul Ehrlich
Jeffrey Paul Ehrlich
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorney for the United States