| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:<br><br>Angela Jean Drinkwitz<br>Claims Administrators-Department of the Army<br>New Orleans District, Army Corps of Engineers<br>P.O. Box 60267<br>New Orleans, LA 70160-0267 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code)<br><br>Fred Holmes and Jeneen Boudoin-Holmes<br>30231 Glenboro Drive<br>Spring, TX 77386 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>▇▇▇1970 | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>8/29/2005    Monday | 7. TIME (A.M. OR P.M.)<br>9:15 A.M. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The failure of the Levee System during Hurricane Katrina caused my home to be flooded with 12'-20' of water causing a total loss of my home and of my personal contents. The damaged property is 1205 Perrin Drive, Arabi, LA 70032 was our only home and our lives have been forever changed because of this. We both lost our jobs that we had maintained for many years because we could not find housing due to the shortages of homes and therefore we each lost approximately 10 years towards our personal retirement.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

n/a

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Single family home that was totally devastated located at 1205 Perrin Drive, Arabi, LA 70032. Major structure (60-100%) damage as well as loss of contents.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Pain and mental anguish due to the loss of our home, jobs, and retirement.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Kathy Boudoin<br>Francis Hallal | 30231 Glenboro Drive, Spring, TX 77386<br>2520 Corinne Dr., Chalmette, LA 70043 |

| 12. (See instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br>$250,000.00 | 12b. PERSONAL INJURY<br>$250,000.00 | 12c. WRONGFUL DEATH<br>$0.00 | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.)<br>$500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>*Fred M. Holmes* | 13b. Phone number of person signing form<br>(281) 751-7016 | 14. DATE OF SIGNATURE<br>2/25/2007 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109

NSN 7540-00-634-4046

STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

07N15T
0178240

030107

CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION CIVIL ACTION NO. 05-4182 "K" (2)          NRL195-1046

| INSURANCE COVERAGE |
|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☒ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

Fidelity National Property and Casualty Insurance Company
P.O. Box 33005
St. Petersburg, FL 33733-8005
Policy Number: 17770053744302

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

☒ Yes        Full Coverage ☒
☐ No          Deductible ☐

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

Homeowners Insurance insists that all damage was flood damage.  Flood insurance did not cover full damage for structure or contents.

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

AAA Insurance
12901 North Forty Drive
St. Louis, Missouri 63141

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a)  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b)  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c)  In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

| PRIVACY ACT NOTICE |
|---|

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following:  5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply the requested information or to execute this form may render your claim "invalid".

| PAPERWORK REDUCTION ACT NOTICE |
|---|

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C.  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

SF 95      BACK

CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER IN RE: KATRINA
CANAL BREACHES CONSOLIDATED LITIGATION CIVIL ACTION NO. 05-4182 "K" (2)

NRL195-1047

Fred Holmes
30231 Glenboro Drive
Spring, TX 77386

Angela Jean Drinkwitz
Claims Administrators
Department of the Army
New Orleans District, Army Corps of Engineers
P.O. Box 60267
New Orleans, LA 70160-0267

CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER IN RE: KATRINA
CANAL BREACHES CONSOLIDATED LITIGATION CIVIL ACTION NO. 05-4182 "K" (2)                NRL195-1048

# UNITED STATES POSTAL SERVICE

# EXPRESS MAIL

**E D 6 4 2 1 3 4 9 4 5 U S**

## ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code

Day of Delivery
☐ Next ☐ 2nd ☐ 2nd Del Day

Date Accepted

Scheduled Date of Delivery

Postage $

Mo. Day Year

Scheduled Time of Delivery
☐ Noon ☐ 3 PM

Return Receipt Fee

Time Accepted
☐ AM ☐ PM

Military
☐ 2nd Day ☐ 3rd Day

COD Fee

Insurance Fee

Flat Rate ☐ or Weight

Int'l Alpha Country Code

Acceptance Emp. Initials

lbs. ozs.

Total Postage & Fees $

**FROM:** (PLEASE PRINT)     PHONE (          )

### FOR PICKUP OR TRACKING
Visit **WWW.USPS.COM**
Call 1-800-222-1811

*E MAKING 3 COPIES.*

EP-13F February 2002

© USPS 1995

UNITED STATES

## EXPRESS MAIL

### UNITED STATES POSTAL SERVICE®

## DELIVERY (POSTAL USE ONLY)

Delivery Attempt
Mo. Day   Time ☐ AM ☐ PM   Employee Signature

Delivery Attempt
Mo. Day   Time ☐ AM ☐ PM   Employee Signature

Delivery Date
Mo. Day   Time ☐ AM ☐ PM   Employee Signature

## CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

## NO DELIVERY
☐ Weekend   ☐ Holiday

**TO:** (PLEASE PRINT)   PHONE (          )

Mailer Signature

FOR INTERNATIONAL DESTINATIONS WRITE COUNTRY NAME BELOW.

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

## Addressee Copy

Label 11-B, March 2004

Post Office To Addressee

0004600096
MAILED FROM ZIP CODE

$14.

FEB 27

CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION CIVIL ACTION NO. 05-4182 "K" (2)

NRL195-1049