UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * * NO. 05-4182 * |
| PERTAINS TO: MRGO | * SECTION "K" (2) * * JUDGE DUVAL * * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION REGARDING CONTINUED AVAILABILITY OF <u>GOVERNMENT CONTRACTOR DEFENSE</u>

For the reasons set forth in the accompanying memorandum of law, and pursuant to this Court's order of March 17, 2011, Defendant Washington Group International, Inc. ("WGII") hereby moves for an order declaring that it may at trial assert the Government Contractor Defense, consistent with the Fifth Circuit's ruling that "[w]e impose no limitations on what matters the district court can consider on remand, and we express no view as to what decisions that court should make." *In re Katrina Canal Breaches Litigation*, 620 F.3d 455, 465 (5th Cir. 2010).

1056510v.1

Dated: May 17, 2011                                         Respectfully submitted,

/s/William D. Treeby
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Adrian Wager-Zito
James E. Gauch
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Attorneys for Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Washington Group International, Inc.'s Motion Regarding Continued Availability of Government Contractor Defense has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 17th day of May, 2011.

/s/William D. Treeby

1056510v.1