UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol (Doc. Rec. No. 5368), and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

| | | |
|---|---|---|
| MEB-026-000000189.015 | to | MEB-026-000000189.015; |
| MEB-026-000000192.014 | to | MEB-026-000000192.014; |
| MEB-026-000000208.013 | to | MEB-026-000000208.013; |
| MEB-026-000000232.012 | to | MEB-026-000000232.012; |
| MEB-026-000000233.011 | to | MEB-026-000000233.011; |
| MEB-026-000000241.010 | to | MEB-026-000000241.010; |
| MEB-026-000000242.009 | to | MEB-026-000000242.009; |
| MEB-026-000000438.008 | to | MEB-026-000000438.008; |
| MEB-026-000000448.007 | to | MEB-026-000000448.007; |
| MEB-026-000000449.006 | to | MEB-026-000000449.006; |
| MEB-026-000000473.005 | to | MEB-026-000000473.005; |
| MEB-026-000000525.004 | to | MEB-026-000000525.004; |
| MEB-026-000000526.003 | to | MEB-026-000000526.003; |
| MEB-026-000000527.002 | to | MEB-026-000000527.002; |
| MEB-026-000000529.001 | to | MEB-026-000000529.001; |

```
MEB-027-000000437.001   to   MEB-027-000000437.001;
MEB-027-000000437.002   to   MEB-027-000000437.002;
MEB-027-000000437.003   to   MEB-027-000000437.003;
MEB-027-000000437.004   to   MEB-027-000000437.004;
MEB-027-000000437.005   to   MEB-027-000000437.005;
MEB-027-000000437.006   to   MEB-027-000000437.006;
MEB-027-000000437.007   to   MEB-027-000000437.007;
MEB-027-000000437.008   to   MEB-027-000000437.008;
MEB-027-000000437.009   to   MEB-027-000000437.009;
MEB-027-000000438.001   to   MEB-027-000000438.001;
MEB-027-000000438.002   to   MEB-027-000000438.002;
MEB-027-000000438.003   to   MEB-027-000000438.003;
MEB-027-000000438.004   to   MEB-027-000000438.004;
MEB-027-000000438.005   to   MEB-027-000000438.005;
MEB-027-000000438.006   to   MEB-027-000000438.006;
MEB-027-000000438.007   to   MEB-027-000000438.007;
MEB-027-000000438.008   to   MEB-027-000000438.008;
MEB-027-000000438.009   to   MEB-027-000000438.009;
MEB-027-000000438.010   to   MEB-027-000000438.010;
MEB-027-000000438.011   to   MEB-027-000000438.011;
MEB-027-000000438.013   to   MEB-027-000000438.013;
MEB-027-000000438.014   to   MEB-027-000000438.014;
MEB-027-000000438.015   to   MEB-027-000000438.015;
MEB-027-000000438.017   to   MEB-027-000000438.017;
MEB-027-000000438.018   to   MEB-027-000000438.018;
MEB-027-000000438.019   to   MEB-027-000000438.019;
MEB-027-000000438.020   to   MEB-027-000000438.020;
MEB-027-000000438.021   to   MEB-027-000000438.021;
MEB-027-000000438.022   to   MEB-027-000000438.022;
MEB-027-000000438.023   to   MEB-027-000000438.023;
MEB-027-000000438.024   to   MEB-027-000000438.024;
MEB-027-000000438.025   to   MEB-027-000000438.025;
MEB-027-000000438.026   to   MEB-027-000000438.026;
MEB-027-000000438.027   to   MEB-027-000000438.027;
MEB-027-000000438.028   to   MEB-027-000000438.028;
MEB-027-000000438.029   to   MEB-027-000000438.029;
MEB-027-000000438.030   to   MEB-027-000000438.030;
MEB-027-000000438.031   to   MEB-027-000000438.031;
MEB-073-000000031.001   to   MEB-073-000000031.001;
MEB-073-000000032.002   to   MEB-073-000000033.003;
MEB-080-000000151.003   to   MEB-080-000000151.003;
MEB-080-000000230.002   to   MEB-080-000000230.002;
MEB-080-000000255.001   to   MEB-080-000000255.001;
```

| | | |
|---|---|---|
| MEB-080-000000472.001 | to | MEB-080-000000472.001; |
| MEB-080-000000495.002 | to | MEB-080-000000495.002; |
| MEB-084-000000070.005 | to | MEB-084-000000070.005; |
| MEB-084-000000072.001 | to | MEB-084-000000072.001; |
| MEB-084-000000073.002 | to | MEB-084-000000073.002; |
| MEB-084-000000075.004 | to | MEB-084-000000075.004; |
| MEB-084-000000076.001 | to | MEB-084-000000076.001; |
| MEB-084-000000078.001 | to | MEB-084-000000078.001; |
| MEB-084-000000079.002 | to | MEB-084-000000079.002; |
| MEB-087-000000011.001 | to | MEB-087-000000011.001; |
| MEB-087-000000031.002 | to | MEB-087-000000031.002; |
| MEB-087-000000044.003 | to | MEB-087-000000044.003; |
| MEB-087-000000045.004 | to | MEB-087-000000045.004; |
| MEB-087-000000046.005 | to | MEB-087-000000046.005; |
| MEB-087-000000047.006 | to | MEB-087-000000047.006; |
| MEB-087-000000048.007 | to | MEB-087-000000048.007; |
| MEB-087-000000049.008 | to | MEB-087-000000049.008; |
| MEB-088-000000163.002 | to | MEB-088-000000163.002; |
| MEB-088-000000164.001 | to | MEB-088-000000164.001; |
| MEB-089-000000014.001 | to | MEB-089-000000014.001; |
| MEB-089-000000014.002 | to | MEB-089-000000014.002; |
| MEB-089-000000014.003 | to | MEB-089-000000014.003; |
| MEB-089-000000014.004 | to | MEB-089-000000014.004; |
| MEB-090-000000252.001 | to | MEB-090-000000252.001; |
| MEB-101-000000043.502 | to | MEB-101-000000043.502; |
| MEB-101-000000044.503 | to | MEB-101-000000044.503; |
| MEB-101-000000046.504 | to | MEB-101-000000046.504; |
| MEB-101-000000052.501 | to | MEB-101-000000052.501; |
| MEB-101-000000150.499 | to | MEB-101-000000150.499; |
| MEB-101-000000174.500 | to | MEB-101-000000174.500; |
| MEB-101-000000187.498 | to | MEB-101-000000187.498; |
| MEB-101-000000243.496 | to | MEB-101-000000243.496; |
| MEB-101-000000261.493 | to | MEB-101-000000261.493; |
| MEB-101-000000275.494 | to | MEB-101-000000275.494; |
| MEB-101-000000293.492 | to | MEB-101-000000293.492; |
| MEB-101-000000331.485 | to | MEB-101-000000331.485; |
| MEB-101-000000375.486 | to | MEB-101-000000375.486; |
| MEB-101-000000376.487 | to | MEB-101-000000376.487; |
| MEB-101-000000377.488 | to | MEB-101-000000377.488; |
| MEB-101-000000378.489 | to | MEB-101-000000378.489; |
| MEB-101-000000379.490 | to | MEB-101-000000379.490; |
| MEB-101-000000380.491 | to | MEB-101-000000380.491; |
| MEB-101-000000468.484 | to | MEB-101-000000468.484; |

MEB-101-000000469.483 to MEB-101-000000469.483;
MEB-101-000000470.482 to MEB-101-000000470.482;
MEB-101-000000489.480 to MEB-101-000000489.480;
MEB-101-000000490.479 to MEB-101-000000490.479;
MEB-101-000000510.497 to MEB-101-000000510.497;
MEB-101-000000529.478 to MEB-101-000000529.478;
MEB-101-000000561.474 to MEB-101-000000561.474;
MEB-101-000000562.475 to MEB-101-000000562.475;
MEB-101-000000563.476 to MEB-101-000000563.476;
MEB-101-000000564.477 to MEB-101-000000564.477;
MEB-101-000000586.473 to MEB-101-000000586.473;
MEB-101-000000700.472 to MEB-101-000000700.472;
MEB-101-000000701.471 to MEB-101-000000701.471;
MEB-101-000000702.470 to MEB-101-000000702.470;
MEB-101-000000703.469 to MEB-101-000000703.469;
MEB-101-000000704.468 to MEB-101-000000704.468;
MEB-101-000000705.467 to MEB-101-000000705.467;
MEB-101-000000706.466 to MEB-101-000000706.466;
MEB-101-000000707.465 to MEB-101-000000707.465;
MEB-101-000000708.464 to MEB-101-000000708.464;
MEB-101-000000709.462 to MEB-101-000000709.462;
MEB-101-000000710.461 to MEB-101-000000710.461;
MEB-101-000000711.460 to MEB-101-000000711.460;
MEB-101-000000712.459 to MEB-101-000000712.459;
MEB-101-000000713.463 to MEB-101-000000713.463;
MEB-101-000000714.458 to MEB-101-000000714.458;
MEB-101-000000715.457 to MEB-101-000000715.457;
MEB-101-000000716.456 to MEB-101-000000716.456;
MEB-101-000001149.440 to MEB-101-000001149.440;
MEB-101-000001198.436 to MEB-101-000001198.436;
MEB-101-000001199.435 to MEB-101-000001199.435;
MEB-101-000001200.432 to MEB-101-000001200.432;
MEB-101-000001226.431 to MEB-101-000001226.431;
MEB-101-000001227.430 to MEB-101-000001227.430;
MEB-101-000001228.429 to MEB-101-000001228.429;
MEB-101-000001229.428 to MEB-101-000001229.428;
MEB-101-000001230.427 to MEB-101-000001230.427;
MEB-101-000001231.426 to MEB-101-000001231.426;
MEB-101-000001232.425 to MEB-101-000001232.425;
MEB-101-000001249.439 to MEB-101-000001249.439;
MEB-101-000001250.438 to MEB-101-000001250.438;
MEB-101-000001251.437 to MEB-101-000001251.437;
MEB-101-000001289.434 to MEB-101-000001289.434;

MEB-101-000001290.433 to MEB-101-000001290.433;
MEB-101-000001326.424 to MEB-101-000001326.424;
MEB-101-000001422.423 to MEB-101-000001422.423;
MEB-101-000001572.421 to MEB-101-000001572.421;
MEB-101-000001573.422 to MEB-101-000001573.422;
MEB-101-000001574.420 to MEB-101-000001574.420;
MEB-101-000001575.419 to MEB-101-000001575.419;
MEB-101-000001576.418 to MEB-101-000001576.418;
MEB-101-000001577.417 to MEB-101-000001577.417;
MEB-101-000001578.416 to MEB-101-000001578.416;
MEB-101-000001579.415 to MEB-101-000001579.415;
MEB-101-000001580.414 to MEB-101-000001580.414;
MEB-101-000001581.413 to MEB-101-000001581.413;
MEB-101-000001582.412 to MEB-101-000001582.412;
MEB-101-000001583.411 to MEB-101-000001583.411;
MEB-101-000001584.410 to MEB-101-000001584.410;
MEB-101-000001585.409 to MEB-101-000001585.409;
MEB-101-000001586.408 to MEB-101-000001586.408;
MEB-101-000001587.407 to MEB-101-000001587.407;
MEB-101-000001588.406 to MEB-101-000001588.406;
MEB-101-000001589.405 to MEB-101-000001589.405;
MEB-101-000001590.404 to MEB-101-000001590.404;
MEB-101-000001591.403 to MEB-101-000001591.403;
MEB-101-000001592.402 to MEB-101-000001592.402;
MEB-101-000001593.401 to MEB-101-000001593.401;
MEB-101-000001596.398 to MEB-101-000001596.398;
MEB-101-000001597.397 to MEB-101-000001597.397;
MEB-101-000001598.396 to MEB-101-000001598.396;
MEB-101-000001599.395 to MEB-101-000001599.395;
MEB-101-000001600.394 to MEB-101-000001600.394;
MEB-101-000001601.393 to MEB-101-000001601.393;
MEB-101-000001602.392 to MEB-101-000001602.392;
MEB-101-000001603.391 to MEB-101-000001603.391;
MEB-101-000001604.390 to MEB-101-000001604.390;
MEB-101-000001605.389 to MEB-101-000001605.389;
MEB-101-000001606.388 to MEB-101-000001606.388;
MEB-101-000001607.387 to MEB-101-000001607.387;
MEB-101-000001756.383 to MEB-101-000001756.383;
MEB-101-000001757.382 to MEB-101-000001757.382;
MEB-101-000001758.386 to MEB-101-000001758.386;
MEB-101-000001759.385 to MEB-101-000001759.385;
MEB-101-000001760.384 to MEB-101-000001760.384;
MEB-101-000001761.381 to MEB-101-000001761.381;

MEB-101-000001762.380 to MEB-101-000001762.380;
MEB-101-000001763.379 to MEB-101-000001763.379;
MEB-101-000001764.378 to MEB-101-000001764.378;
MEB-101-000001765.377 to MEB-101-000001765.377;
MEB-101-000001766.376 to MEB-101-000001766.376;
MEB-101-000001767.375 to MEB-101-000001767.375;
MEB-101-000001795.374 to MEB-101-000001795.374;
MEB-101-000001796.373 to MEB-101-000001796.373;
MEB-101-000001797.372 to MEB-101-000001797.372;
MEB-101-000002014.368 to MEB-101-000002014.368;
MEB-101-000002015.371 to MEB-101-000002015.371;
MEB-101-000002016.370 to MEB-101-000002016.370;
MEB-101-000002017.367 to MEB-101-000002017.367;
MEB-101-000002018.366 to MEB-101-000002018.366;
MEB-101-000002019.365 to MEB-101-000002019.365;
MEB-101-000002020.364 to MEB-101-000002020.364;
MEB-101-000002021.363 to MEB-101-000002021.363;
MEB-101-000002022.362 to MEB-101-000002022.362;
MEB-101-000002023.361 to MEB-101-000002023.361;
MEB-101-000002024.360 to MEB-101-000002024.360;
MEB-101-000002025.359 to MEB-101-000002025.359;
MEB-101-000002026.358 to MEB-101-000002026.358;
MEB-101-000002027.357 to MEB-101-000002027.357;
MEB-101-000002028.356 to MEB-101-000002028.356;
MEB-101-000002029.355 to MEB-101-000002029.355;
MEB-101-000002030.354 to MEB-101-000002030.354;
MEB-101-000002031.353 to MEB-101-000002031.353;
MEB-101-000002032.352 to MEB-101-000002032.352;
MEB-101-000002033.351 to MEB-101-000002033.351;
MEB-101-000002034.350 to MEB-101-000002034.350;
MEB-101-000002035.349 to MEB-101-000002035.349;
MEB-101-000002036.348 to MEB-101-000002036.348;
MEB-101-000002037.347 to MEB-101-000002037.347;
MEB-101-000002038.346 to MEB-101-000002038.346;
MEB-101-000002039.345 to MEB-101-000002039.345;
MEB-101-000002040.344 to MEB-101-000002040.344;
MEB-101-000002041.343 to MEB-101-000002041.343;
MEB-101-000002042.342 to MEB-101-000002042.342;
MEB-101-000002043.341 to MEB-101-000002043.341;
MEB-101-000002044.340 to MEB-101-000002044.340;
MEB-101-000002045.339 to MEB-101-000002045.339;
MEB-101-000002046.338 to MEB-101-000002046.338;
MEB-101-000002047.337 to MEB-101-000002047.337;

| | | |
|---|---|---|
| MEB-101-000002048.336 | to | MEB-101-000002048.336; |
| MEB-101-000002049.335 | to | MEB-101-000002049.335; |
| MEB-101-000002050.334 | to | MEB-101-000002050.334; |
| MEB-101-000002051.333 | to | MEB-101-000002051.333; |
| MEB-101-000002052.332 | to | MEB-101-000002052.332; |
| MEB-101-000002053.331 | to | MEB-101-000002053.331; |
| MEB-101-000002054.330 | to | MEB-101-000002054.330; |
| MEB-101-000002055.329 | to | MEB-101-000002055.329; |
| MEB-101-000002056.328 | to | MEB-101-000002056.328; |
| MEB-101-000002057.327 | to | MEB-101-000002057.327; |
| MEB-101-000002058.326 | to | MEB-101-000002058.326; |
| MEB-101-000002059.325 | to | MEB-101-000002059.325; |
| MEB-101-000002060.324 | to | MEB-101-000002060.324; |
| MEB-101-000002061.323 | to | MEB-101-000002061.323; |
| MEB-101-000002062.322 | to | MEB-101-000002062.322; |
| MEB-101-000002063.321 | to | MEB-101-000002063.321; |
| MEB-101-000002064.320 | to | MEB-101-000002064.320; |
| MEB-101-000002065.319 | to | MEB-101-000002065.319; |
| MEB-101-000002066.318 | to | MEB-101-000002066.318; |
| MEB-101-000002067.317 | to | MEB-101-000002067.317; |
| MEB-101-000002068.316 | to | MEB-101-000002068.316; |
| MEB-101-000002069.315 | to | MEB-101-000002069.315; |
| MEB-101-000002070.314 | to | MEB-101-000002070.314; |
| MEB-101-000002071.313 | to | MEB-101-000002071.313; |
| MEB-101-000002072.312 | to | MEB-101-000002072.312; |
| MEB-101-000002073.311 | to | MEB-101-000002073.311; |
| MEB-101-000002074.310 | to | MEB-101-000002074.310; |
| MEB-101-000002075.309 | to | MEB-101-000002075.309; |
| MEB-101-000002076.308 | to | MEB-101-000002076.308; |
| MEB-101-000002077.307 | to | MEB-101-000002077.307; |
| MEB-101-000002078.306 | to | MEB-101-000002078.306; |
| MEB-101-000002079.305 | to | MEB-101-000002079.305; |
| MEB-101-000002080.304 | to | MEB-101-000002080.304; |
| MEB-101-000002081.303 | to | MEB-101-000002081.303; |
| MEB-101-000002082.302 | to | MEB-101-000002082.302; |
| MEB-101-000002083.301 | to | MEB-101-000002083.301; |
| MEB-101-000002084.300 | to | MEB-101-000002084.300; |
| MEB-101-000002085.299 | to | MEB-101-000002085.299; |
| MEB-101-000002086.298 | to | MEB-101-000002086.298; |
| MEB-101-000002087.297 | to | MEB-101-000002087.297; |
| MEB-101-000002088.296 | to | MEB-101-000002088.296; |
| MEB-101-000002089.295 | to | MEB-101-000002089.295; |
| MEB-101-000002090.294 | to | MEB-101-000002090.294; |

| | | |
|---|---|---|
| MEB-101-000002091.293 | to | MEB-101-000002091.293; |
| MEB-101-000002092.292 | to | MEB-101-000002092.292; |
| MEB-101-000002093.291 | to | MEB-101-000002093.291; |
| MEB-101-000002094.290 | to | MEB-101-000002094.290; |
| MEB-101-000002095.289 | to | MEB-101-000002095.289; |
| MEB-101-000002096.288 | to | MEB-101-000002096.288; |
| MEB-101-000002097.287 | to | MEB-101-000002097.287; |
| MEB-101-000002098.286 | to | MEB-101-000002098.286; |
| MEB-101-000002099.285 | to | MEB-101-000002099.285; |
| MEB-101-000002100.284 | to | MEB-101-000002100.284; |
| MEB-101-000002101.283 | to | MEB-101-000002101.283; |
| MEB-101-000002102.282 | to | MEB-101-000002102.282; |
| MEB-101-000002103.281 | to | MEB-101-000002103.281; |
| MEB-101-000002104.280 | to | MEB-101-000002104.280; |
| MEB-101-000002105.279 | to | MEB-101-000002105.279; |
| MEB-101-000002106.278 | to | MEB-101-000002106.278; |
| MEB-101-000002107.277 | to | MEB-101-000002107.277; |
| MEB-101-000002108.276 | to | MEB-101-000002108.276; |
| MEB-101-000002109.275 | to | MEB-101-000002109.275; |
| MEB-101-000002110.273 | to | MEB-101-000002110.273; |
| MEB-101-000002111.272 | to | MEB-101-000002111.272; |
| MEB-101-000002112.271 | to | MEB-101-000002112.271; |
| MEB-101-000002113.270 | to | MEB-101-000002113.270; |
| MEB-101-000002114.269 | to | MEB-101-000002114.269; |
| MEB-101-000002116.268 | to | MEB-101-000002116.268; |
| MEB-101-000002117.267 | to | MEB-101-000002117.267; |
| MEB-101-000002118.266 | to | MEB-101-000002118.266; |
| MEB-101-000002119.265 | to | MEB-101-000002119.265; |
| MEB-101-000002120.264 | to | MEB-101-000002120.264; |
| MEB-101-000002121.263 | to | MEB-101-000002121.263; |
| MEB-101-000002122.262 | to | MEB-101-000002122.262; |
| MEB-101-000002123.261 | to | MEB-101-000002123.261; |
| MEB-101-000002124.260 | to | MEB-101-000002124.260; |
| MEB-101-000002125.259 | to | MEB-101-000002125.259; |
| MEB-101-000002126.258 | to | MEB-101-000002126.258; |
| MEB-101-000002127.257 | to | MEB-101-000002127.257; |
| MEB-101-000002128.256 | to | MEB-101-000002128.256; |
| MEB-101-000002129.255 | to | MEB-101-000002129.255; |
| MEB-101-000002130.254 | to | MEB-101-000002130.254; |
| MEB-101-000002131.253 | to | MEB-101-000002131.253; |
| MEB-101-000002132.252 | to | MEB-101-000002132.252; |
| MEB-101-000002133.251 | to | MEB-101-000002133.251; |
| MEB-101-000002134.250 | to | MEB-101-000002134.250; |

MEB-101-000002135.249 to MEB-101-000002135.249;
MEB-101-000002136.248 to MEB-101-000002136.248;
MEB-101-000002137.247 to MEB-101-000002137.247;
MEB-101-000002138.246 to MEB-101-000002138.246;
MEB-101-000002139.245 to MEB-101-000002139.245;
MEB-101-000002140.244 to MEB-101-000002140.244;
MEB-101-000002141.243 to MEB-101-000002141.243;
MEB-101-000002142.242 to MEB-101-000002142.242;
MEB-101-000002143.241 to MEB-101-000002143.241;
MEB-101-000002144.240 to MEB-101-000002144.240;
MEB-101-000002145.239 to MEB-101-000002145.239;
MEB-101-000002146.238 to MEB-101-000002146.238;
MEB-101-000002147.237 to MEB-101-000002147.237;
MEB-101-000002148.236 to MEB-101-000002148.236;
MEB-101-000002149.235 to MEB-101-000002149.235;
MEB-101-000002150.234 to MEB-101-000002150.234;
MEB-101-000002151.233 to MEB-101-000002151.233;
MEB-101-000002152.232 to MEB-101-000002152.232;
MEB-101-000002153.231 to MEB-101-000002153.231;
MEB-101-000002154.230 to MEB-101-000002154.230;
MEB-101-000002155.229 to MEB-101-000002155.229;
MEB-101-000002156.228 to MEB-101-000002156.228;
MEB-101-000002157.227 to MEB-101-000002157.227;
MEB-101-000002158.226 to MEB-101-000002158.226;
MEB-101-000002159.225 to MEB-101-000002159.225;
MEB-101-000002160.224 to MEB-101-000002160.224;
MEB-101-000002161.223 to MEB-101-000002161.223;
MEB-101-000002162.222 to MEB-101-000002162.222;
MEB-101-000002163.221 to MEB-101-000002163.221;
MEB-101-000002164.220 to MEB-101-000002164.220;
MEB-101-000002165.219 to MEB-101-000002165.219;
MEB-101-000002166.218 to MEB-101-000002166.218;
MEB-101-000002167.217 to MEB-101-000002167.217;
MEB-101-000002168.216 to MEB-101-000002168.216;
MEB-101-000002169.215 to MEB-101-000002169.215;
MEB-101-000002170.214 to MEB-101-000002170.214;
MEB-101-000002171.213 to MEB-101-000002171.213;
MEB-101-000002172.212 to MEB-101-000002172.212;
MEB-101-000002173.211 to MEB-101-000002173.211;
MEB-101-000002174.210 to MEB-101-000002174.210;
MEB-101-000002175.209 to MEB-101-000002175.209;
MEB-101-000002176.208 to MEB-101-000002176.208;
MEB-101-000002177.207 to MEB-101-000002177.207;

MEB-101-000002178.206 to MEB-101-000002178.206;
MEB-101-000002179.205 to MEB-101-000002179.205;
MEB-101-000002180.204 to MEB-101-000002180.204;
MEB-101-000002181.203 to MEB-101-000002181.203;
MEB-101-000002182.202 to MEB-101-000002182.202;
MEB-101-000002183.201 to MEB-101-000002183.201;
MEB-101-000002184.200 to MEB-101-000002184.200;
MEB-101-000002185.199 to MEB-101-000002185.199;
MEB-101-000002186.198 to MEB-101-000002186.198;
MEB-101-000002187.197 to MEB-101-000002187.197;
MEB-101-000002188.196 to MEB-101-000002188.196;
MEB-101-000002189.195 to MEB-101-000002189.195;
MEB-101-000002190.194 to MEB-101-000002190.194;
MEB-101-000002191.193 to MEB-101-000002191.193;
MEB-101-000002192.192 to MEB-101-000002192.192;
MEB-101-000002193.191 to MEB-101-000002193.191;
MEB-101-000002194.190 to MEB-101-000002194.190;
MEB-101-000002195.189 to MEB-101-000002195.189;
MEB-101-000002196.188 to MEB-101-000002196.188;
MEB-101-000002197.187 to MEB-101-000002197.187;
MEB-101-000002198.186 to MEB-101-000002198.186;
MEB-101-000002199.185 to MEB-101-000002199.185;
MEB-101-000002200.184 to MEB-101-000002200.184;
MEB-101-000002201.183 to MEB-101-000002201.183;
MEB-101-000002202.182 to MEB-101-000002202.182;
MEB-101-000002203.181 to MEB-101-000002203.181;
MEB-101-000002204.180 to MEB-101-000002204.180;
MEB-101-000002205.179 to MEB-101-000002205.179;
MEB-101-000002206.178 to MEB-101-000002206.178;
MEB-101-000002207.177 to MEB-101-000002207.177;
MEB-101-000002208.176 to MEB-101-000002208.176;
MEB-101-000002209.175 to MEB-101-000002209.175;
MEB-101-000002210.174 to MEB-101-000002210.174;
MEB-101-000002211.173 to MEB-101-000002211.173;
MEB-101-000002212.172 to MEB-101-000002212.172;
MEB-101-000002213.171 to MEB-101-000002213.171;
MEB-101-000002214.170 to MEB-101-000002214.170;
MEB-101-000002215.169 to MEB-101-000002215.169;
MEB-101-000002216.168 to MEB-101-000002216.168;
MEB-101-000002217.167 to MEB-101-000002217.167;
MEB-101-000002218.166 to MEB-101-000002218.166;
MEB-101-000002219.165 to MEB-101-000002219.165;
MEB-101-000002220.164 to MEB-101-000002220.164;

| | | |
|---|---|---|
| MEB-101-000002221.163 | to | MEB-101-000002221.163; |
| MEB-101-000002222.162 | to | MEB-101-000002222.162; |
| MEB-101-000002223.161 | to | MEB-101-000002223.161; |
| MEB-101-000002224.159 | to | MEB-101-000002224.159; |
| MEB-101-000002225.158 | to | MEB-101-000002225.158; |
| MEB-101-000002226.157 | to | MEB-101-000002226.157; |
| MEB-101-000002227.156 | to | MEB-101-000002227.156; |
| MEB-101-000002228.155 | to | MEB-101-000002228.155; |
| MEB-101-000002229.154 | to | MEB-101-000002229.154; |
| MEB-101-000002230.153 | to | MEB-101-000002230.153; |
| MEB-101-000002231.152 | to | MEB-101-000002231.152; |
| MEB-101-000002232.151 | to | MEB-101-000002232.151; |
| MEB-101-000002233.150 | to | MEB-101-000002233.150; |
| MEB-101-000002234.149 | to | MEB-101-000002234.149; |
| MEB-101-000002235.148 | to | MEB-101-000002235.148; |
| MEB-101-000002236.147 | to | MEB-101-000002236.147; |
| MEB-101-000002237.146 | to | MEB-101-000002237.146; |
| MEB-101-000002238.145 | to | MEB-101-000002238.145; |
| MEB-101-000002239.144 | to | MEB-101-000002239.144; |
| MEB-101-000002240.143 | to | MEB-101-000002240.143; |
| MEB-101-000002241.142 | to | MEB-101-000002241.142; |
| MEB-101-000002242.141 | to | MEB-101-000002242.141; |
| MEB-101-000002242.140 | to | MEB-101-000002242.140; |
| MEB-101-000002243.139 | to | MEB-101-000002243.139; |
| MEB-101-000002244.138 | to | MEB-101-000002244.138; |
| MEB-101-000002245.137 | to | MEB-101-000002245.137; |
| MEB-101-000002246.136 | to | MEB-101-000002246.136; |
| MEB-101-000002247.135 | to | MEB-101-000002247.135; |
| MEB-101-000002248.134 | to | MEB-101-000002248.134; |
| MEB-101-000002249.133 | to | MEB-101-000002249.133; |
| MEB-101-000002250.132 | to | MEB-101-000002250.132; |
| MEB-101-000002251.131 | to | MEB-101-000002251.131; |
| MEB-101-000002252.130 | to | MEB-101-000002252.130; |
| MEB-101-000002253.129 | to | MEB-101-000002253.129; |
| MEB-101-000002254.128 | to | MEB-101-000002254.128; |
| MEB-101-000002255.127 | to | MEB-101-000002255.127; |
| MEB-101-000002256.126 | to | MEB-101-000002256.126; |
| MEB-101-000002257.125 | to | MEB-101-000002257.125; |
| MEB-101-000002258.124 | to | MEB-101-000002258.124; |
| MEB-101-000002259.123 | to | MEB-101-000002259.123; |
| MEB-101-000002260.122 | to | MEB-101-000002260.122; |
| MEB-101-000002261.121 | to | MEB-101-000002261.121; |
| MEB-101-000002262.120 | to | MEB-101-000002262.120; |

MEB-101-000002263.119 to MEB-101-000002263.119;
MEB-101-000002264.118 to MEB-101-000002264.118;
MEB-101-000002265.117 to MEB-101-000002265.117;
MEB-101-000002266.116 to MEB-101-000002266.116;
MEB-101-000002267.115 to MEB-101-000002267.115;
MEB-101-000002269.114 to MEB-101-000002269.114;
MEB-101-000002270.113 to MEB-101-000002270.113;
MEB-101-000002271.112 to MEB-101-000002271.112;
MEB-101-000002272.111 to MEB-101-000002272.111;
MEB-101-000002273.110 to MEB-101-000002273.110;
MEB-101-000002292.160 to MEB-101-000002292.160;
MEB-101-000002293.109 to MEB-101-000002293.109;
MEB-101-000002294.108 to MEB-101-000002294.108;
MEB-101-000002274.107 to MEB-101-000002274.107;
MEB-101-000002275.106 to MEB-101-000002275.106;
MEB-101-000002276.105 to MEB-101-000002276.105;
MEB-101-000002277.104 to MEB-101-000002277.104;
MEB-101-000002278.103 to MEB-101-000002278.103;
MEB-101-000002279.102 to MEB-101-000002279.102;
MEB-101-000002280.101 to MEB-101-000002280.101;
MEB-101-000002281.100 to MEB-101-000002281.100;
MEB-101-000002282.099 to MEB-101-000002282.099;
MEB-101-000002283.098 to MEB-101-000002283.098;
MEB-101-000002284.097 to MEB-101-000002284.097;
MEB-101-000002285.096 to MEB-101-000002285.096;
MEB-101-000002286.095 to MEB-101-000002286.095;
MEB-101-000002287.094 to MEB-101-000002287.094;
MEB-101-000002288.093 to MEB-101-000002288.093;
MEB-101-000002289.092 to MEB-101-000002289.092;
MEB-101-000002290.091 to MEB-101-000002290.091;
MEB-101-000002291.090 to MEB-101-000002291.090;
MEB-101-000002295.089 to MEB-101-000002295.089;
MEB-101-000002296.088 to MEB-101-000002296.088;
MEB-101-000002297.087 to MEB-101-000002297.087;
MEB-101-000002298.086 to MEB-101-000002298.086;
MEB-101-000002299.085 to MEB-101-000002299.085;
MEB-101-000002300.084 to MEB-101-000002300.084;
MEB-101-000002301.083 to MEB-101-000002301.083;
MEB-101-000002302.082 to MEB-101-000002302.082;
MEB-101-000002303.081 to MEB-101-000002303.081;
MEB-101-000002304.080 to MEB-101-000002304.080;
MEB-101-000002305.079 to MEB-101-000002305.079;
MEB-101-000002306.078 to MEB-101-000002306.078;

MEB-101-000002307.077 to MEB-101-000002307.077;
MEB-101-000002308.076 to MEB-101-000002308.076;
MEB-101-000002309.075 to MEB-101-000002309.075;
MEB-101-000002310.074 to MEB-101-000002310.074;
MEB-101-000002311.073 to MEB-101-000002311.073;
MEB-101-000002312.072 to MEB-101-000002312.072;
MEB-101-000002313.071 to MEB-101-000002313.071;
MEB-101-000002314.070 to MEB-101-000002314.070;
MEB-101-000002315.069 to MEB-101-000002315.069;
MEB-101-000002316.068 to MEB-101-000002316.068;
MEB-101-000002317.067 to MEB-101-000002317.067;
MEB-101-000002318.066 to MEB-101-000002318.066;
MEB-101-000002319.065 to MEB-101-000002319.065;
MEB-101-000002320.064 to MEB-101-000002320.064;
MEB-101-000002321.063 to MEB-101-000002321.063;
MEB-101-000002322.062 to MEB-101-000002322.062;
MEB-101-000002323.061 to MEB-101-000002323.061;
MEB-101-000002334.060 to MEB-101-000002334.060;
MEB-101-000002335.059 to MEB-101-000002335.059;
MEB-101-000002336.058 to MEB-101-000002336.058;
MEB-101-000002324.057 to MEB-101-000002324.057;
MEB-101-000002325.056 to MEB-101-000002325.056;
MEB-101-000002326.055 to MEB-101-000002326.055;
MEB-101-000002327.054 to MEB-101-000002327.054;
MEB-101-000002328.053 to MEB-101-000002328.053;
MEB-101-000002329.052 to MEB-101-000002329.052;
MEB-101-000002330.051 to MEB-101-000002330.051;
MEB-101-000002331.050 to MEB-101-000002331.050;
MEB-101-000002332.049 to MEB-101-000002332.049;
MEB-101-000002333.048 to MEB-101-000002333.048;
MEB-101-000002337.047 to MEB-101-000002337.047;
MEB-101-000002436.046 to MEB-101-000002436.046;
MEB-101-000002629.045 to MEB-101-000002629.045;
MEB-101-000002630.044 to MEB-101-000002630.044;
MEB-101-000002631.043 to MEB-101-000002631.043;
MEB-101-000002632.042 to MEB-101-000002632.042;
MEB-101-000002633.041 to MEB-101-000002633.041;
MEB-101-000002634.040 to MEB-101-000002634.040;
MEB-101-000002656.039 to MEB-101-000002656.039;
MEB-101-000002752.038 to MEB-101-000002752.038;
MEB-101-000002759.037 to MEB-101-000002759.037;
MEB-101-000002798.036 to MEB-101-000002798.036;
MEB-101-000002799.035 to MEB-101-000002799.035;

| | | |
|---|---|---|
| MEB-101-000002800.034 | to | MEB-101-000002800.034; |
| MEB-101-000002804.033 | to | MEB-101-000002804.033; |
| MEB-101-000002809.032 | to | MEB-101-000002809.032; |
| MEB-101-000002800.031 | to | MEB-101-000002800.031; |
| MEB-101-000002817.030 | to | MEB-101-000002817.030; |
| MEB-101-000002824.028 | to | MEB-101-000002824.028; |
| MEB-101-000002829.029 | to | MEB-101-000002829.029; |
| MEB-101-000002901.002 | to | MEB-101-000002901.002; |
| MEB-101-000002902.003 | to | MEB-101-000002902.003; |
| MEB-101-000002903.001 | to | MEB-101-000002903.001; |
| MEB-101-000002904.004 | to | MEB-101-000002904.004; |
| MEB-101-000002927.005 | to | MEB-101-000002927.005; |
| MEB-101-000003030.008 | to | MEB-101-000003030.008; |
| MEB-101-000003031.009 | to | MEB-101-000003031.009; |
| MEB-101-000003052.010 | to | MEB-101-000003052.010; |
| MEB-101-000003090.020 | to | MEB-101-000003090.020; |
| MEB-101-000003091.021 | to | MEB-101-000003091.021; |
| MEB-101-000003092.022 | to | MEB-101-000003092.022; |
| MEB-101-000003116.013 | to | MEB-101-000003116.013; |
| MEB-101-000003117.014 | to | MEB-101-000003117.014; |
| MEB-101-000003118.015 | to | MEB-101-000003118.015; |
| MEB-101-000003119.016 | to | MEB-101-000003119.016; |
| MEB-101-000003120.011 | to | MEB-101-000003120.011; |
| MEB-101-000003121.012 | to | MEB-101-000003121.012; |
| MEB-101-000003122.017 | to | MEB-101-000003122.017; |
| MEB-101-000003255.018 | to | MEB-101-000003255.018; |
| MEB-101-000003257.019 | to | MEB-101-000003257.019; |
| MEB-101-000003263.369 | to | MEB-101-000003263.369; |
| MEB-101-000003264.274 | to | MEB-101-000003264.274; |
| MEB-101-000003352.025 | to | MEB-101-000003352.025; |
| MEB-101-000003359.024 | to | MEB-101-000003359.024; |
| MEB-101-000003382.026 | to | MEB-101-000003382.026; |
| MEB-101-000003396.027 | to | MEB-101-000003396.027; |
| MEB-102-000000002.001 | to | MEB-102-000000002.001; |
| MEB-102-000000038.002 | to | MEB-102-000000038.002; |
| MEB-102-000000039.003 | to | MEB-102-000000039.003; |
| MEB-102-000000040.004 | to | MEB-102-000000040.004; |
| MEB-103-000000001.001 | to | MEB-103-000000001.001; |
| MEB-103-000000001.002 | to | MEB-103-000000001.002; |
| MEB-103-000000001.003 | to | MEB-103-000000001.003; |
| MEB-103-000000001.004 | to | MEB-103-000000001.004; |
| MEB-103-000000001.005 | to | MEB-103-000000001.005; |
| MEB-103-000000001.006 | to | MEB-103-000000001.006; |

MEB-103-000000001.008 to MEB-103-000000001.008;
MEB-103-000000001.009 to MEB-103-000000001.009;
MEB-103-000000001.010 to MEB-103-000000001.010;
MEB-103-000000001.011 to MEB-103-000000001.011;
MEB-103-000000001.012 to MEB-103-000000001.012;
MEB-103-000000001.013 to MEB-103-000000001.013;
MEB-103-000000001.014 to MEB-103-000000001.014;
MEB-103-000000001.015 to MEB-103-000000001.015;
MEB-103-000000001.016 to MEB-103-000000001.016;
MEB-103-000000001.017 to MEB-103-000000001.017;
MEB-103-000000001.018 to MEB-103-000000001.018;
MEB-103-000000001.019 to MEB-103-000000001.019;
MEB-103-000000001.020 to MEB-103-000000001.020;
MEB-103-000000001.021 to MEB-103-000000001.021;
MEB-103-000000001.022 to MEB-103-000000001.022;
MEB-103-000000001.023 to MEB-103-000000001.023;
MEB-103-000000001.024 to MEB-103-000000001.024;
MEB-103-000000001.025 to MEB-103-000000001.025;
MEB-103-000000001.026 to MEB-103-000000001.026;
MEB-103-000000001.027 to MEB-103-000000001.027;
MEB-103-000000001.028 to MEB-103-000000001.028;
MEB-103-000000001.029 to MEB-103-000000001.029;
MEB-103-000000001.030 to MEB-103-000000001.030;
MEB-103-000000001.031 to MEB-103-000000001.031;
MEB-103-000000001.032 to MEB-103-000000001.032;
MEB-103-000000001.033 to MEB-103-000000001.033;
MEB-103-000000001.034 to MEB-103-000000001.034;
MEB-103-000000001.035 to MEB-103-000000001.035;
MEB-103-000000001.036 to MEB-103-000000001.036;
MEB-103-000000001.037 to MEB-103-000000001.037;
MEB-103-000000001.038 to MEB-103-000000001.038;
MEB-103-000000001.039 to MEB-103-000000001.039;
MEB-103-000000001.040 to MEB-103-000000001.040;
MEB-103-000000001.041 to MEB-103-000000001.041;
MEB-103-000000001.042 to MEB-103-000000001.042;
MEB-103-000000001.043 to MEB-103-000000001.043;
MEB-103-000000001.044 to MEB-103-000000001.044;
MEB-103-000000001.045 to MEB-103-000000001.045;
MEB-103-000000031.015 to MEB-103-000000031.015;
MEB-103-000000033.014 to MEB-103-000000033.014;
MEB-103-000000034.012 to MEB-103-000000034.012;
MEB-103-000000035 to MEB-103-000000035;
MEB-103-000000036 to MEB-103-000000036;

| | | |
|---|---|---|
| MEB-103-000000037 | to | MEB-103-000000037; |
| MEB-103-000000038 | to | MEB-103-000000038; |
| MEB-103-000000039 | to | MEB-103-000000039; |
| MEB-103-000000040.013 | to | MEB-103-000000040.013; |
| MEB-103-000000041 | to | MEB-103-000000041; |
| MEB-103-000000046 | to | MEB-103-000000046; |
| MEB-103-000000052.011 | to | MEB-103-000000052.011; |
| MEB-103-000000053 | to | MEB-103-000000053; |
| MEB-103-000000072.010 | to | MEB-103-000000072.010; |
| MEB-103-000000073.009 | to | MEB-103-000000073.009; |
| MEB-103-000000107.018 | to | MEB-103-000000107.018; |
| MEB-103-000000115 | to | MEB-103-000000115; |
| MEB-103-000000238 | to | MEB-103-000000238; |
| MEB-103-000000335 | to | MEB-103-000000335; |
| MEB-103-000000337 | to | MEB-103-000000337; |
| MEB-103-000000338 | to | MEB-103-000000338; |
| MEB-103-000000339 | to | MEB-103-000000339; |
| MEB-103-000000340 | to | MEB-103-000000340; |
| MEB-103-000000508.008 | to | MEB-103-000000508.008; |
| MEB-103-000000509.007 | to | MEB-103-000000509.007; |
| MEB-103-000000511 | to | MEB-103-000000511; |
| MEB-103-000000512 | to | MEB-103-000000512; |
| MEB-103-000000517 | to | MEB-103-000000517; |
| MEB-103-000000518 | to | MEB-103-000000518; |
| MEB-103-000000519 | to | MEB-103-000000519; |
| MEB-103-000000520 | to | MEB-103-000000520; |
| MEB-103-000000521 | to | MEB-103-000000521; |
| MEB-103-000000523 | to | MEB-103-000000523; |
| MEB-103-000000524 | to | MEB-103-000000524; |
| MEB-103-000000525 | to | MEB-103-000000525; |
| MEB-103-000000526 | to | MEB-103-000000526; |
| MEB-103-000000527 | to | MEB-103-000000527; |
| MEB-103-000000528 | to | MEB-103-000000528; |
| MEB-103-000000529 | to | MEB-103-000000529; |
| MEB-103-000000530 | to | MEB-103-000000530; |
| MEB-103-000000531 | to | MEB-103-000000531; |
| MEB-103-000000532 | to | MEB-103-000000532; |
| MEB-103-000000533.006 | to | MEB-103-000000533.006; |
| MEB-103-000000534 | to | MEB-103-000000534; |
| MEB-103-000000535 | to | MEB-103-000000535; |
| MEB-103-000000536 | to | MEB-103-000000536; |
| MEB-103-000000537 | to | MEB-103-000000537; |
| MEB-103-000000538 | to | MEB-103-000000538; |

| | | |
|---|---|---|
| MEB-103-000000539 | to | MEB-103-000000539; |
| MEB-103-000000540 | to | MEB-103-000000540; |
| MEB-103-000000541 | to | MEB-103-000000541; |
| MEB-103-000000542 | to | MEB-103-000000542; |
| MEB-103-000000543 | to | MEB-103-000000543; |
| MEB-103-000000544 | to | MEB-103-000000544; |
| MEB-103-000000545 | to | MEB-103-000000545; |
| MEB-103-000000546 | to | MEB-103-000000546; |
| MEB-103-000000547 | to | MEB-103-000000547; |
| MEB-103-000000548 | to | MEB-103-000000548; |
| MEB-103-000000549 | to | MEB-103-000000549; |
| MEB-103-000000550 | to | MEB-103-000000550; |
| MEB-103-000000551 | to | MEB-103-000000551; |
| MEB-103-000000552 | to | MEB-103-000000552; |
| MEB-103-000000553.005 | to | MEB-103-000000553.005; |
| MEB-103-000000555 | to | MEB-103-000000555; |
| MEB-103-000000558.003 | to | MEB-103-000000558.003; |
| MEB-103-000000559.004 | to | MEB-103-000000559.004; |
| MEB-103-000000562 | to | MEB-103-000000562; |
| MEB-103-000000563 | to | MEB-103-000000563; |
| MEB-103-000000569 | to | MEB-103-000000569; |
| MEB-103-000000570 | to | MEB-103-000000570; |
| MEB-103-000000571 | to | MEB-103-000000571; |
| MEB-103-000000572 | to | MEB-103-000000572; |
| MEB-103-000000573 | to | MEB-103-000000573; |
| MEB-103-000000574 | to | MEB-103-000000574; |
| MEB-103-000000575 | to | MEB-103-000000575; |
| MEB-103-000000576 | to | MEB-103-000000576; |
| MEB-103-000000577 | to | MEB-103-000000577; |
| MEB-103-000000578 | to | MEB-103-000000578; |
| MEB-103-000000579 | to | MEB-103-000000579; |
| MEB-103-000000580 | to | MEB-103-000000580; |
| MEB-103-000000581 | to | MEB-103-000000581; |
| MEB-103-000000582 | to | MEB-103-000000582; |
| MEB-103-000000589 | to | MEB-103-000000589; |
| MEB-103-000000594 | to | MEB-103-000000594; |
| MEB-103-000000595 | to | MEB-103-000000595; |
| MEB-103-000000596 | to | MEB-103-000000596; |
| MEB-103-000000597.016 | to | MEB-103-000000636.016; |
| MEB-103-000000665.002 | to | MEB-103-000000665.002; |
| MEB-103-000000710 | to | MEB-103-000000710; |
| MEB-103-000000714.001 | to | MEB-103-000000714.001. |

The United States' Privilege Log is attached.

                                              Respectfully submitted,

                                              TONY WEST
                                              Assistant Attorney General

                                              PHYLLIS J. PYLES
                                              Director, Torts Branch

                                              JAMES G. TOUHEY, JR.
                                              Assistant Director, Torts Branch

                                               s/ James F. McConnon, Jr.
                                              JAMES F. McCONNON, JR.
                                              Trial Attorney, Torts Branch, Civil Division
                                              U.S. Department of Justice
                                              Benjamin Franklin Station, P.O. Box 888
                                              Washington, D.C.  20044
                                              (202) 616-4400 / (202) 616-5200 (Fax)
                                              Attorneys for the United States

Dated: May 24, 2011

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on May 24, 2011, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

                                          s/ James F. McConnon, Jr.
                                         JAMES F. McCONNON, JR.