UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| | § | |

NOTICE OF PRIVILEGE LOG

The United States inadvertently produced privileged documents in its May 13, 2011, document production.  See Doc. Rec. No. 20243.  The United States first became aware of the inadvertent release of the privileged documents on May 19, 2011, during a quality control review.  The Court's "Clawback" Order provides "that the production of a document or ESI, in whole or part, shall not alone constitute a waiver of any privilege or other protection as to any portion of that document or ESI, in this or any other proceeding."  See Doc. Rec. No. 5183.  Accordingly, the United States hereby designates the following documents as privileged per CMO No. 4, ¶ IV(C)(3)(e).  See Doc. Rec. No. 3299:

| | | |
|---|---|---|
| MEB-080-000000165.004 | to | MEB-080-000000165.004 |
| MEB-084-000000074.003 | to | MEB-084-000000074.003 |
| MEB-101-000001125.455 | to | MEB-101-000001125.455 |
| MEB-101-000001126.454 | to | MEB-101-000001126.454 |
| MEB-101-000001127.453 | to | MEB-101-000001127.453 |
| MEB-101-000001128.452 | to | MEB-101-000001128.452 |
| MEB-101-000001129.451 | to | MEB-101-000001129.451 |

        MEB-101-000001130.450    to    MEB-101-000001130.450
        MEB-101-000001131.449    to    MEB-101-000001131.449
        MEB-101-000001132.448    to    MEB-101-000001132.448
        MEB-101-000001133.447    to    MEB-101-000001133.447
        MEB-101-000001134.446    to    MEB-101-000001134.446
        MEB-101-000001135.445    to    MEB-101-000001135.445
        MEB-101-000001136.444    to    MEB-101-000001136.444
        MEB-101-000001137.443    to    MEB-101-000001137.443
        MEB-101-000001138.442    to    MEB-101-000001138.442
        MEB-101-000001139.441    to    MEB-101-000001139.441

The United States' Privilege Log is attached.

                                              Respectfully submitted,

                                              TONY WEST
                                              Assistant Attorney General

                                              PHYLLIS J. PYLES
                                              Director, Torts Branch

                                              JAMES G. TOUHEY, JR.
                                              Assistant Director, Torts Branch

                                              _s/ James F. McConnon, Jr._
                                              JAMES F. McCONNON, JR.
                                              Trial Attorney, Torts Branch, Civil Division
                                              U.S. Department of Justice
                                              Benjamin Franklin Station, P.O. Box 888
                                              Washington, D.C.  20044
                                              (202) 616-4400 / (202) 616-5200 (Fax)
                                              Attorneys for the United States

Dated: May 24, 2011

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on May 24, 2011, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

                                    s/ James F. McConnon, Jr.
                                    JAMES F. McCONNON, JR.