MRGO-EBIA Litigation
Clawback Privilege Log 05242011

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| MEB-080-000000165.004 | MEB-080-000000165.004 | Attorney-Client | 20060425 | Mathies, Linda | MVN | Bacuta, George C | MVN | FW: Proposed Dredging of the Industrial Canal; Attachments: tmp.htm; 04-24-06 Sorgente Prop Dred.pdf |
| | | | | | | Boe, Richard E | MVN | |
| | | | | | | Broussard, Richard W | MVN | |
| | | | | | | Corbino, Jeffrey M | MVN | |
| | | | | | | Estes, Trudy J | ERDC-EL-MS | |
| | | | | | | Farrar, Daniel | ERDC-EL-MS | |
| | | | | | | Frederick, Denise D | MVN | |
| | | | | | | Glorioso, Daryl G | MVN | |
| | | | | | | Mach, Rodney F | MVN | |
| | | | | | | Martinson, Robert J | MVN | |
| | | | | | | Merchant, Randall C | MVN | |
| | | | | | | O'Donnell, Jessica | US Department of Justice | |
| | | | | | | Poindexter, Larry | MVN | |
| | | | | | | Schroeder, Paul R | ERDC-EL-MS | |
| | | | | | | Steevens, Jeffery A | ERDC-EL-MS | |
| | | | | | | Suedel, Burton | ERDC-EL-MS | |
| | | | | | | Swanda, Michael L | MVN | |
| | | | | | | Ulm, Michelle S | MVN | |
| | | | | | | Wiegand, Danny L | MVN | |
| MEB-084-000000074.003 | MEB-084-000000074.003 | Attorney-Client | 20100923 | Boyce, Mayely L | MVN | Estes, Trudy J | ERDC-EL-MS | RE: IHNC Litigation; Attachments: 100901 Copy of Administrative_Record_index.xls; usdoj_guidance_re_admin_record_prep (1999).pdf |
| MEB-101-000001125.455 | MEB-101-000001125.455 | Attorney-Client; Attorney Work Product | 20110407 | Estes, Trudy J | ERDC-EL-MS | Boyce, Mayely L | MVN | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED) |
| | | | | | | Bruser, B. Aven | MVN | |
| MEB-101-000001126.454 | MEB-101-000001126.454 | Attorney-Client; Attorney Work Product | 20110407 | Estes, Trudy J | ERDC-EL-MS | Boyce, Mayely L | MVN | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED) |
| MEB-101-000001127.453 | MEB-101-000001127.453 | Attorney-Client; Attorney Work Product | 20110408 | Boyce, Mayely L | MVN | Estes, Trudy J | ERDC-EL-MS | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED) |
| | | | | | | Schroeder, Paul R | ERDC-EL-MS | |
| MEB-101-000001128.452 | MEB-101-000001128.452 | Attorney-Client; Attorney Work Product | 20110408 | Boyce, Mayely L | MVN | Boyce, Mayely L | MVN | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED); Attachment: 20070312 IHNC Emergency Maintenance Dredging EA and FONSI.pdf |
| | | | | | | Estes, Trudy J | ERDC-EL-MS | |
| | | | | | | Bruser, B. Aven | MVN | |
| MEB-101-000001129.451 | MEB-101-000001129.451 | Attorney-Client; Attorney Work Product | 20110408 | Boyce, Mayely L | MVN | Boyce, Mayely L | MVN | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED); Attachment: EM1110-2-5025.pdf |
| | | | | | | Estes, Trudy J | ERDC-EL-MS | |
| | | | | | | Bruser, B. Aven | MVN | |
| MEB-101-000001130.450 | MEB-101-000001130.450 | Attorney-Client; Attorney Work Product | 20110408 | Boyce, Mayely L | MVN | Estes, Trudy J | ERDC-EL-MS | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED); Attachment: USACE EM 1110-2-5025 1983.pdf |
| | | | | | | Bruser, B. Aven | MVN | |

MRGO-EBIA Litigation
Clawback Privilege Log 05242011

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| MEB-101-000001131.449 | MEB-101-000001131.449 | Attorney-Client; Attorney Work Product | 20110407 | Boyce, Mayley L | MVN | Estes, Trudy J | ERDC-EL-MS | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED) |
| | | | | | | Bruser, B. Aven | MVN | |
| MEB-101-000001132.448 | MEB-101-000001132.448 | Attorney-Client; Attorney Work Product | 20110408 | Boyce, Mayley L | MVN | Estes, Trudy J | ERDC-EL-MS | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED) |
| | | | | | | Schroeder, Paul R | ERDC-EL-MS | |
| MEB-101-000001133.447 | MEB-101-000001133.447 | Attorney-Client; Attorney Work Product | 20110408 | Boyce, Mayley L | MVN | Boyce, Mayely L | MVN | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED) Attachment: 20070312 IHNC Emergency Maintenance Dredging EA and FONSI.pdf |
| | | | | | | Bruser, B. Aven | MVN | |
| | | | | | | Estes, Trudy J | ERDC-EL-MS | |
| MEB-101-000001134.446 | MEB-101-000001134.446 | Attorney-Client; Attorney Work Product | 20110408 | Boyce, Mayley L | MVN | Boyce, Mayely L | MVN | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED) Attachments: EM 1110-2-5025.pdf |
| | | | | | | Bruser, B. Aven | MVN | |
| | | | | | | Estes, Trudy J | ERDC-EL-MS | |
| MEB-101-000001135.445 | MEB-101-000001135.445 | Attorney-Client; Attorney Work Product | 20110408 | Boyce, Mayley L | MVN | Estes, Trudy J | ERDC-EL-MS | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED) Attachments: USACE EM 1110-2-5025 1983.pdf |
| | | | | | | Bruser, B. Aven | MVN | |
| MEB-101-000001136.444 | MEB-101-000001136.444 | Attorney-Client; Attorney Work Product | 20110407 | Boyce, Mayley L | MVN | Estes, Trudy J | ERDC-EL-MS | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED) |
| | | | | | | Bruser, B. Aven | MVN | |
| MEB-101-000001137.443 | MEB-101-000001137.443 | Attorney-Client; Attorney Work Product | 20110408 | Estes, Trudy J | ERDC-EL-MS | Boyce, Mayely L | MVN | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED) |
| MEB-101-000001138.442 | MEB-101-000001138.442 | Attorney-Client; Attorney Work Product | 20100805 | Estes, Trudy J | ERDC-EL-MS | Corbino, Jeffrey M | MVN | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED) |
| | | | | | | Boyce, Mayely L | MVN | |
| | | | | | | Boe, Richard E | MVN | |
| | | | | | | Smith, Kellen A | MVN | |
| | | | | | | Northey, Robert D | MVN | |
| | | | | | | Duplantier, Bobby | | |
| MEB-101-000001139.441 | MEB-101-000001139.441 | Attorney-Client; Attorney Work Product | 20110408 | Estes, Trudy J | ERDC-EL-MS | Boyce, Mayely L | MVN | RE: Comparison of Shallow and Deep Draft CWA Discharges (UNCLASSIFIED) |
| | | | | | | Schroeder, Paul R | ERDC-EL-MS | |