UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:   MRGO<br>*Armstrong*, No. 10-866 | |

## PLAINTIFFS' NOTICE OF PRIVILEGE LOG

Plaintiffs inadvertently produced privileged documents in its May 3, 2011 document production to Defendants.  Plaintiffs first became aware of the inadvertent release of privileged documents on May 12, 2011, during a quality control review.  The Court's "Clawback" Order provides "that the production of a document or ESI, in whole or part, shall not alone constitute a waiver of any privilege or other protection as to any portion of that document or ESI, in this or any other proceeding."  *See* Doc. Rec. No. 5183.  Accordingly, Plaintiffs hereby designate the documents detailed in the accompanying privilege log as privileged per CMO No. 4, ¶ IV(C)(3)(e).  *See* Doc. Rec. No. 3299.

Dated:  May 24, 2011

**Respectfully Submitted,**
**PLAINTIFFS LIAISON COUNSEL**

    /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

1

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

    /s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

    /s/Andrew P. Owen
ANDREW P. OWEN
*Admitted Pro Hac Vice*
The Trial Law Firm PC
800 Wilshire Blvd, Suite 800
Los Angeles, CA 90017
Telephone: (213) 347-0290
Facsimile: (213) 347-0299
Email: aowen@oslaw.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on May 24, 2010.

    /s/ Joseph M. Bruno