*Armstrong v. United States*
Case No. 10-866
**PRIVILEGE LOG**

| Log Number | Bates Number | Document Date | Document Description | Author | Recipient | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|---|
| 1 | WASHINGTON 003 | Undated | Notes on client interview concerning property and Road Home | Employee of Sidney D. Torres, III, Esq. | | Attorney-client communication; attorney work product | The Trial Law Firm, PC |
| 2 | WASHINGTON 083-85 | 07/25/2007 | Letter re client representation | Sidney D. Torres, III, Esq. | Clifford Washington | Attorney-client communication; attorney work product | The Trial Law Firm, PC |
| 3 | WASHINGTON 086 | 08/22/2007 | Notes on client interview concerning address, telephone and insurance information | Employee of Sidney D. Torres, III, Esq. | | Attorney-client communication; attorney work product | The Trial Law Firm, PC |
| 4 | WASHINGTON 092 | Undated | Client questionnaire concerning insurance information and damages | Clifford Washington | Sidney D. Torres, III, Esq. | Attorney-client communication | The Trial Law Firm, PC |

05.12.11

*Armstrong v. United States*
Case No. 10-866
**PRIVILEGE LOG**

| Log Number | Bates Number | Document Date | Document Description | Author | Recipient | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|---|
| 5 | WASHINGTON 116-120 | Undated | MRGO contents list concerning damaged property contents, date of purchase and original cost | Clifford Washington | Sidney D. Torres, III, Esq. | Attorney-client communication | The Trial Law Firm, PC |
| 6 | WASHINGTON 121-123 | 2007 | Letter re client representation | Jerald N. Andry, Jr., Esq. | Clifford Washington | Attorney-client communication; attorney work product | The Trial Law Firm, PC |
| 7 | WASHINGTON 137 | Undated | USACE questionnaire | Clifford Washington | Sidney D. Torres, III, Esq. | Attorney-client communication | The Trial Law Firm, PC |
| 8 | WASHINGTON 138 | Undated | MRGO Checklist | Employee of Sidney D. Torres, III, Esq. | | Attorney work product | The Trial Law Firm, PC |
| 9 | WASHINGTON 139-140 | 04/18/2011 | Internal client file concerning property and contact information | Employee of Sidney D. Torres, III, Esq. | | Attorney work product | The Trial Law Firm, PC |

05.12.11