OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAY 25  AM 9:48

LORETTA G. WHYTE
CLERK

Date: 5/24/11

In Re: Katrina Canal Breaches Consolidated Litigation

PERTAINS TO:
C. ABADIE, 06-5164

~~vs.~~

Case No. 05-4182 Section K-2

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (___ amended complaint) (third party complaint) (other): Crossclaim in Interpleader to the following:

(1.) (name) LOUISIANA RECOVERY AUTHORITY, DRU
    (address) c/o MR. TOM BRENNAN
~~2. (name)~~ 150 N. THIRD St., Ste. 500
    (address) Baton Rouge, LA 70801
(2.) (name) Countrywide Home LOANS, through its agent
    (address) for service of process,
 4. (name) CT CORPORATION SYSTEM
    (address) 5615 Corporate Blvd., Ste. 400B
    B.R. LA 70808

Very truly yours,

Eric Whitt 29471
"Signature"

Attorney for Lexington
Address 701 Poydras ST 48th FL
New Orleans, LA
70139-4800

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No. ____