UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER:  05-4182 "K"(2) JUDGE Duval MAG. Wilkinson |
| PERTAINS TO:   MRGO *Armstrong*, No. 10-866 | |

## ARMSTRONG PLAINTIFFS' PRELIMINARY WITNESS AND EXHIBIT LISTS

The Court's trial scheduling order (Doc. No. 20200) mandated that all parties submit their preliminary witness and exhibit lists on May 27, 2011.

While Plaintiffs have endeavored in good faith to prepare these preliminary witness and exhibits lists, it is necessarily limited, and subject to further change and modification considering that discovery and investigation in this case is ongoing.  For example, Plaintiffs' counsel recently reviewed numerous Army Corps documents at the Army Corps's document repository and are awaiting the United States' consideration of their requests before these documents are formally produced.  In addition, Plaintiffs recently served a Request for Production and Interrogatories on Defendants Washington Group International, Inc. and United States and are awaiting Defendants' responses and any subsequent document production that will accompany those responses.

Subject to these qualifications, Plaintiffs hereby submit their preliminary witness and exhibit lists:

### I.      Preliminary Witness List

1.  Kenneth Armstrong

2.   Jeannine Armstrong

3.   Succession of Ethel Mae Coats

4.   Alvin Livers

5.   Clifford Washington

6.   Fred Holmes

7.   John Greishaber

8.   Walter Baumy

9.   Gerald Colletti

10.  Richard Varuso

11.  Lee Guillory

12.  Gerarld DiCharry, Jr.

13.  James Montegut

14.  Alvin Clouatre

15.  Stephen Clay Roe

16.  Phillip Lee Staggs

17.  Dennis O'Conner

18.  Anne Patten Veigel

19.  George Bacuta

20.  Terry Adams

21.  Melvin McElwee

22.  Robert Bea

23.  Rune Storesund

24.  David Rogers

25.  Chad Morris

26.  Matthijs Kok

27. Johannes Vrijling

28. Scott Taylor

## II.   Preliminary Exhibit List

1.  All documents produced, cited, relied upon and/or filed with the Court by defendant WGI in all pleadings and motions filed in this matter.  *See* Attachment "A."

2.  All documents produced, cited, relied upon and/or filed with the Court by defendant United States in all pleadings and motions filed in this matter.  *See* Attachment "B."

3.  All documents produced, cited, relied upon and/or filed with the Court by Plaintiffs in all pleadings and motions filed in this matter.  *See* Attachment "C."

4.  All trial exhibits and trial testimony from the *Robinson* trial (*Robinson v. United States*, Case No. 06-2268).  *See* Attachments "D" (Joint Exhibit List), "E" (United States Exhibit List), and "F" (Plaintiffs' Exhibit List).

5.  All trial exhibits and trial testimony from the Barge trial (*Mumford* C.A. No. 05-5724 as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - only; *Benoit* C.A. No. 06-7516 as to claims of plaintiffs John Alford and Jerry Alford – only).  *See* Attachment "G" (Lafarge Exhibit List), Attachment "H" (Barge Plaintiff Exhibit List).

6.  All documents produced in response to Plaintiffs' subpoena to Cajun Industries, LLC served on April 6, 2011.

7.  Documents concerning Plaintiffs' damages and loss, insurance claims and payments, repair receipts, photographs and/or video recordings, medical records, mental health records, proof of loss of wages/income, and/or inconvenience.

8.  Plaintiffs' Form 95s.

9.  A video recording concerning floodwaters related to Hurricane Katrina and their impact on the east side of the IHNC in between Florida Avenue and Claiborne Avenue.

Dated:  May 27, 2011

**Respectfully Submitted,**
**PLAINTIFFS LIAISON COUNSEL**

        /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

_____ /s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

_____ /s/Andrew P. Owen
ANDREW P. OWEN
*Admitted Pro Hac Vice*
The Trial Law Firm PC
800 Wilshire Blvd, Suite 800
Los Angeles, CA 90017
Telephone: (213) 347-0290
Facsimile: (213) 347-0299
Email: aowen@oslaw.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on May 27, 2011.

/s/ Joseph M. Bruno

4