# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*        05-5724 | * | |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*        07-3500 | * | MAG. |
| *Lafarge v. USA*_____07-5178_____ | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*        08-4459 | * | |

## BARGE PLAINTIFFS' FINAL EXHIBIT LIST

**Exhibit No.**

1.        Impact Weather notices, IBCO 649, 650, 651, 665, 668, 671;

2.        U.S. Department of Commerce, Certified True Copies of Meteorological records of the National Climatic Data Center for the period of 08/25/2005 - 08/30/2005 dated January 17, 2007 and certified by Thomas R. Karl; *In globo*

3.        National Weather Service, National Hurricane Center, Katrina Graphics Archives,web content http://www.nhc.noaa.gov/archive2005/KATRINA graphics.shtml frames 8 - 31;

4.        National Weather Service, National Hurricane Center, Hurricane Katrina Forecast/Advisory B u l l e t i n s f o r A u g u s t 2 6 - 2 9 , 2 0 0 5 , w e b c o n t e n t http://www.nhc.noaa.gov/archive/2005/mar/all22005.fstadv

5.        State of Emergency proclamation by Kathleen Blanco, Proclomation No.: 48 KBB 2005, dated August 26, 2005;

6.        The Brookings Institute Hurricane Katrina Timeline, pp. 1-5;

7.        8/25/05 email from David North re "East Canal Info Update - Tropical Storm

Katrina," with attached Daily Position Report(s), IBCO 1454 - 1465;

8.      CNN.com three page article, "Forecasters: Katrina to aim for Mississippi, Louisiana;" Exhibit 362 in Phase I, Benchbook;

9.      Storm track animation .gif identified as at200512_verify.gif;

10.      Ingram - Lafarge Transportation Agreement, IBCO 001-005;

11.      USCG ING4727 Vessel Documentation;

12.      8/16/05 email from Rachael Burnett to Carrie Jenks, etc., re MidSouth Gulf Coast Terminal Inventory; LNA 115 - 116;

13.      Terminal Inventory Analysis documents, updated 8/16/05, 8/23/05 and 8/24/05, LNA 117, 134 and 137;

14.      Lafarge South Daily Ash Inventory August 29, 2005, LNA 258;

15.      Multi-page email from Carrie Jenks discussing stock shortages, LNA 268 - 274;

16.      8/17/05 email from Rachael Burnett to John Haverkamp, etc., re ING 4727; LNA 120;

17.      8/17/05 email from Rachael Burnett to A.J. Guthrie, etc., re 2 HOT loads of "H" for NOLA/Wlake; LNA 119;

18.      8/18/05 email from Rachael Burnett to Carrie Jenks, etc., re MidSouth Gulf Coast Inventory 8/18/05; LNA 121;

19.      8/22/05 email from Brad Adkins to Jay Darlington re HOT HOT HOT BARGES; LNA 125;

20.      8/22/05 email from Rachael Burnett to A.J. Guthrie re "H" Plans for Gulf; LNA 127;

21.      8/23/05 email from Rachel Burnett to Brad Adkins re "H" Update for the Gulf; LNA 128;

22.      Vessel Status History for ING 4745, IBCO 1372-1375;

23.      Vessel Status History for ING 4747, IBCO 0231-0238;

24.      Daily position Report- David North, generated on August 26, 2005 IBCO 1376-1381;

25.        Designated portions of Rachael Burnett's deposition, with exhibits;

26.        Ingram Traffic Report, IBCO 0241;

27.        ING 4727 Vessel Status History, IBCO 0231 - 0238;

28.        Barge Unloading Report, LNA 105;

29.        Lafarge Terminal Photo, PSLC 000680;

30.        Lafarge Terminal Photo, PSLC 000681;

31.        Lafarge Terminal Photo, PSLC 000682;

32.        Lafarge Terminal Photo, PSLC 000683;

33.        Lafarge Terminal Photo, PSLC 000684;

34.        Lafarge Terminal Photo, PSLC 000685;

35.        Lafarge Terminal Photo, PSLC 000686;

36.        Lafarge Terminal Photo, PSLC 000687;

37.        Lafarge Terminal Photo, PSLC 000688;

38.        Lafarge Terminal Photo, PSLC 000689;

39.        Lafarge Terminal Photo, PSLC 000690;

40.        Lafarge Terminal Photo, PSLC 000691;

41.        Lafarge Terminal Photo, PSLC 000692;

42.        Lafarge Terminal Photo, PSLC 000693;

43.        Lafarge Terminal Photo, PSLC 000694;

44.        Lafarge Terminal Photo, PSLC 000695;

45.        Lafarge Terminal Photo, PSLC 000696;

46.        Lafarge Terminal Photo, PSLC 000700;

47.        Lafarge Terminal Photo, PSLC 000701;

48.          Lafarge Terminal Photo, PSLC 000701;

49.          Lafarge Terminal Photo, PSLC 000702;

50.          Lafarge Terminal Photo, PSLC 000703;

51.          Lafarge Terminal Photo, PSLC 000704;

52.          Lafarge Terminal Photo, PSLC 000705;

53.          Lafarge Terminal Photo, PSLC 000706;

53.          Lafarge Terminal Photo, PSLC 000707;

54.          Lafarge Terminal Photo, PSLC 000708;

55.          Lafarge Terminal Photo, PSLC 000709;

56.          Lafarge Terminal Photo, PSLC 000710;

57.          Lafarge Terminal Photo, PSLC 000711;

58.          Lafarge Terminal Photo, PSLC 000712;

59.          Lafarge Terminal Photo, PSLC 000713;

60.          Lafarge Terminal Photo, PSLC 000714;

61.          Lafarge Terminal Photo, PSLC 000715;

62.          Lafarge Terminal Photo, PSLC 000716;

63.          Lafarge Terminal Photo, PSLC 000717;

64.          Lafarge Terminal Photo, PSLC 000718;

65.          Lafarge Terminal Photo, PSLC 000719;

66.          Lafarge Terminal Photo, PSLC 000727;

67.          Lafarge Terminal Photo, PSLC 000728;

68.          Lafarge Terminal Photo, PSLC 000729;

69.          Lafarge Terminal Photo, PSLC 000730;

70.          Lafarge Terminal Photo, PSLC 000731;

71.          Lafarge Terminal Photo, PSLC 000732;

72.          Lafarge Terminal Photo, PSLC 000733;

73.          Lafarge Terminal Photo, PSLC 000734;

74.          Lafarge Terminal Photo, PSLC 000735;

75.          Lwr. Ninth Ward ING 4727 Photo, Getty image number: 55772729, PSLC 000919;

76.          Lwr. Ninth Ward ING 4727 Photo, Getty image number: 55772555, PSLC 000920;

77.          Lwr. Ninth Ward ING 4727 Photo, Getty image number: 55831691, PSLC 000921;

78.          Lwr. Ninth Ward ING 4727 Photo, Getty image number: 55832357, PSLC 000922;

79.          Lwr. Ninth Ward ING 4727 Photo, Getty image number: 55764823, PSLC 000923;

80.          Lwr. Ninth Ward ING 4727 Photo, Getty image number: 55772721, PSLC 000924;

81.          Lwr. Ninth Ward ING 4727 Photo, Getty image number: 55759542, PSLC 000925;

82.          Lwr. Ninth Ward ING 4727 Photo, Getty image number: 55759540, PSLC 000926;

83.          Lwr. Ninth Ward ING 4727 Photo, Getty image number: 55764762, PSLC 000927;

84.          Lwr. Ninth Ward ING 4727 Photo, Getty image number: 71545243, PSLC 000928;

85.          Lwr. Ninth Ward ING 4727 Photo, PSLC 000748

86.          Lwr. Ninth Ward ING 4727 Photo, Pazos Group 5, p. 1;

87.          Lwr. Ninth Ward ING 4727 Photo, Pazos Group 5, p. 2;

88.       Lwr. Ninth Ward ING 4727 Photo, Pazos Group 5, p. 3;

89.       Lwr. Ninth Ward ING 4727 Photo, Pazos Group 5, p. 4;

90.       Lwr. Ninth Ward ING 4727 Photo, Pazos Group 5, p. 5;

91.       Lwr. Ninth Ward ING 4727 Photo, Pazos Group 5, p. 6;

92.       Kye Harbor Photo of ING 4727, Pazos Group 6, p. 2;

93.       Kye Harbor Photo of ING 4727, Pazos Group 6, p.3;

94.       Kye Harbor Photo of ING 4727, Pazos Group 6, p.4;

95.       Kye Harbor Photo of ING 4727, Pazos Group 6, p.5;

96.       Kye Harbor Photo of ING 4727, Pazos Group 6, p.6;

97.       Kye Harbor Photo of ING 4727, Pazos Group 6, p.7;

98.       Kye Harbor Photo of ING 4727, Pazos Group 7, p.1;

99.       Kye Harbor Photo of ING 4727, Pazos Group 7, p.2;

100.      Kye Harbor Photo of ING 4727, Pazos Group 7, p.3;

101.      Kye Harbor Photo of ING 4727, Pazos Group 7, p. 4;

102.      Aerial Photo (Five Barge Tier), PSLC 747;

103.      Aerial Photo, PSLC 000749

104.      Aerial Photo, PSLC 000750;

105.      Aerial Photo, PSLC 000751

106.      Aerial Photo(taken 09/20/2005) produced to Gandolfo Kuhn and Walter Stone by
          Counsel for LNA;

107.      Mooring lines presented by Lafarge for inspection;

108.      LNA New Orleans Terminal Mooring Lines Photo PSLC000752;

109.      LNA New Orleans Terminal Mooring Lines Photo PSLC000753;

110.        LNA New Orleans Terminal Mooring Lines Photo PSLC000754;

111.        LNA New Orleans Terminal Mooring Lines Photo PSLC000755;

112.        LNA New Orleans Terminal Mooring Lines Photo PSLC000756;

113.        LNA New Orleans Terminal Mooring Lines Photo PSLC000757;

114.        LNA New Orleans Terminal Mooring Lines Photo PSLC000758;

115.        LNA New Orleans Terminal Mooring Lines Photo PSLC000759;

116.        LNA New Orleans Terminal Mooring Lines Photo PSLC000760;

117.        LNA New Orleans Terminal Mooring Lines Photo PSLC000761;

118.        LNA New Orleans Terminal Mooring Lines Photo PSLC000762;

119.        LNA New Orleans Terminal Mooring Lines Photo PSLC000763;

120.        LNA New Orleans Terminal Mooring Lines Photo PSLC000764;

121.        LNA New Orleans Terminal Mooring Lines Photo PSLC000765;

122.        LNA New Orleans Terminal Mooring Lines Photo PSLC000766;

123.        LNA New Orleans Terminal Mooring Lines Photo PSLC000767;

124.        LNA New Orleans Terminal Mooring Lines Photo PSLC000768;

125.        LNA New Orleans Terminal Mooring Lines Photo PSLC000769;

126.        LNA New Orleans Terminal Mooring Lines Photo PSLC000770;

127.        LNA New Orleans Terminal Mooring Lines Photo PSLC000771;

128.        LNA New Orleans Terminal Mooring Lines Photo PSLC000772;

129.        LNA New Orleans Terminal Mooring Lines Photo PSLC000773;

130.        LNA New Orleans Terminal Mooring Lines Photo PSLC000774;

131.        LNA New Orleans Terminal Mooring Lines Photo PSLC000775;

132.       LNA New Orleans Terminal Mooring Lines Photo PSLC000776;

133.       LNA New Orleans Terminal Mooring Lines Photo PSLC000777;

134.       LNA New Orleans Terminal Mooring Lines Photo PSLC000778;

135.       LNA New Orleans Terminal Mooring Lines Photo PSLC000779;

136.       LNA New Orleans Terminal Mooring Lines Photo PSLC000780;

137.       LNA New Orleans Terminal Mooring Lines Photo PSLC000781;

138.       LNA New Orleans Terminal Mooring Lines Photo PSLC000782;

139.       LNA New Orleans Terminal Mooring Lines Photo PSLC000783;

140.       LNA New Orleans Terminal Mooring Lines Photo PSLC000784;

141.       LNA New Orleans Terminal Mooring Lines Photo PSLC000785;

142.       LNA New Orleans Terminal Mooring Lines Photo PSLC000786;

143.       LNA New Orleans Terminal Mooring Lines Photo PSLC000787;

144.       LNA New Orleans Terminal Mooring Lines Photo PSLC000788;

145.       LNA New Orleans Terminal Mooring Lines Photo PSLC000789;

146.       LNA New Orleans Terminal Mooring Lines Photo PSLC000790;

147.       LNA New Orleans Terminal Mooring Lines Photo PSLC000791;

148.       LNA New Orleans Terminal Mooring Lines Photo PSLC000792;

149.       LNA New Orleans Terminal Mooring Lines Photo PSLC000794;

150.       LNA New Orleans Terminal Mooring Lines Photo PSLC000795;

151.       LNA New Orleans Terminal Mooring Lines Photo PSLC000796;

152.       LNA New Orleans Terminal Mooring Lines Photo PSLC000797;

153.       LNA New Orleans Terminal Mooring Lines Photo PSLC000798;

154.       LNA New Orleans Terminal Mooring Lines Photo PSLC000799;

155.  LNA New Orleans Terminal Mooring Lines Photo PSLC000800;

156.  Written Statement of Ed Busch;

157.  Written Statement of Earl Smith;

158.  IHNC Lockmaster log of Lockmaster Michael O'Dowd for period preceding and including Katrina, including ERD-014-0000000 produced by U.S. on Vol. KC815.

159.  GNOBFA Barge Fleeting Standard of Care & Streamlined Inspection Program Guide Book, IBCO 158 - 226;

160.  USCG Sector New Orleans Hurricane Plan, IBCO 0006 - 156;

161.  United States Coast Guard Sector New Orleans Marine Safety Bulletin, Volume V, Issues XXXIII, XXXIV, XXXV;

162.  United States Coast Guard Marine Safety Manual, Ports and Waterways Safety, Volume VI;

163.  USCG log setting Port Condition Whiskey and/or Xray, Yankee, Zulu; LNA 001066-001067, 001069;

164.  USCG Press Release, "Coast Guard Urges Mariners to Prepare for Hurricane Katrina;" dated August 27, 2005 08:43:54 CST, LNA 001068;

165.  USCG Press Release, "Media Advisory - Website Launched to Provide Latest Coast Guard Information On Hurricane Katrina Operations," dated August 27, 2005, 09:11:13 CST;

166.  USCG Press Release, "Media Advisory - Coast Guard Prepares for Hurricane Katrina, dated August 27, 2005 18:17:22 CST;

167.  Lafarge New Orleans Terminal Hurricane Preparation Checklist, LNA 113;

168.  8/29/05 email from Jon Erbes to John Caldwell re "NOLA?" inquiring as to NOLA terminal emergency plan, LNA 275;

169.  8/29/05 email from Carrie Jenks to Jon Erbes, etc., re "NOLA Barges in Gulf," LNA 148;

170.  8/29/05 email from Rachael Burnett to Rich Corzine re "Ingram Coming to Joppa  Plant," LNA 278;

171.     8/25/05 and 8/26/05 Daily Boat Logs of Connie Z, IBCO 244, 245;

172.     Zito Service Agreement, IBCO 716 - 727;

173.     Zito Fleeting invoice, service date 8/25/05, re ING 4727, IBCO 243;

174.     Zito Dispatch Log Reports(Barges in Fleet)- IBCO 1405-1506;

175.     Zito Fleeting invoices, IBCO 1287, 1290, 1304, 1336;

176.     8/27/05 email from Zito Dispatch to Anthony Gex, Ingram manager Patrick
         Morton etc., IBCO 0728, describing Zito fleet closures;

177.     Zito Dispatch records of 8/24 - 8/26/05 re ING 4727 produced at Barry Boudreaux
         deposition;

178.     Zito Algiers Fleet dispatch reports 8/25 - 8/28/05 produced at Barry Boudreaux
         deposition;

179.     Six pages of handwritten 8/27 notes produced at Barry Boudreaux deposition;

180.     Detailed Calling By Day logs produced at Barry Boudreaux deposition, to include
         pages 15, and 25-30 of 38 total pages;

181.     Joseph C. Domino, Inc. Policies and Procedures manual, DOM 00014 - 149;

182.     Regina H Daily Log, DOM 10 - 13;

183.     Invoice for services of Regina H to top around ING 4727 on 8/27/05;

184.     Certificate of Documentation, Regina H, DOM 150;

185.     Diagram, DOM 00009;

186.     Joseph C. Domino invoice produced as Domino 000008;

187.     USCG 2692 Report of Maritime Accident, Injury or Death, IBCO 246, 247;

188.     Investigative Report, Grounding of Hopper Barge ING 4727, United States Coast
         Guard Activity Number 2516389 (August 29, 2005 incident involving Ingram
         Barge ING 4727 - Katrina - New Orleans, Louisiana);

189.     U.S. Department of Commerce Nautical Chart No. 11367 "Intracoastal
         Waterway" showing locations of Lafarge North America and Lone Star;

190.        Shipyard Supply's "Response to Records Subpoena," pleading and attached invoice for 2" x 720' blue mooring line sold to Lafarge, invoice date August 8, 2005;

191.        Curriculum Vitae, Report, Attachments of Cmdr. Donald J. Green;

192.        Quicktime movie content from http://www.washingtonpost.com/wp-dyn/content/panorama/2005/09/29/PA2005092900922.html and http://www.washingtonpost.com/wp-dyn/content/panorama/2005/10/03/PA2005100301672.html

193.        IHNC Floodwall Photo PSLC 000736;

194.        IHNC Floodwall Photo PSLC 000737;

195.        IHNC Floodwall Photo PSLC 000738;

196.        IHNC Floodwall Photo PSLC 000739;

197.        IHNC Floodwall Photo PSLC 000740;

198.        IHNC Floodwall Photo PSLC 000741;

199.        IHNC Floodwall Photo PSLC 000742;

200.        IHNC Floodwall Photo PSLC 000743;

201.        IHNC Floodwall Photo PSLC 000744;

202.        IHNC Floodwall Photo PSLC 000745;

203.        IHNC Floodwall Photo PSLC 000746;

204.        IHNC Floodwall Photo, Pazos Group 1, p.1;

205.        IHNC Floodwall Photo, Pazos Group 1,p. 2;

206.        IHNC Floodwall Photo, Pazos Group 1, p. 3;

207.        IHNC Floodwall Photo, Pazos Group 2, p. 1;

208.        IHNC Floodwall Photo, Pazos Group 2, p. 2;

209.        IHNC Floodwall Photo, Pazos Group 2, p. 3;

210.        IHNC Floodwall Photo, Pazos Group 2, p. 4;

211.        IHNC Floodwall Photo, Pazos Group 3, p. 1;

212.        IHNC Floodwall Photo, Pazos Group 3, p. 2;

213.        London Avenue Canal Breach Photo, Pazos Group 4, p. 1;

214.        London Avenue Canal Breach Photo, Pazos Group 4, p. 2;

215.        London Avenue Canal Breach Photo, Pazos Group 4, p. 3 (bottom);

216.        London Avenue Canal Breach Photo, Pazos Group 4, p. 4;

217.        London Avenue Canal Breach Photo, Pazos Group 4, p. 5;

218.        London Avenue Canal Breach Photo, Pazos Group 4, p. 6;

219.        17th Street Canal Breach Photo, Pazos Group 4, p. 3 (top);

220.        Photos of WGI borrow pits along the eastern side of the IHNC. PSLC 000083-000086;

221.        WGI borrow pits(East) Photo IHNC. PSLC 000083;

222.        WGI borrow pits(East) Photo IHNC. PSLC 000084;

223.        WGI borrow pits(East) Photo IHNC. PSLC 000085;

224.        WGI borrow pits(East) Photo IHNC. PSLC 000086;

225.        ABC News broadcast - David Muir's interview of Joe Edwards - containing images of scrape marks along inside of eastern IHNC floodwall near south breach;

226.        Expert reliance animations of reconstruction of movements of ING 4727 and impacts with eastern IHNC floodwall, and floodwall failures;

227.        Bea video at rtsp://169.229.131.16:554/events/publicaffairs/bea.rm, produced in the disc entitled Barge Plaintiffs May 2008 Supplemental Responses to Requests for Production;

**228.**        Times Picayune photographs of effects of Gustave labeled and produced as PSLC 000964 - 971;

**229.**     September 1, 2008 CNN Hurricane Gustave broadcast, PSLC 000972, 000973;

230.     Articles in Periodicals/Newspapers (Lagarde) 000001-0000048;

231.     Articles in Periodicals/Newspapers 0000125;

232.     Articles in Periodicals/Newspapers 000138;

233.     Articles in Periodicals/Newspapers (Warren) 000043;

234.     Articles in Periodicals/Newspapers (R.Green) 000016-000028;

235.     Articles in Periodicals/Newspapers (PSLC) 000052 - 000082;

236.     Articles in Periodicals/Newspapers (PSLC) 000113 - 000117;

237.     Articles in Periodicals/Newspapers (PSLC) 000299;

238.     Articles in Periodicals/Newspapers (PSLC) 000120-000214;

239.     Articles in Periodicals/Newspapers (Weber) 000001;

240.     Recorded and/or transcribed statement of Arthur Murph referenced in his deposition and previously produced to counsel;

241.     Murph 000001-000016;

242.     New Jourdan, LLC Articles of Organization, web content from Secretary of State website, corporations database;

243.     February 9, 2006 act of sale ("Cash Sale" of 105 Berkley Drive, New Orleans, Louisiana, from Hummel Construction, LLC to Jeanne Church Murph and Arthur L. Murph, Jr., H.U.D. Settlement Statement;

244.     May 11, 2006 correspondence from True Title, Inc. to Harry R. Holladay, re 105 Berkley Drive;

245.     Crescent Bank and Trust Official Check No. 794153976;

246.     Notation labeled True Title 000035;

247.     Compromise Documents and affidavits, statements, and attachments reflecting any and all agreements between Lafarge North America, its agents, insurers and Arthur and/ir Jeanne Church Murph relative to damage sustained during Hurricane Katrina (redacted in accord with confidentiality provisions LNA

refused to waive);

248.        Any and all documents, writings, things, recordings, records, reports, logs,
            histories and any other type of material relating to NOPD Item No. H-49870-05;

249.        Stan Guidry Photos, PSLC 000974;

250.        Stan Guidry Photos, PSLC 000975;

251.        Stan Guidry Photos, PSLC 000976;

252.        Stan Guidry Photos, PSLC 000977;

253.        Stan Guidry Photos, PSLC 000978;

254.        Stan Guidry Photos, PSLC 000979;

255.        Stan Guidry Photos, PSLC 000980;

256.        Stan Guidry Photos, PSLC 000981;

257.        Stan Guidry Photos, PSLC 000982;

258.        Stan Guidry Photos, PSLC 000983;

259.        Stan Guidry Photos, PSLC 000985;

260.        Stan Guidry Photos, PSLC 000986;

261.        Stan Guidry Photos, PSLC 000987;

262.        Stan Guidry Photos, PSLC 000988;

263.        Stan Guidry Photos, PSLC 000989;

264.        Stan Guidry Photos, PSLC 000990;

265.        Stan Guidry Photos, PSLC 000991;

266.        Stan Guidry Photos, PSLC 000992;

267.        Stan Guidry Photos, PSLC 000993;

268.        Stan Guidry Photos, PSLC 000994;

269.        Stan Guidry Photos, PSLC 000995;

270.        Stan Guidry Photos, PSLC 000996;

271.        Stan Guidry Photos, PSLC 000997;

272.        Stan Guidry Photos, PSLC 000998;

273.        Stan Guidry Photos, PSLC 000999;

274.        Stan Guidry Photos, PSLC 001000;

275.        Stan Guidry Photos, PSLC 001001;

276.        Stan Guidry Photos, PSLC 001002;

278.        Stan Guidry Photos, PSLC 001003;

279.        Stan Guidry Photos, PSLC 001004;

280.        Stan Guidry Photos, PSLC 001005;

281.        Stan Guidry Photos, PSLC 001006;

282.        Videotaped and transcribed deposition of William Villavasso;

283.        Lists of Timepieces Collected/Timepieces Recovered printed 2/26/2008 and
            produced by LNA;

284.        Clock Pictures, CD produced by Lafarge, containing photos of timepieces
            collected, taken February 22, 2008, which are entitled img 1648-1683;

285.        Web content at
            http://www.americanbridge.net/index.php?option=com_content&task=view&id=2
            55&Itemid=5, and from http://www.modjeski.com/projects/servproj/florida.htm,
            depicting Florida Avenue Bridge in "down" position.

286.        Lagarde 000139;

287.        Lagarde 000142;

288.        Any and all documents produced by the Sewerage & Water Board, SWB-ED-
            F0013-021756 to SWB-ED-F0054-21892, SWB-ED-M0001-000147 to
            153,SWB-ED-M0001-000139to 000146; SWB-ED-M0001-000069 to 000078;

SWB-ED-F0021-019634 to 19635; SWB-ED-F0022-019645 to 19649; SWB-ED-F0022-019659 to 19649; SWB-ED-F0030-019705; SWB-ED-F0030-019708 to 19709; SWB-ED-F0031-015415 to 15416; SWB-ED-F0032-003519 to 3526; SWB-ED-F0032-001155 to 1157; *In globo;*

289.      Curriculum Vitae, Report, Reliance Matrials and Attachments of Genarro Marino, MEA, Inc., to the extent not privileged;

290.      Curriculum Vitae, Report, Reliance Materials, and Attachments of Hector Pazos, to the extent not privileged;

291.      Curriculum Vitae, Report, Reliance Materials, and Attachments of Robert Bartlett, to the extent not privileged;

292.      Video provided by Sal Gutierrez taken at St. Bernard Parish Courthouse;

293.      Sobek flood animation incorporating Barge plaintiffs' experts' inputs.

294.      Curriculum Vitae, Report, Reliance Materials, and Attachments of Melvin Spinks, to the extent not privileged;

295.      Business Income Records (Riche) 000024-000182;(*In Globo*)

295.      Business Income Records (Riche) 000198-000283;(*In Globo*)

296.      Business Income Records (Riche) 000284-009883;(*In Globo*)

297.      Business Income Records (Glaser) 000001-000044;

298.      Business Income Records (Daniels) 000026-000040;

299.      Business Income Records (Gibson) 000013 - 000064;

300.      Business Income Records (Sutton) 000001-000051;

301.      Business Income Records (Perry) 000103-000200;

302.      Business Income Records (Koch) 000489-000553,

303.      Business Income Records(Koch) 001142-001147;

304.      Business Income Records (Daniels) 000043;

305.      Business Income Records (Daniels) 000099-0100248;

306.        Business Income Records (Boutte) 00001 - 000027;

307.        Leases/Rental Property Documents (Warren) 000034-000041;

308.        Leases/Rental Property Documents( Perry) 000201-000215;

309.        Leases/Rental Property Documents( Koch) 000518-000553;

310.        Leases/Rental Property Documents (Koch) 002080-002094;

311.        Leases/Rental Property Documents (Moses) 000001-000003;

312.        Real Property Ownership Documents (Benoit) 000001-00008;

313.        Real Property Ownership Ownership Documents( Adams) 000003-000008;

314.        Real Property Ownership Ownership Documents( Daniels) 000001-000025

315.        Real Property Ownership Ownership Documents (Daniels) 000041-000042;

316.        Real Property Ownership Ownership Documents (R.Green) 000001

317.        Real Property Ownership Ownership Documents (R.Green) 000005-000015;

318.        Real Property Ownership Ownership Documents (R.Green 000029-000032;

319.        Real Property Ownership Ownership Documents (D.Green) 000001-000005

320.        Real Property Ownership Ownership Documents(D.Green) 000011-000048;

321.        Real Property Ownership Ownership Documents( J.Green) 000001

322.        Real Property Ownership Ownership Documents(E.Green) 000001-000003;

323.        Real Property Ownership Ownership Documents(Leon) 000001-000003;

324.        Real Property Ownership Ownership Documents (Dean) 000001-000013;

325.        Real Property Ownership Ownership Documents (Dean) 000016,

326.        Real Property Ownership Ownership Documents (Dean) 00051-00054;

327.        Real Property Ownership Ownership Documents (Dean) 000067-000068,

328.        Real Property Ownership Ownership Documents ((Mumford) 000001-000013;

329.       Real Property Ownership Ownership Documents ((Mumford) 000016-000023;

330.       Real Property Ownership Ownership Documents (Richardson) 000006-000010;

331.       Real Property Ownership Ownership Documents (Richardson) 000045-000049

332.       Real Property Ownership Ownership Documents (Riche) 000001-000023;

333.       Real Property Ownership Ownership Documents (Koch) 000005-000023;

334.       Real Property Ownership Ownership Documents (Koch) 001142-001147;

335.       Real Property Ownership Ownership Documents (Koch) 002057-002079;

336.       Real Property Ownership Ownership Documents (Boutte) 000001-000025;

337.       Real Property Ownership Ownership Documents (Harris) 0000123;

338.       Real Property Ownership Ownership Documents (Warren) 000001-000032;

339.       Real Property Ownership Ownership Documents (Gibson) 000001-000006;

340.       Real Property Ownership Ownership Documents (Shanks) 000006-000007;

341.       Real Property Ownership Ownership Documents (Lagarde) 000161-000167;

342.       Real Property Ownership  Ownership Documents (Alford) 000001-000025;

343.       Real Property Ownership  Ownership Documents (Perry) 000001-000003;

344.       Real Property Ownership  Ownership Documents (Perry) 000004-000008;

345.       Real Property Ownership  Ownership Documents (Sutton) 000041

346.        Content Inventory(Shanks) 000025-000035;

347.        Content Inventory (Harris) 000005;

348.        Content Inventory (Harris) 000326-000348;

349.        Content Inventory (Lagarde) 000141-000142,

350.        Content Inventory(Lagarde) 000156-000159;

351.        Content Inventory(Lagarde) 000169- 000171,

352.        Content Inventory(Adams) 000002;

353.        Content Inventory(Adams) 000010-000012;

354.        Content Inventory(Adams) 000054-000055;

355.        Content Inventory( Dean) 000011-000013;

356.        Content Inventory (Dean) 000017-000044;

357.        Content Inventory( R.Green) 000029-000032;

358.        Content Inventory( D.Green) 000045;

359.        Content Inventory(Bougere) 000065-000066;

360.        Content Inventory(Bougere) 000112-000120,

361.        Content Inventory( Riche) 000043;

362.        Content Inventory(Riche) 000172-000175;

363.        Content Inventory( Warren) 000033,

364.        Content Inventory( Glaser) 000071-000072;

365.        Content Inventory(Pritchett) 000001,

366.        Content Inventory( Mumford) 000001-000013;

367.        Content Inventory(Mumford) 000101-000102,

368.        Content Inventory( Perry) 000009-000019,

369.        Content Inventory(Perry) 000093-000102;

370.        Content Inventory( Moses) 000001-000003;

371.        Content Inventory(Daniels) 000043-000078,

372.        Content Inventory(Daniels) 000121;

373.        Content Inventory(Leon) 000004-000006,

374.        Content Inventory(Leon) 000011-000038,

375.        Content Inventory( Dunn) 000038-000039;

376.        Content Inventory( Richardson) 000184-000211;

377.        Content Inventory( Bougere) 000119-000142;

378.        Content Inventory(Mumford) 000161-000185;

379.        Content Inventory (McFarland) 000004-000031;

380.        Content Inventory( Alford) 000027-000081;

381.        Content Inventory( Weber) 000146-000173;

382.        Content Inventory(Carter) 000017-000042;

383.        Expert property appraisals and reports, reliance materials and attachments of John
            Kilpatrick, G&C Appraisals, individual property appraisals and appraisers,
            curricula vitae, reports, reliance materials and attachments, to the extent not
            privileged;

384.        Government Benefit Documents (Daniels) 000080-000098

385.        Government Benefit Documents (Mumford) 000014-000015;

386.        Government Benefit Documents (Mumford) 000024-000030;

387.        Government Benefit Documents (Richardson) 000027-000028;

388.        Government Benefit Documents (Richardson)000029-000044;

389.        Government Benefit Documents (Richardson)000118- 000119

390.        Government Benefit Documents (Adams) 000003;

391.        Government Benefit Documents (Adams) 000038-000042;

392.        Government Benefit Documents(Alford) 000001-000002;

393.        Government Benefit Documents (Dean) 000006-000010;

394.        Government Benefit Documents (Dean) 000014-000015;

395.        Government Benefit Documents (Dean) 000047-000066

396.          Government Benefit Documents (R.Green) 000006;

397.          Government Benefit Documents (R.Green) 000008-000012

398.          Government Benefit Documents (Shanks) 000019-000024;

399.          Government Benefit Documents (Warren) 000020-000032;

400.          Government Benefit Documents (Gibson) 000002;

401.          Government Benefit Documents (Bougere) 000064-000066;

402.          Government Benefit Documents (Bougere) 000114-000118;

403.          Government Benefit Documents (Daniels) 000017-000025;

404.          Government Benefit Documents (Daniels) 000080-000098;

405.          Government Benefit Documents (Daniels) 000117-000120;

406.          Government Benefit Documents (Lagarde)000145-000160;

407.          Government Benefit Documents (Lagarde) 000139-000142;

408.          Government Benefit Documents (Koch) 000380-000488;

409.          Government Benefit Documents (Harris) 000001-000002;

410.          Government Benefit Documents (Harris) 000124-000125;

411.          Government Benefit Documents (Riche) 000177-000182;

412.          Government Benefit Documents (Riche) 000185-000197;

413.          Government Benefit Documents (Perry)000020-0000101;

414.          Insurance Documents (Sutton) 000001;

415.          Insurance Documents (Mumford) 000031-000039;

416.          Insurance Documents (Mumford) 000041-000047;

417.          Insurance Documents (Mumford) 000066-000075;

418.          Insurance Documents (Mumford) 000090-000106;

419.      Insurance Documents (Bougere) 000119-000120;

420.      Insurance Documents (Benoit) 000001-000004;

421.      Insurance Documents (Adams) 000001;

422.      Insurance Documents (Daniels) 000014;

423.      Insurance Documents (D.Green) 000001-000003;

424.      Insurance Documents (Alford)000003-000025;

425.      Insurance Documents (Lagarde) 000169-000171;

426.      Insurance Documents (Perry) 000009-000012;

427.      Insurance Documents (Perry) 000028-000029;

428.      Insurance Documents (Perry) 000032;

429.      Insurance Documents (Richardson) 000020;

430.      Insurance Documents (Harris)000004;

431.      Insurance Documents (Harris)000005;

432.      Insurance Documents (Glaser) 000066-67;

433.      Insurance Documents (Glaser) 000070-72;

434.      Insurance Documents (Koch) 000032;

435.      Insurance Documents (Koch) 000059;

436.      Insurance Documents (Koch) 000360;

437.      Insurance Documents (Koch) 001304 - 001330;

438.      Insurance Documents (Koch)001331 - 001379;

439.      Insurance Documents (Koch) 001380 - 001403;

440.      Insurance Documents (Koch) 001404 - 001434;

441.        Insurance Documents (Koch) 001435 - 001473;

442.        Death Certificate of Rosetta Marrero (Weber) 000002;

443.        Death Certificate of Joyce Green (Green) 000010;

444.        Death Certificate of Joseph Richardson, Sr. Documents (Richardson) 000021;

445.         Funeral Expenses, Joseph Richardson, Sr., (Richardson) 000050-000052;

446.        Any and all documents and things pertinent to environmental pollution/contamination studies including those produced at Aurora 000001 through 000017; curriculum vitae, expert report and attachments of Aurora, Hugh Fossier, Mason Stephenson;

447.        St. Bernard Parish Government Building Photos PSLC 000929;

448.        St. Bernard Parish Government Building Photos PSLC 000930;

449.        St. Bernard Parish Government Building Photos PSLC 000931;

450.        St. Bernard Parish Government Building Photos PSLC 000932;

451.        St. Bernard Parish Government Building Photos PSLC 000933;

452.        St. Bernard Parish Government Building Photos  PSLC 000934;

453.        St. Bernard Parish Government Building Photos PSLC 000935;

454.        St. Bernard Parish Government Building Photos PSLC 000936;

455.        St. Bernard Parish Government Building Photos PSLC 000937;

456.        St. Bernard Parish Government Building Photos PSLC 000938;

457.        St. Bernard Parish Government Building Photos PSLC 000939;

458.        St. Bernard Parish Government Building Photos PSLC 000940;

459.        St. Bernard Parish Government Building Photos PSLC 000941;

460.        St. Bernard Parish Government Building Photos PSLC 000942;

461.        St. Bernard Parish Government Building Photos PSLC 000943;

462.        St. Bernard Parish Government Building Photos PSLC 000944;

463.        St. Bernard Parish Government Building Photos PSLC 000945;

464.        St. Bernard Parish Government Building Photos PSLC 000946;

465.        St. Bernard Parish Government Building Photos PSLC 000947;

466.        St. Bernard Parish Government Building Photos PSLC 000948;

467.        St. Bernard Parish Government Building Photos PSLC 000949;

468.        St. Bernard Parish Government Building Photos PSLC 000950;

469.        St. Bernard Parish Government Building Photos PSLC 000951;

470.        St. Bernard Parish Government Building Photos PSLC 000952;

471.        St. Bernard Parish Government Building Photos PSLC 000953;

472.        St. Bernard Parish Government Building Photos PSLC 000954;

473.        St. Bernard Parish Government Building Photos PSLC 000955;

474.        St. Bernard Parish Government Building Photos PSLC 000956;

475.        St. Bernard Parish Government Building Photos PSLC 000957;

476.        St. Bernard Parish Government Building Photos PSLC 000958;

477.        St. Bernard Parish Government Building Photos PSLC 000959;

478.        St. Bernard Parish Government Building Photos PSLC 000960;

479.        St. Bernard Parish Government Building Photos PSLC 000961;

480.        St. Bernard Parish Government Building Photos PSLC 000962;

481.        Damage photos, including those produced at Barge PSLC 000309-000679;

482.        Damage photos (Adams) 000043;

483.        Damage photos (Adams) 000044;

484.        Damage photos (Adams) 000045;

485.        Damage photos (Adams) 000046;

486.        Damage photos (Adams) 000047;

487.        Damage photos (Adams) 000048;

488.        Damage photos (Adams) 000049;

489.        Damage photos (Daniels) 000079;

490.        Damage photos (Boutte) 047;

491.        Damage photos (Boutte) 105;

492.        Damage photos (Boutte) 121;

493.        Damage photos (Boutte) 126;

494.        Damage photos (Koch) 001148;

495.        Damage photos (Koch) 001149;

496.        Damage photos (Koch) 001150;

497.        Damage photos (Leon) 000007;

498.        Damage photos (Leon) 000008;

499.        Damage photos (Leon) 000009;

500.        Damage photos (Leon) 0000010;

501.        Damage photos (Leon) 000067;

502.        Damage photos (Leon) 000068;

503.        Damage photos (Leon) 000069;

504.        Damage photos (Leon) 000070;

505.        Damage photos (Reed) 001;

506.        Damage photos (Reed) 002;

507.      Damage photos (Reed)003;

508.      Damage photos (Reed) 004;

509.      Damage photos (Reed) 005;

510.      Damage photos (Reed) 006;

511.      Damage photos (Reed) 007;

512.      Damage photos (Reed) 008;

513.      Damage photos (Reed) 009;

514.      Damage photos (Reed) 010;

515.      Damage photos (Reed) 011;

516.      Damage photos (Reed) 012;

517.      Damage photos (Reed) 013;

518.      Damage photos (Reed) 014;

519.      Damage photos (Reed) 015;

520.      Damage photos (Reed) 016;

521.      Damage photos (Reed) 017;

522.      Damage photos (Reed) 018;

523.      Damage photos (Reed) 019;

524.      Damage photos (Reed)020;

525.      Damage photos (Reed) 021;

526.      Damage photos (Reed)022;

527.      Damage photos (Reed)023;

528.      Damage photos (Reed)024;

529.      Damage photos (Reed)025;

530.        Damage photos (Reed)026;

531.        Damage photos (Reed)027;

532.        Damage photos (Reed)028;

533.        Damage photos (Reed)029;

534.        Damage photos (Reed)030;

535.        Damage photos (Reed)031;

536.        Damage photos (Reed)032;

537.        Damage photos (Reed)033;

538.        Damage photos (Reed)034;

539.        Damage photos (Reed)035;

540.        Damage photos (Reed)036;

541.        Damage photos (Reed)037;

542.        Damage photos (Reed)038;

543.        Damage photos (Dean) 000003;

544.        Damage photos (Dean) 000004;

545.        Damage photos (Dean) 000045;

546.        Damage photos (Dean) 000046;

547.        Damage photos (Lagarde) 000005;

548.        Damage photos (Lagarde) 000006;

549.        Damage photos (Lagarde) 000007;

550.        Damage photos (Lagarde) 000008;

551.        Damage photos (Lagarde) 000009;

552.         Damage photos (Lagarde) 000010;

553.         Damage photos (Lagarde) 000011;

554.         Damage photos (Lagarde) 000012;

555.         Damage photos (Lagarde) 000019;

556.          Damage photos (Lagarde) 000021;

557.         Damage photos (Lagarde) 000022;

558.         Damage photos (Lagarde) 000023;

559.         Damage photos (Lagarde) 000024;

560.         Damage photos (Lagarde) 000025;

561.         Damage photos (Lagarde) 000027;

562.         Damage photos (Lagarde) 000028;

563.         Damage photos (Lagarde) 000031;

564.         Damage photos (Lagarde) 000032;

565.         Damage photos (Lagarde) 000033;

566.         Damage photos (Lagarde) 000034;

567.         Damage photos (Lagarde) 000035;

568.         Damage photos (Lagarde) 000036;

569.         Damage photos (Lagarde) 000037;

570.         Damage photos (Lagarde) 000038;

571.         Damage photos (Lagarde) 000043;

572.         Damage photos (Lagarde) 000044;

573.         Damage photos (Lagarde) 000045;

574.         Damage photos (Lagarde) 000046;

575.        Damage photos (Lagarde) 000047;

576.        Damage photos (Lagarde) 000048;

577.        Damage photos (Lagarde) 000049;

578.        Damage photos (Lagarde) 000050;

579.        Damage photos (Lagarde) 000051;

580.        Damage photos (Lagarde) 000052;

581.        Damage photos (Lagarde) 000053;

582.        Damage photos (Lagarde) 000054;

583.        Damage photos (Lagarde) 000055;

584.        Damage photos (Lagarde) 000056;

585.        Damage photos (Lagarde) 000057;

586.        Damage photos (Lagarde) 000058;

587.        Damage photos (Lagarde) 000059;

588.        Damage photos (Lagarde) 000060;

589.        Damage photos (Lagarde) 000061;

590.        Damage photos (Lagarde) 000062;

591.        Damage photos (Lagarde) 000063;

592.        Damage photos (Lagarde) 000064;

593.        Damage photos (Lagarde) 000065;

594.        Damage photos (Lagarde) 000066;

595.        Damage photos (Lagarde) 000067;

596.        Damage photos (Lagarde) 000068;

597.        Damage photos (Lagarde) 000069;

598.        Damage photos (Lagarde) 000070;

599.        Damage photos (Lagarde) 000071;

600.        Damage photos (Lagarde) 000072;

601.        Damage photos (Lagarde) 000073;

602.        Damage photos (Lagarde) 000074;

603.        Damage photos (Lagarde) 000075;

604.        Damage photos (Lagarde) 000076;

605.        Damage photos (Lagarde) 000077;

606.        Damage photos (Lagarde) 000078

607.        Damage photos (Lagarde) 000079;

608.        Damage photos (Lagarde) 000080;

609.        Damage photos (Lagarde) 000081;

610.        Damage photos (Lagarde) 000082;

611.        Damage photos (Lagarde) 000083;

612.        Damage photos (Lagarde) 000084;

613.        Damage photos (Lagarde) 000085;

614.        Damage photos (Lagarde) 000086;

615.        Damage photos (Lagarde) 000087;

616.        Damage photos (Lagarde) 000088;

617.        Damage photos (Lagarde) 000089;

618.        Damage photos (Lagarde) 000090;

619.        Damage photos (Lagarde) 000091;

620.          Damage photos (Lagarde) 000092;

621.          Damage photos (Lagarde) 000093;

622.          Damage photos (Lagarde) 000094;

623.          Damage photos (Lagarde) 000095;

624.          Damage photos (Lagarde) 000096;

**625.**          Damage photos (Lagarde) 000097;

626.          Damage photos (Lagarde) 000098;

627.          Damage photos (Lagarde) 000099;

628.          Damage photos (Lagarde) 000100;

629.          Damage photos (Lagarde) 000101;

630.          Damage photos (Lagarde) 000102;

631.          Damage photos (Lagarde) 000103;

632.          Damage photos (Lagarde) 000104;

633.          Damage photos (Lagarde) 000105;

634.          Damage photos (Lagarde) 000106;

635.          Damage photos (Lagarde) 000107;

636.          Damage photos (Lagarde) 000108;

637.          Damage photos (Lagarde) 0000109;

638.          Damage photos (Lagarde) 000110;

639.          Damage photos (Lagarde) 000111;

640.          Damage photos (Lagarde) 000112;

641.          Damage photos (Lagarde) 000113;

642.        Damage photos (Lagarde) 000114;

643.        Damage photos (Lagarde) 000115;

644.        Damage photos (Lagarde) 000116;

645.        Damage photos (Lagarde) 000117;

646.        Damage photos (Lagarde) 000118;

647.        Damage photos (Lagarde) 000119;

648.        Damage photos (Lagarde) 000120;

649.        Damage photos (Lagarde) 000121;

650.        Damage photos (Lagarde) 000122;

651.        Damage photos (Lagarde) 000123;

652.        Damage photos (Lagarde) 000124;

653.        Damage photos (Lagarde) 000125;

654.        Damage photos (Lagarde) 000126;

655.        Damage photos (Lagarde) 000127;

656.        Damage photos (Lagarde) 000128;

657.        Damage photos (Lagarde) 000129;

658.        Damage photos (Lagarde) 000130;

659.        Damage photos (Lagarde) 000131;

660.        Damage photos (Lagarde) 000132;

661.        Damage photos (Lagarde) 000133;

662.        Damage photos (Lagarde) 000134;

663.        Damage photos (Lagarde) 000135;

664.        Damage photos (Lagarde) 000136;

665.        Damage photos (Lagarde) 000137;

666.        Damage photos (Lagarde) 000138;

667.        Damage photos (Gibson) 000007;

668.        Damage photos (Gibson) 000087;

669.        Damage photos (Gibson) 000088;

670.        Damage photos (Gibson) 000089;

671.        Damage photos (Gibson) 000090;

672.        Damage photos (Shanks) 000057;

673.        Damage photos (Shanks) 000058;

674.        Damage photos (Shanks) 000059;

675.        Damage photos (Shanks) 000060;

676.        Damage photos (Shanks) 000061;

677.        Damage photos (Shanks) 000062;

678.        Damage photos (Shanks) 000063;

679.        Damage photos (Shanks) 000064;

680.        Damage photos (Shanks) 000065;

681.        Damage photos (Shanks) 000066;

682.        Damage photos (Shanks) 000067;

683.        Damage photos (Shanks) 000068;

684.        Damage photos (Shanks) 000069;

685.        Damage photos (Shanks) 000070;

686.        Damage photos (Shanks) 000071;

687.          Damage photos (Shanks) 000072;

688.          Damage photos (Shanks) 000073;

689.          Damage photos (Shanks) 000074;

690.          Damage photos(Glaser) 000045;

691.          Damage photos(Glaser) 000046;

692.          Damage photos(Glaser) 000047;

693.          Damage photos(Glaser) 000048;

694.          Damage photos(Glaser) 000049;

695.          Damage photos(Glaser) 000050;

696.          Damage photos(Glaser) 000051;

697.          Damage photos(Glaser) 000052;

698.          Damage photos(Glaser) 000053;

699.          Damage photos(Glaser) 000054;

700.          Damage photos(Glaser) 000055;

701.          Damage photos(Glaser) 000056;

702.          Damage photos(Glaser) 000057;

703.          Damage photos(Glaser) 000058;

704.          Damage photos(Glaser) 000059;

705.          Damage photos(Glaser) 000060;

706.          Damage photos(Glaser) 000061;

707.          Damage photos(Glaser) 000062;

708.          Damage photos(Glaser) 000063;

709.          Damage photos(Glaser) 000064;

710.        Damage photos(Riche) 000183;

711.        Damage photos (Riche) 000184;

712.        Damage photos(Harris) 000006;

713.        Damage photos(Harris) 000130;

714.        Damage photos(Harris) 000131;

715.        Damage photos(Harris) 000132;

716.        Damage photos(Harris) 000133;

717.        Damage photos(Harris) 000134;

718.        Damage photos(Harris) 000135;

719.        Damage photos(Harris) 000136;

720.        Damage photos(Harris) 000137;

721.        Damage photos(Harris) 000138;

722.        Damage photos(Harris) 000139;

723.        Damage photos(Harris) 000140;

724.        Damage photos(Harris) 000141;

725.        Damage photos(Harris) 000142

726.        Damage photos(Harris) 000143;

727.        Damage photos(Harris) 000144;

728.        Damage photos(Harris) 000145;

729.        Damage photos(Harris) 000146;

730.        Damage photos(Harris) 000147;

731.        Damage photos(Harris) 000148;

732.        Damage photos(Harris) 000149;

733.        Damage photos(Harris) 000150

734.        Damage photos(Harris) 000151;

735.        Damage photos(Harris) 000152;

736.        Damage photos(Harris) 000153;

737.        Damage photos(Harris) 000154;

738.        Damage photos(Harris) 000155;

739.        Damage photos(Harris) 000156;

740.        Damage photos(Harris) 000157;

741.        Damage photos(Harris) 000158;

742.        Damage photos(Harris) 000159;

743.        Damage photos(Harris) 000160;

744.        Damage photos(Harris) 000161;

745.        Damage photos(Harris) 000162;

746.        Damage photos(Harris) 000163;

747.        Damage photos(Harris) 000164;

748.        Damage photos(Harris) 000165;

749.        Damage photos(Harris) 000166;

750.        Damage photos(Harris) 000167;

751.        Damage photos(Harris) 000168;

752.        Damage photos(Harris) 000169;

753.        Damage photos(Harris) 000170;

754.        Damage photos(Harris) 000171;

755.        Damage photos(Harris) 000172;

756.        Damage photos(Harris) 000173;

757.        Damage photos(Harris) 000174;

758.        Damage photos(Harris) 000175;

759.        Damage photos(Harris) 000176;

760.        Damage photos(Harris) 000177;

761.        Damage photos(Harris) 000178;

762.        Damage photos(Harris) 000179;

763.        Damage photos(Harris) 000180;

764.        Damage photos(Harris) 000181;

765.        Damage photos(Harris) 000182;

766.        Damage photos(Harris) 000183;

767.        Damage photos(Harris) 000184;

768.        Damage photos(Harris) 000185;

769.        Damage photos(Harris) 000186;

770.        Damage photos(Harris) 000187;

771.        Damage photos(Harris) 000188;

772.        Damage photos(Harris) 000189;

773.        Damage photos(Harris) 000190;

774.        Damage photos(Harris) 000191;

775.        Damage photos(Harris) 000192;

776.        Damage photos(Harris) 000193;

777.       Damage photos(Harris) 000194;

778.       Damage photos(Harris) 000195;

779.       Damage photos(Harris) 000196;

780.       Damage photos(Harris) 000197;

781.       Damage photos(Harris) 000198;

782.       Damage photos(Harris) 000199;

783.       Damage photos(Harris) 000200;

784.       Damage photos(Harris) 000201;

785.       Damage photos(Harris) 000202;

786.       Damage photos(Harris) 000203;

787.       Damage photos(Harris) 000204;

788.       Damage photos(Harris) 000205;

789.       Damage photos(Harris) 000206;

790.       Damage photos(Harris) 000207;

791.       Damage photos(Harris) 000208;

792.       Damage photos(Harris) 000209;

793.       Damage photos(Harris) 000210;

794.       Damage photos(Harris) 000211;

795.       Damage photos(Harris) 000212;

796.       Damage photos(Harris) 000213;

797.       Damage photos(Harris) 000214;

798.       Damage photos(Harris) 000215;

799.       Damage photos(Harris) 000216;

800.        Damage photos(Harris) 000217;

801.        Damage photos(Harris) 000218;

802.        Damage photos(Harris) 000219;

803.        Damage photos(Harris) 000220;

804.        Damage photos(Harris) 000221;

805.        Damage photos(Harris) 000222;

806.        Damage photos(Harris) 000223;

807.        Damage photos(Harris) 000224;

808.        Damage photos(Harris) 000225;

809.        Damage photos(Harris) 000226;

810.        Damage photos(Harris) 000227;

811.        Damage photos(Harris) 000228;

812.        Damage photos(Harris) 000229;

813.        Damage photos(Harris) 000230;

814.        Damage photos(Harris) 000231;

815.        Damage photos(Harris) 000232;

816.        Damage photos(Harris) 000233;

817.        Damage photos(Harris) 000234;

818.        Damage photos(Harris) 000235;

819.        Damage photos(Harris) 000236;

820.        Damage photos(Harris) 000237;

821.        Damage photos(Harris) 000238;

822.        Damage photos(Harris) 000239;

823.        Damage photos(Harris) 000240;

824.        Damage photos(Harris) 000241;

825.        Damage photos(Harris) 000242;

826.        Damage photos(Harris) 000243;

827.        Damage photos(Harris) 000244;

828.        Damage photos(Harris) 000245;

829.        Damage photos(Harris) 000246;

830.        Damage photos(Harris) 000247;

831.        Damage photos(Harris) 000248;

832.        Damage photos(Harris) 000249;

833.        Damage photos(Harris) 000250;

834.        Damage photos(Harris) 000251;

835.        Damage photos(Harris) 000252;

836.        Damage photos(Harris) 000253;

837.        Damage photos(Harris) 000254;

838.        Damage photos(Harris) 000255;

839.        Damage photos(Harris) 000256;

840.        Damage photos(Harris) 000257;

841.        Damage photos(Harris) 000258;

842.        Damage photos(Harris) 000259;

843.        Damage photos(Harris) 000260;

844.        Damage photos(Harris) 000261;

845.        Damage photos(Harris) 000262;

846.        Damage photos(Harris) 000263;

847.        Damage photos(Harris) 000264;

848.         Damage photos(Harris) 000265;

849.        Damage photos(Harris) 000266;

850.        Damage photos(Harris) 000267;

851.        Damage photos(Harris) 000268;

852.        Damage photos(Harris) 000269;

853.        Damage photos(Harris) 000270;

854.        Damage photos(Harris) 000271;

855.        Damage photos(Harris) 000272;

856.        Damage photos(Harris) 000273;

857.        Damage photos(Harris) 000274;

858.        Damage photos(Harris) 000275;

859.        Damage photos(Harris) 000276;

860.        Damage photos(Harris) 000277;

861.        Damage photos(Harris) 000278;

862.        Damage photos(Harris) 000279;

863.        Damage photos(Harris) 000280;

864.        Damage photos(Harris) 000281;

865.        Damage photos(Harris) 000282;

866.        Damage photos(Harris) 000283;

867.        Damage photos(Harris) 000284;

868.        Damage photos(Harris) 000285;

869.        Damage photos(Harris) 000286;

870.        Damage photos(Harris) 000287;

871.        Damage photos(Harris) 000288;

872.        Damage photos(Harris) 000289;

873.        Damage photos(Harris) 000290;

874.        Damage photos(Harris) 000291;

875.        Damage photos(Harris) 000292;

876.        Damage photos(Harris) 000293;

877.        Damage photos(Harris) 000294;

878.        Damage photos(Harris) 000295;

879.        Damage photos(Harris) 000296;

880.        Damage photos(Harris) 000297;

881.        Damage photos(Harris) 000298;

882.        Damage photos(Harris) 000299;

883.        Damage photos(Harris) 000300;

884.        Damage photos(Harris) 000301;

885.        Damage photos(Harris) 000302;

886.        Damage photos(Harris) 000303;

887.        Damage photos(Harris) 000304;

888.        Damage photos(Harris) 000305;

889.        Damage photos(Harris) 000306;

890.        Damage photos(Harris) 000307;

891.        Damage photos(Harris) 000308;

892.        Damage photos(Harris) 000309;

893.        Damage photos(Harris) 000310;

894.        Damage photos(Harris) 000311;

895.        Damage photos(Harris) 000312;

896.        Damage photos(Harris) 000313;

897.        Damage photos(Harris) 000314;

898.        Damage photos(Harris) 000315;

899.        Damage photos(Harris) 000316;

900.        Damage photos(Harris) 000317;

901.        Damage photos(Harris) 000318;

902.        Damage photos(Harris) 000319;

903.        Damage photos(Harris) 000320;

904.        Damage photos(Harris) 000321;

905.        Damage photos(Harris) 000322;

906.        Damage photos(Harris) 000323;

907.        Damage photos(Harris) 000324;

908.        Damage photos(Harris) 000325;

909.        Damage photos(Bougere) 000059;

910.        Damage photos(Bougere) 000060;

911.        Damage photos(Bougere) 000061;

912.          Damage photos(Bougere) 000062;

913.          Damage photos(Bougere) 000063;

914.          Damage photos(Richardson) 000011;

915.          Damage photos(Richardson) 000012;

916.          Damage photos(Richardson) 000013;

917.          Damage photos(Richardson) 000014;

918.          Damage photos(Richardson) 000015;

919.          Damage photos(Richardson) 000016;

920.          Damage photos(Richardson) 000017;

921.          Damage photos(Richardson) 000018;

922.          Damage photos(Richardson) 000019;

923.          Damage photos(Richardson) 000022;

924.          Damage photos(Richardson) 000023;

925.          Damage photos(Richardson) 000024;

926.          Damage photos(Richardson) 000025;

927.          Damage photos(Richardson) 000026;

928.          Damage photos(Alford) 000026;

929.          Damage photos(Alford) 000027;

930.          Damage photos(Alford) 000028;

931.          Damage photos(Alford) 000029;

932.          Damage photos(Alford) 000030;

933.          Damage photos(Alford) 000031;

934.          Damage photos(Alford) 000032;

935.        Damage photos(Alford) 000033;

936.        Damage photos(Alford) 000034;

937.        Damage photos(Alford) 000035;

938.        Damage photos(Alford) 000036;

939.        Damage photos(Alford) 000037;

940.        Damage photos(Alford) 000038;

941.        New Orleans Public Cable Access video footage of damage to Lower Ninth Ward
            and Arabi aired on television around the clock following Katrina;

942.        Tropical Cyclone Report, Hurricane Katrina 23-30 August 2005, Richard D.
            Knabb, Jamie R. Thome, and Daniel P. Brown, National Hurricane Center,
            December 20, 2005, updated August 10, 2006 for tropical wave history, storm
            surge, tornadoes, surface observations, fatalities and damage cost estimates.

943.        IPET Report, drafts, supplements, appendices, attachments, in whole or in part;

944.        ILIT Report, drafts, supplements, appendices, attachments, in whole or in part;

945.        Team Louisiana Report, drafts, supplements, appendices, attachments, in whole or
            in part;

946.        1996 Final Report, Depth-Damage Relationships for Structures, Contents and
            Vehicles and Content to Structure Value Ratios (CSVR) In Support of the
            Jefferson and Orleans Flood Control Feasibility Studies, publically available at
            http://www.mvn.usace.army.mil/pd/_docs/GEC_9238_085c_arc.pdf

947.        Years 2000 - present U.S. Census data pertinent to proposed class geography
            included in exhibits to Plaintiffs Memorandum in Support of Class Certification;

948.        Cellular telephone records of Jennifer Fernandez, for billing cycle 02/15/06 -
            03/14/06 and relating to cellular telephone number (504)289-4816, page 8 of 12.

949.        City of New Orleans property ownership/property tax records pertaining to 105
            Berkley Drive, 1739 Jourdan Avenue, and as to property of any and all plaintiffs
            whose claims are to be tried by bellwether, class action, and/or individual action;

950.        Any and all SEC and/or other transactional, securities and other ownership
            records, documents and things regarding transactions involving Lafarge North

America, Lafarge SA and/or Efalar, composition of owners, directors and officers thereof, relationships there-between, and/or timing, nature, purpose and effects of any and all such transactions.

951.    Certified copies of any and all policies of insurance purporting to extend coverage for the events and damages subject of suit to Unique Towing,

952.    Certified copies of any and all policies of insurance purporting to extend coverage for the events and damages subject of suit to Joseph C. Domino;

953.    Certified copies of any and all policies of insurance purporting to extend coverage for the events and damages subject of suit to Lafarge North America;

954.    Any and all photos of ING 4727 including those produced as, LNA001088-001117, 001126-001127,,, 000874, 000877, 000919-000928;

955.    Any and all photos and video of Lafarge Facility and dock, including those produced as LNA001118-001125, 001128-001135,

956.    All aerial, satellite and other images/imaging of the Industrial Canal,  Ingram Barge ING 4727, eastern Industrial Canal floodwall, breaches including those LNA 009533-009535;

957.    Photos of the damages areas in the Lower Ninth Ward, including those produced as LNA 001183- 001360;

958.    Photos of IHNC floodwall, breaches, and vicinity including those produced as LNA 001138-001182,

959.    Photos of damage to IHNC, 17th Street, and London Avenue floodwalls, including those produced at LNA 000760-000769, 000791-000807, 001162-001171, 001180-001182, 007773;

960.    Maps and/or charts of the proposed class geographical area;

961.    Any and all correspondence, email, pleadings, motions,  exhibits, discovery, discovery responses, document production, depositions, deposition exhibits and attachments, expert reports and attachments and reliance materials, evidence, offers, proffers, charts, graphics, video, audio, photos, drawings, demonstratives, media, transcripts, and testimony, orders, opinions, decisions, rulings, minute entries, record entries, and any and all manner of documents and things disclosed and/or produced and/or used at any time, by any party(ies) past, present or future, to Robinson, MRGO, Barge litigation tracks, and/or Barge Limitation Action proceedings;

962         Any and all USA production materials to the extent relevant to the claims and
            defenses in the Barge Litigation Track, for rebuttal, impeachment, and/or as expert
            reliance materials;

963.        Any and all exhibits or proposed exhibits listed by any other party(ies) to 05-4182,
            05-4419, 06-3313.

964.        Any and all for impeachment, rebuttal, refreshment of recollection;

965.        Plaintiffs may seek to introduce charts, drawings, renderings, calculations or other
            demonstrative exhibits rendered contemporaneously with witness testimony.

Barge Plaintiffs reiterate and incorporate by reference their Interim Exhibit Lists to the

extent that any item(s) is inadvertently omitted from this Final Exhibit List. Barge Plaintiffs

further incorporate witness lists submitted at any time(s) by Lafarge North America, Inc., Zito

entities, Domino/Unique, Ingram Barge Company, and/or the United States. Barge Plaintiffs

reserve the right of, and anticipate, supplementation and/or amendment of this list in light of

continuing discovery, expert opinion production, depositions, and in light of matters which arise

as a result of ongoing Robinson and/or EBIA trials or appeals.


                                    Respectfully submitted,


                                    **BARGE PLAINTIFFS**

                    By:         _____    /s/ Brian A. Gilbert,
                                            Brian A. Gilbert, Esq.(21297)
_____                     Edward L. Moreno, Esq. (30838)
                                            LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
                                            821 Baronne Street
                                            New Orleans, Louisiana 70113
                                            Telephone: (504) 885-7700
                                            Telephone: (504) 581-6180
                                            Facsimile: (504) 581-4336
                                            e-mail: bgilbert@briangilbertlaw.com

                                            /s/ Lawrence D. Wiedemann,

Lawrence D. Wiedemann.(13457)
Karl Wiedemann (18502)
Karen Wiedemann (21151)
WIEDEMANN & WIEDEMANN
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Facsimile: (504) 581-4336
e-mail: lawrence@wiedemannlaw.com,
karl@wiedemannlaw.com,
karen@wiedemannlaw.com,

/s/ Patrick J. Sanders
Patrick J. Sanders (18741)
3316 Ridgelake Drive
Suite 100
Metairie, LA 70002
Telephone: 504-834-0646
e-mail: pistols42@aol.com

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseymourlaw.net,

 /s/Shawn Khorrami
Shawn Khorrami (CA Bar #180411)
Dylan Pollard(CA Bar #180306)
Matt Bailey (CA Bar #218685)
Khorrami Pollard & Abir, LLP
444 S. Flower Street 33rd Floor
Los Angeles, CA 90071
Tel 213.596.6000
Fax 213.596.6010
skhorrami@kpalawyers.com
dpollard@kpalawyers.com
mbailey@kpalawyers.com