UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| **COLLEEN BERTHOLOT, ET AL.** | * | **CIVIL ACTION NO. 05-CV-4182** |
|---|---|---|
| **VERSUS** | * * * | **JUDGE DUVAL** |
| **BOH BROS. CONSTRUCTION CO., L.L.C., ET AL.** | * * | **MAG. JUDGE WILKINSON** |
| *In Re Canal Breaches Consolidated Litigation* | | |

## EXHIBIT A --- LIST OF CLAIMANTS AND ROAD HOME SUBMISSION DATES

| Claimant | Submission Date | Days Under Advisement by RH |
|---|---|---|
| Chapman, Brenda | 3/2/2011 | 86 |
| Cole, Raymond & Sheila | 10/8/2010 | 231 |
| Green, Veshandus | 3/2/2011 | 86 |
| Harris, Donnie & Artrula | 4/27/2009 | 760 |
| Martinez, Debra & Kenneth | 3/17/2011 | 71 |
| McCarvey, Juanetta | 4/6/2011 | 41 |
| McCarvey, Ruthie & Emile | 4/20/2011 | 37 |
| Page, Zina | 12/6/2010 | 172 |
| Ross, Barbara | 4/6/2011 | 51 |
| Sawyer, Sheila | 3/2/2011 | 86 |
| Stepp, Jackie & Bruce | 4/6/2011 | 51 |
| Tibbs, Johnny | 3/2/2011 | 86 |
| Winesberry, Yuvancha | 3/17/2011 | 71 |