# BECNEL LAW FIRM, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW

DANIEL E. BECNEL, JR.[1]
DANIEL E. BECNEL, III
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADOR CHRISTINA, JR.
WILLIAM PERCY, III
CHRISTOPHER DEVON BECNEL
[1] *Also Admitted in Colorado*

106 WEST SEVENTH STREET
P. O. DRAWER H
RESERVE, LOUISIANA 70084
AREA CODE 985
536-1186
FAX NO. 536-6445

NOTARIES PUBLIC

LAPLACE OFFICE:
425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
AREA CODE 985
651-6101
FAX NO. 651-6104

April 19, 2011

**VIA CERTIFIED MAIL**
7010 0290 0002 7433 7670
Office of Community Development
Attn.: Dan Rees
P.O. Box 94095
Baton Rouge, LA 70804-9095

Re:  RH # 06HH

Dear Mr. Rees:

Enclosed herewith you will find check number 000109 in the amount of $1,000.00 and check number 000109 in the amount of $2,000.00 for the above-referenced client. We have already received a Road Home Consent in which the Office of Community Development is claiming a lien in the amount of $1,176.75.

Please endorse the enclosed drafts and return them to my office. Upon receipt of same, I will deposit the drafts into a trust account and disburse the Office of Community Development's portion via firm check.

Please do not hesitate to contact me should you have any questions concerning the foregoing.

Sincerely yours,

*Kerri Smith*

Kerri Smith, Asst. to
Kevin P. Klibert

Exhibit B