UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| COLLEEN BERTHOLOT, ET AL.<br><br>VERSUS<br><br>BOH BROS. CONSTRUCTION CO., L.L.C., ET AL.<br><br>*In Re Canal Breaches Consolidated Litigation* | *<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 05-CV-4182<br><br>JUDGE DUVAL<br><br>MAG. JUDGE WILKINSON |
|---|---|---|

**ORDER**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion for Status Conference is **GRANTED.**

**IT IS THUS ORDERED, ADJUDGED AND DECREED** that a Status Conference shall take place on the ___ day of _____, 2011, at ___:___ a.m./p.m.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs' counsel and a representative of the State of Louisiana shall attend in person. It is not mandated that a representative for the Defendant insurer be present.

**SO ORDERED,** in New Orleans, Louisiana this ___ day of _____, 2011.

_____
**MAGISTRATE JUDGE WILKINSON**