

| | | | | |
|---|---|---|---|---|
| | SCOTT C. BARNES | ROBERT M. LOEHR | ROBERT E. PRICE | OF COUNSEL: |
| | BRIAN H. BARR | KATHERINE McFARLAND | MARK J. PROCTOR | ROBERT F. KENNEDY, JR. |
| | M. ROBERT BLANCHARD | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | (LICENSED ONLY IN NEW YORK) |
| | BRANDON L. BOGLE | Wm. JEMISON MIMS, JR. | MATTHEW D. SCHULTZ | |
| | VIRGINIA M. BUCHANAN | CLAY MITCHELL | AMANDA R. SLEVINSKI | BEN W. GORDON, JR. |
| LEVIN • PAPANTONIO | WILLIAM F. CASH III | R. LARRY MORRIS | W. CAMERON STEPHENSON | LEFFERTS L. MABIE, JR. (1925-1996) |
| THOMAS • MITCHELL | RACHAEL R. GILMER | K. LEA MORRIS | LEO A. THOMAS | D.L. MIDDLEBROOKS (1926-1997) |
| RAFFERTY & PROCTOR • P.A. | KRISTIAN KRASZEWSKI | PETER J. MOUGEY | BRETT VIGODSKY | DAVID H. LEVIN (1928-2002) |
| PROFESSIONAL CORPORATION    ATTORNEYS AT LAW | KIMBERLY R. LAMBERT | DANIEL A. NIGH | AARON L. WATSON | STANLEY B. LEVIN (1938-2009) |
| | FREDRIC G. LEVIN | TIMOTHY M. O'BRIEN | | |
| | MARTIN H. LEVIN | MIKE PAPANTONIO | | |

May 20, 2011

Sandra Olinde
U.S. Department of Justice
400 Poydras St. 9th Floor
New Orleans, LA 70130

    Re: WGI Document Depository

Dear Ms. Olinde:

    Please accept this as a formal request to view documents pertaining to the Katrina Canal Breaches Consolidated Litigation, case # 05-4182. Enclosed is a CD which contains a copy of the U.S. Corps Indices that has been highlighted to reflect the requested documents. Also on the CD is a spreadsheet listing all of the documents that are being requested. The spreadsheet also lists the page number of the indices from which the document information was pulled.

    Mr. Schultz would like to view these documents in the order they are listed in the spreadsheet. There are 75 boxes he requests to **view first**. Please let me know if you have any questions, I can be reached at 850-435-7140 or via email at mlycus@levinlaw.com.

    I appreciate all of your assistance.

                                                                 Sincerely,

                                                                 Mary Lycus
                                                                 Legal Assistant to Matt Schultz

enclosure (CD)

**PLAINTIFF'S EXHIBIT**
tabbies
A

| Page # of indices | Box | Meta Data No. | Meta Data Box | IPET PB# | Doc. No. | Bates Number | Description | Notes |
|---|---|---|---|---|---|---|---|---|
| 632 through 654 | 1 through 75 | | | | | RSI-008-000000001 through RSI-008-000000023 | These 75 boxes are the documents we request to view first. We would like to view these 75 boxes as well as the others in the order we have them listed | |
| 77 | 9 | | | 97 | 1437 through 1510 | RSI-008-000000011 | IHNC Pit, IHNC docs; | |
| 112 | 12 | | | | 252 | RSI-002-000000046 | Inner Harbor Navigation Canal Lock Study | |
| 116 | 20 | | | | 202 | RSI-002-000000050 | REPORTS - Mississippi River - Gulf Outlet New Lock and Connecting Channels Vols 1, 2 & 3 | |
| 117 | 21 | | | | 175 | RSI-002-000000051 | Filing and Emptying System New Ship Lock, Mississippi River - Gulf Outlet LA | |
| 117 | 21 | | | | 430 | RSI-002-000000051 | Conceptual Design Inner Harbor Ship Lock Replacement Industrial Canal, New Orleans, LA Vol III | |
| 117 | 21 | | | | 430 | RSI-002-000000051 | Conceptual Design Inner Harbor Ship Lock Replacement Industrial Canal, New Orleans, LA Vol IV | |
| 119 | 24 | | | | 430 | RSI-002-000000053 | Replacement of Mississippi River - Gulf Outlet Lock (Industrial Canal Lock) | |
| 119 | 24 | | | | 186 | RSI-002-000000053 | Mississippi River - Gulf Outlet New Lock and Connecting Channels Evaluation Report Vol 3 | |
| 121 | 2 | | | | 186 | RSI-002-000000055 | POC- Larry Poindexter | Entire box |
| 123 | 4 | | | | 376 | RSI-002-000000057 | POC- Larry Poindexter | |
| 124 | 5 | | | | 451 | RSI-002-000000058 | POC- Larry Poindexter -- IHNC Mitigation Information | Entire box |
| 125 | 6 | | | | 375 | RSI-002-000000059 | POC- Larry Poindexter -- IHNC | Entire Box |
| 126 | 7 | | | | 371 | RSI-002-000000060 | POC- Larry Poindexter -- IHNC everything & IHNC - CD's | |
| 127 | 8 | | | | 374 | RSI-002-000000061 | POC- Larry Poindexter -- MRGO Lock | Entire Box |
| | | | | | 377 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 128 | 9 | | 450 | RSI-002-000000062 | POC- Larry Poindexter -- MRGO Lock | Entire box |
| 129 | 10 | | 453 | RSI-002-000000063 | POC- Larry Poindexter -- IHNC | Entire box |
| 130 | 11 | | 372 | RSI-002-000000064 | POC- Larry Poindexter -- IHNC | Entire box |
| 131 | 13 | | 273 | RSI-002-000000065 | IHNC E. Levee | |
| 137 | 2 | | 338 | RSI-002-000000071 | MRGO - LOCK | |
| 144 | 9 | | 148 | RSI-002-000000078 | Draft Rpt of MRGO lock and Conn Channels | |
| 184 | 1026(lpv) | A0004704 | 159 | 466 | RSI-002-000000116 | Lake Orleans & London maps (project title lakefront adjoining orleans, london 17th IHNC canals | |
| 183 | 1027(lpv) | A0004733 | 163 | 445 | RSI-002-000000117 | Lake Point LA & vicinity sub title: Citrus Lakefront LEV IHNC to Paris Rd. | |
| 199 | 1036 | A0007628 | 172 | | RSI-002-000000133 | Florida Ave. Complex Lake Pontchertrain & Vicinity Hurricane Protection Plan - Sub Title Design Memorandum | |
| 199 | 1036 | A0007629 | 172 | | RSI-002-000000133 | Florida Ave. Complex Lake Pontchertrain & Vicinity Hurricane Protection Plan - Sub Title Design Memorandum | |
| 199 | 1036 | A0007630 | 172 | | RSI-002-000000133 | Lake Pontchartrain LA & Vicinity Florida Ave Complex Sub Title: Review of the Plans & Comments | |
| 247 | IHNC-1025 | | | 352 | RSI-002-000000181 | New Lock and Connecting Channels | |
| 247 | IHNC-1025 | | | F-4832-2C | RSI-002-000000181 | Galverez St. Warf Demolition | |
| 252 | | | | 463 | RSI-002-000000186 | Index of records for Operations Division, Maintenance Section. OD-YC. Equip Rental Contract W912P8-06-C-0116 | |
| 252 | | | | 463 | RSI-002-000000186 | Index of records for Operations Division, Maintenance Section. OD-YC. Equip Rental Contract W912P8-06-C-0066 | |
| 252 | | | | 463 | RSI-002-000000186 | Index of records for Operations Division, Maintenance Section. OD-YC. Equip Rental Contract W912P8-06-C-0250 | |
| 252 | | | | 463 | RSI-002-000000186 | Index of records for Operations Division, Maintenance Section. OD-YC. Equip Rental Contract W912P8-06-C-0105 | |

| | | | | | |
|---|---|---|---|---|---|
| 256 | Box I-1001 | | 475 | 1 | RSI-002-000000190 | IHNC, Lock replacement, naval architecture, Riverside Gatebay,& Chamber, Lakeside Gatebay & Chamber. Contract # DACW 29-02-D-0008 | |
| 256 | Box I-1001 | | 475 | 2 | RSI-002-000000190 | IHNC, Lock Replacement, DDR, Phase I Design - 95% Submittal, USACE Contract #DACW 29-02-D-008, T.O. #1 | |
| 256 | Box I-1001 | | 475 | 3 | RSI-002-000000190 | IHNC, Lock Replacement, Riverside and Lakeside Gatebays, Float-in Design, 95% Submittal, Structural Calculations, Quantities & Costs, USACE Contract # DACW 29-02-I-008 | |
| 256 | Box I-1001 | | 475 | 4 | RSI-002-000000190 | IHNC, Lock Replacement, Design Calcs, Lakeside Gatebay Module, 95% Submittal, USACE Contract #DACW 29-02-D-008 | |
| 256 | Box I-1001 | | 475 | 5 | RSI-002-000000190 | IHNC, Lock Replacement, Structure, Alternative File Study, Contract No. 29-02-D-0008 | |
| 257 | Box I-1001 | | 475 | 6 | RSI-002-000000191 | IHNC, Lock Replacement Structure, Module Draft Study, Contract #29-02-D-008 | |
| 258 | | | | | CEMVN-ERSI-002-000000192 | Lightweight Concrete Constructibility Study URS | Bookcase, Room 202 |
| 258 | | | | | CEMVN-ERSI-002-000000192 | 95% DDR, Lock Design | Bookcase, Room 202 |
| 259 | Box I-1002 | | 363 | 1 | RSI-002-000000193 | USACE, N.O. District, Alt. Constructibility Recommendations for the IHNC Lock Replacement Structure, Sept.03, Prepared by: Ben C. Gerwick, Inc. | |
| 259 | Box I-1002 | | 363 | 2 | RSI-002-000000193 | MRGO, New Lock and Connecting Channels, LA Evaluation Study | |
| 259 | Box I-1002 | | 363 | 4 | RSI-002-000000193 | IHNC Lock Soil Improvement ITR | |
| 259 | Box I-1002 | | 363 | 5 | RSI-002-000000193 | IHNC Floodwall/Levee Soil Cement Costs | |
| 259 | Box I-1002 | | 363 | 6 | RSI-002-000000193 | IHNC Turnover Files (Folder | |
| 260 | Box I-1002 | | | | RSI-002-000000194 | IHNC, Lock Replacement Orleans Parish, LA DDR #2, Levees, Floodwalls & Channels | |
| 260 | | | | | RSI-002-000000194 | DACW 29-99-D-0022 Jan. '01 - BCG included in Box I-1000 | |

| | | | | | |
|---|---|---|---|---|---|
| 261 | | | CEMVN-ERSI-002-000000195 | IHNC Hydraulic Model Investigation (Lock Filling and Emptying) | Mar '03 |
| 261 | | | CEMVN-ERSI-002-000000195 | IHNC Final Report and Inactive Model Maintenance (Lock Filling and Emptying) | Aug '01 |
| 261 | | | CEMVN-ERSI-002-000000195 | IHNC Facility Relocation Study | April '99 |
| 261 | | | CEMVN-ERSI-002-000000195 | The NOS&WB Florida Avenue Sephon | Jan '00 |
| 261 | | | CEMVN-ERSI-002-000000195 | IHNC PMP | Feb '01 |
| 262 | BOX I-1003 | 467 | 1 RSI-002-000000196 | IHNC, Lock Replacement, Naval Architecture, Riverside Gatebay & Chamber, Lakeside Batebay & chamber 95% Calcs. USAGE Contract #DACW 29-02-D-008 | URS IHNC Nov'05 95% DDR, Lock Design (FIP) |
| 262 | BOX I-1003 | 467 | 2 RSI-002-000000196 | IHNC, Lock Replacement, DDR, Phase I Design 95 % Submittal, USACE Contract # DACW 29-02-D-008 . IHNC, Lock Replacement DDR, Phase I 50% Submittal | URS IHNC Nov'05 95% DDR, Lock Design (FIP) |
| 262 | BOX I-1003 | 467 | 3 RSI-002-000000196 | IHNC, Lock Replacement, Riverside and Lakeside Gatebays, Float-in Design 95% Submittal, Structural Calculations, Quantities & Costs, USACE Contract # DACW 29-02-I-008 | URS IHNC Nov'05 95% DDR, Lock Design (FIP) |
| 262 | BOX I-1003 | 467 | 4 RSI-002-000000196 | IHNC, Lock Replacement, Design Calcs, Lakeside Gatebay Module, 95% Submittal, USACE Contract #DACW 29-02-D-008 | URS IHNC Nov'05 95% DDR, Lock Design (FIP) |
| 262 | BOX I-1003 | 467 | 5 RSI-002-000000196 | IHNC, Lock Replacement, Structure, Alternative Pile Study, Contract No. 29-02-D-008 | URS IHNC Nov'05 95% DDR, Lock Design (FIP) |
| 262 | BOX I-1003 | 467 | 6 RSI-002-000000196 | UNABLE TO VIEW, CUT OFF AT THE BOTTOM OF PAGE - PLEASE PULL ALSO | URS IHNC Nov'05 95% DDR, Lock Design (FIP) |
| 263 | BOX I-1003 | 467 | 7 RSI-002-000000197 | IHNC Sampling (Folder) 11/16/05 | URS IHNC Nov'05 95% DDR, Lock Design (FIP) |
| 263 | BOX I-1003 | 467 | 8 RSI-002-000000197 | IHNC Budget Amt. '05 (Folder) | URS IHNC Nov'05 95% DDR, Lock Design (FIP) |

| | | | | |
|---|---|---|---|---|
| 264 BOX I-1004 | | 370 | 1 RSI-002-000000198 | IHNC Lock Replacement, Lightweight Concrete Constructibility Study June 03 URS | IHNC A. Loose IHNC info, AA. Box of Disks Labeled IHNC App.C Part III |
| 264 BOX I-1004 | | 370 | 2 RSI-002-000000198 | IHNC Lock Replacement, Bulkheads, Gates & Graving Site, Design Calcs & Quantities 95% Submittal, URS, Contract No. DACW 29-02-D-0008 | IHNC A. Loose IHNC info, AA. Box of Disks Labeled IHNC App.C Part III |
| 264 BOX I-1004 | | 370 | 4 RSI-002-000000198 | IHNC Lock Replacement; Structural Analysis Riverside Gatebay Module, Operational Loads Book 1 of 2 & Book 2 of 2, URS, Contract #DACW 29-02-D-0008 | IHNC A. Loose IHNC info, AA. Box of Disks Labeled IHNC App.C Part III |
| 264 BOX I-1004 | | 370 | 5 RSI-002-000000198 | IHNC, Lock Replacement, Geotecnical Design Calds, URS, USACE Contract # DACW29-02-D-0008 | IHNC A. Loose IHNC info, AA. Box of Disks Labeled IHNC App.C Part III |
| 265 BOX I-1005 | | 469 | 1 RSI-002-000000199 | Above ground structures report, environmental support to IHNC, New Lock & Connecting Channels; Contract No. DACW 29-97-D-0019; Vol. I Above Ground structures report cost estimating tables ; prepared by Dames & Moore Aug 99/ Feb 00 | IHNC A. Loose IHNC info, AA. Box of Disks Labeled IHNC App.C Part III |
| 265 BOX I-1005 | | 469 | 2 RSI-002-000000199 | IHNC Lock Replacement; Design Calcs Chamber Modules (CM2 and CM4) 95% Submittal; USACE Contract # DACW 29-02-D-0008 | IHNC |
| 265 BOX I-1005 | | 469 | 3 RSI-002-000000199 | IHNC Miscellaneous Files | |
| 266 | | | CEMVN-E RSI-002-000000200 | IHNC First Three Year Mitigation Plan (Needs and Mitigation Plan) July '00 | Bookcase, Room 202 |
| 266 | | | RSI-002-000000200 | Vertical Lift Bridge Alternative Mar '03 | Bookcase, Room 202 |
| 266 | | | RSI-002-000000200 | Claiborne Avenue Bridge Replacement VE Study Nov '02 | Bookcase, Room 202 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 268 | BOX I-1007 | | 1 | RSI-002-000000202 | IHNC, Lock Replacement Project Orleans Parish, LA, DDP #3, Lock Foundation, Report, May 2002 Vol.1 through Vol. 8 | |
| 270 | BOX IHNC 1014 | | 1 | RSI-002-000000202 | IHNC Ship Lock | |
| 270 | BOX IHNC 1014 | | 2 | RSI-002-000000204 | IHNC Ship Lock Plain Table Survey Notes | |
| 273 | BOX IHNC 1016 | | | RSI-002-000000204 | Lock files | |
| 273 | BOX IHNC 1016 | | | RSI-002-000000207 | New Lock & Connecting Channels 9/2/05 URS H-2-46087 | |
| 273 | BOX IHNC 1016 | | | RSI-002-000000207 | New Lock & Connecting Channels 4/2005, URS, H-2-46087 | |
| 273 | BOX IHNC 1016 | | | RSI-002-000000207 | new Lock & Connecting Channels Aug 2004 URS H-2-46087 Draft Study | |
| 290 | | | | RSI-003-000000009 | Misc Soil Bors Testing & related scvs concp design w/ opt prefrap lock strt to replace exist inner hrbr nav. Canal DK. Misc sil borings tst & rltd scvs w/in limits of NOD. Miss Rl Auto Rvt Maint (CY91) CRS svs | Accession number 4314. Agency Box numbers 7/8. Destruction date 1/2000? |
| 451 | 1 of 11 | | 1 | RSI-003-000000170 | Floodwalls & Plumbing Stations vic of IHNC, East Bank, New Orleans. 1. France Road to Lake Shore Dr. and Misc. | Accession number 878 09335 2196 |
| 451 | 1 of 11 | | 2 | RSI-003-000000170 | Floodwalls & Plumbing Stations vic of IHNC, East Bank, New Orleans. 2. Computations for Fl. Ave. Floodwall and Floodgates | Accession number 878 09335 2196 |
| 451 | 1 of 11 | | 3 | RSI-003-000000170 | Floodwalls & Plumbing Stations vic of IHNC, East Bank, New Orleans. 3. Lincoln Beach | Accession number 878 09335 2196 |
| 451 | 1 of 11 | | 4 | RSI-003-000000170 | Floodwalls & Plumbing Stations vic of IHNC, East Bank, New Orleans. 4. Jourdan Road Terminal Test Pile Program | Accession number 878 09335 2196 |
| 452 | 1 of 11 | | 5 | RSI-003-000000171 | Floodwalls & Plumbing Stations vic of IHNC, East Bank, New Orleans. 5. Floodwall and Floodgate Construction | Accession number 878 09335 2196 |

| | | | | |
|---|---|---|---|---|
| 452 | 1 of 11 | 6 | RSI-003-000000171 | Floodwalls & Plumbing Stations vic of IHNC, East Bank, New Orleans. 6. DM - Florida Ave Complex | Accession number 878 093352196 |
| 452 | 1 of 11 | 7 | RSI-003-000000171 | Floodwalls & Plumbing Stations vic of IHNC, East Bank, New Orleans. 7. Contract Documents and Constructions Specs. | Accession number 878 093352196 |
| 452 | 1 of 11 | 8 | RSI-003-000000171 | Floodwalls & Plumbing Stations vic of IHNC, East Bank, New Orleans. 8. Specs for Drainage Pumping Stations No. 19 | Accession number 878 093352196 |
| 452 | 1 of 11 | 9 | RSI-003-000000171 | Floodwalls & Plumbing Stations vic of IHNC, East Bank, New Orleans. 9. Geotechnical investigation | Accession number 878 093352196 |
| 457 | 9 of 11 | | RSI-003-000000176 | Floodwall Computations for Jordan Road FL Ave. Bridge Lincoln Beach & NOD | Accession number 886 093352034 |
| 458 | 9 of 11 | 1 | RSI-003-000000177 | Floodwall Computations for Jordan Road FL Ave. Bridge Lincoln Beach & NOD 1. Contract document & construction specs | Accession number 886 093352034 |
| 458 | 9 of 11 | 2 | RSI-003-000000177 | Floodwall Computations for Jordan Road FL Ave. Bridge Lincoln Beach & NOD 2. Photo INHC to Paris Road | Accession number 886 093352034 |
| 458 | 9 of 11 | 3 | RSI-003-000000177 | Floodwall Computations for Jordan Road FL Ave. Bridge Lincoln Beach & NOD 3. Miscellaneous | Accession number 886 093352034 |
| 458 | 9 of 11 | 4 | RSI-003-000000177 | Floodwall Computations for Jordan Road FL Ave. Bridge Lincoln Beach & NOD 4. Contract Documents & Specs | Accession number 886 093352034 |
| 458 | 9 of 11 | 5 | RSI-003-000000177 | Floodwall Computations for Jordan Road FL Ave. Bridge Lincoln Beach & NOD 5. Preliminary Route System - Paris Road | Accession number 886 093352034 |
| 458 | 9 of 11 | 6 | RSI-003-000000177 | Floodwall Computations for Jordan Road FL Ave. Bridge Lincoln Beach & NOD 6. Area Plan | Accession number 886 093352034 |
| 461 | 11 of 11 | 1 | RSI-003-000000180 | Florida Ave Complex - Spanish plaza correspondence 1. Engineering Conside Rations | Accession number 888 093352192 |

| | | | |
|---|---|---|---|
| 461 11 of 11 | 2 | RSI-003-000000180 | Florida Ave Complex - Spanish plaza correspondence 2. Surveys, Cost Estimates | Accession number 888 093352192 |
| 461 11 of 11 | 3 | RSI-003-000000180 | Florida Ave Complex - Spanish plaza correspondence 3. Review of DM & Phase two | Accession number 888 093352192 |
| 462 11 of 11 | 4 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 4. Correspondence | Accession number 888 093352192 |
| 462 11 of 11 | 5 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 5. DM Comments | Accession number 888 093352192 |
| 462 11 of 11 | 6 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 6. J & L Warehouse | Accession number 888 093352192 |
| 462 11 of 11 | 7 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 7. Test Piles | Accession number 888 093352192 |
| 462 11 of 11 | 8 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 8. Design Computations | Accession number 888 093352192 |
| 462 11 of 11 | 9 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 9. Alinement Details | Accession number 888 093352192 |
| 462 11 of 11 | 10 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 10. General | Accession number 888 093352192 |
| 462 11 of 11 | 11 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 11. North Florida Ave Floodwall | Accession number 888 093352192 |
| 462 11 of 11 | 12 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 12. Survey 1979 | Accession number 888 093352192 |
| 462 11 of 11 | 13 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 13. GDM Write up | Accession number 888 093352192 |
| 462 11 of 11 | 14 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 14. Photos | Accession number 888 093352192 |
| 462 11 of 11 | 15 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 15. Road Crossing Aver Canal | Accession number 888 093352192 |
| 462 11 of 11 | 16 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 16. L&N RR Gate | Accession number 888 093352192 |
| 462 11 of 11 | 17 | RSI-003-000000181 | Florida Ave Complex - Spanish plaza correspondence 17. AE Negotiation | Accession number 888 093352192 |

| | | | | |
|---|---|---|---|---|
| 499 9 of 28 | | | RSI-003-000000218 | MRGO Barge/Shiplock | |
| 499 9 of 28 | | | RSI-003-000000218 | IHNC Lock Feas Study | |
| 501 15 of 28 | | | RSI-003-000000220 | MRGO New Lock & Connecting Channel | Accession number R2768 |
| 501 15 of 28 | | | RSI-003-000000220 | MRGO New Ship Lock Emergency Closure Model Study | Accession number R2768 |
| 501 15 of 28 | | | RSI-003-000000220 | MRGO New Ship Lock Filing & Emptying Model Folders 1&2 | Accession number R2768 |
| 501 15 of 28 | | | RSI-003-000000220 | MRGO New Ship Lock Forebay Model Study | Accession number R2768 |
| 501 15 of 28 | | | RSI-003-000000220 | Sedimentation Investigation | Accession number R2768 |
| 503 20 of 28 | | | RSI-003-000000222 | IHNC Lock Model Study | Accession number R2774 |
| 505 23 of 28 | | | RSI-003-000000224 | MRGO New Ship lock (IHNC) | Accession number R2776 |
| 505 23 of 28 | | | RSI-003-000000224 | MRGO Project | Accession number R2776 |
| 505 23 of 28 | | | RSI-003-000000224 | MRGO New Lock | Accession number R2776 |
| 505 23 of 28 | | | RSI-003-000000224 | MRGO New Ship Lock Effects on Water Quality | Accession number R2776 |
| 505 23 of 28 | | | RSI-003-000000224 | MRGO Folder 1 problem statement MRGO Folder 2 | Accession number R2776 |
| 509 1 of 1 | | | RSI-003-000000228 | Real Estate Appraisal Branch 405 MRGO IHNC (ENTIRE BOX) | Accession number R2890 |
| 537 12 of 22 | | | RSI-006-000000018 | Box 12 of 22 MRGO, GIWW & IHNC: 2001 IHNC, SE Guidewall and Dolphin Replacement, Plans; 2001 IHNC Final SE Guidewall and Dolphin Replacement Drawings | |

| | | | |
|---|---|---|---|
| 544 | 19 of 22 | RSI-006-000000025 | Box 12 of 22: 2002 IHNC, SE Guidewall and Dolphin Replacement. All Submittals, Variances, Drawings and correspondence (only item listed for this box, probably the entire box) |
| 545 | | RSI-006-000000026 | Box 20 of 22 :MRGO : 2004 MRGO/Lake Borgne Concrete Wall Design Evaluation |
| 545 | | RSI-006-000000026 | Box 20 of 22 :MRGO: 2003 CWPPRA Lake Borgne and MRGO, Files and E-mails |
| 550 | 106 of 123 | RSI-007-000000003 | LA 55270 Congressional, MS River Gulf Outlet Ship Lock & Connecting Channels w/ encls. MS River Gulf |
| 550 | 106 of 123 | RSI-007-000000003 | Outlet Ship Lock & connecting Channel 11410 Cong. MS River Gulf Outlet St. Bernard Parish bank erosion |

# Mary Lycus

| | |
|---|---|
| **From:** | Mary Lycus |
| **Sent:** | Thursday, May 26, 2011 4:34 PM |
| **To:** | 'jim.mcConnon@usdoj.gov' |
| **Subject:** | Document Request |
| **Attachments:** | Physical Evidence Indices.pdf; Physical Evidence Indices 49.pdf |

Mr. McConnon,
   Mr. Schultz also requests to view everything on page 49 of the Physical Evidence Indices (I have attached as a single page as well). Let me know if you have any questions.

Thank you

Mary Lycus
Legal Assistant to Matt Schultz and Clay Mitchell
Levin, Papantonio, Thomas, Mitchell,
  Rafferty and Proctor, P.A.
316 S. Baylen Street
Pensacola, FL  32502-5996
850-435-7140 V
850-436-6140 F


THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR.  THEN DELETE IT. THANK YOU.



**PLAINTIFF'S EXHIBIT B**

5/31/2011

| EVIDENCE/PROPERTY CUSTODY DOCUMENT | | MPR/CID SEQUENCE NUMBER |
|---|---|---|
| For use of this form see AR 190 45 and AR 195 5 the proponent agency is US Army Criminal Investigation Command | | CRD REPORT/CID ROI NUMBER |

| RECEIVING ACTIVITY | LOCATION |
|---|---|
| USAED, NO, LA | 7400 Leake Ave  NO LA 70118 |

**NAME GRADE AND TITLE OF PERSON FROM WHOM RECEIVED**  
☐ OWNER  Lane Lefort  
☒ OTHER  GS-7  

**ADDRESS (Include Zip Code)**  
7400 Leake Ave  
NO LA 70118

| LOCATION FROM WHERE OBTAINED | REASON OBTAINED | TIME/DATE OBTAINED |
|---|---|---|
| USAED, NO | Storage | 16:45  1/13/06 |

| ITEM NO | QUANTITY | DESCRIPTION OF ARTICLES (Include model serial number condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 each | SONY BETA TAPES |
| ↓ | | |
| 12 | | |
| 13 | 1 | COMPACT FLASH |

TAPES/PHOTOS - MATERIAL RECOVERY  
IHNC - EAST - CAJUN ON 1/13/06

**CHAIN OF CUSTODY**

| ITEM NO | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1/13 | 1/13/06 | SIGNATURE  NAME GRADE OR TITLE  LANE LEFORT GS-7 | SIGNATURE  NAME GRADE OR TITLE  Peudau Hechant GS13 | Storage |
| | | SIGNATURE  NAME GRADE OR TITLE | SIGNATURE  NAME GRADE OR TITLE | |
| | | SIGNATURE  NAME GRADE OR TITLE | SIGNATURE  NAME GRADE OR TITLE | |
| | | SIGNATURE  NAME GRADE OR TITLE | SIGNATURE  NAME GRADE OR TITLE | |
| | | SIGNATURE  NAME GRADE OR TITLE | SIGNATURE  NAME GRADE OR TITLE | |

DA FORM 4137, 1 JUL 76  Replaces DA FORM 4137 1 Aug 74 and DA FORM 4137 R Privacy Act Statement 26 Sep 75 Which are Obsolete   LOCATION_____   DOCUMENT NUMBER_____   USAPPC V1 00

30

# Mary Lycus

| | |
|---|---|
| **From:** | Mary Lycus |
| **Sent:** | Thursday, May 26, 2011 3:38 PM |
| **To:** | 'jim.mcConnon@usdoj.gov' |
| **Subject:** | FW: Real Estate Index |
| **Attachments:** | RealEstate Docs.pdf; RealEstate index.xls |

Mr. McConnon,
  In addition to the request Sandra Olinde forwarded to you from our office, please find attached a request to view documents that are listed on the Real Estate Index for the Katrina case. I have also listed the relevant documents in the attached spreadsheet. Please let me know if you have any questions. If you could also let me know how long it will take before we can begin to review the documents from the first request (U.S. Corps Indices).

Thank you

Mary Lycus
Legal Assistant to Matt Schultz and Clay Mitchell
Levin, Papantonio, Thomas, Mitchell,
  Rafferty and Proctor, P.A.
316 S. Baylen Street
Pensacola, FL  32502-5996
850-435-7140 V
850-436-6140 F


THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR.  THEN DELETE IT. THANK YOU.



PLAINTIFF'S
EXHIBIT
C

5/31/2011

| Page # of index | Project | BOX# | PB # | Bates Number | Location of File | Descriptions | Notes |
|---|---|---|---|---|---|---|---|
| 17 | Inner Harbor Navigation Canal & Lock | 4 of 15 | 7062 | RSI-009-00000017 | | Inner Harbor Navigation Canal & Lock Maps File | Miscellaneous Files |
| 18 | Inner Harbor Navigation Canal & Lock | 5 of 15 | 7063 | RSI-009-00000018 | | Inner Harbor Navigation Canal & Lock General Correspondence | Miscellaneous Files |
| | | | | | | Inner Harbor Navigational Canal Volume I of III | Historical Files |
| | | | | | | Inner Harbor Navigational Canal Volume II of III | Historical Files |
| | | | | | | Inner Harbor Navigational Canal Volume III of III | Historical Files |
| 38 | IHNC Replacement Lock Orleans Parish, Louisiana Maps (2003-2004) | 1 of 5 | 7074 | RSI-009-00000038 | Cabinet 20, Side A Row 7 | | |
| 38 | IHNC Replacement Lock Orleans Parish, Louisiana Maps Vol. 8 (2000-2004) | 2 of 5 | 7075 | RSI-009-00000038 | Cabinet 20, Side A Row 7 | | |
| 38 | IHNC New Lock & Connecting Channels Orleans, Parish Maps (2000) | 1 of 5 | 7074 | RSI-009-00000038 | Cabinet 20, Side A Row 7 | | |
| 39 | IHNC New Lock & Connecting Channels Orleans Parish, Louisiana Vol. 7 (Jan-Apr 1999) | 2 of 5 | 7075 | RSI-009-00000039 | Cabinet 20, Side A Row 7 | | |
| 39 | IHNC New Lock & Connecting Channels Orleans Parish, Louisiana Maps (1999) | 2 of 5 | 7075 | RSI-009-00000039 | Cabinet 20, Side A Row 7 | | |
| 39 | IHNC New Lock & Connecting Channels Orleans Parish, Louisiana Vol. 8 (May-Aug 1999) | 3 of 5 | 7076 | RSI-009-00000039 | Cabinet 20, Side A Row 7 | | |

| | | | |
|---|---|---|---|
| IHNC New Lock & Connecting Channels Orleans Parish, Louisiana Vol. 9 (Sep-Dec 1999) | 39 | 3 of 5 | 7076 | RSI-009-00000039 | Cabinet 20, Side A Row 7 |
| IHNC New Lock & Connecting Channels Orleans Parish, Louisiana Vol. 10 (Jan-Oct 2000) | 39 | 3 of 5 | 7076 | RSI-009-00000039 | Cabinet 20, Side A Row 7 |
| IHNC New Lock & Connecting Channels Orleans Parish, Louisiana Vol. 11 (Nov-Dec 2000) | 39 | 3 of 5 | 7076 | RSI-009-00000039 | Cabinet 20, Side A Row 7 |
| IHNC New Lock & Connecting Channels Orleans Parish, Louisiana Vol. 12 (Jan-Apr 2001) | 39 | 3 of 5 | 7076 | RSI-009-00000039 | Cabinet 20, Side A Row 7 |
| IHNC New Lock & Connecting Channels Orleans Parish, Louisiana Vol. 13 (May-Dec 2001) | 39 | 3 of 5 | 7076 | RSI-009-00000039 | Cabinet 20, Side A Row 7 |
| IHNC New Lock & Connecting Channels Orleans Parish, Louisiana Vol. 14 (2002) | 39 | 3 of 5 | 7076 | RSI-009-00000039 | Cabinet 20, Side A Row 7 |
| IHNC New Lock & Connecting Channels Reevaluation Study, Orleans Parish, Louisiana Vol. 15 (2002) | 39 | 3 of 5 | 7076 | RSI-009-00000039 | Cabinet 20, Side A Row 7 |
| IHNC Replacement Lock Orleans Parish, Louisiana Maps (1998-2001) | 40 | 3 of 5 | 7076 | RSI-009-00000040 | Cabinet 20, Side A Row 7 |

| | | | | |
|---|---|---|---|---|
| IHNC Replacement Lock North of Claiborne Avenue Site Orleans Parish, Louisiana Maps | 40 | 4 of 5 | RSI-009-000000040 | Cabinet 20, Side A Row 8 |
| IHNC Lock Replacement Project Relocations Orleans Parish, Louisiana Vol. 1 (1999-2001) | 40 | 4 of 5 | RSI-009-000000040 | Cabinet 20, Side A Row 8 |
| IHNC Lock Replacement Project Relocation Assistance, Orleans Parish, Louisiana Vol. 1 (1999-Apr 2000) | 40 | 4 of 5 | RSI-009-000000040 | Cabinet 20, Side A Row 8 |
| IHNC Lock Replacement Project Relocation Assistance, Orleans Parish, Louisiana Vol. 2 (2000-2003) | 41 | 4 of 5 | RSI-009-000000040 | Cabinet 20, Side A Row 8 |
| IHNC Lock Replacement Project Orleans Parish, Louisiana Vol. 2 (May 2000-2001) | 41 | 5 of 5 | RSI-009-000000041 | Cabinet 20, Side A Row 8 |
| IHNC Lock Replacement Project Orleans Parish, Louisiana Vol. 3 (2002) | 41 | 5 of 5 | RSI-009-000000041 | Cabinet 20, Side A Row 8 |
| IHNC New Lock & Connecting Channels Orleans Parish, Louisiana Vol. 1 (1999-2002) | 41 | 5 of 5 | RSI-009-000000041 | Cabinet 20, Side A Row 8 |
| IHNC New Lock & Connecting Channels Orleans Parish, Louisiana Vol. 1 (1999-) | 41 | 5 of 5 | RSI-009-000000041 | Cabinet 20, Side A Row 8 |

| IHNC New Lock & Connecting Channels Orleans Parish, Louisiana | 41 | Vol. 1 (1999-) | 5 of 5 | RSI-009-7078000000041 | Cabinet 20, Side A Row 8 |
| IHNC New Lock & Connecting Channels Orleans Parish, Louisiana | 41 | Vol. 1 (1999-) | 5 of 5 | RSI-009-7078000000041 | Cabinet 20, Side A Row 8 |