UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:   MRGO<br>            *Armstrong*, No. 10-866 | |

## NOTICE OF SUBPOENA TO EUSTIS ENGINEERING SERVICES, LLC AND EUSTIS ENGINEERING CO., INC.

Pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice to defendants United States and URS Energy & Construction, Inc. (formerly Washington Group International, Inc.) of a subpoena to produce documents and other materials served on Eustis Engineering Services, LLC, (attached hereto as Exhibit "A") and Eustis Engineering Co., Inc. (attached hereto as Exhibit "B").

Dated:  June 1, 2011

                              **Respectfully Submitted,**
                              **PLAINTIFFS LIAISON COUNSEL**

                                  /s/ Joseph M. Bruno
                              JOSEPH M. BRUNO (La. Bar # 3604)
                              Bruno & Bruno, LLP
                              855 Baronne Street
                              New Orleans, Louisiana 70113
                              Telephone: (504) 525-1335
                              Facsimile: (504) 561-6775
                              Email: jbruno@brunobrunolaw.com

                              **MR-GO PLAINTIFFS SUB-GROUP LITIGATION**
                              **COMMITTEE**

                                  /s/ James Parkerson Roy

JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

    /s/Andrew P. Owen
ANDREW P. OWEN
*Admitted Pro Hac Vice*
The Trial Law Firm PC
800 Wilshire Blvd, Suite 800
Los Angeles, CA 90017
Telephone: (213) 347-0290
Facsimile: (213) 347-0299
Email: aowen@oslaw.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on June 1, 2011.

    /s/ Joseph M. Bruno