UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182

PERTAINS TO:                            SECTION "K"(2)
   *Armstrong*, C.A. No. 10-866
   *Entergy*, C.A. No. 10-77

## ORDER

**IT IS ORDERED** that there shall be **no oral argument** with respect to the United States' Motion to Dismiss (Doc. 20244) and Defendant Washington Group International, Inc.'s Motion Regarding Continued Availability of Government Contractor Defense (Doc. 20245) set on June 16, 2011.

New Orleans, Louisiana, this 6th day of June, 2011.

                                            **STANWOOD R. DUVAL, JR.**
                                  **UNITED STATES DISTRICT COURT JUDGE**