| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Summary of ECF Activity |
| Date: | Wednesday, May 18, 2011 12:09:59 AM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
**\*\*\* NOTE TO PUBLIC ACCESS USERS \*\*\***
**This Daily Summary Report may contain documents for which one or more of the following policies apply:**

**Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**There is no charge for viewing opinions.**

**Activity has occurred in the following cases:**

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion to Dismiss/Lack of Jurisdiction  20244**

**Docket Text:**
MOTION to Dismiss for Lack of Jurisdiction by United States of America(07-5144, 07-5146, 07-5155, 07-5174, 07-5181, 07-5182, 07-5184, 07-5185, 07-5186, 07-5187, 07-5191, 07-5193, 07-5195, 07-5220, 07-5226, 07-5228, 07-5241, 07-5254, 07-5286, 07-5318, 07-5319, 07-5321, 07-5322, 07-5323, 07-5324 ). Motion set for 6/16/2011 01:30 PM before Judge Stanwood R. Duval Jr.. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1 --- Livers Administrative Claim, # (3) Exhibit 2 --- Holmes Administrative Claim, # (4) Exhibit 3 --- Washington Administrative Claims)(Reference: 10-866)(Ehrlich, Jeffrey)

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Motion for Miscellaneous Relief  20245**

**Docket Text:**
MOTION Continued Availability of Government Contractor Defense by Washington Group International, Inc.(07-5007, 07-5011, 07-5012, 07-5013, 07-5016, 07-5020, 07-5067, 07-5254, 07-5286, 07-5327, 07-5339, 07-5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, 07-5366, 07-5375, 07-5397). Motion set for 6/16/2011 01:30 PM before Judge Stanwood R. Duval Jr.. (Attachments: # (1) Memorandum in Support, # (2) Notice of Submission)(Reference: MRGO)(Treeby, William)