| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Summary of ECF Activity |
| **Date:** | Friday, May 27, 2011 12:10:06 AM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

*** NOTE TO PUBLIC ACCESS USERS ***

**This Daily Summary Report may contain documents for which one or more of the following policies apply:**

**Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**There is no charge for viewing opinions.**

**Activity has occurred in the following cases:**

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Request for Summons Issued  20252**

**Docket Text:**
INSURANCE (06-5164): Request of Summons Issued as to Countrywide Home Loans, Louisiana State filed by Lexington Insurance Company re [20173] Crossclaim. (Reference: INSURANCE (06-5164)(blg)

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Summons Issued  20253**

**Docket Text:**
INSURANCE (06-5164): Summons Issued as to Countrywide Home Loans, Louisiana State. (Reference: INSURANCE (06-5164)(blg)

**2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation**
**Response/Memorandum in Support of Motion  20254**

**Docket Text:**
RESPONSE/MEMORANDUM in Support filed by Washington Group International, Inc.(06-5308, 06-5785, 06-8708, 07-1113, 07-1349) re [20245] MOTION Continued Availability of Government Contractor Defense. (Reference: 05-4182)(Lonian, Heather)