UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

## MOTION TO ENROLL

**NOW INTO** COURT, through undersigned counsel, comes Washington Group International, Inc. ("WGI"), which respectfully moves to enroll James C. Gulotta, Jr. of the law firm of Stone Pigman Walther Wittmann L.L.C. as additional counsel of record in the above-captioned proceedings.

**WHEREFORE**, Washington Group International, Inc. respectfully moves to enroll James C. Gulotta, Jr. of the law firm of Stone Pigman Walther Wittmann L.L.C. as additional counsel of record.

1058918v.1

| | |
|---|---|
| Dated:  June 7, 2011 | Respectfully submitted, |

/s/Heather S. Lonian
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Enroll has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 7th day of June, 2011.

/s/Heather S. Lonian