UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: MRGO | * <br> * <br> * <br> * <br> * | SECTION "K" (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

**<u>UNOPPOSED EX PARTE MOTION TO EXTEND DEADLINES</u>**

Washington Group International, Inc. ("WGI"), hereby respectfully moves for an extension of the pre-trial deadlines set forth in the Court's March 17, 2011 Order as set forth below. WGII represents that it has conferred with counsel for Plaintiffs and the United States, and that they have no opposition to the relief sought herein.

1. The deadline for the obtaining of soil borings and their provision to the parties' respective geotechnical experts is extended from June 20, 2011 to August 8, 2011.

2. The deadline for the completion of geotechnical testing is extended from September 6, 2011 to October 24, 2011.

3. The deadline for the sharing of geotechnical testing results is extended from September 19, 2011 to November 7, 2011.

4. The deadline for the production of Plaintiffs' geotechnical and/or hydrological expert reports is extended from October 5, 2011 to December 5, 2011.

5. The deadline for the production of Defendants' geotechnical and/or hydrological expert reports is extended from November 21, 2011 to January 9, 2012.

6. The deadline for the production of Plaintiffs' rebuttal geotechnical and/or hydrological expert reports is extended from December 6, 2011 to January 23, 2012.

7. The deadline for the completion of depositions and discovery is extended from February 10, 2012 to February 17, 2012.

8. The deadline for the filing of *Daubert* motions is extended from March 5, 2012 to March 12, 2012.

1058871v.1

9. The deadline for the filing of oppositions to *Daubert* motions is extended from March 26, 2012 to April 3, 2012.

10. The deadline for the filing of reply briefs in support of *Daubert* motions is extended from April 5, 2012 to April 10, 2012.

**WHEREFORE**, Washington Group International, Inc. respectfully moves for an extension of the pre-trial deadlines as set forth herein.

Dated:  June 8, 2011

Respectfully submitted,

/s/*Heather S. Lonian*
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Ex Parte Motion to Extend Deadlines has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 8th day of June, 2011.

*/s/Heather S. Lonian*
