UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL |
| | MAG. WILKINSON |

## ORDER

At the request of Kevin Klibert, counsel for those plaintiffs identified in Exhibit A to his Motion for Status Conference, Record Doc. No. 20258,

**IT IS ORDERED** that a status conference will be conducted before me on **July 13, 2011 at 3:00 p.m.** Plaintiffs' counsel and Daniel A. Rees must appear in person. A representative of the defendant insurer need not be present.

New Orleans, Louisiana, this  8th  day of June, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**

**ATTORNEY KEVIN P. KLIBERT**

**DANIEL A. REES, LEGAL COUNSEL**
**OFFICE OF COMMUNITY DEVELOPMENT – DISASTER RECOVERY UNIT**
**DIVISION OF ADMINISTRATION, STATE OF LOUISIANA**
**P.O. BOX 94095**
**BATON ROUGE, LOUISIANA 70804-9095**