UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: MRGO | * <br> * <br> * <br> * <br> * | SECTION "K" (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

## **O R D E R**

Considering the foregoing Joint Motion to Set Status Conference to Address Cost Sharing and Data Sharing Issues;

**IT IS ORDERED** that the motion is **GRANTED** and that the parties shall participate in a telephone status conference with the Court on June 9, 2011 at 2:30 p.m. Counsel for Plaintiffs will circulate a call-in number to the parties and Court prior to the call.

New Orleans, Louisiana, this _____ day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

1059062v.1