UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * | SECTION "K" (2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing *Ex Parte* Motion to Extend Deadlines;

**IT IS ORDERED** that the motion is **GRANTED** and that the Court's March 17, 2011 Order is amended as set forth below:

1. The deadline for the obtaining of soil borings and their provision to the parties' respective geotechnical experts is extended from June 20, 2011 to August 8, 2011.

2. The deadline for the completion of geotechnical testing is extended from September 6, 2011 to October 24, 2011.

3. The deadline for the sharing of geotechnical testing results is extended from September 19, 2011 to November 7, 2011.

4. The deadline for the production of Plaintiffs' geotechnical and/or hydrological expert reports is extended from October 5, 2011 to December 5, 2011.

5. The deadline for the production of Defendants' geotechnical and/or hydrological expert reports is extended from November 21, 2011 to January 9, 2012.

6. The deadline for the production of Plaintiffs' rebuttal geotechnical and/or hydrological expert reports is extended from December 6, 2011 to January 23, 2012.

7. The deadline for the completion of depositions and discovery is extended from February 10, 2012 to February 17, 2012.

8. The deadline for the filing of *Daubert* motions is extended from March 5, 2012 to March 12, 2012.

9. The deadline for the filing of oppositions to *Daubert* motions is extended from March 26, 2012 to April 3, 2012.

1058872v.1

10. The deadline for the filing of reply briefs in support of *Daubert* motions is extended from April 5, 2012 to April 10, 2012.

New Orleans, Louisiana, this ___9th___ day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

This motion is granted with the proviso that no other deadlines and that the trial date shall not be affected.

1058872v.1