# DISTRICT RECORD LOAN FORM
*(Please Print)*

*THIS PORTION REMAINS WITH COURT RECORDS*

10-31054

No. 05-4182K   Short Title: Katrina   Date: 6-3-11

To: Michael Hill (Bruno)
Name
739 Baronne St.
Address
New Orleans, LA
City,    State    Zip

Documents Enclosed:
☒ Record Vols: 32

*☐ Exhibits ☐ Env. _____
☐ Box: _____
☐ Supp. Record Vols. _____
☐ Second Supp. Record Vols. _____
☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES*

Attorney Return   <u>SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit</u>. Complete the shaded area below and return this form to the 5th Circuit Clerk along with the documents.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN - 7 2011
LORETTA G. WHYTE
CLERK

To:   Clerk, 5th Circuit

☐ Record Vols: _____
☐ Supp. Record Vols. _____
*☐ Exhibits ☐ _____

Records above listed are returned to Clerk.
Attorney Name: _____
Date: _____

---

✂ Cut Here

Clerk's Receipt   *To be completed by <u>5th Circuit Clerk's office</u> and forwarded to person in previous section.*

No. _____ Short Title _____

District: _____

☐ Record Vols: _____
☐ Supp. Record Vols. _____
*☐ Exhibits ☐ _____

Records in above case have been received by Clerk.
Name: _____
Date: _____

---

✂ Cut Here

Attorney Forwarding Receipt   *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the <u>District Court Clerk's office</u>.*

No. _____ Short Title _____

To:   Clerk, U.S. District Court

District: _____

☐ Record Vols: _____
☐ Supp. Record Vols. _____
*☐ Exhibits ☐ _____

Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

---

✂ Cut Here

Attorney Receipt   *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the <u>District Court Clerk's office</u> upon receipt of documents.*

No. _____ Short Title _____

To:   Clerk, U.S. District Court

District: _____

___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

☐ Record Vols: _____
☐ Supp. Record Vols. _____
*☐ Exhibits ☐ _____

Records in above case listed received.
Judge/Attorney Name: _____
Date: _____