# COURT RECORD LOAN FORM
(Please Print)

**THIS PORTION REMAINS WITH COURT RECORDS**

10-31054

No. 05-4182 K   Short Title: Katrina   Date: 6-7-11

To: Chris Yount (Bruno)
Name
Pete Barenner (?)
Address:
New Orleans LA 70113

(504) 525-1335 - Ext. 107
City,   State   Zip

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Documents Enclosed:
☐ Record Vols:_____
*☐ Exhibits ☐ Env. 24 accordion
☐ Box:_____ ☐ folders
☐ Supp. Record Vols._____
☐ Second Supp. Record Vols._____
☐ Third Supp. Record Vols._____

15 folders for Doc #6804
5 folders for Doc # 16498

Attorney Return   SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

Each 0.5 folders
for Doc #s
18532
15317
8323
17325

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**FILED JUN -7 2011**
**LORETTA G. WHYTE CLERK**

To: Clerk, 5th Circuit

☐ Record Vols._____
☐ Supp. Record Vols._____
*☐ Exhibits ☐_____

Records above listed are returned to Clerk
Attorney Name:_____
Date:_____

✂ Cut Here

Clerk's Receipt  *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No._____ Short Title_____

☐ Record Vols._____
☐ Supp. Record Vols._____
*☐ Exhibits ☐_____

Records in above case have been received by Clerk.
Name:_____
Date:_____

District:_____

✂ Cut Here

Attorney Forwarding Receipt   *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No._____ Short Title_____

To:  Clerk, U.S. District Court

☐ Record Vols._____
☐ Supp. Record Vols._____
*☐ Exhibits ☐_____

Records in above case forwarded to:
Attorney Name:_____
Address:_____
City, State, Zip:_____
Signed:_____ Date:_____

District:_____

✂ Cut Here

Attorney Receipt   *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

Fee_____
Process_____
X Dkld
___ CtRmDep_____
___ Doc. No._____

No._____ Short Title_____

To: Clerk, U.S. District Court

☐ Record Vols._____
☐ Supp. Record Vols._____
*☐ Exhibits ☐_____

Records in above case listed received
Judge/Attorney Name:_____
Date:_____

District:_____