# EXHIBIT B




# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## ***THOMAS M. SIMS***

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that Thomas M. Sims was on the 31st day of July 2009 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 7th day of June 2011.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: ______________________
*Janell Hunter, Deputy Clerk*

THE STATE BAR OF CALIFORNIA

Tuesday, June 7, 2011

## ATTORNEY SEARCH

## Thomas M Sims - #264174

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 264174 | | |
| **Address:** | Baron & Budd PC<br>701 Brazos St Ste 650<br>Austin, TX 78701<br>Map it | **Phone Number:**<br>**Fax Number:**<br>**e-mail:** | (512) 852-5920<br>(512) 852-5922<br>tsims@baronbudd.com |
| **County:** | Non-California | **Undergraduate School:** | New Coll/Univ of So Florida; Sarasota FL |
| **District:** | Outside California | | |
| **Sections:** | Litigation | **Law School:** | Univ of Texas SOL; Austin TX |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 7/31/2009 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

**Disciplinary and Related Actions**

Overview of the attorney discipline system.

This member has no public record of discipline.

**Administrative Actions**

This member has no public record of administrative actions.

Start New Search »

Contact Us | Site Map | Privacy Policy | Notices | Copyright | Accessibility | FAQ

© 2010 The State Bar of California