UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| PERTAINS TO: | § § | |
| MRGO: 08-1213 | § | MAG. WILKINSON |

### ORDER

Considering the foregoing motion to appear Pro Hac Vice, it is ordered that Thomas M. Sims is enrolled *pro hac vice* as co-counsel for KENNETH AND JEANNINE ARMSTRONG, SUCCESSION OF ETHEL MAE COATES (SUB. JERALD N. ANDRY, JR., ESQ.), ALVIN LIVERS, CLIFFORD WASHINGTON, and FRED HOLMES in the captioned matter.

_____
Stanwood R. Duval, Jr.
United States District Judge

New Orleans,
Louisiana, this 14th
day of June, 2011.