UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION "K" (2) |
| ***PERTAINS TO:   DREDGING*** | * * | |
| WEEKS MARINE, INC.     No. 06-3544 | * * * | JUDGE DUVAL |
| versus | * * | MAGISTRATE WILKINSON |
| GREAT AMERICAN INSURANCE<br>COMPANY OF NEW YORK | * * | |
| * * * * * * * | * * * * * * * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the undersigned attorneys for the parties herein, that the above-entitled Matter No. 06-3544, including all claims and/or counterclaims that were stated in the above-entitled Matter No. 06-3544, are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all parties to bear their own costs.

Respectfully submitted this 15th day of June, 2011:

/s/ Joseph E. Lee III
FRANK A. PICCOLO (02049)
JOSEPH E. LEE III (26968)
PREIS & ROY
(A Professional Law Corporation)
Pan American Life Center
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone:  (504) 581-6062
Facsimile:   (504) 522-9129

/s/ Pablo Gonzalez
GEORGE B. HALL, JR. (6432)
PABLO GONZALEZ (29215)
PHELPS DUNBAR, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 566-1311
Facsimile: (504) 568-9130

and

JOHN A.V. NICOLETTI
NOOSHIN NAMAZI
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone:     (212) 220-3830
Facsimile:     (212) 220-3780

Attorneys for Plaintiff Weeks Marine, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served this 15th day of June, 2011 upon all counsel of record via the Court's ECF System.


Joseph E. Lee III