UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | * | CIVIL ACTION NO.: 05-4182 |
| KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| *PERTAINS TO:    DREDGING* | * | |
| | * | |
| WEEKS MARINE, INC.      No. 06-3544 | * | JUDGE DUVAL |
| | * | |
| | * | |
| versus | * | MAGISTRATE WILKINSON |
| | * | |
| GREAT AMERICAN INSURANCE | * | |
| COMPANY OF NEW YORK | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal of Dismissal with Prejudice,

IT IS HEREBY ORDERED that the above-entitled Matter No. 06-3544, including all claims and/or counterclaims that were stated in the above-entitled Matter No. 06-3544, be and hereby are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all parties to bear their own costs.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1628163