UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: <br> KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br><br> **PERTAINS TO: DREDGING** <br><br> WEEKS MARINE, INC.   No. 06-3545 <br><br><br> versus <br><br> GREAT AMERICAN INSURANCE <br> COMPANY OF NEW YORK | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 <br><br><br> SECTION "K" (2) <br><br><br> JUDGE DUVAL <br><br><br> MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS HEREBY ORDERED that the above-entitled Matter No. 06-3545 including all claims and/or counterclaims that were stated in the above-entitled Matter No. 06-3545, be and hereby are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all parties to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1628183