**MINUTE ENTRY**
**DUVAL, J.**
**June 9, 2011**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"**(2) |
| *Armstrong*, C.A. No. 10-866 | |
| *Entergy*, C.A. No. 10-77 | |

Attending a status conference held this day concerning cost sharing and data sharing

issues associated with *in situ* tests and laboratory testing of soil samples taken in and near the

East Bank Industrial Area were:

Frank Dudenhefer, Tom sims, Elwood Stevens, and Blaine Honeycutt for Plaintiffs;

Jay Gulotta and Adrian Wager-Zito for Washington Group International, Inc. ("WGI");

Rupert Mitsch and Robin Smith for the United States of America; and

Magistrate Judge Jay Wilkinson.

At issue was whether WGI, the United States and Plaintiffs should share evenly in the

cost of field tests and soils samplings to be conducted by Fugro Consultants, Inc. as

contemplated under this Court's March 17, 2011 order or whether that order should be amended

to conform to the realities as Plaintiffs construe them as to the amount of work to be

accomplished for the respective parties.  Plaintiffs contend that out of the total amount of

samplings ordered, only 16 % of those are ordered by plaintiffs' experts.  However, defendants

contend that in the event that Plaintiffs do not share evenly in the work, then Plaintiffs should not

be allowed to participate in the Fugro testing for those bore holes for which they refuse to pay.

After a lengthy discussion, the Court suggested that it would be best if the parties attempt to resolve this situation without the Court.  Accordingly,

**IT IS ORDERED** that no later than **June 13, 2011,** in the event this matter is not amicably resolved, the parties shall file a Motion to Amend the March 17, 2011 Order.  In the event a compromise is reached, the parties shall contact the Court forthwith.  On no account, should this matter remain unresolved.

JS-10:40 mins

2