UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: <br> KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br><br> **PERTAINS TO:  DREDGING** <br><br> WEEKS MARINE, INC.    No. 06-3544 <br><br><br> versus <br><br> GREAT AMERICAN INSURANCE <br> COMPANY OF NEW YORK | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 <br><br><br> SECTION "K" (2) <br><br><br> JUDGE DUVAL <br><br><br> MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal of Dismissal with Prejudice,

IT IS HEREBY ORDERED that the above-entitled Matter No. 06-3544, including all claims and/or counterclaims that were stated in the above-entitled Matter No. 06-3544, be and hereby are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all parties to bear their own costs.

New Orleans, Louisiana, this 16th day of June, 2011.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1628163