UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | * | CIVIL ACTION NO.: 05-4182 |
| KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| ***PERTAINS TO:   DREDGING*** | * | |
| | * | |
| WEEKS MARINE, INC.      No. 06-3545 | * | JUDGE DUVAL |
| | * | |
| | * | |
| versus | * | MAGISTRATE WILKINSON |
| | * | |
| GREAT AMERICAN INSURANCE | * | |
| COMPANY OF NEW YORK | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal,

IT IS HEREBY ORDERED that the above-entitled Matter No. 06-3545 including all claims

and/or counterclaims that were stated in the above-entitled Matter No. 06-3545, be and hereby are

dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all parties

to bear their own costs.

New Orleans, Louisiana, this 16th day of      June            , 2011.

_____

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1628183