UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL |
| PERTAINS TO: MRGO: 08-1213 | | MAG. WILKINSON |

### EX PARTE MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Plaintiffs KENNETH AND JEANNIE ARMSTRONG, SUCCESSION OF ETHEL MAE COATES (SUB. JERALD N. ANDRY, JR., ESQ.), ALVIN LIVERS, CLIFFORD WASHINGTON, and FRED HOLMES move, pursuant to Local Rule 82.2.6 to grant admission pro hac vice to Laura J. Baughman, allowing her to appear as co-counsel in the captioned matter.

Laura J. Baughman is a member of the law firm BARON & BUDD, P.C. in Dallas, Texas. The address of her firm is 3102 Oak Lawn Avenue, Suite 1100, Dallas, TX 75219. Ms. Baughman is admitted to practice in, and is in good standing in, the Bar of the State of Texas as shown in Exhibit A, the Bar of the State of New York as shown in Exhibit B, and the Bar of the State of California as shown in Exhibit C. Her affidavit regarding the absence of criminal charges or disciplinary actions is attached as Exhibit D. The requisite filing fee will be submitted by regular mail.

Respectfully submitted,

Joseph M. Bruno (No. 3604)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, LA 70113
Tele: (504) 525-1335
Fax: (504) 581-1493

1

## Certificate of Service

A copy of this motion was served electronically upon all counsel of record on this date: June 22, 2011.

_____
Joseph M. Bruno