UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | |
| _____ | § | JUDGE DUVAL |
| PERTAINS TO: | § | |
| | § | |
| MRGO: 08-1213 | § | MAG. WILKINSON |

## ORDER

Considering the foregoing motion to appear Pro Hac Vice, it is ordered that Laura J. Baughman is enrolled *pro hac vice* as co-counsel for Plaintiffs KENNETH AND JEANNIE ARMSTRONG, SUCCESSION OF ETHEL MAE COATES (SUB. JERALD N. ANDRY, JR., ESQ.), ALVIN LIVERS, CLIFFORD WASHINGTON, and FRED HOLMES in the captioned matter.

_____
DISTRICT JUDGE