# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | |
| _____ | § | JUDGE DUVAL |
| PERTAINS TO: | § | |
| | § | |
| MRGO: 08-1213 | § | MAG. WILKINSON |

### AFFIDAVIT OF LAURA J. BAUGHMAN

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, a Notary public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared LAURA J. BAUGHMAN, who, after being duly sworn, did depose and state as follows:

1. I am an attorney at law practicing with the law firm of Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219; 214-521-3605.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Plaintiffs, KENNETH AND JEANNIE ARMSTRONG, SUCCESSION OF ETHEL MAE COATES (SUB. JERALD N. ANDRY, JR., ESQ.), ALVIN LIVERS, CLIFFORD WASHINGTON, and FRED HOLMES.

3. In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:

    a. That I have never had any disciplinary or criminal charges instituted against me.

    b. That I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal

profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Further affiant sayeth not.

Laura J. Baughman

SWORN TO and SUBSCRIBED this ___17___ day of June, 2011.

Notary Public



AMELIA B WILSON
My Commission Expires
August 24, 2011