AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BRECHES CONSOLIDATED LITIGATION | ) ) ) | RETURN |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  05-4182 "K" (2) |
| PERTAINS TO: C. ABADIE, 06-5164 This pleading only applies to Sylena Davis | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LOUISIANA RECOVERY AUTHORITY - DRU, c/o Mr. Tom Brennan
150 North Third Street, Suite 500
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Eric C. Walton
Gieger, Laborde & Laperouse, LLC
701 Poydras Street, Suite 4800
New Orleans, LA 70139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAY 2 5 2011

CLERK OF COURT    LORETTA G. WHYTE

Date:    05/24/2011

*B. Greepy*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  05-4182 "K" (2)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Louisiana Recovery Authority

was received by me on *(date)*   5/26/11 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   PATRICIA BUTLER , who is

designated by law to accept service of process on behalf of *(name of organization)*   LOUISIANA

RECOVERY AUTHORITY   on *(date)*   5/26/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:   5/26/11

Roland Ml
*Server's signature*

ROLAND MELINIE/PROCESS SERVER
*Printed name and title*

PO Box 30149, NOLA
*Server's address*

Additional information regarding attempted service, etc: