**Production Log for MRGO/EBIA Litigation**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 001 | MEB-128-000000001 | MEB-128-000000007 | USACE; MVD; MVN; CEMVN-ED-FG | Britsch, Louis | ME004 | 6/23/2011 | MRGO/EBIA | Native file production. Responses to Plaintiffs RFP1 |
| MEB | 001 | MEB-128-000000008 | MEB-128-000000008 | USACE; MVD; MVN; CEMVN-ED-F | Varuso, Richard | ME004 | 6/23/2011 | MRGO/EBIA | Native file production. Responses to Plaintiffs RFP1 |
| MEB | 001 | MEB-128-000000009 | MEB-128-000000013 | USACE; MVD; MVN; CEMVN-ED-FG | Britsch, Louis | ME004 | 6/23/2011 | MRGO/EBIA | Native file production. Responses to Plaintiffs RFP1 |
| MEB | 001 | MEB-128-000000014 | MEB-128-000000015 | USACE; MVD; MVN; CEMVN-ED-F | Varuso, Richard | ME004 | 6/23/2011 | MRGO/EBIA | Native file production. Responses to Plaintiffs RFP1 |