UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | |
| | § | JUDGE DUVAL |
| PERTAINS TO: | § | |
| | § | |
| MRGO:  08-1213 | § | MAG. WILKINSON |

## ORDER

Considering the foregoing motion to appear Pro Hac Vice, it is ordered that Laura J. Baughman is enrolled *pro hac vice* as co-counsel for Plaintiffs KENNETH AND JEANNIE ARMSTRONG, SUCCESSION OF ETHEL MAE COATES (SUB. JERALD N. ANDRY, JR., ESQ.), ALVIN LIVERS, CLIFFORD WASHINGTON, and FRED HOLMES in the captioned matter.

New Orleans, Louisiana, this 23rd day of June, 2011

_____
DISTRICT JUDGE