UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES    CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: All cases | | |

**DEFENDANT UNITED STATES'** ***EX PARTE*** **MOTION
TO WITHDRAW JEFFREY PAUL EHRLICH AS COUNSEL OF RECORD**

Defendant United States of America moves the Court to withdraw Jeffrey Paul Ehrlich as counsel of record in this case.

Respectfully submitted,

TONY WEST
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/  Jeffrey Paul Ehrlich
JEFFREY PAUL EHRLICH
Trial Attorney
Civil Division, Torts Branch
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 353-2574 / (202) 616-5200 (Fax)

June 29, 2011                                        Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I, Jeffrey Paul Ehrlich, hereby certify that on June 29, 2011, I served a true copy to Defendant United States' *Ex Parte* Motion to Withdraw Jeffrey Paul Ehrlich as Counsel of Record.

s/ Jeffrey Paul Ehrlich
JEFFREY PAUL EHRLICH
