UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES *<br>CONSOLIDATED LITIGATION   * <br>                                                           * <br>                                                           * <br>                                                           * <br>PERTAINS TO: INSURANCE           * <br>     (Mass Joinder Cases)                   * <br>     <u>Abadie I</u>        06-5164             * <br>     <u>Abadie II</u>      07-5112             * <br>     <u>Allen</u>            07-5111             * | | CIVIL ACTION<br><br>NUMBER: 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DISMISSAL ORDER

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs in the above referenced matters, who request that the Court extend the ninety (90) day period to resolve "settled" claims, for the following reasons:

I.

As the Court is aware, undersigned counsel filed the above referenced "mass joinder" lawsuits to protect the interests of clients pursuing insurance claims resulting from hurricane Katrina against their homeowner insurer. Counsel has been successful is resolving thousands of claims through these procedural vehicles.

II.

On a substantial portion of the claims, counsel for the plaintiffs and respective insurer defendant were able to reach an amicable resolution of the claim against the insurer.  However, the unique nature of Katrina claims, in particular the interaction between the interests of mortgagees and the Road Home Program, has delayed final resolution of many of these claims.

### III.

On February 4, 2009, the Court entered a Dismissal Order (Rec. Doc. 70, Case No. 07-5112) specifying that a dismissal was entered "(2) as to all settled claims, without prejudice to the right, upon good cause shown within ninety (90) days, to seek summary judgment enforcing the compromise or to reopen the action if settlement is not consummated, the Court having approved the settlements, incorporated them into its dismissal order, and retained jurisdiction for enforcement purposes."

This Order addressed one thousand two hundred eighty seven (1,287) claims.

### IV.

Since the entry of this Order, undersigned counsel has been successful in finalizing one thousand two hundred forty-eight (1,248) claims.  This is due in large part to consistent interaction between undersigned counsel and representatives of the mortgagees and the Road Home Program.  However, despite these diligent efforts, final resolution of all of the claims subject of the February 4, 2009 Dismissal Order have not been completed.  Thirty-Nine (39) claims are still in the process of being finalized.

### V.

Since that time, continued diligent efforts have resulted in the final resolution of many of these claims, but additional time is needed to resolve the remainder of these claims.

## VI.

Undersigned counsel respectfully submits that additional time will allow for continued resolution of the still unresolved claims.  As such, the parties do not seek summary judgment enforcing the compromise or to reopen the action at this time.

## VII.

Attached for the Court's review is a list of cases still unresolved. (See Exhibit 1).

## VIII.

Undersigned counsel requests that the Court extend its February 4, 2009 Dismissal Order, and subsequent May 1, 2009(Rec. Doc. 18746, Case No. 05-4182) August 3, 2009(Rec. Doc. 19189, Case No. 05-4182), November 2, 2009 (Rec. Doc. 19349, Case No. 05-4182), April, 5, 2010(Rec. Doc. 19711, Case No. 05-4182), August 13, 2010 (Rec. Doc. 20002, Case No. 05-4182), November 22, 2010 (Rec. Doc. 20127, Case No. 05-4182) and March 9, 2011 (Rec. Doc. 20182, Case No. 05-4182) dismissal order for an additional ninety (90) days to continue consummating final resolution of these matters.

**WHEREFORE**, the Plaintiffs in the above referenced mass joinder actions pray that this Court grant the Plaintiffs' Motion to Extend Dismissal Order.

<div style="margin-left:40%">
Respectfully submitted:<br>
**BRUNO & BRUNO LLP**

BY:＿＿/s/ Joseph M. Bruno<br>
JOSEPH M. BRUNO (# 3604)<br>
855 Baronne Street<br>
New Orleans, LA   70113<br>
Telephone: (504) 525-133<br>
Facsimile:  (504) 581-1493
</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing motion upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 7th day of July, 2011.

                                                /s/ Joseph M. Bruno
                                                Joseph M. Bruno