# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: § § MRGO § § FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, § 05-6314, 05-6324, 05-6327, 05-6359, § 06-0225, 06-0886, 06-1885, 06-2152, § 06-2278, 06-2287, 06-2824, 06-4024, § 06-4065, 06-4066, 06-4389, 06-4634, § 06-4931, 06-5032, 06-5155, 06-5159, § 06-5161, 06-5260, 06-5162, 06-5771, § 06-5937, 07-0206, 07-0621, 07-1073, § 07-1271, 07-1285 § | |

## UNOPPOSED MOTION FOR LEAVE TO FILE
## AMENDED AFFIRMATIVE DEFENSES AND ANSWER
## TO THE AMENDED MASTER CLASS ACTION COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Defendant, Washington Group International, Inc.[1] moves this Court for leave to amend its original Answer to the Amended Master Class Action Complaint.

---

[1] Subsequent to the activities alleged in Plaintiff's Complaint, WGII was acquired by URS Corporation, a Delaware Corporation. WGII, now known as URS Energy & Construction, Inc., is a subsidiary of URS E&C Holdings, Inc., a Delaware Corporation. URS E&C Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation. URS Holdings Inc. is a subsidiary of URS Corporation.

1062264v.1

Undersigned counsel has contacted Joseph A. Bruno, Liaison Counsel for Plaintiffs and Kara K. Miller, counsel for the United States who have consented to the relief requested in this motion.

**WHEREFORE**, Defendant Washington Group International, Inc. moves the Court to grant it leave to file its Amended Affirmative Defenses and Answer to Plaintiffs Amended Master Class Action Complaint.

Dated: July 8, 2011                              Respectfully submitted,

  \_\_\_\_//William D. Treeby//_____
William D. Treeby, Bar No. 12901
James C. Gulotta, Bar No. 6590
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

Adrian Wager-Zito
   and
Debra Satinoff Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant
Washington Group International, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Consent Motion For Leave To File Amended Affirmative Defenses and Answer of Defendant Washington Group International,

1062264v.1

Inc. to Plaintiffs' Amended Master Class Action Complaint has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 8th day of July, 2011.

       ___*//William D. Treeby//*___

1062264v.1