UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ § | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____§ | | |

NOTICE OF PRODUCTION

In response to Armstrong Plaintiffs' Third Set of Requests for Production of Documents to Defendant United States, the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368). In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

```
MEB-108-000000001    to    MEB-108-000000042;
MEB-109-000000001    to    MEB-109-000000127;
MEB-110-000000001    to    MEB-110-000000231;
MEB-111-000000001    to    MEB-111-000000140;
MEB-112-000000001    to    MEB-112-000000255;
MEB-113-000000001    to    MEB-113-000000148;
MEB-114-000000001    to    MEB-114-000000012;
```

        MEB-115-000000001   to   MEB-115-000000003;
        MEB-116-000000001   to   MEB-116-000000703;
        MEB-117-000000001   to   MEB-117-000000084;
        MEB-118-000000001   to   MEB-118-000000808;
        MEB-119-000000001   to   MEB-119-000000853;
        MEB-120-000000001   to   MEB-120-000000358;
        MEB-121-000000001   to   MEB-121-000000103;
        MEB-122-000000001   to   MEB-122-000000610;
        MEB-123-000000001   to   MEB-123-000002404;
        MEB-124-000000001   to   MEB-124-000000574;
        MEB-125-000000001   to   MEB-125-000000047;
        MEB-126-000000001   to   MEB-126-000000002;
        MEB-127-000000001   to   MEB-127-000000059;
        NRE-739-000000109   to   NRE-739-000000114;
        NRE-739-000000126   to   NRE-739-000000134;
        NRE-739-000000346   to   NRE-739-000000347;
        NRE-739-000000723   to   NRE-739-000000724.

The United States' Production Log is attached.

                                        Respectfully submitted,

                                        TONY WEST
                                        Assistant Attorney General

                                        PHYLLIS J. PYLES
                                        Director, Torts Branch

                                        JAMES G. TOUHEY, JR.
                                        Assistant Director, Torts Branch

                                        _s/ James F. McConnon, Jr._
                                        JAMES F. McCONNON, JR.
                                        Trial Attorney, Torts Branch, Civil Division
                                        U.S. Department of Justice
                                        Benjamin Franklin Station, P.O. Box 888
                                        Washington, D.C.  20044
                                        (202) 616-4400 / (202) 616-5200 (Fax)
                                        Attorneys for the United States

Dated: July 8, 2011

## **CERTIFICATE OF SERVICE**

     I, James F. McConnon, Jr., hereby certify that on July 8, 2011, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                                                    s/ James F. McConnon, Jr.
                                                  JAMES F. McCONNON, JR.