## Production Log for MRGO/EBIA Litigation

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 108 | MEB-108-000000001 | MEB-108-000000042 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 109 | MEB-109-000000001 | MEB-109-000000127 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 110 | MEB-110-000000001 | MEB-110-000000231 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 111 | MEB-111-000000001 | MEB-111-000000140 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 112 | MEB-112-000000001 | MEB-112-000000255 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 113 | MEB-113-000000001 | MEB-113-000000148 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 114 | MEB-114-000000001 | MEB-114-000000012 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 115 | MEB-115-000000001 | MEB-115-000000003 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 116 | MEB-116-000000001 | MEB-116-000000703 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 117 | MEB-117-000000001 | MEB-117-000000084 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 118 | MEB-118-000000001 | MEB-118-000000808 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 119 | MEB-119-000000001 | MEB-119-000000853 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 120 | MEB-120-000000001 | MEB-120-000000358 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |

## Production Log for MRGO/EBIA Litigation

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 121 | MEB-121-000000001 | MEB-121-000000103 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 122 | MEB-122-000000001 | MEB-122-000000610 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 123 | MEB-123-000000001 | MEB-123-000002404 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 124 | MEB-124-000000001 | MEB-124-000000574 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 125 | MEB-125-000000001 | MEB-125-000000047 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 126 | MEB-126-000000001 | MEB-126-000000002 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 127 | MEB-127-000000001 | MEB-127-000000059 | USACE; MVD; MVN; CEMVD-CD-QM | Montegut, James | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| NRE | 739 | NRE-739-000000109 | NRE-739-000000114 | USACE; MVD; MVN; CEMVN-RE-L | Thomson, Robert | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| NRE | 739 | NRE-739-000000126 | NRE-739-000000134 | USACE; MVD; MVN; CEMVN-RE-L | Thomson, Robert | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| NRE | 739 | NRE-739-000000346 | NRE-739-000000347 | USACE; MVD; MVN; CEMVN-RE-L | Thomson, Robert | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| NRE | 739 | NRE-739-000000723 | NRE-739-000000724 | USACE; MVD; MVN; CEMVN-RE-L | Thomson, Robert | ME005 | 7/8/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |