U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUL - 7 2011
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 11-30199

CV 05-4182-K

IN RE: KATRINA CANAL BREACHES LITIGATION

---

HOLIDAY JEWELERS, INCORPORATED; JOSEPHINE LONG RICHARDSON,

    Plaintiffs - Appellants

v.

LAFARGE NORTH AMERICA, INCORPORATED,

    Defendant - Appellee

---

JOHN ALFORD; JERRY ALFORD,

    Plaintiffs - Appellants

v.

LAFARGE NORTH AMERICA, INCORPORATED,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42(b), the appeal is dismissed as of July 05, 2011, pursuant to appellant's motion.

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> By: /s/ Sabrina Hains
> Sabrina M. Hains, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By /s/ Sabrina Hains
     Deputy
New Orleans, Louisiana   7/5/11

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 05, 2011

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 11-30199,  In Re: Katrina Canal Breaches, et al  
    USDC No. 2:05-CV-4182  
    USDC No. 2:05-CV-5724  
    USDC No. 2:06-CV-7516

Enclosed is a copy of the judgment issued as the mandate.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _Sabrina Hains_  
    Sabrina M. Hains, Deputy Clerk  
    504-310-7695

cc w/encl:  
    Mr. Laurence Edward Best  
    Mr. Robert B. Fisher  
    Mr. Brian Arthur Gilbert  
    Mr. Peter S. Koeppel  
    Mr. F. Gerald Maples  
    Mr. Mark S. Raffman  
    Mr. Derek A. Walker  
    Mr. Karl Watt Wiedemann  
    Mr. Lawrence D. Wiedemann