UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN LIVERS, CLIFFORD WASHINGTON, and FRED HOLMES <br><br> v. <br><br> UNITED STATES OF AMERICA, THROUGH THE ARMY CORP OF ENGINEERS <br><br> In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br><br> PERTAINS TO: <br><br> MRGO | § CIVIL ACTION NO. 05-4182 "K"(2) <br> § JUDGE DUVAL <br> § MAG. WILKINSON |

## ORDER

Considering the foregoing Consent Motion for Leave to File Amended Affirmative Defenses and Answer to Plaintiffs Alvin Livers, Clifford Washington, and Fred Holmes Complaint in Intervention;

**IT IS ORDERED** that the motion is **GRANTED**, and that Washington Group International Inc.'s Amended Affirmative Defenses and Answer to Plaintiffs Alvin Livers, Clifford Washington, and Fred Holmes Complaint in Intervention be and hereby is filed into the record.

New Orleans, Louisiana this 11th day of July, 2011.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1062282v.1