UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHOLOT, ET AL.** | * * | **CIVIL ACTION NO. 05-CV-4182** |
| **VERSUS** | * * | **JUDGE DUVAL** |
| **BOH BROS. CONSTRUCTION CO., L.L.C., ET AL.** | * * | **MAG. JUDGE WILKINSON** |
| *In Re Canal Breaches Consolidated Litigation* | | |

**MOTION TO SUPPLEMENT MOTION FOR STATUS CONFERENCE**

**NOW INTO COURT,** comes undersigned counsel, who respectfully requests to supplement its Motion for Status Conference previously filed, setting a Status Conference for July 13, 2011, at 3:00 p.m., in the following manner:

1.

When Plaintiffs filed the original pleading, a number of cases were identified and listed in Exhibit A, for which Request for Consent forms were submitted and substantially longer than thirty days passed without ever receiving a response from the Louisiana Division of Administration, Disaster Recovery Unit.

2.

Because the Status Conference was set so far after the motion was filed, several other claims have been identified for which the State has without justification, delayed approval or rejection of the claims.

3.

These additional claims are listed and attached hereto in Exhibit A-1.

**WHEREFORE,** undersigned counsel prays that this Honorable Court will allow Plaintiffs to supplement their Motion for Status Conference by including the attached Exhibit A-1 to the original Motion as if it were originally filed therewith.

        **RESPECTFULLY SUBMITTED,**

        **/s/ Kevin P. Klibert**
        **BECNEL LAW FIRM, L.L.C.**
        **Kevin P. Klibert (La. 26954)**
        **Daniel E. Becnel, Jr. (La. 2926)**
        **106 W. 7th Street, P.O. Drawer H**
        **Reserve, LA  70084**
        **(985) 536-1186**
        **(985) 536-6445 (facsimile)**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant pleading has been served upon all parties registered to receive such notice via CM/ECF.  Also, the State of Louisiana, Division of Administration, has been served via email and U.S.P.S. through its counsel Dan Rees, all of this done on the 11th day of July, 2011.

        /s/ Kevin P. Klibert