UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| COLLEEN BERTHOLOT, ET AL.<br><br>VERSUS<br><br>BOH BROS. CONSTRUCTION CO., L.L.C., ET AL.<br><br>*In Re Canal Breaches Consolidated Litigation* | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 05-CV-4182<br><br>JUDGE DUVAL<br><br>MAG. JUDGE WILKINSON |
|---|---|---|

### EXHIBIT A1--- LIST OF CLAIMANTS AND ROAD HOME SUBMISSION DATES

| Claimant |
|---|
| Ruth LeFort/Traci Allen |
| Thomas, George |
| Paul, Emmanuel |
| Bourne, Nekita |
| Brown, Ernest |
| Brunious, Sonja |
| Castell, Eldora |
| Driver, Johnnie |
| Graber, Catharina & Brian |
| Henry, Melvin |
| Hewitt, Barbara |
| Ross, Lillian |
| Row, Rhonda |
| Porobil, Randie |
| Savoy, Patricia |
| Jacobs, Cheryl |
| Green, George & Margaret |
| Lefevre, Eugene |
| Morris, Dennis |
| Yarbrough, Andryetta |
| Page, Zina |
| Jones, Bessie |
| Grefer, Archbald |