UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| COLLEEN BERTHOLOT, ET AL.<br><br>VERSUS<br><br>BOH BROS. CONSTRUCTION CO., L.L.C., ET AL.<br><br>*In Re Canal Breaches Consolidated Litigation* | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 05-CV-4182<br><br>JUDGE DUVAL<br><br>MAG. JUDGE WILKINSON |
|---|---|---|

## ORDER

Considering the Motion to Supplement Motion for Status Conference (20258):

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Supplement Motion for Status Conference is **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Exhibit A-1, attached to said Motion to Supplement shall be considered as if filed with the original motion (20258).

**SO ORDERED,** in New Orleans, Louisiana, this ____ day of _____, 2011.

 

**JUDGE JOSEPH C. WILKINSON, JR.**