UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | § § § § § § § § § § § § § § § § | |

**ORDER**

Considering the foregoing Consent Motion for Leave to File Amended Affirmative Defenses and Answer to Plaintiffs Amended Master Class Action Complaint;

**IT IS ORDERED** that the motion is **GRANTED**, and that Washington Group International Inc.'s Amended Affirmative Defenses and Answer to Plaintiffs Amended Master Class Action Complaint be and hereby is filed into the record.

New Orleans, Louisiana this 11th day of July, 2011.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1062279v.1