UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: MRGO, BARGE | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Defendant Washington Group International, Inc. ("WGII") respectfully moves for entry of an Order withdrawing Jerome R. Doak and William E. Marple of the law firm Jones Day, 2727 North Harwood Street, Dallas, Texas 75201 as counsel of record for WGII in these proceedings.

WHEREFORE, undersigned counsel for Washington Group International, Inc. prays that Jerome R. Doak and William E. Marple be withdrawn as counsel of record in this proceeding.

Dated: July 11, 2011                                    Respectfully submitted,

*/s/Heather S. Lonian*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Washington Group
International, Inc.


*/s/Jerome R. Doak*
Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100


*/s/William E. Marple*
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

1062678v.1

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Motion To Withdraw as Counsel of Record has been served upon all counsel of record by electronic notice via the Court's CM/ECF System, this 11th day of July, 2011.

                                                        */s/Heather S. Lonian*
                                                        Heather S. Lonian