## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| **COLLEEN BERTHOLOT, ET AL.**<br><br>**VERSUS**<br><br>**BOH BROS. CONSTRUCTION CO., L.L.C., ET AL.**<br><br>*In Re Canal Breaches Consolidated Litigation* | *<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO. 05-CV-4182**<br><br>**JUDGE DUVAL**<br><br>**MAG. JUDGE WILKINSON** |
|---|---|---|

### ORDER

**Considering the Motion to Supplement Motion for Status Conference (20258):**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Supplement Motion for Status Conference is **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Exhibit A-1, attached to said Motion to Supplement shall be considered as if filed with the original motion (20258).

**SO ORDERED,** in New Orleans, Louisiana, this 12th day of July, 2011.

_____
**JUDGE JOSEPH C. WILKINSON, JR.**