**Production Log for MRGO/EBIA Litigation**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 143 | MEB-143-000000001 | MEB-143-000000031 | USACE; MVD; MVN; CEMVN-OC | Labourdette, Jennifer | ME006 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP1 |