**Production Log for MRGO/EBIA Litigation**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 129 | MEB-129-000000001 | MEB-129-000000313 | USACE; MVD; MVN | USACE Archives | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 130 | MEB-130-000000001 | MEB-130-000000130 | USACE; MVD; MVN; CEMVN-ENG | Johnson, Carol | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 131 | MEB-131-000000001 | MEB-131-000000025 | USACE; MVD; MVN; CEMVN-ED-S | Nunez, Christie; Broyles, Carl | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 132 | MEB-132-000000001 | MEB-132-000000496 | USACE; MVD; MVN; CEMVN-ED-S | Nunez, Christie; Broyles, Carl | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 133 | MEB-133-000000001 | MEB-133-000000915 | USACE; MVD; MVN; CEMVN-ED-S | Nunez, Christie; Broyles, Carl | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 134 | MEB-134-000000001 | MEB-134-000000165 | USACE; MVD; MVN; CEMVN-ED-S | Nunez, Christie; Broyles, Carl | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 135 | MEB-135-000000001 | MEB-135-000001217 | USACE; MVD; MVN; CEMVN-ED-S | Nunez, Christie; Broyles, Carl | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 136 | MEB-136-000000001 | MEB-136-000000047 | USACE; MVD; MVN; CEMVN-ED-G | Giroir, Gerry | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 137 | MEB-137-000000001 | MEB-137-000000410 | USACE; MVD; MVN; CEMVN-PM | Poindexter, Larry | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 138 | MEB-138-000000001 | MEB-138-000000667 | USACE; MVD; MVN; CEMVN-PM | Poindexter, Larry | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 139 | MEB-139-000000001 | MEB-139-000000014 | USACE; MVD; MVN; CEMVN-PM | Poindexter, Larry | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 140 | MEB-140-000000001 | MEB-140-000000118 | USACE; MVD; MVN; CEMVN-PM | Poindexter, Larry | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 141 | MEB-141-000000001 | MEB-141-000000857 | USACE; MVD; MVN; CEMVN-PM | Poindexter, Larry | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |
| MEB | 142 | MEB-142-000000001 | MEB-142-000000124 | USACE; MVD; MVK | Merchant, Randall | ME007 | 7/13/2011 | MRGO/EBIA | Response to Plaintiffs RFP3 |