UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, BARGE | § § § § § § § | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record;

**IT IS ORDERED** that the motion is **GRANTED**, and that Jerome R. Doak and William E. Marple of the law firm Jones Day be and hereby are withdrawn as counsel of record for defendant Washington Group International Inc.

New Orleans, Louisiana this 12th day of July, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1062682v.1