MINUTE ENTRY
WILKINSON, M.J.
JULY 13, 2011

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |

Pursuant to the court's previous orders and as requested by plaintiffs' counsel, Record Doc. Nos. 20258, 20267, 20316 and 20320, a status conference was conducted before me on this date.  Participating were: Kevin Klibert, representing plaintiffs; Chase Chassaignac, representing State Farm; Jason Franco, representing Standard Fire; Daniel A. Rees and Kristen Parnell on behalf of the Road Home Program.

At the conclusion of the conference, counsel for plaintiffs and the Road Home Program advised the court that they have agreed upon a process for resolving the subject claims within the next 30 days.  Accordingly,

MJSTAR: 1 : 10

**IT IS ORDERED** that a followup conference will be conducted via telephone by me on **August 16, 2011 at 10:30 a.m.** Counsel must participate in the conference by contacting my office at 504-589-7630 at that time.

                                         JOSEPH C. WILKINSON, JR.
                                     UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**

**HON. STANWOOD R. DUVAL, JR.**

**ATTORNEY KEVIN P. KLIBERT**

**DANIEL A. REES, LEGAL COUNSEL**
**OFFICE OF COMMUNITY DEVELOPMENT – DISASTER RECOVERY UNIT**
**DIVISION OF ADMINISTRATION, STATE OF LOUISIANA**
**P.O. BOX 94095**
**BATON ROUGE, LOUISIANA 70804-9095**