UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO. 05-4182<br><br>SECTION K(2) |
| PERTAINS TO:  C. Abadie, 06-5164 | *<br>* | JUDGE STANWOOD R. DUVAL, JR. |
| This pleading only applies to the claim<br>of Sylena Davis regarding 7737-39<br>Haney Drive, New Orleans, LA 70128 | *<br>*<br>*<br>* | MAG. JOSEPH C. WILKINSON, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COUNTRYWIDE HOME LOAN, INC.'S
MOTION TO DISMISS WITH PREJUDICE**

Defendant, Countrywide Home Loans, Inc. ("Countrywide"), moves this Court to dismiss Countrywide from this interpleader proceeding on the ground that Countrywide does not have an interest in the funds that Plaintiff, Lexington Insurance Company, deposited into the registry of the Court.  The reasons in support of Countrywide's motion are set forth more fully in the accompanying memorandum in support.

WHEREFORE, Countrywide respectfully requests that the Court grant this motion and dismiss Countrywide from this proceeding with prejudice.

Respectfully submitted

/s/ Gabriel A. Crowson
Stephen W. Rider, T.A. (#2071)
Gabriel A. Crowson (#28009)
**McGlinchey Stafford, PLLC**
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

*Attorneys for Defendant:
Countrywide Home Loans, Inc.*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system, this 15th day of July, 2011.

                              /s/ Gabriel A. Crowson
                              Gabriel A. Crowson

932782.1