UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO. 05-4182 |
| | * |
| | * SECTION K(2) |
| PERTAINS TO:  C. Abadie, 06-5164 | * |
| | * JUDGE STANWOOD R. DUVAL, JR. |
| This pleading only applies to the claim of Sylena Davis regarding 7737-39 Haney Drive, New Orleans, LA 70128 | * |
| | * MAG. JOSEPH C. WILKINSON, JR. |
| | * |
| | * |

**************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, Countrywide Home Loans, Inc. ("Countrywide"), will submit its Motion to Dismiss With Prejudice for decision on **August 10, 2011 at 9:30 a.m.**, or as soon thereafter as the Court's docket permits, before the Honorable Judge Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted

/s/ Gabriel A. Crowson
Stephen W. Rider, T.A. (#2071)
Gabriel A. Crowson (#28009)
**McGlinchey Stafford, PLLC**
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

*Attorneys for Defendant:*
*Countrywide Home Loans, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system, this 15th day of July, 2011.

/s/ Gabriel A. Crowson<br>
Gabriel A. Crowson

932859.1