UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * |
|  | *  CIVIL ACTION |
|  | * |
|  | *  NO. 05-4182 |
|  | * |
| PERTAINS TO:  MRGO | *  SECTION "K" (2) |
|  | * |
|  | *  JUDGE DUVAL |
|  | * |
|  | *  MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## JOINT MOTION TO AMEND SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, come Plaintiffs, the United

States, and Washington Group International, Inc. ("WGI"), and respectfully move to amend the

Court's March 17, 2011 Order ("Scheduling Order") as set forth below.  The parties respectfully

submit that the relief sought herein will not affect the dates for the hearing on *Daubert* motions

or the trial date in the above-captioned matter.

1.  Under the Scheduling Order, reports from Plaintiffs' damages expert(s) are due no later than July 18, 2011.  Under the Scheduling Order (as modified by the Court's Order dated June 9, 2011 (Rec. Doc. 20272), reports from Plaintiffs' geotechnical and hydrological experts are due December 5, 2011.

2.  Under the Scheduling Order, reports from Defendants' damages expert(s) are due no later than September 19, 2011.  Under the Scheduling Order (as modified by the Court's June 9 Order), reports from Defendants' geotechnical and hydrological experts are due January 9, 2012.

3.  Because the reports of the parties' damages experts will be due prior to the reports of their geotechnical and hydrological experts, the Scheduling Order does not allow the damages experts to review and address the conclusions of the geotechnical and hydrological experts prior to issuing their respective reports.

4.  The parties propose that, no later than January 23, 2012, any party's damages expert(s) may issue a supplemental report addressing the effect on their damages opinions of the reports of the geotechnical and hydrological experts.

5.  The parties respectfully submit that granting the relief sought herein will allow the damages experts to better assist the Court in its resolution of this matter as to the

any appropriate allocation of damages between flooding caused from the various sources of water.

**WHEREFORE**, Plaintiffs, the United States and Washington Group International, Inc., respectfully move to amend the Court's March 17, 2011 Order in order to permit the parties' damages experts to supplement their reports no later than January 23, 2012.

Dated:  July 15, 2011

Respectfully submitted,

*/s/Robin D. Smith*
Robin D. Smith
Senior Trial Counsel
Torts Branch, Civil Division
United States Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)

Attorney for the United States

and

*/s/Joseph M. Bruno*
Joseph M. Bruno, 3604
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana  70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

Plaintiffs' Liaison Counsel

*/s/Heather S. Lonian*
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion to Amend Scheduling Order has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 15th day of July, 2011.

*/s/Heather S. Lonian*

- 2 -

1062816v.1