UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

## O R D E R

Considering the foregoing Joint Motion to Amend Scheduling Order;

**IT IS ORDERED** that the motion is **GRANTED** and that the Court's March 17, 2011 Order is amended as set forth below:

No later than January 23, 2012, any party's damages expert(s) may issue a supplemental report providing their opinions to address the allocation of damages to various sources of water based upon the opinions set forth in the reports of the geotechnical and hydrological experts.

New Orleans, Orleans, Louisiana, this _____ day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

1062849v.1