UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO: MRGO<br>*Armstrong*, No. 10-866 | |

## ARMSTRONG PLAINTIFFS' MOTION & MEMORANDUM TO STRIKE DEFENDANT WGI'S RES JUDICATA AND PRECLUSION DEFENSE

PLAINTIFFS, pursuant to Fed. R. Civ. P. 12(f)(2), hereby move the Court for an order striking Defendant WGI's res judicata/preclusion defense.

1. On July 11, 2011, Defendant WGI filed its Amended Affirmative Defenses and Answer of Defendant Washington Group International, Inc. to Plaintiffs' Amended MRGO Master Consolidated Class Action Complaint, (Doc. 20318), which includes the following:

> R. RES JUDICATA AND PRECLUSION: WGII pleads the doctrines of res judicata, collateral estoppel, claim preclusion and issue preclusion, to the extent that the claims of Plaintiffs or of members of their putative class are or will be barred in whole or in part due to the participation of Plaintiffs, members of their putative class, and/or those in privity with them in this case or in other cases before this Court, or in other courts.

2. This defense is legally insufficient and should be stricken as such for the reasons set forth in the incorporated memorandum of law.[1]

---

[1] Plaintiffs also assert the insufficiency of Affirmative Defense H (Government Contractor). The Court has considered this issue separately. *See* Doc. No. 20248 (Plaintiffs' Opp. to Def. WGI's Memo. in Support of the Continued Availability of the Government Contractor Defense).

1

WHEREFORE, Plaintiffs seek an order striking WGI's Affirmative Defense R (Res Judicata and Preclusion).

Dated: July 15, 2011

**Respectfully Submitted,**

**PLAINTIFFS LIAISON COUNSEL**

_/s/ Joseph M. Bruno_
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)