UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE Duval MAG. Wilkinson |
| PERTAINS TO: MRGO *Armstrong*, No. 10-866 | |

## ARMSTRONG PLAINTIFFS' MOTION & MEMORANDUM TO OVERRULE OBJECTIONS TO PLAINTIFFS' WRITTEN DISCOVERY TO DEFENDANT WGI

PLAINTIFFS, pursuant to Fed. R. Civ. P. 33 and 37(a), move to strike objections to the Armstrong Plaintiffs' First Interrogatories to Defendant Washington Group International, Inc. and to the Armstrong Plaintiffs' First Request for Production to Defendant Washington Group International, Inc.

1. On May 16, 2011, Plaintiffs served interrogatories and a request for production ("RFP") on Defendant URS Energy & Constr. Co. (fka Washington Group Int'l, Inc.) ("WGI"). WGI lodged numerous objections and responded that its previous discovery responses and document production generated all information and documents responsive to Plaintiffs' requests. (Ex. A, Excerpt of Def. Ans. to Interrogs.) (Ex. B, Excerpt of Def. Resp. to Pltfs. RFP.) Among its many objections, one is particularly concerning. WGI asserts that Plaintiffs are barred by res judicata from obtaining discovery concerning any facts beyond those concerning its work on the sewer lift station (Saucer Marine) and the "wedding cake" (Boland Marine). In conferring on these issues, WGI confirmed that it has not actually

1

withheld responsive information pursuant to this objection, but the objection raises a serious issue as to the proper scope of discovery, including any future supplemental discovery responses.

2. Plaintiffs have contemporaneously moved to strike WGI's associated res judicata affirmative defense on the same grounds set forth in the accompanying memorandum.

3. The undersigned certifies that he conferred in good faith with counsel for WGI by teleconference and in writing. (Composite Ex. C., Meet-and-Confer Letter from J. Bruno to W. Treeby, 6/29/11; Meet-and-Confer Letter from J. Bruno to W. Treeby, 6/30/11; Resp. Letter from W. Treeby to J. Bruno 6/30/11; Reply Letter from W. Treeby to J. Bruno 7/5/11.)

WHEREFORE, Plaintiffs seek an order overruling WGI's res judicata objections to Plaintiffs' discovery.

Dated: July 15, 2011

**Respectfully Submitted,**

**PLAINTIFFS LIAISON COUNSEL**

   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)