# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE (all cases) | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * |  |
| *Mumford v. Ingram*    05-5724 | * |  |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * |  |
| *Parfait Family v. USA*    07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*    08-4459 | * | JOSEPH C. WILKINSON, JR. |

## JOINT MOTION TO SET STATUS CONFERENCE

Lafarge North America Inc. ("LNA") and the plaintiffs in the above-captioned cases ("Barge Plaintiffs"), which constitute all remaining cases in the "Barge Track," hereby move for an order setting a status conference to discuss procedures and next steps for resolving the remaining Barge Track cases and yet-to-be-filed lawsuits.

Last summer, the Court conducted a thirteen-day bench trial concerning the claims of four specific plaintiffs who alleged that the Barge ING 4727 (the "Barge") was a substantial cause of the north and south breaches of the eastern floodwall along the Inner Harbor Navigation Canal ("IHNC"). On January 20, 2011, the Court issued its Findings of Fact and Conclusions of Law, finding that the Barge did not cause either of the two floodwall breaches. Doc. 20149. The plaintiffs filed a Notice of Appeal (Doc. 20165) and, on July 5, 2011, voluntarily dismissed same. There are approximately 110 individual Barge Plaintiffs whose claims remain pending

before the Court in the above-captioned cases.[1]  There are also thousands of additional potential plaintiffs whose claims against LNA had been tolled by agreement pending the outcome of the 2010 trial and appeal.  Plaintiffs' counsel advise that they are preparing to file suit on behalf of these individuals against LNA, and to docket existing suits for trial.

All of the parties are interested in seeing the Barge Litigation brought to a close.  The parties had stipulated that, in the event trials of subsequent "bellwether" cases might occur following the initial trial, the pleadings of those plaintiffs would govern whether such subsequent trials would be conducted as jury or non-jury trials.  Doc. 18799 at 2.  The Court had advised that "such issues as collateral estoppel, law of the case, summary judgment and the like would all be considered prior to adjudicating duplicative trials."  Doc. 19201 at 1-2.

LNA intends to seek summary judgment on all claims in light of the evidence presented at the 2010 trial and the outcome of that trial, while plaintiffs take the position that granting such a motion would be improper as a matter of law, and in light of proof to be placed at issue in due course.  The parties are prepared to discuss the selection of a limited number of plaintiffs whose claims would be tried in a subsequent trial if and to the extent that such claims survive summary judgment.

The parties seek a conference with the Court, at the Court's earliest convenience, for its guidance in structuring the proceedings to facilitate bringing the remaining claims (and claims yet to be filed, if any) to a definitive and timely end.

---

[1] There are approximately 32 remaining plaintiffs in *Benoit*, 6 remaining plaintiffs in *Mumford*, 6 plaintiffs in *Lagarde*, 63 plaintiffs in *Boutte*, 2 plaintiffs in *Perry*, and 3 plaintiffs in *Weber*.  The *Parfait* action, which includes over 100 additional plaintiffs, has been stayed and administratively closed.  Doc. 13525.

2

LIBW/1788086.3

Dated: July 19, 2011                                     Respectfully submitted,

| | |
|---|---|
| /s/ Brian A. Gilbert | Derek A. Walker, T.A. (#13175) |
| Brian A. Gilbert (21297) | Robert B. Fisher, Jr. (#5587) |
| LAW OFFICE OF BRIAN A. GILBERT, P.L.C . | **CHAFFE MCCALL, L.L.P.** |
| 2030 St. Charles Avenue | 2300 Energy Centre |
| New Orleans, Louisiana 70130 | 1100 Poydras Street |
| Telephone: (504) 598-1000 | New Orleans, LA  70163-2300 |
| Facsimile: (504) 524-1024 | Telephone:  (504) 585-7000 |
| e-mail: bgilbert@briangilbertlaw.com | Facsimile:  (504) 585-7075 |
| | Fisher@chaffe.com |
| | Walker@chaffe.com |
| /s/Shawn Khorrami | /s/ John D. Aldock |
| Shawn Khorrami (CA SBN #14011) | John D. Aldock |
| Khorrami, Pollard & Abir, LLP | Richard M. Wyner |
| 444 S. Flower Street, 33rd Floor | Mark S. Raffman |
| Los Angeles, California 90071 | **GOODWIN PROCTER LLP** |
| Telephone: (213) 596-6000 | 901 New York Avenue, N.W. |
| Facsimile: (213) 596-6010 | Washington, DC  20001 |
| e-mail:  Skhorrami@kpalawyers.com | Telephone:  (202) 346-4240 |
| | jaldock@goodwinprocter.com |
| *Attorneys for Plaintiffs* | rwyner@goodwinprocter.com |
| | mraffman@goodwinprocter.com |
| | Daniel A. Webb (#13294) |
| | **SUTTERFIELD & WEBB, LLC** |
| | Poydras Center |
| | 650 Poydras Street, Suite 2715 |
| | New Orleans, LA  70130 |
| | Telephone:  (504) 598-2715 |
| | *Attorneys for Lafarge North America Inc.* |

### Certificate of Service

I hereby certify that I have on this 19th day of July, 2011 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

                                         /s/ John D. Aldock

3

LIBW/1788086.3