UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| IN RE:  KATRINA CANAL BREACHES | * CIVIL ACTION |
| CONSOLIDATED LITIGATION | * |
| | * NO. 05-4182 |
| | * |
| PERTAINS TO:  MRGO | * SECTION "K" (2) |
| | * |
| | * JUDGE DUVAL |
| | * |
| | * MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## JOINT MOTION TO STAY HEARING OR SUBMISSION

## OF MOTION TO OVERRULE

**NOW INTO** COURT, through undersigned counsel, come Plaintiffs and Washington Group International, Inc. ("WGI"), and respectfully move Magistrate Judge Wilkinson to stay any hearing or submission of the Armstrong Plaintiffs' Motion To Overrule Objections To Plaintiffs' Written Discovery To Defendant WGI (Document No. 20328) pending Judge Duval's disposition of Armstrong Plaintiffs' Motion To Strike Defendant WGI's Res Judicata And Preclusion Defense (Document No. 20327).

**WHEREFORE**, Plaintiffs and Washington Group International, Inc., respectfully move to stay the hearing or submission of Armstrong Plaintiffs' Motion To Overrule Objections To Plaintiffs' Written Discovery To Defendant WGI (Document No. 20328) pending Judge Duval's disposition of Armstrong Plaintiffs' Motion To Strike Defendant WGI's Res Judicata And Preclusion Defense (Document No. 20327).

Dated:  July 20, 2011                                      Respectfully submitted,

/

/s/*Joseph M. Bruno*                                        /s/*William D.Treeby*
Joseph M. Bruno, 3604                              William D. Treeby, 12901
Law Offices of Joseph M. Bruno           James C. Gulotta, Jr., 6590
855 Baronne Street                                     Heather S. Lonian, 29956
New Orleans, Louisiana  70113                    Of
Telephone: (504) 525-1335                     STONE PIGMAN WALTHER WITTMANN L.L.C.
Facsimile: (504) 561-6775                       546 Carondelet Street
                                                                 New Orleans, Louisiana  70130
                                                                 Telephone:  (504) 581-3200
Plaintiffs' Liaison Counsel                        Facsimile:   (504) 581-3361

                                                                 and

                                                                 Adrian Wager-Zito
                                                                 Debra S. Clayman
                                                                 JONES DAY
                                                                 51 Louisiana Avenue, N.W.
                                                                 Washington, D.C. 20001-2113
                                                                 Telephone:  (202) 879-3891
                                                                 Facsimile:  (202) 626-1700

                                                                 Attorneys for Washington Group
                                                                 International, Inc., a division of URS
                                                                 Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion to Stay Hearing Or Submission Of Motion To Overrule has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 20th day of July, 2011.

                                                                 /s/*William D. Treeby*

1063849v.1