UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * | SECTION "K" (2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |

**O R D E R**

Considering the foregoing Joint Motion To Stay Hearing Or Submission Of Motion To Overrule.

**IT IS ORDERED** that the motion is **GRANTED** and that the hearing or submission of Armstrong Plaintiffs' Motion To Overrule Objections To Plaintiffs' Written Discovery To Defendant WGI (Document No. 20328), presently noticed for submission on August 3, 2011 before Magistrate Judge Wilkinson, is hereby stayed pending Judge Duval's disposition of Armstrong Plaintiffs Motion To Strike Defendant WGI's Res Judicata And Preclusion Defense (Document No. 20327), at which time the Armstrong Plaintiffs may notice the submission of the stayed Motion.

New Orleans, Orleans, Louisiana, this _____ day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

1063855v.1