UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:   MRGO<br>                     Armstrong, C.A. No. 10-866 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Considering the foregoing Joint Motion to Stay Hearing or Submission of Motion to Overrule, Record Doc. No. 20332,

**IT IS ORDERED** that the motion is GRANTED IN PART and DENIED IN PART as follows:  The motion is denied insofar as it seeks a stay.  It is granted, however, in that the Armstrong Plaintiffs' Motion To Overrule Objections To Plaintiffs' Written Discovery To Defendant WGI (Document No. 20328), presently noticed for submission on August 3, 2011 before Magistrate Judge Wilkinson, is hereby <u>DISMISSED</u> <u>WITHOUT</u> <u>PREJUDICE</u> to <u>refiling</u> and renoticing it for submission, if appropriate, <u>after</u> Judge Duval's disposition of Armstrong Plaintiffs' Motion To Strike Defendant WGI's Res Judicata and Preclusion Defense (Document No. 20327).

New Orleans, Louisiana, this \_\_22nd\_\_ day of July, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE