UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO AMEND SCHEDULING ORDER

**NOW INTO** COURT, through undersigned counsel, come Plaintiffs, the United States, and Washington Group International, Inc. ("WGI"), and respectfully move to amend the Court's March 17, 2011 Order ("Scheduling Order") as set forth below. The parties respectfully submit that the relief sought herein will not affect the dates for the hearing on *Daubert* motions or the trial date in the above-captioned matter.

1. The parties request that the Scheduling Order be amended to require each party to file updated Witness and Exhibit Lists on the first day of each month (or, in the event that the first day falls on a weekend or federal holiday, on the first business day thereafter).

2. The parties respectfully submit that the relief sought herein will assist the parties in coordinating discovery matters and in preparing for the trial on the merits.

**WHEREFORE**, Plaintiffs, the United States and Washington Group International, Inc., respectfully move to amend the Court's March 17, 2011 Order in order to require each party to file updated Witness and Exhibit Lists on the first day of each month (or, in the event that the first day falls on a weekend or federal holiday, on the first business day thereafter).

1063997v.1

Dated:  July 22, 2011                         Respectfully submitted,

/s/Robin D. Smith
Robin D. Smith
Senior Trial Counsel
Torts Branch, Civil Division
United States Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)

Attorney for the United States

and

/s/Joseph M. Bruno
Joseph M. Bruno, 3604
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana  70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

Plaintiffs' Liaison Counsel

/s/Heather S. Lonian
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
  Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion to Amend Scheduling Order has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 22nd day of July, 2011.

                                        /s/Heather S. Lonian

1063997v.1