UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO:  MRGO | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

**O R D E R**

Considering the foregoing Joint Motion to Amend Scheduling Order;

**IT IS ORDERED** that the motion is **GRANTED** and that the Court's March 17, 2011 Order is amended as set forth below:

1. Each party is to file updated Witness and Exhibit Lists on the first day of each month (or, in the event that the first day falls on a weekend or federal holiday, on the first business day thereafter).

2. This relief is being granted on the condition that the trial date and *Daubert* hearing date will not be affected.

New Orleans, Orleans, Louisiana, this _____ day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

1063998v.1