# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 20, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 2 2 2011
LORETTA G. WHYTE
CLERK

    No. 09-30485, In Re: Katrina Canal Breaches
    USDC No. 2:05-CV-4182
    USDC No. 2:07-CV-5528

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the court's opinion.

The electronic copy of the record has been recycled.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Dantrell L. Johnson, Deputy Clerk
                          504-310-7689

cc: (letter only)
    Honorable Stanwood R. Duval, Jr.
    Mr. Neil C. Abramson
    Mr. Wystan Michael Ackerman
    Ms. Judy Y. Barrasso
    Mrs. Nora B. Bilbro
    Ms. Kelly C. Bogart
    Ms. Jacqueline M. Brettner
    Ms. Lauren E. Brisbi
    Mr. Stephen Glenn Bullock
    Mr. William Glenn Burns
    Ms. Rachael Patton Catalanotto
    Mr. Charles Louis Chassaignac, IV
    Ms. Mary Lue Dumestre
    Mr. Stuart Kyle Duncan
    Mr. Lawrence J. Duplass
    Ms. Andrea Leigh Fannin
    Mr. Neal J. Favret
    Mr. Richard L. Fenton

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Mr. Alan Scott Gilbert
Mr. Stephen E. Goldman
Mr. Ralph S. Hubbard III
Mr. Kevin Peter Kamraczewski
Mr. Richard Edward King
Mr. Wayne Joseph Lee
Mr. Steven M. Levy
Mr. Matthew Joseph Lindsay
Mr. Jay M. Lonero
Ms. Amy Seltzer Malish
Mr. Stephen L. Miles
Mr. Sean Patrick Mount
Mr. Dominic J. Ovella
Mrs. Maura Z. Pelleteri
Mr. Christopher Raymond Pennison
Mr. C Michael Pfister
Mr. H Minor Pipes III
Mr. Daniel Michael Redmann
Mr. Marshall M. Redmon
Mr. Harry A. Rosenberg
Mrs. Deborah B. Rouen
Mr. Seth Andrew Schmeeckle
Ms. Kristen H Schorp
Mr. Gordon Paul Serou, Jr.
Mr. John E. Unsworth, Jr.
Mr. Steven W. Usdin
Mr. Walter D. Willson
Mr. Alan J. Yacoubian

P.S. to Judge Duval: A copy of the opinion was sent to your office via email the day it was filed.