# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                NO. 05-4182

PERTAINS TO:
                                                SECTION "K"(2)

*Boutte v. Lafarge*            **C.A. No. 05-5531**
*Mumford v. Ingram*            **C.A. No. 05-5724**
*Lagarde v. Lafarge*           **C.A. No. 06-5342**
*Perry v. Ingram Barge*        **C.A. No. 06-6299**
*Benoit v. Lafarge*            **C.A. No. 06-7516**
*Weber v. Lafarge*             **C.A. No. 08-4459**

## ORDER

Before the Court is a Joint Motion to Set Status Conference (Doc. 20331) concerning the resolution of the remaining "Barge Track" cases and disagreement between plaintiffs and defendants as to the proper course of action for the remaining plaintiffs in light of the defense verdict in two suits by four specific plaintiffs[1] ("Plaintiffs") against Lafarge North America, Inc. ("Lafarge"). (Doc. 20149).   There are approximately 112 plaintiffs remaining in the above-listed filed cases.[2]  There are apparently also thousands of additional potential plaintiffs whose claims against LNA have been tolled by agreement pending the outcome of the 2010 trial and appeal. Plaintiffs' counsel have indicated to defendants' counsel that they are preparing to file suit on behalf of these individuals against LNA and to docket existing suits for trial.

LNA indicates in this motion that it intends to seek summary judgment on all claims in light of the evidence presented at the 2010 trial and the outcome thereof, while plaintiffs contend

---

[1]C.A. No. 05-5724:Josephine Richardson, Holiday Jewelers, Inc. and C.A. No. 06-7516: John Alford and Jerry Alford.  These suits were consolidated under the BARGE umbrella in the *In re Katrina Consolidated Canal Breach Litigation,* C.A. No. 05-4182. There are numerous other plaintiffs in each case.

[2]*Parfait Family v. USA,*C.A. No. 07-3500, remains stayed and administratively closed.  Doc. 13525.

that granting such a motion would be improper as a matter of law, and in light of proof to be placed at issue in due course.  Considering these facts,

**IT IS ORDERED** that defendants shall file a Motion for Summary Judgment as to all remaining plaintiffs **no later than August 30, 2011** with a Notice of Submission for **October 12, 2011 with oral argument specially scheduled for October 12, 2011  at 10:00 a.m** .

Opposition to such motion shall be filed **no later than September 13, 2011**, and a reply brief may be filed no later than **September 27, 2011**.

**IT IS FURTHER ORDERED** that the Joint Motion to Set Status Conference is **DENIED**.

New Orleans, Louisiana, this 26th day of July, 2011.

_____

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**