UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## THE MRGO PLAINTIFFS' PRELIMINARY WITNESS LIST

Pursuant to the Court's Minute Order dated March 17, 2011, as modified by the Court's Order dated July 25, 2011, The MRGO Plaintiffs' ("Plaintiffs'") submits this preliminary list of fact and expert witnesses that may or will be called to testify at trial in the above-referenced action.

1.  Kenneth & Jeannine Armstrong  
    2400 Armis Drive  
    Meraux, LA 70075  
    
    Fact testimony regarding personal experiences and losses; Lower 9th Ward & St. Bernard Sub-Class Rep

2.  Succession of Ethel Mae Coates  
    
    Fact testimony regarding personal experiences and losses; Lower 9th Ward & St. Bernard Sub-Class Rep

3.  Alvin Livers  
    13492 Paces Point  
    Gonzales, LA 70737  
    
    Fact testimony regarding personal experiences and losses; Lower 9th Ward Sub-Class Rep

4.  Clifford Washington  
    1910 Charbonnet Street  
    New Orleans, LA 70117  
    
    Fact testimony regarding personal experiences and losses; Lower 9th Ward Sub-Class Rep

5.  Fred Holmes  
    30321 Glenboro Drive  
    Spring, TX 77386  
    
    Fact testimony regarding personal experiences and losses; St. Bernard Sub-Class Rep

| | | |
|---|---|---|
| 6. | Chad A. Morris, P.L.S. | Expert witness. Mr. Morris's testimony will address geographic mapping/surveying. |
| 7. | G. Paul Kemp, Ph.D. | Expert witness. Dr. Kemp's testimony will address input data regarding the model of the August/ September 2005 metropolitan New Orleans innundation. |
| 8. | John A. Kilpatrick, Ph.D. | Expert witness. Dr. Kilpatrick's testimony will address the diminution of value of the New Orleans real estate market resultant of the August/September 2005 metropolitan New Orleans innundation, and that such a diminution can be quantified on a class wide basis. |
| 9. | Matthijs Kok | Expert witness. Dr. Kok's testimony will illustrate the August/ September 2005 metropolitan New Orleans innundation. |
| 10. | Johannes Vrijling | Expert witness. Dr. Vrijling's testimony will illustrate the August/ September 2005 metropolitan New Orleans innundation. |
| 11. | Robert Bea | Expert witness. Dr. Bea's testimony will address forensic engineering and causation analysis for the north and south breaches. |
| 12. | Rune Storesund | Expert witness. Mr. Storesund testimony will address geo-technical engineering. |
| 13. | David Rogers | Expert witness. Mr. Rogers testimony will address the developmental history of the area, site geology, and site characterization. |

14.   Scott Taylor                                    Expert witness. Mr. Taylor's testimony will address the damage appraisal's.

15,   John Crawford                                   Expert witness. Mr. Crawford's testimony will address the structural damage to plaintiffs' properties.

16.   Any witness listed by any other party

17.   Any witness called by any other party

PLAINTIFFS' LIAISON COUNSEL

s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 1st day of August, 2011.

/s/ *Joseph M. Bruno*
Joseph M. Bruno