UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
|     *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## THE MRGO PLAINTIFFS' PRELIMINARY EXHIBIT LIST

Pursuant to the Court's Minute Order dated March 17, 2011, as modified by the Court's Order dated July 25, 2011, The MRGO Plaintiffs' ("Plaintiffs'") submits this preliminary list of exhibits that may or will be introduced at trial in the above-referenced action.

While Plaintiffs have endeavored in good faith to prepare a exhibits lists, it is necessarily limited, and subject to further change and modification considering that discovery and investigation in this case is ongoing. For example, Plaintiffs' counsel recently reviewed numerous Army Corps documents at the Army Corps's document repository and are awaiting the United States' consideration of their requests before these documents are formally produced. In addition, Plaintiffs recently served a Request for Production and Interrogatories on Defendants Washington Group

1

International, Inc. and United States and are awaiting Defendants' responses and any subsequent document production that will accompany those responses.

Subject to these qualifications, Plaintiffs hereby submit their preliminary exhibit list:

1. All documents produced, cited, relied upon and/or filed with the Court by defendant WGI in all pleadings and motions filed in this matter. *See* Attachment "A."

2. All documents produced, cited, relied upon and/or filed with the Court by defendant United States in all pleadings and motions filed in this matter. *See* Attachment "B."

3. All documents produced, cited, relied upon and/or filed with the Court by Plaintiffs in all pleadings and motions filed in this matter. *See* Attachment "C."

4. All trial exhibits and trial testimony from the *Robinson* trial (*Robinson v. United States*, Case No. 06-2268). *See* Attachments "D" (Joint Exhibit List), "E" (United States Exhibit List), and "F" (Plaintiffs' Exhibit List).

5. All trial exhibits and trial testimony from the Barge trial (*Mumford* C.A. No. 05-5724 as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - only; *Benoit* C.A. No. 06-7516 as to claims of plaintiffs John Alford and Jerry Alford – only). *See* Attachment "G" (Lafarge Exhibit List), Attachment "H" (Barge Plaintiff Exhibit List).

6. All documents produced in response to Plaintiffs' subpoena to Cajun Industries, LLC served on April 6, 2011.

7. Documents concerning Plaintiffs' damages and loss, insurance claims and payments, repair receipts, photographs and/or video recordings, medical records, mental health records, proof of loss of wages/income, and/or inconvenience.

8. Plaintiffs' Form 95s.

9. A video recording concerning floodwaters related to Hurricane Katrina and their impact on the east side of the IHNC in between Florida Avenue and Claiborne Avenue.

                    PLAINTIFFS' LIAISON COUNSEL

                    s/ *Joseph M. Bruno*
                    JOSEPH M. BRUNO (La. Bar No. 3604)
                    BRUNO & BRUNO, L.L.P.
                    855 Baronne Street
                    New Orleans, Louisiana 70113
                    Telephone: (504) 525-1335
                    Facsimile: (504) 561-6775
                    Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 1st day of August, 2011.

/s/ *Joseph M. Bruno*
Joseph M. Bruno