UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

## UNITED STATES' PRELIMINARY LIST OF EXHIBITS

Pursuant to the Court's March 17, 2011, Minute Entry (Doc. Rec. No. 20200), as modified by the Court's order of July 25, 2011, Defendant United States of America, through undersigned counsel, hereby submits, as Exhibit 1, the attached Preliminary List of Exhibits.

As Discovery in this case will not close until February 10, 2012, this Preliminary List has been prepared in good faith on the basis of the information currently available.

                                                                                         Respectfully submitted,

                                                                                         TONY WEST
                                                                                         Assistant Attorney General

                                                                                         PHYLLIS J. PYLES
                                                                                         Director, Torts Branch

                                                                                         JAMES G. TOUHEY, JR.
                                                                                        Assistant Director, Torts Branch

                                                                        s/ Conor Kells
                                                                                         CONOR KELLS
                                                                                        Trial Attorney, Torts Branch, Civil Division
                                                                                        U.S. Department of Justice
                                                                                        Benjamin Franklin Station, P.O. Box 888
                                                                                        Washington, D.C.  20044
                                                                                        (202) 616-4400 / (202) 616-5200 (Fax)

Dated: August 1, 2011                                                  Attorneys for the United States

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 1, 2011, the foregoing United States' Preliminary Exhibit List was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              /s/ Conor Kells
              CONOR KELLS