UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

**UNITED STATES' PRELIMINARY LIST OF WITNESSES**

Pursuant to the Court's March 17, 2011, Minute Entry (Doc. Rec. No. 20200), as modified by the Court's order of July 25, 2011, Defendant United States of America, through undersigned counsel, hereby submits this Preliminary List of Witnesses.[1]

As Discovery in this case will not close until February 10, 2012, this Preliminary List has been prepared in good faith on the basis of the information currently available.

Dr. Thomas L. Brandon
200 Patton Hall
Blacksburg, VA  24061
Subject Matter: Geotechnical

Gerald Dicharry
1813 Francis Avenue
Metairie, LA 70003
Subject Matter: Inner Harbor Navigation Canal Lock Replacement Project

---

[1] If counsel wishes to contact any current or former federal employees, such contact must be made through counsel for the United States.

Dr. Austin Dooley
P.O. Box 63, City Island, NY 10464
*(Mailing)*
76 Earley Street, City Island NY 10464
*(Physical)*
Subject Matter: Hurricane wind fields

Steve Fitzgerald
8306 Pheasant Glen Drive
Spring, TX 77379
Subject matter: Hydrology, hydraulics, and interior drainage

Lee Guillory
7400 Leake Ave.
New Orleans, LA 70118
Subject Matter: Inner Harbor Navigation Canal Lock Replacement Project

Dr. W. Allen Marr
Geocomp Corp.
125 Nagog Park
Acton, MA 01720
Subject Matter: Geotechnical

James A. Montegut, III
6190 Tezcuco Court
Gonzales, LA 70737
Subject Matter:  East Bank Industrial Area/Inner Harbor Navigation Canal task orders

Richard Pinner
7400 Leake Ave
New Orleans, LA 70160
Subject Matter:  Inner Harbor Navigation Canal soil analysis

Dr. Mark D. Powell
Center for Ocean-Atmospheric Prediction Studies
Florida State University
Robert M. Johnson Building
2035 E. Paul Dirac Drive
Tallahassee, FL 32310
Subject Matter: Hurricane wind fields

Dr. Joannes Westerink
Department of Civil Engineering
  and Geological Science
University of Notre Dame
Notre Dame, IN 46556
Subject matter: Storm surge modeling.

                              Respectfully submitted,

                              TONY WEST
                              Assistant Attorney General

                              PHYLLIS J. PYLES
                              Director, Torts Branch

                              JAMES G. TOUHEY, JR.
                              Assistant Director, Torts Branch

                               s/ Conor Kells
                              CONOR KELLS
                              Trial Attorney, Torts Branch, Civil Division
                              U.S. Department of Justice
                              Benjamin Franklin Station, P.O. Box 888
                              Washington, D.C.  20044
                              (202) 616-4400 / (202) 616-5200 (Fax)
Dated: August 1, 2011               Attorneys for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2011, the foregoing United States' Preliminary Witness List was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ Conor Kells
                                              CONOR KELLS