# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"** |
| **PERTAINS TO:** **C. Abadie, 06-5164** | * | **Judge Stanwood R. Duval, Jr.** |
| | * | |
| This pleading applies only to the claim of Demetrius Temple | * | **MAGISTRATE (2)** |
| regarding 5050 W. St. Andrew Circle, New Orleans, LA 70128 | * | **Magistrate Joseph C. Wilkinson, Jr.** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ON CROSSCLAIM IN INTERPLEADER

After considering interpleader-plaintiff, Lexington Insurance Company's crossclaim in interpleader and the responses, the court

GRANTS the crossclaim in interpleader and ORDERS the following:

1. Interpleader-plaintiff, Lexington Insurance Company, is discharged from this lawsuit and is relieved of all claims made by Demetrius Temple;

2. Demetrius Temple; State of Louisiana, Division of Administration, Office of Community Development, Louisiana Recovery Authority; Chase Manhattan Mortgage Corporation and/or their successor in interest; and the Law Firm of Joseph M. Bruno, APLC, are enjoined from filing any proceeding relating to the Hurricane

-1-

Katrina claims associated with the damage sustained at the property located at the municipal address of 5050 W. St. Andrew Circle, New Orleans, Louisiana 70128, against Lexington Insurance Company in any other court.

New Orleans, Louisiana, this __3rd__ day of _____August_____, 2011.

_____
U.S. DISTRICT JUDGE