UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:   MRGO<br>*Armstrong*, No. 10-866 | |

**PLAINTIFFS' EX PARTE MOTION TO FILE REPLY MEMORANDUM IN SUPPORT
OF MOTION TO STRIKE DEFENDANT WGI'S
<u>RES JUDICATA AND PRECLUSION DEFENSE</u>**

Plaintiffs hereby respectfully request leave to file a reply memorandum not exceeding 10 pages in length in support of its Motion to Strike Defendant WGI's Res Judicata and Preclusion Defense (Doc. No. Doc. No. 20327), in light of the significance of this motion and the number of issues it raises.

Pursuant to Local Rule 7.3E, a Proposed Order is provided.

Dated:  August 5, 2011

        **Respectfully Submitted,
PLAINTIFFS LIAISON COUNSEL**

        <u>     /s/ Joseph M. Bruno</u>
        JOSEPH M. BRUNO (La. Bar # 3604)
        Bruno & Bruno, LLP
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@brunobrunolaw.com

        **MR-GO PLAINTIFFS SUB GROUP LITIGATION
        COMMITTEE**

        Jonathan Andry (The Andry Law Firm, New Orleans, LA)
        Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
        James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## **CERTIFICATE OF SERVICE**

 I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on August 5, 2011.

         /s/ Joseph M. Bruno