UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO: MRGO<br>     *Armstrong*, No. 10-866 | |

**ARMSTRONG PLAINTIFFS' MEMORANDUM IN SUPPORT OF EX PARTE MOTION
FOR LEAVE TO FILE REPLY MEMORANDUM**

Plaintiffs filed their Motion & Memorandum to Strike Defendant WGI's Res Judicata and Preclusion Defense (Doc. No. 20327) on July 15, 2011. Defendant WGI filed their Opposition to Plaintiffs' Motion (Doc. No. 20355) on August 2, 2011.

Plaintiffs' motion and WGI's opposition raise significant issues with respect the scope of Plaintiffs' negligence claims against WGI as those claims relate to WGI's work performed along the eastern portion of the IHNC between Florida Avenue and Claiborne Avenue pursuant to Task Order 26.

By the filing of a reply brief, Plaintiffs wish to draw the Court's attention to material issues concerning WGI's contention that Plaintiffs' are barred or otherwise precluded from pursuing their negligence claims against WGI for any work WGI's performed other than the work at Boland and Saucer Marine. The reply contends that WGI is incorrect because (1) Plaintiffs' and WGI's summary judgment and appellate papers discuss all of WGI's negligent work, and the damage that negligent work caused, when it was performed pursuant to Task Order 26; (2) WGI cannot establish the necessary elements of res judicata and/or collateral

1

estoppel, (3) WGI cannot establish that Plaintiffs abandoned their claim concerning WGI's negligent work beyond Boland and Saucer Marine, and (4) limiting Plaintiffs' claims against WGI to only the work at Boland and Saucer Marine would be manifestly unjust.

Accordingly, Plaintiffs wish to file the attached reply memorandum (Exhibit 1) in support of their Motion to Strike Defendant WGI's Res Judicata and Preclusion Defense.  The filing of a reply will not cause any delay of this matter or result in any prejudice to WGI.

**WHEREFORE**, for the foregoing reasons, Plaintiffs request that this Court grant this Ex Parte Motion for Leave and file the attached reply memorandum into the record attached hereto as Exhibit 1.

Dated:  August 5, 2011

        **Respectfully Submitted,**
        **PLAINTIFFS LIAISON COUNSEL**

            /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (La. Bar # 3604)
        Bruno & Bruno, LLP
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@brunobrunolaw.com

        **MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

        Jonathan Andry (The Andry Law Firm, New Orleans, LA)
        Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
        James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on August 5, 2011.

         /s/ Joseph M. Bruno