UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO: MRGO<br>　　　　　　　*Armstrong*, No. 10-866 | |

**ORDER**

Having considered Plaintiffs' Ex Parte Motion for Leave to File a Reply Memorandum in Support of Motion to Strike Defendant WGI's Res Judicata and Preclusion Defense, and for good cause shown, it is hereby ORDERED that the Motion for Leave to File is GRANTED. Plaintiffs may file a reply memorandum not to exceed ten pages in length.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**