| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Filed | Doc. No. | Reference | Filed In | Description | Defendant | Answer | Complaint Ref | Collateral Estoppel |
| 2 | 9/19/2005 | 1 | (07-5023) | | Complaint | Boh Bros | | | |
| 3 | 11/25/2005 | 7 | (05-4182) | | Supplemental and Amending Complaint | WGI | | | |
| 4 | 11/25/2005 | 11 | (05-4182) | | 2nd Supplemental and Amending Complaint | WGI | | | |
| 5 | 1/09/2006 | 28 | | | Answer to 2nd Supplemental & Amended Complaint | | WGI | Doc. 11 | No |
| 6 | 5/17/2006 | 387 | 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-20, 06-886 | | 1st Supp Amd Answer to Complaint | | WGI | Doc. 7 & 11 | No |
| 7 | | | | | | | | | |
| 8 | 4/13/2006 | 120 | (06-0020) | | 1st Supplemental and Amended Class Action Complaint | WGI | | | |
| 9 | 4/27/2006 | 211 | (05-4182 & 05-6073) | | Answer to 1st Amended Complaint | | WGI | Doc. 120 | No |
| 10 | 5/16/2006 | 377 | 06-0020 | | Answer to 1st Supp & Amd Complaint | | WGI | Doc. 120 | No |
| 11 | | | | | | | | | |
| 12 | 6/21/2006 | 641 | (05-4181) | | 12th Amd Complaint | WGI | | | |
| 13 | 8/9/2006 | 891 | (05-4181) | | Answer 12th Amd Complaint | | WGI | Doc. 641 | No |
| 14 | | | | | | | | | |
| 15 | 3/15/2007 | 3415 | | MRGO | Amd Complaint MRGO Master Consolidated CA Complaint | WGI | | | |
| 16 | 3/30/2007 | 3614 | | MRGO | Answer to MRGO Master Consolidated CA Complaint | | WGI | Doc. 3415 | Yes - R |
| 17 | 3/30/2007 | 3634 | 05-4181, 05-4182, 05-5237, 05-6073 * 05-6314, 05-6324, 05-6327, 05-6359 * 06-0225, 06-0886, 06-1885, 06-2152, * 06-2278, 06-2287, 06-2824, 06-4024, * 06-4065, 06-4066, 06-4389, 06-4634, * 06-4931, 06-5032, 06-5155, 06-5159, * 06-5161, 06-5260, 06-5162, 06-5771, * 06-5937, 07-0206, 07-0621, 07-1073, * 07-1271, 07-1285 | MRGO | Answer to Master Consolidated CA Complaint MRGO Master Complaint | | USA | Doc. 3415 | No |
| 18 | | | | | | | | | |
| 19 | 3/15/2007 | 3420 | (05-4182) | LEVEE | Amd Complaint - Superseding Master Consolidated CA Complaint | USA | | | |
| 20 | 3/30/2007 | 3622 | 05-4181, 05-4182, 05-5237, 05-6073 * 05-6314, 05-6324, 05-6327, 05-6359 * 06-0225, 06-0886, 06-1885, 06-2152, * 06-2278, 06-2287, 06-2824, 06-4024, * 06-4065, 06-4066, 06-4389, 06-4634, * 06-4931, 06-5032, 06-5155, 06-5159, * 06-5161, 06-5260, 06-5162, 06-5771, * 06-5937, 07-0206, 07-0621, 07-1073, * 07-1271, 07-1285 | LEVEE | Answer to Superseding Master Consolidated CA Complaint | | USA | Doc. 3420 | No |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 21 | Filed | Doc. No. | Reference | Filed In | Description | Defendant | Answer | Complaint Ref | Collateral Estoppel |
| 22 | 2/28/2008 | 11471 | 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | MRGO | AMENDED MR-GO MASTER CONSOLIDATED CLASS ACTION COMPLAINT | USACE, WGI | | | |
| 23 | 5/25/2011 | 20251 | 05-4181, 05-4182, 05-5237, 05-6073,05-6314, 05-6324, 05-6327, 05-6359,06-0225, 06-0886, 06-1885, 06-2152,06-2278, 06-2287, 06-2824, 06-4024,06-4065,06-4066, 06-4389, 06-4634,06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5162, 06-5771,06-5937, 07-0206,07-0621, 07-1073,07-1271, 07-1285 | MRGO | Answer to 11471 Amd Complaint | | WGI | Doc. 11471 | Yes - R |
| 24 | 7/11/2011 | 20318 | | MRGO | Amd Answer to Amd MRGO Master Consolidated CA Complaint | | WGI | Doc. 11471 | Yes - R |
| 25 | | | | | | | | | |
| 26 | 6/8/2011 | 20270 | | MRGO | Intervenor Complaint | USA, WGI | | | |
| 27 | 6/29/2011 | 20302 | | MRGO | Affirmative Defenses and Answer to 20270 Intervenor Complaint | | WGI | Doc. 20270 | Yes - R |
| 28 | | | | | | | | | |
| 29 | 4/26/2006 | 185 | (06-0225) | | 1st Amended Complaint | WGI | | | |
| 30 | 5/15/2006 | 371 | 06-1885 | | 1st Supplemental and Amending Complaint | USA | | | |
| 31 | 5/16/2006 | 376 | (06-2278: Christenberry, et al v. Board of Commissioners for the Orleans Levee District, et al | | Answer to Amended Complaint | | WGI | | No |
| 32 | 5/15/2006 | 388 | 06-1850: O'Dwyer v. USACE | | Answer to Complaint | | USACE | | No |
| 33 | 5/24/2006 | 445 | 06-1672; 06-1673; 06-1674 | | Amended Complaint | All | | | |
| 34 | 7/14/2006 | 777 | (05-6703) | | Answer to 2nd Amd Complaint | | WGI | | No |
| 35 | 8/3/2006 | 868 | (06-4024) | | Amended Complaint | | | | |
| 36 | 8/28/2006 | 1051 | (06-4065) | LEVEE | Answer to Complaint | | WGI | | No |
| 37 | 9/27/2006 | 1243 | (06-4931) | LEVEE | Answer to Complaint | | WGI | | No |
| 38 | 10/4/2006 | 1297 | (06-5937) | LEVEE | Answer to Complaint | | WGI | | No |
| 39 | 11/13/2006 | 1563 | (06-4389) | MRGO - LEVEE | Answer to Complaint | | WGI | | No |
| 40 | 11/21/2006 | 1713 | (06-8708) | LEVEE | Answer to Complaint | | WGI | | No |
| 41 | 11/30/2006 | 1908 | (06-5161) | MRGO - LEVEE | Answer to Complaint | | WGI | | No |
| 42 | 11/30/2006 | 1909 | (06-5159) | MRGO - LEVEE | Answer to Complaint | | WGI | | No |
| 43 | 1/19/2007 | 2732 | (06-4634) | LEVEE | Answer to Complaint | | WGI | | No |
| 44 | 2/8/2007 | 3096 | (06-5785) | LEVEE | Answer to Complaint | | WGI | | No |
| 45 | 2/8/2007 | 3098 | (06-5260) | LEVEE | Answer to Complaint | | WGI | | No |
| 46 | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 47 | Filed | Doc. No. | Reference | Filed In | Description | Defendant | Answer | Complaint Ref | Collateral Estoppel |
| 48 | 4/2/2007 | 3640 | (06-2268) | | Answer to Complaint (Robinson) | | USA | | No |
| 49 | 4/11/2007 | 3708 | (06-5127) | LEVEE | 2nd Amd Complaint | USA | | | |
| 50 | 4/11/2007 | 3710 | (06-5118) | LEVEE | 1st Amd Complaint | USACE | | | |
| 51 | 4/11/2007 | 3712 | (06-5128) | LEVEE | 1st Amd Complaint | USACE | | | |
| 52 | 4/11/2007 | 3714 | (06-5131) | LEVEE | 1st Amd Complaint | USACE | | | |
| 53 | 4/11/2007 | 3716 | (06-5132) | LEVEE | 1st Amd Complaint | USACE | | | |
| 54 | 4/11/2007 | 3719 | (06-5137) | LEVEE | 1st Amd Complaint | USACE | | | |
| 55 | 4/11/2007 | 3721 | (06-5140) | LEVEE | 1st Amd Complaint | USACE | | | |
| 56 | 4/11/2007 | 3723 | (06-5142) | LEVEE | 1st Amd Complaint | USACE | | | |
| 57 | 4/11/2007 | 3725 | (06-5134) | LEVEE | 1st Amd Complaint | USACE | | | |
| 58 | 4/11/2007 | 3733 | (06-5116) | LEVEE | 2nd Amd Complaint | USACE | | | |
| 59 | 5/16/2007 | 4801 | (06-8708) | | 1st Supp & Amd Complaint | USACE | | | |
| 60 | 8/10/2007 | 6941 | 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | LEVEE | 1st Amd Complaint Supp and Amd Levee Master Consolidated CA Complaint | All | | | |
| 61 | 8/20/2007 | 7151 | (07-1113) | | Answer to Complaint | | USA | | |
| 62 | 8/2/2007 | 7332 | (06-8708) | | Answer to Complaint Richardson | | USA | | |
| 63 | 9/10/2007 | 7479 | (07-5300) | LEVEE | Answer to Complaint | | USA | | No |
| 64 | 9/12/2007 | 7571 | 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | LEVEE | Corrected Restated Levee Master Consolidated CA Complaint | All | | | |
| 65 | 11/13/2007 | 8984 | (07-4837) | MRGO | Answer to Complaint | | WGI | | Yes - R |
| 66 | 12/5/2007 | 9354 | (07-4945) | MRGO | Answer to Complaint | | WGI | | Yes - R |
| 67 | 12/5/2007 | 9355 | (07-5397) | MRGO | Answer to Complaint | | WGI | | Yes - R |
| 68 | 1/7/2008 | 10155 | (07-5355) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 69 | 1/7/2008 | 10156 | (07-4995) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 70 | 1/7/2008 | 10157 | (07-4976) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 71 | 1/7/2008 | 10158 | (07-5375) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 72 | 1/7/2008 | 10159 | (07-5016) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 73 | 1/7/2008 | 10161 | (07-5286) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 74 | 1/7/2008 | 10162 | (07-5350) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 75 | 1/7/2008 | 10163 | (07-5254) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 76 | 1/7/2008 | 10164 | (07-5339) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 77 | 1/7/2008 | 10165 | (07-5012) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 78 | 1/7/2008 | 10166 | (07-5344) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 79 | 1/7/2008 | 10167 | (07-5013) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 80 | 1/7/2008 | 10168 | (07-5343) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 81 | 1/7/2008 | 10169 | (07-5013) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 82 | 1/7/2008 | 10170 | (07-5343) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 83 | 1/7/2008 | 10171 | (07-5007) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 84 | 1/7/2008 | 10172 | (07-4550) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |
| 85 | 1/7/2008 | 10173 | (07-4555) | MRGO - LEVEE | Answer to Complaint | | WGI | | Yes - Q |