UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT ON MOTION TO STRIKE

**PLEASE TAKE NOTICE** that Defendant, Washington Group International, Inc. ("WGI") requests oral argument on the Motion to Strike filed by Plaintiffs set for submission on August 10, 2011.  WGI respectfully asserts that oral argument will assist the Court with its disposition of this Motion.

Dated:  August 5, 2011                                                            Respectfully submitted,

/s/Heather S. Lonian                                                  and,
William D. Treeby, 12901                                       Adrian Wager-Zito
James C. Gulotta, Jr., 6590                                     Debra S. Clayman
Heather S. Lonian, 29956                                      JONES DAY
     Of                                                                          51 Louisiana Avenue, N.W.
STONE PIGMAN WALTHER WITTMANN L.L.C.     Washington, D.C. 20001-2113
546 Carondelet Street                                             Telephone:  (202) 879-3891
New Orleans, Louisiana  70130                              Facsimile:  (202) 626-1700
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361                                    Attorneys for Washington Group
                                                                              International, Inc., a division of URS
                                                                              Corporation

1065799v.1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 5th day of August, 2011.

*/s/Heather S. Lonian*

1065799v.1