UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:   MRGO<br>                        *Armstrong*, No. 10-866 | |

## ORDER

Having considered Plaintiffs' Ex Parte Motion for Leave to File a Reply Memorandum in

Support of Motion to Strike Defendant WGI's Res Judicata and Preclusion Defense, and for

good cause shown, it is hereby ORDERED that the Motion for Leave to File is GRANTED.

Plaintiffs may file a reply memorandum not to exceed ten pages in length.

New Orleans, Louisiana, this __7th__ day of __August__, 2011.

_____
        **STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**