UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Armstrong*, C.A. No. 10-866 | SECTION "K"(2) |

## ORDER

**IT IS ORDERED** that the Request for Oral Argument (Doc. 20363) is **DENIED**; there shall be **no oral argument** with respect to Armstrong Plaintiffs' Motion & Memorandum to Strike Defendant WGI's Res Judicata and Preclusion Defense (Doc. 20327).

New Orleans, Louisiana, this 8th day of August, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE