UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION NO. 05-4182 "K"(2) <br> § JUDGE DUVAL <br> § MAG. WILKINSON <br> § |
| PERTAINS TO: <br><br> MRGO <br> *Armstrong*, No. 10-866 | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S
MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION
TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT WGI'S
*RES JUDICATA* AND PRECLUSION DEFENSE**

Defendant Washington Group International, Inc. ("WGII") respectfully moves this Court for leave to file its Sur-Reply in Opposition to Plaintiffs' Motion to Strike Defendant WGI's *Res Judicata* and Preclusion Defense.

Plaintiffs filed their Motion to Strike WGII's *res judicata* and preclusion defense on July 15, 2011. WGII filed its Opposition to Plaintiffs' motion on August 2, 2011. As WGII was finalizing its Opposition, this Court entered an Order on WGII's Motion Regarding Continued Availability of Government Contractor Defense. After reviewing and considering this Court's Order, WGII submits that the Order raises an issue of critical importance to this Court's consideration of Plaintiffs' Motion to Strike. WGII addresses that issue in its proposed Sur-Reply.

1066265v.1

**WHEREFORE**, WGII moves the Court to grant WGII's motion and issue the proposed order attached hereto.

Dated: August 10, 2011                          Respectfully submitted,

*/s/Heather S. Lonian*
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Adrian Wager-Zito
Debra S. Clayman
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

1066265v.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion to Strike Defendant WGI's *Res Judicata* and Preclusion Defense has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 10th day of August, 2011.

/s /Heather S. Lonian

1066265v.1