# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § | CIVIL ACTION NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |
| PERTAINS TO: <br><br> MRGO <br> *Armstrong*, No. 10-866 § § § § § § § | |

## ORDER

Considering the foregoing Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion to Strike Defendant WGI's *Res Judicata* and Preclusion Defense, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk is directed to file the attached Sur-Reply.

New Orleans, Louisiana, this  10th  day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

1066261v.1