IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| RELATES TO: | * * | JUDGE DUVAL |
| *Anderson, et al v. United States of America, et al* Case No. 06-5162 | * * * | MAG. JUDGE WILKINSON |
| *Holmes, et al v. United States of America, et al* Case No. 06-5161 | * * | |

******************************************************************

## MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT**, comes Counsel for Plaintiffs, Hugh P. Lambert of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130, who requests that this Honorable Court allow him to withdraw Linda J. Nelson as counsel in the above-referenced matter. Linda J. Nelson is no longer with the Lambert & Nelson, PLC firm. Hugh P. Lambert will continue as counsel of record.

This withdrawal will not delay the progress of this case. Further, Hugh P. Lambert prays that Linda J. Nelson be withdrawn from the above related cases.

Respectfully submitted,

 /s/Hugh P. Lambert
HUGH P. LAMBERT (LA Bar #7933)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com

## **CERTIFICATE OF SERVICE**

I HEREBY BY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 11th day of August, 2011.

/s/Hugh P. Lambert
HUGH P. LAMBERT, ESQ.