IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| RELATES TO: | * * | JUDGE DUVAL |
| *Anderson, et al v. United States of America, et al* Case No. 06-5162 | * * * | MAG. JUDGE WILKINSON |
| *Holmes, et al v. United States of America, et al* Case No. 06-5161 | * * | |

**************************************************************

## ORDER

Considering the above and foregoing Motion to Withdraw:

**IT IS HEREBY ORDERED** that Linda J. Nelson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 is hereby withdrawn as counsel in the above-related cases.   Hugh P. Lambert will remain as counsel of record.

Thus done and signed this ___ day of _____, 2011 in New Orleans, Louisiana.


_____
HONORABLE JUDGE DUVAL
UNITED STATES DISTRICT JUDGE