UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES           §       CIVIL ACTION
        CONSOLIDATED LITIGATION            §       NO. 05-4182 "K" (2)
                                           §       JUDGE DUVAL
_____§       MAG. WILKINSON
                                           §
PERTAINS TO: MRGO, *Armstrong* (10-866)    §
_____§

## NOTICE OF HEARING

To:   All named plaintiffs through their
      counsel of record

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion for Stayl at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse, 500 Poydras Street, New Orleans, LA, 70130, on the 7th day of September, 2010, at 9:30 a.m.

New Orleans, Louisiana, this ____ day of _____, 2010.


_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana

1