UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES § CIVIL ACTION |
| CONSOLIDATED LITIGATION § NO. 05-4182 "K" (2) |
| § |
| _____ § |
| § JUDGE DUVAL |
| PERTAINS TO:  MRGO § MAG. J. WILKINSON |
| *Armstrong,* No. 10-866 § |
| _____ § |

**DEFENDANT UNITED STATES' MOTION FOR EXPEDITED
HEARING AND INCORPORATED MEMORANDUM**

Pursuant to Rule 7(b), Fed. R. Civ. P., and Local Rule 7, the United States moves for an expedited hearing of its motion to stay the *Armstrong* and MRGO intervenors' actions (Livers, et al.) against the United States.  As set forth more fully in our stay motion, the pre-trial and trial proceedings in these actions are now imposing and will continue to impose a considerable burden on the public fisc.  The expenditure of millions of taxpayer dollars will constitute an

-1-

extreme waste if the government's threshold immunity defenses are sustained in the currently pending appeal *Robinson v. United States,* No. 10-30249 (5th Cir.).  To prevent this, we seek a hearing of our stay motion as soon as possible, but in any event, not later than Friday, August 19.

    A proposed order is provided.

                                            Respectfully Submitted,

                                            TONY WEST
                                            Assistant Attorney General

                                            PHYLLIS J. PYLES
                                            Director, Torts Branch

                                            s/ Robin Doyle Smith
                                            ROBIN DOYLE SMITH
                                            Senior Trial Counsel, Torts Branch
                                            Civil Division
                                            U.S. Department of Justice
                                            Benjamin Franklin Station,
                                            P.O. Box 888
                                            Washington, D.C.  20044
                                            (202) 616-4400/616-5200 (fax)
                                            robin.doyle.smith@usdoj.gov
                                            Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served upon all counsel of record by ECF on August 12, 2011.

/s  Robin Doyle Smith
ROBIN DOYLE SMITH