UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | |
| _____ | § | |
| | § | JUDGE DUVAL |
| PERTAINS TO: MRGO | § | MAG. J. WILKINSON |
| *Armstrong,* No. 10-866 | § | |
| _____ | § | |

## ORDER

Having considered the United States' Motion for Expedited Hearing of its Motion for Stay, and for good cause shown, it is hereby ORDERED that the Motion for Expedited Hearing is GRANTED. The United States' Motion for Stay shall be heard without oral argument on August ____, 2011.

New Orleans, Louisiana, this ____ day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE