UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| MRGO, *Armstrong, et al.* (10-866) | § | |
| | § | |

**DEFENDANT UNITED STATES' RESPONSE
TO PLAINTIFFS' THIRD REQUEST FOR PRODUCTION**

Pursuant to Federal Rules of Civil Procedure 26 and 34, the United States hereby objects and responds to Plaintiffs' First Request for Production as follows:

**GENERAL OBJECTIONS**

The following general objections are continuing in nature and apply to each Request for Production. Accordingly, they are hereby incorporated into each Response provided, as if fully set forth therein, unless expressly waived in a particular Response.

GENERAL OBJECTION NO. 1: The United States objects to the Requests (and any definitions or instructions they incorporate) insofar as they broaden the United States' obligations beyond those imposed by the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Eastern District of Louisiana, or any order of the Court.

GENERAL OBJECTION NO. 2: The United States objects to the Requests insofar as they seek information protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, protection, immunity, law, or rule. Without waiving these objections or any privileges, the United States answers Plaintiffs' Requests to the extent that the information requested is not privileged; where appropriate, the United States will identify responsive yet privileged documents in a privilege log. Any disclosure of information protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, protection, immunity, law, or rule is inadvertent and should not be construed as a waiver.

GENERAL OBJECTION NO. 3: The United States objects to the Requests insofar as they are overbroad and unduly burdensome and seek information not reasonably calculated to lead to the discovery of admissible evidence.

GENERAL OBJECTION NO. 4: The United States objects to the Requests insofar as they are vague and ambiguous.

GENERAL OBJECTION NO. 5: The United States objects to the Requests insofar as they seek information more appropriately sought through other discovery devices.

GENERAL OBJECTION NO. 6: The United States objects to the Requests insofar as they seek information that is not within the custody, control, or possession of the United States.

GENERAL OBJECTION NO. 7: The United States objects to the Requests insofar as they seek information that is confidential and/or sensitive, including information from personnel files and information protected from disclosure by the Privacy Act, 5 U.S.C. § 552a.

GENERAL OBJECTION NO. 8: The United States has not completed its investigation of the facts relating to this action; nor has it interviewed all potential witnesses, completed

discovery, or otherwise completed its preparations for trial. Accordingly, the United States provides the Responses below without prejudice to its right to produce, at a later time, subsequently discovered evidence relating to presently known material facts as well as all evidence – whenever discovered – relating to subsequently discovered material facts.

GENERAL OBJECTION NO. 9: With the exception of facts explicitly admitted herein, no general admission of any nature is implied in the United States' Responses to these Requests.

## RESPONSES

Without waiving the foregoing objections and reserving the right to re-assert them at or before trial, the United States hereby responds to Plaintiffs' Request as follows:

REQUEST FOR PRODUCTION NO. 1: All documents requested for review at the U.S. Document Depository pursuant to plaintiff's correspondence of May 20, 2011, regarding the U.S. Corps Indices (Exhibit "A"), e-mail of May 26, 2011, regarding the Physical Evidence Indices (Exhibit "B") and e-mail of May 26, 2011, regarding the Real Estate Documents (Exhibit "C").

RESPONSE TO REQUEST FOR PRODUCTION NO. 1: The requested documents have been reviewed by the Plaintiffs at the United States' Document Repository. The Plaintiffs have selected documents which have been produced electronically by the United States with the

/ / /


/ / /


/ / /

exception of any privileged or protected documents.  *See* Doc. Rec. Nos. 20310 and 20322.

Dated:  August 15, 2011                        Respectfully submitted,

                                            TONY WEST
                                            Assistant Attorney General

                                            PHYLLIS J. PYLES
                                            Director, Torts Branch

                                            JAMES G. TOUHEY, JR.
                                            Assistant Director, Torts Branch

                                             s/ James F. McConnon, Jr.
                                            JAMES F. McCONNON, JR.
                                            Trial Attorney, Torts Branch, Civil Division
                                            U.S. Department of Justice
                                            Benjamin Franklin Station, P.O. Box 888
                                            Washington, D.C.  20044
                                            (202) 616-4400 / (202) 616-5200 (Fax)
                                            Attorneys for the United States

**CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on August 15, 2011, I served a true copy of the United States' Response to Plaintiffs' First Request for Production upon all parties by ECF.

                                      <u>  s/ James F. McConnon, Jr.  </u>
                                        James F. McConnon, Jr.