MINUTE ENTRY
WILKINSON, M.J.
AUGUST 16, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                 NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE                           JUDGE DUVAL
                                                 MAG. WILKINSON


        Pursuant to the court's previous order, Record Doc. No. 20324, a followup telephone

conference was conducted before me on this date.  Participating were: Kevin Klibert,

representing plaintiffs; Chase Chassaignac, representing State Farm; Daniel A. Rees on

behalf of the Road Home Program.

        Counsel reported that Road Home approval has now been obtained for all but six (6)

of the claims that were the subject of the original motion.  Record Doc. No. 20316-1 at p. 1.

As to those six (6) claims – George and Margaret Green, Eugene Lefevre, Dennis Morris,

Andryetta Yarbrough, Bessie Jones and Archibald Grefer, all involving State Farm –

plaintiffs' counsel must submit his attorney's fee contract information to the Road Home

Program as soon as possible so that the evaluation and approval process may be completed.


        MJSTAR:  0 : 15

**IT IS ORDERED** that a follow-up conference via telephone concerning the status of settlement of the above-referenced six (6) claims will be conducted by me on **September 15, 2011 at 10:30 a.m.**  Counsel must contact my office via telephone at 504-589-7630 at that time.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**

**ATTORNEY KEVIN P. KLIBERT**

**ATTORNEY CHASE CHASSAIGNAC**

**DANIEL A. REES, LEGAL COUNSEL**
**OFFICE OF COMMUNITY DEVELOPMENT – DISASTER RECOVERY UNIT**
**DIVISION OF ADMINISTRATION, STATE OF LOUISIANA**
**P.O. BOX 94095**
**BATON ROUGE, LOUISIANA 70804-9095**