IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| RELATES TO: | * * | JUDGE DUVAL |
| *Anderson, et al v. United States of America, et al* Case No. 06-5162 | * * * | MAG. JUDGE WILKINSON |
| *Holmes, et al v. United States of America, et al* Case No. 06-5161 | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion to Withdraw:

**IT IS HEREBY ORDERED** that Linda J. Nelson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 is hereby withdrawn as counsel in the above-related cases. Hugh P. Lambert will remain as counsel of record.

Thus done and signed this 17th day of August, 2011 in New Orleans, Louisiana.

HONORABLE JUDGE DUVAL
UNITED STATES DISTRICT JUDGE