UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>* | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION "K" |
| PERTAINS TO:    C. Abadie, 06-5164 | * | Judge Stanwood R. Duval, Jr. |
| | * | |
| This pleading applies only to the claim of Austra Zapata<br>regarding 4717 Miles Drive, New Orleans, LA 70122 | *<br>* | MAGISTRATE (2)<br>Magistrate Joseph C. Wilkinson, Jr. |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON CROSSCLAIM IN INTERPLEADER**

After considering interpleader-plaintiff, Lexington Insurance Company's crossclaim in interpleader and the responses, the court

GRANTS the crossclaim in interpleader and ORDERS the following:

1. Interpleader-plaintiff, Lexington Insurance Company, is discharged from this lawsuit and is relieved of all claims made by Austra Zapata;

2. Austra Zapata; SBA; State of Louisiana, Division of Administration, Office of Community Development, Louisiana Recovery Authority; and the Law Firm of Joseph M. Bruno, APLC, are enjoined from filing any proceeding relating to the Hurricane Katrina claims associated with the loss of property at the municipal address

-1-

of 4717 Miles Drive, New Orleans, Louisiana 70122, against Lexington Insurance Company in any other court.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                  _____
                                                                     U.S. DISTRICT JUDGE