UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>* | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION "K" |
| PERTAINS TO:   C. Abadie, 06-5164 | * | Judge Stanwood R. Duval, Jr. |
| | * | |
| This pleading applies only to the claim of Wendell Youngblood<br>regarding 11120 Idlewood Court, New Orleans, LA 70128 | *<br>* | MAGISTRATE (2)<br>Magistrate Joseph C. Wilkinson, Jr. |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON CROSSCLAIM IN INTERPLEADER**

After considering interpleader-plaintiff, Lexington Insurance Company's crossclaim in interpleader and the responses, the court

GRANTS the crossclaim in interpleader and ORDERS the following:

1. Interpleader-plaintiff, Lexington Insurance Company, is discharged from this lawsuit and is relieved of all claims made by Wendell Youngblood and/or his heirs;

2. The Estate of Wendell Youngblood; State of Louisiana, Division of Administration, Office of Community Development, Louisiana Recovery Authority; U.S. Bank c/o Firststar Home Mortgage; and the Law Firm of Joseph M. Bruno, APLC, are enjoined from filing any proceeding relating to the Hurricane Katrina claims associated with the

loss of property at the municipal address of 11120 Idlewood Court, New Orleans, LA 70128, against Lexington Insurance Company in any other court.

New Orleans, Louisiana, this _____ day of _____, 2011.

>   _____
>   U.S. DISTRICT JUDGE