UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION "K" |
| PERTAINS TO:   C. Abadie, 06-5164 | * | Judge Stanwood R. Duval, Jr. |
| | * | |
| This pleading applies only to the claim of Wendell Youngblood regarding 11120 Idlewood Court, New Orleans, LA 70128 | * * | MAGISTRATE (2) Magistrate Joseph C. Wilkinson, Jr. |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave to deposit Funds Into the Registry of the Court;

IT IS HEREBY ORDERED that the Motion for Leave be, and is hereby granted; and

IT IS FURTHER ORDERED that the Clerk of Court, as soon as business allows, accepts a check in the amount of the settlement funds payable to, "Clerk of Court, U.S. District Court, EDLA" to be handled as per the policies of this Court; and

IT IS FURTHER ORDERED that the Clerk of Court shall serve a signed copy of the order on the Fiscal Operations Manager of the Court.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE