UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | |
| _____ | § | |
| | § | JUDGE DUVAL |
| PERTAINS TO: MRGO | § | MAG. J. WILKINSON |
| *Armstrong*, No. 10-866 | § | |
| _____ | § | |

## ORDER

Having considered the United States' Motion for Expedited Hearing of its Motion for Stay, and for good cause shown, it is hereby ORDERED that the Motion for Expedited Hearing is GRANTED. The United States' Motion for Stay shall be taken on the papers with all opposition to be filed no later than August 19, 2011.

New Orleans, Louisiana, this 18th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE