UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO.: 05-4182 <br><br> SECTION "K" |
| PERTAINS TO:   C. Abadie, 06-5164 | * <br> * | Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Austra Zapata<br>regarding 4717 Miles Drive, New Orleans, LA 70122 | * <br> * <br> * | MAGISTRATE (2) <br> Magistrate Joseph C. Wilkinson, Jr. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON MOTION FOR LEAVE TO FILE CROSSCLAIM IN INTERPLEADER

Considering the above and foregoing Motion for Leave to File Crossclaim in Interpleader filed by defendant, Lexington Insurance Company;

IT IS HEREBY ORDERED that defendant's Motion for Leave is hereby GRANTED and the clerk is instructed to file the proposed Interpleader into the record of these proceedings.

New Orleans, Louisiana, this __18th__ day of ____August____, 2011.

_____
U.S. DISTRICT JUDGE