UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * |  |
| *Mumford v. Ingram*     05-5724 | * |  |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * |  |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*          08-4459 | * |  |

### *EX PARTE* / CONSENT MOTION FOR LEAVE FOR RICHARD T. SEYMOUR TO WITHDRAW FROM THE BARGE P.S.L.C. AND FROM THE REPRESENTATION OF ALL PLAINTIFFS IN THE ABOVE-LISTED CASES IN THE BARGE TRACK, WHILE PRESERVING CLAIMS FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES IN THE EVENT PLAINTIFFS PREVAIL

Richard T. Seymour, admitted *pro hac vice* in this litigation, hereby moves for leave to withdraw from the Barge P.S.L.C., and from the representation of all named plaintiffs in the above-listed cases in the Barge Track before the Court.  Richard T. Seymour and the Law Office of Richard T. Seymour, P.L.L.C., are also withdrawing from the representation of all other clients in this mass tort involving claims that the Barge ING 4727 allided with the East side of the floodwalls in the Inner-Harbor Navigation Canal and caused the North and South Breaches therein, and thus caused the flooding of the Lower Ninth Ward of New Orleans and parts of St.

Bernard Parish West of Paris Road. Movant is preserving all claims for attorneys' fees and for reimbursement of expenses reasonably incurred, in the event that plaintiffs prevail.

WHEREFORE, the undersigned prays that this Motion be granted. A supporting Memorandum, and a proposed form of Order, are submitted herewith.

>Respectfully submitted,
>
>/s/ Richard T. Seymour
>Richard T. Seymour (D.C. Bar #28100)
>Law Office of Richard T. Seymour, P.L.L.C.
>1150 Connecticut Avenue N.W., Suite 900
>Washington, D.C.  20036-4129
>>Voice: 202-862-4320
>>Cell:    202-549-1454
>>Facsimile:  800-805-1065 and 202-828-4130
>>e-mail: rick@rickseymourlaw.net
>
>Attorney for Barge Plaintiffs

Dated: August 18, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion, the accompanying Memorandum, and the accompanying proposed form of Order, have been served upon all counsel of record, by ECF upload, this 18th day of August, 2011.

<div style="margin-left:3em">

/s/ Richard T. Seymour
Richard T. Seymour (D.C. Bar #28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
   Voice: 202-862-4320
   Cell:   202-549-1454
   Facsimile:  800-805-1065 and 202-828-4130
   e-mail: rick@rickseymourlaw.net,

</div>