UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*          08-4459 | * | |

**ORDER GRANTING *EX PARTE* / CONSENT MOTION FOR LEAVE FOR RICHARD T. SEYMOUR TO WITHDRAW FROM THE BARGE P.S.L.C. AND FROM THE REPRESENTATION OF ALL PLAINTIFFS IN THE ABOVE-LISTED CASES IN THE BARGE TRACK, WHILE PRESERVING CLAIMS FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES IN THE EVENT PLAINTIFFS PREVAIL**

This matter comes before the Court on the motion of Richard T. Seymour, admitted *pro hac vice* in this litigation, for leave to withdraw from the Barge P.S.L.C., and from the representation of all named plaintiffs in the above-listed cases in the Barge Track before the Court.  Richard T. Seymour and the Law Office of Richard T. Seymour, P.L.L.C., state that they are also withdrawing from the representation of all other clients in this mass tort involving claims that the Barge ING 4727 allided with the East side of the floodwalls in the Inner-Harbor Navigation Canal and caused the North and South Breaches therein, and thus caused the flooding

of the Lower Ninth Ward of New Orleans and parts of St. Bernard Parish West of Paris Road. They further represent that the Law Office of Richard T. Seymour, P.L.L.C., is currently a solo practice and that it has spent more than 2,040 attorney hours and 79 paralegal hours on this case, and has out-of-pocket expenses estimated to be in excess of $60,000 reasonably spent in this action.  Movant seeks to preserve all claims for attorneys' fees and for reimbursement of expenses reasonably incurred, in the event that plaintiffs prevail.

Upon considering the Motion and supporting Memorandum, and the responses of the parties, it appears that the Motion is well taken.  It is therefore hereby

ORDERED:

(1) That this Motion be granted, and is hereby granted;

(2) That Richard T. Seymour is hereby withdrawn from the Barge P.S.L.C.;

(3) That Richard T. Seymour is hereby withdrawn from the representation of all named plaintiffs in the above-listed cases in the Barge Track before the Court; and

(4) That all claims of Richard T. Seymour and the Law Office of Richard T. Seymour, P.L.L.C., for attorneys' fees and for reimbursement of expenses reasonably incurred, in the event that plaintiffs prevail, are hereby preserved.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY:**

**Magistrate Judge JOSEPH C. WILKINSON, JR.**