UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
|  | * | |
|  | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
|  | * | |
|  | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |
| *Weber v. Lafarge*         08-4459 | * | |

**MEMORANDUM IN SUPPORT OF *EX PARTE* / CONSENT MOTION FOR LEAVE FOR RICHARD T. SEYMOUR TO WITHDRAW FROM THE BARGE P.S.L.C. AND FROM THE REPRESENTATION OF ALL PLAINTIFFS IN THE ABOVE-LISTED CASES IN THE BARGE TRACK, WHILE PRESERVING CLAIMS FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES IN THE EVENT PLAINTIFFS PREVAIL**

Richard T. Seymour respectfully submits that he should be allowed leave to withdraw from the Barge P.S.L.C., and from the representation of all named plaintiffs in the above-listed cases in the Barge Track before the Court.

Richard T. Seymour and the Law Office of Richard T. Seymour, P.L.L.C., are also withdrawing from the representation of all other clients in this mass tort involving claims that the Barge ING 4727 allided with the East side of the floodwalls in the Inner-Harbor Navigation Canal and caused the North and South Breaches therein, and thus caused the flooding of the

Lower Ninth Ward of New Orleans and parts of St. Bernard Parish West of Paris Road.

No other counsel are withdrawing, and the interests of both the named plaintiffs before the Court, and the interests of all other clients in this mass tort, will be adequately represented by other counsel.

The Law Office of Richard T. Seymour, P.L.L.C., is currently a solo practice. It has spent more than 2,040 attorney hours and 79 paralegal hours on this case, and has out-of-pocket expenses estimated to be in excess of $60,000 reasonably spent in this action. In the event that plaintiffs prevail, it is equitable that the undersigned be able to assert all claims for attorneys' fees and reimbursement of expenses.

WHEREFORE, the undersigned prays that this Motion be granted. A proposed form of Order is submitted herewith.

    Respectfully submitted,

    /s/ Richard T. Seymour
    Richard T. Seymour (D.C. Bar #28100)
    Law Office of Richard T. Seymour, P.L.L.C.
    1150 Connecticut Avenue N.W., Suite 900
    Washington, D.C.  20036-4129
        Voice: 202-862-4320
        Cell:   202-549-1454
        Facsimile:  800-805-1065 and 202-828-4130
        e-mail: rick@rickseymourlaw.net

    Attorney for Barge Plaintiffs

Dated: August 18, 2011