UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Armstrong*, C.A. No. 10-866<br>*Entergy*, C.A. No. 10-77 | SECTION "K"(2) |

## ORDER

Due to an unavoidable and unanticipated conflict with the Court's schedule,

**IT IS ORDERED** that **trial** of this matter presently set to commence on **Monday, July 16, 2012 and to continue for three weeks** is **CONTINUED** for one week; thus, the trial of this matter is **RESET** to commence on **Monday, July 23, 2012** and shall continue for three weeks from that date. **A post-trial briefing schedule will be established after trial.**

New Orleans, Louisiana, this 25th day of August, 2012.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

JS-10: 1:20