UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K"(2) |
| *Boutte v. Lafarge*         05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | JUDGE |
| *Lagarde v. Lafarge*     06-5342 | * | STANWOOD R. DUVAL, JR. |
| *Perry v. Ingram*          06-6299 | * | |
| *Benoit v. Lafarge*        06-7516 | * | MAG. |
| *Parfait Family v. USA*  07-3500 | * | JOSEPH C. WILKINSON. JR. |
| *Lafarge v. USA*            07-5178 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT**, through undersigned counsel, comes defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc. (the "American Club"), who moves this Court for Summary Judgment pursuant to Fed. R. Civ. P. Rule 56 finding that (1) the American Club can have no liability for the flooding of the Lower Ninth Ward under its policy of insurance issued to Lafarge North America, Inc. ("Lafarge") as Lafarge was exonerated from liability for that flooding due to the overwhelming evidence that Ingram Barge ING 4727 did not cause that flooding ; and (2) even had this Court found that Lafarge was liable for the flooding of the Lower Ninth Ward as a result of its actions taken with regard to the supervision, management, control and/or responsibility for Ingram Barge ING 4727, the American Club did not insure Ingram Barge ING 4727 as determined by the United States District Court for the Southern District of New York and which was affirmed by the United States Court of Appeals for the Second Circuit.

WHEREFORE, American Steamship Owners Mutual Protection and Indemnity Association, Inc. respectfully prays for Summary Judgment as there exists no genuine issue of material fact and judgment is due as a matter of law.

Respectfully Submitted,

MONTGOMERY BARNETT, L.L.P.

    *A. Gordon Grant, Jr.*
A GORDON GRANT, JR. (#6221)(T.A.)
PHILIP S. BROOKS, JR. (#21501)
3300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   (504) 585-3200
Facsimile:   (504) 585-7688

AND

CLYDE & CO
John M. Woods, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone:   (212) 710-3900
Facsimile:   (212) 710-3950

*Attorneys for American Steamship Owners Mutual Protection and Indemnity Association, Inc.*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 30th day of August, 2011, electronically filed a copy of the foregoing and with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to counsel of record.

*A. Gordon Grant, Jr.*