UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K"(2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | JUDGE |
| *Lagarde v. Lafarge*    06-5342 | * | STANWOOD R. DUVAL, JR. |
| *Perry v. Ingram*         06-6299 | * | |
| *Benoit v. Lafarge*       06-7516 | * | MAG. |
| *Parfait Family v. USA* 07-3500 | * | JOSEPH C. WILKINSON. JR. |
| *Lafarge v. USA*          07-5178 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Motion for Summary Judgment will be submitted to the Court for consideration at 9:00 a.m. on October 12, 2011, pursuant to the Court's July 26, 2011 Order, Rec. Doc. 20342.

**PLEASE TAKE FURTHER NOTICE** that defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Motion for Summary Judgment will come for oral argument as specially scheduled by the Court for 10:00 a.m. on October 12, 2011, pursuant to the Court's July 26, 2011 Order, Rec. Doc. 20342.

Respectfully Submitted,

MONTGOMERY BARNETT, L.L.P.

  *A. Gordon Grant, Jr.*
A GORDON GRANT, JR. (#6221)(T.A.)
PHILIP S. BROOKS, JR. (#21501)
3300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   (504) 585-3200
Facsimile:    (504) 585-7688

AND

CLYDE & CO
John M. Woods, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone:   (212) 710-3900
Facsimile:    (212) 710-3950

*Attorneys for American Steamship Owners
Mutual Protection and Indemnity Association, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of August, 2011, electronically filed a copy of the foregoing and with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to counsel of record.

  *A. Gordon Grant, Jr.*