UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Weber v. Lafarge* 08-4459 | * | MAGISTRATE |
| *Parfait Family v. USA* 07-3500[1] | * | JOSEPH C. WILKINSON, JR. |

## LAFARGE NORTH AMERICA INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, Defendant Lafarge North America Inc. ("LNA"), by and through its undersigned counsel, hereby moves the Court for summary judgment on all claims remaining in the above-captioned cases. As this Court found in its Findings of Fact and Conclusions of Law of January 20, 2011, the record establishes by "overwhelming evidence that the ING 4727 did not cause in any manner [the] cataclysmic flooding of the Lower Ninth Ward" during Hurricane Katrina, and that "[s]imply put, the Barge did not do it." Doc. 20149 at 41. No reasonable jury could conclude otherwise.

The grounds for this Motion are set forth more fully in the accompanying memorandum of law and statement of material facts not in disputed (and exhibits thereto) filed herewith and incorporated by reference herein.

---

[1] *Parfait Family v. USA,* No. 07-3500, remains stayed and administratively closed. Doc. 13525. However, this motion would apply equally to that case if it were ever to be reopened. *See* Doc. 32 in No. 07-3500 (granting summary judgment to Zito Fleeting, LLC and Zito Fleeting, Inc.).

2

WHEREFORE, for the reasons stated herein and set forth in the accompanying memorandum of law, Defendant LNA respectfully requests that the Court grant summary judgment in favor of LNA.

Dated:  August 30, 2011

Respectfully submitted,

Derek A. Walker (#13175)
Robert B. Fisher, Jr., T.A. (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Walker@chaffe.com
Fisher@chaffe.com

/s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 30th day of August, 2011 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

/s/ John D. Aldock

LIBW/1794929.1