```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
      ****************************************************************
 4
      IN RE:  KATRINA CANAL
 5    BREACHES CONSOLIDATED
      LITIGATION
 6
                              CIVIL ACTION NO. 05-4182
 7                            SECTION "K" (2)
                              NEW ORLEANS, LOUISIANA
 8                            MONDAY, JUNE 28, 2010, 9:00 A.M.
 9    PERTAINS TO BARGE
10
      MUMFORD   C.A. NO. 05-5724
11    AS TO CLAIMS OF PLAINTIFFS
      JOSEPHINE RICHARDSON AND
12    HOLIDAY JEWELERS, INC.,
      ONLY
13
14    BENOIT    C.A. NO. 06-7516
      AS TO CLAIMS OF PLAINTIFFS
15    JOHN ALFORD AND JERRY
      ALFORD ONLY
16
17    ****************************************************************
18
                      DAY 5, MORNING SESSION
19          TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
         HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
20               UNITED STATES DISTRICT JUDGE
21
22    APPEARANCES:
23
      FOR THE PLAINTIFFS:    BEST KOEPPEL TRAYLOR
24                           BY:  LAURENCE E. BEST, ESQUIRE
                             2030 ST. CHARLES AVENUE
25                           NEW ORLEANS LA  70130
```

914

APPEARANCES CONTINUED:

LAW OFFICES OF BRIAN A. GILBERT
BY:  BRIAN A. GILBERT, ESQUIRE
2030 ST. CHARLES AVENUE
NEW ORLEANS LA  70130

KHORRAMI POLLARD ABIR
BY:  SHAWN KHORRAMI, ESQUIRE
44 FLOWER STREET, 33RD FLOOR
LOS ANGELES CA  90071

WILSON GROCHOW DRUKER & NOLET
BY:  LAWRENCE A. WILSON, ESQUIRE
223 BROADWAY, 5TH FLOOR
NEW YORK NY  10279

WIEDEMANN & WIEDEMANN
BY:  LAWRENCE D. WIEDEMANN, ESQUIRE
      KARL WIEDEMANN, ESQUIRE
821 BARONNE STREET
NEW ORLEANS LA  70113

PATRICK J. SANDERS
ATTORNEY AT LAW
3316 RIDGELAKE DRIVE
SUITE 100
METAIRIE LA  70002

LAW OFFICE OF RICHARD T. SEYMOUR
BY:  RICHARD T. SEYMOUR, ESQUIRE
1150 CONNECTICUT AVENUE N.W.
SUITE 900
WASHINGTON DC  20036

FOR THE DEFENDANT:   CHAFFE MCCALL
BY:  DEREK A. WALKER, ESQUIRE
2300 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS LA  70163

915

APPEARANCES CONTINUED:

GOODWIN PROCTER
BY:  JOHN D. ALDOCK, ESQUIRE
      MARK S. RAFFMAN, ESQUIRE
      ADAM M. CHUD, ESQUIRE
      KIRSTEN V. K. ROBBINS, ESQUIRE
      ERIC I. GOLDBERG, ESQUIRE
901 NEW YORK AVENUE N. W.
WASHINGTON DC  20001

SUTTERFIELD & WEBB
BY:  DANIEL A. WEBB, ESQUIRE
650 POYDRAS STREET, SUITE 2715
NEW ORLEANS LA  70130

LAFARGE NORTH AMERICA, INC.
BY:  PETER KEELEY, ESQUIRE
12950 WORLDGATE DRIVE
HERNDON VA  20170

OFFICIAL COURT REPORTER:   CATHY PEPPER, CCR, RMR, CRR
500 POYDRAS STREET, ROOM B406
NEW ORLEANS, LOUISIANA 70130
(504) 589-7779

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
PRODUCED BY COMPUTER.

916

I N D E X

EXAMINATIONS                                        PAGE

DR. DAVID MITCHELL...................................... 919
VOIR DIRE EXAMINATION BY MR. KHORRAMI:................ 919
DIRECT EXAMINATION BY MR. KHORRAMI.................... 923
DIRECT EXAMINATION BY MR. RAFFMAN....................1001


E X H I B I T S

DESCRIPTION                                          PAGE

EXHIBITS 434 A THROUGH J IS ADMITTED EVIDENCE..........1000
EXHIBITS P435 AND P436 WERE ADMITTED..................1001

917

P-R-O-C-E-E-D-I-N-G-S

MONDAY, JUNE 28, 2010

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)


THE DEPUTY CLERK:  ALL RISE.  COURT IS IN SESSION.
PLEASE BE SEATED.

THE COURT:  GOOD MORNING.

VOICES:  GOOD MORNING, YOUR HONOR.

THE COURT:  BEFORE WE GET GOING, AND I UNDERSTAND THE
PLAINTIFF HAS JUST TWO WITNESSES TODAY, DR. MARINO AND --

MR. KHORRAMI:  DR. MITCHELL, YOUR HONOR.

THE COURT:  TWO EXPERTS.  THE CASE HAS ONLY GONE ON FOR
THREE AND A HALF DAYS, AND, OF COURSE THE COURT IS -- I FOLLOW
THE ADMONITION I GIVE THE JURORS AS TO WAIT UNTIL ALL THE
EVIDENCE IS IN BEFORE I MAKE A DECISION, AND THAT CERTAINLY IS
GOING TO BE THE CASE HERE.

I'M JUST CURIOUS, AND THIS IS NOT FOR YOU TO
COMMENT ON NOW, IF BOTH OF YOU HAVE A ZERO-SUM STRATEGY AND THIS
DOES NOT -- PLEASE DON'T READ ANYTHING INTO THIS BECAUSE I
CERTAINLY HAVEN'T ARRIVED AT SUCH A CONCLUSION -- I JUST START
THINKING, WHICH IS ALWAYS DANGEROUS IN THE POTENTIAL
PERMUTATIONS, NONE OF WHICH MAY HAPPEN AND NONE OF WHICH I'M
INCLINED AND MADE ANY TYPE OF DECISION ON, I JUST STARTED

918

1 THINKING, THAT IS, IS THE PLAINTIFF'S STRATEGY THAT IT'S EITHER
2 BOTH BREACHES OR NONE; AND LIKEWISE, IS IT THE DEFENDANT'S
3 STRATEGY AS WELL?  THE REASON I ASK THAT, IF FOR SOME REASON,
4 WHICH IS NOT ON THE HORIZON, IF I WERE TO FIND ONE BREACH, LET'S
5 SAY, WAS CAUSED BY THE BARGE AND NOT THE OTHER, WHAT'S THE
6 HYDROLOGICAL IMPACT OF THAT ON THE PLAINTIFFS?
7        I'VE LOOKED AT THE REPORTS.  I'M NOT SURE I HAVE A
8 CLEAR UNDERSTANDING OF THAT.  IT MAY BE THERE.  I JUST DIDN'T
9 GRASP IT AS WELL AS I SHOULD HAVE.  BUT JUST CURIOUS, THAT IS --
10 AND PLEASE, AGAIN, I HAVE NOT EVEN REMOTELY ARRIVED AT ANY
11 CONCLUSION, BECAUSE I'VE HEARD JUST A BIT OF THE EVIDENCE, BUT IF
12 I WERE TO DO THAT, THEN WHAT EFFECT DOES THAT HAVE ON THE CASE?
13 JUST BE THINKING ABOUT IT.  WE DON'T HAVE TO NECESSARILY TALK
14 ABOUT IT NOW.
15        MR. GILBERT:  FROM A LEGAL STANDPOINT?
16        THE COURT:  FROM A FACTUAL STANDPOINT, AND THEN FROM A
17 LEGAL STANDPOINT.  I WANT TO KNOW WHAT THE FACTS ARE.  I'M A
18 FACTFINDER AND I'M NOT SURE -- THE FACTS HAVE TO BE IN THE RECORD
19 FOR ME TO FIND THEM.
20        THAT'S IT.  AND YOU MAY COMMENCE, SIR.
21        MR. KHORRAMI:  YOUR HONOR, THE PLAINTIFF CALLS DR. DAVID
22 MITCHELL.
23        YOUR HONOR, FOR THE COURT'S CONVENIENCE,
24 DR. MITCHELL'S REPORT AND HIS CV ARE ATTACHED AS DX312,
25 DEFENDANT'S EXHIBIT 312.  HIS CV IS PART OF HIS REPORT, PAGES 41

919

1 AND 42.
2        THE COURT:  THANK YOU, SIR.
3        THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT
4 HAND.  DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY WHICH YOU ARE
5 ABOUT TO GIVE WILL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT
6 THE TRUTH, SO HELP YOU GOD?
7        THE WITNESS:  I DO.
8        DR. DAVID MITCHELL
9 WAS CALLED AS A WITNESS AND, AFTER BEING FIRST DULY SWORN BY THE
10 CLERK, WAS EXAMINED AND TESTIFIED ON HIS OATH AS FOLLOWS
11        THE DEPUTY CLERK:  PLEASE STATE AND SPELL YOUR NAME FOR
12 THE RECORD.
13        THE WITNESS:  DR. DAVID L. MITCHELL, D-A-V-I-D,
14 M-I-T-C-H-E-L-L.
15        VOIR DIRE EXAMINATION
16 BY MR. KHORRAMI:
17 Q.  GOOD MORNING, DR. MITCHELL.
18 A.  GOOD MORNING.
19 Q.  NOW, AS I JUST INFORMED THE COURT, THE COURT HAS YOUR REPORT
20 AND HAS YOUR CV AND HAS HAD AN OPPORTUNITY TO LOOK AT THOSE.
21 WE'RE GOING TO GO OVER YOUR QUALIFICATIONS BRIEFLY, AND
22 SPECIFICALLY, I WANT YOU TO FOCUS ON WHAT'S RELEVANT PARTICULARLY
23 TO THIS CASE.
24        WHY DON'T YOU START BY TELLING US ABOUT YOUR
25 EDUCATIONAL BACKGROUND.

920

1 A.  I HAVE A BS DEGREE IN MATHEMATICS AND PHYSICS, A DOUBLE
2 MAJOR, FROM BAYLOR UNIVERSITY, 1972.  I HAVE A MASTER OF SCIENCE
3 DEGREE FROM PURDUE UNIVERSITY, 1974.  AND I HOLD A PH.D. DEGREE
4 IN ATMOSPHERIC SCIENCE AND METEOROLOGY, ALSO FROM PURDUE, 1976.
5 Q.  NOW, IN TERMS OF YOUR EDUCATIONAL BACKGROUND, IS THERE
6 ANYTHING THAT RELATES SPECIFICALLY TO WHAT YOU'RE GOING TO BE
7 DISCUSSING OVER HERE IN RELATION TO THIS CASE?
8 A.  WELL, CERTAINLY, MY THESIS IS VERY RELEVANT SINCE MY PH.D.
9 THESIS WAS ON MESOSCALE PHENOMENA AND HOW THOSE PHENOMENA
10 INTERACT WITH OTHER SYSTEMS, HOW THEY DEVELOP, HOW THEY ENHANCE
11 THEMSELVES WITH CONVECTION.  AND SO IT'S ALL MATHEMATICAL
12 MODELING AND STUDYING THE DEVELOPMENT AND GENESIS OF THOSE TYPE
13 OF SYSTEMS.
14 Q.  LET'S TALK A LITTLE BIT ABOUT YOUR CERTIFICATIONS AND,
15 AGAIN, TRY TO FOCUS MORE ON WHAT'S RELEVANT HERE.
16 A.  CORRECT.  MY COMPANY IS MET ASSOCIATES.  I'M A FORENSIC
17 METEOROLOGIST.  WHAT THAT MEANS IS, I'M INVOLVED IN WEATHER EVENT
18 RECONSTRUCTION.  I'VE BEEN DOING THAT FOR A NUMBER OF YEARS.
19 I'VE BEEN COURT QUALIFIED IN LOUISIANA IN FEDERAL COURT, IN
20 NUMEROUS DISTRICT COURTS.  I DO AIR MODELING, AIR DISPERSION
21 MODELING, LOOKING AT ATMOSPHERIC PHENOMENA AS THEY TRANSPORT
22 MATERIALS THROUGH THE ATMOSPHERE.  I'VE DONE NUMEROUS SEVERE
23 STORM CASES, RITA, KATRINA, OF COURSE.  STORMS, RECONSTRUCTION OF
24 WEATHER EVENTS THAT HAVE EITHER CAUSED PROPERTY DAMAGE OR
25 PERSONAL INJURY OR DEATH.

921

1 Q.  AND YOU'VE CONSULTED WITH VARIOUS ENTITIES REGARDING WEATHER
2 EVENT RECONSTRUCTION, CORRECT?
3 A.  CERTAINLY.  MOST METROLOGISTS THAT DO THE TYPE OF WORK I DO
4 RELY ON NOAA, THE DEPARTMENT OF COMMERCE, WHICH NOAA IS A PART
5 OF, THE NATIONAL WEATHER SERVICE AGENCY, TO PROVIDE HISTORICAL
6 DATA, ARCHIVED DATA TO RECONSTRUCT EVENTS, AND I RELY HEAVILY ON
7 THE FEDERAL GOVERNMENT AND THOSE TYPE OF ENTITIES TO PROVIDE
8 DATA.
9 Q.  AND WITH RESPECT TO KATRINA IN PARTICULAR, HAVE YOU STUDIED
10 KATRINA?
11 A.  YES, I HAVE.  I HAVE WORKED PROBABLY HUNDREDS OF KATRINA
12 CASES IN LOUISIANA, MISSISSIPPI, AND ALABAMA.  MOST OF THOSE ARE
13 PROPERTY DAMAGED HOMES THAT WERE SLAB CASES, TRYING TO DETERMINE
14 TIMING OF STORM SURGE VERSUS WIND STORM DAMAGE.  AND SO THAT'S
15 MAINLY THE THRUST OF THE KATRINA WORK IS THAT TYPE OF WIND
16 ANALYSIS.
17        MR. KHORRAMI:  AND WITH RESPECT TO CASES THAT YOU'VE
18 WORKED ON, YOUR HONOR, THIS -- I HAVE SOMETHING THAT HASN'T BEEN
19 MARKED AS AN EXHIBIT.  I DISCUSSED IT WITH THE DEFENSE AND THEY
20 HAVE IT IN THEIR POSSESSION.  IT WAS DR. MITCHELL'S CASE LIST,
21 WHAT HE'S PARTICIPATED IN AND CONSULTED.  I WANT TO OFFER THAT TO
22 DR. MITCHELL.
23        MR. RAFFMAN:  NO OBJECTION, YOUR HONOR.
24        MR. KHORRAMI:  MAY I APPROACH THE WITNESS?
25        THE COURT:  YES.

922

1    MR. KHORRAMI:  I HAVE A COPY FOR THE COURT, YOUR HONOR,
2  IF THAT'S SOMETHING THAT YOU WANT TO HAVE IN FRONT OF YOU;
3  OTHERWISE, WE'RE GOING TO ENTER IT AS AN EXHIBIT.
4    THE COURT:  GO AHEAD AND INTRODUCE IT INTO EVIDENCE.
5    EXAMINATION
6  BY MR. KHORRAMI:
7  Q.  DR. MITCHELL, IS THIS AN ACCURATE COPY OF YOUR LITIGATION
8  CASE LIST?
9  A.  CORRECT.
10  Q.  AND THIS IS A DOCUMENT THAT YOU PROVIDED TO ME, CORRECT?
11  A.  THAT IS CORRECT.
12  Q.  THIS CONTAINS AN EXHAUSTIVE LIST OF THE CASES THAT YOU
13  PARTICIPATED IN OR IN ANY WAY CONSULTED HAVING TO DO WITH WEATHER
14  RECONSTRUCTION, RIGHT?
15  A.  RIGHT.  THESE CASES INCLUDE NOT ONLY HURRICANES, LIKE WE
16  TALKED ABOUT, BUT ALL TYPES OF WEATHER EVENTS, MARINE CASES,
17  SHIPS LOST AT SEA, CARGO LOST AT SEA, NUMEROUS -- ANY TYPE OF
18  EVENT THAT REQUIRES WEATHER RECONSTRUCTION IN DETERMINING WHAT
19  HAPPENED.  WIND SPEEDS, MICROBURST WINDS, TORNADO OCCURRENCE.
20  AGAIN, PERSONAL PROPERTY, INJURY, OR DEATH, I'M CALLED UPON TO
21  RECONSTRUCT THOSE TYPE OF EVENTS.
22    MR. KHORRAMI:  YOUR HONOR, THE PLAINTIFF MOVES TO ENTER
23  THIS DOCUMENT INTO EVIDENCE.
24    THE COURT:  WE'RE GOING TO NUMBER IT?
25    MR. KHORRAMI:  WE'RE PROBABLY GOING TO NUMBER IT THE

924

1  A.  THAT IS CORRECT.
2  Q.  WE'RE GOING TO GO OVER IT, AND IT'S GOING TO SUMMARIZE THE
3  REPORT THAT YOU'VE ALREADY SUBMITTED THAT'S BEFORE THE COURT?
4  A.  THAT'S CORRECT.
5    THE COURT:  DO WE HAVE A COPY OF THE POWERPOINT
6  PRESENTATION?
7    MR. KHORRAMI:  WE DID SUBMIT IT.
8    THE COURT:  YOU DID IN HARD COPY?
9    MR. KHORRAMI:  I WILL HAVE IT SENT OVER TO THE COURT
10  RIGHT THIS MINUTE.
11    THE COURT:  IN THE PRETRIAL CONFERENCE, THAT'S ONE OF
12  THE THINGS WE WERE TRYING TO ARTICULATE.
13    MR. KHORRAMI:  I APOLOGIZE.  IT WAS MY UNDERSTANDING
14  THAT OUR TEAM DID IT, AND I APOLOGIZE.
15    THE COURT:  WE MARK ON THOSE THINGS JUST FOR OUR OWN
16  USE.
17    MR. KHORRAMI:  I UNDERSTAND.
18    SHALL I HAVE THE HARD COPY PRINTED FOR THE COURT?
19    THE COURT:  HOW LONG WOULD THAT TAKE?
20    MR. KHORRAMI:  FIVE MINUTES.
21    THE COURT:  I THINK IT'S BEST BECAUSE IF WE'RE LOOKING
22  AT IT IS THE ONLY WAY IT DOES US ANY GOOD.  MY PHOTOGRAPHIC
23  MEMORY IS NOT WHAT IT USED TO BE.
24    MR. KHORRAMI:  WE'LL HAVE IT PRINTED OUT RIGHT NOW.  WE
25  HAVE A PRINTER.

923

1  NEXT IN ORDER, PLAINTIFF'S EXHIBIT, PROBABLY, 426, BUT MY THOUGHT
2  WAS THAT WE HAD A NUMBER OF EXHIBITS THAT WE STILL HAVE TO
3  ACTUALLY NUMBER, SO I'LL LEAVE IT TO MR. GILBERT.
4    THE COURT:  SO YOU'LL DO THAT BEFORE YOU REST YOUR CASE?
5    MR. KHORRAMI:  ABSOLUTELY.
6    YOUR HONOR, THE PLAINTIFFS TENDER DR. MITCHELL AS
7  AN EXPERT IN METEOROLOGY.
8    THE COURT:  COUNSEL?
9    MR. RAFFMAN:  YOUR HONOR, WE'RE NOT GOING TO OBJECT TO
10  THE TENDER AS AN EXPERT IN METEOROLOGY.  WE UNDERSTAND FROM
11  PLAINTIFF'S COUNSEL THAT THEY WILL NOT BE SEEKING TO EXPAND THAT
12  AREA TO COVER NAVAL ARCHITECTURE, ENGINEERING OR ANY OTHER AREA
13  TO DEAL WITH THE MOVEMENT OF THE BARGE.  AND SO ON THOSE TERMS,
14  WE DO NOT OBJECT TO THE QUALIFICATION.
15    I WILL HAVE SOME QUESTIONS IN THE NATURE OF
16  VOIR DIRE.  THEY WILL GO TO THE WEIGHT AND NOT THE ADMISSIBILITY.
17    THE COURT:  THANK YOU, COUNSEL.  I THINK THAT'S AN
18  EFFICIENT WAY TO DO IT.  I ACCEPT WHAT HE IS TENDERED AS, AN
19  EXPERT IN --
20    MR. KHORRAMI:  METEOROLOGY.
21    THE COURT:  HE IS SO ACCEPTED BY THIS COURT.
22    DIRECT EXAMINATION
23  BY MR. KHORRAMI:
24  Q.  DR. MITCHELL, YOU PREPARED A POWERPOINT PRESENTATION FOR THE
25  COURT TODAY, CORRECT?

925

1    THE COURT:  DOES DEFENSE HAVE A COPY AS WELL?
2    MR. RAFFMAN:  I HAVE ONE COPY, YOUR HONOR.  I WAS GOING
3  TO SEE IF I COULD FIND ANOTHER.
4    THE COURT:  I JUST WANTED TO MAKE SURE YOU HAD ONE THAT
5  YOU COULD FOLLOW.
6    MR. RAFFMAN:  I DO HAVE A COPY OF THE POWERPOINT.  I
7  DON'T THINK WE HAVE A SPARE THAT'S NOT BEING USED.
8    THE COURT:  THAT'S OKAY.  THAT'S FINE.
9    MR. KHORRAMI:  YOUR HONOR, COUNSEL HAS BEEN KIND ENOUGH
10  TO HAND ME THEIR COPY AND WE'RE GOING TO GIVE A PRINTOUT TO THEM.
11    THE COURT:  THANK YOU.  THE COURT APPRECIATES IT.
12    SOME OF THESE ARE FROM THE REPORT, ITSELF.  YEAH,
13  IT LOOKS LIKE IT, BECAUSE I HAVE THE REPORT.  I'M GOING TO GIVE
14  YOU --
15    MR. KHORRAMI:  THERE ARE TWO SLIDES, YOUR HONOR.
16  ACTUALLY, ONE OF THEM IS FROM MR. LEMON'S REPORT, WHICH IS THE
17  DEFENSE EXPERT.
18    THE COURT:  THANK YOU.  GO AHEAD.
19    EXAMINATION
20  BY MR. KHORRAMI:
21  Q.  OKAY, DR. MITCHELL.
22    BOB, CAN WE GO TO THE NEXT SLIDE, PLEASE.
23    NOW, DR. MITCHELL, SPECIFICALLY WHAT WAS YOUR CHARGE IN
24  THIS CASE?
25  A.  WHAT I WAS ASKED TO DO IN MOST CASES, AS A METEOROLOGIST, TO

**926**

1  LOOK AT WIND DATA, WIND DIRECTION, LOOK AT ANY PHENOMENA
2  ASSOCIATED WITH THE LANDFALL OF HURRICANE KATRINA, AS IN THIS
3  CASE, AS FAR AS EITHER STORM SURGE, WIND VALUES AND WIND
4  DIRECTION, INVESTIGATE THE OCCURRENCE OF WHAT WE CALL "ROTATING
5  THUNDERSTORMS" OR "MESOCYCLONES," THE OCCURRENCE OF ANY TORNADOES
6  OR TORNADO SIGNATURES, AND EVALUATE THE TIME PERIOD DURING THE
7  EARLY MORNING HOURS OF THE APPROACH OF HURRICANE KATRINA.
8  Q.   AND IN DOING YOUR EVALUATION, WHAT MATERIAL DID YOU REVIEW?
9  A.   THE MATERIALS I REVIEWED WERE OFFICIAL DOCUMENTS FROM THE
10  NATIONAL WEATHER SERVICE, THE NATIONAL HURRICANE CENTER REPORTS
11  ON KATRINA, NOAA, WIND DATA, H-WIND DATA, OR HURRICANE WIND DATA,
12  AS WE CALL IT, RADAR DATA, VARIOUS LEVELS OF RADAR DATA.  ALL THE
13  PRODUCTS THAT WERE AVAILABLE FROM THE NATIONAL WEATHER SERVICE
14  FOR ME TO DO MY ANALYSIS.
15  Q.   AND LET ME ASK YOU SPECIFICALLY:  DID YOU LOOK AT ANY
16  DOCUMENTATION?  YOU MENTIONED NOAA, THAT'S THE NATIONAL OCEANIC
17  AND ATMOSPHERIC ADMINISTRATION?
18  A.   YES.  THAT'S NOAA.
19      THE COURT:  THAT'S EASY FOR YOU TO SAY.
20          EXAMINATION
21  BY MR. KHORRAMI:
22  Q.   DID YOU LOOK AT DATA FROM THE NATIONAL CLIMATIC DATA CENTER?
23  A.   CORRECT.  THE NATIONAL CLIMATIC DATA CENTER IS THE
24  REPOSITORY FOR ALL ARCHIVE DATA.  ALL OFFICIAL DATA THAT'S GOING
25  INTO THE OFFICIAL RECORD OF THE NATIONAL WEATHER SERVICE GOES TO

**927**

1  THE NATIONAL CLIMATIC DATA CENTER.  METEOROLOGISTS THAT DO MY
2  TYPE OF WORK, BOTH PLAINTIFF AND DEFENDANT, IN KATRINA CASES HAVE
3  PULLED THIS SAME DATA, HAVE USED THIS SAME DATA THAT I HAVE USED.
4  IT'S A MATTER OF INTERPRETATION OF THIS DATA, AND PARTICULARLY
5  THE LOCATION OF THE PROPERTY OR THE EVENT WE'RE TRYING TO
6  ANALYZE, AND SEE WHAT'S GOING ON WITH RESPECT TO WEATHER.
7  Q.   AND THE NATIONAL WEATHER SERVICE AND NOAA DO NARRATIVES AND
8  REPORTS ON ALL HURRICANES, INCLUDING KATRINA?  THAT'S CORRECT?
9  A.   THAT IS CORRECT.
10  Q.   AND YOU REVIEWED THOSE OBSERVATIONS AND THEIR NARRATIVES OF
11  KATRINA IN PARTICULAR, CORRECT?
12  A.   THAT IS CORRECT.
13  Q.   AND PARTICULARLY WITH RESPECT TO NEW ORLEANS AND WHATEVER IS
14  IN THERE WITH THE INNER HARBOR NAVIGATION CANAL; IS THAT CORRECT?
15  A.   THAT'S CORRECT.
16  Q.   AND DID YOU REVIEW DEPOSITION TESTIMONY?
17  A.   YES, I DID.
18  Q.   WHOSE DEPOSITIONS DID YOU REVIEW?
19  A.   DR. DOOLEY'S REPORT AND DEPOSITION, AND MR. LEMON'S REPORT
20  AND DEPOSITION.
21  Q.   AND DID YOU REVIEW ANY EYEWITNESS ACCOUNTS?
22  A.   YES, I HAVE EXCERPTS OF THE VARIOUS DEPOSITIONS OF THE
23  EYEWITNESSES WHO BASICALLY STATED THEIR OBSERVATIONS OF THE BARGE
24  DURING THE TIME PERIOD THAT I WAS INVESTIGATING THE WEATHER
25  EVENTS.

**928**

1  Q.   AND YOU MENTIONED RADAR DATA.  I'M GOING TO GIVE A COUPLE OF
2  TERMS FOR THE COURT -- THE COURT'S BENEFIT, THE TERM "NEXRAD."
3  WHAT DOES THAT REFER TO?
4  A.   NEXRAD IS THE NEXT GENERATION RADAR.  IT'S THE STANDARDIZED
5  RADAR THAT'S USED IN ALL NATIONAL WEATHER SERVICE STATIONS.  IT'S
6  DOPPLER RADAR, HIGH RESOLUTION RADAR.  IT'S ALL STANDARDIZED.  SO
7  ALL THE PRODUCTS -- IF I'M WORKING ON A CASE IN MONTANA, THE
8  NEXRAD RADAR IS THE SAME AS THE NEXRAD RADAR IN SLIDELL,
9  LOUISIANA.  ALL THE PRODUCTS THAT ARE PUT OUT BY THE WEATHER
10  SERVICE ARE UNIFORM, TESTED, RESEARCHED, DEVELOPED PRODUCTS.
11  Q.   WHAT ABOUT WSR-88D DOPPLER?
12  A.   THAT'S JUST A DESIGNATION OF THE MECHANICS OF THE MACHINE,
13  THE TYPE OF RADAR WE HAVE, AND AGAIN, THAT IS STANDARD AT ALL
14  OFFICIAL NATIONAL WEATHER SERVICE SITES.
15  Q.   AND WHAT YOU WERE ASKED TO DO WAS TO SPECIFICALLY LOOK AT
16  THE INDUSTRIAL CANAL, SPECIFICALLY THE REGION THAT'S THE FOCUS OF
17  THIS CASE, WHICH IS BETWEEN THE FLORIDA AVENUE BRIDGE AND THE
18  NORTH CLAIBORNE AVENUE BRIDGE, CORRECT?
19  A.   CORRECT.  THIS IS AN AERIAL PHOTO.  I'M GOING TO HAVE TWO
20  MORE LOCATOR MAPS, SO, YOUR HONOR, YOU CAN LOCATE THE CANAL WHEN
21  WE START LOOKING AT THE VARIOUS RADAR IMAGES.
22      THE COURT:  THANK YOU.
23      THE WITNESS:  YEAH, THERE IT IS.  IT'S VERY WEAK HERE,
24  BUT THE STAR INDICATES THE LOCATION OF THE INNER HARBOR CANAL AND
25  WE CAN SEE THE SURROUNDING CULTURE, THE FREEWAYS, THE I-10,

**929**

1  THEY'LL BE SHOWING UP ON MY RADAR IMAGES AND I'LL LOCATE EACH
2  TIME WITH RESPECT ON A RADAR IMAGE WHERE THE CANAL IS WITH
3  RESPECT TO WHAT WEATHER IS HAPPENING AROUND THE CANAL.
4      AND THIS IS JUST ANOTHER SCALE AS WE ZOOM OUT AND
5  LOOK AT THE RADAR IMAGES, ALLOWING YOU TO SEE THE FEEDER BANDS
6  AND THE VARIOUS PHENOMENA GOING ON WHEN HURRICANE KATRINA
7  APPROACHES THE COAST.
8  Q.   NOW, WHAT IS THIS?
9  A.   THIS WAS IN MY REPORT.  OF COURSE, THE NATIONAL WEATHER
10  SERVICE AND THE NATIONAL HURRICANE CENTER PUT OUT NUMEROUS
11  WARNINGS AND ADVISORIES WITH THE APPROACH OF HURRICANE KATRINA.
12  THIS WAS VERY IMPORTANT.  THIS ONE, IF YOU NOTICE THE DATE, IS AT
13  10:00 P.M. ON SATURDAY, AUGUST 27TH.  WHAT IT SHOWS IS THAT THIS
14  IS THE CONE -- THE PROBABILITY CONE.  ANY LANDFALL LOCATION
15  RESIDING INSIDE THIS CONE HAS A PROBABILITY OF A DIRECT HIT.  OF
16  COURSE, THE PROBABILITY IS MAXIMUM IN THE CENTER, AND THE
17  PROBABILITY REDUCES TO ZERO OUTSIDE OF THE CONE.  ALL OF THIS
18  AREA FROM ALABAMA ACROSS TO WESTERN LOUISIANA WAS IN THE
19  HURRICANE WARNING PATH FOR A DIRECT HIT AS EARLY AS AUGUST 27TH,
20  10:00 P.M.
21      NOW, THIS IS ADVISORY NUMBER 19.  THERE WERE 18 OTHER
22  ADVISORIES, BUT THE REASON I PUT THIS IN MY REPORT, THIS ADVISORY
23  WAS THE LAST ADVISORY THAT REALLY DIDN'T CHANGE.  THE HURRICANE
24  CENTER WAS LOCATED HERE AS A CATEGORY 5 AT 10:00 P.M. ON
25  SATURDAY.  AND THESE ARE ALL -- SUNDAY, MONDAY, THESE ARE ALL THE

930

1  PROJECTED TRACK. THAT TRACK DID NOT CHANGE. IF IT CHANGED ANY,
2  IT CHANGED VERY SLIGHTLY BECAUSE WE'LL SEE FROM THE ACTUAL RADAR
3  IMAGES AND OTHER IMAGES, THE TRACK OF KATRINA GOES RIGHT ACROSS
4  THE PORTION OF LAKE PONTCHARTRAIN THERE. YOU CAN SEE THAT THAT'S
5  WITH THE HURRICANE CENTER HERE, WE'VE GOT ALABAMA, WE'VE GOT
6  PASS CHRISTIAN, MISSISSIPPI, ON THE RIGHT QUADRANT, WE'VE GOT THE
7  CANAL LOCATION IS IN THE LEFT QUADRANT.
8       SO THIS TRACK DID NOT CHANGE, AND THE WARNING WAS
9  AUGUST 27TH, SATURDAY.
10 Q.  DR. MITCHELL, IS IT YOUR TESTIMONY THAT ANYTHING THAT'S
11 WITHIN THE STRIKE ZONE SHOULD BE READY TO EXPECT A DIRECT HIT BY
12 THE HURRICANE?
13 A.  THAT IS CORRECT.
14 Q.  NOW, IF WE GO BACK AND WE LOOK AT STRIKE ZONES BEFORE THIS
15 ONE, TO THE EXTENT THAT NEW ORLEANS WAS WITHIN THE STRIKE CONE,
16 NEW ORLEANS SHOULD HAVE BEEN PREPARED -- ANY ENTITY WITHIN
17 NEW ORLEANS SHOULD HAVE BEEN PREPARED FOR A DIRECT HIT FROM
18 KATRINA, CORRECT?
19 A.  THAT WOULD BE PRUDENT, ESPECIALLY BUSINESS OPERATIONS, ANY
20 TYPE OF MARINE OPERATIONS. BY SATURDAY MORNING, I MEAN, THIS WAS
21 A CATEGORY 5 HURRICANE IN THE GULF, AND BY SATURDAY MORNING WE
22 WERE THINKING WE WERE GOING TO HAVE A CATEGORY 5 HURRICANE. IT
23 REDUCED TO A 3 WHEN IT MADE LANDFALL IN BURAS, LOUISIANA. BUT
24 AGAIN, THE PATH WAS RIGHT ON. THE WEATHER PREDICTION BY THE
25 NATIONAL HURRICANE CENTER WAS RIGHT ON. THERE WAS PLENTY OF TIME

931

1  TO PREPARE.
2       AND LIKE I SAID, THERE WERE 18 OTHER ADVISORIES THAT
3  SHOWED THE CONE APPROACHING NEW ORLEANS. THIS PARTICULAR CONE
4  WAS THE SET, AND IF YOU MARCH THROUGH, IT DOESN'T CHANGE UNTIL
5  LANDFALL.
6  Q.  LET'S GO TO THE NEXT SLIDE, PLEASE.
7       WHAT DOES THIS DUPLICATE?
8  A.  THIS IS A WIND ANALYSIS BY NOAA. IT'S CALLED THE H-WIND
9  ANALYSIS. THIS IS AN UPDATED ONE. YOU CAN SEE THE DATE UP
10 THERE, DECEMBER 19, 2007. OF COURSE KATRINA WAS 2005. I'VE
11 LOOKED AT ALL THE H-WIND ANALYSES. THIS ONE WAS UPDATED. IT'S
12 NOT CHANGED HARDLY ANY, BUT YOU CAN SEE FROM THE EARLIER ONES,
13 WHAT I WOULD LIKE TO SAY, BUT YOU CAN SEE THE TRACK. THIS LINE
14 IS THE ACTUAL STORM CENTER TRACK. YOU CAN SEE THAT THE CANAL,
15 WHICH WOULD BE LOCATED RIGHT BELOW LAKE PONTCHARTRAIN RIGHT IN
16 THIS AREA --
17      THE COURT: WOULD YOU -- YEAH. GO AHEAD.
18      THE WITNESS: I'M SORRY. I WAS TRYING TO POINT TO -- DO
19 YOU SEE LAKE PONTCHARTRAIN, YOUR HONOR?
20      THE COURT: OH, YES.
21      THE WITNESS: AND THEN YOU SEE LAKE BORGNE. WELL, IF
22 YOU LOOK AT THAT AREA RIGHT THERE, THAT'S GOING TO BE THE
23 APPROXIMATE AREA WHERE THE CANAL IS GOING TO BE SITTING. WE'LL
24 HAVE BETTER SCALES TO SHOW YOU IN A MOMENT.
25      MR. KHORRAMI: PERHAPS WE SHOULD BLOW IT UP A LITTLE

932

1  BIT. BOB, WHY DON'T YOU BLOW UP THAT REGION A LITTLE BIT, AND
2  MAYBE YOU CAN POINT ON YOUR SCREEN WITH YOUR FINGER.
3       THE COURT: YES, THAT MIGHT BE A GOOD IDEA.
4       THE WITNESS: I'M SORRY. I MISSED THAT.
5       THE COURT: THAT'S PRETTY CLOSE.
6       THE WITNESS: I'VE GOT YOU IN LAKE BORGNE.
7       THE COURT: LET ME CLEAR IT. YOU CAN CLEAR IT FROM
8  THERE, TOO. DO YOU WANT TO TAKE A SHOT AT IT AGAIN?
9       MR. KHORRAMI: IT KEEPS GOING INTO LAKE BORGNE.
10      THE WITNESS: AND I SWEAR, I'M PUTTING IT IN THE --
11      THE COURT: THE THING IS NOT CALIBRATED RIGHT.
12      THE WITNESS: IT'S NOT CALIBRATED RIGHT BECAUSE I'M
13 PUSHING OVER THERE, BUT I'LL POINT WITH A POINTER. I THINK
14 YOU'LL SEE HERE. DO YOU SEE --
15      THE COURT: FOR THE COURT OF APPEALS, IF YOU COULD JUST
16 TRY IT ONE MORE TIME.
17      MR. KHORRAMI: MAYBE YOU CAN BLOW IT UP A LITTLE BIT
18 MORE, BOB.
19      THE COURT: WELL, YOU CAN ADJUST IT LIKE ARTILLERY, YOU
20 CAN ADJUST YOUR POINTER AND SEE MUCH IT'S OFF AND MAYBE ADJUST
21 FOR THAT.
22      THE WITNESS: WE'RE GOING TO HAVE BETTER DISPLAYS IN A
23 MOMENT, YOUR HONOR.
24      AND YOU CAN SEE THE SPOT RIGHT THERE. AND WHAT THE
25 POINT IS, IS THAT I THINK ALL THE METEOROLOGISTS IN THIS CASE ARE

933

1  IN AGREEMENT ON THE MAXIMUM SUSTAINED WINDS AT THE LOCATION AS
2  FAR AS THE SYNOPTIC OR THE LARGE-SCALE SYSTEM. THEY WERE
3  CATEGORY 1 WINDS ON THIS SIDE OF THE HURRICANE, WHICH MEANS THAT
4  WE HAD WINDS 80 TO 92 MILES AN HOUR. OF COURSE, WE HAD WINDS
5  CATEGORY 3 ON THIS SIDE. YOU CAN SEE THE VERY DARK RED. AT
6  PASS CHRISTIAN, WE HAD 115-MILE-AN-HOUR SUSTAINED WINDS, WHICH
7  MADE IT A CATEGORY 3 HURRICANE.
8           EXAMINATION
9  BY MR. KHORRAMI:
10 Q.  DR. MITCHELL, IF YOU COULD TAKE THE TIME TO JUST MAKE ONE
11 MORE ATTEMPT AT SPOTTING THE INDUSTRIAL CANAL AND MAYBE
12 RECALIBRATING YOUR FINGER THIS TIME THE WAY THAT --
13      THE COURT: BY THE WAY, I WANT TO GET STEVE UP HERE.
14 NOT NOW.
15      MR. KHORRAMI: IS THAT A LITTLE BIT BETTER? THAT'S AS
16 CLOSE AS WE CAN GET.
17      THE WITNESS: WHEN I POINT TO WHERE I KNOW IT IS, THE
18 PIXEL COMES UP IN THAT LOCATION.
19           EXAMINATION
20 BY MR. KHORRAMI:
21 Q.  NOW, THESE ARE THE H-WINDS. WHAT ARE H-WINDS EXACTLY?
22 A.  THE H-WIND ANALYSIS IS THE PRODUCT PUT OUT BY THE NATIONAL
23 HURRICANE CENTER. AND WHAT THIS IS, YOUR HONOR, WHAT NOAA HAS
24 DONE, THEY'VE INCORPORATED ALL AVAILABLE WIND DATA,
25 HURRICANE HUNTERS HAVE DROPSONDES, AS WE CALL THEM, WITHIN THE

**934**

1 HURRICANE. THEY'VE INCORPORATED LAND-BASED STATIONS, THEY'VE
2 INCORPORATED OFFSHORE BUOY DATA, WIND DATA, WIND DIRECTION DATA,
3 AND THEY'VE INCORPORATED THE RADAR DATA WHERE THEY HAVE DONE
4 RADAR-DERIVED VELOCITY DATA. AND THEY COME UP WITH THIS
5 UNIFORMED WIND FIELD. AND THAT'S -- THIS PARTICULAR TYPE OF
6 DOCUMENT HAS BEEN USED IN JUST ABOUT EVERY KATRINA CASE, BOTH BY
7 PLAINTIFF AND DEFENDANTS BECAUSE IT'S AN OFFICIAL VERSION OF THE
8 WIND FIELD.
9     AND THE IMPORTANT POINT IS IN THE LEFT QUADRANT, WE'VE
10 GOT CATEGORY 1 WINDS, 80 TO 92 MILES AN HOUR. THESE PARTICULAR
11 VALUES ARE IN KNOTS, BUT WE DO THE CONVERSIONS 80 TO 92 MILES AN
12 HOUR. AND ON THIS SIDE, THE RIGHT QUADRANT, PASS CHRISTIAN AND
13 THOSE AREAS RECEIVED THE BRUNT OF THE CATEGORY 3 WINDS, 115 MILES
14 AND HOUR.
15 Q. AS A FORENSIC METEOROLOGIST, YOU LOOK AT THE H-WINDS, BUT
16 THAT'S NOT THE ONLY INFORMATION THAT YOU LOOK AT; IS THAT
17 CORRECT?
18 A. CORRECT. AND THIS IS PROBABLY MAYBE A GOOD TIME TO EXPLAIN,
19 WHAT WE'RE LOOKING AT HERE, WE'RE LOOKING AT THE LARGE-SCALE
20 HURRICANE SYSTEM. AND IT'S CALLED A "SYNOPTIC SCALE." IT'S THE
21 HUGE SCALE OF THE SYSTEM THAT'S HUNDREDS OF MILES ACROSS.
22 KATRINA WAS A HUGE STORM, JUST ABOUT FILLED UP THE GULF. THAT'S
23 THE LARGE-SCALE SYSTEM. WHAT WE'RE GOING TO BE TALKING ABOUT
24 EMBEDDED WITHIN THAT LARGE SYSTEM ARE THE MESOSCALE SYSTEMS.
25     MESOSCALE SYSTEMS ARE THE THUNDERSTORM SYSTEMS AND THEY

**935**

1 ARE SMALLER IN SCALE. STILL, THEY CAN BE ONE TO FIVE OR
2 SIX MILES ACROSS, BUT THEY ARE EMBEDDED IN THAT SYSTEM. AND THEN
3 EMBEDDED IN THAT SYSTEM ARE THE MICROSYSTEMS OR THE SMALLER
4 MESOSYSTEMS WHICH ARE THE TORNADIC WINDS OR POSSIBLE TORNADOES.
5     SO IN METEOROLOGY SIGNS, WE HAVE BASICALLY THREE SCALES
6 IN MOTIONS AND IT'S STORMS EMBEDDED WITHIN STORMS. TORNADOES ARE
7 EMBEDDED WITHIN THUNDERSTORMS; THUNDERSTORMS ARE EMBEDDED WITHIN
8 A LARGER HURRICANE SYSTEM.
9 Q. DR. MITCHELL, DO YOU KNOW HOW TO CLEAR THE SCREEN? THERE
10 YOU GO.
11 A. THIS PARTICULAR SLIDE IS TAKEN FROM THE APPLIED RESEARCH
12 ASSOCIATES GROUP. PETER VICKERY HAS PUBLISHED A PAPER. THIS
13 PARTICULAR SLIDE HAS BEEN USED BY METEOROLOGISTS AGAIN ON BOTH
14 SIDES. IT'S BEEN VERIFIED AS FAR AS WIND GUSTS.
15     AND WHAT WE'RE LOOKING AT --
16 Q. WHAT ARE WIND GUSTS SPECIFICALLY?
17 A. WIND GUSTS ARE THE SMALLER-SCALE FEATURED WINDS, AND IN THIS
18 PARTICULAR CASE, IT'S A THREE-SECOND GUST. NORMALLY, GUSTS ARE
19 MEASURED AS THREE-SECOND OR FIVE-SECOND GUSTS. THESE ARE BURSTS
20 OF WINDS THAT ARE ASSOCIATED WITH THE PASSAGE OF THE HURRICANE.
21 AND, OF COURSE, BECAUSE THEY ARE SMALLER DURATION IN TIME, THEY
22 ARE A LARGER MAGNITUDE OF WIND SPEED. AND WIND GUSTS ARE
23 IMPORTANT IF YOU'RE TRYING TO FIGURE OUT DAMAGE TO HOMES OR
24 PROPERTY DAMAGE OR TREE DAMAGE THAT COULD BE CAUSED BY A SHORT
25 TIME PERIOD GUST OF WIND. ANYONE THAT'S BEEN IN A THUNDERSTORM

**936**

1 HAS FELT A STRONG GUST OF WIND. BRIEFLY, A GUST OF WIND WILL
2 OCCUR. THAT'S A WIND GUST. LASTS THREE TO FIVE SECONDS.
3     THE IMPORTANT THING HERE IS THAT WE'RE COMING UP WITH
4 NUMBERS PRETTY CONSISTENT. I THINK THE METEOROLOGISTS ON ALL
5 SIDES IN THIS CASE ARE IN AGREEMENT THAT WE HAVE WIND GUSTS ON
6 THE ORDER OF 100 TO 120 MILES PER HOUR. AND AGAIN, THE LOCATION
7 OF THE BARGE WOULD BE RIGHT HERE BELOW LAKE PONTCHARTRAIN WHERE
8 MY POINTER IS. AND I WON'T BOTHER YOU BY TRYING TO GO THROUGH
9 THE CONTOURS, BUT WHEN YOU GO THROUGH THE DETAILED ANALYSIS OF
10 THE CONTOURS, YOU COME UP WITH WIND SPEEDS THAT COULD GO AS HIGH
11 AS 120 MILES PER HOUR.
12     THE COURT: SO THE CONTOURS ARE EVIDENT ON THE DISPLAY,
13 AND THE INDUSTRIAL CANAL, JUST FOR THE RECORD, WOULD BE BETWEEN
14 THE 120 AND 110 CONTOUR?
15     THE WITNESS: THAT'S CORRECT.
16     THE COURT: AND I SEE THAT MY HOME IN GRAND ISLE WOULD
17 BE BETWEEN THE 130 AND 110. GOOD. I'VE GOT IT.
18         EXAMINATION
19 BY MR. KHORRAMI:
20 Q. SO WHAT WE'VE TALKED ABOUT NOW IS THE GENERAL MOVEMENT OF
21 THE HURRICANE, WHAT HAPPENS WITH THE GENERAL ROTATION OF THAT
22 HURRICANE; IS THAT CORRECT?
23 A. THAT'S CORRECT.
24 Q. OKAY. NOW, BOB, IF YOU'D GO TO THE NEXT SLIDE.
25     YOU ALSO MENTIONED THAT YOU LOOKED AT RADAR DATA.

**937**

1 A. RIGHT. THAT IS CORRECT, COUNSELOR.
2 Q. WHAT I WANTED TO DO WAS, CAN YOU DESCRIBE HOW THE RADAR
3 FUNCTIONS, BASICALLY?
4 A. WELL, THE RADAR FUNCTIONS -- OF COURSE, IT'S ELECTROMAGNETIC
5 WAVE. THE DOPPLER RADAR SENDS OUT A BEAM AND WE LOOK AT A
6 REFLECTION OF THAT BEAM BACK AT THE RADAR. IT'S THE
7 ELECTROMAGNETIC VERSION OF SONAR OR ACOUSTICS.
8     AND WITH DOPPLER, WE ARE ABLE TO LOOK AT THE PHASE
9 SHIFT OF THE BEAM AS IT GOES OUT AND COMES BACK, AND THAT GIVES
10 YOU AN INDICATION OF THE VELOCITY OF THE OBJECT THAT IT'S LOOKING
11 AT. HENCE THE NAME DOPPLER OR THAT PHASE SHIFT. YOU HEAR A
12 TRAIN GO BY, YOU GET THE PHASE SHIFT IN THE SOUND. IF YOU LOOK
13 AT THE ELECTROMAGNETIC WAVE, YOU'RE GETTING A PHASE SHIFT IN THE
14 BEAM.
15     SO WE'RE GOING TO LOOK AT SEVERAL PRODUCTS HERE. ONE
16 IS THE ONE YOU ALWAYS SEE ON YOUR TV, THE REFLECTIVITY, WHICH
17 SHOWS BASICALLY WHAT I JUST SAID. IT'S THE REFLECTION OFF THE
18 VARIOUS COMPONENTS OF THE STORM GETTING BACK TO THE RADAR. WE'RE
19 GOING TO LOOK AT MESOCYCLONES. THESE ARE ALGORITHMS THAT ARE
20 CALCULATED TO SHOW WHERE THESE MESOCYCLONES OCCUR, AND WE'RE
21 GOING LOOK AT TORNADO VORTEX SIGNATURES. AND THAT'S THE NEXT
22 SCALE OF MOTION I TALKED ABOUT WHERE WE'RE GOING TO BE LOOKING AT
23 THE OCCURRENCE OF ANY TORNADO SIGNATURES THAT COULD INDICATE
24 MAYBE A TORNADO IN AN AREA.
25 Q. THANK YOU. NOW, HOW LONG DOES IT TAKE? DOES A RADAR REPORT

**938**

1   BACK EVERY SINGLE SECOND?

2   A.   NO.  THE RADAR IS SCANNING 360 DEGREES AND IT'S ALSO

3   SCANNING THROUGH SEVERAL TILT ANGLES.  THE LOWEST TILT ANGLE IS

4   USUALLY .4 DEGREES OR A HALF A DEGREE, DEPENDING ON THE LOCATION

5   OF THE RADAR.  IT CAN ALSO GO UP TO -- THERE IS ABOUT SIX OR

6   SEVEN STAGES.  IT CAN GO UP SLICING THROUGH THE CLOUD LAYER.

7        SO WHAT WE HAVE WHEN WE LOOK AT COMPOSITE REFLECTIVITY

8   IS THE COMBINATION OF ALL OF THOSE LAYERS, AND WHEN WE LOOK AT

9   BASE REFLECTIVITY, WE'RE LOOKING AT THE LOWEST LAYER.  AND IT

10  TAKES FIVE TO SIX MINUTES, DEPENDING THE RADAR FUNCTIONALITY, TO

11  SCAN 360 DEGREES AND GO THROUGH ALL THE ANGLES.  AND SO THAT'S

12  WHY WE HAVE A RADAR EVERY SIX MINUTES ON THE IMAGES I'LL BE

13  SHOWING.

14  Q.   SO IT'S FAIR TO SAY THAT THE RADAR REPORTS BACK EVERY FIVE

15  TO SIX MINUTES, SOMEWHERE IN THERE, CORRECT?

16  A.   CORRECT.

17  Q.   NOW, BOB, IF YOU COULD GO TO THE NEXT SCAN, PLEASE.

18       AND ONE QUESTION I HAD WHILE THAT'S BEING DONE, YOU

19  REVIEWED DATA FROM ABOUT 2:00 IN THE MORNING ON AUGUST 29, 2005,

20  UNTIL ABOUT SOMEWHERE CLOSE TO 10:00 IN THE MORNING; IS THAT

21  CORRECT?

22  A.   FOR THIS CASE, YES, UH-HUH (AFFIRMATIVE RESPONSE).

23  Q.   AND YOU REVIEWED ALL OF THE RADAR DATA AVAILABLE; IS THAT

24  CORRECT?

25  A.   FOR EVERY KATRINA CASE THAT I'VE WORKED, I PROBABLY HAVE

**939**

1   GONE THROUGH EVERY RADAR LOOP, BOTH THE REFLECTIVITY LOOPS, THE

2   BASE REFLECTIVITY LOOP, THE MESOSCALE, CYCLONE, TORNADO.  SO YES,

3   I HAVE.

4   Q.   NOW, COULD YOU PLEASE TELL US WHAT WE'RE LOOKING AT IN THIS

5   PARTICULAR SLIDE?

6   A.   WE'RE GOING TO GO THROUGH SOME PRODUCTS HERE, AND THIS IS

7   WHAT WE CALL A LEVEL 3 PRODUCT.  YOU CAN SEE OVER HERE ON THE

8   SIDE PANEL, IT'LL HAVE A LEVEL 3.  AND IT ALSO SAYS "MESOCYCLONE

9   OCCURRENCE".  AND WHAT WE SEE HERE, WE SEE THE LOCATION OF A CELL

10  SITTING RIGHT HERE.  AND NOW, YOUR HONOR, YOU CAN SEE THE CANAL.

11  HERE IS THE LOCATION OF THE CANAL.

12       THE COURT:  YES, SIR.

13       THE WITNESS:  YOU CAN SEE THIS CELL.

14       NOW, WHAT HAS HAPPENED, WHY IS THIS CELL ON HERE?

15  THIS CELL IS GIVEN A NUMBER AND IT'S GIVEN A LETTER BY AN

16  AUTOMATIC ALGORITHM THAT THE NATIONAL WEATHER SERVICE HAD USED TO

17  INDICATE A PARTICULAR THUNDERSTORM THAT HAS INTENSE ROTATION THAT

18  HAS A DURATION OVER ALL THE TIME PERIODS OF THE SWEEP, AND ALSO

19  ALL THE LAYERS OF THE BEAM.

20       THE COURT:  IN ESSENCE, IT'S AN INTERPOLATION OF THE

21  TIME PERIOD TO COME UP WITH THIS?

22       THE WITNESS:  RIGHT.  IT'S NOT FLAGGED AS A MESOCYCLONE.

23  IF WE ONLY HAVE MAYBE THE TOP BEAM LAYER, MAYBE ONLY 60,000 FEET

24  ROTATING AND IT DOESN'T LAST THE ENTIRE BEAM SWEEP, IT'S NOT

25  FLAGGED.  IT HAS TO BE SIGNIFICANT ENOUGH TO BE FLAGGED AS A

**940**

1   CELL.

2        SO WHAT WE'RE SEEING, WHEN YOU LOOK AT THESE

3   MESOCYCLONES, IT MEANS THAT THEY ARE SIGNIFICANT.  THERE IS OTHER

4   ROTATION.  THIS JUST DIDN'T GET FLAGGED BY THE ALGORITHM.

5        THE COURT:  THAT WOULD BE A COMPOSITE OF VARIOUS IMAGES,

6   YOU LOOK AT --

7        THE WITNESS:  RIGHT.  THE ALGORITHM LOOKS AT THE VARIOUS

8   LAYERS.  IT HAS TO HAVE A TIME DURATION FOR ALL THE LAYERS TO BE

9   FLAGGED AS A MESOCYCLONE.

10       EXAMINATION

11  BY MR. KHORRAMI:

12  Q.   NOW, BOB, IF YOU COULD BLOW THAT PARTICULAR PORTION UP,

13  MAYBE WE CAN PUT A BOX AROUND WHERE DR. MITCHELL WAS SPEAKING

14  ABOUT.

15  A.   NOW, WHAT'S IMPORTANT IS THAT THESE MESOCYCLONES ARE

16  ASSOCIATED WITH THUNDERSTORMS, AND YOU HAVE TO LOOK AT OTHER DATA

17  TO SEE THE EXTENT OF THESE.

18       BUT THE MOTION AROUND THIS, YOUR HONOR, IS CYCLONIC.

19  THAT'S WHY THEY ARE CALLED "MESOCYCLONES."  THEY ARE CYCLONES,

20  BUT THEY ARE ON THE MESO SCALE.

21       SO YOU CAN SEE HERE YOU HAVE A CYCLONE THAT IS ROTATING

22  IN THE COUNTERCLOCKWISE DIRECTION.  SO THIS IS EMBEDDED IN THE

23  OVERALL WIND FIELD.  SO THE WINDS ASSOCIATED WITH THIS

24  MESOCYCLONE ARE EMBEDDED WITHIN THE OVERALL SYNOPTIC WINDS AND

25  PERTURBING WHAT'S GOING ON IN THE SYNOPTIC WINDS WHEN THESE

**941**

1   THINGS OCCUR.  THE ROTATION GIVES IT ANGULAR MOMENTUM, AND

2   ANGULAR MOMENTUM CAN LEAD TO INTENSE DOWNDRAFTS AND UPDRAFTS AS

3   THE ENERGY IS TRANSFERRED, WHICH GIVES US A MICROBURST ENERGY.

4        SO WHEN YOU SEE THESE, YOU CAN'T GUARANTEE THAT A

5   MICROBURST IS HAPPENING, BUT YOU HAVE THE CONDITIONS THAT THE

6   WIND FIELD IS DISTURBED.  AND WE'RE GOING TO SHOW LATER, AS WE

7   LOOK AT NUMEROUS TIME PERIODS, THAT WE HAVE GROUPS OF THESE

8   OCCURRING ALL AROUND THE CANAL.

9        THE COURT:  AND JUST FOR THE RECORD, AND I MAY HAVE

10  MISSED THIS, WHAT TIME PERIOD WAS THIS?

11       THE WITNESS:  THIS TIME PERIOD WAS 2:15 A.M., CENTRAL

12  DAYLIGHT TIME.

13       THE COURT:  THANK YOU.

14       EXAMINATION

15  BY MR. KHORRAMI:

16  Q.   DR. MITCHELL, THIS CELL IS LABELED G0; IS THAT CORRECT?

17  A.   CORRECT.

18  Q.   HOW WIDE OR HOW LARGE IS A MESOCYCLONE?

19  A.   TO BE FLAGGED AS A MESOCYCLONE, AGAIN, THE ORDER AND

20  MAGNITUDE HERE, WE'RE LOOKING AT A THUNDERSTORM EMBEDDED IN THE

21  HUGE SYNOPTIC FEEDER BAND.  SO THE SIZE COULD BE ONE MILE TO

22  FIVE MILES.  YOU HAVE TO LOOK AT OTHER DATA.  WE'RE GOING TO LOOK

23  AT REFLECTIVITY DATA THAT SHOWS THE EXTENT OF THESE CELLS, AND

24  SOME OF THEM ARE VERY LARGE.  FOUR OR FIVE MILES ACROSS.  BUT

25  THEY CAN BE SMALL, TOO.  THEY CAN BE AN ORDER OF ONE MILE.

**942**

1    THE COURT: AS AN EXAMPLE, THE ONE WE'RE LOOKING AT ON

2 THIS EXHIBIT, WOULD THAT BE SIMPLY -- IS THAT THE EPICENTER OF

3 THE MESOCYCLONE?

4    THE WITNESS: THAT'S THE EPICENTER, YES, SIR.

5    THE COURT: THANK YOU.

6       EXAMINATION

7 BY MR. KHORRAMI:

8 Q. THAT'S LOCATED WITHIN THE LOWER NINTH WARD?

9 A. IT IS IN THE NINTH WARD, YES, SIR.

10 Q. THE NEXT SLIDE, PLEASE.

11 A. AGAIN, WE MAY WANT TO ZOOM HERE BECAUSE NOW WE HAVE TWO MORE

12 OCCURRING.

13 Q. AND LET'S LOOK AT THE TIME ON THIS AS WELL, DR. MITCHELL.

14 A. THE TIME IS 3:04 A.M. SO WE'VE MOVED FROM 2:15 UP TO 3:04.

15    AND THESE DO NOT OCCUR ON EVERY RADAR SCAN. AND WHAT I

16 CHOSE HERE IS WHEN I SAW MESOCYCLONES OCCURRING NEAR THE CANAL,

17 THEN I CHOSE THESE PARTICULAR DISPLAYS. THERE WERE OTHER

18 MESOCYCLONES DURING THIS PERIOD ALL OVER THE PLACE. THEY WERE

19 OVER -- THEY WERE CLOSER DOWN TO WHERE THE STORM CENTER IS

20 OFFSHORE. AND YOU'LL SEE SOME OF THAT, YOUR HONOR, AS WE GO

21 THROUGH SOME OTHER DISPLAYS.

22    BUT AGAIN, WE HAVE FLAGGED HERE TWO MESOCYCLONES. THE

23 ALGORITHM HAS GIVEN IT THE SAME NUMBER, BUT, YOU KNOW, THE

24 ROTATION IS FOUND -- EITHER IT'S ONE LARGE SYSTEM OR IT'S FOUND

25 TWO SYSTEMS AT THE SAME TIME AND IS LABELED A CYCLONIC ROTATION.

**943**

1    AND YOU CAN SEE, IF YOU HAVE A CYCLONIC ROTATION HERE

2 AND A CYCLONIC ROTATION HERE, YOU HAVE A DISTURBED OR PERTURBED

3 WIND FIELD. AND THAT'S WHAT WE'RE TRYING TO DEMONSTRATE IS

4 HAPPENING IN THIS HURRICANE SYSTEM. IT'S NOT ALL ONE WIND

5 DIRECTION IN ONE FEEDER BAND. IT'S STORMS WITHIN STORMS, AND

6 THAT'S WHAT THIS RADAR DATA IS SHOWING.

7 Q. AND JUST TO HAVE A CLEAR RECORD, DR. MITCHELL, ONE OF THOSE

8 AREAS THAT YOU SHOWED THAT LOOKS LIKE IT'S LABELED I0, AND IT'S

9 JUST SOUTH OF THE MISSISSIPPI RIVER AND JUST SOUTH OF THE

10 INDUSTRIAL CANAL; IS THAT CORRECT?

11 A. CORRECT.

12 Q. AND THE SECOND ONE IS, AGAIN, LABELED I0, AND IT'S LOCATED

13 JUST SOUTH OF THE FIRST ONE THAT WE JUST DISCUSSED; IS THAT

14 CORRECT?

15 A. THAT IS CORRECT.

16    THE COURT: WHAT'S THE SCALE ON THIS? IS IT SHOWN HERE?

17 I THINK IT IS.

18    THE WITNESS: ON THE RADAR IMAGES, WE DON'T HAVE THE

19 SCALE, BUT IF YOUR HONOR IS FAMILIAR WITH, I GUESS, THE CANAL

20 LENGTH HERE AND THE PORTION, I WOULD THINK THIS IS WITHIN, I

21 WOULD THINK A HALF A MILE OF THE CANAL.

22    THE COURT: THE FIRST --

23    THE WITNESS: THE FIRST ONE, YES, SIR.

24    THE COURT: THE SECOND ONE MIGHT BE --

25    THE WITNESS: IT'S FURTHER DOWN. IT'S PAST THIS PORTION

**944**

1 OF THE FREEWAY. DOWN IN THIS LOCATION. IT COULD BE -- IF THAT'S

2 HALF A MILE, IT COULD BE TWO MILES, THREE MILES AWAY.

3    THE COURT: THANK YOU.

4       EXAMINATION

5 BY MR. KHORRAMI:

6 Q. AND BOTH OF THOSE COULD BE AFFECTING THE INDUSTRIAL CANAL?

7 A. THEY COULD, YES, SIR.

8 Q. NOW, THESE CELLS WOULD GENERALLY BE MOVING IN A WESTERLY

9 DIRECTION, CORRECT?

10 A. THEY WOULD BE MOVING IN A WESTERLY DIRECTION, THAT IS

11 CORRECT. WE WILL SEE, AS WE MOVE TO OTHER DISPLAYS, THAT THEY

12 HAVE A LIFE OF THEIR OWN, THOUGH. I MEAN, THEY DON'T NECESSARILY

13 HAVE TO FOLLOW THE FEEDER BANDS THE WAY THEY POP UP AND DEVELOP.

14 AND WE'LL SEE THAT VERY DRAMATICALLY IN SOME OF THE IMAGES I'M

15 GOING TO SHOW.

16 Q. WHAT DO WE SEE OVER HERE, DR. MITCHELL?

17 A. THIS IS A COMPOSITE REFLECTIVITY AT 2:53 A.M. WE'RE GOING

18 TO START AT 2:53 A.M. AND WE'RE GOING TO MARCH THROUGH PROBABLY

19 UNTIL 9 O'CLOCK IN THE MORNING. THIS IS WHAT YOU WOULD

20 NORMALLY SEE ON YOUR WEATHER MAP ON YOUR TV. IF YOU SAW THIS

21 COMING ACROSS IN THE MORNING, YOU'D SAY, "WELL, WE'RE GETTING

22 SOME HEAVY RAINS AND WINDS AND THUNDERSTORMS, AND BATTEN DOWN THE

23 HATCHES."

24    WHEN THE COLORS ARE RED, THE SCALE OVER HERE IS IN

25 DECIBELS. AND IT'S A RADAR MEASUREMENT OF INTENSITY IN THE

**945**

1 LOGARITHMIC OR DECIBEL SCALE. AND ANYTHING ABOVE RED IS

2 CONSIDERED INTENSE CONVECTION. AND INTENSE CONVECTION MEANS,

3 THUNDERSTORM DEVELOPMENT, HEAVY RAINS, HEAVY WIND GUSTS. JUST

4 THE TYPE OF SEVERE WEATHER YOU WOULD EXPECT IF YOU SAW THIS

5 MOVING ACROSS IN AN ISOLATED FRONTAL MOVEMENT, YOU KNOW, ACROSS

6 LOUISIANA.

7    EACH ONE OF THESE PIXELS ON THIS DISPLAY IS TWO

8 KILOMETERS IN LENGTH, SO YOU CAN SEE THE SCALE HERE -- AND A

9 KILOMETER IS 3,280 FEET. YOU CAN SEE THAT WE'VE GOT A HUGE PATCH

10 HERE OF DISTURBED AREA, AND YOU CAN SEE SOME OF THE FEEDER BANDS.

11 THIS IS -- THE HURRICANE EYE IS OFF THE SCREEN. IT'S SITTING

12 DOWN HERE. AND YOU SEE SOME ROTATION HERE, YOUR HONOR. AND IT'S

13 DISORGANIZED, BUT YOU CAN STILL SEE SOME OF THE EFFECT OF THE

14 FEEDER BANDS. WE'RE STILL EARLY IN THE APPROACH BECAUSE

15 HURRICANE KATRINA DOES NOT MAKE LANDFALL AT BURAS, LOUISIANA,

16 UNTIL 6:30 IN THE MORNING. WELL, WE'VE ALREADY GOT THIS INTENSE

17 CONVECTION GOING ON THAT EARLY IN THE MORNING.

18 Q. DR. MITCHELL, JUST TO HAVE A CLEAR RECORD, THE PATCH OF RED

19 THAT YOU'RE TALKING ABOUT, GENERALLY, IT'S LOCATED JUST EAST OF

20 LAKE PONTCHARTRAIN; IS THAT CORRECT?

21 A. THAT'S CORRECT.

22 Q. AND THEN THERE ARE OTHER SPOTS THAT ARE LOCATED SOUTH OF

23 LAKE PONTCHARTRAIN; IS THAT CORRECT?

24 A. THAT'S RIGHT. AND THOSE HOTSPOTS ARE, AGAIN, INDICATIONS OF

25 THUNDERSTORMS WITHIN THOSE FEEDER BANDS THAT ARE POPPING UP AND

946

1  HAVE THAT INTENSE CONVECTION.
2  Q.  NOW, I NOTICE A STAMP "NOAA" AT THE LOWER LEFT CORNER OF
3  THIS IMAGE, AND I HAVE NOTICED IT ON OTHERS IMAGES THAT YOU HAVE.
4  WHAT DOES THAT SIGNIFY?
5  A.  THIS DATA IS PULLED DIRECTLY OFF THE NOAA DATABASE.  I HAD
6  TO LOG ONTO THEIR COMPUTERS.  I DO NOT ALTER THIS DATA.  I DO NOT
7  CHANGE ANYTHING.  THIS IS THE DATA THAT IS ARCHIVED BY NOAA AT
8  THE NATIONAL CLIMATIC DATA CENTER.  I LOG ONTO THEIR COMPUTERS,
9  RUN A BATCH PROGRAM TO DOWNLOAD CERTAIN IMAGES AT CERTAIN TIMES,
10  AND CERTAIN PRODUCTS, AND THAT'S THE SAME PROCESS DONE FOR ALL
11  THE IMAGES YOU'RE GOING TO SEE.
12  Q.  IS IT SAFE TO SAY THIS IS OFFICIAL NOAA DATA?
13  A.  THIS IS OFFICIAL NOAA DATA.
14  Q.  THIS IS WHAT NOAA PUTS THEIR STAMP OF APPROVAL ON, CORRECT?
15  A.  THAT'S CORRECT.
16  Q.  AND THIS IS THE CURRENT STATE OF THE NOAA DATA AS YOU KNOW
17  IT?
18  A.  IT IS, YES, SIR.
19  Q.  CAN WE GO TO THE NEXT SLIDE, PLEASE.
20      WHAT DOES THIS SHOW, DOCTOR?
21  A.  THIS IS A MESOCYCLONE DISPLAY, AND WE'LL ZOOM ON THIS A
22  LITTLE BIT, BUT I WANTED TO SHOW YOU THE AREA HERE.  AND I'M
23  GOING TO POINT TO THE LOCATION OF THE CANAL EACH TIME, AND, BOB,
24  WE MAY WANT TO GO AHEAD AND ZOOM IN ONCE ON THIS.  OKAY.  THAT'S
25  GREAT.

947

1      THE CANAL IS LOCATED RIGHT HERE.  I MEAN --
2      THE COURT:  COULD YOU DO YOUR BEST TO MAKE A MARK THERE
3  JUST BECAUSE -- AND I'M GOING TO PRINT THIS, JUST FOR THE RECORD,
4  BECAUSE FRANKLY IT GOES -- THAT'S GOOD.  AND I WANT TO CAPTURE
5  THAT ULTIMATELY, SHEENA, JUST FOR THE RECORD FOR THE COURT OF
6  APPEALS.
7      GO AHEAD.
8      THE WITNESS:  WE SAW THIS PATCH ON THE PREVIOUS SLIDE,
9  THIS PATCH OF RED.  WELL, WITHIN THOSE RED PIXELS, LOOK AT THE
10  SERIES OF MESOCYCLONES.  THE RADAR HAS IDENTIFIED NUMEROUS ONES
11  ASSOCIATED WITH THAT SYSTEM.  SOME ARE OFFSHORE.  ONE IS SITTING
12  OUT HERE THAT'S GOING TO DEVELOP INTO SOMETHING, PROBABLY.
13      BUT THESE ARE ALL MESOCYCLONES WITH MESO ROTATION,
14  CYCLONIC ROTATION.  AND THAT'S WHAT I'M SAYING, WITHIN THAT
15  FEEDER BAND, THERE ARE NUMEROUS, COULD BE DOZENS OR MORE OF THESE
16  MESOCYCLONES.
17      THE COURT:  THAT'S AT 2:53 A.M. CDT?
18      THE WITNESS:  THAT'S CORRECT.
19      THE COURT:  ON THE MORNING OF AUGUST 29TH?
20      THE WITNESS:  ON THE MORNING OF AUGUST 29TH.  HOURS
21  BEFORE LANDFALL.
22      MR. KHORRAMI:  HAVE WE HAD A CHANCE TO CAPTURE THE
23  IMAGE?
24      THE COURT:  THANK YOU FOR ASKING, COUNSEL.
25      MR. KHORRAMI:  YOUR HONOR, WOULD IT BE OKAY IF ON THE

948

1  PREVIOUS IMAGE, WE ALSO LOCATE THE CANAL?
2      THE COURT:  YES.
3      MR. KHORRAMI:  I'LL MOVE IT BACK.
4      THE WITNESS:  IF IT'S GREEN, IT'S GOING TO CONFUSE WITH
5  MAYBE SOME GREEN, BUT I'LL DO IT.
6      THE COURT:  WE CAN CHANGE THE COLOR.  THAT'S GOOD.
7      THE WITNESS:  YOU RECOGNIZE THAT?
8      MR. KHORRAMI:  SO LET'S WAIT UNTIL THAT'S CAPTURED AND
9  THEN WE'LL MOVE ON.
10      THE COURT:  NOW, WE HAVE TWO GREEN --
11      EXAMINATION
12  BY MR. KHORRAMI:
13  Q.  WHILE WE'RE WAITING FOR THAT TO BE CAPTURED, DR. MITCHELL, I
14  WANTED TO ASK, ARE THESE THE IMAGES, THE ACTUAL SPOTS THAT YOU
15  SHOWED ON THE NEXT SLIDE WITH THE MESOCYCLONES, ARE THOSE THE
16  ONLY MESOCYCLONES IN THE SYSTEM?
17  A.  NO.  AS WE SAID EARLIER, THE ONES THAT ARE FLAGGED BY THE
18  ALGORITHM ARE THE ONES THAT ARE SUSTAINED OVER SEVERAL LAYERS OF
19  THE RADAR BEAM AND ALSO OVER SEVERAL TIME -- THE COMPLETE TIME
20  PERIOD.  THERE COULD BE ROTATION ANYWHERE WITHIN THIS PATCH OF
21  CONVECTION.  IT JUST DIDN'T GET FLAGGED AS A MESOCYCLONE BECAUSE
22  IT DIDN'T MEET THAT CRITERIA.
23  Q.  ARE THERE ONES THAT POTENTIALLY THE RADAR COMPLETELY MISSES?
24  A.  CERTAINLY, YES, SIR.
25  Q.  COULD THEY BE IN SHORT BURSTS WHERE THE RADAR SCAN DOESN'T

949

1  PICK THEM UP, SOME OF THEM?
2  A.  THAT'S POSSIBLE.
3  Q.  BOB, IF YOU COULD, GO TO THE NEXT SLIDE, PLEASE.
4      NOW, WHAT ARE WE SEEING OVER HERE, DR. MITCHELL?
5  A.  THIS IS THE THIRD PRODUCT THAT I'M GOING TO SHOW AND WE GO
6  THROUGH EACH ONE OF THESE TIME PERIODS.  WE'VE LOOKED AT THE
7  COMPOSITE REFLECTIVITY, WE'VE LOOKED AT MESOCYCLONE.  THIS IS
8  TORNADO VORTEX SIGNATURE.  WHAT THIS MEANS IS THAT THE ALGORITHMS
9  HAVE LOCATED A THUNDERSTORM CELL THAT WAS A PREVIOUS MESOCYCLONE,
10  BUT IT ALSO HAS A MORE INTENSE, TIGHTER ROTATION THAT WOULD
11  INDICATE A TORNADO VORTEX OR A TORNADIC-TYPE WIND.  THESE ARE
12  PRECURSORS TO ACTUALLY TORNADOES FORMING.  THE TORNADO VORTEX
13  SIGNATURE I OFTEN CALL IS A NECESSARY BUT NOT SUFFICIENT
14  CONDITION.  IT MEANS THAT WE HAVE TORNADIC-TYPE ROTATION, INTENSE
15  ROTATION WITHIN THAT CELL WHICH COULD DEVELOP INTO A TORNADO, MAY
16  NOT, BUT IT'S BEEN PICKED UP ON RADAR BY THE ALGORITHMS.
17  Q.  CAN ANYONE SAY THAT A TORNADO DIDN'T COME WITH THIS?
18  A.  NO, YOU CANNOT.  I MEAN, IT'S -- AGAIN, NORMALLY, YOU HAVE
19  TO LOOK AT ON-THE-GROUND DAMAGE, BUT IN THIS PARTICULAR CASE, THE
20  NATIONAL WEATHER SERVICE DID NOT REPORT ANY TORNADOES IN
21  MISSISSIPPI OR LOUISIANA DURING LANDFALL OF KATRINA, BUT THAT
22  DOES NOT MEAN THAT WE DIDN'T HAVE TIGHTER ROTATION OR SOME TYPE
23  OF TORNADIC WINDS REACHING THE SURFACE.
24  Q.  NOW, THE LOCATION WE'RE TALKING ABOUT IS LABELED U8; IS THAT
25  CORRECT?

950

1   A.  THIS PARTICULAR CELL IS U8, YES, SIR.

2   Q.  BOB, IF WE COULD MOVE TO THE PREVIOUS IMAGE FOR A SECOND.

3   A.  AND HERE IS U8 AS A MESOCYCLONE.

4   Q.  SO THAT'S A TORNADO VORTEX SIGNATURE WITHIN A MESOCYCLONE,

5   CORRECT?

6   A.  THAT IS CORRECT.  THE OTHERS WERE NOT FLAGGED, BUT THIS --

7   THE ALGORITHM FOUND THAT WE HAD A STORM WITHIN THE STORM HERE

8   ALSO.  WE HAD, WITHIN THE MESOCYCLONE, THE TIGHTER TORNADIC

9   ROTATION.

10          THE COURT:  NOW, THIS IS DONE, OF COURSE, TO MY

11  UNDERSTANDING, AFTER THE EVENT OCCURS.  THE ALGORITHMS ARE NOT

12  OPERATING IMMEDIATELY TO IDENTIFY FOR THE WEATHER SERVICE TO COME

13  BACK AND SAY, "OH, YES, WE HAVE A" --

14          THE WITNESS:  WELL, THERE IS TWO THINGS GOING ON HERE,

15  YOUR HONOR:  THE WEATHER SERVICE IS ACTIVELY LOOKING AT, ON

16  REALTIME, A LOT OF PRODUCT, MORE SOPHISTICATED THAN BEING

17  ARCHIVED.  AND AS FAR AS DETAILED ANALYSIS ABOUT WATER VAPOR,

18  ENTRAINMENT WITHIN A SYSTEM OF MOISTURE, THESE ARE BEING

19  CALCULATED AT THAT TIME.  WHEN THAT RADAR MAKES A SCAN, THEY ARE

20  PROCESSING THIS DATA AND LOOKING AT IT, BUT THEY ARE LOOKING AT A

21  LOT MORE PRODUCTS TO MAKE THE WARNING TO THE PUBLIC.

22          WE HAVE THOSE WARNINGS -- WE HAVE THAT TYPE OF

23  INFORMATION ARCHIVED IN OTHER PLACES, BUT ON THE RADAR, IT'S JUST

24  ARCHIVED HERE.

25          THE COURT:  THANK YOU.

951

1              EXAMINATION

2   BY MR. KHORRAMI:

3   Q.  NOW, WE'RE GOING LOOK AT THE NEXT SLIDE.  WHAT DO WE SEE

4   OVER HERE, DOCTOR?

5   A.  AGAIN, WE'RE ABOUT TO -- NOW, WE'RE AT TIME 3:04 A.M.  SO IN

6   EACH OF THESE SLIDES -- AND WE CAN GO FAST IN A MOMENT IF WE WANT

7   TO, BUT I'M GOING TO BE SHOWING HOW THESE PATCHES MOVE ACROSS THE

8   CANAL LOCATION, THE CANAL SITTING RIGHT HERE, AGAIN, AND I MEAN,

9   I CAN MARK IT HERE, TOO, YOUR HONOR.

10  Q.  WE'RE GOING TO BLOW IT UP AND MARK IT IN A SECOND, BUT WHAT

11  I WANTED TO ACTUALLY ASK YOU, WAS THIS RED AREA THAT WE SEE, THE

12  LARGER RED AREA, THAT'S THE SAME RED AREA THAT WE WERE WITNESSING

13  AT 2:53 WHEN WE WERE LOOKING AT THIS, RIGHT?

14  A.  THAT IS CORRECT.

15  Q.  AND IT COULD BE THAT WE HAVE MESOCYCLONES WITHIN THESE RED

16  PATCHES, ANY ONE OF THEM, AND SO YOU LOOK AT THIS -- A COMPOSITE

17  REFLECTIVITY TO SEE WHERE POTENTIALLY THERE COULD BE ANOTHER

18  CYCLONE, CORRECT?

19  A.  THAT'S CORRECT.

20  Q.  THERE'S NO GUARANTEE THAT THERE WOULD BE A MESOCYCLONE

21  WITHIN THOSE, CORRECT?

22  A.  THAT'S CORRECT.  THAT'S WHY YOU HAVE TO GO TO THE NEXT

23  PRODUCT TO LOOK AT IT TO BE SURE WHAT WAS ACTUALLY FLAGGED.

24  Q.  THAT'S WHY YOU HAVE TO LOOK AT A RANGE OF PRODUCTS IN ORDER

25  TO FORENSICALLY PUT IT TOGETHER, CORRECT?

952

1   A.  CORRECT.

2   Q.  AND I HAD ONE MORE QUESTION:  YOU MENTIONED LEVEL 3 DATA.

3   IS THERE LEVEL 2 DATA THAT YOU CONSIDERED?

4   A.  RIGHT.  WHAT WE HAVE HERE -- LET'S GO BACK TO THE BEGINNING.

5   LEVEL 1 DATA IS ACTUALLY THE RAW, DIGITAL BINARY DATA THAT THE

6   RADAR IS MEASURING.  LEVEL 2 DATA IS THE FIRST PROCESSED DATA BY

7   THE NATIONAL WEATHER SERVICE THAT COMES OUT AND PUTS IT INTO A

8   FORM THAT WE CAN DISPLAY THIS TYPE OF INFORMATION.  I'VE LOOKED

9   AT LEVEL 2 PRODUCTS, OF COURSE.

10          AND THEN THE NEXT STEP IS TO LOOK AT THEIR LEVEL 3

11  PRODUCTS WHERE THEY HAVE DONE FURTHER PROCESSING ON THE LEVEL 2

12  DATA AND PUT OUT THE INFORMATION THAT WE HAVE BEEN TALKING ABOUT,

13  TORNADO VORTEX SIGNATURE, AND MESOCYCLONE OCCURRENCE.  THEY PUT

14  OUT A HAIL INDEX, A NUMBER OF CASES, A HAIL INDEX, AND THEY'LL

15  PUT OUT THE SAME TYPE OF THUNDERSTORM CELL LOCATIONS WHERE HAIL

16  IS OCCURRING.  THESE ARE ALL LEVEL 3 PRODUCTS.

17  Q.  AND THIS IS IN ADDITION TO THE WIND DATA THAT YOU LOOKED AT

18  WHICH IS SIMILAR TO WHAT DR. DOOLEY LOOKED AT; IS THAT CORRECT?

19  A.  THAT'S CORRECT.

20  Q.  NOW, WHAT I WANTED TO DO WAS, BOB, IF YOU COULD BLOW IT UP

21  AGAIN RIGHT HERE.  PERFECT.

22          DR. MITCHELL, IF YOU COULD PUT A DOT WHERE YOU -- WHERE

23  THE INDUSTRIAL CANAL IS.

24  A.  APPROXIMATE LOCATION.

25          WHAT I WANT TO POINT OUT, BEFORE WE LEAVE THIS SLIDE

953

1   IS -- AND WE MIGHT WANT TO UNZOOM ONE MORE TIME BECAUSE THIS IS

2   IMPORTANT TO UNDERSTAND.  YOU CAN SEE THE FEEDER BANDS ARE VERY

3   UNORGANIZED THROUGH HERE.  I MEAN, AGAIN, THE EYE OF THE

4   HURRICANE IS DOWN HERE, THREE HOURS AWAY, THREE AND A HALF HOURS

5   AWAY BEFORE LANDFALL.  THIS BLOB OF CONVECTIVE ACTIVITY IS

6   CROSSING SOME OF THE FEEDER BANDS.  IT HAS AN ORIENTATION MORE IN

7   THIS DIRECTION INSTEAD OF JUST LINING IT WITH THE FEEDER BANDS,

8   AND THAT'S WHY THE IMPORTANT POINT HERE -- I'M SORRY -- THE

9   IMPORTANT POINT HERE IS THAT THESE MESOCYCLONES DEVELOP, THEY

10  HAVE A LIFE OF THEIR OWN.  THEY DON'T NECESSARILY HAVE TO FOLLOW

11  THE SYNOPTIC WINDS, THEY DON'T HAVE TO BE WITHIN THE FEEDER

12  BANDS.  YOU CAN SEE THIS TYPE OF LOG HERE.  IT DOESN'T LOOK LIKE

13  A FEEDER BAND AT ALL AT THIS EARLY STAGE AT 3:04 A.M.  AND THAT'S

14  GOING TO BE AN IMPORTANT PLOT TO REMEMBER.

15          MR. KHORRAMI:  YOUR HONOR, DOES THE COURT WANT TO

16  CAPTURE THE IMAGE AS WE DID BEFORE?

17          THE COURT:  NOT THIS ONE BECAUSE IT WOULD BE EJECTED.

18          THE WITNESS:  THAT ONE.

19          MR. KHORRAMI:  THIS IS THE IMAGE WE WANTED TO CAPTURE.

20              EXAMINATION

21  BY MR. KHORRAMI:

22  Q.  NOW, YOU'VE LOOKED AT COMPOSITE REFLECTIVITY DATA AND YOU'VE

23  DETERMINED THAT THERE IS POTENTIAL FOR MESOCYCLONES WITHIN A

24  REGION.  NOW WE'RE GOING TO, AGAIN, LOOK AT THE OTHER DATA IN

25  ORDER TO CONFIRM WHAT WE SUSPECT, CORRECT?

954

1  A.  CORRECT.
2  Q.  AS SOON AS WE'RE READY.
3      THE COURT:  I'M SURE WHEN COUNSEL INTRODUCES THE
4  EVIDENCE, IT WILL BE IN THE ORDER PRESENTED, SO THE NUMBERS WILL
5  LINE UP IN ORDER OF DEMONSTRATION TO THE COURT.
6      MR. KHORRAMI:  THAT'S CORRECT.
7          EXAMINATION
8  BY MR. KHORRAMI:
9  Q.  BOB, IF WE COULD GO TO THE NEXT SLIDE.
10  A.  AGAIN, HERE IS OUR SEQUENCE ON THIS PRESENTATION.  WE'RE
11  GOING TO LOOK AT THE REFLECTIVITY, MESOCYCLONE, THEN TORNADO
12  VORTEX.  AGAIN, WE'RE STILL ON 3:04.
13      YOU CAN SEE THAT WE'VE GOT A CLUSTER OVER HERE IN THIS
14  LOCATION.  HERE ARE THE TWO THAT WE HAD ZOOMED IN ON EARLIER THAT
15  YOU TOOK NOTE OF ON A DETAILED DISPLAY.  THEY ARE OCCURRING VERY
16  CLOSE TO THE CANAL LOCATION, WHICH IS SITTING RIGHT THERE ALMOST
17  WITHIN HALF A MILE OF THESE ON THIS SCALE.
18      BUT THE IMPORTANT POINT IS, LOOK AT ALL OF THESE,
19  YOUR HONOR.  THE FEEDER BANDS ARE DISORGANIZED, BUT WE HAVE ALL
20  OF THESE MESOCYCLONES THAT ARE ROTATING AND PRODUCING POSSIBLY
21  INTENSE UPDRAFTS AND DOWNDRAFTS, ROTATIONAL WINDS, POSSIBLY
22  MICROBURST WINDS.  WE DON'T HAVE MEASURING INSTRUMENTS HERE, SO
23  WE CAN'T MEASURE THE MICROBURST INTENSITY, BUT WE KNOW THAT THE
24  WIND FIELD IS PERTURBED; OTHERWISE, WE WOULDN'T BE SEEING THIS
25  NUMBER OF MESOCYCLONES AS THE SYSTEM APPROACHES.

955

1  Q.  NOW, YOU MENTIONED MICROBURSTS.  YOU'VE DONE THAT SEVERAL
2  TIMES.  SPECIFICALLY WHAT DOES A MICROBURST DO?
3  A.  THE MICROBURST OCCURS DURING A THUNDERSTORM EVENT, AND ALL
4  WE HAVE HERE IS PROBABLY HUNDREDS OF THUNDERSTORMS OCCURRING.
5  IT'S AN INTENSE DOWNDRAFT.
6      THINK OF THE THUNDERSTORM AS A HEAT ENGINE.  IT'S
7  EITHER HEATING FROM BELOW FROM THE OCEAN OR IT'S COOLING FROM
8  ABOVE.  IT'S OVERTURNING OF THE CONVECTION, AND SO WINDS GO UP,
9  THEY COOL, AND THEN THEY DROP.  AT A CERTAIN POINT, WINDS REACH A
10  CERTAIN HEIGHT.  THEY ARE SO COLD THAT THEY DROP ALL THE WAY TO
11  THE SURFACE IN ONE GUST, STRAIGHT DOWN NORMALLY, AND THAT'S WHAT
12  WE CALL A "MICROBURST WIND."
13  Q.  WHEN IT DROPS STRAIGHT DOWN, WHAT DIRECTION DOES THE WIND
14  GO?
15  A.  WHEN IT DROPS STRAIGHT DOWN, IT IS TOTALLY UNPREDICTABLE.  I
16  MEAN, ONCE IT HITS A SURFACE, THE WIND CAN GO IN ANY DIRECTION,
17  SPREADING OUT OMNIDIRECTIONAL.
18  Q.  AND ARE MICROBURSTS COMMON WITH MESOCYCLONES?
19  A.  THEY ARE COMMON WITH MESOCYCLONES.  IN FACT, THE MICROBURST
20  WIND THAT COLLAPSED THE COWBOY STADIUM WAS A SINGLE-MICROBURST
21  WIND ASSOCIATED WITH A SUPERCELL STORM THAT WAS ROTATING.
22  Q.  DO MICROBURSTS REACH THE GROUND EVERY SINGLE TIME?
23  A.  NOT NECESSARILY.  THE MICROBURST WIND IS LIKE A LIGHTNING
24  STRIKE.  IT'S VERY LOCALIZED, IT'S UNPREDICTABLE, AND IT DOESN'T
25  NECESSARILY REACH THE GROUND ALL THE TIME, BUT YOU CANNOT MEASURE

956

1  IT BECAUSE IT'S STRAIGHT DOWN, AND THERE IS NO MEASUREMENT DEVICE
2  THAT CAN DETECT THE MICROBURST.
3  Q.  NOW, YOU MENTIONED AND WE PREVIOUSLY LOOKED AT TWO OF THE
4  POTENTIAL MESOCYCLONES THAT ARE RIGHT BELOW THE CANAL.  THEY ARE
5  LABELED I0.  THEY ARE BOTH VISIBLE ON THIS PARTICULAR SLIDE,
6  CORRECT?
7  A.  CORRECT.  I THINK I HAVE ANOTHER SLIDE.  THE NEXT SLIDE
8  SHOWS THEM IN DETAIL ON THIS DISPLAY.
9  Q.  I WANT TO ASK YOU A QUESTION:  IS IT POSSIBLE FOR
10  MESOCYCLONES TO ACTUALLY OPERATE AGAINST EACH OTHER?
11  A.  CERTAINLY.  YOU HAVE A GROUP IN HERE, YOU HAVE -- IF THEY
12  ARE LOCATED WITH DIFFERENT NUMBERS, THAT MEANS THERE'S CERTAINLY
13  A DISTINCT CELL THAT HAS BEEN IDENTIFIED THAT IS DISTINCT FROM
14  THE NEXT CELL.  SO EACH OF THESE ARE ROTATING COUNTERCLOCKWISE,
15  SO YOU CAN SEE YOU CAN CERTAINLY HAVE INTERFERENCE BETWEEN THE
16  MESOCYCLONES WITHIN THE STORM SYSTEM.
17  Q.  WHY DON'T WE BLOW THIS UP, AND MAYBE YOU CAN POINT OUT THE
18  INDUSTRIAL CANAL AGAIN.
19  A.  IT'S LOCATED RIGHT HERE.
20      THE COURT:  DO YOU WANT TO TRY TO MAKE A MARK?
21      THE WITNESS:  WELL, LET'S GO TO THE NEXT SLIDE BECAUSE
22  ON THE NEXT SLIDE, I HAVE IT.  IT'S A DETAIL.
23      THE COURT:  LET'S GO TO THE NEXT SLIDE.
24      THE WITNESS:  AND BLOW IT UP.  AND THERE THEY ARE AGAIN.
25  THESE ARE THE TWO THAT WERE ON THE PREVIOUS SLIDE, AND THAT'S WHY

957

1  I PUT THIS PARTICULAR DIAGRAM.  AND YOU CAN SEE, HERE IS THE
2  CANAL.  THAT'S THE IMPORTANT ONE RIGHT THERE.  I MEAN, IT'S VERY
3  CLOSE.  EARLIER, WE HAD ONE CALLED G4 THAT WAS AT 2:50.  IT WAS
4  SITTING ACTUALLY IN THE NINTH WARD.
5      SO THESE -- THEY ARE GETTING CLOSE TO OUR AREA OF
6  CONCERN WITH THEIR ROTATION.
7          EXAMINATION
8  BY MR. KHORRAMI:
9  Q.  AND AS THIS MESOCYCLONE I0 MOVES WEST, IT COULD PRODUCE
10  SOUTHERLY WINDS, MEANING WINDS GOING FROM SOUTH TO NORTH; IS THAT
11  CORRECT?
12  A.  THAT'S CORRECT.  AS THIS SYSTEM -- AND IF YOU SEE THE
13  ROTATION AROUND THE SYSTEM HERE, AS THIS IS MOVING ACROSS, IT CAN
14  PRODUCE WINDS THAT ARE FROM THE SOUTH, SO IT COULD BE ACTING
15  WINDS FROM THE SOUTH.  SO ANYTHING THAT'S LOOSE COULD BE PUSHED
16  TO THE NORTH.
17  Q.  AND THAT WOULD BE THE SAME FOR THE ONE WE SAW THAT WAS
18  LOCATED IN THE LOWER NINTH WARD; IS THAT CORRECT?
19  A.  CORRECT.
20  Q.  BOB, GO TO THE NEXT SLIDE.
21  A.  NOW WE'RE AT 3:15, AND AGAIN, YOU CAN SEE THIS BODY OF
22  CONVECTION IS HUGE.  IT'S HEADED RIGHT TOWARD OUR AREA OF
23  INTEREST, WHICH IS RIGHT HERE.  IF WE LOOK AT THE MESOCYCLONE
24  OCCURRENCE ON THE NEXT SLIDE, YOU WILL SEE THAT THIS SYSTEM
25  CONTAINS NUMEROUS MESOCYCLONES.

958

1  Q. NOW, LET ME ASK YOU A COUPLE OF QUESTIONS. AGAIN, THIS IS
2  THE SAME SYSTEM WE'RE LOOKING AT. IT'S MOVING TOWARDS THE CANAL.
3  NOW, WE'VE LOOKED AT A NUMBER OF MESOCYCLONES IN THE AREA; IS
4  THAT CORRECT?
5  A. CORRECT.
6  Q. AND TO THE EXTENT THAT THE INDUSTRIAL CANAL IS LOCATED
7  WITHIN THEIR FEEDER BANDS, THEIR PARTICULAR RANGE, THE WINDS
8  WITHIN THE CANAL COULD BE AFFECTED BY THESE MESOCYCLONES,
9  CORRECT?
10  A. RIGHT. AND THAT'S BASICALLY MY REPORT OPINION. I MEAN, WE
11  HAVE A DISTURBED WIND FIELD WITH NUMEROUS MESOCYCLONES. WE EVEN
12  HAVE OMNIDIRECTIONAL WINDS. I MEAN, THERE IS NO WAY TO SAY THAT
13  THE WINDS ARE UNIFORMLY IN ONE DIRECTION, ALL FOR SIX OR
14  SEVEN HOURS, AND THEN UNIFORMLY IN THE OPPOSITE DIRECTION FOR
15  ANOTHER PERIOD OF TIME.
16       THIS PARTICULAR CELL RIGHT HERE IS INTERESTING BECAUSE
17  WE'RE GOING TO SEE A MESOCYCLONE DEVELOP IN THE NEXT DISPLAY AS A
18  MESOCYCLONE FLAGGED THAT'S RIGHT -- IT SHOWS A CIRCULATION TO THE
19  NORTH. ANY CIRCULATION TO THE NORTH IS GOING TO PUSH AN OBJECT
20  IN THE CANAL, IT'S GOING TO PUSH IT TOWARD THE EAST BECAUSE IT'S
21  GOING TO BE A WESTERLY WIND.
22       THE COURT: FORGIVE ME FOR NOT PERCEIVING THIS, BUT HOW
23  CAN YOU TELL THE CIRCULATION IS TO THE NORTH ON THIS IMAGE?
24       THE WITNESS: WELL, YOU CAN'T FROM THIS IMAGE. KEEP
25  YOUR EYE ON THIS PIXEL RIGHT THERE, YOUR HONOR, THAT I'VE GOT MY

959

1  BEAM ON. LET'S GO TO THE NEXT SLIDE. AND LET'S ZOOM IN. AND
2  THERE IT IS. IT'S RIGHT THERE. Y6.
3       THE COURT: Y6 ON THAT IMAGE.
4       THE WITNESS: RIGHT THERE.
5       SO THIS HAVING COUNTERCLOCKWISE CIRCULATION AROUND
6  IT, THE BARGE IS HERE AND THE CANAL IS AT THIS LOCATION.
7       THE COURT: EXCUSE ME, COUNSEL, YOU WERE JUST
8  ANTICIPATING SOMETHING OR DO YOU WISH TO OBJECT?
9       MR. RAFFMAN: I THINK I WILL WAIT.
10       THE COURT: WOULD YOU MARK THE INDUSTRIAL CANAL ON THIS
11  EXHIBIT.
12       THE WITNESS: I'LL TRY.
13       THE COURT: I UNDERSTAND THIS IS APPROXIMATE, PLEASE.
14       THE WITNESS: I THINK IT'S MY FAT FINGERS ON THE SCREEN.
15       THE COURT: IS THAT PRETTY CLOSE?
16       THE WITNESS: THAT'S PRETTY CLOSE.
17       THE COURT: CAPTURE THAT, SHEENA.
18       EXAMINATION
19  BY MR. KHORRAMI:
20  Q. WHILE THE COURT IS CAPTURING THE IMAGE, WHEN YOU LOOK AT THE
21  COMPOSITE REFLECTIVITY, THAT ONLY GIVES YOU AN IDEA OF WHERE
22  THERE IS POTENTIAL MESOCYCLONES. THAT'S NOT WHERE YOU STOP YOUR
23  INQUIRY, CORRECT?
24  A. RIGHT. YOU HAVE TO LOOK AT ALL THE IMAGING, ALL THE DATA
25  THAT'S AVAILABLE. ANY TIME THERE'S A FORENSIC ANALYSIS, THAT'S

960

1  WHAT YOU WANT TO DO. YOU DON'T ELIMINATE DATA, YOU LOOK AT
2  EVERYTHING. AND THESE ARE THE THREE PRODUCTS THAT METEOROLOGISTS
3  USE, THE REFLECTIVITY, THE MESOCYCLONE, TORNADO VORTEX, TO
4  DETERMINE IF WE HAVE A SEVERE WEATHER EVENT.
5       THE COURT: I'M CURIOUS. ON THAT PARTICULAR -- AND THIS
6  IS PURELY OUT OF CURIOSITY, OR MAINLY OUT OF CURIOSITY, A8 IS
7  ONE, TWO, THREE, FOUR, FIVE -- I SEE FIVE. IS THAT 8? I THINK
8  IT'S A8.
9       THE WITNESS: THAT'S CORRECT.
10       THE COURT: WHY ARE THEY ALL LABELED A8?
11       THE WITNESS: WHAT'S HAPPENING IS THAT IT'S TAKING SIX
12  MINUTES FOR THE ALGORITHM TO LOOK AT ALL OF THESE LOCATIONS. AND
13  IT'S HAVING A HARD TIME PINPOINTING THE PHYSICAL LAT/LONG FOR
14  THIS PARTICULAR EVENT. SO THERE IS SOME -- IT SEES IT DURING ONE
15  SCAN AT ONE POSITION AT A8. ONCE IT GOES THROUGH THE OTHER PART
16  OF THE SIX-MINUTE SCAN, IT'S SEES IT OVER -- IT'S MOVING AROUND.
17  IT SEES IT OVER AT A8 IN ANOTHER LOCATION.
18       SO THAT'S JUST KIND OF THE -- SOMETIMES THE
19  ALGORITHM DOESN'T KNOW IF IT'S THE SAME CELL OR A NEW CELL. AND
20  IF IT CAN'T DETERMINE IT, THESE MAY BE DIFFERENT CELLS, BUT IT'S
21  THE LIMITATION OF THE ALGORITHM WHEN THEY ARE CLOSELY SPACED TO
22  MAKE THAT DECISION. WHEN THEY ARE OUT FURTHER, ISOLATED, LIKE
23  OVER HERE WHERE YOU GOT G6 AND M4, IT DOESN'T MAKE THAT MISTAKE.
24  BUT WHEN WE'RE IN A LARGE CONVECTIVE SYSTEM LIKE WE SAW ON THE
25  PREVIOUS SLIDE, IT'S JUST THE LIMITATIONS OF THE ALGORITHM TRYING

961

1  TO LOCATE THE ACTUAL POSITION OF THAT CELL.
2       THE COURT: THANK YOU, SIR.
3       MR. KHORRAMI: WERE WE ABLE TO CAPTURE THE IMAGE?
4       THE COURT: YES. WE'VE DONE IT.
5       EXAMINATION
6  BY MR. KHORRAMI:
7  Q. LET'S MOVE ON TO THE NEXT IMAGE.
8  A. AND HERE IS THE TORNADO VORTEX SIGNATURE AGAIN. NO TORNADO
9  VORTEX SIGNATURES ASSOCIATED WITH ANY OF THOSE CELLS.
10  Q. NOW, NEXT SLIDE, PLEASE.
11  A. NOW WE'RE AT 3:42. AND AS YOU CAN SEE, NOW YOU'RE STARTING
12  TO SEE THE TIGHT ROTATION AROUND THE HURRICANE EYE. AGAIN, WE'RE
13  AT THREE HOURS OR SO FROM LANDFALL AT BURAS, LOUISIANA. BUT
14  INTERESTING UP HERE IS THAT, SEE THIS ELONGATION? I MEAN, THIS
15  IS NOT FOLLOWING THE FEEDER BANDS. I MEAN, THIS CONVECTION IS
16  POPPING UP ALL THROUGH HERE. AS A METEOROLOGIST, WHEN I LOOK AT
17  THIS, I SEE STORM SYSTEMS, ISOLATED CELLS POPPING UP THAT ARE NOT
18  FOLLOWING NECESSARILY THE FLOW OF THE WHOLE SYNOPTIC SYSTEM.
19  Q. SO BASICALLY, THESE MESOCYCLONES COULD HAVE A LIFE OF THEIR
20  OWN. THEY DON'T NEED TO FOLLOW THE ROTATION OF THE HURRICANE,
21  CORRECT?
22  A. RIGHT. THEY HAVE A LIFE OF THEIR OWN. THAT'S A GOOD
23  EXAMPLE. PAY PARTICULAR ATTENTION IN THIS ZONE HERE WHERE, OF
24  COURSE, OUR CANAL LOCATION IS RIGHT HERE, AND WE'RE GOING TO SEE
25  A GROUP OF MESOCYCLONES HOVERING IN THIS LOCATION WHEN WE GO TO

962

1 THE NEXT SLIDE.
2 THE COURT: AGAIN, JUST FOR MY INFORMATION, THE AREA OF
3 BLUE TO THE LEFT OF THAT VERY LEFT CORNER OF THAT IMAGE --
4 THE WITNESS: RIGHT. YES, SIR.
5 THE COURT: RIGHT THERE. WHAT IS THAT?
6 THE WITNESS: THAT IS DOWN HERE IN THE VERY LOW SIGNAL
7 RANGE. THERE ARE SEVERAL POSSIBILITIES. PROBABLY SOME TYPE OF
8 MALFUNCTION WITHIN THE RADAR PROCESSING. IT DOESN'T FIT THE WIND
9 FIELD.
10 THE COURT: NO, IT SEEMS ANOMALOUS.
11 THE WITNESS: IT IS ANOMALOUS. YOU CAN TOTALLY
12 DISREGARD THAT, YOUR HONOR. AND THAT'S WHY WHEN YOU LOOK AT THE
13 RADAR, YOU DON'T WANT TO FILTER EVERYTHING OUT. AND THE
14 NATIONAL WEATHER SERVICE DID NOT FILTER THAT OUT. IT'S IN THEIR
15 DATA BECAUSE THEY KNOW THAT PROFESSIONAL METEOROLOGISTS ARE
16 INTERPRETING THIS DATA AND THEY KNOW WHAT TO OBSERVE AND HOW TO
17 INTERPRET THE RADAR.
18 THE COURT: THANK YOU.
19 EXAMINATION
20 BY MR. KHORRAMI:
21 Q. SO JUST BECAUSE YOU SEE SOMETHING ON THE COMPOSITE
22 REFLECTIVITY DOESN'T MEAN IT'S ABSOLUTELY CONCLUSIVELY THERE; IS
23 THAT CORRECT?
24 A. THAT'S CORRECT.
25 Q. AGAIN, THAT'S WHY YOU LOOK AT THE OTHER PRODUCTS THAT ARE

963

1 AVAILABLE TO YOU?
2 A. THAT'S CORRECT.
3 Q. YOU LOOK AT ALL OF THE TOOLS THAT ARE OUT THERE, CORRECT?
4 A. CORRECT.
5 Q. AND YOU LOOK EVEN AT THE H-WIND DATA, CORRECT?
6 A. CORRECT.
7 Q. NOW, THE AREA THAT YOU POINTED TO, THE RED AREA LOCATED --
8 IS IT FAIR TO SAY THAT THAT'S LOCATED DIRECTLY ABOVE THE -- ON
9 THE INDUSTRIAL CANAL; IS THAT RIGHT?
10 A. THAT IS CORRECT.
11 Q. AND IT'S COVERING OTHER AREAS AS WELL?
12 A. RIGHT.
13 Q. IT'S MUCH LARGER THAN THE INDUSTRIAL CANAL?
14 THE COURT: DO YOU WANT TO CIRCLE THAT PARTICULAR ONE.
15 MR. KHORRAMI: WHY DON'T YOU DO THAT.
16 THE WITNESS: A CIRCLE.
17 THE COURT: GOOD JOB. SHEENA, I WANT TO CAPTURE THAT.
18 AND A LOT OF THIS IS NOT FOR MY PURPOSE, BECAUSE I UNDERSTAND
19 WHERE IT IS, BUT --
20 MR. KHORRAMI: WE UNDERSTAND, YOUR HONOR.
21 THE COURT: IF ANYBODY WANTS TO LOOK AT IT, THEY'LL
22 KNOW. ONE OF MY COLLEAGUES FROM MISSISSIPPI OR TEXAS MAY HAVE A
23 DIFFICULT TIME. OR EVEN SHREVEPORT.
24 EXAMINATION
25 BY MR. KHORRAMI:

964

1 Q. LET'S GO ON TO THE NEXT SLIDE, PLEASE.
2 A. LET'S GO AHEAD AND ZOOM IN BECAUSE THIS IS THE AREA OF
3 INTEREST RIGHT HERE. AND AS YOU CAN SEE, HERE IS OUR CANAL
4 LOCATION, AND I'LL TRY, BECAUSE I THINK THIS IS AN IMPORTANT
5 SLIDE. I'M GOING TO TRY TO --
6 Q. WHY DON'T YOU MARK WHERE THE CANAL LOCATION IS.
7 THE COURT: THIS IS AT 3:42 A.M.?
8 THE WITNESS: 3:42.
9 EXAMINATION
10 BY MR. KHORRAMI
11 Q. WOULD YOU MAKE ONE MORE ATTEMPT?
12 A. LET'S ZOOM ONE MORE TIME. I THINK IT WILL BE A LITTLE BIT
13 BETTER.
14 Q. PERFECT.
15 A. ALL RIGHT. THE BIG RED BLOB THAT WE SAW THAT SHOWED THE
16 INTENSE CONVECTION, WELL, NOW WE HAVE AN A4 IN THREE LOCATIONS
17 HERE. AND, AGAIN, THAT'S -- EITHER THIS PARTICULAR CELL IS
18 MOVING IN THIS DIRECTION OR THE RADAR HAS CONFUSED ITSELF AND HAS
19 PICKED UP THREE DIFFERENT ROTATIONS.
20 THE COURT: WHEN YOU SAY "IN THIS DIRECTION," WHAT
21 DIRECTION WOULD THAT BE?
22 THE WITNESS: THIS DIRECTION WOULD BE MOVING FROM -- THE
23 CELLS LOOK LIKE THEY ARE MOVING -- THE WHOLE SYSTEM, OF COURSE,
24 IN THE SYNOPTIC SYSTEM IS MOVING FROM THE EAST TO WEST. AND SO
25 THIS IS TRACKING ACROSS IN THIS DIRECTION. BUT WITHIN EACH OF

965

1 THESE CELLS, THERE IS A CYCLONIC ROTATION, AND SO ANY OF THESE
2 CELLS THAT HAS CYCLONIC ROTATION, IF THEY ARE TO THE NORTH OF THE
3 CANAL, THEY ARE PRODUCING A WEST WIND AT THE CANAL LOCATION.
4 Q. AND BY "WEST WIND," YOU MEAN A WIND THAT'S BLOWING FROM WEST
5 TO EAST, CORRECT?
6 A. THAT'S CORRECT.
7 THE COURT: IF THE COURT DOESN'T UNDERSTAND THAT, YOU
8 HAVE REALLY GOT A PROBLEM, IF I DON'T UNDERSTAND A WEST WIND.
9 BUT I'VE GOT IT.
10 MR. KHORRAMI: I HAD TROUBLE UNDERSTANDING IT AT FIRST,
11 YOUR HONOR. I APOLOGIZE.
12 THE COURT: I UNDERSTAND IT'S BLOWING FROM THE WEST.
13 THE WITNESS: WHAT'S IMPORTANT ON THIS SLIDE IS THAT
14 OBSERVE THAT ONE OF THESE A4'S IS GOING TO BE FLAGGED WITH A
15 TORNADO VORTEX SIGNATURE, AND THAT WILL BE SHOWN ON THE NEXT
16 SLIDE WHEN WE ARE READY TO MOVE.
17 MR. KHORRAMI: ARE WE READY TO MOVE, YOUR HONOR?
18 THE COURT: YES.
19 MR. KHORRAMI: LET'S GO TO THE NEXT SLIDE, PLEASE.
20 THE WITNESS: TO ME, THIS WAS VERY IMPORTANT BECAUSE WE
21 HAVE BEEN TALKING ABOUT THE LARGER FEEDER BAND SYSTEMS AND THE
22 SYNOPTIC WINDS. I'VE SHOWN YOU THE MESOCYCLONES. NOW, IF WE
23 ZOOM IN ON THIS, THE A4 CELLS ACTUALLY HAVE BEEN FLAGGED AS
24 HAVING A TORNADO VORTEX SIGNATURE, MEANING IT HAS A MUCH MORE
25 INTENSE ROTATION, CYCLONIC, AND MUCH MORE TIGHTER ROTATION.

14 (Pages 962 to 965)

966

1    THE COURT: CAN YOU TELL ME WHY I KNOW IT'S A TORNADO
2  VORTEX SIGNATURE, OR WHY YOU KNOW? WHAT'S THE INDICATION THERE?
3  IT'S SILL A4, IT'S STILL --
4    THE WITNESS: LET'S UNZOOM THE DIAGRAM AND LOOK OVER
5  HERE. LET'S ZOOM IN ON THE HEADER OVER HERE.
6      HERE IS A TORNADO VORTEX SIGNATURE. THAT'S WHAT IT
7  SAYS, CAPTURED BY THE RADAR. THIS IS GMT TIME OR GREENWICH MEAN,
8  SO IT'S 3:42. IT ALSO SAYS THAT THE BASE OF THIS THING IS LESS
9  THAN 1,300 FEET. NOW, THE RADAR, YOU KNOW, HAS ITS LIMITATIONS
10 IN MEASURING PROBABLY WITHIN 700 FEET OF THE SURFACE. BUT IT
11 EXTENDS UP TO 8,000 FEET. SO WE'VE GOT TORNADIC ROTATION FROM
12 1,300 FEET UP TO 8,000 FEET AT THAT CELL LOCATION.
13   THE COURT: AND I WOULD KNOW THAT AS A LAYPERSON BY
14 SIMPLY LOOKING AT THE WRITING ON THE DOCUMENT?
15   THE WITNESS: RIGHT. THIS IS OFFICIAL FROM NOAA. WHEN
16 YOU DOWNLOAD THE IMAGE, THIS IMAGE TELLS YOU THAT THIS CELL IS A
17 TORNADO VORTEX SIGNATURE CELL. WHEN YOU LOOK AT THE OTHER
18 IMAGES, IT WILL EITHER SAY "MESOCYCLONE CELL," OR IT WILL SAY
19 "COMPOSITE REFLECTIVITY." THAT'S HOW YOU KNOW WHAT PRODUCT
20 YOU'RE LOOKING AT.
21   THE COURT: THANKS.
22      EXAMINATION
23 BY MR. KHORRAMI:
24 Q. JUST TO BE CLEAR, ON ALL PRODUCTS THAT WE'VE SHOWN, ALL THE
25 IMAGES THAT WE'VE SHOWN, THESE ARE OFFICIAL NOAA DOCUMENTS,

967

1  CORRECT?
2  A. CORRECT.
3  Q. YOU HAVE NOT CREATED THEM, CORRECT?
4  A. I HAVE DOWNLOADED THESE FROM THE ARCHIVAL DATABASE OF NOAA.
5  Q. AND YOU HAVE NOT ALTERED THEM AT ALL IN ANY WAY?
6  A. I'VE DONE NO PROCESSING.
7  Q. WHY DON'T WE GO TO THE NEXT SLIDE, BOB, PLEASE.
8  A. NOW, WE'RE AT 3:47, SO WE HAVE GONE -- THIS IS THE SIX
9  MINUTES WE HAD -- OR FIVE MINUTES. WE HAVE GONE FROM 3:42, SO
10 THE NEXT SCAN IS STILL THERE. YOU CAN SEE THE ORIENTATION. IT
11 DOESN'T LOOK LIKE IT'S IN A FEEDER BAND AT ALL. FEEDER BANDS ARE
12 DOWN HERE. BUT IT'S SITTING AT THIS ANGLE, YOU HAVE ANOTHER HUGE
13 CONVECTIVE ZONE UP HERE.
14   THE COURT: AGAIN, IT'S SITTING -- THE LOCATION YOU'RE
15 LOOKING AT, THAT'S THE SAME RED SPOT THAT YOU WERE POINTING AT
16 THAT WAS SITTING RIGHT OVER THE INDUSTRIAL CANAL THAT WE WERE
17 TALKING ABOUT, CORRECT?
18 A. RIGHT. AND IT'S STILL OVER THE CANAL BECAUSE, SEE, WITH MY
19 POINTER, THE CANAL IS STILL RIGHT HERE. SO IT IS STILL OVER THE
20 CANAL.
21   THE COURT: CIRCLE THAT, SIR. AND THEN PUT A DOT WHERE
22 YOU THINK THE CANAL MIGHT BE.
23      THANK YOU.
24   THE WITNESS: I THINK I MISSED THAT. LET'S REDO THAT.
25   MR. KHORRAMI: LET'S BLOW THAT UP AND THEN DO THAT.

968

1    THE WITNESS: LET'S BLOW THAT UP AND I'LL REDO IT.
2      OKAY. THAT'S THE CANAL LOCATION.
3    THE COURT: OKAY. AND YOU CAN CIRCLE.
4    THE WITNESS: AND THIS IS OUR CONVECTIVE ZONE.
5      EXAMINATION
6  BY MR. KHORRAMI:
7  Q. NOW, AGAIN, JUST TO BE CLEAR, YOU SEE THE CONVECTIVE ZONE,
8  THE RED BLOB SITTING ON THE IMAGE. WE SUSPECT THAT THERE MAY BE
9  MESOCYCLONES IN THERE THAT'S NOT DEFINITIVE, CORRECT?
10 A. THAT'S CORRECT.
11 Q. AND THAT'S WHY WE'RE GOING THROUGH THE OTHER SCANS AND WE'RE
12 LOOKING AT THEM EACH AND EVERY TIME, CORRECT?
13 A. YOU HAVE TO LOOK AT THE ADDITIONAL DATA. JUST FROM THIS,
14 YOU WOULDN'T KNOW IF YOU HAD ANY ROTATION. YOU HAVE TO LOOK AT
15 THE TWO OTHER PRODUCTS THAT SHOW YOU CYCLONIC ROTATION TO SHOW
16 THAT YOU HAVE THOSE TYPES OF ELEMENTS.
17   MR. KHORRAMI: OKAY. WE WERE GOING TO CAPTURE THIS,
18 YOUR HONOR.
19   THE COURT: WE HAVE DONE SO, I THINK.
20   MR. KHORRAMI: THANK YOU.
21      EXAMINATION
22 BY MR. KHORRAMI:
23 Q. SO LET'S GO TO THE NEXT SLIDE, PLEASE, BOB.
24 A. WE MAY WANT TO -- AGAIN, CAN YOU SEE OVER HERE, YOUR HONOR,
25 THIS SAYS "MESOCYCLONE" OVER IN THE TABLE?

969

1      OKAY. WE'RE LOOKING AT MESOCYCLONE. AND WE'RE NOW --
2  STILL AT THE SAME TIME, 3:47. AND THERE IS TWO OCCURRING. AND
3  THEY ARE BOTH NORTH OF THE CANAL.
4      SO ANY CYCLONIC ROTATION ASSOCIATED WITH THESE
5  MESOCYCLONES WOULD BE A WEST WIND THAT WOULD BE PUSHING ANYTHING
6  ON THE WATER, AS IN THE CANAL, TOWARD THE EAST.
7  Q. CAN WE BLOW THIS UP FOR A SECOND.
8      ONE OF THEM IS LABELED A4. THAT WOULD CORRESPOND TO
9  THE PREVIOUS ONE WE SAW THAT WAS A4; IS THAT CORRECT?
10 A. THAT'S CORRECT. IT'S STILL EXISTING.
11      AND THEN THERE IS A NEW CELL. IT'S PICKED UP E4 AND
12 LABELED IT. THAT'S POPPED UP.
13      THESE ARE LIKE POPCORN IN THESE CONVECTIVE -- A SYSTEM
14 WILL ROTATE, YOU KNOW, PICK UP ROTATION, AND THEN IT WILL LOSE
15 ITS CRITERIA AND ANOTHER CELL WILL POP UP THAT HAS THE CORRECT
16 CRITERIA TO BE FLAGGED. IT'S SUCH A DYNAMIC AND CHAOTIC SYSTEM,
17 YOU CAN'T EXPLAIN IT BY JUST A SIMPLE WIND FIELD. IT IS VERY
18 PERTURBED AND VERY CHAOTIC.
19 Q. LET ME ASK YOU THIS: WE SAW THE BLOB THAT WE SAW AT 3:43
20 AND WE SAW IT AT 3:47, CORRECT?
21 A. CORRECT.
22 Q. AND AT 3:47 IT WAS VIRTUALLY THE SAME SIZE, CORRECT?
23 A. THAT IS CORRECT.
24 Q. AND INSIDE OF THAT, THOUGH, WE ONLY SAW A COUPLE OF AREAS OF
25 MESOCYCLONES; IS THAT CORRECT?

**970**

1  A.  RIGHT.

2  Q.  AGAIN, JUST BECAUSE WE SEE THAT BLOB, IT'S THE SAME IMAGE,

3  IT LOOKS THE SAME SIZE, AND IT'S THE SAME COLOR RED DOESN'T MEAN

4  WE HAVE MESOCYCLONES IN THERE; IS THAT CORRECT?

5  A.  THAT'S RIGHT.

6  Q.  IT JUST GIVES US A SUSPICION THAT THERE MAY BE SOMETHING

7  GOING ON THERE, CORRECT?

8  A.  CORRECT.

9  Q.  FAIR ENOUGH.

10      CAN WE GO ON TO THE NEXT IMAGE, PLEASE.

11  A.  AND AGAIN, THE TORNADO VORTEX, WE HAD NONE.  IN FACT, WHAT I

12  SHOWED YOU WAS THE ONLY TORNADO VORTEX SIGNATURE THAT OCCURRED IN

13  LOUISIANA DURING THE PASSAGE OF KATRINA, AND IT OCCURRED RIGHT

14  SOUTH OF LAKE PONTCHARTRAIN, NORTH OF THE BARGE.

15  Q.  LET'S GO TO THE NEXT IMAGE, PLEASE.

16      WHAT DO WE SEE HERE?

17  A.  OKAY.  YOU'RE STARTING TO SEE -- YOU CAN SEE THE FEEDER

18  BANDS, BUT IN THIS PARTICULAR BAND UP HERE (INDICATING), YOU SEE

19  THREE DISTINCT AREAS OF HOTSPOTS.  AGAIN, THESE ARE THE HOTSPOT

20  CONVECTIVE ZONES.

21      THE CANAL IS LOCATED RIGHT HERE WHERE MY POINTER IS

22  LOCATED.

23      SO WE HAVE ONE TO THE SOUTHWEST OF THE CANAL.  THIS IS

24  THE ONE THAT'S BEEN MOVING -- THAT WAS OVER THE CANAL AND NOW IT

25  IS GRADUALLY MOVING OFF AS THE WHOLE SYSTEM ROTATES.

**971**

1      YOU CAN SEE THE WHOLE SYSTEM IS GOING TO BE ROTATING IN

2  THE COUNTERCLOCKWISE DIRECTION.  THESE ARE THE FEEDER BANDS.  BUT

3  YOU HAVE THESE OTHERS POPPING UP IN THESE PARTICULAR ONES.

4      AND WE'RE GOING TO -- THE NEXT SLIDE, THE MESOCYCLONE,

5  WE'LL BE ABLE TO SEE IF THESE HAVE ANY ROTATION WITHIN THEM.

6  Q.  JUST SO WE HAVE A CLEAR RECORD, THIS IS AT 3:53 A.M.,

7  CORRECT?

8  A.  THIS IS AT 3:53.

9  Q.  AND THIS IS THE VERY NEXT SCAN THAT THE RADAR TOOK; IS THAT

10  CORRECT?

11  A.  THAT'S RIGHT.

12  Q.  ONE WAS AT 3:47 AND THEN THE NEXT ONE WE'RE LOOKING AT IS

13  3:53; IS THAT CORRECT?

14  A.  RIGHT.

15      AND LET ME POINT OUT, WE'RE GOING TO LOOK AT THE NEXT,

16  THE MESOCYCLONE, BUT KEEP IN MIND THESE THREE BLOBS OF RED AND

17  THEY ARE EACH GOING TO PRODUCE MESOCYCLONES.

18  Q.  NOW, AGAIN, WHEN WE'RE LOOKING AT THIS COMPOSITE

19  REFLECTIVITY, THERE CAN BE MESOCYCLONES THAT COULD BE OCCURRING

20  THAT WE'RE NOT SEEING IN THE RED SPOTS; IS THAT CORRECT?

21  A.  THAT'S TRUE.  WHAT WE'RE -- WHAT WE DO KNOW, COUNSELOR, IS

22  THAT WE HAVE A VERY HOT ZONE HERE, IT'S ABOVE THE 50-DECIBEL MARK

23  ON THE SCALE, WHICH IS SEVERE WEATHER.  WE'VE GOT CONVECTION.

24  WE'VE GOT RAINFALL, DOWNDRAFTS, UPDRAFTS.

25      WE DON'T KNOW IF WE HAVE ROTATION FROM THIS.  THAT'S

**972**

WHY YOU HAVE TO GO TO THE NEXT PRODUCT.  AND WHEN YOU GO TO THE

NEXT PRODUCT, YOU DETERMINE THAT YOU HAVE SOMETHING EVEN MORE

INTENSE, YOU HAVE ROTATION.

    THE COURT:  JUST FOR THE RECORD AND MY OWN CURIOSITY,

DECIBELS ARE TO THE LAYPERSON GENERALLY A WAY TO MEASURE THE

FREQUENCY OF SOUND.

    THE WITNESS:  RIGHT.  IT'S THE INTENSITY OF SOUND.  HOW

LOUD IT IS.  AND THIS IS, YOU THINK OF THIS, THIS IS LOUD.  THE

RED MEANS LOUD, HOT, STRONG.

    THE COURT:  IS THIS AN ELECTROMAGNETIC --

    THE WITNESS:  IT'S ELECTROMAGNETIC.

    THE COURT:  BUT SIMPLY USING DECIBELS TO EXPRESS THE

INTENSITY?

    THE WITNESS:  YES, SIR.

    THE COURT:  THANK YOU.

                EXAMINATION

BY MR. KHORRAMI:

Q.  LET'S GO TO THE NEXT SLIDE, PLEASE.

A.  AND HERE WE SEE ARE THREE HOTSPOTS.  WE HAD ONE HERE THAT

WAS MOVING OFF, BUT THESE PARTICULAR MESOCYCLONES ARE STILL --

THEY ARE TO THE NORTHWEST, SO ANY ROTATION HERE IS GOING TO BE

PRODUCING WIND FIELD THAT'S FROM THE WEST BECAUSE OF THE CYCLONIC

ROTATION.

    THIS IS THAT FEEDER BAND KIND OF SITTING LIKE THIS, AND

IT'S PRODUCED A HOTSPOT OVER HERE AT THE MISSISSIPPI/LOUISIANA

**973**

BORDER.  AND THEN IT'S PRODUCED A HOTSPOT OVER HERE (INDICATING).

ACTUALLY, THIS ONE TURNS INTO A SIGNIFICANT SUPERCELL THAT

REACHES PASS CHRISTIAN AND WAVELAND AS WE MOVE ON TO OTHER

SLIDES.

    BUT THIS -- SO THE RADAR TELLS YOU WHERE THE HOTSPOTS

WERE, YOU LOOK AT THE MESOCYCLONE OCCURRENCE, YOU SEE YOU HAVE

ROTATION ON EACH OF THESE HOTSPOTS, AND THAT'S WHY YOU HAVE TO

LOOK AT ALL OF THIS DATA.

Q.  NOW, JUST SO WE HAVE A CLEAR RECORD, JUST TO THE WEST OF THE

INDUSTRIAL CANAL, SOUTH OF LAKE PONTCHARTRAIN, THERE ARE TWO

MESOCYCLONES LABELED E4; IS THAT CORRECT?

A.  THAT'S CORRECT.

Q.  AND THOSE ARE CLOSE ENOUGH, IN YOUR EXPERT OPINION, TO THE

INDUSTRIAL CANAL TO ACTUALLY AFFECT THE WIND DIRECTION THERE; IS

THAT CORRECT?

A.  YES.

Q.  AND TO THE EXTENT THAT THEY ARE ROTATING COUNTERCLOCKWISE,

THEY WOULD BE PRODUCING WESTERLY WINDS -- I HAVE IT TOTALLY

CONFUSED, YOUR HONOR -- WESTERLY WINDS; IS THAT CORRECT?

A.  THAT'S CORRECT.  WHENEVER WE HAVE THE MESOCYCLONES THAT ARE

TO THE NORTH OR NORTHWEST, THE ROTATION IS IN THIS DIRECTION, SO

THE ROTATION IS GOING TO BE TRANSMITTED AND AT THE CANAL

LOCATION, IT COULD BE A WEST WIND.

Q.  AND THE SUPERCELL THAT YOU WERE REFERRING TO IS Z4; IS THAT

CORRECT?

**974**

1   A. Z4 IS GOING TO BE A SUPERCELL AND IT'S ACTUALLY GOING TO
2   MOVE OVER AND CREATE A TORNADO VORTEX SIGNATURE AT WAVELAND,
3   MISSISSIPPI.
4   Q. FAIR ENOUGH.
5       CAN GO WE GO TO THE NEXT SLIDE, PLEASE.
6       THE COURT: COUNSEL, AFTER YOUR EXAMINATION, WHEN YOU'RE
7   FINISHED, WE'D LIKE TO GO AHEAD AND LABEL THESE EXHIBITS NOW SO
8   WE DON'T GET CONFUSED.
9       MR. KHORRAMI: ABSOLUTELY. DO WE WANT TO LABEL THEM AS
10  ONE EXHIBIT AND THEN EACH OF THE IMAGES IN ORDER?
11      THE COURT: THAT MIGHT BE A GOOD IDEA.
12      MR. KHORRAMI: FAIR ENOUGH.
13              EXAMINATION
14  BY MR. KHORRAMI:
15  Q. YOU SEE THE TORNADO VORTEX SIGNATURE IN THIS SCAN?
16  A. RIGHT. THIS IS THE CELL THAT WE SAW THE HOTSPOT OVER HERE
17  (INDICATING). THIS DEVELOPS INTO A SUPERCELL, AND THIS IS AT
18  3:53, BUT IT ONLY AFFECTS THE MISSISSIPPI COASTLINE.
19  Q. NEXT SLIDE, PLEASE.
20  A. NOW WE'RE AT 4:05. AGAIN, THE EYE OF THE HURRICANE IS STILL
21  OFF THE SCREEN. WE'RE A COUPLE -- WE'RE STILL -- LANDFALL IS AT
22  6:30, SO WE'RE TWO AND A HALF HOURS AWAY.
23      AND YOU CAN SEE HOW DISORGANIZED THIS BAND IS UP HERE.
24  AND YOU HAVE, AGAIN, THESE HOTSPOTS THAT HAVE A LIFE OF THEIR
25  OWN. YOU HAVE TWO SMALL ONES POPPING UP AROUND THE CANAL

**975**

1   LOCATION RIGHT OVER HERE (INDICATING). THE LARGER ONE HAS MOVED
2   TO THE SOUTHWEST.
3       AND SO THIS GIVES YOU AN IDEA OF, YOU KNOW, THAT THESE
4   THUNDERSTORMS HAVE A LIFE OF THEIR OWN OR A MIND OF THEIR OWN.
5   THEY DON'T NECESSARILY HAVE TO FALL WITHIN THE FLOW OF THE FEEDER
6   BANDS.
7   Q. JUST SO WE HAVE A CLEAR RECORD, ALL OF THOSE RED SPOTS THAT
8   WE'RE LOOKING AT, THERE ARE SOME THAT ARE TO THE SOUTHWEST OF THE
9   INDUSTRIAL CANAL; IS THAT CORRECT?
10  A. THAT'S CORRECT.
11  Q. AND THERE ARE SOME THAT ARE TO THE NORTHEAST OF THE
12  INDUSTRIAL CANAL, CORRECT?
13  A. THAT'S CORRECT.
14  Q. AND THEN WE HAVE INDIVIDUAL CELLS, INDIVIDUAL SPOTS THAT
15  YOU'VE SAID ARE ABOUT TWO KILOMETERS?
16  A. IN THE LEVEL 3 DATA, YES, SIR.
17  Q. AND THOSE ARE LOCATED RIGHT TO THE NORTH OF THE
18  INDUSTRIAL CANAL AND RIGHT OVER THE INDUSTRIAL CANAL; IS THAT
19  CORRECT?
20  A. THAT'S CORRECT.
21  Q. THE NEXT SLIDE, PLEASE.
22  A. HERE IS OUR MESOCYCLONE OCCURRENCE. AGAIN, IT'S SCATTERED
23  OUT THROUGHOUT THE ZONES. WE HAVE ONE THAT'S STILL OVER IN THIS
24  PARTICULAR LOCATION THAT WILL BE CYCLONIC. THIS IS A SUPERCELL
25  THAT ACTUALLY PRODUCES A VERY SEVERE WINDS OVER AT WAVELAND,

**976**

1   MISSISSIPPI, AT THAT LOCATION.
2   Q. NOW, IF WE LOOK AT THE PREVIOUS SLIDE -- BOB, PLEASE -- I
3   NOTICED THAT JUST, AGAIN, WE HAVE A WHOLE LOT OF RED SPOTS OVER
4   THERE, BUT --
5       BOB, IF YOU COULD GO BACK TO THE SLIDE WE WERE LOOKING
6   AT.
7       -- THOSE DON'T NECESSARILY CORRESPOND TO MESOCYCLONES,
8   CORRECT?
9   A. THAT'S RIGHT.
10  Q. SO THAT'S WHY YOU LOOK AT THIS PRODUCT BECAUSE YOU CAN'T
11  NECESSARILY -- YOU START WITH A COMPOSITE REFLECTIVITY, CORRECT?
12  A. CORRECT.
13  Q. AND THEN YOU LOOK AT THIS PRODUCT TO CONFIRM ANY SUSPICIONS
14  THAT YOU HAVE, CORRECT?
15  A. RIGHT. AND THEN YOU WOULD HAVE TO LOOK AT THE TORNADO
16  VORTEX SIGNATURE BECAUSE THESE DON'T INDICATE TORNADO ROTATIONS.
17      SO YOU LOOK AT ALL OF THE PRODUCTS. YOU DON'T THROW
18  OUT ANYTHING. YOU LOOK AT EVERYTHING TO TRY TO DETERMINE WHAT'S
19  ACTUALLY HAPPENING AT THE LOCATION OF INTEREST.
20  Q. AND WITH YOUR PERMISSION, WE'LL GO THROUGH -- LET'S GO TO
21  THE NEXT SLIDE ACTUALLY.
22  A. AND HERE WE SEE, I TOLD YOU THAT SUPERCELL ACTUALLY PRODUCES
23  A TORNADO VORTEX SIGNATURE. THE WEATHER SERVICE SAID IT WAS NOT
24  A TOUCHDOWN OF A TORNADO BUT IT WAS VERY STRONG IN THIS
25  PARTICULAR LOCATION OVER WAVELAND, MISSISSIPPI.

**977**

1   Q. AND JUST SO WE HAVE A CLEAR RECORD, WITH THE EXCEPTION OF
2   ONE TORNADO VORTEX SIGNATURE THAT YOU SHOWED TO US, THE REST
3   WOULD NOT REALLY AFFECT THE INDUSTRIAL CANAL; IS THAT CORRECT?
4   A. THAT'S RIGHT.
5   Q. AND THAT WAS THAT ONE THAT WAS AT A4, AND I BELIEVE IT WAS
6   AT 3:42 A.M.; IS THAT CORRECT.
7   A. I BELIEVE SO.
8   Q. NEXT SLIDE, PLEASE.
9       WE'RE LOOKING AT 5:43 A.M. AT THIS POINT.
10  A. OKAY.
11  Q. AND WHAT DO WE SEE ON THIS SCAN?
12  A. NOW YOU CAN SEE WHAT THE HURRICANE LOOKS LIKE, BASICALLY,
13  BECAUSE HERE IS THE EYE OF THE HURRICANE. IT'S HARD -- LET ME
14  POINT OUT, BURAS, LOUISIANA, I BELIEVE, IS RIGHT DOWN IN THIS
15  LOCATION, PRETTY CLOSE. THE EYEWALL, THE EYE CENTER OF THE
16  HURRICANE IS GOING MAKE LANDFALL AT ABOUT 6:30 AT THAT LOCATION.
17      WHAT WE HAVE BEEN LOOKING AT ALL THE EARLIER HOURS FROM
18  2:15 ARE THE OUTER FEEDER BANDS. AND YOU CAN SEE -- THE ROTATION
19  HERE, YOU CAN SEE THE OUTER FEEDER BANDS. BUT YOU CAN ALSO SEE
20  HOW CHAOTIC THE REFLECTIVITY IS WITHIN THESE FEEDER BANDS.
21      HERE IS THE CANAL LOCATION, RIGHT -- LET ME SEE IF I
22  CAN GET IT, RIGHT THERE (INDICATING). AND, YOU KNOW, THEY ARE
23  NOT UNIFORM. THEY -- THERE ARE AREAS WHERE THEY ARE WEAKER,
24  THERE ARE AREAS THAT POP UP RED.
25      AND SO, AGAIN, THESE THUNDERSTORMS, IT'S LIKE POPCORN,

978

1  THEY ARE COMING AND GOING AND DEVELOPING WITHIN THE LARGER
2  SYNOPTIC SYSTEM.
3  Q.  SO IN LOOKING AT THIS PARTICULAR IMAGE, THOSE AREAS IN THE
4  RED ARE WHERE WE WOULD SUSPECT THERE WOULD BE SOME SORT OF
5  MESOCYCLONE ACTIVITY; IS THAT CORRECT?
6  A.  THAT'S CORRECT.
7  Q.  ALL RIGHT.  IF WE COULD GO TO THE NEXT IMAGE, PLEASE.
8      AND LET ME CLEAR THIS FOR YOU.
9  A.  THANK YOU.
10     HERE WE HAVE A CELL THAT'S RELATIVELY CLOSE TO THE
11 LOCATION.
12     IF YOU ZOOM IN, PLEASE.
13     U8, I THINK OUR BARGE LOCATION IS GOING TO BE RIGHT
14 NEAR THERE (INDICATING).  HERE WE HAVE A COUNTERCLOCKWISE
15 ROTATION.  SO THIS COULD CERTAINLY BE PRODUCING A NORTH WIND AT
16 THIS PARTICULAR TIME.
17     SO WE'VE SEEN CELLS, DEPENDING ON THEIR RELATIVE
18 LOCATION TO THE CANAL, COULD BE PRODUCING SOUTH WINDS, COULD BE
19 PRODUCING WEST WINDS, EAST WINDS, NORTH WINDS.  THAT'S WHY IN MY
20 REPORT I SAY THE WINDS ARE OMNIDIRECTIONAL WHEN YOU'RE DEALING
21 WITH THESE MESOCYCLONES WITHIN THE FEEDER BANDS.  THAT'S THE
22 IMPORTANT POINT.
23 Q.  NOW, JUST BECAUSE WE SEE A MESOCYCLONE DOESN'T NECESSARILY
24 SAY THAT IT REACHES THE GROUND; IS THAT CORRECT?
25 A.  THAT'S CORRECT.

979

1      LET ME TELL YOU, MY THESIS WAS ON MESOCYCLONE
2  OCCURRENCE.  IF YOU HAVE UPPER AIR ROTATION, THE ATMOSPHERE IS A
3  FLUID.  AND YOU HAVE TO CONSERVE ANGULAR MOMENTUM.  AND KINETIC
4  ENERGY HAS TO ALL BE CONSERVED.
5      SO IF YOU HAVE ROTATION THAT'S FLAGGED AT 10,000,
6  20,000 FEET TO THE BASE, MAYBE 1,300 FEET, IT'S HARD TO BELIEVE
7  THAT THAT ROTATION SUDDENLY CUTS OFF AT 1,300 FEET AND IT'S A
8  UNIFORM WIND FIELD.  IT JUST CAN'T HAPPEN.  THERE WILL BE A
9  ROTATION THAT EXTENDS TO THE SURFACE.
10     NOW, IT'S ALWAYS, WHAT IS THE MAGNITUDE OF THAT
11 ROTATION, BUT IT WILL EXTEND TO THE SURFACE.
12 Q.  SO, I MEAN, COMPARING IT TO SOMETHING THAT WE CAN ALL
13 UNDERSTAND, IS IT LIKE STIRRING A CUP OF WATER?
14 A.  A CUP OF COFFEE OR A CUP OF WATER WITH CREAM IN IT, YOU STIR
15 THE TOP AND EVENTUALLY YOU'LL SEE A TRANSFER OF MOMENTUM.  YOU
16 WILL GET DOWN TO THE BOTTOM OF THE CUP.
17 Q.  AND THE MICROBURSTS ARE STILL HAPPENING AND THEY ARE COMING
18 FROM UP AND GOING ALL THE WAY DOWN, CORRECT?
19 A.  EXACTLY.
20 Q.  WHY DON'T WE GO TO THE NEXT SLIDE, PLEASE.
21     THIS IS THE TORNADO SIGNATURE VORTEX.
22 A.  RIGHT.
23 Q.  WE CAN MOVE OFF OF THESE.
24     NEXT SLIDE, PLEASE.
25     THE COURT:  THE ELEVATION, WHAT DOES THAT MEAN, 136?

980

1      THE WITNESS:  THAT'S THE RADAR.  ABOVE SEA LEVEL RADAR
2  ELEVATION.
3      THE COURT:  THAT'S THE LOCATION OF THE RADAR?
4      THE WITNESS:  RIGHT, AND THE ELEVATION OF THAT RADAR.
5      THE COURT:  GOT IT.
6      THE WITNESS:  THIS -- NOW WE ARE AT 6:30.  AND YOU CAN
7  SEE THE EYEWALL, EYE CENTER, AND WE'RE OVER BURAS, LOUISIANA.
8      AND LET ME TYPE IN A DOT.  WELL, YOU CAN'T SEE
9  GREEN IN THERE.  I WON'T EVEN GO THERE.
10     BUT THE -- BURAS, LOUISIANA, IS DOWN HERE IN THIS
11 AREA (INDICATING).  AND THAT'S WHERE THE EYEWALL -- THIS IS THE
12 FIRST LANDFALL AS A CATEGORY 3.  SECOND LANDFALL WILL BE UP HERE
13 AT PASS CHRISTIAN AND BAY ST. LOUIS AS A CATEGORY 3.
14     AND WE SEE, AGAIN, STRONG FEEDER BANDS AND, AGAIN,
15 OUR STRONG REFLECTIVITY UP HERE AS THESE FEEDER BANDS MOVE
16 ONSHORE.
17                    EXAMINATION
18 BY MR. KHORRAMI:
19 Q.  DR. MITCHELL, YOU MENTIONED EYEWALL.  I JUST WANTED TO HAVE
20 A CLEAR RECORD.  BY "EYEWALL," YOU MEANT E-Y-E WALL OF THE
21 HURRICANE, CORRECT?
22 A.  THAT IS CORRECT.
23 Q.  BECAUSE WE'VE HAD I-WALL AS PART OF THE FLOOD PROTECTION
24 SYSTEM.
25 A.  RIGHT.

981

1      THIS IS THE LOW PRESSURE CENTER, WHICH IS BASICALLY
2  CLEAR, AND THAT'S WHY YOU SEE THE BLUES.  THESE BLUES ARE
3  ACTUALLY REAL, YOUR HONOR, IN HERE BECAUSE THERE IS NO
4  MEASUREMENT WITHIN THAT EYEWALL OF ANY TYPE OF REFLECTIVITY.
5  IT'S CLEAR IF YOU FLY INTO IT.  ALL OF THE CONVECTION IS IN THE
6  OUTER BAND, WHICH WE CALL THE EYEWALL FEEDER, AND THEN THE
7  EXTENDED FEEDER BANDS.
8  Q.  I JUST WANTED TO POINT OUT THAT THIS PARTICULAR IMAGE SHOWS
9  THE RED SPOTS TO BE NORTH, NORTHEAST OF LAKE PONCHARTRAIN; IS
10 THAT CORRECT?
11 A.  THAT'S CORRECT.
12 Q.  AND THAT'S WHERE WE WOULD SUSPECT SOME MESOCYCLONE ACTIVITY;
13 IS THAT CORRECT?
14 A.  THAT'S CORRECT.
15 Q.  NOW, WE'RE GOING TO GO TO THE NEXT IMAGE, BOB, PLEASE.
16 A.  AND YOU CAN SEE THAT UP HERE WHERE THAT RED BAND WAS, WE
17 HAVE -- WE HAVE SOME MESOCYCLONES OCCURRING.  WE ALSO HAVE SOME
18 OCCURRING DOWN HERE THAT ARE CLOSE TO THE EYEWALL THAT'S COMING
19 ONSHORE.
20     AT THIS POINT WE HAVE -- WE HAVE SOME THAT ARE LOCATED
21 NEAR LAKE BORGNE, IN LAKE BORGNE, SO THEY ARE TO THE WEST -- I'M
22 SORRY, TO THE EAST OF THE CANAL LOCATIONS WHERE IT IS SITTING AT
23 THIS LOCATION.
24     THEY ARE GETTING FURTHER AWAY BUT THEY STILL ARE
25 PERTURBING WIND FIELDS SO WE DON'T KNOW THEIR EFFECT ON THE

982

1  CANAL, BUT THEY ARE FURTHER AWAY THAN THE ONES WE HAVE SEEN THAT
2  WERE VERY NEAR.
3  Q.  AGAIN, JUST BECAUSE WE SEE THOSE RED SPOTS ON THE COMPOSITE
4  REFLECTIVITY, THAT DOESN'T MEAN WE'RE GOING TO SEE MESOCYCLONES,
5  CORRECT?
6  A.  THAT'S CORRECT.
7  Q.  LET'S GO TO THE NEXT IMAGE, WHICH IS THE TORNADO VORTEX
8  SIGNATURE.
9  A.  AND THERE WERE NONE.
10  Q.  AND THAT'S CLEAR.
11     SO THEN YOU CAN MOVE ON TO THE NEXT ONE, PLEASE, BOB.
12  A.  NOW WE'RE AT 7:49, AND YOU CAN SEE THE DISTINCT EYE HAS
13  MOVED FURTHER TO THE NORTH.  AND IS HEADED TO PASS CHRISTIAN.
14  YOU CAN SEE THE STRONG FEEDER BAND IN THE EYEWALL.
15     AGAIN, OVER AT OUR LOCATION, YOU CAN SEE A FEEDER BAND
16  HERE.  BUT LOOK -- THE IMPORTANT PART ABOUT THIS, LOOK AT THIS
17  LOCATION OF -- YOU SEE -- YOU CAN SEE THE BANDS, THE FEEDER BANDS
18  AND THEIR ROTATION, BUT LOOK AT THE ALIGNMENT OF THE HIGH
19  REFLECTIVITY.
20     LET ME SEE IF I CAN POINT TO IT.
21     IT ALIGNS IN THIS DIRECTION (INDICATING).  THESE --
22  THAT'S WHY I SAY THESE THUNDERSTORMS HAVE A LIFE OF THEIR OWN,
23  THE WAY THEY POP UP.  THEY DON'T POP UP UNIFORMLY FOLLOWING THE
24  ENTIRE WIND FIELD.  THEY POP UP AS THEY WISH DEPENDING ON THE
25  CONVECTIVE ACTIVITY WITHIN THE PARTICULAR FEEDER BAND.

983

1  Q.  NOW IF WE COULD MOVE TO THE NEXT IMAGE, PLEASE.
2  A.  THE EYEWALL IS GOING TO PRODUCE A LOT OF ROTATION BECAUSE AS
3  YOU'RE CLOSER TO THE CENTER OF THE STORM, YOU'RE IN A MUCH MORE
4  INTENSE ENVIRONMENT AS FAR AS KINETIC ENERGY AND, AGAIN, ANGULAR
5  MOMENTUM, ROTATION.
6     SO, AS YOU CAN SEE, THIS CLUSTER OF MESOCYCLONES, AND A
7  LOT OF THEM ARE DOUBLED.  THAT'S WHY WE HAVE B6, WE HAVE T5, R0,
8  W6, B4, N1, B9, SO THESE ARE ALL INDIVIDUAL CELLS THAT HAVE BEEN
9  CAPTURED BY THE RADAR ALGORITHM WITHIN THAT FEEDER BAND OF THE
10  EYEWALL.
11  Q.  AND THOSE NOT ONLY AFFECT THE WIND PATTERNS AROUND THEM, BUT
12  THEY CAN AFFECT THE WIND PATTERNS THAT EACH ONE IS PRODUCING,
13  CORRECT?
14  A.  EACH ONE OF THESE IS ROTATING.  SO YOU CAN IMAGINE, IT'S A
15  VERY CHAOTIC SITUATION.  CERTAINLY NOT A UNIFORM WIND FIELD.
16  Q.  THE NEXT SLIDE, PLEASE.
17     WE'RE GOING TO JUST LOOK AT THIS.
18  A.  THERE ARE NO TORNADO VORTEX SIGNATURES.  WE DID THIS FOR
19  COMPLETENESS TO BE SURE WE LOOKED AT EVERY RADAR LOOP.
20  Q.  NEXT SLIDE, PLEASE.
21     NOW WHAT DO WE SEE AT 8:54, DOCTOR?
22  A.  AT 8:54, NOW WE'RE SEEING BASICALLY THIS ROTATION AND YOU
23  CAN SEE THAT HERE IS THE LOCATION OF THE CANAL, IT'S RIGHT HERE
24  (INDICATING).  STRONG EYEWALL.  THE EYE IS HERE (INDICATING).
25     SOME OF THIS BLUE, YOUR HONOR, ACTUALLY IS THE ZONES

984

1  BETWEEN -- THIS IS ACTUALLY REAL HERE.  THE OTHER ONE LOOKED LIKE
2  IT WAS FALSE.  THAT'S WHY YOU DON'T FILTER DATA.  YOU HAVE TO
3  INTERPRET DATA.
4     THIS PARTICULAR BLUE THROUGH HERE IS THE -- IS WHERE
5  THERE IS NO OR LITTLE CONVECTION.  THEN YOU BUILD A FEEDER BAND
6  UP AND YOU BUILD UP MORE INTENSITY AS YOU APPROACH THE HURRICANE
7  EYEWALL.
8     THIS STUFF OVER HERE AT THE TOP OF THE RIGHT, CLUTTER.
9  BUT YOU DON'T FILTER DATA, YOU INTERPRET DATA.  AND THAT'S WHAT I
10  TRY TO DO HERE.
11     AND YOU CAN SEE THAT THIS IS REAL.  THIS SHOWS YOU ALL
12  THESE ZONES THAT ARE HAVING LITTLE OR NO CONVECTIVE ACTIVITY IN
13  THEM.  AND THEN THE DEGREE BUILDS UP AND FINALLY YOU GET TO THE
14  EYEWALL WHERE YOU HAVE IT RED.
15  Q.  THE NEXT SLIDE, PLEASE.
16  A.  AND ASSOCIATED WITH THE EYEWALL, MOST OF THE MESOCYCLONES
17  ARE GOING TO BE CONFINED INTO THIS AREA.  EACH ONE OF THESE ARE
18  ROTATING.  THEY HAVE CYCLONIC ROTATION.  THEIR EFFECT ON THE
19  BARGE OR THE CANAL LOCATION, YOU KNOW, WILL BE DETERMINED BY, YOU
20  KNOW, HOW FAR THESE EXTEND OUT.
21     BUT AGAIN, THE POINT -- THE MAJOR POINT HERE IS, IT'S
22  NOT A UNIFORM WIND FIELD WITHIN ALL OF THESE FEEDER BANDS.  IT'S
23  VERY CHAOTIC.  IT'S VERY UNPREDICTABLE.  AND IT SHOWS A
24  PERTURBATION WITHIN A STORM WITHIN A STORM.
25  Q.  NEXT SLIDE, PLEASE.

985

1     WE HAVE THIS PARTICULAR SCAN FOR COMPLETENESS.  TORNADO
2  VORTEX SIGNATURE, BUT WE DON'T SEE ANYTHING, CORRECT?
3  A.  THAT'S CORRECT.
4  Q.  NOW, BOB, IF YOU COULD GO TO THE NEXT SLIDE.
5     AND, DOCTOR, THIS IS AN IMAGE THAT WAS PROVIDED TO US
6  BY MR. LEMON; IS THAT CORRECT?
7  A.  THIS IS AN IMAGE FROM HIS REPORT, YES, SIR.
8  Q.  AND THIS -- THIS IMAGE WAS ALTERED BY MR. LEMON, CORRECT?
9  A.  WHAT MR. LEMON HAS DONE, HE HAS OBTAINED THE LEVEL 2 DATA
10  FROM THE NATIONAL WEATHER SERVICE, BUT HE'S ALSO USED COMMERCIAL
11  ALGORITHMS TO PROCESS DATA AND MANIPULATE DATA FOR CERTAIN
12  SECTIONS OF EITHER COMPOSITE REFLECTIVITY.
13     LET ME EXPLAIN THE PANELS WE'RE LOOKING AT, YOUR HONOR.
14  THIS IS THE COMPOSITE REFLECTIVITY, WHICH WE HAVE BEEN LOOKING AT
15  ON MY DISPLAYS.  THIS IS BASE LEVEL DATA OR LEVEL 2 DATA.  THIS
16  IS A RADIAL VELOCITY DISPLAY THAT MR. LEMON HAS PROCESSED.  THIS
17  IS A RELATIVE VELOCITY DISPLAY, AND IN THE RELATIVE VELOCITY
18  DISPLAY, THE MOVEMENT OF THE WHOLE STORM SYSTEM HAS BEEN
19  SUBTRACTED OUT SHOWING A ROTATION.  I'LL COME BACK TO THIS IN
20  JUST A MOMENT.
21     AND THIS FINAL DISPLAY IS A DISPLAY CALLED "SPECTRUM
22  WIDTH," WHICH JUST MEANS IT'S ANOTHER RADAR PRODUCT WHICH IS A
23  MEASURE OF TURBULENCE IN A PARTICULAR STORM SYSTEM.
24     WE HAVE A SCALE ON THE SIDE.  RED IS POSITIVE.  GREEN
25  IS NEGATIVE.  AND THIS IS IN KNOTS.  IT GOES UP TO 70 KNOTS AND

**986**

1  IT GOES DOWN TO 70 KNOTS NEGATIVE.
2  Q.  DR. MITCHELL, IF I COULD STOP YOU THERE.
3  A.  SURE.
4  Q.  IF YOU COULD, FOR THE RECORD, ACTUALLY TELL US WHICH ONE OF
5  THE QUADRANTS YOU'RE POINTING TO FOR EACH ONE OF THE THESE SCANS.
6  A.  OKAY.  THE UPPER LEFT QUADRANT IS THE COMPLEX -- I'M SORRY,
7  THE COMPOSITE REFLECTIVITY.
8      THE UPPER RIGHT QUADRANT IS THE RADIAL VELOCITY
9  PRODUCT.
10      THE LOWER LEFT QUADRANT IS THE -- I'M SORRY, I SAID
11  RADIAL VELOCITY?  I HOPE I SAID RADIAL VELOCITY FOR THE UPPER
12  RIGHT QUADRANT.  THE LOWER QUADRANT IS THE RELATIVE VELOCITY.
13      AND THE LOWER RIGHT QUADRANT IS THE SPECTRUM WIDTH.
14  Q.  AND ON THIS SCAN, DR. LEMON -- I'M SORRY, MR. LEMON HAS
15  POINTED OUT A MESOCYCLONE; IS THAT CORRECT?
16  A.  CORRECT.  HE PRODUCED THIS RADAR IMAGE AS 3:31 A.M.  AND
17  THROUGH HIS PROCESSING OF THE DATA, HE HAS PRODUCED A VERY NICE
18  MESOCYCLONE.
19      AND LET ME EXPLAIN, YOUR HONOR, AS WE GO THROUGH THIS
20  ANALYSIS HERE, THE COLORS ARE IMPORTANT HERE.  RED, WHICH IS
21  POSITIVE, MEANS MOVEMENT AWAY FROM THE RADAR.  RED, WHICH IS
22  RADAR.  YOU CAN MEASURE MOVEMENT.  GREEN, WHICH IS NEGATIVE,
23  SHORTENING, IS MOVEMENT TOWARD THE RADAR.
24      AND, OF COURSE, IT DEPENDS ON WHERE THE RADAR IS
25  LOCATED, AND THE RADAR LOCATED IS, TO THE NORTH, IS IN SLIDELL.

**987**

1      SO THIS IS A CYCLONIC ROTATION.  THIS IS A ROTATING
2  SYSTEM THAT'S ROTATING IN A CYCLONIC MOTION.
3      DR. -- MR. LEMON HAS DONE US A GREAT FAVOR.  HE HAS
4  SHOWN US A MASSIVE MESOCYCLONE.  HE HAS PROCESSED THIS OUT OF THE
5  DATA AND SHOWN -- HERE IS THE BARGE LOCATION (INDICATING).
6      LET ME POINT TO THE -- THERE IS THE BARGE LOCATION
7  (INDICATING).
8  Q.  AND THERE IS ACTUALLY A DOT WHERE THE BARGE LOCATION IS; IS
9  THAT CORRECT?
10  A.  THAT'S CORRECT.  HE'S LOCATED IT.  I JUST PUT -- I MISSED IT
11  A LITTLE BIT, BUT IT'S RIGHT THERE.
12      THIS THING IS ROTATING.  THIS IS PRODUCING A PERTURBED
13  WIND FIELD WITHIN THE FEEDER BANDS AT 3:31 A.M.  IT IS PRODUCING,
14  IF IT'S ROTATING IN THIS DIRECTION, IT HAS TO BE PRODUCING WEST
15  WINDS ON EVERYTHING TO THE SOUTH OF IT BECAUSE IT'S CYCLONIC.
16      THE COURT:  BECAUSE THE RED IS MOVING TOWARDS THE EAST?
17      THE WITNESS:  RIGHT.  THE RED IS MOVING THIS WAY, AND
18  THE GREEN IS MOVING BACK THAT WAY (INDICATING).  AND SO THE
19  SYSTEM IS ROTATING.
20      THE COURT:  AM I CORRECT THAT THAT RED THAT I'M SEEING
21  TO THE FAR -- WHAT I'M LOOKING AT NOW, THE PANEL THAT IS IN THE
22  LOWER LEFT-HAND QUADRANT, I SEE SCATTERED RED TO THE RIGHT OF
23  THAT PARTICULAR PANEL, DOES THAT MEAN THAT --
24      THE WITNESS:  YOU'RE TALKING ABOUT THIS LOCATION, THIS
25  RED OVER HERE (INDICATING)?

**988**

1      THE COURT:  YES.  IN WHAT DIRECTION IS THAT RED MOVING?
2      THE WITNESS:  THAT'S AWAY FROM THE RADAR.  ANYTHING
3  THAT'S RED, HOT, IN RED THAT'S ON THIS SCALE IS POSITIVE, IS
4  MOVING AWAY.
5      THE COURT:  IF THE RADAR IS IN SLIDELL, WHAT DIRECTION
6  IS THAT MOVING?
7      THE WITNESS:  THAT'S MOVING TO THE SOUTH.  AND THIS
8  WOULD BE MOVING TO THE SOUTH.  THIS --
9      THE COURT:  THE RED BLOB BY THE GREEN?
10      THE WITNESS:  RIGHT.  LET ME DRAW.  THAT IS THE
11  MESOCYCLONE.  I MISSED IT A LITTLE BIT.  I DIDN'T CENTER IT.  BUT
12  THINK OF AN ARROW, IF I CAN DRAW ONE.
13      LET ME ERASE THAT.  START OVER.
14      EXAMINATION
15  BY MR. KHORRAMI:
16  Q.  IT'S ROTATING COUNTERCLOCKWISE, CORRECT?
17  A.  CAN YOU ERASE THAT FOR ME?
18  Q.  THERE YOU GO.
19  A.  THAT'S THE ROTATION (INDICATING).
20  Q.  IT'S ROTATING COUNTERCLOCKWISE.
21  A.  ROTATING COUNTERCLOCKWISE.  WE KNOW THAT BECAUSE THIS
22  PORTION OF IT WHERE IT'S MORE INTENSE IS MOVING TOWARD THE RADAR,
23  THIS PORTION THAT'S MOVING AWAY FROM THE RADAR, THAT MEANS IT HAS
24  TO HAVE A CYCLONIC CIRCULATION.
25      THE COURT:  AND IF THE MESOCYCLONE IS TO THE EAST OF THE

**989**

1  CANAL, AND LET'S ASSUME FOR THE SAKE OF DISCUSSION, THAT IT WOULD
2  BE AFFECTING THE CANAL, WHAT WOULD BE THE DIRECTION, THE WIND
3  DIRECTION?
4      THE WITNESS:  IT WOULD BE A NORTH -- A WIND FROM THE
5  NORTH.
6      THE COURT:  THAT MAKES SENSE WITH A CYCLONIC.
7      THE WITNESS:  EVERYTHING IS CYCLONIC.  WE'RE IN THE
8  RIGHT HEMISPHERE, CYCLONIC.
9      THE COURT:  EXACTLY.
10      THE WITNESS:  THE REASON I PUT THIS DISPLAY UP ALSO,
11  THIS IS THE LOCATION OF THE SAME MESOCYCLONE.
12      EXAMINATION
13  BY MR. KHORRAMI:
14  Q.  ARE YOU REFERRING TO THE RIGHT BOTTOM QUADRANT?
15  A.  THE LOWER RIGHT-HAND PANEL.
16      AND IT'S SPECTRUM WIDTH AND IT IS A MEASURE OF CHAOS.
17  AND NONE OF THIS IS ABOVE BACKGROUND.  MOST METROLOGISTS DON'T
18  REALLY USE THIS A LOT, BUT IT'S JUST A CONFIRMATION THAT YOU'VE
19  GOT SOMETHING THAT'S STRONG THAT HAS CHAOS AND TURBULENCE.  AND
20  HERE YOU HAVE A MESOCYCLONE.
21      NOW, IF YOU WENT UP TO THE COMPOSITE REFLECTIVITY, YOU
22  WOULDN'T SEE ANY OF THIS.  THIS IS WHY YOU HAVE TO LOOK AT THESE
23  OTHER PRODUCTS.
24      HERE -- THE MESOCYCLONE IS SITTING UP IN HERE
25  (INDICATING).  AND SO YOU COULDN'T TELL ANYTHING FROM THAT.  YOU

990

1   HAVE TO GO AND LOOK AT THESE OTHER PRODUCTS.
2   Q.   THIS IS THE LEVEL 2 DATA; IS THAT CORRECT?
3   A.   THIS IS THE LEVEL 2 DATA.
4   Q.   YOU REVIEWED LEVEL 2 DATA FOR THE PURPOSE OF YOUR OPINION,
5   CORRECT?
6   A.   I DID.  WHAT I WANT TO SHOW, AND THE WHOLE PURPOSE OF
7   PUTTING THIS IN HERE IS MR. LEMON HAS DONE A GREAT JOB OF SHOWING
8   THIS MESOCYCLONE, BUT HIS CRITIQUE OF MY ANALYSIS SAID THAT I HAD
9   NOT FILTERED THE DATA PROPERLY AND I HAD NOT -- I HAD LEFT
10  CERTAIN THINGS IN THE DATA THAT WERE ALIASED.
11      AND SO WHEN YOU LOOK AT THIS PANEL, THIS IS THE RADIAL
12  VELOCITY PANEL THAT HE HAS FILTERED.  I WANT TO SHOW YOU MY
13  ORIGINAL, HOW THE DATA LOOKS WHEN YOU ORIGINALLY PULL IT FROM THE
14  NATIONAL WEATHER SERVICE.
15  Q.   BEFORE WE GO THERE, LET ME ASK YOU A COUPLE OF QUESTIONS.
16  WHEN YOU'RE LOOKING AT THAT MESOCYCLONE, IT'S SITTING DIRECTLY
17  NORTH OF THE CANAL, SO IT WOULD BE PRODUCING, IF ANYTHING, IT
18  WOULD BE PRODUCING WEST WINDS?
19  A.   CORRECT.
20  Q.   AT THE CANAL LOCATION.  NO ONE CAN SAY FOR SURE WHAT THE
21  WIND CONDITION INSIDE THE CANAL IS, CORRECT?
22  A.   NO ONE CAN SAY.  WE HAVE JUST GONE THROUGH A COUPLE OF HOURS
23  OF SEEING MESOCYCLONES COME AND GO SOUTH, NORTH, EAST AND WEST OF
24  THE CANAL.  THEY ALL HAVE THE POSSIBILITY OF MICROBURSTS WINDS
25  AND THEY ALL HAVE ROTATION.  SO NO METEOROLOGIST CAN SIT HERE AND

991

1   TELL THAT YOU THE WIND FIELD WAS ALWAYS IN THIS DIRECTION OR
2   THESE HOURS OR ALWAYS FROM THE OTHER DIRECTION.
3       THE PURPOSE OF MY ANALYSIS IS TO SHOW A CHAOTIC
4   SITUATION.  THERE ARE POSSIBILITIES FOR OMNIDIRECTIONAL WINDS
5   DURING ALL THOSE MORNING HOURS OVER THE CANAL.
6   Q.   NOW, IN LOOKING AT THE RIGHT TOP QUADRANT, THE ENTIRE SCAN
7   IS RED.  THAT SHOWS THAT THE WIND WAS MOVING AWAY FROM THE RADAR
8   IN THAT SCAN?
9   A.   CORRECT.
10  Q.   AND SO THE ALTERATION THAT'S OCCURRED THAT MR. LEMON HAS
11  DONE ACTUALLY HIDES A MESOCYCLONE THAT HE POINTS HIMSELF -- HE
12  HIMSELF POINTS OUT, CORRECT?
13  A.   RIGHT.  IN HIS REPORT HE POINTS, HE DRAWS AN ARROW AND HE
14  POINTS TO THIS ZONE RIGHT HERE (INDICATING) AS A MESOCYCLONE.
15  Q.   CAN I HAVE THE ELMO, PLEASE.
16      THE COURT:  DO YOU WANT TO CIRCLE THAT ZONE?  CIRCLE
17  THAT ZONE.
18          EXAMINATION
19  BY MR. KHORRAMI:
20  Q.   NOW, THIS IS THE SAME SCAN ACTUALLY RIGHT OFF OF
21  DR. LEMON'S -- MR. LEMMON'S REPORT; IS THAT CORRECT?
22  A.   THAT'S CORRECT.
23  Q.   AND WHERE THE ARROW IS, IS WHERE HE'S POINTING TO AS THE
24  MESOCYCLONE; IS THAT CORRECT?
25  A.   THOSE ARE HIS ARROWS.  HIS MARKINGS.  AND HE POINTS BOTH --

992

1   IMPORTANTLY ON THE TWO VELOCITY DISPLAYS, HE POINTS TO A RADIAL
2   VELOCITY THAT THIS IS A MESOCYCLONE, BUT IT'S FILTERED SO YOU
3   CAN'T SEE ANYTHING.  HE'S ALSO -- HE'S ELIMINATED IT.
4       HE'S ALSO POINTED OUT WHEN HE DOES HIS RELATIVE
5   VELOCITY, WELL, IT'S BACK, THERE IT IS.  I MEAN, HE HAS A
6   MESOCYCLONE AND HE POINTS TO IT.
7   Q.   LET ME STOP YOU FOR A SECOND.  THE WAY THAT HE'S PROCESSED
8   THIS, IS IT YOUR TESTIMONY THAT IT'S ACTUALLY MASKED THE
9   MESOCYCLONE IN THE UPPER RIGHT QUADRANT; IS THAT CORRECT?
10  A.   RIGHT.  LET ME EXPLAIN FOR ONE MOMENT.  IN THE ANALYSIS OF
11  RADAR DATA, THERE IS SOMETHING WE CALL ALIASING, A-L-I-A-S, AND
12  IT COMES FROM THE TERM JUST LIKE YOU MAY HAVE AN ALIAS OR ANOTHER
13  NAME.  THIS HIDES IT.  DATA CAN HIDE ITSELF OR FOLD BACK IN A
14  DIFFERENT SCENARIO.
15      SOMETIMES -- MOST OF THE TIME THE NATIONAL WEATHER
16  SERVICE PROCESSES ALL THEIR DATA TO ANTI-ALIAS, ANY FALSE DATA OR
17  ANY DATA THAT'S FOLDED BACK.
18      AND THE PROBLEM IS IF YOU -- IF AN INDIVIDUAL LIKE
19  DR. LEMON DOES, IF HE CLICKS A BUTTON ON HIS COMPUTER AND DOES IT
20  BUT HE CAN ELIMINATE POSSIBLY DATA THAT'S NOT ALIASED BECAUSE IT
21  DEPENDS ON HOW HE APPLIES THE ALGORITHM.
22      THE POINT THAT I WANT TO MAKE IS THAT HIS TESTIMONY IS
23  PROBABLY GOING TO SAY THAT I DIDN'T PROCESS THE DATA PROPERLY,
24  BUT WHEN HE PROCESSES THIS PARTICULAR PANEL WITH HIS FILTERING,
25  HE REMOVES THE ANTICYCLONE -- I MEAN, THE CYCLONE.  HE REMOVES

993

1   THE MESOCYCLONE.
2       I'M GOING TO SHOW YOU IN THE NEXT SLIDE THE SAME PANEL
3   AS I PULLED IT FROM THE NATIONAL WEATHER SERVICE.
4   Q.   BOB, COULD YOU PLEASE MOVE TO THE NEXT SLIDE.
5   A.   THIS IS ORIGINAL DATA NOAA STAMPED FROM THE NATIONAL WEATHER
6   SERVICE LEVEL 2 OBTAINED FOR THE SAME TIME PERIOD, 3:31 A.M.  AND
7   WE CAN FLIP BACK AND FORTH AND LOOK AT THIS BETWEEN THE TWO
8   PANELS.
9       BUT THE IMPORTANT POINT I WANT TO MAKE IS THAT THERE
10  ARE AREAS, LARGE AREAS UP HERE THAT POSSIBLY ARE ALIASED THAT ARE
11  NOT REAL.  BUT OUR MESOCYCLONE IS LOCATED RIGHT HERE.  AND YOU
12  CAN SEE IT.  YOU CAN SEE THE ROTATION.  AND YOU CAN SEE THE
13  POSITIVE NUMBERS ARE RED; THE NEGATIVE NUMBERS ARE GREEN.
14      AND I'M GOING TO TRY TO MARK ON THIS, YOUR HONOR.  WE
15  NEED TO CHANGE THE COLOR TO BLACK.
16      THE COURT:  WE CAN DO THAT.
17      THE WITNESS:  WHAT I'M TRYING TO SHOW HERE IS THAT ON
18  THE UNFILTERED DATA -- HERE IS THE MESOCYCLONE.  AND THIS PORTION
19  OF RED IS AWAY FROM THE RADAR POSITIVE, ON THIS SCALE.  THIS
20  PORTION OF THE GREEN IS TOWARD THE RADAR.
21      SO IF YOU LOOK AT THE UNFILTERED DATA, YOU CAN
22  IDENTIFY THE MESOCYCLONE.  OTHER PORTIONS UP HERE, MAYBE -- OTHER
23  PORTIONS OF THIS COULD BE AND MOST LIKELY ARE ALIAS DATA.  IT MAY
24  NOT MAKE ANY SENSE.
25      BUT IF YOU DO WHAT MR. LEMON HAD DONE AND JUST

21  (Pages 990 to 993)

994

1 CLICK A BUTTON AND FILTER THE WHOLE THING, YOU LOST WHAT WAS
2 IMPORTANT. AND THAT'S WHAT I -- THE POINT I WAS TRYING TO MAKE
3 EARLIER. A PROFESSIONAL METEOROLOGIST CAN RECOGNIZE THINGS THAT
4 ARE NON-REAL, NON-REAL DATA, AND THINGS THAT ARE MEANINGFUL AS
5 FAR AS PHYSICAL ATMOSPHERIC PHENOMENA.
6              EXAMINATION
7 BY MR. KHORRAMI:
8 Q. LET ME JUST ASK YOU. WE LOOKED AT THE LEVEL 3 DATA THROUGH
9 ALL OF THOSE SLIDES THAT YOU HAD. WE WERE LOOKING AT THE
10 COMPOSITE REFLECTIVITY, CORRECT?
11 A. CORRECT.
12 Q. AND EVERY TIME WE WOULD LOOK AT THE COMPOSITE REFLECTIVITY
13 WE HAD AREAS THAT WE WOULD SUSPECT HAD MESOCYCLONES WITHIN IT; IS
14 THAT CORRECT?
15 A. THAT'S CORRECT.
16 Q. BUT THAT DOESN'T MEAN CONCLUSIVELY THAT THERE ARE
17 MESOCYCLONES WITHIN IT; IS THAT CORRECT?
18         THE COURT: I'VE GOT THAT. I'VE GOT THAT.
19              EXAMINATION
20 BY MR. KHORRAMI:
21 Q. SO WE'RE DOING THE SAME THING OVER HERE; IS THAT CORRECT?
22 A. THAT'S TRUE. AND WE'VE GOT TO LOOK AT ALL OF THE DATA.
23 AND --
24         THE COURT: WHEN YOU'RE SAYING THAT, YOU'RE DOING IT
25 WITH COUNSEL, NOW YOU HAVE CONFUSED ME. YOU MIGHT WANT TO

995

1 ELABORATE ON THAT.
2         IT'S MY UNDERSTANDING THIS IS, IN FACT, A CONFIRMED
3 MESOCYCLONE, OR IS IT OR ISN'T IT?
4         MR. KHORRAMI: IN THIS SITUATION?
5         THE WITNESS: YES. THIS IS A -- THIS IS THE CONFIRMED
6 MESOCYCLONE THAT DR. LEMON SEES. ALSO IT HAS A MESOCYCLONE
7 MARKER ASSOCIATED WITH IT. THIS IS A CONFIRMED MESOCYCLONE.
8         THE COURT: THAT'S MY UNDERSTANDING. I REALIZE NOT ALL
9 AREAS IN RED PRODUCE MESOCYCLONES.
10              EXAMINATION
11 BY MR. KHORRAMI:
12 Q. JUST SO WE HAVE A CLEAR RECORD --
13         THE COURT: COUNSEL, DO YOU HAVE SOMETHING?
14         MR. RAFFMAN: I'M JUST GOING TO REQUEST THAT THIS SLIDE
15 BE MADE AVAILABLE TO ME FOR MY CROSS-EXAMINATION.
16         THE COURT: ABSOLUTELY. I'LL LET YOU -- YES, CERTAINLY.
17 YOU DON'T HAVE IT? YOU DON'T HAVE THE SLIDE?
18         MR. RAFFMAN: I WAS GOING TO -- I DO, YOUR HONOR, HAVE
19 THE SLIDE. I THOUGHT THE SLIDE WITH THE MARKINGS ON IT --
20         THE COURT: I'LL LET YOU USE THE ACTUAL EXHIBITS AFTER
21 WE MARK THEM, AND YOU CAN ACTUALLY REFER TO WHAT THEY ARE SO
22 YOU'LL HAVE TIME, WE'LL TAKE A BREAK AFTER THIS AND OBVIOUSLY
23 HAVE TIME TO DO THAT.
24         MR. RAFFMAN: THANK YOU, YOUR HONOR.
25              EXAMINATION

996

1 BY MR. KHORRAMI:
2 Q. DR. MITCHELL, JUST SO WE HAVE --
3         THE COURT: YOU CAN USE THAT ON THE ELMO IF YOU NEED TO
4 DISPLAY IT.
5              EXAMINATION
6 BY MR. KHORRAMI:
7 Q. JUST SO WE HAVE A CLEAR RECORD, IF YOU COULD READ THE
8 DOCUMENT'S TITLE INTO THE RECORD.
9 A. "NATIONAL WEATHER SERVICE NEXRAD LEVEL 2 BASE RADIAL
10 VELOCITY." THE TIME IS 3:31 A.M., AND IT'S THE ORIGINAL DATA
11 UNFILTERED FROM THE NATIONAL WEATHER SERVICE.
12 Q. DOCTOR, I'M GOING TO TAKE YOU TO A PAGE WITHIN DR. CUSHING'S
13 REPORT.
14         BOB, IF YOU COULD GO TO PAGE 80 OF DR. CUSHING'S
15 REPORT.
16         NOW, YOU'VE SEEN THIS IMAGE BEFORE AS WELL, CORRECT?
17 A. YES, I HAVE.
18 Q. THIS IMAGE SHOWS THE DIRECTION OF THE WIND AS TIME GOES ON
19 WITHIN THE INDUSTRIAL CANAL ACTING ON THE BARGE, CORRECT?
20 A. THAT'S CORRECT.
21 Q. IS THERE ANY WAY THAT ANY INDIVIDUAL CAN SAY WITH ANY DEGREE
22 OF CERTAINTY THAT THAT IS ACTUALLY THE WAY THE WIND WAS AT ALL
23 TIMES WITHIN THE CANAL?
24 A. WHAT APPARENTLY MR. CUSHING HAS DONE IS LOOKED AT THE
25 SYNOPTIC SCALE, LARGE SCALE WIND PATTERN AND SUPERIMPOSED HIS

997

1 VECTORS. SO, OF COURSE, AS THE HURRICANE APPROACHES, WE HAVE
2 FEEDER BANDS THAT ARE FLOWING COUNTERCLOCKWISE AND YOU SEE THE
3 VARIOUS TIMES. FINALLY AT 9 O'CLOCK THE HURRICANE CENTER IS PAST
4 NEW ORLEANS AND YOU HAVE WINDS, HE HAS IT AT 10 O'CLOCK GOING
5 FROM THE WEST.
6         BUT THIS IS A VERY SIMPLISTIC PICTURE. WE HAVE JUST
7 SPENT TWO HOURS GOING THROUGH AND TELLING AND SHOWING DATA THAT
8 SHOWS THE WIND FIELD THAT'S VERY COMPLICATED. WE HAVE THESE
9 MESOCYCLONES AND TORNADO VORTEX SIGNATURES EMBEDDED IN THIS,
10 WHICH HE DOES NOT TAKE INTO ACCOUNT AND DID NOT LOOK AT RADAR
11 DATA.
12         THE COURT: YOU MIGHT POINT OUT THAT'S FIGURE 52 OF
13 DR. CUSHING'S REPORT FROM PAGE 80, JUST FOR THE RECORD.
14              EXAMINATION
15 BY MR. KHORRAMI:
16 Q. YOUR TESTIMONY IS THE WINDS ARE UNPREDICTABLE DURING THIS
17 TIME PERIOD?
18 A. THIS STICK DIAGRAM IS SIMPLISTIC. WE HAVE GONE THROUGH VERY
19 DETAILED, SOPHISTICATED DATA SHOWING THAT THE WIND FIELD IS
20 COMPLICATED, PERTURBED, MULTIDIRECTIONAL WINDS ARE POSSIBLE, AND
21 THIS DIAGRAM DOESN'T REPRESENT THAT.
22 Q. I'M GOING TO TAKE YOU TO ANOTHER PAGE OF DR. CUSHING'S
23 REPORT, AND THAT'S PAGE 86.
24         BOB, IF YOU COULD PUT THAT UP.
25         AND THIS IS BASICALLY AN IMAGE OF HOW DR. CUSHING

998

1    CLAIMS THE BARGE WENT THROUGH THE INDUSTRIAL CANAL AT 9 O'CLOCK.
2          IS THERE ANY WAY ANY INDIVIDUAL CAN PREDICT TRAJECTORY
3    WITHIN A HURRICANE AT A SPECIFIC TIME?
4    A.   NO, SIR.
5    Q.   IS THERE ANY WAY THAT ANY INDIVIDUAL WITHIN A HURRICANE CAN
6    PREDICT THE TRAJECTORY OF A VESSEL THROUGH TIME?
7    A.   NOT IN THIS COMPLICATED SYSTEM.  NOT A DIAGRAM LIKE THIS.
8    NO ONE COULD PREDICT THIS TRAJECTORY OF MOTION.
9    Q.   AND LET'S GO TO YOUR FINAL SLIDE HERE.
10         WHAT ARE YOUR FINDINGS ACTUALLY?
11   A.   THE FINDINGS, THIS IS TAKEN OUT OF MY REPORT, YOUR HONOR.
12   AND BASICALLY WHAT WE HAVE IS ONE CRITICAL PIECE OF INFORMATION.
13   WE HAVE THE TERMINAL AND THE INNER HARBOR NAVIGATION CANAL WERE
14   IN DIRECT PATH OF THE KATRINA STORM CENTER LANDFALL, ACCORDING TO
15   THE NATIONAL HURRICANE ADVISORY ISSUED AT 10:00 P.M. CENTRAL
16   DAYLIGHT TIME ON AUGUST 27TH, THAT SATURDAY, TWO DAYS BEFORE THE
17   29TH.
18         ALSO, I HAVE LOOKED AT NOAA H-WIND ANALYSIS, AS THE
19   OTHER METROLOGISTS HAVE IN THIS CASE, AND DETERMINED THAT
20   CATEGORY 1 WINDS, ONE-MINUTE SUSTAINED WINDS, CATEGORY 1, 80 TO
21   92 MILES PER HOUR WERE AT THE LOCATION OF THE BARGE WITH THE
22   ADDITION OF WIND GUSTS, THREE-SECOND GUSTS, RANGING FROM 104 TO
23   120.
24         THE THIRD AND MOST IMPORTANT POINT THAT WE JUST SPENT
25   THE TIME LOOKING AT ALL THE RADAR DATA IS THEN WE HAVE NUMEROUS

999

1    MESOCYCLONES OCCURRING WITHIN THE FEEDER BANDS.  THEY ARE
2    IDENTIFIED ON THE DOPPLER RADAR.  THEY OCCUR OVER THE CANAL
3    DURING THE EARLY MORNING HOURS.  THEY ARE CREATING WIND SHEAR,
4    ROTATIONAL WIND GUSTS, UNPREDICTABLE WIND GUSTS WITH RESPECT TO
5    WIND DIRECTION AND PRODUCE SURFACE WINDS AND WIND GUSTS WITH
6    MULTIDIRECTIONAL COMPONENTS, IN MY OPINION, EAST, WEST, NORTH AND
7    SOUTH, ACTING ON THE BARGE DURING THE TIME PERIOD THAT WE LOOKED
8    AT THE RADAR, 3:00 TO 5:00 A.M.
9    Q.   AND YOU LOOKED ACTUALLY FROM 2 O'CLOCK; IS THAT CORRECT?
10   A.   LOOKED AT 2 O'CLOCK.  AND THEN, YOU KNOW, LIKE I SAID IN ALL
11   OF MY KATRINA CASES, ACTUALLY IN THIS CASE, WE LOOKED TO 8,
12   9 O'CLOCK ALMOST.
13   Q.   YOU WENT AND EXPRESSED OPINIONS LOOKING AT ALL OF THE DATA
14   FROM ABOUT 2 O'CLOCK UNTIL PAST 9 O'CLOCK IN THE MORNING; IS THAT
15   CORRECT?
16   A.   THAT'S CORRECT.
17   Q.   AND ALL OF THAT INFORMATION IS WITHIN THE YOUR REPORT; IS
18   THAT CORRECT?
19   A.   THAT'S CORRECT.
20        MR. KHORRAMI:  YOUR HONOR, IF I COULD CONFER WITH
21   COUNSEL.
22        THE COURT:  YOU MAY.  AND THEN BE PREPARED TO -- WHAT I
23   WOULD LIKE COUNSEL TO HAVE, BEFORE THE WITNESS CAN STEP DOWN, BUT
24   TO INTRODUCE THIS PARTICULAR SET OF EXHIBITS, AS YOU SAID, GIVING
25   ONE EXHIBIT WITH A SERIES OF NUMBERS WITHIN.

1000

1    MR. KHORRAMI:  WE'LL DO THAT.
2         EXAMINATION
3    BY MR. KHORRAMI:
4    Q.   JUST SO WE'RE CLEAR, I'M GOING TO ASK YOU ONE QUESTION.  WE
5    LOOKED AT THE STRIKE CONE OF THE HURRICANE.  AND AT ANY POINT
6    DURING THE APPROACH OF HURRICANE KATRINA, TO THE EXTENT
7    NEW ORLEANS WAS WITHIN THE STRIKE CONE, THE EXPECTATION WOULD BE
8    THAT THERE MAY BE A DIRECT HIT, CORRECT?
9    A.   THAT'S THE DEFINITION OF PROBABILITY CONE, THAT IF YOU'RE IN
10   THAT CONE, YOU SHOULD PREPARE FOR A DIRECT HIT.
11        MR. KHORRAMI:  YOUR HONOR, I TENDER THE WITNESS AND WE
12   CAN ACTUALLY NUMBER THE EXHIBIT.
13        THE COURT:  IF YOU DO THAT, I WOULD APPRECIATE IT.
14        MR. KHORRAMI:  SO ALL OF THE IMAGES -- I'M SORRY, I
15   WANTED TO MOVE THAT ALL OF THE IMAGES THAT WE'VE CAPTURED BE
16   NUMBERED PLAINTIFFS 426 IN ORDER, 426(A) THROUGH --
17        THE COURT:  WE JUST WANT TO MAKE SURE -- WE HAVE THE
18   RIGHT SEQUENCE, SHEENA?
19        THE DEPUTY CLERK:  I WAS THINKING ABOUT USING --
20        THE COURT:  THE WITNESS CAN STEP DOWN.  YOU'LL BE
21   PREPARED FOR CROSS-EXAMINATION.  BUT WE'LL LET YOU DO THIS
22   ADMINISTRATIVE TASK.  THE COURT IS GOING TO LEAVE STAGE LEFT AND
23   WE'LL START CROSS-EXAMINATION IN ABOUT 15 MINUTES.
24        MR. KHORRAMI:  THANK YOU, SIR.
25        THE DEPUTY CLERK:  434 A THROUGH J IS ADMITTED EVIDENCE.

1001

1    MR. KHORRAMI:  THOSE ARE ALL OF THE IMAGES WE CAPTURED
2    FROM DR. MITCHELL'S TESTIMONY.
3         (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, A BRIEF
4    RECESS WAS TAKEN.)
5         MR. KHORRAMI:  THE LITIGATION CASE LIST WILL BE
6    PLAINTIFF'S 435.  DR. MITCHELL'S POWERPOINT THAT WE PRESENTED IN
7    COURT WILL BE ENTERED AS PLAINTIFF'S 436.
8         (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, EXHIBITS
9    P435 AND P436 WERE ADMITTED.)
10        THE DEPUTY CLERK:  ALL RISE.  COURT'S IN SESSION.
11   PLEASE BE SEATED.
12        THE COURT:  ARE YOU READY TO PROCEED, SIR?
13        MR. RAFFMAN:  YES, I AM, YOUR HONOR.
14         DIRECT EXAMINATION
15   BY MR. RAFFMAN:
16   Q.   GOOD MORNING, DR. MITCHELL.  MY NAME IS MARK RAFFMAN, AND
17   I'M ONE OF THE LAWYERS FOR LAFARGE NORTH AMERICA.  I WANTED TO
18   START WHERE YOU ENDED WITH THIS DIAGRAM OF THE 3:31 A.M.
19   MESOCYCLONE.
20        AND I BELIEVE, IF I'M NOT MISTAKEN, THAT YOU HAD DRAWN
21   THE DIRECTION OF THE FLOW IN A COUNTERCLOCKWISE DIRECTION; AM I
22   RIGHT, DR. MITCHELL?
23   A.   YES.  THIS IS AN IDENTIFIED MESOCYCLONE.  IT'S FROM LEMON'S
24   REPORT.  HE IDENTIFIES IT AS A MESOCYCLONE.  THIS IS UNFILTERED
25   DATA.

23  (Pages 998 to 1001)

**1002**

1  AND I TRIED TO DRAW THE FLOW.  NOW THAT I HAVE A
2  STYLUS, I CAN PROBABLY DRAW IT A LITTLE BIT BETTER, BUT I WAS
3  TRYING TO DRAW IT WITH MY FINGERS.  AND YES, IT IS CYCLONIC.
4  Q.  YOU DREW IT IN A COUNTERCLOCKWISE DIRECTION.  THAT WAS MY
5  QUESTION.
6  A.  YES, SIR.
7  Q.  AND YOUR ANSWER IS YES?
8  A.  YES, SIR.
9  Q.  NOW, IF I UNDERSTOOD YOUR TESTIMONY EARLIER, THE GREEN DATA
10  IS MOVING WITH THE COMPONENT IN THE DIRECTION OF THE RADAR
11  STATION TO THE NORTHEAST; ISN'T THAT RIGHT?
12  A.  CORRECT.
13  Q.  AND THE RED DATA IS MOVING IN A DIRECTION AWAY FROM THE
14  SLIDELL RADAR STATION TO THE NORTHEAST; ISN'T THAT RIGHT?
15  A.  CORRECT.
16  Q.  SO IF I TAKE MY PEN AND TRACE ON THIS, THIS GREEN HERE IS
17  MOVING TOWARD THE RADAR, RIGHT?
18  A.  DID YOU DRAW IN THE GREEN?  I MEAN, I'M NOT SURE.
19  Q.  WELL, MY PEN IS IN THE GREEN.
20  A.  YEAH.
21  Q.  IT'S GOT THAT CURVE AND BLOWING TOWARD THE RADAR?
22  A.  THAT'S CORRECT.
23  Q.  AND NOW MY PEN DOWN HERE IS BLOWING AWAY FROM THE RADAR AS
24  WE GO TO THE BOTTOM OF THAT FEATURE; ISN'T THAT -- AWAY FROM THE
25  RADAR, RIGHT?

**1004**

1  A.  EXACTLY.
2  Q.  ALL RIGHT.  LET ME ASK YOU A QUESTION ABOUT THE AREA OF THIS
3  GRAPH UP HERE IN THE UPPER AREA.  YOU SAID EARLIER THAT THE LARGE
4  AMOUNT OF THAT DATA OR LARGE AREA OF THAT DATA ARE REAL; DID I
5  HEAR YOU CORRECTLY?
6  A.  MORE LIKELY THAN NOT, COUNSELOR, THAT IS ALIASED; BUT, AS MY
7  POINT WAS, IF YOU APPLY AN ARBITRARILY ALIAS FILTER, ANTI-ALIAS
8  FILTER, YOU'RE GOING TO ELIMINATE WHAT WE JUST TRIED TO SHOW YOU
9  WAS THE MESOCYCLONE, SO IT'S BETTER TO NOT FILTER THE DATA.
10  THE DATA FROM THE NATIONAL WEATHER SERVICE ALWAYS GOES
11  THROUGH AN ANTI-ALIAS ALGORITHM.  THE LEVEL 2 DATA, WHEN YOU HAVE
12  THESE TYPE OF PATCHES, MOST LIKELY IF THEY ARE LARGE AND
13  DISPERSED AND DON'T HAVE ANY CHARACTER, THEY COULD BE ALIASED,
14  BUT IF YOU APPLIED A FILTER YOU'RE GOING TO LOSE EVERYTHING.  AND
15  THAT'S WHAT MR. LEMON DOES.
16  SO THAT'S THE POINT I WAS TRYING TO MAKE IN THIS SLIDE.
17  I SEE THE SAME MESOCYCLONE THAT HE SEES AFTER HE DOES HIS
18  MANIPULATION.
19  Q.  DR. MITCHELL, WE'RE GOING TO GET ALONG A LOT BETTER IF YOU
20  ANSWER THE QUESTION THAT I ASK AND SAVE YOUR SPEECHES FOR MY
21  COLLEAGUES.
22  THE COURT:  COUNSEL, YOU MIGHT ASK THE COURT --
23  MR. RAFFMAN:  I'M SORRY.
24  THE WITNESS:  -- TO DIRECT THE WITNESS TO RESPOND TO THE
25  QUESTION.

**1003**

1  A.  WELL, THAT'S NOT -- NO, THAT'S NOT CORRECT, COUNSELOR.
2  Q.  THAT'S NOT THE DIRECTION IN WHICH THE RED FLOW IS HAPPENING?
3  A.  THE RED FLOW IS HAPPENING JUST AS I -- IF YOU LET ME REDRAW
4  IT, WHAT I DID, THIS IS CORRECT OVER HERE.  WELL, HE MOVED IT.
5  Q.  WELL, I'M SORRY.  I AM NOT TRYING TO MOVE ANYTHING.
6  A.  DON'T MOVE IT AND LET ME SHOW YOU EXACTLY WHAT I'M TALKING
7  ABOUT.
8  Q.  ALL RIGHT.
9  A.  THIS IS THE MESOCYCLONE.  THIS IS THE PORTION THAT'S TOWARD
10  THE RADAR.  THIS IS THE PORTION THAT'S AWAY FROM THE RADAR.
11  WHEN I TRIED TO DRAW WITH MY FINGER A WHILE AGO, THAT
12  PORTION YOU'RE ON -- THAT'S NOT CORRECT.
13  Q.  ALL RIGHT.  SO THE DRAWING I'M LOOKING AT HERE IN WHICH YOU
14  DREW AWAY FROM THE RADAR AT THE GREEN AND TOWARD THE RADAR AT THE
15  RED, THIS DRAWING IS INCORRECT; IS THAT RIGHT?
16  A.  NO.  PUT IT BACK UP THERE AND I'LL SHOW YOU EXACTLY,
17  COUNSELOR.  THIS PORTION IN THE RED IS CORRECT.  THIS PORTION
18  RIGHT HERE IS CORRECT.
19  I MISSED THE GREEN.  I THOUGHT THE GREEN WAS OBVIOUS,
20  SO I DIDN'T REDO IT, BUT THE GREEN IS HERE.  AND THIS IS THE
21  MESOCYCLONE RIGHT THERE.  THAT'S IT.  CORRESPONDS EXACTLY TO
22  MR. LEMON'S MESOCYCLONE.
23  Q.  AND IT'S YOUR TESTIMONY THAT THE DRAWING YOU MADE, WHICH THE
24  COURT WILL SEE THIS MORNING, I'M SORRY.
25  YOU GOT A COUNTERCLOCKWISE FLOW?

**1005**

1  MR. RAFFMAN:  YES, YOUR HONOR.
2  THE COURT:  YOU'RE NOT GOING TO LECTURE HIM.
3  MR. RAFFMAN:  YES, YOUR HONOR.
4  THE COURT:  I'M GOING TO LET HIM ANSWER THE QUESTION IF
5  IT'S CONCEIVABLE TO BE ANSWERED IN A YES OR NO OR I DON'T KNOW
6  FASHION, THEN I'M GOING TO LET HIM EXPLAIN HIS ANSWER.
7  MR. RAFFMAN:  THANK YOU, YOUR HONOR.
8  THE COURT:  IF THE EXPLANATION BECOMES A THESIS, I WILL
9  STOP HIM.
10  MR. RAFFMAN:  THANK YOU, YOUR HONOR, I WILL NOT ADMONISH
11  THE WITNESS AGAIN.
12  THE COURT:  ALL RIGHT.  BUT I UNDERSTAND.  I'M GOING TO
13  LET HIM EXPLAIN IT BECAUSE SOMETIMES IT'S COMPLICATED.  IF IT
14  BECOMES A MONOLOGUE THAT OVERLY POLEMICAL, WE'LL MOVE ON.
15  MR. RAFFMAN:  THANK YOU, YOUR HONOR.  I APPRECIATE IT.
16  EXAMINATION
17  BY MR. RAFFMAN:
18  Q.  SO MY QUESTION WAS THAT -- WHAT YOU ANSWERED IS WHETHER OR
19  NOT THERE IS ALIAS DATA IN THIS GRAPH, YES OR NO?
20  A.  COULD BE.
21  Q.  DR. MITCHELL, DO YOU -- YOU -- I'M SORRY, YOU PERFORMED NO
22  DEALIASING OF THE LEVEL 2 DATA THAT YOU USED, CORRECT?
23  A.  CORRECT.
24  Q.  AND AS WE SIT HERE TODAY, ARE YOU AWARE, DR. MITCHELL, THAT
25  THE NATIONAL WEATHER SERVICE RECORDS ITS LEVEL 2 RADAR DATA RIGHT

**1006**

1  OUT OF THE SIGNAL PROCESSOR AND WITHOUT APPLYING ANY ALIAS -- ANY
2  ALGORITHMS? I'M SORRY.
3  A.  I'M NOT QUITE FOLLOWING YOUR QUESTION.  I DISAGREE WITH
4  THAT.  THE LEVEL 2 DATA, IF RANGE FOLDING IS OBVIOUS, THE RADAR
5  HAS ANTI-ALIAS AND RANGE FOLDING FILTERS APPLIED.  SO I DON'T
6  KNOW HOW TO ANSWER YOUR QUESTION.
7       IT'S NOT UNIFORMLY -- THEY DON'T UNIFORMLY DON'T DO IT,
8  AND THEY DON'T UNIFORMLY; BUT, IF THE DATA SET IS SO NOISY OR SO
9  BAD, THEY MAY -- THEY MAY APPLY STRONGER FILTERS.  BUT, MOST OF
10 THE TIME, THEY DO THE MINIMUM ANTIALIASING AND ALLOW YOU TO --
11 ALLOW THE INTERPRETER TO LOOK AT THE DATA.
12 Q.  DO YOU KNOW ONE WAY OR ANOTHER WHETHER THE LEVEL 2 DATA THAT
13 YOU RELIED ON WAS DEALIASED?
14 A.  SINCE I JUST ANSWERED YOUR QUESTION THAT THERE IS ALIAS
15 DATA, MORE LIKELY THAN NOT, IN THIS DIAGRAM, IT WASN'T
16 COMPLETELY -- IT WASN'T SEVERELY DEALIASED, NO, SIR.
17 Q.  THANK YOU.
18      MAY I PLEASE HAVE PAGE 43 OF DR. MITCHELL'S POWERPOINT.
19 I'M SORRY.
20      THE COURT:  AND, COUNSEL, IF YOU WANT TO USE THE
21 EXHIBITS THAT ARE MARKED ON FOR ANY REASON, YOU CERTAINLY MAY, IF
22 THAT BECOMES NECESSARY.
23      MR. RAFFMAN:  I'D LIKE TO USE THE PANEL THAT HE REFERRED
24 TO FROM MR. LEMON, IF I MIGHT.  LET ME SEE IF I HAVE IT HERE IN
25 MY OWN BOX, AND MAYBE WE CAN WORK WITH THE ELMO.  THERE IT IS.

**1007**

1  GREAT, THANK YOU.
2             EXAMINATION
3  BY MR. RAFFMAN:
4  Q.  DR. MITCHELL, YOU EXPLAINED TO THE COURT YOUR INTERPRETATION
5  OF LEMON'S RENDERING, AND YOU TOLD THE COURT THAT THE IMAGE HERE
6  AT THE BOTTOM LEFT SHOWS THE EXISTENCE OF A MESOCYCLONE.  CAN WE
7  CALL THAT TESTIMONY TO MIND.
8  A.  YES.  IN FACT, HE SAYS IT IN HIS REPORT, SO WE'VE GOT TWO
9  AGREEABLE METEOROLOGISTS.
10 Q.  VERY GOOD.
11      AND YOU UNDERSTAND THAT THE IMAGE ON THE BOTTOM LEFT IS
12 A STORM RELATIVE VELOCITY IMAGE, RIGHT?
13 A.  CORRECT.
14 Q.  IN A STORM RELATIVE VELOCITY IMAGE -- WELL, YOU'VE USED
15 STORM RELATIVE VELOCITY IMAGES IN YOUR OWN REPORTS; ISN'T THAT
16 RIGHT?
17 A.  I HAVE ON OCCASION.
18 Q.  AND IN A STORM RELATIVE VELOCITY IMAGE, THE PURPOSE IS TO
19 TAKE OUT THE EFFECT OF THE SYNOPTIC WIND PATTERN, IN OTHER WORDS,
20 THE HURRICANE WIND PATTERN, AND TO SIMPLY FOCUS ON THE WINDS THAT
21 ARE WORKING INSIDE THAT LARGER PATTERN; ISN'T THAT RIGHT?
22 A.  WELL, I WOULD SAY IT'S -- THE APPROACH IS TO TAKE OUT THE
23 TRANSLATIONAL MOTION OF THE HURRICANE, NOT ANY MOTION WITHIN THE
24 FEEDER BANDS.  WHAT YOU'RE TRYING TO REMOVE IS THE FORWARD MOTION
25 OF THE HURRICANE WHICH IS EASY TO SUBTRACT OUT, THAT'S WHY IT'S

**1008**

1  CALLED "RELATIVE," SO YOU'RE LOOKING AT A VELOCITY RELATIVE TO
2  THE SYSTEM INSTEAD OF HAVING A FORWARD MOTION COMPONENT TO IT.
3  Q.  WHEN YOU SAY RELATIVE TO THE SYSTEM, THAT'S DIFFERENT FROM
4  SAYING RELATIVE TO AN OBSERVER ON THE GROUND, CORRECT?
5  A.  CORRECT.
6  Q.  AND IT'S YOUR UNDERSTANDING OF DR. MITCHELL'S REPORT THAT
7  THE IMAGE ON THE UPPER RIGHT --
8       THE COURT:  YOU MEANT MR. --
9       MR. RAFFMAN:  I'M SORRY, MR. LEMON.  DID I SAY
10 DR. MITCHELL?
11      THE COURT:  YES, SIR.
12      MR. RAFFMAN:  I APPRECIATE THE CORRECTION.  I'M GOING TO
13 DO THAT, BUT I'LL TRY NOT TO.
14      THE COURT:  WELL, WE ALL DO IT, AND I UNDERSTAND.
15            EXAMINATION
16 BY MR. RAFFMAN:
17 Q.  SO YOUR INTERPRETATION OF MR. LEMON'S REPORT, THE IMAGE IN
18 THE UPPER RIGHT, IS THAT HE'S REPORTING A GROUND RELATIVE
19 VELOCITY, RIGHT, DR. MITCHELL?
20 A.  HE'S REPORTING RADIAL VELOCITY.
21 Q.  RADIAL VELOCITY.  WHATEVER WE CALL IT, THE THRUST OF
22 MR. LEMON'S REPORT IS THAT THE IMAGE IN THE UPPER RIGHT DEPICTS
23 THE VELOCITIES AS THEY ARE EXPERIENCED ON THE GROUND BY AN
24 OBSERVER IN THE STORM, RIGHT?
25 A.  NO, NOT NECESSARILY.  I MEAN, THE RADAR HAS NOTHING TO DO

**1009**

1  WITH WHAT'S BEING OBSERVED ON THE GROUND, COUNSELOR.  IT'S A --
2  THE LEVEL 2 PRODUCT UP IN THE RIGHT-HAND CORNER IS THE BASIC DATA
3  THAT IS OBTAINED FROM THE NATIONAL WEATHER SERVICE AND ITS RADIAL
4  VELOCITY, MEANING IT'S ANY VELOCITY MOVING TOWARD OR AWAY FROM
5  THE RADAR.
6  Q.  THANK YOU.  AND SO IN DISTINCTION TO THE STORM RELATIVE
7  VELOCITY PRODUCT, THE ONE IN THE UPPER RIGHT SHOWS THE VELOCITY
8  THAT INCORPORATES NOT ONLY WHATEVER ROTATION OR VELOCITY IS
9  IMPARTED BY THE MESOCYCLONE BUT ALSO VELOCITY THAT'S IMPARTED BY
10 THE FORWARD MOTION OF THE STORM, OR WHATEVER MOTION OF THE STORM
11 THERE IS; ISN'T THAT RIGHT?
12 A.  THAT'S CORRECT.
13 Q.  OKAY.  NOW, WOULD YOU AGREE WITH ME, DR. MITCHELL, THAT THE
14 UPPER RIGHT-HAND IMAGE INCLUDES SOME VERY BRIGHT RED, BRIGHT RED
15 COMPONENTS HERE, WHICH REPRESENT HIGH VELOCITY WINDS WITH A
16 COMPONENT AWAY FROM THE RADAR, RIGHT?
17 A.  WELL, COUNSELOR, HE HAS FILTERED THIS PARTICULAR DATA, SO
18 THAT'S THE DIFFERENCE.  THAT'S WHY I PUT SAME PANEL INTO MY FIRST
19 SLIDE OR SECOND SLIDE THAT WAS UNFILTERED.
20      I DON'T KNOW WHAT HE HAS DONE HERE ON HIS ALGORITHMS.
21 WHAT THIS WIND FIELD IS TELLING ME -- AND WE DON'T REALLY HAVE A
22 SCALE ON THERE TO SHOW THIS WIND FIELD -- IS EVERYTHING'S MOVING
23 AWAY FROM THE RADAR.  IT'S ALL RED.  HE HAS ELIMINATED ANY -- ANY
24 MOTION TOWARD THE RADAR BY APPLYING HIS FILTER.
25      YOU CANNOT EVEN SEE THE MESOCYCLONE, BUT HE POINTS TO

## 1010

1  IT IN HIS REPORT, BUT HE HAS TO DRAW AN ARROW.  AND WE JUST WENT

2  THROUGH THE MOMENT AGO MY SLIDE, YOU SEE THE MESOCYCLONE BECAUSE

3  IT'S UNFILTERED.

4  Q.  DR. MITCHELL, THE LEFT-HAND SIDE OF THIS GRAPHIC HAS A SCALE

5  THAT GOES FROM THE BRIGHTEST RED, WHICH REPRESENTS 70 KNOTS AWAY

6  FROM THE RADAR, RIGHT, AND IT GOES DOWN TO THE BRIGHTEST GREEN,

7  70 KNOTS TOWARD THE RADAR?  DO YOU SEE THAT SCALE?

8  A.  THE SCALE, COUNSELOR, BECAUSE THIS PANEL ON THE

9  RIGHT-HAND -- LEFT SIDE, LOWER LEFT CORNER IS HIGHLIGHTED, THAT

10  SCALE ONLY APPLIES TO THAT PANEL.  THAT SCALE DOESN'T APPLY TO

11  ANY OTHER PANEL.

12      HE HAS HIGHLIGHTED IT IN HIS SOFTWARE.  YOU'RE ABLE TO

13  HIGHLIGHT A PANEL, AND THE SCALE APPLIES -- THIS SCALE APPLIED

14  ONLY TO THE PANEL WHERE THE MESOCYCLONE IS OCCURRING.

15      THE COURT:  AND TO BE PRECISE, WHAT PANEL IS THAT, SIR?

16      THE WITNESS:  IT'S THIS PANEL HERE.  THIS PANEL HERE --

17      MR. RAFFMAN:  THE BOTTOM LEFT PANEL.

18      THE COURT:  THE LOWER LEFT QUADRANT, OKAY.

19          EXAMINATION

20  BY MR. RAFFMAN:

21  Q.  LOWER LEFT.

22  A.  RIGHT.

23  Q.  YOU'RE SAYING THAT THE SCALE THAT APPLIES IN THE LEFT, IN

24  YOUR INTERPRETATION -- WE'LL LET MR. LEMON EXPLAIN IT, BUT IN

25  YOUR INTERPRETATION, THAT SCALE DOESN'T APPLY TO THIS UPPER RIGHT

## 1011

1  DIAGRAM?

2  A.  IT COULD, BUT IT MAY NOT BE THE CORRECT SCALE.  WHAT I'M

3  SAYING IS, YOU SEE THAT THERE IS A YELLOW -- A WHITE RIM AROUND

4  THIS.  THIS IS HIGHLIGHTED.  THIS HAS A RIM AROUND IT HIGHLIGHTED

5  IN WHITE.

6      WHEN YOU TO GO HIS SOFTWARE AND YOU CLICK ON A PANEL,

7  IT GIVES YOU THE SCALE ASSOCIATED WITH THAT PANEL.  AND I CAN

8  GUARANTEE YOU THAT THIS SCALE IS ASSOCIATED WITH MESOCYCLONE.

9  THIS MAY NOT BE THE APPROPRIATE SCALE THAT GOES WITH THIS

10  PARTICULAR LOCATION.

11  Q.  GENERALLY SPEAKING, NOW, YOU'VE INTERPRETED LOTS OF IMAGES,

12  SO LET ME SEE IF I CAN APPROACH THIS FROM A MORE GENERAL BASIS.

13  WHEN YOU HAVE A BRIGHT COLOR, THAT REPRESENTS A HIGHER VELOCITY

14  IN THE DIRECTION OF THAT COLOR, RIGHT?

15  A.  THAT'S CORRECT.

16  Q.  SO WHEN YOU HAVE A BRIGHT RED IN THIS PART, THAT REPRESENTS

17  A HIGHER VELOCITY COMPONENT AWAY FROM THE RADAR, RIGHT,

18  DR. MITCHELL?

19  A.  CORRECT.

20  Q.  AND WHEN YOU HAVE A DARKER --

21      THE COURT:  LET HIM ANSWER.  I DIDN'T HEAR HIM ANSWER.

22      MR. RAFFMAN:  I'M SORRY.

23      THE WITNESS:  CORRECT.

24      MR. RAFFMAN:  THANK YOU, JUDGE.

25          EXAMINATION

## 1012

1  BY MR. RAFFMAN:

2  Q.  WHEN YOU HAVE A DARKER CIRCLE HERE, WE HAVE A DARKER PATTERN

3  HERE, DARKER PATTERN REPRESENTS A COMPONENT AWAY FROM THE RADAR

4  BUT WITH A LESS -- WITH LESS VELOCITY, RIGHT?

5  A.  YES.

6  Q.  SO IF YOU HAD A MESOCYCLONE ENTRAINED WITHIN A PREDOMINANT

7  WIND BLOWING AWAY FROM THE RADAR, YOU COULD EASILY SEE A PATTERN

8  IN WHICH YOU HAVE A BRIGHT RED FEATURE HERE WITH A CYCLONIC

9  ROTATION, AND A DARKER PATTERN HERE ON THE OTHER SIDE OF IT, AND

10  THAT DARKER PATTERN WILL BE STILL RED BECAUSE THE ENTIRE

11  MESOCYCLONE IS -- HAS GOT WIND COMPONENTS THAT ARE ALL AWAY FROM

12  THE RADAR; ISN'T THAT POSSIBLE, DR. MITCHELL?

13  A.  I CAN'T REALLY COMMENT ON THAT, COUNSELOR, BECAUSE THE DATA

14  HAS BEEN PROCESSED.  I CAN COMMENT ON THE -- MY OWN PANEL, WHICH

15  IS THAT PANEL OBTAINED UNFILTERED FROM THE NATIONAL WEATHER

16  SERVICE, AND IT SHOWS A MESOCYCLONE.  AND IT SHOWS EXACTLY THE

17  SAME MESOCYCLONE POSITION WISE AND ORIENTATION WISE AS THE LOWER

18  LEFT PANEL IN MR. LEMON'S REPORT.

19  Q.  YOU INTERPRET RADAR IMAGES -- WEATHER IMAGES FOR A LIVING,

20  RIGHT?

21  A.  YES, SIR.

22  Q.  IF I PRESENT YOU WITH A RADAR IMAGE WHICH HAS A BRIGHT RED

23  COMPONENT FEATURE HERE AND A DARK -- DARKER RED FEATURE HERE, AND

24  I TELL YOU THAT THIS IS A MESOCYCLONE WHICH EXISTS WITHIN A

25  HURRICANE FEEDER BAND, ARE YOU GOING TO TELL ME THAT THIS IMAGE

## 1013

1  DOES NOT ACCURATELY PORTRAY THE VELOCITY OF THE WINDS WITH A

2  HEAVY VELOCITY AWAY FROM THE RADAR WHERE THE MESOCYCLONE IS

3  ROTATING IN THE DIRECTION OF THE HURRICANE WIND, AND A LIGHTER

4  VELOCITY AWAY FROM THE RADAR WHERE THE MESOCYCLONE IS ROTATING

5  COUNTER TO THE DIRECTION OF THE PREVAILING HURRICANE WIND?

6  A.  IS THERE A QUESTION THERE?  MAY I?

7      THE COURT:  YES.  MAY I -- AND, COUNSEL, I'M GOING TO

8  LET YOU CONTINUE.  MY QUESTION IS, IS IT POSSIBLE THAT -- AND I'M

9  NOT SURE OF THE CORRECT PRONUNCIATION, MESO, MESO, I'LL USE

10  MESO -- MESOCYCLONE CAN PRODUCE WINDS THAT WOULD SHOW UP ON THE

11  IMAGE AS -- SINCE WE DO HAVE A CYCLONE WITHIN THE HURRICANE, THAT

12  WOULD ALL BE EITHER IN ONE INTENSITY OR ANOTHER GOING AWAY FROM

13  THE RADAR?

14      THE WITNESS:  WELL --

15      THE COURT:  OR WOULD IT BE AN INEXORABLE FACT THAT SOME

16  OF THE WIND WOULD HAVE TO BE GOING IN ANOTHER DIRECTION.

17      THE WITNESS:  EXACTLY.  LET ME -- IF I WAS JUST -- IF I

18  WAS HANDED THIS PANEL THAT HAD BEEN FILTERED, I WOULD BE HARD

19  PRESSED TO SAY THAT THERE WAS EVER A MESOCYCLONE THERE.  I

20  COULDN'T TELL.  I COULDN'T INTERPRET THAT.  YOU LOOK AT THAT

21  PANEL.

22      IF YOU GO TO LOOK AT THE UNFILTERED DATA, WHICH IS

23  MY SLIDE THAT WE HAD JUST BEEN LOOKING AT, I MAKE THE

24  INTERPRETATION THAT THERE IS A MESOCYCLONE.  THAT'S WHY YOU DON'T

25  FILTER THE DATA.

1014

1 THE COURT: WELL, I THINK COUNSEL IS ASSUMING THAT THERE
2 IS A MESOCYCLONE, BUT HE'S ASKING IS IT POSSIBLE THAT THE WIND
3 SPEED WOULD SIMPLY BE LESS THAN THE MESOCYCLONE BUT IN THE SAME
4 DIRECTION? THAT'S WHAT HE'S ASKING. AND IS THAT POSSIBLE?
5 THE WITNESS: THAT'S POSSIBLE. IT'S POSSIBLE.
6 EXAMINATION
7 BY MR. RAFFMAN:
8 Q. THANK YOU, DR. MITCHELL. BEFORE I LEAVE THIS SET OF SLIDES,
9 THE SMALL PINPOINT THERE, AS DR. -- I'M SORRY, AS MR. LEMON HAS
10 RENDERED IT, IS IN THE -- THAT'S THE LOCATION OF THE INNER HARBOR
11 NAVIGATION CANAL, RIGHT?
12 A. I BELIEVE, ACCORDING TO HIS REPORT.
13 Q. AND THE DATA REFLECTED EVEN IN THE STORM RELATIVE VELOCITY
14 IS THAT THE WIND IS BLOWING WITH A COMPONENT AWAY FROM THE RADAR
15 BECAUSE IT'S PINK, RIGHT, DR. MITCHELL?
16 A. YES. I MEAN, THE OVERALL WIND FIELD IS VERY -- IS A LIGHT
17 PINK.
18 Q. AND IN YOUR PLAINTIFF'S 434 --
19 MAY WE GO BACK TO THE ELMO, PLEASE.
20 -- AGAIN, YOU HAVE THE INNER HARBOR NAVIGATION CANAL
21 SOMEWHERE IN THE VICINITY OF THE LASER POINTER DOWN HERE,
22 CORRECT, DR. MITCHELL?
23 A. CORRECT.
24 Q. AND, AGAIN, THE VELOCITY DATA THAT YOU ARE DEPICTING IN YOUR
25 REPORT SHOWS THAT THE WIND AT THE INNER HARBOR NAVIGATION CANAL

1015

1 AT THAT TIME HAS GOT A DIRECTION AWAY FROM THE RADAR, WHICH IS UP
2 HERE TO THE NORTHEAST, CORRECT?
3 A. WELL, THE OVERALL WIND FIELD, IF YOU'RE TALKING ABOUT THE
4 RED BACKGROUND, YES.
5 Q. OKAY, THANK YOU.
6 DR. MITCHELL, YOU TESTIFIED THIS MORNING ABOUT THE
7 COMPOSITE REFLECTIVITY DATA AND THEN GOING TO THE LEVEL 3
8 MESOCYCLONE ALGORITHMS TO IDENTIFY A MESOCYCLONE. DO YOU RECALL
9 THAT TESTIMONY?
10 A. YES, SIR.
11 Q. AND AM I RIGHT THAT IF A MESOCYCLONE ALGORITHM GENERATES A
12 DOT ON THE BLACK BACKGROUND MAP THAT SAYS THERE IS A MESOCYCLONE
13 THERE, YOU HAVE TAKEN IT AS ESTABLISHED THAT THAT WAS, IN FACT, A
14 MESOCYCLONE, RIGHT?
15 A. IF IT'S FLAGGED BY THE ALGORITHM AND IT'S PICKED UP A
16 THUNDERSTORM CELL AND IDENTIFIED THAT CELL AS HAVING ROTATION,
17 CYCLONIC ROTATION.
18 Q. SO ANYTIME YOU HAVE AN ALGORITHM THAT IDENTIFIES IT, THAT'S
19 GOOD ENOUGH FOR YOU, RIGHT?
20 A. THE ALGORITHM HAS BEEN DEVELOPED OVER MANY YEARS OF RESEARCH
21 BY NASA AND NOAA. THE ALGORITHMS ARE USED IN EVERY HURRICANE FOR
22 ANALYSIS. I DON'T SEE ANY PROBLEM WITH THE ALGORITHM.
23 THE THING ABOUT THE ALGORITHM IS THAT IT'S FLAGGING
24 CELLS THAT HAVE A CERTAIN INTENSITY. THERE ARE PROBABLY NUMEROUS
25 CELLS THE ALGORITHM IS MISSING THAT DON'T FIT THE CRITERIA OF

1016

1 BEING AT MULTIPLE LEVELS AND DURATION OF A CERTAIN TIME.
2 SO WE'RE ONLY SEEING A FRACTION, PROBABLY A
3 PROBABLY HUNDREDS OF MESOCYCLONES THAT ARE EXISTING.
4 Q. AND JUST SO I GET THE ANSWER TO THE QUESTION I ASKED,
5 DR. MITCHELL, THE ALGORITHM OUTPUT IS GOOD ENOUGH FOR YOU, RIGHT?
6 A. WELL, YOU HAVE TO LOOK AT ALL PIECES OF DATA. I'VE LOOKED
7 AT THE REFLECTIVITY DATA, ALSO, TO SHOW WHERE THE CELLS ARE
8 LOCATED. BUT, YES, TO ANSWER YOUR QUESTION, THE ALGORITHM DATA
9 IS GOOD.
10 Q. GOOD ENOUGH. YES. THANK YOU.
11 DR. MITCHELL, YOUR --
12 MR. GILBERT: EXCUSE ME, YOUR HONOR, I'M SORRY TO
13 INTERRUPT. THE TRANSCRIPT REFLECTS THAT HE SAYS "GOOD ENOUGH."
14 HE DID NOT SAY "GOOD ENOUGH." HE SAID "GOOD."
15 THE COURT: I'M SORRY?
16 MR. GILBERT: THE TRANSCRIPT REFLECTS THAT HE SAYS,
17 "GOOD ENOUGH." HE DID NOT SAY "GOOD ENOUGH." HE JUST SAID
18 "GOOD."
19 THE COURT: I'LL CHECK THIS WITH --
20 THE WITNESS: I CAN'T REMEMBER WHAT I -- I SAID "GOOD,"
21 I THOUGHT.
22 THE COURT: THE COURT REPORTER IS GOING TO BE MY GUIDE,
23 SIR, I'M AFRAID.
24 THE COURT REPORTER: AND I'LL CHECK IT. I'LL CHECK IT.
25 THE COURT: ALL RIGHT. YOU CAN CHECK IT.

1017

1 MR. GILBERT: THANK YOU, YOUR HONOR. SORRY, MARK.
2 (REPORTER'S NOTE: UPON DOUBLE CHECKING THE AUDIO OF THE
3 PROCEEDINGS, THE CORRECT ABOVE-MENTIONED RESPONSE WAS, "BUT, YES,
4 TO ANSWER YOUR QUESTION, THE ALGORITHM DATA IS GOOD.")
5 EXAMINATION
6 BY MR. RAFFMAN:
7 Q. DR. MITCHELL, YOUR PH.D. PROGRAM DID NOT INCLUDE ANY COURSES
8 IN THE USE OR INTERPRETATION OF DOPPLER RADAR, DID IT?
9 A. NO, MY PH.D. PROGRAM WAS MATHEMATICAL, UNDERSTANDING THE
10 EQUATIONS THAT ARE USED TO STUDY FLUID DYNAMICS AND WEATHER
11 PHENOMENA.
12 Q. AND IN YOUR CAPACITY AS A MEMBER OF THE AMERICAN
13 METEOROLOGICAL SOCIETY, YOU HAVEN'T TAKEN ANY COURSES IN THE
14 INTERPRETATION AND USE OF DOPPLER RADAR; AM I RIGHT?
15 A. NO COURSES, NO, SIR.
16 Q. AND, IN FACT, YOU HAVEN'T TAKEN ANY COURSES OR TRAINING IN
17 DOPPLER RADAR SINCE RECEIVING YOUR PH.D. IN 1976; ISN'T THAT
18 RIGHT?
19 A. WELL, THAT IS A CORRECT ANSWER; BUT, IF I'M ALLOWED TO
20 ELABORATE, I MEAN, I'M A MEMBER OF THE AMERICAN METEOROLOGICAL
21 SOCIETY. I READ EVERY JOURNAL ON THE UPDATES OF RADAR.
22 I'M NOT A RADAR TECHNICIAN, WHICH MOST SCHOOLS ARE FOR
23 TECHNICIANS TO OPERATE THE RADAR, BUT I UNDERSTAND DOPPLER RADAR
24 AND THE PROCESSES COMPLETELY.
25 Q. YOU DON'T HAVE ANY CERTIFICATIONS IN THE USE OR

**1018**

1  INTERPRETATION OF DOPPLER RADAR, RIGHT?

2  A.  NO CERTIFICATION.

3  Q.  APART FROM TEACHING UNDERGRADUATES WHILE YOU WERE PURSUING

4  YOUR GRADUATE STUDIES AT PURDUE 30-PLUS YEARS AGO, YOU'VE NEVER

5  DONE ANY TEACHING; AM I RIGHT?

6  A.  NO, SIR.

7  Q.  I'M SORRY, THE RECORD IS NOT GOING TO BE CLEAR BECAUSE I

8  ASKED, "AM I RIGHT," AND YOU SAID, "NO, SIR."

9        THE COURT:  MY UNDERSTANDING IS HE'S DONE NO TEACHING --

10       MR. RAFFMAN:  THANK YOU, JUDGE.

11       THE COURT:  -- SINCE HIS GRADUATE STUDY DAYS.

12       MR. RAFFMAN:  THANK YOU, JUDGE.

13       THE COURT:  I ASSUME THAT'S CORRECT.

14       THE WITNESS:  THAT'S CORRECT.

15             EXAMINATION

16  BY MR. RAFFMAN:

17  Q.  THEN NECESSARILY FOR THE LAST 34 YEARS YOU'VE NEVER TAUGHT

18  ANY COURSES IN THE USE AND INTERPRETATION OF DOPPLER RADAR?

19  A.  NO, SIR.

20  Q.  APART FROM YOUR PH.D. THESIS WRITTEN 34 YEARS AGO IN 1976,

21  YOU'VE NEVER GIVEN ANY KIND OF PRESENTATION CONCERNING FORENSIC

22  METEOROLOGY APART FROM MAYBE WHAT YOU'VE DONE IN COURT, CORRECT?

23  A.  NO.

24  Q.  ANOTHER BAD QUESTION, BUT I THINK THE JUDGE UNDERSTANDS.

25  APART FROM YOUR PH.D. THESIS IN 1976, YOU'VE NEVER

**1019**

1  WRITTEN ANY PAPERS CONCERNING FORENSIC METEOROLOGY?

2  A.  NOT FORENSIC METEOROLOGY, NO, SIR.

3  Q.  SO NECESSARILY, AT LEAST SINCE 1976 YOU'VE NEVER WRITTEN ANY

4  PAPER FOR PUBLICATION, PEER-REVIEWED OR OTHERWISE, CONCERNING THE

5  USE AND INTERPRETATION OF DOPPLER RADAR?

6  A.  THAT IS CORRECT.

7  Q.  AND AT LEAST AS OF THE TIME YOU ISSUED YOUR REPORT IN THIS

8  CASE, YOU HAD NO FAMILIARITY WITH THE GR2ANALYST COMMERCIAL

9  PROGRAM, RIGHT?

10  A.  THAT'S NOT CORRECT.

11  Q.  LET ME HAVE DEPOSITION 95, LINES 22 TO 24.

12       YOU REMEMBER YOU GAVE A DEPOSITION, RIGHT?

13  A.  I GAVE A DEPOSITION.

14  Q.  AND WHEN I ASKED YOU THE QUESTION, "ARE YOU FAMILIAR WITH

15  THE GR2ANALYST PROGRAM," YOU TOLD ME AT THE DEPOSITION, "NO, I'M

16  NOT A RADAR TECHNICIAN.  I'M NOT SURE WHAT THAT IS."

17  A.  I SEE.  I DIDN'T REMEMBER THAT.  WHAT I WAS FAMILIAR WITH

18  ARE THERE ARE SEVERAL ALGORITHMS AND COMMERCIAL PRODUCTS

19  AVAILABLE FOR INTERPRETING RADAR.  WHEN YOU GAVE ME THAT ACRONYM,

20  I DIDN'T RECOGNIZE IT.

21  Q.  DR. MITCHELL, YOU'VE NEVER USED DOPPLER RADAR TO WARN THE

22  PUBLIC ABOUT SEVERE STORMS BECAUSE THAT'S SOMETHING THAT THE

23  NATIONAL WEATHER SERVICE DOES, RIGHT?

24  A.  THAT'S WHAT FORECASTERS DO.  I AM NOT A FORECASTERS.

25  Q.  AND YOU'VE NEVER WORKED FOR THE NATIONAL WEATHER SERVICE?

**1020**

A.  CORRECT.

Q.  YOU'VE NEVER TAUGHT PEOPLE HOW TO ISSUE SEVERE STORM

WARNINGS?

A.  NO, SIR.

Q.  YOU'VE NEVER HAD A ROLE IN DEVELOPING ANY OF THE NATIONAL

WEATHER SERVICE DOPPLER RADAR PRODUCTS AND ALGORITHMS?

A.  THAT'S CORRECT.

Q.  AND WHEN IT COMES TO PEOPLE YOU WOULD RELY ON AS BEING

EXPERTS IN DOPPLER RADAR AND DETECTION OF SEVERE STORMS, THE

PEOPLE THAT DEVELOPED THE MESOSCALE AND THE TORNADO VORTEX

ALGORITHMS WOULD BE QUALIFIED?

A.  AND I TALK TO THEM -- THEY WOULD BE QUALIFIED.  AND WHEN I

TALK TO THE PEOPLE AT THE NATIONAL CLIMATIC DATA CENTER THAT

ARCHIVES AND ENSURES THE QUALITY OF THESE PRODUCTS, I TALK TO

RADAR EXPERTS.  EVERY JOURNAL EACH MONTH HAS NEW ARTICLES ON

MY 30 YEARS OF FORENSIC WORK, YES, SIR.

Q.  THANK YOU.

        THE NATIONAL WEATHER SERVICE WEBSITE AT NOAA.GOV IS A

GOOD PLACE TO GO TO LEARN ABOUT DOPPLER RADAR, RIGHT?

A.  NOT NECESSARILY.  I MEAN, IF YOU WANT A SIMPLISTIC APPROACH,

THERE IS SOME INTRODUCTORY PAPERS.  BUT, AGAIN, COUNSELOR, I'M A

MEMBER OF THE AMERICAN METEOROLOGICAL SOCIETY.  I READ THE

TECHNICAL JOURNALS.  EVERY JOURNAL EACH MONTH HAS NEW ARTICLES ON

WAYS TO INTERPRET, ANALYZE, IMPLEMENT DOPPLER RADAR IN VARIOUS

SCENARIOS AND CASE STUDIES.  SO I'M WELL ABREAST OF THE USE OF

**1021**

DOPPLER RADAR.

Q.  ALL RIGHT.  I ASKED YOU ABOUT THE NOAA.GOV WEBSITE, AND I

GUESS, GIVEN YOUR ANSWER, I'M GOING TO ASK THAT WE CALL UP PAGE

202, LINES 6 TO 23 OF YOUR DEPOSITION.

        I ASKED YOU, "IS THERE A LEARNED TREATISE THAT I CAN GO

TO THAT WILL EDUCATE ME IN THE INTERPRETATION OF NEXRAD RADAR

DATA," AND YOU GAVE AN ANSWER WHICH THE COURT CAN READ, AND I

WANT TO FOCUS ON THE LAST SENTENCE OF YOUR ANSWER, WHERE YOU

SAID, "NOAA.GOV, YOU CAN -- THAT'S PROBABLY THE BEST WAY TO START

AND DO A SEARCH ON DOPPLER RADAR, AND YOU'LL FIND MORE THAN YOU

EVER WANTED TO READ."  SO THAT WAS YOUR DEPOSITION TESTIMONY,

RIGHT?

A.  AND YOU HAVE TO LOOK AT YOUR QUESTION THERE, COUNSELOR.  YOU

SAID, IS THERE A LEARNED TREATISE THAT I CAN GO TO THAT WILL

EDUCATE ME?  MY FOCUS ON WAS ON YOU, COUNSELOR, THAT YOU COULD GO

TO AND UNDERSTAND SOME INFORMATION ABOUT DOPPLER RADAR AT A

GOVERNMENTAL SITE.

        NOW, I HAVE ALL THE JOURNALS IN THE WORLD ON DOPPLER

RADAR FROM THE AMERICAN METEOROLOGICAL SOCIETY, AND I'LL SEND

THEM ALL TO YOU.

Q.  I DON'T THINK MY CLIENT IS GOING TO WANT TO PAY ME TO READ

THEM ALL, SO I'LL PASS ON THAT OFFER, DR. MITCHELL'S.

        THE COURT:  I'M SURE IF I WERE YOU, MY HOURLY RATE,

WHATEVER IT WOULD BE, WOULD BE UPPED TO HAVE TO READ THEM.  BUT

GO AHEAD.

**1022**

1  MR. RAFFMAN:  I THINK THAT'S A COMPLIMENT, JUDGE, THANK
2  YOU.
3           EXAMINATION
4  BY MR. RAFFMAN:
5  Q.  DR. MITCHELL, WHAT YOU DO PROFESSIONALLY MAINLY CONCERNS
6  ASSISTING LAWYERS IN LITIGATION; ISN'T THAT RIGHT?
7  A.  NO, NOT NECESSARILY.  WHEN I FIRST STARTED MY COMPANY IN
8  '92, I WAS WORKING ON AIR MODELING AND DISPERSION MODELING FOR
9  PERMIT ANALYSIS.  I'VE DONE CLIMATE STUDIES NOT RELATED TO
10  LITIGATION.  I'VE WORKED FOR SEVERAL ENGINEERING COMPANIES THAT
11  WANTED TO KNOW THE OCCURRENCE OF TORNADOES OR HIGH-WIND EVENTS
12  WHERE THEY WERE PLANNING TO PUT WAREHOUSES.  THESE ARE
13  NONRELATED.
14      BUT PROBABLY 80 PERCENT NOW OF MY BUSINESS -- I DON'T
15  KNOW WHAT I SAID IN MY DEPOSITION; MAYBE IT'S HIGHER NOW -- 80,
16  85 PERCENT IS LITIGATION WORK.
17  Q.  THANK YOU.
18      MR. RAFFMAN:  JUDGE, JUST SO THE COURT IS AWARE OF MY
19  PLANS AND INTENTIONS FOR THE CROSS-EXAMINATION OF THIS WITNESS, I
20  PROBABLY HAVE ABOUT ANOTHER HOUR.
21      THE COURT:  OH, SURE, WE'RE GOING TO TAKE A RECESS.  I
22  LOST TRACK OF THE TIME.  THANK YOU FOR ALERTING ME.
23      I'M SURE ALL OF YOU ARE READY FOR A WONDERFUL
24  NEW ORLEANS LUNCH, SO WE WILL HAVE A RECESS UNTIL 1:15 OR
25  THEREABOUTS.

**1023**

1  MR. RAFFMAN:  THANK YOU, YOUR HONOR.
2  MR. GILBERT:  THANK YOU, SIR.
3  MR. RAFFMAN:  JUDGE, IF WE COULD INSTRUCT THE WITNESS
4  NOT TO CONFER WHILE ON CROSS-EXAMINATION, IF THAT'S NECESSARY.
5      THE COURT:  I WILL SO INSTRUCT; BUT, AS LONG AS
6  EVERYBODY AGREES AND WE'RE NOT GOING TO HAVE A DEBATE, THAT'S
7  FINE.
8      SIR, PLEASE DON'T DISCUSS YOUR TESTIMONY.
9  THE WITNESS:  WITH ANYONE?
10  THE COURT:  YES.
11      (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE COURT
12  WAS IN LUNCHEON RECESS.)
13           * * *
14
15
16
17
18
19
20
21
22
23
24
25

**1024**

REPORTER'S CERTIFICATE

I, CATHY PEPPER, CERTIFIED REALTIME REPORTER, REGISTERED
MERIT REPORTER, REGISTERED PROFESSIONAL REPORTER, CERTIFIED COURT
REPORTER OF THE STATE OF LOUISIANA, OFFICIAL COURT REPORTER FOR
THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA,
DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT
TRANSCRIPT, TO THE BEST OF MY ABILITY AND UNDERSTANDING, FROM THE
RECORD OF THE PROCEEDINGS IN THE ABOVE-ENTITLED AND NUMBERED
MATTER.


         S/CATHY PEPPER
         CATHY PEPPER, CRR, RMR, CCR
         OFFICIAL COURT REPORTER
         UNITED STATES DISTRICT COURT

1025

1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF LOUISIANA

3

4

5        IN RE:  KATRINA DREDGING      *   Civil Action

         LIMITATION ACTION            *

6        CONSOLIDATED LITIGATION      *   No. 05-4182

                                      *

7                                     *   Section K(2)

         PERTAINS TO:                 *

8        BARGE                        *   New Orleans, Louisiana

                                      *

9        MUMFORD, C.A. NO. 05-5724, AS *  June 28, 2010

         TO PLAINTIFFS JOSEPHINE      *

10       RICHARDSON AND HOLLIDAY      *   Afternoon Session

         JEWELERS, INC., ONLY         *

11       AND                          *

         BENOIT, C.A. NO. 06-7516, AS *

12       TO PLAINTIFFS JOHN ALFORD AND *

         JERRY ALFORD ONLY            *

13       * * * * * * * * * * * * * * *

14                    DAY FIVE

               BENCH TRIAL BEFORE THE

15         HONORABLE STANWOOD R. DUVAL, JR.

             UNITED STATES DISTRICT JUDGE

16

17       APPEARANCES:

18       For the Plaintiffs:      Best Koeppel

                                  BY:  LAURENCE E. BEST, ESQ.

19                                BY:  PETER S. KOEPPEL, ESQ.

                                  2030 St. Charles Avenue

20                                New Orleans, Louisiana 70130

21

22       For the Plaintiffs:      Law Offices of Brian A. Gilbert

                                  BY:  BRIAN A. GILBERT, ESQ.

23                                2030 St. Charles Avenue

                                  New Orleans, Louisiana  70130

24

25

         JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER

                 UNITED STATES DISTRICT COURT

                 EASTERN DISTRICT OF LOUISIANA

## 1026

APPEARANCES:

For the Plaintiffs:      Wiedemann & Wiedemann
                         BY:  KARL WIEDEMANN, ESQ.
                         BY:  LAWRENCE WIEDEMANN, ESQ.
                         821 Baronne Street
                         New Orleans, Louisiana  70113

For the Plaintiffs:      Patrick J. Sanders, LLC
                         BY:  PATRICK J. SANDERS, ESQ.
                         3316 Ridgelake Drive
                         Suite 100
                         Metairie, Louisiana  70002

For the Plaintiffs:      Law Office of Richard T. Seymour,
                         P.L.L.C.
                         BY:  RICHARD T. SEYMOUR, ESQ.
                         1150 Connecticut Avenue N.W.
                         Suite 900
                         Washington, D.C.  20036-4129

For the Plaintiffs:      Khorrami, Pollard & Abir, LLP
                         BY:  SHAWN KHORRAMI, ESQ.
                         444 S. Flower Street
                         33rd Floor
                         Los Angeles, California  90071

For the Plaintiffs:      Wilson, Grochow, Druker & Nolet
                         BY:  LAWRENCE A. WILSON, ESQ.
                         233 Broadway
                         5th Floor
                         New York, New York  10279

For the Defendant:       Chaffe, McCall, L.L.P.
                         BY:  DEREK A. WALKER, ESQ.
                         BY:  CHARLES P. BLANCHARD, ESQ.
                         1100 Poydras Street, Suite 2300
                         New Orleans, Louisiana 70163

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1027

APPEARANCES:

For the Defendant:       Goodwin Procter, L.L.P.
                         BY:  JOHN ALDOCK, ESQ.
                         BY:  MARK RAFFMAN, ESQ.
                         BY:  ADAM CHUD, ESQ.
                         BY:  KIRSTEN ROBBINS, ESQ.
                         BY:  ERIC I. GOLDBERG, ESQ.
                         901 New York Avenue, NW
                         Washington, D.C. 20001

For the Defendant:       Sutterfield & Webb
                         BY:  DANIEL A. WEBB, ESQ.
                         650 Poydras Street, Suite 2715
                         New Orleans, Louisiana 70130

For the Defendant:       Lafarge North America, Inc.
                         BY:  PETER KEELEY, ESQ.
                         12950 Worldgate Drive
                         Herndon, Virginia  20170

Official Court Reporter:    Jodi Simcox, RMR, FCRR
                            500 Poydras Street
                            Room HB-406
                            New Orleans, Louisiana 70130
                            (504) 589-7780

Proceedings recorded by mechanical stenography, transcript
produced by computer.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1028

I N D E X

                                                    Page

DAVID L. MITCHELL

     Cross-Examination                              1029

     Redirect Examination                           1070

GENNARO GERALD MARINO

     Direct Examination                             1079

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1029

```
13:04:30              AFTERNOON SESSION
13:04:30              (June 28, 2010)
12:40:14              * * * * *
13:20:12         THE DEPUTY CLERK:  All rise.  Court's in session.
13:20:26    Please be seated.
13:20:28         THE COURT:  Yes, sir.  Are you ready to proceed?
13:20:30         THE WITNESS:  Yes, Your Honor.
09:20:43         (WHEREUPON, David L. Mitchell, having been previously
09:20:43    duly sworn, testified as follows.)
13:20:31              CROSS-EXAMINATION
13:20:31    BY MR. RAFFMAN:
13:20:31    Q.  Good afternoon, Dr. Mitchell.
13:20:34         I want to ask you a few questions about the H-wind
13:20:38    data.  You have included the H wind data in your report; right?
13:20:46    A.  Correct.
13:20:47    Q.  And the H-wind data is reliable wind data; right?
13:20:53    A.  Yes, sir.
13:20:54    Q.  The National Weather Service used data from the lakefront
13:21:01    airport in their H-wind analysis for as long as the airport was
13:21:07    functioning; right?
13:21:08    A.  What they did -- and I can't comment on how much of the
13:21:11    lakefront airport they used, counselor, in their H-wind
13:21:14    analysis.  I know if an official site or a site is
13:21:17    operational and they deem the data valid, they will include it
13:21:21    in their H-wind analysis.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1030**

| | | |
|---|---|---|
| 1 | 13:21:51 | Q. Dr. Mitchell, of course, I'm showing you a graphic here. |
| 2 | 13:21:57 | Do you recognize this graphic as an H-wind data output, showing |
| 3 | 13:22:01 | the H-wind data for Katrina for 4:00 in the morning Central |
| 4 | 13:22:04 | Daylight Time on the morning of October -- I'm sorry, |
| 5 | 13:22:13 | August 29th? |
| 6 | 13:22:15 | A. Correct. |
| 7 | 13:22:22 | Q. For the Court's orientation, you can see the Louisiana |
| 8 | 13:22:25 | coast in the area that I'm pointing to with my laser pointer? |
| 9 | 13:22:29 | A. Correct. |
| 10 | 13:22:30 | Q. The Inner Harbor Navigation Canal is in this area that I'm |
| 11 | 13:22:36 | pointing to with my laser pointer here? |
| 12 | 13:22:38 | A. Correct. |
| 13 | 13:22:40 | Q. The white arrows that are reflected in the H-wind data |
| 14 | 13:22:46 | represent the H-wind rendition of the direction of the winds; |
| 15 | 13:22:50 | right? |
| 16 | 13:22:51 | A. Based on that large synoptic scale, yes, sir. |
| 17 | 13:22:57 | Q. Hurricane Katrina made landfall at Buras in the |
| 18 | 13:23:00 | neighborhood of 6:30 in the morning? |
| 19 | 13:23:03 | A. I believe so, yes, sir. |
| 20 | 13:23:04 | Q. And the storm center passed on a roughly north/south axis? |
| 21 | 13:23:12 | A. Correct. |
| 22 | 13:23:13 | Q. To the east of the City of New Orleans? |
| 23 | 13:23:16 | A. Right. And I've already shown the detail of the track in |
| 24 | 13:23:18 | my report. We don't have to estimate it. We know what the |
| 25 | 13:23:22 | track was in my displays. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1032**

| | | |
|---|---|---|
| 1 | 13:24:30 | storm; am I correct?" |
| 2 | 13:24:31 | And you answered: |
| 3 | 13:24:32 | "ANSWER: "That's correct." |
| 4 | 13:24:33 | A. That's correct. |
| 5 | 13:24:34 | Q. Okay. Let me ask you a couple of questions about storm |
| 6 | 13:24:40 | surge. |
| 7 | 13:24:41 | MR. RAFFMAN: I'm sorry, Judge. |
| 8 | 13:24:43 | THE COURT: Go ahead. |
| 9 | 13:24:43 | BY MR. RAFFMAN: |
| 10 | 13:24:43 | Q. A couple of questions about storm surge. |
| 11 | 13:24:47 | Do you agree with IPET that Katrina created the |
| 12 | 13:24:53 | highest storm surge ever experienced in North America? |
| 13 | 13:24:57 | A. Correct. In Pass Christian, it was over 35 feet above sea |
| 14 | 13:25:00 | level. |
| 15 | 13:25:01 | Q. And storm surge is a gradual rise of water inland due to a |
| 16 | 13:25:05 | phenomenon such as a hurricane? |
| 17 | 13:25:09 | A. Correct. |
| 18 | 13:25:09 | Q. Storm surge is not a tidal wave; right? |
| 19 | 13:25:12 | A. Correct. |
| 20 | 13:25:13 | Q. Storm surge builds because of the wind. It's one of the |
| 21 | 13:25:17 | main factors; right? |
| 22 | 13:25:18 | A. It's the forward movement of the hurricane. And, of |
| 23 | 13:25:22 | course, in the right quadrant, the extreme winds that are |
| 24 | 13:25:25 | building and pushing water at the momentum ahead of it, yes, |
| 25 | 13:25:32 | sir. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1031**

| | | |
|---|---|---|
| 1 | 13:23:22 | Q. The storm center passed to the east of New Orleans around |
| 2 | 13:23:25 | 9:00 in the morning on August 29th? |
| 3 | 13:23:27 | A. Correct. |
| 4 | 13:23:30 | Q. Hurricanes circulate in a cyclonic counterclockwise |
| 5 | 13:23:36 | motion? |
| 6 | 13:23:37 | A. That's correct. |
| 7 | 13:23:37 | Q. So if you stand with your back to the wind in a hurricane |
| 8 | 13:23:41 | in the northern hemisphere, you expect the low-pressure area to |
| 9 | 13:23:47 | be to your left? |
| 10 | 13:23:48 | A. Correct. |
| 11 | 13:23:49 | Q. Thunderstorms are embedded within the feeder bands of the |
| 12 | 13:23:53 | hurricane? |
| 13 | 13:23:53 | A. Yes, sir. |
| 14 | 13:23:54 | Q. And the feeder bands of the hurricane are obeying the |
| 15 | 13:23:57 | large-scale rotation around the center of the storm? |
| 16 | 13:24:01 | A. Not necessarily, counselor. If you remember my radar |
| 17 | 13:24:07 | diagram, these early feeder bands were disorganized and the |
| 18 | 13:24:12 | convection going on with those feeder bands were chaotic and |
| 19 | 13:24:16 | not organized in any wind direction. |
| 20 | 13:24:20 | MR. RAFFMAN: May I see page 43 of lines 8 to 11 in |
| 21 | 13:24:23 | the deposition. |
| 22 | 13:24:23 | BY MR. RAFFMAN: |
| 23 | 13:24:23 | Q. The question I asked: |
| 24 | 13:24:24 | "QUESTION: And the feeder bands of the hurricanes |
| 25 | 13:24:25 | are obeying the large-scale rotation around the center of the |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1033**

| | | |
|---|---|---|
| 1 | 13:25:32 | Q. So what's happening here is we experience this large storm |
| 2 | 13:25:36 | surge into Lake Borgne; right? |
| 3 | 13:25:38 | A. We had storm surge. We had crossing St. Bernard Parish. |
| 4 | 13:25:42 | We had storm surge moving, pushing water out of Lake Borgne. |
| 5 | 13:25:46 | We had all of that happening as it approached. Then, on the |
| 6 | 13:25:49 | back circulation, it was pushing water out of Lake |
| 7 | 13:25:51 | Pontchartrain back across. |
| 8 | 13:25:53 | Q. The reason that the storm surge is being pushed is because |
| 9 | 13:25:58 | you have powerful winds acting on the water in a consistent -- |
| 10 | 13:26:07 | well, roughly consistent direction over a long period of time; |
| 11 | 13:26:11 | isn't that right? |
| 12 | 13:26:11 | A. On the synoptic scale. |
| 13 | 13:26:14 | The microbursts or the mesoscale phenomena are not |
| 14 | 13:26:21 | affecting the surge in any way. It's always the synoptic or |
| 15 | 13:26:25 | large-scale system that's pushing the storm forward, and that's |
| 16 | 13:26:28 | how the hurricane is characterized in its intensity. |
| 17 | 13:26:33 | Q. Because if you have all kinds of chaotic movement that was |
| 18 | 13:26:36 | regularly or routinely affecting the movement a lot, if this |
| 19 | 13:26:42 | was all chaotic, you could never have a storm surge, could you? |
| 20 | 13:26:47 | A. No, sir. You're missing the point, counselor. I just |
| 21 | 13:26:50 | stated that, on the synoptic system, with the sustained winds, |
| 22 | 13:26:53 | the one-minute sustained winds, how hurricane intensity is |
| 23 | 13:26:57 | measured, they are in a sustainable, continuous pattern to push |
| 24 | 13:27:00 | the water. |
| 25 | 13:27:01 | The smaller events are not affecting water surge. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1034**

1  13:27:07  They are affecting property locations and the barge and other

2  13:27:12  phenomena as the hurricane moves onshore.

3  13:27:21  Q.  Am I correct that no tornadoes touched down in New Orleans

4  13:27:34  during Hurricane Katrina?

5  13:27:35  A.  That's correct.

6  13:27:35  Q.  And there's no evidence that any tornadoes formed over the

7  13:27:36  canal location or reached ground level?

8  13:27:38  A.  You would have to ask whether a tornado touched down or

9  13:27:41  did tornadoes form.  There's a difference.

10  13:27:44  Q.  Well, I'm asking you is there -- the question I asked you

11  13:27:45  is:  There is evidence that any tornadoes formed over the

12  13:27:49  canal location or reached ground level?  That's my question.

13  13:27:53  A.  Well, there's two parts to the question.  First of all,

14  13:27:55  there's a tornado vortex signature that forms to the north very

15  13:27:59  close to the canal, which meant that we had tornadic winds

16  13:28:03  impact the canal.

17  13:28:05      There was no reports of a ground tornado at the

18  13:28:08  canal.

19  13:28:10  MR. RAFFMAN:  All right.  May I please see deposition

20  13:28:13  page 84, lines 15 to 17.

21  13:28:15  BY MR. RAFFMAN:

22  13:28:15  Q.  You'll note that my wording of my question that I just

23  13:28:18  asked is the same wording:

24  13:28:20      "QUESTION:  There's no evidence that any tornadoes

25  13:28:22  formed over the canal location or reached ground level?

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1035**

1  13:28:24      "ANSWER:  Well, that's true."

2  13:28:28      Isn't that what you answered?

3  13:28:29  A.  And the definition of a tornado is a ground event.

4  13:28:42  Q.  A microburst is like a lightning strike; right?

5  13:28:49  A.  That's a good -- that's my analogy I use a lot of times to

6  13:28:54  explain the type of damage done to property locations.

7  13:28:57  Q.  A microburst is totally random?

8  13:29:01  A.  Yes, sir.

9  13:29:01  Q.  And like lightning strikes, microburst winds are very

10  13:29:06  isolated; right?

11  13:29:08  A.  They can be.  Within hurricanes, where you have hundreds

12  13:29:13  of storms, they may not be very isolated.

13  13:29:16  MR. RAFFMAN:  Deposition page 30, lines 17 and 18,

14  13:29:19  please.  Why don't you give the whole answer.

15  13:29:30  BY MR. RAFFMAN:

16  13:29:30  Q.  "ANSWER:  What I testified is mesocyclones are present and

17  13:29:35  that we have microburst winds present.  But microburst winds

18  13:29:40  are very isolated like lightning strikes.  They take off the

19  13:29:44  back of a house or a porch or a chimney or some feature.  They

20  13:29:48  do not reduce a home to a slab."

21  13:29:50      That's what you said at your deposition.

22  13:29:50  A.  Well, I have -- yes, sir.  But you didn't understand the

23  13:29:53  word "isolated."  "Isolated" meaning there is that they are

24  13:29:56  isolated on the aerial extent, and that's what followed after

25  13:29:58  that.  They only take off a chimney or a portion of a home like

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1036**

1  13:30:03  a lightning strike would.  They're an isolated event on the

2  13:30:07  home, not that they're isolated in occurrence.

3  13:30:13  Q.  You've used the word "localized" to refer to microbursts;

4  13:30:18  right?

5  13:30:21  A.  Correct.

6  13:30:22  Q.  And a microburst wind is typically of short duration,

7  13:30:25  about 3 to 5 seconds; right?

8  13:30:28  A.  Normally.

9  13:30:30  Q.  Even if a microburst hits, you don't know what direction

10  13:30:33  the wind is going to go when it hits the ground; right?

11  13:30:38  A.  That's my whole point of this.  It's omnidirectional.

12  13:30:41  There's no way to calculate which way the winds would be

13  13:30:44  blowing after a microburst event.

14  13:30:47  Q.  For every mesocyclonic pattern that you've identified or

15  13:30:53  for every thunderstorm pattern you've identified in your

16  13:30:59  report, you cannot testify that a microburst wind fell out of

17  13:31:02  that thunderstorm and acted on the barge or any other place?

18  13:31:06  A.  No, I have no evidence of that, counselor.  Actually, even

19  13:31:08  if you had an anemometer, it still would not measure a

20  13:31:13  microburst, because an anemometer is going to measure any wind

21  13:31:17  radial to it.

22  13:31:31  Q.  Your report in this case is in front at Defendant's

23  13:31:34  Exhibit 312.  Your report explains the basis and reasons for

24  13:31:42  your opinions; right, Dr. Mitchell?

25  13:31:45  A.  Yes, sir.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1037**

1  13:31:46  Q.  Your opinions are based on the interpretation of radar

2  13:31:50  data and images?

3  13:31:51  A.  It's based on my interpretation of official data obtained

4  13:31:55  directly from the computer systems and databases of the

5  13:32:00  National Climatic Data Center and NOAA.

6  13:32:01  Q.  And you've included in your report in this case the

7  13:32:03  interpretations of the data, of that data, that you consider

8  13:32:09  relevant to the conditions in the area of the Inner Harbor

9  13:32:14  Navigation Canal in New Orleans during Hurricane Katrina;

10  13:32:18  right?

11  13:32:18  A.  Yes.

12  13:32:30  Q.  So this is the photo, the aerial photo, that you showed

13  13:32:33  the judge earlier, and this is the area to which your opinions

14  13:32:38  in this case apply?

15  13:32:39  THE COURT:  Would that be Defendant's Exhibit --

16  13:32:41  MR. RAFFMAN:  I'm sorry.  This is Defendant's Exhibit

17  13:32:43  312 --

18  13:32:44  THE COURT:  312.

19  13:32:45  MR. RAFFMAN:  -- page 2.

20  13:32:46  THE COURT:  Thank you.

21  13:32:47  THE WITNESS:  This photo is to orient us to where the

22  13:32:52  barge location and Inner Harbor Canal is located.  All the

23  13:32:57  displays in my report, which cover the entire Louisiana and

24  13:33:01  Mississippi and show the synoptic pattern, show the

25  13:33:05  microburst -- I mean, the mesocyclone pattern, all went into

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1038**

1   13:33:09   forming my opinion.

2   13:33:10   BY MR. RAFFMAN:

3   13:33:11   Q.   All right.  But just to be clear, when you identify a

4   13:33:14   thunderstorm or a mesocyclone or one of those weather patterns,

5   13:33:20   those weather patterns are affecting this area?

6   13:33:24   A.   When they're in the proximity, yes, sir.

7   13:33:26   Q.   When you read a radar image, you're not trying to

8   13:33:31   distinguish down to the level of a block or two or three;

9   13:33:33   right?

10  13:33:34   A.   No.  You can't.

11  13:33:40   Q.   If you look at page 5 of your report, there's boldfaced

12  13:33:48   text at page 5 of your report; right?

13  13:33:50   A.   Right.

14  13:33:50   Q.   And that boldfaced text at page 5 of the report represents

15  13:33:54   a summary of your opinions; right?

16  13:33:58   A.   Are you going to put it on the screen or...

17  13:34:01   Q.   Well, why don't we go with -- yeah, sure.

18  13:34:02       MR. RAFFMAN:  Is there any way to remove the black --

19  13:34:05   thank you, Your Honor.

20  13:34:06       THE WITNESS:  No, I did that.  I have my new pen.

21  13:34:09   BY MR. RAFFMAN:

22  13:34:11   Q.   Thank you, Dr. Mitchell.  I don't know where it comes

23  13:34:13   from, but magically...

24  13:34:17       So this is the boldfaced text of page 5 of your

25  13:34:20   report; right?  This is the conclusion where

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1039**

1   13:34:21   A.   It's my opinion, yes, sir.

2   13:34:22   Q.   And it represents the summary of the opinions expressed

3   13:34:26   throughout your report; right?

4   13:34:27   A.   Yes, sir.

5   13:34:29   Q.   So one of the things you wrote at page 5 is that:  "The

6   13:34:33   maximum sustained surface winds in this area are between 80 and

7   13:34:40   92 miles per hour."  That's one of your conclusions; right?

8   13:34:45   A.   That is my conclusion based on the H-wind analysis, which

9   13:34:47   was the magnitude of the hurricane at the location of the

10  13:34:50   canal.

11  13:34:50       MR. RAFFMAN:  Let me have 6, please.

12  13:34:50   BY MR. RAFFMAN:

13  13:34:53   Q.   This is the graph you used to support that conclusion;

14  13:34:56   right?

15  13:34:57   A.   Correct.

16  13:34:58   Q.   This is at page 6.

17  13:35:00       Now, what you wrote at page 5 of your report is that:

18  13:35:02   "These 80- to 92-mile-an-hour winds, sustained winds, do not

19  13:35:12   account for microburst winds and surface wind gusts associated

20  13:35:16   with mesocyclones occurring in the region of the canal."  Did I

21  13:35:20   read that right?

22  13:35:20   A.   That's correct.

23  13:35:23   Q.   So you've concluded that -- well, let me go on.  But

24  13:35:32   before I leave the topic, isn't it true, Dr. Mitchell, that no

25  13:35:37   tornadoes or microburst winds were reported by the NCDC for New

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1040**

1   13:35:41   Orleans, Louisiana, during the approach and landfall of

2   13:35:43   Hurricane Katrina?

3   13:35:44   A.   That's correct.

4   13:35:57   Q.   Another conclusion you reached is that the maximum

5   13:36:00   3-second wind gusts were in the range of 104 to 120 miles per

6   13:36:08   hour over the canal location.  That's another conclusion you

7   13:36:10   reached; right?

8   13:36:11   A.   That's correct.

9   13:36:11   Q.   And that applies to the area depicted in the aerial map.

10  13:36:15   That's generally; right?

11  13:36:17   A.   That's wind gusts based just on using the synoptic wind

12  13:36:21   field.  If you take the one-minute wind field and multiply it

13  13:36:26   by a gust factor, you can come up with what would be gusts

14  13:36:30   associated with those particular synoptic scales.

15  13:36:34       Again, this calculation has nothing to do with the

16  13:36:36   occurrence of mesocyclones and those type of winds that are

17  13:36:38   embedded within the feeder bands.

18  13:36:41   Q.   All right.  Leaving aside the mesocyclone microbursts, you

19  13:36:44   thought it was worth noting for the court that the maximum

20  13:36:47   3-second gusts were 104 to 120, and so you included that in

21  13:36:53   your report; correct?

22  13:36:55   A.   Right.

23  13:36:55   Q.   And another conclusion, one that you've described as an

24  13:36:59   important conclusion -- let's go to -- I'm sorry.  This is

25  13:37:04   Defendant's Exhibit 312, page 5.  This is the conclusion where

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1041**

1   13:37:08   you wrote that:  "Mesocyclones occurring in the Hurricane

2   13:37:10   Katrina feeder bands identified on the NEXRAD Doppler Radar

3   13:37:16   created wind shear and rotational wind gusts..." and it goes on

4   13:37:21   from there.

5   13:37:21       That's a part of your conclusion in this case; right?

6   13:37:24   A.   Based on everything we've done this morning, counselor.

7   13:37:27   Q.   And that's based on the NEXRAD radar images that you've

8   13:37:31   reviewed from the KLIX Doppler Radar at Slidell, Louisiana;

9   13:37:36   right?

10  13:37:37   A.   Correct.

11  13:37:40   Q.   Now, you have done -- as you've testified this morning,

12  13:37:44   you've done many reports on Hurricane Katrina; right?

13  13:37:48   A.   Yes, sir.

14  13:37:49   Q.   And you've testified in several Katrina cases?

15  13:37:53   A.   I have both in Louisiana and Mississippi.

16  13:37:55   Q.   And you've worked -- among others, you've worked for

17  13:37:59   Allstate Insurance Company since about 2005; right?

18  13:38:03   A.   They were first to retain me, so once I was retained by

19  13:38:06   the insurance industry, I felt it would be a conflict moving

20  13:38:09   back and forth, so I only accepted insurance company cases.

21  13:38:14   Q.   In the other cases that you've opined with respect to

22  13:38:17   Hurricane Katrina and its effect on Louisiana properties,

23  13:38:21   you've relied on the same data that you cite at page 40 in your

24  13:38:27   report in this case; right?

25  13:38:28   A.   For the most part, yes, sir.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

5 (Pages 1038 to 1041)

1042

```
1   13:38:32   Q.  And the work you've done with Allstate, Allstate's
2   13:38:35   position generally is that most policies cover wind damage, but
3   13:38:38   they don't cover flood damage; right?
4   13:38:40   A.  Well, that may be their policy, but that's not why they
5   13:38:43   retained me.  I mean, they retained me to do an analysis of
6   13:38:47   timing, of storm surge, of magnitude of winds, timing of
7   13:38:50   maximum winds.
8   13:38:51        So that's what they asked me to do.  I'm not into
9   13:38:54   what the official policies say of these companies and their
10  13:38:59   disclaimers and what they're covering.
11  13:39:03   Q.  Well, your role in those cases was to tell the Court what
12  13:39:07   are the meteorological conditions that exist at the given
13  13:39:14   property location; is that fair?
14  13:39:15   A.  That's fair.
15  13:39:18   Q.  And in contested cases -- you've been in court for
16  13:39:22   contested cases -- did you have an understanding that the
17  13:39:25   insurance company's position when there was a dispute was that
18  13:39:29   the property owner was claiming that something was wind damage
19  13:39:32   and, therefore, covered; and the insurance company was claiming
20  13:39:36   that it was flood damage and, therefore, not covered.  Is that
21  13:39:40   fair?
22  13:39:41   A.  Normally, the dispute would be segregating wind damage
23  13:39:45   versus storm-surge damage, and that's why I was asked to look
24  13:39:50   at both timing of wind events, timing of surge, yes, sir.
25  13:39:54   Q.  And in this connection, am I right that you cannot recall
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1043

```
1   13:39:58   a case in which you've testified that a mesocyclone or
2   13:40:03   microburst wind from Hurricane Katrina reached ground level at
3   13:40:09   the location of a specific property?
4   13:40:15   A.  Well, I can't -- most of the cases that I have looked at
5   13:40:18   were slab cases, so it was irrelevant whether a mesocyclone had
6   13:40:22   occurred or not.  We're trying to determine what forces were
7   13:40:27   able to totally destroy a home.
8   13:40:30        What would normally happen is we would give a range
9   13:40:34   of numbers based on the location of the property within the
10  13:40:38   wind field.  If those wind values were 110 or 120 or whatever,
11  13:40:43   that will not destroy a home.  You need F2-, F3-type tornado
12  13:40:48   winds, 250, to destroy a home.  So then you make the
13  13:40:51   conclusion, you have a 35-foot surge, then the surge destroyed
14  13:40:56   the home.
15  13:40:56        So those were the type of characters -- it wasn't
16  13:40:58   trying to see if a microburst wind occurred or not because
17  13:41:02   microburst wind will not cause structural damage to a
18  13:41:06   well-constructed home.  It's a total different issue than we're
19  13:41:10   dealing with here with a barge acting like a sail on a body of
20  13:41:15   water.
21  13:41:15   Q.  I thought you just told me that your job in those cases
22  13:41:18   was to tell a court what the wind conditions were at the
23  13:41:22   property and then let the chips fall where they may in terms of
24  13:41:29   what caused damage or what didn't cause damage.  Did I mishear
25  13:41:32   you?
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1044

```
1   13:41:32   A.  No, you're correct, and that's what I assumed.
2   13:41:37   Q.  So I'll ask you again, just because I'm not sure I got a
3   13:41:41   concise answer to my question.
4   13:41:44        You cannot point me to any case in which you've
5   13:41:48   testified that a mesocyclone or a microburst wind from Katrina
6   13:41:54   reached ground level at the location of a specific property?
7   13:41:59   A.  I can't recall at the moment.
8   13:42:04        MR. RAFFMAN:  I'm going to ask the Court or somebody
9   13:42:07   to help me out with the exhibit number for Dr. Mitchell's case
10  13:42:11   list, which I believe we now have in evidence.
11  13:42:15        THE COURT:  I'm not sure what it is.
12  13:42:16        THE WITNESS:  I have it here, counselor.  It's No. 3.
13  13:42:19        THE COURT:  Let me see.  Sheena, let me see.  What
14  13:42:31   exhibit number do you have?
15  13:42:34        THE DEPUTY CLERK:  That will be P-435.
16  13:42:37        THE COURT:  Thank you.
17  13:42:38   BY MR. RAFFMAN:
18  13:42:38   Q.  All right.  Dr. Mitchell, you have your case list, which
19  13:42:39   is P-435.
20  13:42:42   A.  Counselor, is this the same?  I have one labeled 3.
21  13:42:45        THE COURT:  Yes, but it's 435 here.  It's the same
22  13:42:48   one.
23  13:42:48        THE WITNESS:  It's the same one?  Okay.  No problem.
24  13:42:49   BY MR. RAFFMAN:
25  13:42:50   Q.  I have no doubt that it is.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1045

```
1   13:42:52        I'm going to ask you to turn to page 29 of your case
2   13:42:58   list.
3   13:43:03   A.  Let me put a clip on it so I don't drop all the pages.
4   13:43:13        Okay.  Page 23?
5   13:43:15   Q.  29, please.
6   13:43:15   A.  29, yes, sir.
7   13:43:18   Q.  Do you see a case listed on that page entitled Felton and
8   13:43:24   Lucille Bradley versus Allstate Insurance Company?
9   13:43:29   A.  Yes, I do.
10  13:43:30   Q.  Do you happen to recall -- do you happen to recall --
11  13:43:36   well, let me ask you:  Did you issue a report in Bradley versus
12  13:43:39   Allstate?
13  13:43:40   A.  I issued a report.  I did not have a deposition, and I did
14  13:43:44   not testify at trial.
15  13:43:46   Q.  Do you happen to recall the address of the property in the
16  13:43:50   Bradley case?
17  13:43:51   A.  I do not.
18  13:44:02   Q.  I'm going to put on the screen a copy of the cover page of
19  13:44:05   your report in the Bradley case.
20  13:44:08        MR. RAFFMAN:  If I may approach the witness, Your
21  13:44:12   Honor, and approach the bench with copies of this report?
22  13:44:16        THE COURT:  If you want to introduce it into evidence
23  13:44:20   or you want to show it to the witness, you may.
24  13:44:24        MR. RAFFMAN:  I want to show it to the witness for
25  13:44:26   purposes of impeachment.  I don't know that I need to mark it
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1046**

| | |
|---|---|
| 1 | 13:44:29   as an exhibit. |
| 2 | 13:44:30        THE COURT:  All right.  You may. |
| 3 | 13:44:32        MR. RAFFMAN:  All right.  So I have one copy for the |
| 4 | 13:44:43   witness and two copies for the Court. |
| 5 | 13:44:44        THE COURT:  Okay. |
| 6 | 13:45:00   BY MR. RAFFMAN: |
| 7 | 13:45:00   Q.  Dr. Mitchell, do you recognize the document that I've just |
| 8 | 13:45:06   handed you as a report that you gave in Cause No. 07-5107, |
| 9 | 13:45:15   Felton and Lucille Bradley versus Allstate Insurance Company? |
| 10 | 13:45:21   A.  Yes, I do. |
| 11 | 13:45:22   Q.  Do you see that in the middle of the page, that the |
| 12 | 13:45:24   address of that property is 2637 Tennessee Street, New Orleans, |
| 13 | 13:45:28   Louisiana? |
| 14 | 13:45:29   A.  Correct. |
| 15 | 13:45:30   Q.  Do you know where 2637 Tennessee Street in New Orleans is? |
| 16 | 13:45:38   A.  Well, on the second page, I have a map showing the |
| 17 | 13:45:40   location. |
| 18 | 13:45:40   Q.  Right. |
| 19 | 13:45:40        MR. RAFFMAN:  Why don't we call that map up if we |
| 20 | 13:45:44   can.  I think it's No. 78. |
| 21 | 13:45:49   BY MR. RAFFMAN: |
| 22 | 13:45:49   Q.  The map shows the location on a broad scale, showing that |
| 23 | 13:45:56   this property is somewhere in the area of New Orleans; right? |
| 24 | 13:46:01   A.  Correct. |
| 25 | 13:46:06   Q.  In order to figure out where it is, we're going to need a |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1047**

| | |
|---|---|
| 1 | 13:46:11   little more resolution, aren't we?  To figure out precisely |
| 2 | 13:46:18   where it is? |
| 3 | 13:46:19   A.  Right. |
| 4 | 13:46:20   Q.  So let's go to DX-27.  And I'm going to ask to focus in |
| 5 | 13:46:27   there.  Do you see, Dr. Mitchell, that Tennessee Street is just |
| 6 | 13:46:35   about two blocks from the location of the northern breach of |
| 7 | 13:46:40   the Inner Harbor Navigation Canal? |
| 8 | 13:46:43   A.  I see that. |
| 9 | 13:46:43   Q.  Will you accept my representation that 2637 Tennessee |
| 10 | 13:46:47   Street is toward the northern end of that depicted area? |
| 11 | 13:46:56   A.  Correct. |
| 12 | 13:46:59   Q.  Give me DX-019. |
| 13 | 13:47:04        So we have -- what I've done here, Dr. Mitchell, I've |
| 14 | 13:47:08   put a star next to the location of 2637 Tennessee Street, which |
| 15 | 13:47:11   was the property for which you issued your opinion in the |
| 16 | 13:47:14   Bradley case.  Will you accept that? |
| 17 | 13:47:16   A.  Correct. |
| 18 | 13:47:19   Q.  This is less than a quarter mile from the Inner Harbor |
| 19 | 13:47:24   Navigation Canal; right? |
| 20 | 13:47:25   A.  Correct. |
| 21 | 13:47:25   Q.  And it's comfortably within the area that's depicted on |
| 22 | 13:47:28   page 2 of your report in this case; right? |
| 23 | 13:47:32   A.  Right. |
| 24 | 13:47:32   Q.  So let's look at what you told the court in Bradley about |
| 25 | 13:47:39   meteorological conditions at this property during Hurricane |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1048**

| | |
|---|---|
| 1 | 13:47:42   Katrina. |
| 2 | 13:47:42        I'm going to ask you to turn to page 4 of your report |
| 3 | 13:47:46   in Bradley, and we're going to highlight what you wrote about |
| 4 | 13:47:50   the maximum sustained wind field. |
| 5 | 13:47:55        MR. RAFFMAN:  Please give me slide 21. |
| 6 | 13:48:01   BY MR. RAFFMAN: |
| 7 | 13:48:01   Q.  In the Bradley case you wrote in the last paragraph and |
| 8 | 13:48:09   other places:  "it is my opinion that the maximum sustained |
| 9 | 13:48:13   wind field at the property location was between 60 and 70 miles |
| 10 | 13:48:19   per hour."  That's what you wrote in Bradley; right? |
| 11 | 13:48:21   A.  Based on the data available at that time, counselor.  You |
| 12 | 13:48:25   have to recognize the historical point that these reports have |
| 13 | 13:48:28   been written since 2005 on through 2010. |
| 14 | 13:48:32        The data -- the H-wind data I have in my report as |
| 15 | 13:48:37   that time indicated a lower wind speed at that location.  We |
| 16 | 13:48:41   have new data, as we put in my report now, based on 2007, |
| 17 | 13:48:46   December, that shows a higher wind speed, a Category 1 wind |
| 18 | 13:48:52   speed. |
| 19 | 13:48:53        So we're talking about reports that have evolved |
| 20 | 13:48:57   because of new data and new information. |
| 21 | 13:48:59        THE COURT:  What was the date of this report, |
| 22 | 13:49:01   counselor?  We missed a step.  The date -- |
| 23 | 13:49:03        MR. RAFFMAN:  It is not dated.  I'll have to -- |
| 24 | 13:49:06   BY MR. RAFFMAN: |
| 25 | 13:49:06   Q.  Obviously, Dr. Mitchell, since the cause number is |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1049**

| | |
|---|---|
| 1 | 13:49:08   07-5107, one might infer from the cause number that this case |
| 2 | 13:49:15   was filed in 2007; isn't that right? |
| 3 | 13:49:17   A.  Correct. |
| 4 | 13:49:17   Q.  So if this case was filed in 2007, any H-wind data that |
| 5 | 13:49:22   was available as of 2007 would have been incorporated in this |
| 6 | 13:49:25   report; isn't that right? |
| 7 | 13:49:27   A.  Well, the data wasn't available in December of 2007.  I |
| 8 | 13:49:30   don't know when I was asked to review or write that report or |
| 9 | 13:49:33   if I had looked at that new data at the time. |
| 10 | 13:49:37        The relevance is that we have the correct new data |
| 11 | 13:49:39   for our location, and both meteorologists agree we have |
| 12 | 13:49:44   Category 1 winds at the canal location. |
| 13 | 13:49:49   Q.  Before I go any further, Dr. Mitchell, has the NEXRAD |
| 14 | 13:49:54   radar data for the Katrina storm changed since 2007? |
| 15 | 13:50:01   A.  No, sir. |
| 16 | 13:50:10   Q.  So I gather if I go to the next slide, one thing you wrote |
| 17 | 13:50:21   in the Bradley report, you added a sentence to your Bradley |
| 18 | 13:50:27   report that said:  "In addition, no tornadoes or microburst |
| 19 | 13:50:32   winds were reported by the NCDC for New Orleans, Louisiana, |
| 20 | 13:50:35   during the approach and landfall of Hurricane Katrina." |
| 21 | 13:50:37        You included that in your report in Bradley; correct? |
| 22 | 13:50:40   A.  Right.  I think I also testified to that today.  You asked |
| 23 | 13:50:43   me the question and I said there were no tornadoes and no microburst winds |
| 24 | 13:50:46   were reported by the National Weather Service. |
| 25 | 13:50:48   Q.  That's right, you did.  You didn't include it in your |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1050

| | |
|---|---|
| 1 | 13:50:52  report. I had to drag it out of you -- |
| 2 | 13:50:54       THE COURT:  Come on, counsel. It's a judge trial. |
| 3 | 13:50:57       MR. RAFFMAN:  I'm sorry. I'm sorry. I won't do it |
| 4 | 13:50:59  again. |
| 5 | 13:51:00       THE COURT:  If you were in a jury trial, you would be |
| 6 | 13:51:02  admonished. You're going to have to drag everything out of |
| 7 | 13:51:07  every adverse witness. They generally don't gush forth. |
| 8 | 13:51:11       MR. RAFFMAN:  Your Honor is absolutely correct, and I |
| 9 | 13:51:14  apologize for my outburst. It won't happen again. |
| 10 | 13:51:18       THE COURT:  This is always a hinged-tooth process. |
| 11 | 13:51:21  Go ahead. Keep pulling, keep pulling. |
| 12 | 13:51:24       MR. RAFFMAN:  Thank you, Your Honor. |
| 13 | 13:51:24  BY MR. RAFFMAN: |
| 14 | 13:51:25   Q.   That sentence is not in your report in this case; correct, |
| 15 | 13:51:34  Dr. Mitchell? |
| 16 | 13:51:34   A.   That's correct. |
| 17 | 13:51:35       MR. RAFFMAN:  Let's turn to slide 25. |
| 18 | 13:51:35       THE COURT:  Let me ask you a question.  Are |
| 19 | 13:51:38  microburst winds -- it was my understanding that microburst |
| 20 | 13:51:40  winds were not detectable by empirical -- by the equipment that |
| 21 | 13:51:47  we look at. |
| 22 | 13:51:48       THE WITNESS:  Right. |
| 23 | 13:51:49       THE COURT:  The products, as you say. |
| 24 | 13:51:50       THE WITNESS:  That's correct.  And, Your Honor, when |
| 25 | 13:51:52  I do these Katrina cases, I work with structural engineers. I |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1051

| | |
|---|---|
| 1 | 13:51:56  have hundreds of photographs of these structures.  If I see a |
| 2 | 13:52:00  home that has a piece of a porch taken off and everything else |
| 3 | 13:52:03  intact, then I can make the opinion that that was probably a |
| 4 | 13:52:06  microburst wind. |
| 5 | 13:52:07       THE COURT:  I understand.  But when you quote from |
| 6 | 13:52:09  the NC -- what is it, counsel? |
| 7 | 13:52:14       MR. RAFFMAN:  National -- |
| 8 | 13:52:14       THE WITNESS:  National Climatic Data Center. |
| 9 | 13:52:15       THE COURT:  All right.  Does the National Climatic |
| 10 | 13:52:16  Data Center generally -- how would it determine if there were |
| 11 | 13:52:22  microburst winds in an area? |
| 12 | 13:52:25       THE WITNESS:  They would have to go and do a site |
| 13 | 13:52:27  inspection, and it would have to be like the case I just gave |
| 14 | 13:52:30  you, a home.  So there's no way to detect it by radar. |
| 15 | 13:52:34       THE COURT:  So the only way to detect it is by an |
| 16 | 13:52:36  on-the-ground survey -- a on-the-ground survey looking at |
| 17 | 13:52:47  whatever is ostensibly affected by it, and then make that |
| 18 | 13:52:50  determination? |
| 19 | 13:52:51       THE WITNESS:  In that case, yes, Your Honor. |
| 20 | 13:52:51       And the same thing with a tornado, actually |
| 21 | 13:52:54  being on the ground or hovering above and make the |
| 22 | 13:52:58  on-the-ground determination. |
| 23 | 13:52:59       THE COURT:  I understand.  Go ahead, counsel. |
| 24 | 13:53:02       MR. RAFFMAN:  Thank you, Your Honor. |
| 25 | |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1052

| | |
|---|---|
| 1 | 13:53:05  BY MR. RAFFMAN: |
| 2 | 13:53:07   Q.   I wanted to -- |
| 3 | 13:53:09       MR. RAFFMAN:  Slide 25, please. |
| 4 | 13:53:16  BY MR. RAFFMAN: |
| 5 | 13:53:09   Q.   Am I right, Dr. Mitchell, with regard to gusts, the |
| 6 | 13:53:20  Bradley report and the Katrina report relied on the Applied |
| 7 | 13:53:26  Research Associates wind analysis; right? |
| 8 | 13:53:31   A.   Correct. |
| 9 | 13:53:32   Q.   Let's see what you wrote about the gusts based on that |
| 10 | 13:53:35  same data. |
| 11 | 13:53:37       MR. RAFFMAN:  26, please. |
| 12 | 13:53:38  BY MR. RAFFMAN: |
| 13 | 13:53:39   Q.   This is page 4 of the Bradley report and page 5 of the |
| 14 | 13:53:44  report in re: Katrina.  In this case you wrote:  "The maximum |
| 15 | 13:53:48  3-second wind gusts were in the range of 104 to 120 miles per |
| 16 | 13:53:55  hour over the canal location"; am I correct? |
| 17 | 13:53:56       And in Bradley you wrote:  "The 3-second wind gusts |
| 18 | 13:54:00  were less than 100 miles per hour at the property location." |
| 19 | 13:54:04   A.   Well, the sentence in the report that's above the |
| 20 | 13:54:06  information, I gave the range based on interpretation of this |
| 21 | 13:54:10  chart at 100 to 110 miles per hour. |
| 22 | 13:54:14       The reason I said were less than 100 miles an hour is |
| 23 | 13:54:16  because these measurements were made at a height of 10 meters, |
| 24 | 13:54:22  and the home was a -- certainly not at 10 meters, and the home |
| 25 | 13:54:26  was on land with friction involved, not sitting in a canal with |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1053

| | |
|---|---|
| 1 | 13:54:30  water. So that's the difference here, counselor. |
| 2 | 13:54:33       But, again, we're in the order of magnitude. I said |
| 3 | 13:54:36  in my report, 104 to 120, I don't know what the actual gusts |
| 4 | 13:54:41  are. No one made that measurement. I'm giving you a range of |
| 5 | 13:54:44  values.  If it takes 40 miles an hour to move the barge, I |
| 6 | 13:54:48  don't know. The range is 100 -- around 100 miles per hour for |
| 7 | 13:54:54  wind gusts, and it could be as high as 136 based on your |
| 8 | 13:54:58  expert's testimony. |
| 9 | 13:54:59   Q.   Are you telling the Court that the surface area in the |
| 10 | 13:55:07  area of the Industrial Canal, which is less than a quarter of a |
| 11 | 13:55:09  mile wide and is surrounded by industrial buildings and |
| 12 | 13:55:14  bridges, is going to be different with respect to wind gusts |
| 13 | 13:55:21  than a location a quarter of a mile away where there are some |
| 14 | 13:55:22  houses? |
| 15 | 13:55:22   A.   Yes. It's open terrain, counselor. Anybody that's been |
| 16 | 13:55:26  on a beach or a lake knows that -- a small lake or a small |
| 17 | 13:55:29  canal, the wind pattern is different than if you're surrounded |
| 18 | 13:55:33  by homes and trees and culture. It's going to be different. |
| 19 | 13:55:36   Q.   You're telling the Court what accounts for the difference |
| 20 | 13:55:38  in your two reports is that one is over a quarter of a mile |
| 21 | 13:55:41  wide canal and one of them is in a neighborhood a quarter of a |
| 22 | 13:55:44  mile away? |
| 23 | 13:55:44   A.   I'm saying that could be possibly some of the difference, |
| 24 | 13:55:47  but I'm giving you a range. I don't know what the wind gust |
| 25 | 13:55:49  values are. The wind gust values could have been in the mid |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1054

| | | |
|---|---|---|
| 1 | 13:55:52 | range of 110; they could be as low as 100. |
| 2 | 13:55:56 | Again, 100-mile-an-hour wind is a significant wind, |
| 3 | 13:56:02 | but it does not do structural damage to a home.  That's the |
| 4 | 13:56:05 | point.  One report is talking about a house in a neighborhood, |
| 5 | 13:56:08 | damaged or destroyed; the other report is talking about open |
| 6 | 13:56:12 | water, a canal, with a barge, unloaded, acting like a sail. |
| 7 | 13:56:17 | Q.  Both reports are talking about weather conditions in the |
| 8 | 13:56:22 | same area; right? |
| 9 | 13:56:24 | A.  Correct. |
| 10 | 13:56:30 | MR. RAFFMAN:  Slide 29, please. |
| 11 | 13:56:31 | BY MR. RAFFMAN: |
| 12 | 13:56:34 | Q.  You wrote in Bradley:  "Based on NEXRAD radar and tornado |
| 13 | 13:56:46 | vortex signature analysis, there is also no evidence that any |
| 14 | 13:56:50 | tornadoes or mesocyclone microburst winds occurred at the |
| 15 | 13:56:55 | property location."  That's what you wrote in Bradley; right? |
| 16 | 13:56:59 | A.  And that's probably based on photos, counselor.  I don't |
| 17 | 13:57:01 | remember all the attachments to this report.  There were |
| 18 | 13:57:05 | probably numerous photos of this area. |
| 19 | 13:57:08 | If I saw the house removed and all the trees intact |
| 20 | 13:57:13 | and pristine, it rules out microbursts; it rules out tornadoes. |
| 21 | 13:57:18 | So these are different.  There's a lot of information |
| 22 | 13:57:20 | that went into the onshore analysis of properties versus the |
| 23 | 13:57:26 | movement of the barge. |
| 24 | 13:57:47 | Q.  You wrote in your report, just to focus on the language, |
| 25 | 13:57:52 | Dr. Mitchell, it doesn't say based on photographs of the |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1055

| | | |
|---|---|---|
| 1 | 13:57:54 | property.  It says "Based on NEXRAD radar and tornado vortex |
| 2 | 13:58:00 | signature analysis."  Isn't that what the language says? |
| 3 | 13:58:02 | A.  That's what the language says, yes, sir. |
| 4 | 13:58:09 | Q.  There's nothing in that language which says that the |
| 5 | 13:58:11 | atmosphere is like a coffee cup and that whatever mesocyclones |
| 6 | 13:58:16 | are up there in the atmosphere are going to come and hit the |
| 7 | 13:58:20 | ground.  Nothing like that in the Bradley report, is there? |
| 8 | 13:58:23 | A.  No, sir. |
| 9 | 13:58:24 | Q.  So before I turn to some of the specific radar images, |
| 10 | 13:58:28 | I've prepared a summary chart -- |
| 11 | 13:58:30 | MR. RAFFMAN:  Which is No. 76, please. |
| 12 | 13:58:31 | BY MR. RAFFMAN: |
| 13 | 13:58:32 | Q.  -- of differences in the two reports you wrote.  To the |
| 14 | 13:58:35 | extent you've explained them, you've explained them.  But to be |
| 15 | 13:58:38 | clear, these are differences in the reports you wrote in the |
| 16 | 13:58:42 | Katrina case -- |
| 17 | 13:58:42 | I'm sorry, Judge? |
| 18 | 13:58:44 | THE COURT:  Counsel, I've got a question here.  Why |
| 19 | 13:58:46 | is there a difference under -- by the way, I looked it up in |
| 20 | 13:58:52 | the dictionary, and the pronunciation is like comparable and |
| 21 | 13:58:59 | comparable (phonetic).  It can be mezo (phonetic) or meso. |
| 22 | 13:59:02 | MR. RAFFMAN:  Thank you. |
| 23 | 13:59:02 | THE WITNESS:  So:  "A mesocyclone is wind shear and |
| 24 | 13:59:02 | rotational gusts, is multi-directional components."  And then |
| 25 | 13:59:08 | "no evidence of mesocyclone microburst winds."  Those are two |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1056

| | | |
|---|---|---|
| 1 | 13:59:12 | different things.  A mesocyclone is different than a |
| 2 | 13:59:15 | microburst.  So I'm not sure why that's a contradiction.  I'll |
| 3 | 13:59:19 | let you argue that, but I'm not sure why that is a different |
| 4 | 13:59:23 | report. |
| 5 | 13:59:27 | Because a microburst, one, according to this |
| 6 | 13:59:27 | witness, is not detectable by the products we've discussed. |
| 7 | 13:59:32 | It's only detectable by a physical examination of the property. |
| 8 | 13:59:36 | But is a phenomena that does occur on occasion when there is |
| 9 | 13:59:41 | a mesocyclone -- not all the time; infrequently, perhaps -- but |
| 10 | 13:59:46 | it does occur. |
| 11 | 13:59:47 | So I'm not sure, reading that language, why, in |
| 12 | 13:59:50 | fact, that's a contradiction. |
| 13 | 13:59:52 | MR. RAFFMAN:  Your Honor, I have to confess, I had |
| 14 | 13:59:53 | understood that the mechanism by which mesocyclone winds arrive |
| 15 | 13:59:58 | and exert influence at ground level is through a microburst, |
| 16 | 14:00:01 | and maybe I can ask -- |
| 17 | 14:00:03 | THE COURT:  Maybe you can explore that because you |
| 18 | 14:00:05 | may be right.  Thank you, sir. |
| 19 | 14:00:08 | BY MR. RAFFMAN: |
| 20 | 14:00:09 | Q.  In this case, Dr. Mitchell, are you affirmatively telling |
| 21 | 14:00:13 | the Court that the NEXRAD radar images produced evidence that |
| 22 | 14:00:18 | mesocyclone microburst winds occurred at the canal location? |
| 23 | 14:00:23 | A.  No.  What I've said in all my statements, rotational winds |
| 24 | 14:00:26 | and shearing are -- with directional components, are impacting |
| 25 | 14:00:32 | the canal.  As Your Honor just stated, there's no measurement, |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1057

| | | |
|---|---|---|
| 1 | 14:00:35 | no means to look at microburst winds. |
| 2 | 14:00:39 | The statement in the Bradley report relates back to |
| 3 | 14:00:41 | the property as like -- and it's taken out of my opinion, that |
| 4 | 14:00:45 | I looked at all the data, photographs of the property, |
| 5 | 14:00:48 | structural engineering reports.  There was no evidence of a |
| 6 | 14:00:52 | microburst wind for that particular property. |
| 7 | 14:00:54 | It's a different animal than what we're talking about |
| 8 | 14:01:00 | mesocyclones occurring with a lot of frequency and producing |
| 9 | 14:01:03 | rotational winds. |
| 10 | 14:01:05 | THE COURT:  I'm sorry, sir.  I'll let you follow up. |
| 11 | 14:01:07 | If there is a mesocyclone in an area, is there |
| 12 | 14:01:13 | any way of ascertaining whether the perturbation caused by the |
| 13 | 14:01:19 | mesocyclone actually affects the ground? |
| 14 | 14:01:23 | THE WITNESS:  No, sir.  No Your Honor.  It's not |
| 15 | 14:01:26 | because the radar is actually limited to 7- or 800 feet above |
| 16 | 14:01:31 | the surface. |
| 17 | 14:01:31 | THE COURT:  That's my understanding. |
| 18 | 14:01:33 | BY MR. RAFFMAN: |
| 19 | 14:01:34 | Q.  So I may have been confused, Dr. Mitchell.  I guess, based |
| 20 | 14:01:41 | on your answer to my last question, I'm going to have to ask my |
| 21 | 14:01:56 | colleague to generate page 98 of the deposition, lines 22 to |
| 22 | 14:01:57 | 25, and maybe Your Honor will understand my confusion. |
| 23 | 14:01:58 | When I asked you the question at your deposition: |
| 24 | 14:02:03 | "So it's your view that the NEXRAD radar images produce |
| 25 | 14:02:09 | evidence that mesocyclone microburst winds occurred at the |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

9 (Pages 1054 to 1057)

**1058**

```
 1   14:02:15   canal location?"  Your answer was:  "Yes."
 2   14:02:19   A.  It should have been "possible."
 3   14:02:22        I mean, again, all my testimony today indicates that
 4   14:02:26   we cannot measure the microburst component; but because you
 5   14:02:31   have a mesocyclone, you have all the tools there, all the
 6   14:02:38   kinetic energy and rotational momentum to produce a microburst,
 7   14:02:42   but we don't know if they're actually occurring.
 8   14:02:46   Q.  All right.  I want to then turn away from your general
 9   14:02:49   conclusions.  I want to focus your attention on one of the
10   14:02:56   radar images?
11   14:02:58   A.  May I ask what report we're in now?
12   14:03:01   Q.  We're going to be comparing your report in Katrina to the
13   14:03:04   report in Bradley for the radar images, the New Orleans KLIX
14   14:03:10   radar station, for 3:42 a.m.  Let's start in your Katrina
15   14:03:16   report at page 15.
16   14:03:26   A.  Well, they're both Katrina reports.  Which one?
17   14:03:29   Q.  I'm sorry.  I have in re: Katrina -- well, we'll call it
18   14:03:32   the barge plaintiff report if I --
19   14:03:35   A.  One's Bradley and one's the current report.
20   14:03:38   Q.  All right.  So I'm quoting from DX-312 at page 15 of your
21   14:03:55   report.
22   14:03:55        In this case, I'm quoting from page 16 of your
23   14:03:58   report in Bradley, will you agree with me, Dr. Mitchell, that
24   14:04:06   we're looking at the same image of composite reflectivity in
25   14:04:10   both reports?
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1060**

```
 1   14:05:30   they do not necessarily indicate that any microburst winds
 2   14:05:33   produced within the thunderstorm structures are reaching ground
 3   14:05:36   level at the property location."
 4   14:05:38   Q.  You see you included that sentence in your Bradley
 5   14:05:41   report?
 6   14:05:41   A.  Correct.
 7   14:05:41   Q.  And you did not include that sentence in your report in
 8   14:05:44   this case; correct?
 9   14:05:45   A.  But I have testified to that.
10   14:05:49   Q.  All right.  Let's continue.  We're going to go to the
11   14:05:52   bottom of the page, and we're going to look at some mesocyclone
12   14:05:57   images.
13   14:06:01        MR. RAFFMAN:  035 is the next slide, please.
14   14:06:06   BY MR. RAFFMAN:
15   14:06:06   Q.  So at the bottom of the page in your report in this case,
16   14:06:10   DX-312, it's at the bottom of 15; in Bradley, it's at the
17   14:06:16   bottom of 16.
18   14:06:26        The language in Bradley said -- now, just to be
19   14:06:31   clear, we're looking at these two black images of mesocyclones
20   14:06:35   and tornado vortex signatures that are contained in page 17 of
21   14:06:39   your report in this case; right?
22   14:06:40   A.  Correct.
23   14:06:41   Q.  And these are the same radar images in both reports;
24   14:06:44   right?
25   14:06:45   A.  Correct.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1059**

```
 1   14:04:11   A.  That's correct.
 2   14:04:13   Q.  And you wrote in each report that:  "One can observe a
 3   14:04:17   group of relatively higher radar reflectivity bands (red)
 4   14:04:25   occurring over the location either of the canal or the property
 5   14:04:29   at the time of the radar image"; right?
 6   14:04:31   A.  Correct.
 7   14:04:32   Q.  So it's the same data, same language, two blocks away;
 8   14:04:35   right?
 9   14:04:36   A.  Correct.
10   14:04:36   Q.  Let's continue, then, and look at what you wrote in each
11   14:04:40   case.  In your report in the barge case, you wrote:  "Severe
12   14:04:49   thunderstorms capable of producing heavy rains and wind gusts
13   14:04:52   are over the canal location."  You didn't include the words
14   14:04:57   "wind gusts" in your report in Bradley; am I right?
15   14:05:00   A.  That's right.
16   14:05:03   Q.  All right?
17   14:05:03   A.  These reports are several years apart.
18   14:05:05   Q.  Several years apart, but referring to the same precise
19   14:05:08   radar image; right?
20   14:05:10   A.  Correct.  But I don't copy a report and just fill it in.
21   14:05:13   So the wording is different.  Sometimes I leave things out;
22   14:05:16   sometimes I put new information in, counselor.
23   14:05:20        MR. RAFFMAN:  Let's go to 034.  Next slide.
24   14:05:25   BY MR. RAFFMAN:
25   14:05:25   Q.  In Bradley, you added a sentence that said:  "However,
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1061**

```
 1   14:06:45   Q.  So what you wrote in Bradley at page 16 is that those
 2   14:06:51   radar images showed the location of possible thunderstorm cells
 3   14:06:57   with mesoscale rotation, mesocyclones."
 4   14:07:02        You see you used the word "possible" to describe the
 5   14:07:07   cells in Bradley?
 6   14:07:08   A.  Correct.
 7   14:07:12   Q.  You did not include the word "possible" in describing
 8   14:07:12   these very same cells when you rendered your report in this
 9   14:07:15   case; isn't that right?
10   14:07:16   A.  That's right.  I did not go back to the Bradley report.  I
11   14:07:21   usually write a report from scratch, new, counselor.
12   14:07:25   Q.  So you told the court in Bradley, when you were working
13   14:07:27   for Allstate, these are just possible cells.  In this case,
14   14:07:30   you've come to court and you've told the court, there they are;
15   14:07:35   right?
16   14:07:35   A.  I'm not where -- I think that mischaracterizes what I've
17   14:07:39   testified to.
18   14:07:39   Q.  Well, we'll rest with the language, then.
19   14:07:42        In this case, you've included the words "wind shear"
20   14:07:45   and "mesoscale rotation" when you described those images; isn't
21   14:07:52   that right, Dr. Mitchell?
22   14:07:55   A.  In the genesis of these reports, as I wrote the reports
23   14:07:59   and tried to educate various audiences, I would add more
24   14:08:03   information that was more descriptive, yes, sir.  That's why
25   14:08:06   they're not all just canned the same report.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1062

| | |
|---|---|
| 1 | 14:08:09  Q.  The issue of whether -- well, I'll leave that aside. |
| 2 | 14:08:13      THE COURT:  The Court well understands that the issue |
| 3 | 14:08:16  in the Bradley case was wind v. water primarily, and the issue |
| 4 | 14:08:21  in this case is wind and the direction.  I'm well aware of it. |
| 5 | 14:08:25      Go ahead, sir.  Proceed with your examination. |
| 6 | 14:08:30      MR. RAFFMAN:  Not too much longer, Judge. |
| 7 | 14:08:34  BY MR. RAFFMAN: |
| 8 | 14:08:40  Q.  Now, in your report in this case, you've described |
| 9 | 14:08:44  thunderstorm cells A-4 and Y-4.  These are little dots on the |
| 10 | 14:08:50  mesocyclone graph; right? |
| 11 | 14:08:52  A.  Correct. |
| 12 | 14:08:53  Q.  And what you wrote in this case is here are two |
| 13 | 14:08:56  thunderstorm cells that have wind shear and mesocyclones; |
| 14 | 14:08:59  right? |
| 15 | 14:09:00  A.  Correct. |
| 16 | 14:09:00  Q.  And in Bradley what you wrote is that these same cells |
| 17 | 14:09:03  have only the possibility of wind shear and mesocyclones; |
| 18 | 14:09:09  right? |
| 19 | 14:09:09  A.  Correct. |
| 20 | 14:09:19  Q.  Now, with respect to the tornado vortex signature that you |
| 21 | 14:09:25  identified and testified about in that bottom graph -- you see |
| 22 | 14:09:30  that; right? |
| 23 | 14:09:31  A.  Correct. |
| 24 | 14:09:31  Q.  -- you've told the Court that that signature suggests |
| 25 | 14:09:34  you've got some sort of tight rotation that might have some |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1064

| | |
|---|---|
| 1 | 14:11:31  vortex signature was not good enough.  You had to go somewhere |
| 2 | 14:11:36  else, and you had to look at some new images.  Based on those |
| 3 | 14:11:39  new images, you determined that, after all, that tornado vortex |
| 4 | 14:11:42  signature didn't really show any sign or signature of a |
| 5 | 14:11:47  mesocyclone rotation over that property location that's a |
| 6 | 14:11:51  quarter mile away from the canal; isn't that right? |
| 7 | 14:11:56  A.  Again, these are lower-resolution diagrams, and when I |
| 8 | 14:12:00  wrote the Bradley report, I didn't expect to see that type of |
| 9 | 14:12:03  information.  The purpose was to point out -- and if I can draw |
| 10 | 14:12:09  on here, the important part -- I don't know if you can see |
| 11 | 14:12:12  this -- here is the supercell storm right there.  And here's |
| 12 | 14:12:20  the supercell storm right there that's going to be impacting |
| 13 | 14:12:27  Waveland. |
| 14 | 14:12:29      That was the purpose of these diagrams, to show that |
| 15 | 14:12:32  we didn't have this supercell-type massive system over the |
| 16 | 14:12:36  canal.  And we don't have that.  We have numerous mesocyclones, |
| 17 | 14:12:39  but they're not large enough to show up on this type of |
| 18 | 14:12:42  lower-resolution relative velocity. |
| 19 | 14:12:44  Q.  The purpose of your including the storm relative velocity |
| 20 | 14:12:48  images in Bradley was to persuade the court in Bradley that you |
| 21 | 14:12:51  didn't have that kind of tight tornadic rotation that could |
| 22 | 14:12:55  produce those kinds of catastrophic winds that might damage |
| 23 | 14:13:01  that property. |
| 24 | 14:13:02      Whereas, in this case, because you're not concerned |
| 25 | 14:13:05  with persuading a court that the winds weren't there, you've |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1063

| | |
|---|---|
| 1 | 14:09:37  perturbation within the mesocyclone that is germane to the wind |
| 2 | 14:09:42  conditions at the canal; right? |
| 3 | 14:09:44  A.  Correct. |
| 4 | 14:09:50  Q.  I want to turn your attention to page -- well, before I |
| 5 | 14:09:56  turn your attention.  You haven't included anywhere in your |
| 6 | 14:10:00  report in this case an analysis of storm relative velocity |
| 7 | 14:10:04  images, have you? |
| 8 | 14:10:05  A.  Correct. |
| 9 | 14:10:06  Q.  Now, I want to turn your attention to page 20 of the |
| 10 | 14:10:10  report in Bradley DM-040.  At page 20 in the report in Bradley, |
| 11 | 14:10:16  you included some images of storm relative velocity; isn't that |
| 12 | 14:10:21  right? |
| 13 | 14:10:22  A.  Correct. |
| 14 | 14:10:22  Q.  And what you told the Court with respect to the radar data |
| 15 | 14:10:36  for 3:42 a.m. and 3:47 a.m. is that:  "Based on these storm |
| 16 | 14:10:45  relative velocity images, they don't show any signature of |
| 17 | 14:10:50  mesocyclone rotation over the property as would be expected if |
| 18 | 14:10:59  such tornadic winds were present."  That's what you wrote in |
| 19 | 14:11:08  Bradley? |
| 20 | 14:11:08  A.  That's correct.  Based on those displays, which are lower |
| 21 | 14:11:11  resolution and could not detect any supercell-type storm |
| 22 | 14:11:17  systems on these displays. |
| 23 | 14:11:20      I think I have in the Bradley report, I have some |
| 24 | 14:11:22  that show those supercell systems with that velocity. |
| 25 | 14:11:28  Q.  In Bradley, the level 3 data on mesocyclones and tornado |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1065

| | |
|---|---|
| 1 | 14:13:09  done away with the storm relative velocity.  Instead, you've |
| 2 | 14:13:13  settled for the tornado vortex signature as all the evidence |
| 3 | 14:13:18  you need to tell the Court that there's that type of rotation |
| 4 | 14:13:22  here in the canal. |
| 5 | 14:13:24      Isn't that right, Dr. Mitchell? |
| 6 | 14:13:26  A.  I disagree, counselor. |
| 7 | 14:13:39      MR. RAFFMAN:  Let me put up on the screen No. 77. |
| 8 | 14:13:46      May we please remove this? |
| 9 | 14:13:48      THE COURT:  Go ahead. |
| 10 | 14:13:49      MR. RAFFMAN:  Thank you. |
| 11 | 14:13:50  BY MR. RAFFMAN: |
| 12 | 14:13:50  Q.  So if I might summarize some of the difference in language |
| 13 | 14:13:54  between the two reports and with respect to that 3:42 a.m. data |
| 14 | 14:13:59  point, in the barge case, you had heavy rains and wind gusts; |
| 15 | 14:14:03  and in Bradley, you didn't use the word "wind gusts"; is that |
| 16 | 14:14:08  right? |
| 17 | 14:14:09  A.  Yes, sir. |
| 18 | 14:14:10  Q.  In Katrina you maybe suggested that microburst winds |
| 19 | 14:14:14  reached ground level; in Bradley you've expressly told the |
| 20 | 14:14:17  court that microburst winds do not necessarily reach ground |
| 21 | 14:14:20  level; right? |
| 22 | 14:14:20  A.  And "do not necessarily" means that they are also |
| 23 | 14:14:24  possible. |
| 24 | 14:14:25  Q.  In Bradley you've used language to the effect that |
| 25 | 14:14:29  mesocyclones show wind shear and mesocyclone -- I'm sorry. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1066

| | | |
|---|---|---|
| 1 | 14:14:31 | That was incorrect. |
| 2 | 14:14:33 | In the barge case, you have wind shear and |
| 3 | 14:14:35 | mesocyclone; and in Bradley, you have the possibility of wind |
| 4 | 14:14:40 | shear and mesocyclone? |
| 5 | 14:14:42 | A.  Correct. |
| 6 | 14:14:43 | Q.  In this case you have rotational loft with wind shear at |
| 7 | 14:14:50 | the surface.  Whereas, in Bradley, you went to the storm |
| 8 | 14:14:53 | relative velocity data and saw no signature of a mesocyclone? |
| 9 | 14:14:57 | A.  That's correct. |
| 10 | 14:14:58 | Q.  Now, I've supplied you, Dr. Mitchell, with a copy of your |
| 11 | 14:15:05 | report.  I've supplied it to the Court as well -- actually, I |
| 12 | 14:15:10 | have not. |
| 13 | 14:15:12 | THE COURT:  Which report is that? |
| 14 | 14:15:14 | MR. RAFFMAN:  I'm about to do this.  Bear with me for |
| 15 | 14:15:21 | one moment, Your Honor.  May I approach? |
| 16 | 14:15:31 | THE COURT:  Yes, you may. |
| 17 | 14:15:58 | MR. RAFFMAN:  I didn't say a demonstrative, and I |
| 18 | 14:15:59 | want to cut the examination short here.  I don't want to |
| 19 | 14:16:02 | belabor anything. |
| 20 | 14:16:03 | BY MR. RAFFMAN: |
| 21 | 14:16:03 | Q.  But will you accept my representation, Dr. Mitchell, that |
| 22 | 14:16:06 | these kinds of differences between the two reports exist for |
| 23 | 14:16:10 | other radar images that you've read? |
| 24 | 14:16:15 | A.  Each case is different, counselor.  Each case that I was |
| 25 | 14:16:18 | involved in involved either properties and studying of |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1067

| | | |
|---|---|---|
| 1 | 14:16:23 | photographs and other information that adds to your analysis of |
| 2 | 14:16:26 | what actually occurred at a location, just as we discussed a |
| 3 | 14:16:29 | moment ago about the occurrence of microburst winds at a home |
| 4 | 14:16:32 | or did they occur or did not occur. |
| 5 | 14:16:35 | Q.  Will you accept my representation, Dr. Mitchell, that in |
| 6 | 14:16:39 | most, if not all, of the cases where you've pointed to a radar |
| 7 | 14:16:44 | image with mesocyclones in it, that, in the Bradley case, you |
| 8 | 14:16:50 | said -- you used the word "possible" or "possibility"; and in |
| 9 | 14:16:54 | this case, for the most part, and particularly with respect to |
| 10 | 14:16:57 | the 3:00-to-5:00 a.m. time window, the words "possible" and |
| 11 | 14:17:00 | "possibility" do not appear in your report? |
| 12 | 14:17:03 | A.  I would have to agree with that, yes, sir. |
| 13 | 14:17:10 | Q.  The use of the word "possible" in connection with these |
| 14 | 14:17:14 | mesocyclones is something you have done in other reports you've |
| 15 | 14:17:21 | rendered; right? |
| 16 | 14:17:22 | A.  Correct.  And, again, in terms of homes and locations |
| 17 | 14:17:26 | where I have more information, I have detailed aerial |
| 18 | 14:17:32 | photographs of the damage and destruction, whether there's |
| 19 | 14:17:36 | surrounding trees with all their little branches intact.  That |
| 20 | 14:17:39 | would tell me that I didn't have a massive mesocyclone reaching |
| 21 | 14:17:43 | ground level.  So that's how I can make those decisions in |
| 22 | 14:17:45 | these various other cases. |
| 23 | 14:17:47 | Q.  But in each case, Dr. Mitchell, as you have done in your |
| 24 | 14:17:50 | Bradley report -- |
| 25 | 14:17:50 | MR. RAFFMAN:  I'd like to switch to the ELMO, please. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1068

| | | |
|---|---|---|
| 1 | 14:17:53 | BY MR. RAFFMAN: |
| 2 | 14:18:08 | Q.  When you render a report, you provide an interpretation of |
| 3 | 14:18:11 | radar data and you write that:  "The radar images are what show |
| 4 | 14:18:20 | possible thunderstorm cells, and for instance" -- I'll stop |
| 5 | 14:18:26 | there.  That's what you're writing.  It's the radar images; |
| 6 | 14:18:29 | right? |
| 7 | 14:18:30 | A.  Correct. |
| 8 | 14:18:30 | Q.  And here, for instance, you've talked this morning about a |
| 9 | 14:18:33 | thunderstorm cell called "IO."  Do you remember that testimony |
| 10 | 14:18:36 | this morning about IO? |
| 11 | 14:18:38 | A.  Correct. |
| 12 | 14:18:38 | Q.  Counsel took you through that? |
| 13 | 14:18:40 | A.  Right. |
| 14 | 14:18:41 | Q.  And in the Bradley case, you refer to the thunderstorm |
| 15 | 14:18:43 | cell IO, the same thunderstorm cell, and you wrote that that |
| 16 | 14:18:47 | cell had the possibility of wind shear in a mesocyclone. |
| 17 | 14:18:52 | That's what you wrote in Bradley; right? |
| 18 | 14:18:54 | A.  Exactly.  And it has the potential.  It has the |
| 19 | 14:18:57 | possibility.  I don't know if these winds are reaching ground |
| 20 | 14:19:01 | level.  All I know is that the mechanism is there to have these |
| 21 | 14:19:06 | type of winds:  Rotational and microburst.  But I have no |
| 22 | 14:19:09 | measurements.  And no one can.  No one can tell. |
| 23 | 14:19:14 | Q.  All right.  Now, you add a sentence in this report when |
| 24 | 14:19:17 | you describe thunderstorm cell IO that I've highlighted here. |
| 25 | 14:19:22 | It says:  "However, these cells are located to the southeast of |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1069

| | | |
|---|---|---|
| 1 | 14:19:26 | the property location."  You used that sentence; right? |
| 2 | 14:19:29 | A.  Correct. |
| 3 | 14:19:30 | Q.  And the property location, again, it's a quarter mile or |
| 4 | 14:19:34 | less from the location where the barge is; right? |
| 5 | 14:19:37 | A.  Right. |
| 6 | 14:19:38 | Q.  And when you use the word "however," you meant to imply by |
| 7 | 14:19:49 | that word that those cells aren't very important to whatever is |
| 8 | 14:19:49 | happening at the location of the Bradley property; isn't that |
| 9 | 14:19:52 | right? |
| 10 | 14:19:52 | A.  That is incorrect, counselor. |
| 11 | 14:19:56 | Q.  I have one more thing to do. |
| 12 | 14:20:11 | MR. RAFFMAN:  May I approach, Your Honor? |
| 13 | 14:20:14 | THE COURT:  Yes, sir. |
| 14 | 14:20:36 | BY MR. RAFFMAN: |
| 15 | 14:20:36 | Q.  Dr. Mitchell, my last question for you is:  Will you |
| 16 | 14:20:39 | identify the document that I've just handed you as a report |
| 17 | 14:20:42 | that you wrote in a case called Sherman versus Allstate |
| 18 | 14:20:46 | Property and Casualty Company? |
| 19 | 14:20:49 | A.  Correct. |
| 20 | 14:20:50 | MR. RAFFMAN:  I will leave it to the Court to peruse, |
| 21 | 14:20:53 | if it wishes, at its convenience.  I think I've exhausted this |
| 22 | 14:20:58 | line of questioning, so I have no more questions. |
| 23 | 14:21:01 | THE COURT:  Thank you. |
| 24 | 14:21:05 | Redirect? |
| 25 | 14:21:13 | MR. KHORRAMI:  Yes, Your Honor. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1070

| | |
|---|---|
| 1 | 14:21:15    THE COURT:  Let me make sure I'm certain. |
| 2 | 14:21:16    Mr. Raffman, have you completed your examination? |
| 3 | 14:21:20    MR. RAFFMAN:  Yes, sir, I have concluded my |
| 4 | 14:21:22    examination.  Thank you, Your Honor.  Thank you, Dr. Mitchell. |
| 5 | 14:21:28    THE COURT:  Thank you, sir. |
| 6 | 14:21:29    MR. RAFFMAN:  Yes. |
| 7 | 14:21:35    REDIRECT EXAMINATION |
| 8 | 14:21:36    BY MR. KHORRAMI: |
| 9 | 14:21:44    Q.  Dr. Mitchell, earlier in Mr. Raffman's examination, |
| 10 | 14:21:51    Mr. Raffman questioned you regarding the various scales with |
| 11 | 14:21:57    respect to the products that Mr. Lemon produced.  Do you |
| 12 | 14:22:01    remember that? |
| 13 | 14:22:02    A.  Correct. |
| 14 | 14:22:02    Q.  And you mentioned that in the particular rendering that |
| 15 | 14:22:09    Mr. Raffman was examining you on, that the scale was only to |
| 16 | 14:22:13    one quadrant, and you specified that quadrant; correct? |
| 17 | 14:22:19    A.  That's correct. |
| 18 | 14:22:20    Q.  Okay.  I'm going to put that in front of you. |
| 19 | 14:23:26    MR. BEST:  There's a delay, Your Honor.  We |
| 20 | 14:23:30    apologize.  Our system is no longer communicating with the |
| 21 | 14:23:32    court's system. |
| 22 | 14:23:34    THE COURT:  All right.  We've now got communication. |
| 23 | 14:23:39    Go ahead. |
| 24 | 14:23:59    BY MR. KHORRAMI: |
| 25 | 14:23:59    Q.  Now, this was in your PowerPoint.  It's the mesocyclone |

1071

| | |
|---|---|
| 1 | 14:24:03    north of the canal at 3:31 a.m., and this is level II data. |
| 2 | 14:24:09    Mr. Raffman specifically asked you about the left |
| 3 | 14:24:13    lower quadrant, and he mentioned that scale, and you |
| 4 | 14:24:17    interpreted it based on that scale. |
| 5 | 14:24:19    And then he asked you to apply that scale to the |
| 6 | 14:24:21    upper right quadrant; correct? |
| 7 | 14:24:23    A.  Correct. |
| 8 | 14:24:24    Q.  And you mentioned that wasn't, indeed, the scale; correct? |
| 9 | 14:24:28    A.  We have no way of knowing -- actually, you have four |
| 10 | 14:24:32    panels on here.  It's certainly not the scale that goes with |
| 11 | 14:24:36    the reflective, which is this panel here.  It's certainly not |
| 12 | 14:24:38    the scale that goes with this one.  The way -- because this |
| 13 | 14:24:41    panel is highlighted, I would -- and most software |
| 14 | 14:24:45    packages, when you have a window that's highlighted, the scale |
| 15 | 14:24:48    automatically pops up to go with that window. |
| 16 | 14:24:51    I would have to make the assumption that it's the |
| 17 | 14:24:53    same scale, but I don't know for sure, counselor. |
| 18 | 14:24:56    Q.  I'm going to put another document in front of you. |
| 19 | 14:24:58    MR. KHORRAMI:  Can I have the ELMO?  Thank you. |
| 20 | 14:25:00    BY MR. KHORRAMI: |
| 21 | 14:25:07    Q.  Do you see this rendering that's also from Mr. Lemon's |
| 22 | 14:25:10    report? |
| 23 | 14:25:11    A.  Correct. |
| 24 | 14:25:12    Q.  This is page 27 of Mr. Lemon's report.  Do you see that |
| 25 | 14:25:18    the right upper quadrant is highlighted? |

1072

| | |
|---|---|
| 1 | 14:25:23    A.  Correct. |
| 2 | 14:25:23    Q.  And that's a different scale than you see on the left; |
| 3 | 14:25:26    correct? |
| 4 | 14:25:26    A.  Right. |
| 5 | 14:25:27    Q.  Indeed, all the different quadrants have different scales; |
| 6 | 14:25:31    correct? |
| 7 | 14:25:31    A.  That's correct, depending on what's displayed in the |
| 8 | 14:25:34    quadrant. |
| 9 | 14:25:35    Q.  So the colors that you see on each quadrant, you would |
| 10 | 14:25:38    have to have that scale in order to interpret it; correct? |
| 11 | 14:25:41    A.  Yeah, I would, yes.  You would have to be sure that you |
| 12 | 14:25:44    had the right scale to interpret it. |
| 13 | 14:25:52    Q.  Now, you also testified earlier today that many |
| 14 | 14:25:58    mesocyclones follow the feeder bands of the hurricanes, but |
| 15 | 14:26:01    they don't necessarily have to; correct? |
| 16 | 14:26:04    A.  Right.  And we saw evidence of that. |
| 17 | 14:26:05    Q.  Okay.  And that was evidence that you showed at 3:42 a.m. |
| 18 | 14:26:08    when we saw that slide, and we saw that that particular |
| 19 | 14:26:12    mesocyclone did not follow the feeder band of the hurricane? |
| 20 | 14:26:17    A.  Correct. |
| 21 | 14:26:18    Q.  That doesn't mean that all mesocyclones don't follow the |
| 22 | 14:26:22    feeder band -- the direction of the feeder band; |
| 23 | 14:26:25    A.  Right.  It's a chaotic system.  Some are falling within |
| 24 | 14:26:28    the feeder band; some are crossing the feeder band.  It just |
| 25 | 14:26:31    depends on their intensity and how they're being set up by the |

1073

| | |
|---|---|
| 1 | 14:26:37    convective system. |
| 2 | 14:26:38    Q.  So while we would expect them to follow the feeder band, |
| 3 | 14:26:42    they don't necessarily do; correct? |
| 4 | 14:26:45    A.  They have a mind of their own.  They can develop and pop |
| 5 | 14:26:47    up; they can disappear without following a direct path. |
| 6 | 14:26:50    Q.  And Mr. Raffman discussed with you the storm surge -- in |
| 7 | 14:26:54    particularly, the storm surge that came through Lake Borgne and |
| 8 | 14:26:57    came by MRGO -- and discussed with you that that followed the |
| 9 | 14:27:04    synoptic winds of the hurricane; is that correct? |
| 10 | 14:27:08    A.  Correct. |
| 11 | 14:27:08    Q.  And then that is a completely different event than what |
| 12 | 14:27:13    we're talking about here; correct? |
| 13 | 14:27:14    A.  Right.  That storm surge is set up miles and miles |
| 14 | 14:27:17    offshore as a Category 5 hurricane.  In fact, with Katrina, the |
| 15 | 14:27:21    surge was Category 5 even though the storm was Category 3.  It |
| 16 | 14:27:25    has nothing to do with the microscale or the mesoscale that |
| 17 | 14:27:29    we've been talking about. |
| 18 | 14:27:32    Q.  In fact, when you're talking about an area that large, you |
| 19 | 14:27:34    do look at the synoptic winds.  When you're looking at an area |
| 20 | 14:27:38    as small as the Industrial Canal or the barge in particular, |
| 21 | 14:27:40    you'd necessarily have to look at microbursts and mesocyclones |
| 22 | 14:27:44    and all of those events; correct? |
| 23 | 14:27:46    A.  That's correct. |
| 24 | 14:27:53    Q.  Now, in the reports that Mr. Raffman showed you from |
| 25 | 14:27:56    previous cases, your focus was on property damage; correct? |

## 1074

```
14:28:00   A.  It was on property damage, working with structural
14:28:03   engineers, looking at photos of property, looking at the
14:28:07   surrounding property in the sense of what trees were affected,
14:28:11   what culture was affected, yes, sir.
14:28:12   Q.  And you're looking at individual houses?
14:28:14   A.  Correct.
14:28:16   Q.  And destruction to individual houses; correct?
14:28:18   A.  That's correct.
14:28:18   Q.  So in the case of a chimney missing or something of that
14:28:21   sort, that would be a signature of a microburst that struck
14:28:25   that particular house; correct?
14:28:26   A.  Right.  And we saw those in photographs, but those were
14:28:29   not the issue of the report since the surge had, basically,
14:28:32   done most of the structural damage.
14:28:34   Q.  In one slide where Mr. Raffman showed you the mesocyclone,
14:28:40   you were talking about rotation of the mesocyclone causing
14:28:43   tornadic-type winds.  That's what you were really talking
14:28:48   about:  It was the tornado that would be produced that would
14:28:51   touch the ground that would cause the destruction; correct?
14:28:54   A.  Right.  It took -- the mesocyclone is -- first, you have
14:28:57   to have the rotating thunderstorm, you have to have that
14:28:59   impetus, and then the tornado drops out as a tighter rotation.
14:29:03   So they're all connected.  The tornado is a storm within the
14:29:06   thunderstorm, and you can't separate those rotations.
14:29:10   And we saw one of -- most of the tornadic vortex
```

## 1075

```
14:29:14   signatures were associated with mesocyclones.
14:29:16   Q.  Indeed, what you were focusing on were weather events that
14:29:20   would affect a very small amount of property, the size of a
14:29:25   small house; correct?
14:29:26   A.  Correct.
14:29:27   Q.  So they would have to be very focused; correct?
14:29:30   A.  They would be.
14:29:30   Q.  And they would have to actually touch that house; correct?
14:29:33   A.  Correct.
14:29:33   Q.  And they would have to cause destruction of that house;
14:29:36   correct?
14:29:37   A.  That would be correct.
14:29:37   Q.  You would agree with me that, considering the number of
14:29:40   years that have passed, your opinions are remarkably similar,
14:29:45   aren't they?
14:29:46   A.  Yes.  I try to be objective and apply a scientific method,
14:29:50   yes, sir.
14:29:52   Q.  In terms of the H-winds that we talked about, the
14:29:55   hurricane winds that we were talking about, your opinions are
14:29:59   consistent with the other experts, the experts that the defense
14:30:02   has in this case; correct?
14:30:03   A.  Yes, Category 1 winds at the canal location.
14:30:08   Q.  In fact, having to do with wind gusts, the defense expert,
14:30:11   Dr. Dooley, estimates wind gusts to be greater than what you
14:30:14   estimated them in this case?
```

## 1076

```
14:30:15   A.  Correct.
14:30:16   Q.  In fact, he estimates them to be up to 136 miles per hour;
14:30:19   correct?
14:30:20   A.  Right.  He applies a higher wind gust factor based on the
14:30:23   sustained wind field and comes up with 136 miles an hour.
14:30:25   Q.  And you're saying they're 104 to 120; is that correct?
14:30:30   A.  Yes, that's correct.
14:30:34       MR. KHORRAMI:  Just one second, Your Honor.
14:30:39       Thank you, Your Honor.  We tender the witness.
14:30:41       THE COURT:  Thank you, sir.  You may step down.
14:30:44       THE WITNESS:  Thank you, Your Honor.
14:30:55       MR. GILBERT:  Your Honor, could we have a few-minute
14:30:57   recess to do something with our computer?
14:31:01       MR. BEST:  We have to get our computer system back on
14:31:05   the court system before we can take our next witness.
14:31:09       THE COURT:  Okay.  We'll do that and then just go a
14:31:11   little longer before we take our next break.
14:31:14       MR. GILBERT:  Thank you.
14:31:15       THE COURT:  Okay.  We'll take a recess for 15
14:31:17   minutes.
14:32:29       (WHEREUPON, the Court took a recess.)
14:52:51       THE DEPUTY CLERK:  All rise.
14:57:35       Court's in session.  Please be seated.
14:57:42       MR. RAFFMAN:  Your Honor, with plaintiff's consent,
14:57:44   we have given numbers to these documents we've used with
```

## 1077

```
14:57:49   Dr. Mitchell for identification purposes only.
14:57:52       THE COURT:  Yes, sir.  I understand.
14:57:52       MR. RAFFMAN:  We are not seeking to have them in
14:57:53   evidence, but we ought to have a number so that the Court or
14:57:57   anybody else could know what was done.
14:58:00       So the Bradley report is 341 for identification,
14:58:03   the Sherman report is 342 for identification, and the
14:58:09   highlighted copy of the report in this case is 343 for
14:58:13   identification.
14:58:14       THE COURT:  Thank you.
14:58:14       MR. RAFFMAN:  Thank you, Your Honor.
14:58:32       THE COURT:  Yes, sir.
14:58:32       MR. WILSON:  Lafarge calls Dr. Lawrence Wilson for the record.
14:58:34   Plaintiff calls Dr. Jerry Marino as his next witness.
14:58:50       Your Honor, for the Court, Dr. Marino's report
14:58:57   is No. 397 in evidence.  His curriculum vitae is
14:59:03   Plaintiff's 398.  His declaration is 401.
14:59:13       THE COURT:  Okay.  Thank you.
14:59:16       MR. WILSON:  Additionally, there's a December
14:59:21   declaration that will be offered into evidence as well.
14:59:25       MR. GILBERT:  Lafarge has agreed that we may offer
14:59:27   it, December 18th, 2009 --
14:59:29       THE COURT:  Whoa, whoa, whoa.  We're not getting that
14:59:31   on the record.
14:59:33       MR. WILSON:  I'll say it.
```