1170

 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

       ******************************************************************

 4

       IN RE:  KATRINA CANAL

 5     BREACHES CONSOLIDATED

       LITIGATION

 6

                                    CIVIL ACTION NO. 05-4182

 7                                  SECTION "K" (2)

                                    NEW ORLEANS, LOUISIANA

 8                                  TUESDAY, JUNE 29, 2010, 9:00 A.M.

 9     PERTAINS TO BARGE

10

       MUMFORD   C.A. NO. 05-5724

11     AS TO CLAIMS OF PLAINTIFFS

       JOSEPHINE RICHARDSON AND

12     HOLIDAY JEWELERS, INC.,

       ONLY

13

14     BENOIT   C.A. NO. 06-7516

       AS TO CLAIMS OF PLAINTIFFS

15     JOHN ALFORD AND JERRY

       ALFORD ONLY

16

17     ******************************************************************

18

                           DAY 6, MORNING SESSION

19               TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

            HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.

20                    UNITED STATES DISTRICT JUDGE

21

22     APPEARANCES:

23

       FOR THE PLAINTIFFS:    BEST KOEPPEL TRAYLOR

24                            BY:  LAURENCE E. BEST, ESQUIRE

                              2030 ST. CHARLES AVENUE

25                            NEW ORLEANS LA  70130

## 1171

APPEARANCES CONTINUED:

LAW OFFICES OF BRIAN A. GILBERT
BY:  BRIAN A. GILBERT, ESQUIRE
2030 ST. CHARLES AVENUE
NEW ORLEANS LA  70130

KHORRAMI POLLARD ABIR
BY:  SHAWN KHORRAMI, ESQUIRE
44 FLOWER STREET, 33RD FLOOR
LOS ANGELES CA  90071

WILSON GROCHOW DRUKER & NOLET
BY:  LAWRENCE A. WILSON, ESQUIRE
223 BROADWAY, 5TH FLOOR
NEW YORK NY  10279

WIEDEMANN & WIEDEMANN
BY:  LAWRENCE D. WIEDEMANN, ESQUIRE
     KARL WIEDEMANN, ESQUIRE
821 BARONNE STREET
NEW ORLEANS LA  70113

PATRICK J. SANDERS
ATTORNEY AT LAW
3316 RIDGELAKE DRIVE
SUITE 100
METAIRIE LA  70002

LAW OFFICE OF RICHARD T. SEYMOUR
BY:  RICHARD T. SEYMOUR, ESQUIRE
1150 CONNECTICUT AVENUE N.W.
SUITE 900
WASHINGTON DC  20036

FOR THE DEFENDANT:   CHAFFE MCCALL
BY:  DEREK A. WALKER, ESQUIRE
2300 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS LA  70163

## 1172

APPEARANCES CONTINUED:

GOODWIN PROCTER
BY:  JOHN D. ALDOCK, ESQUIRE
     MARK S. RAFFMAN, ESQUIRE
     ADAM M. CHUD, ESQUIRE
     KIRSTEN V. K. ROBBINS, ESQUIRE
     ERIC I. GOLDBERG, ESQUIRE
901 NEW YORK AVENUE N. W.
WASHINGTON DC  20001

SUTTERFIELD & WEBB
BY:  DANIEL A. WEBB, ESQUIRE
650 POYDRAS STREET, SUITE 2715
NEW ORLEANS LA  70130

LAFARGE NORTH AMERICA, INC.
BY:  PETER KEELEY, ESQUIRE
12950 WORLDGATE DRIVE
HERNDON VA  20170

OFFICIAL COURT REPORTER:   CATHY PEPPER, CCR, RMR, CRR
                          500 POYDRAS STREET, ROOM B406
                          NEW ORLEANS, LOUISIANA 70130
                          (504) 589-7779

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
PRODUCED BY COMPUTER.

## 1173

### I N D E X

EXAMINATIONS                          PAGE

GENNARO G. MARINO, PH.D., P.E. (CONTINUED).............1174
DIRECT EXAMINATION BY MR. WILSON.......................1175

## 1174

P-R-O-C-E-E-D-I-N-G-S

TUESDAY, JUNE 29, 2010

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  ALL RISE, PLEASE.  COURT IS IN
SESSION.  PLEASE BE SEATED.

THE COURT:  GOOD MORNING.

VOICES:  GOOD MORNING, YOUR HONOR.

THE COURT:  THE WITNESS IS EN ROUTE?

MR. WILSON:  THE WITNESS IS READY, YOUR HONOR.  I WOULD
LIKE TO CONTINUE WITH DR. MARINO.

YOUR HONOR, I HATE TO TELL YOU THIS, BUT WE'RE HAVING A
LITTLE TECHNICAL DIFFICULTY.  WE NEED FIVE MINUTES.

THE COURT:  WHAT'S THE DIFFICULTY NOW?

MR. WILSON:  IT'S A NEW POWERPOINT THAT WE PROVIDED TO
THE COURT THIS MORNING.  THEY HAVE BEEN RENUMBERED.  I BELIEVE
THE COURT HAS A COPY.

THE COURT:  AND THE PROBLEM IS?

MR. WILSON:  HE'S PULLING IT UP.

MR. GILBERT:  YOUR HONOR, HE'S SAYING THAT THE NUMBERS
DON'T COME UP ON THE SCREEN THE SAME WAY.

THE DEPUTY CLERK:  WE CAN JUST USE THE ELMO.

THE COURT:  WE CAN JUST USE THE ELMO.

2  (Pages 1171 to 1174)

## 1175

1  MR. WILSON:  SURE.
2  MR. GILBERT:  THAT'S A GOOD IDEA.
3  THE COURT:  THANK YOU, SHEENA, FOR YOUR SUGGESTION.
4  DIRECT EXAMINATION
5  BY MR. WILSON:
6  Q.  GOOD MORNING, DR. MARINO.
7  A.  GOOD MORNING.
8  Q.  I WOULD LIKE TO BRING YOU BACK TO SLIDE -- I HOPE IT'S
9  SLIDE 15 ON THE POWERPOINT, WHICH HAS BEEN MARKED AS EXHIBIT 437.
10  I PUT IT UP ON THE ELMO.  AND WE WERE TALKING ABOUT 81A.  DO YOU
11  RECALL TESTIFYING ABOUT 81A BEFORE?
12  A.  YES.
13  Q.  YOU INDICATED THAT THEY HAD BEEN RELOCATED.  DO YOU RECALL
14  THAT TESTIMONY, DOCTOR?
15  A.  YES.
16  Q.  AND WAS THIS WHAT YOU'RE TALKING ABOUT, THIS HIGHLIGHTED
17  SECTION OF SLIDE 15?
18  A.  YES.
19  Q.  COULD YOU READ THAT FOR THE RECORD, DOCTOR.
20  A.  "NEAR LEVEE, LOCATION ADJUSTED."
21  Q.  AND IS THERE A COMMA AFTER LEVEE?
22  A.  YES.
23  Q.  THANK YOU, DOCTOR.
24  ALL RIGHT.  DOCTOR, I WOULD LIKE TO GO BACK TO WHERE WE
25  WERE.  THAT WAS SLIDE 106, FOR THE RECORD, EXHIBIT 437, JUST TO

## 1176

1  BRING THE COURT BACK TO WHERE WE WERE.
2  THE COURT:  YES, SIR.  YOU MIGHT NEED TO ZOOM OUT A
3  LITTLE BIT NOW.  I RECALL WHERE WE WERE, THE CALIFORNIA DELTA
4  PEAK.
5  THE WITNESS:  THAT'S CORRECT.
6  MR. WILSON:  CORRECT.  AND THAT'S SLIDE 106.  I'M GOING
7  TO PROCEED FROM THERE, YOUR HONOR.
8  EXAMINATION
9  BY MR. WILSON:
10  Q.  THIS IS SOIL PROPERTY VALUES FOR THE NORTH AND SOUTH BREACH
11  MODEL SECTION.  COULD YOU EXPLAIN TO THE COURT WHAT THAT IS.
12  A.  YES.  IF YOU WERE TO LOOK AT THE LEFT-HAND COLUMN FIRST, YOU
13  CAN SEE THE SOIL UNITS WE TALKED ABOUT YESTERDAY.  THIS IS THE
14  WATERFRONT FILL WE TALKED ABOUT YESTERDAY, THE UPPER SILTS AND
15  CLAYS, THE MARSH, THE LOWER SILT AND CLAY AND THE BOTTOM CLAY.
16  AND IF YOU REMEMBER THAT EACH ONE OF THESE LAYERS HAVE SUBLAYERS
17  IN IT.
18  THE COURT:  YES, WE TALKED ABOUT THAT.
19  THE WITNESS:  YES, AND SO THESE ARE SUBLAYERS.  THEY ARE
20  NUMBERED.  AND THEN A DESCRIPTION IS GIVEN OF WHAT THE
21  BORINGS SAY THAT SUBLAYER CONSISTS OF.
22  AND IN THE REPORT, ALSO, IF YOU WERE TO LOOK AT -- IN 5.2,
23  THERE ARE DETAILED DESCRIPTIONS OF WHAT THE BORINGS SAY ABOUT
24  EACH STRATA, YOU KNOW, WHAT -- THE VARIATIONS THAT ARE DISCUSSED
25  ABOUT EACH STRATA IN SECTION 5.2.

## 1177

1  THE COURT:  AND THIS IS A COMPILATION DONE BY YOU
2  LOOKING AT ALL OF THE MATERIALS WE TALKED ABOUT EARLIER?
3  THE WITNESS:  YES, LOOKING AT ALL OF THE BORINGS AND
4  WHAT EACH LAYER IS COMPRISED OF, BASED ON A DESCRIPTION THAT'S
5  GIVEN IN THE BORINGS.
6  EXAMINATION
7  BY MR. WILSON:
8  Q.  DOCTOR, YOU'RE REFERRING TO 5.2.  FOR MY CLARIFICATION, WHAT
9  DID YOU MEAN BY THAT?
10  A.  THAT'S IN THE REPORT, IN MY REPORT.
11  Q.  YOUR REPORT SECTION 5.2?
12  A.  YES.
13  MR. WILSON:  BOB, ARE YOU READY?
14  MR. SNYDER:  I'M READY.
15  THE COURT:  WE'RE BACK.
16  EXAMINATION
17  BY MR. WILSON:
18  Q.  SLIDE 108 FROM THE POWERPOINT.  THERE WE GO.
19  A.  COULD WE GO BACK TO THAT SLIDE JUST FOR A MOMENT.
20  Q.  YOU WANT TO GO BACK ONE SLIDE?
21  A.  THIS ONE.  IF YOU -- FOR EXAMPLE, WE CAN LOOK AT THE MARSH
22  AREA.
23  Q.  IT'S THE THIRD COLUMN DOWN.  BEST WE CAN DO.
24  MR. WILSON:  CAN YOU READ THAT, YOUR HONOR, OR SHOULD I
25  PUT IT ON THE ELMO?

## 1178

1  THE COURT:  I CAN READ IT.
2  THE WITNESS:  SO THIS IS THE DIFFERENT -- FOR THAT
3  LAYER, THESE ARE THE DIFFERENT SUBLAYERS OR SECTIONS OF THAT
4  LAYER, AND IT GIVES THE DESCRIPTIONS HERE.  FOR EXAMPLE, THE
5  FIRST ONE SAYS, "BROWN, GRAY, DARK GRAY, MAINLY SOFT, ORGANIC
6  CLAY WITH WOOD AND OCCASIONAL ROOTS."
7  Q.  AND THAT'S RTS FOR ROOTS?
8  A.  YES.
9  Q.  TO THE EAST, RIGHT?
10  A.  YES.  I'M NOT SURE WHY IT SAYS TO THE EAST, BUT THIS -- SO
11  THE VALUE GIVEN IS BASED ON THAT DESCRIPTION, YOU KNOW, THAT IT'S
12  A FAT CLAY, AND SO THE PERMEABILITY VALUE WOULD BE BASED ON THAT
13  DESCRIPTION.
14  THE NEXT ONE SAYS, "GRAY, DARK GRAY, BLACK INTERBEDDED PEATY
15  ORGANIC SILT AND CLAY, FOUR INCHES TO TWO-FOOT THICK."
16  THE COURT:  WHEN YOU'RE LOOKING AT THAT, YOU MIGHT MOVE
17  YOUR MIKE, SIR, SO THE COURT REPORTER CAN GET IT DOWN.
18  THE WITNESS:  YES.  IT'S A GRAY, DARK GRAY, BLACK
19  INTERBEDDED -- OH, THAT'S MUCH BETTER -- INTERBEDDED PEATY
20  ORGANIC SILT TO CLAY, FOUR INCHES TO TWO-FOOT THICK WITH CLAY
21  SILT FOUR INCHES TO SIX-INCHES THICK AND OCCASIONAL PEAT, OF
22  COURSE, SIX INCHES THICK.
23  THE COURT:  I HAVE A QUESTION TO ASK YOU.  I UNDERSTAND
24  THIS IS A COMPILATION MADE BY YOU, BUT THERE IS THE DESCRIPTION
25  TAKEN FROM WHATEVER BORING FINDING THAT YOU LOOKED AT.

## 1179

1    THE WITNESS: YES, IT'S A COMPILATION KIND OF PUTTING
2  TOGETHER ALL OF THE CHARACTERISTICS THAT --
3    THE COURT: I GUESS, IS THAT YOUR DESCRIPTION OR
4  CHARACTERIZATION OF WHAT WAS DESCRIBED OR IS THAT THE LITERAL
5  DESCRIPTION GIVEN BY THE PERSON WHO TOOK THE ORIGINAL BORING?
6    THE WITNESS: IT'S MY COMPILATION OF WHAT THEY
7  DESCRIBED.
8    THE COURT: I UNDERSTAND. THANK YOU.
9         EXAMINATION
10 BY MR. WILSON:
11 Q. I'M NOT SURE. IT'S YOUR COMPOSITION OF WHAT THEY DESCRIBED.
12 YOU TOOK WHAT THEY DESCRIBED FROM THE BORING RECORDS, THEMSELVES;
13 IS THAT CORRECT?
14 A. YES.
15    THE COURT: I UNDERSTAND THAT. I HOPE MY QUESTION WAS
16 CLEAR. DID YOU EXACTLY COPY THAT RECORD THERE OR DID YOU USE
17 YOUR OWN CHARACTERIZATION TO DESCRIBE WHAT THEY'VE DONE?
18    THE WITNESS: THE LATTER, YOUR HONOR.
19    THE COURT: THAT'S WHAT I THOUGHT.
20    THE WITNESS: YOU WOULDN'T BE ABLE TO PUT ALL OF THAT IN
21 THAT.
22    THE COURT: BECAUSE IT'S INFORMATION IN ORDER TO MAKE
23 THIS EXHIBIT AND THIS COMPILATION, IT WAS NECESSARY FOR YOU TO
24 CONDENSE THE MATERIAL SO IT'S SO DESCRIBED. I UNDERSTAND.
25    THE WITNESS: EXACTLY.

## 1180

1    MR. WILSON: THANK YOU.
2    THE WITNESS: AND SO THEN AGAIN, THE PERMEABILITY VALUE
3  WAS ASSIGNED FOR THIS AREA, AND IF YOU LOOKED AT THE COLUMN NEXT
4  TO IT, YOU'LL SEE THAT IT'S A HIGHER PERMEABILITY BECAUSE OF THE
5  NATURE OF THE SOIL. SO YOU'RE TALKING ABOUT NEGATIVE FOUR VERSUS
6  A NEGATIVE EIGHT.
7    THE COURT: YES, WE SEE -- SHOW ME WHERE THAT IS, SIR.
8  IF YOU GO ALONG, I JUST WANT TO FOLLOW ALONG THERE.
9    THE WITNESS: IT SAYS THE NORTH --
10    THE COURT: RIGHT.
11    THE WITNESS: SO THAT WOULD BE THE NORTH CROSS-SECTION.
12    THE COURT: RIGHT.
13    THE WITNESS: AND THAT WOULD BE THE PERMEABILITY VALUE.
14    THE COURT: THE 1.0E MINUS 04?
15    THE WITNESS: YES. THAT MEANS .0004. OKAY? THIS WOULD
16 BE SEVEN ZEROS AND THEN A FIVE. IN OTHER WORDS, YOU KNOW, THIS
17 ONE IS APPROXIMATELY 10 THOUSAND TIMES LESS PERMEABLE, THIS ONE
18 HERE.
19         EXAMINATION
20 BY MR. WILSON:
21 Q. THE ONE WITH THE CLAY WOULD BE LESS PERMEABLE, IS THAT HOW I
22 UNDERSTAND IT?
23 A. YES. SO THIS DESCRIBES THE PERMEABILITY AS THE WATER IS
24 SEEPING IN THE VERTICAL DIRECTION. WE ALSO LOOKED AT THE
25 PERMEABILITY THAT MAY BE DIFFERENT IN THE HORIZONTAL DIRECTION

## 1181

1  BASED ON THE DESCRIPTION, AND BECAUSE THIS HAS GOT SILT AND CLAY
2  MIXED TOGETHER WITH OCCASIONAL PEAT LAYERS, THAT PERMEABILITY IN
3  A HORIZONTAL DIRECTION WAS MADE -- YES, YOU HAVE A QUESTION?
4    THE COURT: YES, SIR. LET'S TAKE THE ONE AT THE TOP.
5    THE WITNESS: YES.
6    THE COURT: NORTH AND THEN 5.0E. WHAT DOES THE 5.0E
7  MEAN?
8    THE WITNESS: THE 5.0E MEANS THAT THE VALUE THAT'S
9  CHOSEN HAS FIVE ZEROS IN FRONT OF IT, .00000005.
10    THE COURT: AND THEN THE MINUS 08 MEANS?
11    THE WITNESS: I'M SORRY. THE 5 POINT MEANS THAT IT
12 WOULD BE THE NUMBER AFTER THE ZEROS. SO IT'S .00000005.
13    THE COURT: AND WHAT DOES THE 08 MEAN? THAT'S ON YOUR
14 SCALE? TELL ME WHAT THE 08 IS.
15    THE WITNESS: THE 08 MEANS HOW MANY ZEROS THERE ARE IN
16 FRONT OF THE NUMBER. LIKE FOR A PERCENT, IF YOU HAD ONE PERCENT,
17 IT WOULD BE A MINUS 2. IT WOULD BE .02. -- .01 IF IT WAS
18 ONE PERCENT.
19    THE COURT: SO LET ME MAKE IT A LITTLE SIMPLER. YOU'VE
20 GOT THE NORTH, I'M LOOKING AT THE TOP, 5.0E-08. THEN WE HAVE
21 ONE, IT SAYS NORTH RIGHT BELOW IT, 1.0E MINUS 04. WHICH ONE
22 WOULD BE LESS PERMEABLE?
23    THE WITNESS: THE FIRST ONE. THE UPPER NUMBER.
24    THE COURT: AND IT'S LESS PERMEABLE BECAUSE -- YOU MIGHT
25 TELL ME PRECISELY WHY IT'S EXPRESSED IN THAT MANNER.

## 1182

1    THE WITNESS: YES. IF YOU LOOK AT THE DESCRIPTION OF
2  THE SOIL, IT'S SHOWING IT AS TO BE A FAT CLAY.
3    THE COURT: RIGHT. AND --
4    THE WITNESS: AND THAT'S WHY IT SAYS "TO THE EAST"
5  THERE.
6    THE COURT: I UNDERSTAND THAT. BUT THE DIFFERENTIAL IN
7  PERMEABILITY -- GO BACK TO THE OTHER THING. THE DIFFERENTIAL IN
8  PERMEABILITY BETWEEN FIRST AND SECOND WOULD BE?
9    THE WITNESS: WOULD BE 10 THOUSAND TIMES.
10    THE COURT: AND THE WAY THAT I COULD DETERMINE THAT
11 WOULD BE LOOKING AT --
12    THE WITNESS: YOU LOOK AT THE FOUR MINUS FOUR AND MINUS
13 EIGHT, OKAY, SO THERE IS A MINUS FOUR DIFFERENCE.
14    THE COURT: YES.
15    THE WITNESS: SO THAT MEANS YOU HAVE THREE -- YOU HAVE
16 THREE ZEROS IN A DIGIT OR YOU HAVE FOUR ZEROS WITH A ONE IN FRONT
17 OF IT, WHICH WOULD MAKE IT 10 THOUSAND.
18    THE COURT: I GUESS WHERE I WAS A LITTLE STUMPED IS I'M
19 NOT SURE WHAT FACTOR THE FIVE AND THE ONE HAVE, THOSE NUMBERS
20 VIS-À-VIS THE 08 AND THE 04. I'M JUST TRYING TO UNDERSTAND IT.
21    THE WITNESS: RIGHT.
22    MR. WILSON: DOCTOR, COULD YOU GO DOWN IN POWERS OF TEN
23 ON THE PERMEABILITY FROM THE FOUR TO THE EIGHT.
24    THE WITNESS: RIGHT. AND THE NUMBER IN THE FRONT HERE,
25 THAT'S WITHIN, YOU KNOW, FOR EXAMPLE --

4  (Pages 1179 to 1182)

## 1183

1    THE COURT:  IT'S THE NUMBER IN THE FRONT.  I'VE GOT THE
2  NUMBER IN THE BACK.
3    THE WITNESS:  THE NUMBER IN THE FRONT DEFINES IT WITHIN
4  THAT 10 THOUSAND.
5        EXAMINATION
6  MR. WILSON:
7  Q.  HOW DOES IT DO THAT?  IS IT MATHEMATICALLY?  WHAT DO YOU
8  MEAN BY THAT?
9  A.  IF YOU LOOK AT JUST THE BACK NUMBER, THIS NUMBER HERE,
10  YOUR HONOR.
11    THE COURT:  YES.
12    THE WITNESS:  THAT GIVES YOU THE NUMBER OF ZEROS.
13    THE COURT:  I GOT YOU.
14    THE WITNESS:  AND THEN THIS NUMBER GIVES YOU WHAT THE
15  NUMBER IS AFTER THE ZEROS.
16    THE COURT:  OKAY.  IT MAKES SENSE.  I UNDERSTAND.  GOT
17  IT.
18        EXAMINATION
19  BY MR. WILSON:
20  Q.  AND JUST FOR THE RECORD, YOU'RE REFERRING TO THE COLUMN THAT
21  SAYS KV PAREN CN SLASH SCC END PAREN AT THE TOP.
22    CAN YOU SHOW THE TOP OF THE COLUMN.
23    FOR THE RECORD, DOCTOR, WHICH COLUMN WERE WE JUST LOOKING
24  AT?
25  A.  WE'RE LOOKING AT THIS COLUMN HERE, THE KV.  KV IS A SYMBOL

## 1184

1  FOR PERMEABILITY AND THE V MEANS THE PERMEABILITY OR THE SEEPAGE
2  RATE IN THE VERTICAL DIRECTION.
3  Q.  VERTICAL IS UP AND DOWN?
4  A.  UP AND DOWN.  AND SO WE ALSO LOOKED AT HOW IT WOULD FLOW IN
5  THE HORIZONTAL DIRECTION BASED ON DESCRIPTIONS OF THE SOILS, AND
6  THAT'S GIVEN HERE, THIS RATIO OF HORIZONTAL TO VERTICAL
7  PERMEABILITY.
8    SO IF IT SAYS 1, THAT MEANS WE'RE ASSUMING THAT THE FLOW
9  WOULD BE -- RATE WOULD BE THE SAME IN BOTH DIRECTIONS.  THE
10  IPET'S SEEPAGE MODEL, THEY ASSUMED ONE FOR ALL THE MATERIALS.
11  BUT SOME OF THESE MATERIALS, IN MY MIND, WOULD BE -- HAVE A
12  GREATER PERMEABILITY IN THE HORIZONTAL DIRECTION, ESPECIALLY IF
13  YOU HAVE A LAYER DEPOSIT, YOUR HONOR, YOU WOULD EXPECT TO HAVE
14  MORE PERMEABILITY IN THE HORIZONTAL DIRECTION.
15  Q.  COULD YOU CLARIFY THAT?
16  A.  YEAH.  IF YOU HAVE, SAY, A PERMEABLE, LESS PERMEABLE,
17  PERMEABLE, LESS PERMEABLE LAYERS WITHIN A UNIT.
18  Q.  IN A VERTICAL DIRECTION?
19  A.  IN A VERTICAL DIRECTION, IT'S HARDER FOR THE SOIL TO SEEP
20  DOWN RATHER THAN GO HORIZONTALLY.
21  Q.  SO IF YOU HAVE, LIKE, A PEAT AND THEN A CLAY AND THEN A
22  PEAT, DOES THE CLAY ACT AS A STOPPER FOR THE PERMEABILITY IN A
23  HORIZONTAL DIRECTION?
24  A.  IN ESSENCE, YES.  AND SO IF YOU LOOKED AT THAT COLUMN, YOU
25  WOULD SEE DIFFERENT RATIOS, DEPENDING UPON WHAT WE FOUND.  LIKE

## 1185

1  THERE IS ONE MATERIAL.
2  Q.  AND THE COLUMN YOU'RE REFERRING TO IS THE KH/KV COLUMN?
3  A.  YES.
4  Q.  BOB, CAN YOU SHOW THAT COLUMN, IS THAT POSSIBLE?
5  A.  SO WHAT THIS TABLE DOES, IT SUMMARIZES ALL THE DESCRIPTIONS
6  OF THE SOILS THAT WE FOUND FROM LOOKING AT THE BORINGS AND THEN
7  THE SIGNS, THE PERMEABILITY VALUES, AND ALSO GIVES THE VALUES OF
8  STRENGTH THAT WE TALKED ABOUT EARLIER.
9    THE COURT:  I ASSUME WE HAVE THREE -- MY SCAN SAYS THREE
10  25'S, WE HAVE A FEW 2'S AND A 3, AT LEAST A FEW 2'S.
11    THE WITNESS:  YES.
12        EXAMINATION
13  BY MR. WILSON:
14  Q.  ACTUALLY, IF I'M READING THIS RIGHT, IT'S A 2.5, DOCTOR?
15  A.  YES.
16    THE COURT:  2.5.  THAT MAKES IT A LITTLE CLOSER.
17    THE WITNESS:  IF YOU LOOK AT THAT 2.5, IT'S DESCRIBED AS
18  A VARVED DEPOSIT.
19        EXAMINATION
20  BY MR. WILSON:
21  Q.  WHAT DOES THAT MEAN, DOCTOR?
22  A.  IT MEANS THAT THERE'S THIN INTERLAYERS OF SOIL, YOU KNOW,
23  WHERE THERE COULD BE, YOU KNOW, A COARSE CLAY, MAYBE A FAT CLAY,
24  OR A SILT.  THIN LAYERS OF IT ONE AFTER ANOTHER.  SO YOU WOULD
25  EXPECT THE PERMEABILITY TO BE MORE HORIZONTALLY THAN IT IS

## 1186

1  VERTICALLY.  SO THAT'S WHY THAT RATIO IS GIVEN.
2        EXAMINATION
3  BY MR. WILSON:
4  Q.  AND WHAT'S THE DIFFERENCE BETWEEN 1 AND -- I'M SORRY, 1 AND
5  2.5 IN TERMS OF PERMEABILITY?
6  A.  WELL, YOU KNOW, ONE ASSUMES THAT THE PERMEABILITY IN BOTH
7  DIRECTIONS ARE THE SAME WHEREAS, THE 2.5 MEANS THAT IT MOVES --
8  THE WATER MOVES 2.5 TIMES FASTER IN THE HORIZONTAL DIRECTION.
9  Q.  BUT IT WOULD BE MORE PERMEABLE, IS THAT WHAT YOU'RE SAYING?
10  A.  YES.
11  Q.  AND 1 IS LESS PERMEABLE THAN 2.5?
12  A.  IT'S A RATIO.  OKAY?  IT'S A RATIO.  GIVEN THE PERMEABILITY
13  IN THE VERTICAL DIRECTION, OKAY, IT SAYS THAT THE PERMEABILITY IN
14  THE HORIZONTAL DIRECTION IS THE SAME, SO THAT'S WHY IT'S 1.  IT
15  DOESN'T MEAN ONE SOIL HAS LESS PERMEABILITY THAN THE OTHER.  IT'S
16  A RATIO RELATIVE TO THAT SOIL.
17  Q.  IT'S A COMPARISON?
18  A.  IT'S A COMPARISON OF PERMEABILITY OF THE SOIL IN THAT ONE --
19  OF THAT PARTICULAR SOIL.
20    THE WITNESS:  DOES THE COURT UNDERSTAND THAT?
21    THE COURT:  WE CAN BE HERE WAY TOO LONG.  WE'RE GOING TO
22  MOVE ON TO ULTIMATELY GET TO WHAT ALL OF THIS MEANS IN THE GRAND
23  SCHEME OF THINGS, WHICH IS WHAT I KNOW -- I'M GETTING THE
24  FOUNDATION AS WELL AS I CAN.  ULTIMATELY, WE'LL MOVE TO THE
25  CONCLUSIONS FROM THIS FOUNDATION.

## 1187

1  MR. WILSON:  BOB, COULD WE GO TO THE NEXT SLIDE, PLEASE.
2  THE COURT:  I WILL NOT BE A GEOTECHNICAL ENGINEER BY THE
3  TIME THIS OVER.
4  THE WITNESS:  THIS IS A SLIDE THAT SHOWS CONTOURS FOR
5  THE WATER LEVELS THAT WERE ASSUMED PRIOR TO KATRINA, THAT IN
6  ORDER TO START YOUR MODEL, YOU HAVE TO START IT FROM SOMEPLACE,
7  AND YOU START IT WITH A GROUNDWATER TABLE THAT EXISTED BEFORE THE
8  HURRICANE, AND THEN YOU IMPOSE ON YOUR MODEL THE HURRICANE
9  CONDITIONS.
10  AND THIS IS JUST A DRAWING SHOWING THE WATER LEVELS THAT WE
11  EXTRAPOLATED FROM THE INFORMATION AVAILABLE FROM THE WGI BORINGS.
12  EXAMINATION
13  BY MR. WILSON:
14  Q.  IS THIS FOR YOUR SEEPAGE ANALYSIS OR YOUR STABILITY
15  ANALYSIS, DOCTOR, OR BOTH?
16  A.  NO, THIS IS JUST A COMPILATION OF DATA THAT WE USED TO
17  DETERMINE WHAT THE LEVEL OF THE GROUNDWATER WOULD BE PRIOR TO
18  KATRINA.
19  THE COURT:  THIS IS SIMPLY A WATER TABLE PRIOR TO
20  KATRINA?
21  THE WITNESS:  YES.
22  EXAMINATION
23  BY MR. WILSON:
24  Q.  AND YOU UTILIZED THAT IN WHICH ANALYSIS, DOCTOR?
25  A.  WE UTILIZED THIS INFORMATION IN BOTH THE STABILITY ANALYSIS

## 1188

1  AS WELL AS THE SEEPAGE ANALYSIS.
2  Q.  AND SLIDE 108 IS WHAT WE'RE LOOKING AT, FOR THE RECORD, AND
3  YOU HAVE HERE WHICH BREACH, DOCTOR?
4  A.  THIS IS THE -- IF YOU SEE THE BOLAND MARINE, IT'S THE NORTH
5  BREACH.
6  Q.  THANK YOU.
7  THE COURT:  AND THE CONTOURS ARE?
8  THE WITNESS:  ARE THE LEVEL OF WATER.  IT SHOWS THE
9  ELEVATION OF THE WATER BELOW THE GROUND SURFACE.
10  THE COURT:  OKAY.
11  EXAMINATION
12  BY MR. WILSON:
13  Q.  NEXT SLIDE, PLEASE.
14  A.  THIS IS A PICTURE OF OUR MODEL AT WHAT -- THIS RED LINE
15  REPRESENTS THAT WATERLINE THAT WE WERE TALKING ABOUT.
16  Q.  WE'RE LOOKING AT SLIDE 109, FOR THE RECORD, EXHIBIT 437.
17  AND WE HAD JUST PREVIOUSLY LOOKED AT SLIDE 108.
18  A.  AND YOU CAN SEE THIS WATERLINE, AND THEN WE DETERMINED
19  THROUGH THE MODELING WHERE THIS WATERLINE WOULD BE ON THE
20  PROTECTION SIDE HERE.
21  Q.  WHAT'S THE RELEVANCE OF THAT, DOCTOR?
22  A.  AS I SAID, YOU WOULD USE THIS IN YOUR ANALYSIS, ANOTHER
23  INPUT PARAMETER THAT YOU NEED FOR YOUR ANALYSIS.
24  Q.  CAN WE GO TO THE NEXT SLIDE, PLEASE.
25  OKAY.  WHAT IS THIS, DOCTOR?

## 1189

1  A.  THIS IS A TABLE IN OUR REPORT, AND THIS TABLE GIVES -- WHAT
2  I DID IS I SUMMARIZED EYEWITNESS ACCOUNTS, ANY INFORMATION THAT I
3  HAD AVAILABLE TO ME RELATED TO VARIOUS FACTORS DURING THE
4  HURRICANE, TIMES OF FLOODING, ANY STATEMENTS BY DIFFERENT
5  WITNESSES ABOUT THE BARGE, ABOUT NOISES THAT WERE HEARD IN THE
6  AREA, AND I GIVE REFERENCE IN THE RIGHT COLUMN AS TO WHERE I GOT
7  THAT INFORMATION.
8  Q.  THAT'S TABLE 3.1 FROM YOUR REPORT, WHICH IS EXHIBIT 397,
9  DOCTOR?
10  A.  YES.
11  Q.  AND IT'S SLIDE 110 ON THE POWERPOINT?
12  A.  YES.
13  Q.  AND DID YOU TAKE INTO CONSIDERATION 911 CALLS?
14  A.  YES.  I FELT THAT THE 911 CALLS IS -- FOR THE SOUTH BREACH
15  WOULD BE THE BEST INFORMATION AVAILABLE GIVEN THE VARIABILITY AND
16  THE TIMING FROM A LOT OF OTHER INFORMATION.  THIS IS SOMETHING
17  THAT, YOU KNOW, IS RECORDED AT THE TIME.
18  Q.  THIS IS JUST PART OF YOUR INVESTIGATION TO FORM YOUR
19  OPINIONS IN THIS CASE, CORRECT?
20  A.  YES.
21  Q.  BOB, IF YOU COULD MOVE AHEAD TO SLIDE 124, PLEASE.
22  A.  IF I MAY SAY, THAT'S TABLE 3.1 IN MY REPORT.
23  Q.  THANK YOU.  I'M SORRY.  I'VE GOT A DIFFERENT NUMBER.  114.
24  AND THIS IS -- IS THIS THE LOCATION OF ALL THE DIFFERENT RECORDED
25  EVENTS AND OBSERVATIONS, YOU JUST MAPPED IT OUT ON A GOOGLE MAP?

## 1190

1  A.  THAT'S CORRECT.  IT SHOWS THE NUMBER WHICH IS KEYED INTO THE
2  TABLE WHICH GIVES YOU THE LOCATION OF WHERE THAT INFORMATION CAME
3  FROM.
4  Q.  CAN WE GO TO THE NEXT SLIDE, PLEASE, WHICH IS 115 FOR THE
5  RECORD.
6  DOCTOR, COULD YOU EXPLAIN WHAT THIS REPRESENTS TO THE COURT.
7  A.  YES.  THIS IS A FIGURE OUT OF DR. CUSHING'S REPORT, WHICH IS
8  A SURVEY DONE AT THE TOP OF THE WALL.
9  Q.  AND WHO IS DR. CUSHING?
10  A.  HE'S AN EXPERT FOR THE DEFENDANT.
11  Q.  AND WHAT DOES IT REPRESENT?
12  A.  IT REPRESENTS AN ELEVATION HERE OF THE TOP OF THE WALL.
13  Q.  OKAY.  AND WOULD THAT BE FOR THE ENTIRE LEVEE?
14  A.  YES.
15  Q.  AND DOES IT REPRESENT ALSO THE TWO BREACHES IN THE
16  INDUSTRIAL CANAL EASTERN WALL?
17  A.  YES.  AND IT SHOWS HERE -- THIS IS THE NORTH BREACH AREA,
18  HERE IS THE SOUTH BREACH AREA.
19  Q.  AND THE NORTH BREACH AREA IS WHERE THERE IS A 215-FOOT BREAK
20  AND THE SOUTH BREACH AREA IS WHERE THERE IS AN 812-FOOT BREAK?
21  A.  YES.
22  Q.  AND WHAT DOES HE HAVE AS REPRESENTING THE HEIGHT OF THE
23  WALL, DOCTOR?
24  A.  BASED -- YOU KNOW, OBVIOUSLY YOU DON'T KNOW WHAT IS IN THE
25  AREA OF WHERE THE FAILURE IS BECAUSE THAT WALL IS MISSING, BUT

1191

1  BASED ON THIS INFORMATION CLOSEST TO THAT WALL, IT'S AT ELEVATION
2  613.
3  Q.  AND TO THE RIGHT OF THAT ON THE SLIDE 115, IT GOES ALL THE
4  WAY ABOVE BY 14 FEET.  IS THAT REPRESENTATIVE OF THE WALL THAT
5  WAS BUILT IN 1980?
6  A.  YES, SIR.
7  Q.  TO THE LEFT IS THE 215-FOOT BREAK.  THAT IS ALL
8  REPRESENTATIVE OF THE 1969 I-WALLS THAT WERE CONSTRUCTED ALONG
9  THE EASTERN SIDE OF THE INDUSTRIAL CANAL?
10  A.  YES.
11  Q.  IS THERE ANYTHING ELSE YOU WANTED TO TELL THE COURT ABOUT
12  THIS?
13  A.  NO.  I THINK THAT COVERS IT.
14  Q.  I ACTUALLY WANT TO COME BACK TO THAT SLIDE.  WE'RE STILL ON
15  IT.
16     WHAT IS THIS RIGHT HERE?  IT'S A SQUARE.  IT SAYS IPET
17  SURVEY.  WHAT DOES THAT REPRESENT?
18  A.  THOSE ARE APPARENTLY SURVEY POINTS THAT IPET HAD TAKEN THAT
19  WERE AVAILABLE TO DR. CUSHING OR ONE OF HIS SUBCONSULTANTS.  WE
20  DIDN'T RECEIVE THIS DATA UNTIL AFTER HIS REPORT.  SO, YOU KNOW,
21  THIS WAS STUFF THAT WAS AFTER OUR REPORT WAS PROVIDED TO THE
22  COURT.
23  Q.  CAN WE GO TO SLIDE 118, PLEASE.  I'M SORRY, 116.  116.
24     WHAT IS THIS, DOCTOR?
25  A.  THIS IS A GRAPH THAT SHOWS THE MEASUREMENT OF THE WATER

1192

1  LEVEL IN THE IHNC DURING THE TIME OF THE HURRICANE.
2  Q.  IS IT CALLED A HYDROGRAPH?
3  A.  YES.
4  Q.  AND IT REPRESENTS THE WATER LEVELS IN THE INDUSTRIAL CANAL
5  AT DIFFERENT TIMES STARTING WITH 8/28/05 AND ENDING ON 8/30 AT
6  12:00 P.M.?
7  A.  YES.
8  Q.  AND THERE IS FOUR DIFFERENT MEASURING DEVICES, IS THAT THE
9  CORRECT TERM, OR GAUGES, I GUESS I SHOULD HAVE SAID?
10  A.  THERE IS ACTUALLY THREE.  THERE IS TWO TYPES OF MEASUREMENTS
11  OF THE GAUGE AT THE LOCK.
12  Q.  AND YOU NEED A CAMERA AT THE IHNC LOCK STAFF GAUGE AND THE
13  IHNC CAMERA?
14  A.  RIGHT.
15  Q.  I WANT TO TALK TO YOU ABOUT THE USGS GAUGE, IHNC AT I-10.  I
16  CALL IT THE I-10 GAUGE.  OKAY?
17  A.  YES.
18  Q.  OKAY.  CAN YOU TELL ME THE WATER LEVEL ON THE I-10 GAUGE AT
19  5:30 ON 8/29/05?  WOULD THAT BE 5:30?
20  A.  YES.  ABOUT THERE.
21     MR. WILSON: DID YOU --
22     THE COURT: NO.
23     EXAMINATION
24  BY MR. WILSON:
25  Q.  I'M SORRY.  WHERE THE ARROW IS, DOCTOR?

1193

1  A.  I DIDN'T KNOW IT WAS GOING TO PUT AN ARROW THERE.
2  Q.  COULD YOU SHOW US WITH YOUR POINTER.
3  A.  THIS IS 6 O'CLOCK.
4     THE COURT:  I SEE WHERE 6 O'CLOCK IS.
5     THE WITNESS:  THIS IS 5 O'CLOCK.  SO RIGHT IN BETWEEN
6  WOULD BE 5:30, SO WE'RE LOOKING AT ABOUT ELEVATION 6 POINT -- WE
7  WENT ACROSS, 6.5.
8     EXAMINATION
9  BY MR. WILSON:
10  Q.  ALL RIGHT.  DOES THAT GAUGE MATCH UP WITH THE OTHER GAUGES?
11  A.  NO.
12  Q.  OKAY.  DO YOU KNOW WHY, DOCTOR?
13  A.  YOU KNOW, I'M NOT SURE WHY.  IT SEEMS TO -- IT DROPPED AND
14  THERE IS AN EXPLANATION GIVEN BY IPET THAT THE ACTUAL INSTRUMENT
15  CAME OUT OF ITS CASING, BUT THAT REALLY DOESN'T MAKE SENSE
16  BECAUSE IF IT CAME OUT OF ITS CASING, IT WOULDN'T BE THEM GOING
17  BACK UP LIKE THIS.
18     SO I'M NOT SURE WHAT THE REASON IS WHY THERE IS A
19  DISTURBANCE IN THE MEASUREMENTS HERE.
20  Q.  DOES IT SHOW THAT THE WATER LEVEL SIGNIFICANTLY DROPPED?
21  A.  YES.
22  Q.  AND THE IHNC LOCK STAFF GAUGE AT 6 O'CLOCK ON 8/29/05 A.M.,
23  CAN YOU TELL ME WHAT THE WATER LEVEL IS READING FROM THAT GAUGE,
24  DOCTOR?
25  A.  THE REASON WHY WE'RE TALKING ABOUT 6 O'CLOCK IS

1194

1  APPROXIMATELY -- BASED ON MY EVALUATION IS, YOU KNOW, THAT'S THE
2  APPROXIMATE TIME THAT THE NORTH BREACH MAY HAVE OCCURRED.  AND SO
3  THE IMPORTANCE OF THAT WOULD BE THAT YOU WOULD BE ABLE TO
4  IDENTIFY FROM THIS CHART ABOUT WHAT THE WATER LEVEL WOULD BE AT
5  THE TIME OF THE BREACH.  AND FROM THIS DRAWING, YOU CAN SEE IT
6  WOULD BE AT 11.2.
7  Q.  THAT'S 11.2 FEET, DOCTOR, THE WATER LEVEL?
8  A.  YES.
9  Q.  IN THE INDUSTRIAL CANAL?
10  A.  YES.
11  Q.  AND THE SLIDE PREVIOUSLY, WE LOOKED AT THE HEIGHT OF THE
12  WALL.  CAN WE GO BACK ONE TO 1:15.  IT'S APPROXIMATELY -- WHAT'S
13  THE HEIGHT OF THE WALL, DOCTOR?
14  A.  THE SURVEY SHOWS THAT THE HEIGHT OF THE WALL IS AT 13 FEET.
15  Q.  WHAT DID YOU ESTIMATE FOR PURPOSES OF YOUR CALCULATIONS?
16  A.  WHEN WE DID OUR FAILURE ANALYSIS, WE ASSUMED -- LIKE I SAID,
17  I DIDN'T HAVE THIS INFORMATION.  WE ASSUMED 12.5.
18  Q.  SO YOU WERE CONSERVATIVE THEN, DOCTOR?  IT'S BELOW THE
19  OTHERS?
20  A.  I GUESS IN TERMS OF THE FAILURE, IT DOESN'T REALLY MATTER,
21  BECAUSE THE WATER LEVEL IS BELOW THE WALL.
22  Q.  OKAY.  IF WE COULD MOVE ON, BOB.
23  A.  BUT THE OTHER THING FOR THE COURT TO UNDERSTAND IS THAT
24  THERE WAS NO OVERTOPPING AT THAT TIME BECAUSE OF THE WATER LEVEL
25  BEING LOWER THAN THE TOP OF THE WALL.

## 1195

1   THE COURT:  AT THE NORTH BREACH?

2   THE WITNESS:  YES.

3   THE COURT:  I UNDERSTAND.

4   EXAMINATION

5   BY MR. WILSON:

6   Q.  COULD WE MOVE TO 118, SLIDE 118, PLAINTIFF'S POWERPOINT

7   EXHIBIT 437.

8   WHAT IS THIS, DOCTOR?  WHY DID YOU WANT TO SHOW THIS TO THE

9   COURT?

10  A.  YOU CAN SEE THE PUMP STATION IN THE BACKGROUND.  THIS IS

11  WHERE VILLAVASSO WAS STANDING AT THE TIME OF THE HURRICANE WHEN

12  HE WAS VIEWING THE NORTH BREACH.  AND WHAT YOU CAN SEE HERE IS

13  THAT THIS SHEET PILE HAS BEEN LITERALLY TORN OFF THIS END.  IF WE

14  REMEMBER, WE TALKED ABOUT YESTERDAY THAT THIS SHEET PILE GOES

15  DOWN FROM APPROXIMATELY 17 FEET MORE THAN THE SHEET PILE -- THIS

16  IS A 1980 WALL -- POST-1980 WALL AND THIS IS THE '69

17  CONSTRUCTION, FROM HERE THIS WAY.  AND SO WE HAVE A CONNECTION

18  HERE BETWEEN THESE TWO WALLS WHERE THIS IS MUCH SHALLOWER AND

19  LESS RIGID THAN THIS WALL.

20  THE COURT:  THE 1980 WALL, IF WE WERE TO JUST ORIENT

21  OURSELVES, IT -- WHICH IS A LITTLE DIFFICULT, BUT IF WE LOOK AT

22  THE PART OF THE CONCRETE THAT'S THERE --

23  THE WITNESS:  YES.

24  THE COURT -- AND WE GO TO THE LEFT OF THE PICTURE ON,

25  WOULD THAT BE GOING TOWARDS THE FLORIDA AVENUE BRIDGE?

## 1196

1   THE WITNESS:  YES.

2   THE COURT:  AND SO THE ADDITIONAL SHEET PILE, 1980 WALL

3   WAS FROM THAT POINT TOWARDS THE FLORIDA AVENUE BRIDGE?

4   THE WITNESS:  EXACTLY.  AND THERE IS A TURN ABOUT

5   20 FEET NORTH.  IF YOU REMEMBER, THERE WAS A TURN LIKE THIS.

6   THE COURT:  RIGHT.

7   THE WITNESS:  YOU GOT IT.

8   EXAMINATION

9   BY MR. WILSON:

10  Q.  NOW, THE 1980 WALL OF SHEET PILING EXTENDS DOWN; DO YOU

11  RECALL?

12  A.  I WANT TO SAY ELEVATION 27' 5".

13  Q.  AND THE 1969 I-WALL THAT IS NO LONGER IN THE PICTURE EXCEPT

14  FOR MAYBE THAT PIECE OF SHEET PILE, REFERRING TO SLIDE 118, HOW

15  FAR DOWN WAS THAT SHEET PILE?

16  A.  THAT WAS DOWN TO THE ELEVATION 10.5 -- NEGATIVE 10.5.  SO

17  THERE IS 17 FEET DIFFERENCE BETWEEN THOSE TWO.

18  THE COURT:  IT'S UNQUESTIONABLE AND EVERYONE OBVIOUSLY

19  HAS TO AGREE THAT THE BREAK, WHATEVER CAUSED IT, TOOK PLACE AT

20  THIS JUNCTURE?

21  THE WITNESS:  YES, IT'S A LOCALIZED FAILURE.  AND YOU

22  CAN SEE THAT THIS SHEET PILE HAS BEEN RIPPED FROM THIS LOCATION.

23  AND THERE IS ACTUALLY A DOUBLE RIP.  THERE IS A RIP HERE AND

24  THERE IS ANOTHER ONE HERE BECAUSE THIS IS WHERE THE WALL

25  SEPARATED OR CAME OUT OF THE GROUND.

## 1197

1   EXAMINATION

2   BY MR. WILSON:

3   Q.  RIGHT IN THE MIDDLE OF SLIDE 118 IS A SHEET PILE, CORRECT?

4   THE COURT:  THE ISOLATED PIECE OF SHEET PILE?

5   MR. WILSON:  YES.

6   THE WITNESS:  ARE YOU TALKING ABOUT THIS?

7   MR. WILSON:  YES, DOCTOR, IN THE BOTTOM OF THE

8   PHOTOGRAPH TOWARDS THE MIDDLE.

9   THE COURT:  AGAIN, I CAN ONLY SUGGEST THIS:  I'M NOT

10  GOING TO INSIST ON IT, IF YOU WANT SOMETHING TO BE SEEN BY MY

11  COLLEAGUES WHERE IT'S -- YOU MAY WANT TO MARK IT.  IF YOU DON'T,

12  THAT'S UP TO YOU.

13  MR. WILSON:  THANK YOU, YOUR HONOR.

14  EXAMINATION

15  BY MR. WILSON:

16  Q.  LET ME JUST CONTINUE TO ASK A FEW QUESTIONS ABOUT SLIDE 118

17  AND THEN WE'LL HAVE IT MARKED AND PRINTED OUT.  OKAY?

18  YOU SAID THERE WAS A DOUBLE TEAR?

19  A.  YES.

20  Q.  WHAT DO YOU MEAN BY THAT, DOCTOR?

21  A.  YOU HAVE A TEAR HERE, WHERE THIS HAS BEEN TORN IN THIS

22  DIRECTION, AND THEN YOU HAVE ANOTHER TEAR HERE.

23  Q.  AND WHAT YOU'RE REFERRING TO THAT ISOLATED SHEET PILE IN THE

24  MIDDLE OF THE PHOTOGRAPH THAT, TO THE RIGHT IS NO LONGER SHEET

25  PILE ATTACHED TO IT AND TO THE LEFT IS NO LONGER SHEET PILE

## 1198

1   ATTACHED TO IT; IS THAT CORRECT?

2   A.  WELL, THERE IS SHEET PILE.  THIS SHEET PILE IS ATTACHED AT

3   DEPTH.

4   Q.  BUT IN THE PHOTOGRAPH, IT DOESN'T APPEAR TO BE ATTACHED; IS

5   THAT CORRECT?

6   A.  THAT'S CORRECT.

7   Q.  WHAT IS THE SIGNIFICANCE OF THAT, DOCTOR?

8   A.  THAT IT'S A LOCALIZED CONDITION, THAT THERE IS SOME KIND OF

9   CONCENTRATED FORCE THAT'S CAUSING THOSE STRESSES TO BE LOCATED AT

10  THAT LOCATION.

11  Q.  AND WHAT DO YOU MEAN "CONCENTRATED FORCE"?  IS THAT A LOCAL

12  FORCE?

13  A.  YEAH.  I MEAN, THAT WOULD BE THE LOCATION WHERE THE BARGE

14  HIT THE WALL, AND THAT'S WHY YOU WOULD HAVE A CONCENTRATED FORCE

15  AND CAUSE THE STRESSES TO BE CONCENTRATED IN THAT AREA AND CAUSE

16  THE RIPPING.

17  Q.  THAT ISOLATED PIECE OF SHEET PILE, IT HAS CEMENT ATTACHED TO

18  IT INITIALLY?

19  A.  YES.

20  Q.  WHAT ELSE DOES THIS PHOTOGRAPH TELL YOU, DOCTOR?

21  A.  THE ONLY THING ELSE IT WOULD TELL ME WOULD BE THAT THIS

22  RIPPED IN AN AREA WHERE THERE WAS NOT AN INTERLOCK.  THERE IS --

23  YOU KNOW, IT'S IN THE MIDDLE OF A WEB SECTION, AND THEN HERE YOU

24  HAVE AN INTERLOCK THAT RIPPED OFF WHERE THE SHEET PILE RIPPED

25  OFF.

## 1199

1  Q. IN YOUR OPINION, DOCTOR, WHAT CAUSED THAT?
2  A. AS I SAID, THERE IS A CONCENTRATED FORCE. THE ONLY WAY YOU
3  COULD HAVE A CONCENTRATED FORCE, YOU WOULDN'T GET A CONCENTRATED
4  FORCE FROM WATER WHEREAS A UNIFORM PRESSURE. THE CONCENTRATED
5  FORCE WOULD COME FROM SOME KIND OF OBJECT HITTING THE WALL, AND
6  THAT FORCE, THAT OBJECT, I BELIEVE, IS THE BARGE.
7      THE COURT: WHEN YOU SAY AN INTERLOCK, FOR THE RECORD,
8  DESCRIBE WHAT AN INTERLOCK IS.
9      THE WITNESS: WHEN YOU HAVE A SHEET PILE AND YOU
10  DRIVE -- THEY COME IN SECTIONS LIKE ZIGZAG SECTIONS, AND YOU
11  DRIVE A PIECE IN THE GROUND, IT'S LIKE A TONGUE AND GROOVE
12  SYSTEM, SO THEN YOU DRIVE YOUR NEXT PIECE IN, SO IT'S LIKE A BALL
13  AND SOCKET. SO THIS NEXT PIECE SLIDES INTO THIS INTERLOCK.
14      THE COURT: YOU STATED THAT THE -- WHAT WE'RE CALLING
15  THE ISOLATED PIECE OF SHEET PILE IS AN INTERLOCKING PART OF THE
16  SHEET PILE?
17      THE WITNESS: HERE IS THE INTERLOCK HERE.
18      THE COURT: THAT'S WHAT I MEANT. BECAUSE OF THE
19  CONFIGURATION OF THE SHEET PILE, YOU CAN TELL THAT'S WHERE THE
20  OTHER SHEET PILE, WHICH WOULD HAVE INTERLOCKED WITH IT, WOULD
21  HAVE BEEN PLACED?
22      THE WITNESS: EXACTLY. AND SO, YOU KNOW, THAT'S
23  WHERE -- LIKE I SAID, THERE IS TWO RIPS. ONE IS HERE -- OR TWO
24  TEARS. ONE IS AT THE INTERLOCK HERE AND THEN THERE IS ONE HERE.
25      THE COURT: WHERE THERE IS NO INTERLOCK, IT SIMPLY TORE?

## 1200

1      THE WITNESS: YES.
2      MR. WILSON: COULD WE PRINT THIS OUT AND OFFER IT AS
3  PLAINTIFF'S EXHIBIT 439.
4      THE COURT: YOU MAY. DO YOU WANT TO CIRCLE THE PIECE OF
5  SHEET PILE YOU'RE TALKING ABOUT? DOCTOR, WOULD YOU CIRCLE --
6  THERE'S A STYLUS THERE, SO WE KNOW -- IT MAY BE EVIDENT, BUT THAT
7  MAKES IT MORE THAN EVIDENT. THANK YOU.
8      THE WITNESS: YOU'RE WELCOME.
9      MR. WILSON: THANK YOU. COULD WE PRINT THAT OUT?
10      THE COURT: WE'RE READY. YOU CAN MOVE ON, SIR, IF YOU
11  WANT, IF YOU WOULD.
12      MR. WILSON: BOB, COULD YOU PUT UP PHOTO 4.7 FROM
13  DR. MARINO'S REPORT, EXHIBIT 397.
14      THE WITNESS: I'M NOT SURE WHY THIS SLIDE IS IN HERE.
15  THIS IS NOT MY SLIDE. IT'S NOT IN THE REPORT. I DON'T KNOW WHAT
16  THIS IS.
17      MR. WILSON: IT'S PART OF PHOTO 4.7. I'M SORRY.
18      JUST FOR RECORD, YOUR HONOR, WHILE HE'S PUTTING THAT UP, I'M
19  GOING TO HAVE THAT SLIDE MARKED AS SLIDE 118 AS PLAINTIFF'S
20  EXHIBIT 438.
21      THE COURT: THANK YOU.
22          EXAMINATION
23  BY MR. WILSON:
24  Q. COULD YOU GET A CLOSE-UP OF THAT, BOB.
25      DOCTOR, WHAT DOES THIS PHOTOGRAPH SHOW?

## 1201

1  A. THIS IS A VIEW FROM THE OTHER SIDE OF THE 1980 -- POST-1980
2  WALL.
3  Q. IS IT ALSO THE OTHER SIDE OF WHERE THE NORTH BREACH OCCURRED
4  ON THE EASTERN INDUSTRIAL CANAL FLOODWALL?
5  A. YEAH. IT'S STILL ON THE NORTH END. WE'RE LOOKING AT THAT
6  TORN SHEET PILE IN A DIFFERENT DIRECTION. HERE IT IS HERE.
7  Q. AND THAT'S UNDERNEATH -- IT APPEARS TO BE UNDERNEATH THE
8  CEMENT MONO -- WHAT'S IT CALLED?
9  A. MONOLITH.
10  Q. SO THAT CEMENT MONOLITH IS FROM THE 1980 CONSTRUCTION?
11  A. YES, THIS IS. WOULD THE COURT LIKE ME TO DRAW A CIRCLE
12  AROUND THAT?
13      THE COURT: I THINK THE MONOLITH IS RATHER EVIDENT.
14      THE WITNESS: NO, I MEAN THIS SHEET PILE HERE.
15      THE COURT: THE COURT WILL BE ABLE TO DIFFERENTIATE THAT
16  FROM THE BRIDGE. OH, YOU MEANT THE SHEET PILE. I'M SORRY.
17  SURE, YEAH. GO AHEAD. I APOLOGIZE.
18      THE WITNESS: HERE IT IS HERE.
19          EXAMINATION
20  BY MR. WILSON:
21  Q. IS THAT THE SAME SHEET PILE WE WERE LOOKING AT BEFORE,
22  DOCTOR?
23  A. YES.
24      THE COURT: YOU MAY WANT TO DRAW THAT THERE.
25      THE WITNESS: (WITNESS COMPLIES.)

## 1202

1      THE COURT: THE MORE CLEAR, THE BETTER. THANK YOU,
2  DOCTOR.
3      THE WITNESS: YOU'RE WELCOME.
4          EXAMINATION
5  BY MR. WILSON:
6  Q. OKAY. WHAT'S THE RELEVANCE OF THAT THAT YOU CIRCLED,
7  DOCTOR?
8  A. IT'S JUST THE SAME -- YOU KNOW, THE SAME EXPLANATION AS I
9  HAD ON THE PREVIOUS PHOTO.
10  Q. BUT YOU CAN SEE HOW SIGNIFICANTLY IT'S BENT FORWARD?
11  A. YES.
12  Q. DOCTOR, THERE WAS A SEPARATION BETWEEN THE JOINTS BECAUSE OF
13  A FAILED SHEET PILE BETWEEN THE 1980 I-WALL AND THE 1969 I-WALL.
14  WOULD YOU EXPECT A SUDDEN ON-BURST OF WATER?
15  A. I'M NOT UNDERSTANDING THE QUESTION.
16  Q. IF THE WELDS FAILED BETWEEN THE 1980 I-WALL AND THE 1969
17  I-WALL, WHAT, IN YOUR OPINION, WOULD OCCUR, IF THERE WAS A FAILED
18  WELD RIGHT THERE?
19  A. WELL, IF YOU HAVE WATER -- AND I WILL SEE THIS IN FUTURE
20  SLIDES, BUT IF YOU HAVE WATER UP AGAINST THE WALL, THE AMOUNT OF
21  DEFLECTION OF THAT WALL THAT WILL OCCUR IS ABOUT A FRACTION OF AN
22  INCH. SO THERE HAS BEEN DISCUSSION ABOUT A FAULTY WELD THAT'S AT
23  THIS LOCATION. I'M NOT SURE EXACTLY WHAT THE STRENGTH OF THAT
24  WELD WOULD BE, EVEN IF IT WAS FAULTY, BUT THE DEFLECTION WE'RE
25  TALKING ABOUT IS NOT SIGNIFICANT. IT'S ON THE ORDER OF A

1203

1 FRACTION OF AN INCH.
2 Q. SO YOU WOULDN'T HAVE A SUDDEN ONSET OF WATER IF THERE WAS A
3 FAILED WELD IN THAT SECTION, IS THAT WHAT YOU'RE SAYING?
4 A. YES.
5     THE COURT: IN ESSENCE, THE FAILED WELD, IN AND OF
6 ITSELF, YOU'RE SAYING, DOES NOT CAUSE THE CATACLYSMIC FAILURE --
7 WOULD NOT CAUSE, BASED ON THE HYDROSTATIC PRESSURE THAT WAS THERE
8 AT THE TIME, THE CATACLYSMIC FAILURE OF THE FLOODWALL?
9     THE WITNESS: RIGHT. EVEN IF IT DID TEAR -- WE ASSUME
10 THAT IT DID. HERE IS YOUR 1980 WALL, HERE IS YOUR '69 WALL.
11     THE COURT: RIGHT.
12     THE WITNESS: AND THIS IS -- SAY THERE IS A LITTLE TEAR
13 THERE AND WE JUST HAVE WATER, THIS WALL IS GOING TO MOVE A LITTLE
14 BIT MORE THIS WAY, AND WE HAVE A CONSTRUCTION JOINT THAT'S AN
15 EIGHTH OF AN INCH THICK. OKAY? AN EIGHTH OF AN INCH. AND THE
16 WALL IS TWO FEET WIDE IN THE LOWER THREE FEET AND IT'S SIX INCHES
17 AT THE TOP, RIGHT, SO THE WATER, ANY WATER -- FIRST OF ALL, THE
18 WATERSTOP HAS TO BREAK, AND IF THE WATERSTOP BREAKS, HOW MUCH
19 WATER IS GOING TO COME THROUGH THERE. IT'S GOING TO BE MAYBE
20 SQUIRTING A LITTLE BIT OF WATER.
21     THE COURT: WOULD THAT ULTIMATELY CAUSE, THOUGH, THE
22 WALL, ITSELF, TO -- THE INTEGRITY OF THE WALL, ITSELF, TO BE
23 UNDERMINED IN SOME WAY SO IT WOULD FAIL?
24     THE WITNESS: I WOULDN'T THINK SO, NO, NOT FROM THAT
25 KIND OF DEFLECTION.

1204

1     THE COURT: OKAY.
2     MR. WILSON: OKAY. I GUESS COULD WE HAVE THIS CAPTURED
3 AND --
4     THE COURT: WE'VE GOT IT. WE CAN MOVE ON.
5     MR. WILSON: PLAINTIFF'S EXHIBIT 439. THANK YOU.
6 COULD WE GO TO SLIDE 119, PLEASE. COULD WE CLEAR THAT?
7 THERE WE GO.
8     EXAMINATION
9 BY MR. WILSON:
10 Q. DOCTOR, WHY DID YOU WANT TO SHOW THIS PHOTOGRAPH TO THE
11 COURT, SLIDE 119?
12 A. THE IMPORTANCE OF THIS IS, THIS IS THE NORTH BREACH. AGAIN,
13 THIS IS FURTHER SOUTH. THIS IS THE WALL, THE LOCATION OF THE
14 WALL. IT WAS HERE, AND NOW IT'S BACK OVER HERE.
15 ONE OF THE SIGNIFICANT DEMONSTRATIONS THAT YOU SEE IN THIS
16 WALL IS HOW MUCH TWISTING THIS RUSTY SHEET PILE CAN TAKE WITHOUT
17 FAILING. YOU CAN SEE IT'S TWISTED OVER -- THIS IS THE FRONT
18 SIDE, AND IT'S TWISTED OVER 270 DEGREES. AND ALTHOUGH THERE IS
19 SOME EXTENSION IN THAT SHEET PILE, THERE IS NO TEARING, NO
20 EVIDENCE OF TEARING OR SEPARATION.
21 Q. AND EXTENSION, YOU MEAN WIDENING OF THE SHEET PILE?
22 A. EXTENSION, YEAH. YOU KNOW, IT'S SORT OF LIKE A CORRUGATED
23 SHAPE AND NOW IT'S KIND OF STRETCHED OUT SOME.
24 Q. LIKE A FAN?
25 A. RIGHT. IT HAS SOME GIVE TO IT. IT HAS SOME -- BECAUSE OF

1205

1 THE SHAPE OF THE SHEET PILE, IT HAS SOME SIGNIFICANT GIVE TO IT
2 IF YOU'RE TRYING TO STRETCH IT, IF YOU WILL, ALONG THE FLOODWALL
3 AXIS.
4 Q. SO REFERRING TO THE PREVIOUS SLIDE, 118, WHERE YOU SAID
5 THERE WAS A LOCALIZED FORCE, THAT WOULD CAUSE A TEARING, CORRECT?
6 A. YES.
7 Q. OKAY. BUT IN 119, YOU DON'T SEE A TEARING BECAUSE THERE IS
8 NOT A LOCALIZED FORCE TO THAT SPECIFIC AREA. IS THAT WHAT YOU'RE
9 SAYING, DOCTOR?
10 A. THAT'S CORRECT.
11 Q. IF I'M CORRECT, IN 118, IT ACTUALLY TORE IN TWO PLACES,
12 CORRECT, THE PREVIOUS SLIDE THAT SHOWED THE ISOLATED SHEET PILE?
13 A. RIGHT.
14 Q. COULD WE GO TO EXHIBIT 120 -- I'M SORRY, SLIDE 120. LET ME
15 GO BACK TO 119 -- OR 118.
16 WHAT HAPPENED TO THE CEMENT THAT WAS THERE, DOCTOR?
17 A. IT GOT KNOCKED OFF.
18 Q. IN YOUR OPINION, THE BARGE KNOCKED IT OFF?
19 A. YES.
20 Q. WE COULD GO AHEAD TO -- WELL, IS THE REBAR THAT YOU SEE
21 THERE RELEVANT TO YOU IN ANY ASPECT?
22 A. NO, NOT REALLY. I WOULD LIKE TO CLARIFY, IT GOT KNOCKED
23 OFF. I MEAN, THERE IS A COMPLICATED ACTION THAT'S OCCURRING HERE
24 WITH ONCE THERE IS A DISPLACEMENT AND A TEAR IN THAT SHEET PILE,
25 YOU HAVE A RUSH OF WATER COMING IN, UNDERMINING OF THE SHEET

1206

1 PILE. SO, YOU KNOW, IT'S A COMPLICATED SEQUENCE OF EVENTS AFTER
2 THE TEAR OCCURS.
3 Q. LET'S MOVE AHEAD TO 120.
4 A. YES.
5 Q. WHY DID YOU WANT TO SHOW THIS TO THE COURT, DOCTOR?
6 A. THIS IS TO SHOW THE COURT WHAT WE -- WHAT WE'RE TRYING TO DO
7 HERE IS WE'RE GOING TO GIVE THE COURT AN UNDERSTANDING OF THE
8 KIND OF ANALYSIS THAT THE STABILITY ANALYSIS IS AND THE SEEPAGE
9 ANALYSIS IS AND THE KEY QUESTIONS THAT NEED TO BE ASKED WHEN YOU
10 DO THESE ANALYSES.
11 THIS IS JUST SHOWING, YOUR HONOR, ALL THE BACKGROUND
12 INFORMATION THAT WE TALKED ABOUT. THIS IS SHOWING BASICALLY A
13 SKETCH, AN ILLUSTRATION. OKAY? THIS IS THE CONDITIONS THAT WE
14 HAD PRIOR TO KATRINA, YOU KNOW. WE KNOW THE SOIL PROPERTIES NOW.
15 WE KNOW WHERE THE GROUNDWATER TABLE IS. WE KNOW THIS HEIGHT OF
16 THE LEVEE. WE KNOW THE SHAPE OF THE LEVEE FROM THE SURVEY
17 INFORMATION. AND WE USE ALL THAT TO BE ABLE TO PREDICT FROM THAT
18 HOW THE LEVEE SHEET PILE OR FLOODWALL SYSTEM IS GOING TO BEHAVE.
19 Q. AND THE NEXT SLIDE, PLEASE. 121.
20 A. IN TERMS OF THE SEEPAGE, AND THIS IS -- AGAIN, THIS IS
21 ILLUSTRATION, YOU KNOW, WITH THE FLOODWALL LEVEL UP ON THE WALL.
22 YOU KNOW, WHAT WE'RE LOOKING TO SEE IF IT WOULD HAPPEN WOULD BE
23 THESE ARROWS REPRESENT WATER FLOW GOING AROUND THE SHEET PILE.
24 AND, YOU KNOW, THEY CAN KEEP GOING -- AS WE SHOW IN THE ILIT ,
25 THE EXHIBIT FROM YESTERDAY, THAT THEY COULD BE COMING FROM THIS

10 (Pages 1203 to 1206)

1207

1 DIRECTION AS WELL.
2 Q.  YOU'RE REFERRING FROM THE FLOOD SIDE TO CANAL SIDE?  IS THAT
3 WHAT YOU'RE SAYING?
4 A.  YES.
5 Q.  THIS IS JUST AN ILLUSTRATION OF WHAT SEEPAGE IS; IS THAT
6 CORRECT?
7 A.  THAT'S CORRECT.  AND WHAT WE'RE LOOKING FOR IS TO SEE IF
8 THERE IS GOING TO BE UNDERMINING OF THIS TOE FROM THE SEEPAGE
9 CONDITIONS.
10 Q.  WHEN YOU SAY "TOE," ARE YOU REFERRING TO THE AREA IN
11 SLIDE 121 THAT LOOKS LIKE IT HAS A CLOUD DRAWN AROUND IT?
12 A.  YES.
13 Q.  IS THERE ANYTHING ELSE YOU WANT TO SAY ABOUT THIS SLIDE?
14 A.  NO.
15 Q.  THE NEXT SLIDE, PLEASE, SIR.
16 A.  SO THESE ARE KEY QUESTIONS THAT HAVE TO BE ANSWERED IN THE
17 SEEPAGE ANALYSIS.
18    IF WE COULD GO TO THE NEXT SLIDE.  I THOUGHT THERE WAS A
19 SLIDE IN BETWEEN.  I GUESS IT'S NOT THERE ANYMORE.
20 Q.  YEAH, I SEE WHAT YOU'RE SAYING.  LET'S GO BACK ONE SLIDE,
21 PLEASE.
22    OKAY.  SO THE KEY QUESTIONS ARE?
23 A.  SO THE FIRST QUESTION HERE:  CAN SUFFICIENT WATER PRESSURE
24 DEVELOP TO MAKE LANDSLIDE UNSTABLE?  SO WHAT WE'RE TALKING ABOUT
25 NOW, ARE THE PRESSURES FROM THE SURGE ENOUGH TO CAUSE THE

1208

1 LANDSLIDE TO BE UNSTABLE?
2    SO WHAT WE DO IS WE LOOK AT THE SURGE HYDROGRAPH THAT WE
3 LOOKED AT EARLIER, WHICH IS SHOWN IN THE NEXT SLIDE, AND WE
4 ASSESS WHAT WATER LEVEL TO USE.  NOW, WE DID OUR ANALYSIS, WE
5 ASSUME THAT THE WATER LEVEL WAS AT THE MAXIMUM HEIGHT TO BE
6 CONSERVATIVE, AT THE PEAK OF THE HYDROGRAPH.
7    IF YOU WOULD GO ON TO THE NEXT SLIDE, PLEASE.
8       THE COURT:  AT THE TIME YOU ESTIMATED THE BREACH TO HAVE
9 OCCURRED?
10       THE WITNESS:  NO, ACTUALLY AFTER THAT.  WE TOOK A
11 CONSERVATIVE -- WE TOOK --
12    CAN YOU SHOW THE NEXT SLIDE.  I THINK IT WOULD HELP.
13    OKAY.  SO, YOU KNOW, WE THINK THAT THE FAILURE OCCURRED
14 HERE, BUT WE ACTUALLY IN OUR MODEL ASSUMED THAT IT WENT, THE
15 SURGE WAS THIS HIGH (INDICATING).  SO WE TOOK A CONSERVATIVE
16 LEVEL OF FLOW FOR PRESSURE.
17       THE COURT:  WHAT TIME -- OH, YOU ASSUMED AT 6 O'CLOCK
18 THE SURGE WAS --
19       THE WITNESS:  AT THE TIME OF FAILURE, 6 O'CLOCK, THE
20 SURGE WAS AT 11.2.  IF WE WENT ACROSS THIS WAY, YOU WOULD SEE
21 IT'S AT 6 O'CLOCK.
22       THE COURT:  ALL RIGHT.  I DO.
23       THE WITNESS:  BUT IN OUR EVALUATION OF THE SEEPAGE
24 CONDITIONS, WE TOOK A MORE CONSERVATIVE APPROACH AND WE USED THE
25 PEAK, THE PEAK VALUE.

1209

1 EXAMINATION
2 BY MR. WILSON:
3 Q.  AND IS THAT 14 FEET, DOCTOR?
4 A.  IT IS 14.2 OR 14.4.
5 Q.  AND SO YOU USED 14.2 FEET OF WATER PRESSURE WHEN YOU DID
6 YOUR SEEPAGE ANALYSIS, CORRECT?
7 A.  YES.
8 Q.  GO TO THE NEXT SLIDE?
9 A.  YES.
10 Q.  SLIDE 125, PLEASE.  OH, THERE YOU GO.
11    SLIDE 126, PLEASE.
12 A.  OKAY, I GUESS THESE SLIDES -- I DON'T KNOW WHAT HAPPENED TO
13 THEM, BUT THEY ARE NOT THERE ANYMORE.  GO BACK TO THE FIRST ONE.
14 Q.  WELL, MAYBE YOU WANT TO GO TO 127.  OH, YOU WANT TO STILL --
15 OKAY.  I'M SORRY.
16 A.  WE HAVE TO ADDRESSED THE SECOND QUESTION.
17 Q.  YEAH, OKAY.
18    THANK YOU, BOB.
19 A.  THE SECOND QUESTION:  GIVEN THE SURGE DURATION, IS THERE
20 ENOUGH TIME TO DEVELOP THE UPLIFT PRESSURES?  SO WHAT WE'RE
21 ASKING THERE IS, THE AMOUNT OF TIME FOR THAT SURGE TO OCCUR, IS
22 THAT TIME ENOUGH TO CAUSE THOSE PRESSURES TO TRANSMIT ACROSS AND
23 UNDER THE LEVEE TO THE LEVEE TOE OR IN THE AREA OF THE LEVEE TOE
24 TO CAUSE UNSTABLE CONDITIONS?
25    AND THAT BASICALLY DEPENDS UPON THE RATE OF SEEPAGE OF

1210

1 THE SOILS.  YOU KNOW, WE TALKED ABOUT THAT IN TERMS OF THE
2 PERMEABILITY, THE PERMEABILITY OF THOSE SOILS.
3 Q.  I WOULD LIKE TO GO BACK TO SLIDE 121, PLEASE.
4    AND YOU TALKED ABOUT THE TOE AND YOU CIRCLED IT IN WHAT
5 LOOKS LIKE A CLOUD.  WHAT'S THE IMPORTANCE OF THE TOE, DOCTOR?
6 A.  THERE IS AN AREA OF CRITICAL -- THAT'S CRITICAL FOR
7 STABILITY OF THE LEVEE.
8 Q.  OKAY.  SO LET'S MOVE AHEAD TO 128, PLEASE.
9 A.  SO WHAT WE DID IN OUR MODEL IS WE ASSUMED CONSERVATIVELY
10 THAT WE HAD A 6-INCH GAP ALONG THE WALL.
11 Q.  LET ME STOP YOU RIGHT THERE.  WHAT DO YOU MEAN BY A "6-INCH
12 GAP"?  WHAT IS A GAP?  WHAT DO YOU MEAN BY THAT?
13 A.  THAT'S A SEPARATION BETWEEN THE WALL AND THE LEVEE.
14 Q.  AND THAT SEPARATION WOULD OCCUR FROM THE FLOOD SIDE OF THE
15 WALL FROM HYDROSTATIC PRESSURE BEING PLACED ON THAT WALL?  IS IT
16 THE WATER PUSHING THE WALL FORWARD AND CREATING A GAP BETWEEN THE
17 EARTHEN LEVEE AND THE I-WALL?
18 A.  THAT'S WHAT THE GAP WOULD BE FORMED FROM.
19 Q.  OKAY.
20 A.  BUT, AS I SAID, I DON'T BELIEVE THAT THAT GAP WOULD BE THAT
21 LARGE.  IT WOULD ONLY BE ON THE ORDER OF A FRACTION OF AN INCH AT
22 THE LEVEE CROWN.  BUT FOR THE PURPOSES OF OUR ANALYSIS, WE ASSUME
23 THAT THAT GAP WAS 6-INCHES WIDE ALL THE WAY DOWN TO THE TIP OF
24 THE SHEET PILE.
25 Q.  OKAY.

## 1211

1  A.  AND WE TOOK THE SURGE, LIKE I SAID, AT THE TOP, THE MAXIMUM
2  VALUE.
3  Q.  IF YOU HAD THE GAP ALL THE WAY DOWN TO THE TIP OF THE SHEET
4  PILE, DOES THE ENTIRE I-WALL COME OUT?
5  A.  NO.
6  Q.  NOT NECESSARILY?
7  A.  NO.
8  Q.  OKAY.  GO AHEAD.
9  A.  WHAT WE'RE GOING TO SHOW ON THE NEXT SLIDE IS THESE RED DOTS
10  (INDICATING), AND WHAT THESE REPRESENT ARE MEASURING POINTS THAT
11  SHOW WHAT THE MODEL IS SHOWING IN TERMS OF THE WATER PRESSURE
12  THAT IT'S SEEING OVER TIME AS THIS SURGE IS BUILDING UP USING THE
13  HYDROGRAPH.
14  Q.  THAT'S WATER PRESSURES UNDER THE SOILS, CORRECT?
15  A.  YEAH.  AT THESE LOCATIONS.  YOU NOTE THAT THE CRITICAL
16  LOCATION HERE IS C ON THE PROTECTION SIDE.
17  Q.  AND THAT'S THE TOE OF THE LEVEE?
18  A.  YES.
19  Q.  THERE IS THREE RED DOTS ON SLIDE 128 AND THEY ARE MARKED A,
20  B AND C?
21  A.  YES.
22  Q.  AND YOU DID ANALYSIS AT EACH OF THOSE SPOTS?
23  A.  YES.
24  Q.  SHOULD WE GO TO THE NEXT SLIDE OR IS THERE SOMETHING ELSE
25  YOU WANTED TO TELL THE COURT?

## 1212

1  A.  NO, THAT'S FINE.
2  Q.  CAN WE GO TO SLIDE 129, PLEASE.
3  A.  THIS BLUE LINE REPRESENTS THE SURGE.
4  Q.  AND YOU'RE REFERRING TO SLIDE 129, CORRECT?
5  A.  THAT'S CORRECT.
6  Q.  AND IT'S A LIGHT BLUE LINE, CORRECT?
7  A.  THAT'S CORRECT.
8  Q.  ALL RIGHT.
9  A.  AND THAT'S TAKEN DIRECTLY FROM THE HYDROGRAPH.
10  Q.  SO THAT'S THE HEIGHT OF THE WATER AT THE TIME?
11  A.  RIGHT.
12  Q.  AND GO AHEAD, DOCTOR.
13  A.  THIS REPRESENTS THE POINT A, WHICH IS THE POINT IN THE
14  WATERFRONT AREA.  AND YOU CAN SEE IT'S PRETTY MUCH FOLLOWING,
15  YOU'RE SEEING ALMOST THE SAME AS THE SURGE PRESSURE.
16  Q.  OKAY.
17  A.  AND THEN THIS IS UNDER THE TIP OF THE SHEET PILE WITH THE
18  GAP, AND YOU CAN SEE IT'S NOT REALLY -- IT'S NOT SEEING ANYTHING
19  UNTIL IT REACHES, AND WE HAVE A 6-INCH GAP AND THEN IT JUMPS.
20  Q.  JUST SO THE RECORD IS CLEAR, THIS SLIDE 129, YOU HAVE TIME
21  IN HOURS ON THE BOTTOM OF THE GRAPH.
22  A.  THAT'S CORRECT.
23  Q.  AND THEN YOU HAVE ON THE LEFT SIDE, IT SAYS, "TOTAL HEAD,
24  FEET," AND THAT RELATES TO THE WATER LEVEL, CORRECT?
25  A.  YES.

## 1213

1  Q.  THE TIME AN HOUR MEANS YOU WOULD HAVE HOWEVER MANY FEET OF
2  WATER FOR THAT AMOUNT OF HOURS; IS THAT CORRECT?
3  A.  THAT'S CORRECT.
4  Q.  SO NOW WHEN YOU GOT TO THE TOE OF THE LEVEE, WHICH IS THE
5  IMPORTANT PART FOR YOUR SEEPAGE ANALYSIS, WHAT DID YOU FIND,
6  DOCTOR?
7  A.  WHAT I FOUND WAS -- IF I COULD EXPLAIN THIS POINT A LITTLE
8  MORE.
9  Q.  IF YOU COULD, DOCTOR.
10  A.  IF YOU DON'T HAVE THAT 6-INCH GAP, YOU'RE NOT GOING TO HAVE
11  THIS JUMP AND YOU'RE NOT GOING TO HAVE THAT COMMUNICATION TO THAT
12  POINT AT THE BOTTOM OF THE TIP OF A SHEET PILE.  SO THIS WOULD BE
13  FAIRLY FLAT AS WELL IF WE DIDN'T ASSUME THIS 6-INCH GAP.
14      AS A POINT OF CLARIFICATION FOR THE COURT, WHAT THIS -- WHAT
15  THIS REPRESENTS, THESE NUMBERS, IS IF YOU WERE TO PUT A WELL, A
16  CASING WELL IN THE GROUND AND YOU WERE TO MEASURE AT THE A, B AND
17  C POINTS AND YOU WERE TO MEASURE THE WATER LEVEL IN THAT CASING
18  IN TERMS OF ELEVATION, THIS IS WHAT THE ELEVATIONS WOULD SHOW.
19      SO IN OTHER WORDS, IF YOU HAD THAT CASING IN THE GROUND ON
20  THE TOE AND YOU WERE MEASURING, CONSTANTLY MEASURING THE WATER
21  LEVEL, YOU'D SAY, WELL, THAT WATER LEVEL IS NOT CHANGING AT ALL.
22  YOU'RE NOT SEEING ANY EFFECT.  HERE YOU'RE NOT SEEING ANY EFFECT
23  UNTIL THE WATER STARTS SEEPING INTO THE GAP.  OKAY.
24  Q.  AND THAT'S 24 HOURS LATER?
25  A.  YEAH, APPROXIMATELY.

## 1214

1  Q.  AND WHAT DID YOU FIND AT THE TOE OF THE LEVEE, DOCTOR?
2  A.  WELL, AS I SAID, YOU KNOW, YOU CAN SEE YOU'RE NOT SEEING
3  ANYTHING DURING -- YOU KNOW, DURING THE PERIOD, WELL, THAT THIS
4  LEVEE SYSTEM WAS EXPOSED TO THE SURGE.
5  Q.  OKAY.  SO THERE WAS NO EFFECT, IS WHAT YOU FOUND, IN YOUR
6  SEEPAGE ANALYSIS, CORRECT?
7  A.  YES.  THERE IS NO EFFECT.  NO SIGNIFICANT EFFECT ON THE
8  PROTECTION SIDE.
9  Q.  COULD WE GO TO SLIDE 130, PLEASE.
10  A.  SO FROM THE RESULT, FROM OUR SEEPAGE ANALYSIS STUDY OF THE
11  NORTH BREACH, WE CONCLUDED THAT THE OVERALL PERMEABILITY OF THE
12  STRATA IS TOO LOW TO ALLOW ANY WATER PRESSURE TO DEVELOP ON THE
13  LANDSLIDE, OR I SHOULD SAY, ANY SIGNIFICANT WATER PRESSURE TO
14  DEVELOP ON THE LANDSLIDE AT THE TIME OF THE BREACH.
15  Q.  COULD WE GO TO SLIDE 131, PLEASE.
16      AND JUST FOR THE RECORD, WHEN I REFER TO "SLIDE," IT'S
17  PLAINTIFF'S EXHIBIT 437.
18  A.  IF WE LOOK AT THE CONCLUSIONS REACHED BY DOING SEEPAGE
19  ANALYSIS BY OTHER INVESTIGATORS, THAT IS ILIT AND IPET, AS WE
20  DISCUSSED, ILIT IS SAYING THAT THE SUBSOILS ARE SUFFICIENTLY
21  PERMEABLE TO CAUSE CRITICAL LANDSLIDE UPLIFT PRESSURES, WHICH CAN
22  THEN INSTIGATE FAILURE.
23  Q.  SO ILIT'S CONCLUSIONS WERE THAT THE SUBSOIL WAS SUFFICIENTLY
24  PERMEABLE TO CAUSE A CRITICAL LANDSLIDE AND LEVEE FAILURE, I-WALL
25  FAILURE; IS THAT CORRECT?

1215

1  A.  THAT'S CORRECT.  AND AGAIN, BOTH OF THESE ANALYSIS ARE DONE
2  CONSIDERING THE, YOU KNOW, THE HIGHEST SURGE HEIGHT.
3  Q.  AND IPET'S CONCLUSION?
4  A.  IPET'S CONCLUSIONS ARE THAT THE SUBSOILS WERE TOO LOW IN
5  PERMEABILITY TO HAVE ANY EFFECT ON THE LANDSLIDE STABILITY PRIOR
6  TO FAILURE.
7  Q.  SO IN THIS ASPECT YOU'RE IN AGREEMENT WITH IPET?
8  A.  YES.
9  Q.  AND DO YOU KNOW WHAT THE CRITICISM OF ILIT WAS IN TERMS OF
10  THE PERMEABILITY?
11  A.  DO YOU MEAN THE CRITICISM OF IPET?
12  Q.  I'M SORRY, ILIT.  I-L-I-T.
13  A.  THE CRITICISM OF ILIT?
14  Q.  YES.
15  A.  TO WHO?
16  Q.  WELL, FROM IPET, DID THEY SAY THAT THEY USED TOO LOW
17  PERMEABILITY COEFFICIENTS WHEN THEY DID THEIR ANALYSIS?
18  A.  I DON'T REMEMBER SEEING ANY WRITTEN COMMENTS FROM ILIT.
19  IPET DISCUSSES THAT ILIT -- YOU KNOW, THEY MADE A STATEMENT THAT
20  GARBAGE IN EQUALS GARBAGE OUT RELATED TO THAT STABILITY ANALYSIS.
21  Q.  COULD WE GO TO THE NEXT SLIDE, PLEASE.
22  A.  THE OTHER ANALYSIS THAT WAS PERFORMED IS RELATED TO, IF THIS
23  WALL CAN RETAIN THE WATER AND NOT FAIL.  THE REASON WHY IT WOULD
24  FAIL IS BECAUSE THE LEVEE AND THE UNDERLYING SOILS WOULD HAVE --
25  NOT HAVE ENOUGH STRENGTH TO RESULT -- TO SUPPORT WHATEVER WATER

1216

1  LOADING YOU HAVE ON THIS SIDE.
2  AND THE WAY THAT'S DONE IS YOU HAVE A DRIVING FORCE IN WHICH
3  WOULD BE THE WATER PRESSURE, AND YOU HAVE A RESISTING FORCE,
4  WHICH WOULD BE WHERE THE SLIDE IS OCCURRING, HOW MUCH SLIDING
5  RESISTANCE YOU WOULD HAVE FROM THE SOIL.
6  THE COURT:  DOES THAT GET INTO SHEAR STRENGTH MORE THAN
7  PERMEABILITY?
8  THE WITNESS:  EXACTLY.  THAT'S RELATED WHAT WE TALKED
9  ABOUT EARLIER ABOUT THE STRENGTHS AND DETERMINING THE STRENGTHS,
10  THAT'S WHY THAT'S IMPORTANT TO DETERMINE, AND WHAT THE STRENGTHS
11  ARE FOR SPECIFIC LAYERS.
12  EXAMINATION
13  BY MR. WILSON:
14  Q.  SO THIS SLIDE 132 RELATES TO YOUR STABILITY ANALYSIS,
15  CORRECT?
16  A.  THAT'S CORRECT.
17  Q.  YOU HAVE THIS SHOWING IN WHAT DIRECTION THE SLIPPAGE WOULD
18  OCCUR.  BUT WOULD THE SHEET PILE SHOWN IN SLIDE 132, WOULD IT
19  ACTUALLY GO THIS WAY, DOCTOR, TO YOUR LEFT?
20  A.  NO.  I MEAN, YOU WOULD HAVE THE SHEET PILE MOVING IN THIS
21  DIRECTION (INDICATING).
22  Q.  OH, THE TOP OF THE SHEET PILE WOULD MOVE TO THE RIGHT --
23  A.  YES.
24  Q.  -- ON THE SLIDE.
25  AND WHAT ABOUT THE BOTTOM OF THE SHEET PILE, DOCTOR?

1217

1  A.  WELL, DEPENDING ON THE MECHANISM OF FAILURE, IT'S MORE
2  LIKELY THAT IT'S GOING TO MOVE THIS WAY (INDICATING), IN THIS
3  DIRECTION AS WELL.  IT'S GOING TO TILT.  THE WALL IS GOING TO
4  TILT.  THIS IS GOING TO BE TILTED MORE THAN AT THE BOTTOM.
5  THE COURT:  SO YOU'RE SAYING IF THE, AND I KNOW THAT'S
6  NOT YOUR OPINION, BUT IF THE WALL WERE UNSTABLE AS A RESULT OF
7  THE SOIL CONDITIONS AND THE HYDROSTATIC CONDITIONS, THE WALL
8  WOULD COMMENCE LEANING TOWARDS THE LAND SIDE, THE PROTECTED SIDE,
9  I SHOULD SAY.
10  THE WITNESS:  YES.
11  MR. WILSON:  THANK YOU.
12  THE WITNESS:  HERE IS AN IMPORTANT NUMBER THAT YOU'RE
13  GOING TO HEAR A LOT ABOUT, YOUR HONOR, IS THIS SAFETY FACTOR.
14  AND IT'S IMPORTANT THAT YOU UNDERSTAND WHAT THAT MEANS.
15  THAT IS, IT'S REALLY A -- IT'S VERY SIMPLE REALLY IF YOU
16  THINK OF IT IN SIMPLE TERMS.  IT'S HOW MUCH FORCE IS PUSHING
17  VERSUS HOW MUCH FORCE IS RESISTING.
18  SO IF THE PUSHING FORCE EQUALS THE RESISTING FORCE, THAT
19  MEANS YOU'RE RIGHT ON THE VERGE OF FAILURE, RIGHT?  IF YOUR
20  PUSHING FORCE IS MUCH LESS THAN YOUR RESISTING FORCE -- I'M
21  SORRY, THIS IS ACTUALLY -- IT SHOULD BE FLIPPED AROUND.  THIS
22  RESISTING FORCE SHOULD BE ON THE TOP.  OKAY.
23  EXAMINATION
24  BY MR. WILSON:
25  Q.  YOU'RE TALKING ABOUT YOUR FORMULA ON SLIDE 132?

1218

1  A.  YES.
2  Q.  OKAY.
3  A.  SO THE RESISTING FORCE IS HOW MUCH YOU HAVE, SO IF YOU HAVE
4  1.5 AS A SAFETY FACTOR, THAT MEANS YOU HAVE 50 PERCENT MORE
5  RESISTING FORCE THAN YOU HAVE DRIVING FORCE.  SO, YOU KNOW,
6  YOU'LL HEAR NUMBERS LIKE .97 OR YOU'LL HEAR NUMBERS LIKE 1.5.
7  .97 MEANS THAT THERE IS NOT ENOUGH RESISTING FORCE.
8  THE COURT:  ANYTHING UNDER 1 WOULD BE A SAFETY FACTOR
9  THAT WOULD NOT BE --
10  THE WITNESS:  THAT WOULD MEAN --
11  THE COURT:  -- THAT'S NOT A VERY GOOD SAFETY FACTOR.
12  THE WITNESS:  EXACTLY.
13  THE COURT:  THE COURT HAS BEEN ACQUAINTED WITH SAFETY
14  FACTORS IN OTHER LITIGATION, BUT I'M ALWAYS EDIFYING WHEN WE
15  DISCUSS.
16  EXAMINATION
17  BY MR. WILSON:
18  Q.  WOULD YOU PUT UP THE SLIDE FROM DR. CUSHING.
19  TO THE LEFT OF WHAT APPEARS TO BE THE SHEET WALL -- SHEET
20  PILE WITH AN I-WALL AT THE TOP, IS THAT THE GAP THAT YOU'RE
21  TALKING ABOUT?
22  A.  THIS IS A GAP AFTER SCOUR.  THIS WOULD BE A GAP THAT MAY
23  FORM AFTER SCOUR.
24  Q.  THAT'S DIFFERENT, RIGHT, DOCTOR?
25  A.  YEAH.  I DON'T KNOW WHY THIS -- THIS IS NOT IN MY

1219

```
1    POWERPOINT.
2    Q. ALL RIGHT. LET'S GO TO THE NEXT SLIDE, PLEASE. IT'S 133.
3    A. THIS IS OUT OF SEQUENCE.
4    Q. OKAY. 134.
5    A. WHAT THIS SHOWS IS THE IMPORTANCE OF THE GAP. IF THERE IS
6    NO GAP -- WHAT I'VE TRIED TO DO HERE IS SCALE THE FORCE IN TERMS
7    OF THE SIZE OF THE FORCE RELATIVE TO THE GAP. AND YOU CAN SEE IF
8    THERE IS NO GAP, THIS WOULD BE THE ARROW, THAT WOULD GIVE YOU AN
9    INDICATION OF WHAT THAT SIZE OF THAT FORCE WOULD BE.
10       AND HERE YOU CAN SEE THE SIZE OF THE FORCE IF THE GAP WAS
11   EXTENDED TO ABOUT THIS DEPTH. AND THAT'S ABOUT WHERE I THINK
12   THAT IT SHOULD BE.
13       AND HERE IS IF YOU HAVE A GAP THAT'S EXTENDED ALL THE WAY
14   DOWN TO THE BOTTOM OF THE SHEET PILE. SO YOU CAN SEE THERE IS A
15   SIGNIFICANT DIFFERENCE IN THE AMOUNT OF LOADING FORCE DEPENDING
16   UPON THE SIDE -- THE ASSUMPTION MADE AS TO THE DEPTH OF THE GAP.
17   Q. SO YOU MADE AN ASSUMPTION THAT THERE WAS A FULL GAP. IS
18   THAT WHAT YOU'RE SAYING? I'M NOT SURE I UNDERSTOOD WHAT YOU JUST
19   SAID.
20   A. I'M SAYING THAT THE ASSUMPTION OF THE GAP MAKES A BIG
21   DIFFERENCE IN THE AMOUNT OF FORCE THAT YOU ASSUME IS BEING
22   APPLIED TO THE WALL.
23   Q. OKAY. COULD WE GO TO THE NEXT, 133, PLEASE. SLIDE 133. IS
24   THIS WHAT YOU WANTED, DOCTOR?
25   A. IF WE GO TO THE NEXT SLIDE.
```

1220

```
1    Q. OKAY. 135.
2    A. THIS IS A REPORT THAT I RELIED UPON TO ASSESS WHERE THE GAP
3    WAS.
4    Q. AND THAT'S THE U.S. ARMY CORPS OF ENGINEERS?
5    A. YES.
6    Q. AND IT'S THE "E-99 SHEET PILE WALL, FIELD LOAD TEST REPORT"?
7    A. THAT'S CORRECT.
8    Q. AND WHY DID THE CORPS DO THIS?
9    A. THIS IS THE FIELD TESTS THAT WERE RUN, I BELIEVE, IN THE
10   MID 1980S, WHERE THEY WERE LOOKING AT THESE I-WALLS AND TRYING TO
11   FIGURE OUT HOW THEY BEHAVED SO THEY COULD BETTER ASSESS THEIR
12   PERFORMANCE AND POSSIBLY REDESIGN THEIR NEW -- OR USE A BETTER
13   DESIGN PROCEDURE FOR FUTURE FLOODWALLS.
14   Q. SO THIS IS A STABILITY TEST THAT WAS PERFORMED BY THE ARMY
15   CORPS OF ENGINEERS?
16   A. YES. IT WAS ACTUAL FIELD TESTS THAT WAS RUN SOUTHEAST ABOUT
17   70 MILES FROM THE SITES, THE BREACHES SITES THAT WE'RE DISCUSSING
18   TODAY.
19       AND WHAT THEY DID IS THEY ENCLOSED AN AREA AND THEY FILLED
20   THAT AREA -- ENCLOSED AN AREA WITH SHEET PILE, THEY FILLED THAT
21   AREA WITH WATER AND THEN MEASURED THE DEFLECTION OF THE WALL.
22   Q. THE ARMY CORPS OF ENGINEERS MEASURED THE DEFLECTION OF THE
23   WALL YOU'RE SAYING, CORRECT?
24   A. YES.
25   Q. COULD WE GO TO THE NEXT SLIDE.
```

1221

```
1    A. THIS SLIDE SHOWS ONE OF THOSE SHEET PILE. AND WHAT IT SHOWS
2    IS AN INCASING AREA OR TUBE. THIS IS THE -- THIS TUBE RAN DOWN
3    THE ENTIRE SHEET PILE. AND WHAT IT WAS USED FOR WAS TO MEASURE
4    THE DEFLECTION OF THE WALL. THEY PUT AN INSTRUMENT DOWN HERE, A
5    SURVEYING INSTRUMENT THAT COULD MEASURE THE DEFLECTION OF THE
6    WALL.
7    Q. JUST SO I'M CLEAR, "DEFLECTION OF THE WALL" MEANS THAT THE
8    WALL ACTUALLY MOVES FORWARD FROM THE FLOOD SIDE TO THE PROTECTED
9    SIDE AND A GAP IS FORMED BETWEEN THE EARTHEN LEVEE AND THIS SHEET
10   PILE ITSELF; IS THAT CORRECT?
11   A. THAT'S CORRECT.
12   Q. AND COULD WE GO TO FIGURE 137, PLEASE.
13   A. HERE ARE VARIOUS PLOTS THAT SHOW DIFFERENT SHEET PILE ALONG
14   THIS TEST FLOODWALL.
15   Q. AND IS THIS FROM THE E-99 ARMY CORPS OF ENGINEERS REPORT,
16   DOCTOR?
17   A. YES.
18   Q. OKAY.
19   A. THE IMPORTANT THING TO NOTE HERE IS THAT THESE -- THE
20   FLOODING THAT THEY DID FOR THIS TEST TOOK ABOUT 50 DAYS OR
21   52 DAYS. AND THAT, YOU KNOW, WHAT WE'RE LOOKING AT IS A SURGE
22   THAT OCCURRED BASICALLY OVER 11 HOURS OR LESS. AND WHAT THIS IS,
23   SO WE'RE LOOKING AT MORE LONGER DURATIONS OF TIME.
24   Q. DURATIONS OF HYDROSTATIC PRESSURE AGAINST AN I-WALL OR A
25   WALL MADE OF SHEET PILE?
```

1222

```
1    A. RIGHT.
2    Q. DID YOU SAY 52 DAYS?
3    A. THE TOTAL TIME FROM THE START TO END WAS 52 DAYS. AS THEY
4    WERE RAISING THE WATER -- THEY ARE RAISING THE WATER 1 FOOT PER
5    DAY.
6    Q. SO FOR 24 HOURS, THEY WOULD HAVE THIS HYDROSTATIC PRESSURE
7    AGAINST THE WALL; IS THAT CORRECT?
8    A. WELL, THEY WOULD RAISE IT OVER 24 HOURS AND THEN THEY WOULD
9    MONITOR IT FOR SOME PERIOD OF TIME.
10   Q. ALL RIGHT. I THINK I -- YOU'RE SAYING IF IT WAS 10 FEET, IT
11   WOULD BE THAT WAY FOR 24 HOURS; 11 FEET, IT WOULD BE THAT WAY FOR
12   24 HOURS; AND THEY RAN THESE TESTS FOR 52 DAYS, CORRECT?
13   A. THEY RAISED THE WATER LEVEL -- WATER LEVEL EVERY FOOT, AND
14   THEN MONITORED THE DEFLECTIONS FOR SOME PERIOD OF TIME.
15       THE COURT: WHERE DID THESE SHEET PILE TESTS TAKE PLACE?
16       THE WITNESS: ABOUT 70 MILES SOUTHEAST OF THE BREACH
17   SITE.
18       THE SOIL -- THE SOIL STRENGTHS THAT WERE SHOWN IN THE REPORT
19   ARE COMPARABLE OR A LITTLE LESS STRONG AS WHAT WE HAVE.
20       THE COURT: AND THE SPECIFIC LOCATION, DO YOU RECALL OR
21   THE GENERAL?
22       THE WITNESS: I CAN -- I CAN'T PRONOUNCE THE NAME OF IT.
23       THE COURT: IT'S NOT ATCHAFALAYA, IS IT?
24       THE WITNESS: YES.
25       THE COURT: I'M ALL TOO FAMILIAR WITH ASPECTS OF THAT.
```

14   (Pages 1219 to 1222)

1223

1 GO AHEAD.
2               EXAMINATION
3 BY MR. WILSON:
4 Q. CAN WE GO TO THE NEXT SLIDE, PLEASE.
5 A. HERE'S AN EXAMPLE OF ONE OF THESE, AND YOU CAN SEE THEY HAVE
6 NUMBERS WRITTEN HERE. AND YOU CAN SEE THAT THIS DEFLECTION OF
7 THE FIRST --
8 Q. REFERRING TO SLIDE 138, YOU SAY "THEY HAVE NUMBERS WRITTEN
9 HERE." WHERE SPECIFICALLY ARE YOU TALKING ABOUT?
10 A. AND I'M POINTING TO IT RIGHT THERE (INDICATING).
11 Q. OKAY. YOU'RE TALKING ON THE -- IT LOOKS LIKE A GRAPH, AND
12 YOU'RE TALKING TO THE FAR RIGHT SIDE OF THE GRAPH, IS THAT WHAT
13 YOU'RE SAYING?
14 A. HERE IS THE VERTICAL -- BEFORE ANY LOAD, THIS WOULD THE
15 VERTICAL FACE OF THE WALL.
16 Q. AND THAT'S THE FAR RIGHT SIDE OF THE GRAPH, IS THE VERTICAL
17 WALL STRAIGHT UP AND DOWN?
18 A. YES.
19 Q. I'M TRYING TO SAY THAT FOR THE RECORD, DOCTOR, SO IF
20 SOMEBODY IS LOOKING AT THIS, MAYBE THEY WILL HAVE AN IDEA.
21 A. AND THEN WHAT WE HAVE IS WATER THAT'S PLACED BEHIND THE
22 WALL, AND THIS REFLECTS THE DEFLECTION AFTER ABOUT 4 FEET OF
23 WATER OR 3.8 FEET OF WATER ABOVE THE GROUND. OR IN OUR CASE, IT
24 WOULD BE 4 FEET OR 3.8 FEET ABOVE THE LEVEE CROWN. THAT WOULD BE
25 THE SURGE LEVEL THAT WE'RE TALKING ABOUT.

1224

1 Q. THAT'S SIMILAR TO THE LINE THAT IS CLOSEST TO THE STRAIGHT
2 UP AND DOWN LINE ON THE RIGHT SIDE OF THE ILLUSTRATION?
3 A. YES.
4 Q. OKAY. SO OUR I-WALL WOULD BE, IF YOU COMPARED IT, IT WOULD
5 BE CLOSEST TO THE 3.8 FEET; IS THAT CORRECT?
6 A. WELL, IF YOU LOOK AT THE -- WE'RE LOOKING AT AN ELEVATION OF
7 ABOUT 6.5 OR 6, TO, SAY, 12.5 AS THE SURGE LEVEL, SO WE'RE LOOKING
8 ON THE ORDER OF 5 TO 6 FEET, AND SO THAT WOULD BE REPRESENTED BY
9 THIS DEFLECTION OF THE SECOND LINE, WE'RE SAYING 5. FEET, I
10 BELIEVE. 5. -- I CAN'T READ THAT NUMBER. IT'S 5.5 MAYBE OR 5.8.
11 Q. THANK YOU FOR CLARIFYING THAT, DOCTOR. THE SECOND ONE.
12 A. RIGHT. HERE IS THE GAP THAT WE'RE TALKING ABOUT, THE GAP.
13 THIS IS AT THE TOP OF THE WALL. THIS IS NOT IN THE GROUND.
14 Q. AND THAT'S WHERE IT SAYS EL-67, DOCTOR, ON SLIDE 138?
15 A. YES.
16 Q. THAT SHOWS WHERE THE GAP IS FORMING?
17 A. YES.
18 Q. OKAY.
19 A. SO IF YOU PROJECT THAT UP, YOU CAN SEE THAT IT'S A FRACTION
20 OF AN INCH.
21        THE COURT: JUST A MINUTE.
22        MR. RAFFMAN: I'M SORRY, YOUR HONOR. I JUST NEED TO
23 OBJECT FOR THE RECORD. COUNSEL HAS READ A NUMBER WHICH HE SAID
24 WAS 67. I BELIEVE THE NUMBER IS 6.7.
25        THE COURT: 6.7. THANK YOU. IT WOULD BE QUITE HIGH.

1225

1 IN LOUISIANA THAT WOULD BE A MOUNTAIN. GO AHEAD.
2        THE WITNESS: SO WE HAVE 5.8 HERE. YOU KNOW,
3 APPROXIMATELY THE LEVEL THAT WE'RE TALKING ABOUT. AND IF YOU
4 LOOK AT THE GROUND SURFACE, WE'RE TALKING ABOUT, YOU KNOW, MAYBE
5 A HALF AN INCH OR MAYBE A LITTLE MORE THAN A HALF AN INCH, BUT
6 THIS IS AFTER A SUSTAINED AMOUNT OF TIME. YOU WOULDN'T EXPECT
7 EVEN THAT AMOUNT OF GAP TO OCCUR OVER THE TIME PERIOD WE'RE
8 TALKING ABOUT DURING THE SURGE.
9        AND ALSO, YOU CAN SEE THAT, YOU KNOW, THIS IS CONVERGING
10 DOWNWARD, AND THIS IS WHAT WE RELIED ON IN TERMS OF DETERMINING
11 OR ASSESSING OUR DEPTH OF THE GAP FORMATION AND THE SIZE OF THE
12 GAP.
13               EXAMINATION
14 BY MR. WILSON:
15 Q. AND ON THE TOP OF THIS GRAPH, IT HAS THE DEFLECTION IN
16 INCHES, CORRECT?
17 A. RIGHT. AND THIS SHEET PILE IS LONGER THAN OURS, BUT AGAIN,
18 GIVEN THE FACT THAT THIS IS OCCURRING OVER A MUCH LONGER
19 DURATION, THE SOIL CREEPS OVER TIME, IT'S STIFFER, SO I BELIEVE
20 THAT THE GAP DISTANCE THAT WE USED, BASED ON THIS, WOULD BE
21 REPRESENTATIVE OF WHAT WE'D SEE.
22 Q. OKAY. DID YOU WANT TO GO TO SLIDE 139?
23 A. LET'S SEE WHAT IT IS.
24 Q. YEAH.
25 A. OKAY. LET'S -- SO, OKAY. SO WE TALKED ABOUT HOW MUCH WATER

1226

1 LOADING IS EXERTING ON THE WALL -- EXERTED ON THE WALL. AND THE
2 NEXT THING IS, HOW MUCH WATER LOAD CAN THE SOIL RESIST? OKAY.
3 AND WE TALKED A LITTLE BIT ABOUT THAT. IT DEPENDS ON THE SOIL
4 LAYERING AND THE STRENGTH OF THE LAYERS. IT'S NOT JUST THE
5 STRENGTH OF THE LAYERS. THE SOIL LAYER PLAYS AN IMPORTANT PART.
6 Q. COULD WE GO TO FIGURE 142, PLEASE.
7 A. I THINK THERE IS ANOTHER SLIDE. THERE SHOULD BE ANOTHER
8 SLIDE THAT DEMONSTRATES THIS AFTER.
9 Q. OKAY. 141.
10 A. IT SHOULD BE 140, RIGHT?
11 Q. IT SHOULD BE. BUT GO TO 140 AND WE'LL SEE.
12 A. NO, THAT'S NOT IT.
13        THE COURT: NO.
14               EXAMINATION
15 BY MR. WILSON:
16 Q. OKAY. 141.
17 A. SO IF YOU -- IF YOU THINK THAT THE SEEPAGE PLAYS A PART IN
18 THE -- IF YOU BELIEVE THAT SEEPAGE PLAYS A PART IN INSTABILITY,
19 YOU HAVE TO INCLUDE THAT SEEPAGE PRESSURE BECAUSE IT'S GOING TO
20 CAUSE SORT OF LIKE A FLOATING EFFECT ON THE SLIPPING SURFACE. SO
21 NOT ONLY ARE YOU LOOKING AT STRENGTHS, BUT ALSO YOU'RE LOOKING AT
22 WHATEVER SEEPAGE CONDITIONS ARE -- WOULD EXIST ACROSS THE SLIDING
23 SURFACE.
24        NOW, GIVEN OUR ANALYSIS, WE DON'T -- I DON'T BELIEVE THAT
25 THERE ARE ANY SIGNIFICANT SEEPAGE PRESSURES, SO IN OUR ANALYSIS

1227

1  WE WOULDN'T CONSIDER THAT.
2     NEXT SLIDE.
3  Q.  142, PLEASE.  SLIDE 142.
4     DOCTOR, WHAT DID YOU WANT TO TELL THE COURT ABOUT THIS
5  SLIDE?
6  A.  THIS SHOULD BE FAMILIAR TO THE COURT IN TERMS OF THE
7  LAYERING SYSTEM.
8     THE COURT:  YES.
9     THE WITNESS:  AND ALL IT SHOWS IS THE DIFFERENT VALUES
10  THAT WE'RE ASSUMED FOR THESE DIFFERENT AREAS.  DIFFERENT STRENGTH
11  VALUES.
12     EXAMINATION
13  BY MR. WILSON:
14  Q.  AND AGAIN, THIS SHOWS A LONGER SHEET PILE BECAUSE IT'S THE
15  CROSS-SECTION RIGHT AT WHERE THE 1980 I-WALL WAS BUILT?
16  A.  EXACTLY.
17  Q.  AND THAT'S WHAT YOU WOULD SEE IN THAT AREA, CORRECT?
18  A.  EXACTLY.  BUT IN OUR ANALYSIS, WE DIDN'T CONSIDER THE SHEET
19  PILE BEING THAT DEEP.  WE CONSIDERED THE SHEET PILE TO BE IN THE
20  1969 DEPTH.
21  Q.  I UNDERSTAND.  THANK YOU.
22     OKAY.  143, PLEASE.
23  A.  BECAUSE THIS IS A LOCALIZED FAILURE, ONE OF THE THINGS THAT
24  I WANTED TO EVALUATE WAS --
25  Q.  CAN I STOP YOU, DOCTOR.

1228

1     WHAT DO YOU MEAN BY "A LOCALIZED FAILURE"?
2  A.  AS WE LOOKED AT THE DAMAGE CHARACTERISTICS, AND IF WE
3  LOOK -- WE TALKED -- OR LOOK AT THE TESTIMONY BY VILLAVASSO,
4  MR. VILLAVASSO, WE KNOW THAT THE WALL BEGAN TO FAIL ON THE NORTH
5  END.  AND ONE OF THE CONCERNS MIGHT BE, CAN THE SOIL BECOME
6  UNSTABLE ON A LOCALIZED CONDITION AT THE NORTH END?
7     AND SO WHAT WE DID IS WE DID AN ANALYSIS OF CONSIDERING THE
8  FAILURE ACROSS A 30-FOOT WIDE PANEL, THE FIRST PANEL OR THE FIRST
9  MONOLITH.
10  Q.  AND WE'RE LOOKING AT SLIDE 143, CORRECT?
11  A.  YES.
12  Q.  NOW, IS THIS A 3-D ANALYSIS?
13  A.  YES.  IN ORDER TO DO A LOCALIZED ANALYSIS, YOU HAVE TO
14  CONSIDER SORT OF LIKE A CUP FAILURE.  YOU HAVE SIDE FORCES THAT
15  HELP WITH RESISTANCE.
16  Q.  WHAT'S THE DIFFERENCE BETWEEN A 3-D ANALYSIS AND A 2-D
17  ANALYSIS?
18  A.  A 2-D ANALYSIS MEANS IT'S A MORE MASSIVE FAILURE; THAT IS,
19  YOU KNOW, YOU'RE NOT CONSIDERING ANY SIDE EFFECTS LIKE WE HAVE
20  HERE.  IT'S -- THERE ARE NO SIDE EFFECTS.  IT'S JUST A CONTINUOUS
21  FAILURE ALONG THE LEVEE WALL.
22     SO THAT WHAT HAPPENS IN CASE IS THERE IS MORE RESISTANCE
23  AVAILABLE OVER A SHORTER -- OVER THESE SHORTER DISTANCES.
24  Q.  BECAUSE IT'S A SMALLER AREA --
25  A.  YES.

1229

1  Q.  -- THAT FAILED?
2  A.  AND THIS SHOWS THE FAILURE PLANE THAT WE CAME UP WITH FROM
3  DOING THIS WORK.
4  Q.  AND WHAT'S "THE FAILURE PLANE"?  WHAT IS THAT?
5  A.  HERE IS THE CUP.  THIS WOULD BE THE SLIP SURFACE
6  (INDICATING).
7  Q.  THAT'S THE PURPLE AREA, THE BOTTOM DEPICTION ON SLIDE 143?
8  A.  YES.
9  Q.  SHALL WE GO TO SLIDE 144, DOCTOR?
10  A.  YES.
11  Q.  IS THIS MORE OF THE SAME, DOCTOR?
12  A.  YES.  THIS WOULD BE OVER 60 FEET.  I ALSO LOOKED AT LEVEE --
13  LEVEE -- I'M SORRY, TWO PANELS, WHICH WOULD BE 60 FEET LONG,
14  CONSIDER IF IT WAS A LOCALIZED FAILURE OVER TWO PANELS INSTEAD OF
15  THE ONE THAT I BELIEVE IT OCCURRED OVER.
16  Q.  AND THIS IS SLIDE 144.  AND IT'S YOUR SECOND 3-D ANALYSIS;
17  IS THAT CORRECT?
18  A.  THAT'S CORRECT.
19  Q.  COULD WE GO TO SLIDE 145, PLEASE.
20  A.  WE ALSO LOOKED AT THE MASSIVE FAILURE, YOU KNOW, THE 2-D
21  CONDITION AS A CONSERVATIVE ANALYSIS WHERE THERE IS NO
22  GROUNDWATER TABLE.  WE HAD A FULL GAP ALL THE WAY DOWN AND THE
23  WATER WAS TO THE TOP OF THE WALL.
24     AND, AS I SAID EARLIER, AT THE TOP OF THE WALL, AT THE TIME
25  I DIDN'T HAVE THE DATA AVAILABLE THAT WAS PRESENTED IN

1230

1  DR. CUSHING'S REPORT, SO I ASSUMED THAT THIS WALL WAS AT 2 --
2  12.5 FEET.
3  Q.  OKAY.
4  A.  AND IF YOU LOOK AT THIS, YOU CAN SEE THIS FAILURE EXTENDS
5  OUT TO ABOUT A DISTANCE OF 220 FEET, WHICH WOULD ACTUALLY
6  INTERSECT THE JOURDAN AVENUE, AND ALSO, THE DRAINAGE CULVERT
7  WOULD ALSO BE PRESENT ABOUT 80 FEET IN WITHIN THE SLIDE AREA.
8  Q.  AND SLIDE 145, ON THE RIGHT SIDE WOULD BE THE PROTECTED SIDE
9  AND ON THE LEFT WOULD BE THE FLOOD, OR DO I HAVE THAT BACKWARDS?
10  A.  THIS IS THE PROTECTED SIDE.
11  Q.  THAT'S THE RIGHT SIDE.
12  A.  AND THIS IS THE FLOOD SIDE.
13  Q.  AND THE LEFT SIDE IS FLOOD SIDE.  THANKS, DOCTOR.
14     IS THERE ANYTHING ELSE YOU WANTED TO TELL THE COURT ABOUT
15  THAT?  YOU FOUND THAT, WHAT, THERE WOULD BE A MASSIVE SLIDE OR
16  THERE WOULDN'T BE OR WHAT DID YOU FIND, DOCTOR?
17  A.  THE NEXT SLIDE SHOULD GIVE US THAT INFORMATION.
18     THIS IS A TABLE SHOWING VARIOUS CONDITIONS THAT WERE ASSUMED
19  FOR STABILITY ANALYSIS.  WE TRIED A LOT OF DIFFERENT VARIABLES
20  AND DIFFERENT CONDITIONS.  BUT THE MOST IMPORTANT ARE THIS 13 AND
21  14, WHICH IS WHERE WE HAVE THE 3-D, 3-D SLIDES OR THE LOCALIZED
22  SLIDES, AND WE'RE SHOWING THAT, YOU KNOW, THE RESISTANCE THAT YOU
23  HAVE IS ABOUT 300 PERCENT TIMES WHAT YOU WOULD HAVE IN TERMS OF
24  THE WATER DRIVING FORCE.
25  Q.  WHICH MEANS WHAT, DOCTOR?

## 1231

1  A. WHICH MEANS THAT IT'S NOT VERY LIKELY, IT'S NOT LIKELY AT
2  ALL THAT YOU WOULD HAVE THIS LOCALIZED FAILURE CONDITION FROM
3  SOILS.
4  Q. OKAY.
5  A. IF YOU LOOKED AT A MASSIVE SLIDE, WHICH WE KNOW DIDN'T
6  HAPPEN, AND IT DOESN'T SEEM REALLY PRACTICAL THAT THE CULVERT
7  LIFTED UP OR THAT THE ROAD DIDN'T SHOW ANY SIGNS OF FAILURE, YOU
8  STILL HAVE 30 PERCENT MORE CAPACITY THAN WHAT -- THAN WHAT WOULD
9  BE REQUIRED GIVEN THAT THE GAP WOULD BE ALL THE WAY DOWN TO THE
10 BOTTOM OF THE SHEET PILE.
11 Q. AND THAT'S THE ASSUMPTION YOU MADE, THAT THERE WAS A GAP ALL
12 THE WAY DOWN TO THE BOTTOM OF THE SHEET PILE, THERE WERE THESE
13 HYDROSTATIC PRESSURES AND THERE WAS STILL NO FAILURE; IS THAT
14 CORRECT?
15 A. THAT'S CORRECT.
16 Q. SLIDE 147.
17 A. SO IN CONCLUSION -- I'M SORRY, GO AHEAD.
18 Q. NO, NO, PLEASE, DOCTOR.
19 A. OKAY. SO IN CONCLUSION, BASED ON THE OBSERVED WALL
20 DEFORMATION PATTERN CONSISTING OF TEARING AND TUMBLING OF THE
21 MONOLITHS FROM THE NORTH END INDICATING LOCALIZED -- INDICATES A
22 LOCALIZED FAILURE, AND ANALYSIS INDICATE THAT AT THE NORTH END,
23 THAT THERE IS NO LIKELY CHANCE THAT YOU WOULD HAVE LOCALIZED
24 FAILURE OF THE SOIL SUPPORTING IT CAUSING MORE CONCENTRATED
25 FORCES TO OCCUR FROM THE SOIL.

## 1232

1  Q. SO WERE YOUR FINDINGS CONSISTENT WITH MR. VILLAVASSO'S
2  TESTIMONY THAT A BARGE HIT THE WALL AT THE NORTH END AT THE
3  EASTERN FLOODWALL FOR THE INDUSTRIAL CANAL?
4      MR. RAFFMAN: I OBJECT TO CHARACTERIZATION OF
5  MR. VILLAVASSO'S TESTIMONY.
6      THE COURT: I UNDERSTAND YOUR OBJECTION, BUT I'M GOING
7  TO ALLOW THE QUESTION.
8          EXAMINATION
9  BY MR. WILSON:
10 Q. YOU CAN ANSWER, DOCTOR.
11 A. I THINK MY CONCLUSIONS ARE CONSISTENT WITH WHAT HIS
12 TESTIMONY STATED.
13     MR. WILSON: THANK YOU, DOCTOR.
14     THE COURT: WE'RE GOING TO TAKE A 15-MINUTE RECESS.
15     THE COURT SECURITY OFFICER: ALL RISE.
16     (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, A BRIEF
17 RECESS WAS TAKEN.)
18     THE DEPUTY CLERK: ALL RISE, PLEASE. COURT IS IN
19 SESSION. PLEASE BE SEATED.
20     MR. WILSON: I'LL TRY AND MOVE IT ALONG, YOUR HONOR.
21     THE COURT: YES, SIR.
22          EXAMINATION
23 BY MR. WILSON:
24 Q. DOCTOR, WHAT WERE THE CONCLUSIONS REGARDING STABILITY
25 ANALYSIS FROM THE OTHER INVESTIGATIONS THAT WERE DONE?

## 1233

1  A. FOR ILIT, LATERAL INSTABILITY FROM WATER LOADING ALONE
2  WASN'T THE LIKELY CAUSE OF FAILURE. AND, IN FACT, LOCALIZED
3  FAILURE MAKES THIS LESS LIKELY THE CAUSE. IN OTHER WORDS, THEIR
4  RESPONSE TO IPET STABILITY ANALYSIS WAS THAT YOU NEED TO CONSIDER
5  ALSO A LOCALIZED FAILURE WHICH WOULD GIVE IT A HIGHER SAFETY
6  FACTOR AS I DEMONSTRATED IN MY OWN WORK.
7      IPET, IN THEIR STUDY, SAID THE WATER LEVELS WERE PRIOR TO
8  OVERTOPPING, BUT -- AND SO BASICALLY WHAT THEY ARE SAYING IS THAT
9  THE WATER LEVELS PRIOR TO OVERTOPPING WERE SUFFICIENT TO CAUSE
10 NONLOCALIZED FAILURE OF THE WALL. BUT WHEN YOU APPLY -- IF YOU
11 USE THEIR MODEL AND YOU APPLY LOCALIZED FAILURE ANALYSIS TO IT AS
12 WE HAVE DONE AND IS GIVEN IN OUR REPORT, FAILURE WOULD BE FOUND
13 NOT TO BE LIKELY BECAUSE OF THE SAFETY FACTORS THAT ARE ACHIEVED.
14 Q. IF WE COULD GO TO SLIDE 149, PLEASE.
15      WHAT IS THIS, DOCTOR?
16 A. THIS IS JUST AN OVERVIEW OF JUST SHOWING THE DAMAGE. AGAIN,
17 WE HAVE THIS WALL BEING DISPLACED BACK HERE.
18 Q. AND THIS IS THE NORTH BREACH, DOCTOR?
19 A. YES.
20 Q. THIS IS SLIDE 149?
21 A. YES.
22 Q. THANK YOU.
23 A. AND, YOU KNOW, THE WALL IS DISPLACED BACK FROM WHERE ITS
24 ORIGINAL LOCATION IS ABOUT 80 FEET OR SO.
25 Q. IS THAT SIGNIFICANT TO YOU, DOCTOR?

## 1234

1  A. WELL, THE THING THAT -- ONE OF THE THINGS THAT REALLY STUCK
2  OUT IN MY MIND IS THAT ALL THESE -- BOTH THE NORTH AND SOUTH
3  BREACH HAVE DEFORMATION PATTERNS THAT ARE DIFFERENT THAN THE
4  OTHER BREACHES.
5  Q. YOU MEAN AROUND THE NEW ORLEANS AREA?
6  A. THAT'S CORRECT.
7  Q. COULD WE GO TO 150, PLEASE?
8      WHY DID YOU WANT TO SHOW THIS TO THE COURT, DOCTOR, SLIDE
9  150?
10 A. BASICALLY, THIS IS AN AIR VIEW WHICH SHOWS YOU, IF YOU SCALE
11 THE DISTANCE, THAT YOU HAVE ABOUT AN 80-FOOT DISPLACEMENT OF THE
12 WALL THAT CAME OUT OF THE GROUND, IT WAS EXHUMED FROM THE GROUND,
13 AND THE BREACH, YOU KNOW, THE DISTANCE FOR THE BREACH, BASICALLY,
14 LIKE 240 FEET, THERE'S VARYING DISTANCES, YOU KNOW, DEPENDING ON
15 WHAT YOU USE TO DETERMINE THE ACTUAL BREACH, BUT ALL OF THEM ARE
16 WITHIN THE RANGE OF 200 PLUS FEET.
17 Q. SLIDE 151, PLEASE.
18 A. SO AS WE'VE DISCUSSED, IT'S A SUMMARY FROM MY EVALUATION OF
19 WITNESS ACCOUNTS. THE ESTIMATED TIME OF FAILURE IS ABOUT 6:00
20 A.M. THE TIDE -- THE -- IT WAS DARK TO NOT QUITE DAYLIGHT.
21 THERE WAS A NOTICEABLE BOOM THAT OCCURRED AND VILLAVASSO STATING
22 THAT HE APPARENTLY SAW THE TIP OF A BARGE THROUGH THE WALL. THE
23 FAILURE WAS INITIATED AT THE NORTH END WITH THE PANELS TUMBLING
24 NORTH TO SOUTH, AGAIN, INDICATING THIS LOCALIZED FAILURE.
25     MR. WILSON: BOB, COULD YOU PUT UP PHOTO 4.45 FROM

17 (Pages 1231 to 1234)

1235

1 DR. MARINO'S REPORT? THAT'S EXHIBIT NUMBER 397.

2         EXAMINATION

3 BY MR. WILSON:

4 Q. DOCTOR, RIGHT HERE IS THE TIP OF THE BARGE THAT WAS INVOLVED

5 IN THIS CASE?

6 A. YEAH, THAT COULD BE WHAT HE WAS TALKING ABOUT. I MEAN, THAT

7 WOULD BE AN EXPLANATION FOR WHAT A TIP OF THE BARGE WOULD BE.

8 BECAUSE THIS AREA IS RECESSED FROM THIS FRONT TIP.

9 Q. YOU'RE SAYING THAT THE TOP OF THE BARGE IS RECESSED. DO YOU

10 KNOW HOW TALL THE TOP OF THAT BARGE IS?

11 A. I BELIEVE THE BOTTOM PORTION IS 11 FEET AND THE TOP PORTION

12 IS 12 FEET.

13 Q. OKAY. SO THIS TOP PORTION RIGHT HERE IS SUPPOSED TO BE

14 12 FEET HIGH, CORRECT?

15 A. YES.

16 Q. FROM THE INSIDE OF THE BARGE TO THE TOP OF IT OVER HERE?

17 AND THIS HERE IS 11 FEET. SO IT'S POSSIBLE THAT VILLAVASSO SAW

18 THE CORNER OF THE BARGE, THIS CORNER OF THE BARGE AS OPPOSED TO

19 SOMETHING THAT WAS MORE FURTHER BACK OR PAINTED BLACK LIKE THAT?

20 A. THAT'S POSSIBLE, YES, SIR.

21 Q. THANK YOU.

22         CAN WE GO TO SLIDE 152, PLEASE?

23 A. HERE IS THE SCHEMATIC OF -- JUST BASICALLY SHOWING, YOU

24 KNOW, WHERE THIS BARGE WOULD HAVE CONTACTED THE WALL CAUSING A

25 CONCENTRATED FORCE NEAR THIS JUNCTURE WITH THE 1980 -- POST

1236

1 1980 -- IT'S ACTUALLY THE 1980 DESIGNED WALL AND THE 1969

2 AS-BUILT WALL.

3         THEN WHAT I'M SHOWING HERE IS THE, YOU KNOW, A CONTACT AREA

4 OF THE BARGE AGAINST THE WALL CREATING THAT TEARING STRESS AT

5 THIS JOINT AREA.

6 Q. OKAY. AND THAT WAS THE TEARING WE SHOWED BEFORE WITH THE

7 SHEET PILE, CORRECT?

8 A. THAT'S CORRECT.

9 Q. IS THERE ANYTHING ELSE THAT YOU WANTED TO SHOW HERE?

10 A. THIS IS A SIDE VIEW SHOWING THE ELEVATION, YOU KNOW,

11 CONSIDERING A DRAFT OF TWO FEET FOR THE BARGE, AND THEN KIND OF

12 THE LOCATION OF WHERE THAT BARGE WOULD BE ON THE WALL.

13 Q. OKAY. IF WE TO GO THE NEXT SLIDE, PLEASE.

14 A. THIS IS A SCHEMATIC BASICALLY SHOWING ONCE THE TEAR

15 OCCURS -- HERE'S THE ORIGINAL POSITION, THE TEARING OCCURRING.

16 ONCE THE TEAR OCCURS, YOU HAVE WASHOUT ON BOTH SIDES OF THE LEVEE

17 HERE AND THIS BACK SIDE. AND AS THIS BACK SIDE GETS WASHED OUT,

18 THIS SHEET PILE BEGINS TO TEAR MORE AND EVENTUALLY DISCONNECTS

19 AND ENDS UP FLOPPING OVER AND OVER DUE TO THE RUSH OF WATER.

20 Q. OKAY. NOW, THIS AREA HERE, THIS IS WHAT YOU CALLED THE

21 WASHOUT; AM I CORRECT?

22 A. I'M SORRY?

23 Q. WHAT DID YOU CALL THIS AREA HERE, THE WASHOUT? W-A-S-H,

24 WASHOUT?

25 A. WELL, I'M NOT SURE WHAT AREA YOU'RE TALKING ABOUT, BUT --

1237

1         THE COURT: YEAH, THAT RED IS MOVING AROUND A LOT.

2         THE WITNESS: I HOPE I'M NOT GETTING YOU TOO DIZZY,

3 YOUR HONOR.

4         EXAMINATION

5 BY MR. WILSON:

6 Q. WELL, LET ME ASK YOU, WATER FLOWS INTO HERE ONCE THE BARGE

7 IS PUSHED FORWARD --

8         THE COURT: INTO HERE, INTO HERE. WHY DON'T WE DEFINE

9 WHAT "HERE" IS?

10         MR. WILSON: OKAY. WE'RE ON SLIDE 153, AND I'M

11 REFERRING TO JUST BELOW THE ARROW THAT'S ON THE LEFT SIDE OF THE

12 ILLUSTRATION. IT'S A SPACE DOWN BELOW WHAT APPEARS TO BE THE

13 I-WALL, THE FIRST I-WALL YOU SEE ON THE LEFT SIDE OF THE

14 ILLUSTRATION.

15         EXAMINATION

16 BY MR. WILSON:

17 Q. THIS SPACE RIGHT HERE WHERE MY POINTER IS, TO THE LEFT OF

18 THAT I-WALL, YOU'RE SAYING WATER RUSHES IN THERE ONCE THERE'S A

19 LOAD PUT ON THE WALL, THE I-WALL?

20 A. RIGHT, RIGHT. THERE'S A CHANNEL THAT'S CREATED. WHEN THERE

21 IS A BARGE IMPACT, THAT GAP BECOMES MUCH LARGER AND YOU HAVE A

22 CHANNEL THAT'S CREATED THAT ALLOWS THE RUSH OF WATER TO GO DOWN

23 INTO. THAT'S DIFFERENT THAN, YOU KNOW, IF IT WAS JUST FROM

24 HYDROSTATIC PRESSURE, WHICH WOULD HAPPEN VERY GRADUALLY. AND

25 BECAUSE YOU HAVE THAT RUSH OF WATER GOING DOWNWARD, IT ALLOWS

1238

1 SEEPAGE AROUND THE TIP, AND YOU HAVE SCOUR ON BOTH SIDES OR

2 WASHOUT ON BOTH SIDES.

3 Q. AND YOU SAID, "SEEPAGE AROUND THE TIP." YOU'RE TALKING

4 ABOUT THE BOTTOM PART OF THE SHEET PILE, THE TIP OF THE BOTTOM

5 PART OF THE SHEET PILE SEEPAGE IS ALLOWED TO GO AROUND THAT

6 SEEPAGE OF WATER?

7 A. YES.

8 Q. CAUSING THE WHOLE WALL TO COME OUT, CORRECT?

9 A. YES.

10 Q. AND YOU DON'T NEED SCOURING ON THE LAND SIDE OF THE WALL FOR

11 THAT TO OCCUR, CORRECT?

12 A. THAT'S CORRECT.

13         THE COURT: A QUESTION -- AND ANY QUESTION I ASK DOESN'T

14 MEAN I'VE ASSUMED ANYTHING AS A FACT YET. IN THE EVENT THE BARGE

15 DID, IN FACT, CONTACT THE FLOODWALL, DO YOU HAVE AN ESTIMATE AS

16 TO THE -- HOW FAR BACK THE FLOODWALL WOULD HAVE BEEN PUSHED?

17         THE WITNESS: I WOULD SAY TWO OR THREE FEET. I MEAN, IT

18 WOULDN'T TAKE MUCH, AS LONG AS YOU CREATE A CHANNEL ALL THE WAY

19 DOWN.

20         THE COURT: AND THE TWO TO THREE FEET THEN WOULD CREATE

21 THE CHANNEL WHICH IS A CHANNEL, IN ESSENCE, THAT GOES UNDER THE

22 SHEET PILE UP TO THE OTHER SIDE?

23         THE WITNESS: RIGHT.

24         THE COURT: UP TO THE PROTECTED SIDE?

25         THE WITNESS: RIGHT. AND IF THE COURT WOULD UNDERSTAND

18 (Pages 1235 to 1238)

1239

1  THAT I'M TALKING ABOUT IN GENERAL, YOU KNOW, THIS WOULD APPLY TO
2  ALL THE IMPACTS THAT WE'RE GOING TO BE DISCUSSING.
3      THE COURT:  OKAY.
4      THE WITNESS:  IN THIS PARTICULAR CASE, THAT CHANNEL WAS
5  CREATED FROM THE TEARING DOWN TO A CERTAIN DEPTH.
6      THE COURT:  AND BY "THE TEARING," YOU MEAN THE TEARING
7  OF THE SHEET PILE WHERE IT JOINED -- WHERE THE 69 SHEET PILE
8  JOINED THE 80 SHEET PILE?
9      THE WITNESS:  THAT'S CORRECT.
10      THE COURT:  AND THERE'S ALLEGEDLY A DEFECTIVE WELD AT
11  THAT POINT AS WELL, CORRECT?
12      THE WITNESS:  ALLEGEDLY.
13          EXAMINATION
14  BY MR. WILSON:
15  Q.  WASN'T THERE ALSO A SECOND TEARING OF THAT SHEET PILE,
16  DOCTOR?
17  A.  YES.
18  Q.  AND YOU DID AN ILLUSTRATION OF YOUR OPINIONS, AN ANIMATION
19  THAT IS GOING TO DEPICT YOUR OPINIONS OF WHAT OCCURRED AT THE
20  NORTHERN BREACH; IS THAT CORRECT?
21  A.  YES, OF THE ACTUAL TEARING FROM THE BARGE CORNER.
22  Q.  OKAY.  CAN WE GO TO THE NEXT SLIDE?  I GUESS ONE MORE.
23  A.  THIS JUST SHOWS THE PHYSICAL MODEL ITSELF AND THE DIMENSIONS
24  OF IT.
25  Q.  OKAY.  AND YOU'RE REFERRING TO SLIDE 155.

1240

1      IF WE COULD GO TO 157, PLEASE.
2      WHAT'S THIS, DOCTOR?
3  A.  THIS SHOWS THE FLOODWALL.  AND YOU CAN SEE, THIS IS THE 1969
4  PART.  THIS IS SUKROTE (SPELLED PHONETICALLY) ROAD OR SUREKOTE
5  ROAD, AND YOU HAVE HERE THE NEW FLOODWALL.  YOU CAN SEE IT'S AT A
6  DIFFERENT ELEVATION.
7  Q.  OKAY.
8  A.  THIS IS THE LEVEE AND THIS IS THE ROADWAY.
9      THE WITNESS:  AND THIS IS THAT RAVINE WE WERE TALKING
10  ABOUT YESTERDAY, YOUR HONOR, WHERE THE 81 HOLE WAS SUPPOSED TO
11  BE.  TRYING TO GET -- REMEMBER WE TALKED ABOUT THAT HOLE BEING
12  MOVED?  THIS IS KIND OF A VISUAL.  YOU CAN SEE A VISUAL OF WHAT
13  WE'RE TALKING ABOUT, TRYING TO DRILL A HOLE IN THE MIDDLE OF THAT
14  VALLEY, IF YOU ARE --
15  Q.  YOU'RE REFERRING TO BORING 81 A?
16  A.  YES.
17  Q.  AND JUST FOR THE RECORD, IT WAS SUREKOTE ROAD?
18  A.  SUREKOTE, OKAY.
19      MR. WILSON:  OKAY.  BOB, IF YOU COULD GO TO THE NEXT
20  SLIDE, PLEASE.
21      THE COURT:  GO AHEAD.
22      MR. WILSON:  NEXT SLIDE, PLEASE.
23      MR. GILBERT:  RUN THE ANIMATION, BOB.
24      MR. WILSON:  YOU GOT IT.
25      I THINK HE NEEDS FIVE SECONDS, YOUR HONOR.

1241

1      YOU CAN TALK, IF YOU WANT, DOCTOR.
2      THE WITNESS:  THIS IS JUST SHOWING VARIOUS PERSPECTIVES
3  AND IT SHOWS THAT -- YOU CAN SEE THE DEEPER PART OF THE SHEET
4  PILE WALL EXTENDING DOWNWARD.
5          EXAMINATION
6  BY MR. WILSON:
7  Q.  OKAY.  LET IT GO AGAIN.
8  A.  YOU CAN SEE THE WATER LEVEL RISING, NOT MUCH DEFLECTION OF
9  THE WALL, AND THEN THE CORNER OF THE BARGE AS IT APPROACHES THE
10  WALL.  NOW, THAT APPROACH IS THE APPROACH WE USED FOR THIS
11  ILLUSTRATION.  IT COULD BE ANY APPROACH IN THIS DIRECTION.  AND
12  YOU CAN SEE A LARGE GAP FORMING BELOW.
13  Q.  OKAY.  KEEP GOING.
14  A.  HERE'S A TOP VIEW OF IT.  YOU CAN'T SEE THE WATER FROM THIS
15  VIEW, BUT THE -- THIS ALSO HAS THE WATER LOADING ON IT.
16  Q.  AND THAT ANGLE IS NOT RELEVANT FOR PURPOSES OF YOUR
17  ILLUSTRATION, CORRECT?
18  A.  RIGHT.  I MEAN, THIS IS A -- THE IMPORTANT PART IS HAVING
19  THAT IMPACT LOAD AT THAT LOCATION.  AGAIN, YOU CAN SEE VERTICALLY
20  THE GAP THAT'S CREATED.
21      MR. WILSON:  KEEP GOING, BOB.
22      THE WITNESS:  THIS IS ANOTHER VIEW OF IT.
23          EXAMINATION
24  BY MR. WILSON:
25  Q.  IS THAT SOIL UNDERNEATH THE GREEN --

1242

1  A.  YOU CAN SEE THE WATER LEVEL COMING UP.  THERE'S NOT MUCH
2  GAP.  THE BARGE'S CORNER COMING, APPROACHING THE WALL.
3  Q.  THAT'S THE OPENING OF THE GAP RIGHT THERE?
4  A.  YES.
5  Q.  TO ALLOW THE WATER TO GO IN?
6  A.  YES.
7  Q.  TO ALLOW THE WHOLE WALL TO COME OUT?
8  A.  HERE'S JUST SHOWING THE SHEET PILE ITSELF.  THAT ARROW WOULD
9  REPRESENT WHERE THE BARGE LOADING WOULD BE.
10  Q.  THE TEARING?
11  A.  YOU CAN SEE THE TEAR OCCURRING.
12  Q.  AND IT'S FROM THE TOP DOWN?
13  A.  YES.
14  Q.  OKAY.  DID YOU WANT TO SAY SOMETHING?
15  A.  WELL, WE HAD THAT SLIDE UP AND THEN IT DISAPPEARED.
16  Q.  OKAY.
17      THE COURT:  THE CITRUS BACK BREACH, IS THAT WHAT YOU
18  MESSED UP?
19      THE WITNESS:  EXCUSE ME?
20      THE COURT:  THE ONE THAT HAD CITRUS BACK BREACH ON IT?
21      THE WITNESS:  YES.
22          EXAMINATION
23  BY MR. WILSON:
24  Q.  OKAY.  SLIDE 164, PLEASE.
25      DOCTOR, WE'RE AT SLIDE 164.  COULD YOU TELL THE COURT WHY

**1243**

1  YOU WANTED TO SHOW THE COURT THIS PHOTOGRAPH?
2  A.  I WANTED TO SHOW SOME -- SHOW THE OTHER SIGNIFICANT FAILURES
3  THAT OCCURRED DURING HURRICANE KATRINA INVOLVING I-WALLS.  AND TO
4  SHOW THAT, YOU KNOW, THESE -- THE NORTH BREACH THAT WE LOOKED AT
5  IS SIGNIFICANTLY DIFFERENT THAN ANY OF THESE.
6      THEN YOU CAN SEE HERE THE CITRUS BACK I-WALL AND IT'S FAIRLY
7  UNIFORM DISPLACEMENT HERE.  YOU DON'T HAVE ANY EXHUMED SHEET
8  PILE.  AND YOU CAN SEE THAT THIS ENTIRE LEVEE HAS BEEN WASHED OUT
9  ON THIS SIDE WHICH CREATED -- WHICH CREATED LESS SUPPORT HERE AND
10  ALLOWED THE WALL TO LEAN AND DISPLACE IN THIS DIRECTION.
11  Q.  TO THE RIGHT OF SLIDE 164 IS ACTUALLY THE PROTECTED SIDE,
12  CORRECT, IT'S COVERED IN WATER?
13  A.  YES.
14  Q.  AND THE LEFT WOULD BE THE CANAL SIDE OR THE WATER SIDE?
15  A.  YES.
16  Q.  IS THERE ANYTHING ELSE THAT YOU WANTED TO SAY ABOUT THAT,
17  DOCTOR?
18  A.  YOU KNOW, YOU CAN SEE ALSO THE INTENSITY OF THE DAMAGE.
19  IT'S NOT -- IT'S NOWHERE NEAR AS INTENSE AS WE'VE SEEN AT THE
20  NORTH BREACH.
21  Q.  A SUDDEN RUSH OF THE WATER?
22  A.  RIGHT.  I'M SORRY, NOT A SUDDEN RUSH OF WATER, BUT THAT THE
23  PANEL OF CONCRETE IS NOT AS BROKEN UP AS WE HAVE AT THE NORTH
24  BREACH.
25  Q.  THANK YOU.

**1244**

1  A.  YES.
2  Q.  165, PLEASE.
3  A.  THIS IS PLAQUEMINES PARISH, AND YOU CAN SEE A VERY SIMILAR
4  CONDITION WHERE THE WALL IS SHOWING A VERY -- FAIRLY UNIFORM
5  PATTERN OF DISPLACEMENT.  AND THERE'S, AGAIN, SIGNIFICANT
6  BACK-SCOUR HERE WHICH CAUSES THE -- CAUSES THE WALL TO LOSE
7  SUPPORT AND THEN DEFLECT AND DISPLACE IN THE PROTECTION SIDE
8  DIRECTION RESULTING IN A LARGE GAP FORMING ON THE FLOOD SIDE.
9  Q.  AND AGAIN, THERE'S NO UPLIFTING OF THE SHEET PILE HERE,
10  CORRECT?
11  A.  THAT'S CORRECT, THE SHEET PILE HAS REMAINED IN THE GROUND.
12  ALSO, IF YOU WERE TO LOOK AT -- CLOSER AT THE WALL PANELS, YOU
13  DON'T SEE AS MUCH DAMAGE TO THE WALL PANELS AS WELL.
14  Q.  COULD WE GO TO THE NEXT SLIDE, PLEASE?  166.
15  A.  OKAY, THIS IS --
16  Q.  ACTUALLY, THIS IS THE INDUSTRIAL CANAL, ISN'T IT, IT'S THE
17  WEST SIDE?
18  A.  THE WEST SIDE, THAT'S CORRECT.
19  Q.  AND COULD YOU TELL THE COURT WHY YOU WANTED TO SHOW HIM THIS
20  PHOTOGRAPH?
21  A.  THIS IS AFTER KATRINA.  THERE'S OTHER SLIDES THAT ARE AFTER
22  RITA THAT SHOW MORE EXTENSIVE DAMAGE, BUT I THOUGHT WHAT WE'RE
23  TALKING ABOUT IS THE KATRINA DEFORMATION PATTERNS, AND YOU CAN
24  SEE THAT THE WALL HAS BOWED OUT.  THERE'S NOT ANY SCOUR IN THE
25  FRONT HERE.  AS WE HAVE SEEN IN THE OTHER SLIDES, THERE'S NOT A

**1245**

1  LOT OF SCOUR AWAY FROM WHERE THE WALL WAS.  BUT YOU CAN SEE THAT
2  THE LEVEE IS MISSING ON THIS SIDE, AGAIN, FROM SCOUR HERE CAUSING
3  LOSS OF SUPPORT AND THEN DEFLECTION OF THE LEVEE WALL.
4  Q.  JUST SO I'M CLEAR, SLIDE 166, THE PROTECTED SIDE IS ACTUALLY
5  ON THE LEFT, CORRECT?
6  A.  YES.
7  Q.  SO THAT SHOULD BE DRY, BUT IT HAS WATER IN IT, CORRECT?
8  A.  THAT'S CORRECT.
9  Q.  CAN WE MOVE ONTO 167, PLEASE?
10  A.  THIS IS THE LONDON AVENUE SOUTH BREACH, AND WHAT YOU CAN SEE
11  HERE IS THAT WE HAVE A SHORT BREACH AND THAT THESE WALL PANELS,
12  BASICALLY, WHAT HAPPENED WAS, IS THAT THERE WAS SEEPAGE THROUGH
13  THESE JOINTS AS THESE WALL PANELS WERE FAILING STRUCTURALLY
14  CAUSING EROSION OF THIS BACK SIDE OF THE LEVEE, AND, AGAIN,
15  LOSING SUPPORT, RESISTANCE SUPPORT IN HAVING FLOOD PRESSURES ON
16  THIS SIDE CAUSING THE WALL TO DISPLACE AND ACTUALLY IN PLACES
17  BREAK OFF THE SHEET PILE BECAUSE OF A WEAK CONNECTION.
18  Q.  SO THE CEMENT ACTUALLY CAME OFF IS WHAT YOU SAID?
19  A.  YES, THAT CONNECTION BETWEEN THE CEMENT AND THE SHEET PILE.
20  Q.  CAN WE GO GO TO THE NEXT SLIDE, PLEASE?
21      SLIDE 168, WHAT DID YOU WANT TO TELL THE COURT ABOUT THIS?
22  A.  AGAIN, THIS IS THE NORTH BREACH, AND WE CAN SEE, IF YOU WERE
23  TO LOOK AT THE PANELS AGAIN --
24      THE COURT:  THE NORTH BREACH OF THE LONDON CANAL?
25      THE WITNESS:  THAT'S CORRECT.  AND IF YOU WERE TO LOOK

**1246**

AT THE PANELS AGAIN, OTHER THAN, YOU KNOW, IT DOESN'T HAVE THE
INTENSE DAMAGE THAT WE SEE AT THE NORTH BREACH.  AGAIN, IT'S A
SIMILAR TYPE OF CONSTRUCTION AS AT THE 17TH STREET CANAL, AND
AGAIN, SOME OF THESE WALLS BROKE OFF THE SHEET PILE AND CAUSING
EROSION ON THE BACK SIDE.
    THE COURT:  SO YOU ATTRIBUTE THESE TO PURELY HYDROSTATIC
ELEMENTS CAUSING THE FAILURE?
    THE WITNESS:  EXACTLY, AND IN ADDITION TO THE EROSION OF
THE BACK SIDE OF THE LEVEE, OR THE PROTECTION SIDE OF THE LEVEE.
    ANOTHER THING TO NOTICE IN THIS FIGURE, YOUR HONOR, IS THAT
THERE'S NOT A VIOLENT RUSH OF WATER.  YOU HAVE THESE HOUSES
IMMEDIATELY ADJACENT TO THIS FLOODWALL, AND THEY'RE ALL STILL
INTACT AND WHERE THEY ARE.
    THE COURT:  SO WAS THERE OVER -- THE BACK SIDE OF THE
EROSION, WAS THERE OVERTOPPING OF THIS LEVEE TO YOUR KNOWLEDGE?
    THE WITNESS:  NO, THERE WAS NOT OVERTOPPING.
    THE COURT:  SO --
    THE WITNESS:  WHAT HAPPENED WAS THESE JOINTS THAT CAUSED
EROSION OF THE BACK SIDE OF THE LEVEE IN ADDITION TO HAVING WEAK
SOILS CREATED A CONDITION WHERE THE WALL WOULD BE DISPLACED TO
THE PROTECTION SIDE OR TO THIS DIRECTION.
    THE COURT:  OKAY.
        EXAMINATION
BY MR. WILSON:
Q.  WHEN YOU SAY, "EROSION TO THE BACK SIDE," IS THAT THE

1247

1 PROTECTED SIDE OR THE FLOOD SIDE?

2 A. THE BACK SIDE WOULD BE THE PROTECTED SIDE.

3 Q. AND THE NEXT SLIDE, PLEASE, 169. WHAT'S THE RELEVANCE OF

4 THIS PHOTOGRAPH?

5     THIS AGAIN IS THE 17TH STREET CANAL, CORRECT?

6 A. THIS IS THE 17TH STREET CANAL, YES. I MISSPOKE, THE OTHER

7 WAS THE --

8 Q. THE LONDON AVENUE?

9 A. -- LONDON AVENUE SOUTH BREACH.

10     MR. WILSON: LET ME JUST MAKE THE RECORD CLEAR THAT 168

11 IS THE LONDON AVENUE NORTH BREACH AND 167 IS THE LONDON AVENUE

12 SOUTH BREACH. AND THAT'S THE SLIDE.

13     THE WITNESS: AND YOU CAN SEE HERE THAT THESE -- THIS

14 PANEL HERE IS, IT USED TO BE HERE, BUT IT'S BROKEN OFF, AGAIN,

15 ANOTHER STRUCTURAL CONDITION AT THE POINT WITH THE SHEET PILE.

16             EXAMINATION

17 BY MR. WILSON:

18 Q. WHAT DO YOU MEAN AT THE POINT WITH -- IS THE SHEET PILE

19 STILL IN THE GROUND?

20 A. LIKE THE -- LIKE THE BREACHES, THE FLOOD WALLS AT THE

21 BREACHES AT OUR SITE, THE SHEET PILE IS EMBEDDED INTO THE

22 CONCRETE, AND THE EMBEDMENT WASN'T SUFFICIENT STRUCTURALLY TO NOT

23 ALLOW THESE DISPLACEMENTS TO OCCUR WITH THE WALL TILTING RELATIVE

24 TO THE SHEET PILE CREATING GAPS BASICALLY BETWEEN THE JOINTS

25 WHICH ALLOWED WATER TO COME IN AND ERODE THE LEVEE ON THE BACK

1248

1 SIDE.

2     AN IMPORTANT NOTE IS THAT'S DIFFERENT FROM THESE CANALS THAN

3 OURS AT THE IHNC IS THAT THE LEVEE SIDE OF ELEVATION ON THE BACK

4 SIDE OR THE PROTECTION SIDE IS HIGHER AND THAT THE SHEET PILE

5 CONNECTION IS LOWER SO THAT IF THERE IS ANY DISPLACEMENT ALONG

6 THIS JOINT AND THERE IS AN OPENING THAT OCCURS, THERE'S SOIL

7 RIGHT BEHIND IT TO BE ERODED. AT THE IHNC, IF YOU REMEMBER, IF

8 THE COURT REMEMBERS, THE SHEET PILE IS ACTUALLY ABOVE THE GROUND,

9 IT'S ABOVE THE LEVEE SURFACE.

10 Q. SO THAT MEANS EXACTLY WHAT? I'M NOT SURE OF YOUR POINT,

11 DOCTOR.

12 A. WELL, EVEN IF THERE WAS SOME DIFFERENTIAL MOVEMENT BETWEEN

13 THE MONOLITH AT THE IHNC, THE SHEET PILE IS ABOVE THE GROUND. SO

14 ANY WATER THAT WOULD BE CREATED THAT WOULD SEEP THROUGH WOULD NOT

15 BE IN DIRECT CONTACT WITH THE LEVEE, WOULD BE ABOVE THE LEVEE.

16     IN THIS CASE AND IN LONDON AVENUE, THE SHEET PILES ACTUALLY

17 LOWER -- IS BELOW THE TOP OF THE LEVEE ON THE PROTECTION SIDE.

18 SO ANY GAPS THAT FORM IN THAT JOINT ARE GOING TO HAVE WATER

19 SEEPING THROUGH AND ERODING THAT LEVEE.

20 Q. AND THAT WOULDN'T HAPPEN AT IHNC?

21 A. NO BECAUSE THE SHEET PILE IS HIGHER. THE SHEET PILE, YOU

22 KNOW, IF YOU LOOK AT THE CONSTRUCTION DRAWING ELEVATIONS, IT'S AT

23 11.5.

24 Q. SO THERE'S NO WATERSTOP GAP THERE IS WHAT YOU'RE SAYING; IS

25 THAT WHAT YOU'RE SAYING?

1249

1 A. I'M SAYING IF THERE WAS DISPLACEMENT ALONG THAT JOINT, WITH

2 THE SHEET PILE AT 11.5 AND THE LEVEE -- THE CROWN OF THE LEVEE AT

3 TEN, ANY SEEPAGE WOULD BE ABOVE THE SHEET PILE. THAT'S WHERE YOU

4 WOULD HAVE, YOU KNOW, THE JOINT, THE CONSTRUCTION JOINT, WITH

5 NO -- WITH NO WALL OF PROTECTION. YOU KNOW, THE SHEET PILE

6 ACTUALLY PROVIDES THE PROTECTION BETWEEN THE JOINTS.

7     THE WITNESS: DOES THE COURT UNDERSTAND?

8     THE COURT: ARE YOU SAYING THIS SHEET PILE IS -- A

9 PORTION OF THE SHEET PILE IS EXTENDING ABOVE -- ABOVE GROUND, IN

10 ESSENCE?

11     THE WITNESS: YES. YES, IT'S TWO-AND-A-HALF FEET ABOVE

12 THE CROWN.

13     THE COURT: YES. THEREFORE, THE SCOURING EFFECT WOULD

14 BE, OR THE EROSION EFFECT WOULD BE SUBSTANTIALLY AMELIORATED BY

15 THE FACT THAT THERE WAS A METAL SHEET PILE IN THAT POSITION?

16     THE WITNESS: RIGHT.

17     THE COURT: RATHER THAN SIMPLE EARTH?

18     THE WITNESS: RIGHT. SO ABOVE THAT POINT OF THE SHEET

19 PILE, THAT'S WHERE YOU HAVE THE CONSTRUCTION JOINT WITH THE

20 WATERSTOP, OKAY. SO IF THE WATERSTOP BREAKS, LET'S SAY, THE

21 WATER CAN ONLY POUR OUT FROM THE TOP OF THE SHEET PILE, WHERE THE

22 TOP OF THE SHEET PILE IS, WHICH WOULD BE AT AN ELEVATION OF 11.5

23 VERSUS NINE, WHICH WOULD BE TWO-AND-A-HALF FEET. SO IT WOULD

24 BE -- IT WOULDN'T BE IN DIRECT CONTACT WITH THE LEVEE ITSELF.

25     AND FOR THESE TWO DESIGNS, THE LEVEE ITSELF WAS HIGHER THAN

1250

THE SHEET PILE. SO THE SHEET PILE IS HERE AND THE LEVEE IS HERE.

THE LEVEE IS HERE --

    THE COURT: THE LEVEE IS DIRECTLY --

    THE WITNESS: AGAINST IT.

    THE COURT: -- AGAINST IT.

    THE WITNESS: AGAINST IT, AND THE SHEET PILE IS LOWER,

SO IF THERE IS DISPLACEMENT THAT OCCURS, RIGHT, AND THAT

RUBBER -- RUBBER SEAL BREAKS, THAT WATER GOES RIGHT INTO THE

LEVEE.

    THE COURT: AND THE RUBBER SEAL, JUST FOR THE RECORD, IS

LOCATED WHERE?

    THE WITNESS: THE RUBBER SEAL, IT'S CALLED A RUBBER

STOP --

    THE COURT: RIGHT.

    THE WITNESS: -- AND IT'S LOCATED BETWEEN THE MONOLITHS.

    THE COURT: AT WHAT POINT BETWEEN THE MONOLITHS?

    THE WITNESS: IT'S ALL ALONG THE ENTIRE --

    THE COURT: ALL ALONG?

    THE WITNESS: ALL ALONG DOWN TO THE SHEET PILE.

    THE COURT: OKAY. THE RUBBER SEAL -- THE RUBBER GOES

ALL THE WAY DOWN TO THE BEGINNING OF THE SHEET PILE?

    THE WITNESS: WELL, YEAH. WELL, THERE IS DIFFERENT

DESIGNS FOR IT ONCE IT GETS TO THE SHEET PILE, BUT IT --

BASICALLY, THE PURPOSE OF IT IS TO CUT OFF ANY WATER THAT WOULD

COME THROUGH FROM THE JOINT. BUT IT DOESN'T CONTINUE -- I

1251

1  MEAN --
2      THE COURT:  AND FOR THE RECORD, YOU MAY HAVE COVERED IT,
3  BUT DESCRIBE PRECISELY WHAT THE JOINT IS.
4      THE WITNESS:  THE JOINT IS, YOU KNOW, THESE MONOLITHS,
5  YOU KNOW, THEY POUR THEM IN 30-FOOT LONG PANELS --
6      THE COURT:  YES.
7      THE WITNESS:  -- THAT -- AT OUR SUBJECT AREA, AND IN
8  BETWEEN THAT, YOU HAVE A JOINT, A VERTICAL JOINT.
9      THE COURT:  THE PURPOSE OF THE JOINT IS TO, OF COURSE,
10  KEEP THE MONOLITHS IN PLACE?
11      THE WITNESS:  WELL, I THINK, YOU KNOW --
12      THE COURT:  THE JOINT IS A FUNCTION OF THE FACT THEY ARE
13  POURED IN, LET'S SAY, IN SOME INSTANCES, IN 30-FOOT INTERVALS,
14  YOU'RE GOING TO HAVE A JOINT?
15      THE WITNESS:  EXACTLY.
16      THE COURT:  AND HOW DO YOU CONNECT THE TWO?
17      THE WITNESS:  WELL, DURING CONSTRUCTION, THEY'LL POUR
18  IN, THEY HAVE CONSTRUCTION WATERSTOPS.  IT'S BASICALLY A PIECE OF
19  RUBBER MEMBRANE OR THICK RUBBER PIECE THAT IS PLACED BEFORE YOU
20  POUR THE CONCRETE, OKAY, AND THEN CONCRETE IS POURED AROUND IT
21  AND NOW IT'S AN INTEGRAL PART OF THE CONCRETE.
22      THE COURT:  AND WHAT INTERLOCKS ONE JOINT TO ANOTHER?
23      THE WITNESS:  THERE'S NO -- THE ONLY INTERLOCK THAT
24  THERE IS THE SHEET PILE.
25      THE COURT:  IS THE SHEET PILE ITSELF?

1252

1      THE WITNESS:  YES.
2      THE COURT:  SO THEY ARE SIMPLY FITTING THEM TOGETHER?
3      THE WITNESS:  YES.
4      THE COURT:  OKAY.
5      THE WITNESS:  SO THAT'S WHY THEY HAVE THE WATERSTOP, SO
6  THAT THAT WOULD STOP WATER FROM PENETRATING THROUGH THERE.
7      THE COURT:  IT'S CLEAR FOR THE RECORD.
8      THE WITNESS:  GOOD.
9          EXAMINATION
10  BY MR. WILSON:
11  Q.  WOULD TEARING SHEET PILE SOUND LIKE A BOOM?
12  A.  I WOULDN'T THINK A TEARING SHEET PILE WOULD SOUND LIKE A
13  BOOM.
14  Q.  AND WHAT ABOUT IF A WATERSTOP BROKE, WOULD THAT SOUND LIKE A
15  BOOM?
16  A.  NO.
17  Q.  COULD YOU PUT UP EXHIBIT 402?
18      I DON'T MEAN TO CONFUSE YOU, DOCTOR.  I WANT TO PUT UP SOME
19  OTHER ILLUSTRATIONS -- PHOTOGRAPHS FOR A SECOND, OKAY?
20  A.  OKAY.
21  Q.  EXHIBIT 402, 86/165, PLEASE.
22      DOCTOR, THIS IS THE LONDON AVENUE CANAL WITH THE WATER, NOW
23  YOU CAN SEE THE WATER DISSIPATED.  IS THIS DIFFERENT THAN THE
24  NORTHERN BREACHES?
25  A.  YES.  AS I SAID, YOU KNOW, THE PANELS YOU CAN SEE ARE FAIRLY

1253

1  INTACT, YOU CAN SEE THIS PANEL IS BENT OVER AND IS BEING
2  SUPPORTED BY TEMPORARY FILL AFTER, AFTER THE HURRICANE.
3  Q.  AND THE SHEET PILE IS NOT RIPPED OUT OF THE GROUND, RIGHT,
4  AND THE WHOLE WALL DIDN'T GO FLYING?
5  A.  THAT'S CORRECT.
6  Q.  OKAY.  COULD I SEE EXHIBIT 402, 87/165, PLEASE?
7      THIS IS ALSO THE LONDON AVENUE CANAL?
8  A.  THAT'S CORRECT.
9  Q.  CAN YOU TELL ME ARE THE DAMAGE PATTERNS SIMILAR TO THAT OF
10  THE NORTHERN BREACH?
11  A.  AGAIN, YOU KNOW, YOU CAN SEE THIS BREAK THAT'S OCCURRING IN
12  THIS PANEL AT THE STRUCTURAL CONNECTION HERE.  IT'S BENT OVER
13  BECAUSE THERE'S FRACTURES THAT ARE OCCURRING HERE WHERE THE SHEET
14  PILE IS CONNECTED.
15      THE WITNESS:  HERE'S THE WATERSTOP THAT WE HAVE BEEN
16  TALKING ABOUT, YOUR HONOR.
17          EXAMINATION
18  BY MR. WILSON:
19  Q.  ARE THE DAMAGE PATTERNS DIFFERENT THAN THE IHNC NORTHERN
20  BREACH?
21  A.  YES.  AS I SAID, YES.
22  Q.  COULD I SEE EXHIBIT 402, 88/165, PLEASE?  88/165, I'M SORRY.
23  A.  HERE YOU CAN SEE THAT THOSE PANELS ARE COMPLETELY BENT OVER.
24  Q.  THEY'RE BENT OVER, NOT RIPPED OUT OF THE GROUND, RIGHT?
25  A.  THAT'S CORRECT.

1254

1  Q.  AND COULD WE SEE EXHIBIT 402, 89/165, PLEASE?
2      AND THIS -- IS THIS STILL YOUR TYPICAL OF HYDROSTATIC
3  PRESSURE?
4  A.  YEP.  I MEAN, IN COMBINATION WITH THE EROSION THAT OCCURRED.
5      THE COURT:  SO IN ESSENCE, THE BOTTOM LINE IS THAT IT'S
6  YOUR TESTIMONY, AND PLEASE CORRECT ME IF I'M WRONG.
7      THE WITNESS:  YES.
8      THE COURT:  I OFTEN AM.
9      IF THE -- IS THAT AS A RESULT OF THE SHEET PILE BEING
10  ACTUALLY TORN, IT'S MY UNDERSTANDING THAT YOU SAY BY IMPACT OR
11  IMPACTS OF THE BARGE.
12      THE WITNESS:  YES.
13      THE COURT:  THE VISUAL EFFECT OF THE FAILURE IS
14  DIFFERENT THAN IF IT WERE ONLY HYDROSTATIC PRESSURE BECAUSE IN
15  THESE PHOTOGRAPHS, THE SHEET PILE IS NOT --
16      THE WITNESS:  EXHUMED.
17      THE COURT:  -- EXHUMED.  I GOT YOU.  THAT'S IT IN A
18  NUTSHELL.
19          EXAMINATION
20  BY MR. WILSON:
21  Q.  IF I COULD JUST SHOW THE COURT FOR A MOMENT SLIDE 149.
22      WAIT, THAT'S GOING TO BE A PROBLEM FOR YOU, RIGHT?  WE'LL
23  COME BACK.
24      COULD WE SEE EXHIBIT 402, 90/165?  PAGE 90 OUT OF 165.
25      THAT IS ALSO THE LONDON AVENUE CANAL, CORRECT?  THE SAME

1255

1 THING.
2 A. YES.
3 Q. AND THE LAST ONE I WANTED TO SHOW IS EXHIBIT 402, PAGE
4 NUMBER 91 OUT OF 165.
5 A. YES. AND YOU CAN SEE THE STRUCTURAL CONNECTION FAILURE
6 HERE.
7 Q. BUT THE WALL IS STILL THERE, RIGHT?
8 A. YES.
9    THE COURT: THE COURT DOES HAVE THE PRINCIPLE THAT
10 YOU'RE ATTEMPTING TO PROVE, AND I'M SURE WILL BE VIGOROUSLY
11 ATTACKED BY THE DEFENDANTS.
12    EXAMINATION
13 BY MR. WILSON:
14 Q. COULD WE MOVE NOW TO SLIDE 171?
15    WHY DID YOU WANT TO SHOW THIS TO THE COURT, DOCTOR?
16 A. I THINK THERE IS ONE BEFORE THIS.
17 Q. IS THAT THE ONE, DOCTOR?
18 A. YES. HERE'S AGAIN THE CITRUS BACK INFLUENCED WALL THAT WE
19 TALKED ABOUT EARLIER. AND THE IMPORTANT THING ABOUT THIS
20 PHOTOGRAPH IS WE SEE A T-WALL IN THE FRONT, WHICH IS A MUCH MORE
21 RIGID WALL.
22 Q. CORRECT.
23 A. AND THEN IN THE FAR, WE CAN SEE THE I-WALL CONNECTION. AND
24 THIS IS A SIMILAR SITUATION TO WHAT WE HAVE, BUT, YOU KNOW, IT
25 HASN'T BEEN AFFECTED BY A CONCENTRATED FORCE AND YOU DON'T SEE

1256

1 THIS I-WALL BEING EXHUMED FROM THE GROUND OR TEARING OFF, EVEN
2 THOUGH, DESPITE THERE WAS OVERTOPPING AND SIGNIFICANT SCOURING OF
3 THE SITE.
4 Q. AND THAT'S FOR THE RECORD, SLIDE 170, FROM PLAINTIFF'S
5 POWERPOINT PRESENTATION, EXHIBIT 437.
6    CAN WE MOVE NOW TO SLIDE 172, PLEASE?
7    WE'RE GOING TO, 171, SORRY.
8    DOCTOR, WHY DID YOU WANT TO SHOW THIS TO THE COURT?
9 A. AGAIN, THIS IS ANOTHER EXAMPLE OF WHERE THERE WAS
10 OVERTOPPING AND THIS HAS BEEN FILLED IN SINCE HERE. BUT THERE
11 WAS SIGNIFICANT OVERTOPPING AND SCOUR ON THIS SIDE. YOU CAN SEE
12 THE DEFLECTION OF THE I-WALL, UNCAPPED I-WALL.
13 Q. ACTUALLY, SOME LEVEES ARE MADE WITHOUT THE CEMENT ON THE TOP
14 LIKE OUR I-WALL THAT WE HAVE BEEN TALKING ABOUT?
15 A. YES.
16 Q. ACTUALLY, TO THE RIGHT OF THE SLIDE 171, THAT SHOWS A SHEET
17 PILE, THAT THE SHEET PILE ALONE WAS THE LEVEE WALL; AM I CORRECT?
18 A. THAT'S CORRECT.
19 Q. AND YOU DON'T SEE IT RIPPED OUT OF THE GROUND, YOU JUST SEE
20 A DEFLECTION FORWARD; IS THAT WHAT YOU'RE SAYING?
21 A. THAT'S CORRECT. IT SHOWS THE AMOUNT OF GIVE THAT THAT SHEET
22 PILE HAS WITHOUT TEARING OFF.
23 Q. COULD WE GO TO THE NEXT SLIDE, PLEASE? 172.
24 A. HERE IS --
25 Q. JUST BE TO -- AND AGAIN, THIS IS A LEVEE THAT IS CONSTRUCTED

1257

1 WITHOUT CEMENT ON THE TOP, CORRECT, IT'S SHEET PILE? AM I
2 CORRECT ABOUT THAT?
3 A. THAT'S CORRECT.
4 Q. OKAY. AND YOU SAY WHAT YOU WANTED TO TELL THE COURT,
5 DOCTOR.
6 A. THIS IS ANOTHER EXAMPLE OF THE WALL BEING COMPLETELY
7 UNDERMINED FROM OVERTOPPING, AND AGAIN, THERE IS NO COMPLETELY
8 RIPPING OF THE SHEET PILE AWAY FROM THE REMAINDER OF THE WALL.
9 Q. SO IT'S BENT FORWARD?
10 A. YES.
11 Q. AND IT'S UNDER THE WATER?
12 A. YES.
13 Q. THANK YOU.
14    CAN WE GO TO SLIDE 173, PLEASE?
15    WHAT DO YOU WANT TO TELL THE COURT ABOUT THIS SLIDE, DOCTOR?
16 A. BASICALLY, THIS IS KIND OF A SUMMARY OF WHAT WE HAVE BEEN
17 DISCUSSING, THAT THE CONCRETE PANEL DAMAGE IS MUCH LESS INTENSE,
18 THERE IS NO COMPLETE TEAR EXHIBITED WITHOUT -- THERE IS
19 INSTANCES -- THERE IS ONE INSTANCE THAT I'M AWARE OF WHERE THERE
20 IS VERY DEEP UNDERMINING WHERE IT DID GET RIPPED OUT, BUT WITHOUT
21 THIS DEEP UNDERMINING, THERE IS NO SIGNIFICANT TEARING OF THE
22 SHEET PILE. THERE IS NO TWISTING OF THE SHEET PILE THAT'S COME
23 OUT OF THE GROUND. AND THE DISPLACEMENT OF THE FLOODWALL FROM --
24 AT THESE OTHER BREACHES WAS TYPICALLY 15 TO 20 FEET AT THE TOP OF
25 THE WALL.

1258

1 Q. LET ME UNDERSTAND THAT. THERE WAS DISPLACEMENT OF OTHER
2 FLOODWALLS IS WHAT YOU'RE SAYING? THEY DID COME OUT OF THE
3 GROUND; IS THAT WHAT YOU'RE SAYING?
4 A. NO, I'M SAYING THAT THERE WAS DISPLACEMENT IN THE GROUND,
5 LATERAL DISPLACEMENT.
6 Q. LATERAL DISPLACEMENT IN THE GROUND, SORRY, DOCTOR.
7    COULD YOU EXPLAIN THAT TO ME AGAIN?
8 A. OKAY. IF YOU LOOK AT THESE OTHER WALLS, YOU CAN SEE THAT
9 THE TOP OF THE WALL HAS BEEN DISPLACED FROM ITS ORIGINAL
10 POSITION.
11 Q. OH, BUT THE SHEET PILE REMAINS; IS THAT WHAT YOU'RE SAYING?
12 A. YES.
13 Q. OKAY, THANK YOU.
14 A. SO THIS IS A MEASURE OF HOW FAR THE MAXIMUM FOR EACH ONE OF
15 THOSE BREACHES THAT WALL HAS BEEN DISPLACED AT THE TOP. AND WHAT
16 WE'RE SAYING IS THAT THESE DISPLACEMENTS ARE, YOU KNOW, MUCH LESS
17 THAN WHAT WAS -- WE'VE SEEN AT THE NORTH BREACH.
18 Q. OKAY. IF WE COULD SHOW 149.
19 A. DID YOU WANT ME TO FINISH THESE POINTS?
20 Q. OKAY. GO AHEAD, DOCTOR.
21 A. ANOTHER POINT IS THAT WHAT WE SEE IN THE NORTH BREACH IS WE
22 SEE A SIGNIFICANT AMOUNT OF SCOUR -- WHEN I SAY BACK-SCOUR, WHAT
23 I MEAN IS WASHOUT IN FRONT OF THE LEVEE. SO AS, YOU KNOW, AS WE
24 TALKED ABOUT IN THAT ILLUSTRATION OF THE WATER CHANNEL BEING
25 CREATED AND THAT SOIL AND WATER WASHING OUT FROM THE FRONT SIDE.

## 1259

1. AND WHEN WE LOOK AT THESE OTHER LEVEES, WE DON'T SEE THAT -- WE
2. DON'T SEE A SIGNIFICANT AMOUNT OF THAT.
3.     AND THE OTHER FACTOR IS THAT THESE ARE MORE -- THIS IS A
4. MORE VIOLENT FAILURE, A MORE RAPID FAILURE, AS WE DON'T SEE THIS,
5. YOU KNOW, THE RESIDENTIAL HOMES IN THE AREAS BEING SIGNIFICANTLY
6. DAMAGED OR DISPLACED.
7. Q.  I LOST YOU ON THIS POINT OF NO SIGNIFICANT BACK-SCOUR.  YOU
8. TALKED ABOUT A WASHOUT IN THE FRONT.  CAN YOU EXPLAIN THAT TO ME
9. AGAIN?  I'M SORRY.
10. A.  AT THE NORTH BREACH, YOU CAN SEE THAT THERE WAS SOME EROSION
11. THAT OCCURRED THAT PROGRESSED TOWARD THE ISUC CANAL.  IF YOU LOOK
12. AT THESE OTHER FAILURES, YOU DON'T SEE A SIGNIFICANT AMOUNT OF
13. THAT SAME CONDITION.
14. Q.  EROSION ON THE CANAL SIDE IS WHAT YOU'RE SAYING?
15. A.  RIGHT, WHICH IS CAUSED BY THESE CHANNELS BEING CREATED AND
16. THE RESULT OF THE WATER MOVING DOWNWARD AND OUT OF THE CANAL AREA
17. INTO THE PROTECTION AREA.
18. Q.  OKAY.  ALL RIGHT.
19.     THE NEXT SLIDE, PLEASE.
20. A.  SO THE SUMMARY OF THE INVESTIGATION OF THE NORTH BREACH --
21.     THE COURT:  IS THAT SLIDE NUMBER 174 --
22.     THE WITNESS:  YES.  FAILURE INITIATED AT THE NORTH END
23. BASED ON THE DAMAGE PATTERN AND EYEWITNESS OBSERVATIONS.
24.     EXAMINATION
25. BY MR. WILSON:

## 1260

1. Q.  AND WHEN YOU SAY DAMAGE PATTERN, JUST TO REITERATE, COULD
2. YOU TELL ME WHAT'S DIFFERENT ABOUT THIS DAMAGE PATTERN?
3. A.  THAT IT WAS LOCALIZED, AND IT WAS CAUSED AT THE NORTH END.
4. AND FROM THE WITNESS' TESTIMONY, THAT IT PROGRESSED FROM THE
5. NORTH TO SOUTH, TUMBLING PANEL BY PANEL.
6. Q.  OKAY.
7. A.  THE FAILURE WAS INITIATED WITH TEARING OF THE SHEET PILE.
8. THERE WAS NO SCOURING OF THE LAND SIDE LEVEE FROM OVERTOPPING
9. BECAUSE THE LEVEE BORDER WAS TOO LOW, AND MOST, IF NOT ALL, OF
10. THE INVESTIGATORS BELIEVE THAT THERE WAS NO OVERTOPPING.
11. Q.  I WANT TO ASK YOU, YOU SAID FAILURE TO INITIATE WITH TEARING
12. OF SHEET PILE.  IT WAS INITIALED FROM A LOAD ON THE WALL; IS THAT
13. YOUR OPINION, DOCTOR?
14. A.  YES.
15. Q.  AND THAT LOAD WAS THE BARGE IN THIS CASE, DOCTOR?
16. A.  YES.
17.     THE COURT:  I'VE GOT THAT, COUNSEL, PLEASE, PLEASE,
18. PLEASE.
19.     MR. WILSON:  I JUST WANTED TO MAKE THE RECORD CLEAR.  I
20. DIDN'T LIKE THE WAY IT READ.
21.     THE COURT:  THE RECORD MAY BE MADE CLEAR --
22.     MR. WILSON:  OKAY.  I UNDERSTAND.
23.     THE COURT:  -- BUT MY PATIENCE IS ONLY SO MUCH --
24.     MR. WILSON:  WEARING THIN.
25.     THE COURT:  -- HEARING THE SAME THING, OKAY?

## 1261

1.     MR. WILSON:  OKAY.
2.     EXAMINATION
3. BY MR. WILSON:
4. Q.  OKAY, GO AHEAD, DOCTOR.
5. A.  SO, YOU KNOW, THE INITIATION OF THIS FAILURE FROM
6. OVERTOPPING AND LOCALIZED SCOURING ON THE OTHER SIDE TO CAUSE A
7. WEAKENING IN THAT LOCATION IS NOT LIKELY SINCE OVERTOPPING DID
8. NOT OCCUR.
9.     THERE IS NO EXPLANATION FOR THE RESULTING WALL DEFORMATIONS
10. FROM SURGE ALONE.  THE BREACH IS NOT CONSISTENT WITH OTHER
11. FLOODWALL PATTERNS.  THE ANALYSIS SHOW, THAT WE'VE DONE, THAT A
12. LOCALIZED FAILURE FROM WATER ALONE WAS NOT POSSIBLE, AS WE TALKED
13. ABOUT IN THE STABILITY ANALYSIS.  AND, YOU KNOW, THE EYEWITNESS
14. OBSERVATIONS AND DAMAGE PATTERNS ARE -- DAMAGE PATTERNS INDICATE
15. THE BARGE IMPACT INITIATED THE FAILURE.
16. Q.  OKAY.  CAN WE MOVE NOW TO THE SOUTH BREACH, PLEASE.
17. A.  YES.
18. Q.  175 -- OR 176.
19.     IT'S NOT A GREAT PHOTO BUT THIS SHOWS WHAT, DOCTOR?
20. A.  THIS IS A PHOTO THAT I HAVE IN MY REPORT THAT I MISLABELED.
21. I SAID IT WAS DURING KATRINA, AND AFTERWARDS IT WAS POINTED OUT
22. TO ME BY THE DEFENSE THAT IT WASN'T.  IT WAS ACTUALLY DURING RITA
23. OR JUST BEFORE RITA.
24.     AND -- AND I WASN'T -- IN MY DEPOSITION I WASN'T SURE WHAT
25. -- WHY I THOUGHT IT WAS AT THE TIME OF KATRINA.  I THOUGHT IT WAS

## 1262

1. BECAUSE WHEN I LOOKED AT THE PHOTO, SOME OF THESE INDICATIONS
2. WEREN'T THERE THAT WOULD INDICATE THAT IT WAS AT THE TIME OF
3. KATRINA.  THERE'S LIKE A -- YOU CAN SEE SORT OF A SHADOW HERE
4. WHICH WAS AN ACCESS GRAVEL PATH.  THAT WAS CREATED AFTER KATRINA.
5.     WHEN I REVIEWED THE IPET DRAWINGS THEY ACTUALLY SAY THIS IS
6. DURING KATRINA IN FIGURE 1423.  AND I GUESS I TOOK THAT AND I
7. ASSUMED THAT THAT WAS CORRECT, BUT -- SO IN MY REPORT, IT'S NOT
8. LABELED CORRECTLY IN TERMS OF WHEN IT WAS -- THE PHOTO WAS TAKEN.
9. Q.  OKAY.  AND REAL QUICK, DOCTOR, YOU DID THE SAME THING YOU
10. DID FOR THE SOUTH BREACH THAT YOU DID FOR THE NORTH BREACH.  YOU
11. DID A SEEPAGE ANALYSIS, CORRECT?
12. A.  YES.
13. Q.  YOU DID STABILITY ANALYSIS, CORRECT?
14. A.  YES.
15. Q.  YOU LOOKED AT THE WATER TABLES, CORRECT?
16. A.  YES.
17. Q.  YOU LOOKED AT ALL OF THE BORINGS THAT YOU COULD LOCATE,
18. CORRECT?
19. A.  YES.
20. Q.  OKAY.  AND YOU DID THE SAME ANALYSIS THAT WE DISCUSSED
21. EARLIER FOR THE SOUTH BREACH AS YOU DID FOR THE NORTH BREACH?
22. A.  YES.
23. Q.  AND IT'S ALL PART OF YOUR POWERPOINT PRESENTATION, CORRECT?
24. A.  YES.
25. Q.  OKAY.  I'M GOING TO SKIP AHEAD, OKAY, DOCTOR, BECAUSE I

1263

1  DON'T WANT TO WASTE THE COURT'S TIME WITH THIS BECAUSE I THINK
2  THE JUDGE HAS A VERY GOOD UNDERSTANDING.
3      THE COURT:  OF THE METHODOLOGY USED, YES, IT'S BEEN
4  METICULOUSLY DOCUMENTED.
5          EXAMINATION
6  BY MR. WILSON:
7  Q.  AND IF WE COULD MOVE TO 198.
8      AND YOUR OPINION, DOCTOR, WITH A REASONABLE DEGREE OF
9  GEOTECHNICAL ENGINEERING CERTAINTY ON YOUR SEEPAGE STUDY WAS
10  WHAT, DOCTOR?
11  A.  AGAIN, THAT THE, YOU KNOW, OVERALL PERMEABILITY OF THE
12  STRATA WAS TOO LOW TO ALLOW ANY SIGNIFICANT WATER PRESSURES TO
13  DEVELOP ON THE LAND SLIDE AT THE TIME OF THE BREACH.
14  Q.  199, PLEASE, SLIDE 199 OF PLAINTIFF'S POWERPOINT
15  PRESENTATION, EXHIBIT 437.
16      WHAT WAS THE CONCLUSION OF ILIT?
17  A.  IT'S THE SAME.  IT'S A SIMILAR CONCLUSION THAT WAS REACHED
18  ON THE NORTH BREACH, THAT THE SUBSOILS WERE SUFFICIENTLY
19  PERMEABLE TO CAUSE CRITICAL LANDSLIDE UPLIFT WHICH INSTIGATED THE
20  FAILURE.
21  Q.  IPET CRITICIZED ILIT FOR THEIR ANALYSIS, CORRECT?
22  A.  RIGHT.  IT'S THE SAME CRITICISM THAT THE PERMEABILITIES --
23  YOU KNOW, THAT IPET'S OPINIONS, AS MINE, IS THAT THE
24  PERMEABILITIES ARE TOO LOW TO HAVE ANY EFFECT ON THE LANDSLIDE
25  STABILITY PRIOR TO FAILURE.

1264

1      THE COURT:  DID WE GET -- YOU MAY HAVE ALREADY TESTIFIED
2  TO THIS, WHAT WOULD BE THE DEPTH OF THE SHEET PILE AT THE SOUTH
3  BREACH?
4      THE WITNESS:  YOUR HONOR, IT'S THE SAME CONSTRUCTION.
5      THE COURT:  SAME PRE-'69 -- EXCUSE ME, THE '69
6  CONSTRUCTION?
7      THE WITNESS:  '69 CONSTRUCTION, YOUR HONOR.
8      THE COURT:  THAT'S WHAT I THOUGHT.
9      THE WITNESS:  YES.
10      THE COURT:  THE '80 ONLY GOES FROM THE POINT YOU SHOWED
11  TOWARDS FLORIDA.
12      THE WITNESS:  THAT IS CORRECT.
13          EXAMINATION
14  BY MR. WILSON:
15  Q.  OKAY.  IF WE COULD GO TO THE NEXT SLIDE.
16      CROSS-SECTION, YOU DID THE SOIL PROPERTIES, THE SAME THING,
17  RIGHT, DOCTOR?
18  A.  YES.
19  Q.  AND 203, PLEASE, SLIDE 203.
20      YOU DID A 2-D ANALYSIS ON THE SOUTH BREACH, CORRECT?
21  A.  THAT'S CORRECT.  THIS IS -- YOUR HONOR, THERE IS -- AND WHAT
22  I'VE DONE IN THE SOUTH BREACH, BECAUSE OF THE CONFIGURATION OF
23  THE FAILURE, IF YOU'RE FAMILIAR --
24      CAN YOU PUT UP AN AERIAL OF THE SOUTH BREACH THAT SHOWS THE
25  BIG BOW AND THE --

1265

1      THE COURT:  I AM REAL FAMILIAR WITH THAT.  I HAVE LOOKED
2  AT IT.  IF YOU WANT TO DEMONSTRATE IT, THAT'S FINE, BUT I AM VERY
3  FAMILIAR WITH THE BASIC SHAPE OF THE SOUTH BREACH AND THE LENGTH.
4      THE WITNESS:  IF YOU REMEMBER THE OTHER FLOODWALL
5  FAILURES THAT WE LOOKED AT, THERE IS NOTHING OF THAT KIND OF
6  SHAPE.  TO ME, AN INDICATION ALSO, IF YOU SEE THE SCOURING ON THE
7  FLOOD SIDE OF THE LEVEE.  THAT'S --
8      THE COURT:  THE SCOURING ON THE FRONT SIDE OF THE LEVEE
9  UNDER THESE CIRCUMSTANCES YOU THINK INDICATES SOME OTHER FORCE
10  OTHER THAN SIMPLE HYDROSTATIC FORCE TO CAUSE THAT TO OCCUR?
11      THE WITNESS:  YES.  AND BECAUSE OF THAT CONFIGURATION,
12  THERE IS TWO SEPARATE FAILURES THAT OCCURRED.  YOU HAVE -- YOU
13  KNOW, YOU WOULDN'T HAVE -- YOU'D HAVE A UNIFORM SHAPE, SO YOU
14  WOULD HAVE TWO CONFIGURATIONS.
15      SO WHAT I'VE DONE IS I -- WE DID A SEEPAGE ANALYSIS AND
16  CROSS-SECTIONS FOR BOTH FAILURE AREAS.  OKAY.  SO THERE IS
17  ACTUALLY TWO OF EACH, ONE FOR THE NORTHERN PART WHERE YOU HAVE
18  THE BIG BOW, AND THEN WE HAVE THAT STRAIGHT SECTION TOWARDS THE
19  SOUTHERN PART.  WE DID ANOTHER STABILITY ANALYSIS THERE WITH ITS
20  OWN SOIL PROPERTIES -- I'M SORRY, SOIL LAYERING CONDITIONS.
21      THE COURT:  YES.
22          EXAMINATION
23  BY MR. WILSON:
24  Q.  OKAY.  IF WE COULD GO TO 207.
25  A.  AND SO THIS SHOWS HERE, YOU KNOW, THE SLIDE CONFIGURATION

1266

1  FOR -- THIS IS THE SOUTH PART OF THE SOUTH --
2      THE COURT:  WAIT.  WHAT FIGURE ARE WE ON, SIR?
3      MR. WILSON:  207.
4      THE COURT:  I DIDN'T MEAN TO INTERRUPT YOU, SIR.  IT
5  LOOKS LIKE WE'RE ON 203 HERE.
6      THERE WE GO.  OKAY.  THANK YOU.
7      THE WITNESS:  WE WERE -- THAT OTHER SLIDE, THAT WAS
8  ACTUALLY THE SOUTH BREACH, PART OF THE SOUTH BREACH, THE SOUTH
9  PART OF THE SOUTH BREACH.  IT WASN'T THE NORTH PART.
10      MR. WILSON:  OKAY.  I'M SORRY.  I'M NOT SURE WHAT YOU'RE
11  SAYING, DOCTOR.
12      THE COURT:  HE'S SAYING THAT THE GRAPHIC WE LOOKED AT --
13      THE WITNESS:  WAS OUT OF ORDER.
14      THE COURT:  -- CREATED BY YOU WAS THE SOUTH PART OF THE
15  SOUTH BREACH --
16      THE WITNESS:  RIGHT.
17      THE COURT:  -- WHICH WAS THE AREA THAT DOCTOR -- THAT
18  MR. MARTIN --
19      MR. WILSON:  DR. MARINO --
20      THE COURT:  WELL, NO, THAT MR. MARTIN HAD TESTIFIED
21  ABOUT.
22      MR. WILSON:  SORRY.
23          EXAMINATION
24  BY MR. WILSON:
25  Q.  201 IS WHAT I BELIEVE THE DOCTOR WANTED TO SEE.  COULD I SEE

```
                                                                      1267
1   SLIDE 201.
2   A.  OKAY.  THIS IS THE LARGE BOW AREA.  THIS IS OUR MODELING OF
3   THE LARGE BOW AREA.  AND IT SHOWS, YOU KNOW, THAT THIS IS THE
4   SURFACE WE FOUND FOR THE SLIPPING TO OCCUR.
5       IF WE HAD, YOU KNOW, A SURGE UP TO -- AT THE TIME OF THE
6   FAILURE THAT WE THOUGHT WOULD BE, YOU KNOW, AROUND 11'8" IN TERMS
7   OF THE ELEVATION OF THE WATER, AND THIS SLOPE, THIS GREEN PART,
8   WOULD BE THE AREA THAT WOULD BE DISPLACED IF THERE WAS TOO MUCH
9   PRESSURE FROM THE WATER.
10      THE COURT:  AND THE ACTUAL AREA THAT WAS DISPLACED WAS?
11      THE WITNESS:  WELL, ACTUALLY, THERE IS -- THIS PART IS
12  ERODED, COMPLETELY ERODED, WASHED OUT.  AND THIS SHEET PILE
13  NOW IS SITTING WAY OVER HERE.  SO IN TERMS OF THE DISPLACED EARTH
14  IN THIS AREA, ONE WOULDN'T KNOW WHAT THAT WOULD BE BECAUSE IT'S
15  ALL WASHED OUT.
16      THE COURT:  OKAY.
17          EXAMINATION
18  BY MR. WILSON:
19  Q.  IF WE COULD GO TO 211, PLEASE.  YOU KNOW, BOB, COULD YOU GO
20  TO 210 FIRST.  OKAY.
21  DOCTOR, WHAT IS THIS?
22  A.  THIS IS JUST GIVING YOU AN ILLUSTRATION SHOWING THE
23  CONFIGURATION OF THE -- AND THAT THE COURT HAS SEEN PROBABLY MANY
24  TIMES, OF THE CONFIGURATION OF THE FAILURE, AND JUST GIVING SOME
25  DIMENSIONS TO IT, IT BEING 180 FEET DISPLACED THIS WAY.
```

```
                                                                      1268
1   Q.  WHEN YOU'RE TALKING ABOUT -- YOU SAID 180 FEET DISPLACED
2   THIS WAY, I SEE 195 --
3   A.  I'M SORRY, 195.
4   Q.  -- ON 210.  YOU'RE REFERRING TO THE WALL ACTUALLY BEING
5   MOVED OUT 195 FEET --
6   A.  THAT'S CORRECT.
7   Q.  -- THE SHEET PILE BEING RIPPED OUT OF THE WALL 195 FEET?
8   A.  WELL, YES.  I MEAN --
9   Q.  OUT OF THE GROUND.  I SAID OUT OF THE WALL, BUT I MEANT OUT
10  OF THE GROUND.
11  A.  THAT'S CORRECT.  AND THEN THIS OTHER SECTION, THE MORE
12  UNIFORMED DISPLACED.
13  Q.  THAT'S LIKE A SECOND AREA OF THE SOUTH BREACH?
14  A.  YES.
15  Q.  AND IS THERE A THIRD AREA?
16  A.  WELL, THERE IS TWO -- THREE FAILURES.  THERE IS THIS
17  FAILURE, AND WE HAVE THIS FAILURE, AND THEN WE HAVE THE FAILURE
18  WHERE THE WALL HAS BEEN SHEARED OFF AT THE SOUTH END.
19  Q.  AND COULD WE GO TO SLIDE 211, PLEASE.
20      WHAT'S THE RELEVANCE TO YOU, DOCTOR, OF THIS PHOTOGRAPH,
21  SLIDE 211?
22  A.  AGAIN, IT SHOWS THAT WHAT WE HAVE TWO DIFFERENT FAILURES.
23  YOU SEE THIS VERTICAL FACE HERE, THAT WAS PROBABLY AN
24  INTERMITTENT LOCATION OF WHERE THIS SHEET PILE WAS STILL IN THE
25  GROUND.
```

```
                                                                      1269
1   IF YOU NOTICE, THIS AREA IS -- THE AREA'S CLOSE -- THIS AREA
2   HERE IS THE CLOSEST TO THE ORIGINAL ALIGNMENT AND PROBABLY WAS
3   THE LAST SECTION TO GO, TO BE PULLED OUT OF THE GROUND.
4       THE COURT:  IF WE'RE -- NORTH WOULD, OF COURSE, BE TO
5   THE LEFT OF THE PHOTOGRAPH?
6       THE WITNESS:  THAT'S CORRECT.
7       MR. WILSON:  THANK YOU, YOUR HONOR.  THAT'S SLIDE 211.
8       THE COURT:  DOES THIS PHOTOGRAPH SHOW WHERE -- NOT THE
9   INITIAL, BUT WHERE DR. BARTLETT'S OR MR. BARTLETT'S AREA WAS
10  CONCERNED, WHERE THE ACTUAL CONCRETE WAS ALLEGEDLY KNOCKED OFF BY
11  THE BARGE?  WHERE WOULD THAT BE ON HERE?
12      THE WITNESS:  IT WOULD BE -- IT'S ACTUALLY CUT OFF IN
13  THIS PHOTOGRAPH.
14      THE COURT:  IT WOULD NOT BE ON THAT PHOTO.
15      THE WITNESS:  YES.
16      THE COURT:  ALL RIGHT.  THANK YOU.
17      THE WITNESS:  UH-HUH (AFFIRMATIVE RESPONSE).
18          EXAMINATION
19  BY MR. WILSON:
20  Q.  LET'S GO TO 212, PLEASE.
21  A.  AND HERE IS THAT FAILURE SECTION YOU'RE TALKING ABOUT, THE
22  COURT IS TALKING ABOUT.  HERE, YOU CAN SEE IT'S SHEARED OFF.
23  Q.  AND THAT'S THE THIRD SECTION?
24  A.  YES.
25  Q.  THAT'S WHERE DR. BARTLETT WAS TALKING ABOUT THE REBAR BEING
```

```
                                                                      1270
1   BENT?  YES?
2   A.  YES.  AS MUCH AS -- YOU KNOW, AS MUCH AS I'VE READ ON THIS
3   CASE, I DON'T THINK ANYBODY IS DENYING THAT THAT WAS SHEARED OFF
4   BY THE BARGE.
5       THE COURT:  IS IT YOUR OPINION, AND FORGIVE ME FOR
6   JUMPING --
7       MR. WILSON:  PLEASE.
8       THE COURT:  -- BUT THAT THAT WAS THE LAST OF THE THREE
9   EVENTS?
10      THE WITNESS:  YES.
11      THE COURT:  WHEN I SAY "THAT," THE ACTUAL SHEARING OFF
12  OF THE WALL, OF THE CONCRETE CAP I'LL CALL IT --
13      THE WITNESS:  YES.
14      THE COURT:  -- BY THE BARGE?
15      THE WITNESS:  YES.
16      THE COURT:  THAT WOULD BE THE LAST EVENT OF THE THREE
17  YOU'RE SPEAKING OF?
18      THE WITNESS:  CORRECT.  AS THE BARGE IS GOING FROM -- IN
19  ESSENCE, THE BARGE IS GOING FROM NORTH TO SOUTH.
20          EXAMINATION
21  BY MR. WILSON:
22  Q.  OKAY.  CAN WE SEE THE NEXT SLIDE, PLEASE.
23      DOCTOR, WHAT'S THE RELEVANCE OF THIS PHOTOGRAPH TO YOU?
24  A.  AGAIN, IT'S JUST ANOTHER PHOTOGRAPH SHOWING THE SHEARED --
25  THE SHEARED-OFF TOP OF THE WALL.
```

## 1271

1  Q.  OKAY.  NEXT SLIDE, PLEASE.

2  A.  HERE IS AN ILLUSTRATION OF A DEPICTION OF HOW THE FAILURE

3  OCCURRED.  YOU CAN SEE, WE TALKED ABOUT THE SCOURING IN THE

4  FRONT, YOU CAN SEE IT HERE.  AGAIN, WE'LL SHOW AN ANIMATION THAT

5  SHOWS THE CORNER OF THE BARGE HITTING AND A BIG CHANNEL BEING

6  CREATED.

7  Q.  AND FOR THE RECORD, THIS IS SLIDE 214.  AND TO THE LEFT OF

8  THE GREEN BOWED LINE IS A BIG WHAT LOOKS LIKE HOLE IN THE GROUND

9  FILLED WITH WATER, CORRECT?

10  A.  YES.

11  Q.  AND HOW WAS THAT FORMED, DOCTOR?  RIGHT HERE (INDICATING).

12  A.  WITH WATER RAPIDLY RUSHING DOWN THIS CHANNEL TO THE OTHER

13  SIDE OF THE SHEET PILE CARRYING SOILS WITH IT.

14  Q.  AND WHAT, IN YOUR OPINION, DOCTOR, CAUSED THAT?

15  A.  WOULD BE THE RUSHING OF THE WATER CARRYING THE SOILS FROM

16  THIS SIDE DOWN AND OUT AND AROUND THE SHEET PILE TO THE

17  PROTECTION SIDE.

18  Q.  AND WHY DID THAT HAPPEN, IN YOUR OPINION, DOCTOR?  AND

19  PLEASE GIVE ALL YOUR OPINIONS WITH A REASONABLE DEGREE OF

20  ENGINEERING AND GEOTECHNICAL CERTAINTY.

21  A.  I'M NOT SURE.  I THOUGHT I ANSWERED THAT QUESTION.

22  Q.  DID THE BARGE HIT THE WALL IN THAT LOCATION IN YOUR OPINION,

23  DOCTOR?

24  A.  YES.

25  Q.  AND AS A RESULT OF THE BARGE HITTING THE WALL IN THAT

## 1272

1  LOCATION, DID THIS LARGE AREA FORM THAT'S DEPICTED IN THE

2  PHOTOGRAPH THAT SHOWS WATER TO LEFT OF THE GREEN LINE THAT'S

3  BOWED AND AT THE TOP?

4  A.  AS AN EFFECT OF THAT IMPACT, YES.

5  Q.  IS THAT BECAUSE THE LEVEE FLOODWALL WAS MOVED FORWARD

6  TOWARDS THE LAND SIDE?

7  A.  YES.

8  Q.  AND IT CREATED A GAP AND WATER RUSHED IN?

9  A.  YES.

10  Q.  AND THAT'S EVIDENCED ON THAT PHOTOGRAPH?

11  A.  YES.

12  Q.  AND YOU BELIEVE THAT'S THE AREA WHERE THE FIRST IMPACT

13  OCCURRED OF THE SOUTH BREACH --

14  A.  YES.

15  Q.  -- OF THE EASTERN FLOODWALL IN THE INDUSTRIAL CANAL?

16  A.  YES.

17  Q.  OKAY.  LET'S GO TO THE NEXT PHOTO, PLEASE.

18  A.  THIS IS AN ILLUSTRATION OF THE -- WITH THE BARGE IMPACT AND

19  THE WALL BEING TILTED BACK.  AND THIS IS LIKE -- YOU KNOW, LET ME

20  QUALIFY, THIS IS AN ILLUSTRATION.  THIS WALL COULD BE MORE

21  VERTICAL.

22      BUT WHAT WE HAVE IS WE HAVE A GAP CREATED.  AND YOU COULD

23  ALSO HAVE A VOID CREATED ON THE BACK SIDE DEPENDING ON THE IMPACT

24  AND LOCATION.  AND THAT CREATES A BIG CHANNEL FOR THAT WATER TO

25  RUSH DOWN AND MAKE ITS WAY AROUND TO START WASHING OUT THE BACK

## 1273

SIDE.  AND AS THAT OCCURS, THIS WALL STARTS MOVING IN THIS

DIRECTION BECAUSE IT HAS NO SUPPORT.

    AND HERE YOU CAN SEE WHERE I'M TALKING ABOUT, THE SCOURING

OR THE WASHOUT OCCURRING IN THE FRONT.

Q.  AND IS THAT WHAT WE WERE JUST TALKING ABOUT ON SLIDE 214,

DOCTOR, THAT I WAS ASKING YOU ABOUT?

A.  THAT'S CORRECT.

Q.  MOVING ON FROM SLIDE 215, CAN WE GO TO 216, PLEASE.

    OKAY.  DOCTOR, YOU PUT TOGETHER SOME WITNESS SUMMARY.  WOULD

YOU EXPLAIN TO THE COURT WHY THIS IS SIGNIFICANT?

A.  YES.  THIS IS -- YOU CAN FIND THIS INFORMATION IN MY TABLE

ON MY REPORT.

Q.  THAT WOULD BE 3.1?

A.  3.1.  THERE IS UP TO THREE SIGNIFICANT BOOMS, AND THEY ARE

ALL, YOU KNOW, PRIOR TO FLOODING.  AND THAT'S AN IMPORTANT POINT.

    THE REASON THAT'S AN IMPORTANT POINT IS THAT WE KNOW THAT

THE SOUTHERN END OF THE BREACH WAS CAUSED BY THE BARGE, AND THAT

WOULD OBVIOUSLY HAVE A SIGNIFICANT AUDIBLE SOUND.  AND SINCE

THERE WASN'T ANY VIOLENT RUSH OF WATER PRIOR TO THEN, ONE CAN

ONLY CONCLUDE THAT THE BARGE AT A MINIMUM CAUSED THE ENTIRE WALL

TO FAIL AND COME OUT OF THE GROUND.

    THERE WAS ALSO A -- ALSO OBSERVATIONS OR SOUNDS, WITNESSES

STATING THAT THEY HEARD GRINDING OR BANGING AGAINST THE WALL

PRIOR TO FAILURE, SEVERE SHAKING OF THE HOUSE APPARENTLY AFTER A

BOOM WHICH INDICATED IMPACT, AND ALSO PRIOR TO VIOLENT FLOODING.

## 1274

THE BARGE IN THE VICINITY OR IMPACTING THE WALL, THERE HAS

BEEN TESTIMONY THAT I'VE READ ABOUT THAT.  AND THAT THE TIME OF

DAY, WHICH I KIND OF -- I'VE READ A LOT OF WITNESS ACCOUNTS, AND

THERE ARE SO MANY VARYING TIMES; BUT, ONE OF THE MORE CONSTANT

THINGS IS THAT IT'S DARK TO TURNING DAYLIGHT AT THE TIME OF

FLOODING.

    AND I'VE ESTIMATED THAT THE TIME OF FAILURE WAS AT 6:30, AND

THE WAY I BASED THAT WAS ON A 911 CALL THAT WAS ABOUT

THREE-QUARTERS OF A MILE SOUTH OF THE FAILURE WHICH OCCURRED AT

6:53.  AND THE WOMAN WAS TALKING ABOUT HER ROOF CAVING IN, SO

THERE HAD BEEN SIGNIFICANT FLOODING ABOUT THREE-QUARTERS OF A

MILE AWAY FROM THE BREACH BY THAT TIME.

Q.  OKAY.  COULD YOU GO TO 209, PLEASE.

    OKAY.  IT'S YOUR OPINION, DOCTOR, AND CORRECT ME IF I AM

WRONG, THAT THERE WERE THREE SEPARATE AREAS OF FAILURE ON THE

SOUTH BREACH?

A.  THAT'S CORRECT.

Q.  A VERY LARGE BOW, THE WALL CAME OUT OF THE GROUND, THE SHEET

PILE CAME OUT OF THE GROUND AND CREATED A LARGE BOW.  THE WALL

ALSO THEN CAME OUT OF THE GROUND AT ANOTHER AREA RIGHT NEXT TO IT

AND WAS LIKE A STRAIGHT LINE.  AND THEN THE THIRD AREA WAS WHERE

THE BARGE CRUSHED THE TOP OF THE WALL, AND THAT WOULD BE THE

THIRD IMPACT.  IS THAT CORRECT?

A.  WELL --

Q.  OR CORRECT ME WHEN I'M WRONG.

1275

1   A. -- YEAH, I'D SAY THAT THIS BOWED AREA HERE WAS INITIATED BY
2 THE BARGE, BUT THEN THE WATER BASICALLY TOOK OVER AND RAPIDLY
3 ERODED, BECAUSE OF THIS LARGE CHANNEL CREATED, THE PROTECTION
4 SIDE OF THE LEVEE CAUSING THAT WALL TO MOVE INTO THE
5 LOWER NINTH WARD IN SOMEWHAT OF A VERTICAL POSITION. IT MIGHT
6 HAVE BEEN LEANING SOME.
7     SO IT WASN'T -- IT WASN'T DOWN, IT WASN'T COMPLETELY DOWN.
8 IT MAY HAVE BEEN LEANING, BUT IT WASN'T COMPLETELY DOWN.
9   Q. OKAY. WHAT HAPPENED NEXT?
10   A. AND THEN WE HAVE ANOTHER BREACH AREA OR FAILURE AREA FROM
11 THE STRAIGHT PART OF THE BREACH, IN THE SOUTHERN AREA. EXCUSE
12 ME. AND THAT WOULD BE FROM A COLLISION WITH A BARGE BEING MORE
13 OF A BROAD SIDE POSITION.
14   Q. AND THAT'S SIDE OF THE BARGE COMING INTO THE WALL LIKE THAT
15 IS THE SECOND IMPACT?
16   A. YES.
17   Q. IS IT YOUR OPINION, DOCTOR, THAT THE FIRST IMPACT WAS WITH
18 THE CORNER OF THE BARGE?
19   A. YES.
20   Q. AND WHAT HAPPENED AFTER THE BARGE -- AFTER THE FIRST IMPACT
21 WITH THE FLOODWALL IN THE SOUTHERN PART OF THE EASTERN FLOODWALL
22 IN THE INDUSTRIAL CANAL? WHAT HAPPENED TO THE BARGE AFTER THAT?
23 IT HITS WITH THE CORNER, THEN WHAT HAPPENS?
24   A. AND THEN IT COMES AROUND AND BROADSIDES THE SOUTHERN PART OF
25 THE WALL.

1276

1   Q. OKAY. AND THEN WHAT HAPPENED?
2   A. THEN THE BARGE MOVES THROUGH THE SOUTHERN END, AND I THINK
3 WE'LL TALK ABOUT THIS A LITTLE BIT MORE, THE SOUTHERN END AND
4 EXITS THE CANAL. YEAH, EXITS THE CANAL.
5   Q. OKAY. IF WE COULD GO TO 217, PLEASE. SLIDE 217. I
6 APOLOGIZE, PLAINTIFF'S EXHIBIT 437.
7     OKAY. WHAT'S THIS ILLUSTRATION, DOCTOR?
8   A. THIS IS THAT FIRST PRIMARY COLLISION THAT WE'RE TALKING
9 ABOUT WHERE THE BOW OCCURRED. AND THEN THE SECOND COLLISION
10 WHERE WE HAD ESSENTIALLY A BROADSIDE IMPACT. AND THEN WE HAVE --
11 THE BARGE NOW HAS CREATED THIS WALL TO DEFLECT, SO IT'S NOW IN A
12 DEFLECTED POSITION, THE WALL. HERE IS THE ORIGINAL POSITION.
13 AND THEN THE BARGE IS MOVED SOUTHWARD AND EXITS THE CANAL.
14   Q. SO IF I LOOK AT THE FIRST, THE BARGE, IS IT THAT THE BARGE
15 HITS THE WALL ON THE LEFT CORNER AND THEN SWINGS AROUND LIKE THIS
16 AND SIDE IMPACTS THE WALL AND CONTINUES ON SOUTH; IS THAT IT?
17   A. THAT'S MY IMPRESSION IS THAT AFTER THE FIRST CORNER
18 IMPACT --
19   Q. RIGHT.
20   A. -- WE HAVE WIND AND WAVE FORCES THAT CAUSE THAT BARGE TO
21 ROTATE AROUND AND HIT AGAIN AGAINST THE WALL AT THIS LOCATION.
22 AND THEN FROM THAT POINT, THE BARGE MOVES SOUTHWARD THROUGH THE
23 FLOODWALL EXITING THE CANAL.
24     MR. WILSON: OKAY. AND BOB, IF YOU COULD PUT UP THAT
25 CLOSE-UP -- NOT THE CLOSE-UP BUT THE WHOLE PICTURE. AND DO I

1277

1 HAVE A NUMBER ON THAT? IT'S PLAINTIFF'S 397, PHOTO 4.20.
2     EXAMINATION
3 BY MR. WILSON:
4   Q. NOW, ON THE LEFT SIDE OF THAT PHOTOGRAPH TOWARDS THE MIDDLE,
5 IS THAT A STANDING PART OF THE I-WALL? LET ME START WITH, DOES
6 PHOTO 4.20 SHOW THE SOUTHERN BREACH OF THE EASTERN FLOODWALL OF
7 THE INDUSTRIAL CANAL?
8   A. YES.
9   Q. AND IS THE NORTHERN PART OF THE WALL MORE TOWARDS THE TOP OF
10 THE PHOTOGRAPH AND THE SOUTHERN PART OF THE WALL MORE TOWARDS THE
11 LEFT OF THE PHOTOGRAPH?
12   A. YES.
13     MR. WILSON: AND NOW, BOB, IF YOU COULD CLOSE-UP THIS
14 AREA RIGHT HERE FOR ME.
15     EXAMINATION
16 BY MR. WILSON:
17   Q. OKAY. THIS PART OF THE I-WALL REMAINED STANDING, CORRECT?
18   A. YES.
19   Q. AND THIS IS THE SPOILING; IS THAT THE WORD, SPOILING?
20   A. YES. I MEAN, THAT'S THE SPOILING OR THE --
21   Q. THE SHATTERING OF THE CONCRETE --
22   A. THAT'S CORRECT.
23   Q. -- FRACTURING OF THE CONCRETE?
24   A. YES.
25   Q. AND ALL OF THIS WATER HERE IS WHERE THE WALL WAS?

1278

1   A. SAY THAT AGAIN.
2   Q. WHERE WAS THE WALL? WAS IT ALONG HERE, OR WAS IT IN THE
3 FRONT RIGHT OVER HERE?
4   A. I MEAN, THE WALL WOULD EXTEND FROM THIS POINT TO HERE
5 (INDICATING).
6   Q. OKAY. AND THIS IS WHERE YOU BELIEVE THE THIRD IMPACT
7 OCCURRED BECAUSE YOU SEE ALL THE FRACTURED CONCRETE, CORRECT?
8   A. THAT'S CORRECT.
9   Q. OKAY. AND YOU BELIEVE THE INITIAL IMPACT HAPPENED RIGHT
10 SOMEWHERE NEAR THE TOP OF THIS CLOSE-UP, CORRECT? I'M GOING TO
11 WANT TO CAPTURE THIS ONE, ACTUALLY.
12     THE COURT: THE INITIAL IMPACT, YOU MEAN?
13     MR. WILSON: OF THE SOUTH BREACH.
14     EXAMINATION
15 BY MR. WILSON:
16   Q. FROM WHAT I UNDERSTAND, DOCTOR, THERE WERE THREE IMPACTS
17 WITH THAT WALL; IS THAT YOUR OPINION?
18     THE COURT: YEAH, I'VE GOT THAT. I'M JUST TRYING TO GET
19 THE DISTANCE HERE THAT'S A LITTLE DIFFICULT, BUT THAT'S OKAY.
20     EXAMINATION
21 BY MR. WILSON:
22   Q. SO THE FIRST IMPACT --
23     THE COURT: BECAUSE IT'S BLOWN UP.
24     EXAMINATION
25 BY MR. WILSON:

1279

1   Q.  -- THAT HAPPENED TOWARDS THE NORTH PART OF THE SOUTH BREACH,
2   CORRECT?
3   A.  THE FIRST IMPACT WAS THE NORTH PART OF THE SOUTH BREACH.
4   Q.  AND THEN THE SECOND IMPACT WAS MORE TOWARDS THE MIDDLE OF
5   THE FAILED WALL, RIGHT --
6   A.  YES.
7   Q.  -- IN BETWEEN THE NORTH AND THE SOUTH?
8       AND THEN THE THIRD IMPACT OCCURRED SOMEWHERE TOWARDS THE
9   SOUTH.  AND, ACTUALLY, CAN YOU TELL THE COURT WHY THIS WALL THAT
10  YOU STILL SEE STANDING IN THIS PHOTOGRAPH IS NOT STRAIGHT?
11  A.  WELL, THERE IS A CONSTRUCTION DETAIL HERE, BUT THERE -- YOU
12  CAN SEE THAT THERE IS SOME COILING OR A BENT WALL IN THIS -- IN
13  THIS AREA WHICH WOULD BE CAUSED BY THE BARGE COMING IN THIS
14  DIRECTION AND BENDING THE WALL SOMEWHAT.
15  Q.  IT ACTUALLY COILED THE WALL; IS THAT CORRECT?
16  A.  YES.
17  Q.  IT CAUSED THE CEMENT TO BEND, CORRECT?
18  A.  YES.
19  Q.  NOW, IF I COULD GO TO THE ELMO.
20      OKAY.  ALL RIGHT.  DOCTOR, IS THIS ALSO A PHOTOGRAPH OF THE
21  SOUTH BREACH?  AND FOR THE RECORD, IT'S EXHIBIT 397, PHOTO 4.22.
22  OKAY.  THIS SHOWS THE SOUTH BREACH, CORRECT?
23  A.  YES.
24  Q.  AND ALSO IN THIS PHOTOGRAPH, IN THE BOTTOM LEFT-HAND CORNER,
25  YOU SEE THAT THE WALL IS COILED RIGHT HERE, CORRECT?

1280

1   A.  WELL, PART OF THIS IS -- IS A CONSTRUCTION FEATURE; BUT,
2   TOWARDS THE END IT APPEARS TO BE BENT IN THIS DIRECTION, WHICH
3   INDICATES TO ME THAT THERE IS A COMPRESSION FORCE THAT OCCURRED
4   IN THIS DIRECTION THAT CAUSED IT TO BEND THAT WAY.
5   Q.  OKAY.
6       THE COURT:  NOW, ARE YOU SAYING THE BEND WOULD HAVE
7   OCCURRED FROM WHICH IMPACT OF THE THREE YOU'VE DISCUSSED?
8       THE WITNESS:  THE BARGE WOULD HAVE BEEN SITTING IN THIS
9   LOCATION PRIOR TO IT BEING MOTIVATED ACROSS THIS AREA WHERE IT'S
10  CRUSHED.
11      THE COURT:  SO IT'S MAINLY TO DEMONSTRATE THE POSITION
12  OF THE BARGE AT THE TIME OF -- PRIOR TO THE THIRD IMPACT?
13      THE WITNESS:  YES.  YOU KNOW, THE DRIVING FORCE, WHAT
14  DIRECTION IS THE DRIVING FORCE.
15      THE COURT:  ALL RIGHT.  I UNDERSTAND.  AND THAT, I
16  ASSUME YOU CONTEND, CONFIRMS YOUR BROADSIDE OF THE POSITION OF
17  THE BARGE FOR THE SECOND IMPACT?
18      THE WITNESS:  THAT'S VERY GOOD.  THAT'S EXACTLY ONE OF
19  THE -- ONE OF THE --
20      THE COURT:  ONE OF THE FACTORS.
21      THE WITNESS:  -- ONE OF THE FACTORS.
22              EXAMINATION
23  BY MR. WILSON:
24  Q.  COULD WE GO TO 218, PLEASE.
25      AND YOU ALSO DID MODELING OF THE -- WHAT WAS YOUR OPINION OF

1281

1   HOW THE FAILURE OCCURRED ON THE SOUTH PART OF THE EASTERN
2   FLOODWALL?
3   A.  YES.
4   Q.  AND IS THIS IT, DOCTOR?
5   A.  NO, THIS IS THE NORTHERN PART.
6   Q.  IS IT?
7   A.  YES.  NORTHERN PART OF THE --
8   Q.  THE NORTHERN PART OF THE SOUTH BREACH?
9   A.  YES.
10      THE COURT:  RIGHT, WHICH IS WHERE YOU WANT TO START
11  BECAUSE THAT'S WHERE HE SAYS IT STARTED.
12      THE WITNESS:  YOU CAN SEE THE WATER LEVEL IS ALREADY UP
13  TO WHERE IT'S SUPPOSED TO BE.  YOU CAN SEE THE BIG CHANNEL THAT'S
14  CREATED FROM THAT IMPACT.
15      MR. WILSON:  OKAY.  CONTINUE, PLEASE.
16      THE WITNESS:  NOW, WE'RE GOING TO LOOK AT IT LOOKING
17  DOWN.  YOU CAN SEE LOOKING DOWN VERTICALLY THAT -- THE CHANNEL
18  THAT'S CREATED.  I BELIEVE THIS IS A SIDE VIEW OF IT.
19      IS THIS THE THIRD WALL THAT WE'RE ON.  I THINK THIS IS THE
20  THIRD ONE.
21              EXAMINATION
22  BY MR. WILSON:
23  Q.  YEAH, I THINK SO.  IS THIS THE SIDE IMPACT; IS THAT WHAT
24  IT'S TRYING TO SHOW, DOCTOR?
25  A.  THIS IS -- BECAUSE THE -- THE -- WITH A BROADSIDE COLLISION,

1282

1   THAT YOU HAVE PRETTY MUCH A UNIFORM DISPLACEMENT PATTERN, OKAY.
2   WE MODELED -- OR WHAT WE'RE SHOWING HERE IS THE SLICE OF THE
3   GROUND.  AND YOU -- HERE, YOU CAN SEE THE WATER LEVEL GOING UP,
4   AND YOU CAN SEE THERE IS NOT MUCH OF A GAP THAT'S FORMING.  AND
5   HERE IS THE BROADSIDE COLLISION.
6   Q.  WHEN YOU MEAN BROADSIDE, THE SIDE OF THE BARGE?
7   A.  THE SIDE OF THE BARGE.
8   Q.  THE SIDE OF THE BARGE?
9   A.  AND LARGE GAP THAT'S CREATED.
10  Q.  AND THAT WOULD CAUSE THE WALL TO -- THE SHEET PILE TO COME
11  OUT OF THE GROUND?
12  A.  EVENTUALLY.  BECAUSE NOW YOU'VE GOT A BIG CHANNEL THAT'S
13  CREATED, IMMEDIATE CHANNEL THAT'S CREATED WHERE THE RUSH OF WATER
14  CAN GO DOWN TO THE BOTTOM.
15  Q.  IF I COULD GO TO THE ELMO.
16      AND, DOCTOR, THEN THERE IS A THIRD IMPACT.  YOU ILLUSTRATED
17  AN ANIMATION THAT SHOWED YOUR OPINION AS TO HOW THE FIRST TWO
18  IMPACTS OCCURRED, BUT YOU DIDN'T DO THAT WITH THE THIRD; AM I
19  CORRECT?  YOU DIDN'T DO THAT --
20  A.  RIGHT.
21  Q.  -- ANIMATION FOR THE THIRD?
22  A.  RIGHT.
23  Q.  AND THIS IS THE AREA WHERE THE THIRD IMPACT OCCURRED.  AND
24  CAN YOU EXPLAIN TO THE COURT IN YOUR OPINION HOW THAT OCCURRED
25  USING THAT PHOTOGRAPH, AND THEN WHAT HAPPENED TO THE -- GO AHEAD.

**1283**

1   A. WITH THE BARGE IN THIS POSITION AND THIS WALL STILL

2   VERTICALLY UP BUT LEANING, AS THE BARGE IS MOTIVATED BY WIND AND

3   WAVES, IT SCRAPES ACROSS THE TOP OF THIS WALL AT THE JOINT. AND

4   IF YOU LOOK AT THE TOP OF THIS JOINT, YOU CAN, YOU'LL SEE THAT

5   THERE IS A LOT OF BROKEN OR FRAGMENTED CONCRETE INDICATING THAT

6   THE BOTTOM OF THE BARGE AT THE TIME WAS AT THIS LEVEL AND --

7   THIS -- AT THIS LEVEL OR ACTUALLY AT A HIGHER LEVEL BECAUSE THIS

8   IS THE FINAL, THE FINAL DISPLACED SHAPE.

9     AS THIS AREA IS BEING SCRAPED, THIS WALL IS TILTING DOWNWARD

10  AND DISPLACING DOWNWARD, AND THE BARGE WOULD BE THEN RISING UP IN

11  THIS DIRECTION AND BREAKING OFF THIS TOP WALL PIECE RIGHT HERE.

12  Q. AND IS THIS WE WERE LOOKING AT, THE COILED AREA, WOULD THIS

13  BE THE COILED AREA?

14  A. YEAH. YOU CAN'T REALLY SEE ANYTHING IN THIS PHOTOGRAPH.

15  Q. IN THIS PHOTO. BUT IT'S THE ONE THAT STILL REMAINS RIGHT

16  HERE (INDICATING), CORRECT?

17  A. YES.

18  Q. ALL RIGHT. DOCTOR, THE REBAR. AND I'M GOING TO GO NOW TO

19  EXHIBIT 397, EXHIBIT 4.438 -- I'M SORRY, 4.48 -- NO, I'M SORRY,

20  4.38 IS WHAT IT WOULD BE.

21    OKAY. AND THAT'S A GOOD PICTURE OF THE WALL FAILURE AT THE

22  SOUTH BREACH, CORRECT?

23  A. YES.

24  Q. OKAY. AND THE SHEET PILE THAT I'M POINTING TO THAT'S RIGHT

25  AFTER THE CEMENT THAT'S DEPICTED IN THIS PHOTOGRAPH, THAT'S A

**1284**

1   PRETTY UNIFORM, STRAIGHT FAILURE. THAT'S NOT THE BOWED-OUT AREA;

2   AM I CORRECT WITH THAT?

3   A. YES, THAT'S THE UNIFORM AREA OF FAILURE DISPLACEMENT.

4   Q. THAT'S RIGHT HERE.

5     OKAY. AND WHAT DOES THIS REBAR TELL YOU, IF ANYTHING,

6   DOCTOR?

7   A. IT TELLS YOU THAT -- BASICALLY THAT THE BARGE WAS ON TOP OF

8   THIS RIDING, BASICALLY, THE TOP OF THIS SURFACE, THIS

9   CONSTRUCTION JOINT SURFACE. AND IT HAD A LOT OF FORCE ON IT

10  BECAUSE YOU CAN SEE THAT IT'S BROKEN UP BELOW THE SHEET -- BELOW

11  THE REBAR.

12  Q. OKAY. ALL RIGHT. IS THERE ANYTHING ELSE YOU WANTED TO SAY

13  ABOUT THIS PHOTO, DOCTOR?

14  A. IT'S NOT A GOOD PHOTO TO SEE IT, BUT YOU CAN SEE HERE AT THE

15  TOP OF THE WALL, IF THE COURT CAN SEE THAT, THERE IS ACTUALLY

16  EXPOSED REBAR, AND WHAT THAT SHOWS IS THERE IS NO WAY THAT ISN'T

17  FROM THE BARGE, THAT YOU WOULD HAVE SCRAPED OFF CONCRETE, EXPOSED

18  REBAR. WATER WOULDN'T CAUSE THAT. THE ONLY WAY THAT COULD

19  HAPPEN IS BY THE BARGE SCRAPING IT.

20    AND FOR THAT TO HAPPEN, THAT WALL CAN'T BE IN THIS POSITION.

21  IT WOULD NOT HAPPEN IF IT WAS IN THAT POSITION. IT HAD TO BE

22  UPWARDS, POSSIBLY LEANING AT THE TIME THE BARGE MADE ITS

23  SOUTHERLY MOVEMENT.

24  Q. I'M SORRY. LET ME SEE IF I CAN ZOOM ON THAT PHOTO.

25  A. THERE IS ANOTHER PHOTO THAT I HAD IN MY SLIDES.

**1285**

1   THE COURT: IT'S 12:30. I WAS HOPING TO FINISH THIS

2   WITNESS ON DIRECT, BUT WE WON'T, SO WE WILL RESUME AT 1:30.

3     MR. WILSON: THANK YOU, YOUR HONOR.

4     THE DEPUTY CLERK: ALL RISE.

5     (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE COURT

6   WAS IN LUNCHEON RECESS.)

             \* \* \*

**1286**

REPORTER'S CERTIFICATE

I, CATHY PEPPER, CERTIFIED REALTIME REPORTER, REGISTERED
MERIT REPORTER, REGISTERED PROFESSIONAL REPORTER, CERTIFIED COURT
REPORTER OF THE STATE OF LOUISIANA, OFFICIAL COURT REPORTER FOR
THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA,
DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT
TRANSCRIPT, TO THE BEST OF MY ABILITY AND UNDERSTANDING, FROM THE
RECORD OF THE PROCEEDINGS IN THE ABOVE-ENTITLED AND NUMBERED
MATTER.


           S/CATHY PEPPER
           CATHY PEPPER, CRR, RMR, CCR
           OFFICIAL COURT REPORTER
           UNITED STATES DISTRICT COURT