1643

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
      ******************************************************
 4
      IN RE:  KATRINA CANAL
 5    BREACHES CONSOLIDATED
      LITIGATION
 6
                         CIVIL ACTION NO. 05-4182
 7                       SECTION "K" (2)
                         NEW ORLEANS, LOUISIANA
 8                       THURSDAY, JULY 1, 2010, 9:00 A.M.
 9    PERTAINS TO BARGE
10
      MUMFORD   C.A. NO. 05-5724
11    AS TO CLAIMS OF PLAINTIFFS
      JOSEPHINE RICHARDSON AND
12    HOLIDAY JEWELERS, INC.,
      ONLY
13
14    BENOIT   C.A. NO. 06-7516
      AS TO CLAIMS OF PLAINTIFFS
15    JOHN ALFORD AND JERRY
      ALFORD ONLY
16
17    ******************************************************
18
                      DAY 8, MORNING SESSION
19           TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
          HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
20                 UNITED STATES DISTRICT JUDGE
21
22    APPEARANCES:
23
      FOR THE PLAINTIFFS:   BEST KOEPPEL TRAYLOR
24                          BY:  LAURENCE E. BEST, ESQUIRE
                            2030 ST. CHARLES AVENUE
25                          NEW ORLEANS LA  70130
```

### 1644

APPEARANCES CONTINUED:

    LAW OFFICES OF BRIAN A. GILBERT
    BY:  BRIAN A. GILBERT, ESQUIRE
    2030 ST. CHARLES AVENUE
    NEW ORLEANS LA  70130

    KHORRAMI POLLARD ABIR
    BY:  SHAWN KHORRAMI, ESQUIRE
    44 FLOWER STREET, 33RD FLOOR
    LOS ANGELES CA  90071

    WILSON GROCHOW DRUKER & NOLET
    BY:  LAWRENCE A. WILSON, ESQUIRE
    223 BROADWAY, 5TH FLOOR
    NEW YORK NY  10279

    WIEDEMANN & WIEDEMANN
    BY:  LAWRENCE D. WIEDEMANN, ESQUIRE
       KARL WIEDEMANN, ESQUIRE
    821 BARONNE STREET
    NEW ORLEANS LA  70113

    PATRICK J. SANDERS
    ATTORNEY AT LAW
    3316 RIDGELAKE DRIVE
    SUITE 100
    METAIRIE LA  70002

    LAW OFFICE OF RICHARD T. SEYMOUR
    BY:  RICHARD T. SEYMOUR, ESQUIRE
    1150 CONNECTICUT AVENUE N.W.
    SUITE 900
    WASHINGTON DC  20036

FOR THE DEFENDANT:   CHAFFE MCCALL
    BY:  DEREK A. WALKER, ESQUIRE
    2300 ENERGY CENTRE
    1100 POYDRAS STREET
    NEW ORLEANS LA  70163

### 1645

APPEARANCES CONTINUED:

    GOODWIN PROCTER
    BY:  JOHN D. ALDOCK, ESQUIRE
       MARK S. RAFFMAN, ESQUIRE
       ADAM M. CHUD, ESQUIRE
       KIRSTEN V. K. ROBBINS, ESQUIRE
       ERIC I. GOLDBERG, ESQUIRE
    901 NEW YORK AVENUE N. W.
    WASHINGTON DC  20001

    SUTTERFIELD & WEBB
    BY:  DANIEL A. WEBB, ESQUIRE
    650 POYDRAS STREET, SUITE 2715
    NEW ORLEANS LA  70130

    LAFARGE NORTH AMERICA, INC.
    BY:  PETER KEELEY, ESQUIRE
    12950 WORLDGATE DRIVE
    HERNDON VA  20170

OFFICIAL COURT REPORTER:   CATHY PEPPER, CCR, RMR, CRR
    500 POYDRAS STREET, ROOM B406
    NEW ORLEANS, LOUISIANA 70130
    (504) 589-7779

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY. TRANSCRIPT
PRODUCED BY COMPUTER.

### 1646

I N D E X

EXAMINATIONS                              PAGE

MELVIN SPINKS, P.E.....................................1647
CROSS-EXAMINATION BY MR. CHUD (CONTINUED)..............1647
REDIRECT EXAMINATION BY MR. SEYMOUR....................1686
LESLIE R. LEMON........................................1709
VOIR DIRE EXAMINATION BY MR. RAFFMAN:..................1709
DIRECT EXAMINATION  BY MR. RAFFMAN.....................1718

E X H I B I T S

DESCRIPTION                               PAGE

EXHIBIT 449 WAS ADMITTED INTO EVIDENCE.................1692
EXHIBIT 450 WAS ADMITTED INTO EVIDENCE.................1697

### 1647

P-R-O-C-E-E-D-I-N-G-S

THURSDAY, JULY 1, 2010

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

    THE DEPUTY CLERK:  ALL RISE.  COURT IS IN SESSION.
PLEASE BE SEATED.

    THE COURT:  GOOD MORNING.

    VOICES:  GOOD MORNING, YOUR HONOR.

    MR. CHUD:  GOOD MORNING, MR. SPINKS.

    THE WITNESS:  GOOD MORNING, MR. CHUD.

    CROSS-EXAMINATION (CONTINUED)

BY MR. CHUD:

Q.  I JUST WANT TO START BY BRIEFLY ASKING YOU ABOUT THE
ANIMATION WE SAW YESTERDAY.  THAT ANIMATION WAS THE VISUALIZATION
OF THE FLOODING IN THE AREA ASSUMING THE BREACH TIME THAT YOU
USED IN YOUR MODEL, THE BREACH FORMATION PERIODS FROM YOUR MODEL,
AND THE MANNING COEFFICIENT FOR YOUR MODEL, CORRECT?

A.  YES, SIR.

Q.  SO IF ANY OF THOSE INPUTS ARE, FOR SOME REASON, DEEMED TO BE
INACCURATE, THAT ANIMATION WOULDN'T DEPICT THE FLOODING IN THE
REGION USING ANY OTHER TYPES OF ASSUMPTIONS, WOULD IT?

A.  IT JUST DEPENDS WHAT YOU'RE CONSIDERING TO BE INACCURATE.
SO I WOULDN'T NECESSARILY JUST MAKE THAT GENERAL STATEMENT.  YOU

**1708**

1   YOUR HONOR IS NOT GOING TO HAVE ANY TROUBLE WITH IT.  IT'S JUST

2   OUR SENSE OF WHAT REALLY WOULD BE MORE LOGICAL.

3   THE COURT:  THAT'S FINE.  I UNDERSTAND.  THANK YOU VERY

4   MUCH, MR. ALDOCK.

5   MR. GILBERT:  MAY WE MAKE ONE MOTION, YOUR HONOR?  THIS

6   HAS NOTHING TO DO WITH ANYTHING THAT HAS TO DO WITH THE EVIDENCE

7   PUT ON IN THE CASE, BUT I'M HEARING A LOT OF CONCERNS FROM MY

8   CO-COUNSEL, AND I DON'T KNOW IF OPPOSING COUNSEL RECOGNIZES

9   WHAT'S ABOUT TO HAPPEN IN THE CITY AND WHAT'S ABOUT TO HAPPEN IN

10  THE AIRPORT, TAXICABS, HOTELS, BECAUSE WE HAVE A TEACHERS'

11  CONVENTION IN TOWN AND THE ESSENCE FEST IS JUST GEARING UP, AND A

12  LOT OF THESE PEOPLE HAVE GOT FLIGHTS THAT THEY HAVE TO GET TO

13  TOMORROW, AND I'M WONDERING IF YOUR HONOR WOULD CONSIDER AN EARLY

14  ADJOURNMENT.  I DON'T THINK THAT THEY APPRECIATE THE PROBLEMS

15  THAT THEY ARE GOING TO HAVE LEAVING THE CITY TO GET TO THEIR

16  FLIGHTS.

17  THE COURT:  ARE YOU DOING THIS ON BEHALF OF YOUR --

18  MR. GILBERT:  I'M NOT LEAVING.  I'M UPTOWN.  I'M NOT

19  GOING ANYWHERE.

20  MR. ALDOCK:  YOUR HONOR, I'M IN TRIAL.  I'M NOT LEAVING.

21  AND WE ARE READY TO PUT ON OUR CASE, AND WE APPRECIATE THEIR

22  DESIRE TO GIVE US MORE TIME.  IF WE CHOOSE ON FRIDAY, BECAUSE WE

23  HAVE TROUBLE, WE WOULD THEN BE HAPPY TO GO TO YOUR HONOR AND ASK

24  FOR TIME.  WE HAVE AGREED, BECAUSE MR. KHORRAMI IS LEAVING TOWN

25  ON FRIDAY, LUCKY HIM, THAT IF HIS WITNESS IS ON, WE WILL NOT

**1709**

1   REQUIRE HIM TO DO THE CROSS.  BUT SHORT OF THAT, WE'RE HERE FOR

2   THE DURATION TO PUT ON A CASE.

3   THE COURT:  OKAY.  WE WILL CROSS THAT BRIDGE WHEN WE

4   COME TO IT.

5   MR. GILBERT:  THANK YOU.

6   MR. RAFFMAN:  YOUR HONOR, THE DEFENSE CALLS

7   LESLIE R. LEMON.

8   THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT

9   HAND.  DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY WHICH YOU ARE

10  ABOUT TO GIVE WILL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT

11  THE TRUTH, SO HELP YOU GOD?

12  THE WITNESS:  I DO.

13  LESLIE R. LEMON

14  WAS CALLED AS A WITNESS AND, AFTER BEING FIRST DULY SWORN BY THE

15  CLERK, WAS EXAMINED AND TESTIFIED ON HIS OATH AS FOLLOWS:

16  THE DEPUTY CLERK:  PLEASE BE SEATED.  STATE YOUR NAME

17  AND SPELL IT FOR THE RECORD, SIR.

18  THE WITNESS:  LESLIE R. LEMON, L-E-S-L-I-E, L-E-M-O-N.

19  THE COURT:  YOU CAN PROCEED.  I'M JUST LOOKING FOR

20  SOMETHING HERE.  I KNOW I'LL FIND IT.

21  VOIR DIRE EXAMINATION

22  BY MR. RAFFMAN:

23  Q.  MR. LEMON, YOU'VE GIVEN YOUR NAME FOR THE RECORD.  WOULD YOU

24  TELL THE COURT WHERE YOU LIVE, WHERE YOU'RE FROM?

25  A.  I LIVE IN INDEPENDENCE, MISSOURI, 16416 COGAN DRIVE,

**1710**

1   INDEPENDENCE, MISSOURI, 64055.

2   Q.  AND YOU DO SOME WORK SOME OF THE TIME IN NORMAN, OKLAHOMA?

3   A.  I SPEND THE OTHER HALF OF MY TIME IN NORMAN, OKLAHOMA, YES.

4   Q.  WHAT IS YOUR OCCUPATION?

5   A.  I'M A METEOROLOGIST.

6   Q.  AND TELL THE COURT YOUR CURRENT EMPLOYMENT.

7   A.  I WORK FOR THE UNIVERSITY OF OKLAHOMA, FOR THE COOPERATIVE

8   INSTITUTE IN MESOSCALE METEOROLOGICAL STUDIES AS PART OF THE

9   UNIVERSITY.  I'M ASSIGNED TO THE WARNING DECISION TRAINING

10  BRANCH, WHICH IS A BRANCH OF NOAA NATIONAL WEATHER SERVICE,

11  WHICH, OF COURSE, IS UNDER THE DEPARTMENT OF COMMERCE.

12  Q.  AND JUST SO THE RECORD IS CLEAR, WHEN YOU SAY "NOAA," IT'S

13  N-O-A-A, WHICH STANDS FOR WHAT?

14  A.  NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION.

15  Q.  NOW, MR. LEMON, WHEN DID YOU FIRST BECOME INTERESTED IN

16  METEOROLOGY AND THE STUDY OF SEVERE STORMS?

17  A.  MAY 20TH, 1957, I WAS 10 YEARS OLD, AND I WAS UP CLOSE AND

18  PERSONAL WITH A LONG TRACK F5 TORNADO THAT KILLED 42 PEOPLE IN

19  THE IMMEDIATE VICINITY.

20  Q.  AND SO FROM THE TIME OF TEN UNTIL, LET'S SAY, YOU WERE IN

21  COLLEGE, HOW DID YOU PURSUE YOUR INTEREST IN METEOROLOGY?

22  A.  ACTUALLY, IT DEVELOPED A PASSION IN ME AND I JUST STARTED

23  STUDYING METEOROLOGY CONSTANTLY, IF YOU WILL.

24  BUT I PURSUED MY EDUCATION GOING THROUGH KANSAS CITY

25  JUNIOR COLLEGE, THEN I WENT ONE YEAR TO KANSAS UNIVERSITY, I WENT

**1711**

1   TWO YEARS TO OKLAHOMA UNIVERSITY, AND I REALLY WANTED TO GO TO

2   OKLAHOMA UNIVERSITY BECAUSE THE NATIONAL SEVERE STORMS LABORATORY

3   WAS ALSO THERE, AND I WANTED TO WORK THERE, IF I COULD.

4   Q.  AND TELL THE COURT WHAT DEGREE YOU RECEIVED FROM THE

5   UNIVERSITY OF OKLAHOMA AND WHEN.

6   A.  BACHELOR'S DEGREE IN METEOROLOGY IN 1970.

7   Q.  NOW, DURING THE TIME YOU WERE IN COLLEGE AND YOU WERE

8   WORKING AT THE SEVERE STORMS LABORATORY, DID YOU UNDERTAKE ANY

9   PUBLISHING IN THE FIELD OF METEOROLOGY THEN?

10  A.  YES, I DID.  I WAS ASSIGNED TO THE RADAR ROOM, WHICH REALLY

11  GOT MY CAREER STARTED.  AND I BEGAN WORKING IN THE RADAR ROOM AND

12  I, DURING THE DATA COLLECTION, SAW A STORM THAT I PARTICULARLY

13  WANTED TO INVESTIGATE, AND I STARTED DOING THAT.  AND THAT LED TO

14  SEVERAL PUBLICATIONS.

15  Q.  NOW, AFTER COLLEGE, YOU RECEIVED YOUR METEOROLOGY DEGREE.

16  WHAT DID YOU DO THEN IN TERMS OF EMPLOYMENT?

17  A.  WELL, FIRST OF ALL, I ENROLLED IMMEDIATELY IN GRADUATE

18  SCHOOL.  I WAS IN GRADUATE SCHOOL, BUT MY DRAFT BOARD AT THE TIME

19  SAID YOU'RE NOT GOING TO GRADUATE SCHOOL, YOU'RE GOING TO GO TO

20  VIETNAM UNLESS SOMETHING ELSE HAPPENS.  SO I HAD TO DO SOMETHING

21  ELSE, AND WHAT I DID WAS JOINED THE NOAA COMMISSIONED CORPS,

22  WHICH IS A UNIFORMED SERVICE, HAS UNIFORMS THAT THE NAVY HAD, BUT

23  IT'S NOT AN ARMED SERVICE.

24  Q.  AND SO YOU WERE ABLE TO PURSUE YOUR INTEREST IN METEOROLOGY

25  IN THE SERVICE OF OUR COUNTRY.

## 1712

1   A.  YES.  AS PART OF THE NOAA COMMISSIONED CORPS, I WAS AN
2   OFFICER IN THE NOAA CORPS.  I SERVED 16 MONTHS ABOARD SHIP, AND I
3   HAD MY GROUND-BASED ASSIGNMENTS AT THE NATIONAL SEVERE STORMS
4   LABORATORY.
5   Q.  AND AFTER THE 16 MONTHS, I THINK YOU SAID YOU THEN LEFT
6   MILITARY SERVICE AND WHAT DID YOU -- OR YOU LEFT THE SERVICE, I
7   SUPPOSE, AND AFTER YOU LEFT THE SERVICE, WHAT DID YOU DO NEXT?
8   A.  WELL, I WAS CONTINUING, AS PART OF THE NOAA CORPS, TO WORK
9   AT NSSL, NATIONAL SEVERE STORMS LABORATORY, AND WHEN I RESIGNED
10  FROM THE NOAA CORPS, I CONTINUED WORKING AT NSSL AS A RESEARCH
11  METEOROLOGIST.
12  Q.  NOW, OVER THE COURSE OF YOUR CAREER FROM THAT POINT FORWARD,
13  TELL THE COURT SOME OF THE WORK YOU'VE DONE IN THE FIELD OF
14  DEVELOPING DOPPLER RADAR TECHNOLOGY AND THE NEXRAD OR WSR-88D
15  SYSTEM THAT WE'VE HEARD SO MUCH ABOUT?
16  A.  WELL, AT NSSL, I STARTED USING WHAT WAS THEN THE
17  CONVENTIONAL RADAR, THE RADAR THAT WAS USED IN THE WEATHER
18  SERVICE.  AND WE BEGAN DEVELOPING OTHER ASPECTS OF THAT RADAR.
19  BUT WE ALSO ACQUIRED A SURPLUS FPS-18 RADAR, AND I WAS PART OF
20  THE DOPPLER RADAR DEVELOPMENT COMMITTEE.
21          TWO OF MY COLLEAGUES, METEOROLOGISTS, AND MYSELF, WHEN
22  WE WERE WORKING WITH THE ENGINEERING BRANCH OF NSSL, WE ACQUIRED
23  THAT RADAR AND DEVELOPED IT OR MODIFIED IT INTO THE FIRST S BAND
24  PULSE DOPPLER RADAR THAT EVER, EVER HAD BEEN FABRICATED.  THAT
25  IS, WAS, IF YOU WILL, THE PROTOTYPE THAT LED TO THE CURRENT

## 1713

1   WSR-88D.
2   Q.  SO IN CONNECTION WITH THE DEVELOPMENT OF THE WSR-88D RADAR,
3   HAVE YOU EVER WON ANY AWARDS OR BEEN RECOGNIZED?
4   A.  YES, BECAUSE, WELL, DURING THAT MODIFICATION OF THE RADAR,
5   WE BEGAN OBSERVING SEVERE CONVECTIVE STORMS AND SEEING THINGS
6   THAT PEOPLE, NOBODY HAD EVER SEEN BEFORE.  IT WAS -- IT WAS A
7   REAL EXCITING TIME.
8          ONE OF THE THINGS THAT WE, OF COURSE, IDENTIFIED WERE
9   CYCLONES ON DOPPLER RADAR, AND WE STUDIED THOSE IN DEPTH.  WE
10  ALSO DISCOVERED THE TORNADIC VORTEX SIGNATURE.  AND I RECEIVED AN
11  AWARD FOR THE TORNADIC VORTEX SIGNATURE.  I ALSO RECEIVED AS PART
12  OF THE NSSL STAFF A GOLD MEDAL.  THERE WERE SEVERAL OTHER.
13          PAPER OF THE YEAR AWARD WHEN WE -- WE WROTE A PAPER,
14  WHICH WAS ON DOPPLER RADAR OBSERVATIONS OF TORNADOES, AND
15  THAT'S -- WE RECEIVED AN AWARD FOR THAT PAPER AS WELL.
16  Q.  ALL RIGHT.  AND LET'S BREAK SOME OF THOSE OUT SO THE RECORD
17  IS CLEAR.  YOU, AS A DISCOVERER OF THE TORNADIC VORTEX
18  SIGNATURES, WHICH THE COURT HAS HEARD ABOUT, RECEIVED AN AWARD
19  FROM WHOM?
20  A.  FROM NOAA, NATIONAL, WELL, IN FACT, THE ENVIRONMENTAL
21  RESEARCH LABORATORIES.
22  Q.  AND IN WHAT YEAR DID YOU RECEIVE THAT AWARD?
23  A.  19 -- 1976, I BELIEVE.
24  Q.  OKAY.  AND IN CONNECTION WITH YOUR WORK ON THE DESIGN AND
25  THE DEVELOPMENT OF THE WSR-88D RADAR, DID YOU RECEIVE AN AWARD

## 1714

FROM THE AMERICAN METEOROLOGICAL SOCIETY?
A.  I DID.  THAT WAS BECAUSE I LEFT GOVERNMENT SERVICE AT THE
TIME, JOINED ONE OF THE CONTRACTORS, AND WE WON THE CONTRACT, AND
I DID A LOT OF THE DESIGN WORK AND DEVELOPMENT WORK IN THE RADAR
IN DIFFERENT ASPECTS OF THE RADAR, AND THE AMERICAN
METEOROLOGICAL SOCIETY GAVE ME THE AWARD FOR PIONEERING WORK IN
RADAR, AND DESIGN AND DEVELOPMENT OF THE DOPPLER WEATHER RADAR,
THE WSR-88D.
Q.  AND IN WHAT YEAR DID YOU RECEIVE THAT AWARD FROM THE
AMERICAN METEOROLOGICAL SOCIETY?
A.  1997.
Q.  ALL RIGHT.  NOW, LET ME -- OVER THE COURSE OF YOUR CAREER,
HOW MANY YEARS TOTAL, MR. LEMON, HAVE YOU DEVOTED TO THE RESEARCH
OF SEVERE STORMS AND RADAR?
A.  FORTY-TWO YEARS.
Q.  AND YOU'VE WORKED IN THE PRIVATE SECTOR AND YOU'VE ALSO
WORKED IN CONSULTATION WITH THE NATIONAL WEATHER SERVICE AND ITS
VARIOUS ORGANIZATIONS; IS THAT FAIR?
A.  THAT'S CORRECT.
Q.  THAT WILL SHORT CIRCUIT A LONG LINE OF QUESTIONS.  HAVE YOU
WORKED ON THE DEVELOPMENT COMMITTEE TO DESIGN UPDATES TO THE
WSR-88D RADAR?
A.  I WORK RIGHT NOW ON THE RADAR DATA QUALITY COMMITTEE, WHICH
IS -- INVOLVES PART OF THE RADAR OPERATION CENTER IN THEIR
APPLICATIONS BRANCH, AND I ALSO WORK ON THE DUAL POLARIZATION

## 1715

DATA QUALITY COMMITTEE BECAUSE WE'RE NOW ADDING DUAL POLARIZATION
TO THE RADAR.
Q.  I WOULD LIKE YOU TO BRIEFLY DESCRIBE FOR THE COURT YOUR
PUBLICATIONS CONCERNING RESEARCH YOU'VE DONE ON DOPPLER RADAR AND
METEOROLOGY.
A.  I HAVE ABOUT 86 PUBLICATIONS, 25 ARE FORMAL PUBLICATIONS,
PEER-REVIEWED.  MUCH OF MY WORK INVOLVES THE DEVELOPMENT OF THE
RADAR AND RADAR SIGNATURES THAT ARE USED IN THE OPERATIONAL
COMMUNITY TO WARN FOR SEVERE STORMS.  SO A LOT OF MY WORK IS
SPLIT BETWEEN THE STUDY OF SEVERE CONVECTIVE STORMS THEMSELVES
AND THEN THE APPLICATION OF RADAR, OPERATIONAL APPLICATION, TO
THAT STUDY.  IN ESSENCE, I WORK FROM TRANSLATING THE RESEARCH
INTO OPERATIONS.
Q.  AND IS THERE -- OF THE 86 PAPERS YOU'VE WRITTEN, 25
PEER-REVIEWED, ARE THERE ANY THAT STAND OUT AS THE SEMINAL WORKS
IN YOUR FIELD?
A.  WELL, ONE WAS ESPECIALLY, IT'S -- WE NOW REFER TO IT AS
"LEMON AND DOSWELL, 1979".  THAT PAPER PRESENTED THE MODEL OF THE
SUPERCELL THUNDERSTORM AND MESOCYCLONE.  THE MESOCYCLONE IS AN
INTEGRAL PART OF THE SUPERCELL STORM, AND WE LAID OUT THE LIFE
CYCLE AND WE TALKED A LOT ABOUT TORNADO GENESIS, AND WE
IDENTIFIED THE REAR FLANK DOWNDRAFT, WHICH HAD NEVER BEEN
OBSERVED BEFORE.  THAT TURNS OUT TO BE A CRITICAL FEATURE IN
TORNADO GENESIS, BUT AT ANY RATE, THAT MODEL THAT WE DEVELOPED IN
'79 REMAINS THE MODEL OF THE SUPERCELL TODAY.

## 1716

1 Q. AND YOU'VE ALSO PUBLISHED PAPERS RECOMMENDING THE USE OF
2 DOPPLER RADAR AS A WARNING TOOL?
3 A. IN 19 -- 1977, I WAS A LEAD AUTHOR OF TWO PAPERS IN WHICH WE
4 MADE RECOMMENDATION THAT THE DOPPLER RADAR BE A WARNING, BUILT
5 AND INSTALLED WITH THE WEATHER SERVICE AS A WARNING TOOL.
6 Q. THANK YOU, MR. LEMON.
7     I WOULD LIKE YOU TO BRIEFLY DESCRIBE YOUR TEACHING
8 EXPERIENCE AS IT RELATES TO THE USE OF RADAR IN METEOROLOGY.
9 A. AS A RESEARCHER IN SEVERE STORMS, I BEGAN DEVELOPING A
10 SEMINAR BECAUSE I HAD TO GIVE SEMINARS TO THE OPERATIONAL, WELL,
11 ACTUALLY, THE RADAR CLASSES THAT WERE AT THE NATIONAL WEATHER
12 SERVICE TRAINING CENTER AT THAT TIME, SO IN 1975 I BEGAN
13 DEVELOPING A SEMINAR. AND I HAVE UPDATED THAT SEMINAR AND
14 MAINTAINED IT, AND I NOW GIVE THAT SEMINAR WORLDWIDE.
15 Q. AND WHEN YOU GIVE -- INCLUDED AMONG THOSE TO WHOM YOU GIVE
16 THAT SEMINAR ARE PEOPLE WITHIN THE WARNING DECISION TRAINING
17 BRANCH IN NORMAN, OKLAHOMA, OF THE NATIONAL WEATHER SERVICE; IS
18 THAT RIGHT?
19 A. SINCE I, YES, SINCE I WORK FOR THE WARNING DECISION TRAINING
20 BRANCH, THE FIRST THING THAT OUR BRANCH DOES IS WE TRAIN EVERY
21 OPERATIONAL METEOROLOGIST IN THE WEATHER SERVICE IN THE OPERATION
22 OF THE WSR-88D IN THE DETAILS, LIMITATIONS, CAPABILITIES OF THE
23 RADAR, AND WE TEACH THEM APPLICATION OF PRODUCTS AND TEACH THEM
24 THE SIGNATURES OF SEVERE WEATHER THAT THEY USE IN WARNING THE
25 PUBLIC FOR SEVERE STORMS.

## 1717

1 Q. AND AM I RIGHT, MR. LEMON, THAT EVERY METEOROLOGIST WHO
2 WORKS WITH THE NATIONAL WEATHER SERVICE, WHO HAS TRAINED WITH THE
3 NATIONAL WEATHER SERVICE, IS REQUIRED TO GO THROUGH THIS TRAINING
4 PROGRAM WITH THE WARNING DECISION TRAINING BRANCH?
5 A. YES, THAT'S CORRECT.
6 Q. AND THAT'S THE ORGANIZATION THAT YOU ARE NOW WORKING WITH IN
7 YOUR CAPACITY WITH THE NATIONAL SEVERE STORMS LABORATORY AT THE
8 UNIVERSITY OF OKLAHOMA?
9 A. YES, THAT'S TRUE. I ALSO GIVE TRAINING INTERNATIONALLY. I
10 TRAINED IN CHINA FOR THE LAST TEN YEARS. I TRAINED THEIR ADVANCE
11 COURSE IN DOPPLER RADAR AND SEVERE STORMS. I HAVE ALSO BEEN
12 DOING VERY RECENTLY TRAINING IN AUSTRALIA, AND I'VE DONE THAT IN
13 THE MIDDLE EAST AND IN EUROPE AS WELL.
14 Q. ALL RIGHT. NOW, LET'S -- JUST A COUPLE MORE QUESTIONS ABOUT
15 YOUR BACKGROUND. HOW MANY TIMES, MR. LEMON, IN YOUR ENTIRE
16 CAREER HAVE YOU BEEN RETAINED TO ASSIST LAWYERS IN CONNECTION
17 WITH LITIGATION?
18 A. THREE TIMES.
19 Q. AND YOU HAVE -- IN ADDITION TO THE WORK YOU DO WITH THE
20 NATIONAL SEVERE STORMS LABORATORY, YOU HAVE A CONSULTING BUSINESS
21 THAT YOU'VE SET UP, I GUESS, L.R. LEMON METEOROLOGICAL SERVICES,
22 INC.; IS THAT RIGHT?
23 A. YES. YES.
24 Q. WHAT PERCENTAGE OF THE INCOME OF YOUR CONSULTING BUSINESS,
25 WHICH IS OUTSIDE OF THE WORK YOU DO FOR THE UNIVERSITY OF

## 1718

OKLAHOMA AND THE NATIONAL WEATHER SERVICE, FOCUSING ONLY ON YOUR
CONSULTING BUSINESS, WHAT PERCENTAGE OF YOUR INCOME RELATES TO
WORK DONE FOR LAWYERS IN LITIGATION?
A. PRIMARILY WHAT I DO IS TEACH, AND THAT'S THE CONSULTING, SO
AS FAR AS THIS KIND OF WORK, MAYBE 1 PERCENT. I MEAN, IT'S A
VERY, VERY SMALL AMOUNT.
Q. AM I RIGHT, MR. LEMON, THAT THIS IS THE VERY FIRST TIME
YOU'VE EVER TESTIFIED IN A COURT OF LAW AS AN EXPERT WITNESS?
A. YES, IT IS.
    MR. RAFFMAN: YOUR HONOR, I TENDER THE WITNESS AS AN
EXPERT IN METEOROLOGY, AND PARTICULARLY IN THE DESIGN, USE,
INTERPRETATION AND ANALYSIS OF DOPPLER RADAR.
    THE COURT: ANY OBJECTION?
    MR. KHORRAMI: YOUR HONOR, WE'LL RESERVE OUR VOIR DIRE
FOR THE EXAMINATION. THANK YOU.
    THE COURT: HE IS ACCEPTED AS TENDERED.
    MR. RAFFMAN: THANK YOU, YOUR HONOR.
         DIRECT EXAMINATION
BY MR. RAFFMAN:
Q. MR. LEMON, HAVE YOU REVIEWED THE NEXRAD OR THE WSR-88D RADAR
DATA IN CONNECTION WITH HURRICANE KATRINA?
A. YES, I HAVE. I ORDERED THE BASE DATA FROM THE NATIONAL
CLIMATIC CENTER, NCDC. I ORDERED THE BASE DATA, AND I HAVE
THOROUGHLY INVESTIGATED IT FROM 7:00 P.M. ON THE EVENING OF THE
28TH THROUGH 8:54 A.M. ON THE MORNING OF THE 29TH OF AUGUST.

## 1719

Q. AND HAVE YOU DRAWN CONCLUSIONS REGARDING WHAT THE DATA SHOW
ABOUT CONDITIONS AT THE INNER HARBOR NAVIGATION CANAL IN
NEW ORLEANS, LOUISIANA, BETWEEN THE FLORIDA AVENUE BRIDGE AND THE
CLAIBORNE AVENUE BRIDGE?
A. YES, I HAVE.
Q. LET'S GO THROUGH SOME OF THE CONCLUSIONS YOU'VE DRAWN. WITH
THE COURT'S PERMISSION, WE'LL PUT THEM RIGHT HERE ON THE SCREEN
AND HAVE A LOOK.
    MR. LEMON, TELL THE COURT THE FIRST CONCLUSION THAT YOU
DREW.
A. THE WIND THROUGHOUT THE PERIOD, WHEN I EXAMINED THE RADAR
DATA, WAS CONSISTENTLY FROM THE NORTHEAST TOWARD THE SOUTHWEST,
THAT IS, A NORTHEASTERLY WIND THROUGHOUT THE PERIOD OF THE
INVESTIGATION. TOWARD THE LAST HOUR OR TWO, IT VEERED A LITTLE
MORE AROUND TO THE NORTH AND A LITTLE LESS FROM THE NORTHEAST.
Q. LET'S LOOK AT THE SECOND CONCLUSION. WHAT'S THE SECOND
CONCLUSION THAT YOU REACHED, MR. LEMON?
A. TO THE EXTENT THAT THE WINDS WERE ACTING ON THE BARGE, THEY
WERE IN A DIRECTION WEST, FROM THE -- FROM THE EAST SIDE TOWARD
THE WEST SIDE OF THE CANAL, INNER HARBOR NAVIGATIONAL CANAL.
Q. AND TO MAKE IT CLEAR FOR THE JUDGE AND FOR EVERYONE ELSE IN
THE COURTROOM, YOU'RE NOT GOING TO TESTIFY ABOUT HOW THE BARGE
MOVED IN THE CANAL. ALL YOU'RE TALKING ABOUT ARE THE WINDS;
RIGHT?
A. I'M TALKING ABOUT THE WINDS, YES.

1720

1  Q.  LET'S GO TO CONCLUSION NUMBER 3.  TELL THE COURT WHAT YOUR
2  THIRD CONCLUSION IS, AND THIS IS BROKEN UP INTO THREE PIECES, BUT
3  IT'S ALL TOGETHER.
4  A.  AGAIN, OVER THAT ENTIRE DATA, ANALYZING THAT ENTIRE DATA
5  SET, THERE WERE NO MESOCYCLONES THAT PASSED OVER THE INNER HARBOR
6  NAVIGATIONAL CANAL IN THE EARLY MORNING HOURS OF AUGUST 29TH OR
7  DURING ANY TIME DURING THAT DATA.
8      THE BARGE DID NOT EXPERIENCE MICROBURST WINDS OR WIND
9  GUSTS ASSOCIATED WITH MESOCYCLONES, AND MESOCYCLONES DID NOT
10 AFFECT THE BARGE.
11 Q.  LET'S GO TO YOUR FOURTH CONCLUSION, THEN, AND TELL THE COURT
12 WHAT YOUR FOURTH CONCLUSION.
13 A.  THERE WERE NO WINDS WITH MULTIDIRECTIONAL COMPONENTS AT THE
14 IHNC THAT MORNING.  MEASURED WINDS AND DATA WERE UNIFORM WITH NO
15 INDICATION OF MULTIDIRECTIONAL COMPONENTS WHATSOEVER.
16 Q.  ALL RIGHT.  THANK YOU, MR. LEMON.
17     LET'S GO TO YOUR FIFTH CONCLUSION AND THEN WE'LL BEGIN
18 TO UNPACK IT.  WHAT IS YOUR FIFTH CONCLUSION?
19 A.  I EXAMINED DR. MITCHELL'S REPORT, AND I NOTICED IN HIS
20 ANALYSIS AND INTERPRETATION THAT HE HAD MADE SERIOUS ERRORS AND
21 MADE UNSUBSTANTIATED CONCLUSIONS BASED ON THOSE ERRORS.
22 Q.  NOW, LET'S TAKE THAT SLIDE DOWN.
23     THE COURT HAS HEARD A LITTLE ABOUT WHAT RADAR IS AND
24 WE'RE NOT GOING TO GO THROUGH ALL OF IT, BUT IN ORDER TO SET YOUR
25 TESTIMONY UP, MR. LEMON, WE'RE GOING TO HAVE TO GO THROUGH A

1721

1  LITTLE BIT OF AN INTRODUCTION.  SO BRIEFLY, TELL THE COURT WHAT
2  IS RADAR AND HOW DOES IT HELP YOU UNDERSTAND WEATHER CONDITIONS.
3  A.  DOPPLER RADAR IS A REMOTE-SENSING TOOL.  IT USES COHERENT --
4  IT TRANSMITS COHERENT SIGNALS, MICROWAVE ENERGY; IN FACT, THEY
5  ARE SIMILAR TO A LASER BEAM, IF YOU WILL, OF COHERENT ENERGY.
6  IT'S FOCUSED BY A PARABOLIC ANTENNA.  IT WILL TRANSMIT THE BEAM.
7  THE BEAM IS ABOUT ONE ARC -- ONE DEGREE IN ARC LENGTH.  THE DEPTH
8  OF THE PULSES ARE 250 METERS.  AND THOSE PULSES ARE TRANSMITTED
9  BY THE TRANSMITTER, WHICH THEN SHUTS DOWN AND WAITS FOR THE
10 RETURN SIGNAL.  THE RECEIVER IS TURNED ON, AND IT WAITS AND
11 LISTENS FOR THE RETURN SIGNAL AS DOES THE SIGNAL PROCESSOR.
12     THE RETURN SIGNAL IS A VERY SMALL FRACTION OF THE POWER
13 TRANSMITTED AND THAT SIGNAL IS AMPLIFIED.  IT'S PROCESSED FURTHER
14 TO OBTAIN THE MEAN VELOCITY AND SPECTRUM WIDTH DATA, AS WELL AS
15 THE REFLECTIVITY, AND THAT DATA IS DISPLAYED.
16 Q.  YOU JUST MENTIONED THREE DIFFERENT TERMS WHICH WE'RE GOING
17 TO TALK A LITTLE ABOUT, BUT -- AND THOSE THREE TERMS ARE
18 REFLECTIVITY, THE MEAN VELOCITY OR RADIAL VELOCITY --
19 A.  YES.
20 Q.  -- AND SPECTRUM WIDTH.  THOSE ARE THREE TERMS YOU USED.
21 A.  YES.
22 Q.  WE'RE GOING TO KEEP THOSE TERMS IN MIND.  BEFORE WE DO THAT,
23 AM I RIGHT THAT WHAT'S HAPPENING WITH THE RADAR IS THAT AS THE
24 RADAR BEAM CIRCLES AND PROJECTS OUT, SIGNALS ARE RETURNED
25 REFLECTING OFF OF HYDROMETEORS, IS A TERM THAT MIGHT BE USED,

1722

1  RAIN, SNOW, WIND, AND THE RECEIVER PICKS THOSE UP, AND BASED ON
2  WHAT IT DETECTS, IT HELPS YOU DECIDE OR HELPS YOU INTERPRET
3  WHAT'S OUT THERE, RIGHT, IN THE ATMOSPHERE?
4  A.  IF YOU -- IF YOU BOIL OUR RADAR EQUATION DOWN, WHAT WE'RE
5  ACTUALLY OBSERVING IS THAT THE TARGET, THE REFLECTIVITY, IS A
6  SUMMATION OF THE NUMBER OF DROPLETS IN THE PULSE VOLUME TIMES
7  THEIR DIAMETER RAISED TO A SIXTH POWER.  SO THE REFLECTIVITY IS
8  THE POWER RETURNED, IT'S THE MAGNITUDE, IT MEASURES THE INTENSITY
9  AND DISTRIBUTION OF PRECIPITATION.
10 Q.  WHEN WE TALK ABOUT REFLECTIVITY, THIS IS, I GUESS, THE IMAGE
11 THAT YOU SEE ON THE TV A LOT, BUT WHAT YOU'RE TALKING ABOUT FOR
12 THE BENEFIT OF THE COURT IN SIMPLIFIED FORM IS WHAT?  WHAT'S IT
13 TELLING YOU IS OUT THERE?
14 A.  RAIN.
15 Q.  RAIN.  OKAY.  SO THAT'S THE FIRST ONE.  REFLECTIVITY.
16     THE SECOND ONE WE TALKED ABOUT IS VELOCITY.  MEAN
17 VELOCITY, RADIAL VELOCITY.  TELL THE COURT WHAT THAT IS AND WHAT
18 IT'S MEASURING.
19 A.  WELL, IN ADDITION TO RAISING -- OR MEASURING THE AMPLITUDE
20 OF THE SIGNAL RETURNED, WE ALSO MEASURE THE PHASE CHANGE.  IT'S A
21 FREQUENCY CHANGE, BUT WE REALLY CAN'T MEASURE THOSE VERY SMALL
22 FREQUENCY CHANGES, SO WE MEASURE THE PHASE CHANGE IN THE
23 BACKSCATTER POWER.
24     AND WE KNOW THE PHASE AND FREQUENCIES ARE VERY
25 CAREFULLY CONTROLLED, SO WE COMPARE THE TRANSMITTED TO THE

1723

1  RECEIVED POWER, AND IF THERE HAS BEEN A PHASE CHANGE, IT MEANS
2  THAT THE TARGET BACKSCATTERING THAT POWER WAS MOVING RELATIVE TO
3  THE RADAR, SO WE EXTRACT THAT MOTION IN -- AND FROM THE SIGNAL,
4  AND THAT MOTION IS THE MEAN RADIAL VELOCITY.  IT'S MEAN BECAUSE
5  IT'S THE AVERAGE, ESSENTIALLY THE MEAN OF THE MOTION OR THE
6  PARTICLES WITHIN THE PULSE VOLUME, AND IT'S RADIAL BECAUSE WE
7  ONLY MEASURE THE MOTION TOWARD THE RADAR OR AWAY FROM THE RADAR,
8  ALONG AND PARALLEL TO THE BEAM.
9  Q.  ALL RIGHT.  AND SO TO BRING THE COURT BACK TO DR. MITCHELL'S
10 TESTIMONY, WE'RE TALKING ABOUT THE RADIAL VELOCITY.  THIS IS THE
11 GREEN AND RED IMAGES SHOWING THE WIND DIRECTION EITHER TOWARD THE
12 BEAM OR AWAY FROM THE BEAM AND WHAT THE MAGNITUDE OF THOSE IS, IS
13 THAT FAIR, OR DESCRIBE IT IN YOUR OWN WORDS?
14 A.  IT MEASURES -- IT MEASURES IT TOWARD OR AWAY FROM THE RADAR,
15 AND IT'S A MEASURE OF THE MAGNITUDE, THE VELOCITY OF THAT, THOSE
16 PARTICLES, TOWARD OR AWAY FROM THE RADAR.
17 Q.  OKAY.  NOW, THE THIRD CONCEPT YOU MENTIONED IS SPECTRUM
18 WIDTH.  I WANT YOU TO DESCRIBE FOR THE COURT WHAT IS SPECTRUM
19 WIDTH AND HOW DOES IT HELP YOU ANALYZE ISSUES THAT ARE GERMANE
20 TO THE ANALYSIS IN THIS CASE?
21 A.  WE MEASURE THE POWER RETURNED.  THE BACKSCATTER POWER IS
22 ESSENTIALLY A NORMAL DISTRIBUTION, SO THE AMPLITUDE IS THE POWER
23 RETURN.  THE POSITION ON -- ACROSS THE SPECTRUM IS THE POSITION
24 OF THE MEAN RADIAL VELOCITY, AND THE WIDTH OF THAT NORMAL
25 DISTRIBUTION IS, THE SPECTRUM WIDTH, IS PROPORTIONAL TO SHEAR

21 (Pages 1720 to 1723)

## 1724

1  WIDTH IN THE BEAM AND TO TURBULENCE, PRIMARILY SHEAR WIDTH IN THE
2  BEAM.
3  Q.  ALL RIGHT.  IF YOU'VE GOT DROPLETS IN THE BEAM THAT ARE ALL
4  KIND OF MOVING IN THE SAME DIRECTION IN THE SAME WAY, YOU WOULD
5  EXPECT TO SEE A SPECTRUM WIDTH THAT IS, WHAT, HIGH OR LOW?
6  A.  VERY, VERY NARROW, IF IT'S ALL MOVING IN THE -- WITH
7  COHERENCY WITH THE SAME MOTION.  YOU WOULD EXPECT A SPECTRUM
8  WIDTH THAT WOULD BE VERY NARROW.  IF, IN FACT, THERE WERE
9  MULTIDIRECTIONAL WINDS, THE SPECTRUM WIDTH WOULD BE VERY BROAD.
10 Q.  AND WHEN YOU SAY THAT, THAT'S -- IS THAT BECAUSE THE
11 MULTIDIRECTIONAL WINDS IN THE BEAM WILL CAUSE THE DROPLETS TO
12 MOVE IN DIFFERENT DIRECTIONS WITHIN THE BEAM, IS THAT --
13 A.  THE DIFFERENCE IN THOSE MOTIONS WOULD BE -- WOULD BE BROAD,
14 AND IT WOULD TEND TO BROADEN THAT SPECTRUM.
15 Q.  SO IF YOU'RE LOOKING ON THE RADAR FOR EVIDENCE OF
16 MULTIDIRECTIONAL WINDS AND YOU'RE LOOKING AT SPECTRUM WIDTH,
17 YOU'RE LOOKING FOR A SPECTRUM WIDTH THAT IS HIGH OR LOW?
18 A.  VERY BROAD.  HIGH.
19 Q.  HIGH.  BROAD.
20     LET'S GO TO THE FIRST IMAGE IN OUR POWERPOINT
21 PRESENTATION.  WE HAVE PROVIDED THE COURT WITH A COPY OF THE
22 POWERPOINT PRESENTATION.  WE'VE GIVEN PLAINTIFF A COPY AS WELL.
23 FOR THE RECORD, WE'RE LOOKING AT DEFENDANT'S EXHIBIT 311, LEMON
24 REPORT FIGURE 1.
25     THE COURT:  RIGHT.

## 1725

1          EXAMINATION
2  BY MR. RAFFMAN:
3  Q.  MR. LEMON, TELL THE COURT WHAT WE'RE LOOKING AT HERE.
4  A.  THAT IS A SCHEMATIC OF A DOPPLER VELOCITY PRODUCT.  AND
5  WE'RE LOOKING AT -- THE COLORS REPRESENT WHETHER INBOUND OR
6  OUTBOUND.  THE VECTORS WERE ADDED AFTER THE FACT.
7  Q.  ALL RIGHT.  YOU CAN SEE THERE IS A SWIRL OF WHITE OR A SWIRL
8  OF GRAY.  TELL THE COURT WHAT THAT SWIRL OF WHITE AND GRAY
9  REPRESENTS.
10 A.  THE WHITE AND GRAY IS ABOUT ZERO DOPPLER VELOCITY, WHICH
11 MEANS THAT THE BEAM -- THE MEAN OF THE HYDROMETEOR MOTION IS
12 ESSENTIALLY ZERO.  THERE IS NO WIND.  IT MAY BE CALM, WHICH DOES
13 HAPPEN, BUT IT'S RARE.
14     THE OTHER THING THAT MIGHT BE OCCURRING IS THAT THE
15 WINDS ARE PERPENDICULAR TO THE BEAM.  BECAUSE WE DON'T, THE RADAR
16 DOES NOT MEASURE WINDS, IT MEASURES A COMPONENT OF THE WIND, AND
17 IT ONLY MEASURES THAT ALONG THE BEAM.  ANYTHING PERPENDICULAR TO
18 THE BEAM IS NOT MEASURED.
19 Q.  ALL RIGHT.  SO WHEN YOU SEE GREEN AND GREEN FIELDS IN A
20 VELOCITY IMAGE, WHAT DOES THE GREEN REPRESENT?
21 A.  IT'S DOPPLER VELOCITY TOWARD THE RADAR, INBOUND, THE RADAR
22 RELATIVE.
23     THE COURT:  JUST A BRIEF QUESTION.  IT MAY NOT RELATE TO
24 THIS VISUAL IMAGE I'M LOOKING AT, BUT WHAT IS THE -- IS THERE A
25 WAY TO DETERMINE THE COMPONENT OF THE AMOUNT OF NAUTICAL MILES OR

## 1726

1  MILES, OR HOWEVER YOU MEASURE IT, CAPTURED BY THAT, THIS IMAGE,
2  THE WIDTH?
3      THE WITNESS:  THE SPEED OR?
4      THE COURT:  NO, NO, NO, I'M TALKING ABOUT THE ACTUAL
5  SIZE OF THE IMAGE ITSELF.  ARE YOU LOOKING AT 10 MILES, 3 MILES,
6  2 MILES?
7      THE WITNESS:  OH, YES.  CERTAINLY.  BECAUSE WE TRANSMIT
8  PULSES OF ENERGY, WE ARE ABLE TO MEASURE DISTANCES.  IF WE -- THE
9  FIRST OBSERVATIONS OF DOPPLER RADAR WERE CONTINUOUS BEAM,
10 CONTINUOUS TRANSMISSION.  WE HAD TO HAVE TWO SEPARATE ANTENNAS.
11 WE COULD NOT DISCERN A RANGE THAT WAY.  BECAUSE WE PULSE THE
12 RADAR, WE KNOW THE SPEED OF LIGHT AND WE SHUT DOWN THE
13 TRANSMISSION AND WAIT LONG ENOUGH FOR THE ENERGY TO GO OUT AT THE
14 SPEED OF LIGHT TO THE MAXIMUM RANGE AND BACK.  SO IF IT
15 ENCOUNTERS TARGETS ALONG THE WAY, IT COMES BACK SOONER, AND WE
16 CAN TRANSLATE THAT TIME DIFFERENCE INTO DISTANCE.
17     AND SINCE THE ANTENNA IS ROTATING AND HAS BOTH AN
18 ELEVATION AND AN AZIMUTH, WE CAN DETERMINE PRECISELY WHERE THE
19 TARGET IS COMING FROM.
20     THE COURT:  ALL RIGHT.  THANK YOU, SIR.
21          EXAMINATION.
22 BY MR. RAFFMAN:
23 Q.  SO YOU JUST SAID GREEN IS INBOUND OR TOWARD THE RADAR, AND
24 IF YOU SEE THE COLOR SPECTRUM, WHAT DOES THAT REPRESENT?  WHAT
25 DOES A BRIGHT GREEN REPRESENT?

## 1727

1  A.  BRIGHT GREEN IS A HIGH VELOCITY INBOUND.  THE DARKER GREENS
2  ARE LOWER VELOCITIES.
3  Q.  JUST TO BE COMPLETE AND COMPREHENSIVE, WHAT DOES THE RED
4  COLORS ON THE RADIAL VELOCITY IMAGE REPRESENT?
5  A.  THE REDS ARE OUTBOUND.  THE COLOR CODES, THE BRIGHTNESS OF
6  THE REDS ARE SIMILAR TO THE BRIGHTNESS OF THE GREENS, AND THE
7  HIGHER THE OUTBOUND VELOCITY, THE BRIGHTER RED.
8  Q.  WHEN YOU SAY OUTBOUND, YOU'RE TALKING AWAY FROM THE RADAR.
9  A.  RADAR RELATIVE OUTBOUND, YES.
10 Q.  LET ME ASK, THEN, WE'RE GOING TO TALK -- I'M GOING TO ASK
11 YOU TO TALK A LITTLE ABOUT MESOCYCLONES AND MICROBURSTS, AGAIN,
12 NOT AN EXTENDED SYMPOSIUM BUT JUST SOME BRIEF INFORMATION TO GET
13 IT IN MIND.
14     MR. LEMON, WHAT IS A MESOCYCLONE?
15 A.  A MESOCYCLONE IS A WHIRL WITHIN THE STORM.  IT'S A ROTATING
16 WIND FIELD WITHIN THE STORM.  IT'S COMPOSED OF BOTH AN UPDRAFT
17 AND A REAR FLANK DOWNDRAFT.  AND IT -- WELL, THE DEFINITION OF A
18 SUPERCELL IS A STORM WITH A DEEP, PERSISTENT MESOCYCLONE.  IT
19 ADDS STABILITY AND LONGEVITY TO THE STORM.
20 Q.  HOW BIG OR HOW LONG WOULD YOU EXPECT A MESOCYCLONE TO BE?
21 A.  MESOCYCLONE, WE LOOK AT -- WELL, THE MESOCYCLONE HAS A
22 STRUCTURE OF A RANKIN COMBINED VORTEX.  AND BY RANKIN COMBINED
23 VORTEX, I MEAN A VORTEX THAT'S COMPOSED OF A CENTRAL CORE
24 CIRCULATION, LIKE A SOLID-BODY CORE CIRCULATION, AND THEN A
25 POTENTIAL VORTEX OUTSIDE THAT.  WE'RE TALKING ABOUT A HURRICANE

1728

1   IN THIS CASE.  AND THE STRUCTURE OF THE MESOCYCLONE IS SIMILAR TO
2   THE STRUCTURE OF THE HURRICANE EXCEPT IT'S FAR SMALLER.
3   Q.   RIGHT.  HOW MUCH -- HOW BIG?
4   A.   THE DIAMETER OF THE CORE CIRCULATION IN A HURRICANE IS 20 TO
5   60 MILES.  IN A MESOCYCLONE, IT'S TYPICALLY 1 TO 5 MILES.
6   Q.   ALL RIGHT.  AND WHEN YOU HAVE A MESOCYCLONE THAT FORMS
7   INSIDE OF A HURRICANE AND WITH THE HURRICANE WINDS MOVING THE WAY
8   THAT HURRICANES MOVE, DO YOU EXPECT THE MESOCYCLONE TO REMAIN IN
9   ANY GIVEN PLACE FOR A VERY LONG TIME?
10  A.   NO.  THEY MOVE -- THE MESOCYCLONES MOVE ESSENTIALLY WITH THE
11  STEERING WINDS IN THE FLOW THEY ARE EMBEDDED WITHIN, WITH A SMALL
12  DEPARTURE AT TIMES BECAUSE OF WHAT IS CALLED "PROPAGATION OF THE
13  UPDRAFT", BUT TYPICALLY, IT MOVES WITH THE HURRICANE WIND FIELD.
14  Q.   AND IN WHICH QUADRANT OF THE HURRICANE DO YOU NORMALLY SEE
15  MESOCYCLONES FORM?
16  A.   TYPICALLY, THEY ARE IN THE RIGHT FRONT QUADRANT OF THE OUTER
17  RAIN BANDS OF A LAND-FALLING HURRICANE.
18  Q.   SO IN THE CASE OF HURRICANE KATRINA, THE RIGHT FRONT
19  QUADRANT IS WHERE?
20  A.   TYPICALLY, IT'S GOING TO BE OVER THE GULF AND INTO
21  MISSISSIPPI.
22  Q.   ALL RIGHT.
23       THE COURT:  COUNSEL, CAN I STOP YOU AT THIS TIME.  I
24  HAVE A LUNCHEON ENGAGEMENT AT NOON, SO WE'LL RESUME AT
25  APPROXIMATELY 1 O'CLOCK.

1729

1        MR. RAFFMAN:  YES, YOUR HONOR, THAT WILL BE FINE.  THANK
2   YOU.
3        (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE COURT
4   WAS IN LUNCHEON RECESS.)
5                    *   *   *
6
7
8
9        REPORTER'S CERTIFICATE
10
11     I, CATHY PEPPER, CERTIFIED REALTIME REPORTER, REGISTERED
12  MERIT REPORTER, REGISTERED PROFESSIONAL REPORTER, CERTIFIED COURT
13  REPORTER OF THE STATE OF LOUISIANA, OFFICIAL COURT REPORTER FOR
14  THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA,
15  DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT
16  TRANSCRIPT, TO THE BEST OF MY ABILITY AND UNDERSTANDING, FROM THE
17  RECORD OF THE PROCEEDINGS IN THE ABOVE-ENTITLED AND NUMBERED
18  MATTER.
19
20
21        S/CATHY PEPPER
22        CATHY PEPPER, CRR, RMR, CCR
23        OFFICIAL COURT REPORTER
24        UNITED STATES DISTRICT COURT
25

1730

1           UNITED STATES DISTRICT COURT
2           EASTERN DISTRICT OF LOUISIANA
3
4
5    IN RE:  KATRINA DREDGING      *   Civil Action
     LIMITATION ACTION            *
6    CONSOLIDATED LITIGATION       *   No. 05-4182
                                  *
7                                 *   Section K(2)
     PERTAINS TO:                 *
8    BARGE                        *   New Orleans, Louisiana
                                  *
9    MUMFORD, C.A. NO. 05-5724, AS *   July 1, 2010
     TO PLAINTIFFS JOSEPHINE      *
10   RICHARDSON AND HOLLIDAY      *   Afternoon Session
     JEWELERS, INC., ONLY         *
11   AND                          *
     BENOIT, C.A. NO. 06-7516, AS *
12   TO PLAINTIFFS JOHN ALFORD AND *
     JERRY ALFORD ONLY            *
13   * * * * * * * * * * * * * * *
14                   DAY EIGHT
             BENCH TRIAL BEFORE THE
15      HONORABLE STANWOOD R. DUVAL, JR.
          UNITED STATES DISTRICT JUDGE
16
17   APPEARANCES:
18   For the Plaintiffs:      Best Koeppel
                              BY:  LAURENCE E. BEST, ESQ.
19                            BY:  PETER S. KOEPPEL, ESQ.
                              2030 St. Charles Avenue
20                            New Orleans, Louisiana 70130
21
22   For the Plaintiffs:      Law Offices of Brian A. Gilbert
                              BY:  BRIAN A. GILBERT, ESQ.
23                            2030 St. Charles Avenue
                              New Orleans, Louisiana  70130
24
25
        JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

## 1731

APPEARANCES:

For the Plaintiffs:     Wiedemann & Wiedemann
                        BY:  KARL WIEDEMANN, ESQ.
                        BY:  LAWRENCE WIEDEMANN, ESQ.
                        821 Baronne Street
                        New Orleans, Louisiana  70113

For the Plaintiffs:     Patrick J. Sanders, LLC
                        BY:  PATRICK J. SANDERS, ESQ.
                        3316 Ridgelake Drive
                        Suite 100
                        Metairie, Louisiana  70002

For the Plaintiffs:     Law Office of Richard T. Seymour,
                        P.L.L.C.
                        BY:  RICHARD T. SEYMOUR, ESQ.
                        1150 Connecticut Avenue N.W.
                        Suite 900
                        Washington, D.C.  20036-4129

For the Plaintiffs:     Khorrami, Pollard & Abir, LLP
                        BY:  SHAWN KHORRAMI, ESQ.
                        444 S. Flower Street
                        33rd Floor
                        Los Angeles, California  90071

For the Plaintiffs:     Wilson, Grochow, Druker & Nolet
                        BY:  LAWRENCE A. WILSON, ESQ.
                        233 Broadway
                        5th Floor
                        New York, New York  10279

For the Defendant:      Chaffe, McCall, L.L.P.
                        BY:  DEREK A. WALKER, ESQ.
                        BY:  CHARLES P. BLANCHARD, ESQ.
                        1100 Poydras Street, Suite 2300
                        New Orleans, Louisiana 70163

              JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA

## 1732

APPEARANCES:

For the Defendant:      Goodwin Procter, L.L.P.
                        BY:  JOHN ALDOCK, ESQ.
                        BY:  MARK RAFFMAN, ESQ.
                        BY:  ADAM CHUD, ESQ.
                        BY:  KIRSTEN ROBBINS, ESQ.
                        BY:  ERIC I. GOLDBERG, ESQ.
                        901 New York Avenue, NW
                        Washington, D.C. 20001

For the Defendant:      Sutterfield & Webb
                        BY:  DANIEL A. WEBB, ESQ.
                        650 Poydras Street, Suite 2715
                        New Orleans, Louisiana 70130

For the Defendant:      Lafarge North America, Inc.
                        BY:  PETER KEELEY, ESQ.
                        12950 Worldgate Drive
                        Herndon, Virginia  20170

Official Court Reporter:   Jodi Simcox, RMR, FCRR
                           500 Poydras Street
                           Room HB-406
                           New Orleans, Louisiana 70130
                           (504) 589-7780

Proceedings recorded by mechanical stenography, transcript
produced by computer.

              JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA

## 1733

### I N D E X

|                          | Page |
|--------------------------|------|
| LESLIE R. LEMON          |      |
|   Direct Examination     | 1734 |
|   Cross-Examination      | 1789 |
|   Redirect Examination   | 1822 |
| AUSTIN L. DOOLEY         |      |
|   Direct Examination     | 1830 |

              JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA

## 1734

12:57:11        AFTERNOON SESSION

12:57:11           (July 1, 2010)

12:57:07           * * * * *

13:09:55        THE DEPUTY CLERK:  All rise.  Court's in session.

13:10:05  Please be seated.

13:10:08        MR. RAFFMAN:  Good afternoon, Your Honor.

13:10:14        (WHEREUPON, Leslie R. Lemon, having been previously

13:10:14  duly sworn, testified as follows.)

13:10:15        DIRECT EXAMINATION

13:10:16  BY MR. RAFFMAN:

13:10:16        Q.  Mr. Lemon, we're going to pick up where we left off.  I've

13:10:21  put up on the screen Figure 6 from your report, which is

13:10:24  DX-311.

13:10:27        You were talking about mesocyclones.  And I'm going

13:10:31  to say "meeso" (phonetic); you can say "meso."

13:10:36        THE COURT:  That reminds me of something.

13:10:41        THE WITNESS:  It's "meso."

13:10:45  BY MR. RAFFMAN:

13:10:46        Q.  All right.  Figures 5 and Figure 6 -- and I'm going to

13:10:49  mispronounce it, but thank you for --

13:10:52        THE COURT:  It is one of the pronunciations that the

13:10:54  dictionary allows.

13:10:56        MR. RAFFMAN:  Thank you, Your Honor.  If the

13:10:57  dictionary allows it and Your Honor allows it --

13:11:00        THE COURT:  I will.

              JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA

1735

| | | |
|---|---|---|
| 1 | 13:11:01 | BY MR. RAFFMAN: |
| 2 | 13:11:01 | Q. Figures 5 and 6. And I want you to describe for the Court |
| 3 | 13:11:04 | which of these figures represents a figure of mesocyclonic or |
| 4 | 13:11:13 | cyclonic rotation. Explain that to the Court. |
| 5 | 13:11:15 | A. One of the first things I want to mention about these |
| 6 | 13:11:17 | figures is these are some of the figures that we train |
| 7 | 13:11:20 | operational meteorologists to recognize. They look for these |
| 8 | 13:11:23 | signatures in the data so they can identify threats. |
| 9 | 13:11:29 | As far as the mesocyclone is concerned, it's the |
| 10 | 13:11:32 | lower left-hand panel, and that is we have two maxima, as |
| 11 | 13:11:39 | mutually adjacent maxima. So if the radar is at the bottom, we |
| 12 | 13:11:47 | can see to the right we have a maximum outbound velocity at the |
| 13 | 13:11:51 | radius of maximum winds at the core diameter. Then on the |
| 14 | 13:11:56 | left, we have the maximum radar relative -- well, radar |
| 15 | 13:12:00 | relative outbound -- or I'm sorry, from where the radar is, |
| 16 | 13:12:06 | inbound. |
| 17 | 13:12:06 | And so you have these adjacent maximum in velocities |
| 18 | 13:12:11 | that identify the core diameter of the circulation. That is a |
| 19 | 13:12:15 | pure cyclonic circulation, no convergence or divergence added |
| 20 | 13:12:20 | to it. |
| 21 | 13:12:21 | Q. All right. We're going to talk about divergence and |
| 22 | 13:12:23 | convergence in a minute. But when you read the base data, the |
| 23 | 13:12:28 | base radar data, a trained meteorologist can identify patterns |
| 24 | 13:12:33 | like that in the base data? |
| 25 | 13:12:35 | A. We teach them the signature so they can see -- remember, |

1737

| | | |
|---|---|---|
| 1 | 13:14:17 | directions. It's like a starburst. |
| 2 | 13:14:20 | In both of these circulations, convergence and |
| 3 | 13:14:23 | rotation don't depend on viewing angle, and so that's why |
| 4 | 13:14:29 | Doppler Radar works. We can see these, recognize these |
| 5 | 13:14:33 | signatures, from any viewing angle. And that in the upper |
| 6 | 13:14:37 | right is exactly what we look for in the case of a microburst. |
| 7 | 13:14:41 | Q. So your testimony, to be clear, is that radar can identify |
| 8 | 13:14:47 | a microburst; is that right? |
| 9 | 13:14:50 | A. Very definitely, yes. |
| 10 | 13:14:53 | Q. When you examined the radar images for August 29th, 2005, |
| 11 | 13:14:59 | and for Katrina, for the Inner Harbor Navigation Canal, did you |
| 12 | 13:15:05 | see any microburst signatures? |
| 13 | 13:15:08 | A. I saw no microburst signatures near the canal, nor did I |
| 14 | 13:15:15 | see any microburst signatures throughout that data set. |
| 15 | 13:15:21 | Q. I want to turn your attention to the next slide, then, |
| 16 | 13:15:23 | which is from Defendant's Exhibit 312, the Mitchell report, |
| 17 | 13:15:32 | page 16, and I want to ask you some questions about mesocyclone |
| 18 | 13:15:38 | algorithms. |
| 19 | 13:15:39 | You heard Dr. Mitchell testify that -- |
| 20 | 13:15:42 | MR. RAFFMAN: If we could zoom in on the left-hand |
| 21 | 13:15:46 | image, please. |
| 22 | 13:15:48 | BY MR. RAFFMAN: |
| 23 | 13:15:48 | Q. You heard Dr. Mitchell testify that each of the dots on |
| 24 | 13:15:54 | that image represented a mesocyclone that was identified by the |
| 25 | 13:15:57 | level III mesocyclone algorithm; right? |

1736

| | | |
|---|---|---|
| 1 | 13:12:39 | them cognitively, and when they see that the data matches these |
| 2 | 13:12:45 | models, mental models, then they can issue a warning. |
| 3 | 13:12:49 | Q. Now, having examined the data for the Inner Harbor |
| 4 | 13:12:52 | Navigation Canal that you described on the morning of August -- |
| 5 | 13:12:58 | on August 28th and August 29th, 2005, did you see any |
| 6 | 13:13:04 | signatures of mesocyclones at the location of the Inner Harbor |
| 7 | 13:13:08 | Navigation Canal? |
| 8 | 13:13:10 | A. No, I did not. |
| 9 | 13:13:11 | Q. All right. Now, the upper signatures for pure convergence |
| 10 | 13:13:17 | and pure divergence, I'd like you to explain for the Court what |
| 11 | 13:13:21 | those represent and whether either of them represents what's |
| 12 | 13:13:24 | been referred to as a microburst. |
| 13 | 13:13:27 | A. The upper left is pure convergence, and I show that |
| 14 | 13:13:31 | because, when the storm updraft passes close enough to the |
| 15 | 13:13:34 | radar, we can actually see the inflow signature. The structure |
| 16 | 13:13:38 | of the thunderstorm is, basically, to draw the low-level air |
| 17 | 13:13:43 | into it, rises through what can be described as almost a |
| 18 | 13:13:46 | chimney, and then it exits aloft. And the atmosphere is trying |
| 19 | 13:13:54 | to return stability by -- through these convective currents. |
| 20 | 13:13:59 | That's what the upper left is, is convergence. We |
| 21 | 13:14:01 | will see that at the base of the storm and at the top of the |
| 22 | 13:14:04 | storm where it diverges. |
| 23 | 13:14:06 | In the upper right, that is a signature of a |
| 24 | 13:14:09 | microburst. So it's -- it's -- the fluid is directed downward |
| 25 | 13:14:13 | to the ground and hits the ground and spreads out in all |

1738

| | | |
|---|---|---|
| 1 | 13:15:59 | A. Yes. |
| 2 | 13:16:00 | Q. Now, have you had anything to do with developing the |
| 3 | 13:16:06 | mesocyclone algorithms that are used by the National Weather |
| 4 | 13:16:09 | Service? |
| 5 | 13:16:09 | A. I did some of the development work before I joined the |
| 6 | 13:16:13 | private sector, and then in the private sector, I had to |
| 7 | 13:16:20 | implement -- help our software division implement and test |
| 8 | 13:16:22 | those algorithms. Yes. |
| 9 | 13:16:24 | Q. How does a mesocyclone algorithm work? Tell the Court a |
| 10 | 13:16:27 | little bit about how it works. |
| 11 | 13:16:29 | A. There are a number of algorithms in the system. The way |
| 12 | 13:16:31 | the algorithms work is they're supposed to lift some of the |
| 13 | 13:16:35 | burden of radar signature identification off the meteorologist. |
| 14 | 13:16:40 | It looks for patterns in the data. It's a pattern recognition |
| 15 | 13:16:45 | algorithm. |
| 16 | 13:16:45 | Q. All right. So if the algorithm identifies a pattern in |
| 17 | 13:16:48 | the data, does that mean that you have definitely got a |
| 18 | 13:16:51 | mesocyclone at the place where the pattern is identified? |
| 19 | 13:16:57 | A. Would if that was correct, but, unfortunately, it's not. |
| 20 | 13:17:00 | The algorithms, especially the mesocyclone and TVSR |
| 21 | 13:17:07 | rhythms, have a very high false-alarm rate; that is, they |
| 22 | 13:17:10 | detect a lot of false positives that are simply not there. |
| 23 | 13:17:15 | The algorithms in the warning program in the weather |
| 24 | 13:17:18 | service are not relied upon. We -- they -- they virtually |
| 25 | 13:17:23 | never look at them, in fact. They rely on base-data analysis. |

3 (Pages 1735 to 1738)

1739

```
13:17:28    Q.   So before I move on, the TVS algorithm, is that the
13:17:32    same -- has the same feature as a lot of false positives or
13:17:37    false alarms?
13:17:38    A.   It does, yes.
13:17:39    Q.   All right.  So let's go to the next slide.  Actually, I'm
13:17:44    sorry.  Let's stay there.
13:17:46         When you examined the base data for 3:42 a.m. to see
13:17:57    whether there were mesocyclones at each of the places where the
13:17:59    dots identified one in this graphic, did you see mesocyclones
13:18:06    at those dots; and if so, where?
13:18:09    A.   As I sit, I relied on base-data analysis, and no, I can't
13:18:14    say there was a mesocyclone at 3:42.  In fact, there may have
13:18:18    been two.  But the majority of these dots that you see on here
13:18:21    are false positives.  They're not reliable at all.
13:18:24    Q.   All right.  I want you to show the Court with your laser
13:18:27    pointer the location of the mesocyclone at 3:42 a.m. that you
13:18:32    identify from the base data, if you know.
13:18:35    A.   I really don't recall.
13:18:37    Q.   All right.  Was it one of these four near the Inner Harbor
13:18:40    Navigation Canal?
13:18:42    A.   I -- there was one over the lake, perhaps.  But 3:42, I
13:18:49    think there may have been one over the lake.
13:18:51         But the majority have been out over this region and
13:18:55    have been in Mississippi.
13:18:56         THE COURT:  Let me ask you a question.  When you say
```

1740

```
13:19:00    you reviewed the base data, and I know you may have been over
13:19:04    this, but precisely what is the base data?
13:19:08    THE WITNESS:  That's a good question.  The base data
13:19:10    is a digital output of the signal processer, and it is for each
13:19:17    elevation angle for each pulse volume and each elevation angle
13:19:21    in the pulse volume.
13:19:23         So I not only look at the lowest elevation angle
13:19:26    at 1/2 degree, but I look at 1 1/2 degrees, 2 1/2 degrees, 3.5
13:19:31    and 6.6, 9.9, and up to 14 and then 19 degrees.  So I look at
13:19:38    all the digital base data throughout the volume scan.
13:19:44         THE COURT:  Okay.  When you mention degrees, degrees
13:19:47    based on what scale?
13:19:48         THE WITNESS:  The antenna elevation.  So the antenna
13:19:53    begins at a half-degree elevation to get above ground clutter,
13:19:56    and then it steps upward as it rotates.  So it makes -- there
13:20:00    are higher and higher slices in the atmosphere.
13:20:03         THE COURT:  And what's the ultimate degree?
13:20:06         THE WITNESS:  We go up to 19 1/2 degrees.  We don't
13:20:08    want to exceed 19 1/2 because then the horizontal velocities
13:20:14    will be contaminated with vertical velocities, and that makes
13:20:18    interpretation almost impossible.
13:20:20         THE COURT:  And what's the purpose of the algorithms?
13:20:28         THE WITNESS:  The algorithms were meant to relieve
13:20:31    the burden, take the burden off of the forecasters, so -- the
13:20:37    warning forecasters.  So he may be dealing with one storm;
```

1741

```
13:20:42    whereas, while another one is developing.
13:20:45         But, unfortunately, the algorithms, certainly in
13:20:47    2005, were very immature.  They had high failure rates.  So
13:20:51    they simply are not relied upon.
13:20:59         THE COURT:  And, therefore, it's your opinion that
13:20:59    it's more precise to look at the base data, and you can make a
13:21:03    better diagnosis as to the precise weather phenomenon that's
13:21:11    occurring rather than to look at the data with the algorithms?
13:21:14         THE WITNESS:  Well, actually, there have been tests
13:21:21    after this time of matching the man and the algorithm and
13:21:22    trying to compare how each perform.  And the man in base-data
13:21:27    analysis way outperforms the algorithm in both identifying the
13:21:31    signatures earlier and identifying the intensity of the
13:21:36    signatures and identifying the longevity of the signatures.
13:21:41    The base data is a far better use.
13:21:46         Now, at the weather service, we teach that, if,
13:21:49    in fact, you use the algorithms and you get a positive
13:21:52    indication with the algorithm, you've got to go back to the
13:21:54    base data and verify it.
13:21:56         THE COURT:  Now, the base data, would you agree that,
13:22:00    even if one looks at the base data meticulously, that it still
13:22:06    requires an interpretation, and there is no -- it's not like a
13:22:09    broken bone where you see the bone broken on an x-ray; it still
13:22:15    requires some subjective interpretation.  Is that -- would that
13:22:18    be correct?  Are you 100 percent certain when you do the base
```

1742

```
13:22:23    data?
13:22:25         THE WITNESS:  100 percent certain, no, I wouldn't say
13:22:27    100 percent certain.  I would say that the algorithm, when it
13:22:32    does so correctly, it identifies very obvious signatures.  The
13:22:37    much -- the subtle signatures are far more likely to be
13:22:43    identified by a man than by the algorithm.
13:22:46         THE COURT:  Okay.  But to answer my question,
13:22:49    certainly, the algorithm is subjective, and you're saying
13:22:54    the -- and I don't want to be putting words in your mouth, but
13:22:57    the skilled person looking at the base data would be -- it
13:23:05    would be a less subjective methodology than the algorithm, or
13:23:09    more accurate?
13:23:10         THE WITNESS:  Well, the algorithm is an objective
13:23:13    method.  The user is -- he exercises subjectivity.  There's no
13:23:18    question about that.  However, in the last probably five years
13:23:23    or a little more, there, we've developed the algorithm so they
13:23:28    give us far more quantitive information than they did before.
13:23:34         THE COURT:  So it's an objective in the sense that
13:23:37    it's a finite group of compilations, but -- or data, but the
13:23:41    data could be so unrefined it's objective and wrong?
13:23:46         THE WITNESS:  The problem is that there are errors in
13:23:47    the data.  There are dealiasing failures.  There are noise
13:23:52    values in the data.  There are locations where there's
13:23:55    insufficient tracers.
13:23:57         Generally speaking, the shear signatures within
```

1743

| | | |
|---|---|---|
| 1 | 13:24:04 | the data that cause false alarms are transient, and you could |
| 2 | 13:24:09 | recognize them as being transient.  They don't have the |
| 3 | 13:24:15 | two-dimensional or the three-dimensional extent.  You would |
| 4 | 13:24:19 | have to correlate three dimensions as well as in the horizontal |
| 5 | 13:24:22 | and the vertical, both, and there has to be more than one |
| 6 | 13:24:26 | elevation to identify them. |
| 7 | 13:24:27 |      So there's several ways to do it.  But when you |
| 8 | 13:24:28 | get failures, when you get shear zones, they're not |
| 9 | 13:24:31 | mesocyclones at all.  They're velocity differences.  They |
| 10 | 13:24:34 | sometimes will trick the algorithm.  There are a number of ways |
| 11 | 13:24:39 | that it arrives at false positives. |
| 12 | 13:24:41 |      THE COURT:  Okay.  Thank you. |
| 13 | 13:24:41 | BY MR. RAFFMAN: |
| 14 | 13:24:41 | Q.  And just to put a cap on this notion of false positives |
| 15 | 13:24:45 | and -- the mesocyclone algorithm and false positives, I'd like |
| 16 | 13:24:49 | to display for the Court this slide here, which has italicized |
| 17 | 13:24:58 | text from your report. |
| 18 | 13:24:59 |      Mr. Lemon, tell the Court what the italicized text |
| 19 | 13:25:04 | represents. |
| 20 | 13:25:04 | A.  I pulled these directly out of our student guide, out of |
| 21 | 13:25:07 | one of the training manuals that we use for the students. |
| 22 | 13:25:10 | Q.  And so in your training guides that you use for students |
| 23 | 13:25:13 | outside the context of this case, in those training guides, |
| 24 | 13:25:17 | what do you train your students about the mesocyclone and the |
| 25 | 13:25:21 | TVS algorithms? |

1744

| | | |
|---|---|---|
| 1 | 13:25:22 | A.  Well, if we take a look up here, in italicized text, I've |
| 2 | 13:25:28 | placed what I pulled directly out of our training manual:  "It |
| 3 | 13:25:32 | results in" -- this is relative to the mesocyclone algorithm -- |
| 4 | 13:25:36 | "it results in numerous false detections, and it finds weak, |
| 5 | 13:25:40 | shallow, insignificant circulations." |
| 6 | 13:25:43 |      We also -- okay.  That -- that is directly out of the |
| 7 | 13:25:48 | text.  And so we discourage, strongly discourage, use of the |
| 8 | 13:25:54 | algorithms. |
| 9 | 13:25:56 | Q.  All right. |
| 10 | 13:25:57 |      THE COURT:  One other question, and I'm going to let |
| 11 | 13:25:59 | you go after that:  Did the National Weather Service, or |
| 12 | 13:26:03 | whoever, do a hindcast to determine if any of these |
| 13 | 13:26:07 | mesocyclones that they show on the data -- or whatever that was. |
| 14 | 13:26:12 | I think it was the National Weather Service, but whoever it |
| 15 | 13:26:14 | was -- to show that they weren't, in fact, mesocyclones? |
| 16 | 13:26:19 |      THE WITNESS:  In the Katrina case, no. |
| 17 | 13:26:21 |      THE COURT:  Thank you. |
| 18 | 13:26:23 | BY MR. RAFFMAN: |
| 19 | 13:26:23 | Q.  All right.  So we're going to go to the base data, and |
| 20 | 13:26:28 | we're going to -- I'm going to ask you to show the Court how |
| 21 | 13:26:33 | you interpret base data, what the base data images represent, |
| 22 | 13:26:37 | and then we're going to go back and look at some of these |
| 23 | 13:26:40 | images, including 3:42 a.m., which you discussed. |
| 24 | 13:26:44 |      Let me go to the next slide, please.  It's going to |
| 25 | 13:26:50 | be Lemon slide 10. |

1745

| | | |
|---|---|---|
| 1 | 13:26:52 | A.  I would like to mention while we've got that up there that |
| 2 | 13:26:56 | we also talk about the TVS algorithm.  You'll note that, in our |
| 3 | 13:27:00 | text, in our student guide, we even point out that:  "High |
| 4 | 13:27:06 | false alarms are noted in squall lines and tropical storms." |
| 5 | 13:27:10 | Q.  Thank you.  I -- thank you.  I appreciate your |
| 6 | 13:27:14 | clarification. |
| 7 | 13:27:15 |      So this is Figure 9 from your report.  This is four |
| 8 | 13:27:24 | images that you've included.  Am I right that this represents |
| 9 | 13:27:27 | base data? |
| 10 | 13:27:27 | A.  Yes. |
| 11 | 13:27:29 | Q.  All right.  Tell the Court what the data is on the upper |
| 12 | 13:27:33 | left. |
| 13 | 13:27:34 | A.  The upper left is a base-reflectivity product at -- from |
| 14 | 13:27:38 | 0.5 degrees.  That's the lowest elevation base-reflectivity |
| 15 | 13:27:43 | product. |
| 16 | 13:27:44 | Q.  And just to bring back to my -- "reflectivity" means? |
| 17 | 13:27:48 | A.  Power of return, intensity of precipitation. |
| 18 | 13:27:53 | Q.  Rain? |
| 19 | 13:27:53 | A.  Rain. |
| 20 | 13:27:54 | Q.  And using your laser pointer, show the Court where the |
| 21 | 13:27:57 | Inner Harbor Navigation Canal location is. |
| 22 | 13:28:04 | A.  Well, in the reflectivity, it's right there. |
| 23 | 13:28:07 | Q.  And show the Court where the radar station is. |
| 24 | 13:28:10 | A.  It's up here at Slidell, Mississippi, looking to the |
| 25 | 13:28:12 | southwest. |

1746

| | | |
|---|---|---|
| 1 | 13:28:13 |      THE COURT:  Slidell, Louisiana.  We know it's |
| 2 | 13:28:15 | Slidell, Louisiana. |
| 3 | 13:28:17 |      THE WITNESS:  I'm sorry. |
| 4 | 13:28:18 |      THE COURT:  Right. |
| 5 | 13:28:18 | BY MR. RAFFMAN: |
| 6 | 13:28:19 | Q.  Okay.  Slidell, Louisiana.  We're going to give Slidell |
| 7 | 13:28:23 | away to -- |
| 8 | 13:28:24 |      THE COURT:  We know it's in a generally northern |
| 9 | 13:28:26 | direction. |
| 10 | 13:28:26 |      THE WITNESS:  The dot where the Inner Harbor |
| 11 | 13:28:27 | Navigation Canal and the barge is here is about 206 degrees at 23 |
| 12 | 13:28:33 | nautical miles from the radar. |
| 13 | 13:28:35 | BY MR. RAFFMAN: |
| 14 | 13:28:35 | Q.  All right.  And so in this image, tell the Court what you |
| 15 | 13:28:41 | can -- |
| 16 | 13:28:42 |      THE COURT:  So it would be somewhat south-southwest? |
| 17 | 13:28:46 |      THE WITNESS:  It's south -- south-southwest of the |
| 18 | 13:28:49 | radar, yes. |
| 19 | 13:28:49 | BY MR. RAFFMAN: |
| 20 | 13:28:50 | Q.  So in this reflectivity you mentioned, at 3:42, is it |
| 21 | 13:28:55 | raining hard at the canal, or what's it doing? |
| 22 | 13:28:58 | A.  Well, actually, you see these red areas.  The red areas |
| 23 | 13:29:01 | are very heavy rain, and probably visibility is near zero in |
| 24 | 13:29:05 | those locations.  You notice this is in a rather light |
| 25 | 13:29:09 | yellow -- now, if we -- the scale is on velocity.  We can't use |

**1747**

```
13:29:12  that.
13:29:13          That bright yellow is on the order of about 30, 35
13:29:19  DBZ.  That's probably moderately -- moderate to heavy rain.
13:29:25  Q.  All right.  Now, let's go to the velocity data.
13:29:27  A.  Yes.
13:29:28  Q.  And tell the Court which of these images represents the
13:29:33  velocity of the wind relative to the ground.
13:29:39  A.  The upper right is the ground-relative wind, which, of
13:29:43  course, is fundamental to warning.  People live on the ground,
13:29:46  people live in a ground-relative framework, so they experience
13:29:51  ground-relative winds.  And if you're going to warn the public
13:29:53  on winds, you use the ground-relative winds.
13:30:00  Q.  Now, you've got an image on the lower left.  Tell the
13:30:03  Court what that represents.
13:30:04  A.  That is storm-relative velocity.
13:30:07  Q.  What's the difference between storm-relative velocity and
13:30:12  ground-relative velocity?
13:30:16  A.  We teach the use of storm-relative because, in a
13:30:19  storm-relative framework, you can see the circulations far more
13:30:23  clearly than you can, you know, in ground-relative.
13:30:25          Storm-relative is essentially subtracting out the
13:30:30  translational velocity of the storm.  It's subtracting out the
13:30:34  winds that bear the storm; that is, the hurricane winds are
13:30:39  removed.  You're only seeing the circulation relative to the
13:30:43  storm.  It's as though you're standing in the middle of that
                  JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                           UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA
```

**1748**

```
13:30:47  convective storm and moving with it.  So you see the
13:30:50  circulation in the storm itself, the convective storm.
13:30:54  Q.  So, in other words, the storm-relative velocity,
13:30:58  basically, takes away the hurricane, and what's left is
13:31:01  whatever circulations are happening?
13:31:03  A.  That's exactly right.  And that's the framework in which
13:31:06  the mesocyclone shows that most clearly.
13:31:09          THE COURT:  Is that -- and you haven't used this
13:31:12  word, but, in essence, the synoptic event is eliminated or --
13:31:19          THE WITNESS:  The synoptic, it's -- it's the motion
13:31:22  of the storm.  The storm is typically moving with the cloud
13:31:26  bearing layer winds and slightly sometimes one way or the
13:31:31  other.  But usually with the cloud bearing layer winds, and
13:31:34  that -- those winds are the hurricane winds.  So it removes
13:31:36  that, the influence of those winds, so we can see the
13:31:39  circulation.
13:31:41          THE COURT:  Okay.
13:31:41  BY MR. RAFFMAN:
13:31:41  Q.  So in this image, Mr. Lemon, can you see a mesocyclone in
13:31:47  these velocity images?
13:31:49  A.  Yes.  Where the arrow is.
13:31:54  Q.  All right.  Now, where is the location of the Inner Harbor
13:31:58  Navigation Canal?
13:32:01  A.  You can see it right here and right here.
13:32:07          THE COURT:  And if you do want -- and it's your
                  JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                           UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA
```

**1749**

```
13:32:09  record, and I'm going to quit interfering, but if you do want
13:32:12  to see this -- you make that determination.
13:32:16          MR. RAFFMAN:  I understand, Your Honor.
13:32:17  BY MR. RAFFMAN:
13:32:19  Q.  So, for the record, you've indicated the small yellow dot
13:32:23  just to the right of the triangle of red lines; right?
13:32:27  A.  Yes.
13:32:27  Q.  Okay.  Mr. Lemon, with respect to the direction of the
13:32:40  winds that are acting on an object at the ground, which of
13:32:45  these two images represents a better --
13:32:51          THE COURT:  Which two images, just to --
13:32:52          MR. RAFFMAN:  Your Honor, thank you.
13:32:53          THE COURT:  I'm sorry.
13:32:56  BY MR. RAFFMAN:
13:32:56  Q.  With respect to the direction of wind acting on an object
13:32:59  on the ground, which of the two images, the ground-relative
13:33:03  velocity in the upper right or the storm-relative velocity in
13:33:06  the lower left --
13:33:08  A.  Ground --
13:33:09  Q.  -- which of those two images better represents the actual
13:33:12  direction of the wind on the ground?
13:33:15  A.  Ground-relative, upper right.
13:33:18  Q.  All right.  Now, the mesocyclone we just talked about, can
13:33:22  you identify the mesocyclone in the ground-relative velocity
13:33:27  image on the upper right?
                  JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                           UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA
```

**1750**

```
13:33:29  A.  Certainly.  To identify in storm-relative, we don't -- we
13:33:33  don't remove any data or add any data.  We shift the data from
13:33:39  the circulation.  In the upper right, the mesocyclone is still
13:33:43  there, but it's in -- it's certainly almost masked by the
13:33:47  extremely strong hurricane winds.
13:33:52          But you see right here on this side of the
13:33:54  mesocyclone, that's where you add the circulation, the rotating
13:34:00  wind field, to the translational wind field.  So in this case,
13:34:07  on our left side of the circulation, that's where we added
13:34:13  transation -- translation and rotation.
13:34:16          Rotation's on the order of about 45 knots.
13:34:19  Q.  All right.  So we have bright red image on the left-hand
13:34:28  side of the mesocyclone representing wind speed and direction
13:34:32  that is -- is what?
13:34:35  A.  The direction remains the came.  We simply add stronger
13:34:39  velocity.
13:34:40  Q.  Okay.  And on the right side here where it's a darker red
13:34:46  color, it represents what wind speed and what wind direction?
13:34:49  A.  That's the other side of the circulation.  That's the
13:34:51  maximum.  And even though in a storm relative, it has a -- it
13:34:55  looks like it's flowing toward the radar.  Up in here, it's
13:35:01  overcome by the hurricane winds.  So it's a low value away from
13:35:05  the radar.
13:35:06          It remains away from the radar on either side of the
13:35:09  circulation.  The circulation doesn't change the direction of
                  JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                           UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA
```

1751

1 13:35:13 the wind.

2 13:35:14 THE COURT: A question. On the lower left panel --

3 13:35:19 THE WITNESS: Yes.

4 13:35:19 THE COURT: -- this is green and red shown. What is

5 13:35:22 your explanation for the green?

6 13:35:24 THE WITNESS: The green is, in a storm-relative

7 13:35:27 fashion, it's rotation or it's motion toward the radar. It's

8 13:35:32 away from the radar here. Remember, I said that the signature

9 13:35:36 for a mesocyclone are -- are maximum velocity maxima of -- in

10 13:35:47 an adjacent axis in about the same range.

11 13:35:50 One of the maxima is toward the radar; the other

12 13:35:52 is away from the radar.

13 13:35:53 THE COURT: All right. So is the green, then, moving

14 13:35:55 away from the radar?

15 13:35:57 THE WITNESS: In a storm-relative fashion. But in a

16 13:36:00 ground-relative fashion, because of the strength of the

17 13:36:03 hurricane winds, the flow is still away from the radar.

18 13:36:09 I can illustrate that by saying that if the wind

19 13:36:13 flow is 60 knots and that mesocyclone is moving at 60 knots, it

20 13:36:17 has a rotational velocity of 40 knots, that means that, on the

21 13:36:22 right-hand side of the circulation, the winds will be 100 knots

22 13:36:27 because you're adding the rotation and the translation.

23 13:36:31 On the left side -- or in our view here on the

24 13:36:34 right-hand side of the circulation, you're subtracting the

25 13:36:39 rotational velocity from translational. But rotational

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1752

1 13:36:42 velocity is only 40 knots; whereas, the storm is moving at 60

2 13:36:47 knots. So the people on the ground on that side of the

3 13:36:50 circulation experience the same direction of wind except now

4 13:36:54 it's 20 knots, not like it is on the other side of the

5 13:36:58 circulation where it's 100 knots.

6 13:37:01 THE COURT: So if I were -- if what -- is there any

7 13:37:05 way to determine the altitude of the green that shows in the

8 13:37:09 panel to the left?

9 13:37:11 THE WITNESS: The altitude of that feature?

10 13:37:14 THE COURT: Yes.

11 13:37:15 THE WITNESS: That's about 1,100 -- no, that's a

12 13:37:17 little less than that. That's about 1,000 feet off the ground.

13 13:37:20 BY MR. RAFFMAN:

14 13:37:20 Q. So the record is clear, this green only appears as green

15 13:37:25 because you've taken away the 60-knot --

16 13:37:28 A. Yes.

17 13:37:28 Q. -- hurricane wind?

18 13:37:29 A. Correct.

19 13:37:33 Now, and I can illustrate that. In Oklahoma, I was

20 13:37:36 working in the forecast office just two months ago. We had a

21 13:37:39 squall line moving at about 60 knots. We had a mesocyclone

22 13:37:44 superimposed on that at about 40, the example I just gave. On

23 13:37:49 the left-hand side of the circulation, 100 knot winds were

24 13:37:53 experienced on the ground, doing considerable damage. On the

25 13:37:56 right side, winds were calm, essentially calm.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1753

1 13:37:59 THE COURT: It's important that I understand this,

2 13:38:00 and please forgive me for being a little tedious, but this

3 13:38:05 is my understanding as a general principle, reflects an image

4 13:38:09 that is moving away from the radar; is that correct?

5 13:38:12 THE WITNESS: That's correct.

6 13:38:14 MR. RAFFMAN: Away from --

7 13:38:15 THE WITNESS: I'm sorry. Moving toward the radar.

8 13:38:18 Green is toward.

9 13:38:19 THE COURT: Green is toward the radar. Yes, I've

10 13:38:23 been dyslexic. I apologize.

11 13:38:26 So the green, if we just use general directions,

12 13:38:29 appears to be moving generally from south to north. But in

13 13:38:37 actuality, then, are you telling me, is that wind actually not

14 13:38:43 moving towards the radar? Or whatever -- whatever is being

15 13:38:47 shown there.

16 13:38:48 THE WITNESS: Exactly. Because in the lower left,

17 13:38:50 it's storm-relative, where we are standing inside the storm,

18 13:38:55 moving with the storm, and we see the circulation within the

19 13:39:00 storm.

20 13:39:01 Now, in the upper right, that's ground-relative.

21 13:39:05 Now we've added in the larger-scale wind field, and the storm

22 13:39:10 is traveling with that wind field. Because it's traveling so

23 13:39:16 fast, even though within the storm the flow is toward the

24 13:39:19 radar, at the ground level, the flow is actually away from the

25 13:39:24 radar because of the speed, the translational speed, of that

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1754

1 13:39:28 storm.

2 13:39:30 THE COURT: I'm done.

3 13:39:32 BY MR. RAFFMAN:

4 13:39:32 Q. All right. So you've explained to the Court the

5 13:39:35 difference between storm-relative velocity, which factors out

6 13:39:41 the hurricane wind, and ground-relative velocity, which

7 13:39:46 includes both the hurricane wind and the -- whatever mesoscale

8 13:39:54 rotation you have.

9 13:39:55 So it's clear, when you include both the hurricane

10 13:39:57 wind and the mesoscale wind, in what direction is the wind

11 13:40:05 blowing on the ground at the location of the mesocyclone?

12 13:40:10 A. Away from the radar. It's a northeasterly flow.

13 13:40:14 Q. Now, is this mesocyclone here affecting the winds at the

14 13:40:19 Inner Harbor Navigation Canal? And when I say "this

15 13:40:21 mesocyclone," I'm referring to the one in the upper right.

16 13:40:25 A. It is not.

17 13:40:26 Q. All right. We're going to move to another concept, which,

18 13:40:39 for the patience of the Court as we move through it, we're

19 13:40:43 going to talk about dealiasing and folded data. So I'm going

20 13:40:53 to ask for the next slide.

21 13:40:56 Mr. Lemon, explain for the Court the scale that works

22 13:41:00 from the bright green at minus 64 to the bright red at 64, and

23 13:41:05 explain to the Court what happens when the radar detects a wind

24 13:41:09 that blows at a speed larger than 64. Let's talk to the Court

25 13:41:13 about that.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1755

```
 1  13:41:14  A.  Okay.  Remember, I mentioned we're talking about a phase
 2  13:41:18  change in velocity.
 3  13:41:19       By the way, in talking about this, we're talking
 4  13:41:21  about what's called "the Doppler dilemma."  It's very well
 5  13:41:25  known.  It was the major impediment that kept us from
 6  13:41:30  implementing Doppler Radar as a warning tool for so long.  We
 7  13:41:34  had to overcome the Doppler dilemma.  The Doppler dilemma
 8  13:41:38  results in range-overlay data which you have to unfold; and
 9  13:41:42  velocity, alias data.
10  13:41:44       I talked about the fact that we use -- we followed
11  13:41:46  the phase change of the signal.  If the phase change of the
12  13:41:50  signal, the phaser, moves at less than 180 degrees, then it's
13  13:41:54  easily correctly assigned -- velocity is correctly assigned.
14  13:41:59  If it exceeds 180, it's not; it becomes ambiguous.
15  13:42:04       So this is the velocity spectrum.  We see the
16  13:42:06  positive values here, the negative values here.  We go up to 64
17  13:42:10  knots.  In the waveform 8, the maximum unambiguous velocity is
18  13:42:17  about 64 knots, which means that if the velocity progresses up
19  13:42:22  here to 30 or 40, they're still well within the Nyquist --
20  13:42:26  what's call the Nyquist co-interval.
21  13:42:30       When they reach 64, they're still there.  But if that
22  13:42:34  flow toward the radar reaches 65, it folds, it flips back in on
23  13:42:38  this side of the spectrum and becomes a negative 64.  And then
24  13:42:42  as the velocity continues, the inbound velocity continues to
25  13:42:47  increase, it actually comes out a lower and lower negative
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1756

```
 1  13:42:53  value.
 2  13:42:54  Q.  So let's hypothetically assume that you've got a wind of
 3  13:42:58  65 miles an hour.  It's going to show up on the radar as what
 4  13:43:04  color?
 5  13:43:05  A.  65.
 6  13:43:06  Q.  65.  What color is 65 -- 65 away from the radar, which it
 7  13:43:12  should be red, but what color is it going to be on the display?
 8  13:43:16  A.  It will be green.  65 will be green.  Because it will fold
 9  13:43:20  in, so you'll go from -- the real key here is that you flip.
10  13:43:25  So you go from a very high red value to a very high green
11  13:43:30  value.  You don't pass -- you don't pass zero.
12  13:43:33  Q.  Okay.
13  13:43:33  A.  There's no zero crossing in there.  It flips from one end
14  13:43:37  of the scale to the opposite.
15  13:43:38  Q.  All right.  And so 65 is bright green.
16  13:43:41       Now, the speed of the wind goes up more.  Now we've
17  13:43:44  got a 75-mile-an-hour wind.  What color is that going to be on
18  13:43:47  the radar?
19  13:43:49  A.  Well, it's going to be about -- in the 50-knot range.
20  13:43:57  Q.  It's going to be darker green?
21  13:44:01  A.  Yes.
22  13:44:02  Q.  Okay.
23  13:44:02  A.  Not the bright.
24  13:44:03  Q.  Okay.  And so if you have these winds blowing at 65 or 66
25  13:44:16  or 70 or whatever, and it's showing up on the radar, even
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1757

```
 1  13:44:17  though it's away from the radar, the wind -- even though the
 2  13:44:18  real wind is away from the radar, your data is showing up with
 3  13:44:22  these bright green values that suggests high values toward the
 4  13:44:27  radar, what do you have to do to make that data usable?
 5  13:44:31  A.  You have to dealias the date.  You have to put it in what
 6  13:44:35  we call the correct Nyquist co-interval.  That's the challenge,
 7  13:44:42  is that we have to develop an algorithm that does that.
 8  13:44:45       And the algorithm has gotten to be more and more
 9  13:44:49  complex with time because we find individual places where, oh,
10  13:44:53  you know, that gets us -- we didn't properly unfold it there,
11  13:44:56  and we have to add to that.  So we have to come up computer
12  13:45:00  programs to process the data to make sure that the velocities
13  13:45:05  are correctly unfolded.
14  13:45:06  Q.  And you've participated in the development of algorithms
15  13:45:10  to dealias the radar data; is that right?
16  13:45:12  A.  I did.  That's one of the -- one of the first things I did
17  13:45:16  when we moved to Bloomfield, Connecticut, and had the first
18  13:45:20  article, one of the first things I had to do was work on that
19  13:45:23  dealiasing algorithm.
20  13:45:25  Q.  All right.  Now, did you see a problem with folded or
21  13:45:28  alias data in your review of Dr. Mitchell's report?
22  13:45:32       MR. RAFFMAN:  Let's go to the next slide, please.
23  13:45:33  BY MR. RAFFMAN:
24  13:45:33  Q.  Before you answer the question, the next slide is
25  13:45:36  Defendant's Exhibit 311, Lemon report Figures A-8 and A-9.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1758

```
 1  13:45:41  A.  Yes.  This clearly shows a case of folded velocities; that
 2  13:45:47  is, if we go from the red here, the red ink steadily increases
 3  13:45:53  until, right around here, it's about plus-64.  And then
 4  13:45:58  suddenly we encounter minus 64 or minus 63, minus 62 winds.  So
 5  13:46:03  we go from very strongly away to very strongly toward.
 6  13:46:11       Well, that's the first order of discontinuity.
 7  13:46:13  That's not the character of discontinuities in the atmosphere.
 8  13:46:18  In the atmosphere, we see a decrease in velocity -- up to a
 9  13:46:22  boundary and then a rapid increase behind it.  So there's a
10  13:46:26  zero crossing.
11  13:46:26       In this case, there is no zero crossing.  It has the
12  13:46:30  fingerprint of flipped velocities.  Well, that's why we call
13  13:46:34  them "folded."  It's folded back in on the other side of the
14  13:46:37  spectrum.
15  13:46:38  Q.  All right.  So on the left-hand side of this image, the
16  13:46:41  data is --
17  13:46:43  A.  Alias.
18  13:46:44  Q.  It's alias.  It's folded.  It hasn't been corrected yet.
19  13:46:47  A.  That's right.
20  13:46:47  Q.  And when you correct it -- and so to be clear, before it's
21  13:46:51  been corrected, you can have these bright green patterns which
22  13:46:56  somebody might -- who's not trained in radar, might infer
23  13:47:01  represent some sort of a dramatic flowing toward the radar
24  13:47:05  station; right?
25  13:47:06  A.  Yes.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

8 (Pages 1755 to 1758)

**1759**

```
1    13:47:06  Q.  But, in fact, when you correct it and you dealias it, what
2    13:47:11  do you see?
3    13:47:13  A.  Well, you see in the right -- the right-hand frame is
4    13:47:17  where the velocities have been unfolded, and you see now that
5    13:47:21  these values in green have become red, and they've become
6    13:47:27  higher velocities.  They're higher than the Nyquist
7    13:47:29  co-interval.  They're higher than 64 knots.  So they're folded
8    13:47:35  in on -- they're back on the positive side where they belong,
9    13:47:38  but they're higher speeds, higher velocities.
10   13:47:40        THE COURT:  And the dealiasing, among other things,
11   13:47:43  is accomplished by a computer program based on certain
12   13:47:46  algorithms?
13   13:47:48        THE WITNESS:  Yes.  And that is applied -- that
14   13:47:50  algorithm is applied in what we call the RPG, the Radar Product
15   13:47:55  Generator.  To do the range dealiasing, that can be done in a
16   13:48:00  signal processor.
17   13:48:01        So it's done right there in the signal
18   13:48:03  processor, but the output from the signal processor is alias
19   13:48:08  data.  It goes to the RPG, where that algorithm is applied and
20   13:48:12  its unfolded.
21   13:48:15        THE COURT:  Are the algorithms -- not to get too
22   13:48:18  esoteric far beyond the Court's comprehension, are the
23   13:48:24  algorithms primarily mathematical-based or physics-based?
24   13:48:29        THE WITNESS:  Math, mathematical-based.
25   13:48:31        THE COURT:  All right.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1760**

```
1    13:48:31        THE WITNESS:  We understand very clearly
2    13:48:32  electronically what's happening.  We assign algorithms to
3    13:48:36  unfold it that have several different steps.  And I could go
4    13:48:40  into detail, but I won't, about it.
5    13:48:43        THE COURT:  All right.
6    13:48:44        THE WITNESS:  Okay.
7    13:48:45        MR. RAFFMAN:  So let's go to the next slide, please.
8    13:48:47  BY MR. RAFFMAN:
9    13:48:47  Q.  This is from Dr. Mitchell's PowerPoint.  Defendant's 436,
10   13:48:53  Mitchell demonstrative, page 44.
11   13:48:55        You were here.  You saw Dr. Mitchell testify.  You
12   13:49:01  heard Dr. Mitchell say that this rounded feature here I'm
13   13:49:05  pointing to with my laser printer [sic], it's a round green
14   13:49:11  feature at the bottom of a larger green feature.
15   13:49:14        You heard him say that this green feature here
16   13:49:17  represents a part of the mesocyclone blowing toward the radar.
17   13:49:19  Do you agree with Dr. Mitchell's interpretation of that part of
18   13:49:23  the image?
19   13:49:23  A.  With that part of the image, yes.
20   13:49:25  Q.  Well --
21   13:49:25  A.  With -- with guarded -- guardedly.  There's a problem with
22   13:49:29  this; and that is, as I mentioned, a mesocyclone core has
23   13:49:34  maximum rotational velocities.  If you see in the middle of
24   13:49:38  that, you see a minimum of velocities, not a maximum, where you
25   13:49:43  expect to see --
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1761**

```
1    13:49:45  Q.  I think you may have misheard my question.
2    13:49:47  A.  Okay.
3    13:49:47  Q.  Dr. Mitchell is telling the Court that this green area
4    13:49:50  right here is blowing -- in reality, this is blowing toward the
5    13:49:55  radar.
6    13:49:57  A.  It's not.  It's folded.
7    13:49:59  Q.  Okay.  So now the record's clear.
8    13:50:07        THE COURT:  Why is it folded?
9    13:50:12        THE WITNESS:  It's folded because the velocities on
10   13:50:14  that side of the circulation -- that circulation is moving with
11   13:50:17  the hurricane-force winds, and you're adding the rotational
12   13:50:20  velocity to translational velocity, and it's exceeded the
13   13:50:25  unambiguous velocity limit.  It's folded back in on the
14   13:50:30  negative side.  So we've gone from here back into the negative.
15   13:50:33  It's been folded.
16   13:50:35        THE COURT:  How can you then determine if -- well,
17   13:50:36  let me ask you a general premise question:  Does a mesocyclone
18   13:50:40  ever, ever create wind without a microburst?  Ever create wind
19   13:50:46  that is, shall we say in this instance, that would be flowing
20   13:50:52  towards the radar?  Does it ever do it?
21   13:50:57        THE WITNESS:  I think what you're asking -- and
22   13:50:58  correct me if I misinterpret it, I think you're asking me is
23   13:51:02  the circulation ever opposite?  Is it ever clockwise or
24   13:51:06  counterclockwise?
25   13:51:07        THE WITNESS:  No.  I mean, can a mesocyclone ever
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1762**

```
1    13:51:12  produce wind blowing towards the radar here that would be green
2    13:51:17  and not folded?
3    13:51:18        THE WITNESS:  Oh, yes.
4    13:51:19        THE COURT:  That's my question.
5    13:51:20        THE WITNESS:  Oh, yes.
6    13:51:20        THE COURT:  And how does one determine that, when
7    13:51:22  it's folded and not folded?
8    13:51:25        THE WITNESS:  Because you can -- well, first of all,
9    13:51:27  you apply a dealiasing algorithm to the data automatically, all
10   13:51:32  the data.  That's applied to the data.  Frequently, if you have
11   13:51:35  a rapidly moving mesocyclone like this, if it's moving at right
12   13:51:40  angles to the radar sampling, then that -- you've automatically
13   13:51:47  subtracted the translational motion.
14   13:51:51        For instance, if that circulation is moving from
15   13:51:53  left to right, and the radar is sampling it from south to
16   13:51:59  north, it sees none of the translational velocity.  So it sees
17   13:52:03  the actual rotational velocity.  But when that is moving with
18   13:52:10  the winds, then that complicates it.  It contaminates the flow
19   13:52:14  of the circulation.
20   13:52:16  BY MR. RAFFMAN:
21   13:52:16  Q.  And if I could, you just told the Court that when the wind
22   13:52:22  away from the radar gets up above 60, the radar reports it as
23   13:52:28  bright green, and as it gets higher than that, the radar moves
24   13:52:33  back toward the -- toward the middle.
25   13:52:37  A.  That's correct.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1763

| | |
|---|---|
| 1 | 13:52:37  Q.  In this area, Mr. Lemon, what's the significance of the |
| 2 | 13:52:42  fact that you have a darker green in that -- in that part in |
| 3 | 13:52:46  this image? |
| 4 | 13:52:47  A.  Physically, that's what you would not expect.  Normally, |
| 5 | 13:52:51  when you see a region, you would see the outer edges of that |
| 6 | 13:52:59  region having lower velocities than the core of the region, |
| 7 | 13:53:02  where, typically, higher velocities would be. |
| 8 | 13:53:04  In this case, that's exactly reversed.  You have a |
| 9 | 13:53:06  maximum velocity as a ring around it and a minimum velocity in |
| 10 | 13:53:09  the middle of it. |
| 11 | 13:53:11  Q.  So the fact that that is -- that image that you're looking |
| 12 | 13:53:13  at is counter to what you would expect, you infer that that is |
| 13 | 13:53:18  alias data that requires dealiasing? |
| 14 | 13:53:21  A.  Yes, exactly. |
| 15 | 13:53:22  Q.  And so when you dealias the data -- |
| 16 | 13:53:24  MR. RAFFMAN:  Let's go to the next slide. |
| 17 | 13:53:26  BY MR. RAFFMAN: |
| 18 | 13:53:27  Q.  Now you're looking at a dealias -- am I right that DX-311 |
| 19 | 13:53:29  under Figure 9 represents a dealias view of the same |
| 20 | 13:53:34  mesocyclone? |
| 21 | 13:53:35  A.  That's correct.  Now we're looking at ground-relative wind |
| 22 | 13:53:38  that has been dealiased.  It's unfolded. |
| 23 | 13:53:40  Q.  So when it's dealiased, that part that had previously |
| 24 | 13:53:44  shown as a darker green in the alias now shows up as what |
| 25 | 13:53:48  color? |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1764

| | |
|---|---|
| 1 | 13:53:48  A.  Bright red.  Very strong outbound velocities. |
| 2 | 13:53:52  THE COURT:  I guess any question can be made simple. |
| 3 | 13:53:53  Do you ever dealias it and it's still green? |
| 4 | 13:53:58  THE WITNESS:  Yes.  You will see that shortly. |
| 5 | 13:53:59  THE COURT:  Ah, good.  I look forward to it. |
| 6 | 13:54:04  MR. RAFFMAN:  Well, why don't we go there now. |
| 7 | 13:54:07  THE COURT:  It's up to you, counsel. |
| 8 | 13:54:11  MR. RAFFMAN:  Actually, I'm not sure from this that |
| 9 | 13:54:14  I've got it.  But we'll get there.  We'll get there.  I'm going |
| 10 | 13:54:17  to try to move it along, Judge.  I know this is hard, but I'm |
| 11 | 13:54:21  going to try to move it along. |
| 12 | 13:54:23  BY MR. RAFFMAN: |
| 13 | 13:54:23  Q.  So let's go back -- I'm going to move it along by going |
| 14 | 13:54:26  back.  I'm sorry.  Before we depart from Dr. Mitchell's slide, |
| 15 | 13:54:30  this area up in here, you heard Dr. Mitchell say that there's |
| 16 | 13:54:35  something about that area that's -- that's not real or |
| 17 | 13:54:38  that's -- |
| 18 | 13:54:39  A.  Yes.  He said -- he said some of the base up in here might |
| 19 | 13:54:45  be bad, but he said this was good.  So he kind of arbitrarily |
| 20 | 13:54:49  said, oh, well this may be bad and this may be good. |
| 21 | 13:54:53  Q.  In your opinion, what is this area here that he said might |
| 22 | 13:54:56  be bad?  What does that represent? |
| 23 | 13:54:59  A.  Those are all folded velocities.  Note again that the |
| 24 | 13:55:01  highest values are in the outside ring, and then you go to -- |
| 25 | 13:55:04  the minimum values are in the middle. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1765

| | |
|---|---|
| 1 | 13:55:07  Q.  All right.  Now, let's move along. |
| 2 | 13:55:22  MR. RAFFMAN:  Next slide, please.  No, I want to go |
| 3 | 13:55:22  to LL-47. |
| 4 | 13:55:22  BY MR. RAFFMAN: |
| 5 | 13:55:23  Q.  I just have one question.  Dr. Lemon, did your -- |
| 6 | 13:55:23  A.  Mister. |
| 7 | 13:55:24  Q.  Mr. Lemon.  All right.  That's once. |
| 8 | 13:55:27  Mr. Lemon, could your dealiasing program mask that |
| 9 | 13:55:32  mesocyclone? |
| 10 | 13:55:34  A.  Say that again. |
| 11 | 13:55:35  Q.  Did it mask, did it obscure -- |
| 12 | 13:55:38  A.  No. |
| 13 | 13:55:38  Q.  -- did it hide the mesocyclone? |
| 14 | 13:55:39  A.  Oh, no.  There's no masking done at all because, |
| 15 | 13:55:41  certainly, if it was masked, what would the weather service do? |
| 16 | 13:55:45  They couldn't use that data to issue warnings. |
| 17 | 13:55:49  But, no, there's no masking here at all. |
| 18 | 13:55:51  Q.  What the dealiasing program did was to represent the |
| 19 | 13:55:55  actual direction and values of the wind; is that -- |
| 20 | 13:55:59  A.  Precisely. |
| 21 | 13:56:00  Q.  Now, we have a short animation that will show some radar |
| 22 | 13:56:05  data that represents the time period from about 3:00 till |
| 23 | 13:56:10  5:00 in the morning, and so we're going to queue that up. |
| 24 | 13:56:22  MR. KHORRAMI:  I'm not aware of the animation, Your |
| 25 | 13:56:23  Honor. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1766

| | |
|---|---|
| 1 | 13:56:23  THE COURT:  Do you-all want to just take -- do you |
| 2 | 13:56:26  want to discuss it briefly or -- |
| 3 | 13:56:29  MR. KHORRAMI:  We can discuss it. |
| 4 | 13:56:30  MR. RAFFMAN:  I provided Mr. Khorrami with the |
| 5 | 13:56:34  PowerPoint and informed him at the same time that we were going |
| 6 | 13:56:37  to run a sequence of the GR2Analyst images from Katrina, using |
| 7 | 13:56:45  the Katrina base data.  The GR2Analyst program was identified |
| 8 | 13:56:51  to counsel weeks ago.  The base data, of course, is the same |
| 9 | 13:56:54  data that Dr. Mitchell relied on. |
| 10 | 13:56:57  We offered to provide snapshots or grabs of |
| 11 | 13:57:02  any -- any of these materials when we transmitted our |
| 12 | 13:57:04  PowerPoints to counsel, I would say, within the last 48 hours. |
| 13 | 13:57:10  Certainly within the last 24. |
| 14 | 13:57:13  MR. KHORRAMI:  As I recall, Your Honor, animation was |
| 15 | 13:57:16  to be exchanged 30 days prior to trial.  Secondly, snapshots |
| 16 | 13:57:21  don't paint the picture of what the animation shows, nor has |
| 17 | 13:57:26  Mr. Lemon actually testified about anything -- any motion going |
| 18 | 13:57:30  on within the storm system.  He has given snapshots inside of |
| 19 | 13:57:35  his report.  He has given snapshots inside of his PowerPoint. |
| 20 | 13:57:40  We've never -- we've never seen anything of animation. |
| 21 | 13:57:44  THE COURT:  The bottom line is this is an animation |
| 22 | 13:57:46  that you have not seen or discussed? |
| 23 | 13:57:48  MR. RAFFMAN:  Your Honor, it's really -- when I say |
| 24 | 13:57:50  it's an animation, what it is, it's the data, the base II data, |
| 25 | 13:57:56  in the GR2Analyst program.  All it is is the meteorological |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1767

```
1   13:58:03   data.  Nobody has animated anything.
2   13:58:05        THE WITNESS:  It's in time-lapse mode.
3   13:58:08        MR. RAFFMAN:  It's a time-lapse sequence of the
4   13:58:11   actual meteorological data in the actual program.
5   13:58:13        MR. KHORRAMI:  Which actually makes it a bigger issue
6   13:58:16   with me, Your Honor, because if it was simply an animation to
7   13:58:19   make a point with the Court that this is how weather moves
8   13:58:21   around, that's fine.
9   13:58:25        When you're using the actual data and coming up
10  13:58:25   with what the weather did, that's producing evidence and actual
11  13:58:30   calculations that are going on with that evidence.  That's
12  13:58:32   something that we were entitled to long ago.  Certainly, to the
13  13:58:36   extent it moves, it's called animation, and we were entitled to
14  13:58:38   it 30 days prior to trial.
15  13:58:42        MR. RAFFMAN:  If I remember right, 30 days prior to
16  13:58:45   trial was the day on which we first produced Mr. Lemon's
17  13:58:49   report.  If I remember right, we stipulated to permit
18  13:58:52   Dr. Mitchell to be designated out of time on the understanding
19  13:58:57   that we would will be permitted to introduce testimony and
20  13:59:00   evidence in response to Dr. Mitchell's report.
21  13:59:03        In fact, this sequence is in direct response to
22  13:59:07   a graphic that Dr. Mitchell supplied to us -- if you'll go
23  13:59:14   back, it's page 44 of the Mitchell demonstrative -- which was
24  13:59:19   supplied to us not until days before he testified, certainly,
25  13:59:24   and after the trial had already begun.
             JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
```

1768

```
1   13:59:27        So it was our understanding that we would be
2   13:59:30   permitted to offer responsive testimony.  As, Your Honor, will
3   13:59:36   see at the close of the sequence, this is all directly
4   13:59:40   responsive to this Mitchell slide 44, and it's going to end at
5   13:59:45   precisely the moment of Mitchell slide 44.
6   13:59:49        THE COURT:  Based on the accommodation and the late
7   13:59:55   nature of some of this, including Dr. Mitchell, I'm going to
8   13:59:59   allow it.
9                MR. KHORRAMI:  Sure.
10  14:00:02        MR. RAFFMAN:  Thank you, Your Honor.
11  14:00:05   BY MR. RAFFMAN:
12  14:00:05   Q.  So let's start with the -- set the scene for us,
13  14:00:11   Mr. Lemon.  What is the Court looking at here?
14  14:00:14   A.  Well, this is -- what we've done is turned off the
15  14:00:17   reflectivity data.  This, by the way, on the left is the
16  14:00:21   reflectivity scale.  There have been comments about the blues,
17  14:00:25   that it was bad data.  It's not.  It's light precipitation.  So
18  14:00:30   the echo's been turned off.
19  14:00:32        Here's the radar.  The canal is right down in here,
20  14:00:34   to orient you before we put the data on.
21  14:00:42   Q.  All right.
22  14:00:42   A.  Now, if we put the reflectivity data on...
23  14:00:48   Q.  What are we seeing here, Mr. Lemon?
24  14:00:51   A.  Well, this is a still image, obviously, of reflectivity.
25  14:00:55   This is the rainfall occurring around the hurricane.
             JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
```

1769

```
1   14:01:00   Q.  All right.  And what time is depicted in this image?
2   14:01:08   A.  It's in the upper left, what, 0758.  That's GMT.  So
3   14:01:11   that's 0258 CDT.
4   14:01:15   Q.  We're starting at about 3:00 in the morning Central
5   14:01:19   Daylight Time?
6   14:01:19   A.  Yes.
7   14:01:20   Q.  All right.  So take the Court through what the storm does
8   14:01:23   in terms of the reflectivity, the circulation.
9   14:01:25   A.  Yes.  Could we do the time lapse?
10  14:01:25   Q.  What's happening here?
11  14:01:29   A.  Okay.  The point here is you can see very clearly the
12  14:01:36   cyclonic circulation, counterclockwise circulation around the
13  14:01:44   eye.  So you can see that all this precipitation is being swept
14  14:01:48   around that circulation.  It's all moving in a counterclockwise
15  14:01:52   fashion, with a hurricane eye being here.
16  14:01:56   Q.  And as reflected in the counterclockwise circulation, in
17  14:01:59   what direction would you expect to see the wind blowing at the
18  14:02:03   Inner Harbor Navigation Canal?  Which, for the record, is in
19  14:02:06   the small triangle or near the small triangle where my laser
20  14:02:11   pointer is pointing.
21  14:02:12   A.  Yes.  And it's northeasterly at that location.  Now,
22  14:02:16   notice, by the way --
23  14:02:17   Q.  "Northeasterly" meaning from what direction?  From?
24  14:02:21   A.  From the northeast toward the southwest.
25  14:02:26   Q.  All right.
             JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
```

1770

```
1   14:02:26   A.  An important point is you can see right in this region,
2   14:02:28   you can see that the precipitation is circulating from the
3   14:02:33   southeast toward the northwest, toward the radar.
4   14:02:36        Over in here, it's away from the radar, from the
5   14:02:43   northeast toward the southwest.
6   14:02:43   Q.  All right.
7   14:02:43   A.  And further ranges were closer to the eye.  Let's
8   14:02:46   Q.  All right.  Now, let's turn it to -- all right.  Let's
9   14:02:56   flip the -- go to the next sequence, Mr. Lemon.
10  14:03:01   A.  I think what we want to do here is turn on reflectivity --
11  14:03:11   I'm sorry, velocity.  Thank you.  And magnify up here.  Too
12  14:03:15   much.  Okay.
13  14:03:17   Q.  Tell the Court what we're looking at here.
14  14:03:20   A.  These are dealias velocities.  The velocities have all
15  14:03:25   been dealiased.  So we have very strong winds inflow; that is,
16  14:03:29   the greens are inflow toward the radar from the southeast here,
17  14:03:34   very strong outflow away from the radar here.
18  14:03:38        So what we -- what we would see is a wind field like
19  14:03:44   this around the eye.  That is inconsistent -- that's
20  14:03:50   consistent, in harmony, with what we just saw in reflectivity.
21  14:03:54   Q.  And so what direction would you expect to have the wind
22  14:03:57   blowing at the Inner Harbor Navigation Canal according to this
23  14:04:01   velocity data?
24  14:04:02   A.  Strongly from -- northeasterly wind, strongly from the
25  14:04:07   northeast toward the southwest.
             JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
```

**1771**

1   14:04:09   Q.   All right.  Now, let's see when you turn the dealiasing
2   14:04:14   function off.
3   14:04:15   A.   Yes.  Let's go up here to "View."  Go down here.  Notice,
4   14:04:19   the dealiasing velocity is checked.  That means it's turned on.
5   14:04:24   Turn it off.
6   14:04:25        Now, we see -- this area here, which now appears to
7   14:04:31   be away from the radar -- in fact, let's move the cursor down
8   14:04:35   here.  We look down here and this says it's plus-21 knots
9   14:04:40   toward the radar -- I'm sorry, away from the radar.
10  14:04:45        Now, if you remember what we've seen in the
11  14:04:48   reflectivity field, that's opposite of what the reflectivity
12  14:04:51   motion was telling us.  So this looks strange.  It doesn't
13  14:04:56   match.
14  14:04:57        Now, this is where we can see all the precipitation
15  14:05:00   moving toward the southwest, but all these velocities have
16  14:05:04   become inbound, radar-relative inbound velocities.  This
17  14:05:09   doesn't make sense.  This is incoherent when compared to the
18  14:05:13   reflectivity field.  It makes no sense.
19  14:05:17        That is, the level II data as displayed here has not
20  14:05:22   been dealiased.  And that is the case with the level II data in
21  14:05:26   the radar network.
22  14:05:28   Q.   We're going to look at one more image of the alias data at
23  14:05:32   3:32 or 3:31 a.m., and we're going to now -- well, what do you
24  14:05:42   see in the alias or the folded data?  Do you see any features
25  14:05:49   that look like images we've seen before?

**1772**

1   14:05:51   A.   We were just talking about this mesocyclone.  We were just
2   14:05:53   talking about this field.  It wasn't -- it was magnified then.
3   14:05:57   It's not magnified now.  Now we see the entire flow field.  And
4   14:06:01   we can clearly see we got a problem here; we've certainly got a
5   14:06:06   problem here; as we showed earlier, we've got a problem here.
6   14:06:09        Now if we can turn that back on -- we can do it right
7   14:06:13   here -- we dealias velocities.  Now, all these velocities are
8   14:06:20   properly unfolded.  They're all ground-relative and they're in
9   14:06:25   harmony.  They're very consistent with what we saw in the
10  14:06:28   time-lapse loop with the reflectivity field.  The data has been
11  14:06:33   unfolded, dealiased.
12  14:06:37        THE COURT:  Just out of curiosity, what is the color
13  14:06:42   that's not green or red, but --
14  14:06:44        MR. RAFFMAN:  The purples.
15  14:06:44        THE WITNESS:  Okay.  That's a good question.
16  14:06:45        THE COURT:  The Rorschach figures that appear on
17  14:06:51   there.
18  14:06:51        THE WITNESS:  The purple --
19  14:06:51        THE COURT:  Purple --
20  14:06:51        MR. RAFFMAN:  Purple.
21  14:06:51        THE COURT:  -- okay.
22  14:06:51        THE WITNESS:  You see a lot of purple.  That purple
23  14:06:53   is affectionately called in the weather service "purple haze,"
24  14:06:59   and it -- what it means is range overlay data.  That is there
25  14:07:01   are two -- well, we've been unable to unfold the data.  So we

**1773**

1   14:07:08   know the velocities at those areas indicated as purple are
2   14:07:13   coming from more than one range interval, more than one -- more
3   14:07:21   than one range interval.
4   14:07:26        So we have data from one location folded back
5   14:07:29   onto another -- onto the same location from another.  So we
6   14:07:31   don't know where the velocities came from, so we have to
7   14:07:35   color-code it purple.  We can't use the velocities.
8   14:07:37        THE COURT:  Okay.
9   14:07:37   BY MR. RAFFMAN:
10  14:07:38   Q.   So let's move to the next set of images here.  LL-17 --
11  14:07:56   this is Defendant's Exhibit 311, the Lemon report, Figure 8.
12  14:08:03        To orient the Court, what geographic area is shown in
13  14:08:07   this figure?
14  14:08:08   A.   This is northeast of the Inner Harbor Navigation Canal by
15  14:08:11   about 40 miles, maybe a little more.  You can see Bay of
16  14:08:15   St. Louis right up in here.
17  14:08:21   Q.   And what meteorological feature is shown in these four --
18  14:08:24   before we do that, these four are all what product?
19  14:08:31   A.   Storm-relative velocity.
20  14:08:32   Q.   Storm-relative velocity.
21  14:08:32        And that means that the effect of the hurricane is
22  14:08:36   excluded?
23  14:08:37   A.   Yes.  And by the way, storm-relative velocity has exactly
24  14:08:40   the same resolution as base velocity.  This is equally as fine
25  14:08:45   as base velocity.

**1774**

1   14:08:47   Q.   So what does the meteorological data show in this image?
2   14:08:50   A.   We show a strong convergent mesocyclone here.  This is
3   14:08:55   about 2,000 feet above the surface.
4   14:08:58   Q.   Pointing to the upper left-hand image to the feature in
5   14:09:02   the middle where there's a white arrow?
6   14:09:06   A.   Right.  This is at a higher elevation.  This is about -- I
7   14:09:10   think it's 5,500 feet.
8   14:09:11   Q.   And for the record, you're pointing now to the same
9   14:09:14   feature in the upper right image?
10  14:09:16   A.   Right.  And I'm illustrating the vertical continuity with
11  14:09:17   the circulation.  With this one is up at about, I believe,
12  14:09:22   8,500 feet.  And this is at 18,000 feet.
13  14:09:27        What we see is that's the depth of the circulation.
14  14:09:31   We have a convergent circulation here.  We have almost pure
15  14:09:36   rotation here and here.  We have divergence here and --
16  14:09:39   Q.   And divergence is in the lower right; right?
17  14:09:43   A.   In the lower right.  18,000 feet.  It's gone to
18  14:09:46   divergence.
19  14:09:47   Q.   Okay.  So is there a mesocyclone in this image?
20  14:09:50   A.   I've just described the mesocyclone.
21  14:09:52        One other thing I want to point out is right here is
22  14:09:55   the TVS.
23  14:09:56   Q.   All right.  When you say "right here," it's the upper
24  14:09:59   left-hand image and the feature in the middle; right?
25  14:10:03   A.   Yes.

1775

```
14:10:04   Q.  All right.  And so when there's a real true mesocyclone in
14:10:07   the radar data, as opposed to a dot identified by a level III
14:10:12   algorithm, you can pick it out looking at the base data; right?
14:10:19   A.  Absolutely.
14:10:19   Q.  And you've done that here with this image; right?
14:10:21   A.  Yes.  And we teach these circulations because, 90 percent
14:10:25   of the time, mesocyclones are severe in some fashion.  That's
14:10:30   why, in this case, the weather service issued a tornado warning
14:10:36   for the Bay of St. Louis and beyond.
14:10:39   Q.  That mesocyclone that's now been identified in this set of
14:10:43   images, is that affecting the Inner Harbor Navigation Canal?
14:10:45   A.  In no way.
14:10:46   Q.  Did you see any features like this mesocyclone in any of
14:10:49   the images you looked at respecting the Inner Harbor Navigation
14:10:52   Canal?
14:10:53   A.  Did not.  No feature like this moved over the canal, no.
14:10:59   Q.  All right.  Let's go to Figure 10 from your report, DX --
14:11:05   this is at 3:37 a.m.  Let's do a couple more of these images,
14:11:10   and then we'll move along.
14:11:11       What do you see in this report as respects
14:11:12   reflectivity?
14:11:13   A.  We see that the reflectivity is right -- or the Inner
14:11:16   Harbor Navigational Canal is right there.  The rainfall has
14:11:21   just gone from extremely heavy, probably near zero
14:11:25   visibilities, to still heavy rainfall, but somewhat lighter.
```

1776

```
14:11:30   Q.  All right.  Let's go to the velocity, the ground-relative
14:11:37   velocity and storm-relative velocity images.  What do you see
14:11:39   in these two images?
14:11:41   A.  Well, let's look first at the storm-relative because we
14:11:44   can see it more clearly.  In the storm-relative fashion, we see
14:11:47   radar inbound velocities here and we see radar outbound
14:11:52   velocities here.  That's a convergence zone.  That's flow into
14:11:57   the base of the updraft.  That's low-level flow, about 1,000
14:12:00   feet off the ground, flowing into the updraft.
14:12:05       And we see it by these -- what we've done is taken --
14:12:08   if you remember the mesocyclone schematic, we've rotated it
14:12:15   90 degrees.  So now, rather than being as mutually adjacent,
14:12:20   they're now at different ranges but on the same axis.  So we've
14:12:24   rotated it.
14:12:25   Q.  So what we have here, not to put too fine a point on it,
14:12:30   is one of these updraft situations that you described earlier?
14:12:33   A.  Exactly.  And there's another important point here -- and
14:12:35   I'm sorry.  I interrupted.
14:12:36   Q.  No, no.  Go ahead.
14:12:38   A.  Another important point here that I want to point out is a
14:12:41   downburst microburst signature is -- looks exactly like this,
14:12:46   and the flow is reversed.
14:12:48   Q.  Except -- except -- it looks like that except what?
14:12:51   A.  Except the green is now where the red is, the red is now
14:12:54   where the green is, and this becomes a strong point divergence
```

1777

```
14:12:59   signature.  That is what a microburst looks like in the base
14:13:02   data.
14:13:02   Q.  So to be clear for the Court, the image you have here at
14:13:08   storm-relative velocity is green and red, positioned in such a
14:13:13   way that you have wind blowing from the ground up into the
14:13:18   storm; right?
14:13:19   A.  Correct.
14:13:20   Q.  If you were to find a signature in which the green were on
14:13:25   top and the red were on the bottom, then you would have a
14:13:28   situation in which the wind is blowing -- or the wind -- the
14:13:31   wind is coming downward and diverging; is that right?
14:13:36   A.  That's exactly right.  That's the signature of a
14:13:38   microburst.
14:13:39   Q.  Did you see any of those microburst signatures in your
14:13:42   review of the data for the Hurricane Katrina data at the Inner
14:13:47   Harbor Navigation Canal?
14:13:49   A.  There were absolutely no microbursts over the canal.  In
14:13:52   fact, there were no microbursts detected through that time
14:14:00   period.
14:14:01   Q.  Now, spectrum width, that's the bottom right corner;
14:14:04   right?
14:14:05   A.  Yes.
14:14:05   Q.  What does the bottom right corner image tell you about
14:14:08   spectrum width at the area of the Inner Harbor Navigation
14:14:10   Canal, which I've pointed to --
```

1778

```
14:14:12   A.  It's right up there.
14:14:13   Q.  Okay.
14:14:13   A.  The spectrum winds are very, very narrow, and that means
14:14:18   that there is not a lot of dispersion over the pulse volume.
14:14:23   It's remarkably uniform, a remarkably uniform wind.
14:14:35   Q.  All right.  Let's continue.  I think we're going to -- I
14:14:41   need to shorten this examination up a little bit here.
14:14:44       These are your two -- your first two conclusions are
14:14:47   that the wind on the barge was acting in the direction of the
14:14:50   west side of the canal and that, to the extent winds are acting
14:14:54   on the barge, they would tend to move it toward the west side.
14:14:58   That's your first two conclusions; right?
14:15:00   A.  Yes.  The data indicates a strong northwest wind, that is,
14:15:02   northeast to southwest.
14:15:04       MR. KHORRAMI:  I'm going to object to that, Your
14:15:06   Honor.  The witness specifically said --
14:15:07       THE COURT:  I can't hear you, sir.
14:15:09       MR. KHORRAMI:  The witness specifically stated that
14:15:10   he would not be talking about how the winds would affect the
14:15:13   barge in particular or where they would keep the barge at all.
14:15:16   So that's outside --
14:15:18       THE COURT:  It was mainly the movement of the barge.
14:15:21   I think this is -- I think this is in his report.
14:15:24       MR. RAFFMAN:  I believe so, and I don't want -- but I
14:15:26   don't want to imply to the Court or to counsel that this
```

**1779**

```
 1  14:15:29  witness is testifying about where the barge moved or --
 2  14:15:33     THE COURT:  Where it was beforehand.
 3  14:15:34     MR. RAFFMAN:  -- how the barge moves under wind.  I
 4  14:15:36  want to be fair to counsel and to the Court.
 5  14:15:40     THE COURT:  Okay.  I understand.  The bottom line is,
 6  14:15:42  if the wind is blowing from the northeast, the Court can kind
 7  14:15:51  of the figure out where an object would go unless there are
 8  14:15:55  countervailing forces that would somehow overcome the wind.
 9  14:16:00     MR. RAFFMAN:  All right.  Thank you, Your Honor.
10  14:16:02     Let me go on to the next slide, please.
11  14:16:04  BY MR. RAFFMAN:
12  14:16:06  Q.  Have you reviewed the radar images that are available from
13  14:16:13  7:00 in the evening on the 28th until 8:54 a.m. on the morning
14  14:16:18  of the 29th?
15  14:16:20  A.  I have.
16  14:16:20  Q.  And here you see three of those images, Mr. Lemon?
17  14:16:24  A.  Yes.
18  14:16:24  Q.  And the images show red, which suggests the wind is
19  14:16:28  blowing from the radar, outbound from the northeast to the
20  14:16:32  southwest?
21  14:16:33  A.  Yes.
22  14:16:33  Q.  And the images you reviewed, did all of them have similar
23  14:16:41  red colors?
24  14:16:44  A.  This is exemplary of what we saw over the entire period,
25  14:16:48  yes.
```

**1780**

```
 1  14:16:50  Q.  Let's go to the next conclusion, No. 3:  "No mesocyclones
 2  14:16:54  passed over the IHNC during the early morning hours of the
 3  14:16:58  29th; the barge did not experience microburst winds or wind
 4  14:17:02  gusts associated with mesocyclones; and that mesocyclones did
 5  14:17:04  not affect the barge."
 6  14:17:05     Did you review all the available radar images for the
 7  14:17:08  Inner Harbor Navigation Canal from 7:00 Central Daylight Time
 8  14:17:12  p.m. on August 28th until 8:54 a.m. on August 29th?
 9  14:17:18  A.  I did.
10  14:17:20  Q.  Did any of those radar images show mesocyclone at the
11  14:17:24  Inner Harbor Navigation Canal?
12  14:17:25  A.  Absolutely not, at no time.
13  14:17:30  Q.  Next conclusion:  "There were no winds with
14  14:17:31  multidirectional components at the Inner Harbor Navigation
15  14:17:36  Canal and that measured wind data showed winds were uniform
16  14:17:39  with no multidirectional components."
17  14:17:43     Did you review all the images -- all the radar images
18  14:17:48  from 7:00 p.m. Central Daylight Time on the 28th of August
19  14:17:53  through 8:54 in the morning on August 29th?
20  14:17:56  A.  I did.
21  14:17:56  Q.  Did any of these radar images show the presence of
22  14:17:59  multidirectional winds at the Inner Harbor Navigation Canal and
23  14:18:01  the barge?
24  14:18:02  A.  Absolutely not.  The spectrum winds were remarkably smooth
25  14:18:07  throughout that period.
```

**1781**

```
 1  14:18:11  Q.  All right.  Let's turn to your last conclusion:
 2  14:18:18  "Dr. Mitchell's report contains errors of analysis and
 3  14:18:21  interpretation that lead to erroneous and unsubstantiated
 4  14:18:25  conclusions."
 5  14:18:27     I'm going to ask just some -- we'll shorten it up a
 6  14:18:28  bit.  Dr. Mitchell identified mesocyclones at the location of
 7  14:18:32  the Inner Harbor Navigation Canal.  You heard him say that;
 8  14:18:34  right?
 9  14:18:35  A.  Yes.
10  14:18:35  Q.  And do you agree that there were mesocyclones present
11  14:18:39  there?
12  14:18:39  A.  No, I don't.
13  14:18:41  Q.  Let's look at one or two, and we'll explain.
14  14:18:45     MR. RAFFMAN:  Next image please.
15  14:18:47  BY MR. RAFFMAN:
16  14:18:48  Q.  I'm showing Defendant's Exhibit 312, page 8 of
17  14:18:52  Dr. Mitchell's report, where he identified a cell G-0 located
18  14:18:55  near the Inner Harbor Navigation Canal at 2:15 in the morning.
19  14:19:00     Did you look at the radar images for 2:15 in the
20  14:19:03  morning?
21  14:19:04  A.  I did.
22  14:19:04  Q.  And did they show a mesocyclone there?
23  14:19:07  A.  They did not.
24  14:19:08  Q.  Let's look at the next figure, 13.  What do the radar
25  14:19:14  images show about the presence of mesocyclones or other
```

**1782**

```
 1  14:19:19  activity at the area of the Inner Harbor Navigation Canal?
 2  14:19:22  A.  Well, they show very nicely in the storm-relative where
 3  14:19:27  you can see the circulations --
 4  14:19:28  Q.  Wait a minute.  I'm asking about the Inner Harbor
 5  14:19:29  Navigation Canal?
 6  14:19:29  A.  Oh, I'm sorry.  At the canal itself, no, there's nothing
 7  14:19:33  there.  No mesocyclones.
 8  14:19:35  Q.  What you see in the ground reflectivity is bright red,
 9  14:19:38  indicating strong flow away from the radar?
10  14:19:41  A.  Yes.
11  14:19:42  Q.  With no mesocyclonic activity?
12  14:19:44  A.  None at all.
13  14:19:45  Q.  And what you see in the storm-relative velocity is pretty
14  14:19:48  uniform pink activity, suggesting that, even when the factor of
15  14:19:51  the hurricane is taken out, the direction of the wind is mildly
16  14:19:56  away from the radar and toward the canal; right?
17  14:19:59  A.  That's correct.
18  14:19:59  Q.  Now -- now, I'm going to ask you:  Do you see any
19  14:20:03  mesocyclones anywhere else?
20  14:20:05  A.  Yes.
21  14:20:06  Q.  Where do you see mesocyclones in the base data?
22  14:20:09  A.  They're indicated here.  There's one here, one here, and
23  14:20:13  one here.
24  14:20:14  Q.  And when you say "here," you're referring to the places
25  14:20:18  where the white arrows are in Figure 13 of your report?
```

## 1783

```
1   14:20:24   A.  That's correct.
2   14:20:24   Q.  And those are out in the Gulf of Mexico?
3   14:20:27   A.  They are.
4   14:20:27   Q.  Now, the judge asked you a question earlier, and I wanted
5   14:20:29   to try to come back to that.
6   14:20:32       Those mesocyclones, when you look at them in
7   14:20:37   storm-relative velocity, are all the winds going in the
8   14:20:44   direction of the radar or away from the radar?
9   14:20:46       Your Honor asked a -- I'm trying to capture Your
10  14:20:47   Honor's question.  I'm sorry.
11  14:20:48   A.  Yes.  All the circulations are cyclonic.  They're all
12  14:20:52   rotating in the same sense.
13  14:20:54   Q.  All right.  But when you look in the ground-relative in
14  14:20:56   this particular instance, all the direction of all the wind
15  14:20:59   flow is green and, therefore --
16  14:21:05   A.  Inbound.
17  14:21:05   Q.  -- inbound?
18  14:21:07   A.  Toward the radar.
19  14:21:08   Q.  And that's a similar concept to the one you showed earlier
20  14:21:10   with the red outbound for that mesocyclone we spent time
21  14:21:14   talking about at 3:31; right?
22  14:21:17   A.  To answer directly, you can see that this dealiasing
23  14:21:22   algorithm preserves the actual velocity of the wind.  It does
24  14:21:25   not filter -- there's no filtering.  There's no removal of data
25  14:21:32   whatsoever.  It simply unfolds the velocity.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1784

```
1   14:21:34   THE COURT:  I understand that the mesocyclones
2   14:21:36   rotate, obviously, in this hemisphere the same way that a
3   14:21:42   hurricane does, but that a mesocyclone, it's my understanding
4   14:21:46   and correct me, can on some occasions perturb the wind movement
5   14:21:52   so that it's not all moving in the same direction.  Is that
6   14:21:57   true?  Can that happen?
7   14:21:59   THE WITNESS:  Well, it's a rotating wind field.
8   14:22:03   THE COURT:  Okay.  I guess is my question answerable:
9   14:22:05   Can it happen that the wind is perturbed by a mesocyclone so
10  14:22:08   that all -- so the wind is not uniform in a specific area?
11  14:22:16   THE WITNESS:  Oh, absolutely.
12  14:22:17   THE COURT:  That was my question.  So do any of these
13  14:22:22   show perturbation of wind?
14  14:22:24   THE WITNESS:  They clearly do in -- not at the
15  14:22:26   harbor, but out in here where these --
16  14:22:28   THE COURT:  Yeah.  See, that's what I thought you
17  14:22:29   were saying.  I just wanted to get it clear.  That's what I
18  14:22:32   thought you said.
19  14:22:33   THE WITNESS:  Okay.
20  14:22:33   THE COURT:  I got a little confused --
21  14:22:35   THE WITNESS:  These are signatures of rapidly
22  14:22:36   rotating wind fields.
23  14:22:37   THE COURT:  Gotcha.  I understand.
24  14:22:37   MR. RAFFMAN:  I didn't want the examination to --
25  14:22:37   THE COURT:  These are the ones that I was asking
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1785

```
1   14:22:43   about do they exist, and he's showing me they do.  That's my
2   14:22:47   understanding.
3   14:22:47   MR. RAFFMAN:  Thank you, Your Honor.
4   14:22:48   THE WITNESS:  They're very important to warning
5   14:22:49   programs.  When we see them, we know a warning is needed.
6   14:22:55   THE COURT:  But you have to see them looking at
7   14:22:56   the -- apparently, you can't do it by looking at the
8   14:22:59   algorithms.  You have to -- somebody has to be looking at the
9   14:23:01   base data; correct?
10  14:23:03   THE WITNESS:  That's exactly right, yes.
11  14:23:05   THE COURT:  So who's doing that?  When we get our
12  14:23:07   warnings, where do we get them from?
13  14:23:09   THE WITNESS:  The warning forecasters are dedicated
14  14:23:12   to AWIPS work stations, and that's exactly what they do.  They
15  14:23:15   look all the time at base data.
16  14:23:18   THE COURT:  So they are not -- then when are the
17  14:23:21   algorithms used?
18  14:23:23   THE WITNESS:  Just about never.  They're very rarely
19  14:23:25   used.
20  14:23:26   THE COURT:  But why would we get those images that we
21  14:23:28   saw in Dr. Mitchell's presentation of all the little white dots
22  14:23:33   that say "mesocyclone"?
23  14:23:33   THE WITNESS:  That's a good question.  In the design
24  14:23:36   of this machine when it was -- before we had even released it
25  14:23:40   to the field, we designed, at the government's request, what we
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1786

```
1   14:23:50   called a product request list, and it's made for level III
2   14:23:53   products.  On that level III product request list are the TVS
3   14:23:59   and mesocyclone algorithms.  So they're automatically, all the
4   14:24:03   time, generated, even though they're not used by the warning
5   14:24:06   forecaster.
6   14:24:07   THE COURT:  Thank you.
7   14:24:09   MR. RAFFMAN:  Thank you, Your Honor.
8   14:24:09   BY MR. RAFFMAN:
9   14:24:09   Q.  So let's -- again, I want to look at the image for
10  14:24:14   3:42 a.m. because there was discussion about that.
11  14:24:16   MR. RAFFMAN:  Let's go to the next slide, please.
12  14:24:18   BY MR. RAFFMAN:
13  14:24:23   Q.  In Dr. Mitchell's report, he had a statement that:
14  14:24:25   "There's an indication of thunderstorm cells A-4 and Y-4 having
15  14:24:31   wind shear and a mesocyclone at the time of the radar image
16  14:24:34   3:42 a.m. over the canal."
17  14:24:37       Do you agree with that statement by Dr. Mitchell?
18  14:24:42       At the canal location, so that the wind gusts at the
19  14:24:44   canal have got multidirectional wind components.  Do you agree
20  14:24:49   with that?
21  14:24:50   A.  No, I don't.
22  14:24:51   Q.  All right.  Let's go to the 3:42 image.  Mr. Lemon,
23  14:24:55   explain to the Court what the radar image for 3:42 a.m. shows
24  14:25:00   about wind conditions at the canal.
25  14:25:03   A.  Again, the canal is about right here.  We can see that the
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

15 (Pages 1783 to 1786)

**1787**

| | |
|---|---|
| 1 | 14:25:07   winds are -- |
| 2 | 14:25:09   Q.  For the record, you're pointing to the yellow dot in the |
| 3 | 14:25:12   upper right-hand quadrant, in about the middle.  Okay? |
| 4 | 14:25:17   A.  The winds are consistently from the northeast, as they |
| 5 | 14:25:20   have been throughout the period, but you'll notice there's some |
| 6 | 14:25:23   slight decrease in wind speed.  I think -- or velocity.  I |
| 7 | 14:25:26   think that's due to a more easterly flow of the wind that is |
| 8 | 14:25:29   more from the east towards the west here.  It's slackened |
| 9 | 14:25:33   somewhat in response to the convergence into the base of the |
| 10 | 14:25:36   updraft here. |
| 11 | 14:25:37      There's not rotation.  There's not a mesocyclone. |
| 12 | 14:25:41   There's convergence up in here in -- over the lake water, to |
| 13 | 14:25:45   the north, about -- I think it's about 4 miles north of the |
| 14 | 14:25:49   harbor, but it's not affecting the winds at the harbor at all. |
| 15 | 14:25:53   Q.  In terms of multidirectional flow, what does the spectrum |
| 16 | 14:26:01   width image disclose -- |
| 17 | 14:26:03   A.  You can see -- |
| 18 | 14:26:04   Q.  Let me finish my question. |
| 19 | 14:26:05      What does the spectrum width image on the right show |
| 20 | 14:26:08   about multidirectional winds at 3:42 a.m.? |
| 21 | 14:26:12   A.  It shows none. |
| 22 | 14:26:14   Q.  No multidirectional winds? |
| 23 | 14:26:15   A.  No. |
| 24 | 14:26:16   Q.  And that's because the color of the dot is very dark, |
| 25 | 14:26:18   indicating very -- indicating what? |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1788**

| | |
|---|---|
| 1 | 14:26:21   A.  Indicating very low-spectrum winds. |
| 2 | 14:26:25      And you can see up here where the convergent zone it |
| 3 | 14:26:29   is itself, there is a more turbulent character to the flow |
| 4 | 14:26:32   there.  But it's not at the harbor at all. |
| 5 | 14:26:36   Q.  All right.  Let's go to the last -- I'm going to skip this |
| 6 | 14:26:40   part.  The NEXRAD radar indicates -- this is Mitchell report, |
| 7 | 14:26:50   page 34 and 35, where looked at the images and found that: |
| 8 | 14:26:54   "Green next to red on the base radial velocity indicated wind |
| 9 | 14:26:58   shear and cyclonic rotation." |
| 10 | 14:27:00      You've seen that in his report? |
| 11 | 14:27:01   A.  I saw that in his report, yes. |
| 12 | 14:27:03   Q.  And do you agree that the images he showed indicate wind |
| 13 | 14:27:06   shear and cyclonic rotation? |
| 14 | 14:27:08   A.  Not at all.  He's misinterpreting folded data. |
| 15 | 14:27:13   Q.  And if you unfold the data, what does it show? |
| 16 | 14:27:16   A.  Uniform northeasterly flow without these indications that |
| 17 | 14:27:20   he's talking about. |
| 18 | 14:27:22      MR. RAFFMAN:  All right.  Thank you, Your Honor.  I |
| 19 | 14:27:23   tender the witness. |
| 20 | 14:27:25      THE COURT:  Thank you.  I'm going to give you -- |
| 21 | 14:27:26   we're going to take a little earlier break, just to give you |
| 22 | 14:27:29   about 10 minutes.  Then we'll try to get through your entire |
| 23 | 14:27:36   cross without taking a break. |
| 24 | 14:27:38      MR. KHORRAMI:  Okay. |
| 25 | 14:27:39      THE COURT:  Okay. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1789**

| | |
|---|---|
| 1 | 14:27:40      THE DEPUTY CLERK:  All rise. |
| 2 | 14:27:41      (WHEREUPON, the Court took a recess.) |
| 3 | 14:44:13      THE DEPUTY CLERK:  All rise, please.  Court's in |
| 4 | 14:44:24   session.  Please be seated. |
| 5 | 14:44:38      THE COURT:  Yes, sir. |
| 6 | 14:44:42   BY MR. KHORRAMI: |
| 7 | 14:44:42   Q.  Good afternoon, Mr. Lemon.  I want just wanted to make |
| 8 | 14:44:46   sure that you're feeling okay.  If at any time you have a |
| 9 | 14:44:48   feeling you're needing a little break, you let me know. |
| 10 | 14:44:52   Okay? |
| 11 | 14:44:52   A.  I'm glad you asked.  Thank you.  I feel fine. |
| 12 | 14:44:54   Q.  Okay.  Great. |
| 13 | 14:44:55      What I wanted to start with one of the last slides |
| 14 | 14:45:02   that you looked at.  I believe it's Figure 13 to your report. |
| 15 | 14:45:07   You testified about this.  The Court had asked you whether |
| 16 | 14:45:11   there's any time when, at the ground level, you have velocities |
| 17 | 14:45:17   that are going -- on the right side, for example, going against |
| 18 | 14:45:23   the direction -- away from the radar or, on the left side, |
| 19 | 14:45:29   coming towards the radar? |
| 20 | 14:45:30      This is the base velocity quadrant; right? |
| 21 | 14:45:35   A.  Yes. |
| 22 | 14:45:35   Q.  And that's what we're feeling at the ground level; right? |
| 23 | 14:45:37   A.  Yes. |
| 24 | 14:45:38   Q.  That's what would be at the barge's level; right? |
| 25 | 14:45:41   A.  Yes. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1790**

| | |
|---|---|
| 1 | 14:45:42   Q.  And something that came up was whether, ever, we would |
| 2 | 14:45:46   have a situation where this area that's all green, even though |
| 3 | 14:45:50   there are mesocyclones in it -- because you pointed them out |
| 4 | 14:45:52   right here -- we had a situation where, on the ground, we'd |
| 5 | 14:46:00   have winds coming and something that's different from the |
| 6 | 14:46:00   synoptic winds that are there. |
| 7 | 14:46:02   A.  Yes. |
| 8 | 14:46:03   Q.  We would. |
| 9 | 14:46:03      In this situation, is that happening? |
| 10 | 14:46:07   A.  No. |
| 11 | 14:46:07   Q.  Okay.  In any of the slides that you've shown today on the |
| 12 | 14:46:11   ground level, has that happened? |
| 13 | 14:46:13   A.  No. |
| 14 | 14:46:26      THE COURT:  The question -- how do you measure on the |
| 15 | 14:46:26   ground level?  Does the radar go from ground zero to... |
| 16 | 14:46:34      THE WITNESS:  That's a very good question.  It's |
| 17 | 14:46:36   something that I didn't get into earlier, and that is that, as |
| 18 | 14:46:38   a first approximation, the radar beam goes straight outward. |
| 19 | 14:46:44   It does curve slightly downward due to the refractive index |
| 20 | 14:46:50   change in the atmosphere. |
| 21 | 14:46:52      But the radar horizon is one of the problems |
| 22 | 14:46:55   because, as the beam gets farther away from the radar, it's |
| 23 | 14:46:58   farther and farther off the ground because the earth's |
| 24 | 14:47:03   curvature drops out from under the beam.  So the beam is at |
| 25 | 14:47:06   higher elevation angles the farther out it goes. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1791**

```
14:47:10        THE COURT:  Okay.
14:47:11   BY MR. KHORRAMI:
14:47:11   Q.  Now, you mentioned that you received your bachelor's
14:47:13   degree; right?
14:47:14   A.  Yes.
14:47:14   Q.  And it was in meteorology?
14:47:16   A.  Yes.
14:47:17   Q.  You did not receive your master's; correct?
14:47:17   A.  That's true.
14:47:20   Q.  In fact, you had to leave school in your first semester;
14:47:23   correct?
14:47:24   A.  Yes.
14:47:24   Q.  And you've never returned to school?
14:47:26   A.  That's true.
14:47:26   Q.  Since that time, you've taken no courses in meteorology;
14:47:29   correct?
14:47:33   A.  Yes.  I think that's true.
14:47:34   Q.  Okay.  You've taken no courses in mathematics?
14:47:38   A.  No.
14:47:39   Q.  No courses in physics?
14:47:41   A.  No.
14:47:42   Q.  You've had no courses that train you on Doppler Radar;
14:47:45   correct?
14:47:46   A.  Well, one of the things that -- I've got to put a
14:47:50   stipulation in here:
```

                   JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA

**1792**

```
14:47:51        One of the things is, first of all, my research is on
14:47:55   the cutting edge, and so I'm developing new techniques and new
14:47:59   algorithms, new ways of analyzing the data, number one;
14:48:03        Number two, I work in the National Weather Center,
14:48:08   where there's a large number of radar organizations.  As such,
14:48:13   we have about probably six or seven seminars each week, and all
14:48:18   these seminars are of the latest developments.  So I attend a
14:48:23   number of those seminars.
14:48:26        Individually, I attend professional conferences where
14:48:30   new data and new techniques are presented.  And I certainly
14:48:34   read as well.  So I'm continuously educating myself.
14:48:39   Q.  I understand that.  But you've had no formal courses on
14:48:42   Doppler Radar?  That's all I'm asking.
14:48:45   A.  I teach them.
14:48:46   Q.  I understand that.  But you've never been a student
14:48:49   yourself?
14:48:49   A.  No.
14:48:49   Q.  That's all I'm asking.  Thank you.
14:48:52        THE COURT:  Let me pursue my question.
14:49:00        Can radar technology, including Doppler
14:49:03   technology, actually measure wind velocity at ground level?
14:49:08        THE WITNESS:  Close to the radar, yes.
14:49:11        THE COURT:  And as you were explaining, the more
14:49:16   distance from the radar, the more problematic that becomes.
14:49:19        And when you say "close," tell me in radar terms
```

                   JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA

**1793**

```
14:49:22   what is "close."
14:49:23        THE WITNESS:  We generally say that the effective
14:49:27   range of the radar is, typically for the WSR-88D, it's about
14:49:33   100 miles, out to about 100 miles.  What we do struggle with at
14:49:43   times is a certain feature that we see a lot extended downward
14:49:49   to the ground, and that's a question that we ask ourselves.
14:49:56        So one of the things that we've done is, in
14:49:59   examining these cases -- a large number of cases -- and doing
14:50:02   research, we have found that, for example, these circulations
14:50:04   have the tendency, will go down to the ground, when the
14:50:07   low-level shear is high, is strong.  We find that, if the
14:50:10   low-level shear is weak, there's often insulation, and these
14:50:14   circulations will stay aloft.  But with strong boundary layer
14:50:20   shear, there's a much higher probability of them extending to
14:50:24   the ground.
14:50:25        The number one warning tool in the National
14:50:28   Weather Service is radar, and it's that for a purpose.  It's
14:50:34   because it does perform well, and we do have a good record of
14:50:37   warning relative to people who live at ground level.
14:50:42        THE COURT:  Probably the best way to measure wind at
14:50:44   ground level is a gauge, a wind gauge, at that level.
14:50:51        THE WITNESS:  Precisely.  Because it's like -- I
14:50:54   talked about microburst detection.  The Federal Aviation
14:50:58   Administration has a network of anemometers around every large
14:51:05   airport designed specifically for detection of microbursts.
```

                   JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA

**1794**

```
14:51:09        The second thing they have is a microburst
14:51:11   detection radar, it's Terminal Doppler Weather Radar.  That's
14:51:17   dedicated to detection of microbursts.
14:51:20        THE COURT:  Thank you, sir.  Go ahead, counsel.
14:51:25        MR. KHORRAMI:  I'm sorry, Your Honor.
14:51:26   BY MR. KHORRAMI:
14:51:27   Q.  Now, you work at the Warning Decision Training Branch; is
14:51:30   that correct, sir?
14:51:31   A.  That's correct.
14:51:31   Q.  And there you teach other meteorologists; correct?  You
14:51:37   train them?
14:51:37   A.  That's correct.
14:51:38   Q.  And you train them how to give warnings; correct?
14:51:41   A.  That's true.
14:51:41   Q.  How to do forecasts; correct?
14:51:44   A.  Yes.
14:51:44   Q.  In your capacity there, you're not a manager over there;
14:51:49   is that correct?
14:51:49   A.  I am not, no.
14:51:50   Q.  You're an associate meteorologist; correct?
14:51:53   A.  That's true.
14:51:54   Q.  And you're part of a group of about 30?
14:51:56   A.  Yes.
14:51:56   Q.  And all of the people in that group, they all teach;
14:51:59   correct?
```

                   JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA

**1795**

1  14:51:59  A. Yes, they do.

2  14:52:01  Q. And what they teach is forecasting; correct?

3  14:52:04  A. We teach -- the emphasis is different for different

4  14:52:09  people. The expertise that they teach is different. We're not

5  14:52:14  all the same. We're not monolith. We have -- certainly,

6  14:52:20  there's a cross-section of different types of people in the

7  14:52:24  Warning Decision Training Branch.

8  14:52:28  Q. But it involves forecasting and giving warnings; correct?

9  14:52:32  A. That's correct.

10  14:52:32  Q. That's why it's named the Warning Decision Training

11  14:52:35  Branch?

12  14:52:38  A. That is right.

13  14:52:38  Q. And for purposes of your opinions in this case, you're not

14  14:52:41  relying on Dr. Dooley or his reports; correct?

15  14:52:45  A. No, not at all.

16  14:52:46  Q. And you're not relying on Dr. Cushing at all; correct?

17  14:52:49  A. I am not.

18  14:52:50  Q. You're certainly not relying on Dr. Mitchell?

19  14:52:53  A. No, I'm not.

20  14:52:53  Q. You studied radar data; correct?

21  14:52:58  A. Yes.

22  14:52:58  Q. And specifically level II radar data; correct?

23  14:53:00  A. Yes.

24  14:53:01  Q. You did not put any weight on the level III radar data;

25  14:53:05  correct?

**1796**

1  14:53:05  A. No. I looked primarily -- I looked exclusively, really,

2  14:53:08  at level II data. That's the most reliable data. That's where

3  14:53:13  it's located.

4  14:53:14  Q. And you know Tim Crum?

5  14:53:18  A. I do.

6  14:53:19  Q. And who's Tim Crum?

7  14:53:21  A. He is the deputy director of the radar operations center.

8  14:53:26  Q. And you trust Tim Crum?

9  14:53:27  A. I do.

10  14:53:28  Q. Do you respect him?

11  14:53:29  A. Yes.

12  14:53:29  Q. You would rely on his words; correct?

13  14:53:33  A. We have had some disagreements; but, yes, I would rely on

14  14:53:37  him.

15  14:53:37  Q. And you find him to be an authority on Doppler Radar?

16  14:53:41  A. On some aspects, yes.

17  14:53:54  MR. KHORRAMI: Now, Your Honor, we're going to mark

18  14:53:56  this for identification as Plaintiff's Exhibit 451. I believe

19  14:54:00  that's the next in order.

20  14:54:02  BY MR. KHORRAMI:

21  14:54:02  Q. This is a document that was generated by Tim Crum, among

22  14:54:06  others; is that correct?

23  14:54:07  A. Yes, I see.

24  14:54:07  Q. That's the same Tim Crum; right?

25  14:54:10  A. Yes.

**1797**

1  14:54:10  Q. And it talks about level II and level III data?

2  14:54:13  A. Yes.

3  14:54:14  Q. Have you seen this document before?

4  14:54:17  A. I don't recall.

5  14:54:18  Q. Well, let me show you a couple of excerpts from it.

6  14:54:28  MR. RAFFMAN: May we have a copy of the document and

7  14:54:30  perhaps a citation for the record in terms of the date on which

8  14:54:34  it was published?

9  14:54:35  MR. KHORRAMI: The date it was published was 1993,

10  14:54:36  Your Honor. It's down at the bottom. April 1993.

11  14:54:41  THE COURT: Do you have a copy --

12  14:54:42  MR. KHORRAMI: I will have one printed right now for

13  14:54:45  counsel.

14  14:54:45  THE COURT: All right.

15  14:55:51  BY MR. KHORRAMI:

16  14:55:51  Q. Do you see the highlighted areas?

17  14:55:53  A. Yes.

18  14:55:54  Q. An advantage of using level III data versus level II is

19  14:55:58  that no base-data processing is required; correct?

20  14:56:00  A. Yes.

21  14:56:00  Q. Do you agree with that statement?

22  14:56:01  A. Yes.

23  14:56:02  Q. And meteorological -- one of the advantages is that

24  14:56:05  meteorological research and legal inquiries concerning the

25  14:56:09  atmospheric conditions present near the radar. That's one of

**1798**

1  14:56:12  the advantages of using level III data; is that right?

2  14:56:16  A. Yes, that's true.

3  14:56:21  Q. And I think we have -- and level III data, again, is

4  14:56:29  appropriate for studies of important weather events; correct?

5  14:56:32  A. Yes.

6  14:56:32  Q. That includes forensically studying weather events;

7  14:56:41  correct?

8  14:56:41  A. Yes, it does.

9  14:56:56  Q. Again, level III data is appropriate for use in legal

10  14:57:00  matters and studies of important weather events; is that

11  14:57:03  correct?

12  14:57:03  A. That's true.

13  14:57:03  Q. And you agree with Mr. Crum; correct?

14  14:57:05  A. I do.

15  14:57:08  Q. But you didn't review any level III data and you didn't

16  14:57:10  rely on it; correct?

17  14:57:12  A. I did not.

18  14:57:15  Q. Now, you also didn't rely on Dr. Dooley's data again;

19  14:57:21  right?

20  14:57:22  A. I did not.

21  14:57:22  Q. And he specifically looked at different wind data that was

22  14:57:28  available at the surface; correct?

23  14:57:30  A. I know that, yes.

24  14:57:31  Q. You used the GR software; specifically the GR2Analyst, in

25  14:57:36  order to look at the level II data; correct?

1799

| | | |
|---|---|---|
| 1 | 14:57:39 | A. Yes, correct. |
| 2 | 14:57:40 | Q. That's a commercially available program; correct? |
| 3 | 14:57:43 | A. It is. |
| 4 | 14:57:44 | Q. But not everyone uses it for interpreting level II data; |
| 5 | 14:57:49 | is that correct? |
| 6 | 14:57:50 | A. That's correct, yes. |
| 7 | 14:57:51 | Q. They may use other software; right? |
| 8 | 14:57:54 | A. Yes. |
| 9 | 14:57:54 | Q. Or they may use no software at all; correct? |
| 10 | 14:57:58 | A. Well, it depends on what day you're using without the |
| 11 | 14:58:04 | display software. |
| 12 | 14:58:05 | Q. But it does happen; correct? |
| 13 | 14:58:07 | A. Using -- in terms of using certain data products, yes, |
| 14 | 14:58:11 | that's true. |
| 15 | 14:58:25 | Q. For purposes of your analysis, you used only the |
| 16 | 14:58:27 | GR2Analyst and Microsoft Word; correct? |
| 17 | 14:58:31 | A. Yes. |
| 18 | 14:58:31 | Q. Nothing else. |
| 19 | 14:58:34 | And when you used the GR2Analyst software, you always |
| 20 | 14:58:41 | leave the dealiasing function off; correct? |
| 21 | 14:58:43 | A. No. The dealiasing function is always left on because I'm |
| 22 | 14:58:46 | looking at base data. The base-data stream from the signal |
| 23 | 14:58:50 | processor is not dealiased. And I can order the base data from |
| 24 | 14:58:54 | a large number of radars, and so it's always on. |
| 25 | 14:58:57 | Q. I think I -- maybe I didn't voice my question correctly. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1801

| | | |
|---|---|---|
| 1 | 15:01:01 | author of the software as a developer; is that correct? |
| 2 | 15:01:05 | A. I -- well, it's there in the transcript. I guess I said |
| 3 | 15:01:08 | it. I would say that that's an overstatement. |
| 4 | 15:01:11 | As I said, I worked with him in making |
| 5 | 15:01:19 | recommendations. I've noted some problems with it. I've |
| 6 | 15:01:19 | talked to him about those problems, and I made recommendations |
| 7 | 15:01:24 | on how to enhance the -- the product. |
| 8 | 15:01:27 | Q. Now, who is the author of the software? |
| 9 | 15:01:30 | A. Mike Gibson. |
| 10 | 15:01:32 | Q. Mike Gibson is not a meteorologist; correct? |
| 11 | 15:01:35 | A. That's true. |
| 12 | 15:01:36 | Q. He is a computer programmer; correct? |
| 13 | 15:01:38 | A. He is, yes. |
| 14 | 15:01:39 | Q. And now as to the GR3Analyst, that exists as well; right? |
| 15 | 15:01:43 | A. Yes, it does. |
| 16 | 15:01:44 | Q. And did you try using GR3Analyst for the purpose of your |
| 17 | 15:01:49 | report? |
| 18 | 15:01:49 | A. Not in this case. I've used it before, but not here. |
| 19 | 15:01:52 | Q. Okay. Well, I'm going to show you another document having |
| 20 | 15:01:55 | to do with the GR3Analyst. |
| 21 | 15:02:36 | Do you see over there, it says: "GR3Analyst Radar |
| 22 | 15:02:42 | Tutorial"? Do you want me to have that blown up for you? |
| 23 | 15:02:47 | A. Say that again. Repeat that, please. |
| 24 | 15:02:49 | Q. Close to the top, it says: "GR Level 3 Radar Tutorial"? |
| 25 | 15:02:54 | A. Yes. |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1800

| | | |
|---|---|---|
| 1 | 14:59:02 | But you always leave the dealiasing function on when |
| 2 | 14:59:07 | you're using that program; correct? |
| 3 | 14:59:09 | A. Yes. |
| 4 | 14:59:09 | Q. You never have it off; right? |
| 5 | 14:59:11 | A. No, I wouldn't say I never have it off. In certain cases |
| 6 | 14:59:14 | where I suspect I've got a data problem other than a dealiasing |
| 7 | 14:59:21 | failure, or if I do think it's a dealiasing failure, I will |
| 8 | 14:59:25 | sometimes turn it on and off. |
| 9 | 14:59:28 | Q. Okay. But very rarely does that happen; right? |
| 10 | 14:59:35 | A. That's true. |
| 11 | 14:59:36 | Q. And you're one of the developers of the GR2Analyst |
| 12 | 14:59:40 | software; correct? |
| 13 | 14:59:42 | A. I wouldn't go that far. What I would say is that I have |
| 14 | 14:59:44 | assisted him. I've done some debugging of that software, and |
| 15 | 14:59:48 | I've also recommended to him some enhancements. |
| 16 | 14:59:53 | Q. You've never referred to yourself as the developer of -- |
| 17 | 14:59:56 | one of the developers of that software? |
| 18 | 14:59:58 | A. No. |
| 19 | 14:59:58 | MR. KHORRAMI: Bob, can you put up Mr. Lemon's |
| 20 | 14:59:58 | deposition, 157, line 6 through 8? |
| 21 | 14:59:58 | BY MR. KHORRAMI: |
| 22 | 14:59:59 | Q. Okay. That is your answer when gave your deposition. Do |
| 23 | 15:00:05 | you remember giving your deposition a few days ago? |
| 24 | 15:00:57 | A. I do. |
| 25 | 15:00:58 | Q. And over there you say that you have worked with the |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1802

| | | |
|---|---|---|
| 1 | 15:02:55 | Q. That's the same program; right? |
| 2 | 15:02:56 | A. It's the same one, yes. It's -- well, it's the level 3. |
| 3 | 15:03:00 | Q. The level 3; correct? |
| 4 | 15:03:02 | A. Yes. |
| 5 | 15:03:03 | Q. Now, let's look at what it says towards the bottom of |
| 6 | 15:03:06 | page 2 of the document. |
| 7 | 15:03:15 | "GR level 3 shows the new MDA, or mesocyclone |
| 8 | 15:03:19 | detection algorithm"; is that correct? |
| 9 | 15:03:20 | A. Yes. |
| 10 | 15:03:21 | Q. Is that what the program does, mesocyclones; it shows |
| 11 | 15:03:23 | them? |
| 12 | 15:03:24 | A. It has. It also has a mesocyclone detection algorithm |
| 13 | 15:03:28 | which is far superior to the 2005 ADAD algorithm. It's based |
| 14 | 15:03:34 | on National Severe Storms Laboratory algorithm. |
| 15 | 15:03:38 | Q. But you didn't use that software for the purposes of your |
| 16 | 15:03:41 | opinions here today; correct? |
| 17 | 15:03:43 | A. No, I didn't. |
| 18 | 15:03:50 | Q. Now, when the National Weather Service and NOAA put out |
| 19 | 15:03:53 | documents, particularly products, whether they're level III or |
| 20 | 15:03:58 | level II, they dealias them already; correct? |
| 21 | 15:04:04 | A. Incorrect. The level II data stream is -- comes directly |
| 22 | 15:04:09 | out of the signal processor, and it is not dealiased because |
| 23 | 15:04:14 | the dealiasing is done in the RPG. The range -- it is range |
| 24 | 15:04:19 | overlay corrected. |
| 25 | 15:04:25 | Q. Okay. What I asked, I think, was a different question, |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

19 (Pages 1799 to 1802)

**1803**

1  15:04:27  and perhaps I didn't word it correctly.
2  15:04:29      When the National Weather Service actually puts out
3  15:04:32  the product to the public, it's been delialised; correct?
4  15:04:38  A.  Level II has not; level III has.
5  15:04:41  Q.  So when you say the base products of the National Weather
6  15:04:46  Service, that does not include level III -- level II, I'm
7  15:04:54  sorry?
8  15:04:55  A.  Okay.  Level II products -- level II data, as distributed
9  15:04:59  from each radar, is not delialised.
10  15:05:03  Q.  Okay.
11  15:05:03  A.  Level III products are delialised.
12  15:05:06  Q.  Okay.  Well, let's go to --
13  15:05:09      MR. KHORRAMI:  Bob, can you put up Mr. Lemon's
14  15:05:11  deposition, page 149, lines 10 through 13, please.
15  15:05:15  BY MR. KHORRAMI:
16  15:06:05  Q.  "The National Weather Service" -- the question is from
17  15:06:09  your deposition on June 17th.  Again, a few days ago.
18  15:06:10      Now, the question was asked:  "The National Weather
19  15:06:13  Service provides its base products already delialised, doesn't
20  15:06:18  it?"  And you said:  "It does."
21  15:06:20  A.  I was talking about level III base products.
22  15:06:23  Q.  Okay.  And as to Katrina, you reviewed one of those
23  15:06:29  level III products; right?  Which were in Dr. Mitchell's
24  15:06:32  report.
25  15:06:33  A.  Yes.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1804**

1  15:06:34  Q.  And when you reviewed the level II products, you felt that
2  15:06:37  there was a problem with the product; right?
3  15:06:40  A.  Not that there's a problem with level II base data, but
4  15:06:45  within his report, in his level II as part of his level III
5  15:06:49  data that he acquired, yes, I did.
6  15:06:53  Q.  In fact, you immediately noticed something was wrong when
7  15:06:56  you looked at the data, not Dr. Mitchell's, the level II data;
8  15:07:00  correct?
9  15:07:00  A.  No, not correct.  When I looked at the level II products
10  15:07:04  in Dr. Mitchell's report, I could see that there was a problem
11  15:07:08  there.
12  15:07:10  Q.  With what?
13  15:07:11  A.  When I looked at Dr. Mitchell's report, he has level II
14  15:07:16  products within that report that -- and when I looked at those
15  15:07:22  velocities, I could immediately see there was a problem, yes.
16  15:07:25  Q.  Okay.  And those were products that were put out by NOAA;
17  15:07:29  correct?
18  15:07:30  A.  That's correct.
19  15:07:30  Q.  That's what he was displaying; correct?
20  15:07:33  A.  That's correct.
21  15:07:34  Q.  And he hadn't altered them in any way; correct?
22  15:07:36  A.  That's correct.
23  15:07:37  Q.  So the level II data that was put out by NOAA, it's your
24  15:07:41  contention there was something wrong with it; correct?
25  15:07:43  A.  That's true, yes.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1805**

1  15:07:44  Q.  That's the same level II data that you used; correct?
2  15:07:47  A.  No, incorrect.  That is level II data that came from the
3  15:07:50  RPG, so it's been processed in the RPG.  That's where the
4  15:07:57  velocity delialising occurs.
5  15:07:59      I didn't get -- the level II data that I got is
6  15:08:02  directly from the signal processor.  It's level II data.  It is
7  15:08:08  not level III data.  It is not gone through the RPG, where
8  15:08:12  the delialising algorithm runs.
9  15:08:14  Q.  So the level II data that NOAA put out was defective,
10  15:08:19  according to you?
11  15:08:19  A.  No, the level II data was fine.  It was the level III
12  15:08:23  delialising problem.  That's where the problem occurred.  In
13  15:08:25  level III, delialising of level II data.
14  15:08:28  Q.  So level -- the level III data was now defective -- the
15  15:08:32  level III data that NOAA put out, correct, has been defective?
16  15:08:36  Correct?
17  15:08:38  A.  Those products, yes.
18  15:08:39  Q.  That's your contention; correct?
19  15:08:40  A.  Yes.
20  15:08:40  Q.  And for the past five years, what NOAA has been putting
21  15:08:44  out has been defective; correct?
22  15:08:46  A.  No, wrong.
23  15:08:48  Q.  Okay.
24  15:08:48  A.  Wrong.
25  15:08:49  Q.  Has that level III data, sir, changed over the last five

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1806**

1  15:08:52  years?
2  15:08:52  A.  It has.
3  15:08:53      Let me explain something.  When I saw this problem, I
4  15:08:58  said, "We got a problem, Houston," because this data is being
5  15:09:03  distributed to people who are relying on it and using it.
6  15:09:07      So I called Tim Crum and I said, "Tim, we've got a
7  15:09:10  problem.  I've got some level III data here that is clearly
8  15:09:14  incorrectly -- or it hasn't been delialised."
9  15:09:18      And I also talked to Dave Zittel, who's in the
10  15:09:22  applications branch and works for Tim Crum.
11  15:09:26      We looked at that, and we realized that, at that
12  15:09:29  time, a new velocity delialising algorithm had been applied.  It
13  15:09:33  had just started.  It was the MDA, the multiple PRF delialising
14  15:09:39  algorithm.  That algorithm uses three successive base-data
15  15:09:46  products that have not yet been delialised.  And then as part of
16  15:09:54  the delialising routine, it looks at each one of those base
17  15:09:59  products.  Then, after the third product, that's when the
18  15:10:02  delialising occurs.
19  15:10:05      In 2005, we had just implemented that algorithm.
20  15:10:10  I -- this is what I think happened.  I can't promise you
21  15:10:14  what -- that I know specifically what happened, but I think
22  15:10:18  that multiple PRF delialising algorithm was employed.  I know it
23  15:10:24  was in Katrina, I know it was.  It was -- because they were
24  15:10:27  using VCP 121.
25  15:10:31      But the archival process at NCDC did not know that.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1807**

```
1   15:10:37   They took the first product, and it was waveform 8, dealiasing
2   15:10:46   product, assuming it had been unfolded.
3   15:10:50   Q.  And that's your way of explaining that the level III data
4   15:10:53   that's available from NOAA have defective; correct?
5   15:10:57   A.  No.  The level III -- these products for Katrina --
6   15:10:59   Q.  Then what's wrong with --
7   15:11:01          THE COURT:  Wait, let him finish.  Let him finish.
8   15:11:03          THE WITNESS:  These products for Katrina were, in
9   15:11:05   fact, problematic.  They had a problem.  But I don't mean to
10  15:11:10   say that that problem continued on throughout the years past
11  15:11:15   then.  I don't know how long the problem continued.  I haven't
12  15:11:20   looked that far into it.  There is a problem there, though.
13  15:11:23   BY MR. KHORRAMI:
14  15:11:23   Q.  I'm asking you if the level III data that's available from
15  15:11:26   NOAA have is defective.  It's a simple question.
16  15:11:30   A.  No.
17  15:11:30   Q.  The level III data is currently good?
18  15:11:33   A.  Yes.  As far as I know.
19  15:11:34   Q.  Okay.  Now, in your deposition --
20  15:11:39          MR. RAFFMAN:  Judge, I don't mean to interrupt, but I
21  15:11:40   think maybe there's an ambiguity in the question.  I think
22  15:11:44   the -- if the question is the level III data for Katrina, it
23  15:11:47   might be a different meaning than if it's for --
24  15:11:50          THE COURT:  You can clear that up.  I don't know if
25  15:11:52   that's an objection.  It sounds like it's redirect.
                JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**1808**

```
1   15:11:57   BY MR. KHORRAMI:
2   15:12:02   Q.  So let's put up your deposition, page 150, lines 11
3   15:12:10   through 13.
4   15:12:31          THE COURT:  Counsel, if you want to have another mic,
5   15:12:33   you can always use that if you're having trouble communicating.
6   15:12:39          MR. KHORRAMI:  Yes, Your Honor.  Thank you.
7   15:12:41          THE COURT:  You can scream if you want, but I would
8   15:12:44   rather you not.
9   15:12:44   BY MR. KHORRAMI:
10  15:12:45   Q.  This is, again, your deposition just a few days ago where
11  15:12:47   you called the data that was available:  "I mean, this is bad
12  15:12:50   data.  So I immediately" -- that's when you immediately noticed
13  15:12:53   it -- "took a look at it and think what's wrong with this?  I
14  15:12:58   looked further at the character of the displayed velocities.
15  15:13:01   It became very obvious to me it hasn't been dealiased."
16  15:13:04          Isn't that the problem you contend exists with the
17  15:13:07   NOAA data?
18  15:13:10   A.  In this case, in those products, yes.
19  15:13:13   Q.  This is the largest national disaster in U.S. history.
20  15:13:19   For five years, all the scientists that have been studying it,
21  15:13:23   all the experts that have been looking at it, everybody that's
22  15:13:27   looked at anything having to do with it, hasn't noticed that
23  15:13:31   it's bad data, that you immediately noticed is bad; right?
24  15:13:35   That's your contention?
25  15:13:38   A.  No.  What I'm saying is these particular products of those
                JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**1809**

```
1   15:13:45   that Dr. Mitchell used clearly had non-dealiased data, alias
2   15:13:53   data, within them.  They were defective.
3   15:13:56          Now, you asked another question.  You asked do I mean
4   15:13:59   that all the scientists who have looked at all this data have
5   15:14:03   been looking at bad data?  It depends on what data they're
6   15:14:07   looking at, what data they're using, whether they're relying on
7   15:14:10   these specific products or not.  I don't know what data all
8   15:14:14   these scientists have relied on.
9   15:14:17          THE COURT:  When you say "products," do you mean the
10  15:14:21   software or the actual specific image that we're talking about?
11  15:14:31          MR. BEST:  Products usually refer to image -- images.
12  15:14:34          THE COURT:  All right.  Just to get it clear.
13  15:14:35   BY MR. KHORRAMI:
14  15:14:41   Q.  And if I contact NOAA today, I would get the very same
15  15:14:45   data, the very same bad data; correct?
16  15:14:47   A.  I assume so.
17  15:14:49   Q.  Okay.  They've taken no steps to correct it since you've
18  15:14:53   contacted them; correct?
19  15:14:54   A.  I contacted Tim Crum of the ROC, that's not NCDC.  And I
20  15:14:59   talked to Tim Crum and Dave Zittel in the applications branch.
21  15:15:07   I also sent them examples from Dr. Mitchell's report, and we
22  15:15:11   have talked about it.  We've talked about what the problem is.
23  15:15:15   I have made recommendations to Tim Crum on how this problem
24  15:15:20   might be rectified and how we might prevent this from happening
25  15:15:25   in the future.  That's as far as this has gone, to my
                JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**1810**

```
1   15:15:29   knowledge.
2   15:15:30          THE COURT:  It's my understanding on a base level
3   15:15:33   that the general proposition is that level III products are
4   15:15:42   dealiased.
5   15:15:42          THE WITNESS:  Yes.
6   15:15:44          THE COURT:  However, it is your opinion that this
7   15:15:46   particular level III product that we are talking about -- I'm
8   15:15:51   not sure exactly which one it is -- was, in fact, not
9   15:15:55   dealiased.
10  15:15:56          THE WITNESS:  That's correct.
11  15:15:56   BY MR. KHORRAMI:
12  15:15:58   Q.  And it is also true that it is very rare that data from
13  15:16:02   the National Weather Service and NOAA would be released
14  15:16:07   dealiased; correct?  This type of data?
15  15:16:10   A.  Very rare that it would be released dealiased?
16  15:16:14   Q.  Yes.  I'm sorry.  When it's not dealiased.  I apologize.
17  15:16:20   A.  Alias.
18  15:16:20   Q.  When it's alias; correct?
19  15:16:23   A.  Yes, I would say so.  In level III, yes.
20  15:16:27   Q.  Okay.  I'm just going to reask the question just to have a
21  15:16:30   clear record.  I don't ask a very good question.
22  15:16:33          It is very rare for the National Weather Service and
23  15:16:34   NOAA to release this data aliased; correct?
24  15:16:43   A.  Level III base products, I would say yes.
25  15:16:47   Q.  Okay.  I'm going to use something that you used in your
                JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

1811

| | |
|---|---|
| 1 | 15:17:09   presentation today.  It's going to be one of your slides.  Do |
| 2 | 15:17:24   you remember this particular slide? |
| 3 | 15:17:25   A.  I do. |
| 4 | 15:17:27   Q.  And this is the mesocyclone occurrence slide, and it's a |
| 5 | 15:17:30   NOAA product; correct? |
| 6 | 15:17:32   A.  It's the output from the mesocyclone algorithm at that -- |
| 7 | 15:17:36   at that time. |
| 8 | 15:17:37   Q.  And it is a level III product; correct? |
| 9 | 15:17:39   A.  That's correct. |
| 10 | 15:17:42   Q.  And counsel showed you all of those white dots all over |
| 11 | 15:17:48   that particular product? |
| 12 | 15:17:50   A.  Yes. |
| 13 | 15:17:51   Q.  You testified that the majority of those are false |
| 14 | 15:17:54   positives for mesocyclones; correct? |
| 15 | 15:17:57   A.  Yes.  I would have to get the 3:42 base data and compare |
| 16 | 15:18:01   them side-by-side and look to see which ones were and weren't. |
| 17 | 15:18:07   Q.  Okay.  And, again, this is the product that NOAA puts out, |
| 18 | 15:18:12   our government puts out; is that correct? |
| 19 | 15:18:14   A.  Yes, it is. |
| 20 | 15:18:15   Q.  And this type of data, level III data, in general, |
| 21 | 15:18:23   produces false positives in pointing out mesocyclones; correct? |
| 22 | 15:18:28   A.  It does, yes. |
| 23 | 15:18:29   Q.  It produces a great deal of false positives; correct? |
| 24 | 15:18:34   A.  I would say that now with the MDA -- as you pointed out, |
| 25 | 15:18:37   the MDA algorithm has been added since then -- I think with the |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1812

| | |
|---|---|
| 1 | 15:18:41   improvements that have been made, they're probably fewer, but |
| 2 | 15:18:46   they remain sill unreliable. |
| 3 | 15:18:48   Q.  It's a highly unreliable product; correct? |
| 4 | 15:18:52   A.  Yes, it is. |
| 5 | 15:18:53   Q.  And it's never used; correct? |
| 6 | 15:18:54   A.  Almost. |
| 7 | 15:18:55   Q.  It's never used by forecasters; correct? |
| 8 | 15:18:58   A.  Almost never used. |
| 9 | 15:18:59   Q.  It's -- |
| 10 | 15:19:00   A.  I won't -- I don't know what every forecaster does.  I |
| 11 | 15:19:04   know that, best practices, it is not used. |
| 12 | 15:19:06   Q.  It's never used by individuals to provide warnings to the |
| 13 | 15:19:10   public; correct? |
| 14 | 15:19:11   A.  Yes. |
| 15 | 15:19:11   Q.  That doesn't mean that it's not used by forensic |
| 16 | 15:19:15   meteorologists; correct? |
| 17 | 15:19:18   A.  Correct. |
| 18 | 15:19:18   Q.  Now, your product, the GR2Analyst, you placed many slides |
| 19 | 15:19:25   in front of the Court from that.  Not one of them has been |
| 20 | 15:19:28   defective, has it? |
| 21 | 15:19:30   A.  Not that I know of. |
| 22 | 15:19:31   Q.  Our entire government puts out a product, and it's largely |
| 23 | 15:19:35   ineffective at pointing out mesocyclones; and a private |
| 24 | 15:19:39   software, of which you're a developer, never makes a mistake. |
| 25 | 15:19:44   Right? |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1813

| | |
|---|---|
| 1 | 15:19:50   A.  To err is human, and I certainly wouldn't say that Mike |
| 2 | 15:19:55   Gibson has never made an error. |
| 3 | 15:20:01   Q.  But it's more accurate than our government is; right? |
| 4 | 15:20:05   A.  No, I wouldn't say that.  We use -- in the weather service |
| 5 | 15:20:08   we used what's called AWIPS, Automated [sic] Weather |
| 6 | 15:20:12   Information Processing System.  That uses the dealiasing |
| 7 | 15:20:16   algorithms that are in the RPG, and it also uses improved |
| 8 | 15:20:24   applications algorithms.  Those are two different things |
| 9 | 15:20:27   improved since Katrina. |
| 10 | 15:20:36          Mike Gibson also uses algorithms in his system for |
| 11 | 15:20:39   the mesocyclone and TVS and hail.  Those three algorithms he |
| 12 | 15:20:43   uses come from the National Severe Storms Laboratory, who are |
| 13 | 15:20:47   in the process of developing improved algorithms.  Mike doesn't |
| 14 | 15:20:51   have to wait for the weather service to go through all its |
| 15 | 15:20:54   testing.  He can take the algorithms, implement them, and test |
| 16 | 15:20:58   them himself. |
| 17 | 15:20:59   Q.  My question is that the level III products that have been |
| 18 | 15:21:04   displayed here, as a general rule, are highly unreliable; the |
| 19 | 15:21:09   private software of which you're a developer is almost never |
| 20 | 15:21:14   wrong? |
| 21 | 15:21:14   A.  No, I wouldn't say almost -- |
| 22 | 15:21:17   Q.  You haven't shown any slides where it was wrong. |
| 23 | 15:21:20   A.  I wouldn't say almost never wrong.  I would say, in my |
| 24 | 15:21:24   experience, it is a very reliable tool. |
| 25 | 15:21:26          I might also mention that about two-thirds of the |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1814

| | |
|---|---|
| 1 | 15:21:33   National Weather Service offices are now using GRAnalyst |
| 2 | 15:21:38   software.  They use it especially in severe weather-prone |
| 3 | 15:21:41   areas.  It's used in the warning program even though it's a |
| 4 | 15:21:45   product developed by a private individual. |
| 5 | 15:21:50   Q.  So what I did is I actually went and got a copy of |
| 6 | 15:21:56   GR2Analyst, and I have your raw data.  What I noticed in every |
| 7 | 15:22:03   slide that goes up with the GR2Analyst, the way you've |
| 8 | 15:22:09   manipulated it, they're basically -- there's one direction to |
| 9 | 15:22:12   the winds of Katrina, end of story. |
| 10 | 15:22:16          So what I wanted to go over with you was putting your |
| 11 | 15:22:19   own data into your own software and showing how exactly it |
| 12 | 15:22:25   works.  Is that fair enough? |
| 13 | 15:22:28   A.  Yes. |
| 14 | 15:22:31          MR. RAFFMAN:  Your Honor, I do believe that the local |
| 15 | 15:22:33   rules for this court have a -- |
| 16 | 15:22:34          THE COURT:  They do.  To do calculations, certainly, |
| 17 | 15:22:37   it requires a two- to three-day notice or something like that. |
| 18 | 15:22:41          MR. RAFFMAN:  And I have some concern that what's |
| 19 | 15:22:43   being asked of this witness, to interpret a program that he's |
| 20 | 15:22:45   not looked at before, and it's represented by counsel as |
| 21 | 15:22:49   something that could have been done ahead of time or it could |
| 22 | 15:22:51   have been done through Dr. Mitchell rather than springing it on |
| 23 | 15:22:56   him here. |
| 24 | 15:22:58          THE COURT:  Well, we're not going to be doing |
| 25 | 15:22:59   calculations.  And if it violates the tenor of the rule, you |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1815

1   15:23:03   put down your mark, and you may get up and object again.
2   15:23:05       MR. RAFFMAN:  Thank you, Your Honor.
3   15:23:06       THE COURT:  I don't know whether it is either.
4   15:23:08       MR. KHORRAMI:  Give me a moment, Your Honor.  My
5   15:23:10   computer has a lot of things open, so...
6   15:23:12   BY MR. KHORRAMI:
7   15:23:35   Q.  So this is the GR2Analyst program; is that right?
8   15:23:39   A.  That's correct.
9   15:23:40   Q.  It's the same program you've been using; is that correct?
10  15:23:42   A.  That's correct.
11  15:23:43   Q.  And this the dealiasing function; correct?
12  15:23:45   A.  That's true, yes.
13  15:23:45   Q.  And when I press this, the data looks -- the colors change
14  15:23:49   a little bit -- well, that's what I undo it; correct?
15  15:23:52   A.  I'm sorry.  Say that again.
16  15:23:54   Q.  When I undo the dealiasing function, the data turns into
17  15:23:58   this; correct?
18  15:23:59   A.  Yes.
19  15:24:00   Q.  And when I just press this button, everything becomes
20  15:24:03   even; correct?
21  15:24:04   A.  Yes.
22  15:24:05   Q.  And no mesocyclones are apparent in this; correct?
23  15:24:10   A.  No.  There is a mesocyclone apparent.
24  15:24:14   Q.  There is a mesocyclone apparent?  Why don't you show it
25  15:24:17   for the Court.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1816

1   15:24:20       THE COURT:  Even I can identify it now.
2   15:24:23       THE WITNESS:  Right there.
3   15:24:23   BY MR. KHORRAMI:
4   15:24:25   Q.  That's that 3:31 slide that we were looking at previously?
5   15:24:29   A.  Uh-huh.
6   15:24:30   Q.  And again, at the base level, at the ground level, it
7   15:24:33   shows winds that are consistent with synoptic winds; correct?
8   15:24:36   A.  Yes.
9   15:24:37   Q.  Meaning nowhere around this storm, no matter where there
10  15:24:41   are mesocyclones, the winds are still consistent with the
11  15:24:44   synoptic winds; correct?
12  15:24:48   A.  Say that again, please.
13  15:24:51   Q.  All winds -- all wind action on this radar scan shows that
14  15:24:55   all wind is consistent with the synoptic winds of Hurricane
15  15:24:58   Katrina; correct?
16  15:25:00       THE COURT:  In the area of the mesocyclone?
17  15:25:04       MR. KHORRAMI:  In the area of the mesocyclone or
18  15:25:05   anywhere else on the screen.
19  15:25:07       THE COURT:  Okay.
20  15:25:08       THE WITNESS:  I don't think I would say anywhere and
21  15:25:11   everywhere on the screen.  There are cases of velocity
22  15:25:16   dealiasing failure, which we also teach people -- operators to
23  15:25:24   recognize.  I would not guarantee there's not a dealiasing
24  15:25:28   failure anywhere on this display.  But in this data, this has
25  15:25:32   been correctly unfolded.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1817

1   15:25:33   BY MR. KHORRAMI:
2   15:25:34   Q.  Okay.  Let's move on to another scan, and I'll just
3   15:25:36   randomly pick from your own data.  This is another piece of
4   15:25:42   data.
5   15:25:45       MR. RAFFMAN:  Can we identify for the record the time
6   15:25:47   of the data?
7   15:25:47   BY MR. KHORRAMI:
8   15:25:48   Q.  It's at 043Z, which I understand to be 7:30 Central time.
9   15:25:53   Is that correct?  And that would be on August 28th.
10  15:26:01   A.  Yes.
11  15:26:12   Q.  Again, when I press the dealiasing function, it just evens
12  15:26:15   out the greens and the reds again; correct?
13  15:26:23   A.  Let's go -- would you go over to "View," please.
14  15:26:25   Q.  Where's "View"?
15  15:26:26   A.  Over to "View" here.
16  15:26:28       THE COURT:  At the top, to the left.
17  15:26:29       THE WITNESS:  Press that.  Okay.  Dealiasing is on,
18  15:26:31   yes.
19  15:26:32   BY MR. KHORRAMI:
20  15:26:35   Q.  Correct?
21  15:26:35   A.  Yes.
22  15:26:36   Q.  Okay.  Let's pick another random one.  Here's the picture
23  15:26:47   without dealiasing.  Basically, what it does is it makes every
24  15:26:53   place that should be green, green.  Just evens out the picture,
25  15:26:58   doesn't it?

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1818

1   15:27:00   A.  In -- in this domain where you showed me, it looks to be
2   15:27:05   working properly, yes.
3   15:27:06   Q.  That's a domain that's important to us here because that's
4   15:27:09   what we feel on the ground and that's what the barge was
5   15:27:12   exposed to; correct?
6   15:27:13   A.  Yes.
7   15:27:14   Q.  Okay.  And this, again, is at 6:37 a.m.  That's the
8   15:27:23   universal time.  That makes it 1:37 a.m. Central Time on
9   15:27:28   August 29th; correct?
10  15:27:30   A.  Correct.
11  15:27:31   Q.  Let's go a little bit later.  This is about three hours
12  15:27:38   later.  This would be about 4:30 -- 4:27 in the morning,
13  15:27:46   Central Time; correct?
14  15:27:49   A.  Yes.
15  15:27:50   Q.  And all I have to do to fix up this data is press this
16  15:27:53   button, and it all smooths out.  And, again, we have everything
17  15:27:58   consistent with the synoptic winds; correct?
18  15:28:00   A.  That applies the dealiasing algorithm, and it appears to
19  15:28:04   be working correctly, yes.
20  15:28:05   Q.  Yeah, because it shows everything to be in the same
21  15:28:08   direction again; right?
22  15:28:09   A.  That's not why no.
23  15:28:11   Q.  That's the effect of it; right, sir?  That's been the
24  15:28:14   effect of it every single scan I randomly put up; correct?
25  15:28:18   A.  Every single scan that you put up, you've run the

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

23  (Pages 1815 to 1818)

## 1819

```
15:28:22   1   dealiasing algorithm.  It does appear to be correct.  It does
15:28:26   2   appear to be consistent.
15:28:27   3   Q.  Okay.  I'll move on, then.
15:28:48   4       So you solely relied on radar data for the purpose of
15:28:51   5   your report; correct?
15:28:52   6   A.  I did.
15:28:53   7   Q.  And in your report, you came to conclusions about the
15:28:56   8   direction of the winds; correct?
15:28:57   9   A.  I did.
15:28:58  10   Q.  And you came to conclusions about the speed of the wind;
15:29:02  11   correct?
15:29:03  12   A.  I came to conclusions about the Doppler velocities
15:29:07  13   measured, yes.
15:29:08  14   Q.  Okay.  And you only relied on level II data; correct?
15:29:13  15   A.  I won't say I only relied on level II data.  I know
15:29:17  16   hurricane flow fields and I know the characteristics of those
15:29:25  17   flow fields, and so I -- I didn't come to analysis of the data
15:29:29  18   without any knowledge of anything else.
15:29:31  19   Q.  And would you agree with me that it would be a major
15:29:36  20   mistake for you to rely on radar data to come up with the
15:29:44  21   conclusions you have?
15:29:49  22   A.  I stress and we stress in training:  Use all the data
15:29:54  23   available to you in making a decision.
15:29:57  24       In this case, I was asked specifically to analyze the
15:30:01  25   radar data, and I purposely did not want to bias myself by
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1820

```
15:30:08   1   using other data sources; but, yet, on the other hand, I can't
15:30:13   2   come to the data without knowing what I know.  A priority.
15:30:20   3   Q.  So do you remember giving an interview to WeatherBrains?
15:30:25   4   A.  Yes.  Yes.
15:30:26   5   Q.  That was earlier this year, January 25th, 2010; correct?
15:30:30   6   A.  Yes.
15:30:30   7   Q.  And I'm going to play for you a portion of that interview?
15:30:37   8   A.  Okay.
15:30:38   9       (WHEREUPON, the following clip was played.)
15:30:39  10       "INTERVIEWER:  Let's, for people right now,
15:30:40  11   operational meteorologists right now, using existing radar
15:30:44  12   data, what is the greatest mistake that forecasters make when
15:30:48  13   looking at current data and maybe issuing warnings that they
15:30:51  14   don't need to issue or maybe missing a warning?
15:30:55  15       "MR. LEMON:  That's a very good question, and one of
15:30:57  16   the basic things that a lot of people will forget is that you
15:31:01  17   never sit down to use that radar until you know the environment
15:31:06  18   in which you're in.
15:31:07  19       "That is, you have to -- to brief yourself on what
15:31:12  20   the structure of the atmosphere is around the radar in the
15:31:17  21   region and synoptically, synoptic and mesoscale both; where the
15:31:25  22   boundaries are, what the motions of the boundaries are; know
15:31:26  23   the soundings; do a detailed sounding interrogation; calculate
15:31:32  24   shear, calculate the deep-layer shear, which is typically 0 to
15:31:38  25   6 kilometers, or 0 to 8 kilometers, calculate that shear, look
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1821

```
15:31:42   1   at the boundary-layer shear; look at the -- look at the
15:31:46   2   cloud-base heights, the LCL height, those kinds of things.
15:31:52   3       "And know the -- know the instability of the
15:31:56   4   atmosphere.  And know where what I call the focus flow is,
15:32:04   5   where you see their mesoscale convergence.
15:32:09   6       "But at any rate you have to sit -- before you sit
15:32:11   7   down at that radar, is know thoroughly that environment.  Then
15:32:16   8   you begin to use that radar.  And then you can much more
15:32:20   9   intelligently use and interrogate that radar, and you know
15:32:23  10   where to look even before storms are formed because you know
15:32:26  11   where the boundaries are, and you know what the mesoscale
15:32:30  12   convergence is.
15:32:31  13       "That -- that is, I think, a major mistake, is trying
15:32:34  14   to use the radar as a single individual stand-alone tool
15:32:38  15   without reference to -- to other data."
15:32:45  16   BY MR. KHORRAMI:
15:32:45  17   Q.  That was your voice; correct, Mr. Lemon?
15:32:52  18   A.  Yes, it was.
15:32:52  19   Q.  Now, have you performed hindcasts in the past?
15:32:56  20   A.  Hindcasts?
15:32:58  21   Q.  Yes.
15:32:59  22   A.  Well, when you do a case study, studying individual
15:33:02  23   thunderstorms, for example, you go back in time and you study
15:33:06  24   the environment before the storm, during the storm, et cetera.
15:33:09  25       So from that standpoint, I guess you would say, yes,
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## 1822

```
15:33:13   1   but I haven't formally done hindcasts, no.
15:33:16   2   Q.  So you haven't formally done any hindcasts.  This is your
15:33:21   3   first time; correct?
15:33:23   4   A.  That's correct.
15:33:24   5       MR. KHORRAMI:  I'll tender the witness, your Honor.
15:33:36   6       THE COURT:  Thank you.
15:33:36   7           REDIRECT EXAMINATION
15:33:36   8   BY MR. RAFFMAN:
15:33:37   9   Q.  I just have a few questions for the witness, who is going
15:33:44  10   to make this plain.
15:33:46  11   A.  Yes, I understand.  I know.
15:33:50  12   Q.  We just heard your voice on a radio interview that was
15:33:54  13   directed at what a forecaster who is going to issue a warning
15:34:01  14   should know before he sits down to look at the radar; is that
15:34:06  15   right?
15:34:06  16   A.  That's right.
15:34:07  17   Q.  In this case, you're not going to issue a warning to the
15:34:09  18   public or you're not doing anything like that; right?
15:34:12  19   A.  That's exactly right.
15:34:13  20   Q.  Is there anything that you felt you needed to know about
15:34:17  21   the environment of Louisiana or anywhere else that you haven't
15:34:20  22   needed to properly interpret the radar images?  You were able
15:34:24  23   to interpret the radar images?
15:34:27  24   A.  Without that, yes.
15:34:30  25   Q.  Now, working back in time, we just saw the demonstration
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case 2:05-cv-04182-SRD-JCW   Document 20405-16   Filed 08/30/11   Page 33 of 34

**1823**

```
 1   15:34:35   from counsel's program of GR2Analyst in which he picked scans
 2   15:34:43   at random, and when he dealiased the data, it showed a uniform
 3   15:34:47   wind field from the northeast.  Do you remember that?
 4   15:34:49   A.  Yes, I do.
 5   15:34:50   Q.  And the reason that there was a uniform wind field from
 6   15:34:53   the northeast when the data are dealiased, is that that's the
 7   15:34:58   way the winds blew in Katrina; right?
 8   15:35:02   A.  That's correct.
 9   15:35:02   Q.  And what the dealiasing did was to properly convert strong
10   15:35:10   winds blowing away from the radar in excess of 64 miles an
11   15:35:18   hour, which, on the non-dealiased view, turned up green, into
12   15:35:27   accurate representations of those strong winds away from the
13   15:35:31   radar showing as bright red?
14   15:35:33   A.  Yes.
15   15:35:34   Q.  And the reason that this happened every time is because
16   15:35:37   that's the way the winds were blowing every time; right?
17   15:35:40   A.  Yes.
18   15:35:45   Q.  Just for the record, when he put up a scan for 043Z time,
19   15:35:50   I think he said for the record it was 7:43 Central Daylight.
20   15:35:55   In fact, it's 5:43 Central Daylight.
21   15:35:58   A.  Okay.
22   15:35:59   Q.  Now, we talked about the concept of putting out defective
23   15:36:08   data.
24   15:36:09       THE COURT:  Wait a minute.  Go back over that again.
25   15:36:11       MR. RAFFMAN:  I'm sorry, Judge?
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1824**

```
 1   15:36:12       THE COURT:  The 043 on August 29th.  Is there a
 2   15:36:15   seven- or a five-hour difference?
 3   15:36:17       THE WITNESS:  Five-hour.
 4   15:36:19       MR. RAFFMAN:  Your Honor, I believe it's a five-hour
 5   15:36:22   difference.  I believe the record, if I didn't correct it --
 6   15:36:27       THE COURT:  I believe it's a five-hour difference.
 7   15:36:28   So between 12:00 and 5:00 is 7.  I'm a little confused.  So you
 8   15:36:34   might go over it again.
 9   15:36:36       MR. RAFFMAN:  Your Honor, if it's 12:43 in London --
10   15:36:39       THE COURT:  Right.  I understand time zones.
11   15:36:41       MR. RAFFMAN:  Then it's 5:43 here in Central Daylight
12   15:36:44   Time.
13   15:36:46       THE COURT:  I understand.
14   15:36:46       MR. RAFFMAN:  And the testimony -- the question
15   15:36:47   counsel asked --
16   15:36:48       THE COURT:  If it's 12:43 -- wait a second.  Wait a
17   15:36:51   second.  Are you talking about in the morning?
18   15:36:53       MR. RAFFMAN:  In the morning.  This is simply
19   15:36:55   housekeeping.
20   15:36:56       THE COURT:  I'm just saying, from 5:00 -- you're
21   15:36:58   saying 5:00 in the afternoon to midnight is seven hours?
22   15:37:03       MR. WIEDEMANN:  No, Your Honor.  I'm going in the
23   15:37:04   other direction.
24   15:37:05       THE COURT:  Oh.
25   15:37:08       MR. RAFFMAN:  I'm at 12:43 -- I'm at 043 London time.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1825**

```
 1   15:37:13       THE COURT:  So we add five hours to get 5:43 a.m.?
 2   15:37:18       MR. RAFFMAN:  That's correct, Your Honor.  When
 3   15:37:20   counsel said 7:43, I immediately recognized that as erroneous,
 4   15:37:24   and the witness agreed with it.
 5   15:37:33       THE COURT:  Oh, I misunderstood your question.  Got
 6   15:37:33   you.
 7   15:37:33       MR. RAFFMAN:  I'm going the wrong way?  It was p.m.
 8   15:37:35   Then I apologize to counsel and I apologize to the witness, and
 9   15:37:36   I apologize --
10   15:37:37       THE COURT:  I thought so.  I must blow with the wind
11   15:37:41   pretty easily.  I was --
12   15:37:44       THE WITNESS:  The radar has a very accurate clock, by
13   15:37:48   the way.
14   15:37:51       MR. RAFFMAN:  I apologize to everyone whose time I
15   15:37:53   have wasted in that line of questioning, and I'll continue.
16   15:37:56   BY MR. RAFFMAN:
17   15:37:56   Q.  Mr. Lemon, you're on the data quality committee of the
18   15:38:00   National Weather Service; right?
19   15:38:01   A.  Yes.
20   15:38:01   Q.  You care about whether the date is useful, accurate, and
21   15:38:11   correct in whatever respect; right?
22   15:38:13   A.  Very much so.
23   15:38:15   Q.  So when you looked at Dr. Mitchell's report and you saw
24   15:38:19   that Dr. Mitchell was relying on data that had not been
25   15:38:23   dealiased, you actually went and talked to people that you work
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**1826**

```
 1   15:38:27   with about it; right?
 2   15:38:28   A.  That's right.
 3   15:38:29   Q.  And they agreed with you that the data had not been
 4   15:38:32   dealiased, didn't they?
 5   15:38:33   A.  They did.  We discussed the reasons why; but, yes, it was
 6   15:38:35   not dealiased.
 7   15:38:38       MR. KHORRAMI:  That's hearsay, Your Honor.  Whether
 8   15:38:41   they agreed or not.
 9   15:38:42       THE COURT:  I'm going to allow it just to show his
10   15:38:45   state of mind.  Go ahead.
11   15:38:46   BY MR. RAFFMAN:
12   15:38:50   Q.  And you saw Dr. Mitchell testified in this court when we
13   15:38:53   put up --
14   15:39:05       MR. RAFFMAN:  Let me have slide 15, LL-15.
15   15:39:05   BY MR. RAFFMAN:
16   15:39:05   Q.  When this image was shown to Dr. Mitchell, Dr. Mitchell
17   15:39:10   agreed that significant portions of that were not real, were
18   15:39:16   bad.  You heard him say it; right?
19   15:39:19   A.  Yes.
20   15:39:21   Q.  So the issue is not whether it was dealiased, the issue --
21   15:39:24   it was not dealiased; right?
22   15:39:26   A.  That's true.
23   15:39:27   Q.  The question that's been asked here is really why, which
24   15:39:30   is something you're concerned about as a researcher at the
25   15:39:35   National Weather Service; right?
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1827

```
1   15:39:36   A.   I'm concerned about it as a meteorologist, yes.
2   15:39:38   Q.   As a meteorologist.  But in terms of this proceeding, the
3   15:39:41        question why may be academic, so I'll move on.
4   15:39:46        We looked at an article from Tim Crum.  That article
5   15:39:50   was dated 1993; right?
6   15:39:53   A.   I wondered what the date was.  I was unable to see that.
7   15:39:58   Q.   All right.  Well, I'll represent that it was 1993.
8   15:40:02        Am I right that there have been significant advances
9   15:40:05   in radar technology since 1993?
10  15:40:08   A.   Yes.
11  15:40:09   Q.   Am I also right that you looked at level III data that
12  15:40:12   Dr. Mitchell reported in his report; right?
13  15:40:14   A.   Yes.
14  15:40:16   Q.   So to imply that you didn't look at it, you ignored level
15  15:40:20   III data, that would be an incorrect implication; right?
16  15:40:24   A.   That's true.
17  15:40:25   Q.   And level III data may be useful as an initial step to
18  15:40:28   identify places where there might be mesocyclones so that,
19  15:40:32   then, a researcher can go back and look at the base data to
20  15:40:36   determine what the data really shows; is that fair?
21  15:40:39   A.   That's true, yes.
22  15:40:41   Q.   The GR2Analyst program is used by two-thirds of the
23  15:40:45   National Weather Service offices today?
24  15:40:47   A.   That's a rough estimate, yes.
25  15:40:49   Q.   Rough estimate.
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1828

```
1   15:40:50   A.   Uh-huh.
2   15:40:53        MR. RAFFMAN:  That's all the questions I have.
3   15:40:55        THE COURT:  And I know you have a plane to catch, and
4   15:40:57   the question I ask is not a momentous question about this case.
5   15:41:01   Just out of curiosity, why is it 64 -- is it 64 miles per hour?
6   15:41:04   Not 64 knots, but 64 --
7   15:41:07        THE WITNESS:  Knots.
8   15:41:08        THE COURT:  Okay.  64 knots, which is 1.15; correct?
9   15:41:11        THE WITNESS:  Yes, correct.
10  15:41:12        THE COURT:  All right.  So why is it that it inverts
11  15:41:17   or that we have to unfold it after 64 miles per hour?  Is that
12  15:41:22   just a function of the limitations of the radar, or what is
13  15:41:26   the -- what are the physics there?
14  15:41:27        THE WITNESS:  It's a function of the pulse repetition
15  15:41:32   frequency of the radar, how many pulses it transmits in a given
16  15:41:36   length of time.  It's a function of the wavelength of the
17  15:41:38   radar, and it's a function of the frequency used by the radar.
18  15:41:45   Primarily the wavelength, pulse repetition frequency, and the
19  15:41:49   speed of light.
20  15:41:50        It ends up that the product of the unambiguous
21  15:41:54   range and unambiguous velocity are equal to a constant.  So as
22  15:42:02   the unambiguous velocity goes up, the effective range goes
23  15:42:06   down.  So this is a problem that we've been struggling with
24  15:42:09   forever, is trying to come up with the best possible algorithm
25  15:42:12   to unfold ranges and get the longest range we can while still
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1829

```
1   15:42:17   getting the best velocity interval before it becomes ambiguous.
2   15:42:22        THE COURT:  Has radar advanced so that 64 knots --
3   15:42:26   it's increased to 64 knots?  Is it always --
4   15:42:30        THE WITNESS:  The 64 knots is about waveform 8.  We
5   15:42:33   use eight waveforms.  The lowest three have very long ranges
6   15:42:39   that they're unambiguous over.  We use those to map the
7   15:42:43   reflectivity.  So the reflectivity is not ambiguous.  It's only
8   15:42:46   the velocity data.
9   15:42:47        THE COURT:  Okay.  Gotcha.  Thank you.  Just
10  15:42:54   satisfied some of the Court's curiosity.  Thank you.
11  15:42:59        THE WITNESS:  Are we finished?
12  15:43:01        THE COURT:  Yes.  You may step down.
13  15:43:02        (OFF THE RECORD)
14  15:44:17        MR. ALDOCK:  Your Honor, our next witness is
15  15:44:18   Dr. Austin Dooley.
16  15:44:56        For everyone's convenience, Dr. Dooley's report
17  15:44:58   is DX-198.  And you all have the slides there.  There's one
18  15:45:05   slide from his report that is new, but it's from his report,
19  15:45:08   and I'll flag it when we get to it.
20  15:45:11        THE COURT:  Thank you.
21  15:44:20        (WHEREUPON, Austin L. Dooley, having been duly sworn,
22  15:44:20   testified as follows.)
23  15:44:53        THE DEPUTY CLERK:  Please state your full name and
24  15:44:53   correct spelling for the record.
25  15:45:16        THE WITNESS:  Austin L. Dooley, A-U-S-T-I-N, last
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1830

```
1   15:45:24   name Dooley D-O-O-L-E-Y.
2   15:45:32        DIRECT EXAMINATION
3   15:45:32   BY MR. ALDOCK:
4   15:45:33   Q.   What is your occupation, sir?
5   15:45:34   A.   I am a meteorologist, oceanographer.
6   15:45:37   Q.   Describe how your occupation in meteorology and
7   15:45:45   oceanography pertains to the work that you've done.
8   15:45:48   A.   Yes.  The work that I do is research events dealing
9   15:45:55   with those two sciences, either atmospheric or oceanographic
10  15:46:03   events.
11  15:46:04   Q.   Who is your employer now?
12  15:46:05   A.   My employer is Dooley SeaWeather Analysis Inc.
13  15:46:10   Q.   Is this the first case in which you've analyzed a
14  15:46:13   meteorological event in inland waters?
15  15:46:16   A.   No, it's not.  I've done several different studies of
16  15:46:19   inland water events.  I've looked at groundings at Long Island
17  15:46:25   Sound; events in the New York Harbor; events in inlets in
18  15:46:32   Florida, Lake Worth inlet; events here on the Gulf Coast, in
19  15:46:39   Lake Charles; coastal events up in -- on the West Coast; an
20  15:46:44   event in Cape Town, South Africa.
21  15:46:47        So I've done numerous inland studies.
22  15:46:50   Q.   Describe your educational background.
23  15:46:52   A.   I have a bachelor of science degree from the State
24  15:46:55   University of New York, Marathon College.  I have a master of
25  15:47:00   science degree from the New York University and a Ph.D. from
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA