**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

# Analysis of the Transit of the Barge ING 4727

# During Hurricane Katrina and Reasons Why It

# Did Not Cause the Failure of the Inner Harbor

# Navigation Canal Floodwall



**Project No. 2581**

**July 29, 2009**

**C. R. Cushing & Co., Inc.**
**30 Vesey Street**
**New York, NY 10007**



U.S. Dist. Ct. E.D. La.
No. 05-4182(K)(2) -- BARGE

**DX 196**

**C. R. CUSHING & CO., INC.**                                        **7/29/2009**

ii

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

## INDEX

| SUBJECT | PAGE |
|---|---|
| **INTRODUCTION** | 1 |
| **REGION** | |
| The Lower Ninth Ward | 3 |
| St. Bernard Parrish | 7 |
| Lake Borgne | 9 |
| Mississippi River - Gulf Outlet | 11 |
| Inner Harbor Navigation Canal | 13 |
| Lafarge Terminal | 17 |
| **THE BARGE** | 23 |
| **THE LEVEE** | 29 |
| **THE HURRICANE** | |
| Hurricanes - General | 33 |
| Hurricane Katrina | 39 |
| Storm Surge | 47 |
| **THE LEVEE FAILURE** | 51 |
| **THE LOWER NINTH WARD POST-KATRINA** | 63 |
| **WIND DATA** | 77 |
| **THE BARGE GROUNDING** | 81 |
| **SEQUENCE OF EVENTS** | 103 |
| **WITNESS ACCOUNTS** | 123 |
| **COMMENTS ON PLAINTIFF'S EXPERTS** | 127 |
| **HYPOTHETICAL BARGE IMPACT ANALYSIS** | 159 |
| **CALCULATION OF PITCHING MOTION OF BARGE ING 4727** | 165 |
| **REASONS THE BARGE DID NOT BREACH THE FLOODWALL** | 167 |

**C. R. CUSHING & CO., INC.** **7/29/2009**

## APPENDICES

| SUBJECT | Appendix |
|---------|----------|
| Sources of Information, References, Documents Used | A |
| Waterway Simulation Technology Report | B |
| Hurricane Katrina Timeline | C |
| Barge Wind Force Calculation | D |
| Barge Velocity Due to Wind | E |
| Barge - Levee Impact Calculations | F |
| Lower Ninth Ward Debris Survey | G |
| Barge Bottom Inspection | H |
| Witness Accounts | I |
| Glossary | J |
| Additional Photographs | K |
| CRC CV | L |
| CRC Testimony Last 4 Years | M |
| CRC Publications Last 10 Years | N |
| CRC Compensation | O |

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

## INTRODUCTION

On the morning of 29 August 2005, at the height of Hurricane Katrina's assault on the City of New Orleans, the east floodwall of the Inner Harbor Navigation Canal (IHNC) failed in two locations bordering the Lower Ninth Ward.  The Lower Ninth Ward was flooded and an empty barge was drawn through the southernmost of the two breaches. The barge grounded among the houses in the neighborhood immediately inside the floodwall.  This report examines the facts and events leading up to the IHNC floodwall failures, the causes of those failures and how the barge came to its final resting spot. The report concludes that the barge did not cause or contribute to the IHNC floodwall failures.

This report relies on a multitude of reports, data, photographs and personal observations made on site.  These references are listed in the attached appendices. Each conclusion provided in this report is corroborated by multiple facts and the evidence presented in this report.

On 27 September 2005 and on numerous subsequent dates, Dr. Charles R. Cushing, his colleagues and other experts in civil engineering, hydrology, levee construction and hydrodynamics visited the site of the floodwall breaches and the barge.  These experts began collecting evidence and started to analyze the causes of the failure of the eastern levee/floodwall on the southern portion of the Inner Harbor Navigation Canal.  This work was performed at the request of counsel for Lafarge North America Inc.

At the same time, the U.S. Army Corps of Engineers (USACE) began an investigation to determine, among other things, why the levees failed.  They formed the USACE Interagency Performance Evaluation Task Force (IPET).  IPET requested that the American Society of Civil Engineers (ASCE) convene an external panel of experts to review and comment on IPET's work.  This review is published under the title: *Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005.*[1]

The National Research Council (NRC) of the National Academy of Science (NAS) and the National Academy of Engineering (NAE) performed a review of IPET and USACE's work in a report: *New Orleans Regional Hurricane Protection Projects.*[2]

An independent investigation was carried out by a group of experts from the University of California, Berkeley, and funded by the National Science Foundation.  This group, the Independent Levee Investigation Team (ILIT), released their findings in May 2006. These and other governmental and scientific reports have also been reviewed and considered in forming the opinions contained in this report.

---

[1] ASCE Report No. UCB/CITRIS-05/01.
[2] NRC/NAE Project DEPS-L-05-A.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

An investigation into the failure of the New Orleans hurricane protection system was undertaken by a group from Louisiana State University ("Team Louisiana").  This report, titled *The Failure of the New Orleans Levee System during Hurricane Katrina*[3] was released in December 2006 and included, among other things, useful modeling of Katrina's storm surge.

The findings of these independent groups are consistent with our own findings and conclusions as detailed below.

---

[3] Louisiana State Project No. 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, 20 dated 18 December 2006.

**C. R. CUSHING & CO., INC.**                                   **7/29/2009**

## THE LOWER NINTH WARD

The Lower Ninth Ward is part of the City of New Orleans and Orleans Parish, lying immediately to the east and separated from the city by the IHNC.  It is also immediately to the south of New Orleans East, separated by the Gulf Intracoastal Waterway (GIWW) and the Mississippi River - Gulf Outlet (MRGO).



Figure 1: The City of New Orleans after flooding from Hurricane Katrina.  The Lower Ninth Ward is in the foreground and the Central Business District (downtown) is in the background.

Built on an old cypress swamp, the Lower Ninth Ward was subject to constant flooding during the early 1800s.

The three main accesses to the Lower Ninth Ward from the city are the Florida Ave. Bridge to the north, the N. Claiborne Ave. (State Highway 39) Bridge to the south and the St. Claude Ave. Bridge closest to the river, all spanning the IHNC.

3



Figure 2: The N. Claiborne Ave. Bridge.



Figure 3: The Florida Ave. Bridge.

The southern edge of the Lower Ninth Ward along the Mississippi River is on higher ground, formed by both the man-made and the natural Mississippi River Levee. Topographically, the center of the city in Orleans Parish is a polder (i.e., tract of low land) called the Inter-Levee Basin.  This depression extends eastward into the center of the Lower Ninth Ward, one of the lowest parts of New Orleans.  Also, as one proceeds

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

away from the natural Mississippi River levee and toward the Florida Ave. Bridge within the Lower Ninth Ward, the ground gets progressively lower.  The area nearest the Florida Ave. Bridge is one of the lowest points in the Lower Ninth Ward.



Figure 4: Street map of the Lower Ninth Ward.

5

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

The Lower Ninth Ward is bounded on the west by the IHNC and its levee, on the south by the river, on the east by St. Bernard Parish and the north by MRGO.  Figure 4 is a map that represents the 100-square-block area nearest the IHNC between N. Claiborne Ave. and Florida Ave..

Historic Jackson Barracks lies in the southeast corner of the Lower Ninth Ward at 6400 St. Claude Ave., about 16 blocks east of the IHNC.

**C. R. CUSHING & CO., INC.**                    **7/29/2009**

## ST. BERNARD PARISH

St. Bernard Parish lies southeast, adjacent and contiguous to the Lower Ninth Ward. The important communities moving southeast along the Mississippi River from the Lower Ninth Ward include Arabi, Chalmette, Meraux, Violet and River Bend, about 8 miles southeast of the Lower Ninth Ward.  Further south lies Plaquemines Parish.  The Mississippi River – Gulf Outlet (MRGO) forms the northern and northeastern border of St. Bernard Parish.



Figure 5: The Lower Ninth Ward and portions of St. Bernard Parish.  Black lines represent levees.

The inhabited portions of St. Bernard Parish and the Lower Ninth Ward are part of the same polder. In addition to the levees along the Inner Harbor Navigation Canal, they depended on levees along the MRGO to the north and northeast for flooding protection from Lake Borgne and the Gulf of Mexico.   However, during Hurricane Katrina considerable overtopping and levee failures occurred along the entire length of MRGO causing considerable early flooding in St. Bernard Parish.

7

**C. R. CUSHING & CO., INC.**                    **7/29/2009**

Bisecting St. Bernard Parish is a secondary or smaller levee varying in height between 7.5 to 10.0 feet above mean sea level (MSL).[4]  This is the Forty Arpent Levee, which runs alongside the Florida Walk Canal.  This secondary levee separates the more populated areas of St. Bernard parish and the Lower Ninth Ward to the southwest from the more marsh like areas to the northeast.  These environmentally important wetlands include Bayou Bienvenue (closer to the Lower Ninth Ward) and Bayous Villere, Dupre, Busman and others further east.  This levee did little to protect the Lower Ninth Ward or St. Bernard Parish from Hurricane Katrina.

---

[4] ILIT Report, Chapter 6 Page 6.

**C. R. CUSHING & CO., INC.**                    **7/29/2009**

## LAKE BORGNE

As the Mississippi River Delta extends southward into the Gulf of Mexico, it has created a corner with the Louisiana-Mississippi coastline on the north and the delta (St. Bernard and Plaquemines Parishes) on the west. Northwest of St. Bernard Parish is a body of water named Lake Borgne.

Lake Borgne (which is actually a bay) played a key role in the catastrophic flooding of New Orleans and particularly the Lower Ninth Ward. It is important to understand how the orientation of this body of water contributed to amplification of the storm surge.

Although Lake Borgne is nearly surrounded by wetlands, any rise in sea level, such as caused by a hurricane storm surge, causes the protection from the salt water marshes to disappear. Lake Borgne then becomes a "sound" and is directly connected to Chandeleur Sound and is open to the Gulf of Mexico.

Any wind-driven and storm-driven seas coming from the east or southeast will be driven into and concentrated in the funnel-like northwest corner of Lake Borgne, -- that is, into the MRGO. This is precisely what happened in the early hours of 29 August 2005. As Katrina approached from the south, the winds north of the hurricane eye were blowing nearly from due east, with increasing intensity, directly into the MRGO "funnel," creating and amplifying the storm surge.



Figure 6: Lake Borgne and the role its "funnel" played in the surge.

**C. R. CUSHING & CO., INC.**                                          **7/29/2009**

This Page Intentionally Left Blank

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

## MISSISSIPPI RIVER – GULF OUTLET CANAL

The MRGO is a controversial waterway constructed by the U.S. Army Corps of Engineers connecting the Gulf of Mexico to the IHNC. It extends 66 miles from the city southeastward, providing a deep draft (approximately 33 feet fresh water draft) channel to the Gulf of Mexico. It shortens the inbound distance by ship to New Orleans by some 40 miles. The MRGO was opened in 1963, and forms a part of the Intra-coastal Waterway System (IWS). The channel is approximately 76 miles long and 36 feet deep. Since it was completed in 1965, erosion has reportedly increased its control width of 650 feet to more than 1,500 feet.

The hydraulic effects of the canal have been criticized by Assistant Professor of Coastal Engineering Hassan Mashriqui, Ph.D., P.E. of Louisiana State University's (LSU's) Hurricane Center, who concludes that MRGO amplified both the water's velocity and level during the storm surge caused by Katrina.[5] Dr. Mashriqui concludes from Advanced Circulation (ADCIRC) computer modeling that the in-rushing velocity increased from 0.9 meters per second to 2.4 meters per second, and increased the water level height by three feet. This increased the scouring along MRGO and IHNC levees. (The U.S. Army Corps of Engineers states, by contrast, that Hurricane Katrina would have overwhelmed the levees with or without MRGO).[6]

The role that the MRGO played in Hurricane Katrina was to deliver the surge directly to the IHNC and the center of New Orleans.

The ILIT report extensively discusses the erosion and failures along the 11 mile stretch of MRGO levees facing Lake Borgne and the Gulf of Mexico.[7] As discussed by the Independent Levee Investigation Team (ILIT) report, levees along the MRGO were little more than earthwork berms constructed from the dredge spoils from the MRGO, which consisted of sandy and silty soil poorly suited for use in such a structure. These levees were quickly washed out by wave action and overtopping flow acting on the loose soil comprising these berms during the early hours of Hurricane Katrina. IPET concluded that the gravity-driven downrush velocities of flood water on the back face of the levee at maximum overtopping were as high as 15 feet per second.[8] This was more than sufficient to wash away the supporting inshore berm.

Early in the arrival of Katrina this northeast frontage of levees was breached in multiple locations, first flooding northeast St. Bernard Parish, and then over-topping the Forty Arpent secondary levee. The initial appearance of water in St. Bernard Parish came from the failures of the levees along MRGO.

---

[5] Team Louisiana Report Chapter Seven.
[6] Expert Report Prepared for United States Department of Justice by Dr. Reed Mosher, USACE.
[7] ILIT Chapter 6.
[8] IPET page V-3.

11

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

The timing and issues concerning the MRGO, breaches along the MRGO and the
MRGO's role in the flooding of New Orleans is the subject of inquiry by others.  This
section is provided for background and context.

12

**C. R. CUSHING & CO., INC.**                                        **7/29/2009**

## INNER HARBOR NAVIGATION CANAL (IHNC)

The Inner Harbor Navigation Canal (IHNC), sometimes also referred to as the Industrial Canal, provides a connection between the Mississippi River at its southern end and Lake Pontchartrain, 5.8 miles to the north.  As its name implies, the IHNC is a navigation project to facilitate the movement of ship traffic.  The southern half of the IHNC separates the city to the west from the Lower Ninth Ward to the east.  The northern half of the IHNC separates the Gentilly District of the city to the west, from New Orleans East to the east.  The IHNC is bisected by the MRGO, which enters the IHNC at a point just above the Florida Ave. Bridge.

The southern half of the IHNC varies in depth from 27 to 33 feet mean lower low water (MLLW).[9]  Access to the southern most end of the IHNC and the Navigation Locks is however limited to 30 feet because of a submarine pipeline crossing.

At the southern end of the IHNC, a lock system lifts vessels from the IHNC to the Mississippi River.  The existing lock has a 675 foot long by 75 foot wide chamber with a floor elevation of minus 36 feet (National Geodetic Vertical Datum).  The existing lock has interior dimensions of 640 feet long by 75 feet wide by 31.5 feet deep over the sills at low water in the Mississippi River.  This lock is the busiest in the Intra-Coastal Waterway System, with an estimated average wait of ten hours.

The U.S. Army Corp of Engineers is planning to replace the existing lock with a new 1,270 foot long by 110 foot wide by 40 foot deep lock in order to reduce waiting delays. The new lock has the highest priority of the National Inland Waterway Users Board. The US Army Corps of Engineers concurs, reporting it is critical to the Nation's commerce. The project began in 2001 and is scheduled for completion in 2015.  It also involves the construction of new N. Claiborne Ave. and St. Claude Ave. bridges.[10]

The IHNC has a 900 foot wide turning basin immediately south of the Florida Ave. Bridge, and a second turning basin 1,600 feet in diameter north of the Florida Ave. Bridge, at the IHNC intersection with MRGO.

The Florida Ave. Bridge is a newly built lift bridge with a horizontal clearance of approximately 300 feet.  There is a submerged drainage line on the south side of the Florida Ave. Bridge which restricts the draft of vessels to 30 feet at mean sea level.

The northern portion of the IHNC extends from MRGO to Lake Ponchartrain, separating the city from New Orleans East.  It is spanned by several bridges, from north to south: the Senator Ted Hickey (State Highway 47), a bascule bridge; Chief Menteur Highway (State Highway 90), a lift bridge; and Interstate 10, a fixed bridge, as well as two railway

---

[9] NOAA Navigation Chart 11368.
[10] U.S. Army Corp of Engineers New Orleans District website:
http://www.mvn.usace.army.mil/pd/projectsList/home.asp?projectID=107&directoryFilePath=ProjectData\.

**C. R. CUSHING & CO., INC.**                                                    **7/29/2009**

bridges, L&N Railroad bascule bridge to the south and Southern Railroad bascule bridge to the north.



Figure 7: Portion of NOAA chart 11368, showing the southern portion of the IHNC.



Figure 8: The southern portion of the IHNC and adjacent Lower Ninth Ward (2002).

**C. R. CUSHING & CO., INC.**                                                    **7/29/2009**

This Page Intentionally Left Blank

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

### LAFARGE TERMINAL

The Lafarge North America cement terminal is located on the west bank of the IHNC. The entrance into the terminal is on Poland Ave. at N. Dorgenois St.  It is at 29° 58' 40"N, 90° 01' 33"W.[11]   The facility is owned by the City of New Orleans under the control of the Board of Commissioners of the Port of New Orleans, and is operated by Lafarge North America Inc. (LNA).  The wharf has a 600 foot face with a wharf height of approximately 10 feet.  The dock is equipped with a traveling suction gantry, with pipelines extending to cement storage silos with 60,000 ton capacity.  The water depth alongside the wharf is reported to be 11 feet.



Figure 9: The Lafarge Terminal looking north.  The barges in the photo are not the same barges present during Hurricane Katrina.

The wharf includes a fendering system and outboard pilings spaced at intervals of nine to ten feet along the dock.  There are also ten mooring bollards spaced at various intervals along the dock.  Loaded barges awaiting unloading and empty barges awaiting removal are moored to the wharf's fixed bollards.

---

[11] U.S. Coast Pilot 5 – 33rd edition.

**C. R. CUSHING & CO., INC.**                                           **7/29/2009**



**Comment [m1]:** Recommend cutting the highlighted text as it does not connect to any of the conclusions regarding transit of the barge or cause of levee failure

Figure 10: A section of the Lafarge Wharf, showing a typical bollard, pilings, stringer and stop for the traveling suction unloader.

The bollards are of the type and shape generally found on the majority of the wharves in New Orleans.

From the south end of the dock to where the aforementioned vertical pilings begin, at 139 feet from the south end, the dock is fitted with a system of 12" x 12" timber fenders, extending downward in horizontal tiers from the edge of the dock to an undetermined distance below the water, each timber being approximately 10 feet in length.

In addition to the traveling suction cement unloader, the wharf is equipped with a pair of wire rope winches and sheaves for moving barges along the wharf face.  The unloader travels on steel wheels set on steel rails on the wharf.  There are two small buildings on the wharf; a storage shed and a control house.  A water mark left by floodwaters of Hurricane Katrina was found on the inside wall of the storage shed, and was found to be at a height above the dock apron of 6' 03".  Inshore of the wharf is an I-Wall floodwall which forms part of the New Orleans flood protection system.

18

**C. R. CUSHING & CO., INC.**                    **7/29/2009**



Figure 11: The flood gate directly inland of the Lafarge Wharf.  The control house is to the left and the Florida Ave. Wharf is to the right.



Figure 12: The Lafarge Terminal, looking south showing the pilings, stringer, winch used to move barges along the wharf and the suction unloader.

19

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**



Figure 13: The Namasco Corp. facility looking southeast from the Lafarge Terminal, with the covered gantry in the left background.

Immediately to the north and northwest of the Lafarge wharf is the Florida Ave. Warehouse, owned and operated by the Dock Board. This 57,600 square foot warehouse is approximately 482 feet long by 120 feet deep and overlaps the Lafarge wharf. As such, it forms a lee (shelter) for winds from the north and northwest.

Directly south of the Lafarge cement terminal wharf is a wharf owned by the Port and operated by Namasco Corp. This facility has a large warehouse for handling steel products. It has overhead electric hoists that extend over the water used to unload steel products from barges. The east-west wharf, measuring approximately 180 feet in length, was used for mooring Namasco barges. It is in disrepair, with numerous broken and exposed steel and wooden pilings and sharp cornered fendering structural components.

20

**C. R. CUSHING & CO., INC.**                                        **7/29/2009**



Figure 14: Deteriorated pilings and mooring components at the Namasco facility.

Further south from the Namasco Wharf on the west bank and directly across from the levee protecting the Lower Ninth Ward is the 2,250 foot long (approximately) Galvez Street Wharf.

Of particular importance in the southern portion of the IHNC is the turning basin just south of the Florida Ave. Bridge.  It forms a "pocket" or indentation on the west side of the IHNC at the Lafarge North America Terminal.  This rectangular pocket is approximately 1,200 feet long (north-south) on its western side formed by Lafarge and Florida Ave. wharves, and is 850 feet deep (east-west) on the south by the Namasco Wharf.  The barges alongside the Lafarge Wharf are "nested" in this pocket and thus do not interfere with traffic in the navigation channel even if several barges are moored alongside of the wharf.  The orientation and arrangement of this pocket are important to the track of barge ING 4727 on the morning of 29 August 2005.

**C. R. CUSHING & CO., INC.**                                           **7/29/2009**



Figure 15: The southern portion of the IHNC showing the Lafarge terminal and surrounding wharves. The yellow portions of the Figure are land above sea level on the canal side of the levee.

22

## THE BARGE

The barge, numbered ING 4727, which grounded in the Lower Ninth Ward on 29 August 2005, was a standard steel Mississippi River covered hopper barge. Its principal characteristics are as follows[12]:

| | |
|---|---|
| Builder | Equitable Shipyard |
| Owner | Ingram Barge Co. |
| Year Built | 1990 |
| Length | 200' – 0" |
| Beam | 35' – 0" |
| Depth | 12' – 0" |
| Coaming height | 5' – 0" |
| Draft, loaded | 10' – 0" |
| Draft, light | 1' – 4 ½" |
| Cover type | Fiberglass |
| Cover weight | 11 tons |
| Cargo capacity | 84,659 cubic feet |
| Tons per Inch Immersion | 18.14 |
| Displacement at 1'-4 ½" draft | 250 tons, approx. |
| Displacement at 10' draft | 1,877 tons |

Constructed of steel in 1990, the barge was owned by the Ingram Barge Company.   It is a typical Mississippi River "box barge" without rake at either end.  It has a double skin with a forepeak and after peak tank and five pairs of side tanks.   The barge is symmetrical, fore-and-aft.  For descriptive purposes we have designated the end of the barge with the ID numbers on the transom to be the stern.  In the grounded position this would be at the northern end.  The bow would be at the opposite or southern end, the starboard side to the west, and port side to the east.

Between the hopper tank and outer hull, the barge was subdivided into void tanks spaced 40 inches apart at the sides and 15 ½ inches at the bottom.  The fore and after peak tanks were spaced 21 inches between the hopper tank ends and the transoms.

The outer shell including sides and bottom plating was 3/8 inch thick.  The hopper tank had 3/8 inch sides and ½ inch bottom (tank top).  The barge was longitudinally framed with longitudinals spaced approximately 24 inches on center.  The framing was flanged angles, 5" by 2 ½" by ¼" on the side shell and 14 ½" x 3" x ¼" on the bottom.  The barge was fitted with a 6" by 5/8" rubbing strake on the exterior of the side shell approximately 12 inches above the baseline and just above the turn of the bilge.  The bottom shell transverse butt seams were approximately 66 inches on centers.

---

[12] Ingram Barge Register, 28 July 2005.

23

The cargo hopper was covered with domed fiberglass, removable covers.



Figure 16: Looking along the side coaming of barge ING 4727.

The barge was outfitted with cleats and buttons that are standard and commonly found on barges of this type, for use in mooring or in making the barge fast to other barges or to tugs, namely:

24

**C. R. CUSHING & CO., INC.**                                                            **7/29/2009**

At each of the four corners of the barge, one 15" "button" and one 48" cleat.

On each side, port and starboard, at intervals of approximately 47 feet from each other along the length of the barge, three 36" cleats.

On centerline on each end of the barge, one 36" cleat.

| Button Details | |
|---|---|
| Diameter | 15" |
| Height above deck | 8" |
| Distance from bow or stern | 24" |
| Distance from port or starboard side | 17" |
| | |
| 36" Cleat Details | |
| Length, end to end | 36" |
| Width | 5" |
| Height above deck at midpoint | 6 ½" |
| Height above deck at ends | 8" |
| Length of base plate | 24" |
| Width of base plate | 12" |
| | |
| 48" Cleat Details | |
| Length, end to end | 48" |
| Width | 7" |
| Height above deck at midpoint | 9 ½" |
| Height above deck at ends | 10 ½" |
| Length of base plate | 36" |
| Width of base plate | 21" |

The centerline cleats at the forward and after ends of the barge were at a distance of 22" from their respective ends of the barge.





Figure 17: The mooring fittings of barge ING 4727: Button (top) and cleat (bottom).

Barge ING 4727, like nearly all inland hopper barges, was not classed or otherwise inspected by a classification society or by the U.S. Coast Guard.

Before Katrina, ING 4727 was empty and tied up to the wharf at the Lafarge terminal, with a loaded barge to its outboard side.  On 27 August 2005 a towboat crew from Joseph P. Domino Towing shifted barges at the Lafarge Terminal, leaving the loaded barge adjacent to the wharf and the empty ING 4727 outboard of the loaded barge to which it was tied.  Directly to the north of these two barges, five loaded barges were also tied up, one outboard of the other.

26

**C. R. CUSHING & CO., INC.**                                         **7/29/2009**



Figure 18: Barge ING 4727 where it came to rest in the Lower Ninth Ward.

At some time on 29 August 2005, barge ING 4727 broke free of the loaded barge to which it was tied and ended up in the Lower Ninth Ward near Jourdan Ave. and N. Roman St. on the other side of the failed floodwall.  Shortly after it became possible to gain access to the Lower Ninth Ward, the barge was surveyed and photographed extensively.  The results of this examination are discussed later in this report.

In March of 2006, the barge was lifted using air bags so that its bottom could be examined.  Following this examination, the barge was cut into sections. The upper 8 foot portion was scrapped.  The lower 4 feet was cut into 19 sections and transported to a warehouse where they were inverted and examined more thoroughly.  At that time, the condition of the bottom was documented.

27

**C. R. CUSHING & CO., INC.**                              **7/29/2009**



Figure 19: Barge ING 4727 lifted on airbags for inspection.