**C. R. CUSHING & CO., INC.**                                      **7/29/2009**

## THE LEVEE

The levee and floodwall structure protecting the Lower Ninth Ward, extends along the eastern shore of the southern section of the IHNC and is part of the 320 miles of levees protecting the City of New Orleans and surrounding parishes.  The IHNC levee and floodwall extends from the Florida Ave. Bridge in the north to the N. Claiborne Ave. Bridge and the lock system to the south.  It runs parallel to Jourdan Ave. in the Lower Ninth Ward.



Figure 20: An intact portion of the levee and floodwall along the IHNC, post Hurricane Rita.  Note the scour trench and the original height of the earthen berm on the floodwall.

The levee system along the IHNC consisted of an earth embankment with a crest elevation of approximately 7.5 feet according to the North American Vertical Datum of 1988 (NAVD88 2004.65).  The embankment has side slopes of 2.4:1 and 2.8:1 on the land and water side, respectively.  The elevation of the land side heel is approximately -3.5 feet and the mean water elevation in the IHNC is 2.5 feet.  Elevations were

determined by means of surveys and photogrammetry performed after Hurricane Katrina. LIDAR data show a decreasing levee toe elevation toward Florida Ave.[13]

Additional flood protection was provided by means of a floodwall sunk into and rising above the earth embankment. This wall was of the "I" type. The reinforced concrete floodwall was supported by a steel sheetpile driven to a depth of -9.76 feet, or over 15 feet deep into the earthen levee. The top of the sheetpile is embedded 4'-2" into the concrete wall, which has an overall height of 8 feet and is 2'-0" thick at the base. The concrete panels of the floodwall top were reinforced by ½" and ¾" diameter vertical rebar spaced on 9 inch centers and a series of ½" diameter bars oriented longitudinally within the wall. The sheetpile itself was a hot rolled steel PZ-27 section, with each panel measuring 18" long by 12" wide, with the web and flanges being $^3/_8$" thick[14]. A diagram of the floodwall system cross section can be seen in Figure 21.



Figure 21: Cross section of IHNC levee and floodwall.

The design elevation for the floodwall in 1969 was 15.0 feet above MSL as shown on the construction plans. MSL was taken as NGVD 29, even though in 1969 MSL was not the same as NGVD29. Furthermore, LMSL (local mean sea level) was not the same as MSL. By 2005 LMSL had changed; subsidence had lowered the benchmarks and the levee. No one knew how much lower the levees were below their intended or constructed heights. Surveys taken by WST show the uneven and significant

---

[13] IPET Report Figure 11-14.
[14] USACE Drawing H-4-25157.

**C. R. CUSHING & CO., INC.**                                          **7/29/2009**

subsidence along the floodwall.[15]   An even greater degree of subsidence was noted in the IPET Report with a wall top height as low as 11.1 ft.[16]

For a variety of reasons, the top of the IHNC floodwall was considerably below the design elevation.  It has been traditional to measure flood water levels against known landside bench marks.  Geodetic datums are used to define the height of land on the earth, as well as many other characteristics of the earth.  There are many different datums used by different agencies for different purposes.  Datums are revised periodically making earlier datums obsolete.  Using incorrect datums can lead to serious errors with fatal consequences.  Such incorrect usage played a role in the flooding of New Orleans.

Two datums are most important in the case of Hurricane Katrina and New Orleans, namely "mean sea level" and "NAVD 88."   Mean Sea Level refers to the arithmetic mean of hourly observations over the National Tidal Datum Epoch, a 19 year period that covers all variations in the path of the moon about the sun[17].   NAVD88 is the North American Vertical Datum of 1988.  It replaced the National Geodetic Vertical Datum of 1929 (NGVD 29).  The NGVD 29 was synonymous with Mean Sea Level Datum of 1929, and did not take into consideration changes in sea level over time.  Therefore NGVD and mean sea level are not the same.  Nevertheless, the USACE used NGVD29 (with adjustments) for the design and construction of its New Orleans flood control projects.  While there may have been convergence between MSL and NGVD in 1929, they were measurably different in 2005.  MSL is about one foot higher than NGVD in the IHNC[18]   Furthermore there was confusion in the terms local mean sea level (LMSL) and mean sea level (MSL).  LMSL should have been used rather than MSL.  The difference in the IHNC between LMSL and MSL was not known, even in March 2006, but was estimated to be about ¼ foot.[19]

Thus, the benchmark which was used to determine the floodwall top elevation, namely Benchmark M 152, had an elevation in 1951 of 22.090 NGVD29.  In 1969 it was 21.811 NGVD29 which was taken as being MSL.  By 1991 it was 20.96 NGVD29.  When measured by GPS in November 2005 it was 20.34 NAVD88 (2004.65).  (Also, the LMSL could be as much as 0.1 to 0.3 feet lower than from NAVD88).

The ASCE report points out that incorrect assumptions were made about the datums used for the design, construction and maintenance of the height of floodwalls, resulting

---

[15] Water Flow and Wind Conditions Affecting Movement of ING 4727 Barge in the IHNC During Hurricane Katrina on August 29, 2005 by Waterway Simulation Technology, 2009 (Appendix B).
[16] (IPET Report IV-9-8).
[17] http://seacoos.org/Data%20Access%20and%20Mapping/water_level_product_desc/.
[18] IPET – page III 18/19.
[19] IPET – page III – 17.

in floodwalls built lower than their design height.[20]  Similarly, the Team Louisiana Report notes the errors in the design height and states the wall was built "almost 2 feet low."[21]

C. R. Cushing & Co. engaged the services of Aero-Data Corp. to carry out a photogrammetric survey of the height of the levee.  The IHNC structures in some locations were more than 2 feet below their intended elevations, largely from subsidence over the 35-year life of the project.[22]  ASCE reported that "along the Industrial Canal (built more than 35 years ago) …, the impact of subsidence plus incorrect use of datum has resulted in the levees and floodwall being **up to 3 feet lower than the original design**."[23]



Figure 22: IHNC floodwall crest elevations produced for WST report.

---

[20] ASCE Report – page 66/67.
[21] Team Louisiana Report pages 126, 213.
[22] ASCE Report page 22.
[23] ASCE Report page 67 (emphasis added).

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

## HURRICANES - GENERAL

Hurricanes are tropical cyclones with winds exceeding 64 knots (74 mi/hr).  In the Northern Hemisphere, these winds circulate in a counter-clockwise direction around their centers.  In the North Atlantic, tropical cyclones usually offer the greatest threat from June through November; August, September, and October are the months of highest incidence.

These storms usually move westward or west northwestward at speeds of less than 15 knots in the lower latitudes.  Once they move into the northern Caribbean or Greater Antilles region, they usually either travel toward the Gulf of Mexico or recurve and accelerate into the North Atlantic.  Some will recurve after reaching the Gulf of Mexico, while others will continue westward to landfall.[24]

A tropical cyclone is a meteorological term for a storm system originating in the tropics or subtropics.  It is characterized by a low pressure system center and thunderstorms that produce strong wind and flooding rain.  In successive stages of intensification, the tropical cyclone may be classified as a tropical disturbance, tropical depression, tropical storm, and hurricane or typhoon.

A tropical disturbance is a distinct system of apparently organized convection which ranges from 100 to 300 miles in diameter.  It has a non-frontal migratory character and maintains its identity for 24 hours or more. It has no strong winds and no closed isobaric pressure pattern.

A tropical depression has one or more closed isobars and some rotary circulation at the surface.  The highest sustained (1-minute mean) surface wind is 33 knots.  A tropical storm has closed isobars, a distinct rotary circulation, and  a sustained surface wind between 34-63 knots.  Winds near the center increase to gale force, central pressure falls below 990 millibars, and towering cumulonimbus clouds shield a developing eye.

It becomes a hurricane when it has closed isobars, a strong and very pronounced rotary circulation, and a sustained surface wind speed of 64 knots or higher.[25]

Each system begins as a thunderstorm or group of thunderstorms which can grow to hurricane strength with cooperation from both the ocean and the atmosphere.  The ocean water must be warmer than 26.5° C (81° F).  High relative humidities in the lower and middle troposphere are also required for hurricane development.

The source of energy for hurricanes is the heat and moisture from the warm water. The tropical cyclone feeds on the heat released when moist air rises and the water

---

[24] Van Heerden, Ivor and Bryan, Mike.  The Storm.  Viking, Penguin Group, New York. 2006.
[25] Bowditch, Nathaniel. American Practical Navigator, Vol. 1.  Defense Mapping Agency Hydrographic Center. 1977 ed.

vapor it contains condenses.   As the warm air rises, it cools.  As the air cools it can hold less water vapor which therefore condenses into droplets of water.  These droplets then fall as rain.  The condensation releases latent energy in the form of heat, which reinforces the dynamics of the storm.

Condensation leads to higher wind speeds, as a tiny fraction of the released energy is converted into mechanical energy.  The faster winds and lower pressure bring about increased surface evaporation and even more condensation.  Some of the released energy drives updrafts which increases the height of the storm clouds and speeds-up condensation.

The high altitude winds pump ascending air out of the cyclonic system into a high-altitude anti-cyclone, which transports the air away from the disturbance.   As a consequence, a large scale vertical circulation is set up in which low level air is spiraled up the cyclonic twisting of the disturbance, and after a trajectory over the sea, returned to lower altitudes some distance from the storm.   "This pumping action, and the heat released by the ascending air, may account for the sudden drop of atmospheric pressure at the surface, which produced the steep pressure gradient along which winds reach hurricane proportions."[26]

This provides the system with enough energy to be self-sustaining and causes a positive feedback loop that continues as long as the tropical cyclone can draw energy from its thermal reservoir, the warm water at the surface of the ocean.   A lack of equilibrium in air mass distribution also gives supporting energy to the cyclone.  The rotation of the earth causes the system to curve (the Coriolis effect), giving it a cyclonic characteristic and affecting the trajectory of the storm.

Many tropical cyclones develop when atmospheric conditions around a weak disturbance in the atmosphere are favorable.  Tropical systems are moved by steering winds in the troposphere.   If conditions remain favorable, the tropical disturbance intensifies, and can develop an eye which is unique to hurricanes.

The eye is an area of relative calm (and lowest atmospheric pressure) at the center of circulation.  The eye is normally circular in shape, and may range in size from 2-230 miles in diameter.  Surrounding the eye is the eye wall, an area 10-59 miles wide in which the strongest thunderstorms and winds circulate around the storm's center. Large bands of clouds and precipitation spiral from the eye wall and are called spiral rain bands -- also unique to hurricanes. The direction of the winds in the bands around the eye wall is directly related to the location of the center of the storm.

Rainbands are bands of showers and thunderstorms that spiral cyclonically toward the storm center.   High wind gusts and heavy downpours often occur in individual rainbands, with relatively calm weather between bands.

---

[26] Ibid.

**C. R. CUSHING & CO., INC.**                                                              **7/29/2009**

These spiral bands ascend in decks of cumulus and cumulonimbus clouds to the convective limit of cloud formation, where condensing water vapor is dispersed to form cirrus clouds.

As the storm approaches, the wind increases in gustiness, and its speed becomes greater, reaching 22-40 knots.[27]  A dark wall of heavy cumulonimbus, known as the bar of the storm, will appear on the horizon.  Portions of this heavy cloud will detach from time to time and drift across the sky, accompanied by rainsqualls and winds of increasing speed.  With the arrival of the bar, the day becomes very dark, squalls are continuous, and the barometer drops precipitously along with a rapid increase in wind speed.  The center of the storm may still be over 100 miles away.  As the center approaches, rain falls in torrents, seas become mountainous, and the wind fury increases.  In the Northern Hemisphere, if the center of the approaching storm is to the south and headed northward, these winds on the north side would blow in a nearly east-to-west direction, characteristic of the counter-clockwise circulation around the center.

The size of a tropical cyclone is determined by measuring the distance from its center of circulation to its outermost closed isobar.  Tropical cyclones are considered large when the closed isobar radius is 6-8 degrees of latitude (360 to 480 nautical miles).  A very large tropical cyclone will have a radius of greater than 8°.

From the water, the presence of an exceptionally long swell is usually the first visible indication of the existence of a tropical cyclone.  In deep water it approaches from the general direction of origin.  However, in shoaling water this is a less reliable indication because the direction is changed by refraction.

From any given point in a tropical cyclone, winds may be the best guide to the direction toward the center of a tropical cyclone. Buys Ballot's law states that when an observer stands with his back to a geostrophic wind in the Northern Hemisphere, the center of low pressure will be to the left and the high pressure to the right.  If the wind followed circular isobars exactly, the center would be exactly 8 points (90°) on the right from dead ahead when facing the wind.  However, the track of the wind is usually inclined somewhat toward the center, so the angle from dead ahead varies between 8-12 points (90° - 135°).  The inclination varies in different parts of the same storm: least in the front and greatest in the rear.  Closer to the center, the wind blows more nearly along the isobars, the inclination being reduced by one or two points at the wall of the eye.  In lay terms, this means that the direction of the wind in a tropical cyclone is directly related to the location of the center of the storm.  This is why, as noted above, if it is known that the center of the storm is to the south, then the wind blows in a nearly east-to-west direction.  If the wind is blowing east-to-west, then the center of the storm must be to the south.

---

[27] Beaufort 6-8.

In open spaces, winds at any given time tend to blow in one direction, with very little variability in direction.  This can also be viewed as a consequence of Buys Ballot's law. As this law explains, the low pressure center (i.e. the eye of the hurricane) is always to the left if one's back is to the wind.  Because the eye of the hurricane does not move around erratically, it follows that the direction of the wind would not be erratic either. Thus, provided there are no obstructions, the prevailing winds during a hurricane flow in a uniform direction and are not erratic.

When winds encounter obstructions such as buildings, the winds flow over and around them and then rejoin the prevailing wind stream.  The directional variations of wind in open space such as in the middle of the IHNC are slight.  Eddy effects from buildings, silos and other obstructions diminish rapidly in the shadow of the structure and will have little to no effect in a short distance downstream.

The wind flow in an open area such as in the IHNC would be uniform in direction and would not be erratic, confused or vary in direction.



Figure 23: Flow around an obstruction such as a building.  A free stream exists a short distance upstream and downstream, and more turbulent flow surrounds the obstruction. Turbulent flow does not affect the prevailing wind direction.

Tropical cyclones can produce extremely powerful winds and torrential rain.  They are also able to produce high waves and damaging storm surge.  They develop over large

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

bodies of warm water and lose their strength as they move over land.  Hurricanes rapidly weaken when they travel over land or colder ocean waters; both lacking sufficient heat and/or moisture.

**Table 1: Saffir-Simpson Hurricane Damage-Potential Scale**

| Scale Number Category | Central Pressure mb inches | Wind Speeds mi/hr knots | Storm Surge feet meters | Observed Damage |
|---|---|---|---|---|
| 1 | >=980 >=28.94 | 74-95 64-82 | 4-5 ~1.5 | some damage to trees, shrubbery, and unanchored mobile homes |
| 2 | 965-979 28.50-28.91 | 96-110 83-95 | 6-8 ~2.0-2.5 | major damage to mobile homes; damage buildings' roofs, and blow trees down |
| 3 | 945-964 27.91-28.47 | 111-130 96-113 | 9-12 ~2.5-4.0 | destroy mobile homes; blow down large trees; damage small buildings |
| 4 | 920-944 27.17-27.88 | 131-155 114-135 | 13-18 ~4.0-5.5 | completely destroy mobile homes; lower floors of structures near shore are susceptible to flooding |
| 5 | <"920" <"27.17" | >"155" >"135" | >"18" >"5.5" | extensive damage to homes and industrial buildings; blow away small buildings; lower floors of structures within 500 meters of shore and less than 4.5 m (15 ft) above sea level are damaged |

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

This Page Intentionally Left Blank

## HURRICANE KATRINA

On 23 August 2005, a tropical depression (designated Tropical Depression Twelve) developed by 1800 hrs UTC over the southeastern Bahamas about 175 nautical miles southeast of Nassau.



Figure 24: The track of Hurricane Katrina.[28]

By 25 August, the tropical depression had strengthened into Tropical Storm Katrina. The storm moved slowly along a northwesterly then westerly track through the Bahamas, gaining strength.

Meanwhile, over the northern Gulf of Mexico and southern United States, the middle to upper tropospheric ridge was strengthening. This ridge turned Katrina westward on 25 August toward southern Florida. On the afternoon of the 25th, an eruption of deep convection over the system's low-level center in the northwestern Bahamas enabled Katrina to become the fifth hurricane of the 2005 season. Two hours later (2230 UTC), Hurricane Katrina made landfall between Hallandale Beach and Aventura, Florida as a Category 1 hurricane on the Saffir-Simpson Hurricane scale. Katrina hit the peninsula with 80 mile per hour winds, and a well defined eye.

---

[28] ASCE publication *The New Orleans Hurricane Protection System: What Went Wrong and Why.*

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

The eye became better defined as Katrina moved inland, remaining intact during its entire track across the peninsula.  Katrina continued west-southwestward overnight, spending around six hours over the water-laden Everglades.  Katrina then weakened to a tropical storm with maximum sustained winds of 60 knots (69 mph).  The center emerged in the southeastern Gulf of Mexico around 0500 UTC on 26 August north of Cape Sable.

Back over the water, Katrina gained strength and again became a hurricane at 0600 UTC on 26 August with maximum sustained winds of 65 knots (75 mph).  It underwent two periods of intensification on 26 and 28 August.

The first period of intensification exhibited an increase in maximum sustained winds from 65 knots to 95 knots in the 24 hour period ending 0100 (1:00 AM) CDT 27 August. The eye was evident on infrared satellite imagery early on 27 August.  By 0100 (1:00 AM) CDT, Katrina was a Category 3 hurricane with 100 knot (115 mph) winds.  The storm was 365 nautical miles southeast of the Mississippi River.

Katrina's track, when it was first over the Gulf, was west-southwestward.  On 27 August its track took on a general westward direction and then the storm took a turn toward the northwest on 28 August.

The second period of intensification reached 145 knots (166 mph) at 1300 (1:00 PM) CDT 28 August about 170 n miles southeast of the mouth of the Mississippi River. Katrina was upgraded to a Category 4 hurricane with maximum sustained winds of 126 knots (145 mph).[29]  Katrina quickly became a Category 5 storm, just twelve hours after the beginning of the second round of rapid intensification, reaching peak intensity at 7:00 AM CDT 28 August with maximum sustained winds of 152 knots (175 mph), gusts of 187 knots (215 mph) and a center pressure of 902 mbar.  The storm was about 170 nautical miles southeast of the mouth of the Mississippi River.

Katrina turned northward, toward the northern Gulf coast early on 29 August.  The storm weakened rapidly prior to landfall.  At 0610 (6:10 AM) CDT on 29 August, the hurricane made landfall as a Category 3 storm, with estimated maximum sustained winds of 110 knots (127 mph), near Buras, Louisiana.  Katrina continued northward making final landfall near the mouth of the Pearl River at the Louisiana/Mississippi border, as a Category 3 hurricane with an estimated intensity of 105 knots (121 mph).

The extraordinary amount of rainfall in the New Orleans area during Katrina added to the flooding of the low lying areas.  Based on radar rainfall data during a 24 hour period of Katrina, 13.6 inches of rain fell beating the estimated 100 year prediction of 12.58 inches.[30]

---

[29] Note: 1 knot = 1.15 mph.
[30] U.S. Weather Bureau Technical Paper 40 (1961).

**C. R. CUSHING & CO., INC.**                                      **7/29/2009**

The National Hurricane Center reported rainfall of approximately 8 to 10 inches, with 11.63 inches in Slidell.[31]

Hurricane Katrina's track is provided in Dr. Dooley's report as follows:



Figure 25: The track of Hurricane Katrina over the New Orleans area.[32]

Dr. Dooley points out that many wind recording and reporting instruments in New Orleans failed during the passage of Hurricane Katrina. Nevertheless, the National Hurricane Center was able to identify the track, wind speed and barometric pressure of Hurricane Katrina as it approached and passed near New Orleans. These are:[33]

---

[31] Tropical Cyclone Report – Hurricane Katrina, 20 December 2005.
[32] Hurricane Katrina Weather Analysis, Dooley Sea Weather Analysis, Inc., 2009.
[33] Hurricane Katrina Weather Analysis, Dooley Sea Weather Analysis, Inc., 2009.

**C. R. CUSHING & CO., INC.**                                            **7/29/2009**

**Table 2:  Position of Hurricane Katrina**

| Date | Time CDT | Longitude Degrees | Latitude Degrees | Pressure MB | Wind Speed Knots (MPH) |
|------|----------|-------------------|------------------|-------------|------------------------|
| 28 Aug. | 1300 | 88.6W | 26.3N | 902 | 150 (173) |
| 29 Aug. | 1900 | 89.2W | 27.2N | 905 | 140 (162) |
| 29 Aug. | 0100 | 89.6W | 28.2N | 913 | 125 (144) |
| 29 Aug. | 0200 | 89.6W | 29.5N | 923 | 110 (127) |
| 29 Aug. | 1300 | 89.6W | 31.1N | 948 | 80 (92) |
| 29 Aug. | 1900 | 89.1W | 32.6N | 961 | 50 (58) |

Clearly, as Hurricane Katrina passed over New Orleans, it was moving due north.  Its longitude did not change as it moved inland.

By knowing the location of the eye of the hurricane, it is possible to determine the bearing of the eye from the site of interest on the IHNC, namely the moored position of the barge and the north and south breaches in the IHNC levee.  These are:

**Table 3:  Bearing and Distance of Katrina from IHNC**

| Date | Time CDT | LAT | LONG | Wind Speed Knots (MPH) | Distance N. Miles | Bearing Degrees |
|------|----------|-----|------|------------------------|-------------------|-----------------|
| 28 Aug. | 1300 | 26.3 N | 88.6 W | 150 (173) | 234 | 341 |
| 28 Aug. | 1900 | 27.2 N | 89.2 W | 140 (162) | 173 | 345 |
| 29 Aug. | 0100 | 28.2 N | 89.6 W | 125 (144) | 109 | 348 |
| 29 Aug. | 0400 | 28.8 N | 89.6 W | -- | 74 | 343 |
| 29 Aug. | 0610 | 29.3 N | 89.6 W | 110 (127) | 46 | 332 |
| 29 Aug. | 0700 | 29.5 N | 89.6 W | 110 (127) | 36 | 322 |
| 29 Aug. | 0945 | 30.2 N | 89.6 W | 105 (121) | 26 | 238 |
| 29 Aug. | 1300 | 31.1 N | 89.6 W | 80 (92) | 71 | 198 |

This means that the center of the storm passed closest to the IHNC between 7:00 AM CDT and 9:45 AM CDT.

Nearby wind recordings were obtained from the Lake Front Airport and from NASA's Michoud Assembly, about 7.5 miles east of IHNC.  Lake Front Airport recorded the wind sustained at 60 knots (69 mph) gusting to 75 knots (86 mph) at 0500 (5:00 AM) CDT. The Hurricane Research Division of NOAA confirms that the analysis of their data shows that maximum wind gusts in the IHNC region was 80 to 90 knots (92 to 104 mph).

42

Oceanweather, Inc. (OWI) carried out a hindcast of the wind field at the IHNC.[34]  In the OWI hindcast analysis, the nearest grid point to the IHNC site is at 30.0°N and 90.0°W. The 30 minute interval wind directions for this location on 29 August show that wind direction changed (backed) from 041.14°T at 0600 (6:00 AM) CDT to 273.26°T at 1100 (11:00 AM) CDT as the storm passed east of the city, moving from south to north. Figure 27 shows wind direction as a function of time at this location.  As shown in that figure, the wind direction blew from a northerly direction (000) at 0800 (8:00 AM) but not before then.    After 0800 (8:00 AM), it continued backing or moving in a counterclockwise direction so that it began to blow, for the first time, with a component from the west.   Before 0800 (8:00 AM), the wind had a component that was blowing only from east to west.

Because the IHNC and the wharf faces are oriented in a N by NNE – S by SSW direction (016°-196°), it is possible to compare the wind direction at this location with the orientation of the barge and the canal.  During the early morning hours of 29 August, the wind was blowing from a northeasterly direction – that is, from the northeast toward the southwest -- thus holding the barge against the dock.  Between 0500 (5:00 AM) and 0700 (7:00 AM), the wind was blowing the barge toward the LNA dock.

Between 0745 (7:45 AM) and 0800 (8:00 AM), the wind was blowing parallel to the wharf face and on the end of the barge, not the side.

---

[34] Hindcast Data on Wind, Waves and Currents in Northern Gulf of Mexico in Hurricane Katrina and Rita, Oceanweather Inc., Sep. 2006.



Figure 26: Wind direction vs. time at the IHNC during Hurricane Katrina on 29 August 2005.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

At 0730 (7:30 AM) the wind achieved its maximum velocity of 62.85 knots or 72.28 miles per hour.  With the wind continually backing, if the barge were loose at this time, it would have been forced southerly and into the "pocket" at the Namasco Wharf.  From this position the wind would have to blow from 0286°T to cause the barge to move parallel to the face of the Namasco Wharf.  The wind would not have come from 286°T until after 1015.  Alternatively if the barge had become loose and blown directly clear of the corner of the Namasco Wharf (in a 137° direction), this could not have occurred until after 0920 (9:20 AM).

The below figure illustrates wind direction as a function of time at the LNA dock.  It clearly shows that the wind did not blow the barge ING 4727 in the direction of the IHNC floodwall at either the north or south breach site at any time before the National Weather Service announcement of the failure at 0814 (8:14 AM). As discussed further below, the wind data is a very important element in the conclusion that the barge did not and could not have caused the levee breaches.



Figure 27: Wind vectors at the Lafarge Terminal on 29 August, 2005.

**C. R. CUSHING & CO., INC.**                    **7/29/2009**



Figure 28: Photo taken by the IHNC lock staff at 0747 (7:47 AM) during Hurricane Katrina showing the prevailing conditions and visibility during the storm.  Note that the direction of the waves and wind, from north-northeast, matches the data reflected in Figure 27 and that the wind is not blowing in the direction of the IHNC east levee.

## STORM SURGE

The ADCIRC surge model produced by LSU[35] showed maximum water elevations in the IHNC approximately 1 foot higher, at 15.0 feet (using MSL) than those computed by IPET,[36] at 14.0 feet (using NGVD29).  LSU computes the water elevation at the south end of IHNC at 15.5 feet.[37]   Waterway Simulation Technology reported that neither model includes water level changes due to wind-generated waves or the cyclonic effects of wind and local wind-generated waves which would have increased the height of the water.  Wind-generated waves travel in the direction of the prevailing wind.

High water mark (HWM) data was collected by this author, Dr. Larry Daggett, USGS, LSU, FEMA and USACE.  These indicate that the high water marks within the IHNC were as high as 14.3 feet (NAVD88-2004.65) at the locks and 15.2 feet (NAVD88-2004.65) at the north side of the Florida Ave. Bridge.[38]



Figure 29: Hydrographs showing water level v time in the IHNC.

---

[35] http://hurricane.lsu.edu/flood predictions.

[36] IPET Report, Vol. IV, page IV-112.

[37] Water Flow and Wind Conditions Affecting Movement of ING 4727 Barge in the IHNC During Hurricane Katrina on August 29, 2005 by Waterway Simulation Technology, 2009 (Appendix B).

[38] IPET 38,

According to the IPET report, the peak water levels in the IHNC exceeded the floodwall level by as much as 2 feet.[39]  These same water levels would have exceeded, by an even greater degree, portions of the IHNC floodwall that had settled to an even lower height than IPET reported.  Thus, according to Team Louisiana:  "Given the variation in floodwall crown elevations that IPET documented farther north, it is possible that the floodwall crest elevation at the point where overtopping initiated the south breach into the Lower Ninth Ward could have been a foot lower than the 12.5 ft found in surviving adjacent sections."

Whether one uses the LSU or ASCE storm surge models, or the WST analyses or the high water marks, it is incontrovertible that the floodwall along the eastern shore of the IHNC overtopped early on the morning of 29 August 2005.  The scour trenches caused by overtopping were clearly visible when the site was visited in September 2005.

Although the storm surge from Lake Borgne through the MRGO and into the IHNC acted to raise the level of the water in the IHNC to levels well above the height of the floodwalls, the storm surge did not create significant currents within the IHNC but rather largely acted to fill up the IHNC much as water fills a bathtub.  Waterway Simulation Technology modeled the currents that the storm surge would have caused in the IHNC.  Multiple scenarios were considered that included the floodwall both being overtopped and not being overtopped as well as an intact floodwall and the presence of breaches.  The result of this analysis showed that there were no currents in the vicinity of the Lafarge Terminal for any scenario analyzed that could have carried barge ING 4727 into the canal's main channel and propelled it into the intact floodwall at either the north or south breach site.[40]

---

[39] IPET Report, page V-1

[40] Water Flow and Wind Conditions Affecting Movement of ING 4727 Barge in the IHNC During Hurricane Katrina on August 29, 2005 by Waterway Simulation Technology, Inc., 2009 (Appendix B).

**C. R. CUSHING & CO., INC.**                                        **7/29/2009**



Figure 30: Storm surge in Eastern New Orleans, modeled by Louisiana State University.[41]

---

[41] Team Louisiana Report Chapter Two.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

This Page Intentionally Left Blank

## THE LEVEE FAILURE

During Hurricane Katrina, levees and floodwalls failed in numerous locations which led to flooding in many separate areas of the City of New Orleans.  The reasons for failure discussed in this section focus on the IHNC east levees and floodwalls.

It has long been known what mechanisms can lead to a levee failure.  According to the U.S. Army Corp of Engineers publication on the design of levees, the principal causes of levee failures are:

1. Overtopping
2. Surface Erosion
3. Internal Erosion
4. Sliding within the levee embankment or foundation soils.[42]

At the IHNC, the steel sheetpile "I-wall" (floodwall) failed during Hurricane Katrina.  To understand why the sheetpile failed, it is necessary to understand how a sheetpile achieves its stability.  Sheetpilings call upon passive soil pressure to resist overturning forces caused by active soil pressure and hydrostatic pressure as well as other dynamic forces.  Passive pressure is the amount of pressure that can be applied to a vertical face of soil before a shearing failure occurs.  Once a shearing failure occurs, a wedge of soil becomes detached from the surrounding soil and is pushed upwards and away from the source of the pressure.  Active pressure is the pressure that a vertical face of soil exerts when "leaning" on an object such as a retaining wall.[43]   As a rule, passive pressure is greater than active pressure assuming that all factors affecting the two pressures (such as soil unit weight and cohesion) are equal.  The fact that the passive pressure is greater is what allows a sheetpile to remain standing even though there is more fill on one side than the other.  A third form of pressure, hydrostatic pressure, is the lateral force that a liquid will exert on a face.  Because liquids do not have internal friction (internal friction is what allows a hill to be made from soil; liquids have no internal friction therefore a hill can not be made from a liquid) the lateral pressure is equal to the vertical pressure, which is not the case for active or passive soil pressure.

### IHNC North Breach

According to IPET, the North Breach occurred before the South Breach, perhaps as early as 0430 (4:30 AM) CDT.[44]   IPET reports that the breach occurred prior to overtopping as a result of the formation of a tension crack on the floodwall and diminished soil support at the levee toe.[45]

---

[42] USACE Engineering Manual EM 1110-2-1913 titled The Design of Levees, Page 1-3 dated 30 April 2000.
[43] Principles of Geotechnical Engineering, Chapter 12, pages 364 - 378.
[44] IPET Report, pages IV-194, IV-195.
[45] IPET Report, page V-11-17.

The phenomenon of "gapping" involves the floodwall deflecting a small distance in the landward direction due to hydrostatic pressure, which causes a narrow gap to open up between the sheet piling and the canal side embankment.[46]  This gap allows water to flow to the tip of the sheetpiling, replacing the active earth pressure on the canal side with water pressure.   Because water produces more lateral pressure than soil, particularly clay, the presence of a water filled gap on the canal side of the embankment would have a dramatic reduction on the factor of safety – that is, the hydrostatic pressure, after the gap forms, is exerted over a much larger area of the floodwall and makes it more prone to failure.

Additionally, a gap can provide a more direct route for water to seep under the wall and cause an increase in pore water pressure.  In this sense, the gap splits the embankment in half and allows water to enter porous soil layers under the embankment without first percolating through the canal side embankment.



Figure 31: Water percolating through permeable marsh layer, causing uplift on clay layer above.

ILIT found that soil failure played an important role in the IHNC North Breach due to water penetration that weakened the soil on the land side of the levee.  "Sliding" is one

---

[46] ILIT Report Page 6-10.

type of failure mentioned in the ILIT Report.  If water is conducted through a permeable layer in the soil, it can exert a buoyant force on the soil on the other side of the wall, reducing the shear strength and potentially allowing underseepage-induced sliding to occur.  The only way to adequately protect against underseepage induced sliding is to utilize a longer sheetpiling or other means of lateral support.  This is because a failure plane should only occur in the vicinity of the tip of the sheetpiling.  A longer sheetpiling would force the failure plane to be so deep that the overburden pressure would give the soil tremendous shear strength.  Additionally, a deep failure plane means a long failure plane.  The longer the failure plane, the more soil can be called upon to resist the shearing force produced by the water on the canal side.  Long sheetpiling is also more likely to cut off those soil layers that allow water to seep under the wall.

The North Breach also appears to have occurred when a section of sheetpile just south of the Florida Ave. Bridge ripped away from a section to the north.  Apparently the failure of the sheetpile at the North Breach occurred at the transition of the sheetpile closest to the Florida Ave. Bridge, which was at a depth of -25.0 MSL, and the original sheetpile which was only at a depth of -8.0 MSL.  The deeper sheetpile closer to the bridge was 34 feet long (vertical dimension) installed in 1980, whereas the 1966 original sheetpile was only 20 feet long.  Clearly the original design was inadequate to restrain the hydrostatic load of the rising storm surge waters, especially in light of the very poor soil conditions.

In this connection, the testimony of Mr. Christopher Weaver is relevant.  Mr. Weaver states that he woke between 0500 (5:00 AM) and 0530 (5:30 AM) on 29 August and noticed that water had entered his house.[47]  When he looked out of a front window, he saw water overtopping the floodwall.  Mr. Weaver then climbed out a window, after which he reported his house was inundated by a large rush of water.[48]  The rush of water, which eventually washed Mr. Weaver's and neighboring houses away, was the result of water flooding the Lower Ninth Ward rapidly through the north breach. However, it is clear that there was water in the vicinity of Florida Ave. before the surge of water swept away Mr. Weaver's house.  This indicates that the north breach may have failed in stages rather than all at once.  Initially, the floodwall would not have overturned completely, but rather rotated enough to substantially lower the crest height and allow water to pour into the Lower Ninth Ward, potentially causing the landside berm to scour away more and leading to the complete failure of the floodwall at this site. This is consistent with Mr. Weaver's description of overtopping at the north breach site.

---

[47] Weaver Deposition, Page 82 Line 12-18.
[48] Weaver Deposition, Page 89.



Figure 32: Clay embankment failure due to sliding induced by uplift.

In summary, based on review of the IPET, ILIT and Team Louisiana reports, together with other information, the three principal mechanisms for the IHNC North Breach were: (1) formation of a gap between the canal side levee and the sheet pile leading to added hydraulic pressure; (2) inadequate soil foundation at the levee toe; and (3) failure of the sheetpile at a transition point near the Florida Ave. Bridge.

<u>IHNC South Breach</u>

According to IPET, the principal mode of failure for the IHNC east floodwall failures was overtopping induced scour. This mechanism involves the water level in the canal rising to the floodwall's crest height or higher. When the water level in the canal exceeds the height of the wall, water pours over the floodwall and falls onto the landside embankment of the levee. Water falling from the top of the floodwall exerts an impact on the soil, which in turn experiences erosion, i.e. scours away.



Figure 33: The failed floodwall in the south breach along Jourdan Ave. after Hurricane Katrina.  Note the concrete topped floodwall has toppled to the left, or inland, indicating landside weakness caused by scouring.

The embankment of the IHNC levee was comprised of a clay-based material that had a unit weight of approximately 104 pounds per cubic foot, and a cohesion that varied greatly, but a value of approximately 500 pounds per square foot is representative of a majority of the samples.[49]  As clays go, the type found at the IHNC was relatively soft and light. This clay proved to be a more suitable material for construction of a levee than that which was found at other sites.

Nevertheless, as was apparent from inspections of the IHNC floodwall after Katrina, the embankment did not provide sufficient resistance to scour.  All along the floodwall, a trench was observed that ran the entire length from N. Claiborne Ave. to Florida Ave.  In places this trench was up to six feet deep.  Pictures of the scour trench appear in Figures 35 and 36.  Calculations show that a four foot deep scour trench is about the maximum that the floodwall could experience and still retain stability with respect to overturning.  The following figure shows failure by overtopping induced scour occurring

---

[49] IPET Boring Log 1U.

to the IHNC floodwall at the south breach site.  The soil stratum is from ILIT's borings near the south breach site.



Figure 34: Floodwall overturning due to overtopping induced scour.

Scouring is devastating to the stability of the wall because the resistance afforded by the land side embankment diminishes by the square of the depth of scour.  This means that 2 feet of scour will decrease the factor of safety four times more than one foot of scour.  If too much soil is scoured away, the water pressure on the canal side of the levee can cause the sheetpiling and concrete wall atop it to overturn.

56

**C. R. CUSHING & CO., INC.**                                      **7/29/2009**



Figure 35: The scour trench on the land side of the IHNC floodwall, looking north from the north end of the south breach.

Scouring becomes an even more critical issue if subsidence occurs.  Subsidence usually occurs at an irregular rate, meaning some portions of the floodwall will be lower than others.  A lower portion of a wall will allow a larger volume of water to pour over the wall and for a longer duration than a higher portion of the wall.  All other factors being equal, this will cause a lower wall to experience more scour than a higher wall and thus be more likely the point of initial failure by this mechanism.

In the case of the IHNC levee, scour from water overtopping the wall was exacerbated by a cyclone fence located just in back of the wall on the land side of the levee.  The

cyclone fence acted to channel the overtopping water in a lateral direction, parallel to the floodwall, further deepening the scour trench.



Figure 36: Looking down into the scour trench at the southern end of the south breach.

In order to mitigate the consequences of overtopping induced scour, there are two principal features that could have helped.   The first is an armored landside embankment.   Placing a concrete or asphalt paved apron or riprap (armor stones) on the landside could have protected the soil underneath from being washed away by the falling water.  This was recommended in the USACE Levee Design Manual, but was not done.[50]   The second feature is a deeper sheetpile.   By utilizing longer sheetpiling driven deeper into the ground, the wall would have been able to remain upright even with a

---

[50] USACE Engineering Manual EM 1110-2-1913 titled The Design of Levees dated 30 April 2000.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**

much greater amount of scour.  Neither of these features was present, and thus the wall did not survive the overtopping-induced scour that deprived it of support on the land side.

ILIT concluded that soil failure due to water penetration under the sheetpile was a second failure mechanism at work in the South Breach.  In the case of the IHNC south breach, there was a thin layer of marsh material located in the clay underneath the embankment.  There has been discussion in the IPET and ILIT reports as to the significance of this layer.  ILIT concluded that the south breach occurred because of sliding due to an increase in pore water pressure.  IPET responded by claiming that ILIT used a permeability one would expect to find in sand for this marsh layer and that this layer in reality had a much lower permeability and therefore the south breach site would be less susceptible to failure by sliding.

These factors considered, the floodwall constructed to replace the one that failed during Hurricane Katrina represents an improved design.  The new wall is of the inverted "T" design, which incorporates a wide footing that can reduce scour because the wide footing of the "T" wall will prevent water that is overtopping the wall from eroding the soil directly beneath the land side of the floodwall.  Additionally, the new wall utilizes a deeper sheetpiling than the ones used in the 1960s built wall.  Lateral stability is further enhanced by three rows of battered H-piles that support the footing.[51]

Comparing the new wall with the old wall, it becomes apparent how inadequate the old wall was.  The old I-wall, like many other floodwalls in the New Orleans area, was completely unsuitable for protection of a populated area.  It did not have an adequate factor of safety in the first place, it was designed without considering various failure criteria such as landside scour and underseepage induced sliding, it was designed using an insufficient number of soil borings, it was built to an incorrect datum and it was not maintained adequately, meaning that its subsidence had gone unnoticed. Concerning settlement, this issue was known by the USACE and even mentioned in the Levee Design Manual, with recommended fixes:

> Regarding settlement, the manual recommends overbuilding by as much as 10 to 15 percent for semi-compacted and uncompacted fill in the embankment.[52]

The conclusions regarding the inadequacies of the levee design were reached by every investigation into the failure of the New Orleans hurricane protection system during Katrina.
It must be noted that the two breaches along the IHNC were not the only causes of flooding of the Lower Ninth Ward and St. Bernard Parish.  According to the various

---

[51] Inner Harbor Navigation Canal project fact sheet from U.S. Army Corp of Engineers New Orleans District http://www.mvn.usace.army.mil/HPS/pdf/Media%20Graphics/IHNC_Dec_2006.pdf.
[52] USACE Engineering Manual EM 1110-2-1913 titled The Design of Levees dated 30 April 2000.

**C. R. CUSHING & CO., INC.**                                           **7/29/2009**

studies, the great majority of the breaching of the levees that surrounded this protected area occurred at the levee fronting the MRGO and Lake Borgne.  This levee was constructed of an embankment made of sand and oyster shells, which is a completely unsuitable material for construction of a levee because of its high permeability and highly erodeable nature.

These levees fronting the MRGO were below design height and overtopped during Hurricane Katrina.  This overtopping occurred very early in the morning of 29 August. The breaching in these inadequately designed levees was massive, with well over a dozen individual breaches.  The flow through these breaches flooded the marshlands in the unpopulated area of the polder and ultimately overtopped the secondary levee.

In summary, based on review of the IPET, ILIT and Team Louisiana reports, together with other information, the principal mechanisms of failure at the IHNC South Breach were:  (1) formation of a gap leading to increased hydrostatic pressure on the floodwall; (2) overtopping and severe scouring of the landside soils leading to loss of soil support for the floodwall; and (3) possibly, exacerbation due to hydraulic forces within the soil, suggested by ILIT.

<u>Other Floodwall Failures</u>

The two breaches along the east bank of the IHNC were by no means the only floodwalls to fail as a result of Hurricane Katrina.  There were numerous significant areas of the greater New Orleans area that were flooded as the result of floodwall failures.  These failures were indisputably unrelated to barges or barge impacts.  These locations include:

-Gentilly and the Upper Ninth Ward, which was flooded as the result of a floodwall failure on the west side of the IHNC as well as the failure of the floodwall on the east side of the London Ave. Canal.

-Lakeview, which was flooded because of floodwall failures on the London Ave. and 17th Street Canals.

-New Orleans East, which was flooded because of numerous floodwall failures.

Other investigations attribute these failures to either overtopping induced scour or underseepage induced sliding.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**



Figure 37: Failed floodwall at the 17th Street Canal.



Figure 38: Failed floodwall at the London Ave. Canal.

**C. R. CUSHING & CO., INC.**                                    **7/29/2009**



Figure 39: Failed floodwall on the west side of the IHNC.



Figure 40: Failed floodwall on the north shore of the GIWW/MRGO Channel, New Orleans East.

62