

Photo 2.6   IHNC east waterfront on April 13, 2005. Note significant excavation between the North and South Breach areas, and additional excavation at canal at North Breach and at south end of South Breach. (Air photo with remarks provided in R. B. Bea and D. Cobos-Roa, 2008.)

An air photo in June 2005 (see Photo 2.7) shows that the ponded areas adjacent to the North and South Breaches are no longer present. This is more clearly depicted in Photo 2.8 where a portion of the photograph taken on April 13, 2005, is compared to one taken later. Also, it is interesting to note that the trailers, which appear to be related to the Washington Group work, have disappeared by the time this photograph was taken in June 2005 (see Photo 2.7).

2.2 North Breach Design and As-Built Plan and Profile Conditions

Information on the design of the floodwalls at the North and South Breaches along the IHNC east is provided in Design Memorandum No. 3. Also available is the as-constructed plan and profile dated November 1969. The design plan and profile drawings showing the area of the North Breach are depicted in Figure 2.1. As depicted in Figure 2.1, the 1966 design included installing 18 ft long sheetpiling from about Elevation 10.0 ft to -8.0 ft (NGVD29) in the area of the North Breach. The crown along this reach was to be built up to Elevation 9.0 ft which would include about 1 ft of fill above the existing earth levee. Also shown on the design plans is the top and bottom of the "I-TYPE Wall" at Elevation 15.0 ft and 7.0 ft, respectively.

The available as-built plans along the North Breach were found from Station 56+20 and south (see Figure 2.2). These plans, dated November 1969, indicate that the sheetpiling associated with the floodwall was installed under a separate contract. (These associated plans were not available).  Figure 2.2 indicates that floodwall Z-27 sheetpiling was constructed to Elevation 11.5 ft $\pm$, in lieu of the design elevation of 10.0 ft, now making the sheetpile 19.5 ft $\pm$ long. No other changes in the design to constructed elevations appear on the as-builts.

As can be seen on Figure 2.2, the concrete floodwall was poured in monoliths of 30 ft $\pm$ segments except at the north end of the project where Monoliths 188 and 189 are about 20 ft and about a few feet, respectively. Also, at Station 56+00, the floodwall turns slightly to meet the orientation of the existing sheetpile, which was installed in a



Photo 2.7   IHNC East between Claiborne and Florida Avenue Bridges. WGI trailers which were present along floodwall near Florida Avenue are gone. Ponded area adjacent to North and South Breaches are absent.  Additional excavation is present between the North and South Breach areas and at south end of the South Breach. Air photo dated June, 2005. (Air photo provided by the Natural Resources Conservation Service of the U.S. Department of Agriculture.)

 

Photo 2.8   Eastside of IHNC just north of South Breach on April 13, 2005 and after Hurricane Katrina, showing low areas adjacent to floodwall had been filled prior to flooding.  (Air photos provided by B. Gilbert e-mail, dated May 15, 2008.)