

Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.1   DESIGN PLAN AND PROFILE ALONG IHNC NORTH BREACH AREA (OCTOBER, 1966)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.2   AS-BUILT PLAN AND PROFILE ALONG IHNC NORTH BREACH AREA (NOVEMBER, 1969)

previous phase of the work. The as-built cross-section of the monolith is shown in Figure 2.3. Figure 2.3 also shows that the 30 ft long panels result in interlock seams that fall in the expansion joints which contain waterstops. It should be noted that these details also apply to the South Breach area.

As-built cross-section showing the improvement to the earthen portion of the levee to Sta. 56+20 is depicted in Figure 2.4. As can be seen in Figure 2.4, the slopes of the existing levee were decreased to (vertical) 1 to 3 (horizontal) on both the flood and protected sides. On the protected side, the constructed slope was flattened further to 20 to 1 from Elevation 0 ft to Elevation -1 ft (NGVD29) for 20 ft east and then at "1 on 3" to existing grade. Based on Figure 2.2, "1 on 3" appears to be the same as 3 to 1. Also as shown on Figure 2.4, the floodwall centerline was constructed 3 ft east of the levee centerline. The intent of the offset from the levee centerline appears to be to provide added landslide passive resistance.

Also shown in design and as-built drawings (see Figures 2.1, 2.2 and 2.4) is the Jourdan Ave. Canal which is on the west side of Jourdan Ave. and runs approximately parallel to the floodwall from about Station 16+00 to 57+00. Based on the as-built drawing the drainage canal is about 90 ft to 100 ft (centerline to centerline) east of the floodwall. The crest to crest width of the canal is shown to increase from about 10 to 17 ft south to north from Station 16+00 to 56+00. Measurements of elevation within the canal range from about Elevation -10 ft to -15 ft with no distinct pattern.

Based on Plate 58, dated April 1980 in Design Memorandum No. 4, there is proposed construction of the floodwall from Station 55+97.4 and north, including across Florida Ave. and beyond; see Figure 2.5 (Lake Pontchartrain Barrier Plan and Chalmete Area Plan, Design Memorandum No. 4- General Design, Florida Avenue Complex, IHNC, April 1980). In other words, the plan was to remove the existing I-Wall to Station 55+97.4 to an existing joint and install the new flood protection system. Figure 2.6 shows the corner of the floodwall at Station 56+20.5 (or Station 0+00 for the 1980 design). This results in a 30 ft monolith to the south and a 23.1 ft long solid concrete

2-13



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.3   CROSS-SECTIONAL AND OTHER DETAILS OF THE AS-BUILT FLOODWALL ALONG THE NORTH AND SOUTH BREACHES (NOVEMBER, 1969)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.4   AS-BUILT CROSS-SECTIONS ALONG IHNC (EAST) NORTH AND SOUTH BREACHES (NOVEMBER, 1969)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.5   DESIGN PLAN FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL, 1980) (source: Lake Pontchartrain Barrier Plan and Chalmette Area Plan, Design Memorandum No. 4, April 1980)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.6   DESIGN PLAN AND PROFILE FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL, 1980)  (source: Lake Pontchartrain Barrier Plan and Chalmette Area Plan, Design Memorandum No. 4, April 1980)

floodwall to the corner of the wall to the north. Also shown in Figure 2.6 is that the new wall was designed to an elevation of 13.5 ft (in other words, 1 ft higher than the older wall to the south) and that the proposed wall would have PZ-27 sheetpile installed from an elevation of 9.0 ft to -25.0 ft (NGVD29). This embedment depth is 12 ft deeper than the older and adjacent sheetpile to the south. Also, along this newer proposed segment, the crown elevation of the earthen levee increases to the north from an elevation of 9.0 to 10.0 ft to Station 56+20.5.

A cross-section of newer design wall segment is shown in Figure 2.7. As can be seen in this figure, the proposed monolith is one pour with a height of 10 ft. The sheetpile is shown embedded into the bottom 3 ft of the concrete. This plate, however, does not show any reinforcement details.

No as-built drawings or information were available after 1969.

Using the above data, cross-sections have been reconstructed at Station 54+00, 55+00 and 56+00 in Figure 2.8. These cross-sections along the North Breach area depict the I-wall being placed west to about on the centerline of the pre-existing earth levee from north to south. The pre-existing levee crown was about at Elevation 8 ft. Also, along this reach, the additional levee fill placed reaches about 5 ft at Station 55+00 (see Figure 2.8).

2.3 South Breach Design and As-built Plan and Profile Conditions

Figures 2.9 and 2.10 depict the design plan and profile in the area of this failure. The design again shows that the sheetpiling was to be installed from 10.0 ft to -8.0 ft elevation with the "I-TYPE Wall" from Elevation 7.0 to 15.0 ft. Also, the design levee crown elevation was the same (as at the North Breach) at 9.0 ft, requiring about 1 to less than 2 ft of fill to reach this grade.



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.7   DESIGN CROSS-SECTIONS OF THE FLOODWALL FOR NORTH OF STATION 55+97.4 AT NORTH END OF NORTH BREACH (APRIL, 1980)
(source: Lake Pontchartrain Barrier Plan and Chalmette Area Plan, Design Memorandum No. 4, April 1980)



FIGURE 2.8   RECONSTRUCTED FLOODWALL-LEVEE PROFILES IN THE AREA OF THE NORTH BREACH AT STATIONS 54+00, 55+00 AND 56+00 BASED ON AS-BUILT PLANS DATED NOVEMBER, 1969



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.9   DESIGN PLAN AND PROFILE IN THE SOUTHERN PORTION OF THE SOUTH BREACH (OCTOBER, 1966)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.10   DESIGN PLAN AND PROFILE IN NORTHERN PORTION OF THE SOUTH BREACH (OCTOBER, 1966)

The as-built plan and profile in the vicinity of the South Breach are shown in Figures 2.11 and 2.12. As in the North Breach area, Z-27 sheetpiling has been installed up to Elevation +11.5 ft to -8.0 ft ±, or 1.5 ft higher than depicted in the design drawings. Using Figures 2.11 to 2.13 and design cross-section in Figure 2.4, east-west cross-sections were reconstructed in Figure 2.14 from Station 22+00 to 31+00. These cross-sections depicted in Figure 2.14 show the I-wall being installed east of the centerline of the pre-existing levee (as much as 10 ft) from Station 31+00 to Station 26+00 and then on approximately the centerline of the pre-existing levee to at least Station 22+00. Along this reach (and along the North Breach), the pre-existing crown of the levee is at Elevation 8 ft, except at Stations 23+00 and 22+00 where the pre-existing embankment appears to be absent and the maximum ground surface elevation is at 5 ft. Also, as can be seen in Figure 2.14, the additional levee fill placed reaches at least 5 ft on the protected side at Stations 31+00 to 28+00, 25+00 and 23+67.

The Jourdan Ave. Canal is discussed under the North Breach section.

2.4 As-Built Floodwall Conditions

Figure 2.3 shows that the concrete floodwall monolith was poured in 2 segments. The first pour was to Elevation 12.0 ft and then to top Elevation of 15.0 ft. The 2 ft x 5 ft bottom pour contains essentially No. 4 rebar cage at a longitudinal spacing of 0.5 ft and top and bottom longitudinal No. 4 rebar. Vertical No. 4 bar extend up from the bottom pour into the 3 ft high triangular upper pour (see Figure 2.3). The upper pour also contains 3 longitudinal No. 4 rebars. Longitudinal bars were not extended across the monolith joints. As shown in Figure 2.3, monolith joints contain essentially a full-height water stop. There is no data given in the available design and as-built drawings found which state the required concrete strength.



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.11   AS-BUILT PLAN AND PROFILE FOR SOUTHERN PORTION OF THE SOUTH BREACH (NOVEMBER, 1969)



Note: Elevations shown on this drawing are NGVD29.

FIGURE 2.12   AS-BUILT PLAN AND PROFILE FOR NORTHERN PORTION OF THE SOUTH BREACH (NOVEMBER, 1969)



FIGURE 2.13   AS-BUILT PLAN AND PROFILE FOR NORTHERN PORTION OF THE SOUTH BREACH FROM STATIONS 30+00 TO 31+00 (NOVEMBER, 1969)



FIGURE 2.14 RECONSTRUCTED FLOODWALL-LEVEE PROFILES IN THE AREA OF THE SOUTH BREACH AT STATIONS 22+00, 23+00, 23+67, 25+00, 26+00, 27+00, 28+00, 29+00, 30+00 AND 31+00 BASED ON AS-BUILT PLANS (NOVEMBER, 1969)



FIGURE 2.14 (CONTINUED)