I-Wall Material Test Results

The COE sampled sections of the east and west sides of the IHNC flood walls and tested the concrete, sheetpile and rebar for strength. The location of these materials tested on the west side was described as on "the west side of France Rd. near France Road Parkway." (IPET: V-App.16). The I-Wall section sampled for concrete was located at approximately Station 0+44 and was labeled IPET-WE-EW 0+44. While the rebar was taken from the I-Wall at about Station 2+00, no specific information was provided for the sheetpile. The samples taken from the east side were located between North Claiborne Ave. and Florida Ave., and the concrete cores were identified as IPET-IHNC-E 20+40 (IPET: V-App.16).

I-Wall Concrete

The strength results from testing $5\,^5/_8$ in. core samples is provided in Table 2.1. It is clear from the concrete test results that the strength levels differed from the east side and west side cores, with average strengths of 3,937 psi and 5,907 psi, respectively, with an overall average of 4,922 psi. GDM3 for the Chalmette Area called for a minimum concrete compressive strength of 3,000 psi.

Rebar Steel

In Table 2.2, the tensile test results for the rebar specimen have been summarized. The bar sizes tested ranged from No. 4 to No. 7. For the No. 6 rebar from the IHNC west I-Wall, failure was noted along small welds. However, other than a generally stiffer material response, the tensile results seem to be in line with the other tested reinforcing steel. The yield and tensile strengths for the rebar samples ranged from 46 to 65.8 ksi (55.4 ksi ave. and 55.1 ksi without noted weld failures) and from 74 to 105.2 ksi (86.5 ksi ave. and 86.5 ksi without weld failures), respectively. Measured failure strains in the steel ranged from 5.2 to 19.9% (11.6% ave. and 13.1% without

TABLE 2.1 CONCRETE COMPRESSIVE STRENGTH RESULTS FROM CORES FOR IHNC I-WALL

| SAMPLE LOCATION | COMPRESSIVE STRENGTH |
|---|---|
| IHNC-W 0+44 | 5220 psi |
| IHNC-W 0+44 | 5850 psi |
| IHNC-W 0+44 | 6650 psi |
| IHNC-E 20+40 | 3910 psi |
| IHNC-E 20+40 | 3850 psi |
| IHNC-E 20+40 | 4050 psi |

Note: Load-deflection curves were not provided

Source: IPET:V-App. 6

TABLE 2.2 RESULTS FROM TENSILE TESTS ON REBAR SPECIMEN FROM I-WALL CONCRETE ALONG IHNC

| SAMPLE LOCATION | BAR SIZE | YIELD STRENGTH | TENSILE STRENGTH | FAILURE STRENGTH | FAILURE MODULUS |
|---|---|---|---|---|---|
| IHNC-W-2+00 | 4 | 48,500 psi | 79,000 psi | 14.12% | 559,490 psi |
| IHNC-W-2+00 | 4 | 51,000 psi | 81,000 psi | 14.12% | 573,654 psi |
| IHNC-W-2+00[1] | 6 | 56,136 psi | 89,318 psi | 8.93% | 1,000,201 psi |
| IHNC-W-2+00[1] | 6 | 56,813 psi | 83,863 psi | 5.18% | 1,618,977 psi |
| IHNC-E | 4 | 46,000 psi | 74,000 psi | 19.9% | 371,859 psi |
| IHNC-E | 4 | 55,000 psi | 77,000 psi | 8.1% | 950,617 psi |
| IHNC-E | 7 | 65,833 psi | 105,166 psi | 10.58% | 994,008 psi |
| IHNC-E | 7 | 64,166 psi | 102,606 psi | 11.56% | 888,114 psi |

Note 1. Speciman failed at weld

Source: IPET:V-App.16

2-31

weld failures), resulting in failure moduli of 372 to 1,619 ksi (870 ksi ave. and 723 ksi without weld failure).

<u>Sheetpile Steel</u>

The tensile properties determined from tests on steel specimen cut from the web of the sheetpile are summarized in Table 2.3. The web specimen tested were almost 1.5 in. wide with measured thicknesses of 0.321 to 0.358 in. (0.348 in. ave. of 4 tests) with a variation of about $1/32$ in. For the 4 tensile tests conducted, the yield and tensile strengths were from 52 to 61 ksi (55 ksi ave.) and 79 to 90 ksi (83 ksi ave.), respectively. All steel specimens tested exhibited strain softening followed by strain hardening to ultimate failure. Elongation strains at failure were from 15.0 to 16.6% (15.9% ave.), resulting in failure moduli from 492 to 568 ksi (522 ksi ave.).

2.5 ING4727 Barge Characteristics

The information provided in the section was taken from three sources:

- Investigative Report: Grounding of Hopper Barge ING 4727, USCG MISILE Incident Investigation Activity Number 2516389, 15 pp, (LNA 001361-LNA001375).

- Report on Investigation into the Circumstances Surrounding the Incident Including Hurricane Katrina ING 4727/Breakaway-Grounding on 08/29/05, United States Coast Guard, 13 pp, (LNA001376 – LNA 001388).

- Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97.

TABLE 2.3 RESULTS FROM TENSILE TESTS ON WEB STEEL SPECIMEN I-WALL SHEETPILE ALONG IHNC

| SAMPLE LOCATION | YIELD STRENGTH | TENSILE STRENGTH | FAILURE STRAIN | FAILURE MODULUS |
|---|---|---|---|---|
| IHNC-W | 51,953 psi | 81,835 psi | 16.25% | 503,900 psi |
| IHNC-W | 61,100 psi | 89,943 psi | 15.83% | 568,180 psi |
| IHNC-E | 53,995 psi | 78,833 psi | 15.0% | 523,553 psi |
| IHNC-E | 52,408 psi | 81,502 psi | 16.57% | 491,865 psi |

Source: IPET:V-App. 16

The hopper barge owned by the Ingram Barge Co., ING 4727, was being used by LaForge, N.A., and was moored at a wharf on the west side of the IHNC before it broke loose in the IHNC. It was the only vessel loose during the hurricane between the IHNC lock and the lowered Florida St. Bridge. At this time, it was empty. A photograph showing where the barge was moored is shown in Figure 2.15.

The ING 4727 Barge was built in 1990 and is reported to have a gross tonnage (GRT) and net tonnage (NRT) of 705. Other characteristics of the subject vessel are given below.

Barge Length = 200 ft
Barge Width = 35 ft
Barge Height = 23 ft
Loaded Draft = 10 ft
Unloaded Draft = 1.5 ft

The barge dimensions are provided in Figure 2.16.

2-34



FIGURE 2.15 AERIAL PHOTOGRAPH SHOWING WHERE THE LOCATION OF THE ING 4727 BARGE WAS MOORED IMMEDIATELY PRIOR TO HURICANE KATRINA Photo from hard drive obtained from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C. by the USA, location of photo: Ingram Barge/KC 764 Part A/Katrina Photos/9th Ward Barge and Levee Photos, September 2005. (Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97). (*E. Busch statement dated October 31, 2005; E. Smith deposition transcript dated November 14, 2006; E. Thigpen Court testimony transcript dated June 5, 2007)



FIGURE 2.16  MEASURED DIMENSIONS OF THE ING 4727 BARGE (Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97).

3.0 ASSOCIATED BREACH CONDITIONS

3.1 General

This section provides a summary of available information concerning conditions related to the storm and to the subject breaches. This includes wind conditions, surge levels, wave condition, and timing of the floodwall failures.

Reported events and observations related to flooding, wave conditions, impact-like sounds, ground vibration phenomena and ING4727 barge movement have been compiled in Table 3.1. The sources for the information in Table 3.1 are provided in the table but are generally from fact depositions/transcripts, 911 calls, as well as the IPET and The Team Louisiana Reports. A location map is provided in Figure 3.1 of the points of observation or information provided in Table 3.1.

3.2 Wind Speed and Direction

Simulation of wind speed and direction, in addition to water surface elevations across the New Orleans area, are provided by Westerink, et. al, 2006. These wind simulations were adjusted for a Planetary Boundary Layer. Hour to hour snapshots of results from 5:00 am to 12:00 pm are provided in Figure 3.2. Note that no map is given for prior to 5:00 am except at 2:00 am. However, at the New Orleans Airport, wind speed and direction records were available to about 7:00 am on August 29, 2005 (see Figure 3.3).

Based on the airport records between 3 to 4 am, winds were generally coming out of the NNE with sustained speeds of about 45 to 50 mph and gusts on the order 10 to 20 mph higher and reaching 85 mph. During the 4 to 5 am time period at a similar wind direction, wind speeds increased to about 50-55 mph with gusts about 20-25 mph over the sustained winds and a maximum of 76 mph recorded.

Examining Figure 3.2, the wind direction at the airport and the IHNC breach sites

TABLE 3.1  REPORTED EVENTS AND OBSERVATIONS

| Event Time/Location | | | | | | Flooding and Direction Description | Wave Description | Ground or House Shaking | Sound | Barge Movement | Source | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Map Location | Date | Timing | Visibility | Where | Particular Street names | UTM NAD 1983 | Water Level | Description, Size and direction | Description and Direction | Description, Direction and Frequency | Description and Direction | Type | Source & Document Combined |
| 20 | 29-Aug-05 | 7:45 AM | | L9W | north of Claiborne | | "0745 on clock 6 ft off ground in highest house in neighborhood at Reynes (clock 26) north of Claiborne." | | | | | SC | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 26 | 29-Aug-05 | 6:53 AM | | L9W | 1022 Deslonde | | House flooded. Roof caved in. | | | | | PM | 911 Taped Calls of Allison Berryhill |
| 38 | 29-Aug-05 | 7:30 AM | | L9W | 1118 Reynes | | Waist deep water in house. | | | | | PM | 911 Taped Calls of Timothy King |
| 33 | 29-Aug-05 | 7:18 AM | | L9W | 1310 Reynes Street | | Water 15 feet. People on 2nd story. About 5 feet before under water. | | | | | PM | 911 Taped Calls of Sidney Washington |
| 31 | 29-Aug-05 | 7:13 AM | | L9W | 1419 Andry | | House flooded. Water waist high. | | | | | PM | 911 Taped Calls of Christopher |
| 5 | 29-Aug-05 | 6:00 - 6:30 AM | | L9W | 1605 Jourdan Ave | | "the water was up to the steps, it was to the door on the van" "You could see the current pushing from the Industrial Canal coming from Jourdan Ave." | | | | | EW | Dakeia Johnson deposition on February 9, 2008 Page 44, lines 8-10, Page 46, lines 19-21 |
| 9 | 29-Aug-05 | ? | dark | L9W | 1638 Reynes Street | | | | | "I heard a boom in the inside of my house""'Boom" was not like a transformer blowing""Sounded like barge hitting wall" | | EW | Ronald McGill deposition on January 16, 2008 Page 49, lines 14-15, Page 60, line 7, Page 70, lines 16-17 |
| 10 | 29-Aug-05 | 3:30 AM | | L9W | 1720 Tennessee Street | | "House started floating toward Derbigny Street (south)." "water just rised in seconds. We was in water – houses went to floating off" (10 - 15 min. after booms) | | | "heard a bang, a big old loud sound, heard two more bangs""Few seconds between loud sounds" | | EW | Sidney Williams deposition on February 19, 2008 Page 41, lines 6-15, Page 46, lines 3-12, Page 58, lines 21-25, Page 51, lines 3-5 |
| 10 | 29-Aug-05 | 3:30 AM | | L9W | 1720 Tennessee Street | | | | | "when I heard the first bang we got on the roof. I looked around. That's when I seen the barge hit the wall, bounced off – the water was real rough – and it hit the wall again." "I can see that barge in that canal doing this here, boom, slamming up agains | | EW | Sidney Williams deposition on February 19, 2009 Page 41, lines 6-15, Page 45, lines 18-21 |
| 10 | 29-Aug-05 | 3:30 AM | | L9W | 1720 Tennessee Street | | | | | "Didn't see the barge knock down the wall." Noted barge was a "rusty" color."  "It came in on an angle. The front of the barge. It might have been the back of the barge. It wasn't the side of the barge." "I did not see the barge go over. I seen the barge | | EW | Sidney Williams deposition on February 19, 2010 Page 51, lines 17-19, Page 52, line 15, Page 53, lines 12-14, Page 55, lines 11-12 |
| 10 | 29-Aug-05 | 6:00 AM | | L9W | 1720 Tennessee Street | | | | | "That's when we seen the barge out there like it was over the wall, you know. We didn't know it had done broke the wall. That's what they said, you know. It didn't, to me (laughing), it sounded more like they blew the wall, and that wasn't the worst part | | EW | Sidney Williams transcription on March 20, 2006  Exhibit #5, Page 3 |
| 2 | TNV | TNV | | L9W | 1739 Jourdan Avenue | | | | | While outside to hookup generator "heard some noises"  "scraping sound"  "rubbing and banging" After "heard a big "boom" sound, you know boom" | | EW | Arthur Murph Jr deposition on December 17, 2008, and transcription on January 25, 2006 Page 43, line 24, Page 5 |
| 2 | TNV | TNV | | L9W | 1739 Jourdan Avenue | | | | | "I saw the barge. It looked like a whole block of steel coming at me" … "It was wiping houses out, it was riding sideways. And I couldn't see the levee, but I know if the barge was coming in there, it done walked through … that's what bust that levee." | | EW | Arthur Murph Jr transcription on  January 25, 2006  Page 8 |
| 2 | TNV | TNV | | L9W | 1739 Jourdan Avenue | | | | | "The water was not overrunning the levee, and the barge came from the other side, by Lafarge concrete, and broke through that wall, and wiped these people's houses out, and landed on mine" "I saw this barge and it had done been through the levee then" "I | | EW | Arthur Murph Jr transcription on January 25, 2006 Page 15 |
| 2 | TNV | TNV | | L9W | 1739 Jourdan Avenue | | | | | "RJG: And you think, I mean it looks like it probably broke that wall that's on top … and that's …AM: No 'probably' my ass, it …RJG: It did …AM: It busted that wall. Yeah. And that's what allowed … And that water came through too quick," | | EW | Arthur Murph Jr transcription on January 25, 2007 Page 7 |
| 2 | TNV | TNV | | L9W | 1739 Jourdan Avenue | | "water in the house"  "coming in slow" ". Floor is only about 6 in. above ground" "Water started to come down the street"  "A lot of water coming." … "it was coming fast" "North, I guess" | | | | | EW | Arthur Murph Jr deposition on December 17, 2008 Page 53, lines 22-24, 13-17, Page 55, lines 5-7, Page 49, lines 19 and 22, Page 48, lines 18, 21 and 23-24 |
| 2 | TNV | TNV | | L9W | 1739 Jourdan Avenue | | | | | "Heard the boom once and water came immediately afterwards from the north" "from the direction of the canal" | | EW | Arthur Murph Jr deposition on December 17, 2008 Page 193, lines 16-17 and 21-24 |
| 2 | TNV | TNV | still dark | L9W | 1739 Jourdan Avenue | | | | | | "Was in the attic, saw barge sitting on the front of his house from hole in roof" "The wind was blowing hard." "It was dark when he first saw the barge on house." "The barge was about 20 ft away." "Never saw the barge moving." | EW | Arthur Murph Jr deposition on December 17, 2008 Page 59, line 25, page 60, lines 1-4, 8, 10, 18-20 and 12-17, Page 61, lines 9-10, Page 150, lines 12-13 |
| 3 | 29-Aug-05 | 5:30 AM | real dark | L9W | 1838 Deslonde | | | | | "sounded like an explosion," In reference to the "grinding". "It was way afterward when we heard the explosion" | | EW | Carolyn Berryhille deposition on December 13, 2007 Page 57, lines 12-16, Page 40, lines 6-7, 15-16 |
| 3 | 29-Aug-05 | 5:30 AM | real dark | L9W | 1838 Deslonde | | | | | | On government form dated March 14, 2007 stated "At about 5:30 a.m. a barge came through the wall causing people who didn't have a way out to be caught in the floodwater like myself." | EW | Carolyn Berryhille deposition on December 13, 2007 Page 90, lines 21-25. |
| 3 | 29-Aug-05 | 5:45 AM | real dark | L9W | 1838 Deslonde | | "water just rushed in on us" | | | "About 5 minutes after the grinding sound started to experience water " | | EW | Carolyn Berryhille deposition on December 13, 2007 Page 37, lines 1,3-4 and 6, Page 105, lines 19-20. |

TABLE 3.1  REPORTED EVENTS AND OBSERVATIONS

| Map Location | Date | Timing | Visibility | Where | Particular Street names | UTM NAD 1983 | Flooding and Direction Description — Water Level | Wave Description — Description, Size and direction | Ground or House Shaking — Description and Direction | Sound — Description, Direction and Frequency | Barge Movement — Description and Direction | Source Type | Source & Document Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 29-Aug-05 | 5:45 AM | real dark | L9W | 1838 Deslonde | | | | | "20 minutes after the grinding we heard "a big old boom" " | | EW | Carolyn Berryhille deposition on December 13, 2007 Page 108, lines 12-16, Page 105, lines 19-20, Page 106, lines 21-23 |
| 3 | 29-Aug-05 | 7:00 AM | | L9W | 1838 Deslonde | | "the part of the house they were standing in broke loose and floated away, " "houses was running into each other " | | | | | EW | Carolyn Berryhille deposition on December 13, 2007 Page 47, lines 20-23 |
| 3 | 29-Aug-05 | 8:00AM | | L9W | 1838 Deslonde | | | | | | When she saw barge at 8 am and later from Clairborne Bridge it was in the same place. Did not see it hit the wall or go through it. "The barge was between—the barge was on Jourdan Avenue" "So it looked like it was moving, that's why I kept saying that's | EW | Carolyn Berryhille deposition on December 13, 2007  Page 113, lines 14-19, 25, Page 54, lines 10-11, Page 54, lines 20-21,  Page 87, lines 24-24 and page 88, lines 1-2, Page 88, lines 13-17, Page 88, lines 13-17 |
| 32 | 29-Aug-05 | 7:18 AM | | L9W | 1921 Tupelo | | Calling for friends trapped in attic. Water in attic. | | | | | PM | 911 Taped Calls of Johnny Murray for James Washington |
| 35 | 29-Aug-05 | 7:55 AM | | L9W | 2025 Caffin Avenue | | Water up to roof | | | | | PM | 911 Taped Calls of Issac Holmes |
| 4 | 29-Aug-05 | 5:30 AM | | L9W | 2139 Lamanche | | "saw the water" after second boom | | "they heard a big old boom and it shook the, it shook the house" "house was shaking for 15 minutes" | "heard a big old boom" "they heard another boom, sounded like an explosion" "And the second one probably like a half hour."(6:00 AM) | | PM by Patrina Peters | Damond Peters deposition on April 4, 2008  Page 31, lines 6-7,_Page19-23, Page 35, lines 13-14, 18-21 and 6-8, Page 36, lines 21-24 |
| 4 | 29-Aug-05 | 5:30 AM | | L9W | 2139 Lamanche | | | | "And when I heard the boom," "then the house started shaking," "it lasted maybe five minutes or so" "it shook everything, like the house was shaking. It was like an earthquake" "throwing us around the room" | "It sounded like an explosion, like dynamite, that it was bombed""within about ten minutes or so within that time, I heard the boom again" | | EW | Patrina Peters deposition on April 8, 2008 Page 44, lines 13-14, Page 61, lines 6-8, Page 61, lines 16-25 and page 62, lines 1-14, Page 67, line 25 and page 68, lines 1-3 |
| 4 | 29-Aug-05 | 5:45 AM | | L9W | 2139 Lamanche | | "Everything was underwater, the houses""It was coming from behind, behind (indicating), which is Jourdan coming this way going, from Jourdan Avenue going to Chalmette." | | | | | EW | Patrina Peters deposition on April 8, 2008 Page 78, lines 10-11, Page 101, lines 24-25 and page 102, lines 1-2 |
| 4 | 29-Aug-05 | 6:00 - 6:30 AM | | L9W | 2139 Lamanche | | "Water started rising" | | "the noise and the shaking of the house" "House shaking the first time, two or three minutes each time, shuddering and swaying" | "The noise "was a big boom"" "towards the Industrial Canal" "That's what basically woke me up a little, the boom. Then the second boom came right behind it, which actually threw me out of the bed, that woke me up all together." | | EW | Dakeia Johnson deposition on April 9, 2008 Page 35, line 21, Page 35, lines 15-16 and 18-19 ,Page 36, lines 2-3 and 5-6, Page 37, line 23 |
| 29 | 29-Aug-05 | 7:07 AM | | L9W | 2301 Tennessee | | Relatives(6) stuck in attic | | | | | PM | 911 Taped Calls of Andy |
| 29 | 29-Aug-05 | 7:46 AM | | L9W | 2301 Tennessee | | Calling for family stuck in attic/flooded. | | | | | PM | 911 Taped Calls of Chiquita Harris (?) |
| 6 | 29-Aug-05 | 6:00 AM | sun was breaking in there | L9W | 2317 Deslonde | | "water was already in the house"  water was "just below her calf" | about a good minute later  "big old wave. I know it was tall. I would say at least, and I am not over-exaggerating, at least 15 or 20 feet""It was coming towards me. It was coming, going towards St. Bernard Parish, Chalmette." | | | | EW | D'Antoinette Johnson deposition on December 11, 2007 Page 30, lines 17-20 and 24-25, Page 12-14 |
| 6 | 29-Aug-05 | 6:45 AM | daylight | L9W | 2317 Deslonde | | "water was like right here to the roof"  "It rose to the middle area of the roof and it just stopped rising at that point" "Because like I'm telling you, really and truly the water was coming from the Industrial Canal way. It wasn't coming from the side." | | | | | EW | D'Antoinette Johnson deposition on December 11, 2007 Page 40, lines 18, 20-21, Page 43, lines 18-21,Page 107, lines 15-18 |
| 6 | 29-Aug-05 | 5:50 AM | nighttime | L9W | 2317 Deslonde St | | | | "house was shaking real hard, like an earthquake was coming" shortly after that when Kevin Ray Pounds first looked out: "when I first looked out, the water was coming" | "Angelica said she heard something."  "She said she heard a boom."  "Dwight said he heard a boom."  "He said he heard it in his sleep, but he said he ain't really paid, you know, no mind to nothing." | | EW | Kendrick Ray Pounds deposition on December 11, 2007 Page 28, lines 19-23, Page 24, lines 20-22,  Page 129, lines 21, 23, Page 132, line 6, Page 132, lines 13-15 |
| 6 | 29-Aug-05 | 5:58 AM | sun was coming up | L9W | 2317 Deslonde St | | "water started coming over that wall ""water was still rising. The water was almost to the attic window" "it looked like a lake outside" | | | | | EW | Kendrick Ray Pounds deposition on December 11, 2007 Page 30, lines 21-25 and page 31, lines 1-2, Page 23, line 13 |
| 37 | 29-Aug-05 | 7:28 AM | | L9W | 2414 Tupelo | | In attic. House floated to Arabi. | | | | | PM | 911 Taped Calls of Ms. Green |
| 28 | 29-Aug-05 | 7:01 AM | | L9W | 2418 Lamanche | | In attic - water up to ceiling | | | | | PM | 911 Taped Calls of Raymond Winfield |
| 35 | 29-Aug-05 | 7:28 AM | | L9W | 2505 Caffin | | Flooded/drifted | | | | | PM | 911 Taped Calls of Issac Holmes |
| 34 | 29-Aug-05 | 7:18 AM | | L9W | 2523 Jourdan | | ON roof/water at waist. | | | | | PM | 911 Taped Calls of Arcloa Sutton |
| 40 | 29-Aug-05 | 7:37 AM | | L9W | 2544 Dubreuil | | IN attic. Almost to attic. Water rising(near Jackson Barracks). | | | | | PM | 911 Taped Calls of Patricia Ann Collins |
| 11 | 29-Aug-05 | 7:00 AM | | L9W | 2604 Deslonde | | | | | "When I looked toward the Clairborne Bridge " "When I heard the bang I seen the barge come floating through. After the barge came through the water came through, like the water must have rose about 12 feet in seconds." | | EW | Terry Mark Adams deposition on November,13, 2006 Page 25, lines 6-14 |

TABLE 3.1  REPORTED EVENTS AND OBSERVATIONS

| Map Location | Date | Timing | Visibility | Where | Particular Street names | UTM NAD 1983 | Flooding and Direction Description — Water Level | Wave Description — Description, Size and direction | Ground or House Shaking — Description and Direction | Sound — Description, Direction and Frequency | Barge Movement — Description and Direction | Type | Source — Source & Document Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 29-Aug-05 | 7:00 AM | | L9W | 2604 Deslonde | | | | | | "The house lifted off the foundation when "the barge came through and sent water everywhere. Not only did my house lift up, but the other portion of the levee gave away because the water came from both sides and it tilted it all the way over." "When the b | EW | Terry Mark Adams deposition on November,13, 2009 Page 99, lines 21-25, Page 101, lines 2-3, Page 101, lines 5-14, Page 101, Page 109, lines 12-13 and 15 |
| 11 | 29-Aug-05 | 5:30 - 5:45 AM | wasn't quite daylight | L9W | 2604 Deslonde | | "I'd say somewhere between 5:30 and 6:00 the levee right by my house, the water was kind of like coming under it. I could see that. And a little over it. But the levee was still there. The rest of the levee was totally intact." The flood wall: "it was st | | | | | EW | Terry Mark Adams deposition on November,13, 2007  Page 23, lines 24-25, and page 24, lines 1-4 and 13-14, Page 25, lines 2-3 |
| 11 | 29-Aug-05 | 5:30 - 6:00 AM | wasn't quite daylight | L9W | 2604 Deslonde | | | | | The break in the wall towards Florida: "I wouldn't consider that to be a break. After the wall - - after the barge came through the wall by me gave. It slowly just collapsed" "and the water was flowing down that way from the break in the wall." | | EW | Terry Mark Adams deposition on November,13, 2007  Page 38, lines 13-15 and lines 18-20 |
| 11 | 29-Aug-05 | 5:45 - 6:00 AM | wasn't quite daylight | L9W | 2604 Deslonde | | | | | "That's what made me realize that it was a barge, the sound of it." "It looked like it was about Galvez Street, Galvez and Johnson. Right up in that area." " it was leaning like this (indicating) where I could see the front of it, but I couldn't see the wh | | EW | Terry Mark Adams deposition on November,13, 2008 Page 80, lines 6-9 and 16-18,  Page 81, lines 7-9 and 21-22, Page 82, lines 7-9 |
| 27 | 29-Aug-05 | 7:00 AM | | L9W | 4702 St. Claude | | Water up to bed | | | | | PM | 911 Taped Calls of Bianca Knight |
| 8 | 29-Aug-05 | ? | dark | L9W | 5017 North Miro Street | | After boom "walk toward Jourdan Street, toward Jourdan Avenue, and then walked back" "water was coming all in the car" about five, ten minutes later" "You can see the water coming down Reynes Street." "Water was something like coming down Tonti down Reyne | | | "We just heard a big boom" | | EW | Earl Lackings deposition on April 9, 2008 Page 61, lines 13-18, Page 66, lines 10-14, Page 63, lines 1-4, Page 64, lines 17-18, 21-22, 25 and page 65, line 13, Page 59, lines 8 and 18, Page 60, lines 6-9 |
| 1 | 29-Aug-05 | 6:30 AM | turning daylight | L9W | 5428 N. Roman | | "It sound like I heard it hit something hard. Boom. By then I stand by the gate. When I looked at the gate, here it come." "Water coming. A lot of it." … "From Jourdan." … "It came straight down Roman Street." "Water came more slowly at first to about 3 f | | | "loud crash back, you know, back there by scrap I heard, like something hit " "Time between first and second noises: "You're talking about, I say, five, ten minutes apart, fifteen minutes. It was just - - it wasn't no long time. It wasn't no long time. I | | EW | Andrew Sartin deposition on April 11, 2008 Page 44, line 25 and page 45, lines 1-2,Page 51, lines 17-20, Page 45, line 25 and page 46, lines 1-2, Page 47, line 5, Page 50, lines 20-25 and page 51, line 1, Page 52, lines 10-12, Page 54, lines 8-14, 16, 18 and 21, Page 50, lines 3-4, Page 47, lines |
| 43 | 29-Aug-05 | 8:03 AM | | L9W | 5432 N. Rampart | | Water up to ceiling. Still rising. | | | | | PM | 911 Taped Calls of Tonette Taylor - Clarence Smith |
| 7 | 29-Aug-05 | ? | dark | L9W | 5434 N. Johnson Street | | "the water came in" In a matter of seconds after noise "we had water" It was a "matter of minutes" to when they were in the attic after seeing the water, with the water rising to about 6' from the attic in that time. | | | "I heard boom, boom, boom"  "like something was hitting something real hard" Estimates booms came from the direction of Jourdan Ave, did not sound like explosions. | | EW | Dolores St. Cyr-butler deposition on February 19, 2008 Page 32, lines 7-12, Page 34, lines 15-17, Page 33, lines 7-8, 10, 13, Page 122, lines 8-11, Page 122, line 25 and page 123, lines 1-3, Page 37, line 13,Page 38, lines 8-13 and 20-24 |
| 41 | 29-Aug-05 | 7:42 AM | | L9W | 5601 Burgundy | | Flooding | | | | | PM | 911 Taped Calls of Rene Longoin |
| 41 | 29-Aug-05 | 8:02 AM | | L9W | 5601 Burgundy | | Flooding 2nd call | | | | | PM | 911 Taped Calls of Rene Longoin (?) |
| 42 | 29-Aug-05 | 7:58 AM | | L9W | 6037 Burgundy | | Flooded | | | | | PM | 911 Taped Calls of Sybil Montrell (?) |
| 36 | 29-Aug-05 | 7:27 AM | | L9W | 6225 Urquhart | | Flooded over cars | | | | | PM | 911 Taped Calls of Murphy Goodman (?) |
| 39 | 29-Aug-05 | 7:33 AM | | L9W | 6415 N. Prieur | | IN attic - water coming up | | | | | PM | 911 Taped Calls of Kioka |
| 30 | 29-Aug-05 | 7:11 AM | | L9W | 939 Deslonde | | Water in house. Lady in wheelchair. | | | | | PM | 911 Taped Calls of Nelda Simmineaux (?) |
| 15 | 29-Aug-05 | 9:35 AM | | L9W | Bks Museum | 788500/3,317,400 | "9-10 feet above the floor of the building, which was at about ground level." | | | | | SC | FINAL Vol IV The Storm - appendices.pdf, IV-7-52 |
| 25 | 29-Aug-05 | 6:00 AM | almost daylight | L9W | Bridge Ramp | | "water started coming over the wall" "the houses was floating like boats" "after heard the boom" "water rushing up over the wall, where it (the barge)  had went through" | | | "Because we heard a big old boom, boom. But it was raining so hard we didn't get out the truck or nothing" parked at Claiborne Bridge. "heard a big old boom, boom. a big old explosion, two bangs " | | EW | Ernest Offray deposition on February 19, 2008 Page 36, lines 2-5 and lines 17-18, Page 42, lines 23-25 and page 43, lines 1-3, Page 35, lines 21-24, Page 48, lines 15-17 |
| 17 | 29-Aug-05 | 8:24 AM | | L9W | Egania | | "0824 on grandfather clock at Egania (clock 22) 7 blocks east of Lock between St. Claude and Claiborne." | | | | | SC | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 18 | 29-Aug-05 | 7:32 AM | | L9W | Florida Ave. | | "0732 at Florida Ave. (clock 23), 7 blocks east of IHNC on 40 Arpent Levee" | | | | | SC | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 21 | 29-Aug-05 | 5:30 AM | | L9W | Forestall | | "Report of water at 0530 to 0600 at Forestall (clock 27), one block east of Reynes" | | | | | reports | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 13 | 29-Aug-05 | 4:30 AM | | L9W | Galvez St. | 788500/3,319,600 | "water in the street in front of his home. He said his driveway is about 40ft, and in a matter of 5-10 minutes his freezer was floating in his home." | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-51 |
| 13 | 29-Aug-05 | 5:00 AM | | L9W | Galvez St. | 788500/3,319,600 | "he said the water was at the top of the first floor, but it seemed to have stopped rising. He said the water was from the Industrial Canal and flowed down Galvez Street, west to east. He said at the maximum, the water was 25 ft. deep in the street." | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-51 |
| | 29-Aug-05 | 9:00 AM | | 17th | Kenison Street. | 777800/3,324,400 | | "5-8ft wave coming down street" "from the south" | | | | EW | Volume IV - The Storm, maintext,pdf, IV-7-6 |
| 20 | 29-Aug-05 | 6:15 AM | | L9W | Otley | | Otley(street?) at 0615 stopped clock at 6:15 AM(WS: Otley at 0615.) | | | | | SC | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 24 | 29-Aug-05 | 5:30 AM | | L9W | See Fig.135 | | "Another eyewitness at Site 4 reported seeing flood waters at about 1030 UTC (5:30 a.m. CDT). He and his wife took refuge in a neighbor's two-story house, and he noted that within a short time, the water was about 3 to 4 ft above the second story floor." | | | | | EW | Volume IV - The Storm, maintext,pdf, IV-194 |

## TABLE 3.1  REPORTED EVENTS AND OBSERVATIONS

| Map Location | Date | Timing | Visibility | Where | Particular Street names | UTM NAD 1983 | Flooding and Direction Description — Water Level | Wave Description — Description, Size and direction | Ground or House Shaking — Description and Direction | Sound — Description, Direction and Frequency | Barge Movement — Description and Direction | Type | Source & Document Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 29-Aug-05 | 4:30 - 5:00 AM | | L9W | See Fig.135 | | "One eyewitness at Site 3 (Figure 135) reported that shortly after about 0930 UTC (4:30 a.m. CDT) on Monday he observed water flowing into his home, and that by about 1000 UTC (5:00 a.m. CDT) the water was at the top of his first floor. He stated that the | | | | | EW | Volume IV - The Storm, maintext,pdf, IV-194 |
| 22 | 29-Aug-05 | 4:30 AM | | L9W | Station 5 | | "One of the operators at PS 5 stated that he first observed flooding at about 0930 UTC (4:30 a.m. CDT) on Monday, and that by 1030 UTC (5:30 a.m. CDT), the water was entering the station." | | | | | EW | Volume IV - The Storm, maintext,pdf, IV-194 |
| 22 | 29-Aug-05 | 4:30 AM | | L9W | Station 5 | | "water was halfway up a chain link fence at the station" | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-53 |
| 22 | 29-Aug-05 | 5:30 AM | | L9W | Station 5 | | "fence was completely underwater."  "power was turned off to the station for safety due to high water levels." | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-53 |
| 22 | 29-Aug-05 | 6:10 AM | dark | L9W | Station 5 | | "It was 6:10 am in morning when Central Control had logged Villavasso's call to turn off the power. " | | | | | EW | William Villavasso  deposition on December 18, 2007 Page 148, lines 8-10 |
| 22 | 29-Aug-05 | 6:10 AM | | L9W | Station 5 | | Notified by sta 5 that was notified by supervisor to shut down all operations and evacuate station. | | | | | PM | Central Control Clear Log Book Entries |
| 22 | 29-Aug-05 | 6:11 AM | | L9W | Station 5 | | Shut Down all Pumps | | | | | PM | Central Control Dirty  Log Book Entries |
| 22 | 29-Aug-05 | 6:17 AM | | L9W | Station 5 | | C.C. notified E.O.E to also notify Coast Guard sta 5 also needs picked up. | | | | | PM | Central Control Clear Log Book Entries |
| 22 | 29-Aug-05 | 6:25 AM | | L9W | Station 5 | | Sta 5 operator re call for help at for Coast Guard. Coast Guard can not get to you. Abandon sta 5. | | | | | PM | Central Control Clear Log Book Entries |
| 22 | 29-Aug-05 | 3:00 AM to 4:00 AM | dark | L9W | Station 5 | | "massive amounts of water pouring through the wall, which a lot of street flooding" | | | "I heard the boom, you could see this part of the wall tumble down " | | EW | William Villavasso  deposition on December 18, 2007 Page 68, lines 13-15, Page 64, lines 7-9, 12-16 and lines 18-24, Page 128, lines 16-24, Page 191, lines 6-11, and lines 16-23 |
| 22 | 29-Aug-05 | 3:00 AM to 4:00 AM | dark | L9W | Station 5 | | | "large volume of water traveling down the Industrial Canal from the lake toward the river" "I seen a wall of water. When I said 20 feet, I was just estimating that's what it may have been. Coming from Southern Scrap towards the Florida bridge, coming that | | "It's getting more intense splashing over the wall. Then I heard like an explosion. Boom.", "And then I seen the levee wall partially-- sections, it's – the levee walls are like in sections. I saw it tumble over (indicating). A couple of sections looked | | EW | William Villavasso  deposition on December 18, 2007 Page 64, lines 7-9, 12-16 and lines 18-24, Page 129, lines 12-13, lines 16-19 and lines 24-25 and page 130, line 1, Page 187, lines 1-5, 10-12, and lines 15-18 |
| 22 | 29-Aug-05 | 3:00 AM to 4:00 AM | dark | L9W | Station 5 | | | | | | "It looked what appeared to be the tip of a barge." "I am just looking at a silhouette like. Not a clear focused picture. But I seen something protruding which I thought was seeing a barge there." "Saw the barge "after the wall fell". "Seconds. Minutes | EW | William Villavasso  deposition on December 18, 2007 Page 66, lines 3-4, Page 66, lines 8-11, Page 71, lines 4-9, Page 98, lines 14-17 |
| 16 | 29-Aug-05 | 5:30 AM | | L9W | Tupelo Street | 788900/3,319,200 | "he saw water flowing down Tupelo St (SSW) towards the Mississippi River with a slight angle to the east. Storm wasn't bad at this time, drizzle with some wind, still dark outside" | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-52 |
| 19 | 29-Aug-05 | 5:00 AM | | L9W | | | "0500 on clock 7 ft off ground at Reynes (clock 25) 3 blocks from IHNC just north of Claiborne." | | | | | SC | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 19 | 29-Aug-05 | 6:30 AM | | L9W | | | "Residents in a 2-story reported flooding from the east at 0630 and then all hell broke loose at 0750." | | | | | EW | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 12 | 29-Aug-05 | 7:30 AM | | L9W | | | "Another eyewitness at Site 2, reported water shooting up through her floor furnace at about 1230 UTC (7:30 a.m. CDT) on Monday, and that within about 15 min the water was about 9 ft deep in her house. Site 2 is slightly east of Site 1 and appears to be a | | | | | EW | Volume IV - The Storm, maintext,pdf, IV-195 |
| 19 | 29-Aug-05 | 7:43 AM | | L9W | | | "Various clocks stopped between 0743-0747, corresponds to observations of National Guard officers at Jackson Barracks" | | | | | SC/EW | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 20 | 29-Aug-05 | 7:45 AM | | L9W | | | "Several clocks close to the breach stopped at 0745" | | | | | SC | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 19 | 29-Aug-05 | 7:55 AM | | L9W | | | "First police calls were received at 0755 and were relayed to Bob Turner who called the NWS at 0810 who reported it at 0817." | | | | | PC | Team Louisiana - ackn, refs, appx.pdf, Page 25 |
| 15 | 29-Aug-05 | 8:13 AM | | L9W | | 788500/3,317,400 | "water is already up to the wheels of this vehicle" | | | | | photo | FINAL Vol IV The Storm - appendices.pdf, IV-7-52 |
| 15 | 29-Aug-05 | 8:30 AM | | L9W | | 788500/3,317,400 | "noticed significant water, much more that normal rainfall. Estimated the time to rise from wheels to top of cab of large military transport trucks was about 1-1/2 hrs max." | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-51 |
| 11 | 29-Aug-05 | 5:15 AM to 6:30 AM | | L9W | | | "At Site C1, two of the clocks indicate a time of about 1015 UTC (5:15 a.m. CDT), while two other clocks at the same elevation indicate a time of about 1130 UTC (6:30 a.m. CDT). Four other clocks at higher elevations at Site C1 also indicate a time of abo | | | | | SC | Volume IV - The Storm, maintext,pdf, IV-195 |
| 14 | 29-Aug-05 | about 4 pm, | | L9W | | 789300/3,319,500 | "water seemed to pick up his home and turn it around"  "water ended about 20 ft in the street." | "water was coming from St. Bernard parish west into Orleans" | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-50 |
| 14 | 29-Aug-05 | | way before dark, | L9W | | 789300/3,319,500 | "3ft of water in his home on the second floor, about 12 ft deep" | | | | | EW | FINAL Vol IV The Storm - appendices.pdf, IV-7-50 |

**Legend**
Station 5 = Pump Station No. 5, SB = St. Benard Parish, 17th = 17th Street Canal, LS = London Street Canal, L9W = Lower 9th Ward, OE = Orleans East Parish
PM = Phone Message, EW = Eye Witness, SC = Stopped Clock, PC = Phone Call, TSP = Time Stamped Photo's, TNV = Stated Time Not Valid



FIGURE 3.1   LOCATION MAP OF REPORTED EVENTS AND OBSERVATIONS PROVIDED IN TABLE 3.1



FIGURE 3.2   WATER SURFACE ELEVATION (NGVD 29 FT) AND BOUNDARY LAYER ADJUSTED WIND VELOCITY VECTORS (KNOTS) DURING HURRICANE KATRINA AT 2:00 AM AND FROM 5:00 AM TO 12:00 PM (WESTERINK, ET. AL., 2006)



7:00 AM                                        8:00 AM                                        9:00 AM

FIGURE 3.2   (CONTINUED)



10:00 AM                                   11:00 AM                                   12:00 PM

FIGURE 3.2   (CONTINUED)



FIGURE 3.3   WIND SPEED AND DIRECTION AT THE NEW ORLEANS AIRPORT ON AUGUST 28, 2005

at 5:00 am and 6:00 am appear the same. Moreover, Figure 3.2 shows velocity vectors (SSE) remained essentially parallel to the southern segment of the IHNC from 5:00 am to 9:00 am with surge effects from Lake Pontchantrain and MRGO-GIWW Outlet increasing to 9:00 am and 8:00 am, respectively (which is consistent with IHNC hydrograph information). Maximum wind speed sustained over a minute provided by NOAA/AOML/Hurricane Research Division and directions from Figure 3.2 are provided below for IHNC (south). Where wind speeds were not available from NOAA/AOML, airport speed records are provided.

| Time | Speed (mph) | Relative Direction to IHNC (south segment) |
| --- | --- | --- |
| 3:00 am | 44 (59) | Parallel |
| 4:00 am | 58 | Parallel |
| 5:00 am | 55 (72) AP | Parallel |
| 6:00 am | 58 (82) AP | Parallel |
| 7:00 am | 86 | Parallel |
| 8:00 am | ND | Parallel |
| 9:00 am | ND | Parallel |
| 10:00 am | 69 | 45° "SE" |
| 11:00 am | ND | 10° "SEE" |
| 12:00 pm | ND | 10° "NEE" |

(_)=gusts, AP = airport data

Airport records from 3:00 am to 4:00 am on the day of the Hurricane indicate that the wind speed generally increased from about 44 to 52 mph with variable gusts from 10 to 30 mph higher. At 4:00 am, the NOAA/AOML speed of 58 mph was above the airport speed of 52 mph but lower than the gusts, which were on the order of 80 mph. From 4:00 am to 5:00, wind speeds ranged from 48 to 56 mph, and gusts of 61 to 76 mph were recorded at the airport. Winds increased again from 5 to 6 am, where airport winds were about 55 to 60 mph with gusts from 75 to 85 mph, or 20 to 25 mph higher. Gusts at the airport at close to 7:00 am were the same as NOAA/AOML speed of 86 mph.