Analysis

The initial failure had to occur close to the north end of the North Breach in order to tear the sheetpile, since: 1. the adjacent unfailed, more resistant, wall did not noticeably yield; and 2. the sheetpile can twist significantly without exhibiting tearing as depicted in Photos 4.9 and 4.10 and others. Also indicating the failure had to be close to the north end are that, at the South Breach, the walls would twist at ends without disconnection for transverse forces (see Section 4.2), but not at the North Breach, and that the land side scour pit is present just to the north of the failure. This scour pit would have developed from the in-rush of floodwater from the initial breach of the first panel. Moreover, the tearing occurred from the top down indicating an upper force.

This tearing would have required a significant force on the floodwall to displace it sufficiently to cause the sheetpile to tear with depth. Now, with flow along the sheetpile into the L9W, the embedment was washed away as floodwaters entered the L9W through the first panel breach. And like the northern part of the South Breach (see Section 4.2), this flow along the sheetpile resulted in progressive washout and failure of the North Breach to the south (see Photos 4.11 and 4.12). This progressive failure resulted in the north end of the failed wall segment displacing eastward and twisting 270°. This is illustrated in Figure 4.1. Once the twisted north end reached its final resting position, wall rotation was limited by the ground surface to about 90° (see Photos 4.6, 4.11 and 4.12).

Noted observation by the Pump Station No. 5 manager (see Table 3.1) is consistent with the failure mechanism discussed above, namely:

- Significant boom sound
- The tip of the barge through the wall
- The initiation of the wall failure beginning at one end of the breach, with wall 'tumbling panel by the panel'



FIGURE 4.1   ILLUSTRATION OF THE FLOODWALL MOVEMENT AT NORTH END OF NORTH BREACH

4.2 South Breach Chronological and Damage Photographs

Photographs of failure conditions at the South Breach are Photo 4.4 and Photos 4.14 to 4.43. Photos 4.4 and 4.14 to 4.24 are most related to the failure chronology, while Photos 4.25 to 4.43 are related to the damage conditions and are provided generally from north to south. The photos were taken from various sources which are given in the descriptions of the photographs.

Photographic Chronology

The earliest available photograph of the South Breach is shown in Photo 4.14. As can be seen in this photograph, the erosion is most developed across the northern part of the breach. This indicates the failure first initiated in this location. The first major area of erosion of the canal-side levee ridge may have been the momentary south end of this progressive failure where scour occurred along the twisted floodwall as is present at the final north and south ends of the breach (as well as along the south end of the North Breach). The remainder of still intact floodwall to the south did not fail as a result of progressive washout along the momentary end of the sheetpile, as with the North Breach. This can be concluded because of land-side ridge, which is present in Photo 4.14.  In the south part of the breach, it can be seen in Photo 4.14 that the gap between the canal side and landside levee ridges is not relatively even, as would be expected if it were created by a scour trench, and appears to be further apart the closer to the south end.

Later during the day of the hurricane on August 29, 2005, floodwaters flowed back into the canal as shown in Photo 4.15. Note that previous flow into the L9W has eroded the landside levee ridge, as only the canal-side ridge is visible. In Photo 4.16 the canal water appears lower than in Photo 4.15 and there is less turbulent flow at the waterfront edges. Again, only the levee ridge on the canal side can be seen. A no-flow condition is depicted in Photo 4.17 on August 29, 2005, at 2:35 pm. Canal water level at



Photo 4.14  Earliest available photograph where canal water was still flowing into the Lower 9th Ward but hasn't reached top of school bus and is now below the crown of the levee. In the northern portion of breach back erosion occurred to the west and the upper portions of the earthen levee are gone. Location of the turbulent flow along canal ridge near the middle of the breach may have been the south end of the initial failure where canal water flowed in along the twisted floodwall such as is present along the north and south ends of the breach. Note, where present the top of ridge appears to be close to the same elevation as adjacent unfailed sections. Also, the canal and landside levee ridges are not parallel. Northeast view. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Appendix Volume 14, by U.S. Army Corps of Engineers, June 2007)



<u>Photo 4.15</u> Photograph of southern part of South Breach after Katrina. Floodwater, which is to the top of the school bus. Note only canal-side levee ridge visable due to erosion from water flowing into the Lower 9th Ward. Southeast View. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Appendix Volume 17, by U.S. Army Corps of Engineers, June 2007)



Photo 4.16  Photograph of South Breach showing flow from the Lower 9th Ward into the canal. Note that at this time waterfront ground surface is visible and landside levee ridge is not visible. Also, back-erosion is now apparent in this photo at the south, as well as north ends of breach from canal water flowing into the Lower 9th Ward. (Photo from hard drive obtained from Brian A. Gilbert, Esq., Law Office of Brian A. Glbert, P.L.C. by the USA, location of photo: Ingram Barge/KC 764 Part A/Katrina Photos/9th Ward Barge and Levee Photos, September, 2005)



<u>Photo 4.17</u>  Photo indicates the time was 2:35 pm on the day of Hurricane Katrina. At this location there appears to be a no flow condition across the South Breach. Note no landside and only a canal-side ridge is present across a small portion of breach. Waterfront ground surface now present at a water elevation estimated at 8 ft based on hydrograph data. Barge can be seen on flood side just south of the breach. West View. (IPET Appendix Volume 5, by U.S. Army Corps of Engineers and Team Louisiana final report entitled "The Failure of the New Orleans Levee System during Hurricane Katrina" dated December 18, 2006)



<u>Photo 4.18</u>  Photo is an aerial view of the South Breach after Hurricane Katrina with a significant amount of floodwater still pooled on Jourdan Ave. As can be seen in the photo, most of the concrete floodwall segment has broken off the sheetpiling in the northern half whereas towards the southern half much of the concrete wall has remained attached to the sheetpiling. The northern part of the failed floodwall displaced up to about 180 ft to the east and beyond Jourdan Ave. In the southern part of the breach the wall displacement was fairly uniform and on the order of 50 ft. In about the middle of the breach there is a significant "vertical" face which can also be seen in Photo 4.14 where turbulent flow into the canal was observed. This location was likely the momentarily south end of the progressive failure of the floodwall. Northeast View. (IPET report entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency, Performance Evaluation Task Force, Volume V - The Performance - Levees and Floodwalls, by U.S. Army Corps of Engineers, June 2007)



Photo 4.19  Photo of the south part of the South Breach. The photo appears to have been taken prior to Hurricane Rita as the ING 4727 Barge is to east of the school bus but after temporary levee material had been placed to the west. The final resting place of the barge was on the bus. IPET alleges that the longitudinal ditch shown in the photo is a remnant of the scour trench. But the depth and width of the "trench" or "slough" does not appear to be consistent with this interpretation. This also can be seen in a later picture of the "slough" before Rita (see Photo 4.20.) No bottom elevations of the "trench" are available. Trench could also have resulted, however, from displacement of sheetpile from the lateral impact force by the barge (see Figure 4.14).  Note the floodwall has been displaced fairly uniformly to the east at about 50 ft. At the south end of the breach the wall is twisted landward and the soil adjacent to the sheetpile has been washed away during the flooding.  The photograph indicates that the water level in the slough at the south is at about Elevation -2.2 ft or almost 9 ft below the levee crown (based on as-built drawings). Therefore, the toe of the sheetpile at this location would be about 8 ft below the water surface. Note wood pole on levee slope, which is south of the breach, was not knocked down by barge. South View. (https://ilpet.wes.army.mil/, post Katrina photos, by U.S. Army Corps of Engineers)

4-24



Photo 4.20  After Hurricane Katrina where canal water had eroded temporary levee and was flowing into the Lower 9th Ward on September 12, 2005 through South Breach. Note at this time barge is not on the school bus. Later flow out of the canal from Hurricane Rita floodwater caused barge to flow on top of school bus. Photo also indicates the significant depth of the slough along the wall alignment. Water level in the slough at the arrow projects out at about 10 ft below the crown or an elevation of -3.5 ft. The slough appears widened from flow along failed floodwall at south end. Photograph also shows longitudinal sinusoidal bowing just south of the failure. North View. (http://www.Gettyimages.com, ID#71545243, September 11, 2005)



<u>Photo 4.21</u> South Breach during Hurricane Rita. Water level was below floodwall but still flowing in to the Lower 9th Ward through the levee. Note that the drill rig parked on flood-side north of breach appears to have been left there before Hurricane Katrina, and that the barge was not on top of the school bus. This photo was taken on September 23, 2005 at 6:57 pm. South View. (Photo copied from hard drive borrowed from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C. by the USA, location of photo: Ingram Barge/KC 764 Part A/Katrina Photos/Ind Canal, September 3, 2005)



<u>Photo 4.22</u> Photograph depicts the entire South Breach. Note the longitudinal sinusoidal bowing of the wall immediately to the south of the breach, and that the pole just south of breach on landside of the levee was not impacted by the barge movement and that flattened floodwall is tilted slightly upward near southern end of the breach. Photo dated September 26, 2005. North View. (http://www.Gettyimages.com, ID#55772729, September 26, 2005)



Photo 4.23 Photograph of the displaced sheetpile at the South Breach and the barge. At the time the photo was taken a temporary levee was being installed after Hurricane Rita. Note the northern portion of the sheetpile extended across Jourdan Ave. Northeast View. (ILIT report entitled "Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005")



<u>Photo 4.24</u>  Photograph of South Breach after Hurricane Rita. Temporary earthen levee appears to have been completed. Photo dated October 14, 2005. South View. (IPET Appendix Volume 2, by U.S. Army Corps of Engineers, ILIT, Figure 1.9, Photo by Les Harder)





<u>Photo 4.25</u> Depiction of the scour trench to the north of the South Breach which appears of uniform width. Also, concentrated deformation at the construction joint exist along the twisted floodwall at the north end of the breach which has displaced downslope. South view. (Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005 and IPET Report Figure 14-26.)



<u>Photo 4.26</u> The floodwall at the north end of the South Breach twisted downslope. Significant deformation occurred along the construction joint. At the joint towards the middle of the wall panel there appears to be early landside compressive spalling. South view. Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 10, 2005



<u>Photo 4.27</u> Depiction of the downslope twisting of the floodwall at the north end of the South Breach. Essentially all the sheetpile for the most twisted concrete panel (to the south) is no longer embedded. Some embedment also has been removed from the northern panel sheetpile. Southeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated September 27, 2005.)



<u>Photo 4.28</u> North end of South Breach. Predominate twisting and bending strains resulting in debonding in bottom and spalling in upper portion of the wall. Note rock fill installed against wall where floodwaters washed out the levee materials exposing sheetpile.  Photo dated October 4, 2005. Northwest view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "9th Ward")



Photo 4.29 A depiction of a more than 90° downward twist of the floodwall at the north end of the South Breach. Beyond the construction joint of the most northern twisted panel the floodwall concrete has been completely disintegrated with the sheetpile laying on the top of the ground. End of upper panel shown in the photo appears to have been only slightly damaged. North view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity" dated October 6, 2005.)



Photo 4.30 A depiction of the north end of the South Breach. Concrete floodwall is fairly intact north of construction joint. To the south of this joint the wall is twisted downslope more than 90° in less than two panel lengths. Most northern twisted panel shows significant concrete fragmentation and reinforcement exposure.  These areas have the minimum concrete cover over the sheetpile whereas in intermittent areas have the greatest cover and this infill reinforced concrete remained more "intact". In the southern panel the concrete essentially disintegrated with the sheetpile lying on the top of the ground. Photo dated October 6, 2005. North view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity")



<u>Photo 4.31</u> About in the middle of the South Breach where greatest horizontal curvature section is present. Note tensile debonding on bottom parts of panels and compressive spalling in the upper segments. Photo dated October 4, 2005. Northeast view. (Photo published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "9th Ward")



<u>Photo 4.32</u> Photograph of the southern portion of the South Breach. Most of the monolith concrete remained on the sheet pile in this section with frequent "vertical" cracking and spalling, as well as some concrete missing in localized areas at the "top" of the wall. Note there is no tensile debonding in lower portion of wall. South view. (IPET report dated January 10, 2006, Figure 13-24)



<u>Photo 4.33</u> Photograph of southern part of South Breach after Hurricane Rita with barge in background. Floodwall has been exhumed and flattened and the wall has been sheared-off at the south end. Note that the sheared end is south of the monolith joint and is at an acute angle. Photo dated September 26, 2005. East view. (Photograph from http://www.gettyimages.com ID #55772555).



<u>Photo 4.34</u> A depiction of the south end of the South Breach where the top of floodwall was sheared-off and the vertical rebar has been bent horizontally landward. The sheared-off portion of the wall occurred at the horizontal cold joint between the 3 ft top pour and bottom pour which contains the embedded sheetpile. Horizontal rebar are also bent in landward where exposed at the north fracture surface in the upper pour. Note rock fill was installed along floodwall where levee washout exposed the sheetpile. Photo dated October 6, 2005. South view. (Photo published by Army Corps and Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity")



<u>Photo 4.35</u> South end of South Breach where the top of the concrete wall has been sheared- off beyond the vertical monolith joint. Note tensile debonding due to twisting and bending. Photo dated October 6, 2005. Southeast view. (Photo published by Army Corps and Engineers on https://ipet.wes.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity", "IHNC- Inner Harbor Navigation Canal" photos)



<u>Photo 4.36</u> Photo taken after Hurricane Rita shows the south end of the South Breach where the top 3 ft of the concrete has been sheared-off to the cold joint and the vertical and horizontal bars are bent landside. The crumbled concrete from the upper portion of the wall is adjacent to lower portion of wall. At the construction joint at the north end of the sheared panel the sheet.  Photo dated September 30, 2005. Southwest view. (Photo from http://www.Gettyimages.com, ID#55832357)



Photo 4.37 A depiction of the top of the sheared-off panel at the south end of the South Breach. To the east, the top of the sheared panel appears to be more fragmented. Upper parts of sheetpile are exposed as the concrete has been "spalled" off. Photo is dated September 27, 2005. Northwest view. (Photo published by Army Corps of Engineers on http://ipet.west.army.mil (post-Katrina) for the "Lake Pontchartrain LA and Vicinity").



<u>Photo 4.38</u> Photograph shows the top of the sheared-off floodwall at the south end of the South Breach, and essentially flat lying floodwall to the north which has been displaced about 50 ft to the east. The concrete appears to have been gouged off the top of the floodwall in the nearest flattened monolith. To the south the rebar appears bent over concrete immediately above the sheetpile. Also, an obviously wider scoured "slough" from flow along the wall to the south can be seen. Note, scour wall in levee to the east of the sheared-off wall from flooding. Northeast view. (Photo from hard drive obtained from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C. by the USA, location of photo: Ingram Barge/KC 764 Part A/Katrina Photos/9[th] Ward Barge and Levee Photos, September, 2005)



<u>Photo 4.39</u> South End of South Breach Showing Vertical Rebar Bent Inward and Perpendicular to the Laterally Bent Inward Floodwall. Photograph Dated October 14, 2005. (Ingram Barge/KC764 Part A/ Katrina photos/Aftermath/9[th] Ward Levee by Andres Bocher-FEMA)



<u>Photo 4.40</u> The top of the sheared-off portion of the concrete floodwall above the cold joint where rebar is bent landside. Concrete above the cold joint is sheared-off beyond the vertical panel joint. Also, note the exposure of the reinforcement in areas of higher stress in the wall. Photo is dated October 6, 2005. Southeast view. (Photo published by Army Corps of Engineers on <u>https://ipet.wes.army.mil</u> (post-Katrina) for the "Lake Pontchartrain LA and Vicinity")



<u>Photo 4.41</u> A depiction of the sheared-off end of South Breach showing the acute vertical fracture surface and the horizontal cold joint. The horizontal rebar has been bent southward. Note this photo appears to have been taken after Photo 4.42 as the concrete above the construction joint on the landside has been removed. Southwest view. Photos published by Army Corps of Engineers on <u>https://ipet.wes.army.mil</u> (post-Katrina) )



<u>Photo 4.42</u> A depiction of the south end of the breach where the top portion of the concrete wall has been sheared-off with rebar bent landside and the resulting crumbled concrete pushed below and behind the remainder of the wall. To the north of this section the wall lies fairly flat and is displaced eastward about 50 ft. To the south of breach a fairly uniform scour trench is present adjacent to the wall. Note the concrete ridge above the horizontal construction joint at the south end of the failure. "Dunbar" photos dated September 27, 2005. North view. (Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "IHNC")



<u>Photo 4.43</u> South end of the South Breach showing rebar bent landward perpendicular and across construction joint. Displaced curvilinear wall section lower to northeast. As barge scraped across the construction joint the canal-side vertical rebar was exposed and the upper portion of the wall was broken and pushed over the wall below the joint level. A scour trench formed from overtopping over the sheared-off wall segment. Note that at the end of the failure, concrete displaced southward and that the concrete below the joint has had minimal spalling. Photos published by Army Corps of Engineers on https://ipet.wes.army.mil (post-Katrina) for the "IHNC", dated September 27, 2005)

this time was at about Elevation 8 ft (based on hydrograph data) and a flood-side levee ridge is still not present.

Photo 4.18 is an overall picture of the South Breach after much of water had receded after Hurricane Katrina. As can be seen in Photo 4.4, the failed floodwall had been displaced east of Jourdan Ave. some 195 ft from its original position. The significant "vertical" landside face along the wall alignment in Photo 4.18 is likely the momentary location of the southern limit of the progressive failure of the breach which is consistent with Photo 4.14.

Photo 4.19 depicts a landside slough along the alignment of the floodwall following Hurricane Katrina, after floodwaters had receded in both the canal and Lower 9th Ward, which can also be seen in Photo 4.18. The slough only appears present where the displaced sheetpile is closest to the original alignment. Based on Photo 4.19, the water level in the bottom of the slough is about Elevation -2.2 ft, or almost 9 ft below the constructed levee crest and about 8 ft above the sheetpile toe at the south end of the breach.

Photo 4.20 depicts the South Breach after Katrina, dated September 12, 2005. Note that where the temporary levee has been breached, the canal water is flowing into the L9W (see Photo 4.20). Also, it can be seen in Photo 4.20 that the water level in the slough along the floodwall is significantly below the levee crest where the scour trench would be found on either side of the wall failure (which is not visible in this photograph). Based on this photograph, the water surface in the slough projects out to be about 10 ft below the levee crown, or an elevation of -3.5 ft. This depth of slough water is consistent with that determined in Photo 4.19. Photo 4.21 is a photograph taken during Hurricane Rita on September 23, 2005. The photograph depicts that canal water has risen and was again flowing into L9W. Turbulent flow accompanying back scour at north end of breach and at about middle of breach was present.

The South Breach after Rita on September 26, 2005, wherein floodwater has receded on both the canal and landsides, is shown in Photo 4.22. In this photo, the scour trench along the unfailed north and south ends can be seen relative to the longitudinal slough which has been eroded by Rita floodwater. Photo 4.23 shows the South Breach after much of the water has been removed from L9W and the temporary earthen levee is being installed. This temporary levee has been completed by the time Photo 4.24 had been taken.

Using Photo 4.4, the South Breach scales to about 840 ft long and from about Station 23+30 to 31+70.

<u>Damage Condition Photographs</u>

Both ends of the South Breach were found to have the following similar characteristics: 90° twisted floodwalls, canal-side washouts, and uniform adjacent scour trenches. These characteristics are discussed below.

<u>Twisted Ends</u>:  Similarly twisted 90° floodwalls can be seen in Photos 4.28, 4.29, 4.35 and 4.38. Also, as can be seen in Photos 4.27, 4.28, 4.34, and 4.38, at both the north and south ends, there are discrete twisting strains at monolith joints where little rigidity exist. Moreover, the north and south ends are bent about 45° and 55°, respectively; see Photo 4.4.

At the northern end of the South Breach, the floodwall has twisted (starting essentially at a construction joint) about 90° downslope in less than two concrete panels (see Photos 4.28 and 4.29). Over this panel length the deformation intensity increases significantly, with the concrete disintegrated and the sheetpile lying on top of the ground along the southern most panel.  It is interesting to note that the tensile debonding of the concrete is, however, greater at the north end, as the sheetpile was pulled a greater distance into L9W than at the south end (see Photos 4.26 to 4.29 compared to 4.34 and 4.38).

Washed Out Ends: Floodwater washout of levee embankment along the wall can be seen in Photos 4.27 and 4.38.

Uniform Scour Trenches: Relatively uniform scour trenches were present to the north and south of the failure (see Photos 4.25 and 4.41). Examination of the available photographs indicates that the fairly uniformed scour trench exists to almost the beginning of the north end of the breach, where a significant gap in the monolith joint was, and sand bags were placed to prevent flow. No scour trench can be seen, however, beyond these bags (see Photos 4.26). The enlarged scour in this area appears related to flow through this gap. Also, in Photo 4.26, the land slide levee face is present with the exhumed sheetpile over it, but there is no evidence of a significant scour trench beneath it.

For the south end, there is also an increasing scour trench beyond the uniform width as depicted in Photo 4.41. This was most likely caused primarily by overflow over the sheared-off section of the wall (see Photo 4.35).

As mentioned above in this section, there is little concrete remaining on the sheetpile in the northern half of the breach where wall displacement is the greatest. As can be seen in Photo 4.4, the maximum floodwall displacement is along the northern half of the breach, with the fragmentation of the concrete so great that much of it is missing. The wall is estimated to have been displaced up to about 195 ft eastward. In the southern portion of the breach, the displacement is fairly uniform at about 50-60 ft east of its original position, with much of the concrete remaining on the floodwall.  The wall curvature resulting from the lesser displacement of the south part is exhibited by "upper" spalling and "lower" tensile debonding in the reinforced concrete panels (see Photo 4.3).

A slough exists along the wall alignment along the southern half of the breach where the wall is fairly uniformly displaced. This slough can be seen in Photos 4.19,

4.20, 4.33, and 4.38. As discussed earlier in this section, this slough is relatively deep and has been affected by floodwaters. Most likely, the formation of this slough was mainly from translation and rotation of the wall (see Figure 4.14).

For the fairly uniformly displaced southern section of the failed wall, much of the concrete has remained on the sheetpile (see Photo 4.31). Localized areas of spalled off concrete exist in the "upper" part of this wall segment. These spalled areas cannot be explained, however, from in-plane bending as shown in Photo 4.30, as there is no exhibited curvature to the wall, nor is there tensile debonding in the "lower" portion of monolith. These missing areas of concrete at the "top" of the wall are shallower closer to the south end of the breach, and closest to the end have the appearance of being gouged out (see Photo 4.30).

Even closer to the south end, it can be seen in Photo 4.35 that there was sufficient force to flatten the concrete monolith to the ground to the joint and to "peel-off" the sheetpile from the adjoining sheared-off panel. Although at the south end of the North Breach, a similar condition is observed, it is much less severe. The sheared-off panel at the southern end of the South Breach occurred to the horizontal construction joint and extended a little more than one 30 ft panel. This can be clearly seen in Photos 4.32 to 4.39 and was caused by collision with the ING 4727 barge and is clearly the location where the barge exited the canal and entered into the Lower 9th Ward.

When examining the south end of the failure in Photo 4.4, it can be seen that the floodwall has been rotated about 55° (northeast-southwest) and that the north end of the sheared wall was significantly lower than the south end (see Photo 4.20). From the barge scraping across the construction joint surface, the vertical rebar on the canal side were exposed and bent landward essentially perpendicular to the displaced wall, spalled off the landside concrete below the construction joint exposing the sheetpile, and displaced the broken reinforced concrete landside (see Photos 4.36 to 4.39). In fact, Photo 4.39 clearly shows that the inward bent direction of the vertical rebar is essentially perpendicular to the displaced concrete floodwall.

It should be noted that the significant spalling of the concrete on the protected side of the wall, as shown in Photo 4.38, is not present beyond the vertical monolith joint to the south, where alignment of the wall remained essentially north-south (see Photo 4.42). In fact, a landside ridge of the concrete above the construction joint remained after the collision, and the broken reinforced concrete from the top pour at the south end of the failure was displaced to the south (see Photo 4.43). The collision exit of the barge through the south end of the wall is consistent with the longitudinal sinusoidal bowing of the wall immediately beyond the wall failure (see Photos 4.20 and 4.22). Also, as depicted in Photo 4.22, no such bowing is found along the wall immediately to the north of the breach.

It appears that after or as the barge sheared off the wall, it rotated clockwise displacing and flattening the yielded wall immediately to the north. It is interesting to note this section was displaced by a greater distance than the section immediately to the north which appeared to be the last section exhumed from the ground. Moreover, this is consistent with the gap found between the canal-side and landside ridges (in the southern half of the breach), which is greater to the south (see Photo 4.14), and essentially no slough being present where the displaced wall is the closest to its original location (see Photo 4.22).

It should be noted that despite clearly failing prior to overtopping, the scour trench along the unfailed wall is fairly uniform in width closest to the south end of the North Breach. Photos 4.25 and 4.42 also show a fairly uniform width scour trench adjacent to the north and south ends of the South Breach.

Analysis

This postulated wall displacement at various stages is illustrated in Figure 4.2. As noted above, photographic evidence and final deformation pattern indicates that the wall in the north part of the South Breach appears to have been the first section that had failed. This is consistent with the postulated movement of the ING 4727 barge.



FIGURE 4.2     PHOTOGRAPH DEPICTS THE ENTIRE SOUTH BREACH
               WITH POSTULATED SUPERIMPOSED WALL MOVEMENT
               STAGES. PHOTO DATED SEPTEMBER 26, 2005.
               NORTHWEST VIEW.  (http://www.Gettyimages.com,
               ID#55772729, September 26, 2005)