Moreover, the "first" collision of the barge in this area is similar to the North Breach in that the wall would have been subject to a "point" load condition resulting in failure. Based on the first severe intermittent area of canal ridge erosion to the south (see Photo 4.14), this failure developed fairly rapidly to the south, given that the canal-side ridge is present to where the ridge has been washed out. This appears to have been the momentary south end of the northern failure. Note, as can be seen in Photo 4.14, the direction of flow across these ridges in this location is mainly northeast, which is also consistent with this area being the "time-step" end of the bowed-out wall.

From wall displacement and rotation eastward from the "first" barge impact, flow resulted around the sheetpile toe, eroding levee and native soils, and thus undermining the backside of sheetpile. Ultimately, this caused the significant back scour of the waterfront ground surface as can be seen in Photo 4.14. The wall continued to bulge eastward with the extension of the erosion from the toe of the sheetpile. This is illustrated in Figure 4.3. As a result, this caused the breach to lengthen primarily to the south as the wall was being pulled out of the ground from floodwaters and wave action against the bulged wall which remained somewhat vertical.

With sufficient southward wind and/or eastward wave action, the barge made its "second" primary collision against the wall in the southern part of the breach and then moved south and impacted the now twisted south end. The fairly uniform displacement of the exhumed floodwall represents a primary broad-side collision or impact force accompanied by associated twisting at the end of the wall, and despite any opposing flow through the wall failure to the north, the barge moved south with sufficient force due to wind and/or possible wave action to shear off the twisted floodwall at the end of the breach.

In the exhumed and flattened section of the floodwall north of the south end of the breach, there is evidence of the barge impacting the top of the floodwall, as seen in Photos 4.32, 4.36, and 4.38. Further from the south end of the breach, where the barge sheared off reinforced concrete floodwall, there are "upper" floodwall areas where the



FIGURE 4.3  ILLUSTRATION OF POINT LOAD IMPACT OF THE BARGE IN THE NORTHERN
            PORTION OF THE SOUTH BREACH AND THE EASTWARD DISPLACEMENT
            OF THE WALL.

concrete is completely missing. This area appears to be deeper to the north, with the concrete gouged out at the "top" of wall just north of the sheared-off wall. This pattern of damage is consistent with barge impacts as the wall was translating and tilting landward prior to it shearing-off the twisted end of the breach.  Moreover, the shearing at the construction joint is consistent with expected water level of about 11.8 ft and a barge draft of about 2 ft.

Because the barge was driven southward, it sheared off the top 3 ft of the now twisted reinforced concrete floodwall as it rode upward along the construction joint. As the barge reached the south end of the failure, it is clear that the ING 4727 barge was moving in the southward direction from the wall damage which includes:

- The southward bent of the horizontal rebar (see Photos 4.36 to 4.41)

- The southward displacement of the broken concrete (see Photos 4.41 to 4.43)

- Acute vertical fracture at the end of the failure (see Photo 4.41)

- Minimal spalling of landside lower pour concrete at the end of the failure (see Photos 4.42 and 4.43)

- The greatest bend of the floodwall at the south end of the breach from the southward collision (see Photo 4.4) and sinusoidal lateral deflection "coiling" of the wall just south of the breach (see Photo 4.20).

- Head on collision of the barge (west to east) would have: 1. displaced the wall to the south and potentially collapsed it in lieu of shearing off the top; and 2. extended the failure to the south.

As the ING 4727 barge sheared off the top of the reinforced concrete floodwall, it rotated clockwise and exhumed, displaced, and flattened the floodwall immediately to

the north, followed by the last exhumed section further north. This is consistent with the fairly uniformly displaced section of the wall having its greatest displacement (see Photos 4.33 and 4.34) and corresponding larger gap between levee ridges (see Photo4.14) to the south. In IPET's description of the photograph provided as Photo 4.19, it is alleged that slough which was present in this area was actually the eroded scour trench. This slough, however, was not present in the northern section of the breach. Moreover, as mentioned earlier, the water which was contained in this slough was about 9 ft below the levee crown. It is more likely that this deep slough was initiated by landward translation from the barge impact prior to sheetpile being exhumed from ground.

4.3 Barge Post-Failure and Damage Photographs

After the barge collided with and sheared off the top of the floodwall, it traveled south-eastward into the Lower 9th Ward. As can be seen in Photo 4.16, the barge was transported south of the breach and was oriented northeast-southwest during Hurricane Katrina. Note that after Katrina, the barge was southeast of the yellow school bus as depicted in Photos 4.16 and Photo 4.19. Prior to dewatering of the Lower 9th Ward from Hurricane Rita, the barge refloated to the northwest and sat on top of the yellow school bus as floodwaters flowed back into the canal.

Photographs after the floodwater was pumped out of the Lower 9th Ward following Hurricane Rita, with the barge in its final resting place, are shown in Photos 4.44 to 4.48. As can be seen in these photographs, the ING 4727 barge is located across Jourdan Ave. Consistent with the expected travel path of the vessel, a power pole existed perpendicular and beneath the barge, oriented northwest to southeast. Also, these photographs show that there was no substantial damage sustained by the barge.

At the southwest end of the ING 4727 barge on the bilge plate and along the bottom are parallel scrapes. Photographs showing this are provided in Photos 4.49 to



<u>Photo 4.44</u> Final Resting Position of the ING 4727 Barge which is Oriented Northeast-Southwest and in Location Across Jourdan Ave. and N. Roman St. Also, note the Uniform Levee Slope behind the Floodwall. North view. (Photo provided by Boutte Blair).



<u>Photo 4.45</u> Southeast of the ING 4727 Barge at Final Resting Place. Northwest View. (IPET website, "Post-Katrina", "Lake Pontchartrain LA", 9th Ward Photos, dated October 2, 2005)



<u>Photo 4.46</u>   Northwest and Southwest Sides of the ING 4727 Barge. Barge in Final Resting Place. Northeast View. (IPET website, "Post-Katrina", "Lake Pontchartrain LA", IHNC Inner Harbor Navigation Canal, Sills_Vroman, dated October 6, 2005)



<u>Photo 4.47</u> Northeast End of Barge ING 4727. Barge In Final Resting Place. (Photo copied from hard drive borrowed from Brian A. Gilbert, Esq., Law Office of Brian A. Gilbert, P.L.C., location of photo: Photos by Mr. O'Dwyer/ Pictures #2/ High Res/1.jpg, CD provided by Bartlett)



Photo 4.48 Southeast Side of Barge ING 4727 Barge In Final Resting Place. Note Power Pole Below Barge is Approximately Perpendicular To It. North View. (IPET website, "Post-Katrina", "Lake Pontchartrain LA", 9th Ward Photos, dated October 2, 2005)





<u>Photo 4.49</u> Parallel Scrapes along Southwest End and Along Bottom of ING 4727 Barge. Spacing of Scrapes Range from 6 in. to 13 in. (Photos taken by H. Pazos)

4.52. These scrapes, typically 9 to 14 in. apart, are present but discontinuous along about the southern two-thirds of the barge and had a slight curvature to the east.  These line scrapes on the barge are consistent with the barge colliding with and shearing off the top 3 ft of the reinforced concrete floodwall and exposing the rebar. Moreover, these scrapes indicate the southwest end of the barge was first to exit the floodwall and yet miss the power pole to the south, which remained standing after the catastrophe (see Photo 4.20). Note no such scrapes are found on the northeast end of the barge (see Photo 4.53).

4.4 Other I-Wall Breach Damage Photographs

Below, other I-wall breaches are discussed and examined. The purpose of this section, however, is not related to the failure mechanism which resulted in the breach but to investigate the damage conditions. Moreover, floodwall failures discussed do not include and transition failures caused by deep inboard scour.

<u>Citrus Back</u>

The Citrus Back I-wall breach was along the north side of the GIWW west of the GIWW/MRGO outlet and is called NOE 04 by IPET. This 2000 ft long breach consisted of essentially inboard rotation of the I-wall as depicted in Photo 4.54. Also, from an air photo dated October 2005, the floodwall displaced laterally 14 ft. As a result, the water-filled gap formed on the outboard side. The maximum uniformly tilted section of the concrete wall exhibiting little damage is shown in Photo 4.55. The maximum tilt is estimated at 30° from Photo 4.56.

The greatest wall damage exists at the ends of the breach where both bending and twisting strains are concentrated. This damage can be seen in Photo 4.56. Based on Photos 4.54 and 4.56 there appears to be significant washout of the outboard levee crown from overtopping. It is interesting to note that these soils adjacent to the wall in





<u>Photo 4.50</u> Parallel Scrapes along Southwest End and Bottom of ING 4727 Barge. In the Bottom Photo the Spacing of Scrapes are at about 11 in. (Photos taken by H. Pazos)





<u>Photo 4.51</u> Parallel Scrapes along Southwest End and Bottom of ING 4727 Barge. In Bottom Photo Spacing of Scrapes from about 7 in. to 13 in. (Photos taken by H. Pazos)



<u>Photo 4.52</u> Parallel Scrapes along Bottom of ING 4727 Barge. Scrapes are spaced at about 6 in. to 13 in. (LNA001110).



Photo 4.53 Northeast End of the Bilge Plate of the ING 4727 Barge. Note No Scrapes are present on this End of the Barge (LNA001090).



<u>Photo 4.54</u> Citrus Back Levee Breach along north side of GIWW. Breach is 2,000 ft long and is called NOE 04 by IPET. Uniform tilting of the I-wall from landward rotation of the wall and a water filled gap has formed between sheetpile and ground. Except for twisting joint related deformation at the end of the breach there is little concrete wall damage. Note significant washout out of inboard levee crown. East view (from IPET Report Volume V, Figure 13-34).



<u>Photo 4.55</u> Citrus Back Levee I-wall breach on flood side in the maximum tilt area. In this section there is minimal concrete wall damage due to the uniform rotation of the wall. Outboard water-filled gap resulted from wall rotation. East view. (from IPET Report, Volume V, Appendix 17, Figure V-17-40)



<u>Photo 4.56</u> West end of the Citrus Back Breach. Appears from this photograph that the I-wall rotated as much as about 30° inboard. At this end of the 2,000 ft breach some concrete spalling from bending and concentrated twisting at the monolith joints can be seen. Note the significant washout along the wall inboard and these soils adjacent to floodwall appear silty. East view. (from IPET Report, Volume V, Figure 78).



<u>Photo 4.57</u> Citrus Back I-wall east of breach section on inboard side. Levee material appears more cohesive than in the vicinity of the breach (see Photo B-3). Along this section despite deep scour wall remains noticeably vertical and still stable. West view. (from IPET Final report, Appendix 17, Figure V-17-38)

Photo 4.56 appears to be silty. In contrast, east of breach they appear to be more cohesive (see Photo 4.57). Also, despite significant scour shown in Photo 4.57 this section of the I-wall remained stable.

Comparing this I-wall displacement with that at the project breaches, the concrete wall damage is significantly less severe despite this breach being 2,000 ft long. Moreover, this I-wall segment was not exhumed from the ground and was displaced significantly less than the North or South Breach. It is interesting to note that the "V" shaped gap which formed on the protection side of the Citrus Back Breach would appear as a scour trench as mis-reported by IPET in Figure 13-34 and as stated by IPET in Figure 11-5 along the South Breach.

Plaqesmines Parish

Photographs provided herein on floodwall related damage in Plaqesmines Parish are Photos 4.58 to 4.65. The only known location of significantly tilted I-wall is identified by IPET as P-17 and is depicted in Photos 4.58 to 4.62. This breach is located near Tropical Bend, LA.

The breach depicted in Photos 4.58 and 4.59 is approximately 570 ft long  (19-30 ft monoliths). Based on an air photo dated October 2005 the maximum (top of the wall) displacement scales off to be about 30 ft. Also the concrete floodwalls appear to be rotated up to about $50°$ thereby losing 35% of their height in the middle of he breach (see Photos 4.59 and 4.60). The maximum horizontal bends at the breach ends are on the order of 15-20° (see Photo 4.58).

As can be seen in Photos 4.58 and 4.59 there was major washout on the inboard side and subsequent loss of support similar to the Citrus Back breach. It appears that the floodwall was placed in the natural river levee which contains coarser-grained fluvial deposits. Also, these breach photos show that from the translation-rotation of the floodwall a significant gap opened on the outboard side resulting in slumping ground. It



Photo 4.58 I-wall Breach along Mississippi River in Plaqesmines Parish. I-wall has translated and rotated inboard with significant inboard washout from overtopping. From this floodwall movement a slough-like gap formed on the outboard side. Photograph indicates a maximum horizontal bends at ends of 15°-20°. Southeast view. (Photo produced by LaFarge, North America, LNA001162)



<u>Photo 4.59</u> I-wall breach along Mississippi River in Plaqesmines Parish. Floodwall has translated and rotated with inboard washout from overtopping and outboard gap development. Based on this photograph the wall has rotated about 50°. Southeast view. (Photo produced by LaFarge, North America, LNA001165)



Photo 4.60 South end of I-wall breach along the Mississippi River in Plaqesmines Parish. All twisting and bending deformations resulted in the joints with no noticeable damage to the concrete panels. Photo shows wall had rotated to about 50 maximum. Ground has slumped into the gap created by the wall movement. Note photo has a slight tilt as poles in background are not tilted. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11(Nov)/ Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



Photo 4.61 Central area of I-wall breach along the Mississippi River in Plaqemines Parish. Segment of floodwall in foreground depicts fairly uniform rigid body tilt with little exhibited deformation. At the north end of the breach inboard twisting in panel joints can be seen. Ground has slumped in behind created gap. Note photo has slight tilt as poles in background are not tilted. Photograph is dated November 2005. Northwest view. (Photograph from NOHPP website: Post-Katrina/Photographs/ Plaquemines Parish 2005.11(Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



<u>Photo 4.62</u> North end of I-wall breach along the Mississippi River in Plaqemines Parish. Generally gradual twisting in panel joints without damage to the concrete wall monoliths. Note water stop failure from joint deformations. Also, ground has sloughed in gap formed from inboard wall rotation and translation. Embankment appears silty to coarse grained. Photograph is dated November 2005. Southeast view. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/ Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)

is interesting to note that the slough-like gap in Photos 4.58 and 4.59 are similar to what was present at the IHNC South Breach.

The twisting and bending at the ends of this breach have been accommodated in the monolith joints which has resulted in the failure of the water stops but little panel wall damage (see Photos 4.60 to 4.62).

In contrast to the IHNC North and South Breaches, this I-wall breach had no exhumed sheets, concrete panels which remained intact, much less severe lateral bends at the breach ends (relative to the South Breach), much less floodwall displacements and little twisting damage to panels with the cumulative rotation of about 50° taking 9 panel lengths.

There were other I-wall damage areas in Plaqesmines Parish which were documented by ILIT and IPET but the damage was much less severe. Photos 4.63 to 4.65 depicted an area of such damage conditions. Photos 4.63 and 4.64 are of interest because they show that in this area a gap literally existed between the sheetpile. Despite the presence of this gap in the sheetpile the associated section of floodwall did not noticeably deflect. In Photo 4.65 noticeable but slight tilt in the wall can be seen with associated outboard gap development and slumping of the adjacent ground.

<u>IHNC West</u>

IPET has identified this I-Wall failure along the IHNC west as IHNC 02. This breach is depicted in Photos 4.66 to 4.70. Photo 4.66 was taken after Hurricane Katraina whereas Photos 4.67 and 4.68 were just after Hurricane Rita. As shown in Photo 4.66, a significant amount of the land side levee crown has been washed away. Photos 4.66 and 4.69 indicate that the yielded area is about 160 ft long and laterally displaced a maximum of about 15 ft with the ends bent laterally 25°. I-wall deformations become more severe from the second flood from Rita (see Photos 4.67 and 4.68). Photos 4.67 and 4.68 depicts the rotation and displacement of the floodwall with



<u>Photo 4.63</u> Flood side of I-wall in Plaqemines Parish. Note location of sheetpile gap is marked by the green hose adjacent to floodwall which is also depicted in Photo 4.64. As can be seen in this photograph there is no noticeable deflection of the I-wall in this area. In the background is leaning floodwall depicted in Photo 4.65. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/ Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



<u>Photo 4.64</u> Bottom of I-wall in Plaqemines Parish. Gap between sheetpile sheets at monolith joint, however, no joint displacement exhibited. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



<u>Photo 4.65</u> Flood side of Plaqemines Parish I-wall. Photograph is along same reach as Photo 4.63. Wall rotation and translation resulting in gap froming between wall and embankment. The associated unsupported earth resulted in sloughing-in of material. In foreground diagonal twisting cracks can be seen. Note there are other areas which exhibited this same behavior. Photograph is dated November 2005. (Photograph from NOHPP website: Post-Katrina/Photographs/Plaquemines Parish 2005.11 (Nov)/Photographs combined in pdf./Plaquemines Parish 2005.11(Nov)03 P10100001-117.pdf)



<u>Photo 4.66</u> Floodwall breach (IHNC 02) at  along IHNC (west). I-wall breach scales to be 160 ft long with a maximum lateral deflection of 15 ft. The ends at the I-wall failure are bent inward about 25°. Note that by this time the crown of he protected side of the levee has been washed away and that no back scour has occurred on the flood side at the breach. Photo taken on August 31, 2005. (Photo taken from IPET Volume IV Figure 127)



Photo 4.67 Floodwall breach along IHNC (west) depicting flooding from Hurricane Rita. Note that no temporary protection against flooding was placed prior to Rita. Photograph was taken on September 24, 2005. South view. (Photo from http://www.Kathryncramer.com/Kathryn_cramer/Katrina)



<u>Photo 4.68</u> Floodwall breach (IHNC 02) along IHNC west North of Florida Ave. about 160 ft of I-wall has displaced and rotated westward. Based on the water levee at the north end of the breach it appears that the most deflected portion may be 4-5 ft lower in elevation. Note scour trench adjacent to the wall failure on protection side and slumping on the flood side. Also, no noticeable warping of unfailed wall despite significant scour. South view (Photo taken from http://www.nd.edu/~jjwteach/30125/Gilmore_Breifing_Lower9thIHNC_2006.pdf)



I-WALL
BREACH

N

0       300 FT
SCALE
1"=300'

Photo 4.69  Aerial photograph of I-wall breach (IHNC02) at IHNC West. Breach scales
to be 160 ft long. Note breach had been backfilled with crushed stone from temporary
flood protection and used as an access road.  Photograph take in October 2005.  (Air
photo provided by the Natural Resources Conservation Service of the U.S. Department
of Agriculture.)



<u>Photo 4.70</u> I-Wall breach at IHNC west (IHNC 02) after backfilled which apparently created additional wall damage. Concrete wall shows twist deformation but minimal debonding or shattering of concrete. From photo Post-Rita twist from end to middle of breach is about 45° (over about 80 ft). Photograph taken on October 2, 2005. North View. (from https://ipet.wes.army.mil/-Post-Katrina/Photographs/Lake Pontchartrain LA 2nd Vicnity/IHNC~Inner Harbor Navigation Canal/Photographs combined in pdf/IHNC West Central 2005.10(Oct) 02 IHNC West Central_Dunbar.pdf)

floodwaters still flowing into protected side. The water level depicted in this photograph appears to show the top of the displaced wall has settled as much as 4-5 ft.

From Photo 4.70 it appears that the maximum twist from end to middle of the yielded area is about 45° after Rita.

Although twisting and bending deformation are present, there is no significant debonding or shattering of concrete as with the South Breach damage nor did the wall tear off its end and twist 270° as with the North Breach. Other salient differences are the nature and magnitude of wall displacement the IHNC west wall which yielded by translating rotating and settling whereas the subject breaches were exhumed from the ground and displaced as much as 195 ft from their original location. Moreover, both of the North and South Breaches had significant back scour. This was not present at the yielded IHNC west I-wall.

London Ave Canal

There are two breaches which occurred along the London Ave. Canal. These areas have been called the North and South Breaches and have been identified by IPET as OEB06 and OEB04, respectively. For both breaches there were no land side scour trenches as flooding was noted without overtopping.

The South Breach is depicted in Photo 4.71. This breach is about 110 ft long and has displaced (top of wall) on the order of 20 ft. Note in Photo 4.71 most of the yielded section is submerged indicating that this section is on the order of 10 ft or more below as-built top of wall and probably bent over. Bending damage at the 2.75 ft connection (re: as-built drawings) between the sheetpile and concrete floodwall is depicted in Photo 4.72. This damage leaves little bending or shear resistance to lateral wall loads (eg. hydrostatic pressure or earth pressures). Except for the concrete-sheetpile connection, the exposed concrete panels exhibited little damage even near the ends of the breach. Apparently this is at least in part due to stress relief occurring at the connection.



<u>Photo 4.71</u> South Breach along the east side of London Ave. Canal. Breach is about 110 ft long and scales to have a maximum lateral deflection of about 20 ft at the top of the wall. Most of the yielded sections are below water level. Note at south end of breach, the panel furthest from breach is bent more than the nearest. Northwest view. (Photograph from IPET Report Volume 5, Figure 35)



<u>Photo 4.72</u> Panel joint along the South Breach of the London Ave. Canal. Joint has separated both in longitudinal and transverse directions with the water stop pulled out. Transverse debonding of the concrete from the sheetpile due to bending. Bending cracks can also be seen in the lower concrete to the right. Note sheetpile cutout, apparently to install waterstop to depth. (from NOHPP website-Post-Katrina/ Photographs/ Lake Pontchartrain LA and Vicinity/London Canal/ South Site 2005.10(Oct) 27Sills_Vroman)

It should be noted that the as-built floodwall replaced a sheetpile wall which was left inplace and was present on the protection side of the floodwall.

Damage photographs of the north breach along the London Ave. Canal are depicted in Photos 4.73 to 4.77. This breach is 410 ft long (IPET Volume V) and scales to have a maximum offset of 17 ft (at top of the wall). As can be seen in Photos 4.73 and 4.74, most of the northern part of the yielded floodwall is submerged under the floodwaters indicating top of wall settlement of the translated and rotated wall of on the order of 10 ft.  This area has a significant amount of the levee material which has been washed out.

Near the ends of the north breach where lateral bending reaches about 16°-18° (off alignment) there is no significant damage to the exposed panel sections end twisting and bending strains concentrated in the panels (see Photo 4.76). Given the offset at the top of the wall, the fairly uniformly displaced central section of the I-wall appears bent over. The rotation of the southern part is estimated at about 50° after land side backfill (see Photo 4.75). Considering the as-built height of the I-wall at 12.5 ft, the bottom of the I-wall would be laterally displaced 7 ft from its original position.  Evidence of bending damage of the 2.75 ft I-wall and sheetpile connection is depicted in Photo 4.77.

It should be noted for the north breach, the old sheetpile wall is present on the flood side (see Photo 4.75).

Both the London Ave. Canal breaches were constructed with levee crowns on both sides that were 3 to 6 ft below that for the IHNC (east). This fact and levees which are adjacent to canal water exacerbate gap development compared to the IHNC east breach areas. Moreover, in contrast to the IHNC east breaches, the London Ave Canal yielded sections exhibit essentially no concrete panel damage, displaced significantly less and were not exhumed from the ground, and has out-of-plane bending damage at the I-wall-sheetpile connection. Note that this connection at the is 2.75 ft compared to



<u>Photo 4.73</u> North Breach along the west side of London Ave. Canal. This breach is 410 ft long with fairly uniform top of wall displacement of about 17 ft. Northern part of the breach is more tilted (or panel has detached) as this section is submerged and on the order of 10 ft below the as-built top of wall. Also, washout of flood side levee in this section exist. East view. (Photograph from ILIT Draft report titled: "Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005")



<u>Photo 4.74</u> North Breach along the west side of the London Ave. Canal. This photograph is probably after the previous as there is no flow across the breach. Note playhouse to right appears to be elevated on piles and undisturbed. Northeast view. (Photograph from IPET Report, Volume V, Figure 36).



<u>Photo 4.75</u> North Breach along the west side of the London Ave. Canal. Photos shows soil-filled gap between floodwall and flood side levee and old pre-floodwall sheetpile that was left inplace and is supporting the outboard levee. Fairly uniform tilt to panels is depicted, however, about midway there is an inboard offset accompanied by additional inboard panel tilt. Based on this photograph the south portion of the concrete wall is tilted about 50° inboard after temporary fill has been placed behind it. Photograph dated September 16, 2005. North view (from Team Louisiana Final Report, Figure 117).



<u>Photo 4.76</u> South end of North Breach on west side of the London Ave. Canal. Twisting wall deformations at the end of the breach occurred at panel joints with exposed concrete panels showing little damage. At the I-wall-sheetpile connection a noticeable transverse offset can be seen at the joint where the row boat is located. Note old sheetpile wall in front of the floodwall retaining flood side levee. South view (from NOHPP website- Post-Katrina, Photographs Lake Pontchartrain LA and Vicinity/ London Canal Photograph/originals London-West-Robert B Lee Breach 2005.09 (29)_Dunbar)



<u>Photo 4.77</u> Panel joint at the North Breach along the London Ave. Canal. Separation along the joint has caused water stop to fail. Further stress relief cracking present from bending at I-wall-sheetpile connection (Photo taken by H. Pazos)