4.75 ft high at the IHNC east. With water at the top of the wall the hydrostatic shear and moment (mid-connection) would be 3-4 and 5-7 times higher for the London Ave. Canal.

17th St. Canal

Photographs associated with the I-wall breach along the 17th St. Canal (identified by IPET as OEB02) are provided in Photos 4.78 to 4.83. The 250 ft breach of I-wall which rotated and reported to have laterally displaced about 45 ft (ILIT Fig. 2.3(b)). Also most portions of the concrete wall in the submerged sections, where the protection levee has been washed out appear to be significantly bent over and detached in places (see Photos 4.82 to 4.84). Moreover, the submerged wall sections have dropped on the order of 14 ft or more (see Photos 4.78 and 4.79). Also, as can be seen from the photographs, the exposed sections of the concrete panel themselves are intact, however, significant rotation or lateral and transverse displacements can exists at the joints.

There is no reported overtopping of the wall by either IPET or ILIT (see Photo 4.78). And, at the ends of the breach, the wall is noticeably vertical but appears to slightly bent laterally inward (see Photos 4.80 and 4.81).

It should be noted that the I-wall cross-section employed the 17th St. Canal is characteristically different than that at the IHNC east. For the 17th St. Canal the top of the flood-side levee was designed to be at Elevation 2.0 ft (NGVD29) whereas the IHNC east this crown is 7.0 ft higher at Elevation 9.0 ft. Also, there is a significant increase in the shear and bending moment that the sheetpile-concrete connection is subjected to from floodwaters on the I-wall. If both walls are laterally unsupported the 17th St. Canal shear and bending moment would be about 2.6 and 4.2 times greater than that at IHNC east with the water at the top of the wall yet the height of this connection was 2.75 ft compared to 4.75 ft for the IHNC east. Moreover, the levee crown adjacent to the canal water exacerbates the wall-soil gap development during flooding.



<u>Photo 4.78</u> 17th St. Canal Breach. Flooding has virtually submerged the entire displaced floodwall. Based on the flood-line in the canal the submerged section of the rotated and displaced wall has moved downward at least about 14 ft. The backfilling operation to the north has defected the wall inboard. Note overtopping scour can not be seen north of the breach. South view (Photo taken from IPET Report, Volume V, Figure 9)



Photo 4.79 17th St. Canal Breach. Displaced sections on the north and south sides of the breach, where much of the land side washout originated are submerged. Rotated and displaced submerged sections had settled least about 14 ft. Note at both ends of the I-walls have remained essentially vertical. View east. Photograph dated about 2 pm on August 29, 2005. (Photo taken Team Louisiana Final Report titled "The Failure of the New Orleans Levee System During Hurricane Katrina," dated December 18, 2006, Figure 121)



<u>Photo 4.80</u> North end of the 17th St. Canal breach. Floodwaters are flowing through the breach a day after Hurricane Katrina. Two partially submerged floodwall panels have been displaced inboard and appear to at least be partially detached from the subjacent sheetpile. Note water line is above the flood side crown and that the floodwall has separated from land side levee which appears to be the result of the wall bending back toward the canal as the levee material slumped inward (also see Photo 4.81). Southeast view. (Photo taken from Team Louisiana Final Report titled "The Failure of the New Orleans Levee System During Hurricane Katrina," dated December 18, 2006, Figure 56)



<u>Photo 4.81</u> Submerged south end of the 17th St. Canal Breach. This photograph appears to have been taken during the same time frame as Photo 4.80. From the landward movement of I-wall and levee residential structure were "crushed" together. Lateral displacement in this area was reported at 45 ft. At the south end the floodwall appears to be bent over and laterally rotated. South view. (from IPET report Volume V, Figure 10)



<u>Photo 4.82</u> I-wall breach at 17th St. Canal during the installation of the temporary levee. Only displaced floodwall segments on both ends of the breach can now be seen. Note that the I-wall segment on the north end now appears to have the same relative location as the one on the south end after it at least partially detached from the subjacent sheetpile. Southeast view. (Photo taken from http://graphics8.nytimes.com/images/ 2008/02/01/us/01corps_600.jpg)



<u>Photo 4.83</u> South portion of the 17th St. Canal. This is the southern submerged section in Photos 4.79 to 4.81. Exposed concrete panel intact bent over with transverse and longitudinal separation in panel joints. Landward panel rotation appears to be on the order of 60°. South view. (from NOHPP website/ Post-Katrina/Lake Pontchartrain LA and Vicinity/ 17th Street- 2005 Sep Oct Nov/ Photographs originals/2005.09 (Sep) 26 17th Breach/P1010051.jpg)



<u>Photo 4.84</u> South portion of the 17th St. Canal Breach. Photo shows panels in Photo 4.83 and the next to the south. This southern intact panel appears completely bent over. Southwest view. (Photo taken by H. Pazos)

Again the breach did not result in the I-wall being exhumed from the ground despite displacing a reported 45 ft. Also, floodwall panels remained essentially intact in contrast to the IHNC east breaches.

Analysis

Examination of the other I-wall failures given above indicate that both the IHNC North Breach and South Breach are quite unique with considerably more resultant damage to the I-wall monoliths. Overall, differences in the intensity and nature of damage include:

- Considerable less wall displacements.

- Entire I-wall and sheetpile has not been taken out of the ground.

- Breach ends have not been twisted and/or torn 90° or more out of the ground.

- Concrete panel damage is considerable less, in fact after Hurricane Katrina these panels remained essentially intact.

- Lateral bends at the ends of the breach were much less severe (except for the south end of the North Breach which resulted from washout, see Section 4.1).

- Displacement was residential structures were present, was considerably less to non-existent.

- All I-wall floodwall rotated and displaced but still provided some protection except at the 17th and London Ave. Canal breaches where the floodwall yielded due to out-of-plane shear and bending

4-106

- Floodwall lateral displacement appears to be significant more curvi-linear

## 4.5 Scour From Overtopping I-Walls

Reported protection structures and scour conditions associated with the IHNC are depicted on Figure 4.4. Scour information  prepared in this section is based on IPET. Protection-side scour from overtopping of I-walls can exacerbate gap development between the levee and floodwall. This results from the loss of passive support from overtopping induced washout/scour which results in additional deflection of the sheetpile.

Although the IPET investigation has claimed that scour ultimately caused failure of the South Breach, both the North and South Breaches clearly occurred prior to overtopping (see Section 3.0). Furthermore, overtopping of the remaining adjacent I-wall sections did not result in failure with reported scour trench depths and widths of 4 ft and 5 ft for significant lengths (see Figure 4.4).

No floodwall failures were reported opposite the North and South Breaches where scour was reported to 4 ft deep. It should be noted, however, that a majority of this west side of the navigation canal consisted of more resistant T-wall and the only limited sections of I-wall were along the Florida Avenue Wharf bulkhead structure (see Figure 4.4). No breach of these I-wall sections was reported with 4 ft deep scour.

Breaches discussed above under IHNC west, Citrus Back, and Plaqesmines Parish exhibited major overtopping washouts effectively reducing the protection height with time. Adjacent unfailed sections had scour which was up to 6 to 10 ft deep. Other I-wall areas with scour did not fail. At the Lakefront Airport, the scour trench was reported up to 6 ft deep and 16 ft wide.

FIGURE 4.4   IHNC FLOOD PROTECTION STRUCTURES AND REPORTED SCOUR
FROM OVERTOPPING



| ID # | Structure Type | Length | Depth | Width | Floodwall Type |
|---|---|---|---|---|---|
| W-1 | Levee with I-wall (capped) | 20 | | | I-wall |
| W-2 | Gates W2, W3 (T-wall monoliths) | 500 | 3 | 15 | T-wall |
| W-3 | Gates W4, W5 (T-wall monoliths) | 700 | 3 | 15 | Gate monolith |
| W-4 | Wall between Gates W5, W6 (T-wall monoliths) | 1460 | 3 | 15 | Gate monolith |
| W-5 | Wall between Gate W6 and Namasco Bldg to Gate W13 (T-wall, I-wall monoliths) | 1330 | 3 | 5 | Gate monoliths, T-wall, I-wall |
| W-6 | Wall between Gate W14 and Gate W15 (T-wall, I-wall monoliths) | 300 | 2 | 5 | Gate monoliths, I-wall |
| W-7 | Gate W17 | 30 | 1 | 3 | Gate monoliths |
| W-8 | Gate W18 to Gate W19 | 600 | 2 | 5 | I-wall |
| W-9 | Gate W19 to Gate W20 | 200 | 4 | 5 | I-wall |
| W-10 | Gate W20 to Gate W22 (adjacent to PS#19) | 200 | 2 | 5 | I-wall |
| W-11 | Gate W23 | 30 | 4 | 15 | T-wall |
| W-12 | Gate W2 to W3 | 300 | 3 | 5 | I-wall |
| W-13 | Levee | 150 | Scour repaired | | |
| W-14 | Gate W25B to Gate W26 | 800 | Scour repaired | | |
| W-15 | Gate W26 to Gate W28 | 500 | 5 | 10 | I-wall |
| W-16 | Levee with I-wall (capped) | 200 | Breach repaired | | I-wall |
| W-17 | Gate W29 | 240 | 2 | 6 | I-wall |
| W-18 | Levee with I-wall (capped) | 90 | 2 | 3 | I-wall |
| W-19 | Gate W32 to Gate W34 | 220 | 1 | 2 | I-wall |
| IHNC1 | From Station 7+50 to 16+08.9 | | 2 | 7 | I-wall |
| IHNC2 | From Station 16+09 to 22+00 | | 4 | 5 | I-wall |
| IHNC3 | From Station 31+00 to 54+00 | | 4 | 5 | I-wall |
| | | | | | |
| Lakefront Airport | | | | | |
| | From 0+00 to 18+16 | | | | Scour dimensions not available |
| | From 18+16 to 18+70 | | 0 | 3 | I-wall |
| | From 18+70 to 19+17 | | 7 | 3 | I-wall |
| | From 19+17 to 19+77 | | 12 | 3 | I-wall |
| | From 19+77 to 20+39 | | 14 | 3 | I-wall |
| | From 20+39 to 20+56 | | 12,5 | 3 | I-wall |
| | From 20+56 to 20+74 | | 10 | 3 | I-wall |
| | From 20+74 to 21+70 | | 3 | 3 | I-wall |
| | From 21+70 to 21+89 | | | | I-wall, No scour |
| | From 21+89 to 22+06 | | 12 | 2.5 | I-wall |
| | From 22+06 to 22+34 | | | | I-wall, No scour |
| | From 22+34 to 22+79 | | 11 | 3 | I-wall |
| | From 22+79 to 23+00 | | 11 | 2.5 | I-wall |
| | From 23+00 to 23+33 | | | | I-wall, No scour |
| | From 23+33 to 23+70 | | 10 | 3 | I-wall |
| | From 23+70 to 24+25 | | 10 | 3.5 | I-wall |
| | From 24+25 to 24+47 | | 7 | 2.5 | I-wall |
| | From 24+47 to 25+07 | | 15 | 5 | I-wall |
| | From 25+07 to 25+53 | | 15,5 | 5 | I-wall |
| | From 26+73 to 27+77 | | 16 | 4,5 | I-wall |
| | From 27+77 to 28+27 | | 13 | 4,5 | I-wall |
| | From 28+27 to 28+59 | | 11 | 4,5 | I-wall |
| | From 28+59 to 28+95 | | 10 | 3 | I-wall |
| | From 28+95 to 29+26 | | | | Floodgate |
| | From 29+26 to 29+72 | | 10 | 3,5 | I-wall |
| | From 29+72 to 30+16 | | 11,5 | 3 | I-wall |
| | From 30+16 to 30+77 | | 14 | 4,5 | I-wall |
| | From 30+77 to 30+84 | | 10 | 3 | I-wall |
| | From 30+84 to 31+56 | | 2 | 2 | I-wall |
| | From 31+56 to 32+00 | | | | Floodgate |
| | From 32+00 to 32+50 | | | | I-wall |

FIGURE 4.4   IHNC FLOOD PROTECTION STRUCTURES AND REPORTED SCOUR
FROM OVERTOPPING (CONTINUED)

5.0 MEA POST-FAILURE INVESTIGATION

5.1 Ground Surface Profile Conditions

The available topographic information along or in the vicinity of the north and South Breaches consisted of the as-built plan drawings (discussed in Section 2.0), 2002 and 2005 LiDAR surveys, as well as some precision line surveys performed well north and south of the project breaches. All but the as-built data was provided to MEA by Civil Tech Engineering.   There were numerous unsuccessful and time consuming attempts made to determine the site topographic conditions and to obtain other known survey information.

To assess the accuracy of the LiDAR 2002 and 2005 (post-Katrina) surveys, topo profiles were taken where precision line survey data was available. The location of these sections and these three profiles is depicted in Figures 5.1 to 5.4. As can be seen from Figures 5.2 to 5.4, the 2005 LiDAR points on the protected side as a whole are within about 0.5 ft of the land-line survey.   As expected, the 2002 LiDAR does not compare as well with the precision survey, as it was a significantly lower resolution survey than the LiDAR 2005. For all three cross-sections, the protection side slope ranges from about 3.25:1 (horizontal to vertical) to 6:1.

It should be also noted that the differences in elevation on the west side of the floodwall can be related to vegetation, or ground modification, or other obstruction. Note that the LiDAR is always greater than the land survey.

Other than the as-built information (see Section 2.0), there was no sufficiently accurate pre-Katrina topographic data available across either the North or South Breach. However, LiDAR sections across relatively undisturbed areas just south of the North Breach and just north and south of the South Breach are depicted in Figures 5.5, 5.6, and 5.7, respectively. These LiDAR slopes are gentler than the 1969 3:1 as-built slopes. As can be seen in Sections 4, 5, and 6, the 2005 LiDAR data on the projection



FIGURE 5.1   LOCATIONS OF GROUND SURFACE SECTIONS TAKEN
ALONG IHNC EAST (E-mail from Melvin G. Spinks to
Gennaro G. Marino dated May 27, 2009).



FIGURE 5.2   EAST-WEST GROUND SURFACE SECTION 1 COMPARING LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY (E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27, 2009).



FIGURE 5.3   EAST-WEST GROUND SURFACE SECTION 2 COMPARING LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY (E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27, 2009).



FIGURE 5.4   EAST-WEST GROUND SURFACE SECTION 3 COMPARING
LIDAR 2002 AND 2005 SURVEYS TO A PRECISION LINE SURVEY
(E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27,
2009).



FIGURE 5.5   EAST-WEST GROUND SURFACE SECTION 4 JUST SOUTH
OF THE NORTH BREACH AT STATION 52+57 USING THE
2005 LiDAR DATA (E-mail from Melvin G. Spinks to Gennaro
G. Marino dated May 27, 2009).



FIGURE 5.6   EAST-WEST GROUND SURFACE SECTION 5 JUST NORTH OF
THE SOUTH BREACH AT STATION 32+89 USING THE 2005
LiDAR DATA (E-mail from Melvin G. Spinks to Gennaro G. Marino
dated May 27, 2009).



FIGURE 5.7   EAST-WEST GROUND SURFACE SECTION 6 JUST SOUTH OF
SOUTH BREACH AT STATION 22+77 USING THE 2005 LiDAR DATA
(E-mail from Melvin G. Spinks to Gennaro G. Marino dated May 27,
2009).

side indicate slopes of about 3.3:1 for the North Breach area and 3.8:1 for the South Breach area. Also, although the 2002 LiDAR is clearly not very accurate (both horizontally or vertically), in places it shows similar protection side slopes (see Figures 5.5, 5.6, and 5.7), and what is depicted for land LiDAR data in the ILIT report for just north of the South Breach. Moreover, the two sections for the South Breach area are virtually identical, indicating uniform grades along the breach area.

Because of the scouring effects and level of accuracy of the LiDAR data, the width of the crown on the protection side of the embankment was reconstructed using the as-built plans (see Section 2.0). The crown elevation was taken at 6.0 ft NAVD88 by considering the discoloration along the base of the concrete floodwall north and south of the South Breach.

A survey along Section 7 was available to beyond Jourdan Ave. This section is depicted in Figure 5.8 and is through the northern part of the South Breach. The 2005 LiDAR profile indicates that in the vicinity of Jourdan Ave., the ground surface is less than 1 ft lower than the as-built elevations. A similar order of magnitude of difference was also found along Section 2 at Jourdan Ave., indicating there is nominal settlement of the road from when the as-built survey was taken, prior to 1969, to 2005 (post-Katrina).

Considering the 2005 post-Katrina elevation at top of floodwall of 12.5 ft (NAVD88), the wall height from Jourdan Ave. is about 1.5 ft shorter than the as-built plans at both the North and South Breach areas. In other words, about 1.5 ft of settlement at the crown of the levee has been realized over more than 35 years. Moreover, this is consistent with the flattening of the levee slope over time as indicated in the LiDAR survey data.

Sections 8 and 9 are provided in Figures 5.9 and 5.10. These figures are through the north and south parts of the South Breach, respectively.



FIGURE 5.8   EAST-WEST GROUND SURFACE SECTION 7 THROUGH
THE NORTH BREACH AT STATION 54+40 USING THE 2005
LiDAR DATA  (E-mail from Melvin G. Spinks to Gennaro G. Marino
dated May 27, 2009).



FIGURE 5.9   EAST-WEST GROUND SURFACE SECTION 8 THROUGH
THE SOUTH BREACH AT STATION 28+94 (E-mail from
Melvin G. Spinks to Gennaro G. Marino dated May 27, 2009).



FIGURE 5.10   EAST-WEST GROUND SURFACE SECTION 9 THROUGH
THE SOUTH BREACH AT STATION 26+19 (E-mail from
Melvin G. Spinks to Gennaro G. Marino dated May 27, 2009).

5.2 Soil Profile Conditions

5.2.1 General

Both north-south and east-west profiles were developed in the breach areas based on the available soil boring information. The locations of the borings utilitized are shown on Figure 5.11. As can be seen in Figure 5.11, borings were done to approximately 350 ft west to 90 ft east of the floodwall in the area. The sources from which the boring log data was obtained were:

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, International Tank Terminal & McDonough Marine Borrow Pit Areas Drilling Report- I, Appendix I, Prepared for Washington, Prepared by MMG, June 2001

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, McDonough Marine Site Assessment Drilling Report- II, Appendix J, Prepared for Washington, Prepared by MMG, June 2001

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, International Tank Terminal Site Assessment Drilling Report- III, Appendix K, Prepared for Washington, Prepared by MMG, November 2001

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, Saucer Marine Site Assessment Drilling Report- IV, Appendix L, Prepared for Washington, Prepared by MMG, January 2002

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, Indian Towing Site Assessment Drilling Report- VI, Appendix N, Prepared for Washington, Prepared by MMG, May 2002



FIGURE 5.11 LOCATION OF AVAILABLE "DEEP" BORINGS ALONG THE IHNC (EAST)

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, Mayer Yacht/Distributors Oil Site Assessment Drilling Report- V, Appendix K, Prepared for Washington, Prepared by MMG, March 2002

- Inner Harbor Navigation Canal East Bank Industrial Area New Orleans, Louisiana, Boland Marine Site Assessment Drilling Report- VII, Appendix M, Prepared for Washington, Prepared by MMG, July 2002

- Groundwater Characterization/Monitoring Report, Monitoring Period- April 2005 Inner Harbor Navigation Canal- East Bank Industrial Area 1800-2500 Surekote Road New Orleans, Louisiana, Parish: Orleans, AI-1398, Prepared for USACE, New Orleans District, Prepared by Washington Group International, August 2005.

- USACE, Inner Harbor Navigational Canal East Levee- I.H.N.C. Loch to Florida Ave. Levee and Floodwall Cappings "H-4-25157" Nov. 1969.

- USACE Design Memorandum No. 4 General Design, Florida Ave Complex, IHNC, June 1980.

- Eustis Engineering Company, Inc. for USACE, December 16, 2005.

- CPT data for USACE, October 26, 2005.

- USACE, Chalmette Area Plan, Design Memorandum No. 3- General Design Plan and Profile, Station 49+00 to Station 68+00 "H-2-23820".

- Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Vol. II, Appendix B, July 31, 2006.

Because of the limited information which could be obtained from the Washington Group borings of depth 9 ft or less, they were not used in the development of the soil profile information and are not shown on Figure 5.11. In developing the north-south cross-sectional information for both the North and South Breaches, a profile was done for the west side with borings closest to the west toe of the levee to about the floodwall and, on the east side, the north-south profile was developed mainly utilitizing borings from about the floodwall to the east toe. Although an independent assessment of the soil deposits to an elevation of -35 ft was made, the stratigraphy below this elevation was based on the reported conditions in the final reports by ILIT and IPET.

For the analyses performed below, the strata are assumed to conservatively grade finer from west to east. The WGI soil descriptions from samples taken from borings drilled along the waterfront indicate the presence of coarser native materials (generally ML to CL) than those reported by other investigators, who almost exclusively drilled into the levee and, to the east, indicated finer grained soils (generally CH) which are verified by Atterberg Limits. No Atterberg Testing was available from WGI.

5.2.2 North Breach Soil Profile

The east-west cross-section most relevant to the North Breach would be at the north end and is shown on Figure 5.12. This is the location where the failure commenced.

There are 7 basic soil units which are present at the North Breach to at least an elevation of -60 ft (NAVD88).

1   Waterfront Fill (WF). This relatively flat-lying fill exists on the west side of the floodwall. The fill is generally 3 to 5 ft thick (to Elevation -1 to -2 ft) and appears to be almost 8 ft thick (to Elevation -6 ft) in the vicinity of the western



FIGURE 5.12   EAST-WEST CROSS-SECTION 1-1 AT THE NORTH END OF THE NORTH BREACH

toe of the levee at the north end of the breach. This material primarily consists of gray or brown fill with a discontinuous lower layer of gray clayey fill. The upper sandy fill is mainly a fine sand with varying amounts of silt and shells. The lower clayey fill appears to be more continuous in the northern portion of the site with a thickness of up to 1 to 2 ft, and ranges from a clayey silt to lean clay [MC to CL]. Debris is also present in places through the fill layer. Based on the surface elevation provided in the as-built drawings, it appears that a significant amount of this fill unit was placed prior to 1969.

2   Levee Embankment (LE). This embankment material was controlled fill placed for flood protection. The as-built crown of the levee is about +6.5 ft NAVD88. Based on the boring information the embankment appears to have been placed on native soils and over the majority of the levee area the levee fill/native soil contact appears to be sloping to the east from about Elevation -5 ft to -7 ft $\pm$ up to about 1 ft. There is an area below the western toe where this fill appears to extend down to about a maximum elevation of -18 ft.

From soils described in the area, the levee materials are gray, dark gray, lean clay to clay with silty clay in places, with debris, very occasional organics [CL, CH]. Below the western toe, the levee materials are reported to be very soft to soft, but in other locations they are generally stiff.

3   Upper Silts and Clays (USC): Immediately below the waterfront fill and the levee embankment, there are gray fine-grained deposits which mainly range in thickness from 6 to 14 ft. Generally, the thinnest of this fine-grained layer in the waterfront area is to the north, where it is 6 to 9 ft, with thicknesses on the order of 12 to 13 ft below the remainder of the waterfront. Also, this unit thins to the east and is only several feet thick at and beyond the east toe of the levee. (Note USC is essentially absent where levee fill extends to near the bottom of this layer; see Figure 5.12). These deposits are present to about elevation of -10 to -11 ft to the north but deepen below the waterfront to the

south to about Elevation -14 ft to -15 ft and slope upwards to the southeast in the breach area to Elevation -8 ft.

This soil unit mainly consist of gray to dark gray, soft to moderately soft, silty clay to clay [CL-ML to CH] but contains some varved silt [ML] to the north. Also, organic content was found in places.  In the North Breach area, the upper silts and clays deposits are generally finer grained from west to east except in the southeast where no such gradation was found. Based on the available borings, the soil unit transitions under the levee footprint to soft clay [CH] where present. Also, the intensity of interlayering in the unit appears to move prevalent to the west and south with reported intermittent lenses and seams, as well as varved and interbedded conditions.

4   Marsh (M). Below the silts and clays is a unit which contains the most significant amount of organics. In previous investigations, this unit has been called marsh and is present in the North Breach area to about Elevation -16 ft to -23 ft and ranges in thickness from about 6 to 9 ft. Based on the available boring information, the bottom of the marsh layer is about level to sloping up as much as 6 ft from beneath the levee and to the east. The brownish and grayish marsh deposits were generally reported as soft, with a proximate range of very soft to stiff. Based on the available boring information, this unit ranges from organic to with organics and generally grades to the east under the levee from a lean clay to clay [CL, OL, CH, OH] except for a 7 to 8 ft thick peaty zone. The peat rich zone appears to be a discontinuous lobe about 125 ft west of the floodwall and consist of interbeds of peaty organic silt to clay which contains wood and becomes siltier to the south [OL-PT, PT-CL, CH-OH, OL-CL]. Also reported to be present in this proximate north-south organic lobe is an occasional isolated peat layer.

5   Lower Silts and Clays (LSC). Below the organic layer or marsh are interbeds of fine-grained deposits. This soil unit was reported to be deepest to the north

under the waterfront at about elevation -28 ft and rises to the south to about -23 ft and thinning accordingly from about 7 to 10 ft thick to 1 to 3 ft thick. Under the levee and to the east, the soil unit appears to drop 4 to 6 ft to an elevation ranging from -23 ft to -32 ft, resulting in thickness of 5 to 14 ft.

This soil unit mainly consists of gray to dark gray, very soft to soft, interbeds of silty clay to clay with silt strata or lenses and with wood in places [CL-ML to CH]. Generally speaking, the unit appears to be overall finer to the east.

6   Bottom Clay (BC). Below the lower silts and clays unit is clay. This soil unit is described as a gray, soft clay [CH] and is present to an elevation of about -50 ft  (IPET: Figure 11.22).

7   Bottom Sand (BS). The bottom sand which is below the above mentioned clay is reported to be present to at least Elevation -60 ft (IPET: Figure 11.22). The bottom sand is described as Nearshore Gulf-Relic Beach deposit.

## 5.2.3 South Breach Soil Profile

Based on the available boring data, a similar stratigraphy to the North Breach area exists at the South Breach. In other words, the same soil units are found present (i.e., 1. Waterfront Fill, 2. Levee Embankment, 3. Upper Silts and Clays, 4. Marsh, 5. Lower Silts and Clays, 6. Bottom Clays, and 7. Bottom Sand). Contrary to the North Breach, however, there is interlayering to interfingering of Soil Units 3 and 4 west of the floodwall. This appears to commence about 200 ft south of the north end of the South Breach and is depicted in the soil cross-section shown in Figure 5.13. The depth and amount of interlayering increases to the south and can extend up to 230 ft west of the wall. Further development of the interbedding of the upper silts and clays and the organic layer is shown in Figure 5.14. To the south of this cross-section, the



FIGURE 5.13   EAST-WEST CROSS-SECTION 2-2 180 FT SOUTH OF THE NORTH  END
OF THE SOUTH BREACH



FIGURE 5.14   EAST-WEST CROSS-SECTION 3-3 200 FT SOUTH OF THE NORTH END
OF THE SOUTH BREACH

interlayering is more extensive and the soil unit layers appear to be interfingered just south of the South Breach. At the south end of the breach, the interlayering is found between about Elevation -8 ft and -22 ft.

1.  Waterfront Fill (WF). Based on the as-built drawing for construction of this reach of floodwall, it appears that a significant amount of this fill was placed prior to the construction in 1969. In general, this fill appears to be thicker and contains fewer shells than at the North Breach. The total thickness of the waterfront fill is on the order of 4 to 6 ft and locally up to 13 ft where probably a pre-existing excavation was present. The bottom elevation of this fill or the top of native soils along most of the northern part of this waterfront area is -3 to -4 ft. In the southern portion, the fill is present to about Elevation -1 to -3 ft. The deepest fill sections were locally found closest to the canal to Elevation -10.5 ft.

    As along the North Breach, sandy fill was generally placed above clayey fill if present. At the South Breach, the sandy fill was found to be discontinuous west to east in places and typically less than 3-4 ft thick (but locally up to 6 ft). This fill is principally described as red-brown or brown, medium to fine sand to silty sand with debris and shells in places [SW, SP, SM], with occasional pockets of shells or clay silt.

    The clay fill is essentially continuous along most areas across the waterfront with a thickness typically of 2 to 4 ft up to over 5 ft (and up to 13 ft near the canal). It is described as essentially a brown or gray, stiff, silty clay to lean clay, but locally silt or clayey silt, with shells and debris in places [ML to CL].

2.  Levee Embankment (LE). The controlled fill placed for the levee embankment had a maximum thickness at the landside crown from about 9.5 to 11.3 ft. The approximate bottom elevation of the levee along the South Breach, which rested on native soils, was approximately from -3 ft to -6 ft. Based on descriptions provided on the available boring logs, the levee fill essentially consisted of gray,

stiff, lean clay to clay but can be locally silty clay, and occasionally contains gravel, shells, or organics in places [CL, CH].

3. Upper Silts and Clays (USC). As with the North Breach area, this unit is found below the waterfront fill and the levee embankment material. When considering the total thickness (including any interlaying with the organic soil unit), this unit thins to the east. As mentioned above, the interlayering to interfingering with the organic or Marsh unit begins at about 200 ft south of the north end of the breach and is present west of the floodwall. To the south the interlayering becomes greater and can commence as high as about Elevation -8 ft. Consequently, the thickness of the silt and clay zones generally decrease to the south. Waterfront unit thicknesses are about 11 to 20 ft, except where interlayering is present. Maximum zone or layer thicknesses for this unit are, then, on the order of 2 to 12 ft, unless discontinuous organic layers are present, and then the unit thickness can extend to 20 ft. East of the floodwall, where interlayering was not found, the unit thickness ranges from about 3 to 10 ft.

West of the floodwall and from just north of the South Breach to about 650 ft south of it, where no significant interbeds are present, the bottom of the unit is at about Elevation -10 to -16 ft. However, where the marsh is discontinuous, these silt and clay deposits can extend down to about Elevation -29 ft to the Lower Silts and Clays unit. Landside elevations to the base of the unit for this northern portion of the breach area range from about -8 to -12 ft elevation. With interlayers from about 650 ft south of the north end to beyond the south end of the breach, the bottom extends to approximately -17 to -22 ft elevation, but is as shallow as -9 ft on the landside.

This soil unit is essentially described to the west as a gray, soft to stiff, silt to lean clay, occasionally sand silt, and containing organics or wood in a few places [ML to CL]. Varving or interbedding of this unit exist to the north, decreases to the south, and is not present at the south end of the breach. These western silt to

lean clay deposits appear to grade beneath the levee east to primarily a brown or gray, soft to stiff, clay, roots [CH].

4. Marsh (M). This fine-grained unit was identified from reported soil descriptions which contain a greater degree of organics than adjoining soil deposits. Such organic layers are present below the waterfront area, with thicknesses typically up to 4 to 10 ft, and along the South Breach toward the canal. These organic layers are discontinuous in places. Under the west side of the levee to the east (where interlayering/interfingering is not present and only one layer exists), the unit thickness ranges from about 2 to 10 ft without a distinct pattern north to south.

   Generally, the bottom of the organic or marsh layer(s) is from -16 to -22 ft elevation, again without any distinct pattern. In the vicinity of the South Breach, the lowest bottom elevation is approximately -24 ft elevation near the canal at the north end of the breach and the most shallow at about -14.5 ft elevation on the east side at 200 ft south of breach north end. This soil unit is mainly described below the waterfront as dark gray or gray, very soft to soft, organic clayey silt to clay, roots and wood in places, to silty clay to lean clay, and to no organics and wood [ML-CL to CH, OL, OH], with peat layers locally present closer to the canal. This unit grades or transitions under the levee to the east to dark gray, gray, or brown, very soft to soft, clay with wood or organics to organic clay with wood [CH, OH].

5. Lower Silts and Clays (LSC). This unit is present below the marsh layer (unless absent). The thickness of this unit ranges up to 15 ft (typically 5 to 11 ft) with the thickest areas about 400 ft to 670 ft south of breach north end. Generally, the elevation of these silts and clays dips to the south along the breach area. Based on the available boring information, the bottom elevation decreases from -23 ft about 10 ft to -29 ft, but the deepest is on the east side at about 670 ft south of breach north end at about Elevation -31 ft.

This unit is essentially described as dark gray or gray, soft to medium stiff, clayey silt and lean clay seams/layers [ML-CL, CL] to soft to medium stiff, clay with silt to silty clayey sand to sand lenses/strata [CH].

6. Bottom Clay (BC). This unit underlies the Lower Silts and Clays. It is described as a gray, soft clay [CH]. Below Elevation -50 ft, some lean clay is present but the bottom of the unit extends to Elevation -60 ft (ILIT: Figure 6.33). The resulting thickness of this unit is about 25 to 40 ft.

7. Bottom Sand (BS). The Bottom Sand is present below the Bottom Clay and is present to deeper than -70 ft elevation (ILIT: Figure 6.33).

## 5.3 Soil Unit Properties

It should be noted that the vast majority of the soil property data are from borings drilled in the vicinity of floodwall and to the east of it. The most significant exception to this were permeability tests performed from WGI borings

.

## Waterfront Fill

The only soil property data available on waterfront fill materials are related to Standard Penetration Tests (SPT) and one vane shear test. For silt, clay and sand mixtures there is a wide distributed range of STP values from 2 to 34 blows per foot (bpf) for 12 tests typically ranging from 3 to 6 bpf with an average of 4 bpf (excluding highest value). The SPT values ranged from WOH to 24 bpf, averaged 5 bpf (15 tests), and were typically from 2 to 5 bpf for the silts and clays.  With lowest and highest values ignored, the average becomes 4 bpf.

In test intervals which contained significant amounts of debris and shells mixed with varying amounts of sand, silt, and clay, SPT values ranged from 2 up to 90 bpf (36 tests) but typically from 8 to 30 bpf (ave. 16 bpf excluding top 10%). SPT's in the sand

fill ranged from 3 to 55 bpf for 8 tests but typically from 3 to 8 bpf. Excluding the highest outlier, the average blow count is 8 bpf for the sand fill. These overall higher SPT values in are most likely related to the presence of concrete reported.

Based on the above, the silt and clay fill can be overall considered soft to medium stiff, and the sand fill materials are generally very loose to loose. The debris and shells in the fill can be considered essentially coarse grained materials. Therefore, they are non-cohesive when mixed with sands and, depending on the amount of these materials with fine-grained soils may be cohesive or non-cohesive. Overall, these fill materials are either medium dense or very stiff, based on the available data.

Permeabilities assumed for this unit ranged from 0.1 to $10^{-7}$ cm/sec, depending upon the material. Assumed values for modeling are provided in Section 5.6.

Levee Embankment

There are 6 available Atterberg Limits test results on the levee embankment. All tests indicate a fat clay with liquid limits (LL) and plasticity indices (PI) of 60 to 115% (81% ave.) and 25 to 70% (52% ave.), respectively. Corresponding inplace moisture contents (MC) were found below or between the plasticity ranges. From a total of 34 available water content tests, the levee fill was found to have fairly well distributed moisture content from 22 to 74% (46% ave.). Within the first foot of the levee ground surface, the moisture content ranges from 22 to 57% (typically 30 to 40%), with an average of 33% for 9 tests (excluding one high outlier), or 13% lower than the on-average value.

The 13 available unconfined compression (UC) and 1 vane shear (VS) tests in the levee fill result in undrained shear strengths ($S_u$) ranging from 0.170 to 1.598 tsf with an average of 0.361 tsf (without high outlier). Reported wet density (WD) values ranged from 99 to 121 pcf (9 tests) and average 108.7 pcf.

Given the reported embankment soil types, the permeability assumed for modeling purposes was $10^{-7}$ cm/sec.

Upper Silts and Clays

All of the 6 available Atterberg Limits were in fat clay with Liquid Limits and plasticity indices of 73 to 115% (90% ave.) and 47 to 87% (60%), respectively. Reported moisture contents in this unit range from 32 to 147% (but typically from 45 to 70%), with an average of 65% for 37 tests (or a 61% average without the 2 highest outliers).

A total of 17 unconfined compression, 1 unconsolidated undrained, and 3 VS test results are available in this unit. The undrained shear strengths derived from these tests ranged from 0.045 to 0.400 tsf, with an average of 0.256 tsf. Excluding the very low outlier, the average $S_u$ is 0.266 tsf. Corresponding reported wet densities range from 92 to 109 pcf, with an average of 100.7 pcf (15 tests). The WD and $S_u$ values are plotted with depth in Figures 5.15 and 5.16. When $S_u$ and WD was plotted versus elevation and/or separated into toe and embankment locations, no advantage was obtained. An overall plot of $S_u$ versus depth is provided in Figure 5.16. Also, plots separating the unit strengths into upper embankment (ground surface elevations (GSE) greater than 0 ft NAVD88) resulted in lower overall strengths than in the toe area; see Figures 5.17 and 5.18. It would be expected that the upper embankment value would have an overall higher strength. This appears to be related to almost half the data population from borings with GSE at 1.0 and 1.7 ft. A greater population may also increase this average. Consequently, an average overall strength of 0.256 tsf was assumed in analysis.

There are 2 field laboratory permeability tests that were done on USC materials west of the floodwall which are reported by WGI. These tests were performed in Holes 57E and MW8. For the 2 field tests, 57E contained varved ML and ML-CL materials, whereas MW8 was reported to have overall slightly finer varved materials but also penetrated into the marsh unit. The marsh materials were described as having a high

5-24



FIGURE 5.15   WET DENSITY VERSUS DEPTH FOR THE USC UNIT



FIGURE 5.16  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
          THE USC UNIT



FIGURE 5.17  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE USC UNIT FOR UPPER EMBANKMENT
(GSE > 0.0 FT NAVD88)



FIGURE 5.18  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE USC UNIT FOR TOE AREA (GSE < 0.0 FT NAVD88)

peat content [CL-PT] and 1 ft of wood in the bottom third of the sanded interval. 57E and MW8, which were relatively close to each other, reported to horizontal permeabilties of 1.95 x 10$^{-6}$ cm/sec and 4.78 x 10$^{-5}$ cm/sec (average of the two calculation methods). The laboratory test conducted on a sample from MW8 is reported to have a permeability of 4.0 x 10$^{-8}$ cm/sec. No soil description of the laboratory sample is provided, but the measured MC and WD are consistent with the USC properties measured on the east side of the canal (ie., CH clays). Permeabilities assumed for modeling purposes ranged from 10$^{-4}$ to 10$^{-8}$ cm/sec depending on the soil composition. Also, for the varved soils, $K_u/K_v$ was taken as 2.5 (Terzaghi, Peck and Mesri, 1996). The specific values used are provided in Section 5.6.

Marsh

The reported nature of the soils classified as Marsh indicate variable types of organics (e.g., amorphous, fiberous, roots, and wood) and amount of organics and variable properties. Moisture contents in this organic layer ranged from 22 to 442% (90 to 300% typical), with an average of 159% for 75 tests. The lowest moistures were reported in the ILIT borings from 22 to 32% and appear anomalous for this unit. Neglecting these values the average MC becomes 169%. Liquid Limits for 16 tests ranged from 34 to 122% (typically 60 to 100%) and averaged 85%. Again, the ILIT Liquid Limits appear uncharacteristically low for this unit, ranging from 34 to 44%. Without these values the unit LL average becomes 96%. The corresponding plasticity indicies were from 23 to 84%, averaging 62%.

Wet density in this soil unit ranged from 63 to 105 pcf, averaging 84 pcf (22 tests). Over two-thirds of the strength related tests were performed under unconfined compression. Reported undrained shear strengths from 33 tests ranged from 0.032 to 0.420 tsf, with an average for all tests of 0.149 tsf. It should be noted that there are a number of strengths from 0.032 to 0.090 tsf at depths from 7.5 to 12.5 ft. Where corresponding Torvane testing was performed for 5 of these very low strength samples, about twice the $S_u$ was obtained.

A plot of all the wet density values with depth is given in Figure 5.19. WD has also been plotted versus depth for upper embankment and toe areas in Figures 5.20 and 5.21, respectively. As can be seen from comparing Figures 5.20 and 5.21, there is a decidedly greater WD trend below the upper embankment area (UEA) with an average of 94 pcf compared with 79 pcf below the toe area. Moreover, it should be noted that all UEA values were reported in 1965 and 1966, prior to the levee enlargement and 40 years time-dependent compression.

An overall plot of the undrained shear strengths with depth is shown in Figure 5.22. The variability in the $S_u$ with depth plot is primarily related to the heterogeneous nature of the marsh and the different states of effective stress. The $S_u$ values have also been plotted below the upper embankment and toe areas and are given in Figures 5.23 and 5.24, respectively.   As expected, the average $S_u$ below the UEA is greater than below the toe area at 0.201 tsf to 0.101 tsf, respectively. It is important that 10 of the 16 reported tests for strength values taken under the upper embankment area were done during the 1965 time period and prior to the levee enlargement and 40 years of compression. Consequently, the pre-Katrina strength average should be greater due to additional compression and aging (Mesri, and Ajlouni, 2007; Mesri, 1987; Terzaghi, et. al, 1996; Zpeik, et. al., 1998).

Evidence of the compression undergone by the marsh beneath the UEA can also be seen in natural moisture content trends. For borings done between 1965 and 1971, the average MC for UEA was 148% (32 tests), ranging from 48 to 380%, compared to 192% (19 tests) with values from 46% to 385% in the toe area. Post-Katrina water content tests were mainly in the toe area, where the average was 171% (20 tests), ranging from 72 to 442%. The only moisture contents for under the UEA were reported by ILIT and averaged 27% (5 tests), ranging from 22 to 32%. Combined, the average MC below the UEA and toe area are 132% and 181%, respectively.



FIGURE 5.19   WET DENSITY VERSUS DEPTH FOR THE M UNIT



FIGURE 5.20   WET DENSITY VERSUS DEPTH FOR THE M UNIT
         FOR THE UPPER EMBAMKMENT (GSE > 0 ft NAVD88)



FIGURE 5.21   WET DENSITY VERSUS DEPTH FOR THE M UNIT
FOR THE TOE AREA (GSE < 0 ft NAVD88)



FIGURE 5.22   UNDRAINED SHEAR STRENGTH VERSUS DEPTH
FOR THE M UNIT



FIGURE 5.23   UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE M UNIT BELOW THE UPPER EMBANKMENT AREA



FIGURE 5.24   UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE M UNIT BELOW THE TOE AREA