In addition to primary and secondary compression effects over time, increased strengths would be expected from the aging process and the inherent natural earth reinforcement provided by root systems in the marsh, similar to the way root networks assist in the stability of vegetated earth slopes additional compression and aging (Cazzoffi, and Crippa, 2005; Docker, and Hubble, 2008; Wu, and Watson, 1998, Wu, et. al, 1998; Yong-hong et.al, 2005 and Haji Ali,and Normaniza, 2008).

No insitu permeability tests were run strictly in the marsh unit. As mentioned in the USC subsection, the lower third of the 57E well was in the organic layer, which indicated a lower horizontal permeability (K = 1.95 x $10^{-6}$ cm/sec) than the nearby MW8 well, which was completely in USC. Also, it is interesting to note that in evaluating the soil profile for the more permeable zones from drilling depths of up to about -35 ft elevation, WGI chose to focus most testing above and below the organic layer.

IPET summarized marsh and peat values in Figure V-17-15 which has been reproduced in Figure 5.25. It is important to note that, based on the soil descriptions of the organic layer, the vast majority of this organic material is not peat, and the peat which is present is localized and typically described to contain a significant amount of silt and clay. Considering effective vertical overburden pressure up to 1000 psf, K ranges from about 1.1 x $10^{-8}$ to 9 x $10^{-5}$ cm/sec (which includes peat not present at the site). Specific K values assumed for modeling different unit subsoils are provided in Section 5.6.

<u>Lower Silts and Clays</u>

As mentioned at the beginning of this section, in some areas along the IHNC (east), particularly outside the breach areas, there is little distinction between the LSC and BC units because of the frequency of the coarser grained inter-stratification. Therefore, the properties provided below are only for those materials that could be identified as LSC.



FIGURE 5.25   PEAT AND MARSH PERMEABILITY VALUES VERSUS EFFECTIVE OVERBURDEN
PRESSURE (IPET FIGURE V-17-15)

For the 48 water content tests in the LSC, the moisture ranged from 32 to 77% with an average of 53%. There is no Atterberg Limit in this unit. Wet densities varied from 94 to 114 pcf (fairly well distributed) with an average of 102.1 pcf for 15 tests. All the $S_u$ values were determined from 19 unconfined compression tests, 2 unconsolidated undrained tests, and 2 unconsolidated undrained tests. Reported $S_u$ ranged from 0.055 to 0.217 tsf and averaged 0.136 tsf. See next subsection for combined LSC and BC plots for density and strength with depth.

There was one field permeability test which appears to have been done predominately in the LSC unit. The test was performed in Well MW7 and had a reported average horizontal K of 2.0 x $10^{-5}$ cm/sec. A laboratory test apparently in this unit resulted in a K of 2.68 x $10^{-5}$ cm/sec. For modeling, K values assumed ranged from $10^{-4}$ to $10^{-8}$ cm/sec. Specific K values assumed for different soil types are provided in Sections 5.6 and 5.7.

Bottom Clay

Similar to LSC, the data considered below are only for those which could be identified as BC. There were 194 water contents performed which ranged from 19 to 80%, and averaged 53%. A total of 19 Atterberg Limits tests were done in the BC. Liquid limits and plasticity indices ranged from 54 to 96% (averaged 81%), and 31 to 74% (averaged 55%), respectively. Corresponding moisture contents typically fell within the upper two thirds of the Liquid Limit and Plastic Limit brackets.

From the 49 reported values, wet densities in BC ranged from 96 to 125 pcf (typically less than 110 pcf) and averaged 103.1 pcf. The vast majority of the 102 bottom clay samples tested for undrained shear strength were reported from unconfined compression testing. The $S_u$ ranged from 0.083 to 1.493 tsf (typically from 0.125 to 0.300 tsf) with an average of 0.231 tsf.

For the purpose of assessing the wet density and strength, LSC and BC values have been combined because of the variability in the interstratification. Figure 5.26 contains a plot of all the wet densities with depth for both LSC and BC. For all the 111 data points, the overall average is 102.8 pcf. Separating the wet density values beneath the upper embankment and toe areas, which are given with depth in Figures 5.27 and 5.28, result in averages of 104.2 pcf (22 tests) and 101.3 pcf (89 tests). Greater overall density beneath the levee is an indication of compression in the UEA.

The overall plot of strength versus depth is depicted in Figure 5.29 with plots for the upper embankment and toe areas shown in Figures 5.30 and 5.31, respectively. Strength lines were best-fitted assuming a slope of 0.22 $\sigma'_v$ and a buoyant unit weight of 40 pcf.  Note that the field vane shear test results performed in the LSC/BC are consistent with $S_u$ with depth trend as can be seen in Figure 5.30.

It should be noted that there is a number of anomalous low strengths (13 tests) with $S_u$ values ranging from 0.038 to 0.100 tsf which were performed on samples (mainly UC) with an average depth of 25.7 ft. These samples had an average wet density of 104.1 pcf (for 11 tests ranging from 96 to 120 pcf) and an average moisture content of 52% (9 tests ranging from 23 to 73%). Moreover, $S_u$ was at about or below the 6 available corresponding Torvane test strengths with averages of 0.067 tsf and 0.11 tsf, respectively. Also, it should be noted that 75 of the 105 UEA strengths were conducted in 1965-1966 prior to levee enlargement and about 40 years prior to Katrina. Therefore, strengths from these older borings are expected to be low due to aging and additional compression over time (Mesri, and Ajlouni, 2007; Mesri, 1987; Terzaghi, et. al, 1996; Zpeik, et. al., 1998).

For modeling purposes, the Bottom Clay was assumed to have a K of $10^{-8}$ cm/s.



FIGURE 5.26  WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS



FIGURE 5.27 WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS
FOR UPPER EMBANKMENT AREA (GSE > 0 FT NAVD88)



FIGURE 5.28  WET DENSITY VERSUS DEPTH FOR LSC AND BC UNITS
FOR TOE AREA (GSE < 0 FT NAVD88)



FIGURE 5.29  UNDRAINED SHEAR STRENGTH VERSUS DEPTH
           FOR LSC AND BC UNITS



FIGURE 5.30  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC
AND BC UNITS FOR THE UPPER EMBANKMENT AREA
(GSE > 0 FT NAVD88)



FIGURE 5.31  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC
AND BC UNITS FOR THE TOE AREA (GSE < 0 FT NAVD88)

5.4 Soil Modulus

Soil Modulus values can be established from the results of field floodwall tests reported by Jackson, 1988. The field test involved a 200 ft long floodwall consisting of PZ-27 sheetpile in very soft to soft highly plastic clays ($S_u$ about 200 to 500 psf) to the tip. The test was performed at the East Atchafalaya Basin Protection Levee which is about 70 miles southwest of the IHNC.

Inclinometers placed in 4 locations along the sheetpile indicated that as water loading increased over a total of 30 days, the sheetpile went from "fixed" to "free earth" condition when the flood level was increased from 6 to 7 ft behind the wall (see Figure 5.32). Wall deflection plots indicated no tip translation to this point. Moreover, this is consistent with the "fixed" behavior at the bottom of the piles. These plots also depict the gradual formation of a gap between the sheetpile and flooding, even over sustained time periods. As can be seen in Figure 5.32, with a flood height of 4 ft the soil-pile separation is present to about Elevation -5 ft (or a depth of 11.5 ft) with maximum gap openings of 0.11 to 24 in. at the ground surface.

Best-fit $E_S/S_u$ of 96 was determined for total deflections with depth for flood heights of 4, 6, 7, and 8 ft for a total flood duration of 52 days. Cumulative top of the wall deflections during the water raising periods were about 30% of the total for all the 4 monitored piles. In other words, the "initial" $E_S/S_u$ can be considered to be 320. It should be noted that the water was raised at a rate of 1 ft/day.

5.5 Groundwater Conditions

As shown in the hydrograph immediately before Katrina in Figure 3.4, the I-10 USGS and Orleans levee gages which are north of the breaches and the staff gage at the IHNC lock to the south of the breaches show fairly good agreement. Therefore, either the gages north or the one to the south of the breach areas should provide representative data of the canal level for non-extreme weather conditions.



PILE A



PILE B



PILE C



PILE D

FIGURE 5.32   TEST SHEETPILE DEFLECTION PLOTS AT DIFFERENT FLOOD LEVELS
(JACKSON, 1988)

The available pre-Katrina data for the USGS IHNC gage at I-10 has been plotted in Figure 5.33. As can be seen from this figure, the water level in the IHNC oscillates between about Elevation 0 ft to 2 ft (NAVD88), with a medium elevation of about 1 ft. Therefore, the groundwater table at the shorelines west of the floodwall should be on the order of Elevation 1 ft.

Groundwater level depths along the floodwall waterfront were taken by the Washington Group International (WGI). There were two types of groundwater table measurements reported. The vast majority of the reported groundwater depths (over 330 holes) were determined based on the visually observed level of soil saturation.

The other method used consisted of installing 12 monitoring wells along the IHNC (east) waterfront and measuring the water level in the walls a minimum of three days after installation. The wells were installed to a depth of 12.5 to 37.1 ft using 4.5 in. ID hollow stem augers (HSA). WGI produced potentiometric contours of the groundwater surface from this data, which is shown in Figure 5.34. From Figure 5.34, it can be seen that groundwater flows east from the canal.

As can be seen on Figure 5.34, the highest groundwater level was increased in Hole MW-11 at 2.84 ft elevation (NGVD29). This elevation appears anomalous. In thisarea Bielecki and Lessor, 2005, state "the large embayment on the north end of the site is likely due to the large volume of soils removed during remediation of Boland Marine."

The monitoring well levels can be adjusted by -1.0 ft to obtain NAVD88 elevations by assuming a shoreline groundwater table at Elevation +2 ft (NGVD29) from Figure 5.34, and considering a medium canal level elevation of +1.0 ft NAVD88. Also in comparing groundwater levels in the monitoring wells with the reported levels in the borings done in 2001, a ground surface elevation of +2.5 ft NAVD88 was assumed for these later holes. As expected, most of the MW holes had equal to or greater groundwater table elevations than the neighboring 2001 holes in the direction of the



FIGURE 5.33  AVAILABLE IHNC WATER ELEVATIONS FOR THE USGS GAGE AT I-10 FROM
JUNE 27, 2005 TO AUGUST 29, 2005 (WALTERS, 2009)



WGI342537

FIGURE 5.34   GROUNDWATER POTENTIOMETRIC SURFACE MAP ON
APRIL 24, 2005 PREPARED BY THE WASHINGTON GROUP
INTERNATIONAL, INC. (WGI 342537, Bieleck and Lesser,
2005)

potentiometric line (i.e., approximately north to south). Only wells MW-3, 4, and 7 were significantly lower in elevation. These lower well elevations were likely the result of the relatively short period after installation that the groundwater level was measured, given the low permeability of the formation. Bielecki and Lessor, 2005, noted "all of the monitoring wells were low-yield wells. . . . Purging these wells to dryness is expected given that this formation's low yield is insufficient to supply drinking water to a residential household." MW-3, 4, and 7 are discussed below.

MW-5 was installed to a depth of 12.5 ft and was reported to have GWT elevation of -4.84 ft (NAVD88). The nearby 2001 borings report the groundwater table from -0.75 ft to -3.0 ft. Even considering a ground surface 1 ft lower than assumed, a GWT elevation of -2 ft appears more appropriate.

Both MW-4 and MW-7 are deeper well installations, as both are to a depth of about 37 ft. MW-4 and MW-7 are sealed to Elevations -23.7 ft and -21.4 ft and are terminated at Elevations -33.2 ft and -34.1 ft, respectively. Therefore, these wells are likely below the organic layer and into the lower silts and clay and possibly into the clay units. For MW-4, the nearby north-south 2001 holes report GWT elevations up to -1.25 ft. Consequently, an Elevation -1.25 ft was assumed at this well. For MW-7, a GWT elevation of -1.0 ft has been taken based on the 2001 holes data.

Considering the above groundwater levels and excavated areas of the waterfront, based on air photographs, the potentiometric lines developed prior to Hurricane Katrina were estimated and are shown on Figure 5.35.  As can be seen in Figure 5.35, the GWT elevation in the vicinity of the western toe of the levee is estimated to be along the North Breach as 0 to -1 ft and the South Breach as -2 ft. Groundwater levels of this magnitude are consistent with ponded water in these areas and are depicted in the air photos (see Section 2.1).

Along the east side of the project floodwall, there is less information on groundwater levels. Most of the borings done in this area do not report any related information. Several post-failure borings which were drilled to 12 to 15 ft located in both the North and South Breaches noted no groundwater at the time of HSA drilling, despite encountering materials with peat and wood. These borings were labeled IHNC-N-BOR-1, IHNC-S-BOR-1, and IHNC-S-BOR-2 (see Figure 5.11). The one available boring which provided a measured groundwater level was 6-UT. Based on the as-built drawings, Boring 6-UT is located about 70 ft east of the floodwall and about 60 ft west of the then present Jourdan Ave. Canal at Station 42+00. The measured groundwater level in Boring 6-UT in 1966 was 4.4 ft below the ground surface at Elevation -9.9 ft NAVD88.

There are a number of eyewitnesses, who resided in the Lower 9th Ward, who indicated there was no evidence of seepage and that in fact the groundwater table was below landscaping depth.[1] Moreover, no seepage along the levee was observed, despite the canal water shoreline along the levee only about 60 ft east of the floodwall for more than 400 ft between the North and South Breach areas.

## 5.6 North Breach Failure Analyses

### 5.6.1  Seepage Analysis

Using Geostudio, the North Breach was modeled to Geologic Section 1-1 (see Figure 5.36). This location, which is located at the north end of the breach, is where the failure appears to have initiated (see Section 4.1). The soil properties assumed in the seepage model are based on the information provided in Section 5.3 and are summarized in Table 5.1.

---

[1] D. St. Cyr-Butler deposition dated February 19, 2007, p. 117.
 E. Offray deposition dated February 19, 2007, p. 77, 84.
 S. Williams deposition dated February 19, 2007, p. 88.
 R. McGill deposition dated January 18, 2007, p. 93.
 C. Berryhill deposition dated December 13, 2007, p. 84.
 A. Murph deposition dated December 17, 2007, p. 95, 105, 106, 144, 145.
 K. R. Pounds deposition dated December 11, 2007, p.72-74.

TABLE 5.1 SOIL PROPERTY VALUES ASSUMED FOR THE NORTH AND SOUTH BREACH MODELED SECTION

| Soil Layer | Symbol | Sub. Layer # | Description | Location | Kv (cm/sec) | kv (ft/hr) | kh/kv | Saturation Ratio (%) | Su (psf) | Wet Density (pcf) |
|---|---|---|---|---|---|---|---|---|---|---|
| Levee Embankment | LE | | Levee Embankment | ALL | 1.0E-07 | 1.2E-05 | 1 | 70 | 722 | 109 |
| Waterfront Fill | WF | 1 | bn,wh $S w/sh to sh w/$S, debris in pls | North | 1.0E-04 | 1.2E-02 | 1 | 40 | φ=30 | 100 |
| | | 2 | bk to gr lean clay w/debris | North | 1.0E-07 | 1.2E-05 | 1 | 75 | 500 | 100 |
| | | 3 | fill, debris, shell, concrete, rock | North | 1.0E-01 | 1.2E+01 | 1 | 40 | φ=30 | 100 |
| | | 4 | fill, bn gr, st, $C | South 18 | 1.0E-06 | 1.2E-04 | 1 | 75 | 500 | 100 |
| | | 5 | Fill bn, fS w/$ wd debris in pls, w/pocs of SH and gr C$ | South 18 | 5.0E-04 | 5.9E-02 | 1 | 40 | φ=30 | 100 |
| | | 6 | fill,rd bn mfS to $S $h and debris in pls | South 16 | 1.0E-04 | 1.2E-02 | 1 | 40 | φ=30 | 100 |
| | | 7 | gr bn dgr st $C to LC w/debris and SH in pls | South 16 | 5.0E-07 | 5.9E-05 | 1 | 75 | 500 | 100 |
| | | 8 | Fill dkgr rdbn S, debris | South 16 | 1.0E-03 | 1.2E-01 | 1 | 40 | φ=30 | 100 |
| Upper Silt & Clay | USC | 1 | gr, s. but to st, lean clay to silty clay w/org in pls, genrally siltier to east | North | 5.0E-07 | 5.9E-05 | 1 | 100 | 510 | 101 |
| | | 2 | Gr, so clay | North | 1.0E-08 | 1.2E-06 | 1 | 100 | 510 | 101 |
| | | 3 | gr, so. $ to C$, varved | South18 | 5.0E-06 | 5.9E-04 | 2.5 | 100 | 510 | 101 |
| | | 4 | Silt, grey, varved, organics-rich layers, moderatly soft, wet | North | 1.0E-05 | 1.2E-03 | 2.5 | 100 | 510 | 101 |
| | | 5 | gr, so $ w/fs, wd in pls | South 18 | 5.0E-05 | 5.9E-03 | 1 | 100 | 510 | 101 |
| | | 6 | gr, v.so C$ to LC w/wd in pls | South 18 | 5.0E-07 | 5.9E-05 | 1 | 100 | 510 | 101 |
| | | 7 | gr, v. so to st CLAY, rts | South 18 | 1.0E-06 | 1.2E-06 | 1 | 100 | 510 | 101 |
| | | 8 | gr C$ | South 16 | 1.0E-06 | 1.2E-04 | 1 | 100 | 510 | 101 |
| | | 9 | gr, so. C$ occ clayer notos. org, varved | South 16 | 1.0E-06 | 1.2E-04 | 2.5 | 100 | 510 | 101 |
| | | 10 | gr, v.so to so., $ to C$, $C to LC in pls, s. orgs in pls, occ WD | South 16 | 5.0E-06 | 5.9E-04 | 1 | 100 | 510 | 101 |
| | | 11 | bngr, v.coarse, $S to $$ | South 16 | 1.0E-04 | 1.2E-02 | 1 | 100 | 510 | 101 |
| Marsh | M | 1 | bn, gr, dkgr, mainly so, organic clay w/wd and occ, rts to east | North | 5.0E-08 | 5.9E-06 | 1 | 100 | | |
| | | 2 | gr,drgr,bk interbedded peaty org $ to C, 4" to 2' tk, with $C 4" to 6" tk, occ peat 6" tk,CPT | | 1.0E-06 | 1.2E-04 | 2 | 100 | | |
| | | 3 | bn, gr, v.so. to LC w/orgs to org CLAY, rts and wd | South 18 | 5.0E-08 | 5.9E-06 | 1 | 100 | Look at the cross sections in Figures 5.42, 5.58, and 5.59 | |
| | | 4 | bngr, dkgr, gr, s. to m.st, Lean CLAY $C in pls, w/orgs, occ rts, wd | North | 1.0E-07 | 1.2E-05 | 1 | 100 | | |
| | | 5 | gr, dgr inpls, v.so to so., C$ to $C and to nowwd and orgs | South 18 | 1.0E-06 | 1.2E-04 | 1 | 100 | | |
| | | 6 | dk gr, gr, bn, v.so to so. CLAY, w/wd to org CLAY w/ wd | South 18 | 1.0E-08 | 1.2E-06 | 1 | 100 | | |
| | | 7 | gr, v.so, C$ to $C w/wd and orgs, pt layers in pls | South 16 | 1.0E-06 | 1.2E-04 | 1 | 100 | | |
| | | 8 | dgr, gr, bn, v.so. to so., CLAY w/wd to org CLAY w/wd | South 16 | 1.0E-08 | 1.2E-06 | 1 | 100 | | |
| Lower Silt & Clay | LSC | 1 | dkgr, gr v.so to so LC to C w/$ strata/ lenses | North | 5.0E-08 | 5.9E-06 | 2 | 100 | | |
| | | 2 | gr, so. CLAY w/ layers/lenses of C$ to LC | South 16 | 1.0E-08 | 1.2E-06 | 2 | 100 | Look at the cross sections in Figures 5.42, 5.58, and 5.59 | |
| | | 3 | gr C$ and LC layers/seams | South 18 | 5.0E-07 | 5.9E-05 | 2 | 100 | | |
| | | 4 | dkgr, gr, so. To mst CLAY w/lns/strata of $ to $FS | South 18 | 5.0E-06 | 5.9E-06 | 2 | 100 | | |
| | | 5 | gr C$ and LC layers/seams | South 16 | 5.0E-07 | 5.9E-05 | 2 | 100 | | |
| Bottom Clay | BC | | gr, so. CLAY | | 1.0E-08 | 1.2E-06 | 1 | 100 | | |
| Bottom Sand | BS | | Nearshore Gulf-Relic Beach | | 1.0E-02 | 1.2E+00 | 1 | 100 | φ=30 | 120 |



FIGURE 5.35   ESTIMATED GROUNDWATER POTENTIOMETRIC CONTOURS WEST OF
IHNC (EAST) FLOODWALL PRIOR TO HURRICANE KATRINA



FIGURE 5.36 GEOSTUDIO 2D SEEPAGE MODEL AT THE NORTH BREACH (NAVD88)

0 hours Total head



FIGURE 5.37 TOTAL HEAD CONTOURS SHOWING THE PRE-FLOOD PHREACTIC SURFACE FOR
          NORTH BREACH (NAVD88)

29.5 hours water surge 14.2ft
Total head



FIGURE 5.38 TOTAL HEAD CONTOURS FOR NORTH BREACH FOR PEAK SURGE AT ELEVATION
14.2 FT (NAVD88)

29.5 hours water surge 14.2ft
 Pressure head



FIGURE 5.39 PRESSURE HEAD CONTOURS FOR THE NORTH BREACH FOR PEAK SURGE AT ELEVATION
14.2 FT (NAVD88)

29.5 hours water surge 14.2ft
 Hydraulic gradient



FIGURE 5.40 HYDRAULIC GRADIENT CONTOURS FOR THE NORTH BREACH FOR PEAK SURGE AT ELEVATION
          14.2 FT (NAVD88)

**Section 1-1 with 6 inch width gap**



FIGURE 5.41 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS FOR THE NORTH BREACH

The pre-flood steady-state phreatic surface used in the modeling of subsurface seepage was determined by considering the potentiometric contours developed in Figure 5.35 and the groundwater table 4 ft below the ground surface near Jourdan Avenue. The resulting phreatic surface is depicted in Figure 5.37. Note the resultant groundwater table is a minimum of 2 ft below the ground surface on the protected side.

In order to assess the subsurface seepage conditions during the storm surge, the canal water level was assumed to follow the IHNC hydrograph depicted in Figure 3.4. The surge was considered as linearly increases in appropriate segments following the hydrograph to the reported peak surge of Elevation 14.2 ft. During the flooding, a separation of 0.5 ft was conservatively assumed between the sheetpile and ground to depth. This full hydrostatic gap was applied after the water level was 1-2 ft above the crown of the levee. It should be noted that, based on field test measurements, if this separation was present it is expected that it would be on the order of a fraction of an inch maximum (see Section 5.4).

The resulting total head, pressure head, and hydraulic gradient contours, given the above modeling conditions, are provided in Figures 5.38 to 5.40. These plots are for the highest surge level of Elevation 14.2 ft. Also, the time histories of total head of monitoring points depicted during the storm is shown in Figure 5.41. The monitoring points are depicted in the cross-sections of Figure 5.36 to 5.40.

The effect of the overall higher permeability assumed on the west side of the floodwall (see Section 5.3) can be seen in the total head and pressure head plots with the reduction in total head and significant drop in pressure head under the levee (see Figures 5.38 and 5.39). Also, Figure 5.40 indicates that at the peak surge that there is no hydraulic gradients of concern in critical landside areas. Moreover, the monitoring point below the landside toe does not feel, in fact, the effect the of the 30 hr surge.

As expected, the Monitoring Point A below the waterfront essentially monitors the surge (except for an early rapid saturation period). The time history for monitoring Point

TABLE 5.2 COMPUTED SAFETY FACTORS FOR DIFFERENT CONDITIONS FOR THE NORTH AND SOUTH BREACHES

| Case Number | Hydrostatic Gap | | GWT on protected side[1] | 2D[2] | 3D[2] | | Cross-Section | | | Water Surge El. (ft) | SF (Spencer) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | El. -5ft | EL. -10.5ft | | | 30 ft width | 60 ft width | Section 1 | Section 2 | Section 3 | | |
| 1 | X | | X | X | | | X | | | 12.5 | 1.47 |
| 2 | | X | X | X | | | X | | | 12.5 | 1.37 |
| 3 | X | | X | X | | | | X | | 12.5 | 1.55 |
| 4 | | X | X | X | | | | X | | 12.5 | 1.37 |
| 5 | X | | X | X | | | | | X | 12.5 | 1.37 |
| 6 | | X | X | X | | | | | X | 12.5 | 1.27 |
| 7 | X | | X | | X | | X | | | 12.5 | 2.79 |
| 8 | | X | X | | X | | X | | | 12.5 | 2.72 |
| 9 | X | | X | | | X | X | | | 12.5 | 2.56 |
| 10 | | X | X | | | X | X | | | 12.5 | 2.22 |
| 11 | X | | X | X | | | X | | | 11.2 | 1.51 |
| 12 | | X | X | X | | | X | | | 11.2 | 1.43 |
| 13 | X | | X | | X | | X | | | 11.2 | 3.20 |
| 14 | X | | X | | | X | X | | | 11.2 | 2.83 |
| 15 | | X | X | | X | | X | | | 11.2 | 2.86 |
| 16 | | X | X | | | X | X | | | 11.2 | 2.38 |
| 17 | X | | X | X | | | | X | | 11.8 | 1.58 |
| 18 | | X | X | X | | | | X | | 11.8 | 1.39 |
| 19 | X | | X | X | | | | | X | 11.8 | 1.39 |
| 20 | | X | X | X | | | | | X | 11.8 | 1.31 |
| 21 | | X | | X | | | X | | | 12.5 | 1.29 |
| 22 | | X | | X | | | | X | | 12.5 | 1.32 |
| 23 | | X | | X | | | | | X | 12.5 | 1.17 |

1. For section 1-1 GWT = -1.0 ft el.
   For section 2-2 GWT = -3.4 ft el.
   For section 3-3 GWT = -1.0 ft el.

2. 2D analyses were run using Geostudio and
   3D analyses were run using CLARA