0 hours Steady state
Pressure head



FIGURE 5.48 TOTAL HEAD DIAGRAM SHOWING THE PRE-FLOOD PHREATIC SURFACE FOR NORTH PART OF SOUTH BREACH (NAVD88)

5-73



FIGURE 5.49 TOTAL HEAD DIAGRAM SHOWING THE PRE-FLOOD PHREATIC SURFACE FOR SOUTH PART OF SOUTH BREACH (NAVD88)

5-74



FIGURE 5.50 TOTAL HEAD CONTOURS FOR THE NORTH PART OF SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)

5-75

29.5 hours water surge 14.2ft
Total head



FIGURE 5.51 TOTAL HEAD CONTOURS FOR THE SOUTH BREACH PART OF THE SOUTH AT PEAK SURGE ELEVATION AT 14.2 FT (NAVD88)

29.5 hours water surge 14.2 ft
Pressure head



FIGURE 5.52 PRESSURE HEAD CONTOURS FOR THE NORTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)

5-77

29.5 hours water surge 14.2 ft
Pressure head



FIGURE 5.53 PRESSURE HEAD CONTOURS FOR THE SOUTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)