29.5 hours water surge 14.2 ft
Hydraulic gradient



FIGURE 5.54 HYDRAULIC GRADIENT CONTOURS FOR THE NORTH PART OF THE SOUTH BREACH AT PEAK SURGE AT ELEVATION 14.2 FT (NAVD88)

29.5 hours water surge 14.2 ft
Hydraulic gradient



FIGURE 5.55 HYDRAULIC GRADIENT CONTOURS FOR THE SOUTH PART OF THE SOUTH BREACH AT PEAK
SURGE AT ELEVATION 14.2 FT (NAVD88)





FIGURE 5.56 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS
FOR THE NORTH PART OF THE SOUTH BREACH



FIGURE 5.57 TIME HISTORIES OF THE TOTAL HEAD FOR MONITORING POINTS
FOR THE SOUTH PART OF THE SOUTH BREACH



FIGURE 5.58   CROSS-SECTION 2-2 THROUGH THE NORTH PART OF THE SOUTH BREACH
SHOWING THE ASSUMED WET DENSITY AND SHEAR STRENGTH PROPERTIES
OF THE LAYERS USED IN THE STABILITY ANALYSIS



FIGURE 5.59   CROSS-SECTION 3-3 THROUGH THE SOUTH PART OF THE SOUTH BREACH
SHOWING THEASSUMED WET DENSITY AND SHEAR STRENGTH PROPERTIES
OF THE LAYERS USED IN THE STABILITY ANALYSIS

North Breach analysis with a saturation head increase and then a second "jump" in total head a result of the assumed development of the full 6 in. hydrostatic gap.

No effect can be seen in Figures 5.56 and 5.57 at either point at the critical landside toe location after the 30 hr period to peak surge.

5.7.2 Floodwall Stability Analysis

The soil properties used in this analysis are summarized in Table 5.1 and are depicted in Figures 5.58 and 5.59. These two sections analyzed are the same as those used in the seepage analysis. Two sections are considered as the northern section appeared to yield first followed by the southern part (see Section 4.2). Table 5.2 summarizes the results from the stability analyses performed along the South Breach. It should be noted that, as with the North Breach, the critical failure surfaces were found to be circular using Spencer's Method. The estimated groundwater table expected during failure per Section 5.7.1 are shown is Figures 5.48 and 5.49. These plots indicate pre-flood groundwater levels of Elevation -3.4 ft and -1.0 ft on the protection side of the sheetpile for Section 2-2 and Section 3-3, respectively. As discussed in Section 3.5, the estimate time of flooding is 6:30 am with a corresponding surge elevation of 11.8 ft. As for the North Breach, (see Section 5.6.2) a thin hydrostatic gap may exist up to -5 ft elevation. With these failure conditions, 2D safety factors of 1.58 (Case 17) and 1.39 (Case 19) result for the north and south parts. The critical slip circles for these two cases are shown in Figures 5.60 and 5.61. If the water level were increased to 12.5 ft elevation, a SF of 1.55 (Case 3) and 1.37 (Case 5) results for the north and south parts.

If the same analysis was conducted but a fully extended, but improbable, gap was considered without any groundwater table the computed SF became 1.32 (Case 22) (Section 2-2) and 1.17 (Case 23) (Section 3-3). These critical circles are shown in Figures 5.62 and 5.63. In other words, with the development of the scour trench from overtopping, and even with the assumed associated wall deflection with full hydrostatic gap for hours, the safety factor was adequate. Therefore, failure of the floodwall should



5.60 CRITICAL SLIP CRICLE FOR CONDITONS AT FAILURE FOR THE NORTH PART OF THE SOUTH BREACH



South Breach Section 3-3 - Case 19

FIGURE 5.61  CRITICAL SLIP CIRCLE FOR CONDITIONS AT FAILURE FOR THE SOUTH PART OF THE SOUTH BREACH



FIGURE 5.62 CRITICAL SLIP CIRCLE WITH WATER AT ELEVATION 12.5 FT (NAVD88), FULL HYDROSTATIC GAP, AND NO GROUNDWATER TABLE FOR NORTH PART OF SOUTH BREACH



FIGURE 5.63 CRITICAL SLIP CIRCLE WITH WATER AT ELEVATION 12.5 FT (NAVD88), FULL HYDROSTATIC GAP, AND NO GROUNDWATER TABLE FOR SOUTH PART OF SOUTH BREACH

not have occurred. Moreover, adjacent wall sections had scour from overtopping but did not fail and severe scour conditions existed in other I-wall location without breach (see Section 4.5).

5.7.3 Failure Analysis

The seepage analyses performed above for the north and south sections of the South Breach were done for the time of peak surge elevation. The transient seepage analyses for both sections showed that there would be no effect felt on the protection side. In other words, there would be no underseepage induced stability. There were two sections investigated, as the north and south parts of the breach exhibit different damage conditions and appeared to yield in different stages.

Floodwall stability analyses were also run for both the north and south parts of the breach. As discussed above, for the estimated conditions at the time of failure more than adequate safety factors were obtained from the limit equilibrium analyses. Even when considering the worst, but improbable, case with the maximum height of retained water, the SF was still more than adequate. Even after overtopping and associated scour along adjacent sections, they did not fail with intact I-wall in other areas with as much or more resulting scour (see Section 4.5).  Moreover, the critical failure planes for this worse case are not reasonable as they extend into or beyond Jourdan Ave. (which remained undisturbed).

Given that failure of the South Breach does not appear to be the result of underseepage or limit-equilibrium stability, and given witness accounts (see Table 3.1), damage, in addition to no other likely causes, the South Breach was essentially caused by the barge from a number of collisions with the floodwall. Eyewitness accounts consisted of a number of reports of hearing up to 3 significant "booms" prior to flooding. Witness closer to the breach area could also hear "grinding" or banging against the wall. Others reported severe shaking of the house apparently after a "boom" and prior to

flooding which was earthquake-like, in addition to the reported observations of the ING4727 barge impacting and going through the wall.

As with the North Breach, the floodwall damage indicates the presence of upper impact forces. Floodwall in the northern and southern parts have been displaced out of the ground as much as 195 ft and 65 ft, respectively. As discussed in the analysis of the North Breach (see Section 5.6.3), there is no evidence of exhumed floodwall at any of the other I-wall breaches despite significant yielding, or from field testing. In fact, if anything, settlement of floodwalls appear to have resulted (see Section 4.4).

Other post-Katrina damage characteristics, which are not present in the other non-IHNC (east) I-wall breaches include: the displacement configuration, 90° twisted or tilted walls, severe monolith structural damage, significant lateral bends at the ends, and back scour/erosion (see Section 4.2). The other I-wall breaches (except for the North Breach) do not exhibit an irregular lateral displacement pattern as the South Breach. These other I-wall breaches have resulted in configurations consisting of a bowed shape to near linear uniform displacement at a width of 2,000 ft (see Section 4.4). This indicates that the northern bowed floodwall section of the South Breach occurred independently and yielded first without the presence of overtopping and any induced washout. Therefore, the area of the back scour/erosion is expected to be in the initial failure area. And, is associated with the exhumed bowed wall segment and from flow around the induced rotation/displacement of the floodwall from barge impact.

The southern uniformly displaced segment yielded subsequently from barge collision(s) and prior to the vessel being propelled southward into the now twisted end of the south breach. The force of the barge sheared off the top part of the reinforced concrete floodwall at the end and "coiled" the adjacent southern monoliths (see Sections 4.2 and 4.3). The shearing at the construction joint is consistent of with the joint elevation, barge draft, and expected surge level.

Moreover, it does not appear likely that the barge was "drawn into the breach". This would have required that the floodwall had already been displaced out of the ground and the reported violent on rush of floodwater (see Table 3.1) was already flowing into the Lower 9th Ward. This would be inconsistent with the impact-like noises in the vicinity of the breach which were heard prior to the violent flooding. Also, if the barge was moving southward as indicated by the damage at the south end it would have flowed into the 9th Ward somewhere along the 850 ft breach before reaching the south end with such force to shear the wall. Conversely, if the wall was considered yielding with little landside flow occurring prior to the barge reaching the wall it would not "draw" in the vessel. And, in fact, if this was the cause it would appear that there would have little resistance and the wall would have merely toppled over in lieu of shearing off the end. Therefore, it is not likely that the wall could not have been "drawn" into the breach".

6.0 POST-FAILURE INVESTIGATION BY OTHERS

6.1 Introduction

A review and evaluation of the IPET and ILIT failure analyses of the North and South Breaches were performed. In summary, ILIT contends that the North Breach was primarily the result of underseepage. Regarding the North Breach, ILIT contends that the possible seepage induced failure mechanisms are:

"1. Seepage erosion and piping due to excessive exit gradients at the inboard toe.

 2. Hydraulic uplift or "blowout" at the inboard toe.

 3. Translational stability failure, as a result of reduction in strength of the foundation soils at the inboard side due to underseepage-induced pore pressure increases" (p. 6-18).

In response to ILIT's seepage concerns, IPET stated: "Because the unrealistic permeability assigned to the marsh material for the NSF-Berkeley (ILIT) seepage analyses was at least 1,000 times too high, the results of the seepage analyses described in that report do not reflect the real seepage conditions in the field. Because it was assigned such a high permeability, the marsh layer appeared in those analyses to have very low resistance to seepage, and to respond very quickly to the rise in canal water level. This behavior is not consistent with the actual behavior of marsh material and peat, especially when consolidated under the weight of the levees" (IPET p. V-17-39).

IPET determined that there was no overtopping when the North Breach occurred, yet considered that a hydrostatic gap was present to the tip of the sheetpile. IPET concluded based on their analyses that the canal water level at the time of failure was sufficiently high enough on the floodwall to cause failure. ILIT's comments on IPET's conclusion was that IPET under-estimated certain soil strengths and that when appropriate values were included in the IPET analysis it was "not likely" that such a failure would result (p. 6-19).

For the South Breach, ILIT's failure analyses again determined that the main cause for the failure was underseepage. ILIT stated the same possible seepage-induced mechanisms given above as for the North Breach. Again, IPET disagreed with this conclusion, again citing that the assumed marsh permeability was too great.

For the South Breach, IPET concluded that, at the time of failure, there was significant scouring of the protection-side levee due to overtopping. In other words, at the time of failure there was sufficient time to develop the scour and, therefore would be at some time after the canal water elevation overtopped the top of the wall at 12.5 ft NAVD88 (see Figure 3.4). However, the failure clearly occurred before this time (see Section 3.5). Based on their failure analyses, IPET again considered a full hydrostatic gap between the levee and sheetpile, pushing laterally against the land side soil. As a result of their failure investigation, IPET stated: "the IPET slope stability analysis for the I-wall at the east bank IHNC at south breach show it to be stable, with water to the top of the wall, one would have to conclude that the most plausible explanation for the breach is scour of the protected side support of the I-wall from overtopping" (p. V-17-39).

After analyzing the effect that the scour would have on the floodwall stability, ILIT concluded: "The scoured trench behind the floodwall did contribute a bit to the enhancement of lateral displacement (and resultant water-filled gapping) on the outboard side, but it does not appear to have been the principal factor at this failure and breach site" (p. 6-11).

As can be seen from the above, ILIT concluded that both the North and South Breaches were related to severe seepage from the hurricane induced surge. These seepage analyses are reviewed below in Section 6.2. Also as discussed above, IPET determined the cause of failure for both of the project breaches based on stability analyses, and reduction in floodwall resistance at South Breach from overtopping scour. These limit-equilibrium stability analyses are discussed below in Section 6.3.

6.2 ILIT Seepage Analyses

6.2.1 General

ILIT performed seepage analyses for the North and South Breaches to show that the high hydraulic gradients at the toe of the levee induced by seepage through the marsh layer, caused the failures along the east bank of the Inner Harbor Navigation Canal (IHNC). In the summary, ILIT stated in Section 6.5 of their report: "The two large breaches at the east bank of the IHNC (at the west end of the Lower Ninth Ward) both appear to have resulted not from overtopping, but rather from underseepage beneath the inadequately deep sheetpile curtains at these two sections." To best reproduce the ILIT results, MEA made a request for ILIT input/output files, but was told they were not available. Given the available information, MEA attempted to reproduce the ILIT results using the same code (Geostudio) to best understand the reported results. Moreover, the assumptions made by ILIT for modeling the North and South Breach are discussed below.

6.2.2 ILIT Elevation Conversions

The conversion between NAVD88 and MSL-ILIT is provided in the first paragraph of Section 6.1 of the ILIT report. The Elevation +3 ft MSL-ILIT is stated to be equivalent to +5 ft NAVD88. It appears the MSL datum used in the ILIT report is different from the MSL (NGVD29) datum which was used in as-built drawings for the floodwalls (see Section 2.0). Therefore, to avoid confusion the MSL used by ILIT is called MSL-ILIT in this report.

6.2.3 South and North Breach Model Assumptions in the ILIT Report

Wall length

Based on Figure 6.28 and Figure 6.33 of the ILIT report, the top and bottom elevations of the sheetpile are depicted at Elevations 13.5 and -8 ft MSL-ILIT, respectively. Therefore, the length of the sheet pile assumed was 21.5 ft.

Soil layers

The soil permeabilities from the ILIT report are given in Table 6.1. As for the waterfront fill, based on page 6-8 of the ILIT report, sandy fill was placed on the canal side of the levee raising the ground surface. However, in Figure 6.33 or 6.47, the color that represents this fill layer is different from the color that represents the fill on the top portion of the levee and also the sand layer at the bottom of the model. Also, the soil properties used for this layer were not clearly explained. Based on the flow pattern depicted in many of the ILIT model results the waterfront layer appears to have a lower permeability. It was consequently assumed to have the same K as the levee material.

Initial Groundwater Level On Both Sides of the Levee

In the ILIT report, there is no discussion of the initial groundwater elevations on the protected side or the canal side before Katrina. Also, in the seepage analyses conducted by ILIT, the assumed initial groundwater elevations were not provided.

Water Surge Elevations On the Canal Side

Page 6-12 of ILIT report states: "Transient flow analyses were performed in which canal water levels were raised progressively, beginning with assumed fully equilibrated ("steady state") conditions with a canal water elevation of about +5 ft (MSL) at 11:00 p.m. on the night of August 28 (after many hours of relatively slow surge rise to that level), then rising progressively to Elevation +9 ft (MSL) by about 3:30 a.m. on the morning of August 29, and then rising a bit more rapidly to Elevation +14.4 ft (MSL) by about 8:30 a.m. (It should be noted that the failure and breach occurred at about 7:45 a.m., but these transient flow analyses were carried forward to at least 9:00 a.m. to more fully examine progressive flow and pore pressure development.)" This surge history was based on the hydrograph shown in Figure 6.1.  MEA tested these surge-time history assumptions made by ILIT using the same surge data given in Figure 6.1. MEA conducted a steady-state seepage analysis using ILIT modeling assumptions for

TABLE 6.1 HYDRAULIC CONDUCTIVITY OF SOIL LAYERS

|  | Hydraulic Conductivity (ft/hr) |
|---|---|
| Fill (all) | 0.000117 |
| Upper Marsh | 1.1 |
| Upper CH | 0.0002 |
| OC Grey CH | 0.0002 |
| NC Grey CH | 0.0002 |
| Lower Marsh | 1.1 |
| Silt | 0.000117 |
| Lean Clay | 0.0002 |
| Sand | 1 |



Source: IPET Interim Report No. 2, April, 2006

FIGURE 6.1 HYDROGRAPHS SHOWING MEASURED (AND PHOTOGRAPHED) WATER LEVELS AT GAGE STATIONS ALONG THE INNER HARBOR NAVIGATION CANAL (IHNC)

North Breach model at 11:00 p.m. on August 28. Then, two types of analyses were performed for raising the water surge level: 1) raising the water level in every two hours and 2) raising the water level in three steps: a) from Elevation 1.5 ft to 5 ft NAVD88 during 12:00 a.m. to 9:00 p.m. on August 28, b) from Elevation 5 ft to 14.4 ft NAVD88 during 9:00 p.m. on August 28 to 9:00 a.m. on August 29, c) from Elevation 14.4 ft to 9.2 ft during 9:00 a.m. to 2:00 p.m. on August 29.

To evaluate the seepage effect over time, the location of Points 9 and 10, in the cross-section in Figure 6.2 were selected for pressure head and total head comparison. As can be seen in Figure 6.3 to 6.6, although the final pressure head and total head results are the same, the time history of these two types of analyses are totally different.

It is worth mentioning that the only results shown in the ILIT report are for the water surge Elevation 14.4 ft MSL-ILIT for "transient flow analyses". No information is provided by ILIT on how the "transient flow analyses" were conducted. It is assumed in the analyses below that ILIT consider a rate of increase in surge in lieu of time steps.

6.2.4 Evaluation of the ILIT Report Assumptions

<u>Datum</u>

In Figure 6.1, the hydrograph shows that at 11:00 p.m. on August 28, the water elevation is 4.9 ft NAVD88, which is equivalent to 2.9 ft MSL-ILIT. It also shows that at 3:30 a.m. on August 29 the water elevation is 8.7 ft NAVD88 (or 6.7 ft MSL-ILIT). The water elevation at 9:00 a.m. on August 29 is 14.2 ft NAVD88, (or 12.2 ft MSL-ILIT). Therefore, it seems that ILIT mixed together the MSL-ILIT and NAVD88 datums, resulting in vertical dimensioning problems. The water surge elevations assumed by ILIT in these analyses, however, appear to be based on NAVD88, and the geometry of the model is based on MSL-ILIT.



FIGURE 6.2 THE CROSS SECTION AND SOIL LAYERS OF IHNC LEVEE, NORTH BREACH



FIGURE 6.3 TOTAL HEAD WITH TIME COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 9 UNDERNEATH THE WALL



FIGURE 6.4 PRESSURE HEAD WITH TIME COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA
    FOR POINT 9 UNDERNEATH THE WALL



FIGURE 6.5 TOTAL HEAD COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 10 AT THE TOE OF THE LEVEE



FIGURE 6.6 PRESSURE HEAD COMPARISON OF TWO TYPES OF ANALYSES CONDUCTED BY MEA FOR POINT 10 AT THE TOE OF THE LEVEE

Wall Length

Based on Figure 6.28 and Figure 6.33 of the ILIT report, the top and bottom elevation the sheetpile are depicted at Elevations 13.5 and -8 ft MSL-ILIT, respectively. Therefore, the length of the sheetpile is 21.5 ft. However, based on Plate 12 of H-4-25157 as-built drawings (see Section 2.0), the top and bottom elevations of the wall are 15 and -8 ft MSL, which means the length of the wall should be 23 ft.

Overtopping of the Wall

Figure 6.18 of the ILIT report shows the hydrographs measured water levels at gage stations along the IHNC (see Figure 6.1). The highest water level recorded is 14.2 ft NAVD88 (2004.65), which based on the ILIT conversion should be equivalent to 12.2 MSL-ILIT, yet the top elevation of the wall shown in Figure 6.33 of the ILIT report for South Breach is at Elevation 13.5 ft MSL-ILIT. It is also not clear why the overtopping with water surge elevation of 14.4 ft MSL-ILIT is modeled, which is equivalent to Elevation 16.4 ft NAVD88.

Initial Groundwater Level Condition

The ILIT seepage model started from a steady state condition at 11 p.m. on August 28 (Elevation 5 ft MSL-ILIT). However, the hydrograph shows that the water elevation at 12:00 a.m. on August 28 was lower. Therefore, if using the hydrograph, it would have been more reasonable to commence the seepage analysis at the earliest time provided, i.e., 12 a.m. August 28.

In Figure 6.37 of the ILIT report, the exit gradient at the toe of the levee for the South Breach model was reported close to 1.0. Similar results were shown in Figure 6.51 of the ILIT report for the North Breach. However, in the seepage analysis conducted by MEA and using ILIT modeling assumptions and the same code, it was found that the exit gradient can vary *significantly* depending on what groundwater

elevation assumptions are made on the protected side of the levee during and before the water surge. The assumed groundwater elevations on the protected side of the levee were not provided in the ILIT report.

6.2.5 Reproduction of ILIT results - North Breach

Geometry and soil layers

The geometry and soil layers shown in Figure 6.47 of the ILIT report were used to model seepage analysis of the North Breach by MEA. Since there is no vertical scale given for the geometry, all vertical dimensions are calculated assuming the top and the bottom elevation of the wall are at Elevation 13.5 ft and Elevation -8 ft MSL-ILIT, respectively, as depicted in the South Breach model (ILIT Figure 6.33).

Material properties

Based on Figure 6.47, the soil profile from top to bottom consists of fill, CH, marsh, OC grey CH, NC grey CH, and sands. The soil properties are shown in Figure 6.47 of the ILIT report. The same soil layers and soil properties are used in MEA analysis, which are shown in Figure 6.2 and Table 6.1.

Initial water boundary condition

In the ILIT report, there is no information provided for the groundwater elevation that was used to model the steady-state seepage condition before Katrina. Based on the dashed line shown in Figure 6.51 of the ILIT report, the water level on the protected side of the levee was assumed at the ground surface beyond the upper toe of the levee in the MEA analysis. Based on the description on page 6-12 of the ILIT report, the initial water elevation on the canal side of the levee was assumed at Elevation +5 ft MSL-ILIT by MEA, as this is the water elevation at 11:00 p.m. on the night of August 28.

Water surge

Following the ILIT description given earlier, the water elevation was raised linearly to +9 ft MSL-ILIT by 3:30 a.m. on the morning of August 29 using transient seepage analysis. Finally, the water elevation was raised linearly to Elevation 14.4 ft MSL-ILIT by 8:30 a.m. on the morning of August 29 using transient seepage analysis. Raising the surge level linearly over time appeared to best represent the ILIT results.

Results

For the North Breach, the results of the analysis shown in ILIT Figures 6.49 and 6.50 depict horizontal flow in the marsh layer starting just from underneath the sheetpile wall. Based on these two figures, no flow is assumed in the upstream marsh and the only source of seepage was from flow along a gap created by the lateral deflection of the sheetpile. In Figure 6.51, ILIT appears to be combining the effect of the horizontal flow through the marsh layer and vertical flow along the sheetpile gap for a surge level of 14.4 ft MSL-ILIT (a resulting head of 6 ft above the levee crown and 11.9 ft above the levee toe). The combined effect is shown to have a hydraulic exit gradient 1.0 at the toe of the levee berm to 2.5 on the east side of the toe.

It should be noted that no gap was assumed for the south model. There was no explanation in the ILIT report for why a gap was assumed for the North Breach model and not for the South Breach.

It is difficult to fully compare the results of MEA analysis to ILIT for the North Breach because:

a)  Figures 6.49 and 6.50 of the ILIT report appear to be mislabeled and are the same plot with different captions (i.e. Flow net generation and pressure contours). This plot, however, appears to contain total head contours.

b) Figure 6.49 or 6.50 of the ILIT report were apparently a simulation conducted by assuming a gap developed between the wall and soil without waterfront loading. However, Figure 6.51 shows that the gap and waterfront loading were assumed in the North Breach model. It is not clear why the overall seepage pattern for mislabeled Figures 6.49 or 6.50 were different than what is shown on Figure 6.51 for the same cross-section. It is also unknown why the gap was assumed in the North Breach model and not in the South Breach model.

MEA assumed a gap between the wall and soil and waterfront loading in order to reproduce the ILIT results for the North Breach given in Figure 6.51. MEA determined that if the gap width is smaller than 2.5 inches and the gap is not developed from the levee crown all the way to the marsh layer, the water flow that passes through the gap would be ignorable. Therefore, the assumptions regarding the gap geometry are important for the purpose of seepage analysis.

Figure 6.7 shows generated pore pressures at different times and depths at the inboard toe of the North Breach at Location D. Location of Point D is shown in Figure 6.2. This figure shows similar results to Figure 6.54 of the ILIT report. Full quantitative comparison of the results for this figure was not possible because:

a) Location D for the North Breach model was not shown in the ILIT report. It was assumed by MEA that Location D for North Breach model is at the toe of the levee, similar to South Breach model shown in Figure 6.35 and 6.36.

b) It was not clearly explained in Figure 6.54 of the ILIT report what the "Depth" means (i.e., elevation or depth below ground surface).



FIGURE 6.7 PORE PRESSURE GENERATION AT DIFFERENT TIMES AND DEPTHS
AT THE INBOARD TOE OF THE NORTH BREACH

MEA assumed the depth indicated in Figure 6.54 of the ILIT report means the depth below Location D, as this definition provides consistent results. The solid lines in Figure 6.7 represent the porewater pressures at the steady-state condition if the full water surge of 14.4 ft was in place. The simulation demonstrates that the transient development of porewater pressure was controlled by high permeability assumed for the lower marsh layer. As can be seen in the figure, pressures reached to about 70% of the steady-state condition in less than six hours starting from 11 p.m. on August 28.

Figure 6.8 shows the total head contours for the North Breach model. The result from the MEA analysis is similar to the results shown in Figure 6.49 (mislabeled as flow net generation) of the ILIT report except for the number of head drops in the marsh layer. In Figure 6.49 of the ILIT report the head drops in the marsh layer show that in the distance of about 80 ft starting from the wall to the toe of the levee, 7 ft was dropped from the total head. Given the high permeability of 1.1 ft/hr (i.e., 9.17E-3 cm/sec) assumed for marsh layer, this amount of head drop does not seem reasonable (see Figure 6.8).

Figure 6.9 shows the pressure contours for the North Breach ILIT model. Because Figure 6.50 of the ILIT report, actually shows total head contours, instead of pressure head contours it was not possible to compare the results.

In Figure 6.10, the exit hydraulic gradients for the North Breach on IHNC are depicted. Figure 6.51 of the ILIT report shows the developed exit hydraulic gradient. This figure indicates that ILIT considered water loading along the waterfront. Therefore, water flow is observed through the lower marsh layer upstream of the levee. MEA attempted to reproduce this figure by assuming a gap and water loading along the waterfront. It appears a developed uniform gap of 1.3 ft wide dominates the flow direction and results in eastward flow from the floodwall to the downstream through the marsh. Also, from our modeling results, it was found that independent of whether the gap between the floodwall and soil developed, negligible eastward flow was observed through the upstream marsh layer despite the existence of water loading along



FIGURE 6.8 TOTAL HEAD CONTOURS FOR THE NORTH BREACH; STORM SURGE 14.4 FT MSL-ILIT. HEAD
CONTOURS AT 1-FOOT INTERVALS OF HEAD (ILIT)



FIGURE 6.9 THE PRESSURE HEAD CONTOURS FOR THE NORTH BREACH; STORM SURGE 14.4 FT MSL-ILIT (ILIT)



FIGURE 6.10 HYDRAULIC GRADIENTS FOR THE NORTH BREACH ON IHNC; STORM SURGE 14.4 FT MSL-ILIT (ILIT)

waterfront. Due to many uncertainties with the ILIT modeling assumptions, which were discussed earlier, no further attempt was made by MEA to reproduce the results produced in this ILIT figure.

6.2.6 Reproduction of ILIT Results - South Breach

<u>Geometry and soil layers</u>

In order to reproduce the ILIT models used for the seepage analyses, the geometry and soil layers shown in Figure 6.33 of the ILIT report were used to model seepage analysis performed at the South Breach.

<u>Material properties</u>

Based on Figure 6.33 and Figure 6.27, the soil profile from top to bottom consists of fill, upper CH, upper marsh, OC gray CH, lower marsh, silt, NC gray CH, lean clay and sands. The soil properties are shown in Figure 6.33 of the ILIT report. The same soil layers and soil properties were used in the MEA analyses, which are shown in Table 6.1 and Figure 6.11.

For the South Breach, the results of the analysis shown in Figures 6.35, 6.36, and 6.37 that show horizontal flow in the marsh layer started from a far distance upstream. This indicates that the waterfront fill layer was modeled as a low permeability material which is contradictory to the description of this fill as a sandy fill layer made by ILIT on page 6-8 and to what was used in the North Breach model. To reproduce the ILIT results, MEA used the same material of levee fill for waterfront fill layer (see Table 6.1).



FIGURE 6.11 THE CROSS SECTION AND SOIL LAYERS OF IHNC LEVEE, SOUTH BREACH

Initial Water Boundary Condition

In the ILIT report, there is no information provided for the groundwater elevation that was used to model the steady-state seepage condition before Katrina. Based on the dashed line shown in Figure 6.35 of ILIT report, the water level on the protected side of the levee was assumed at the ground surface beyond the upper toe of the levee in MEA analyses. Based on what was described in page 6-12 of ILIT report, the initial water elevation was assumed at Elevation +5 ft MSL-ILIT by MEA on the canal side of the levee. This water elevation corresponds to the surge elevation at 11:00 p.m. on the night of August 28. A steady-state seepage analysis was conducted by MEA for these described initial groundwater conditions.

Water Surge

The water elevation was raised linearly to Elevation +9 ft MSL-ILIT by 3:30 a.m. on the morning of August 29 using transient seepage analysis. Finally the water elevation was raised linearly to water Elevation 14.4 ft MSL-ILIT by 8:30 a.m. on the morning of August 29 using transient seepage analysis. Raising the surge level linearly over time seemed to best represent the ILIT results.

Results

Figure 6.12 shows generated porewater pressure at different times and depths at the inboard toe of the South Breach, Location D. The porewater pressures in this figure are slightly higher than the porewater pressures in Figure 6.39 of the ILIT report. It is worth mentioning that in Figure 6.39 the porewater pressure values for the depth of -5 ft below Location D are higher than for the depth of –8 ft below Location D and appears erroneous. They are not consistent with the results shown for the other depths.



FIGURE 6.12 PORE PRESSURE GENERATION AT DIFFERENT TIMES AND DEPTHS AT THE INBOARD TOE OF THE SOUTH BREACH

Figure 6.13 shows the total head for the South Breach, which is comparable to results shown in Figure 6.35 of ILIT report. South Breach was modeled without gap in the ILIT report. The total head contours shown in Figure 6.35 of the ILIT report are not labeled, so it is not possible to compare the results quantitatively.

Figure 6.14 shows the pressure head contours for the South Breach. The results of this figure are similar to the results shown in Figure 6.36 of the ILIT report.

Figure 6.15 shows the hydraulic gradient for the South Breach at storm surge of 14.4 ft MSL-ILIT in the transient analysis. The hydraulic gradients in Figure 6.37 of the ILIT report at the toe of the levee are about 1.0. However, the hydraulic gradients shown in Figure 6.15 are larger than 1.0 and are up to 2.6. This difference in the results is mainly due to initial water conditions and the groundwater level assumptions on the protected side of the levee. MEA conducted a series of analyses with different groundwater level assumptions on the protected side of the levee and concluded that the exit hydraulic gradient can be as low as 0.5 when the groundwater level is considered at 1.2 ft below ground surface in distance of 150 ft from the floodwall on the protected side of the levee.

6.2.7 Summary

MEA attempted to reproduce as close as possible the ILIT results for the North and South Breach of IHNC. Through this process many uncertainties about the ILIT modeling assumptions were recognized and discussed. The reproduced results are in general agreement with the ILIT results for the South Breach. The North Breach results could not be fully compared to the ILIT results due to unclear assumptions about the gap geometry and water loading along the waterfront. The conclusions of this study are:



FIGURE 6.13 TOTAL HEAD CONTOURS FOR THE SOUTH BREACH; STORM SURGE 14.4 FT MSL-ILIT. HEAD CONTOURS AT 1-FOOT INTERVALS OF HEAD (ILIT)



FIGURE 6.14 THE PRESSURE HEAD CONTOURS FOR THE SOUTH BREACH; STORM SURGE 14.4 FT
MSL-ILIT (ILIT)



FIGURE 6.15 HYDRAULIC GRADIENTS FOR THE SOUTH BREACH ON IHNC; STORM SURGE 14.4 FT
MSL-ILIT (ILIT)

- The very high permeability assumed for the marsh layer of 1.1 ft/hr controls underseepage, resulting in severe hydraulic gradients. Reducing this permeability value alone to an appropriate one as discussed in Section 5.3 in the ILIT North and South Breach models results in seepage becoming a non-issue.

- Given the high permeability of the marsh layer, it is unusual to have a large number of total head drops in the marsh layer, which are shown for the North Breach results in the ILIT report.

- Air photos in 2002 and 2004 (see Section 2.0) show water-filled trenches along the west toe of the levee at South Breach. Despite this shallow groundwater table adjacent to the floodwall there is no evidence of seepage problems.

- The back-calculated full hydrostatic gap of 1.3 ft apparently assumed by ILIT is unrealistic.

- Permeability of the waterfront fill layer is not clearly determined in the ILIT report. The figures showing the results of seepage analyses indicate that different permeability values were used for the waterfront fill layers for the North and South Breaches. This is inconsistent with this material described only as a sandy fill on page 6-8 of the ILIT report.

- Initial groundwater conditions are not provided and not discussed by ILIT, despite their important effect on the results of seepage analysis.

- Although on August 28 at 11:00 p.m. the water level on the canal side was higher than normal groundwater level, ILIT decided to start the seepage analysis assuming steady–state condition at that time. It would have been more reasonable to start the analysis at an earlier time, prior to the surge, at a lower elevation.

- It appears ILIT assumed a gap between the wall and soil for the North Breach; however, this was not assumed for the South Breach. No explanation was given, despite the dominant resulting flow exhibited with the ILIT gap present in the North Breach model.

- The width and length of the gap between soil and floodwall on the canal side has a significant effect on the seepage analysis; however, it was not discussed in the ILIT report.

- The errors in figures, captions, and labels presented in the ILIT report made the report confusing and the full comparison of ILIT and MEA seepage analyses impossible.

- The datum elevations used by ILIT are inconsistent with the datum elevations shown in design drawings. Furthermore, in many places the NAVD88 and MSL datum appear confused by ILIT.

- The wall length assumed by ILIT was about 1.5 ft shorter than the as-built.

6.3 IPET Limit Equilibrium Analyses

6.3.1 Model Assumptions

Geometry

The geometry used in limit equilibrium analysis is identical to the geometry used in the analysis in Figure 11-21 of the IPET final report. For three-dimensional analyses, no variation in geometry of soil layers perpendicular to the sliding direction was considered. For protection side of the levee, the crown width was taken at 7 ft at Elevation 6.5 ft NAVD88. The levee slopes for the North and South Breaches were modeled as 2.2:1 and 2.7:1, respectively.

Piezometric Conditions

In GDM3, the piezometric level on the protected side, was assumed at the ground surface. In the reported IPET post-failure analysis, no information is provided on the groundwater table, so a similar assumption was made for both the North and South Breach areas. The average elevation of ground surface on the protected side of the levee beyond the toe is at Elevation -8.10 NAVD88, shown in Figure 11-18 of the IPET report, and therefore the piezometric level is assumed at the Elevation -8.10 NAVD 88 on the protected side of the wall. This water elevation appears to be too low, but it was used in MEA analyses in order to reproduce the IPET post-failure results. The IPET piezometric level on the flood side of the wall was assumed to the top of the wall.

Soil Layers and Properties

In the IPET analysis, there are five soil layers assumed: Levee fill, Upper Marsh, Lower Marsh, Interdistributary Clay, and Relic Beach. The Relic Beach has unit weight of 120 pcf and friction angle 30° with zero cohesion based on IPET report, (p. V11-8, V11-32). The soil properties for other layers assumed in the IPET report are shown in Table 6.2 (p. V11-26, V11-27).  Table 6.2 and Figure 6.16 also depict the IPET soil strength parameters for the centerline, and the toe of the levee.

6.3.2 Reproduction of IPET Results-North and South Breaches
Soil Strengths

In attempting to reproduce IPET's results, the same type of failure analyses was performed (i.e., Spencer's Method). However, use of either set of the centerline or toe strength in Table 6.2 did not reproduce the IPET safety factors. Also, soil strength parameter values depicted on the reported slope analysis sheets appear

TABLE 6.2  ASSUMED IPET WET DENSITY AND SHEAR STRENGTH PARAMETERS

| Soil Layer | IPET paramaters for center line | | | IPET parameters for under the toe | | | Parameters required for reproducing IPET Safety Factors (RISF-S) | | | | Parameters required for reproducing IPET Safety Factors (RISF-N) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | El. (ft-NAVD88) | WD (pcf) | $S_u$(psf) | El. (ft-NAVD88) | WD (pcf) | $S_u$(psf) | El. (ft-NAVD88) | WD (pcf) | $S_u$(psf) | (%)[1] | El. (ft-NAVD88) | WD (pcf) | $S_u$(psf) | (%)[1] |
| Levee Fill | 7 | 109 | 500 | | | | 7 | | | | 7 | | | |
| | -2.8 | 109 | 500 | | | | -2.8 | 109 | 500 | | -2.8 | 109 | 500 | |
| Marsh 1 | -2.8 | 105 | 500 | -2.8 | 105 | 400 | -2.8 | 105 | 480 | 80 | -2.8 | 105 | 450 | 50 |
| | -8.8 | 105 | 500 | -14 | 105 | 400 | -8.8 | 105 | 480 | 80 | -8.8 | 105 | 450 | 50 |
| Marsh 2 | -8.8 | 80 | 300 | -14 | 80 | 200 | -8.8 | 80 | 280 | 80 | -8.8 | 80 | 250 | 50 |
| | -20.8 | 80 | 300 | -20 | 80 | 200 | -20.8 | 80 | 280 | 80 | -20.8 | 80 | 250 | 50 |
| Interdistributary Clay | -20.8 | 100 | 340[3] | -20 | 100 | 100[3] | -20.8 | 100 | 292[3] | 80 | -20.8 | 100 | 220[3] | 50 |
| | -50 | 100 | 591[3] | -50 | 100 | 351[3] | -50 | 100 | 543[3] | 80 | -50 | 100 | 471[3] | 50 |

1 $[(RISF\text{-}S)\text{-}(Su_{toe})]/[Su_{Centerline}\text{-}Su_{toe}]$

2 $[(RISF\text{-}N)\text{-}(Su_{toe})]/[Su_{Centerline}\text{-}Su_{toe}]$
3 A linear increase in strength with depth



FIGURE 6.16 UNDRAINED SHEAR STRENGTH WITH ELEVATION (NAVD88)

inappropriate and would not reproduce IPET calculated safety factors[1]. The soil strength (RISP) that were used by MEA to reproduce the safety factors reported in the IPET report for North and South Breach failures are also shown in Table 6.2 and Figure 6.16. The RISP-N soil strengths are 50% of the difference of centerline and toe strength to obtain the IPET safety factor.

While the RISP-N soil parameter provide almost identical safety factors calculated by IPET for North Breach, they underestimate by 15% the safety factors calculated by IPET for South Breach. The safety factors calculated for South Breach using RISP-N parameters for water elevations +10.5 ft and +12.5 ft are 1.00 and 0.94, respectively. Therefore, for the South Breach, the RISP-S soil strengths were introduced which are 80% of the difference of centerline and toe parameters. Conversely, use of an 80% factor at the North Breach results in a safety factor of 1.20 and 1.09 for water elevations +10.5 ft and +12.5 ft, respectively. It is unknown why higher strength soil parameters have to be used to reproduce the IPET safety factors for South Breach.

The comparison of safety factors calculated by IPET and MEA using Spencer's method are shown in Table 6.3. Bishop's simplified method was also used, and the safety factors were almost identical to Spencer's.[2]

---

[1] It should be noted that the shear strength parameter for interdistributary clay varies in depth. In MEA analyses, in order to simulate an increase in strength parameters with depth in CLARA, the interdistributary clay is subdivided to sublayers. The thickness of clay layers between Elevation -21 and Elevation -30 are 1 ft and below Elevation -30 are 2 ft. More subdivisions of clay layer did not influence the safety factor calculated via limit equilibrium analysis.

[2] Full development of the gap between sheetpile wall and the soil is assumed. Therefore, the full water depth from the elevation to the toe of the sheetpile is considered to impose horizontal pressure toward landside along the wall. Due to CLARA limitation in assigning more than 100 loads, the distributed load could not be used in the analysis. Therefore, the water load is assumed as resultant horizontal load along the wall depth and resultant vertical load along the ground surface on the flood side of the wall. The horizontal pressure acting on the levee imposed by water is applied at one-third of the height between the elevation of water (e.g., Elevation 10.5 or 12.5 ft NAVD88) and the bottom elevation of the wall (e.g. Elevation -10.5 NAVD88 for North Breach and South Breach). The resultant vertical pressure acting on the ground surface by water is applied in shorter intervals in proximity to the wall.

To compare the effect of vertical resultant force and distributed load on safety factor, various horizontal spacing in the sliding direction between resultant forces was tested in 2D analysis. It was concluded that

Hydrostatic Gap

The 2D model used by IPET to simulate North Breach failure where the water elevation is at Elevation +10.5 on the flood side, is shown in Figure 6.17. As can be seen in the figure a full gap is assumed at this time. The 2D model used by MEA to simulate the same analysis is shown in Figure 6.18. The 2D model used by IPET to simulate South Breach failure with the water elevation at +12.5 ft is shown in Figure 6.19. The 2D full gap model used by MEA to replicate the same simulation is shown in Figure 6.20. As can be seen in Figures 6.17 to 6.20, critical failure surfaces for IPET and MEA analyses are virtually identical. Two additional analyses are conducted to simulate the case that water elevation is 12.5 ft and 10.5 ft for North and South Breach failures, respectively.

Loading Conditions

In MEA 3D analyses, and as in IPET and MEA 2D limit equilibrium analyses, shown in Figure 6.17 to Figure 6.20, half of the levee on the flood side and the upper marsh layer above Elevation -10.5 ft NAVD88 is removed in the analyses and water pressure as resultant load imposed in vertical and horizontal directions on the ground surface and at the wall, respectively. [3]

---

if the interval between resultant vertical loads in proximity to the wall (10 ft from the wall) is less than 0.5 ft, the calculated safety factor using resultant force is essentially identical to safety factors calculated with distributed loads, with a difference of no more than 0.5% in safety factors. Since the loads at further distances from the wall are not contributing to the safety factor, no vertical resultant loads were used at distances greater than 10 ft from the wall on the flood side. In MEA analyses, the vertical loads on the flood side of the wall in the direction of sliding are applied at 0.25 ft intervals up to 10 ft from the wall. More decrease of horizontal spacing between vertical loads in the direction of sliding does not influence the calculated safety factor.

[3] The horizontal spacing perpendicular to the direction of the sliding for the resultant horizontal and vertical loads is assumed 10 feet. Based on a number of trials the change in horizontal spacing between the loads does not have any effect on calculated safety factor.

TABLE 6.3 COMPARISON OF SAFETY FACTORS CALCULATED BY IPET AND MEA
    IN 2D ANALYSIS

| Calculated Safety Factors | | | | |
|---|---|---|---|---|
| | Water El. 10.5 (NAVD88) | | Water El. 12.5 (NAVD88) | |
| Analysis | North Breach | South Breach | North Breach | South Breach |
| IPET | 1.027 | 1.180 | 0.960 | 1.102 |
| MEA | 1.03* | 1.18** | 0.96* | 1.10** |

*Using RISF-N soil parameters, shown in Table 6.3

**Using RISF-S soil parameters, shown  in Table 6.2



FIGURE 6.17 EAST BANK (NORTH BREACH), CASE 2, DESIGN CANAL WATER
              LEVEL = 10.5 FT (NAVD88), WITH CRACK, AFTER IPET – APPENDIX
              11



FIGURE 6.18 NORTH BREACH FAILURE, DESIGN WATER LEVEL = 10.5 FT (NAVD88), WITH CRACK, MEA ANALYSIS



FIGURE 6.19 EAST BANK (SOUTH BREACH), CASE 4, DESIGN CANAL WATER
LEVEL = 12.5 FT (NAVD88), WITH CRACK, AFTER IPET – APPENDIX
11



FIGURE 6.20 SOUTH BREACH FAILURE, DESIGN WATER LEVEL = 12.5 FT (NAVD88), WITH CRACK,
          MEA ANALYSIS

<u>Results</u>

The North and South Breach stability analyses were examined by changing some of the assumptions made individually and also collectively. The same methods of analysis were used to assess critical failure surfaces using CLARA. The results from these stability analyses are summarized in Table 6.4.

IPET stability 2D safety factor for water at the top of the wall for the North Breach was reported as 0.96, conservatively, considering a full hydrostatic gap without any protection side groundwater table along the wall. Doing the IPET 2D analysis, little change resulted when only the MEA levee slope was used with a SF equal to 0.98 (Case 3).

Based on the IPET presented data, the toe $S_u$ line used by IPET appears too low for materials below the marsh. Moving this line to best fit the data and using the back calculated levee-toe proportionality (RISF-N), the 2D safety factor becomes 1.01 (Case 5). But combining the slope, toe strength increase, and expected protection side GWT and gap conditions provided in Section 5.6.2, the SF increases to 1.33 (Case 9).

As noted, the failure of the North Breach was progressively north to south tumbling panel by panel (see Table 3.1 and Section 4.1). Considering a 3D failure, a SF of 1.67 (Case 1) and 1.25 (Case 2) resulted for one and two 30 ft. panels, respectively. For the effect of slope, toe strength increase and realistic hydraulic gap and GWT conditions the 3D SF increases to 2.13 (Case 7) (1 monolith) and 1.62 (Case 8) (2 monoliths).

Under the same IPET assumptions mentioned above, IPET determined the SF = 1.10 for the South Breach. For the South Breach, a similar examination of the IPET stability analysis was done. As can be seen in Table 6.4, an adjustment merely in the slope resulted in a SF equal to 1.14 (Case 4). If the toe strength was increased as for the North Breach, SF became 1.11 (Case 6). Considering the combined effect of the

TABLE 6.4 COMPUTED SAFETY FACTORS FOR STABILITY ANALYSES CONSIDERING DIFFERENT EXPECTED CONDITONS USING AS A BASIS THE IPET FAILURE ANALYSIS

| Case Number | Hydrostatic Gap | | GWT on protected side[1] | Slope of MEA | Shifted line for $Su_{toe}$ (IPET) | $2D^2$ | $3D^2$ | | IPET Cross-Section | | Water Surge El. (feet) | SF (Spencer) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | El. -5ft | EL. -10.5ft | | | | | 30 ft width | 60 ft width | NB | SB | | |
| 1 | | X | X | | | | X | | X | | 12.5 | 1.67 |
| 2 | | X | X | | | | | X | X | | 12.5 | 1.25 |
| 3 | | X | | X | | X | | | X | | 12.5 | 0.98 |
| 4 | | X | | X | | X | | | | X | 12.5 | 1.14 |
| 5 | | X | | | X | X | | | X | | 12.5 | 1.01 |
| 6 | | X | | | X | X | | | | X | 12.5 | 1.11 |
| 7 | X | | X | X | X | | X | | X | | 12.5 | 2.13 |
| 8 | X | | X | X | X | | | X | X | | 12.5 | 1.62 |
| 9 | X | | X | X | X | X | | | | X | 12.5 | 1.33 |
| 10 | X | | X | X | X | X | | | X | | 12.5 | 1.14 |

1. For North Breach the GWT = -1.0 ft el.
   For South Breach the GWT = -3.4 ft el.

2. 2D and 3D analyses were run using CLARA

slope, increased toe strength, as well as, a realistic hydraulic gradient and groundwater table (see Section 5.7.2) the SF increases to 1.33 (Case 9).

6.3.3 Summary

MEA attempted to reproduce the limit equilibrium stability analysis results reported by IPET, as the input for such analyses could not be found. With these results a parametric analysis was performed. The following summarizes this investigation.

- In order to achieve the same SF as IPET, the back calculated proportionality of the reported levee and toe strengths for the North and South Breaches were not the same as would be expected. For the North Breach, the RISF-equals 50% and for the South Breach it was 80%.

- Based on the reported toe data the assumed strength for clays below the marsh appeared too low. Appropriately increasing this strength to the data did not result in significant increase in SF. This may be due to the back-calculated levee-toe proportionality used.

- North Breach failure occurred gradually initiating north to south. The modified IPET analysis with combined slope, strength, gap, and groundwater effects result in more than adequate safety factor against localized 3D failure at the North Breach.

- Considering a more realistic hydrostatic gap and groundwater table conditions with the toe strength and slope adjustments resulted in SF of 1.14 (Case 10) and 1.33 (Case 9) for the North and South Breaches. Therefore, massive failures would not be expected with the modified IPET analysis during Katrina. Note that even with overtopping scour in adjacent section no significant reduction in protective height occurred.

- The protection side groundwater table can play a significant role in the limit equilibrium analysis, but IPET did not report or apparently consider it.

7.0 SUMMARY AND CONCLUSIONS

As requested by Mr. L. Wiedeman, Esq., of Wiedemann and Widemann, Marino Engineering Associates, Inc., (MEA) undertook an investigation of the cause(s) of failure of the North and South Breach areas along the Inner-Harbor Navigational Canal (IHNC) during Hurricane Katrina. The following are the findings from this investigation.

- North Breach and South Breach occurred in floodwalls along the east bank of the south segment of the IHNC (between Florida Ave. and Claiborne Ave.). The North Breach is about 250 ft long and exists between east-west streets Florida Ave. and Law Street, just south of the Florida Ave. Bridge. The South Breach is about 850 ft long and is between east-west streets N. Galvez St. and N. Prieur St.

- Prior to Katrina, the floodwalls along the south segment of the navigational canal consisted mainly of T-wall along the west bank and I-wall along the east bank. The I-wall is essentially made of steel sheetpile driven to a design depth, with upper floodwall of reinforced concrete. The steel sheets are embedded into the concrete to provide a structural connection (see Section 2.0).

- The constructed I-wall is based on the design analyses which considered seepage effects and lateral support of floodwater. The I-wall was not designed, however, for barge impact(s).

- Observations and reports related to failure of the I-wall areas were collected and summarized in Section 3.5 and Table 3.1. Based on reports of flooding, the North Breach occurred at about 6:00 am and the South Breach around 6:30 am. The North Breach was observed to gradually progress from north to south. The ultimate failure of the South Breach was evident by the violent rush of floodwater, as told by many of the unevacuated residents.

- Prior to the initiation of failure at the North Breach, it was reported that a "boom" was heard. The wall began to "tumble" panel by panel. A tip of a vessel likened to a barge was observed in the vicinity of the breach. Note that the only unmoored vessel present between the lowered Florida Ave. Bridge and the southern river lock was the ING4727 barge (see Section 5.6.3).

- As with the North Breach, some witnesses reported to have seen the ING4727 barge impacting or going through the wall at the South Breach. There were up to several "booms" heard towards the IHNC by a number of unevacuated residents. Violent shaking of houses, likened to an earthquake, was felt for sustained periods apparently after the "boom" sounds. Those closer to the breach area could also hear "grinding" or "banging" prior to flooding. After the impact noises were heard from the South Breach area, flooding occurred rapidly, tearing a number of homes from their foundation (see Section 5.7.3).

- The floodwall damage at the North Breach and South Breach is consistent with the above observations/reports. For the North Breach, the I-wall was torn out of the ground and twisted $270°$ to the south end of the breach (see Photo 4.10). To cause the sheetpile to be displaced out of the ground would require significant upper force on the wall, such as a barge impact. It should be noted that at the time of failure there was no overtopping and, thus, no significant backside scour to undermine the floodwall, although there is no evidence that if there was overtopping at the time of failure that undermining would result (see Sections 4.1 and 5.6.3).

- Because of the bowed and "linear" deformed layout of the displaced floodwall, it is likely that the failure occurred in two main stages (see Photo 4.24). Again, as with the North Breach, note that the floodwall has been

displaced out of the ground as much as 195 ft which would require an upward impact force on the wall.

- At the south end of the breach, the floodwall was literally sheared off (see Photo 4.35). This would clearly require a significant impact force from the ING4727 barge. Consequently, from the general nature of the damage, it appears there would have been several areas of impact (see Section 4.2). This is consistent with the number of impact-like noises heard and barge observations by those in the area.

- When examining other I-wall breaches, it becomes clear that another mechanism of failure is present along the east bank of the navigational canal. While at other I-wall breaches the floodwall remained in the ground and tended to settle and exhibit little concrete wall damage, the contrary was the case for the North and South Breaches (see Section 4.4). Moreover, several of these other I-wall breaches, where the protection level was reduced from tilting, contained significant washout of the levee on the inboard side from overtopping. At the time of failure, however, no overtopping would be expected at the North and South Breaches. There are other salient differences in the other I-wall breaches. These are discussed in Section 4.0.

- Other non-barge related mechanisms of failure were also investigated. These investigations involved the potential for seepage-induced instability and the potential for instability of floodwall-levee system from the surge loading. In order to perform these analyses, all the available relevant data on the wall, topography, and soil and groundwater conditions were collected. This information was summarized and analyzed in Sections 5.1 to 5.5 and used in the models to assess the seepage and stability associated with the I-wall system in Sections 5.6 and 5.7.

- The potential for significant seepage to result under the floodwall during the storm was assessed for both the North Breach (see Section 5.6.1) and South Breach (see Section 5.7.1). Based on the modeled conditions for both the North and South Breaches, the permabilities of the subsoils are too low to allow surge seepage pressures to reach the earth on the supporting (protection) side during the limited time of the storm induced surge. Consequently, seepage-induced instability was not a factor.

- The capability of the floodwall-levee system to laterally hold back the water pressure on the wall was also checked. The analyses and results for the North and South Breaches are given in Sections 5.6.2 and 5.7.2, respectively. Because the North Breach began at the north end, localized yielding at the time of the failure was evaluated. Based on this analysis, such a failure was not likely. Moreover, a stability analysis was done to determine if this floodwall area would have eventually failed at the maximum retained water height during the hours of the storm surge. This analysis also indicated that failure at this time was not likely.

- For the South Breach, stability analyses were performed for both the water surge at the time of failure and the ultimate loading. In both cases, a stability failure from retained surge water was not likely for the realistic conditions assumed at the time of failure.

- Given the above seepage and stability results, observations/reports during the time of the catastrophe, and the nature of the floodwall damage, the ING4727 barge was the essential cause for the North and South I-wall Breaches.

- Also provided in this report is an examination of studies performed by IPET and ILIT into the cause(s) of the subject breaches. This can be found in Section 6.0 of this report. In summary, ILIT opined that severe

underseepage occurred by the hours of the storm, inducing instability on the protection side. During the short duration of the storm, this requires high soil permeability, which is not present. IPET contends the failure is related to lateral instability of the floodwall, but this mechanism assumes the wall moved laterally with the ground. This did not occur, as the floodwalls were displaced out of the ground up to 195 ft.

- It should be noted that additional findings may come to light with the acquisition of data and ongoing investigation.

## 8.0 REFERENCES

ASCE, 2007, The New Orleans Hurricane Protection System: What Went Wrong and Why, American Society of Civil Engineers Report, 84 pp.

Bea, R.B. and D. Cobos-Roa, 2008, Analyses of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina, report prepared for Katrina Canal Breaches Consolidated Litigation, March, 2008, draft report.

Bieleck, E., and R. Lesser, 2005, Groundwater Characterization/Monitoring Report, Monitoring Period- April 2005, Inner Harbor Navigation Canal- East Bank Industrial Area 1800-2500 Sarekote Rd., New Orleans, Louisiana Parish: Orleans, AI-1393 Report to USACE- Tulsa District, Total Environmental Restoration Contract, DACA56-94-D-0021 Task Order #0026. Prepared by Washington Group International.

Cazzuffi, D., and E. Crippa, 2005, Contribution of Vegetation to Slope Stability: An Overview of Experimental Studies Carried Out On Different Types of Plants, Geotechnical Special Publication, (130-142), p. 1617-1628

Docker, B.B. and T.C.T. Hubble, 2008, Quantifying Root-Reinforcement at River Bank Soils by Four Australian Tree Species, Geomorphology, Volume 100, Issue 3-4, p. 401-418.

Haji Ali F., O. Normaniza, 2008, Shear Strength of A Soil Containing Vegetation Roots, Soils and Foundations, Vol. 48, n(4), p. 587-596.

Jackson, R.B., June, 1988, E-99 Sheet Pile Wall, Field Load Test Report, Technical Paper No. 1, prepared for US Army Corps of Engineers.

Mesri, G., 1987, Fourth Law of Soil Mechanics: A Law of Compressibility. Proceedings of International Symposium on Geotechnical Engineering of Soft Soils, Vol. 2, M.J. Mendoza and L. Montanez, eds., Sociedad Mexicana de Suelos, Coyo Can, Mexico, p. 179-187.

Mesri, G., and M. Ajlouni, 2007, Engineering Properties of Fibrous Peat, Journal of Geotechnical and Geoenvironmental Engineering, Vol. 133, Issure 7, p. 850-866.

Terzaghi, K., R. B. Peck, and G. Mesri, 1996, Soil Mechanics in Engineering Practice, Third Edition, John Wiley & Son, Inc., 549 pp.

Yang Yong-hong, Zhang Jian-guo, Zhang Jian_huri, Liu Shu_zen, Wang Cheng-hua, and Xiao Qing-hua, 2005, Impacts of Soil Moisture Content and Vegetation on Shear Strength of Unsaturated Soil, Wuhan University, Journal of Natural Sciences, Vol. 10, No. 4.

Wu, T.M., and A. Watson, 1998, Insitu Shear Tests of Soil Block with Roots, Canadian Geotechnical Journal, Vol. 35, Issue 4, p. 579-590.

Wu, Tien, M., R.M., McOuber, R.T. Erb, and P.E. Beal, 1988, Study of Soil-Root Interaction, Journal of Geotechnical & Geoenvironmental Engineering, Vol. 114, Issue 12, p. 1351-1375.

Walters, D., 2009, Email on data from USGS 0738023321 Industrial Canal at I-10 at New Orleans, LA, djwalter@usgs.gov.

Westerlink, J., Ebersole, B., and Winer, H., 2006, Appendix E: Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity, IPET Report, Report dated February 21, 2006.