

The above photo shows the scour in the floodwall/levee oriented in the <u>West</u> to <u>East</u> direction

The photo alongside shows the scour of the floodwall/levee orientated in the North to South direction.

Note that the scour is significant regardless of the orientation of the floodwall/levee, and both floodwalls/levees are almost undisturbed.   (IHNC)







Floodwall/levee close to the location where barge ING 4727 impacted the floodwall.

Note that the floodwall is undisturbed despite of the scour. (IHNC)



Typical impact damage at the South end of the South breach.

The photo above is the area where the barge impacted the floodwall.

Note that the re-bars at a higher elevation are bent very Uniformly.



The photo alongside shows the re-bars in various orientations.   (IHNC)





Typical impact damage.

The top photo shows the uniform bending of the re-bars, while the bottom photo shows multiple orientation of re-bars. (IHNC)





Typical impact damage at the north breach.

The top photo shows the concrete panel just north of the North breach remained almost undisturbed, indicating that the hydrostatic pressure did not affect this portion of the seawall before the barge contacted the concrete panels immediately south of the undisturbed concrete panel.
If the hydrostatic pressure had created the North breach, the concrete panel shown in this photo should have been somewhat tilted.

The bottom photo also shows that the concrete panel immediately North of the North breach remained almost undisturbed.   (IHNC)





Repairs of the floodwall at the South breach of the IHNC.

The floodwall shown in the above 2 photos is a pre-Katrina concrete panel at the Southern end of the South breach.   (IHNC)





Repairs of the floodwall at the South breach of the IHNC.

The floodwall shown in these 2 photos is a pre-Katrina concrete panel at the Southern end of the South breach.   (IHNC)





Typical failure due to hydrostatic pressure only.

Note as the floodwall was relocated (pushed) landside by hydrostatic pressure (London Canal). The water stops (apparently made of polyvinyl chloride – PVC) failed and the sheet piles were stretched in tension. The concrete panels either tilted or were relocated inland almost without tilting. These are typical cases of hydrostatic pressure being the only cause. The concrete panels remained almost intact.





Typical failure due to hydrostatic pressure only.

Broken water stops and tilting of concrete panel.   (London Canal)





Typical failure due to hydrostatic pressure.

Concrete panels tilted and water stop broken on 17th Street Canal (top photo) and London Canal (bottom photo).

Almost no concrete was broken.





Typical failure due to hydrostatic pressure only.

Photos of concrete panels tilted due to hydrostatic pressure and broken water stop joint (London Canal).

Almost no concrete was broken.





Typical failure due to hydrostatic pressure only.

Broken water stop and tilting of some concrete panels. (London Canal)



Typical failure due to hydrostatic pressure only.

Broken water stop and tilted concrete panels.   (London Canal)





These photos show scrapes on the side about halfway between the light and loaded waterline and above the light waterline.





Photos showing scrapes on the side between light and loaded waterline.





Photos showing scrapes on the side.

19





Photos showing scrapes on the side.

20





Photos showing scrapes on the side.





Photos showing scrapes on the side.