# STUDY AREA DIGITAL ORTHOPHOTOGRAPH







LOUISIANA

**EXHIBIT 1**

CivilTech Engineering, Inc.

Coordinate System:
Zone: UTM 15N
Datum: NAD 83
Cellsize: 1 meter by 1 meter

Data Collection: 10/15/2005 to 11/18/2005

Data Downloaded from
Atlas: The Louisiana Statewide GIS
http://atlas.lsu.edu

Mapped by CivilTech Engineering, Inc.

# IHNC TO PARIS RD PRE-KATRINA ORTHOPHOTOGRAPH







0   1,000   2,000 Feet

Coordinate System:
Zone: UTM 15N
Datum: NAD 83
Cellsize: 1 meter by 1 meter

Data Collection: 2004



LOUISIANA

Data Downloaded from
Atlas: The Louisiana Statewide GIS
http://atlas.lsu.edu

Mapped by CivilTech Engineering, Inc.

**EXHIBIT 2**

**CivilTech**
Engineering, Inc.