Case 2:05-cv-04182-SRD-JCW   Document 20405-58   Filed 08/30/11   Page 1 of 2

# IHNC TO PARIS RD KATRINA FLOOD AERIAL







LOUISIANA

Coordinate System:
Zone: UTM 15N
Datum: NAD 83

Data Collection: 8/31/2005 to 9/3/2005

Data Downloaded from
NOAA Remote Sensing Division
http://ngs.woc.noaa.gov/katrina/

Mapped by CivilTech Engineering, Inc.

**EXHIBIT 3**

**CivilTech Engineering, Inc.**

# IHNC TO PARIS RD POST-KATRINA ORTHOPHOTOGRAPH







0   1,000   2,000 Feet

Coordinate System:
Zone: UTM 15N
Datum: NAD 83
Cellsize: 1 meter by 1 meter

Data Collection: 2005 10/15 - 11/18



LOUISIANA

Data Downloaded from
Atlas: The Louisiana Statewide GIS
http://atlas.lsu.edu

Mapped by CivilTech Engineering, Inc.

**EXHIBIT 4**

**CivilTech Engineering, Inc.**