# LIDAR DIGITAL ELEVATION MODEL







0   1   2 Miles

Coordinate System:
UTM 15N NAD 83 Datum
XY in Meters
Z in Feet

Data Collection: 2002

Data Downloaded From
Atlas: The Louisiana Statewide GIS
http://atlas.lsu.edu



LOUISIANA

**Elevation in Feet (NAVD88 2004.65)**



-10 -8 -6 -4 -2 0 2 4 6 8 10

**EXHIBIT 5**

**CivilTech**
Engineering, Inc.

# STUDY AREA WORK MAP

EXHIBIT 6
CivilTech