1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4
5
6
7    IN RE:  KATRINA CANAL BREACHES    CIVIL ACTION
     CONSOLIDATED LITIGATION
8                                    NO. 05-4182
                                       "K" (2)
9
     PERTAINS TO:  BARGE              JUDGE DUVAL
10
                                     MAG. WILKINSON
11
12
     BOUTTE V. LAFARGE        05-5531
13   MUMFORD V. INGRAM        05-5724
     LAGARDE V. LARFARGE      06-5342
14   PERRY V. INGRAM          06-6299
     BENOIT V. LAFARGE        06-7516
15   PARFAIT FAMILY V. USA    07-3500
     LAFARGE V. USA           07-5178
16
17
18
19
20
21
        VIDEOTAPED DEPOSITION OF
22         MELVIN GERALD SPINKS,
     12702 Secret Forest Court, Cypress, Texas
23   77429, taken in the offices of Chaffe, McCall,
     2500 Energy Centre, 1100 Poydras Street, New
24   Orleans, Louisiana 70163, on Thursday, September
     25, 2008.
25

U.S. Dist. Ct. E.D. La.
No. 05-4182(K)(2) -- BARGE
DX 226

**2**

APPEARANCES:

WIEDEMANN & WIEDEMANN
(BY: LAWRENCE WIEDEMANN, ESQ.)
821 Baronne Street
New Orleans, Louisiana 70113
    ATTORNEYS FOR PLAINTIFFS

CHAFFE, MCCALL LLP
(BY: DEREK WALKER, ESQ.
    JOSEPH N. SUHAYDA, ESQ.)
2300 Energy Centre
New Orleans, Louisiana
    ATTORNEYS FOR LAFARGE NORTH AMERICA

GOODWIN PROCTER  LLP
(BY: MARK S. RAFFMAN, ESQ.
901 New York Avenue NW
Washington, D.C. 20001
    ATTORNEYS FOR LAFARGE NORTH AMERICA

SUTTERFIELD & WEBB
(BY: DANIEL A. WEBB, ESQ.)
650 Poydras Street
Suite 2715
New Orleans, Louisiana 70130
    ATTORNEYS FOR NY MAGIC

BURGLASS & TANKERSLEY
(BY: BEN RODGERS, ESQ.)
5213 Airline Drive
Metairie, Louisiana 70001
    ATTORNEYS FOR JEFFERSON PARISH

MCCRANIE, SISTRUNK
(BY: DARCY E. DECKER, ESQ.)
Suite 800
3445 North Causeway Blvd.
Metairie, Louisiana 70002
    ATTORNEYS FOR ORLEANS LEVEE DISTRICT

**3**

APPEARANCES CONTINUED:

DUPLASS, ZWAIN, BOURGEOIS, PFISTER &
WEINSTOCK
(BY: RYAN MALONE, ESQ.)
3838 North Causeway Blvd.
Suite 2900
Metairie, Louisiana 70002
    ATTORNEYS FOR EJLD AND LBLD

APPEARING ALSO PRESENT:

CHRISTOVICH & KEARNEY
(BY: CHRISTOPHER ALFIERI, ESQ.)
2300 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130

JOHN SHELANKO
PETER L. KEELEY

VIDEO BY:  GILLY DELOURMAY
    DEPO-VUE

REPORTED BY:  ROGER D. JOHNS, RMR, CRR, CSR
    Certified Court Reporter,
    State of Louisiana

**4**

## S T I P U L A T I O N

It is stipulated and agreed by and between counsel for the parties hereto
that the deposition of the aforementioned witness is hereby being taken under the Federal Rules of Civil Procedure, for all purposes, in accordance with law;

That the formality of reading and signing is specifically not waived;

That the formalities of certification and filing are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

* * * *

ROGER D. JOHNS, RDR, CRR Certified Court Reporter, for the State of Louisiana, officiated in administering the oath to the witness.

**5**

## I N D E X

                            PAGE
Exhibit 1................................. 20
Exhibit 2................................. 22
Exhibit Number 3......................... 135
Exhibit 4............................... 148
Exhibit 5............................... 229
Exhibit 6............................... 231

EXAMINATION BY MR. RAFFMAN:................ 8
EXAMINATION BY MR. WIEDEMANN:............. 236
EXAMINATION BY MR. RAFFMAN:............... 241

**6**

```
1         MELVIN GERALD SPINKS,
2   12702 Secret Forest Court, Cypress, Texas
3   77429, after having been duly sworn by the
4   before-mentioned court reporter, did testify
5   as follows:
6       MR. WIEDEMANN:
7         Let the record reflect that Mr.
8   Spinks' deposition is being taken in
9   connection with the class
10  certification aspect of the case, and
11  he is one of the five witnesses
12  designated by the PSLC in accordance
13  with the Court's instructions and
14  limitations.  And he reserves the
15  right to supplement and amend his
16  report to be submitted at the
17  liability phase of the case, and we
18  reserve all rights in that regard.
19  And we will require Mr. Spinks to read
20  and sign the deposition.
21      MR. RAFFMAN:
22        Thank you, Mr. Wiedemann.
23        Before we begin, something you
24  said causes me to want to clarify.
25  You mentioned five witnesses for the
```

**7**

```
1   purpose of class certification.  Are
2   you referring to five expert
3   witnesses?
4       MR. WIEDEMANN:
5         Yes.  Yes.
6       MR. RAFFMAN:
7         If I understood correctly, the
8   Plaintiffs have withdrawn Dr. Weisler,
9   the psychiatry expert.  Am I right?
10      MR. WIEDEMANN:
11        I was referring to the Court's
12  restriction originally, which was five
13  witnesses.
14      MR. RAFFMAN:
15        Okay.
16      MR. WIEDEMANN:
17        He's one of the five.
18      MR. RAFFMAN:
19        Right.
20      MR. WIEDEMANN:
21        And that's irrelevant for his
22  deposition.
23      MR. RAFFMAN:
24        But I did want to make sure I
25  understood, because if Dr. Weisler had
```

**8**

```
    not been withdrawn, then I need to
    notice his deposition.  You have
    withdrawn Dr. Weisler?
        MR. WIEDEMANN:
          That's my understanding.
        MR. RAFFMAN:
          Okay.
        MR. WIEDEMANN:
          Yes.
        MR. RAFFMAN:
          Thank you.
        MR. WIEDEMANN:
          Very well.  Then let's proceed.
          Counsel have agreed that when the
    videographer arrives, we may adjourn
    the deposition briefly to allow the
    videographer to set up.
EXAMINATION BY MR. RAFFMAN:
    Q.  So, Mr. Spinks, we will do that when
the videographer arrives.  That should be
shortly.
        MR. WIEDEMANN:
          Yes, we made that -- we were here
    for the deposition start at 10:30.
    It's now ten minutes to 11:00.  In the
```

**9**

```
    interest of Mr. Spinks' time, we agree
    that will take place.
        MR. RAFFMAN:
          And we thank you for your
    courtesy.
EXAMINATION BY MR. RAFFMAN:
    Q.  Mr. Spinks, have you ever given a
deposition before?
    A.  Yes, sir.
    Q.  On how many occasions?
    A.  It's probably a guess, but maybe
five or six depositions.  I can look back on
my resume.
    Q.  When was the last time you gave a
deposition?
    A.  Probably close to Thanksgiving of
'06.
    Q.  All your other depositions were in a
capacity as an expert witness?  Am I right?
    A.  Yes.
    Q.  Let me go through some of the rules
of the road.  If it's old hat to you, at least
we'll try to get through it quickly.  But you
understand that you are under oath as if
you're testifying in a court of law?
```

10

1  A. Yes.
2  Q. And the Court Reporter will take
3  down the words as you speak them and take down
4  my questions as I speak them. So you
5  understand you need to speak audibly so the
6  Court Reporter can hear you.
7  A. Yes.
8  Q. You understand that you and I both
9  need to try not to interrupt each other or
10  talk over each other, but, rather, speak one
11  at a time so the Court Reporter can do his
12  job?
13  A. Yes.
14  Q. For my benefit and for the benefit
15  of the Court Reporter and for the other folks
16  who are in the room, will you try to keep your
17  voice up so you can be heard?
18  A. Yes.
19  Q. If you don't understand a question
20  that I have asked, will you ask me to clarify
21  the question?
22  A. Yes.
23  Q. If you remember something during the
24  course of the day that you want to add to an
25  answer you already gave, will you interrupt to

11

1  add that to your answer?
2  A. Yes.
3  Q. Have you taken any medications,
4  alcohol, or drugs or anything else that would
5  interfere with your ability to testify
6  truthfully, accurately, and to the best of
7  your ability today?
8  A. No.
9  Q. What is your work address?
10  A. 12 -- I'm sorry. 11821 Telge, T E L
11  G E, Road, Cypress, Texas 77429.
12  Q. By whom are you employed?
13  A. CivilTech Engineering, Inc.
14  Q. Are you an owner or a part owner of
15  that company?
16  A. I am the owner.
17  Q. Are there any other owners?
18  A. No.
19  Q. How many persons are employed by
20  CivilTech Engineering, Inc.?
21  A. Approximately 32.
22  Q. What did you do to prepare for the
23  deposition today?
24  A. I basically reviewed the report that
25  was published that's sitting in front of me.

12

1  Q. Did you review anything apart from
2  your -- Well, let me go back. The report that
3  you have described is the report that you
4  submitted for the Plaintiffs in this case in
5  June of 2008?
6  A. Correct.
7  Q. Apart from reading your report, did
8  you review any other documents to prepare for
9  your deposition today?
10  A. Just the items that, again, are in
11  my report and some of the -- probably some of
12  the -- just other items around my report. But
13  no.
14  Q. When you say the other items around
15  your report, are you referring to the
16  exhibits?
17  A. Some of the exhibits, yes, some of
18  the IPET's reports that we've had. There are
19  some notes that I have made myself.
20  Q. The notes that you made, did they
21  refresh your recollection for the purposes of
22  testimony?
23  A. I guess, yes.
24  Q. May we see those notes, please?
25  A. (Witness hands document to

13

1  Counsel.)
2      MR. RAFFIN:
3          I am going to ask to be permitted
4      to make a copy of these notes so we
5      can examine the witness about them
6      later in the deposition if we decide
7      it's appropriate.
8  EXAMINATION BY MR. RAFFIN:
9  Q. Apart from the report itself
10  together with any exhibits and attachments,
11  and IPET reports and the notes you made, did
12  you review any other documents to prepare for
13  your deposition?
14  A. No.
15  Q. Have you met with anybody to prepare
16  for your deposition?
17  A. I met with Mr. Wiedemann yesterday.
18  Q. For how long?
19  A. Probably about two to three hours.
20  Q. Was anyone else present?
21  A. We had a phone conversation with
22  Scott.
23  Q. Was that Scott Leviant?
24  A. Yes.
25  Q. What did you discuss in preparing

4 (Pages 10 to 13)

14

1  for the deposition?
2      A.  Mr. Wiedemann and I basically went
3  over just the report, some of the information
4  within the report.
5      Q.  When were you first retained to
6  assist the Plaintiffs in this matter?
7      A.  I want to say somewhere around
8  February of '08.  January or February of '08.
9      Q.  By whom were you retained?
10     A.  By Mr. Larry Wiedemann.
11     Q.  Who made the first call or contact?
12     A.  Mr. Wiedemann I believe called us,
13 our office, at the request of another expert.
14     Q.  Who was that other expert?
15     A.  Ray Helmer.
16     Q.  Did you speak with Mr. Helmer before
17 you received a call from Mr. Wiedemann?
18     A.  Yes.
19     Q.  What did you and Mr. Helmer speak
20 about?
21     A.  He had -- I can't recall the
22 specific discussion that we had, but generally
23 there's a flooding of Katrina and that there
24 was a case involving the flood event; and
25 whether I would be interested, our firm would

15

1  be interested in looking at some of the
2  flooding issues related to Katrina.
3      Q.  What did you tell Mr. Helmer when he
4  called?
5      A.  That I would be willing to listen.
6      Q.  Had you worked with Mr. Helmer on
7  other matters in the past?
8      A.  Yes, we're colleagues.
9      Q.  And has Mr. Helmer referred you work
10 in the past?
11     A.  Probably so.
12     Q.  What did you and Mr. Wiedemann talk
13 about when he first called?
14     A.  I really don't remember.  I'm sure
15 just something about this case and the
16 flooding and whether our capabilities related
17 to looking at flooding related to this Katrina
18 case.
19     Q.  At some point were you given an
20 assignment by the Plaintiffs in this case?
21     A.  Yes, they came to my office to meet
22 with me to discuss more the specifics of the
23 case.
24     Q.  When did they come to your office?
25     A.  I don't know the exact date, but

16

1  it's probably in February.
2      Q.  Who was present?
3      A.  Mr. Wiedemann, I believe Brian
4  Gilbert, and Larry Wilson.  Ray Helmer.  I
5  believe that's it.
6      Q.  What did you talk about in that
7  first meeting?
8      A.  I don't know the specifics, but I'm
9  sure generally what the case was about, the
10 flooding of the Ninth Ward and St. Bernard
11 Parish, our capabilities related to looking at
12 this type of a case, our expertise.
13     Q.  During this first meeting did you
14 get an assignment from this team of lawyers?
15     A.  Yes.
16     Q.  What was that assignment?
17     A.  They would be interested in
18 retaining our firm to do the hydrologic and
19 hydraulic analysis of this -- of the flood
20 event within the Ninth Ward and St. Bernard
21 Parish.
22     Q.  What is hydrologic and hydraulic
23 analysis?
24     A.  Simulating the actual rainfall and
25 the flood waters within the area to study the

17

1  flood elevations that resulted from this
2  particular flood event, this hurricane.
3      Q.  Did you get any assignments at that
4  time related to the issue of class
5  certification?
6      A.  I believe we did talk about what
7  areas had flooded, at that time to believe to
8  have flooded due to the breaches along the
9  IHNC, and that they were pursuing a class of
10 that area.
11     Q.  When the lawyers met with you in
12 your office, what was the area that they told
13 you they believed had flooded due to the IHNC
14 breaches?
15     A.  They indicated, based on their
16 research, that in some of the testimonies,
17 depositions that they have taken, that they
18 believed that the area west of Paris Road was
19 close to what had flooded from the breach of
20 the IHNC.
21     Q.  Did they ask you to do research
22 directed at establishing that conclusion?
23     A.  No.
24     Q.  What did they ask you to do?
25     A.  They asked how would that be

18

1 studied, how could an engineer determine the
2 areas that would have been flooded due to
3 these breaches.
4   Q.  What did you tell them in response
5 to that question, if anything?
6   A.  I said we would need to do a very
7 comprehensive study in order to look at the
8 whole system, the entire St. Bernard Parish,
9 and that it would require some fairly
10 sophisticated hydrologic and hydraulic
11 modeling in order to determine the
12 contribution of waters and the timing of those
13 waters.
14   Q.  During this initial discussion you
15 had with the lawyers, did you have a
16 particular model or models in mind?
17   A.  No, not at that time.
18   Q.  What models had you worked with in
19 the past to carry out sophisticated hydrologic
20 and hydraulic modeling?
21   A.  We have worked with over the years a
22 series of different models for interior type
23 flooding, primarily using the Corps of
24 Engineers; they had a package at one time that
25 they supported on the interior flood

19

1 analysis.  We have used their HEC-1, their
2 HEC-2.  We have used HMS.  HEC-HMS.  HEC-RAS.
3   Q.  Are there any other models that you
4 had worked with in the past to carry out
5 sophisticated hydrologic and hydraulic
6 modeling apart from those Army Corps' HEC
7 models you have just mentioned?
8   A.  We have used XP SWIM.  We have used
9 UNET, U N E T.  There's probably some others
10 that my staff is very -- has been involved
11 with.  We looked into what particular tool we
12 believed would provide the best results and
13 did some detailed research into the various
14 models on the marketplace and determined Sobek
15 had the engine and the capability to really
16 look at this area.
17   Q.  Well, my question, Mr. Spinks, was
18 what models you had worked with in the past
19 before you undertook this assignment.  So to
20 be clear, you had not worked with the Sobek
21 model in the past before you took this
22 assignment; correct?
23   A.  No.
24   Q.  Let me ask it again, because it's a
25 bad question.  Had you ever worked with the

20

1 Sobek model before this assignment?
2   A.  No.
3   Q.  Let's mark this as Exhibit 1.
4     Mr. Spinks, the Court Reporter has
5 handed your Counsel, your Counsel will now
6 hand you, what has been marked as Spinks
7 Exhibit 1.  Can you identify Spinks Exhibit 1
8 as the notes that you reviewed to prepare for
9 this deposition?
10   A.  Yes, part of the information that I
11 have looked at in preparation for this
12 deposition.
13   Q.  This is one of the things you looked
14 at; correct?
15   A.  Correct.  Including my report.
16   Q.  Right.  These are notes that you
17 prepared; correct?
18   A.  My staff prepared.
19   Q.  What did you and your staff do to
20 carry out your assignment to look at the
21 hydrologic and hydraulic issues pertinent to
22 this case?
23   A.  We performed a comprehensive study.
24   Q.  What tasks were involved in
25 performing that comprehensive study?

21

1   A.  There was a multitude of tasks that
2 involved development of a study like this.
3 Typically first and foremost, you have to go
4 through the research of available information
5 that's out there related to the flooding.
6 Then you have to go through data collection to
7 see what data may be available or what data
8 you have to obtain.  Third, you have to define
9 what type of analysis will be performed.  Then
10 you would perform the analysis.  Then you
11 would report your conclusions, your findings.
12   Q.  Have you now fully described the
13 tasks that go into the carrying out of a
14 comprehensive study?
15   A.  The process, yes.
16   Q.  All right.  What available
17 information did you research, the first step
18 as you describe it?
19   A.  It's documented within our report as
20 referenced.  I would be remiss if I were to
21 try to tell you every piece of item of
22 information we went through, because there's
23 an extensive amount of material that's
24 available on Katrina.  But as it's referenced,
25 I mean, some of the primary pieces of

22

1  information included an IPET, Interagency
2  Performance Evaluation Task Force, report,
3  Team Louisiana's report and documents, and
4  ILIT study report.  But again, there's a lot
5  of references to various pieces of material.
6      Q.  If I want to know what information
7  you researched to conduct your comprehensive
8  study, I can look in your report and the
9  references and find a complete list; correct?
10     A.  You can look in the references and
11 there's also a section within the report that
12 we have identified where we obtained data
13 from.
14     Q.  All right.  Exhibit 2.
15         The Court Reporter has handed you
16 what has been marked as Exhibit 2 to your
17 deposition.  Do you recognize it as the body
18 of your expert opinion report in this case?
19     A.  It appears to be, yes.
20     Q.  Can you tell me where in this report
21 you have the section that identifies where you
22 obtained the data from?
23     A.  Yes.  If you go to page 9, under
24 "Previous investigative studies", you'll see
25 three reports referenced there.  That includes

23

1  all their volumes.  There's also a study
2  referenced as the Polder Flood Simulations
3  Study for Greater New Orleans.  That's
4  referenced in that section.  You go to page
5  12, under "Data collection", you will see a
6  whole list of information data that we
7  collected for the study.
8          If you also go to the references
9  on page 30, you'll see various things that we
10 looked at and are referenced within our
11 report.  I'm sure there's other items of
12 information that we have reference to, maybe
13 modeling information, model documentation.
14 Just when you run a model, you have model
15 information.  Not specific to Katrina, but to
16 the model.
17     Q.  Of all the things that you have just
18 listed, every one of them was referenced in
19 your report except the last.  Am I right?
20     A.  I believe it's all referenced in
21 there.
22     Q.  All right.
23     A.  Even the model.
24     Q.  The last item, the model
25 information, what model information did you

24

1  use or rely on?
2      A.  As described in my report, Sobek.
3      Q.  Describe the process by which you
4  came to choose the Sobek model as the one to
5  run for this project.
6      A.  We did quite a bit of different
7  research into various one- and two-dimensional
8  models.  We looked at the Corps HMS and
9  HEC-RAS model as an option.  Very similar to
10 IPET's information.  We looked at a program
11 called MIKE FLOOD, M I K E.  We looked at
12 Sobek.  Our interest was because of the
13 university study that was using Sobek, and we
14 were actually using Sobek not as our firm, but
15 within an agency that we worked with called
16 the Harris County Flood Control District, on
17 some weir overflows.  Some two-dimensional
18 modeling.  And we went through the
19 capabilities of each of the models, the
20 engines that drive them, and what would be the
21 most efficient way of looking at the breaches,
22 the overtopping, the interior flooding and the
23 timing.  We felt that Sobek was probably one
24 of the best models in order to look at that.
25     Q.  When you say "efficient", what did

25

1  you mean by that?
2      A.  Any time you run models, there's a
3  -- there's a process by which you have to
4  look at the hydrology and the hydraulics of a
5  system.  And if you are looking at, let's say,
6  the Corps HMS and HEC-RAS model, you have to
7  separate the two components, the hydrology and
8  the hydraulics, and go through a trial and
9  error process to look at the overall event and
10 how particular items such as the --the
11 overtopping or the weirs are working.  Sobek
12 has an engine that includes both of those
13 processes within it.  HEC-RAS, their own state
14 study models is pretty good right now.  But we
15 felt the engine within Sobek was a lot more
16 capable.
17     Q.  Did the fact that the Dutch team
18 under Kok had performed a study using Sobek
19 influence your decision to use that model?
20     A.  I don't know if it influenced us.
21 Certainly we wanted to look at what some of
22 the best technology was that's out there.  We
23 saw IPET's work as well.  I think we were very
24 interested in its capability.  It's a very
25 expensive program.  It has a lot of

26

1  capability.
2      Q.   What is the difference between
3  hydrology and hydraulics?
4      A.   Hydrology is basically the study of
5  water, of rainfall, determining how much
6  rainfall, precipitation and the flow onto the
7  land that comes to the land, to a river system
8  from a watershed.  Hydraulics is the study of,
9  once the water is on the land, where it goes,
10 how high it may get, the extent of flooding.
11     Q.   When you said Sobek included both
12 processes, are those the two processes you
13 were referring to?
14     A.   Yes.
15     Q.   Is it your testimony that the other
16 models you studied do not include both
17 processes?
18     A.   Not necessarily.
19     Q.   Some of the models you studied might
20 include both processes?
21     A.   Not as an overall package unit, but
22 yes, I mean, they have capability, yes, as
23 well.
24     Q.   You said the second step in your
25 process was to obtain data.  Am I right?

27

1      A.   Correct.
2      Q.   Does your report describe the
3  process you used to obtain the data that you
4  relied upon in the report?
5      A.   We talk about data collection, yes.
6      Q.   A third step in your process is to
7  define the analyses as you've testified
8  earlier.  Describe what you mean by defining
9  the analysis.
10     A.   Basically the model that we'll be
11 using, the selection of the model, the
12 parameters that the model include in it, which
13 is documented within our report.
14     Q.   So the purpose of defining the
15 analysis is to select how you are going to go
16 about analyzing the hydraulic -- hydrology and
17 hydraulic processes you have described?
18     A.   Yes, it's what the simulation will
19 include, what type of analysis will we be
20 looking at.
21     Q.   And the fourth task is actually to
22 go ahead and perform the analysis?
23     A.   That's correct.
24     Q.   That involves running the model?
25     A.   Populating the model, getting all

28

1  the information that we have been able to
2  gather into the model, going through a
3  verification of the model and a validation of
4  it.
5      Q.   Describe for me at a general level
6  how a model works.
7      A.   A model, it's a mathematical program
8  that you're going to look at a real world
9  condition with, and its job and your job is to
10 define parameters that are required within the
11 model as best as you can physically describe
12 them and see if a model is capable of
13 predicting the conditions that existed.  It's
14 where you can go through a verification.
15     Q.   Would you agree with me that you
16 don't want to verify a model by reference to
17 the same data that you used to input into the
18 model in the first place?
19     A.   I'm not sure if I understand your
20 question there.
21     Q.   If you want to verify a model, what
22 do you do to verify a model?
23     A.   Well, a model is going to produce
24 some sort of results.  As an example, maybe it
25 produces a high water -- a level of water

29

1  elevation at a certain time.  You know, what
2  you want to do is to go to -- maybe there's a
3  photographic time stamped photograph of what
4  the water level is somewhere at that time and
5  to be able to see if it represented or
6  produced that particular water level at that
7  time.  That's the validation.
8      Q.   And if that photograph was used as
9  an input to begin the process, what's your
10 view about whether that verification is valid
11 or not?
12     A.   I don't believe it would be as an
13 input to the model.
14     Q.   What you're saying is that the
15 verification ought to proceed based on data
16 points that are independent of the data that
17 you plug into the model itself.  Right?
18     A.   Yes, certainly they're different.  I
19 mean, model information that you put into it
20 is actual physical information.  It's measured
21 information, whether -- in this case it's
22 maybe a surge hydrograph on the exterior,
23 maybe rainfall that you put into it.  You may
24 put topography, the ground's topography within
25 the model.  Various -- the breach, how the

30

1  breach -- or the dimensions of the breach.
2  And so that particular high water mark would
3  be an input to the model.  It's a result
4  compared to those numbers.
5      Q.   Right.  And so by the same token, if
6  you select a time for a breach based on a
7  witness's testimony about water appearing in a
8  certain place, you wouldn't validate or verify
9  the model based on the results produced by the
10  model showing that there's water at that place
11  at that time; right?
12      A.   You would take in quite a bit of
13  information; that yes, that's one of the
14  things that you verify the model's capability
15  with.
16      Q.   Let me ask you what -- as you put
17  data into the model, is all the input data
18  something that's objective and measurable?
19      A.   Most of it is measurable.
20      Q.   Are there any inputs that you
21  thought were not objective and measurable?
22      A.   In any type of modeling there's some
23  subjectivity to various parameters that you
24  put into the model.  Clearly as you just
25  mentioned, maybe breach timing, being you're

31

1  trying to validate when some of the breaches
2  may have occurred.  There's various pieces of
3  evidence that suggest these times and then you
4  would run the model in order to see if the
5  model would predict those times.
6      Q.   What are the inputs that you needed
7  to use to run the model?
8      A.   As described in our report, there's
9  a section in there that the model references,
10  you know, you -- the model's going to have
11  rainfall.  I can go through kind of a general,
12  but section 2.3 in the report, on page 13, the
13  model inputs there describe what we used to
14  input into this model.  A simulation period
15  represents the time of the storm.  Elevation
16  data represents the topography.  Rainfall
17  represents the rainfall during the storm.  The
18  breach information represents the levee
19  profiles.
20          You can see in the table there the
21  breach width, the type of wall, the elevation
22  before, after the breach, the time start.  You
23  have surge hydrographs, exterior.
24      Q.   I'll finish this line and then we'll
25  set up.

32

1          Are there other inputs to the
2  model that are not listed in section 2.3 of
3  your report?
4      A.   No, I think everything's in there.
5      Q.   Does the model have fields that you
6  did not populate?
7      A.   I'm not sure if I understand that
8  question.
9      Q.   In any model, it'll give you a set
10  of fields, right, things that you can input
11  data?  Do you understand what I am saying when
12  I use the world "field"?
13      A.   Actual data pieces into the model?
14      Q.   Yes.
15      A.   Is that what you're referring to?
16      Q.   Yes.
17      A.   Okay.
18      Q.   Places where you can plug data in to
19  use in the model.
20      A.   Okay.
21      Q.   Were there any data fields in Sobek
22  into which you did not put data?
23      A.   Not to my knowledge, no.
24      Q.   Does Sobek have a field for wind?
25      A.   No.

33

1      Q.   Does Sobek have a field for
2  drainage?
3      A.   Not that I am aware, that particular
4  field name, no.
5      Q.   Does Sobek have a field for
6  back-flow from pump stations?
7      A.   I don't know.  I know it has a
8  pumping capability.  I don't know the details
9  of its pumping capability, because pumps were
10  not run in our simulation.
11      Q.   Does Sobek have a field for sewers,
12  ditches, and small waterways?
13      A.   I am going to say yes on the point
14  of it has topography.  It runs a -- a grid
15  system topography for the entire area, which
16  includes all the physical features out there.
17      Q.   The Sobek grid system is on what
18  resolution?
19      A.   I think we sampled when we -- I want
20  to say 50 meters.  I probably need to look at
21  that.
22      Q.   Does the topography you used include
23  the capacity of the sewers, ditches, and small
24  waterways?
25      A.   The surface features it would

34

1   include.  The storm sewers, no.  As best
2   defined by a grid.
3       Q.   Have you done any analysis since
4   preparing this report that affect the
5   conclusions in the report?
6       A.   No.
7       Q.   Have you reviewed the deposition
8   that was given two weeks ago by Gennaro
9   Marino?
10      A.   Have I reviewed -- Could you repeat
11  that?
12      Q.   Yes.  Have you reviewed the
13  transcript of the deposition given two weeks
14  ago by Gennaro Marino, who is another expert
15  retained by the Plaintiffs?
16      A.   No.
17      Q.   In connection with your work on this
18  project, did you visit the area that was
19  flooded?
20      A.   Yes.
21      Q.   When did you do that?
22      A.   Probably a few times between the
23  months of March and currently.
24      Q.   Why did you do that?
25      A.   To look at the area, to look at the

35

1   -- Of course, after Katrina the interest in
2   what happened here, but specifically to look
3   at the lay of the land, what drainage systems
4   were out there, where some of the -- some of
5   our high water marks were taken at, where some
6   of the -- the depositions of where
7   eyewitnesses lived in relationship to where
8   the breaches occurred and look at the extent
9   of the area, the whole entire area where the
10  water flooded.
11      Q.   Did you see any surface features
12  during this visit that are not reflected in
13  the topography that you put into the model?
14      A.   Generally not.  We're looking at the
15  railroad in a little bit more detail.  I have
16  asked my staff to look at a little bit more on
17  the railroad site.  We don't believe -- It's
18  in our model.  We want to make sure it's
19  maintained its elevation throughout in our
20  model.
21      MR. RAFFIN:
22          Let's go off the record.
23          (Whereupon a discussion was held
24      off the record.)
25      {VIDEOTAPED PORTION COMMENCES}

36

1       VIDEO OPERATOR:
2           Returning to the record, it's
3       11:50 for the deposition of Melvin
4       Spinks.
5   EXAMINATION BY MR. RAFFMAN:
6       Q.   Mr. Spinks, we're back on the
7   record.  We have set up the videography and
8   again appreciate the courtesy of yourself and
9   your Counsel in allowing us to do that partly
10  into the deposition.
11          Before the break, you had
12  described the tasks that you performed as
13  researching available information; then
14  second, obtaining data; third, defining your
15  analysis; fourth, performing your analysis;
16  and finally, fifth, reporting your conclusions
17  and findings.  Is that a reasonably accurate
18  reflection of the process that you went
19  through to produce the conclusions in your
20  report?
21      A.   Yes, that's a general process, yes.
22      Q.   And the last step in the process,
23  reporting the conclusions and findings, are
24  those conclusions and findings reported in the
25  expert report that we have marked as Exhibit 2

37

1   to your deposition, including the appendices
2   and the exhibits?
3       A.   I believe so, yes.  This represents
4   our report.
5       Q.   What opinions have you reached in
6   this case?
7       A.   There's a statement of conclusions
8   within our report that references the specific
9   conclusions that we have come to at this point
10  in time, those being two major floodwall
11  breaches failures identified as the north and
12  the south breaches occurred to the hurricane
13  protection system along the IHNC, causing
14  catastrophic flooding of homes and businesses
15  in the Lower Ninth Ward and St. Bernard Parish
16  during Hurricane Katrina.  Second, the IHNC
17  north breach occurred at or before 4:00 A.M.
18  and the IHNC south breach occurred at or
19  before 5:30 on Monday, August 29, 2005, prior
20  to storm surge overtopping the IHNC floodwall
21  crest.  There is a series of conclusions that
22  we have listed in here, but, in a nutshell,
23  the analysis and our findings concluded that
24  the breaches that occurred along the IHNC
25  flooded the area basically east close to Paris

38

1  Road before 8:20 A.M. and the waters that then
2  eventually started to merge around 8:20, 8:30
3  with the waters from MRGO that came over the
4  40 Arpent Levee, that ultimately built up to
5  the water elevation of flooding that reached
6  about 11.1 feet in elevation throughout the
7  whole St. Bernard Parish.
8      Q.   What are the bases for your
9  conclusion that the IHNC breaches flooded the
10 area east close to Paris Road before 8:20
11 A.M.?
12     A.   The basis is the analysis that we
13 conducted, the information that we reviewed in
14 stop clock information, high water mark
15 information, eyewitness accounts, other
16 studies that were conducted.
17     Q.   Are all of those bases included in
18 your report?
19     A.   Yes.
20     Q.   Are there any bases for your
21 conclusion that are not included in your
22 report?
23     A.   Not to my knowledge, no.
24     Q.   Your conclusion that the IHNC
25 breaches flooded the area east to Paris Road

39

1  or close to Paris Road before 8:20 depends on
2  the conclusion that the breaches occurred at
3  the times reflected in your report; right?
4      A.   Generally speaking, yes.
5      Q.   If the breaches happened later than
6  you've concluded, then the IHNC breaches would
7  not have reached all the way to Paris Road at
8  8:20.  Am I right?
9      A.   That couldn't be answered unless
10 that's analyzed.
11     Q.   You don't have an opinion one way or
12 the other as to whether, if the breaches
13 happened at 7:30, the result would be less
14 flooding from the IHNC, resulting in no
15 flooding at Paris Road by 8:20 A.M.?
16     A.   That's a hypothetical that you're
17 asking me, and we would need to run that
18 analysis to see exactly where that flood level
19 would be.
20     Q.   So the answer is, as you sit here
21 today you don't have an opinion one way or the
22 other on that subject.  Am I right?
23     A.   Not -- We have not performed that
24 analysis because that's not what the data
25 indicated.

40

1      Q.   And even sitting on horseback with a
2  7:30 breach at the north breach and the south
3  breach, you don't want to comment about
4  whether the water through those breaches would
5  or would not reach Paris Road by 8:20 A.M.?
6          MR. WIEDEMANN:
7              I object to the form of the
8          question.  That's a hypothet.  He's
9          already answered that he would have to
10         run the study on it.
11         THE WITNESS:
12             I think I answered that you would
13         need to do the analysis.
14 EXAMINATION BY MR. RAFFMAN:
15     Q.   Have any of your conclusions in this
16 case been subject to peer review?
17     A.   Not outside peer review from the
18 firm, no.
19     Q.   Your conclusion that the water from
20 the IHNC reached the area near Paris Road at
21 8:20 A.M. is based on the inputs that you put
22 into the Sobek model; right?
23     A.   Yes, clearly.
24     Q.   And so if any of those inputs were
25 shown or found to be incorrect, that would

41

1  affect the results of your model; right?
2      A.   I am not sure.  That would have to
3  be -- We have run some sensitivity analysis on
4  breach times, and there's very little effect
5  on some of the breach time results on the
6  extent of flooding.
7      Q.   Describe the sensitivity analysis
8  you have run at this time.
9      A.   When you look at a model and to
10 validate it, to verify it, there are some
11 times that you would run to see what
12 particular time produced some of the high
13 water marks within the area.  And I believe we
14 ran some earlier times and some later times,
15 but I couldn't tell you exactly what that is
16 right now.  It was part of the verification
17 process.
18     Q.   Did you run any of your models with
19 a 4:30 A.M. north breach time and a 7:30 A.M.
20 south breach time?
21     A.   I don't believe so.
22     Q.   So you don't know whether running
23 the model with those times would change the
24 results one way or the other?
25     A.   It would need to be run to look at

11  (Pages 38 to 41)

42

1    the results.
2        Q.   Let me turn you back to Exhibit 2 to
3    your deposition.  You did sign a copy of this
4    expert report; right?
5        A.   Correct.
6        Q.   Your signature doesn't appear on
7    Exhibit 2, but it does appear on the cover
8    sheet to the binder that's in front of you;
9    right?
10       A.   Correct.
11       Q.   Did you write the expert report?
12       A.   Yes.
13       Q.   Did anybody draft any portions of
14   it?
15       A.   My staff worked on portions of it.
16       Q.   You reviewed and edited all of it?
17       A.   Yes.
18       Q.   Did you do the first draft of any
19   portions?
20       A.   Probably so, yes.
21       Q.   In any event, the report represents
22   your words?
23       A.   Correct.
24       Q.   You stand behind all of it?
25       A.   Yes.

43

1        Q.   Let me turn your attention to
2    section 1.0.  In the second full paragraph it
3    says, quote, "This expert report relies on the
4    best available technical information made
5    available from private, governmental, and
6    institutional agencies."  Do you see that?
7        A.   Uh-huh (affirmatively).
8        Q.   What technical information was
9    available from private agencies that you
10   relied on?
11       A.   Depositions are private.  I can't
12   tell you specifically.  Sobek is a private
13   commercial product.  We -- I don't know if we
14   bought any of this data here.  Sometimes you
15   have to pay for data.  Sometimes the
16   government will give it to you.  So those are
17   probably examples of some of the things that
18   maybe constitute private.
19       Q.   What was the best available
20   technical information that you relied on from
21   governmental agencies?
22       A.   Clearly IPET's report of
23   information.  Team Louisiana.  There's --
24   There's a lot of intermixing of private,
25   public sector, academic, people in the whole

44

1    entire research study team for Katrina.  So
2    it's really hard to differentiate what may
3    have been, you know, privately obtained, what
4    would have been obtained by the government,
5    but they're all -- some are funded by the
6    government, some are funded by institutions,
7    educational institutions.
8        Q.   Leaving aside the mix of private,
9    public, and educational input into IPET and
10   Team Louisiana, is it fair to say that when
11   you say information from governmental
12   agencies, those are the two reports you're
13   principally relying on?
14       A.   IPET, Team Louisiana?  I mean, we
15   referenced them.  We looked at them, yes.  I
16   mean, there's information that they have
17   gathered within their research.  They did
18   quite a bit of research, particularly IPET in
19   gathering external surge hydrograph
20   information, rainfall information.  So the
21   government, I think they spent in the order of
22   20 to 30 billion dollars in trying to obtain
23   -- 20 to 30 million relative to the IPET
24   study.
25       Q.   I just want to be sure I have the

45

1    list of the best available technical
2    information you're talking about here.  So
3    apart from IPET and Team Louisiana, is there
4    something else that you got from governmental
5    agencies that we're referencing here?
6        A.   I think it's mostly referenced
7    within our report.  You know, again, we had
8    the LIDAR data, which is topographic data.
9    Digital orthophotography work.  You can look
10   where we downloaded it from.  Some came from
11   NOAA.  I mean -- yeah, NOAA.  Some came from
12   LSU.  U.S. Army Corps of Engineers.
13       Q.   You're referring now to the
14   information that's listed on page 12 of your
15   report?
16       A.   Yes.
17       Q.   So the technical information that's
18   available from the private, governmental,
19   institutional agencies is the same information
20   that's referred to elsewhere in your report?
21       A.   Yes, it would have been referenced
22   somewhere in the report.
23       Q.   You wrote at page 6 under 1.1,
24   "Study objective", "Flooding of the Lower
25   Ninth Ward and St. Bernard Parish was caused

46

1   by several sources, including levee, floodwall
2   failures, parens, breaches, overtopping of the
3   levees and floodwalls due to storm surge and
4   rainfall."  Do you see that?
5       A.  Uh-huh (affirmatively).
6       Q.  When you say St. Bernard Parish,
7   you're referring in part to those portions of
8   St. Bernard Parish that are to the west of
9   Paris Road; correct?
10      A.  Correct.
11      Q.  All of these elements caused some
12  flooding in the Lower Ninth Ward?
13      A.  That's what our objective was to
14  look at, to see what sources of water flooded
15  the entire area.  As a matter of fact, not
16  just the Ninth Ward, but the whole entire St.
17  Bernard Parish.  And we looked at, again,
18  levees -- the breaches that occurred along the
19  levees along the IHNC, along MRGO.  We looked
20  at the overtopping.  Included rainfall.  So we
21  looked at all -- hopefully all the factors
22  that are sources.  And that kind of was our
23  objective, to look at what, you know, what
24  caused the flooding and what the extent was.
25  So this is a statement of what our objective

47

1   was, not our conclusion by any means.
2       Q.  Did you conclude that any of these
3   conditions played no part in the flooding of
4   the Lower Ninth Ward?
5       A.  Are you referring to that sentence
6   you just read me?
7       Q.  Yes.
8       A.  The breaches, the overtopping due to
9   storm surge or rainfall?
10      Q.  Yes.
11      A.  I'm sure all had a factor into it,
12  some level of contribution by all of these.
13      Q.  You wrote in the study objective
14  "Flood simulations will be performed using a
15  sophisticated two-dimensional computer
16  simulation model, Sobek 1-D 2-D."  Do you see
17  that?
18      A.  Uh-huh (affirmatively).  Yes.
19      Q.  And you wrote that this model would
20  be used to evaluate the flooding times, the
21  flood time sequence, and the contributions --
22  Well, strike that.
23          Had you reviewed the work by Kok
24  and the team from Delft before you chose the
25  Sobek model for use on this project?

48

1       A.  Yes, along with other information,
2   yes.
3       Q.  To your knowledge, before the use of
4   Sobek by the team from Delft in connection
5   with the 2007 report, had the Sobek model ever
6   been used to reconstruct flooding from a
7   hurricane?
8       A.  I wouldn't be knowledgeable about
9   that.  You would have to probably ask them.
10      Q.  You had never used the Sobek model
11  to reconstruct flooding from a hurricane;
12  correct?
13      A.  No, not the Sobek model.
14      Q.  I keep asking these questions that
15  give me a bad answer.
16          Had you ever used the Sobek model
17  to reconstruct flooding from a hurricane?
18      A.  No.
19      Q.  Thank you.  Had you ever used any
20  model to reconstruct flooding from a
21  hurricane?
22      A.  Yes.
23      Q.  What model had you used in the past
24  for that purpose?
25      A.  Probably all the standard models

49

1   that we have looked at.  I mean, we have -- we
2   have run all the Corps standard models.  I
3   mean, from a hurricane, when you say a
4   hurricane, you got to be -- and maybe I am not
5   understanding your question all the way and
6   maybe I need you to clarify specifically.  Are
7   you talking about interior flooding?  Are you
8   talking about wave -- waves that are generated
9   from a hurricane, wave run-up?  So there's a
10  lot to hydrology when you speak of
11  hurricanes.
12      Q.  Hurricane is a complicated event?
13      A.  It can be, yes.  Yes.
14      Q.  Was Katrina a complicated event?
15      A.  Clearly.  Yes.
16      Q.  What models have you used to
17  reconstruct hydrology or hydraulics in
18  connection with hurricanes in the past?
19      A.  I mean, we have used, in order to
20  run the rainfall from a hurricane, put in
21  precipitation, we have run HEC-1, we have run
22  HMS, we have run SWIM.  We've run a program
23  called HAZ-AS.
24      Q.  Have you ever used models to
25  reconstruct storm surge from a hurricane

50

1   before this case?
2       A.  Yes, we have.  For Galveston Island,
3   yes.
4       Q.  All right.  Tell me about that
5   work.  For whom did you do that work?
6       A.  Our firm did that for the Department
7   of Transportation.
8       Q.  Did you personally participate in
9   that work?
10      A.  Yes.
11      Q.  What model did you use when you ran
12  storm surge models for Galveston Island?
13      A.  I probably don't know which one
14  specifically we ran, whether we just ran surge
15  or we ran a wave run-up model, too.  I can't
16  -- I don't remember that, what model
17  specifically.
18      Q.  Is it standard practice, when you're
19  modeling a hurricane surge, to have models
20  that incorporate waves in addition to models
21  that incorporate other factors?
22      A.  Not necessarily for interior flood
23  analysis, no.
24      Q.  Before this case had you ever done
25  an interior flood analysis for a hurricane?

51

1       A.  Not protected by a series of
2   levees.  We have done a lot of hurricane
3   analysis related work in the coastal areas
4   that had to deal with internal drainage
5   systems, but not protected by a series of
6   levees.
7       Q.  In performing those models and that
8   work for the coastal areas with internal
9   drainage systems, did your models incorporate
10  any component for waves?
11      A.  Yes, if it was a FEMA analysis, we
12  did some flood insurance work where we were
13  looking at V zones, coastal wave zones in
14  order to establish those, then yes, we would
15  have looked at waves.
16      Q.  This is the first internal flood
17  analysis that you have done for a hurricane in
18  which you didn't use waves as an input; right?
19      A.  No.
20      Q.  No?  What other internal flood
21  analysis have you done in connection with
22  hurricanes in which you did not include waves
23  as part of your analysis?
24      A.  I think I need to answer it -- I
25  think what I said to you is that interior

52

1   flood analysis does not include waves within
2   the interior flooding portion.  Okay?  Waves
3   are the external coming into the area, but as
4   far as internal to the flooding that's within
5   an area?  It's basically looking at the
6   surface drainage features.  Waves would not
7   play a big part internally, an internal
8   system.
9       Q.  How do you know that waves do not
10  play a big part in interior system?
11      A.  Because I am an expert.  I'm a
12  hydrologist.
13      Q.  Tell me the basis for that
14  statement.
15      A.  Because what would generate waves
16  within the area?  There's houses everywhere.
17  There wouldn't -- There would be no generation
18  of waves interior -- inside.  It takes a lot
19  of distance to create, and a lot of wind to
20  create big waves.  So it would be very
21  insignificant interior to something, as like
22  the St. Bernard Parish.  There's no evidence
23  that I saw in any videos that we had
24  substantial interior waves.
25      Q.  And that same analysis, that same

53

1   expert analysis would apply to other enclosed
2   waterways like the Inner Harbor Navigation
3   Canal?  You wouldn't expect to see waves there
4   either, would you?
5       A.  No, that's completely -- that's
6   outside the protection area.  Clearly along
7   the perimeter of the system, that's where your
8   storm surge and waves are being generated.
9   Yes, there would be waves there, because
10  again, exterior, that's your water body,
11  that's the storm surge building up and that's
12  where you do have waves.
13      Q.  You have waves in the Inner Harbor
14  Navigation Canal.  That's right?
15      A.  Correct.
16      Q.  You have, once the water goes into
17  the flooded area, no waves?
18      A.  I am not going to say no waves, but
19  not a significant -- you're not generating
20  waves as you would on the exterior.  Not on
21  the interior.  And, to my knowledge, nobody
22  included a wave analysis in the interior.
23      Q.  Let me come back to where I was.
24  You wrote that "The flood simulation model
25  will be calibrated and verified with data from

54

1 eyewitness accounts, stop clocks, high water
2 marks, and time stamped photos gathered in
3 other investigation studies and from
4 depositions of eyewitnesses".
5     MR. WIEDEMANN:
6         Where are you reading from?
7     MR. RAFFMAN:
8         I'm sorry, page 6.
9 EXAMINATION BY MR. RAFFMAN:
10    Q.   What does it mean to calibrate and
11 verify?
12    A.   As I mentioned before, a simulation
13 model, it's a mathematical tool where you're
14 trying to predict or simulate a real world
15 condition, what happened.  And in order to
16 develop an accurate model, you have to verify
17 its results, its conclusions relative to known
18 information.  We knew the storm got to a
19 certain high water mark level, and when we run
20 our model with all the inputs, would it
21 predict that that's where the water level
22 would be.  If the model does predict those
23 results, then we feel like we have a good
24 working model.  That we accurately represented
25 the input data such that those results.

55

1    Q.   How -- Sorry.
2    A.   A lot of times models, you know,
3 don't always predict -- they may predict good
4 and not over here.  And so you have to look at
5 is there topography differences, is there
6 changes, you know.  So it takes a lot of
7 skill.  In order to be a modeler, it takes,
8 you know, a tremendous amount of skill to be
9 able to do that.
10    Q.   How have you used eyewitness
11 accounts in the calibration and verification
12 of your model?
13    A.   There's quite a few -- You know,
14 there are very few eyewitnesses actually in
15 IPET originally.  They gathered some more -- I
16 am talking about the St. Bernard Parish area.
17 We were able to look at their specific timing
18 of when they said the flood occurred.  It's
19 one piece of the overall information that we
20 have gathered in order so that when we have a
21 model run, we go and validate it relative to
22 all what the eyewitnesses said.  Some of the
23 eyewitness says "The water may have been up to
24 my porch."  Another one at Jackson Barracks
25 said it may have been just two feet at that

56

1 point.  So the model, what we have is a very
2 sophisticated model that can predict flood
3 depths over here and then it can predict at
4 the same time a flood depth over here.  And if
5 that -- we're seeing a depth maybe over here
6 close to the porch and somewhere over here,
7 then we feel the model is predicting the right
8 results.  So the eyewitness accounts is
9 important for us in order to see at specific
10 points in time what those flood depths were at
11 those particular locations.  If there are --
12 when we go through this process, this
13 laborious, long process of developing the
14 model, if -- You never get it right the first
15 time.  It takes -- You have to really look
16 into making sure that you have included all --
17 as many of the components that is required
18 within the model.  The right topography, the
19 right information that you have even gathered
20 from the various institutions.
21    Q.   Am I right that this iterative
22 process that you have just described -- Is
23 that a word I can use and you understand what
24 I mean, "iterative"?
25    A.   Yes.

57

1    Q.   You do an iteration, you run a model
2 and, if it doesn't match the observed data,
3 you go back and tweak the model?  Is that
4 right?
5    A.   It's probably not a good choice of
6 words saying "tweak".  What you do, that's
7 called calibrate.  You go and you look at the
8 models, what it's producing and you see where
9 the model may be under-producing or
10 over-producing.  Maybe it's water levels that
11 you're looking at.
12    Q.   So when you find that the model is
13 either under-producing or over-producing water
14 levels, what do you do?
15    A.   We have to look at the data, what's
16 in the model.  We have to make sure -- We have
17 to look at all the evidence.  You have to --
18 You have to look at the whole gamut of
19 information.  You have to look at where the --
20 In these particular models, actually it was
21 pretty good.  I have to admit the Corps picked
22 up some really good data, some really good
23 information.  They spent a lot of time.  We
24 had some good topography for the area,
25 pre-Katrina and post-Katrina information.  We

58

1   had some good information about the levee
2   breaches.  The models really weren't that -- I
3   mean, they were pretty accurate.  This model
4   compared to even what the Corps did and what
5   IPET's results came out.  So we were -- we
6   were -- I would say it was -- I think we had
7   some issues that we were looking at, and
8   probably still are looking at on the
9   railroad.  It didn't affect our overall model
10  results.  But I think we're still looking at
11  that, making sure that it's continuous.  But I
12  think the Corps really did a good job in
13  picking up quite a bit of information for us.
14      Q.   Are you saying then that you didn't
15  have to make any adjustments in this
16  particular case?
17      A.   No, we made -- we had -- you know, I
18  think what we looked at was a lot of the
19  timing issues.  Because a lot of the earlier
20  assumptions on the breach timings, as you
21  probably said were 7:30, and that did not
22  align with a lot of the eyewitness reports and
23  the stop clock data that was out there.  So we
24  took a look at that related and looked at
25  breach timing, the various times.

59

1       Q.   When you say stop clock data, you're
2   referring to the reports of IPET and Team
3   Louisiana that had stop clocks in them?
4       A.   Yes.
5       Q.   That's the only stop clock data
6   you're referring to; right?
7       A.   Yes.
8       Q.   Did you look at any water marks at
9   individual houses?
10      A.   Did we conduct any surveys ourself?
11      Q.   Yes.
12      A.   No.
13      Q.   Were there any outliers among the
14  eyewitness accounts that you reviewed?
15      A.   Not to my knowledge.  I mean,
16  there's some high water marks that were -- you
17  know, it looks like they're a little bit --
18  but not -- I mean not an excessive number, no.
19      Q.   That was my next question, high
20  water marks.  Let me just stick on the
21  eyewitnesses.  The eyewitness accounts were
22  all consistent as to time?
23      A.   I mean, no, I can't say that
24  either.  I mean, there's always discrepancy,
25  but, you know -- I think what you have to

60

1   recognize is that there's eyewitness accounts
2   of information timing, there's high water
3   marks, there's photographs, there's stop
4   clocks, and you take all of that information
5   and you try to digest it, which I think we
6   have in our report, if you look at the timing
7   in one of our appendices.
8       Q.   Was there any eyewitness account
9   that you looked at and thought to yourself,
10  "That can't be right, it doesn't fit with the
11  other accounts"?
12      A.   Not that I can remember.
13      Q.   Was there any high water mark that
14  you saw that you looked at and thought "That
15  can't be right, it doesn't fit"?
16      A.   Not that I could just recall right
17  now, no.
18      Q.   Let's turn back to your report.
19  Section 1.2, you discuss Hurricane Katrina.
20  You say at page 7 that the hurricane made
21  landfall at Buras, Louisiana around 6:10 in
22  the morning.  Do you see that?
23      A.   Uh-huh (affirmatively).
24      Q.   And is that a conclusion you have
25  drawn about when the hurricane made landfall?

61

1       A.   Yeah.  That's reference to some IPET
2   information that we got on the hurricane.  Or
3   NOAA.
4       Q.   Are you familiar with the pattern of
5   hurricane winds around the center of a
6   hurricane?
7       A.   Yes.
8       Q.   In what direction do hurricane winds
9   flow around the center of a hurricane?
10      A.   Are you talking about through the
11  eye?
12      Q.   Well, the eye is the center of the
13  hurricane; right?
14      A.   Right.
15      Q.   In what direction do hurricane winds
16  circle around the center of the eye in the
17  northern hemisphere?
18      A.   You may be -- I don't study
19  hurricanes.  I'm not a meteorologist.  I study
20  the effects of hurri- -- of the water that's
21  produced by hurricanes.  So, you know, I am
22  just like you and I about the knowledge
23  related to the winds.  And that's in the
24  northwest direction.  That's a semicircle.  Or
25  counterclockwise.

62

1    Q.   Counterclockwise.  In relation to
2  the Inner Harbor Navigation Canal, where is
3  Buras, Louisiana?
4    A.   I would imagine that -- I really
5  don't know.  I really don't know.
6    Q.   You wrote that the storm, quote,
7  "Built up record levels of surge and waves
8  larger than any previous storm to strike the
9  area or the north American continent".  Is
10  that a statement that you stand by today?
11    A.   I have no reason to disagree with
12  it.  It's part of scientists -- or information
13  provided to us.
14    Q.   Right.  And you included that in
15  your report after reviewing sufficient
16  information for you to conclude it's correct?
17    A.   I believe it to be correct, yes.
18    Q.   You wrote at page 8 that "Hurricane
19  Katrina had much greater wave and storm surge
20  generation potential than the Standard Project
21  Hurricane," paren, "SPH", "storms used to
22  design the HPS".  By "HPS" what did you mean
23  to refer to?
24    A.   Hurricane protection system.
25    Q.   So it was your conclusion that the

63

1  storm surge and wave generation from Hurricane
2  Katrina was greater than the capacity of the
3  hurricane protection system as designed?
4    A.   According to IPET's information.
5  It's not a part of our conclusion clearly in
6  our report.  We're referencing information
7  that was reported about the storm.  And this
8  all represents information that was reported
9  by -- through the IPET report.
10    Q.   And you have included it in your
11  report after satisfying yourself that it's
12  reasonably accurate?
13    A.   It's very common.  We're just --
14  We're trying to give some background on this
15  particular storm.  Not necessarily making
16  opinions of it.  Just providing you background
17  about the storm.
18    Q.   At page 8 you wrote -- wrote, that
19  "The rainfall from Hurricane Katrina," quote,
20  "was to become at least 20 percent of the
21  total volume of water that flooded the New
22  Orleans metropolitan area."  Do you see where
23  you wrote that?
24    A.   Where is that at?
25    Q.   It's in the middle of the first full

64

1  paragraph on the page.  Page 8.
2    A.   Yes, we -- if you look, this is all
3  section reference to -- reference 1.  This is
4  all information that came out of an IPET
5  report.  It's referenced.
6    Q.   You --
7    A.   This --
8    Q.   I'm sorry?
9    A.   Yes, we have included part of the
10  information on the background of the hurricane
11  within our report.
12    Q.   And you have no reason as we sit
13  here today to disagree with the conclusion
14  that the record rainfall generated at least 20
15  percent of the total volume of water that
16  flooded the New Orleans metropolitan area?
17    A.   I have no opinion on it.
18    Q.   But you satisfied yourself about the
19  accuracy of that statement at least enough to
20  include it in your report.
21    A.   As background information from the
22  government report, it seemed appropriate.
23    Q.   You wrote, referring again to page
24  8, "Other than high water marks and the
25  devastation, there were few measurements to

65

1  confirm the actual water level time histories
2  resulting from this storm."  Do you see that?
3    A.   Yes, I see it.
4    Q.   Did the absence of gauging
5  instruments and other unavailable measurements
6  create a greater degree of uncertainty in
7  anyone's ability to model the results of the
8  storm?
9    A.   I mean, clearly you would like to
10  have more information, but the storm wiped out
11  a lot of gauges out there.  So you only had
12  partial series of information related to some
13  of the surge.  But I think I can say that, you
14  know, clearly the government's research team
15  felt that there was enough information to have
16  some level of certainty that they were able to
17  predict the level of the storm surge and
18  flooding within these areas.
19    Q.   As a general matter, whenever you
20  have less data, you have more uncertainty in
21  an analysis; right?
22    A.   I'm sure that's a right statement,
23  yes.
24    Q.   And in this case, the hurricane
25  wiped out some data that would have been

17 (Pages 62 to 65)

66

1    important to an analysis of storm surge if it
2    existed?
3        A.   All the -- The more data you have,
4    the better, you know, you can validate to.
5    Not necessarily whether you're -- it's less or
6    more right.  It's just what you have.
7        Q.   You wrote in the last two sentences
8    of the paragraph, you wrote "Even enclosed
9    areas such as the IHNC experienced water
10   levels above 14 feet not including waves."  Do
11   you see where you wrote that?
12       A.   Uh-huh (affirmatively).
13       Q.   Now, does that mean that the waves
14   took the water levels above 14 feet in the
15   Inner Harbor Navigation Canal?
16       A.   I don't know.  That would have to be
17   -- This is just referenced straight from the
18   IPET information.
19       Q.   In your work and in your
20   conclusions, have you taken the height of
21   waves in the Inner Harbor Navigation Canal
22   into account in any way?
23       A.   I think the surge hydrographs that
24   are being used that IPET -- really include
25   some wave within those heights.

67

1        Q.   Which surge hydrographs are you
2    referring to?
3        A.   Well, at the lock, IHNC lock had a
4    constructed hydrograph that was reported.
5        Q.   What can you tell me about the place
6    where that lock hydrograph was located
7    vis-a-vis waves?
8        A.   I looked at it from more, you know,
9    the picture, somebody that I was observing,
10   that staff gauge and basically recording that
11   particular flood height.
12       Q.   Where was the staff gauge located?
13       A.   Physically?  I have not been out
14   there.  I don't know.
15       Q.   So you don't know one way or the
16   other whether the staff gauge was in an area
17   that was protected from waves or that was
18   subject to waves?
19       A.   No, I don't.  Other than pictures.
20       Q.   Have you ever seen any analysis
21   suggesting that the waves in the Inner Harbor
22   Navigation Canal reached a level of 4 feet?
23       A.   No.
24       Q.   Would you agree with me that if
25   there was some big waves in the Inner Harbor

68

Navigation Canal on the morning of August
29th, that might have raised the water level
in the canal sufficient to cause overtopping
at a time before the level of still water
reached the height of the levee crest?
    A.   I believe there was wave overtopping
of the wall.  Yes.
    Q.   And there was wave overtopping of
the wall before the still water reached the
levee crest; right?
    A.   I believe that, yes.
    Q.   In the sense of storm surge and
waves, would you agree that Katrina was the
worst storm to hit the New Orleans area for
the last 100 years?
        MR. WIEDEMANN:
           I object to the form of the
        question.  He's not a meteorologist.
        THE WITNESS:
           I don't know.
EXAMINATION BY MR. RAFFMAN:
    Q.   I am going to ask you to turn your
attention now to some of the exhibits that you
have included with your report.  In section
1.3, you reference the Lower Ninth Ward and

69

St. Bernard study area as shown in figure 2
and then exhibits 1 and 2.  With your
permission, I am going to ask you to grab that
easel, or I'll grab the easel for you.
        MR. RAFFMAN:
           Go off the record.
        VIDEO OPERATOR:
           Off the record.  It's 12:41.
        VIDEO OPERATOR:
           Returning to the record at
        12:42.
EXAMINATION BY MR. RAFFMAN:
    Q.   Mr. Spinks, I just want to make sure
that I have got the exhibits right and that I
understand them.  On the board there is a
large photograph that's captioned "Study area
digital orthophotograph, exhibit 1."  Is that
in fact a copy of the exhibit 1 that you have
included with your report?
    A.   Yes.
    Q.   What is the relevance of exhibit 1
to your conclusions?
    A.   It's part of our overall report
providing information about the entire area.
It represents the St. Bernard Parish, it shows

70

1  you where MRGO is located at, shows you where
2  the IHNC is, shows you where the Ninth Ward
3  is, some of the other communities within the
4  area.  So it provides you an overall picture
5  of information of the study area.
6        Q.   All right.  What is an
7  orthophotograph?
8        A.   It's a satellite imagery of -- It's
9  taken of the earth.
10       Q.   All right.  So the word
11  "orthophotograph" refers to satellite
12  photography?
13       A.   Well, it's a photo and it's -- It's
14 a digital satellite and "ortho" I guess -- I
15 don't know, I am not a math -- I mean a map
16 kind of guy, cartography or whatever so --
17       Q.   I am just trying to increase my
18 vocabulary --
19       A.   Yes.
20       Q.   -- and get an understanding.  It's
21 your words.
22       A.   Satellite imaging.
23       Q.   All right.  Why don't you undo the
24 clips if you don't mind --
25       A.   Okay.

71

1        Q.   -- and remove that and we'll go
2  right to exhibit 2.  It's right underneath.
3  I'll come over and help out here.
4        The next exhibit in the series is
5  exhibit 2, which is captioned "IHNC to Paris
6  Road pre-Katrina orthophotograph".  What does
7  -- First, is this a copy of exhibit 2 to your
8  report?
9        A.   Yes.
10       Q.   What does that photo represent?
11       A.   It's an aerial photograph as well of
12 the study area.  It's more blown in as you can
13 see.  You can get a little bit more detail.
14 "Pre-Katrina" means that it's an aerial that
15 was flown pre-Katrina.
16       Q.   Can you point to the approximate
17 location of the place where the north breach
18 occurred in the Inner Harbor Navigation
19 Canal?
20       A.   Yes.  There's the pump station
21 number 5 here at the corner basically of the
22 40 Arpent Levee (indicating).  Here's the
23 wall.  The breach was right in here
24 (indicating).  Kind of a diagonal.
25       Q.   Can you point to the location where

72

1  the south breach of the Inner Harbor
2  Navigation Canal took place?
3        A.   Yeah.  Somewhere right in here, this
4  area (indicating).  We have a photograph of
5  where it's actually at, so I can pinpoint it
6  to you.
7        Q.   We'll come to that in a minute.  Can
8  you tell me where Jackson Barracks is?
9        A.   Yeah.  I'm not sure if I can
10 pinpoint it on this map.  I believe it's right
11 in here (indicating).  Jackson Barracks.
12       Q.   Let's go to the next one.
13       This next photograph in the
14 sequence reflects what is attached as exhibit
15 3 to your report.
16       A.   Yes.
17       Q.   What does this photograph show
18 that's relevant to your conclusions?
19       A.   This particular aerial was flown
20 during actually when all the flood waters were
21 -- from Katrina were within the study area.
22 And so actually this is when the water was
23 receding, because you can see on the south
24 breach here the water was actually discharging
25 back from the Ninth Ward into the IHNC.

73

1        Q.   At some point during the storm water
2  flowed out of the Lower Ninth Ward and into
3  the IHNC.  After the storm.  I'm sorry.
4        A.   After the storm, yes.
5        Q.   Why did water flow out of the Lower
6  Ninth Ward and into the Inner Harbor
7  Navigation Canal?
8        A.   Because certainly the water level
9  that was up higher, when the water level in
10 the IHNC dropped back down, the storm surge,
11 that was where it came from, so it had to go
12 back where it came from to the canal.
13       Q.   Am I right that the water drained
14 out of the Lower Ninth Ward faster than it
15 would have if the Inner Harbor Navigation
16 Canal walls had not breached?
17       A.   Hypothetically, yes.  I am not sure
18 if the Corps didn't breach any of these any
19 further.
20       Q.   Is it possible that the Corps
21 breached the walls further to allow the water
22 to drain?
23       MR. WIEDEMANN:
24       I object to the form of the
25 question

19  (Pages 70 to 73)

74

1  EXAMINATION BY MR. RAFFMAN:
2      Q.   Is that what you're saying?
3          MR. WIEDEMANN:
4            The possibility.
5  EXAMINATION BY MR. RAFFMAN:
6      Q.   A bad question, but I want to --
7      A.   I don't -- I don't have -- we don't
8  have any evidence that the Corps did.  I am
9  just saying I don't know.
10     Q.   All right.  You don't know one way
11 or the other --
12     A.   Right.
13     Q.   -- whether the Corps breached any of
14 these walls any further?
15     A.   Right.  We don't have any evidence
16 to suggest that, so --
17     Q.   And in forming your conclusions
18 about the shape of each of the breaches, you
19 have assumed that the entire length of the
20 breach was due to what happened in Hurricane
21 Katrina rather than anything that happened
22 afterward with the Corps; right?
23     A.   We confirmed that with IPET.  IPET,
24 we looked at their breach information.  Again,
25 an IPET study considered the breaching during

75

1  the storm, and so our analysis that we
2  confirmed was with the breaching as well.
3      Q.   There's nothing from this photo or
4  any other photograph in your report that shows
5  when the breaches happened; right?
6      A.   In this photo here?
7      Q.   Yes.
8      A.   There's nothing on this particular
9  photo, but we have an exhibit that does show
10 breach, some breach information times.
11     Q.   All right.  What photograph shows
12 breach information -- what photograph shows
13 breach information times?  Actually, let me go
14 back a second.
15     A.   It's exhibit 6.  We have listed on
16 there breach information as well.
17     Q.   All right.  Just to be clear, we're
18 going to get to exhibit 6.
19     A.   Okay.
20     Q.   Do you have -- Do you have a
21 photograph that shows the time that the breach
22 happened?
23     A.   No.
24     Q.   And I was referring to the north and
25 the south breach when I -- just to be clear.

76

1  You do not have a photograph of the north or
2  south breach that shows when it happened?
3      A.   During the breach itself?  Or after
4  the breach?
5      Q.   Do you have any photograph of the
6  breach from which you infer a time?
7      A.   We have -- I have seen photos of the
8  breach.  I am not sure if there was a time on
9  there.  So no, I am not aware of a time on a
10 photo.  But where I have seen photos of the
11 breach, yes.
12     Q.   I think I am going to get the right
13 answer here, but let me just ask it one more
14 time.
15     A.   Okay.
16     Q.   You don't have any photos of the
17 breach from which you infer what time the
18 breach happened?  Am I right?
19     A.   That's correct.
20     Q.   Let's just go to exhibit 4.  Is the
21 photograph that's up on the screen now that
22 we're looking at exhibit 4 to your report?
23     A.   Yes.
24     Q.   How does this photograph relate to
25 the conclusions in your report?

77

1      A.   It's part of the information.  This
2  is post-Katrina.  It's just an aerial after
3  Katrina.  And clearly you can tell the water's
4  already out of the area.  And just gives us
5  information.  You can see where this breach
6  occurred (indicating).  The entire study area
7  (indicating).
8      Q.   This represents a satellite
9  photograph of the area taken sometime after
10 the hurricane had occurred and after the water
11 had drained out?  Right?
12     A.   Aerial, I'm sorry, an aerial
13 photograph.  Not necessarily satellite.  Yeah,
14 aerial.  Probably a plane flew over and got
15 this.
16     Q.   I want to turn to section 1.4 of
17 your report.  You can leave the exhibits
18 alone.
19     A.   Okay.
20     Q.   At page 10 of your report you wrote
21 that the IPET, Team Louisiana, and eyewitness
22 investigations, quote, "were performed to
23 provide credible and objective scientific and
24 engineering answers to fundamental questions
25 about the performance of the hurricane

78

1  protection and flood damage reduction system
2  in the New Orleans metropolitan area during
3  Hurricane Katrina."  Do you see where you
4  wrote that?
5      A.   Uh-huh (affirmatively).
6      Q.   And do you believe that to be true?
7      A.   I have no reason not to believe it.
8      Q.   You also cite at page 10 the study
9  that was done by Delft University team.  Do
10 you see that in the bottom paragraph there?
11     A.   Yes.
12     Q.   Do you know why that study was
13 performed?
14     A.   No.
15     Q.   Have you communicated with the
16 researchers at Delft?
17     A.   Relative to running the model and
18 the purchase of the model.  Other than that,
19 no, we haven't -- I mean, not on the study
20 particularly, but on purchasing the model we
21 did.  I'm not sure we bought it from the
22 university or we bought it from a private
23 vendor.
24     Q.   You bought the Sobek model for use
25 in this particular project; right?

79

1      A.   Yes.
2      Q.   In your line of work, once you buy a
3  model, can you use it for varying projects as
4  the need arises?
5      A.   Yes.
6      Q.   So now you have bought the Sobek
7  model, you could use it again for a different
8  project if you want to?
9      A.   I mean, yeah, it's one of the pieces
10 of tools that we'll look at, yeah.
11     Q.   It's not a situation where you
12 license it on a per project or per application
13 basis?  Once you buy it, you can use it?
14 Right?
15     A.   You can as long as you maintain it.
16 You have to keep it up to date.  It's
17 maintenance.  If after a year you're not going
18 to run it any more, then -- then you'll turn
19 it back over to the vendor.
20     Q.   Before undertaking this project your
21 firm didn't even own the Sobek model; right?
22     A.   No, not that model.
23     Q.   Because again, I had asked the
24 question in a clumsy way, let me make sure I
25 get it right.  Did your firm own the Sobek

80

model before you undertook this project?
    A.   No.  We bought it specifically to
look at this project.
        MR. RAFFMAN:
          Off the record.
        VIDEO OPERATOR:
          We're off the record.  It's
        12:57.
          (Whereupon a discussion was held
        off the record.)
        VIDEO OPERATOR:
          Returning to the record, it's
        1:47.
EXAMINATION BY MR. RAFFMAN:
    Q.   Mr. Spinks, I want to refer you to
the section 2 of your report.
        MR. WIEDEMANN:
          What page is that?
        MR. RAFFIN:
          It's page 11.
        MR. WIEDEMANN:
          Okay.
EXAMINATION BY MR. RAFFIN:
    Q.   You made some assumptions in
modeling the flow of water into the Lower

81

Ninth Ward and St. Bernard Parish; right?
    A.   Correct.
    Q.   These assumptions are set out here
in the section 2.1 of your report; right?
    A.   Yes, sir.
    Q.   Why did you make these assumptions?
    A.   Clearly, you know, any time you go
through a modeling exercise there's certain
parameters or certain pieces of the analysis
that may not be as significant -- a
significant factor on the conclusions.  If you
take as an example, let's talk about
overtopping by waves, you know, we recognize
that during the storm there was waves that did
overtop the IHNC wall in this area, but from a
volumetric standpoint it is not a significant
amount.  Okay?  I think what we -- Even the
external storm surge hydrographs probably to
some extent would even include some of the
wave height in the overtopping.  I think our
analysis, when we ran it volumetrically, it
shows that probably waves and rainfall
accounted to a less than 10 percent of the
overall volume by 8:20 within the -- within
the Ninth Ward, St. Bernard Parish west of

21  (Pages 78 to 81)

82

1 Paris Road.  90 percent of the volumetric
2 water within this area, in this class area
3 we're defining, is really related to the
4 breach, the volumetric water that came through
5 the breach.
6     Q.   When you say volumetric, you're
7 referring to the total amount of water; right?
8     A.   Yes, the total amount of water.
9     Q.   And that total amount of water is
10 based on your assumption or your conclusion
11 that the breaches happened at 4:00 o'clock in
12 the north breach and 5:30 at the south breach;
13 right?
14     A.   That, yes, in the analysis,
15 correct.
16     Q.   So you felt justified in ignoring
17 under-seepage and ignoring overtopping because
18 you concluded that it would accounts for less
19 be 10 percent of the total volume of water if
20 you modeled?
21     A.   Yes, I mean, the under-seepage is,
22 you know, to my knowledge, based on what I
23 have read, not a significant factor.  It
24 wasn't even during Gustav, which, you know, we
25 kind of looked at was under-seepage an issue

83

1 in this area, and we don't believe that to be
2 the case.  The wave overtopping, it's a very
3 difficult component to break out, because
4 storm surge is an elevated water level already
5 because that's what the storm brings.  It's an
6 elevated water level due to the hurricane.
7 And then you can add wave motion on top of
8 that.  Now, the gauge -- the gauging
9 information that the Corps used from the lock
10 and, of course, along MRGO, was an
11 interpretation of the storm surge level which
12 most likely I think probably included some
13 wave elevation as well.
14         But getting back to the reality of
15 seeing these walls overtop due to wave action
16 splashing and coming over, volumetrically that
17 -- we don't believe that to be a large
18 number.  I don't believe IPET considered
19 that's a large number either.
20     Q.   You haven't drawn any conclusions at
21 all about the effect of wave overtopping on
22 the soil on the back side of the levee, have
23 you?
24     A.   No, we weren't retained to look at
25 the splash behind.

84

1     Q.   Have you drawn any conclusions about
2 whether wave overtopping or under-seepage
3 could account for some of the water that was
4 observed in the immediate area near where the
5 two breaches occurred during the early periods
6 of the morning?
7     A.   Yes.  I mean, we definitely have
8 considered it.  We thought about it and,
9 again, we don't think the splash effect was
10 enough water to reach the flood levels that
11 the eyewitnesses reported and based on the
12 information we gathered from IPET as well as
13 from the additional deposition work.
14     Q.   All right.  I want you to tell me
15 every basis for your conclusion that wave
16 overtopping and under-seepage was not
17 sufficient to account for levels of water
18 reported in the immediate vicinity of the
19 north breach during the early morning hours of
20 August 29th.
21     A.   Okay.  I think when you look at --
22 and I may mispronounce his name -- the pump
23 operator, Mr. Villalasco, Velasco --
24     Q.   We call him Villavasso.
25     A.   Villavasso.  Okay.  His testimony,

85

1 you know, saying that "I've witnessed, I
2 opened the door back there, I looked at, you
3 know, the water levels in the IHNC, it was
4 about 3:00 in the morning, 3:00 to 4:00," I
5 believe he had said some water coming over,
6 but he never recognized any flooding
7 associated with the water that was splashing
8 over.  It was not until he heard the actual
9 breach, in our opinion, and then what the log
10 showed about 5:30 he ended up having to shut
11 down the actual pump, or the generator.  I'm
12 sorry, the means by which it was running, the
13 generator there.  There's a certain time
14 period by which water would have to fill that
15 area up and, given the volumetric shape and
16 the volumetric area we have out here, the
17 breach itself would have had to occur in order
18 to reach the volume of where these -- that
19 particular location was flooded.  I believe it
20 goes to another eyewitness in the area that we
21 looked at and I would have to look up the name
22 exactly here.
23         D'Antoinette Johnson reported upon
24 waking up, again, her house or her being
25 flooded up to her bed level, and I think it

86

1   was somewhere around 4:45 that we looked at
2   from the time standpoint.
3         I think Terry Adams had another --
4   No, in our appendix actually, our appendix C
5   gives a little bit better information about
6   what we assumed on those time levels and at
7   those particular times.  So kind of a
8   description there of those individuals.
9         So the splash -- we don't believe
10  the splash, and we have no evidence even from
11  IPET, even though IPET puts some wave
12  overtopping, they will acknowledge, too, that
13  their hydrographic, exterior hydrograph had to
14  be modified in order to look at the volumetric
15  -- or the volume of water.  So we don't
16  believe splash to be a significant amount of
17  volume.  It was probably less than 10 percent
18  in this area.
19        Q.   And that's the justification for
20  your not including splash and under-seepage in
21  any modeling you have done; right?
22        A.   That's, yes, one of the
23  assumptions.
24        Q.   The assumption is that splash and
25  under-seepage would not contribute

87

1   significantly to any aspect of your modeling
2   if you included them?
3         A.   It would contribute to the overall
4   flooding of this whole entire area.  It
5   wouldn't be significant in terms of volumetric
6   of the whole entire area.  I think that's
7   represented by what you even saw during
8   Gustav.  Gustav, you know, had splash as well,
9   but it wasn't like the whole Ninth Ward was
10  significantly impacted by splash.
11        Q.   So you had excluded overtopping and
12  under-seepage from the model because you
13  concluded that it's not significant to the
14  overall amount of water that would be
15  contributed to the flood by those factors?
16        A.   That's correct, and there's not a
17  whole lot of data there that would even show
18  what that particular wave would be.
19        Q.   Does under-seepage and overtopping
20  account for variances between your model and
21  any observed data points in the Lower Ninth
22  Ward?
23        A.   Repeat that question.
24        Q.   Does overtopping and under-seepage
25  explain variances between your model results

88

1   and any observed data points in the Lower
2   Ninth Ward such as stop clocks, witnesses, or
3   anything else?
4         A.   Not a direct correlation.  Our model
5   includes overtopping and includes a
6   significant amount of overtopping of the walls
7   during the storm.
8         Q.   At what time does overtopping start
9   in your model at the Lower Ninth Ward in the
10  Inner Harbor Navigation Canal.
11        A.   Probably full overtopping, I think
12  we had said around 7:30ish is when the water
13  levels were high enough along the IHNC.  Along
14  MRGO it was probably earlier, 5:30 or 6:00,
15  when there was overtopping going on.
16        Q.   All right.  Let me turn you to -- I
17  want to just be very specific about what I am
18  asking about, so let me -- Let's not make it a
19  mystery.  Turn to page 23, figure 9.
20        A.   Okay.
21        Q.   All right.  Figure 9 represents
22  comparison of your model results versus IPET
23  interior hydrographs.  Right?
24        A.   Yes.
25        Q.   And an IPET interior hydrograph is

89

1   some data point that IPET found where they
2   were able to take both a time and a water
3   level; right?
4         A.   Time stamped information, yes.
5         Q.   Do you know what the time stamped
6   information was at IPET site C-1?
7         A.   As far as whether they were
8   photographs or clocks?
9         Q.   Do you know what it was?
10        A.   Not -- Not every one of those
11  points, no.
12        Q.   All right.
13        A.   I'm sure I looked at it before, but
14  I can't just -- I don't remember exactly what
15  every one of those points were.
16        Q.   And you will see that there is a
17  variance between the water levels that are
18  reflected at IPET site C-1 and the model
19  results that you generate for IPET site C-1;
20  right?
21        A.   No.  Not necessarily.  I think we
22  are pretty much in between where they're at.
23  There's two that are -- You know, if you look
24  at all the blues, you got to consider all the
25  blues, I think we're pretty good where it's

90

1  at.
2      Q.   At 5:00 o'clock in the morning, your
3  model is at minus 1 and IPET site C-1 is at 2
4  feet over.  Right?
5      A.   Those two data points, yes.
6      Q.   Does under-seepage or overtopping
7  account for the difference between those two
8  data points?
9      A.   I couldn't tell you what accounted
10  for the difference of it.  I don't believe
11  under-seepage did.  But I really couldn't tell
12  you why there's a discrepancy right there.  I
13  mean, if you look at it, we're only two, you
14  know, two, three feet different at that
15  location with our model.
16     Q.   Have you ever seen any explanation
17  or any document which says that the difference
18  between site C-1, your model versus the IPET
19  hydrograph, can be explained by the amount of
20  water that came through overtopping and
21  under-seepage?
22     A.   You're talking about wave splashing
23  over or overtopping related to the whole
24  storm?
25     Q.   I'll ask my question again.  Have

91

1  you ever seen any explanation in any document
2  which says that the difference between site
3  C-1, your model versus the IPET hydrograph,
4  can be explained by the amount of water that
5  came through overtopping and under-seepage of
6  whatever kind?
7      A.   We never made mention to anything
8  related to why we were different at 5:00
9  o'clock within our report.  This is a -- So I
10  can't say -- I'd have to answer it as no,
11  because we never made a comparison of why
12  we're different at 5:00.
13     Q.   Or any other time?
14     A.   Well, I mean, we matched at other
15  times fairly well.
16     Q.   All right.  So you never made a
17  comparison -- I mean, I guess at 6:30 there's
18  a couple of C-2 points that are about a foot
19  and a half over your model; right?
20     A.   There are -- Yeah, there's some
21  discrepancies in different locations, but not
22  to the extent that we don't believe our model
23  is inaccurate -- or is inaccurate.
24     Q.   So in any event, your view is that
25  any difference between your model and the IPET

92

1  hydrograph is not something that you would
2  explain by the amount of water that came
3  through from overtopping or under-seepage?
4      A.   Not necessarily, no.  It's a
5  combination of, you know, again, our model
6  does include overtopping of the wall.  Okay?
7  Our model does include breaching of the
8  walls.  Our model does include rainfall.
9  Okay?  The splash over the wall?  Not
10  directly.
11     Q.   That would --
12     A.   But --
13     Q.   But all the overtopping that
14  happens, direct overtopping is happening after
15  7:00 or 7:30 in your view, your analysis;
16  right?
17     A.   The major -- That's when the storm
18  surge reached a height above the wall.
19     Q.   So at 5:15 A.M., in your analysis,
20  there is no overtopping of the wall except by
21  waves; right?
22     A.   We made the assumption that that
23  would be -- that would be insignificant given
24  the overall volumetric flooding that's out
25  here.  So no.

93

1      Q.   And at 5:15 A.M., you have never
2  seen any suggestion that overtopping and
3  under-seepage account for the difference
4  between your model and the hydrograph?
5      A.   That's correct.
6      Q.   Let me move on.
7      A.   Okay.
8      Q.   The first assumption in your report
9  at page 11, it deals with overtopping.  Have
10  we now exhausted your testimony about why you
11  assumed that overtopping by waves would not be
12  taken into account directly except when levee
13  erosion occurred due to wave overtopping?
14     A.   It's small; the volumetric amount of
15  water is small compared to the total volume.
16     Q.   And that's --
17     A.   Yes.
18     Q.   Okay.  So the next assumption you
19  have made is that surcharged internal drainage
20  systems may have allowed a faster initial
21  spreading of the waters, but will have a
22  negligible influence on the maximum water
23  levels.  Now, why have you made that
24  assumption?
25     A.   Because, again, we modeled only the

94

1  surface features.  So any underground storm
2  sewers -- I don't believe the Ninth Ward has
3  storm sewers in it, but I know parts of this
4  overall area does have storm sewers.  The
5  volumetric capacity of those underground
6  systems are very small compared to the total
7  volumetric area in volume of the complete St.
8  Bernard Parish.  So it would be insignificant.
9      Q.   Are internal storm drainage systems
10  insignificant to the rate at which water
11  spreads?
12      A.   They can -- You know, clearly -- And
13  this is hypothetical, okay?  You know, storm
14  sewers do move water, so they can move water
15  from one point to another place.  But once
16  they're submerged, there's no movement of
17  water anywhere.  Because they're all just
18  submerged.  So --
19      Q.   When you wrote, though, internal
20  drainage systems may have allowed faster
21  initial spreading of the storm waters, flood
22  waters, you wrote it may have allowed faster
23  initial spreading.  You were referring to
24  faster spreading than that which you modeled;
25  right?

95

1      A.   Yes.  Okay.
2      Q.   And so if you had included the
3  internal storm drainage systems, your model
4  might have arrived at a similar result, but
5  with a later breach time; right?
6      A.   No.
7      Q.   Why not?
8      A.   It's negligible.  The influence in
9  the whole entire area is what we just said
10  here.  It's negligible in terms of the
11  distribution of the whole entire water.  The
12  connectivity of the storm sewers, they're not
13  all connected.  They're very localized.  What
14  we're saying is that you may have moved water
15  from one small localized area to another,
16  okay?  We'd have to make some broad-based
17  assumptions here.  Okay?  That what we
18  consider to be negligible effects of the
19  overall flooding.  And so you may have some
20  localized movement of water, but clearly storm
21  sewers don't reach across the entire study
22  area by connectivity.  They're usually
23  connected to a system, maybe to an open ditch,
24  a canal somewhere that ultimately goes to a
25  pump station.  So when we set about this

96

1  initial spread, it's faster, we're talking
2  about, you know, a relatively small area of
3  moving water from one location.  That has
4  nothing to do with the volumetric flooding, or
5  the volumetric amount of water that actually
6  entered through the breaches within the
7  overall study area.
8      Q.   You keep going back to the question
9  of the overall amount.
10      A.   Right.
11      Q.   And my question was not about
12  overall amount.  It's about rate of spread and
13  timing.  All right?  Are you telling me that
14  the faster initial spreading of waters that
15  might have been shown by internal storm
16  drainage is negligible?
17          MR. WIEDEMANN:
18              I'm going to object to the form
19          of the question.  He just answered
20          that and said it was negligible.  If
21          you want to have him read it back.
22          THE WITNESS:
23              It is negligible.  That's the
24          answer and that's why --
25          MR. WIEDEMANN:

97

1              I think he said that two or three
2          times.
3  EXAMINATION BY MR. RAFFIN:
4      Q.   I just want to make sure I
5  understand.
6          MR. WIEDEMANN:
7              You keep repeating the same
8          question.
9  EXAMINATION BY MR. RAFFIN:
10      Q.   At an individual house by house
11  level, are there homes in the class area where
12  the water levels would have been affected by
13  the presence of storm drains nearby?
14      A.   I don't believe so.  No.  I think
15  the volumetric amount in storm drains are
16  probably very small compared to the capacity
17  of the surface system out here.
18      Q.   Are there homes at which the timing
19  or rate of flow would have been affected on an
20  individual house basis had you included
21  internal storm drains in your model?
22      A.   No.
23      Q.   The next assumption you have made is
24  that buildings and other structures are not
25  incorporated as elements in the model.  You

98

1  say these physical structures may have blocked
2  water flow and changed flow directions.  Their
3  influence is local with the overall influence
4  of these physical structures accounted for in
5  the bottom roughness value, friction to flow
6  used in the model.  My first question, can you
7  explain what you meant by that?
8      A.   The model, the Sobek model is a very
9  dynamic, very complex model, you know, in its
10  ability to look at a condition like what we
11  have here, an interior flood analysis.  It's
12  -- It's very well built to look at interior
13  flooding, which is one of the reasons why
14  question selected it, and if you look at what
15  you have here, is you have a lot of different
16  houses.  Okay?  Clearly we cannot put in the
17  model a physical house.  But it has the ground
18  condition.  Okay?  So what we're saying is
19  that the house -- each individual house is not
20  modeled per se as a physical structure within
21  our model.  It's taken into account, the
22  blockage through what we refer to as the
23  roughness coefficient within the model.
24  Okay?  And so, therefore, there could be, as
25  water is moving throughout these areas, some

99

1  different exchange of movement of, you know,
2  water, but again, the Sobek model, as any
3  model, as any model that would have been run,
4  has to make some very broad based assumptions
5  and would have really no effect on the end
6  result conclusion.
7      Q.   When you say the end result, you're
8  talking about the volumetric analysis of the
9  total water pouring in and the water levels?
10  Right?
11      A.   That's correct.
12      Q.   Before you did this interior
13  drainage analysis, how many times in the past
14  have you done interior drainage analyses as
15  part of your work?
16      A.   I probably have 300 drainage
17  analysis projects on my resume.  I mean, a
18  good number of it includes, you know, drainage
19  for interior systems just like these.  I have
20  done levees before.  I have done hurricane
21  type work.  So, I mean, every problem,
22  engineering problem is unique.  You know, you
23  can't say here's this specific situation you
24  have done, you know, 100 times.  But have you
25  dealt with the interior systems like this?

100

1  Have you dealt with levees on other projects?
2  Yes.  So I have over probably two to three
3  hundred projects, real, real life projects,
4  not academic.
5      Q.   At page 11 at the top you say that
6  the model is going to provide detailed
7  information about velocities.  Do you see
8  where it says "velocities"?
9      A.   Uh-huh (affirmatively.)
10      Q.   How does the model handle
11  velocities?
12      A.   There is -- There is an end value
13  factor -- There is a factor within the model
14  that allows you to take into account flow,
15  flow, the movement of flow of water.  Okay?
16  Now, I know what we're printing out right now
17  has to do with just water levels over time.
18  Right now what we're printing out, within our
19  deal -- within our report, within our
20  conclusions is what the water level versus
21  time is from the storm and the extent of the
22  flood, okay, as the -- as the breaches
23  happen.  The velocities within the systems are
24  internally calculated so that water moves from
25  one area to the next area.  Okay?  And it

101

1  fills these areas up.  And that's velocity --
2  Velocity has to do with how the waters move
3  from one to the other area, the rate of
4  speed.
5      Q.   Can the model show velocity of flow
6  at any given location inside the model at any
7  given time?
8      A.   I am not sure if it can.
9      Q.   You haven't done that as part of
10  your modeling?
11      A.   I haven't looked at any velocity
12  profiles, no.
13      Q.   What factors influence the velocity
14  of water as it moves over a surface?
15      A.   The roughness of the -- of the
16  particular surface, the area by which water
17  can move.
18      Q.   So if you have a corridor of
19  buildings and a street inside, that might
20  influence the velocity in which the water may
21  flow?
22          MR. WIEDEMANN:
23          You asking hypothetically?
24          MR. RAFFMAN:
25          I am.

102

1    MR. WIEDEMANN:
2        I object to the form of the
3    question if it's a hypothetical
4    question.
5        THE WITNESS:
6        Hypothetically, yes, anything in
7    its way can affect water movements.
8    EXAMINATION BY MR. RAFFMAN:
9    Q.   The surface geometry definitely
10   affects the movement and velocity of water;
11   right?
12   A.   It's, yes, part of the equation that
13   computes velocity.
14   Q.   And buildings are part of the
15   surface geometry, aren't they?
16   A.   Yes, they are part of it.
17   Q.   The presence or absence of buildings
18   at a given location affected the velocity of
19   water in the Lower Ninth Ward as it flowed
20   through, didn't it?
21       MR. WIEDEMANN:
22       I object to the form of the
23   question.  You want to pick out a
24   particular spot where it may have
25   flowed quicker on this gigantic

103

1    section of land?
2        THE WITNESS:
3        The volumetric amount of water
4    you're referring to that's really
5    coming in this area, that building
6    didn't make a lot of difference.  If
7    -- There was lots of water moving
8    into these areas.  So no, the velocity
9    was not affected in any small area by
10   the quantity of water that was really
11   moving in.
12   EXAMINATION BY MR. RAFFMAN:
13   Q.   Well, you said "volumetric" again.
14   Now, I am talking about water rushing through
15   a breach and having an impact on houses.  Does
16   the presence or absence of a house in a given
17   location affect the flow of water and how fast
18   it flows inside the Lower Ninth Ward?
19   A.   Let's use it as an example.  I mean,
20   here's an example of a house that's very close
21   to the breach (indicating).  Clearly when the
22   wall breached, the velocity -- the surge of
23   water that moved in had a big impact on that
24   particular house.  The velocity was very
25   strong.  Okay?  Once it -- But you could tell

104

1    this -- that's this very small area
2    (indicating).  Okay?  Only at the breach
3    location.  Once it moved away from the breach,
4    you can see -- you will see here, and this is
5    post-disaster, post-Katrina, you don't have
6    that situation because the velocity in the
7    water moved within probably streets around
8    houses and it just started filling the area
9    up.
10   Q.   Your model doesn't take into account
11   or doesn't account for the velocity of water
12   at that small area just inside the breach,
13   does it?
14   A.   I don't believe so, but I am not 100
15   percent sure about how it treats -- if I could
16   look at something within it right there, that
17   detail.
18   Q.   Your next assumption is -- By the
19   way, who wrote the text that's recorded here
20   in this portion, 2.1, if you know?
21   A.   This is probably a combination of my
22   staff looking at -- and myself, with my staff
23   studying the actual documentation from Sobek.
24   I mean, when you look at it, you have to study
25   -- understand the model's limitations.  The

105

1    model is very dynamic, it's very comprehensive
2    and you -- you -- it has a manual that you
3    need to understand its limitations.  It's like
4    any model.  There are limitations to what you
5    can physically model.  So a lot of this is --
6    probably some of it is what the model is
7    capable and not capable of looking at.
8    Q.   So the language that's reported in
9    2.1 was written in either by you or your
10   staff?
11   A.   Yeah, or provided from the
12   documentation of the Sobek model.  What it's
13   capable or not capable of doing.
14   Q.   All right.  The next one is "No
15   distinction is made between the surface
16   features such as houses and streets in the
17   elevation and roughness used in the model."
18   What does that mean?
19   A.   Well, again, it -- the distribution
20   of water in this area is through a
21   coefficient, a roughness coefficient, and
22   clearly the entire area, there's a composite
23   of land uses in here.  There's residential,
24   there's some commercial, there's streets.  And
25   so your representation -- there's no

106

1  distinction, because there's no three
2  dimensions to this. It's just a two
3  dimension. And so between a house and a
4  street there's no need -- you account for that
5  within your roughness coefficient.
6      Q.   What roughness coefficient did you
7  use in your model?
8      A.   I really don't know. I don't
9  remember that. I'd have to look it up.
10     Q.   Did you use the same roughness
11 coefficient that was used by the Dutch in the
12 Delft model?
13     A.   I don't know that answer right now.
14     Q.   Did you use the same roughness
15 coefficient over the entire area?
16     A.   I don't know that answer right now.
17     Q.   Is the roughness coefficient -- What
18 options do you have in selecting a roughness
19 coefficient?
20     A.   Well, all standard models have the
21 option of looking at the -- you know, the
22 range of values of, you know, end values
23 traditionally. I mean, there's probably --
24 and I am not 100 percent sure, but as any
25 model, there's probably three or four

108

1  which is a Mannings end value for the types of
2  surfaces that you might be experiencing within
3  your study area. And nothing unusual between
4  using -- You know, paved surfaces has an end
5  value of .015. Grass areas have an end value
6  of .02, .03, .04. And heavily treed areas,
7  you start going up really, you know, on those
8  end volumes, .2s, .3s. So it's some composite
9  of end value that the model would represent.
10 I just don't have that value in front of me.
11     Q.   Do you know what roughness
12 coefficient the modelers from Delft used when
13 they did their model?
14     A.   No.
15     Q.   Did your team do an independent
16 evaluation of what roughness coefficient
17 should be used to model the flow of water in
18 this area?
19     A.   I'm sure we did. I just don't have
20 that information.
21     Q.   Forgive me if I asked this earlier.
22 Did you use different roughness coefficients
23 for different squares in your grid?
24     A.   I don't have that answer because I
25 need to ask questions to the model.

107

1  different roughness methods within the model.
2      Q.   Each model has its own roughness
3  method?
4      A.   Each -- A model has various methods
5  to look at roughness. This particular
6  parameter.
7      Q.   And is the roughness method used in
8  the Sobek model the same as it is, say, in the
9  HEC models or the FLOW MIKE or other models
10 you have mentioned?
11     A.   I'm sure there is. I'm sure they
12 have Mannings. Yeah, I'm almost positive
13 there's Mannings as the roughness coefficient.
14     Q.   Is there a roughness coefficient
15 that correlates to urban environment?
16     A.   To different surfaces. Not
17 necessarily urban or what you referred to, but
18 the types of surface.
19     Q.   What are the types of surfaces that
20 you can use when selecting a roughness
21 coefficient for the Sobek model?
22     A.   I am not 100 percent sure. I'd have
23 to look into the model. But it's like all
24 standard models, which I know Sobek is, you
25 have a -- you could put a composite end value,

109

1      Q.   Your next assumption was that the
2  interaction between surface water and
3  groundwater is neglected. Can you explain
4  what that means?
5      A.   Yes. The model has no ability to
6  take water back underground basically. There
7  is no groundwater component to the model.
8      Q.   The next assumption says the direct
9  impact of wind speed and direction is not
10 taken into account in the model simulations.
11 What is the significance of that assumption?
12     A.   Well, if you're looking at --
13 Probably on the levee side of things on any
14 impact areas, that this model doesn't include
15 any wind speed driven mechanism to, you -- you
16 know, within its capability. There's no wind
17 part of it. I guess when you're doing surge
18 and you're doing some other types of analysis,
19 you would have wind as a parameter. This
20 model is not -- This is for an interior flood
21 analysis.
22     Q.   Your model doesn't consider the way
23 that the wind was blowing at any given time in
24 this class area; correct?
25     A.   That's correct. It only includes

110

1    the interior flooding.
2       Q.   Do you know one way or the other
3    whether wind blowing in this class area had an
4    effect on buildings in the class area during
5    Hurricane Katrina?
6          MR. WIEDEMANN:
7             I object to the form of the
8          question.  I don't know what you mean
9          by "affect".  This is a hydrologist,
10         not a person to testify to structure
11         damage.
12         MR. RAFFMAN:
13            So he can answer the question.
14         THE WITNESS:
15            Other than being a hurricane and
16         a lot of wind.  But no, not in a
17         scientific wind analysis.
18   EXAMINATION BY MR. RAFFMAN:
19      Q.   Does hurricane force winds have an
20   effect on water that may happen to be in a
21   given area during a storm?
22         MR. WIEDEMANN:
23            Object to the form of the
24         question unless you're talking about a
25         closed area like we're dealing with.

111

1    Are we talking about Galveston as
2    opposed to New Orleans?
3          MR. RAFFMAN:
4             Well, I'll be specific.
5          THE WITNESS:
6             Just give me some specifics on
7          what you're asking me.
8    EXAMINATION BY MR. RAFFIN:
9       Q.   You've got wind, you've got some
10   water in the Lower Ninth Ward.  You have
11   modeled many feet of water in the Lower Ninth
12   Ward.  My question is does hurricane force
13   winds have an effect on that water?
14      A.   Yes, storm surge.  That's what
15   creates part of your storm surge.  Yes.
16      Q.   The storm surge brings the water
17   into the canal; right?
18      A.   Uh-huh (affirmatively).  Yes.
19      Q.   And once the water is in the
20   neighborhood, doesn't the wind blow the water
21   in certain directions one way or the other?
22      A.   I would not imagine that that wind
23   within the actual area has any major or any
24   significant hydrologic effect, no.
25      Q.   And when you say "significant

112

1    hydrologic effect", you mean in the entire
2    class area or at large; right?
3       A.   I mean any area.  It's enclosed.  I
4    don't see wind as a factor within the
5    interior.
6       Q.   And so you have assumed no impact of
7    wind speed and direction in the model; right?
8       A.   That's correct.  There would be no
9    reason to include it.
10      Q.   You say the last -- the last
11   assumption is that "Under-seepage below or
12   through the levees or flood control structures
13   is not taken into account.  All evidence is
14   that under-seepage is negligible in comparison
15   to the final water volumes caused by the levee
16   breaches and storm surge overtopping."  Does
17   that mean that you elected not to consider
18   under-seepage because it did not have a
19   significant contribution to the overall volume
20   in the Lower Ninth Ward and St. Bernard?
21      A.   Because again, it would be
22   negligible, the amount of water.
23      Q.   Is it also negligible in terms of
24   the time at which water arrived at any given
25   location?

113

1       A.   It's probably so, too.
2       Q.   If you believe ILIT and Team
3    Louisiana, wouldn't it be true that some homes
4    might have had water from under-seepage before
5    they had water from breaches in the levee or
6    floodwall?
7          MR. WIEDEMANN:
8             I object to the form of the
9          question.  You're asking him a
10         hypothet, whether he believes it.
11         THE WITNESS:
12            Hypothetically asking, and having
13         read those reports, okay, I don't
14         believe there's probably a whole lot
15         of water from under-seepage coming
16         in.  I mean, again, I didn't do any
17         independent studies.  I am just
18         looking at --
19   EXAMINATION BY MR. RAFFMAN:
20      Q.   ILIT concluded that the two breaches
21   happened in the 7:00 to 7:30 time frame.
22   Isn't that right?
23      A.   ILIT had no separate opinion.  They
24   based their opinion only on Team Louisiana's
25   information.

114

1  Q.   Team Louisiana concluded -- Both
2  Team Louisiana and ILIT concluded that there
3  was a 7:00 o'clock time frame for both
4  breaches; right?
5  A.   I mention that only Team Louisiana
6  actually looked at data to provide information
7  on breach timing.  ILIT solely depended upon
8  Team Louisiana's information.  They did no
9  independent look.
10  Q.   Did either Team Louisiana or ILIT or
11  both suggest that water observed in the Lower
12  Ninth Ward in the time from 5:00 o'clock to
13  7:00 o'clock may have been the result of water
14  that seeped underneath the floodwall?
15  A.   It may have been stated, that in the
16  report.
17  Q.   I want to turn then to ask some
18  questions about the data that you collected.
19  Paragraph 2.2 of your report.  Your data
20  included storm surge hydrographs, rainfall and
21  levee breach times from the IPET report, and
22  it goes on from there.  I want to start with
23  the surge hydrographs.  What surge hydrographs
24  did you use and how did you use them?
25  A.   Okay.  The -- I believe it's

115

1  referenced in our report.  On page 19 you'll
2  see the storm surge -- the surge hydrographs.
3  Q.   All right.
4  A.   And at -- it's referencing a figure
5  4 at locations A, B, C, D, E, and F.
6  Q.   Why don't you show me where that
7  is.
8  A.   Location?
9  Q.   Yes.  Figure 4.  Where are the
10  locations?
11  A.   If you go to figure 4, which is on
12  page 15, --
13  Q.   All right.
14  A.   -- do you see the letter A in figure
15  4?
16  Q.   All right.  That letter A.
17  A.   B?
18  Q.   Yes.
19  A.   C, D, and E.  A is along the IHNC.
20  B along the MRGO.  C, D and E.
21  Q.   All right.  It's the green dots that
22  are reflected in figure 4?
23  A.   Yes.
24  Q.   And of those hydrographs, the only
25  one that's anywhere near the two breach sites

116

is the hydrograph sited A; correct?
A.   That's correct.  That's what shown
here on the lock.
Q.   All right.  So figure 7 is the
lockmaster's hydrograph which is reflected in
site A on figure 4; right?
A.   Right.  Surge hydrographs at C, D.
I think A and B would be using probably this
hydrograph here at the lock.  C --
Q.   How -- Go ahead.
A.   C, D, and E were constructed -- and
I don't believe they're shown here -- from the
high water marks and they were probably
obtained from IPET most likely because they
did storm surge modeling, their report.  IPET
did an interior flood analysis as well using
the external hydrographs.  And we would have
-- In fact, we would have used IPET's storm
surge generated hydrographs.
Q.   For which of these five locations
did you use the lockmaster's hydrograph?
A.   Probably at A and B, I would
imagine.
Q.   For which of the five locations did
you use IPET's storm surge modeling to

117

generate the hydrographs?
A.   Probably C, D, and E along MRGO.
Q.   What is the significance of the
lockmaster's hydrograph with respect to the
modeling that you did?  How did you use it?
A.   It's an external feed of -- It's
where the storm surge is.  That's -- You
basically -- it's an input into the model in
order to evaluate the levee overtopping as
well as when the breach occurs, what the water
level heights would be.  And it's an input
factor to the model.  This is the same
hydrograph that would have been also used by
IPET.
Q.   Okay.  The hydrograph that's point A
near the Lower Ninth Ward near the breaches --
A.   Uh-huh (affirmatively).
Q.   -- is based only on the lockmaster
data reflected at page 19 of your report?
Correct?
A.   I would answer that as yes.
Q.   The data in the lockmaster
hydrograph forms the boundary condition that
you used as an input into your model?
A.   Yes.

118

1    Q.   So if I understand right, once you
2  create the breach, you determine how much
3  water flows through the breach by reference to
4  how high the water is shown to be on this
5  surge hydrograph from the lockmaster?
6    A.   That's your external boundary
7  condition, yes.
8    Q.   You have assumed that the
9  information reported in here is correct.  And
10  when I say "in here", I mean the lockmaster's
11  hydrograph.
12    A.   I have relied on it as it is a
13  documented information from the IPET, from the
14  extensive studies that was done by the Corps,
15  yes.
16    Q.   And in order for your modeling to be
17  correct, the information in the surge
18  hydrograph, figure 7, has to be accurate;
19  right?
20    A.   I have no reason for it not to be
21  accurate, yes.  And I guess in answering, what
22  you're saying is that if it was any different,
23  you would have to test what's different about
24  the hydrograph on the model in order to
25  determine how different would the model

119

1  respond.
2    Q.   The results that you project as a
3  result of your modeling are dependent on the
4  surge hydrograph input; right?
5      MR. WIEDEMANN:
6        I object to form.  He just
7      answered the question.
8      MR. RAFFMAN:
9        No, it's a different question.
10      MR. WIEDEMANN:
11        He said if it changed --
12      MR. RAFFMAN:
13        Different question.
14      MR. WIEDEMANN:
15        -- he'd have to re-model to
16      determine whether it would have any
17      effect on it at all.  That's what he
18      just said.
19      THE WITNESS:
20        We relied on the information,
21      yes, that was provided.  If there is a
22      change to the information, the effects
23      on the model would have to be analyzed
24      to see the significance.
25  EXAMINATION BY MR. RAFFMAN:

120

1    Q.   If the surge hydrograph -- Let me
2  ask it this way.  Look at the surge hydrograph
3  for a minute.  Describe for me the trend that
4  you see in the surge hydrograph at the IHNC
5  lock gauge.
6    A.   It's shown on your X axis, the
7  bottom axis.  That's the date and time.  On
8  your Y axis is elevation and NAVD ADA datum.
9  And what you will see is the storm surge level
10  moving from elevation of 1 to elevation of
11  about 4 and a half at 6:00 P.M. on the 28th.
12  At midnight on the 29th, the storm surge is
13  now at 6 feet.  And by 6:00 A.M. the storm
14  surge is up at 11 feet according to --
15    Q.   What is the storm surge at 4:00
16  A.M.?  Just help me read this.
17    A.   The storm surge at 4:00 A.M., maybe
18  about 9 feet.
19    Q.   Okay.  What's the storm surge at
20  5:00 A.M.?
21    A.   9 and a half.  If I am reading it
22  right.  10.
23    Q.   What's the storm surge at 6:00
24  A.M.?  I think you said 11?
25    A.   Yeah.

121

1    Q.   What's the storm surge at 7:00
2  A.M.?
3    A.   What is that?  About 12.
4    Q.   What's the storm surge at 8:00
5  A.M.?
6    A.   Testing my eyes right here.  About
7  14.
8    Q.   All right.  At 9:00 A.M. it's about
9  14?  Or does it go down?
10    A.   8:00 or 9:00?
11    Q.   Yes, I wanted to go to next, to
12  9:00.
13    A.   At 9:00?  It's probably close to its
14  peak.  So around 9:00, right?  Somewhere
15  around 15.
16    Q.   All right.  So when you run your
17  model, the amount of water that you pour into
18  the Lower Ninth Ward after you open the breach
19  will correspond to each of these levels on the
20  hydrograph; right?
21    A.   Correct.  It's a boundary
22  condition.  Yes.
23    Q.   Your model, you open a breach of 180
24  feet at 4:00 o'clock A.M.  Is that right?
25    A.   That's when the breach time starts.

122

1   Yes.  On the north breach at the IHNC.
2       Q.   Okay.  How did you create the north
3   breach at 4:00 o'clock A.M.?  What
4   configuration did you use?
5       A.   Are you referring to the physical
6   geometric dimensions of the breach?
7       Q.   Yes.
8       A.   I believe in the table that you just
9   read, at 180 feet.
10      Q.   All right.  This is at page 15.  I
11  am not trying to be tricky.  I just want to
12  understand.
13      A.   All right.  180 feet.
14      Q.   So all 180 feet of that breach were
15  opened up at 4:00 o'clock; right?
16      A.   I believe so.  I don't believe we
17  put a time on this one.  We may have put a 15
18  or 30 minute time on the total breach time for
19  it.  I need to check that.  I don't remember
20  just offhand.  I know we did not on the south
21  breach, but on the north breach we could have
22  put a 30 minute breach time.  Between 4:00 and
23  4:30 when it completed a breach.
24      Q.   So the northern breach, you may have
25  implemented that in stages over a 30 minute

123

1   period?
2       A.   Right, we may have.
3       Q.   On the south breach, what did you
4   do?
5       A.   I believe the south breach was
6   instantaneous.
7       Q.   So you opened a 793 foot hole in the
8   wall at 5:30 A.M.?
9       A.   Right.
10      Q.   And in your model, from all points
11  after 5:30 A.M. you had water from the IHNC
12  pouring into a 793 foot hole in the wall;
13  right?
14      A.   Correct.
15      Q.   That hole in the wall didn't exist
16  in your model until 5:30 A.M.; right?
17      A.   Correct.
18      Q.   Your model takes as a boundary
19  condition that both before and after you
20  opened the 793 foot hole in the wall, the
21  water in the Industrial Canal continued to
22  rise in level at the rate that's shown in
23  figure 7 of your report; right?
24      A.   Correct.
25      Q.   As a hydrologist, does it surprise

124

you that the water in the Industrial Canal
continued to rise at a steady rate for a
period of hours after you opened a 900 -- or
800 foot hole in the wall?
    A.   No.  I mean, you have an endless
supply of water coming in.  I wouldn't imagine
that the ocean's going to drop anything by
opening up just this small of a hole.  Now, if
you would have had your gauge probably closer
to the wall, I think you would see some
vertical difference there.  But -- Draw some
draw-down.  But I don't believe the draw-down
effect would be anything significant to this
gauge.
    Q.   Is nothing constraining the supply
of water coming into the Industrial Canal?
    A.   Not with storm surge pushing in,
no.  I don't believe so.
    Q.   No neck or other limited orifice
that would meter the water coming into the
canal?
    A.   Not to my knowledge.  But then
again, you know, I am taking information, too,
that I think is, you know, again, from IPET's
information of their exhaustive studies that

125

they did on this.  So I am utilizing IPET's
also understanding of this whole situation.
    Q.   Right, and you --
    A.   It's not just my own.  You know,
there's a lot of scientists, a lot of
engineers that have gone and looked through
all of this information to understand it.
    Q.   You are not questioning the
correctness of the IPET hydrograph; right?
You rely on it?
    A.   I have no reason to discredit it.
Correct.
    Q.   You consider your modeling results,
which assume a 793 foot breach at 5:30 A.M.,
hydrologically consistent with the data
reported in the hydrograph.  Is that what
you're telling me?
    A.   Yes.
    Q.   And the reason you have told me that
you have drawn that conclusion is that there's
an endless supply of water to come into the
Lower Ninth -- to come into the IHNC from the
ocean.
    A.   Right.  I mean, you have hurricane
conditions going on.  You have a storm surge

126

1   building up elevations coming in at the time.
2   Water is building up as shown here throughout
3   this whole duration of time.
4       Q.   Is the build-up of water that's
5   happening in this area affected or dependent
6   in any way on the formation of the breach, or
7   is it an independent variable in your view?
8       A.   It's independent of the breach.  The
9   build-up of water along the IHNC and along
10  MRGO is independent of the breach.
11      Q.   So the amount of water that comes
12  into the IHNC doesn't get affected at all when
13  the breach happens; right?
14      A.   No.
15      Q.   So in order to -- Bear with me a
16  minute.  Go back to the surge hydrograph,
17  figure 7.  You have narrowed it for me that
18  the water rises at the level of about one foot
19  per hour during the hours of 5:00 A.M. to 7:00
20  or 8:00 A.M.; right?
21      A.   Uh-huh (affirmatively).
22      Q.   The rate of rise is steady during
23  that time period?
24      A.   According to their data, yes.
25      Q.   And as a hydrologist, when you open

127

1   an 800 foot breach in the wall, you don't
2   expect to see any blip or change in the rate
3   of rise of the water at that hydrograph as a
4   result of the breach that happens?
5           MR. WIEDEMANN:
6               I object to the form of the
7       question.  He's already answered it.
8           THE WITNESS:
9               You have the whole ocean pushing
10      in.  I don't believe that would have
11      an impact.
12  EXAMINATION BY MR. RAFFMAN:
13      Q.   Does the rate at which the water
14  flows into the Industrial Canal change when
15  the breach happens?
16      A.   I didn't analyze that external.  I
17  couldn't tell you if it does or it doesn't.
18      Q.   Sitting here today and based on all
19  you have testified so far, you can't tell me
20  one way or the other whether the velocity of
21  the water entering the canal changes when the
22  breach happens?
23      A.   I can tell you that, you know, at
24  the breach location, yeah, water changes.
25  There's a breach.  There's a change in

128

1   velocity right there.  The water is being
2   pulled in, into this area.
3       Q.   What about the water coming under
4   the Florida Avenue bridge?
5       A.   Is it pulling water from way up
6   there?  In?
7       Q.   Yes.
8       A.   I really don't know the external
9   conditions that are going on.  I haven't done
10  any circulation studies for this hurricane.  I
11  just know my boundary conditions.
12      Q.   Let me ask you some questions about
13  LIDAR.  You say at page 12 that you captured
14  topography levee and floodwall crest heights,
15  size and depth of the breaches from LIDAR
16  data.  What is LIDAR?
17      A.   Stands for Light Imaging Ranging and
18  Radar, something like that.  It's basically
19  digital elevation model data.  There is a
20  process by which an airplane flies over using
21  lasers to shoot the ground and by differential
22  leveling of some sort comes up with the ground
23  elevation, a very detailed -- it takes shots
24  everywhere.  There's just a tremendous amount
25  of data points within -- LIDAR is able to

129

1   capture, to a point that it's so much data
2   that it has to be filtered, referred to as
3   mowing routines or as what we said, resampled,
4   based on a 50 -- you know, 10, 20, 50 meter
5   grid because there's so many data points.
6       Q.   The resolution of LIDAR is what?
7       A.   It depends how much the data you
8   have, the original LIDAR data that you have.
9   Our -- Our study -- Our study team, I mean, I
10  have an expert in LIDAR, Dr. Annie Ding, who
11  developed much of the LIDAR in many, many
12  areas, very competent expert in working with
13  that type of data.  And so if you had the raw
14  data, I'm not sure she pulled -- was able to
15  gather -- She usually does all the raw data
16  and then will do quite a bit of resampling of
17  that data and testing of it.
18      Q.   Did you use the LIDAR 2002 data
19  set?
20      A.   Whatever's referenced here is what
21  we used.  I can't tell you exactly what we
22  used.  I have competent, trained people in
23  that data acquisition side.
24      Q.   I asked the question because it
25  doesn't tell me what the data is in the

130

1   report.  Maybe we should go back to exhibit 5,
2   which I think is up on your screen there.
3   Maybe not.
4            Can you tell from looking at
5   exhibit 5 what the data is of the LIDAR that
6   you used?
7       A.  It says "Data collection 2002".  I
8   don't know.  Of course, this would be
9   pre-Katrina.
10      Q.  Are you aware that LIDAR data has
11  been redone since 2002 to correct errors in
12  the 2002 data?
13      A.  I'm sure she is extremely competent
14  with all the data, LIDAR data.  In fact, I am
15  almost 100 percent sure she is.
16      Q.  Are you aware that LIDAR data has
17  been redone since 2002 to correct errors in
18  the 2002 data?
19      A.  Me personally?  No.  But I am sure
20  my staff is.  The expert in this area.
21      Q.  Am I correct that LIDAR will only
22  tell you the ground elevation?
23      A.  Yes, you're -- If that's the point
24  by which you're shooting.  But if it picked up
25  a house, it'll tell you the rooftop

131

1   elevation.  If it actually had raw data.
2       Q.  Does the LIDAR data that you used in
3   your model tell you only the ground
4   elevation?
5       A.  That's what we used it for, yes,
6   ground elevations.
7       Q.  LIDAR data will not tell you the
8   height of the first floor of any building
9   above the ground; correct?
10      A.  Not LIDAR, no.
11      Q.  So I am correct, LIDAR won't tell
12  you that?
13          MR. WIEDEMANN:
14              I think he just answered that.
15          THE WITNESS:
16              That's correct.
17          MR. RAFFMAN:
18              I think he did, too.
19  EXAMINATION BY MR. RAFFMAN:
20      Q.  You say at page 12 that there are
21  uncertainties in the data.  What are the
22  uncertainties in the data?
23      A.  Well, there's a lot of data
24  referenced here.  All data has uncertainty to
25  it, how accurate it is.  I can't tell you some

132

1   of the accuracy of some of this information.
2   It's acceptable to be used in the applications
3   by which we're using them.  We're within the
4   standard, clearly, of any error that's
5   required to do the type of work we're doing
6   and using it for.  But to be specific to you
7   and tell you what the standard deviation of
8   errors are on any of this information, I'd
9   have to look at each individual piece of
10  information and see if I can get you that
11  information.
12      Q.  Why did you include that statement
13  in your report about uncertainties in the
14  data?
15      A.  Because, as an example, here's a
16  piece of information on the LIDAR.  It says
17  "Missing 15 foot LIDAR tile.  Used one-third
18  arc, USGS DEM and pre-Katrina one foot LIDAR
19  levee survey".  So there may -- There was a
20  gap in this data.  Even IPET acknowledged it.
21  We had to go back and resample this area,
22  recreate this based on other information.  So
23  there's some uncertainties by which you as an
24  engineer have to go back and make sure you
25  study that you minimize the -- any of the

133

1   errors within the data sets.
2       Q.  Which errors in the data sets did
3   you consider particularly significant and
4   requiring minimization?
5       A.  Probably mostly topographic work.
6   Just topography work.
7       Q.  Which topography work did you do?
8       A.  Well, I think that's one example by
9   which if we don't have the data we needed, the
10  data, we had to go figure it out.  Okay?  Any
11  time you deal with levees, you need to go find
12  actual survey data.  Okay?  So we -- You can't
13  capture in LIDAR some of the -- the actual
14  levees, the definition of everything, so you
15  need some ground survey information which IPET
16  was able to provide to us from their studies.
17  Okay.  Some of the railroad is another one
18  that, you know, you're going to miss if you
19  use LIDAR.  Some of the points.  So you have
20  to go back and make sure that you have a
21  decent profile of those.
22      Q.  What did you do to go back and make
23  a decent profile of the railroad embankment?
24      A.  Take the raw data, LIDAR, and see
25  what the point of elevations are along there

134

1    and make them consistent.
2        Q.   Where is the height of the railroad
3    embankment included in the data that you
4    used?
5        A.   This is the railroad right in here
6    (indicating).  It's kind of hard to see.  But
7    the railroad follows this levee.
8        Q.   And the railroad embankment is how
9    high?
10       A.   I want to say 5 to 6 feet.  Maybe
11   5.  4 to 6 feet in elevation.  Somewhere
12   between 4 and 6 feet in elevation.
13       Q.   And the area that you just outlined
14   in the LIDAR data does not show a line at the
15   4 to 6 foot elevation level, does it?
16       A.   That has been resampled.  I know we
17   have done that on there.
18       Q.   When did you do that?
19       A.   Maybe in August.  I don't know.
20   That they're looking at the data.
21       Q.   The resampling that was done is
22   after this report was prepared.  Am I right?
23       A.   Yeah.
24       Q.   You wrote that time lines of the
25   breaches were obtained from the IPET report.

135

1        MR. WIEDEMANN:
2           Which page are you talking
3        about?  What page are you talking
4        about?
5        MR. RAFFMAN:
6           Well, I have to confess I thought
7        it was in 14, but I don't see it
8        there.  So let me go back.  Yes, I'm
9        sorry.  It's -- I'll tell you what.
10       I'll withdraw the question.  I can't
11       find the quote.  I'll come back to
12       it.
13   EXAMINATION BY MR. RAFFMAN:
14       Q.   Oh, it's on page 12.  I'm sorry.
15   It's page 12.  "The time lines for the
16   breaches were obtained from the IPET report."
17   Do you see that?  From which volumes of the
18   IPET report did you obtain time lines for the
19   breaches?
20       A.   The final volumes.  And actually,
21   you will see the time line in our Appendix B,
22   a copy of it.
23       Q.   All right.  I am going to pull
24   Appendix B out of my file.  So we'll go there
25   right now and mark it Exhibit Number 3.

136

1           The Court Reporter has just handed
2    you what's been marked as Exhibit 3 to your
3    deposition.  Mr. Spinks, is Exhibit 3 a copy
4    of Appendix B to your report?
5        A.   Yes, sir.
6        Q.   Does Appendix B represent the time
7    line for the breaches that you obtained from
8    the IPET report?
9        A.   Part of the information, if not
10   recall.  I believe so.
11       Q.   If you look at the citation page 2
12   --
13       A.   Let me --
14       Q.   Okay.
15       A.   -- step back.  I mean, there's a lot
16   of information we used to determine breach
17   time.  This is something we referenced in
18   helping us understand the breach time, but we
19   also have eyewitness reports.  If you look
20   into our Appendix C, there is a complete time
21   line that would accompany this also to help us
22   determine when breach times occurred.
23       Q.   All right.  I promise I am not
24   trying to be tricky.  I will get to all of
25   that other stuff in due course.

137

1        A.   Okay.
2        Q.   Right now all I want to know is,
3    does Appendix B represent those portions of
4    IPET that you relied on to establish time
5    lines for the breaches?
6        A.   From IPET, yes.
7        Q.   And all of the IPET materials in
8    Appendix B are from either a June, 2006
9    performance evaluation or from volume 4 of the
10   IPET report of March 26, 2007; correct?
11       A.   Yes.
12       Q.   You did not rely on anything that
13   was contained in volume 5 of the IPET report
14   of 2007 for breach time lines?
15       A.   I don't believe so.  I am not 100
16   percent on, you know, whether we didn't look
17   at some other things, too.  But for all
18   practical purposes, this is the time line for
19   breaching.
20       VIDEO OPERATOR:
21           Excuse me, Counsel.  I need to
22       change tapes.
23       MR. RAFFMAN:
24           All right.
25       VIDEO OPERATOR:

138

1    We're off the record.  It's
2  3:11.
3    (Recess.)
4    VIDEO OPERATOR:
5    Returning to the record, it is
6  3:20.
7  EXAMINATION BY MR. RAFFMAN:
8    Q.   Okay.
9    A.   Could I just clarify something?  I
10  think Appendix B, there is a, in there, an
11  excerpt from their draft or draft final report
12  in here that dates back to their June, 2006.
13  But the majority -- the rest of it is the
14  actual time line in their final report to
15  their March, 2007 report.
16    Q.   And when you referenced the final
17  report, you're referring to volume 4 of the
18  final report; right?
19    A.   Yes, sir.
20    Q.   Not to any other volume of the final
21  report?
22    A.   Not this information (indicating),
23  no.
24    Q.   You wrote at page 13 of your report
25  that it was necessary to resample the source

139

1  DEM data into 164 feet, 50 meter grid in order
2  to optimize the simulation runs.  Can you
3  explain what that means?
4    A.   I think I can.  The -- The LIDAR
5  data that we have is -- We probably have the
6  raw data, which is lots and lots of data
7  points.  In order to make this model run
8  efficiently, that means instead of taking days
9  or weeks to run an analysis, it has to be
10  resampled to a less of a dense grid, a 50
11  meter grid of data points.  So that's like
12  putting a data point every 50 meters in
13  elevation along this whole area in order to do
14  this type of analysis.
15    Q.   So the resolution that you have in
16  your model is in 50 meter grids?  Right?
17    A.   Correct.
18    Q.   And did you use the same grids as
19  the Dutch used in the Kok study?
20    A.   I couldn't tell you.  I'd have to
21  give you that answer later.
22    Q.   The elevations that you used for
23  each 50 meter square are the average elevation
24  within that square?
25    A.   I couldn't tell you how they

140

processed that ground data.
    Q.   You did a rainfall time series
that's shown at page 14?
    A.   Yes, we have obtained rainfall
information.
    Q.   Where did you get the rainfall
information?
    A.   I believe it's referenced there as
well.
    Q.   Did you get rainfall information
from the Dutch?
    A.   We could have.  I thought it's -- I
thought we referenced it.  I'm not 100 sure.
I swear I had listed it in here.  It probably
came for whatever the data source that the
polder study received their information.
    Q.   You say the polder study, you mean
the study done by Kok and his colleagues at
Delft?
    A.   Yes.
    Q.   In fact, if you look at the top of
page 13 --
    A.   Oh, yes.  There it is.  Yeah.  From
Dr. Lee E. Branscom (phonetics).
    Q.   Now, when you modeled the rainfall,

141

did you model run-off and ponding of the
rainfall at any location in the class area?
    A.   It basically distributes rainfall
over the entire area into this and then as
part of its hydrograph capability in the
hydrology moves that rainfall within the
overall area.
    Q.   So as of 5:00 or 6:00 A.M. you had
between 2 and 4 inches of rainfall at that
time; right?
    A.   Cumulative, yes.
    Q.   Cumulative?
    A.   Yes.
    Q.   And your model would reflect
rainfall run-off as part of its analysis?
    A.   Yes.
    Q.   So rainfall running into low-lying
areas such as may have occurred by 5:30 or
6:00 o'clock is reflected in your model?
    A.   Yes.
    Q.   Did you conclude that rainfall
run-off would not have accounted for any of
the water that was seen by eyewitnesses in the
area in the early morning hours of August 29?
    A.   Rainfall run-off was observed within

142

1   the area and yes, was part of the -- one of
2   the contributing factors to the flooding, but
3   probably less than 8 percent of the total
4   volume of water within this area.
5       Q.   With regard to levee overtopping and
6   breaches, you reference a work map shown in
7   exhibit 6.  At the bottom of page 14 you
8   reference that.  What I would like you to do
9   is to help me remove this exhibit.
10          Does the study area work map
11  that's now up on the easel reflect exhibit 6
12  to your report?
13      A.   Yes.
14      Q.   What is exhibit 6?
15      A.   Any time we conduct a study, we like
16  to graphically represent as much information
17  as we can, either in the data that we collect
18  or some of the results.  And what this map
19  here is represents, is as shown in its legend,
20  is a composite of eyewitnesses, stop clock
21  information from IPET, has Team Louisiana stop
22  clock information, where the pump stations are
23  at; it has high water mark locations, maximum
24  water levels.  Then it shows a range of -- to
25  see how reliable those high water marks were.

143

1       Q.   Who decided which high water marks
2   are reliable versus those that are not?
3       A.   IPET in their report had a system by
4   which they classified how reliable their high
5   water marks were.  If they were able to obtain
6   a high water mark inside of a building, they
7   would consider that very reliable because that
8   would not have included wave action.
9       Q.   To your knowledge, did IPET
10  investigators go inside buildings in the Lower
11  Ninth Ward or St. Bernard Parish to take high
12  water marks?
13      A.   I believe there are some that they
14  have very high reliable high water marks.  I
15  would assume yes.  I am not 100 percent sure
16  how that was done.
17      Q.   Do you know how they obtained
18  permission from the owners of the property to
19  get inside and take the water marks?
20      A.   No, I don't.
21      Q.   What are the data points on your
22  work map that confirm that the south breach
23  happened at or before 5:30 in the morning on
24  August 29th?
25      A.   Well, on this particular work map

144

1   here, there is a -- You know, this whole map
2   kind of plays to that.  And I have to say
3   that, because, again, any time we have
4   eyewitness information about the water levels
5   at any of these locations here, when we run a
6   model and they're get- -- we get an
7   understanding from these eyewitnesses when
8   they heard things, we had put into the model
9   when these breaches occurred.  And again, we
10  have to go back and verify.  Well, now, once
11  this breach occurred at 5:30, what is the
12  water level over here.  Is it consistent with
13  what they're reporting.  Is it consistent in
14  Jackson Barracks, what they may be reporting
15  at that point in time.  So we look at the
16  model to see that if that breach occurred as
17  they said, and the timing that, you know,
18  consistent with what your eyewitnesses says,
19  what the stop clocks, then you compare it
20  back; and 5:30 was a -- we believe the time,
21  somewhere around 5:30ish, the time that the
22  south breach occurred.  It matches very well
23  in terms of high water mark elevations.
24      Q.   Well, tell me how high water marks
25  confirm the time of a breach.

145

1       A.   Okay.  Clearly -- Let me give you an
2   example here.  When somebody over here said,
3   "I had water in my house up to this level, it
4   was already up to the rooftop."  Okay?  If the
5   breach occurs, let's say, after that, well,
6   there's not enough time, not enough time for
7   water to move into this area.  That type of
8   volume of water.  And I mean, again, we're
9   looking all the way down here at information
10  (indicating).  And if we're trying to match up
11  what the water level is, that they say the
12  water level and the time frames by which these
13  eyewitnesses are saying they have seen things
14  or they heard things, or actually to the
15  conditions by when the water was in their
16  house up to the rooftops, then we can identify
17  that to the timing of the breach and see that
18  if the breach occurred at that time, would it
19  happen.  It's that iterative process you have
20  to understand.  Because other times -- Let's
21  say we started the time at 7:30.  I think we
22  may have run that.  There's no way you could
23  have water in some of these houses that are so
24  distant away.  It doesn't -- And it's -- It
25  would not be in line with what the

146

1   eyewitnesses heard and saw anyway.
2       Q.  I'm going to come back to a lot of
3   what you just said, but my question was about
4   high water marks and how they confirm timing.
5   Now, you have a lot of high water marks that
6   are marked on your work map with a little
7   symbol that shows like a push pin.  Am I
8   right?
9       A.  These are just maximum high water
10  marks here.
11      Q.  Okay.  So a maximum high water mark
12  that's marked with a push pin is nothing more
13  than how high the water got at some point in
14  the time sequence; right?
15      A.  These may be the maximum the water
16  got.  I believe the maximum elevations as
17  recorded.
18      Q.  All right.  Knowing something about
19  the maximum elevation doesn't tell you
20  anything about the time it got there, does it?
21      A.  And that's not only the reason why
22  we have a study work map.  We have to produce
23  what the actual total water level got to as
24  well and match up.  Okay?  This map is not
25  just for breaches alone.  There's other

147

1   reasons we have this map and are using it.
2       MR. RAFFMAN:
3           Would you read my question back,
4       please?
5           (Requested question read back.)
6   EXAMINATION BY MR. RAFFMAN:
7       Q.  Now I would like you to answer my
8   question.
9       A.  Not if it's only the elevation we
10  have, no.
11      Q.  The marks on your map that are
12  designated by push pins don't relate to the
13  timing of the events; correct?
14      MR. WIEDEMANN:
15          I think he's already answered
16      that.  I object to the form of the
17      question.
18          THE WITNESS:
19          Correct.
20  EXAMINATION BY MR. RAFFMAN:
21      Q.  Okay.  Talking about the timing,
22  which of the witnesses whose testimony about
23  "water levels in my house" at a given time,
24  which of the witnesses that confirmed your
25  breach happened at 5:30 at the south breach?

148

1       A.  At the south breach?
2       Q.  Yes.  I want to focus on the south
3   breach.
4       A.  Appendix C is a time line and notes,
5   try to summarize information that came out
6   through the depositions of witnesses or --
7   that were taken.  And on the right-hand column
8   you'll see "witness and report", which will
9   provide us some time information.  Many times
10  these witnesses also told us where the water
11  was at these particular times in their
12  depositions.
13      Q.  Let's mark Appendix C so we have
14  it.  Exhibit 4.
15          Mr. Spinks, the Court Reporter has
16  handed you what's been marked as Exhibit 4 to
17  your deposition.  Is Exhibit 4 a copy of
18  Appendix C to your report?
19      A.  Yes.
20      Q.  In referring to Appendix C to your
21  report, which of the witnesses whose testimony
22  confirms that the south breach happened at
23  5:30 A.M.?
24      A.  If you look at Miss Carolyn
25  Berryhill, and if you can refer back to my

149

1   report on page 18, that first paragraph
2   outlines Miss Carolyn Berryhill who lived one
3   block east of the IHNC south breach, saw --
4   said that water came up fast between 5:30 and
5   5:45 A.M.  Mr. Kendrick Pounds saw two holes
6   in the floodwall when he woke up at 5:50 and
7   reported that water was already on the floor.
8   Eyewitness Matthew Simmons who lived one block
9   east of the south floodwall breach reported
10  that between 5:10 to 5:40 A.M. the downstairs
11  flooded to the ceiling.  And then supplemented
12  based on IPET information and additional
13  eyewitness accounts, IPET had stated that it's
14  probable that the IHNC south breach occurred
15  at or before 5:30.
16      Q.  As far as you know, the final word
17  from IPET on the timing of the south breach is
18  what's stated on page 18 of your report?
19      A.  Yes.  It's also listed in their time
20  line series of information, which is in our
21  Appendix B.
22      Q.  That time line series in Appendix B
23  that you have just listed, that's the front
24  page from 2006; right?
25      A.  I am talking about the information

150

1  behind it which is out of their final report.
2      Q.  Final report, volume 4.
3      A.  That's correct.  In their final
4  report, volume 4, it states, if you go to page
5  9 of it, I'm taking you back to our Appendix
6  B, --
7      Q.  Right.  And as far as you know --
8      A.  Page 9.
9      Q.  Page 9.  I understand.
10     A.  Okay.  That last paragraph there.
11 State that "In summary for the Lower Ninth
12 Ward," and this is what IPET states, "it
13 appears that flooding began early on Monday
14 morning.  Eyewitness accounts and stop clock
15 data indicate that flood waters began entering
16 the Lower Ninth Ward prior to 5:30 and
17 possibly as early as 4:30.  These early times
18 suggest that the water entered through one or
19 both of the breaches in the IHNC floodwall.
20 The floodwalls overtopped later at about
21 7:30."
22     Q.  Now, what IPET said in that report
23 is that the time suggests that water entered
24 through one or both breaches; right?
25     A.  That's correct.

151

1      Q.  So IPET didn't say both breaches
2  happened by 5:30, did they, in this report?
3      A.  I interpret this as one or both.
4      Q.  You're not aware of any other
5  statements by IPET in any subsequent volumes
6  of the report, say volume 5, 6, 7, 8, 9,
7  whatever volume, that attributes a different
8  time to the south breach?
9      A.  Not that I am aware of.
10     Q.  Now, you have listed the witnesses
11 Berryhill, Pounds, and Simmons.  And I will
12 ask you what other witnesses --
13     A.  Terry Adams, who lives by the pump
14 station, indicated that at 5:00 A.M. his
15 carpet was wet.
16     Q.  I don't want to interrupt you, but I
17 am trying to focus on the south breach.  And I
18 hadn't finished my question.
19     A.  I'm sorry.
20     Q.  All right?
21     A.  I just realized that.
22     Q.  So the other witnesses whose
23 testimony you say confirms the south breach
24 happens at 5:30 A.M.
25     A.  There are other witnesses.  You have

152

1  Ernest Offray.  I know we have considered and
2  we have looked at, in terms of information --
3  I am not 100 percent sure how his information
4  is applied, but I know we have looked at every
5  one of the additional witnesses to see if they
6  have provided any time-related information.
7  But at this point, yes, the ones that we have
8  listed in this series is what we relied upon.
9      Q.  So those are Berryhill, Pounds,
10 Simmons, and Offray; right?
11     A.  Right.
12     Q.  All right.  And leaving witnesses
13 out, what other data points on your study area
14 work map, exhibit 6, prove that the south
15 breach happened at 5:30 A.M.?
16     A.  I think you have -- Again, IPET has
17 information related to C-1 and C-2.  When --
18 And I have to say it like this, but again,
19 when we look at those breach times, we have
20 information that says, hey, this is about what
21 time it happened.  Then the model is run to
22 see if it compares to results of other
23 eyewitnesses when they were flooded within
24 this area.  And if these stage, the elevation
25 of the water level is comparable, then we have

153

1  a certain reliability that the model is
2  predictable.
3      Q.  What other witnesses --
4      MR. RAFFMAN:
5          I did not -- All right.  We're
6      going to let that go.
7      MR. WIEDEMANN:
8          You asked him -- I pointed out to
9      him on the map the number of witnesses
10     he's got.  You asked him was it just
11     those three people.  There's more than
12     three people.
13     MR. RAFFMAN:
14         Well, I am trying to get the
15     witness' answer, not the Counsel's
16     coaching, but I am prepared to let it
17     pass to get moving.
18     MR. WIEDEMANN:
19         Well, Counsel didn't prepare this
20     map on page 18.  That was prepared by
21     him.
22     MR. RAFFMAN:
23         The map is directly in front of
24     the witness.  He's got eyes and he can
25     see what's on it without his Counsel's

154

1  coaching.  But I am prepared to let it
2  go if you will just let me ask my
3  question.
4      MR. WIEDEMANN:
5      I'm not coaching him.  I just
6  reminded him to look at it.
7      MR. RAFFMAN:
8      The record will reflect what you
9  have done.
10     MR. WIEDEMANN:
11     Okay.  That's fine.
12 EXAMINATION BY MR. RAFFMAN:
13     Q.   What other witness' testimony
14 confirms or verifies or validates that the
15 south breach happened at 5:30 A.M.?
16     A.   And I am going to answer that in the
17 context you're aware that we have all of these
18 additional witness locations in this map.
19 Okay.  And your answer specifically related to
20 the south breach, because as I mentioned when
21 I mentioned Mr. Adams, you said, "I am
22 referring to the south breach only."  Okay?
23 So the reality to that, and I have to answer
24 this, and it's the only right way to answer
25 it, is that we consider all the witnesses'

155

1  information because it's a -- it's a system
2  you -- system evaluation.  It's what happened,
3  you know, how did the breaches occur.  It's
4  not something separate.  It's something that
5  happened over a period of time.  And each of
6  these witnesses are key to understanding the
7  sequence of events.
8      Q.   Well, which witness gave you
9  testimony about a water level at my house that
10 could only have existed if the south breach
11 happened at 5:30 A.M.?  How about we go that
12 way?
13     A.   Every one of these witnesses
14 provided pertinent information to us.  Some of
15 it is summarized in our report as I have
16 mentioned.  Some of it's summarized actually
17 within the report itself.  Some of it's
18 provided to you in this other handout.
19     Q.   Tell me what Cindy Williams
20 contributed of value to your conclusion that
21 the south breach happened at 5:30 A.M.
22     A.   I'm sure -- She has a -- We took --
23 They took a deposition of her.  She gave us a
24 description of the flood event.  And I am sure
25 by her description we were able to obtain some

156

1  information related to her particular
2  understanding of the flood.  I can't give you
3  the specifics as I don't have her deposition
4  in front of me.
5      Q.   Apart from the testimony of
6  witnesses -- Well, let me go back.  Have I now
7  exhausted your ability to tell me whose
8  testimony confirms specifically the 5:30 A.M.
9  breach time?  Or are we done with that today?
10     A.   I think, yes, again, I am trying to
11 be helpful and answer your question.  There's
12 a lot of information.  These eyewitnesses as I
13 mentioned we summarized in our Appendix C and
14 we provided you all the information that we
15 used.  And the eyewitness information here.
16     Q.   So unless you and I go digging
17 through witness transcripts, we're not going
18 to get anywhere else with this today; right?
19     A.   That's correct.
20     Q.   Leaving witnesses to the side, what
21 other data points do you have, stop clocks,
22 photographs, whatever, that confirm the time
23 of the south breach must have occurred at 5:30
24 A.M.?
25     A.   All the information that we used

157

1  from IPET or Team Louisiana, what's ever in
2  those reports that we used helped make that
3  decision on the time of that breach.
4      Q.   Can you think of any particularly
5  persuasive data points that are helpful to you
6  in concluding that the south breach must have
7  happened at 5:30 A.M.?
8      A.   Well, the interior flood hydrograph
9  that we talked about.
10     Q.   Tell me how the interior flood
11 hydrograph --
12     A.   There's IPET's --
13     Q.   Let me finish my question.  The
14 interior flood hydrograph we're talking about,
15 just so we're all on the same page, is figure
16 9 of your report; right?
17     A.   Correct.
18     Q.   Tell me how this interior flood
19 hydrograph helps you confirm that the south
20 breach must have happened at 5:30 in the
21 morning.
22     A.   That is part of the analysis that we
23 have to determine when is the probability of
24 these breaches, when will they -- did they
25 occur.  And if you look at the data points,

158

1  the ones in blue represent IPET's site C-1
2  location, which as shown on this map is right
3  in here (indicating).
4      Q.   Just so that I can be clear, you're
5  pointing to an area that's awfully near the
6  north breach; right?
7      A.   That's correct.
8      Q.   But you're saying that C-1 and C-2
9  is persuasive for the south breach as well?
10     A.   Yes.  Yes.  The water has to fill --
11 I mean, this is the low part of the area.
12 Wherever the breach occurs, the water is going
13 to fill the lowest part of the land.  The
14 lowest part of the land is on the northern
15 side there against the 40 Arpent Levee.  What
16 -- Going back to these data points, there's a
17 C-1 data point here and a C-2 data point, and
18 at those particular locations where they are,
19 generally got information on stop clocks, time
20 photos, and that's what's represented in
21 figure 9.  And we -- our analysis is to look
22 and simulate this condition to see if we can
23 replicate what we believe the flood to be
24 based on actual data like this as well as
25 eyewitness accounts of what happened.

159

1      Q.   All right.  And again I understand
2  what you're trying to do.  I am trying to get
3  from you that evidence that you're relying on
4  that you find particularly persuasive or that
5  you particularly -- you find compelling to
6  support your conclusion that the south breach
7  must have happened at 5:30.  Is there anything
8  else that comes to your mind today?
9      A.   No, not that's outside our report.
10 No.
11     Q.   Well, inside your report.  You have
12 told me -- You referenced a lot of
13 depositions, but I don't have time to plow
14 through each and every one of them.  So as
15 best you can, what other data points are
16 particularly compelling to you, if any?
17     A.   Just the data that we're referencing
18 within our report.  The eyewitnesses, the stop
19 clock information that we have, anything from
20 IPET that we have referenced back into our
21 report, and it's included and summarized on --
22 within our report, our information.
23     Q.   What weir coefficient did you use,
24 if anything, when you modeled the breaches
25 through the north and south breach?

160

MR. WIEDEMANN:
    What was the coefficient?
MR. RAFFMAN:
    Weir, W E I R.
THE WITNESS:
    These models are metrics.  I
believe we used metric units, either a
1 or a 1.8.  Somewhere in between
there.
EXAMINATION BY MR. RAFFMAN:
    Q.   Referring you to page 15 of your
report, the chart that's there, for the north
breach, used an elevation of 1 foot after
breach.  Right?
    A.   After the breach, that's correct.
    Q.   What was that based on?
    A.   Photos, evidence of where the wall
was at.
    Q.   The same for the south breach, 1
foot after elevation?
    A.   Yes.
    Q.   The same basis?
    A.   Yes.
    Q.   You did your own independent
analysis of what the after breach elevation

161

was?
    A.   And I believe we looked at IPET's
information as well.
    Q.   For the south breach, you opened a
793 foot breach instantaneously at 5:30 A.M.,
going from 13.1 foot elevation to 1 foot
elevation.  Am I right?
    A.   Correct.
    Q.   What was the elevation of the water
at 5:30 A.M. in the IHNC?
    A.   Around 10.7 feet.
    Q.   So if I understand it right, you
have a breach geometry at the south breach at
5:30 that's about 9.7 feet tall and about 793
feet wide; right?
    A.   Yes.  10.7 minus 1.  Yeah.
    Q.   Okay.
    A.   Okay.
    Q.   Approximately how many cubic feet of
water per second are going to flow into the
Lower Ninth Ward from that breach once you
open it up?
    A.   I'd have to run the calculations.
    Q.   You have opened up the MRGO
overtopping breaches at location 3 in figure

**162**

1   4.  It says the breach elevations vary and the
2   breach time is at 5:30 A.M.  Do you see where
3   you have done that?
4       A.  Yes.
5       Q.   Those are the breaches that occur
6   along the MRGO over by St. Bernard Parish?
7       A.  Along this levee right along MRGO
8   (indicating).
9       Q.   That's what I was going --
10      A.  This way (indicating), yes.
11      Q.   I was going to ask you to point to
12  that.
13      A.  Yes.
14      Q.   What was the basis for the selection
15  of the elevations and the times that you used
16  in your model?
17      A.   Probably a combination of
18  information.  I mean, we probably based it on
19  pre- and post- actual surveys of the levee
20  from the Corps of Engineers.  Probably checked
21  LIDAR, pre- and post-LIDAR.
22      Q.   What did you use as your input on
23  the timing of the MRGO breaches?
24      A.   IPET's information.
25      Q.   Did you use anything other than IPET

**163**

1   for the time of the breach start for the MRGO
2   breaches?
3       A.   Not to my knowledge, no.
4       Q.   Now, we talked earlier, you talked
5   about sensitivity of the model to the times.
6   I am not sure I understood you right.  When
7   you did a sensitivity analysis connected to
8   the times, you found that varying the time
9   would not significantly affect the overall
10  water levels.  Am I right?
11      A.   I mean, when you look at time,
12  you're looking at the entire storm duration.
13  And so you're comparing back to actual known
14  areas.  As well as the ultimate water level
15  that -- high water marks.  So yes, it's all
16  part of the verification phase that you're
17  looking at.
18      Q.   But if the south breach happens at
19  7:30 instead of 5:30, your sensitivity
20  analysis suggests that the overall high water
21  marks are going to be pretty similar at the
22  end of the modeling process; right?
23      A.   I don't know if we ran the 7:30
24  option.  I think we probably have done some
25  looking at the later times and we probably had

**164**

too much water in this area and -- or not
enough water, I'm sorry, into this area that
was actually experienced.  So I can't tell you
exactly on the verification phase.  All's I
know is that we would have look at some times,
different times than just 5:30 for the
verification.
    Q.   But you testified earlier that some
result wasn't very sensitive to time.  Right?
    A.   No, I am not saying that it's not
sensitive to time.  Clearly it is.  When the
opening occurs, it does affect water levels.
    Q.   When the opening occurs, it's
definitely going to affect the time at which
flooding arrives at any given place; right?
    A.   Right.  I think you were referring
to the north breach the last time.  I think we
were mentioning between 4:00 and 4:30 and we
talked about that time.  There may not be a
lot of difference between 4:00 and 4:30
related just to the north breach.  It's a
fairly small breach.
    Q.   Am I right that the timing of the
IHNC breaches vis-a-vis the other breaches
from the MRGO will definitely affect the time

**165**

at which your model predicts water arrives at
a given location from the IHNC or the MRGO?
    A.   Yes, all of that's a system.  It's
important to understand timing.
    Q.   And am I right that the earlier in
time the IHNC breaches occur, the more that
water from the IHNC will dominate the water
that extends into the polder?  In terms of
time.
    A.   Our analysis shows that, yes, with
those breaches at that time, the water from
the Industrial Canal was within this area up
to Paris Road before 8:20, just basically the
water from the Industrial Canal before MRGO's
water.
    Q.   So the answer to my question is
yes?
    A.   Yes, as I phrased it.
    Q.   If the IHNC south breach did not
occur until 7:00 or 7:30 A.M., then your model
would not show the same degree of penetration
from the IHNC into the neighborhood, right, at
that time?
    A.   It's a hypothetical question you're
asking me.  We'd have to model that specific

166

1  scenario.
2      Q.   You can't answer the question one
3  way or the other?
4      A.   I mean, I'd rather we have the total
5  model that needs to be known.
6      Q.   Let me ask you about the timing of
7  the north breach and the reliance on
8  eyewitnesses.  At page 17 you discussed the
9  north breach.  Does any eyewitness other than
10 Villavasso say that they saw the breach?
11     A.   I'd have to go back to each of
12 these.  There's a whole series of eyewitnesses
13 and they each saw something and they're very
14 detailed.  Mr. Adams could have seen
15 something.  He lives right there by the north
16 breach.  I know his carpet was wet at 5:00.
17 He probably had a whole lot of other things to
18 say as well.  Yes, I'm sure the eyewitnesses
19 have information in their depositions.
20     Q.   As you sit here today, are you aware
21 of any witness other than Villavasso who says
22 he saw the breach?  Or she?  The north
23 breach?
24     A.   No, not in that I -- No.
25     Q.   Was there anything in the Villavasso

167

1  deposition which suggested to you that the
2  time at which he saw the breach could have
3  been as late as 5:00 or 5:30 at the north
4  breach?
5      A.   No.  And I -- I am not sure if I
6  remember everything out of his deposition.  I
7  don't want to misquote their deposition.
8      Q.   When I stay silent for this long, it
9  means I'm cutting out questions and making it
10 short.  Bear with me.
11          I think I have asked most of the
12 rest of the questions I had on section 2 of
13 your report, so let's turn to section 3.
14          Actually, before I do that, are
15 you opining at all about the barge and its
16 arrival in the Lower Ninth Ward?
17     A.   Repeat that question?  I'm sorry.
18     Q.   Does your opinions and conclusions
19 in this case include any opinion or conclusion
20 about the barge and the time that it
21 arrived --
22     A.   No.
23     Q.   -- at the wall?  You're not making
24 any conclusions about the time the barge
25 arrived at the wall; right?

168

1      A.   Right.
2      Q.   You're not making any conclusions
3  about the time that the barge arrived in the
4  Lower Ninth Ward, are you?
5      A.   No.
6      Q.   Other experts will make those
7  conclusions; right?
8      A.   I would assume.
9      Q.   You have not presented results in
10 your model that separate the effect of the
11 north breach from the south breach; correct?
12     A.   Right.  Our analysis is a complete
13 system.
14     Q.   So your model does not say or
15 predict what water got to a particular
16 location from the north breach as opposed to
17 the south breach?
18     A.   We're talking about the IHNC right
19 now?
20     Q.   Yes.
21     A.   There would be no reason to have
22 that separated in our opinion.
23     Q.   Why is there no reason to have that
24 separation in your opinion?
25     A.   It's water from the Industrial Canal

169

1  moving into an area.
2      Q.   Would you agree with me that the
3  north breach and the south breach were
4  separate events?
5      A.   No, it's all part of one event.
6      Q.   What is the one event that it's all
7  part of?
8      A.   The whole storm, the Katrina storm.
9  It's a system analysis of the complete area.
10 It's to understand how this storm and the
11 effects of this storm and these breaches are
12 in the flooding of the Ninth Ward and St.
13 Bernard Parish.
14     Q.   Your analysis doesn't purport to
15 tease out flooding that's caused by the barge
16 as opposed to flooding that comes from Katrina
17 from mechanisms other than the barge, does
18 it?
19     A.   I am not sure what you're referring
20 to as barge.  Are you saying the breaches?
21 We're looking at the breaches that occurred
22 along the IHNC.  Okay?
23     Q.   To have any relevance to this case
24 at all, doesn't your analysis have to assume
25 that the barge created both the north breach

170

1   and the south breach?
2       A.  Well, I understand that that's part
3   of --
4       MR. WIEDEMANN:
5           Excuse me.  I am going to object
6       to the form.  You just asked him a
7       while ago to eliminate his opinion
8       concerning the barge and he said his
9       opinion did not relate to the barge.
10      It relates to somebody else.  Now you
11      want to ask him about the barge.  You
12      want him to talk about the barge?
13      MR. RAFFMAN:
14          I want him to answer my question
15      if he can.
16      THE WITNESS:
17          Repeat the question so I can
18      understand it.
19      MR. RAFFMAN:
20          Read it back.
21  EXAMINATION BY MR. RAFFMAN:
22      Q.  Actually, I'll tell you what.  I'll
23  withdraw that question.  Come back.  I'll ask
24  it in a way that maybe even your Counselor
25  will allow you to answer.

171

1           When you modeled the north breach,
2   you modeled it separately from the south
3   breach; right?
4       A.  It's not modeled separately.  It's
5   part of the model.
6       Q.  You assigned it a different time
7   from the south breach; right?
8       A.  Yes.  They all have -- physically
9   are different as well as time, the whole
10  entire system is modeled.
11      Q.  You assigned the north breach a
12  different time from the south breach; right?
13      MR. WIEDEMANN:
14          He just answered that.
15      Objection.
16      THE WITNESS:
17          Yes.  That's -- Yes.
18  EXAMINATION BY MR. RAFFMAN:
19      Q.  And you assigned the north breach a
20  different configuration from the south breach
21  also; right?
22      MR. WIEDEMANN:
23          He just answered that.  Different
24      times, different configurations.  He's
25      already answered it.

172

1       THE WITNESS:
2           Yes.
3   EXAMINATION BY MR. RAFFMAN:
4       Q.  But your report treats those two
5   breaches, the Industrial Canal breaches
6   together in contra-position to the breaches
7   from the MRGO; right?
8       A.  We, for report presentation
9   purposes, were providing you an analysis by
10  which how this flood event occurred.  Okay?
11  And the reason they're separate is because
12  that's how this flood event occurred.  This
13  flood event is represented by water moving
14  from the Industrial Canal into the Lower Ninth
15  Ward, St. Bernard Parish, and then water
16  moving in from MRGO, and there are two forms
17  of water moving in to flood this complete
18  area.  So we're providing you a picture of a
19  simulation of how this -- we believe this
20  flood to have occurred based on the
21  information we have.
22      Q.  Are you aware of the contention in
23  this case that the Plaintiffs make about the
24  responsibility of my client, Lafarge North
25  America, for the damage that they suffered?

173

1       A.  No.
2       Q.  Has anybody ever told you that this
3   case involves a barge which is alleged to have
4   created both the north and the south breaches?
5       A.  Yes, I am aware of that.
6       Q.  In fact, you knew that from the time
7   you started working on this case; right?
8       A.  That a barge impacted this wall?
9   Yes.
10      Q.  That a barge is alleged to have
11  caused the flooding that you are modeling.
12  You knew that when you started work; right?
13      A.  Yes.
14      Q.  Now, if the barge didn't cause both
15  breaches, your presentation does not tell
16  anyone who reads it which water was caused by
17  the barge versus that which was caused by
18  something else.
19      A.  My presentation has nothing to do
20  with the barge.  It has -- It's a presentation
21  of what happened during this event.  It has
22  nothing to do with whether a barge -- I
23  understand the factors by which maybe these
24  breaches had occurred, but the presentation is
25  a sequence of flooding as to how the flood

174

1  happened of the Lower Ninth Ward.
2      Q.   Well, the first water to come into
3  the neighborhood through a breach came through
4  the north breach; right?
5      A.   Correct.
6      Q.   And if the barge didn't cause the
7  north breach, then the first water to come
8  into the neighborhood was not caused by the
9  barge; right?
10         MR. WIEDEMANN:
11             I object to that question.
12         That's argumentative, and it's not
13         part of his presentation.
14         THE WITNESS:
15             I am strictly looking at the
16         breach itself.  The breach occurred on
17         the north we believe at 4:00 o'clock.
18         The next breach occurred on the south
19         breach at 5:30, and there are multiple
20         breaches along MRGO.  Some were
21         starting at 5:30, different times.
22  EXAMINATION BY MR. RAFFMAN:
23      Q.   If you take a location anywhere in
24  the Lower Ninth Ward, take a house, does your
25  model tell how much of the water that's

175

1  arriving at that house came from the north
2  breach versus the south breach?
3      A.   No.
4      Q.   Take a look at the flood model
5  simulation that you've done at section 3.
6  This is at pages 20 through I guess through
7  21.  Could you narrate for us the story that
8  your modeling tells?
9      A.   You're aware that we provided a
10  movie clip or a clip of a video that shows the
11  sequence of flooding within the St. Bernard
12  Parish.  These are excerpts at time of --
13  during Hurricane Katrina, I believe starting
14  at midnight on August 29th and progressing
15  through time showing where -- what areas would
16  be flooded.  And you can see at the 4:00 A.M.
17  time frame the areas being dominated
18  predominantly by rainwater.  4:30 is a
19  combination of rain, plus you could see the
20  north breach occurring -- starting to affect
21  the area in the Ninth Ward.  By 5:00, you
22  could see again the extent of where the
23  ponding from the north breach is affecting.
24      Q.   Let me stop you there.  And I
25  apologize for the interruption, because I

176

1  recognize I asked you to do a narration.  But
2  it may go faster if I ask questions
3  intermittently throughout the narration rather
4  than going all the way back.
5             At 5:00 o'clock you have water
6  projecting from the north breach into the
7  Lower Ninth Ward in this visual snapshot;
8  right?
9      A.   Yes, sir.
10      Q.   Your model does not tell the
11  velocity at which that water is projecting
12  into the Lower Ninth Ward, does it?
13      A.   I'm not sure of the relevance of
14  what -- velocity.  You'll have the explain
15  that to me.
16      Q.   Earlier you showed me up on the map
17  an area very near the inside of the breach
18  where all the homes seemed to be washed away.
19  Do you remember showing me that?
20      A.   Yes.
21      Q.   There is a small area inside the
22  north breach where all the homes seem to be
23  washed away; right?
24      A.   I am not 100 percent -- I don't know
25  that.

177

1      Q.   Do you think it's fair to say that
2  some of the homes inside the north breach were
3  washed away before the south breach happened?
4      A.   It's possible.
5      Q.   Why don't you pick up your narration
6  at 5:45 and go to the next couple of --
7      A.   Okay.
8      Q.   -- slides.
9      A.   At 5:45, again, the south breach had
10  occurred, but again, the water is in the Ninth
11  Ward and that lower section there; still
12  rainwater is dominating the area.  At 6:00
13  A.M., and again the breaches have all occurred
14  and you're seeing where the water level -- the
15  extent of the water level by the model's
16  information.  Where did you want me to --
17      Q.   Well, I'll stop you there at 6:00
18  A.M.  At the time that -- at 5:45 A.M. your
19  modeled water depth in the Lower Ninth Ward is
20  somewhere in the neighborhood of 8.2 feet.  Am
21  I right, referring to Appendix C?
22      A.   At -- At what time?
23      Q.   5:45 A.M.
24      A.   Which one are you looking at?  I'm
25  sorry.

178

1    Q.   Well, I want to --
2    A.   I see a 5:30 time frame and I see a
3  5:30 to 6:00 time frame.
4    Q.   Well, let's ask you about the 5:30
5  to 6:00 time frame.  I am trying to match up
6  --
7    A.   Okay.
8    Q.   -- your 5:45 and 6:00 o'clock.  And
9  we can go with 6:00 o'clock if you like.  My
10 question is, where in the Lower Ninth Ward do
11 you have water depth up to 8.2 feet at 6:00
12 o'clock?
13   A.   At the -- In the lower back half
14 (indicating).  Through here.  Probably depths
15 of around 8 feet back in the back.
16   Q.   When you say depths of 8 feet, are
17 you talking about 8 feet above sea level or 8
18 feet above ground level?
19   A.   Ground level.  These are depths, not
20 elevations.  The land topography, you know,
21 slopes toward the 40 Arpent Levee.
22   Q.   So as of 6:00 o'clock A.M. your
23 model does not predict depths above ground of
24 over 8.2 feet?
25   A.   That's what this -- You know, we're

179

1  showing an 8.2.  It varies from location to
2  location.  We can provide you that, but we'd
3  have to deal with the model.
4    Q.   At 6:00 o'clock A.M. your flood
5  water is entering Arabi?  Is that right?
6    A.   Yes.
7    Q.   And I take it that the part of Arabi
8  that the flood water is entering is the lowest
9  part that's toward the northern part of the
10 district?
11   A.   It appears that way, yes.
12   Q.   All right.  Continue with the
13 narration.  What happens between 6:00 o'clock
14 and 7:00 o'clock in your model?
15   A.   Well, as you could see here, between
16 6:15 A.M. and 7:15 -- you know, after 6:15
17 A.M. you start beginning to see where MRGO's
18 influence is on the 32,000 acres.  It's really
19 filling that whole area up.  Still not
20 overtopping the 40 Arpent Levee.  You'll see
21 that the Lower Ninth Ward, St. Bernard Parish,
22 the extent of it by 7:45 is really moving
23 closer to Paris Road.
24   Q.   Let me stop you there.  You're now
25 looking at page 21 and the slide that says

180

7:45 A.M.  Right?
  A.   Correct.
  Q.   And what's happening is that there's
a whole large blue area that represents the
water coming from the MRGO into the wetlands
outside the 40 Arpent Levee; right?
  A.   Yes.
  Q.   What is the elevation of the --
whatever it is that's at Paris Road that is
stopping that water?
  A.   I -- I can give you a general
elevation.  Probably above 7.  It's -- I don't
know where -- Where did you put the other
maps?  And it's not just so much elevation
that's stopping it.  Again, you have to
remember it's volume, how much volume of water
that is there.  It's not that it's -- You have
to fill an area up.
  Q.   I guess my question is, you have got
this graph at 7:45 that has a really big blue
area that stops at Paris Road and then a
little light blue and pink area that's over to
the west of Paris Road in this wetland.  My
question is why is this Paris Road serving to
stop the water from going into the wetlands to

181

the west?
  A.   I'm going to refer to a map here.
As you could see here, the elevations are much
higher as you get close to Paris Road.  This
is a natural ridge line (indicating).  The
blues and the greens represent much shallower
elevations.  And, of course, as it gets to the
Mississippi, the elevations extend.  You can
see the brown means much higher in
topography.  And if you look at the browns,
you know, you're talking about 6 to 8 feet and
almost 10 feet in height elevation.  So you
have an 8 to 10 foot height range right here
at Paris Road.  So anything that's coming into
this area is being stopped here (indicating).
  Q.   Now, I see you have got your hand on
the ridge line that's in the populated area of
St. Bernard Parish; right?
  A.   Yes.
  Q.   My question is about the part of
Paris Road that extends into the wetlands and
in your graph stops the water from moving west
to east within the wetland to the part of the
40 Arpent Levee that's immediately to the
north of Arabi.  How high is the ridge line of

182

1    Paris Road that extends out into the wetland
2    north of Florida Avenue?
3        A.   This section appears to be close to
4    10 feet in elevation (indicating) through
5    here.
6        Q.   Does that 10 foot section extend all
7    the way across to the MRGO?
8        A.   I don't know.  I mean, there looks
9    to be like a fairly high ridge point in here,
10   some entering, but, yeah, there seems to be
11   some topographic differences there.  I
12   couldn't tell you exactly.
13       Q.   In your model, at least, there is a
14   barrier that serves to stop the water moving
15   from the MRGO breaches into the wetland from
16   getting to the 40 Arpent Levee north of
17   Florida Avenue and west of Paris Road; right?
18       A.   That just may appear that way.  I am
19   not -- I'd have to look into a little bit more
20   details on the topography through there.  But
21   I see what you're saying.  But again, it's a
22   volume versus space relationship here.  It
23   doesn't appear you have overtopping of MRGO up
24   on that side filling it up and that the water
25   is moving around, because by 8:20, even though

183

1    it's beginning to overtop the 40 Arpent Levee,
2    it is moving around also in the area around
3    Paris Road.
4        Q.   But if Paris Road did not form a
5    buffer in the wetland, then you would have
6    more water being distributed west into the
7    wetland north of the 40 Arpent Levee and west
8    of Paris Road.
9        A.   Yeah, but again, that's very
10   hypothetical.  This is data, this is digital
11   elevation model data that is being used that
12   was obtained, used by IPET, used by everybody
13   in order to do this type of analysis.  So
14   you're just -- I can't tell you any elevation
15   is different, because this is the data that
16   has been used.  So if you change the data,
17   anything can happen.
18       Q.   What's the source of the digital
19   elevation data that shows the height of the
20   ridge line of Paris Road north of the Florida
21   Avenue and 40 Arpent Levee?
22       A.   Whatever's referenced within our
23   report.
24       Q.   And the resolution of that data is
25   fine enough to reflect the height of that

184

1    ridge line?
2        A.   I'm sure it is, yes.
3        Q.   Well, I interrupted you as you were
4    narrating what's going on around 7:45.  I'll
5    let you continue your narration.  We'll have
6    one of our helpers fold the map for us, or
7    I'll do it off camera.
8        A.   You could see through 8:20 and at
9    8:30 basically the influence of MRGO to come
10   into the St. Bernard Parish.  Basically
11   further east in the Ninth Ward and St. Bernard
12   Parish, you have water moving in from MRGO
13   over the 40 Arpent Levee through this area --
14   begins to come over at 8:20 and 8:30.  And why
15   this is important for us to understand is that
16   when do the waters actually merge within the
17   area that flooded the St. Bernard Parish.
18   Because right now by 8:30, really the water
19   that's in here is from the Industrial Canal.
20   At 8:30, with this overtopping, you start
21   getting water from MRGO into this area
22   (indicating).
23            If you read through a lot of the
24   documentation, they will show it says that the
25   marsh grasses are very evident along the

185

1    structures in here (indicating), but nothing
2    over here (indicating).  And again, that's
3    because the water is still continuing to build
4    up and it's beginning to merge together at
5    about 9:00.  And that's what's represented
6    within --
7        Q.   That's the story that your modeling
8    tells?
9        A.   Uh-huh (affirmatively).
10       Q.   All right.  In your model it says
11   the IHNC flood water reaches Jackson Barracks
12   at 8:00 A.M.  Do you see that?  Appendix C?
13       A.   Okay.
14       Q.   And where is Jackson Barracks on the
15   study --
16       A.   Which one are you reading?  Which
17   particular item?
18       Q.   I am looking at the 8:00 A.M. entry
19   that says "Event, IHNC flood water flows east,
20   spreads southward and reaches Jackson
21   Barracks."
22       A.   Again, at 8:00 A.M., this is the
23   high point.  It doesn't mean the water hasn't
24   spread over here.  It still has to come up to
25   this elevation.  Jackson Barracks, of course,

186

1  in here is at one of the highest points within
2  the area (indicating).  We would believe you
3  wouldn't see water until about 8:00 A.M. with
4  the breaches.
5      Q.   You say at page 22 that the IHNC
6  water and the MRGO water merge at Delille
7  Street three blocks west of Paris Road.  Is
8  that right?
9      A.   Yes.  That's what we say.
10     Q.   So within the class area, which
11 extends all the way out to Paris Road -- Do
12 you understand that the class area extends all
13 the way from the Inner Harbor Navigation Canal
14 to Paris Road?
15     A.   Generally speaking, yes.
16     Q.   Within the class area there's three
17 blocks west of Paris Road where the water got
18 there from the MRGO before it got there from
19 the IHNC.  Right?
20     A.   The ridge line, you know, it's not
21 just a straight line.  We're just, relatively
22 speaking, we're about -- you know, if you look
23 at the southern end, we're about three
24 blocks.  But if you're on the northern end,
25 you may be at Paris Road at the northern

187

1  side.  So, I mean, it's -- we're just giving
2  you the true topographic features of where
3  you're at.
4      Q.   Your model shows that there's some
5  houses in the class area where the MRGO water
6  got there first.  Right?
7      A.   I don't know.  If that's what you
8  say.  I haven't pointed any of that out in my
9  report.
10     Q.   Well, if there are any homes or any
11 buildings east of that ridge line that you
12 have pointed to, but west of Paris Road, those
13 homes will have been hit by MRGO water before
14 the IHNC water.  Isn't that right?
15     A.   We can get the depths at the
16 particular times.  And what time are you
17 referring to?  Are you talking about 8:30?
18 Are you talking about 9:00?
19     Q.   I guess whenever the first water got
20 there, huh?  The first water got to some homes
21 from MRGO before it got to the IHNC in that
22 three block area or whatever block area west
23 of Paris Road but east of Delille Street.
24     A.   If you could -- You know, again, it
25 has to be analyzed.  But yes, we could tell

188

you the extent.  We have mapped the extent on
this other map here.
    Q.   Well, I will let you -- Let's remove
the clips.
    A.   This is actually at 9:10.  This is
--
    Q.   Let me ask a question first.
    A.   Okay.
    Q.   Does the chart that's up on the wall
now reflect exhibit 7 to your report?
    A.   Yes.
    Q.   What is exhibit 7 to your report?
    A.   It represents the modeled water
depth on August 29, 2005 at 9:10 A.M.  And it
represents the area of what we have been
looking at.
    Q.   Does your exhibit 7 show any areas
west of Paris Road where the first water came
from the MRGO and not the IHNC?
    A.   Are you referring to this area in
here (indicating)?
    Q.   The area that you've pointed to.
    A.   This is Paris Road (indicating).
    Q.   Right.
    A.   Correct?

189

    Q.   All right.
    A.   Just help me understand.
    Q.   I believe that's Paris Road.
Doesn't it say it's Paris Road right there in
the upper part of the chart?
    A.   So are you referring -- And what we
said is that the flood waters from the IH --
IHNC reached a ridge line through here before
they started to merge (indicating).
    Q.   And you also found that the area to
the right, that you've got your hand on, is
west of Paris Road, but that got water from
the MRGO before it got water from the IHNC.
Isn't that true?
    A.   At this location here (indicating)?
    Q.   Well, you can put your hand all the
way down the line.
    A.   Or this area here (indicating)?
    Q.   Yes.
    A.   Okay.  I mean, clearly we're --
that's what we're saying, is MRGO's water,
they're beginning to merge.  I mean, at some
point, you can't -- You know, at some given
point the merging of these waters are
occurring.  Okay?  So we're giving you flood

190

1  depths that we believe in this at a certain
2  period of time, which is 9:10.  It just so
3  happens we know that at 9:10 that the water up
4  through here (indicating) is through the
5  Industrial Canal.  We know that this is MRGO
6  water.  And so yes, this would be probably the
7  majority MRGO water right here on the line
8  (indicating) right here at Paris Road.
9       Q.   And extending for three blocks or so
10  west of Paris Road according to your report,
11  page 22; right?
12       A.   According to that, yes.
13       Q.   I am going to move forward.  In
14  figure 9, a couple of clean-up questions.
15  What is represented by the water level in feet
16  on the X axis of this graph?  And to be more
17  specific, is it the depth of the water at a
18  given location or is it the elevation above
19  sea level?
20       A.   The water level on the Y axis should
21  be the depth.  A lot of these are clocks.
22       Q.   You're telling me the Y axis is not
23  representing the elevation above or below sea
24  level?  It represents water depth at a given
25  location?

191

1       A.   It may be actually elevations, since
2  there's a negative.  It may be actually the
3  elevation, yeah.  Mean sea level, NAVD.
4  Because when we referenced water depth, we
5  actually reference it as water depth with a
6  zero axis.
7       Q.   I just --
8       A.   Okay.
9       Q.   -- wanted to get clear on what it
10  was.
11            What is the reference to OP5, pump
12  station 5 that's in figure 9?
13       A.   That is the pump station located at
14  the IHNC and Florida Avenue.
15       Q.   Was there a clock there or some
16  other hydrograph there?  Tell me what was
17  there.
18       A.   There was a survey I believe that
19  IPET did of the water level at a particular
20  time in that pump house.  It was 1.88 feet,
21  the slab elevation.  They said water began to
22  enter the building at 5:30 and the slab was
23  measured I believe at an elevation of 1.88
24  feet in elevation.
25       Q.   What is the location of the green

192

1  square in Chalmette?  Where in Chalmette is
2  that green square represented physically?
3       A.   I don't know.  I'd have to look.  On
4  figure 10.
5       Q.   Yes.
6       A.   It may be referring to area 3 or 4,
7  somewhere in there.  I'd have to get the exact
8  location that would have shown that.
9       Q.   Let's ask about -- Let's -- What is
10  figure 10?
11       A.   IPET picked up high water mark
12  locations across the area and all the dots
13  represent high water mark locations that were
14  picked up by IPET throughout the region.  They
15  are separated out into regions or areas for
16  our purpose.
17       Q.   And are these the high water marks
18  that are noted with push pins on your exhibit
19  6 which I am now going to put back up?
20       A.   Yes, I believe so.
21       Q.   Did you use all of the IPET high
22  water marks on this big map that's exhibit 6?
23       A.   I don't know.
24       Q.   I want to make sure I am reading the
25  exhibit 6 right.  I want you to look in the

193

1  sector which I think is sector 2 near a pump
2  station called Jean Lafitte on exhibit 6.
3  Locate that.  Point to it.
4       A.   Here is your pump station
5  (indicating).  Okay.
6       Q.   All right.  Am I right that within
7  the sector near that pump station you have got
8  one high mark of 7.1 feet?  Could you point to
9  that on the map?
10       A.   Yes.  (Indicating).
11       Q.   You have got another high water mark
12  of 8.9 feet  Can you point to that?
13       A.   Yes.  (Indicating).
14       Q.   You have another high water mark of
15  I think 10 feet?
16       A.   (Indicating).  That's over here.
17       Q.   And then another high water mark
18  somewhere around 11.9?  Do you see that?
19       A.   Yes.  (Indicating).
20       Q.   So each of those high water marks is
21  found within a several block sector of St.
22  Bernard Parish to the west of Paris Road.
23       A.   Several miles, yes.  I mean, that's
24  not like walking across to your next door
25  neighbor and here's your house.  That's many

194

1    miles away.
2        Q.   Why don't you -- Is it -- Many miles
3    away?  How many miles is reflected by the
4    distance between --
5        A.   Between --
6        Q.   Let's say the 7.1 and the 11.9.  Why
7    don't you find those two and tell me how many
8    miles that is.
9        A.   At least a mile apart.  A little
10   more than a mile apart.
11       VIDEO OPERATOR:
12         Excuse me.  I've got to change
13   tapes.
14       MR. RAFFMAN:
15         Change tapes.
16       VIDEO OPERATOR:
17         Off the record, it is 4:45.
18   (Recess.)
19       VIDEO OPERATOR:
20         Returning to the record, it's
21   4:46.
22   EXAMINATION BY MR. RAFFMAN:
23       Q.   Explain to me figure 11 in your
24   report.
25       A.   What figure 11 represents is trying

195

1    to put together some kind of -- all the
2    different observations of high water levels,
3    and when we compute a stage within our model,
4    we compute a single elevation of the whole
5    area based on the model, ultimate water
6    surface elevation.  And what this map
7    represents is where were we relative to all
8    the high water marks that were being
9    recorded.  Now, you've got to keep in mind,
10   some of these high water marks are not that
11   reliable.  Some are.  Okay?
12       Q.   Some of the high water marks in fact
13   reflect waves; right?
14       A.   No.
15       Q.   No?
16       A.   No.
17       Q.   What makes a high water mark more or
18   less reliable?
19       A.   Probably -- The inside -- You know,
20   when they were able to look at the inside
21   clear, you know, it was a better, you know --
22   from their standpoint, they could get inside
23   the house, so that the wind, you know, there
24   wasn't something just pushing debris up on it,
25   you know.  But I am not talking about big

196

1    waves here.  You know, I don't see -- I didn't
2    see them concerned that there were some 2 foot
3    waves.
4        Q.   Am I right that your model projects
5    a water level that is as much as 5 feet higher
6    than the high water mark found within location
7    2?
8        A.   Which one?
9        Q.   There is one high water mark in
10   location 2 that's about 7 feet; right?
11       A.   Okay.
12       Q.   And so your high water projection is
13   about 11 feet; right?
14       A.   Elevation, yes.
15       Q.   Elevation.  So the elevation in that
16   case, your elevation is 4 feet higher than the
17   high water mark of 7.1; right?
18       A.   That's at this location here
19   (indicating).
20       Q.   All right.  How do you explain the
21   difference between the projection you made and
22   the high water mark observed at that
23   location?
24       A.   Sometimes the data is not that
25   accurate that you're getting.  I could tell

197

1    you our modeled elevation of 11.1 is the
2    modeled elevation that IPET got in their
3    analysis of 11.1 as well.
4        Q.   Your model agrees with the IPET
5    model about the high water elevations; right?
6        A.   Yes.
7        Q.   Does your water also agree with IPET
8    regarding the time sequence of flooding?
9        A.   I am not sure if I can answer that.
10   Because I need to do a little more research
11   into IPET's -- if they have any time sequence
12   of flooding.  I know on the maximum level.
13       Q.   Let's turn to 4.0, the flood model
14   simulation scenarios.  Would you explain what
15   you did in the flood model simulation
16   scenarios?
17       A.   One of the things we wanted to look
18   at was, just like IPET looked at this, too,
19   what would have happened with and without
20   breaches along the IHNC as well as MRGO, and
21   then no breaches at all; how would this area
22   have responded.  And one of our goals in
23   looking at this is these scenarios have been
24   studied also by IPET and others, and to see if
25   our model was predicting some fairly close

198

1   information.  It also gave us a view of how
2   much water along the IHNC contributed to the
3   area as opposed to MRGO water.
4       Q.   And when you say how much the water
5   from IHNC contributed as opposed to MRGO
6   water, in this case you're referring to the
7   ultimate contributions of water to the flood;
8   right?
9       A.   As well as throughout time.
10      Q.   Do you know whether the Dutch
11  modelers in the Kok study did a similar
12  study?
13      A.   They looked at some scenarios as
14  well.  I am not sure if they looked at these
15  exact ones.  But yes, they looked at some
16  scenarios.
17      Q.   Do your conclusions regarding the
18  timing of the flooding match those that were
19  made by the Dutch?
20      A.   I don't know.  I didn't compare back
21  to them.
22      Q.   So the first scenario that you
23  modeled -- Well, you modeled -- Let me go
24  back.  You have five locations for which you
25  modeled four scenarios.  Am I right?

199

1       A.   Yes.
2       Q.   Of the five locations for which you
3   did this modeling, which of them are in the
4   class area?
5       A.   1 and 2.
6       Q.   Location 1 is just inside the Lower
7   Ninth Ward towards the northern part of the
8   area; right?
9       A.   Correct.
10      Q.   Location 2 is in St. Bernard Parish
11  east of Arabi, but west of Paris Road; right?
12      A.   Right.
13      Q.   Throughout this whole line of
14  inquiry I am going the talk about location 1
15  and location 2 and we both understand each
16  other, I am referring to the locations
17  reflected in figure 12 of your report.  Do you
18  understand that?
19      A.   Yes.
20      Q.   Now, at location 1 your results are
21  presented in figure 13 at the bottom of page
22  26?
23      A.   Correct.
24      Q.   And the first scenario, all causes
25  is represented by the black line on that

200

graph?
    A.   Yes.
    Q.   Those are the water levels your
model projects at this location on the
assumption that you have all of the IHNC
breaches, all the MRGO breaches, and
overtopping and rain; am I right?
    A.   Correct.
    Q.   Scenario 2 is your projection if you
have all of the IHNC breaches, overtopping and
rain, but not the MRGO levee breaches; right?
    A.   That's correct.
    Q.   When you modeled the IHNC breaches,
you modeled both the north and the south
breach together and did not break them out
separately; right?
    A.   That's correct.
    Q.   And with the IHNC breaches at this
location, that's represented by the orange
line; right?
    A.   Okay.
    Q.   As opposed to the pink line which
represents MRGO; right?
    A.   Yes.
    Q.   With the IHNC levee breaches at this

201

location, you arrive at a maximum water level
of about 11.1 foot in depth that then is
projected throughout the rest of the event;
right?
    A.   At the time, yes, that intersects
with MRGO.
    Q.   All right.  But when you model
scenario 2, IHNC but no MRGO, the water level
does not get over 11 feet in depth; correct?
    A.   Yes.  That's hypothetical, you
understand.  Okay?  This is just a scenario.
That's not what actually happened.  What
actually happened is all causes.
    Q.   All right.  I am just asking about
the projection you made.  You ran your model
with just the IHNC breaches, and your model
showed that the water got to 11 foot in depth
at location 1; right?
    A.   Yes, hypothetically that's what
would happen.  Yes.
    Q.   And you ran your model with just the
MRGO breaches, closed up the IHNC breaches and
you ran the model with just the MRGO breaches
and overtopping and rainfall.  And that's
what's the pink line in this report; right?

202

1   A.   Correct.
2   Q.   When I look at the pink line, with
3 just the MRGO breaches but not the IHNC
4 breaches, you arrive at maximum water levels
5 in the neighborhood of 15 feet going down to
6 14 feet; right?
7   A.   Yes.
8   Q.   Would you agree with me there's
9 about a 4 foot difference at this location
10 between what you get modeling just the IHNC
11 breaches, the orange line, and what you get
12 with all causes and with the MRGO breaches?
13       MR. WIEDEMANN:
14         Hypothetically.
15 EXAMINATION BY MR. RAFFMAN:
16   Q.   Just asking about this graph.
17   A.   Yes.
18   Q.   This is what your modeling shows.
19   A.   Yes.
20       MR. WIEDEMANN:
21         Just for the record, the
22       modeling, as he testified, was -- did
23       not come from this.
24 EXAMINATION BY MR. RAFFMAN:
25   Q.   The modeling shows that the MRGO

203

1 breaches would have flooded this location to a
2 depth of over 14 feet regardless of the Inner
3 Harbor Navigation Canal breaches; right?
4   A.   Based on that scenario, yes.
5   Q.   So the net effect of the Inner
6 Harbor Navigation Canal breaches at this
7 location is to hasten the flooding by a couple
8 of hours in the sense that you get to 14 feet
9 faster with the IHNC breaches than without
10 them; right?
11   A.   It can be interpreted that way.  But
12 again, that's a hypothetical.
13   Q.   Without the IHNC breaches you would
14 get to the same water level, but just a couple
15 of hours later.
16   A.   Okay.
17   Q.   And as you say at page 26, "The
18 levee breaches along MRGO would have
19 completely inundated the Lower Ninth Ward and
20 St. Bernard Parish sometime later than what
21 actually happened during Hurricane Katrina."
22 Do you see where I am reading that?
23   A.   Correct.
24   Q.   And that is a conclusion of your
25 report; right?

204

1   A.   Correct.
2   Q.   You have no information that
3 suggests that the barge caused or contributed
4 in any way to the MRGO breaches, do you?
5       MR. WIEDEMANN:
6         I object to the question.  He's
7       already said he hasn't -- doesn't have
8       an opinion regarding the barge.  And
9       you keep on wanting to ask him about
10       the barge.
11       MR. RAFFIN:
12         Can we stipulate that the barge
13       didn't cause the MRGO breaches,
14       Larry?  Can we do that?
15       MR. WIEDEMANN:
16         I'll stipulate that I don't know
17       what caused the MRGO breaches.  I have
18       no suspicion whatsoever.
19       MR. RAFFIN:
20         All right.
21       MR. WIEDEMANN:
22         Maybe they blew them up.
23 EXAMINATION BY MR. RAFFIN:
24   Q.   You don't know one way or the other;
25 right?

205

1   A.   I have no opinion.
2       MR. WIEDEMANN:
3         We'll stipulate that he has no
4       opinion regarding the MRGO breaches.
5       MR. RAFFIN:
6         All right.  Well, I am going to --
7       MR. WIEDEMANN:
8         Nor do I.
9 EXAMINATION BY MR. RAFFIN:
10   Q.   You wrote at page 26 "The flood
11 waters from the MRGO added an additional 4 to
12 5 feet of flood depth in the Lower Ninth
13 Ward."  Is that one of your conclusions from
14 your modeling?
15   A.   It's -- It's a combination still of
16 the IHNC and MRGO.  I mean, you know, it just
17 didn't shut off water from the IHNC.  That 4
18 foot of difference, you know, is from a
19 combination of both that water.
20   Q.   Well, the 4 foot difference between
21 the pink line and the orange line is 4 feet of
22 water depth throughout the Lower Ninth Ward;
23 right?
24   A.   Keep in mind that's hypothetical and
25 theoretical.  That means I am still filling up

206

1  all of this area back here (indicating),
2  okay? And that's why the depth only reached
3  11.1 feet. Because it could continue to fill
4  all of this area down here (indicating).
5  Okay? So the reality to this is that when
6  MRGO came in and blocked and started a merge,
7  there was no more area to fill up, so
8  theoretically it's a combination -- It's very
9  hard to begin to try to figure out the exact
10  mix.
11      Q.   I just want to understand --
12      A.   Okay?
13      Q.   -- what you wrote in your report.
14      A.   Yes.
15      Q.   This is you --
16      A.   I am sitting -- I am giving you the
17  explanation so that you do understand it. So
18  not all the 4 feet was clearly MRGO. It's a
19  combination. We could probably work on that,
20  and maybe during -- down the road during the
21  damage phase we may.
22      Q.   At some locations in the Lower Ninth
23  Ward and in St. Bernard that are at a higher
24  elevation, some of the places near the river
25  are up to a height of, what, you said 10 feet;

207

1  right?
2      A.   Yes.
3      Q.   So the water depth here, this is a
4  depth at a location that has what elevation?
5  Location 1.
6      A.   Yes, but after the water has filled
7  everything else up.
8      Q.   I am just asking what is the
9  elevation sea level, up or down, of NAVD 88 of
10  location 1? What's the elevation?
11      A.   Oh, the ground elevation here?
12      Q.   Yes.
13      A.   It appears to be at zero to me. The
14  ground elevation. That's water depth. I'm
15  sorry.
16      Q.   Okay.
17      A.   That's depth. We're talking depths
18  here and not elevations.
19      Q.   I understand that. I want --
20      A.   It's probably -- I am going to give
21  you -- It's probably negative 6, negative 7 in
22  terms of elevation.
23      Q.   So you've got a negative 6 or
24  negative 7 elevation and you project that
25  without the MRGO flood, the Inner Harbor

208

1  Navigation Canal will only ever get you to a
2  depth of 11 feet.
3      A.   Yes.
4      Q.   Of depth; right?
5      A.   If MRGO never happened.
6      Q.   Right. If MRGO never happens, then
7  the level of water, not the depth, but the
8  level of water you project in the Lower Ninth
9  Ward is somewhere in the neighborhood of 6
10  feet above NAVD 88; right?
11      A.   Given this scenario that we could
12  flood the whole area down there, yes. It's
13  probably close.
14      Q.   So if the MRGO never happens and the
15  IHNC breaches only ever flood you to an area
16  that's 6 feet plus NAVD 88, then there are
17  going to be some areas of the class area that
18  have levels that are elevations above 6 feet
19  that you wouldn't expect to flood; right?
20      A.   I don't think that's what we're
21  saying in this.
22      Q.   Doesn't it follow from the
23  conclusions that are written in your report?
24      A.   What we -- Not necessarily, no.
25  What we're trying to understand is the

209

1  relative contribution of each of these within
2  the area so when they mix together. Okay? We
3  recognize that MRGO's waters created -- in a
4  certain time came in and began to mix and
5  cause a very quick, rapid increase above the
6  water from the Industrial Canal. So that's
7  not to say that that's all the water from MRGO
8  coming in or that the IHNC's water, the
9  Industrial Canal, is being built-up. These
10  are hypothetical scenarios so that we could
11  begin to understand a little bit more of what
12  contribution. So to say that it's 4 feet of
13  pure contribution of MRGO is not correct.
14  It's something significant, we recognize
15  that. And there will probably have to be
16  further research into that. But again, the 11
17  elevation, the depth of 11 feet? We're
18  talking depth from ground surface of 11 feet.
19  Okay?
20      Q.   Right. And the ground elevation at
21  that location you have said is a minus 6.
22  Right? A minus 5. At location 1.
23      A.   That's elevation. Still the depth
24  of water is 11 feet.
25      Q.   Right.

210

1   A.  It doesn't mean the water is 4 feet
2  or 6 feet.  The depth of water is 11 feet at
3  that location 1.
4   Q.  Right.
5   A.  Right there (indicating).
6   Q.  What I am suggesting or I am asking
7  is, if you move your finger down the map
8  toward the river --
9   A.  All right.  So --
10   Q.  -- you get a higher elevation in the
11  class area; correct?
12   A.  At that particular time, yeah, which
13  is -- Would it be shallower over here
14  (indicating)?  Yes.
15   Q.  It would be shallower over there if
16  there were no MRGO breaches.  The maximum
17  water level would have been shallower at those
18  locations; right?
19   A.  Without MRGO, yes.
20   Q.  And, in fact, at some locations
21  where the elevation is higher than 5 or 6
22  feet, there would have been no flooding
23  without MRGO; right?
24   A.  Hypothetically, yes.
25   Q.  And in that sense, the IHNC breaches

211

1  by themselves were not sufficient to account
2  for the maximum water levels that were
3  observed at any location in the class area;
4  right?
5   A.  They significantly contributed to
6  the maximum level.  It's the IHNC's water.
7   Q.  I understand that's the answer you
8  want to give, but my question was different.
9   MR. RAFFIN:
10   Read it back.
11   (Requested question read back.)
12   THE WITNESS:
13   My answer is still the same to
14   that question.  They were part of the
15   overall water that contributed to the
16   overall depth.
17  EXAMINATION BY MR. RAFFIN:
18   Q.  And when you parse out their
19  contribution, that contribution is reflected
20  in the stage hydrograph that you have
21  constructed at location 1, for example, as
22  reflected in figure 13; right?
23   A.  That's on a hypothetical note when
24  we're saying 11.  Okay?  I just want to make
25  sure we're not saying two different things.

212

We run hypothetical examples just to
understand effects of different systems.
Okay?  We still have water moving in from the
IHNC.  At a point in time we may run more
analysis to look at that exact contribution to
the maximum level.
   Q.  But if a fact finder considers it
relevant to consider the contribution of water
from various sources to the overall flooding,
then the analysis that's reflected in figure
13 is the kind of analysis you would run,
isn't it?
   A.  There's more to that analysis than
just these scenarios here that we would
probably look at.
   Q.  This is what you put in your report,
though; right?
   A.  This is a step to understand the
processes, yes.
   Q.  And what you have reported in this
report is the conclusions that you have just
discussed as I have been asking you about.
   A.  Correct.
   Q.  All right.  Let me ask the same
questions for location 2.  Your orange line

213

reflects the IHNC breaches, the overtopping
and the rainfall without the MRGO breaches;
right?
   A.  Correct.
   Q.  And at location 2 you arrive at a
maximum water depth slightly ahead of 8 feet
at this location; right?
   A.  Correct.
   Q.  What is the elevation of this
location?
   A.  You're going to hold me to an
elevation.  Give me -- I don't know the exact
elevation.
   Q.  You can approximate if you want.
You can see where it is and you'll -- I'll
accept it if you tell me it's north or south
of sea level.  Above or below.
   A.  Maybe negative 4 elevation.
   Q.  All right.  So what you have
projected at location 2, if you assume that
all the water comes from the Inner Harbor
Navigation Canal, overtopping and rainfall, is
a water level at this location in the
neighborhood of 6 feet above NAVD 88 sea
level; right?

214

1    A.   It's 9 feet in depth.  It's over 9
2  feet --
3    Q.   It's --
4    A.   -- total.
5    Q.   Right.  9 feet minus 4 feet --
6    A.   That's just approximate.  Okay?
7    Q.   Okay.
8    A.   So 5 feet in elevation.
9    Q.   5 feet in elevation.  All right.
10  Now, if you look at the MRGO breaches, the
11  pink line, and if you look at the "all
12  causes", the black line, both of those lines
13  get you to a maximum elevation in the
14  neighborhood of 12 or 13 feet and then goes
15  down to, say, 11 or so.  Am I right?
16    A.   Okay.
17    Q.   So again, in this scenario,
18  assigning contributions, the maximum water
19  level is driven by the MRGO flooding rather
20  than the IHNC; right?
21    A.   Yes, during the storm event, the
22  maximum level reached with MRGO's water.
23    Q.   The difference in this scenario for
24  location 2 is that if you add the Inner Harbor
25  Navigation Canal water, you arrive at your

215

1  maximum depth a couple of hours earlier than
2  if you take away the Inner Harbor Navigation
3  Canal water; right?
4    A.   Okay.
5    Q.   Turning to figures 15, 16, and 17,
6  am I right that you have concluded that the
7  Inner Harbor Navigation Canal did not
8  contribute to the flooding at these
9  locations?
10    A.   Correct, during Katrina, yes.
11    Q.   Section 5.0 is a statement of your
12  conclusions; right?
13    A.   Yes.
14    Q.   Your first conclusion is that two
15  major breaches occurred in the Inner Harbor
16  Navigation Canal causing catastrophic
17  flooding.  In fact, you read that conclusion
18  many hours ago during the deposition; right?
19    A.   Yes.
20    Q.   When you say "catastrophic flooding
21  caused by the Inner Harbor Navigation Canal
22  breaches", you're not saying that the IHNC
23  breaches caused flooding throughout all of St.
24  Bernard, are you?
25    A.   In the areas that would show that

216

are in our report.
    Q.   You have concluded that the IHNC
north breach occurred at or before 4:00
o'clock A.M. and the south breach occurred at
or before 5:30 A.M.  That's part of the
conclusions you have drawn; right?
    A.   Correct.
    Q.   Now, as a hydrologist, have you ever
been called upon in the past to draw
conclusions about the timing of a flood event?
    A.   Yes.
    Q.   How many occasions have you been
called upon to issue an expert opinion about
the timing of a flood event?
    A.   I couldn't tell you how many times,
but every, you know, expert-related case, many
of them, just finishing up one right now where
homes were flooded at a particular time and we
have to understand the flood event relative to
time.  Time is very important in all cases.
    Q.   In most cases you don't have to go
back and figure out what time things happened
because it's a given.  Isn't that right?
    A.   No.  I mean, when we study
hydrology, it's everything is flow versus

217

time.  Time is a very important variable in
understanding flood events.  Now, the cause --
You know, after the thing is completely
flooded, again, that's damages side.  But in
terms of hydrology and hydraulics, time is a
very important variable.
    Q.   And is it a common enterprise for
you to go back and ferret out from among
witness accounts and time stamped photographs
and the rest an input such as the time that a
breach occurred?  That process you have done
in this case, is that a common event for you?
    A.   Clearly, and for all the
investigators that came out there, and IPET
spent millions of dollars collecting data to
understand it.  Yes.
    Q.   That's an event you've -- that's
something you've done in the past in other
cases, that kind of investigation?
    A.   We have done that in work, yes, work
related, high water marks, time, yes, time
stamped photos.  Yes.
    Q.   Have you ever done a levee breach
reconstruction in which you have evaluated
witness statements to draw conclusions about

218

1  timing --
2      A.   Relative --
3      Q.   -- before this case?
4      A.   Relative to a levee?  Or any type of
5  flooding?
6      Q.   Well, I guess I was going to ask
7  about relative to a levee first and then we'll
8  expand it out.
9      A.   I don't believe relative to a levee
10 that I can recall.
11     Q.   All right.  Now we'll broaden it.  A
12 breach or a flood reconstruction where you go
13 out and evaluate witness statements to figure
14 out what time something happened.
15     A.   Yes, we have in flooding, urban
16 flooding.
17     Q.   Tell me about those occasions.
18     A.   I'll give you a couple of examples.
19 This is actually a case on a major bayou where
20 300 homeowners have flooded and their
21 contention was that somebody blocked the flow
22 of water at a particular time.  And we had to
23 interview and understand when water, at what
24 time got in their house during that storm.
25 And went through the interview process with

219

1  them.  Took 300 depositions, as a matter of
2  fact.  I don't know if they took that many.
3  Took a lot.
4          Another case -- not a case.  This
5  is actually an engineering project where we're
6  trying to design a solution to flooding of a
7  neighborhood and to a particular event that
8  flooded them.  We had to understand the
9  rainfall at the time and come up with the --
10 this particular storm's impact into this
11 community and design for it, and interviewed
12 several of the homeowners out there.  It's a
13 common practice to get information from people
14 that have been flooded.
15     Q.   As compared to those prior times
16 when you have gone through this process, taken
17 300 depositions or whatever, is the process of
18 reconstructing what happened in Katrina more
19 complex, less complex, about the same?  What's
20 your view?
21     A.   They're all complex.  They all
22 become where you have to pay very close
23 attention when you start doing this type of
24 work.
25     Q.   Does your conclusion about the

220

1  timing of the south breach agree with the
2  conclusions that were drawn by the other three
3  teams of investigators?
4      A.   There were truly only two timing
5  evaluations.  IPET did one and Team
6  Louisiana.  ILIT did not do any.  They relied
7  totally upon Team Louisiana.  Okay?  And out
8  of those two studies, we're consistent with
9  IPET information.  IPET's information appears
10 to be much more thorough than Team Louisiana.
11 In actuality, they gathered more information
12 even before -- were still gathering
13 information when Team Louisiana was publishing
14 their report.  So Team Louisiana did not have
15 the benefit of additional data that IPET used
16 to come to their final conclusions within
17 their report.
18     Q.   So your analysis disagrees with Team
19 Louisiana; right?
20     A.   Yes.
21     Q.   And your analysis you say -- Yes?
22     A.   In terms of timing of those
23 breaches.  Not -- Maybe not the end results of
24 the flood levels, but in terms of the breach
25 timing, they said 7:30.

221

1      Q.   You say that "The flood simulation
2  model provides reliable and accurate results
3  that match eyewitness accounts, stop clocks,
4  and high water marks of the flooding."  That's
5  one of the conclusions toward the bottom of
6  page 29; right?
7      A.   Yes.
8      Q.   Are there any important eyewitness
9  accounts, stop clocks, or high water marks
10 that are particularly salient to this
11 conclusion that we have not talked about
12 already today?
13     A.   They're all equally important.
14     Q.   What is the degree of error in your
15 model?
16     A.   I really don't know.  It's as
17 accurate as -- to simulate this flood.
18     Q.   Have you done an analysis of how
19 many acre-feet of water came into the class
20 area through the IHNC breaches?
21     A.   We have identified that as a need to
22 do.  That has not been done yet totally.  We
23 have looked at some acre-feet of volume within
24 the overall class area.  We have made it a
25 comparison of our total volume of water within

222

1   the area and compared it to what IPET's
2   report, and we're very consistent. We're -- I
3   think IPET had around 420,000 or so cubic feet
4   of water -- I mean acre-feet of water. We're
5   consistent. I think we may be around 415,
6   415,000 acre-feet. IPET, their analysis
7   concluded that the breaches in the total area
8   had about a 63 percent contribution of flow of
9   run-off in terms of volumetric. I think we're
10  very consistent with them. Overtopping is
11  around 28 percent. We're consistent with
12  them. And rainfall and waves in their -- they
13  did a little bit of wave analysis in theirs.
14  About 8 percent. So yes. I think we're
15  consistent.
16      Q.   What model did IPET use to generate
17  those numbers?
18      A.   They had to use two different models
19  in order to even come up with this type of
20  analysis. They used HEC-HMS and HEC-VER-RAS,
21  which by choice is -- was a very long and
22  costly and laborious process to use those two
23  models. But a lot of times the government
24  doesn't have that option. They have to use
25  the best available model that's there. We

223

1   wanted to pick what we believed was the best
2   model to come and simulate these conditions --
3   this storm event.
4       Q.   You looked at and rejected the
5   models that IPET used?
6       A.   I didn't reject them. I understood
7   what they used. We run them all the time.
8   But for this -- this hurricane analysis,
9   interior analysis of flooding, Sobek is by far
10  a much better model to look at that type of a
11  scenario. You have to, as a hydrologic,
12  hydraulic engineer, look at the ability -- at
13  the capabilities of these models. And
14  particularly on time as well, the development
15  using with time. And Sobek, in our opinion,
16  yes, we had to spend more money to purchase
17  the program, because it's very expensive, but
18  by far it dominates in its capability to
19  analyze this specific hurricane event.
20      Q.   How much money did you spend to
21  purchase the Sobek program?
22      A.   Somewhere around $40,000 just for
23  the program.
24      Q.   Did you bill that to the Plaintiffs
25  in this case?

224

A.   Yes.
Q.   You have not compared your results
to those of the Delft team by Kok?
A.   We haven't made any direct
comparisons, no. I haven't.
Q.   Have you done any work in prior
cases related to class certification?
A.   No.
Q.   Your model does not discuss or
address damage to homes from winds; correct?
A.   It's not a wind model.
Q.   You have nothing to say about homes
that may or may not have been damaged due to
wind during Hurricane Katrina; right?
A.   No. I do not have any wind
information damage and no opinion on wind
damage.
Q.   Thank you. You saved me a
question.
        Your model does not address or
discuss damage from wind-driven rain, does it?
A.   I'm going to say that the external
hydrographs, the surge hydrographs do include
wave -- probably within them. You cannot
separate completely the wave component out of

225

the surge, exterior surge hydrographs.
Q.   I think you may have misheard me.
A.   Okay.
Q.   I am talking about the rain that
gets into people's houses after the roof blows
off.
A.   Oh.
Q.   You don't have anything to say about
that, do you?
A.   I don't have any opinion on that,
no. I thought you said "waves".
Q.   Your model doesn't address or
discuss damage to homes that may have occurred
when rushing water through one or both
breaches knocked the homes off their
foundations; right?
    MR. WIEDEMANN:
        We will stipulate that Mr. Spinks
    is not a damage expert. He is a
    hydrologist who is here to testify
    concerning hydrology, water
    distribution, and not damages. So we
    are wasting time asking him about
    things that he is not going to testify
    about.

226

1    MR. RAFFIN:
2        Well, with respect, Mr.
3    Wiedemann, it's not a waste of time
4    for those of us who are going to
5    oppose class certification in this
6    case, so I am entitled to an answer.
7        MR. WIEDEMANN:
8        Well, you're going to --
9        THE WITNESS:
10       Repeat that question.
11   EXAMINATION BY MR. RAFFIN:
12       Q.   Your model doesn't address or
13   discuss damage from the rushing water through
14   the breach that may have impacted a house,
15   horizontal forces?
16       A.   The model does not provide any
17   damage, financial damage information, no.
18       Q.   And it doesn't provide any physical
19   damage information about what happened to the
20   houses; right?
21       A.   Not individually, no.
22       Q.   And your model doesn't identify
23   damage at a particular house at all; right?
24       A.   No, it does not provide any damage
25   information.

227

1        Q.   Your model does not deal with
2    personal injuries?
3        A.   No, this model does not deal with
4    personal injuries.
5        Q.   And your model doesn't address what
6    caused any of these walls to fall over and the
7    breaches to occur?  Right?
8        MR. WIEDEMANN:
9        It's now 5:30 and you're asking
10       him questions I have stipulated are
11       not going to be an issue in this case
12       from him.  I think you're just wasting
13       time.  You have asked him about six
14       questions on damages.  I have already
15       stipulated he is not going to testify
16       to damages.
17   EXAMINATION BY MR. RAFFIN:
18       Q.   Answer my question, please.
19       A.   No, it does not include it.
20       Q.   Your model predicts the depth of
21   flooding above the ground; right?
22       A.   Yes, it has that capability.
23       Q.   It does not predict the depth of
24   flooding above the first floor of any given
25   house; correct?

228

1        A.   The model's information can be used
2    as the hydraulics to provide information on
3    depth of flooding near a house so that a
4    proper application of a depth damage function
5    can be used.
6        Q.   Well, but a depth damage function
7    requires that you know the level of the first
8    floor of the house, doesn't it?
9        A.   Depth damage functions can be used
10   -- There's going to be some basic assumptions
11   on finish floor elevations, surveys,
12   windshield surveys, estimates of half foot,
13   yes.
14       Q.   And in order to know the first floor
15   elevation of a house, you really need to know
16   something about the house.  Isn't that right?
17       A.   Yes, you have to generally know
18   first floor elevation.
19       Q.   And that's something you can only
20   evaluate by knowing something about each
21   individual house and how it's constructed and
22   where it is; right?
23       A.   I am going to reserve the right -- I
24   am not going to discuss, you know, depth
25   damage in terms -- because I am not the expert

229

1    on depth damage.  I am going to give you my
2    viewpoints if you ask them, but the source of
3    information comes from our model.  That's all
4    I could tell you, is that the depth of
5    flooding is a pertinent item from our model to
6    be used with depth damage functions.
7        Q.   Well, you don't have any information
8    to plug into your model today as we sit here
9    about the level of the first floor of any of
10   the homes in the class area, do you?
11       A.   No.
12       Q.   All right.  Let's mark Exhibit 5,
13   please.
14           The Court Reporter has handed you
15   what's been marked as Exhibit 5.  Is that a
16   copy of your current curriculum vitae?
17       A.   Yes.
18       Q.   What, if any, work have you done in
19   south Louisiana before this project?
20       A.   I'm a Licensed Professional Engineer
21   in the state of Louisiana and I have done work
22   in the state of Louisiana for many years.  It
23   may not be reflected on this resume since this
24   may just be a resume with CivilTech
25   Engineering, but I have worked at the Port of

230

1  New Orleans.
2      Q.  Have you done any interior flood
3  reconstructions in the south Louisiana area?
4      A.  No.
5      Q.  Do you have any advanced degrees
6  that are not reflected on the resume that's
7  attached as Exhibit 5 to your deposition?
8      A.  My advanced degree is a Master's of
9  Science in civil engineering with a
10  specialization in water resources.  So that is
11  an advanced degree.
12     Q.  Right.  And is that listed on your
13  resume?
14     A.  Yes, sir.
15     Q.  Have you ever taken any law
16  courses?
17     A.  No.
18     Q.  Have you ever taken any courses in
19  coastal engineering?
20     A.  I take that back.  I have taken some
21  water law courses.  In water law.
22     Q.  Where did you take those?
23     A.  Primarily seminars, workshops.
24         Yes, I have taken coastal
25  engineering courses at A & M under my graduate

231

1  program.  We were part of the Coastal
2  Engineering Department as well.
3      Q.  Has any Court ever excluded your
4  testimony on Daubert grounds?
5      A.  No.
6      Q.  Has any Court ever excluded your
7  testimony for any reason?
8      A.  No.
9      Q.  How much time have you personally
10  worked on this matter?
11     A.  I don't know.  I'd have to look at
12  my time sheet records.
13     Q.  As a function of how much time your
14  staff has spent on this matter, what
15  percentage of the time have you spent versus
16  the time your staff has spent?
17     A.  Probably 30, 40 percent my time.
18     Q.  What is the total amount of money
19  your firm has billed the Plaintiffs for the
20  work on this matter?
21     A.  I am not 100 percent.  I think it
22  was in here.  May have been 300,000, 400,000.
23     Q.  Exhibit 6.  Is Exhibit 6 a copy of
24  an invoice that you sent to the Barge PSLC in
25  or around June of 2008?

232

1      A.  Yes.
2      Q.  And as of June of 2008 you had
3  billed $268,000 to the Plaintiffs?
4      A.  Correct.
5      Q.  You are a lead principal engineer?
6  Is that right?
7      A.  Yes.
8      Q.  Are there any other lead principal
9  engineers?
10     A.  No.
11     Q.  So your time is billed at $350 an
12  hour?
13     A.  Yes.
14     Q.  Since you prepared your report in
15  June of 2008, are there any conclusions that
16  you now find to be -- that you now want to
17  take back?
18     A.  No, other than what Mr. Wiedemann
19  said, we reserve the right if new information
20  is -- comes forth, we reserve the right to
21  look at it.
22     Q.  Between June 30th when you submitted
23  the report and today, has any new information
24  emerged that's caused you to want to change
25  anything that's in your report?

233

1      A.  No.
2      Q.  Before you selected Sobek, did you
3  test or consider the ADCIRC model?
4      A.  ADCIRC is not relevant to interior
5  flood analysis.  It's a misapplication of a
6  model.
7      Q.  Did you test or consider the HEC, H
8  E C, models?
9      A.  Yes, we're very aware of HEC-RAS and
10  HMS.  We didn't test them on it.  They weren't
11  selected.
12     Q.  All right.  I need a couple of
13  minutes to confer with my colleagues, but --
14     A.  Okay.
15         MR. RAFFIN:
16           Let's take a short break.
17         VIDEO OPERATOR:
18           We're off the record.  It is
19         5:41.
20         (Recess.)
21         VIDEO OPERATOR:
22           Returning to the record at 5:45.
23  EXAMINATION BY MR. RAFFMAN:
24     Q.  Mr. Spinks, have you reviewed the
25  report that was submitted by Joseph Sahada on

234

1  behalf of the Defendants?
2      A.   Yes, I have.
3      Q.   Do you agree with Mr. Sahada's
4  conclusions, Dr. Sahada's conclusions?
5      A.   In general, no, I don't.
6      Q.   What are the major disagreement
7  points that you have, or the major flaws that
8  you believe you have identified in his
9  analysis?
10      A.   I don't believe he has any
11  analysis.
12      Q.   Why do you say that?
13      A.   Because there is no science in his
14  report.  It's just a review of other people's
15  work.
16      Q.   Do you agree with the conclusions
17  that he drew in his review of other people's
18  work?
19      A.   No.
20      Q.   What are your points of disagreement
21  with his review of other people's work?
22      A.   Can I see it, the report?  I don't
23  -- I'd have to look at it and get a copy of
24  it.
25      MR. WIEDEMANN:

235

1          (Counsel hands document to
2      Witness.)
3          THE WITNESS:
4          I believe this is a copy of his
5      report.
6  EXAMINATION BY MR. RAFFIN:
7      Q.   All right.  You're working with your
8  tabbed copy?
9      A.   Yeah.  I just saw it, just started
10  looking at it and just highlighting some
11  things.  Yeah.
12      Q.   So without going through
13  individually and on a granular basis
14  identifying your points of disagreement, you
15  can't sit here today and say "Here are the
16  major things I disagreed with"?  Just from the
17  top of your head?
18      A.   No, I'd have to go through it each
19  item by item.
20      Q.   All right.
21      MR. RAFFIN:
22          Let me go off the record for a
23      minute.
24      VIDEO OPERATOR:
25          Off the record, it is 5:48.

236

1      (Whereupon a discussion was held off
2      the record.)
3      VIDEO OPERATOR:
4          Returning to the record, it is
5      5:50.
6      MR. RAFFIN:
7          I promised to be done at 5:30 or
8      thereabouts.  We're now 20 minutes
9      over.  And given the last answer, I am
10      going to stop where I am.  I have no
11      further questions.
12      MR. WIEDEMANN:
13          I just have a few questions.
14  EXAMINATION BY MR. WIEDEMANN:
15      Q.   Mr. Spinks, the statements or
16  conclusions that you made in your report which
17  are under 5.0, are those conclusions still
18  your conclusions today?
19      A.   Yes.
20      Q.   Have the conclusions that you made
21  in that report changed in any way or
22  diminished in any way?
23      A.   No.
24      Q.   And in connection with the report,
25  you prepared a computer model; is that

237

1  correct?
2      A.   Correct.
3      Q.   And that model expresses your
4  opinion as to the hydrology that occurred
5  following the breaches in the IHNC?
6      A.   Correct.  The hydrology and the
7  hydraulics conditions, yes.
8      Q.   And based upon what you know today,
9  has your opinion of the model in any way
10  changed?
11      A.   No.
12      Q.   And the Sobek model that you chose,
13  is that a model that is accepted in your
14  specialty?
15      A.   Yes.  It's -- It's being even more
16  widely used across the United States, and
17  several flood control districts that need that
18  type of a sophisticated model have picked up
19  on its capability and are using it.  So it is
20  an accepted and adopted model.
21      Q.   And did you select it because it
22  would bring about some conclusion or because
23  it was a program best adapted to this
24  situation?
25      MR. RAFFMAN:

238

1    Objection to form.
2    THE WITNESS:
3        We adopted it after our research,
4    as I have said previously, because we
5    felt it's the best available model to
6    analyze the situation of flooding, the
7    interior flooding as we have done for
8    this particular study.  It is the best
9    model, we believe.
10   EXAMINATION BY MR. WIEDEMANN:
11       Q.   And were you satisfied with the
12   result obtained in the model based upon your
13   investigation of this case as a final product?
14       MR. RAFFMAN:
15       Objection to form.
16   THE WITNESS:
17       Yes, it has a lot of visual
18   capability to understand.  Many models
19   don't offer the visual capability that
20   Sobek has.  And we believe -- We are
21   very pleased not only of its
22   capabilities, but of its presentation.
23   EXAMINATION BY MR. WIEDEMANN:
24       Q.   And is it your opinion that the
25   breaches in the Industrial Canal or the Inner

239

1    Harbor Navigational Canal flooded the area
2    from the canal to Paris Road and from the 40
3    Arpent Canal to the Mississippi River levee on
4    August 29th, 2005?
5        MR. RAFFMAN:
6        Objection to form.
7    THE WITNESS:
8        Yes, sir.
9    EXAMINATION BY MR. WIEDEMANN:
10       Q.   And this flooding that occurred in
11   this geographical area, did it, in your
12   opinion, occur before the intervention of any
13   waters from the MRGO?
14       MR. RAFFMAN:
15       Objection to form.
16   THE WITNESS:
17       No, it did not.
18   EXAMINATION BY MR. WIEDEMANN:
19       Q.   And the diagrams that you prepared
20   with the assumptions that the Inner Harbor
21   Navigational Canal did not breach and that
22   MRGO did breach and what would happen, those
23   are models of assumed facts that are not --
24   that are not reality?  Is that --
25       MR. RAFFMAN:

240

1    Objection to form.
2    THE WITNESS:
3        That's correct.  They're
4    hypothetical scenarios.
5    EXAMINATION BY MR. WIEDEMANN:
6        Q.   But the scenario that you have is
7    that the Inner Harbor Navigational Canal did
8    breach and the MRGO did overflow or breach as
9    well.  Is that correct?
10       A.   Yes, we have breaches along the
11   Inner --
12       Q.   Harbor?  All right.
13       A.   The Inner Harbor Navigation Canal as
14   well as MRGO.
15       Q.   And you considered the effects of
16   both of those occurrences; is that correct?
17       A.   Correct.
18       Q.   And if the MRGO had not overtopped
19   or breached, would the Inner Harbor
20   Navigational Canal have flooded, in your
21   opinion, an even greater area?
22       A.   Yes.
23       Q.   It would have continued to flood
24   further to the east than Paris Road?
25       A.   Correct.

241

1        Q.   And so after it -- MRGO and the IHNC
2    breaches, the waters from those two occurred,
3    was there still water coming from the Inner
4    Harbor Navigational Canal?
5        A.   Yes, clearly.
6        Q.   And you intend to do some further
7    investigation in this case?
8        A.   Yes, I think we'll probably do some
9    more analysis related to -- particularly if
10   more information becomes available.
11       MR. WIEDEMANN:
12       Thank you.  I have no further
13   questions.
14       MR. RAFFMAN:
15       I may have a couple.
16   EXAMINATION BY MR. RAFFMAN:
17       Q.   Among the hypothetical scenarios you
18   created was a hypothetical scenario which
19   assumed that the Inner Harbor Navigation Canal
20   breaches did not occur.  Am I right?
21       A.   Yes, there is a hypothetical example
22   of that.
23       Q.   And that hypothetical example might
24   be taken as an illustration of the situation
25   that would have occurred but for the

242

1  occurrence of the breaches in the Inner Harbor
2  Navigation Canal; right?
3      A.   That's what we refer as a scenario
4  analysis, yes.
5          MR. RAFFIN:
6          No further questions.
7          VIDEO OPERATOR:
8          We're now off the record.
9              *   *   *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

244

REPORTER'S CERTIFICATE

    I, ROGER D. JOHNS, RMR, RDR, CRR,
Certified Court Reporter, do hereby certify
that the above-named witness, after having
been first duly sworn by me to testify to the
truth, did testify as hereinabove set forth;
that the testimony was reported by me in
shorthand and transcribed under my personal
direction and supervision, and is a true and
correct transcript, to the best of my ability
and understanding; that I am not of counsel,
not related to counsel or the parties hereto,
and not in any way interested in the outcome
of this matter.



                ROGER D. JOHNS
            CERTIFIED COURT REPORTER
                STATE OF LOUISIANA

243

1
2          WITNESS'S CERTIFICATE
3
4      I, MELVIN GERALD SPINKS, read or
5  have had the preceding testimony read to me,
6  and hereby certify that it is a true and
7  correct transcription of my testimony, with
8  the exception of any attached corrections or
9  changes.
10
11
12      _____
            (Witness' Signature)
13
   _____
14  DATE SIGNED
15  DEPONENT PLEASE INITIAL ONE:
16
   _____ Read with no corrections
17
18  _____ Read and correction sheet attached
19
20
   DATE TAKEN:  SEPTEMBER 25, 2008
21
22
23
24
25

SPINKS, MELVIN GERALD

9/25/2008

Page 1

**A**

**ability** 11:5,7 65:7 98:10
  109:5 156:7 223:12
  244:12
**able** 28:1 29:5 55:9,17
  65:16 89:2 128:25
  129:14 133:16 143:5
  155:25 195:20
**above-named** 244:6
**absence** 65:4 102:17
  103:16
**academic** 43:25 100:4
**accept** 213:16
**acceptable** 132:2
**accepted** 237:13,20
**accompany** 136:21
**account** 60:8 66:22 84:3
  84:17 87:20 90:7 93:3
  93:12 98:21 100:14
  104:10,11 106:4 109:10
  112:13 211:1
**accounted** 81:23 90:9
  98:4 141:22
**accounts** 38:15 54:1
  55:11 56:8 59:14,21
  60:1,11 82:18 149:13
  150:14 158:25 217:9
  221:3,9
**accuracy** 64:19 132:1
**accurate** 36:17 54:16
  58:3 63:12 118:18,21
  131:25 196:25 221:2,17
**accurately** 11:6 54:24
**acknowledge** 86:12
**acknowledged** 132:20
**acquisition** 129:23
**acres** 179:18
**acre-feet** 221:19,23
  222:4,6
**action** 1:7 83:15 143:8
**actual** 16:24 29:20 32:13
  65:1 85:8,11 104:23
  111:23 133:12,13
  138:14 146:23 158:24
  162:19 163:13

**actuality** 220:11
**ADA** 120:8
**Adams** 86:3 151:13
  154:21 166:14
**adapted** 237:23
**ADCIRC** 233:3,4
**add** 10:24 11:1 83:7
  214:24
**added** 205:11
**addition** 50:20
**additional** 84:13 149:12
  152:5 154:18 205:11
  220:15
**address** 11:9 224:10,20
  225:12 226:12 227:5
**adjourn** 8:15
**adjustments** 58:15
**administering** 4:23
**admit** 57:21
**adopted** 237:20 238:3
**advanced** 230:5,8,11
**aerial** 71:11,14 72:19
  77:2,12,12,14
**affect** 34:4 41:1 58:9
  102:7 103:17 110:9
  163:9 164:12,14,25
  175:20
**affirmatively** 43:7 46:5
  47:18 60:23 66:12 78:5
  100:9 111:18 117:17
  126:21 185:9
**aforementioned** 4:5
**afterward** 74:22
**agencies** 43:6,9,21 44:12
  45:5,19
**agency** 24:15
**ago** 34:8,14 170:7 215:18
**agree** 9:1 28:15 67:24
  68:13 169:2 197:7
  202:8 220:1 234:3,16
**agreed** 4:3 8:14
**agrees** 197:4
**ahead** 27:22 116:10
  213:6
**Airline** 2:19
**airplane** 128:20

**alcohol** 11:4
**ALFIERI** 3:9
**align** 58:22
**alleged** 173:3,10
**allow** 8:16 73:21 170:25
**allowed** 93:20 94:20,22
**allowing** 36:9
**allows** 100:14
**All's** 164:4
**amend** 6:15
**America** 2:9,12 172:25
**American** 3:9 62:9
**amount** 21:23 55:8 81:17
  82:7,8,9 86:16 87:14
  88:6 90:19 91:4 92:2
  93:14 96:5,9,12 97:15
  103:3 112:22 121:17
  126:11 128:24 231:18
**analyses** 27:7 99:14
**analysis** 16:19,23 19:1
  21:9,10 27:9,15,19,22
  34:3 36:15,15 37:23
  38:12 39:18,24 40:13
  41:3,7 50:23,25 51:3,11
  51:17,21,23 52:1,25
  53:1,22 65:21 66:1
  67:20 75:1 81:9,21
  82:14 92:15,19 98:11
  99:8,13,17 109:18,21
  110:17 116:16 139:9,14
  141:15 157:22 158:21
  160:25 163:7,20 165:10
  168:12 169:9,14,24
  172:9 183:13 197:3
  212:5,10,11,13 220:18
  220:21 221:18 222:6,13
  222:20 223:8,9 233:5
  234:9,11 241:9 242:4
**analyze** 127:16 223:19
  238:6
**analyzed** 39:10 119:23
  187:25
**analyzing** 27:16
**Annie** 129:10
**answer** 4:15 10:25 11:1
  39:20 48:15 51:24

**76:13 91:10 96:24**
  106:13,16 108:24
  110:13 117:21 139:21
  147:7 153:15 154:16,19
  154:23,24 156:11
  165:16 166:2 170:14,25
  197:9 211:7,13 226:6
  227:18 236:9
**answered** 39:9 40:9,12
  96:19 119:7 127:7
  131:14 147:15 171:14
  171:23,25
**answering** 118:21
**answers** 77:24
**anybody** 13:15 42:13
  173:2
**anyone's** 65:7
**anyway** 146:1
**apart** 12:1,7 13:9 19:6
  45:3 156:5 194:9,10
**apologize** 175:25
**appear** 42:6,7 182:18,23
**APPEARANCES** 2:1
  3:1
**appearing** 3:7 30:7
**appears** 22:19 150:13
  179:11 182:3 207:13
  220:9
**appendices** 37:1 60:7
**appendix** 86:4,4 135:21
  135:24 136:4,6,20
  137:3,8 138:10 148:4
  148:13,18,20 149:21,22
  150:5 156:13 177:21
  185:12
**application** 79:12 228:4
**applications** 132:2
**applied** 152:4
**apply** 53:1
**appreciate** 36:8
**appropriate** 13:7 64:22
**approximate** 71:16
  213:14 214:6
**Approximately** 11:21
  161:19
**Arabi** 179:5,7 181:25

SPINKS, MELVIN GERALD

9/25/2008

Page 2

199:11
arc 132:18
area 16:25 17:10,12,18
  19:16 33:15 34:18,25
  35:9,9 37:25 38:10,25
  40:20 41:13 46:15 52:3
  52:5,16 53:6,17 55:16
  57:24 62:9 63:22 64:16
  67:16 68:14 69:1,16,24
  70:4,5 71:12 72:4,21
  77:4,6,9 78:2 81:15
  82:2,2 83:1 84:4 85:15
  85:16,20 86:18 87:4,6
  94:4,7 95:9,15,22 96:2
  96:7 97:11 100:25,25
  101:3,16 103:5,9 104:1
  104:8,12 105:20,22
  106:15 108:3,18 109:24
  110:3,4,21,25 111:23
  112:2,3 126:5 128:2
  130:20 132:21 134:13
  139:13 141:2,4,7,24
  142:1,4,10 145:7
  152:13,24 158:5,11
  164:1,2 165:12 169:1,9
  172:18 175:21 176:17
  176:21 177:12 179:19
  180:4,18,21,22 181:15
  181:17 183:2 184:13,17
  184:21 186:2,10,12,16
  187:5,22,22 188:15,20
  188:22 189:10,18 192:6
  192:12 195:5 197:21
  198:3 199:4,8 206:1,4,7
  208:12,15,17 209:2
  210:11 211:3 221:20,24
  222:1,7 229:10 230:3
  239:1,11 240:21
areas 17:7 18:2 51:3,8
  65:18 66:9 98:25 101:1
  103:8 108:5,6 109:14
  129:12 141:18 163:14
  175:15,17 188:17
  192:15 208:17 215:25
argumentative 174:12
arises 79:4

Army 19:6 45:12
Arpent 38:4 71:22
  158:15 178:21 179:20
  180:6 181:24 182:16
  183:1,7,21 184:13
  239:3
arrival 167:16
arrive 201:1 202:4 213:5
  214:25
arrived 95:4 112:24
  167:21,25 168:3
arrives 8:15,20 164:15
  165:1
arriving 175:1
aside 44:8
asked 10:20 17:25 35:16
  79:23 108:21 129:24
  153:8,10 167:11 170:6
  176:1 227:13
asking 39:17 48:14 88:18
  101:23 111:7 113:9,12
  165:25 201:14 202:16
  207:8 210:6 212:22
  225:23 227:9
aspect 6:10 87:1
assigned 171:6,11,19
assigning 214:18
assignment 15:20 16:14
  16:16 19:19,22 20:1,20
assignments 17:3
assist 14:6
associated 85:7
assume 125:14 143:15
  168:8 169:24 213:20
assumed 74:19 86:6
  93:11 112:6 118:8
  239:23 241:19
assumption 82:10 86:24
  92:22 93:8,18,24 97:23
  104:18 109:1,8,11
  112:11 200:5
assumptions 58:20 80:24
  81:3,6 86:23 95:17
  99:4 228:10 239:20
attached 72:14 230:7
  243:8,18

attachments 13:10
attention 43:1 68:23
  219:23
ATTORNEYS 2:4,9,12
  2:16,20,24 3:5
attributes 151:7
audibly 10:5
August 37:19 68:1 84:20
  134:19 141:24 143:24
  175:14 188:14 239:4
available 21:4,7,16,24
  36:13 43:4,5,9,19 45:1
  45:18 222:25 238:5
  241:10
Avenue 2:11 128:4 182:2
  182:17 183:21 191:14
average 139:23
aware 33:3 76:9 130:10
  130:16 151:4,9 154:17
  166:20 172:22 173:5
  175:9 233:9
awfully 158:5
axis 120:6,7,8 190:16,20
  190:22 191:6
A.M 37:17 38:1,11 39:15
  40:5,21 41:19,19 92:19
  93:1 120:13,16,17,20
  120:24 121:2,5,8,24
  122:3 123:8,11,16
  125:14 126:19,20 141:8
  148:23 149:5,10 151:14
  151:24 152:15 154:15
  155:11,21 156:8,24
  157:7 161:5,10 162:2
  165:20 175:16 177:13
  177:18,18,23 178:22
  179:4,16,17 180:1
  185:12,18,22 186:3
  188:14 216:4,5

**B**

B 115:5,17,20 116:8,22
  135:21,24 136:4,6
  137:3,8 138:10 149:21
  149:22 150:6
back 9:12 12:2 36:6 42:2

53:23 57:3 60:18 72:25
  73:10,12 75:14 79:19
  83:14,22 85:2 96:8,21
  109:6 126:16 130:1
  132:21,24 133:20,22
  135:8,11 136:15 138:12
  144:10,20 146:2 147:3
  147:5 148:25 150:5
  156:6 158:16 159:20
  163:13 166:11 170:20
  170:23 176:4 178:13,15
  178:15 192:19 198:20
  198:24 206:1 211:10,11
  216:22 217:8 230:20
  237:17
background 63:14,16
  64:10,21
back-flow 33:6
bad 19:25 48:15 74:6
barge 1:9 167:15,20,24
  168:3 169:15,17,20,25
  170:8,9,11,12 173:3,8
  173:10,14,17,20,22
  174:6,9 204:3,8,10,12
  231:24
Baronne 2:3
Barracks 55:24 72:8,11
  144:14 185:11,14,21,25
barrier 182:14
based 17:15 29:15 30:6,9
  40:21 82:10,22 84:11
  99:4 113:24 117:18
  127:18 129:4 132:22
  149:12 158:24 160:16
  162:18 172:20 195:5
  203:4 237:8 238:12
bases 38:8,17,20
basic 228:10
basically 11:24 14:2 26:4
  27:10 37:25 52:5 67:10
  71:21 109:6 117:8
  128:18 141:3 165:13
  184:9,10
basis 38:12 52:13 79:13
  84:15 97:20 160:22
  162:14 235:13

SPINKS, MELVIN GERALD

9/25/2008

Page 3

**bayou** 218:19
**Bear** 126:15 167:10
**bed** 85:25
**before-mentioned** 6:4
**began** 150:13,15 191:21
209:4
**beginning** 179:17 183:1
185:4 189:22
**begins** 184:14
**behalf** 234:1
**believe** 14:12 16:3,5 17:6
17:7 23:20 29:12 35:17
37:3 41:13,21 62:17
68:6,11 72:10 78:6,7
83:1,17,18 85:5,19 86:9
86:16 90:10 91:22 94:2
97:14 104:14 113:2,14
114:25 116:12 122:8,16
122:16 123:5 124:12,18
127:10 136:10 137:15
140:8 143:13 144:20
146:16 158:23 160:7
161:2 172:19 174:17
175:13 186:2 189:3
190:1 191:18,23 192:20
218:9 234:8,10 235:4
238:9,20
**believed** 17:13,18 19:12
223:1
**believes** 113:10
**BEN** 2:19
**benefit** 10:14,14 220:15
**BENOIT** 1:14
**Bernard** 16:10,20 18:8
37:15 38:7 45:25 46:6
46:8,17 52:22 55:16
69:1,25 81:1,25 94:8
112:20 143:11 162:6
169:13 172:15 175:11
179:21 181:18 184:10
184:11,17 193:22
199:10 203:20 206:23
215:24
**Berryhill** 148:25 149:2
151:11 152:9
**best** 11:6 19:12 24:24

25:22 28:11 34:1 43:4
43:19 45:1 159:15
222:25 223:1 237:23
238:5,8 244:12
**better** 66:4 86:5 195:21
223:10
**big** 52:7,10,20 67:25
103:23 180:20 192:22
195:25
**bill** 223:24
**billed** 231:19 232:3,11
**billion** 44:22
**binder** 42:8
**bit** 24:6 30:12 35:15,16
44:18 58:13 59:17
71:13 86:5 129:16
182:19 209:11 222:13
**black** 199:25 214:12
**blew** 204:22
**blip** 127:2
**block** 149:3,8 187:22,22
193:21
**blockage** 98:22
**blocked** 98:1 206:6
218:21
**blocks** 186:7,17,24 190:9
**blow** 111:20
**blowing** 109:23 110:3
**blown** 71:12
**blows** 225:5
**blue** 158:1 180:4,20,22
**blues** 89:24,25 181:6
**Blvd** 2:23 3:4
**board** 69:15
**body** 22:17 53:10
**bottom** 78:10 98:5 120:7
142:7 199:21 221:5
**bought** 43:14 78:21,22
78:24 79:6 80:2
**boundary** 117:23 118:6
121:21 123:18 128:11
**BOURGEOIS** 3:2
**BOUTTE** 1:12
**Branscom** 140:24
**breach** 17:19 29:25 30:1
30:1,6,25 31:18,21,22

37:17,18 40:2,2,3 41:4
41:5,19,20 58:20,25
71:17,23 72:1,24 73:18
74:20,24 75:10,10,12
75:13,16,21,25 76:2,3,4
76:6,8,11,17,18 77:5
82:4,5,12,12 84:19 85:9
85:17 95:5 103:15,21
104:2,3,12 114:7,21
115:25 117:10 118:2,3
121:18,23,25 122:1,3,6
122:14,18,21,21,22,23
122:24 123:3,5 125:14
126:6,8,10,13 127:1,4
127:15,22,24,25 136:16
136:18,22 137:14
143:22 144:11,16,22,25
145:5,17,18 147:25,25
148:1,3,22 149:3,9,14
149:17 151:8,17,23
152:15,19 154:15,20,22
155:10,21 156:9,23
157:3,6,20 158:6,9,12
159:6,25 160:13,14,15
160:19,25 161:4,5,13
161:13,21 162:1,2
163:1,18 164:17,21,22
165:19 166:7,9,10,16
166:22,23 167:2,4
168:11,11,16,17 169:3
169:3,25 170:1 171:1,3
171:7,11,12,19,20
174:3,4,7,16,16,18,19
175:2,2,20,23 176:6,17
176:22 177:2,3,9
200:15 216:3,4 217:11
217:23 218:12 220:1,24
226:14 239:21,22 240:8
240:8
**breached** 73:16,21 74:13
103:22 240:19
**breaches** 1:7 17:8,14
18:3 24:21 31:1 35:8
37:11,12,24 38:9,25
39:2,5,6,12 40:4 46:2
46:18 47:8 58:2 74:18

75:5 82:11 84:5 96:6
100:22 112:16 113:5,20
114:4 117:16 128:15
134:25 135:16,19 136:7
137:5 142:6 144:9
146:25 150:19,24 151:1
155:3 157:24 159:24
161:25 162:5,23 163:2
164:24,24 165:6,11
169:11,20,21 172:5,5,6
173:4,15,24 174:20
177:13 182:15 186:4
197:20,21 200:6,6,10
200:11,13,18,25 201:16
201:22,22,23 202:3,4
202:11,12 203:1,3,6,9
203:13,18 204:4,13,17
205:4 208:15 210:16,25
213:1,2 214:10 215:15
215:22,23 220:23
221:20 222:7 225:15
227:7 237:5 238:25
240:10 241:2,20 242:1
**breaching** 74:25 75:2
92:7 137:19
**break** 36:11 83:3 200:15
233:16
**Brian** 16:3
**bridge** 128:4
**briefly** 8:16
**bring** 237:22
**brings** 83:5 111:16
**broad** 99:4
**broaden** 218:11
**broad-based** 95:16
**brown** 181:9
**browns** 181:10
**buffer** 183:5
**build** 185:3
**building** 53:11 103:5
126:1,2 131:8 143:6
191:22
**buildings** 97:24 101:19
102:14,17 110:4 143:10
187:11
**build-up** 126:4,9

SPINKS, MELVIN GERALD

9/25/2008

Page  4

**built** 38:4 62:7 98:12
**built-up** 209:9
**Buras** 60:21 62:3
**BURGLASS** 2:18
**businesses** 37:14
**buy** 79:2,13

**C**

**C** 86:4 115:5,19,20 116:7
  116:9,11 117:2 136:20
  148:4,13,18,20 156:13
  177:21 185:12 233:8
**calculated** 100:24
**calculations** 161:23
**calibrate** 54:10 57:7
**calibrated** 53:25
**calibration** 55:11
**call** 14:11,17 84:24
**called** 14:12 15:4,13
  24:11,15 49:23 57:7
  193:2 216:9,13
**camera** 184:7
**canal** 1:7 53:3,14 62:2
  66:15,21 67:22 68:1,3
  71:19 72:2 73:7,12,16
  88:10 95:24 111:17
  123:21 124:1,16,21
  127:14,21 165:12,14
  168:25 172:5,14 184:19
  186:13 190:5 203:3,6
  208:1 209:6,9 213:22
  214:25 215:3,7,16,21
  238:25 239:1,2,3,21
  240:7,13,20 241:4,19
  242:2
**capabilities** 15:16 16:11
  24:19 223:13 238:22
**capability** 19:15 25:24
  26:1,22 30:14 33:8,9
  109:16 141:5 223:18
  227:22 237:19 238:18
  238:19
**capable** 25:16 28:12
  105:7,7,13,13
**capacity** 9:19 33:23 63:2
  94:5 97:16

**captioned** 69:16 71:5
**capture** 129:1 133:13
**captured** 128:13
**Carolyn** 148:24 149:2
**carpet** 151:15 166:16
**carry** 18:19 19:4 20:20
**carrying** 21:13
**cartography** 70:16
**case** 6:10,17 12:4 14:24
  15:15,18,20,23 16:9,12
  20:22 22:18 29:21 37:6
  40:16 50:1,24 58:16
  65:24 83:2 167:19
  169:23 172:23 173:3,7
  196:16 198:6 216:16
  217:12 218:3,19 219:4
  219:4 223:25 226:6
  227:11 238:13 241:7
**cases** 216:20,21 217:19
  224:7
**catastrophic** 37:14
  215:16,20
**cause** 68:3 173:14 174:6
  204:13 209:5 217:2
**caused** 45:25 46:11,24
  112:15 169:15 173:11
  173:16,17 174:8 204:3
  204:17 215:21,23 227:6
  232:24
**causes** 6:24 199:24
  201:13 202:12 214:12
**Causeway** 2:23 3:4
**causing** 37:13 215:16
**ceiling** 149:11
**center** 3:9 61:5,9,12,16
**Centre** 1:23 2:8
**certain** 29:1 30:8 54:19
  81:8,9 85:13 111:21
  153:1 190:1 209:4
**certainly** 25:21 29:18
  73:8
**certainty** 65:16
**CERTIFICATE** 243:2
  244:2
**certification** 4:11 6:10
  7:1 17:5 224:7 226:5

**Certified** 3:17 4:21
  244:5,21
**certify** 243:6 244:5
**Chaffe** 1:23 2:6
**Chalmette** 192:1,1
**change** 41:23 119:22
  127:2,14,25 137:22
  183:16 194:12,15
  232:24
**changed** 98:2 119:11
  236:21 237:10
**changes** 55:6 127:21,24
  243:9
**chart** 160:12 188:9 189:5
**check** 122:19
**checked** 162:20
**choice** 57:5 222:21
**choose** 24:4
**chose** 47:24 237:12
**CHRISTOPHER** 3:9
**CHRISTOVICH** 3:8
**Cindy** 155:19
**circle** 61:16
**circulation** 128:10
**citation** 136:11
**cite** 78:8
**civil** 1:7 4:7 230:9
**CivilTech** 11:13,20
  229:24
**clarify** 6:24 10:20 49:6
  138:9
**class** 6:9 7:1 17:4,9 82:2
  97:11 109:24 110:3,4
  112:2 141:2 186:10,12
  186:16 187:5 199:4
  208:17 210:11 211:3
  221:19,24 224:7 226:5
  229:10
**classified** 143:4
**clean-up** 190:14
**clear** 19:20 75:17,25
  158:4 191:9 195:21
**clearly** 30:24 40:23
  43:22 49:15 53:6 63:5
  65:9,14 77:3 81:7
  94:12 95:20 98:16

  103:21 105:22 132:4
  145:1 164:11 189:20
  206:18 217:13 241:5
**client** 172:24
**clip** 175:10,10
**clips** 70:24 188:4
**clock** 38:14 58:23 59:1,5
  142:20,22 150:14
  159:19 191:15
**clocks** 54:1 59:3 60:4
  88:2 89:8 144:19
  156:21 158:19 190:21
  221:3,9
**close** 9:16 17:19 37:25
  38:10 39:1 56:6 103:20
  121:13 181:4 182:3
  197:25 208:13 219:22
**closed** 110:25 201:22
**closer** 124:9 179:23
**clumsy** 79:24
**coaching** 153:16 154:1,5
**coastal** 51:3,8,13 230:19
  230:24 231:1
**coefficient** 98:23 105:21
  105:21 106:5,6,11,15
  106:17,19 107:13,14,21
  108:12,16 159:23 160:2
**coefficients** 108:22
**colleagues** 15:8 140:18
  233:13
**collect** 142:17
**collected** 23:7 114:18
**collecting** 217:15
**collection** 21:6 23:5 27:5
  130:7
**column** 148:7
**combination** 92:5 104:21
  162:17 175:19 205:15
  205:19 206:8,19
**come** 15:24 37:9 53:23
  71:3 72:7 125:21,22
  135:11 146:2 170:23
  174:2,7 184:9,14
  185:24 202:23 219:9
  220:16 222:19 223:2
**comes** 26:7 126:11

SPINKS, MELVIN GERALD

128:22 159:8 169:16
213:21 229:3 232:20
**coming** 52:3 83:16 85:5
103:5 113:15 124:6,16
124:20 126:1 128:3
180:5 181:14 209:8
241:3
**COMMENCES** 35:25
**comment** 40:3
**commercial** 43:13
105:24
**common** 63:13 217:7,12
219:13
**communicated** 78:15
**communities** 70:3
**community** 219:11
**company** 11:15
**comparable** 152:25
**compare** 144:19 198:20
**compared** 30:4 58:4
93:15 94:6 97:16
219:15 222:1 224:2
**compares** 152:22
**comparing** 163:13
**comparison** 88:22 91:11
91:17 112:14 221:25
**comparisons** 224:5
**compelling** 159:5,16
**competent** 129:12,22
130:13
**complete** 22:9 94:7
136:20 168:12 169:9
172:17
**completed** 122:23
**completely** 53:5 203:19
217:3 224:25
**complex** 98:9 219:19,19
219:21
**complicated** 49:12,14
**component** 51:10 83:3
109:7 224:25
**components** 25:7 56:17
**composite** 105:22 107:25
108:8 142:20
**comprehensive** 18:7
20:23,25 21:14 22:7

105:1
**compute** 195:3,4
**computer** 47:15 236:25
**computes** 102:13
**concerned** 196:2
**concerning** 170:8 225:21
**conclude** 47:2 62:16
141:21
**concluded** 37:23 39:6
82:18 87:13 113:20
114:1,2 215:6 216:2
222:7
**concluding** 157:6
**conclusion** 17:22 38:9,21
38:24 39:2 40:19 47:1
60:24 62:25 63:5 64:13
82:10 84:15 99:6
125:20 155:20 159:6
167:19 203:24 215:14
215:17 219:25 221:11
237:22
**conclusions** 21:11 34:5
36:16,19,23,24 37:7,9
37:21 40:15 54:17
66:20 69:22 72:18
74:17 76:25 81:11
83:20 84:1 100:20
167:18,24 168:2,7
198:17 205:13 208:23
212:21 215:12 216:6,10
217:25 220:2,16 221:5
232:15 234:4,4,16
236:16,17,18,20
**condition** 28:9 54:15
98:10,18 117:23 118:7
121:22 123:19 158:22
**conditions** 28:13 47:3
125:25 128:9,11 145:15
223:2 237:7
**conduct** 22:7 59:10
142:15
**conducted** 38:13,16
**confer** 233:13
**confess** 135:6
**configuration** 122:4
171:20

**configurations** 171:24
**confirm** 65:1 143:22
144:25 146:4 156:22
157:19
**confirmed** 74:23 75:2
147:24
**confirms** 148:22 151:23
154:14 156:8
**connected** 95:13,23
163:7
**connection** 6:9 34:17
48:4 49:18 51:21
236:24
**connectivity** 95:12,22
**consider** 89:24 95:18
109:22 112:17 125:13
133:3 143:7 154:25
212:8 233:3,7
**considered** 74:25 83:18
84:8 152:1 240:15
**considers** 212:7
**consistent** 59:22 125:15
134:1 144:12,13,18
220:8 222:2,5,10,11,15
**CONSOLIDATED** 1:7
**constitute** 43:18
**constraining** 124:15
**constructed** 67:4 116:11
211:21 228:21
**contact** 14:11
**contained** 137:13
**contention** 172:22
218:21
**context** 154:17
**continent** 62:9
**continue** 179:12 184:5
206:3
**continued** 3:1 123:21
124:2 240:23
**continuing** 185:3
**continuous** 58:11
**contra-position** 172:6
**contribute** 86:25 87:3
215:8
**contributed** 87:15
155:20 198:2,5 204:3

211:5,15
**contributing** 142:2
**contribution** 18:12 47:12
112:19 209:1,12,13
211:19,19 212:5,8
222:8
**contributions** 47:21
198:7 214:18
**control** 24:16 112:12
237:17
**conversation** 13:21
**copy** 13:4 42:3 69:18
71:7 135:22 136:3
148:17 229:16 231:23
234:23 235:4,8
**corner** 71:21
**Corps** 18:23 19:6 24:8
25:6 45:12 49:2 57:21
58:4,12 73:18,20 74:8
74:13,22 83:9 118:14
162:20
**correct** 12:6 19:22 20:14
20:15,17 22:9 27:1,23
42:5,10,23 46:9,10
48:12 53:15 62:16,17
76:19 81:2 82:15 87:16
93:5 99:11 109:24,25
112:8 116:1,2 117:20
118:9,17 121:21 123:14
123:17,24 125:12
130:11,17,21 131:9,11
131:16 137:10 139:17
147:13,19 150:3,25
156:19 157:17 158:7
160:15 161:8 168:11
174:5 180:2 188:25
199:9,23 200:8,12,17
201:9 202:1 203:23
204:1 209:13 210:11
212:23 213:4,8 215:10
216:7 224:10 227:25
232:4 237:1,2,6 240:3,9
240:16,17,25 243:7
244:12
**correction** 243:18
**corrections** 243:8,16

SPINKS, MELVIN GERALD

9/25/2008

Page 6

**correctly** 7:7
**correctness** 125:9
**correlates** 107:15
**correlation** 88:4
**correspond** 121:19
**corridor** 101:18
**costly** 222:22
**counsel** 4:4 8:14 13:1
  20:5,5 36:9 137:21
  153:19 235:1 244:13,14
**Counselor** 170:24
**Counsel's** 153:15,25
**counterclockwise** 61:25
  62:1
**County** 24:16
**couple** 91:18 177:6
  190:14 203:7,14 215:1
  218:18 233:12 241:15
**course** 10:24 35:1 83:10
  130:8 136:25 181:7
  185:25
**courses** 230:16,18,21,25
**court** 1:1,22 3:17 4:21
  6:2,4 9:25 10:2,6,11,15
  20:4 22:15 136:1
  148:15 229:14 231:3,6
  244:5,21
**courtesy** 9:5 36:8
**Court's** 6:13 7:11
**cover** 42:7
**create** 52:19,20 65:6
  118:2 122:2
**created** 169:25 173:4
  209:3 241:18
**creates** 111:15
**credible** 77:23
**crest** 37:21 68:5,10
  128:14
**CRR** 3:17 4:21 244:4
**CSR** 3:17
**cubic** 161:19 222:3
**Cumulative** 141:11,12
**current** 229:16
**currently** 34:23
**curriculum** 229:16
**cutting** 167:9

**Cypress** 1:22 6:2 11:11
**C-1** 89:6,18,19 90:3,18
  91:3 152:17 158:1,8,17
**C-2** 91:18 152:17 158:8
  158:17

## D

**D** 3:17 4:21 5:1 115:5,19
  115:20 116:7,11 117:2
  244:4,20
**damage** 78:1 110:11
  172:25 206:21 224:10
  224:16,17,21 225:13,19
  226:13,17,17,19,23,24
  228:4,6,9,25 229:1,6
**damaged** 224:13
**damages** 217:4 225:22
  227:14,16
**DANIEL** 2:14
**DARCY** 2:22
**data** 21:6,7,7 22:12,22
  23:5,6 26:25 27:3,5
  28:17 29:15,16 30:17
  30:17 31:16 32:11,13
  32:18,21,22 36:14
  39:24 43:14,15 45:8,8
  53:25 54:25 57:2,15,22
  58:23 59:1,5 65:20,25
  66:3 87:17,21 88:1
  89:1 90:5,8 114:6,18,19
  117:19,22 125:15
  126:24 128:16,19,25
  129:1,5,7,8,13,14,15,17
  129:18,23,25 130:5,7
  130:10,12,14,14,16,18
  131:1,2,7,21,22,23,24
  132:14,20 133:1,2,9,10
  133:12,24 134:3,14,20
  139:1,5,6,6,11,12 140:1
  140:15 142:17 143:21
  150:15 152:13 156:21
  157:5,25 158:16,17,17
  158:24 159:15,17
  183:10,11,15,16,19,24
  196:24 217:15 220:15
**date** 15:25 79:16 120:7

  243:13,20
**dates** 138:12
**datum** 120:8
**Daubert** 231:4
**day** 10:24
**days** 139:8
**deal** 51:4 100:19 133:11
  179:3 227:1,3
**dealing** 110:25
**deals** 93:9
**dealt** 99:25 100:1
**debris** 195:24
**decent** 133:21,23
**decide** 13:6
**decided** 143:1
**decision** 25:19 157:3
**DECKER** 2:22
**Defendants** 234:1
**define** 21:8 27:7 28:10
**defined** 34:2
**defining** 27:8,14 36:14
  82:3
**definitely** 84:7 102:9
  164:14,25
**definition** 133:14
**degree** 65:6 165:21
  221:14 230:8,11
**degrees** 230:5
**Delft** 47:24 48:4 78:9,16
  106:12 108:12 140:19
  224:3
**Delille** 186:6 187:23
**DELOURMAY** 3:14
**DEM** 132:18 139:1
**dense** 139:10
**Department** 50:6 231:2
**depended** 114:7
**dependent** 119:3 126:5
**depends** 39:1 129:7
**DEPONENT** 243:15
**deposition** 1:21 4:5,16
  6:8,20 7:22 8:2,16,24
  9:8,15 11:23 12:9 13:6
  13:13,16 14:1 20:9,12
  22:17 34:7,13 36:3,10
  37:1 42:3 84:13 136:3

  148:17 155:23 156:3
  167:1,6,7 215:18 230:7
**depositions** 9:12,18
  17:17 35:6 43:11 54:4
  148:6,12 159:13 166:19
  219:1,17
**DEPO-VUE** 3:15
**depth** 56:4,5 128:15
  177:19 178:11 188:14
  190:17,21,24 191:4,5
  201:2,9,17 203:2
  205:12,22 206:2 207:3
  207:4,14,17 208:2,4,7
  209:17,18,23 210:2
  211:16 213:6 214:1
  215:1 227:20,23 228:3
  228:4,6,9,24 229:1,4,6
**depths** 56:3,10 178:14,16
  178:19,23 187:15 190:1
  207:17
**DEREK** 2:7
**describe** 21:18 24:3 27:2
  27:8 28:5,11 31:13
  41:7 120:3
**described** 12:3 21:12
  24:2 27:17 31:8 36:12
  56:22
**description** 86:8 155:24
  155:25
**design** 62:22 219:6,11
**designated** 6:12 147:12
**designed** 63:3
**detail** 35:15 71:13
  104:17
**detailed** 19:13 100:6
  128:23 166:14
**details** 33:8 182:20
**determine** 18:1,11 118:2
  118:25 119:16 136:16
  136:22 157:23
**determined** 19:14
**determining** 26:5
**devastation** 64:25
**develop** 54:16
**developed** 129:11
**developing** 56:13

SPINKS, MELVIN GERALD

**development** 21:2
223:14
**deviation** 132:7
**diagonal** 71:24
**diagrams** 239:19
**difference** 26:2 90:7,10
90:17 91:2,25 93:3
103:6 124:11 164:20
196:21 202:9 205:18,20
214:23
**differences** 55:5 182:11
**different** 18:22 24:6
29:18 79:7 90:14 91:8
91:12,21 98:15 99:1
107:1,16 108:22,23
118:22,23,25 119:9,13
151:7 164:6 171:6,9,12
171:20,23,24 174:21
183:15 195:2 211:8,25
212:2 222:18
**differential** 128:21
**differentiate** 44:2
**difficult** 83:3
**digest** 60:5
**digging** 156:16
**digital** 45:9 69:17 70:14
128:19 183:10,18
**dimension** 106:3
**dimensions** 30:1 106:2
122:6
**diminished** 236:22
**Ding** 129:10
**direct** 88:4 92:14 109:8
224:4
**directed** 17:22
**direction** 61:8,15,24
109:9 112:7 244:11
**directions** 98:2 111:21
**directly** 92:10 93:12
153:23
**disagree** 62:11 64:13
**disagreed** 235:16
**disagreement** 234:6,20
235:14
**disagrees** 220:18
**discharging** 72:24

**discredit** 125:11
**discrepancies** 91:21
**discrepancy** 59:24 90:12
**discuss** 13:25 15:22
60:19 224:9,21 225:13
226:13 228:24
**discussed** 166:8 212:22
**discussion** 14:22 18:14
35:23 80:9 236:1
**distance** 52:19 194:4
**distant** 145:24
**distinction** 105:15 106:1
**distributed** 183:6
**distributes** 141:3
**distribution** 95:11
105:19 225:22
**district** 1:1,2 2:24 24:16
179:10
**districts** 237:17
**ditch** 95:23
**ditches** 33:12,23
**document** 12:25 90:17
91:1 235:1
**documentation** 23:13
104:23 105:12 184:24
**documented** 21:19 27:13
118:13
**documents** 12:8 13:12
22:3
**doing** 105:13 109:17,18
132:5 219:23
**dollars** 44:22 217:15
**dominate** 165:7
**dominated** 175:17
**dominates** 223:18
**dominating** 177:12
**door** 85:2 193:24
**dots** 115:21 192:12
**downloaded** 45:10
**downstairs** 149:10
**Dr** 7:8,25 8:3 129:10
140:24 234:4
**draft** 42:13,18 138:11,11
**drain** 73:22
**drainage** 33:2 35:3 51:4
51:9 52:6 93:19 94:9

94:20 95:3 96:16 99:13
99:14,16,18
**drained** 73:13 77:11
**drains** 97:13,15,21
**draw** 124:11 216:9
217:25
**drawn** 60:25 83:20 84:1
125:20 216:6 220:2
**draw-down** 124:12,12
**drew** 234:17
**drive** 2:19 24:20
**driven** 109:15 214:19
**drop** 124:7
**dropped** 73:10
**drugs** 11:4
**due** 17:8,13 18:2 46:3
47:8 74:20 83:6,15
93:13 136:25 224:13
**duly** 6:3 244:7
**DUPLASS** 3:2
**duration** 126:3 163:12
**Dutch** 25:17 106:11
139:19 140:11 198:10
198:19
**DUVAL** 1:9
**dynamic** 98:9 105:1
**D'Antoinette** 85:23
**D.C** 2:12

### E

**E** 2:22 5:1 11:10,11 19:9
24:11 115:5,19,20
116:11 117:2 140:24
160:4 233:8
**earlier** 27:8 41:14 58:19
88:14 108:21 163:4
164:8 165:5 176:16
215:1
**early** 84:5,19 141:24
150:13,17,17
**earth** 70:9
**easel** 69:4,4 142:11
**east** 37:25 38:10,25
149:3,9 181:23 184:11
185:19 187:11,23
199:11 240:24

**EASTERN** 1:2
**edited** 42:16
**educational** 44:7,9
**effect** 41:4 83:21 84:9
99:5 110:4,20 111:13
111:24 112:1 119:17
124:13 168:10 203:5
**effects** 61:20 95:18
119:22 169:11 212:2
240:15
**efficient** 24:21,25
**efficiently** 139:8
**either** 53:4 57:13 59:24
83:19 105:9 114:10
137:8 142:17 160:7
**EJLD** 3:5
**elected** 112:17
**elements** 46:11 97:25
**elevated** 83:4,6
**elevation** 29:1 31:15,21
35:19 38:5,6 83:13
105:17 120:8,10,10
128:19,23 130:22 131:1
131:4 134:11,12,15
139:13,23 146:19 147:9
152:24 160:13,20,25
161:6,7,9 180:8,12,14
181:12 182:4 183:11,14
183:19 185:25 190:18
190:23 191:3,21,23,24
195:4,6 196:14,15,15
196:16 197:1,2 206:24
207:4,9,10,11,14,22,24
209:17,20,23 210:10,21
213:9,12,13,18 214:8,9
214:13 228:15,18
**elevations** 17:1 126:1
131:6 133:25 139:22
144:23 146:16 162:1,15
178:20 181:3,7,8 191:1
197:5 207:18 208:18
228:11
**eliminate** 170:7
**embankment** 133:23
134:3,8
**emerged** 232:24

SPINKS, MELVIN GERALD

9/25/2008

**employed** 11:12,19
**enclosed** 53:1 66:8 112:3
**ended** 85:10
**endless** 124:5 125:21
**Energy** 1:23 2:8
**engine** 19:15 25:12,15
**engineer** 18:1 132:24
    223:12 229:20 232:5
**engineering** 11:13,20
    77:24 99:22 219:5
    229:25 230:9,19,25
    231:2
**engineers** 18:24 45:12
    125:6 162:20 232:9
**engines** 24:20
**enter** 191:22
**entered** 96:6 150:18,23
**entering** 127:21 150:15
    179:5,8 182:10
**enterprise** 217:7
**entire** 18:8 33:15 35:9
    44:1 46:15,16 69:24
    74:19 77:6 87:4,6 95:9
    95:11,21 105:22 106:15
    112:1 141:4 163:12
    171:10
**entitled** 226:6
**entry** 185:18
**environment** 107:15
**equally** 221:13
**equation** 102:12
**Ernest** 152:1
**erosion** 93:13
**error** 25:9 132:4 221:14
**errors** 130:11,17 132:8
    133:1,2
**ESQ** 2:3,7,7,11,14,19,22
    3:3,9
**establish** 51:14 137:4
**establishing** 17:22
**estimates** 228:12
**evaluate** 47:20 117:9
    218:13 228:20
**evaluated** 217:24
**evaluation** 22:2 108:16
    137:9 155:2

**evaluations** 220:5
**event** 14:24 16:20 17:2
    25:9 42:21 49:12,14
    91:24 155:24 169:5,6
    172:10,12,13 173:21
    185:19 201:3 214:21
    216:10,14,19 217:12,17
    219:7 223:3,19
**events** 147:13 155:7
    169:4 217:2
**eventually** 38:2
**everybody** 183:12
**everything's** 32:4
**evidence** 4:17 31:3 52:22
    57:17 74:8,15 86:10
    112:13 159:3 160:17
**evident** 184:25
**exact** 15:25 192:7 198:15
    206:9 212:5 213:12
**exactly** 39:18 41:15
    85:22 89:14 129:21
    164:4 182:12
**EXAMINATION** 5:13
    5:14,15 8:18 9:6 13:8
    36:5 40:14 54:9 68:21
    69:12 74:1,5 80:14,23
    97:3,9 102:8 103:12
    110:18 111:8 113:19
    119:25 127:12 131:19
    135:13 138:7 147:6,20
    154:12 160:10 170:21
    171:18 172:3 174:22
    194:22 202:15,24
    204:23 205:9 211:17
    226:11 227:17 233:23
    235:6 236:14 238:10,23
    239:9,18 240:5 241:16
**examine** 13:5
**example** 28:24 81:12
    103:19,20 132:15 133:8
    145:2 211:21 241:21,23
**examples** 43:17 212:1
    218:18
**exception** 243:8
**excerpt** 138:11
**excerpts** 175:12

**excessive** 59:18
**exchange** 99:1
**excluded** 87:11 231:3,6
**Excuse** 137:21 170:5
    194:12
**exercise** 81:8
**exhausted** 93:10 156:7
**exhaustive** 124:25
**exhibit** 5:4,5,6,7,8,9 20:3
    20:7,7 22:14,16 36:25
    42:2,7 69:17,18,21 71:2
    71:4,5,7 72:14 75:9,15
    75:18 76:20,22 130:1,5
    135:25 136:2,3 142:7,9
    142:11,14 148:14,16,17
    152:14 188:10,12,17
    192:18,22,25 193:2
    229:12,15 230:7 231:23
    231:23
**exhibits** 12:16,17 13:10
    37:2 68:23 69:2,14
    77:17
**exist** 123:15
**existed** 28:13 66:2
    155:10
**expand** 218:8
**expect** 53:3 127:2 208:19
**expensive** 25:25 223:17
**experienced** 66:9 164:3
**experiencing** 108:2
**expert** 7:2,9 9:19 14:13
    14:14 22:18 34:14
    36:25 42:4,11 43:3
    52:11 53:1 129:10,12
    130:20 216:13 225:19
    228:25
**expertise** 16:12
**experts** 168:6
**expert-related** 216:16
**explain** 87:25 92:2 98:7
    109:3 139:3 176:14
    194:23 196:20 197:14
**explained** 90:19 91:4
**explanation** 90:16 91:1
    206:17
**expresses** 237:3

**extend** 181:8 182:6
**extending** 190:9
**extends** 165:8 181:21
    182:1 186:11,12
**extensive** 21:23 118:14
**extent** 26:10 35:8 41:6
    46:24 81:19 91:22
    100:21 175:22 177:15
    179:22 188:1,1
**exterior** 29:22 31:23
    53:10,20 86:13 225:1
**external** 44:19 52:3
    81:18 116:17 117:6
    118:6 127:16 128:8
    224:22
**extremely** 130:13
**eye** 61:11,12,16
**eyes** 121:6 153:24
**eyewitness** 38:15 54:1
    55:10,23 56:8 58:22
    59:14,21 60:1,8 77:21
    85:20 136:19 144:4
    149:8,13 150:14 156:15
    158:25 166:9 221:3,8
**eyewitnesses** 35:7 54:4
    55:14,22 59:21 84:11
    141:23 142:20 144:7,18
    145:13 146:1 152:23
    156:12 159:18 166:8,12
    166:18

---

**F**

**F** 115:5
**fact** 25:17 46:15 69:18
    116:18 130:14 140:21
    173:6 195:12 210:20
    212:7 215:17 219:2
**factor** 47:11 81:11 82:23
    100:13,13 112:4 117:12
**factors** 46:21 50:21
    87:15 101:13 142:2
    173:23
**facts** 239:23
**failures** 37:11 46:2
**fair** 44:10 177:1
**fairly** 18:9 91:15 164:22

SPINKS, MELVIN GERALD

9/25/2008

Page 9

182:9 197:25
**fall** 227:6
**familiar** 61:4
**FAMILY** 1:15
**far** 52:4 89:7 127:19
149:16 150:7 223:9,18
**fast** 103:17 149:4
**faster** 73:14 93:20 94:20
94:22,24 96:1,14 176:2
203:9
**features** 33:16,25 35:11
52:6 94:1 105:16 187:2
**February** 14:8,8 16:1
**Federal** 4:7
**feed** 117:6
**feel** 54:23 56:7
**feet** 38:6 55:25 66:10,14
67:22 90:4,14 111:11
120:13,14,18 121:24
122:9,13,14 134:10,11
134:12 139:1 161:11,14
161:15,19 177:20
178:11,15,16,17,18,24
181:11,12 182:4 190:15
191:20,24 193:8,12,15
196:5,10,13,16,17
201:9 202:5,6 203:2,8
205:12,21 206:3,18,25
208:2,10,16,18 209:12
209:17,18,24 210:1,2,2
210:22 213:6,24 214:1
214:2,5,5,8,9,14 222:3
**felt** 24:23 25:15 65:15
82:16 238:5
**FEMA** 51:11
**ferret** 217:8
**field** 32:12,24 33:1,4,5
33:11
**fields** 32:5,10,21
**fifth** 36:16
**figure** 69:1 88:19,21
115:4,9,11,14,22 116:4
116:6 118:18 123:23
126:17 133:10 157:15
158:21 161:25 190:14
191:12 192:4,10 194:23

194:25 199:17,21 206:9
211:22 212:10 216:22
218:13
**figures** 215:5
**file** 135:24
**filing** 4:12
**fill** 85:14 158:10,13
180:18 206:3,7
**filled** 207:6
**filling** 104:8 179:19
182:24 205:25
**fills** 101:1
**filtered** 129:2
**final** 112:15 135:20
138:11,14,16,18,20
149:16 150:1,2,3
220:16 238:13
**finally** 36:16
**financial** 226:17
**find** 22:9 57:12 133:11
135:11 159:4,5 194:7
232:16
**finder** 212:7
**findings** 21:11 36:17,23
36:24 37:23
**fine** 154:11 183:25
**finger** 210:7
**finish** 31:24 157:13
228:11
**finished** 151:18
**finishing** 216:17
**firm** 14:25 16:18 24:14
40:18 50:6 79:21,25
231:19
**first** 14:5,11 15:13 16:7
16:13 21:3,17 28:18
42:18 51:16 56:14
63:25 71:7 93:8 98:6
131:8 149:1 174:2,7
187:6,19,20 188:7,18
198:22 199:24 215:14
218:7 227:24 228:7,14
228:18 229:9 244:7
**fit** 60:10,15
**five** 6:11,25 7:2,12,17
9:12 116:20,24 198:24

199:2
**flaws** 234:7
**flew** 77:14
**flies** 128:20
**flood** 14:24 16:19,25
17:1,2 18:25 23:2
24:11,16 39:18 47:14
47:21 50:22,25 51:12
51:16,20 52:1 53:24
55:18 56:2,4,10 67:11
72:20 78:1 84:10 87:15
94:21 98:11 100:22
109:20 112:12 116:16
150:15 155:24 156:2
157:8,10,14,18 158:23
172:10,12,13,17,20
173:25 175:4 179:4,8
185:11,19 189:7,25
197:13,15 198:7 205:10
205:12 207:25 208:12
208:15,19 216:10,14,19
217:2 218:12 220:24
221:1,17 230:2 233:5
237:17 240:23
**flooded** 17:7,8,13,19
18:2 34:19 35:10 37:25
38:9,25 46:14 53:17
63:21 64:16 85:19,25
149:11 152:23 175:16
184:17 203:1 216:18
217:4 218:20 219:8,14
239:1 240:20
**flooding** 14:23 15:2,16
15:17 16:10 18:23 21:5
24:22 26:10 37:14 38:5
39:14,15 41:6 45:24
46:12,24 47:3,20 48:6
48:11,17,20 49:7 52:2,4
65:18 85:6 87:4 92:24
95:19 96:4 98:13 110:1
142:2 150:13 164:15
169:12,15,16 173:11,25
175:11 197:8,12 198:18
203:7 210:22 212:9
214:19 215:8,17,20,23
218:5,15,16 219:6

221:4 223:9 227:21,24
228:3 229:5 238:6,7
239:10
**floodwall** 37:10,20 46:1
113:6 114:14 128:14
149:6,9 150:19
**floodwalls** 46:3 150:20
**floor** 131:8 149:7 227:24
228:8,11,14,18 229:9
**Florida** 128:4 182:2,17
183:20 191:14
**flow** 26:6 61:9 73:5
80:25 97:19 98:2,2,5
100:14,15,15 101:5,21
103:17 107:9 108:17
161:20 216:25 218:21
222:8
**flowed** 73:2 102:19,25
**flown** 71:15 72:19
**flows** 103:18 118:3
127:14 185:19
**focus** 148:2 151:17
**fold** 184:6
**folks** 10:15
**follow** 208:22
**following** 237:5
**follows** 6:5 134:7
**foot** 91:18 123:7,12,20
124:4 125:14 126:18
127:1 132:17,18 134:15
160:13,20 161:5,6,6
181:13 182:6 196:2
201:2,17 202:9 205:18
205:20 228:12
**force** 22:2 110:19 111:12
**forces** 226:15
**foremost** 21:3
**Forest** 1:22 6:2
**Forgive** 108:21
**form** 4:14 40:7 68:17
73:24 96:18 102:2,22
110:7,23 113:8 119:6
127:6 147:16 170:6
183:4 238:1,15 239:6
239:15 240:1
**formalities** 4:11

SPINKS, MELVIN GERALD

9/25/2008

Page 10

**formality** 4:9
**formation** 126:6
**forming** 74:17
**forms** 117:23 172:16
**forth** 232:20 244:8
**forward** 190:13
**found** 40:25 89:1 163:8
  189:10 193:21 196:6
**foundations** 225:16
**four** 106:25 198:25
**fourth** 27:21 36:15
**frame** 113:21 114:3
  175:17 178:2,3,5
**frames** 145:12
**friction** 98:5
**front** 11:25 42:8 108:10
  149:23 153:23 156:4
**full** 43:2 63:25 88:11
**fully** 21:12
**function** 228:4,6 231:13
**functions** 228:9 229:6
**fundamental** 77:24
**funded** 44:5,6
**further** 73:19,21 74:14
  184:11 209:16 236:11
  240:24 241:6,12 242:6

## G

**G** 11:11
**Galveston** 50:2,12 111:1
**gamut** 57:18
**gap** 132:20
**gather** 28:2 129:15
**gathered** 44:17 54:2
  55:15,20 56:19 84:12
  220:11
**gathering** 44:19 220:12
**gauge** 67:10,12,16 83:8
  120:5 124:9,14
**gauges** 65:11
**gauging** 65:4 83:8
**general** 28:5 31:11 36:21
  65:19 180:11 234:5
**generally** 14:22 16:9
  35:14 39:4 158:19
  186:15 228:17

**generate** 52:15 89:19
  117:1 222:16
**generated** 49:8 53:8
  64:14 116:19
**generating** 53:19
**generation** 52:17 62:20
  63:1
**generator** 85:11,13
**Gennaro** 34:8,14
**geographical** 239:11
**geometric** 122:6
**geometry** 102:9,15
  161:13
**GERALD** 1:22 6:1 243:4
**getting** 27:25 83:14
  182:16 184:21 196:25
**gigantic** 102:25
**Gilbert** 16:4
**GILLY** 3:14
**give** 32:9 43:16 48:15
  63:14 111:6 139:21
  145:1 156:2 180:11
  207:20 211:8 213:12
  218:18 229:1
**given** 9:7 15:19 34:8,13
  85:15 92:23 101:6,7
  102:18 103:16 109:23
  110:21 112:24 147:23
  164:15 165:2 189:23
  190:18,24 208:11
  216:23 227:24 236:9
**gives** 77:4 86:5
**giving** 187:1 189:25
  206:16
**go** 9:21 12:2 21:3,6,13
  22:23 23:4,8 25:8
  27:15,22 28:14 29:2
  31:11 35:22 55:21
  56:12 57:3,7 69:6 71:1
  72:12 73:11 75:13
  76:20 81:7 115:11
  116:10 121:9,11 126:16
  130:1 132:21,24 133:10
  133:11,20,22 135:8,24
  143:10 144:10 150:4
  153:6 154:2 155:11

156:6,16 166:11 176:2
  177:6 178:9 198:23
  216:21 217:8 218:12
  235:18,22
**goals** 197:22
**goes** 26:9 53:16 85:20
  95:24 114:22 214:14
**going** 13:3 27:15 28:2,8
  28:23 31:10 33:13
  53:18 68:22 69:3 75:18
  76:12 79:17 88:15 96:8
  96:18 100:6 108:7
  124:7 125:25 128:9
  133:18 135:23 146:2
  153:6 154:16 156:17
  158:12,16 161:6,20
  162:9,11 163:21 164:14
  170:5 176:4 180:25
  181:2 184:4 190:13
  192:19 199:14 202:5
  205:6 207:20 208:17
  213:11 218:6 224:22
  225:24 226:4,8 227:11
  227:15 228:10,23,24
  229:1 235:12 236:10
**good** 25:14 54:23 55:3
  57:5,21,22,22,24 58:1
  58:12 89:25 99:18
**GOODWIN** 2:10
**government** 43:16 44:4,6
  44:21 64:22 222:23
**governmental** 43:5,21
  44:11 45:4,18
**government's** 65:14
**grab** 69:3,4
**graduate** 230:25
**granular** 235:13
**graph** 180:20 181:22
  190:16 200:1 202:16
**graphically** 142:16
**Grass** 108:5
**grasses** 184:25
**greater** 23:3 62:19 63:2
  65:6 240:21
**green** 115:21 191:25
  192:2

**greens** 181:6
**grid** 33:14,17 34:2
  108:23 129:5 139:1,10
  139:11
**grids** 139:16,18
**ground** 98:17 128:21,22
  130:22 131:3,6,9
  133:15 140:1 178:18,19
  178:23 207:11,14
  209:18,20 227:21
**grounds** 231:4
**groundwater** 109:3,7
**ground's** 29:24
**guess** 9:11 12:23 70:14
  91:17 109:17 118:21
  175:6 180:19 187:19
  218:6
**Gustav** 82:24 87:8,8
**guy** 70:16

## H

**H** 233:7
**half** 91:19 120:11,21
  178:13 228:12
**hand** 20:6 181:16 189:11
  189:16
**handed** 20:5 22:15 136:1
  148:16 229:14
**handle** 100:10
**handout** 155:18
**hands** 12:25 235:1
**happen** 100:23 110:20
  145:19 183:17 201:20
  239:22
**happened** 35:2 39:5,13
  54:15 74:20,21 75:5,22
  76:2,18 82:11 113:21
  143:23 147:25 148:22
  151:2 152:15,21 154:15
  155:2,5,11,21 157:7,20
  158:25 159:7 173:21
  174:1 177:3 197:19
  201:12,13 203:21 208:5
  216:22 218:14 219:18
  226:19
**happening** 92:14 126:5

SPINKS, MELVIN GERALD

9/25/2008

Page 11

180:3
**happens** 92:14 126:13
127:4,15,22 151:24
163:18 179:13 190:3
208:6,14
**Harbor** 53:2,13 62:2
66:15,21 67:21,25
71:18 72:1 73:6,15
88:10 186:13 203:3,6
207:25 213:21 214:24
215:2,7,15,21 239:1,20
240:7,12,13,19 241:4
241:19 242:1
**hard** 44:2 134:6 206:9
**Harris** 24:16
**hasten** 203:7
**hat** 9:22
**HAZ-AS** 49:23
**head** 235:17
**hear** 10:6
**heard** 10:17 85:8 144:8
145:14 146:1
**heavily** 108:6
**HEC** 19:6 107:9 233:7
**HEC-HMS** 19:2 222:20
**HEC-RAS** 19:2 24:9
25:6,13 233:9
**HEC-VER-RAS** 222:20
**HEC-1** 19:1 49:21
**HEC-2** 19:2
**height** 66:20 67:11 68:5
81:20 92:18 131:8
134:2 181:12,13 183:19
183:25 206:25
**heights** 66:25 117:11
128:14
**held** 35:23 80:9 236:1
**Helmer** 14:15,16,19 15:3
15:6,9 16:4
**help** 71:3 120:16 136:21
142:9 189:2
**helped** 157:2
**helpers** 184:6
**helpful** 156:11 157:5
**helping** 136:18
**helps** 157:19

**hemisphere** 61:17
**hereinabove** 244:8
**hereto** 4:4 244:14
**hey** 152:20
**high** 26:10 28:25 30:2
35:5 38:14 41:12 54:1
54:19 59:16,19 60:2,13
64:24 88:13 116:13
118:4 134:9 142:23,25
143:1,4,6,11,14,14
144:23,24 146:4,5,9,11
146:13 163:15,20
181:25 182:9 185:23
192:11,13,17,21 193:8
193:11,14,17,20 195:2
195:8,10,12,17 196:6,9
196:12,17,22 197:5
217:21 221:4,9
**higher** 73:9 181:4,9
196:5,16 206:23 210:10
210:21
**highest** 186:1
**highlighting** 235:10
**histories** 65:1
**hit** 68:14 187:13
**HMS** 19:2 24:8 25:6
49:22 233:10
**hold** 213:11
**hole** 123:7,12,15,20
124:4,8
**holes** 149:5
**homeowners** 218:20
219:12
**homes** 37:14 97:11,18
113:3 176:18,22 177:2
187:10,13,20 216:18
224:10,12 225:13,15
229:10
**hopefully** 46:21
**horizontal** 226:15
**horseback** 40:1
**hour** 126:19 232:12
**hours** 13:19 84:19 124:3
126:19 141:24 203:8,15
215:1,18
**house** 85:24 97:10,10,20

98:17,19,19 103:16,20
103:24 106:3 130:25
145:3,16 147:23 155:9
174:24 175:1 191:20
193:25 195:23 218:24
226:14,23 227:25 228:3
228:8,15,16,21
**houses** 52:16 59:9 98:16
103:15 104:8 105:16
145:23 187:5 225:5
226:20
**HPS** 62:22,22
**huh** 187:20
**hundred** 100:3
**hurri** 61:20
**hurricane** 17:2 37:12,16
48:7,11,17,21 49:3,4,9
49:12,20,25 50:19,25
51:2,17 60:19,20,25
61:2,5,6,8,9,13,15
62:18,21,24 63:1,3,19
64:10 65:24 74:20
77:10,25 78:3 83:6
99:20 110:5,15,19
111:12 125:24 128:10
175:13 203:21 223:8,19
224:14
**hurricanes** 49:11,18
51:22 61:19,21
**hydraulic** 16:19,22
18:10,20 19:5 20:21
27:16,17 223:12
**hydraulics** 25:4,8 26:3,8
49:17 217:5 228:2
237:7
**hydrograph** 29:22 44:19
67:4,6 86:13 88:25
90:19 91:3 92:1 93:4
116:1,5,9,21 117:4,13
117:15,23 118:5,11,18
118:24 119:4 120:1,2,4
121:20 125:9,16 126:16
127:3 141:5 157:8,11
157:14,19 191:16
211:20
**hydrographic** 86:13

**hydrographs** 31:23
66:23 67:1 81:18 88:23
114:20,23,23 115:2,24
116:7,17,19 117:1
224:23,23 225:1
**hydrologic** 16:18,22
18:10,19 19:5 20:21
111:24 112:1 223:11
**hydrologically** 125:15
**hydrologist** 52:12 110:9
123:25 126:25 216:8
225:20
**hydrology** 25:4,7 26:3,4
27:16 49:10,17 141:6
216:25 217:5 225:21
237:4,6
**hypothet** 40:8 113:10
**hypothetical** 39:16 94:13
102:3 165:24 183:10
201:10 203:12 205:24
209:10 211:23 212:1
240:4 241:17,18,21,23
**hypothetically** 73:17
101:23 102:6 113:12
201:19 202:14 210:24

**I**

**identified** 22:12 37:11
221:21 234:8
**identifies** 22:21
**identify** 20:7 145:16
226:22
**identifying** 235:14
**ignoring** 82:16,17
**IH** 189:7
**IHNC** 17:9,13,20 37:13
37:16,18,20,24 38:9,24
39:6,14 40:20 46:19
66:9 67:3 70:2 71:5
72:25 73:3,10 81:15
85:3 88:13 115:19
120:4 122:1 123:11
125:22 126:9,12 149:3
149:14 150:19 161:10
164:24 165:2,6,7,19,22
168:18 169:22 185:11

SPINKS, MELVIN GERALD

9/25/2008

185:19 186:5,19 187:14
187:21 188:19 189:8,13
191:14 197:20 198:2,5
200:5,10,13,18,25
201:8,16,22 202:3,10
203:9,13 205:16,17
208:15 210:25 212:4
213:1 214:20 215:22
216:2 221:20 237:5
241:1
**IHNC's** 209:8 211:6
**ILIT** 22:4 113:2,20,23
114:2,7,10 220:6
**illustration** 241:24
**imagery** 70:8
**imagine** 62:4 111:22
116:23 124:6
**imaging** 70:22 128:17
**immediate** 84:4,18
**immediately** 181:24
**impact** 103:15,23 109:9
109:14 112:6 127:11
219:10
**impacted** 87:10 173:8
226:14
**implemented** 122:25
**important** 56:9 66:1
165:4 184:15 216:20
217:1,6 221:8,13
**inaccurate** 91:23,23
**inches** 141:9
**include** 26:16,20 27:12
27:19 33:22 34:1 51:22
52:1 64:20 66:24 81:19
92:6,7,8 109:14 112:9
132:12 167:19 224:23
227:19
**included** 22:1 26:11
38:17,21 46:20 53:22
56:16 62:14 63:10 64:9
68:24 69:19 83:12 87:2
95:2 97:20 114:20
134:3 143:8 159:21
**includes** 22:25 25:12
33:16 88:5,5 99:18
109:25

**including** 20:15 37:1
46:1 66:10 86:20
**incorporate** 50:20,21
51:9
**incorporated** 97:25
**incorrect** 40:25
**increase** 70:17 209:5
**independent** 29:16
108:15 113:17 114:9
126:7,8,10 160:24
**indicate** 150:15
**indicated** 17:15 39:25
151:14
**indicating** 71:22,24 72:4
72:11 77:6,7 103:21
104:2 134:6 138:22
145:10 158:3 162:8,10
178:14 181:5,15 182:4
184:22 185:1,2 186:2
188:21,23 189:9,15,18
190:4,8 193:5,10,13,16
193:19 196:19 206:1,4
210:5,14
**individual** 59:9 97:10,20
98:19 132:9 228:21
**individually** 226:21
235:13
**individuals** 86:8
**Industrial** 123:21 124:1
124:16 127:14 165:12
165:14 168:25 172:5,14
184:19 190:5 209:6,9
238:25
**infer** 76:6,17
**influence** 25:19 93:22
95:8 98:3,3 101:13,20
179:18 184:9
**influenced** 25:20
**information** 14:3 20:10
21:4,17,22 22:1,6 23:6
23:12,13,15,25,25
24:10 28:1 29:19,20,21
30:13 31:18 36:13
38:13,14,15 43:4,8,20
43:23 44:11,16,20,20
45:2,14,17,19 48:1

54:18 55:19 56:19
57:19,23,25 58:1,13
60:2,4 61:2 62:12,16
63:4,6,8 64:4,10,21
65:10,12,15 66:18
69:24 70:5 74:24 75:10
75:12,13,16 77:1,5 83:9
84:12 86:5 89:4,6
100:7 108:20 113:25
114:6,8 118:9,13,17
119:20,22 124:23,25
125:7 132:1,8,10,11,16
132:22 133:15 136:9,16
138:22 140:5,7,10,16
142:16,21,22 144:4
145:9 148:5,9 149:12
149:20,25 152:2,3,6,17
152:20 155:1,14 156:1
156:12,14,15,25 158:19
159:19,22 161:3 162:18
162:24 166:19 172:21
177:16 198:1 204:2
219:13 220:9,9,11,13
224:16 226:17,19,25
228:1,2 229:3,7 232:19
232:23 241:10
**INGRAM** 1:13,14
**initial** 18:14 93:20 94:21
94:23 96:1,14 243:15
**injuries** 227:2,4
**Inner** 53:2,13 62:2 66:15
66:21 67:21,25 71:18
72:1 73:6,15 88:10
186:13 203:2,5 207:25
213:21 214:24 215:2,7
215:15,21 238:25
239:20 240:7,11,13,19
241:3,19 242:1
**input** 28:17 29:9,13 30:3
30:17 31:14 32:10 44:9
51:18 54:25 117:8,11
117:24 119:4 162:22
217:10
**inputs** 30:20 31:6,13
32:1 40:21,24 54:20
**inquiry** 199:14

**inside** 52:18 101:6,19
103:18 104:12 143:6,10
143:19 159:11 176:17
176:21 177:2 195:19,20
195:22 199:6
**insignificant** 52:21 92:23
94:8,10
**instantaneous** 123:6
**instantaneously** 161:5
**institutional** 43:6 45:19
**institutions** 44:6,7 56:20
**instructions** 6:13
**instruments** 65:5
**insurance** 51:12
**intend** 241:6
**interaction** 109:2
**Interagency** 22:1
**interest** 9:1 24:12 35:1
**interested** 14:25 15:1
16:17 25:24 244:15
**interfere** 11:5
**interior** 18:22,25 24:22
49:7 50:22,25 51:25
52:2,10,18,21,24 53:21
53:22 88:23,25 98:11
98:12 99:12,14,19,25
109:20 110:1 112:5
116:16 157:8,10,14,18
223:9 230:2 233:4
238:7
**intermittently** 176:3
**intermixing** 43:24
**internal** 51:4,8,16,20
52:4,7 93:19 94:9,19
95:3 96:15 97:21
**internally** 52:7 100:24
**interpret** 151:3
**interpretation** 83:11
**interpreted** 203:11
**interrupt** 10:9,25 151:16
**interrupted** 184:3
**interruption** 175:25
**intersects** 201:5
**intervention** 239:12
**interview** 218:23,25
**interviewed** 219:11

SPINKS, MELVIN GERALD

**inundated** 203:19
**investigation** 54:3
  217:19 238:13 241:7
**investigations** 77:22
**investigative** 22:24
**investigators** 143:10
  217:14 220:3
**invoice** 231:24
**involved** 19:10 20:24
  21:2
**involves** 27:24 173:3
**involving** 14:24
**IPET** 13:11 22:1 44:9,14
  44:18,23 45:3 55:15
  59:2 61:1 63:9 64:4
  66:18,24 74:23,23,25
  77:21 83:18 84:12
  86:11,11 88:22,25 89:1
  89:6,18,19 90:3,18 91:3
  91:25 114:21 116:14,15
  117:14 118:13 125:9
  132:20 133:15 134:25
  135:16,18 136:8 137:4
  137:6,7,10,13 142:21
  143:3,9 149:12,13,17
  150:12,22 151:1,5
  152:16 157:1 159:20
  162:25 183:12 191:19
  192:11,14,21 197:2,4,7
  197:18,24 217:14 220:5
  220:9,15 222:3,6,16
  223:5
**IPET's** 12:18 24:10
  25:23 43:22 58:5 63:4
  116:18,25 124:24 125:1
  157:12 158:1 161:2
  162:24 197:11 220:9
  222:1
**irrelevant** 7:21
**Island** 50:2,12
**issue** 17:4 82:25 216:13
  227:11
**issues** 15:2 20:21 58:7,19
**item** 21:21 23:24 185:17
  229:5 235:19,19
**items** 12:10,12,14 23:11

  25:10
**iteration** 57:1
**iterative** 56:21,24 145:19
**it'll** 32:9 130:25

---

### J

**Jackson** 55:24 72:8,11
  144:14 185:11,14,20,25
**January** 14:8
**Jean** 193:2
**JEFFERSON** 2:20
**job** 10:12 28:9,9 58:12
**JOHN** 3:12
**JOHNS** 3:17 4:21 244:4
  244:20
**Johnson** 85:23
**Joseph** 2:7 233:25
**JUDGE** 1:9
**June** 12:5 137:8 138:12
  231:25 232:2,15,22
**justification** 86:19
**justified** 82:16

---

### K

**K** 1:8 24:11
**Katrina** 1:7 14:23 15:2
  15:17 21:24 23:15 35:1
  37:16 44:1 49:14 60:19
  62:19 63:2,19 68:13
  72:21 74:21 77:3 78:3
  110:5 169:8,16 175:13
  203:21 215:10 219:18
  224:14
**KEARNEY** 3:8
**KEELEY** 3:12
**keep** 10:16 48:14 79:16
  96:8 97:7 195:9 204:9
  205:24
**Kendrick** 149:5
**key** 155:6
**kind** 31:11 46:22 70:16
  71:24 82:25 86:7 91:6
  134:6 144:2 195:1
  212:11 217:19
**knew** 54:18 173:6,12
**knocked** 225:15

**know** 15:25 16:8 22:6
  25:20 29:1 31:10 33:7
  33:7,8 41:22 43:13
  44:3 45:7 46:23 50:13
  52:9 55:2,6,8,13 58:17
  59:17,25 61:21 62:5,5
  65:14 66:4,16 67:8,14
  67:15 68:20 70:15 74:9
  74:10 78:12 81:7,13
  82:22,24 85:1,3 87:8
  89:5,9,23 90:14 92:5
  94:3,12,13 96:2 98:9
  99:1,18,22,24 100:16
  104:20 106:8,13,16,21
  106:22 107:24 108:4,7
  108:11 109:16 110:2,8
  122:20 124:23,24 125:4
  127:23 128:8,11 129:4
  130:8 133:18 134:16,19
  137:2,16 143:17 144:1
  144:17 149:16 150:7
  152:1,4 155:3 163:23
  164:5 166:16 176:24
  178:20,25 179:16
  180:13 181:11 182:8
  186:20,22 187:7,24
  189:23 190:3,5 192:3
  192:23 195:19,21,21,23
  195:25 196:1 197:12
  198:10,20 204:16,24
  205:16,18 213:12
  216:16 217:3 219:2
  221:16 228:7,14,15,17
  228:24 231:11 237:8
**knowing** 146:18 228:20
**knowledge** 32:23 38:23
  48:3 53:21 59:15 61:22
  82:22 124:22 143:9
  163:3
**knowledgeable** 48:8
**known** 54:17 163:13
  166:5
**Kok** 25:18 47:23 139:19
  140:18 198:11 224:3

---

### L

**L** 3:12 4:1 11:10
**laborious** 56:13 222:22
**Lafarge** 1:12,14,15 2:9
  2:12 172:24
**Lafitte** 193:2
**LAGARDE** 1:13
**land** 26:7,7,9 35:3 103:1
  105:23 158:13,14
  178:20
**landfall** 60:21,25
**language** 105:8
**LARFARGE** 1:13
**large** 69:16 83:17,19
  112:2 180:4
**larger** 62:8
**Larry** 14:10 16:4 204:14
**lasers** 128:21
**late** 167:3
**law** 4:8 9:25 230:15,21
  230:21
**LAWRENCE** 2:3
**lawyers** 16:14 17:11
  18:15
**lay** 35:3
**LBLD** 3:5
**lead** 232:5,8
**leave** 77:17
**leaving** 44:8 152:12
  156:20
**Lee** 140:24
**legend** 142:19
**length** 74:19
**letter** 115:14,16
**let's** 8:13 20:3 25:5 35:22
  60:18 72:12 76:20
  81:12 88:18 103:19
  145:5,20 148:13 167:13
  178:4 188:3 192:9,9
  194:6 197:13 229:12
  233:16
**levee** 2:24 31:18 38:4
  46:1 58:1 68:5,10
  71:22 83:22 93:12
  109:13 112:15 113:5
  114:21 117:9 128:14
  132:19 134:7 142:5

SPINKS, MELVIN GERALD

9/25/2008

158:15 162:7,19 178:21
179:20 180:6 181:24
182:16 183:1,7,21
184:13 200:11,25
203:18 217:23 218:4,7
218:9 239:3
**levees** 46:3,18,19 51:2,6
99:20 100:1 112:12
133:11,14
**level** 28:5,25 29:4,6
39:18 47:12 54:19,21
65:1,16,17 67:22 68:2,4
73:8,9 83:4,6,11 85:25
89:3 97:11 100:20
117:11 120:9 123:22
126:18 134:15 144:12
145:3,11,12 146:23
152:25 155:9 163:14
177:14,15 178:17,18,19
190:15,19,20,24 191:3
191:19 196:5 197:12
201:1,8 203:14 207:9
208:7,8 210:17 211:6
212:6 213:17,23,25
214:19,22 228:7 229:9
**leveling** 128:22
**levels** 57:10,14 62:7
66:10,14 84:10,17 85:3
86:6 88:13 89:17 93:23
97:12 99:9 100:17
121:19 142:24 144:4
147:23 163:10 164:12
195:2 200:3 202:4
208:18 211:2 220:24
**Leviant** 13:23
**liability** 6:17
**license** 79:12
**Licensed** 229:20
**LIDAR** 45:8 128:13,15
128:16,25 129:6,8,10
129:11,18 130:5,10,14
130:16,21 131:2,7,10
131:11 132:16,17,18
133:13,19,24 134:14
139:4 162:21
**life** 3:9 100:3

**light** 128:17 180:22
**limitations** 6:14 104:25
105:3,4
**limited** 124:19
**line** 31:24 79:2 134:14
135:21 136:7,21 137:18
138:14 145:25 148:4
149:20,22 181:5,17,25
183:20 184:1 186:20,21
187:11 189:8,17 190:7
199:13,25 200:20,22
201:25 202:2,11 205:21
205:21 212:25 214:11
214:12
**lines** 134:24 135:15,18
137:5,14 214:12
**list** 22:9 23:6 45:1
**listed** 23:18 32:2 37:22
45:14 75:15 140:14
149:19,23 151:10 152:8
230:12
**listen** 15:5
**LITIGATION** 1:7
**little** 35:15,16 41:4 59:17
71:13 86:5 146:6
180:22 182:19 194:9
197:10 209:11 222:13
**lived** 35:7 149:2,8
**lives** 151:13 166:15
**LLP** 2:6,10
**local** 98:3
**localized** 95:13,15,20
**Locate** 193:3
**located** 67:6,12 70:1
191:13
**location** 71:17,25 85:19
90:15 96:3 101:6
102:18 103:17 104:3
112:25 115:8 127:24
141:2 158:2 161:25
165:2 168:16 174:23
179:1,2 189:15 190:18
190:25 191:25 192:8
196:6,10,18,23 199:6
199:10,14,15,20 200:4
200:19 201:1,18 202:9

203:1,7 207:4,5,10
209:21,22 210:3 211:3
211:21 212:25 213:5,7
213:10,20,23 214:24
**locations** 56:11 91:21
115:5,10 116:20,24
142:23 144:5 154:18
158:18 192:12,13
198:24 199:2,16 206:22
210:18,20 215:9
**lock** 67:3,3,6 83:9 116:3
116:9 120:5
**lockmaster** 117:18,22
118:5
**lockmaster's** 116:5,21
117:4 118:10
**log** 85:9
**long** 13:18 56:13 79:15
167:8 222:21
**look** 9:12 18:7 19:16
20:20 22:8,10 24:24
25:4,9,21 28:8 33:20
34:25,25 35:2,8,16 41:9
41:25 45:9 46:14,23
55:4,17 56:15 57:7,15
57:17,18,19 58:24 59:8
60:6 64:2 79:10 80:3
83:24 84:21 85:21
86:14 89:23 90:13
98:10,12,14 104:16,24
106:9 107:5,23 114:9
120:2 132:9 136:11,19
137:16 140:21 144:15
148:24 152:19 154:6
157:25 158:21 163:11
164:5 175:4 181:10
182:19 186:22 192:3,25
195:20 197:17 202:2
212:5,15 214:10,11
223:10,12 231:11
232:21 234:23
**looked** 19:11 20:11,13
23:10 24:8,10,11 44:15
46:17,19,21 49:1 51:15
58:18,24 60:9,14 67:8
74:24 82:25 85:2,21

86:1 89:13 101:11
114:6 125:6 152:2,4
161:2 197:18 198:13,14
198:15 221:23 223:4
**looking** 15:1,17 16:11
24:21 25:5 27:20 35:14
51:13 52:5 57:11 58:7
58:8,10 76:22 104:22
105:7 106:21 109:12
113:18 130:4 134:20
145:9 163:12,17,25
169:21 174:15 177:24
179:25 185:18 188:16
197:23 235:10
**looks** 59:17 182:8
**lot** 22:4 25:15,25 43:24
49:10 51:2 52:18,19
55:2,6 57:23 58:18,19
58:22 65:11 87:17
98:15 103:6 105:5
110:16 113:14 125:5,5
131:23 136:15 146:2,5
156:12 159:12 164:20
166:17 184:23 190:21
219:3 222:23 238:17
**lots** 103:7 139:6,6
**Louisiana** 1:2,24 2:4,8
2:16,20,24 3:5,10,18
4:22 43:23 44:10,14
45:3 59:3 60:21 62:3
77:21 113:3 114:1,2,5
114:10 142:21 157:1
220:6,7,10,13,14,19
229:19,21,22 230:3
244:22
**Louisiana's** 22:3 113:24
114:8
**low** 158:11
**lower** 37:15 45:24 46:12
47:4 68:25 73:2,5,14
80:25 87:21 88:1,9
102:19 103:18 111:10
111:11 112:20 114:11
117:16 121:18 125:22
143:10 150:11,16
161:21 167:16 168:4

172:14 174:1,24 176:7
176:12 177:11,19
178:10,13 179:21 199:6
203:19 205:12,22
206:22 208:8
**lowest** 158:13,14 179:8
**low-lying** 141:17
**LSU** 45:12

**M**

**M** 24:11 230:25
**MAG** 1:10
**MAGIC** 2:16
**maintain** 79:15
**maintained** 35:19
**maintenance** 79:17
**major** 37:10 92:17
111:23 215:15 218:19
234:6,7 235:16
**majority** 138:13 190:7
**making** 56:16 58:11
63:15 167:9,23 168:2
**MALONE** 3:3
**Mannings** 107:12,13
108:1
**manual** 105:2
**map** 70:15 72:10 142:6
142:10,18 143:22,25
144:1 146:6,22,24
147:1,11 152:14 153:9
153:20,23 154:18 158:2
176:16 181:2 184:6
188:2 192:22 193:9
195:6 210:7
**mapped** 188:1
**maps** 180:14
**March** 34:23 137:10
138:15
**Marino** 34:9,14
**mark** 2:11 20:3 30:2
38:14 54:19 60:13
135:25 142:23 143:6
144:23 146:11 148:13
192:11,13 193:8,11,14
193:17 195:17 196:6,9
196:17,22 229:12

**marked** 20:6 22:16 36:25
136:2 146:6,12 148:16
229:15
**marketplace** 19:14
**marks** 35:5 41:13 54:2
59:8,16,20 60:3 64:24
116:13 142:25 143:1,5
143:12,14,19 144:24
146:4,5,10 147:11
163:15,21 192:17,22
193:20 195:8,10,12
217:21 221:4,9
**marsh** 184:25
**Master's** 230:8
**match** 57:2 145:10
146:24 178:5 198:18
221:3
**matched** 91:14
**matches** 144:22
**material** 21:23 22:5
**materials** 137:7
**math** 70:15
**mathematical** 28:7 54:13
**matter** 14:6 46:15 65:19
219:1 231:10,14,20
244:16
**matters** 15:7
**Matthew** 149:8
**maximum** 93:22 142:23
146:9,11,15,16,19
197:12 201:1 202:4
210:16 211:2,6 212:6
213:6 214:13,18,22
215:1
**McCall** 1:23 2:6
**McCRANIE** 2:22
**mean** 21:25 25:1 26:22
27:8 29:19 44:14,16
45:11 49:1,3,19 54:10
56:24 58:3 59:15,18,23
59:24 62:22 65:9 66:13
70:15 78:19 79:9 82:21
84:7 90:13 91:14,17
99:17,21 103:19 104:24
105:18 106:23 110:8
112:1,3,17 113:16

118:10 124:5 125:24
129:9 136:15 140:17
145:8 158:11 162:18
163:11 166:4 182:8
185:23 187:1 189:20,22
191:3 193:23 205:16
210:1 216:24 222:4
**means** 47:1 71:14 85:12
104:9 139:3,8 167:9
181:9 205:25
**meant** 98:7
**measurable** 30:18,19,21
**measured** 29:20 191:23
**measurements** 64:25
65:5
**mechanism** 109:15
**mechanisms** 169:17
**medications** 11:3
**meet** 15:21
**meeting** 16:7,13
**Melvin** 1:22 6:1 36:3
243:4
**mention** 91:7 114:5
**mentioned** 6:25 19:7
30:25 54:12 107:10
154:20,21 155:16
156:13
**mentioning** 164:18
**merge** 38:2 184:16 185:4
186:6 189:9,22 206:6
**merging** 189:24
**met** 13:15,17 17:11
**Metairie** 2:20,24 3:5
**meteorologist** 61:19
68:18
**meter** 124:20 129:4
139:1,11,16,23
**meters** 33:20 139:12
**method** 107:3,7
**methods** 107:1,4
**metric** 160:7
**metrics** 160:6
**metropolitan** 63:22
64:16 78:2
**middle** 63:25
**midnight** 120:12 175:14

**MIKE** 24:11 107:9
**mile** 194:9,10
**miles** 193:23 194:1,2,3,8
**million** 44:23
**millions** 217:15
**mind** 18:16 70:24 159:8
195:9 205:24
**minimization** 133:4
**minimize** 132:25
**minus** 90:3 161:16
209:21,22 214:5
**minute** 72:7 120:3
122:18,22,25 126:16
235:23
**minutes** 8:25 233:13
236:8
**misapplication** 233:5
**misheard** 225:2
**mispronounce** 84:22
**misquote** 167:7
**Missing** 132:17
**Mississippi** 181:8 239:3
**mix** 44:8 206:10 209:2,4
**model** 18:16 19:21 20:1
23:13,14,14,16,23,24
23:25 24:4,9 25:6,19
27:10,11,12,24,25 28:2
28:3,6,7,11,12,16,18,21
28:22,23 29:13,17,19
29:25 30:3,9,10,17,24
31:4,5,7,9,13,14 32:2,5
32:9,13,19 35:13,18,20
40:22 41:1,9,23 47:16
47:19,25 48:5,10,13,16
48:20,23 50:11,15,16
53:24 54:13,16,20,22
54:24 55:12,21 56:1,2,7
56:14,18 57:1,3,9,12,16
58:3,9 65:7 78:17,18,20
78:24 79:3,7,21,22 80:1
87:12,20,25 88:4,9,22
89:18 90:3,15,18 91:3
91:19,22,25 92:5,7,8
93:4 95:3 97:21,25
98:6,8,8,9,17,21,23
99:2,3,3 100:6,10,13

SPINKS, MELVIN GERALD

9/25/2008

101:5,6 104:10 105:1,4
105:5,6,12,17 106:7,12
106:25 107:1,2,4,8,21
107:23 108:9,13,17,25
109:5,7,10,14,20,22
112:7 117:8,12,24
118:24,25 119:23
121:17,23 123:10,16,18
128:19 131:3 139:7,16
141:1,14,19 144:6,8,16
152:21 153:1 162:16
163:5 165:1,20,25
166:5 168:10,14 171:5
174:25 175:4 176:10
178:23 179:3,14 182:13
183:11 185:10 187:4
195:3,5 196:4 197:4,5
197:13,15,25 200:4
201:7,15,16,21,23
221:2,15 222:16,25
223:2,10 224:9,11,20
225:12 226:12,16,22
227:1,3,5,20 229:3,5,8
233:3,6 236:25 237:3,9
237:12,13,18,20 238:5
238:9,12
**modeled** 82:20 93:25
94:24 98:20 111:11
140:25 159:24 171:1,2
171:4,10 177:19 188:13
197:1,2 198:23,23,25
200:13,14
**modeler** 55:7
**modelers** 108:12 198:11
**modeling** 18:11,20 19:6
23:13 24:18 30:22
50:19 80:25 81:8 86:21
87:1 101:10 116:15,25
117:5 118:16 119:3
125:13 163:22 173:11
175:8 185:7 199:3
202:10,18,22,25 205:14
**models** 18:16,18,22 19:3
19:7,14,18 24:8,19,24
25:2,14 26:16,19 41:18
48:25 49:2,16,24 50:12

50:19,20 51:7,9 55:2
57:8,20 58:2 106:20
107:9,9,24 160:6
222:18,23 223:5,13
233:8 238:18 239:23
**model's** 30:14 31:10
104:25 177:15 228:1
**modified** 86:14
**Monday** 37:19 150:13
**money** 223:16,20 231:18
**months** 34:23
**morning** 60:22 68:1 84:6
84:19 85:4 90:2 141:24
143:23 150:14 157:21
**motion** 83:7
**move** 93:6 94:14,14
101:2,17 145:7 190:13
210:7
**moved** 95:14 103:23
104:3,7
**movement** 94:16 95:20
99:1 100:15 102:10
**movements** 102:7
**moves** 100:24 101:14
141:6
**movie** 175:10
**moving** 96:3 98:25 103:7
103:11 120:10 153:17
169:1 172:13,16,17
179:22 181:22 182:14
182:25 183:2 184:12
212:3
**mowing** 129:3
**MRGO** 38:3 46:19 70:1
83:10 88:14 115:20
117:2 126:10 161:24
162:6,7,23 163:1
164:25 165:2 172:7,16
174:20 180:5 182:7,15
182:23 184:9,12,21
186:6,18 187:5,13,21
188:19 189:13 190:5,7
197:20 198:3,5 200:6
200:11,23 201:6,8,22
201:23 202:3,12,25
203:18 204:4,13,17

205:4,11,16 206:6,18
207:25 208:5,6,14
209:7,13 210:16,19,23
213:2 214:10,19 239:13
239:22 240:8,14,18
241:1
**MRGO's** 165:14 179:17
189:21 209:3 214:22
**multiple** 174:19
**multitude** 21:1
**MUMFORD** 1:13
**mystery** 88:19

---

## N

**N** 2:7 4:1 5:1 19:9
**name** 33:4 84:22 85:21
**narrate** 175:7
**narrating** 184:4
**narration** 176:1,3 177:5
179:13 184:5
**narrowed** 126:17
**natural** 181:5
**NAVD** 120:8 191:3
207:9 208:10,16 213:24
**Navigation** 53:2,14 62:2
66:15,21 67:22 68:1
71:18 72:2 73:7,15
88:10 186:13 203:3,6
208:1 213:22 214:25
215:2,7,16,21 240:13
241:19 242:2
**Navigational** 239:1,21
240:7,20 241:4
**near** 40:20 84:4 115:25
117:16,16 158:5 176:17
193:1,7 206:24 228:3
**nearby** 97:13
**necessarily** 26:18 50:22
63:15 66:5 77:13 89:21
92:4 107:17 208:24
**necessary** 138:25
**neck** 124:19
**need** 8:1 10:5,9 18:6
33:20 39:17 40:13
41:25 49:6 51:24 79:4
105:3 106:4 108:25

122:19 133:11,15
137:21 197:10 221:21
228:15 233:12 237:17
**needed** 31:6 133:9
**needs** 166:5
**negative** 191:2 207:21,21
207:23,24 213:18
**neglected** 109:3
**negligible** 93:22 95:8,10
95:18 96:16,20,23
112:14,22,23
**neighbor** 193:25
**neighborhood** 111:20
165:22 174:3,8 177:20
202:5 208:9 213:24
214:14 219:7
**net** 203:5
**never** 48:10 56:14 85:6
91:7,11,16 93:1 208:5,6
208:14
**new** 1:23 2:4,8,11,16
3:10 23:3 63:21 64:16
68:14 78:2 111:2 230:1
232:19,23
**Ninth** 16:10,20 37:15
45:25 46:12,16 47:4
68:25 70:2 72:25 73:2
73:6,14 81:1,25 87:9,21
88:2,9 94:2 102:19
103:18 111:10,11
112:20 114:12 117:16
121:18 125:22 143:11
150:11,16 161:21
167:16 168:4 169:12
172:14 174:1,24 175:21
176:7,12 177:10,19
178:10 179:21 184:11
199:7 203:19 205:12,22
206:22 208:8
**NOAA** 45:11,11 61:3
**north** 2:9,12,23 3:4
37:11,17 40:2 41:19
62:9 71:17 75:24 76:1
82:12 84:19 122:1,2,21
158:6 159:25 160:12
164:17,21 166:7,9,15

SPINKS, MELVIN GERALD

166:22 167:3 168:11,16
169:3,25 171:1,11,19
172:24 173:4 174:4,7
174:17 175:1,20,23
176:6,22 177:2 181:25
182:2,16 183:7,20
200:14 213:16 216:3
**northern** 61:17 122:24
158:14 179:9 186:24,25
199:7
**northwest** 61:24
**note** 211:23
**noted** 192:18
**notes** 12:19,20,24 13:4
13:11 20:8,16 148:4
**notice** 8:2
**number** 5:6 59:18 71:21
83:18,19 99:18 135:25
153:9
**numbers** 30:4 222:17
**nutshell** 37:22
**NW** 2:11
**NY** 2:16

**O**

**O** 4:1
**oath** 4:23 9:24
**object** 40:7 68:17 73:24
96:18 102:2,22 110:7
110:23 113:8 119:6
127:6 147:16 170:5
174:11 204:6
**Objection** 171:15 238:1
238:15 239:6,15 240:1
**objections** 4:13
**objective** 30:18,21 45:24
46:13,23,25 47:13
77:23
**observations** 195:2
**observed** 57:2 84:4
87:21 88:1 114:11
141:25 196:22 211:3
**observing** 67:9
**obtain** 21:8 26:25 27:3
44:22 135:18 143:5
155:25

**obtained** 22:12,22 44:3,4
116:14 134:25 135:16
136:7 140:4 143:17
183:12 238:12
**obtaining** 36:14
**occasions** 9:10 216:12
218:17
**occur** 85:17 155:3
157:25 162:5 165:6,20
227:7 239:12 241:20
**occurred** 31:2 35:8 37:12
37:17,18,24 39:2 46:18
55:18 71:18 77:6,10
84:5 93:13 136:22
141:18 144:9,11,16,22
145:18 149:14 156:23
169:21 172:10,12,20
173:24 174:16,18
177:10,13 215:15 216:3
216:4 217:11 225:13
237:4 239:10 241:2,25
**occurrence** 242:1
**occurrences** 240:16
**occurring** 175:20 189:25
**occurs** 117:10 145:5
158:12 164:12,13
**ocean** 125:23 127:9
**ocean's** 124:7
**offer** 238:19
**offhand** 122:20
**office** 14:13 15:21,24
17:12
**offices** 1:23
**officiated** 4:23
**Offray** 152:1,10
**Oh** 135:14 140:23
207:11 225:7
**okay** 7:15 8:7 32:17,20
52:2 70:25 75:19 76:15
77:19 80:22 81:17
84:21,25 88:20 92:6,9
93:7,18 94:13 95:1,16
95:17 98:16,18,24
100:15,22,25 103:25
104:2 113:13 114:25
117:15 120:19 122:2

133:10,12,17 136:14
137:1 138:8 145:1,4
146:11,24 147:21
150:10 154:11,19,22
161:17,18 169:22
172:10 177:7 178:7
185:13 188:8 189:20,25
191:8 193:5 195:11
196:11 200:21 201:11
203:16 206:2,5,12
207:16 209:2,19 211:24
212:3 214:6,7,16 215:4
220:7 225:3 233:14
**old** 9:22
**once** 26:9 53:16 79:2,13
94:15 103:25 104:3
111:19 118:1 144:10
161:21
**ones** 152:7 158:1 198:15
**one-third** 132:17
**open** 95:23 121:18,23
126:25 161:22
**opened** 85:2 122:15
123:7,20 124:3 161:4
161:24
**opening** 124:8 164:12,13
**operator** 36:1 69:7,9
80:6,11 84:23 137:20
137:25 138:4 194:11,16
194:19 233:17,21
235:24 236:3 242:7
**opining** 167:15
**opinion** 22:18 39:11,21
64:17 85:9 113:23,24
167:19 168:22,24 170:7
170:9 204:8 205:1,4
216:13 223:15 224:16
225:10 237:4,9 238:24
239:12 240:21
**opinions** 37:5 63:16
167:18
**oppose** 226:5
**opposed** 111:2 168:16
169:16 198:3,5 200:22
**optimize** 139:2
**option** 24:9 106:21

163:24 222:24
**options** 106:18
**OP5** 191:11
**orange** 200:19 202:11
205:21 212:25
**order** 18:7,11 24:24 31:4
44:21 49:19 51:14
54:15 55:7,20 56:9
85:17 86:14 117:9
118:16,24 126:15 139:1
139:7,13 183:13 222:19
228:14
**orifice** 124:19
**original** 129:8
**originally** 7:12 55:15
**Orleans** 1:24 2:4,8,16,24
3:10 23:3 63:22 64:16
68:14 78:2 111:2 230:1
**ortho** 70:14
**orthophotograph** 69:17
70:7,11 71:6
**orthophotography** 45:9
**ought** 29:15
**ourself** 59:10
**outcome** 244:15
**outliers** 59:13
**outlined** 134:13
**outlines** 149:2
**outside** 40:17 53:6 159:9
180:6
**overall** 25:9 26:21 55:19
58:9 69:23 70:4 81:24
87:3,14 92:24 94:4
95:19 96:7,9,12 98:3
112:19 141:7 163:9,20
211:15,16 212:9 221:24
**overflow** 240:8
**overflows** 24:17
**overtop** 81:15 83:15
183:1
**overtopped** 150:20
240:18
**overtopping** 24:22 25:11
37:20 46:2,20 47:8
68:3,6,8 81:13,20 82:17
83:2,21 84:2,16 86:12

SPINKS, MELVIN GERALD

87:11,19,24 88:5,6,8,11
88:15 90:6,20,23 91:5
92:3,6,13,14,20 93:2,9
93:11,13 112:16 117:9
142:5 161:25 179:20
182:23 184:20 200:7,10
201:24 213:1,22 222:10
**over-producing** 57:10,13
**owner** 11:14,14,16
**owners** 11:17 143:18
**o'clock** 82:11 90:2 91:9
114:3,12,13 121:24
122:3,15 141:19 174:17
176:5 178:8,9,12,22
179:4,13,14 216:4

## P

**P** 4:1
**package** 18:24 26:21
**page** 5:3 22:23 23:4,9
31:12 45:14,23 54:8
60:20 62:18 63:18 64:1
64:1,23 77:20 78:8
80:18,20 88:19 93:9
100:5 115:1,12 117:19
122:10 128:13 131:20
135:2,3,14,15 136:11
138:24 140:3,22 142:7
149:1,18,24 150:4,8,9
153:20 157:15 160:11
166:8 179:25 186:5
190:11 199:21 203:17
205:10 221:6
**pages** 175:6
**Pan** 3:9
**paragraph** 43:2 64:1
66:8 78:10 114:19
149:1 150:10
**parameter** 107:6 109:19
**parameters** 27:12 28:10
30:23 81:9
**paren** 62:21
**parens** 46:2
**PARFAIT** 1:15
**Paris** 17:18 37:25 38:10
38:25 39:1,7,15 40:5,20

46:9 71:5 82:1 165:13
179:23 180:9,21,23,24
181:4,14,21 182:1,17
183:3,4,8,20 186:7,11
186:14,17,25 187:12,23
188:18,23 189:3,4,12
190:8,10 193:22 199:11
239:2 240:24
**Parish** 2:20 16:11,21
18:8 37:15 38:7 45:25
46:6,8,17 52:22 55:16
69:25 81:1,25 94:8
143:11 162:6 169:13
172:15 175:12 179:21
181:18 184:10,12,17
193:22 199:10 203:20
**parse** 211:18
**part** 4:16 11:14 20:10
41:16 46:7 47:3 51:23
52:7,10 62:12 63:5
64:9 69:23 77:1 99:15
101:9 102:12,14,16
109:17 111:15 136:9
141:5,15 142:1 157:22
158:11,13,14 163:16
169:5,7 170:2 171:5
174:13 179:7,9,9
181:20,23 189:5 199:7
211:14 216:5 231:1
**partial** 65:12
**participate** 50:8
**particular** 17:2 18:16
19:11 25:10 29:6 30:2
33:3 41:12 56:11 57:20
58:16 63:15 67:11
72:19 75:8 78:25 85:19
86:7 87:18 101:16
102:24 103:24 107:5
143:25 148:11 156:1
158:18 168:15 185:17
187:16 191:19 210:12
216:18 218:22 219:7,10
226:23 238:8
**particularly** 44:18 78:20
133:3 157:4 159:4,5,16
221:10 223:14 241:9

**parties** 4:4 244:14
**partly** 36:9
**parts** 94:3
**pass** 153:17
**pattern** 61:4
**paved** 108:4
**pay** 43:15 219:22
**peak** 121:14
**peer** 40:16,17
**penetration** 165:21
**people** 43:25 129:22
153:11,12 219:13
**people's** 225:5 234:14,17
234:21
**percent** 63:20 64:15
81:23 82:1,19 86:17
104:15 106:24 107:22
130:15 137:16 142:3
143:15 152:3 176:24
222:8,11,14 231:17,21
**percentage** 231:15
**perform** 21:10 27:22
**performance** 22:2 77:25
137:9
**performed** 20:23 21:9
25:18 36:12 39:23
47:14 77:22 78:13
**performing** 20:25 36:15
51:7
**perimeter** 53:7
**period** 31:14 85:14 123:1
124:3 126:23 155:5
190:2
**periods** 84:5
**permission** 69:3 143:18
**permitted** 13:3
**PERRY** 1:14
**person** 110:10
**personal** 227:2,4 244:10
**personally** 50:8 130:19
231:9
**persons** 11:19
**persuasive** 157:5 158:9
159:4
**PERTAINS** 1:9
**pertinent** 20:21 155:14

229:5
**PETER** 3:12
**PFISTER** 3:2
**phase** 6:17 163:16 164:4
206:21
**phone** 13:21
**phonetics** 140:24
**photo** 70:13 71:10 75:3,6
75:9 76:10
**photograph** 29:3,8 69:16
71:11 72:4,13,17 75:4
75:11,12,21 76:1,5,21
76:24 77:9,13
**photographic** 29:3
**photographs** 60:3 89:8
156:22 217:9
**photography** 70:12
**photos** 54:2 76:7,10,16
158:20 160:17 217:22
**phrased** 165:18
**physical** 29:20 33:16
98:1,4,17,20 122:5
226:18
**physically** 28:11 67:13
105:5 171:8 192:2
**pick** 102:23 177:5 223:1
**picked** 57:21 130:24
192:11,14 237:18
**picking** 58:13
**picture** 67:9 70:4 172:18
**pictures** 67:19
**piece** 21:21 55:19 132:9
132:16
**pieces** 21:25 22:5 31:2
32:13 79:9 81:9
**pin** 146:7,12
**pink** 180:22 200:22
201:25 202:2 205:21
214:11
**pinpoint** 72:5,10
**pins** 147:12 192:18
**place** 9:2 28:18 30:8,10
67:5 71:17 72:2 94:15
164:15
**places** 32:18 206:24
**Plaintiffs** 2:4 7:8 12:4

SPINKS, MELVIN GERALD

9/25/2008

14:6 15:20 34:15
172:23 223:24 231:19
232:3
**plane** 77:14
**play** 52:7,10
**played** 47:3
**plays** 144:2
**please** 12:24 147:4
227:18 229:13 243:15
**pleased** 238:21
**plow** 159:13
**plug** 29:17 32:18 229:8
**plus** 175:19 208:16
**point** 15:19 33:13 37:9
56:1 71:16,25 73:1
89:1 94:15 117:15
129:1 130:23 133:25
139:12 144:15 146:13
152:7 158:17,17 162:11
182:9 185:23 189:23,24
193:3,8,12 212:4
**pointed** 153:8 187:8,12
188:22
**pointing** 158:5
**points** 29:16 56:10 87:21
88:1 89:11,15 90:5,8
91:18 123:10 128:25
129:5 133:19 139:7,11
143:21 152:13 156:21
157:5,25 158:16 159:15
186:1 234:7,20 235:14
**polder** 23:2 140:16,17
165:8
**ponding** 141:1 175:23
**populate** 32:6
**populated** 181:17
**Populating** 27:25
**porch** 55:24 56:6
**Port** 229:25
**portion** 35:25 52:2
104:20
**portions** 42:13,15,19
46:7 137:3
**positive** 107:12
**possibility** 74:4
**possible** 73:20 177:4

**possibly** 150:17
**post** 162:19
**post-disaster** 104:5
**post-Katrina** 57:25 77:2
104:5
**post-LIDAR** 162:21
**potential** 62:20
**Pounds** 149:5 151:11
152:9
**pour** 121:17
**pouring** 99:9 123:12
**Poydras** 1:23 2:15 3:10
**practical** 137:18
**practice** 50:18 219:13
**pre** 162:19,21
**preceding** 243:5
**precipitation** 26:6 49:21
**predict** 31:5 54:14,21,22
55:3,3 56:2,3 65:17
168:15 178:23 227:23
**predictable** 153:2
**predicting** 28:13 56:7
197:25
**predicts** 165:1 227:20
**predominantly** 175:18
**preparation** 20:11
**prepare** 11:22 12:8
13:12,15 20:8 153:19
**prepared** 20:17,18
134:22 153:16,20 154:1
232:14 236:25 239:19
**preparing** 13:25 34:4
**presence** 97:13 102:17
103:16
**present** 3:7 13:20 16:2
**presentation** 172:8
173:15,19,20,24 174:13
238:22
**presented** 168:9 199:21
**pretty** 25:14 57:21 58:3
89:22,25 163:21
**previous** 22:24 62:8
**previously** 238:4
**pre-Katrina** 57:25 71:6
71:14,15 130:9 132:18
**primarily** 18:23 230:23

**primary** 21:25
**principal** 232:5,8
**principally** 44:13
**printing** 100:16,18
**prior** 37:19 150:16
219:15 224:6
**private** 43:5,9,11,12,18
43:24 44:8 45:18 78:22
**privately** 44:3
**probability** 157:23
**probable** 149:14
**probably** 9:11,16 12:11
13:19 15:11 16:1 19:9
24:23 33:20 34:22
42:20 43:17 48:9,25
50:13 57:5 58:8,21
77:14 81:18,22 83:12
86:17 88:11,14 97:16
99:16 100:2 104:7,21
105:6 106:23,25 109:13
113:1,14 116:8,13,22
117:2 121:13 124:9
133:5 139:5 140:14
142:3 162:17,18,20
163:24,25 166:17
178:14 180:12 190:6
195:19 206:19 207:20
207:21 208:13 209:15
212:15 224:24 231:17
241:8
**problem** 99:21,22
**Procedure** 4:7
**proceed** 8:13 29:15
**process** 21:15 24:3 25:3
25:9 26:25 27:3,6 29:9
36:18,21,22 41:17
56:12,13,22 128:20
145:19 163:22 217:11
218:25 219:16,17
222:22
**processed** 140:1
**processes** 25:13 26:12,12
26:17,20 27:17 212:19
**PROCTER** 2:10
**produce** 28:23 36:19
146:22

**produced** 29:6 30:9
41:12 61:21
**produces** 28:25
**producing** 57:8
**product** 43:13 238:13
**Professional** 229:20
**profile** 133:21,23
**profiles** 31:19 101:12
**program** 24:10 25:25
28:7 49:22 223:17,21
223:23 231:1 237:23
**progressing** 175:14
**project** 24:5 34:18 47:25
62:20 78:25 79:8,12,20
80:1,3 119:2 207:24
208:8 219:5 229:19
**projected** 201:3 213:20
**projecting** 176:6,11
**projection** 196:12,21
200:9 201:15
**projects** 79:3 99:17
100:1,3,3 196:4 200:4
**promise** 136:23
**promised** 236:7
**proper** 228:4
**property** 143:18
**protected** 51:1,5 67:17
**protection** 37:13 53:6
62:24 63:3 78:1
**prove** 152:14
**provide** 19:12 77:23
100:6 114:6 133:16
148:9 179:2 226:16,18
226:24 228:2
**provided** 62:13 105:11
119:21 152:6 155:14,18
156:14 175:9
**provides** 70:4 221:2
**providing** 63:16 69:24
172:9,18
**PSLC** 6:12 231:24
**psychiatry** 7:9
**public** 43:25 44:9
**published** 11:25
**publishing** 220:13
**pull** 135:23

SPINKS, MELVIN GERALD

pulled 128:2 129:14
pulling 128:5
pump 33:6 71:20 84:22
    85:11 95:25 142:22
    151:13 191:11,13,20
    193:1,4,7
pumping 33:8,9
pumps 33:9
purchase 78:18 223:16
    223:21
purchasing 78:20
pure 209:13
purport 169:14
purpose 7:1 27:14 48:24
    192:16
purposes 4:8 12:21
    137:18 172:9
pursuing 17:9
push 146:7,12 147:12
    192:18
pushing 124:17 127:9
    195:24
put 29:19,23,24 30:16,24
    32:22 35:13 40:21
    49:20 98:16 107:25
    122:17,17,22 144:8
    180:13 189:16 192:19
    195:1 212:16
puts 86:11
putting 139:12
P.M 120:11

**Q**

quantity 103:10
question 4:14 10:19,21
    18:5 19:17,25 28:20
    32:8 40:8 49:5 59:19
    68:18 73:25 74:6 79:24
    87:23 90:25 96:8,11,19
    97:8 98:6,14 102:3,4,23
    110:8,13,24 111:12
    113:9 119:7,9,13 127:7
    129:24 135:10 146:3
    147:3,5,8,17 151:18
    154:3 156:11 157:13
    165:16,24 166:2 167:17

170:14,17,23 174:11
178:10 180:19,24
181:20 188:7 204:6
211:8,11,14 224:19
226:10 227:18
questioning 125:8
questions 10:4 48:14
    77:24 108:25 114:18
    128:12 167:9,12 176:2
    190:14 212:25 227:10
    227:14 236:11,13
    241:13 242:6
quick 209:5
quicker 102:25
quickly 9:23
quite 24:6 30:12 44:18
    55:13 58:13 129:16
quote 43:3 62:6 63:19
    77:22 135:11

**R**

R 160:4
Radar 128:18
RAFFIN 13:2,8 35:21
    80:19,23 97:3,9 111:8
    204:11,19,23 205:5,9
    211:9,17 226:1,11
    227:17 233:15 235:6,21
    236:6 242:5
RAFFMAN 2:11 5:13,15
    6:21 7:6,14,18,23 8:6
    8:10,12,18 9:3,6 36:5
    40:14 54:7,9 68:21
    69:5,12 74:1,5 80:4,14
    101:24 102:8 103:12
    110:12,18 111:3 113:19
    119:8,12,25 127:12
    131:17,19 135:5,13
    137:23 138:7 147:2,6
    147:20 153:4,13,22
    154:7,12 160:3,10
    170:13,19,21 171:18
    172:3 174:22 194:14,22
    202:15,24 233:23
    237:25 238:14 239:5,14
    239:25 241:14,16

railroad 35:15,17 58:9
    133:17,23 134:2,5,7,8
rain 175:19 200:7,11
    224:21 225:4
rainfall 16:24 26:5,6
    29:23 31:11,16,17
    44:20 46:4,20 47:9
    49:20 63:19 64:14
    81:22 92:8 114:20
    140:2,4,6,10,25 141:2,3
    141:6,9,15,17,21,25
    201:24 213:2,22 219:9
    222:12
rainwater 175:18 177:12
raised 68:2
ran 41:14 50:11,14,14,15
    81:21 163:23 201:15,21
    201:23
range 106:22 142:24
    181:13
Ranging 128:17
rapid 209:5
rate 94:10 96:12 97:19
    101:3 123:22 124:2
    126:22 127:2,13
raw 129:13,15 131:1
    133:24 139:6
Ray 14:15 16:4
RDR 4:21 244:4
reach 40:5 84:10 85:18
    95:21
reached 37:5 38:5 39:7
    40:20 67:22 68:5,9
    92:18 189:8 206:2
    214:22
reaches 185:11,20
read 6:19 47:6 82:23
    96:21 113:13 120:16
    122:9 147:3,5 170:20
    184:23 211:10,11
    215:17 243:4,5,16,18
reading 4:9 12:7 54:6
    120:21 185:16 192:24
    203:22
reads 173:16
real 28:8 54:14 100:3,3

reality 83:14 154:23
    206:5 239:24
realized 151:21
really 15:14 19:15 44:2
    56:15 57:22,22 58:2,12
    62:4,5 66:24 82:3
    90:11 99:5 103:4,10
    106:8 108:7 128:8
    179:18,22 180:20
    184:18 221:16 228:15
reason 62:11 64:12 78:7
    112:9 118:20 125:11,19
    146:21 168:21,23
    172:11 231:7
reasonably 36:17 63:12
reasons 98:13 147:1
recall 14:21 60:16
    136:10 218:10
receding 72:23
received 14:17 140:16
Recess 138:3 194:18
    233:20
recognize 22:17 60:1
    81:13 176:1 209:3,14
recognized 85:6
recollection 12:21
reconstruct 48:6,11,17
    48:20 49:17,25
reconstructing 219:18
reconstruction 217:24
    218:12
reconstructions 230:3
record 6:7 35:22,24 36:2
    36:7 62:7 64:14 69:6,8
    69:10 80:5,7,10,12
    138:1,5 154:8 194:17
    194:20 202:21 233:18
    233:22 235:22,25 236:2
    236:4 242:8
recorded 104:19 146:17
    195:9
recording 67:10
records 231:12
recreate 132:22
redone 130:11,17
reduction 78:1

Johns Pendleton Court Reporters

800 562-1285

SPINKS, MELVIN GERALD

9/25/2008

**refer** 62:23 80:15 98:22
148:25 181:2 242:3
**reference** 23:12 28:16
61:1 64:3,3 68:25
118:3 142:6,8 191:5,11
**referenced** 21:20,24
22:25 23:2,4,10,18,20
44:15 45:6,21 64:5
66:17 115:1 129:20
131:24 136:17 138:16
140:8,13 159:12,20
183:22 191:4
**references** 22:5,9,10
23:8 31:9 37:8
**referencing** 45:5 63:6
115:4 159:17
**referred** 15:9 45:20
107:17 129:2
**referring** 7:2,11 12:15
26:13 32:15 45:13 46:7
47:5 59:2,6 64:23 67:2
75:24 82:7 94:23 103:4
122:5 138:17 148:20
154:22 160:11 164:16
169:19 177:21 187:17
188:20 189:6 192:6
198:6 199:16
**refers** 70:11
**reflect** 6:7 141:14 142:11
154:8 183:25 188:10
195:13
**reflected** 35:12 39:3
89:18 115:22 116:5
117:19 141:19 194:3
199:17 211:19,22
212:10 229:23 230:6
**reflection** 36:18
**reflects** 72:14 213:1
**refresh** 12:21
**regard** 6:18 142:5
**regarding** 197:8 198:17
204:8 205:4
**regardless** 203:2
**region** 192:14
**regions** 192:15
**reject** 223:6

**rejected** 223:4
**relate** 76:24 147:12
170:9
**related** 15:2,16,17 16:11
17:4 21:5 51:3 58:24
61:23 65:12 82:3 90:23
91:8 152:17 154:19
156:1 164:21 217:21
224:7 241:9 244:14
**relates** 170:10
**relation** 62:1
**relationship** 35:7 182:22
**relative** 44:23 54:17
55:21 78:17 195:7
209:1 216:19 218:2,4,7
218:9
**relatively** 96:2 186:21
**relevance** 69:21 169:23
176:13
**relevant** 72:18 212:8
233:4
**reliability** 153:1
**reliable** 142:25 143:2,4,7
143:14 195:11,18 221:2
**reliance** 166:7
**relied** 27:4 43:10,20
118:12 119:20 137:4
152:8 220:6
**relies** 43:3
**rely** 24:1 125:10 137:12
**relying** 44:13 159:3
**remember** 10:23 15:14
50:16 60:12 89:14
106:9 122:19 167:6
176:19 180:16
**reminded** 154:6
**remiss** 21:20
**remove** 71:1 142:9 188:3
**repeat** 34:10 87:23
167:17 170:17 226:10
**repeating** 97:7
**replicate** 158:23
**report** 6:16 11:24 12:2,3
12:7,11,12,15 13:9 14:3
14:4 20:15 21:11,19
22:2,3,4,8,11,18,20

23:11,19 24:2 27:2,4,13
31:8,12 32:3 34:4,5
36:20,25 37:4,8 38:18
38:22 39:3 42:4,11,21
43:3,22 45:7,15,20,22
48:5 60:6,18 62:15
63:6,9,11 64:5,11,20,22
68:24 69:19,23 71:8
72:15 75:4 76:22,25
77:17,20 80:16 81:4
91:9 93:8 100:19
114:16,19,21 115:1
116:15 117:19 123:23
130:1 132:13 134:22,25
135:16,18 136:4,8
137:10,13 138:11,14,15
138:17,18,21,24 142:12
143:3 148:8,18,21
149:1,18 150:1,2,4,22
151:2,6 155:15,17
157:16 159:9,11,18,21
159:22 160:12 167:13
172:4,8 183:23 187:9
188:10,12 190:10
194:24 199:17 201:25
203:25 206:13 208:23
212:16,21 216:1 220:14
220:17 222:2 232:14,23
232:25 233:25 234:14
234:22 235:5 236:16,21
236:24
**reported** 3:17 36:24 63:7
63:8 67:4 84:11,18
85:23 105:8 118:9
125:16 149:7,9 212:20
244:9
**reporter** 3:17 4:22 6:4
10:2,6,11,15 20:4 22:15
136:1 148:15 229:14
244:5,21
**REPORTER'S** 244:2
**reporting** 36:16,23
144:13,14
**reports** 12:18 13:11
22:25 44:12 58:22 59:2
113:13 136:19 157:2

**represent** 71:10 108:9
136:6 137:3 142:16
158:1 181:6 192:13
**representation** 105:25
**represented** 29:5 54:24
87:7 158:20 172:13
185:5 190:15 192:2
199:25 200:19
**representing** 190:23
**represents** 31:15,16,17
31:18 37:3 42:21 63:8
69:25 77:8 88:21
142:19 180:4 188:13,15
190:24 194:25 195:7
200:23
**request** 14:13
**Requested** 147:5 211:11
**require** 6:19 18:9
**required** 28:10 56:17
132:5
**requires** 228:7
**requiring** 133:4
**resample** 132:21 138:25
**resampled** 129:3 134:16
139:10
**resampling** 129:16
134:21
**research** 17:16,21 19:13
21:4,17 24:7 44:1,17,18
65:14 197:10 209:16
238:3
**researched** 22:7
**researchers** 78:16
**researching** 36:13
**reserve** 6:18 228:23
232:19,20
**reserved** 4:15
**reserves** 6:14
**residential** 105:23
**resolution** 33:18 129:6
139:15 183:24
**resources** 230:10
**respect** 117:4 226:2
**respond** 119:1
**responded** 197:22
**response** 18:4

SPINKS, MELVIN GERALD

9/25/2008

**responsibility** 172:24
**responsiveness** 4:14
**rest** 138:13 167:12 201:3
  217:10
**restriction** 7:12
**result** 30:3 39:13 95:4
  99:6,7 114:13 119:3
  127:4 164:9 238:12
**resulted** 17:1
**resulting** 39:14 65:2
**results** 19:12 28:24 30:9
  41:1,5,24 42:1 54:17,23
  54:25 56:8 58:5,10
  65:7 87:25 88:22 89:19
  119:2 125:13 142:18
  152:22 168:9 199:20
  220:23 221:2 224:2
**resume** 9:13 99:17
  229:23,24 230:6,13
**retained** 14:5,9 34:15
  83:24
**retaining** 16:18
**Returning** 36:2 69:10
  80:12 138:5 194:20
  233:22 236:4
**review** 12:1,8 13:12
  40:16,17 234:14,17,21
**reviewed** 11:24 20:8
  34:7,10,12 38:13 42:16
  47:23 59:14 233:24
**reviewing** 62:15
**re-model** 119:15
**ridge** 181:5,17,25 182:9
  183:20 184:1 186:20
  187:11 189:8
**right** 6:15 7:9,19 9:19
  20:16 21:16 22:14
  23:19,22 25:14 26:25
  29:17 30:5,11 32:10
  39:3,8,22 40:22 41:1,16
  42:4,9 50:4 51:18
  53:14 56:7,14,18,19,21
  57:4 59:6 60:10,15,16
  61:13,14 62:14 65:21
  65:22 66:6 68:10 69:14
  70:6,10,23 71:2,2,23

72:3,10 73:13 74:10,12
74:15,22 75:5,11,17
76:12,18 77:11 78:25
79:14,21,25 81:1,4 82:7
82:13 84:14 86:21
88:16,21,23 89:3,12,20
90:4,12 91:16,19 92:16
92:21 94:25 95:5 96:10
96:13 99:10 100:16,18
102:11 104:16 105:14
106:13,16 111:17 112:2
112:7 113:22 114:4
115:3,13,16,21 116:4,6
116:7 118:1,19 119:4
120:22 121:6,8,14,16
121:20,24 122:10,13,15
123:2,9,13,16,23 125:3
125:9,24 126:13,20
128:1 134:5,22 135:23
135:25 136:23 137:2,24
138:18 139:16 141:10
146:8,14,18 149:24
150:7,24 151:20 152:10
152:11,12 153:5 154:24
156:18 157:16 158:2,6
159:1 160:14 161:7,12
161:15 162:7 163:6,10
163:22 164:9,15,16,23
165:5,22 166:15 167:25
168:1,7,12,18 171:3,7
171:12,21 172:7 173:7
173:12 174:4,9 176:8
176:23 177:21 179:5,12
180:1,6 181:13,18
182:17 184:18 185:10
186:8,19 187:6,14
188:24 189:1,4,11
190:7,8,11 192:25
193:6,6 195:13 196:4
196:10,13,17,20 197:5
198:8,25 199:8,11,12
200:7,11,16,20,23
201:4,7,14,18,25 202:6
203:3,10,25 204:20,25
205:6,23 207:1 208:4,6
208:10,19 209:20,22,25

210:4,5,9,18,23 211:4
211:22 212:17,24 213:3
213:7,19,25 214:5,9,15
214:20 215:3,6,12,18
216:6,17,23 218:11
220:19 221:6 224:14
225:16 226:20,23 227:7
227:21 228:16,22,23
229:12 230:12 232:6,19
232:20 233:12 235:7,20
240:12 241:20 242:2
**rights** 6:18
**right-hand** 148:7
**rise** 123:22 124:2 126:22
  127:3
**rises** 126:18
**river** 26:7 206:24 210:8
  239:3
**RMR** 3:17 244:4
**road** 9:22 11:11 17:18
  38:1,10,25 39:1,7,15
  40:5,20 46:9 71:6 82:1
  165:13 179:23 180:9,21
  180:23,24 181:4,14,21
  182:1,17 183:3,4,8,20
  186:7,11,14,17,25
  187:12,23 188:18,23
  189:3,4,12 190:8,10
  193:22 199:11 206:20
  239:2 240:24
**RODGERS** 2:19
**ROGER** 3:17 4:21 244:4
  244:20
**roof** 225:5
**rooftop** 130:25 145:4
**rooftops** 145:16
**room** 10:16
**roughness** 98:5,23
  101:15 105:17,21 106:5
  106:6,10,14,17,18
  107:1,2,5,7,13,14,20
  108:11,16,22
**routines** 129:3
**rules** 4:7 9:21
**run** 23:14 24:5 25:2 31:4
  31:7 33:10 39:17 40:10

41:3,8,11,18,25 49:2,20
49:21,21,22,22 54:19
55:21 57:1 79:18 99:3
121:16 139:7,9 144:5
145:22 152:21 161:23
212:1,4,11 223:7
**running** 27:24 41:22
  78:17 85:12 141:17
**runs** 33:14 139:2
**run-off** 141:1,15,22,25
  222:9
**run-up** 49:9 50:15
**rushing** 103:14 225:14
  226:13
**RYAN** 3:3

---

**S**

**S** 2:11 4:1
**Sahada** 233:25
**Sahada's** 234:3,4
**salient** 221:10
**sampled** 33:19
**satellite** 70:8,11,14,22
  77:8,13
**satisfied** 64:18 238:11
**satisfying** 63:11
**save** 4:13
**saved** 224:18
**saw** 25:23 52:23 60:14
  87:7 146:1 149:3,5
  166:10,13,22 167:2
  235:9
**saying** 29:14 32:11 57:6
  58:14 74:2,9 85:1
  95:14 98:18 118:22
  145:13 158:8 164:10
  169:20 182:21 189:21
  208:21 211:24,25
  215:22
**says** 43:3 55:23 90:17
  91:2 100:8 109:8 130:7
  132:16 144:18 152:20
  162:1 166:21 179:25
  184:24 185:10,19
**scenario** 166:1 198:22
  199:24 200:9 201:8,11

SPINKS, MELVIN GERALD

9/25/2008

203:4 208:11 214:17,23
  223:11 240:6 241:18
  242:3
scenarios 197:14,16,23
  198:13,16,25 209:10
  212:14 240:4 241:17
science 230:9 234:13
scientific 77:23 110:17
scientists 62:12 125:5
Scott 13:22,23
screen 76:21 130:2
se 98:20
sea 178:17 190:19,23
  191:3 207:9 213:17,24
second 26:24 36:14
  37:16 43:2 75:14
  161:20
Secret 1:22 6:2
section 22:11,21 23:4
  31:9,12 32:2 43:2
  60:19 64:3 68:24 77:16
  80:16 81:4 103:1
  167:12,13 175:5 177:11
  182:3,6 215:11
sector 43:25 193:1,1,7,21
see 12:24 21:7 22:24 23:5
  23:9 28:12 29:5 31:4
  31:20 35:11 39:18
  41:11 43:6 46:4,14
  47:16 53:3 56:9 57:8
  60:22 63:22 65:2,3
  66:11 71:13 72:23 77:5
  78:3,10 89:16 100:7
  104:4,4 112:4 115:2,14
  119:24 120:4,9 124:10
  127:2 132:10 133:24
  134:6 135:7,17,21
  142:25 144:16 145:17
  148:8 152:5,22 153:25
  158:22 162:2 175:16,19
  175:22 178:2,2 179:15
  179:17,20 181:3,9,16
  182:21 184:8 185:12
  186:3 193:18 196:1,2
  197:24 203:22 213:15
  234:22

seeing 56:5 83:15 177:14
seen 67:20 76:7,10 90:16
  91:1 93:2 141:23
  145:13 166:14
seeped 114:14
select 27:15 30:6 237:21
selected 98:14 233:2,11
selecting 106:18 107:20
selection 27:11 162:14
semicircle 61:24
seminars 230:23
sense 68:12 203:8 210:25
sensitive 164:9,11
sensitivity 41:3,7 163:5,7
  163:19
sent 231:24
sentence 47:5
sentences 66:7
separate 25:7 113:23
  155:4 168:10 169:4
  172:11 224:25
separated 168:22 192:15
separately 171:2,4
  200:16
separation 168:24
September 1:24 243:20
sequence 47:21 72:14
  146:14 155:7 173:25
  175:11 197:8,11
series 18:22 37:21 51:1,5
  65:12 71:4 140:2
  149:20,22 152:8 166:12
serves 182:14
serving 180:24
set 8:17 31:25 32:9 36:7
  81:3 95:25 129:19
  244:8
sets 133:1,2
sewers 33:11,23 34:1
  94:2,3,4,14 95:12,21
shallower 181:6 210:13
  210:15,17
shape 74:18 85:15
sheet 42:8 231:12 243:18
SHELANKO 3:12
shoot 128:21

shooting 130:24
short 167:10 233:16
shorthand 244:10
shortly 8:21
shots 128:23
show 72:17 75:9 87:17
  101:5 115:6 134:14
  165:21 184:24 188:17
  215:25
showed 85:10 176:16
  201:17
showing 30:10 175:15
  176:19 179:1
shown 40:25 69:1 96:15
  116:2,12 118:4 120:6
  123:22 126:2 140:3
  142:6,19 158:2 192:8
shows 69:25 70:1,2 75:4
  75:11,12,21 76:2 81:22
  142:24 146:7 165:10
  175:10 183:19 187:4
  202:18,25
shut 85:10 205:17
side 83:22 109:13 129:23
  156:20 158:15 182:24
  187:1 217:4
sign 6:20 42:3
signature 42:6 243:12
SIGNED 243:13
significance 109:11
  117:3 119:24
significant 53:19 81:10
  81:11,16 82:23 86:16
  87:5,13 88:6 111:24,25
  112:19 124:13 133:3
  209:14
significantly 87:1,10
  163:9 211:5
signing 4:9
silent 167:8
similar 24:9 95:4 163:21
  198:11
Simmons 149:8 151:11
  152:10
simulate 54:14 158:22
  221:17 223:2

Simulating 16:24
simulation 27:18 31:14
  33:10 47:16 53:24
  54:12 139:2 172:19
  175:5 197:14,15 221:1
simulations 23:2 47:14
  109:10
single 195:4
sir 9:9 81:5 136:5 138:19
  176:9 230:14 239:8
SISTRUNK 2:22
sit 39:20 64:12 166:20
  229:8 235:15
site 35:17 89:6,18,19
  90:3,18 91:2 116:6
  158:1
sited 116:1
sites 115:25
sitting 11:25 40:1 127:18
  206:16
situation 79:11 99:23
  104:6 125:2 237:24
  238:6 241:24
six 9:12 227:13
size 128:15
skill 55:7,8
slab 191:21,22
slide 179:25
slides 177:8
slightly 213:6
slopes 178:21
small 33:12,23 93:14,15
  94:6 95:15 96:2 97:16
  103:9 104:1,12 124:8
  164:22 176:21
snapshot 176:7
Sobek 19:14,20 20:1
  24:2,4,12,13,14,23
  25:11,15,18 26:11
  32:21,24 33:1,5,11,17
  40:22 43:12 47:16,25
  48:4,5,10,13,16 78:24
  79:6,21,25 98:8 99:2
  104:23 105:12 107:8,21
  107:24 223:9,15,21
  233:2 237:12 238:20

Johns Pendleton Court Reporters

800 562-1285

SPINKS, MELVIN GERALD

9/25/2008

**soil** 83:22
**solely** 114:7
**solution** 219:6
**somebody** 67:9 145:2
  170:10 218:21
**sophisticated** 18:10,19
  19:5 47:15 56:2 237:18
**sorry** 11:10 54:8 55:1
  64:8 73:3 77:12 85:12
  135:9,14 151:19 164:2
  167:17 177:25 207:15
**sort** 28:24 128:22
**sought** 4:17
**source** 138:25 140:15
  183:18 229:2
**sources** 46:1,14,22 212:9
**south** 37:12,18 40:2
  41:20 72:1,23 75:25
  76:2 82:12 122:20
  123:3,5 143:22 144:22
  147:25 148:1,2,22
  149:3,9,14,17 151:8,17
  151:23 152:14 154:15
  154:20,22 155:10,21
  156:23 157:6,19 158:9
  159:6,25 160:19 161:4
  161:13 163:18 165:19
  168:11,17 169:3 170:1
  171:2,7,12,20 173:4
  174:18 175:2 177:3,9
  200:14 213:16 216:4
  220:1 229:19 230:3
**southern** 186:23
**southward** 185:20
**space** 182:22
**speak** 10:3,4,5,10 14:16
  14:19 49:10
**speaking** 39:4 186:15,22
**specialization** 230:10
**specialty** 237:14
**specific** 14:22 23:15 37:8
  55:17 56:9 88:17 99:23
  111:4 132:6 165:25
  190:17 223:19
**specifically** 4:10,12 35:2
  43:12 49:6 50:14,17

80:2 154:19 156:8
**specifics** 15:22 16:8
  111:6 156:3
**speed** 101:4 109:9,15
  112:7
**spend** 223:16,20
**spent** 44:21 57:23 217:15
  231:14,15,16
**SPH** 62:21
**Spinks** 1:22 6:1,8,19
  8:19 9:1,7 19:17 20:4,6
  20:7 36:4,6 69:13
  80:15 136:3 148:15
  225:18 233:24 236:15
  243:4
**splash** 83:25 84:9 86:9
  86:10,16,20,24 87:8,10
  92:9
**splashing** 83:16 85:7
  90:22
**spot** 102:24
**spread** 96:1,12 185:24
**spreading** 93:21 94:21
  94:23,24 96:14
**spreads** 94:11 185:20
**square** 139:23,24 192:1
  192:2
**squares** 108:23
**St** 16:10,20 18:8 37:15
  38:7 45:25 46:6,8,16
  52:22 55:16 69:1,25
  81:1,25 94:7 112:20
  143:11 162:6 169:12
  172:15 175:11 179:21
  181:18 184:10,11,17
  193:21 199:10 203:20
  206:23 215:23
**staff** 19:10 20:18,19
  35:16 42:15 67:10,12
  67:16 104:22,22 105:10
  130:20 231:14,16
**stage** 152:24 195:3
  211:20
**stages** 122:25
**stamped** 29:3 54:2 89:4
  89:5 217:9,22

**stand** 42:24 62:10
**standard** 48:25 49:2
  50:18 62:20 106:20
  107:24 132:4,7
**standpoint** 81:16 86:2
  195:22
**Stands** 128:17
**start** 8:24 31:22 88:8
  108:7 114:22 163:1
  179:17 184:20 219:23
**started** 38:2 104:8
  145:21 173:7,12 189:9
  206:6 235:9
**starting** 174:21 175:13
  175:20
**starts** 121:25
**state** 3:18 4:22 25:13
  150:11 229:21,22
  244:22
**stated** 114:15 149:13,18
**statement** 37:7 46:25
  52:14 62:10 64:19
  65:22 132:12 215:11
**statements** 151:5 217:25
  218:13 236:15
**states** 1:1 150:4,12
  237:16
**station** 71:20 95:25
  151:14 191:12,13 193:2
  193:4,7
**stations** 33:6 142:22
**stay** 167:8
**steady** 124:2 126:22
**step** 21:17 26:24 27:6
  36:22 136:15 212:18
**stick** 59:20
**stipulate** 204:12,16
  205:3 225:18
**stipulated** 4:3 227:10,15
**stop** 38:14 54:1 58:23
  59:1,3,5 60:3 88:2
  142:20,21 144:19
  150:14 156:21 158:19
  159:18 175:24 177:17
  179:24 180:25 182:14
  221:3,9 236:10

**stopped** 181:15
**stopping** 180:10,15
**stops** 180:21 181:22
**storm** 31:15,17 34:1
  37:20 46:3 47:9 49:25
  50:12 53:8,11 54:18
  62:6,8,19 63:1,7,15,17
  65:2,8,10,17 66:1 68:12
  68:14 73:1,3,4,10 75:1
  81:14,18 83:4,5,11 88:7
  90:24 92:17 94:1,3,4,9
  94:13,21 95:3,12,20
  96:15 97:13,15,21
  100:21 110:21 111:14
  111:15,16 112:16
  114:20 115:2 116:15,18
  116:25 117:7 120:9,12
  120:13,15,17,19,23
  121:1,4 124:17 125:25
  163:12 169:8,8,10,11
  214:21 218:24 223:3
**storms** 62:21
**storm's** 219:10
**story** 175:7 185:7
**straight** 66:17 186:21
**street** 1:23 2:3,15 3:10
  101:19 106:4 186:7
  187:23
**streets** 104:7 105:16,24
**strictly** 174:15
**strike** 47:22 62:8
**strong** 103:25
**structure** 98:20 110:10
**structures** 97:24 98:1,4
  112:12 185:1
**studied** 18:1 26:16,19
  197:24
**studies** 22:24 38:16 54:3
  113:17 118:14 124:25
  128:10 133:16 220:8
**study** 16:25 18:7 20:23
  20:25 21:2,14 22:4,8
  23:1,3,7 24:13 25:14,18
  26:4,8 40:10 44:1,24
  45:24 47:13 61:18,19
  69:1,16 70:5 71:12

72:21 74:25 77:6 78:8
78:12,19 95:21 96:7
104:24 108:3 129:9,9
132:25 139:19 140:16
140:17,18 142:10,15
146:22 152:13 185:15
198:11,12 216:24 238:8
**studying** 104:23
**stuff** 136:25
**subject** 39:22 40:16
67:18
**subjectivity** 30:23
**submerged** 94:16,18
**submitted** 6:16 12:4
232:22 233:25
**subsequent** 151:5
**substantial** 52:24
**suffered** 172:25
**sufficient** 62:15 68:3
84:17 211:1
**suggest** 31:3 74:16
114:11 150:18
**suggested** 167:1
**suggesting** 67:21 210:6
**suggestion** 93:2
**suggests** 150:23 163:20
204:3
**SUHAYDA** 2:7
**Suite** 2:15,23 3:4
**summarize** 148:5
**summarized** 155:15,16
156:13 159:21
**summary** 150:11
**supervision** 244:11
**supplement** 6:15
**supplemented** 149:11
**supply** 124:6,15 125:21
**support** 159:6
**supported** 18:25
**surcharged** 93:19
**sure** 7:24 15:14 16:9
23:11 28:19 32:7 35:18
41:2 44:25 47:11 56:16
57:16 58:11 65:22
69:13 72:9 73:17 76:8
78:21 79:24 89:13 97:4

101:8 104:15 106:24
107:11,11,22 108:19
129:14 130:13,15,19
132:24 133:20 140:13
143:15 152:3 155:22,24
163:6 166:18 167:5
169:19 176:13 184:2
192:24 197:9 198:14
211:25
**surface** 33:25 35:11 52:6
94:1 97:17 101:14,16
102:9,15 105:15 107:18
109:2 195:6 209:18
**surfaces** 107:16,19 108:2
108:4
**surge** 29:22 31:23 37:20
44:19 46:3 47:9 49:25
50:12,14,19 53:8,11
62:7,19 63:1 65:13,17
66:1,23 67:1 68:12
73:10 81:18 83:4,11
92:18 103:22 109:17
111:14,15,16 112:16
114:20,23,23 115:2,2
116:7,15,19,25 117:7
118:5,17 119:4 120:1,2
120:4,9,12,14,15,17,19
120:23 121:1,4 124:17
125:25 126:16 224:23
225:1,1
**surprise** 123:25
**survey** 132:19 133:12,15
191:18
**surveys** 59:10 162:19
228:11,12
**suspicion** 204:18
**SUTTERFIELD** 2:14
**swear** 140:14
**SWIM** 19:8 49:22
**sworn** 6:3 244:7
**symbol** 146:7
**system** 18:8 25:5 26:7
33:15,17 37:13 52:8,10
53:7 62:24 63:3 78:1
95:23 97:17 143:3
155:1,2 165:3 168:13

169:9 171:10
**systems** 35:3 51:5,9
93:20 94:6,9,20 95:3
99:19,25 100:23 212:2

---

**T**

**T** 4:1,1 11:10 19:9
**tabbed** 235:8
**table** 31:20 122:8
**take** 9:2 10:2,3 30:12
60:4 81:12 89:2 100:14
104:10 109:6 133:24
143:11,19 174:23,24
175:4 179:7 215:2
230:20,22 232:17
233:16
**taken** 1:23 4:6 6:8 11:3
17:17 35:5 66:20 70:9
77:9 93:12 98:21
109:10 112:13 148:7
219:16 230:15,18,20,24
241:24 243:20
**takes** 52:18 55:6,7 56:15
123:18 128:23
**talk** 10:10 15:12 16:6
17:6 27:5 81:12 170:12
199:14
**talked** 157:9 163:4,4
164:19 221:11
**talking** 45:2 49:7,8 55:16
61:10 90:22 96:1 99:8
103:14 110:24 111:1
135:2,3 147:21 149:25
157:14 168:18 178:17
181:11 187:17,18
195:25 207:17 209:18
225:4
**tall** 161:14
**TANKERSLEY** 2:18
**tapes** 137:22 194:13,15
**task** 22:2 27:21
**tasks** 20:24 21:1,13
36:12
**team** 16:14 22:3 25:17
43:23 44:1,10,14 45:3
47:24 48:4 59:2 65:14

77:21 78:9 108:15
113:2,24 114:1,2,5,8,10
129:9 142:21 157:1
220:5,7,10,13,14,18
224:3
**teams** 220:3
**tease** 169:15
**technical** 43:4,8,20 45:1
45:17
**technology** 25:22
**Telge** 11:10
**tell** 15:3 18:4 21:21
22:20 41:15 43:12 50:4
52:13 67:5 72:8 77:3
84:14 90:9,11 103:25
127:17,19,23 129:21,25
130:4,22,25 131:3,7,11
131:25 132:7 135:9
139:20,25 144:24
146:19 155:19 156:7
157:10,18 164:3 170:22
173:15 174:25 176:10
182:12 183:14 187:25
191:16 194:7 196:25
213:16 216:15 218:17
229:4
**telling** 96:13 125:17
190:22
**tells** 175:8 185:8
**ten** 8:25
**terms** 87:5 95:10 112:23
144:23 152:2 165:8
207:22 217:5 220:22,24
222:9 228:25
**Terry** 86:3 151:13
**test** 118:23 233:3,7,10
**testified** 27:7 127:19
164:8 202:22
**testify** 6:4 11:5 110:10
225:20,24 227:15 244:7
244:8
**testifying** 9:25
**testimonies** 17:16
**testimony** 12:22 26:15
30:7 84:25 93:10
147:22 148:21 151:23

SPINKS, MELVIN GERALD

9/25/2008

Page 26

154:13 155:9 156:5,8
231:4,7 243:5,7 244:9
**testing** 121:6 129:17
**Texas** 1:22 6:2 11:11
**text** 104:19
**thank** 6:22 8:11 9:4
48:19 224:18 241:12
**Thanksgiving** 9:16
**theirs** 222:13
**theoretical** 205:25
**theoretically** 206:8
**thereabouts** 236:8
**thereof** 4:16
**thing** 217:3
**things** 20:13 23:9,17
30:14 32:10 43:17
109:13 137:17 144:8
145:13,14 166:17
197:17 211:25 216:22
225:24 235:11,16
**think** 25:23 32:4 33:19
40:12 44:21 45:6 51:24
51:25 58:6,10,12,18
59:25 60:5 65:13 66:23
76:12 81:17,20 83:12
84:9,21 85:25 86:3
87:6 88:11 89:21,25
97:1,14 116:8 120:24
124:10,24 130:2 131:14
131:18 133:8 138:10
139:4 145:21 147:15
152:16 156:10 157:4
163:24 164:16,17
167:11 177:1 193:1,15
208:20 222:3,5,9,14
225:2 227:12 231:21
241:8
**third** 21:8 27:6 36:14
**thorough** 220:10
**thought** 30:21 60:9,14
84:8 135:6 140:12,13
225:11
**three** 13:19 22:25 90:14
97:1 100:2 106:1,25
153:11,12 186:7,16,23
187:22 190:9 220:2

**Thursday** 1:24
**tile** 132:17
**time** 4:16 9:1,14 10:11
17:4,7 18:17,24 25:2
29:1,3,4,7 30:6,11
31:15,22 37:10 41:5,8
41:12,19,20 47:21 54:2
56:4,10,15 57:23 59:22
65:1 68:4 75:21 76:6,8
76:9,14,17 81:7 85:13
86:2,6 88:8 89:2,4,5
91:13 95:5 100:17,21
101:7 109:23 112:24
113:21 114:3,12 120:7
121:25 122:17,18,18,22
126:1,3,23 133:11
134:24 135:15,18,21
136:6,17,18,20 137:4
137:14,18 138:14 140:2
141:10 142:15 144:3,15
144:20,21,25 145:6,6
145:12,18,21 146:14,20
147:23 148:4,9 149:19
149:22 150:23 151:8
152:21 155:5 156:9,22
157:3 158:19 159:13
162:2 163:1,8,11 164:9
164:11,14,17,19,25
165:6,9,11,23 167:2,20
167:24 168:3 171:6,9
171:12 173:6 175:12,15
175:17 177:18,22 178:2
178:3,5 187:16 190:2
191:20 197:8,11 198:9
201:5 209:4 210:12
212:4 216:18,20,20,22
217:1,1,5,9,10,21,21
218:14,22,24 219:9
223:7,14,15 225:23
226:3 227:13 231:9,12
231:13,15,16,17 232:11
**times** 31:3,5 34:22 39:3
41:4,11,14,14,23 47:20
55:2 58:25 75:10,13
86:7 91:15 97:2 99:13
99:24 114:21 136:22

145:20 148:9,11 150:17
152:19 162:15 163:5,8
163:25 164:5,6 171:24
174:21 187:16 216:15
219:15 222:23
**time-related** 152:6
**timing** 18:12 24:23 30:25
55:17 58:19,25 60:2,6
96:13 97:18 114:7
144:17 145:17 146:4
147:13,21 149:17
162:23 164:23 165:4
166:6 198:18 216:10,14
218:1 220:1,4,22,25
**timings** 58:20
**today** 11:7,23 12:9 39:21
62:10 64:13 127:18
156:9,18 159:8 166:20
221:12 229:8 232:23
235:15 236:18 237:8
**token** 30:5
**told** 17:12 125:19 148:10
159:12 173:2
**tool** 19:11 54:13
**tools** 79:10
**top** 83:7 100:5 140:21
235:17
**topographic** 45:8 133:5
182:11 187:2
**topography** 29:24,24
31:16 33:14,15,22
35:13 55:5 56:18 57:24
128:14 133:6,7 178:20
181:10 182:20
**total** 63:21 64:15 82:7,8
82:9,19 93:15 94:6
99:9 122:18 142:3
146:23 166:4 214:4
221:25 222:7 231:18
**totally** 220:7 221:22
**traditionally** 106:23
**trained** 129:22
**transcribed** 244:10
**transcript** 34:13 244:12
**transcription** 243:7
**transcripts** 156:17

**Transportation** 50:7
**treats** 104:15 172:4
**treed** 108:6
**tremendous** 55:8 128:24
**trend** 120:3
**trial** 25:8
**tricky** 122:11 136:24
**true** 78:6 113:3 187:2
189:14 243:6 244:11
**truly** 220:4
**truth** 244:8
**truthfully** 11:6
**try** 9:23 10:9,16 21:21
60:5 148:5 206:9
**trying** 31:1 44:22 54:14
63:14 70:17 122:11
136:24 145:10 151:17
153:14 156:10 159:2,2
178:5 194:25 208:25
219:6
**turn** 42:2 43:1 60:18
68:22 77:16 79:18
88:16,19 114:17 167:13
197:13
**Turning** 215:5
**tweak** 57:3,6
**two** 13:19 25:7 26:12
34:8,13 37:10 44:12
55:25 66:7 84:5 89:23
90:5,7,13,14 97:1 100:2
106:2 113:20 115:25
149:5 172:4,16 194:7
211:25 215:14 220:4,8
222:18,22 241:2
**two-dimensional** 24:7,17
47:15
**type** 16:12 18:22 21:9
27:19 30:22 31:21
99:21 129:13 132:5
139:14 145:7 183:13
218:4 219:23 222:19
223:10 237:18
**types** 107:18,19 108:1
109:18
**Typically** 21:3

SPINKS, MELVIN GERALD

9/25/2008

## U

**U** 4:1 19:9
**Uh-huh** 43:7 46:5 47:18
  60:23 66:12 78:5 100:9
  111:18 117:17 126:21
  185:9
**ultimate** 163:14 195:5
  198:7
**ultimately** 38:4 95:24
**unavailable** 65:5
**uncertainties** 131:21,22
  132:13,23
**uncertainty** 65:6,20
  131:24
**underground** 94:1,5
  109:6
**underneath** 71:2 114:14
**understand** 9:24 10:5,8
  10:19 28:19 32:7,11
  56:23 69:15 97:5
  104:25 105:3 118:1
  122:12 125:7 136:18
  145:20 150:9 159:1
  161:12 165:4 169:10
  170:2,18 173:23 184:15
  186:12 189:2 199:15,18
  201:11 206:11,17
  207:19 208:25 209:11
  211:7 212:2,18 216:19
  217:16 218:23 219:8
  238:18
**understanding** 8:5 49:5
  70:20 125:2 144:7
  155:6 156:2 217:2
  244:13
**understood** 7:7,25 163:6
  223:6
**undertaking** 79:20
**undertook** 19:19 80:1
**under-producing** 57:9
  57:13
**under-seepage** 82:17,21
  82:25 84:2,16 86:20,25
  87:12,19,24 90:6,11,21
  91:5 92:3 93:3 112:11

112:14,18 113:4,15
**undo** 70:23
**UNET** 19:9
**unique** 99:22
**unit** 26:21
**United** 1:1 237:16
**units** 160:7
**university** 24:13 78:9,22
**unusual** 108:3
**upper** 189:5
**urban** 107:15,17 218:15
**USA** 1:15,15
**use** 24:1 25:19 31:7
  32:12,19 47:25 48:3
  50:11 51:18 56:23
  78:24 79:3,7,13 103:19
  106:7,10,14 107:20
  108:22 114:24,24
  116:21,25 117:5 122:4
  129:18 133:19 139:18
  159:23 162:22,25
  192:21 222:16,18,22,24
**uses** 105:23
**USGS** 132:18
**usually** 95:22 129:15
**utilizing** 125:1
**U.S** 45:12

## V

**V** 1:12,13,13,14,14,15,15
  51:13
**valid** 29:10
**validate** 30:8 31:1 41:10
  55:21 66:4
**validates** 154:14
**validation** 28:3 29:7
**value** 98:5 100:12 107:25
  108:1,5,5,9,10 155:20
**values** 106:22,22
**variable** 126:7 217:1,6
**variance** 89:17
**variances** 87:20,25
**varies** 179:1
**various** 19:13 22:5 23:9
  24:7 29:25 30:23 31:2
  56:20 58:25 107:4

212:9
**vary** 162:1
**varying** 79:3 163:8
**Velasco** 84:23
**velocities** 100:7,8,11,23
**velocity** 101:1,2,5,11,13
  101:20 102:10,13,18
  103:8,22,24 104:6,11
  127:20 128:1 176:11,14
**vendor** 78:23 79:19
**verification** 28:3,14
  29:10,15 41:16 55:11
  163:16 164:4,7
**verified** 53:25
**verifies** 154:14
**verify** 28:16,21,22 30:8
  30:14 41:10 54:11,16
  144:10
**versus** 88:22 90:18 91:3
  100:20 143:2 173:17
  175:2 182:22 216:25
  231:15
**vertical** 124:11
**vicinity** 84:18
**video** 3:14 36:1 69:7,9
  80:6,11 137:20,25
  138:4 175:10 194:11,16
  194:19 233:17,21
  235:24 236:3 242:7
**videographer** 8:15,17,20
**videography** 36:7
**videos** 52:23
**VIDEOTAPED** 1:21
  35:25
**view** 29:10 91:24 92:15
  126:7 198:1 219:20
**viewpoints** 229:2
**Villalasco** 84:23
**Villavasso** 84:24,25
  166:10,21,25
**visit** 34:18 35:12
**visual** 176:7 238:17,19
**vis-a-vis** 67:7 164:24
**vitae** 229:16
**vocabulary** 70:18
**voice** 10:17

**volume** 63:21 64:15
  81:24 82:19 85:18
  86:15,17 93:15 94:7
  112:19 137:9,13 138:17
  138:20 142:4 145:8
  150:2,4 151:6,7 180:16
  180:16 182:22 221:23
  221:25
**volumes** 23:1 108:8
  112:15 135:17,20 151:5
**volumetric** 81:16 82:1,4
  82:6 85:15,16 86:17
  87:5 92:24 93:14 94:5
  94:7 96:4,5 97:15 99:8
  103:3,13 222:9
**volumetrically** 81:21
  83:16

## W

**W** 160:4
**waived** 4:10,12
**waking** 85:24
**WALKER** 2:7
**walking** 193:24
**wall** 31:21 68:7,9 71:23
  81:15 92:6,9,18,20
  103:22 123:8,12,15,20
  124:4,10 127:1 160:17
  167:23,25 173:8 188:9
**walls** 73:16,21 74:14
  83:15 88:6 92:8 227:6
**want** 6:24 7:24 10:24
  14:7 22:6 28:16,21
  29:2 33:19 35:18 40:3
  44:25 69:13 74:6 77:16
  79:8 80:15 84:14 88:17
  96:21 97:4 102:23
  114:17,22 122:11
  134:10 137:2 148:2
  151:16 167:7 170:11,12
  170:14 177:16 178:1
  192:24,25 206:11
  207:19 211:8,24 213:14
  232:16,24
**wanted** 25:21 121:11
  191:9 197:17 223:1

Johns Pendleton Court Reporters

800 562-1285

SPINKS, MELVIN GERALD

9/25/2008

Page 28

**wanting** 204:9
**Ward** 16:10,20 37:15
45:25 46:12,16 47:4
68:25 70:2 72:25 73:2
73:6,14 81:1,25 87:9,22
88:2,9 94:2 102:19
103:18 111:10,12
112:20 114:12 117:16
121:18 143:11 150:12
150:16 161:21 167:16
168:4 169:12 172:15
174:1,24 175:21 176:7
176:12 177:11,19
178:10 179:21 184:11
199:7 203:19 205:13,22
206:23 208:9
**washed** 176:18,23 177:3
**Washington** 2:12
**wasn't** 82:24 87:9 164:9
195:24
**waste** 226:3
**wasting** 225:23 227:12
**water** 26:5,9 28:25,25
29:4,6 30:2,7,10 35:5
35:10 38:5,14 40:4,19
41:13 46:14 53:10,16
54:1,19,21 55:23 57:10
57:13 59:8,16,20 60:2
60:13 61:20 63:21
64:15,24 65:1 66:9,14
68:2,4,9 72:22,24 73:1
73:5,8,9,13,21 77:10
80:25 82:2,4,7,8,9,19
83:4,6 84:3,10,17 85:3
85:5,7,14 86:15 87:14
88:12 89:2,17 90:20
91:4 92:2 93:15,22
94:10,14,14,17 95:11
95:14,20 96:3,5 97:12
98:2,25 99:2,9,9 100:15
100:17,20,24 101:14,16
101:20 102:7,10,19
103:3,7,10,14,17,23
104:7,11 105:20 108:17
109:2,6 110:20 111:10
111:11,13,16,19,20

112:15,22,24 113:4,5
113:15 114:11,13
116:13 117:10 118:3,4
121:17 123:11,21 124:1
124:6,16,20 125:21
126:2,4,9,11,18 127:3
127:13,21,24 128:1,3,5
141:23 142:4,23,24,25
143:1,5,6,12,14,19
144:4,12,23,24 145:3,7
145:8,11,12,15,23
146:4,5,9,11,13,15,23
147:23 148:10 149:4,7
150:18,23 152:25 155:9
158:10,12 161:9,20
163:10,14,15,20 164:1
164:2,12 165:1,7,7,11
165:14,15 168:15,25
172:13,15,17 173:16
174:2,7,25 176:5,11
177:10,14,15,19 178:11
179:5,8 180:5,10,16,25
181:22 182:14,24 183:6
184:12,18,21 185:3,11
185:19,23 186:3,6,6,17
187:5,13,14,19,20
188:13,18 189:12,13,21
190:3,6,7,15,17,20,24
191:4,5,19,21 192:11
192:13,17,22 193:11,14
193:17,20 195:2,5,8,10
195:12,17 196:5,6,9,12
196:17,22 197:5,7
198:2,3,4,6,7 200:3
201:1,8,17 202:4
203:14 205:17,19,22
207:3,6,14 208:7,8
209:6,7,8,24 210:1,2,17
211:2,6,15 212:3,8
213:6,21,23 214:18,22
214:25 215:3 217:21
218:22,23 221:4,9,19
221:25 222:4,4 225:14
225:21 226:13 230:10
230:21,21 241:3
**waters** 16:25 18:12,13

38:1,3 72:20 93:21
94:21,22 96:14 101:2
150:15 184:16 189:7,24
205:11 209:3 239:13
241:2
**watershed** 26:8
**waterways** 33:12,24 53:2
**water's** 77:3
**wave** 49:8,9 50:15 51:13
53:22 62:19 63:1 66:25
68:6,8 81:20 83:2,7,13
83:15,21 84:2,15 86:11
87:18 90:22 93:13
143:8 222:13 224:24,25
**waves** 49:8 50:20 51:10
51:15,18,22 52:1,2,6,9
52:15,18,20,24 53:3,8,9
53:12,13,17,18,20 62:7
66:10,13,21 67:7,17,18
67:21,25 68:13 81:13
81:14,22 92:21 93:11
195:13 196:1,3 222:12
225:11
**way** 24:21 39:7,11,21
41:24 49:5 66:22 67:15
74:10 79:24 102:7
104:19 109:22 110:2
111:21 120:2 126:6
127:20 128:5 145:9,22
154:24 155:12 162:10
166:3 170:24 176:4
179:11 182:7,18 186:11
186:13 189:17 203:11
204:4,24 236:21,22
237:9 244:15
**WEBB** 2:14,14
**weeks** 34:8,13 139:9
**WEINSTOCK** 3:3
**weir** 24:17 159:23 160:4
**weirs** 25:11
**Weisler** 7:8,25 8:3
**went** 14:2 21:22 24:18
36:18 218:25
**weren't** 58:2 83:24
233:10
**west** 17:18 46:8 81:25

180:23 181:1,22 182:17
183:6,7 186:7,17
187:12,22 188:18
189:12 190:10 193:22
199:11
**wet** 151:15 166:16
**wetland** 180:23 181:23
182:1,15 183:5,7
**wetlands** 180:5,25
181:21
**we'll** 9:23 27:10 31:24
71:1 72:7 79:10 135:24
184:5 205:3 218:7,11
241:8
**we're** 15:8 35:14 36:6
45:5 56:5 58:10 63:6
63:13,14 75:17 76:22
80:7 82:3 89:25 90:13
91:12 95:14 96:1 98:18
100:16,18 110:25 132:3
132:3,5 138:1 145:8,10
153:5 156:17 157:14,15
159:17 168:18 169:21
172:18 178:25 186:21
186:22,23 187:1 189:20
189:21,25 207:17
208:20,25 209:17
211:24,25 219:5 220:8
222:2,2,4,9,11,14 233:9
233:18 236:8 242:8
**we've** 12:18 49:22
**Whatever's** 129:20
183:22
**whatsoever** 204:18
**wide** 161:15
**widely** 237:16
**width** 31:21
**Wiedemann** 2:2,2,3 5:14
6:6,22 7:4,10,16,20 8:4
8:8,22 13:17 14:2,10,12
14:17 15:12 16:3 40:6
54:5 68:16 73:23 74:3
80:17,21 96:17,25 97:6
101:22 102:1,21 110:6
110:22 113:7 119:5,10
119:14 127:5 131:13

SPINKS, MELVIN GERALD

9/25/2008

135:1 147:14 153:7,18
154:4,10 160:1 170:4
171:13,22 174:10
202:13,20 204:5,15,21
205:2,7 225:17 226:3,7
227:8 232:18 234:25
236:12,14 238:10,23
239:9,18 240:5 241:11
**WILKINSON** 1:10
**Williams** 155:19
**willing** 15:5
**Wilson** 16:4
**wind** 32:24 52:19 109:9
109:15,16,19,23 110:3
110:16,17 111:9,20,22
112:4,7 195:23 224:11
224:14,15,16
**winds** 61:5,8,15,23
110:19 111:13 224:10
**windshield** 228:12
**wind-driven** 224:21
**wiped** 65:10,25
**withdraw** 135:10 170:23
**withdrawn** 7:8 8:1,3
**witness** 4:6,24 9:19
12:25 13:5 40:11 68:19
96:22 102:5 103:2
110:14 111:5 113:11
119:19 127:8 131:15
147:18 148:8 153:15,24
154:13,18 155:8 156:17
160:5 166:21 170:16
171:16 172:1 174:14
211:12 217:9,25 218:13
226:9 235:2,3 238:2,16
239:7,16 240:2 243:12
244:6
**witnessed** 85:1
**witnesses** 6:11,25 7:3,13
88:2 147:22,24 148:6
148:10,21 151:10,12,22
151:25 152:5,12 153:3
153:9 154:25 155:6,13
156:6,20
**witness's** 30:7 243:2
**woke** 149:6

**word** 56:23 70:10 149:16
**words** 10:3 42:22 57:6
70:21
**work** 11:9 15:9 25:23
34:17 45:9 47:23 50:5
50:5,9 51:3,8,12 66:19
79:2 84:13 99:15,21
132:5 133:5,6,7 142:6
142:10 143:22,25 146:6
146:22 152:14 173:12
206:19 217:20,20
219:24 224:6 229:18,21
231:20 234:15,18,21
**worked** 15:6 18:18,21
19:4,18,20,25 24:15
42:15 229:25 231:10
**working** 25:11 54:24
129:12 173:7 235:7
**works** 28:6
**workshops** 230:23
**world** 28:8 32:12 54:14
**worst** 68:14
**wouldn't** 30:8 48:8 52:17
53:3 87:5 113:3 124:6
186:3 208:19
**write** 42:11
**written** 105:9 208:23
**wrote** 45:23 47:13,19
53:24 62:6,18 63:18,18
63:23 64:23 66:7,8,11
77:20 78:4 94:19,22
104:19 134:24 138:24
205:10 206:13

### X

**X** 5:1 120:6 190:16
**XP** 19:8

### Y

**Y** 120:8 190:20,22
**yeah** 45:11 61:1 72:3,9
77:13 79:9,10 91:20
105:11 107:12 120:25
127:24 134:23 140:23
161:16 182:10 183:9
191:3 210:12 235:9,11

**year** 79:17
**years** 18:21 68:15 229:22
**yesterday** 13:17
**York** 2:11

### Z

**zero** 191:6 207:13
**zones** 51:13,13
**ZWAIN** 3:2

### $

**$268,000** 232:3
**$350** 232:11
**$40,000** 223:22

### 0

**015** 108:5
**02** 108:6
**03** 108:6
**04** 108:6
**05-4182** 1:8
**05-5531** 1:12
**05-5724** 1:13
**06** 9:17
**06-5342** 1:13
**06-6299** 1:14
**06-7516** 1:14
**07-3500** 1:15
**07-5178** 1:15
**08** 14:8,8

### 1

**1** 5:4 20:3,7,7 64:3 69:2
69:17,18,21 90:3
120:10 160:8,13,19
161:6,16 199:5,6,14,20
201:18 207:5,10 209:22
210:3 211:21
**1-D** 47:16
**1.0** 43:2
**1.1** 45:23
**1.2** 60:19
**1.3** 68:25
**1.4** 77:16
**1.8** 160:8
**1.88** 191:20,23

**1:47** 80:13
**10** 77:20 78:8 81:23
82:19 86:17 120:22
129:4 181:12,13 182:4
182:6 192:4,10 193:15
206:25
**10.7** 161:11,16
**10:30** 8:24
**100** 68:15 99:24 104:14
106:24 107:22 130:15
137:15 140:13 143:15
152:3 176:24 231:21
**11** 80:20 93:9 100:5
120:14,24 194:23,25
196:13 201:9,17 208:2
209:16,17,18,24 210:2
211:24 214:15
**11.1** 38:6 197:1,3 201:2
206:3
**11.9** 193:18 194:6
**11:00** 8:25
**11:50** 36:3
**1100** 1:23
**11821** 11:10
**12** 11:10 23:5 45:14
121:3 128:13 131:20
135:14,15 199:17
214:14
**12:41** 69:8
**12:42** 69:11
**12:57** 80:8
**12702** 1:22 6:2
**13** 31:12 138:24 140:22
199:21 211:22 212:11
214:14
**13.1** 161:6
**135** 5:6
**14** 66:10,14 121:7,9
135:7 140:3 142:7
202:6 203:2,8
**148** 5:7
**15** 115:12 121:15 122:10
122:17 132:17 160:11
202:5 215:5
**16** 215:5
**164** 139:1

SPINKS, MELVIN GERALD

9/25/2008

Page 30

**17** 166:8 215:5
**18** 149:1,18 153:20
**180** 121:23 122:9,13,14
**19** 115:1 117:19

---
**2**
**2** 1:8 5:5 22:14,16 36:25
42:2,7 69:1,2 71:2,5,7
80:16 90:3 136:11
141:9 167:12 193:1
196:2,7,10 199:5,10,15
200:9 201:8 212:25
213:5,20 214:24
**2s** 108:8
**2-D** 47:16
**2.1** 81:4 104:20 105:9
**2.2** 114:19
**2.3** 31:12 32:2
**20** 5:4 44:22,23 63:20
64:14 129:4 175:6
236:8
**20001** 2:12
**2002** 129:18 130:7,11,12
130:17,18
**2005** 37:19 188:14 239:4
**2006** 137:8 138:12
149:24
**2007** 48:5 137:10,14
138:15
**2008** 1:24 12:5 231:25
232:2,15 243:20
**21** 175:7 179:25
**22** 5:5 186:5 190:11
**229** 5:8
**23** 88:19
**2300** 2:8 3:9
**231** 5:9
**236** 5:14
**241** 5:15
**25** 1:24 243:20
**2500** 1:23
**26** 137:10 199:22 203:17
205:10
**2715** 2:15
**28** 222:11
**28th** 120:11

**29** 37:19 141:24 188:14
221:6
**29th** 68:2 84:20 120:12
143:24 175:14 239:4
**2900** 3:4

---
**3**
**3** 5:6 72:15 135:25 136:2
136:3 161:25 167:13
175:5 192:6
**3s** 108:8
**3:00** 85:4,4
**3:11** 138:2
**3:20** 138:6
**30** 23:9 44:22,23 122:18
122:22,25 231:17
**30th** 232:22
**300** 99:16 218:20 219:1
219:17
**300,000** 231:22
**32** 11:21
**32,000** 179:18
**3445** 2:23
**3838** 3:4

---
**4**
**4** 5:7 67:22 76:20,22
115:5,9,11,15,22 116:6
120:11 134:11,12,15
137:9 138:17 141:9
148:14,16,17 150:2,4
162:1 192:6 196:16
202:9 205:11,17,20,21
206:18 209:12 210:1
213:18 214:5
**4.0** 197:13
**4:00** 37:17 82:11 85:4
120:15,17 121:24 122:3
122:15,22 164:18,20
174:17 175:16 216:3
**4:30** 41:19 122:23
150:17 164:18,20
175:18
**4:45** 86:1 194:17
**4:46** 194:21
**40** 38:4 71:22 158:15

178:21 179:20 180:6
181:24 182:16 183:1,7
183:21 184:13 231:17
239:2
**400,000** 231:22
**415** 222:5
**415,000** 222:6
**420,000** 222:3

---
**5**
**5** 5:8 71:21 130:1,5
134:10,11 137:13 151:6
191:12 196:5 205:12
209:22 210:21 214:8,9
229:12,15 230:7
**5.0** 215:11 236:17
**5:00** 90:2 91:8,12 114:12
120:20 126:19 141:8
151:14 166:16 167:3
175:21 176:5
**5:10** 149:10
**5:15** 92:19 93:1
**5:30** 37:19 82:12 85:10
88:14 123:8,11,16
125:14 141:18 143:23
144:11,20 147:25
148:23 149:4,15 150:16
151:2,24 152:15 154:15
155:11,21 156:8,23
157:7,20 159:7 161:5
161:10,14 162:2 163:19
164:6 167:3 174:19,21
178:2,3,4 191:22 216:5
227:9 236:7
**5:30ish** 144:21
**5:40** 149:10
**5:41** 233:19
**5:45** 149:5 177:6,9,18,23
178:8 233:22
**5:48** 235:25
**5:50** 149:6 236:5
**50** 33:20 129:4,4 139:1
139:10,12,16,23
**5213** 2:19

---
**6**

**6** 5:9 45:23 54:8 75:15,18
120:13 134:10,11,12,15
142:7,11,14 151:6
152:14 181:11 192:19
192:22,25 193:2 207:21
207:23 208:9,16,18
209:21 210:2,21 213:24
231:23,23
**6:00** 88:14 120:11,13,23
141:8,19 177:12,17
178:3,5,8,9,11,22 179:4
179:13
**6:10** 60:21
**6:15** 179:16,16
**6:30** 91:17
**601** 3:10
**63** 222:8
**650** 2:15

---
**7**
**7** 60:20 116:4 118:18
123:23 126:17 151:6
180:12 188:10,12,17
196:10 207:21,24
**7.1** 193:8 194:6 196:17
**7:00** 92:15 113:21 114:3
114:13 121:1 126:19
165:20 179:14
**7:15** 179:16
**7:30** 39:13 40:2 41:19
58:21 92:15 113:21
145:21 150:21 163:19
163:23 165:20 220:25
**7:30ish** 88:12
**7:45** 179:22 180:1,20
184:4
**70001** 2:20
**70002** 2:24 3:5
**70113** 2:4
**70130** 2:16 3:10
**70163** 1:24
**77429** 1:23 6:3 11:11
**793** 123:7,12,20 125:14
161:5,14

---
**8**

SPINKS, MELVIN GERALD

**8** 5:13 62:18 63:18 64:1
  64:24 142:3 151:6
  178:15,16,17,17 181:11
  181:13 213:6 222:14
**8.2** 177:20 178:11,24
  179:1
**8.9** 193:12
**8:00** 121:4,10 126:20
  185:12,18,22 186:3
**8:20** 38:1,2,10 39:1,8,15
  40:5,21 81:24 165:13
  182:25 184:8,14
**8:30** 38:2 184:9,14,18,20
  187:17
**800** 2:23 124:4 127:1
**821** 2:3
**88** 207:9 208:10,16
  213:24

---
                **9**
**9** 22:23 88:19,21 120:18
  120:21 150:5,8,9 151:6
  157:16 158:21 190:14
  191:12 214:1,1,5
**9.7** 161:14
**9:00** 121:8,10,12,13,14
  185:5 187:18
**9:10** 188:5,14 190:2,3
**90** 82:1
**900** 124:3
**901** 2:11