

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

Volume I – Executive Summary and Overview

June 2009

**FINAL**



U.S. Dist. Ct. E.D. La.
No. 05-4182(K)(2) -- BARGE
DX 145

500 ft or so within both the London Avenue and Orleans Canals were also quite small, with wave heights remaining less than 1 to 1.5 ft throughout these canals during the storm.

Estimated forces on the canal floodwalls are provided. As a close approximation, these forces are similar to what would be expected if the water level at the wave crests were simply taken as the still-water level for force estimation. Maximum individual crest heights are estimated to be about 1 foot above the still-water levels in the vicinity of the breaches in the 17th Street and London Avenue Canals. Depending on the type of failure experienced by these floodwalls, contributions due to waves could be significant in causing gap formation in these locations.

Breaching within the IHNC occurred in locations near the junction of the GIWW/MRGO and IHNC and south of this junction. In this area, waves entering from the north from Lake Pontchartrain and from the east from the Gulf of Mexico are largely dissipated; however, during peak conditions for winds out of the east (around 0900 to 1100 UTC), wave heights of 4 ft or larger were generated within the GIWW/MRGO. These waves propagated into the IHNC and were diffracted and reflected from side to side within this canal. Estimated wave heights are in the 2- to 3-ft range for the area along the Lower Ninth Ward that may have breached early around 0930 to 1030 UTC. Later in the morning, around 1430 UTC, winds had rotated to where they were coming from the north, roughly aligned with the axis of the IHNC, and waves in the 2- to 3-ft range were generated near the southern end of the IHNC.

Similar to the approach used for the canals, observational data were assimilated into water levels along the large flood protection levees in St. Bernard Parish, New Orleans East, and Plaquemines Parish in order to ensure the maximum accuracy possible for calculations at the detailed scale. Mean water levels ranged from slightly below the levee crest to 2 or 3 ft above the levee crests in the St. Bernard Parish area facing northeast along the MRGO. Overtopping would have been extensive along the central portion of this section of levees, even without erosion/breaching; however, extensive erosion/breaching substantially increased the rate of discharge into this area. Results from COULWAVE show that combined wave and mean flow velocities were higher on the back faces of levees than on the front face of the levees (the part of the levee exposed to direct wave attack). This is consistent with observations of partially eroded levees in this area which show much greater erosion on levee back faces in many areas where there is no erosion on the levee front face.

Along New Orleans East Levees, the mean water level appears to have been very close to the levee crest elevation. These levees were exposed to wave overtopping for several hours on the morning of Katrina landfall; and significant erosion/breaching occurred. An interesting contrast was seen along the GIWW, where water levels were also near the crest of the levee but waves were propagating parallel to the crest of the levee rather than normal to it. In this case, even though the wave heights were similar to those along the exposed section of levees in New Orleans East, velocities on the back face of the GIWW Levee section were about 50 percent lower than those estimated for the exposed levee section. Levees along this GIWW section exhibited only minor erosion.

In Plaquemines Parish, the major levees and floodwalls were massively overtopped and many of these failed. Calculations with a Navier-Stokes model were used to show the

and the east-facing levees along the Mississippi River, and in the "pocket" formed by the delta and the Mississippi coast. The storm then pushed that volume of water northward with hurricane strength winds toward the Mississippi coast and into Lakes Borgne and Pontchartrain as the storm tracked to the north. Locally, hurricane force winds from east and east-northeast in advance of the storm center also pushed water against the east-facing levees and floodwalls of the hurricane protection system in Plaquemines, St. Bernard, and Orleans Parishes. The increased water levels in Breton Sound and Lake Borgne allowed considerable wave energy that was generated in the gulf to propagate over and through gaps between the barrier islands, across the inundated wetlands, to the hurricane protection system in Plaquemines, St. Bernard, and Orleans Parishes. Local wave generation also occurred in these inundated areas.

High water levels in Lake Borgne acted to drive water into Lake Pontchartrain (because of the water level difference between the two lakes). In addition to this filling action, locally high winds in Lake Pontchartrain acted to tilt the water surface in the lake, raising the water surface on the downwind side and lowering the water surface on the upwind side of the lake. These same winds created high wave conditions on the downwind side of the lake. Winds blew counter-clockwise about the hurricane's eye, and the storm tracked to the east of Lake Pontchartrain. So as the storm made landfall in Louisiana, tracked north, made final landfall again, and then continued north into Mississippi, wind direction in Lake Pontchartrain changed steadily (winds first from the east, then northeast, then from the north, then northwest, and finally from the west). In response to this changing wind direction, the region of maximum storm surge and high waves translated along the southern half of the lake, moving from west to east.

Throughout the system, the very high water levels and wave energy levels created by Hurricane Katrina exposed the hurricane protection system to considerable hydrodynamic forces. This section provides a general overview of how the wave and water level conditions evolved during the storm. Appendix 5 contains a very detailed discussion of the physics of storm surge wave propagation through the region. The focus for the rest of this volume is characterizing, in much more detail, the water level and wave conditions along the periphery of the hurricane protection system. Forces and loadings on the system created by those conditions are also discussed in more detail. The hydrodynamic conditions created by Katrina are then compared to the conditions which the projects were designed to withstand, from both regional and local, high-resolution hydrodynamic perspectives.

## High-Water Marks and Hydrographs

### Introduction

The Interagency Performance Evaluation Task Force (IPET) study used a combination of measured data and model-simulated data to characterize the time varying water level conditions. Measured data fell into two categories: HWM measurements which capture peak water levels (with some uncertainty); and hydrographs, which capture the water level as a function of time (with more certainty). An extensive post-storm effort was undertaken to identify and survey HWMs following passage of the storm. While certain HWMs capture the peak water levels well, they contain no information about the temporal variation of water level. HWMs also have their



Figure 26.  H*Wind snapshot for 1200 UTC on 29 August, just after landfall near Buras, LA.

All of the IHNC floodwalls and levees were overtopped on 29 August. The peak storm surge elevation in the IHNC was 14.2 ft at 9:00 a.m., as can be seen in Figure 51. This peak water level is about 1.7 ft above the tops of the floodwalls and levees. The reaches where the floodwalls and levees did not collapse have, therefore, survived water loading considerably higher than the design loading.

Initial observations after the hurricane revealed that overtopping had eroded at least one section of levee (without floodwall) along the west bank and had eroded the soil adjacent to the wall at three other locations along the east and west bank (Figure 50). It appeared that water flowing over the floodwall scoured and eroded the levee on the protected side of the I-wall, exposing the supporting sheet piles and reducing the passive resistance, as can be seen in Figure 52. The erosion appeared to be so severe at the breach locations that the sheet piles may have lost all foundation support, resulting in failures of the type shown in Figure 53. Perhaps the best evidence of this scour can be seen along the unbreached reaches of the east bank I-walls, where U-shaped scour trenches were found adjacent to the I-walls. As the scour increased, the I-wall may have moved laterally and leaned toward the protected side, causing the scour trench to grow as the water cascaded farther down the slope until sufficient soil resistance was lost and complete failure occurred.

Although it is clear that the walls were overtopped, and that their stability was compromised by the erosion that occurred, it is also clear that one of the east side breaches occurred before the wall was overtopped. Eyewitness reports indicate that the water level in the 9th Ward near Florida Avenue was rising as early as 5:00 a.m., when the water level in the IHNC was still below the top of the floodwall, as shown by the hydrograph in Figure 54. Stability analyses indicate that foundation instability would occur before overtopping at the north breach on the east side of the IHNC. This breach location is, thus, the likely source of the early flooding in the Lower 9th Ward. Stability analyses indicate that the other three breach locations would not have failed before they were overtopped.

The soil immediately beneath the levees and floodwalls at all four breach locations included marsh, beneath which was clay, and beneath the clay, sand. Through most of their lengths, the critical circles passed through the marsh and clay. The critical circles did not extend to the sand layer beneath the clay.

Formation of a gap on the canal side of the wall, allowing hydrostatic water pressure acting through the full depth of the gap, causes a very significant reduction in the value of the calculated factor of safety. Evidence that a gap did form behind the wall near the breaches can be seen in Figures 55 and 56.

Stability analyses of the north breach on the east side resulted in a computed factor of safety equal to 1.0, with a gap on the canal side of the wall and water in the IHNC at elevation 11.2 ft. This is about 1.0 ft higher than the average IHNC water level at the time floodwater was observed in the Lower 9th Ward. Considering that the effective water level could have been 1.0 ft higher due to wave effects, this result is consistent with the observed IHNC water level when floodwater was first reported in the Lower 9th Ward. Thus, it appears that the north breach

Figure 51. Hydrograph for IHNC.

V-70

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

Volume V  The Performance – Levees and Floodwalls