| AWS ID | WBAN ID | Name | Country | State | Latitude | Longitude | Elevation |
|---|---|---|---|---|---|---|---|
| 722315 | 53917 | LAKEFRONT | UNITED STATES | LOUISIANA | +30.043 | -090.028 | +0002.7 (meters) |

| USAF | WBAN | YR--MODAHRMN | DIR | SPD | GUS | CLG | SKC | L | M | H | VSB | WW | WW | WW | W | TEMP | DEWP | SLP | ALT | STP | MAX | MIN | PCP01 | PCP06 | PCP24 | PCPXX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GMT | | MPH | MPH | | | | | | Miles | | | | | F | F | Mb | inches | Mb | F | F | inches | inches | inches | inches | inches |
| 722315 | 53917 | 200508280053 | 090 | 9 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 88 | 75 | 1007.7 | 29.76 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508280153 | 080 | 10 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 88 | 75 | 1008.0 | 29.77 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508280253 | 090 | 9 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 88 | 75 | 1008.6 | 29.79 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508280353 | 080 | 8 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 88 | 77 | 1008.6 | 29.79 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508280453 | 070 | 11 | *** | 722 | SCT | * | * | * | 10.0 | ** | ** | ** | * | 84 | 73 | 1007.9 | 29.77 | ****** | *** | *** | 0.03 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508280553 | 020 | 13 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 84 | 75 | 1007.4 | 29.75 | ****** | 89 | 80 | ***** | 0.03 | ***** | ***** | ** |
| 722315 | 53917 | 200508280653 | 040 | 17 | *** | 33 | BKN | * | * | * | 10.0 | ** | ** | ** | * | 84 | 75 | 1006.5 | 29.72 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508280753 | 050 | 18 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 84 | 75 | 1006.0 | 29.71 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508280853 | 060 | 16 | *** | 79 | BKN | * | * | * | 10.0 | ** | ** | ** | * | 84 | 75 | 1006.0 | 29.71 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508280953 | 060 | 16 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 82 | 73 | 1005.8 | 29.70 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508281053 | 040 | 17 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 82 | 75 | 1005.8 | 29.71 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508281153 | 050 | 16 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 82 | 75 | 1006.0 | 29.71 | ****** | 85 | 82 | ***** | ***** | 0.03 | ***** | ** |
| 722315 | 53917 | 200508281253 | 060 | 19 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 82 | 75 | 1005.8 | 29.71 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508281353 | 060 | 21 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 84 | 75 | 1005.9 | 29.71 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508281453 | 060 | 21 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 84 | 75 | 1006.2 | 29.71 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508281553 | 070 | 18 | 26 | 722 | SCT | * | * | * | 10.0 | ** | ** | ** | * | 88 | 75 | 1006.2 | 29.72 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508281653 | 070 | 21 | *** | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 88 | 73 | 1005.7 | 29.70 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508281753 | 050 | 23 | 30 | 722 | SCT | * | * | * | 10.0 | ** | ** | ** | * | 90 | 73 | 1004.9 | 29.68 | ****** | 90 | 82 | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508281853 | 060 | 24 | 32 | 46 | BKN | * | * | * | 10.0 | ** | ** | ** | * | 90 | 73 | 1004.2 | 29.66 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508281953 | 070 | 25 | 32 | 722 | CLR | * | * | * | 10.0 | ** | ** | ** | * | 91 | 72 | 1003.2 | 29.63 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282016 | 070 | 29 | 39 | 722 | SCT | * | * | * | 10.0 | 17 | ** | ** | * | 90 | 72 | ****** | 29.61 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282024 | 070 | 25 | 34 | 722 | SCT | * | * | * | 10.0 | ** | ** | ** | * | 90 | 73 | ****** | 29.61 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282053 | 060 | 19 | *** | 47 | BKN | * | * | * | 10.0 | ** | ** | ** | * | 90 | 73 | 1002.6 | 29.61 | ****** | *** | *** | ***** | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282105 | 080 | 19 | 40 | 38 | BKN | * | * | * | 1.8 | 65 | ** | ** | * | 82 | 75 | ****** | 29.62 | ****** | *** | *** | 0.06 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282111 | 070 | 16 | *** | 38 | BKN | * | * | * | 3.0 | 61 | ** | ** | * | 84 | 75 | ****** | 29.61 | ****** | *** | *** | 0.06 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282153 | 050 | 23 | 31 | 48 | OVC | * | * | * | 10.0 | 61 | ** | ** | * | 84 | 75 | 1002.3 | 29.60 | ****** | *** | *** | 0.06 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282229 | 070 | 22 | 33 | 24 | OVC | * | * | * | 4.0 | 63 | ** | ** | * | 82 | 75 | ****** | 29.60 | ****** | *** | *** | 0.03 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282253 | 060 | 30 | 39 | 29 | OVC | * | * | * | 5.0 | 61 | ** | ** | * | 82 | 75 | 1002.7 | 29.61 | ****** | *** | *** | 0.08 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282306 | 050 | 30 | 36 | 37 | OVC | * | * | * | 5.0 | 61 | ** | ** | * | 82 | 75 | ****** | 29.61 | ****** | *** | *** | 0.01 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282315 | 050 | 28 | 36 | 29 | OVC | * | * | * | 5.0 | 63 | ** | ** | * | 82 | 75 | ****** | 29.61 | ****** | *** | *** | 0.02 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282331 | 050 | 25 | *** | 29 | OVC | * | * | * | 7.0 | 61 | 17 | ** | * | 82 | 75 | ****** | 29.59 | ****** | *** | *** | 0.03 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282338 | 040 | 26 | 32 | 49 | OVC | * | * | * | 8.0 | 61 | 17 | ** | * | 82 | 75 | ****** | 29.59 | ****** | *** | *** | 0.03 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508282353 | 020 | 24 | 31 | 47 | OVC | * | * | * | 6.0 | 61 | 17 | ** | * | 82 | 75 | 1002.0 | 29.59 | ****** | 91 | 82 | 0.04 | 0.18 | ***** | ***** | ** |

U.S. Dist. Ct. E.D. La.
No. 05-4182(K)(2) -- BARGE
DX 338

| AWS ID 722315 | WBAN ID 53917 | Name LAKEFRONT | Country UNITED STATES | State LOUISIANA | Latitude +30.043 | Longitude -090.028 | Elevation +0002.7 (meters) | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USAF | WBAN | YR--MODAHRMN GMT | DIR | SPD MPH | GUS MPH | CLG | SKC | L | M | H | VSB Miles | WW | WW | WW | W | TEMP F | DEWP F | SLP Mb | ALT inches | STP Mb | MAX F | MIN F | PCP01 inches | PCP06 inches | PCP24 inches | PCPXX inches | SD inches |
| 722315 | 53917 | 200508290000 | 020 | 23 | 31 | 38 | OVC | * | * | * | 2.0 | 61 | ** | ** | * | 82 | 77 | ****** | 29.59 | ****** | *** | *** | 0.05 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290012 | 020 | 28 | 33 | 33 | OVC | * | * | * | 8.0 | 61 | ** | ** | * | 82 | 75 | ****** | 29.59 | ****** | *** | *** | 0.05 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290053 | 040 | 29 | 39 | 46 | OVC | * | * | * | 8.0 | 61 | ** | ** | * | 82 | 75 | 1001.7 | 29.58 | ****** | *** | *** | 0.08 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290153 | 040 | 37 | 45 | 722 | SCT | * | * | * | 10.0 | 61 | ** | ** | * | 81 | 75 | 1000.9 | 29.56 | ****** | *** | *** | 0.00T | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290253 | 040 | 40 | 48 | 59 | BKN | * | * | * | 10.0 | 61 | ** | ** | * | 81 | 75 | 1000.1 | 29.54 | ****** | *** | *** | 0.01 | ***** | ***** | 0.09 | ** |
| 722315 | 53917 | 200508290332 | 040 | 38 | 48 | 42 | BKN | * | * | * | 6.0 | 95 | 80 | ** | * | 81 | 75 | ****** | 29.51 | ****** | *** | *** | 0.02 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290353 | 040 | 39 | 49 | 38 | OVC | * | * | * | 6.0 | 61 | 17 | ** | * | 81 | 75 | 998.9 | 29.50 | ****** | *** | *** | 0.03 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290401 | 050 | 39 | 47 | 41 | OVC | * | * | * | 6.0 | 61 | ** | ** | * | 81 | 75 | ****** | 29.50 | ****** | *** | *** | 0.00T | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290453 | 040 | 43 | 56 | 32 | OVC | * | * | * | 2.5 | 63 | ** | ** | * | 81 | 75 | 997.2 | 29.45 | ****** | *** | *** | 0.10 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290501 | 050 | 46 | 57 | 19 | OVC | * | * | * | 2.0 | 65 | ** | ** | * | 81 | 75 | ****** | 29.43 | ****** | *** | *** | 0.02 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290511 | 040 | 41 | 53 | 32 | OVC | * | * | * | 2.5 | 63 | ** | ** | * | 81 | 75 | ****** | 29.42 | ****** | *** | *** | 0.05 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290519 | 040 | 45 | 63 | 42 | OVC | * | * | * | 4.0 | 61 | ** | ** | * | 81 | 75 | ****** | 29.43 | ****** | *** | *** | 0.05 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290526 | 040 | 47 | 63 | 32 | OVC | * | * | * | 1.8 | 65 | 10 | ** | * | 79 | 75 | ****** | 29.40 | ****** | *** | *** | 0.08 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290537 | 040 | 45 | 59 | 34 | OVC | * | * | * | 3.0 | 61 | ** | ** | * | 81 | 75 | ****** | 29.40 | ****** | *** | *** | 0.10 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290553 | 040 | 44 | 56 | 27 | OVC | * | * | * | 2.0 | 63 | ** | ** | * | 81 | 75 | 995.6 | 29.40 | ****** | 82 | 79 | 0.16 | 0.38 | ***** | ***** | ** |
| 722315 | 53917 | 200508290600 | 040 | 45 | 56 | 22 | OVC | * | * | * | 0.8 | 65 | 10 | ** | * | 79 | 75 | ****** | 29.38 | ****** | *** | *** | 0.10 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290612 | 040 | 45 | 60 | 22 | OVC | * | * | * | 1.8 | 63 | 10 | ** | * | 79 | 75 | ****** | 29.37 | ****** | *** | *** | 0.17 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290623 | 040 | 47 | 59 | 21 | OVC | * | * | * | 0.8 | 65 | 10 | ** | * | 79 | 75 | ****** | 29.35 | ****** | *** | *** | 0.31 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290639 | 030 | 44 | 59 | 17 | OVC | * | * | * | 1.3 | 65 | 10 | ** | * | 79 | 75 | ****** | 29.33 | ****** | *** | *** | 0.44 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290653 | 040 | 52 | 68 | 16 | OVC | * | * | * | 1.0 | 65 | 10 | ** | * | 79 | 75 | 992.9 | 29.32 | ****** | *** | *** | 0.55 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290700 | 040 | 44 | 62 | 16 | OVC | * | * | * | 0.8 | 65 | 10 | ** | * | 79 | 75 | ****** | 29.31 | ****** | *** | *** | 0.05 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290707 | 040 | 53 | 67 | 20 | OVC | * | * | * | 1.0 | 65 | 10 | ** | * | 79 | 75 | ****** | 29.30 | ****** | *** | *** | 0.13 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290715 | 040 | 47 | 67 | 13 | OVC | * | * | * | 1.0 | 65 | 10 | ** | * | 79 | 75 | ****** | 29.29 | ****** | *** | *** | 0.18 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290727 | 030 | 40 | 54 | 16 | OVC | * | * | * | 1.0 | 61 | 10 | ** | * | 79 | 75 | ****** | 29.28 | ****** | *** | *** | 0.28 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290735 | 030 | 40 | 52 | 15 | OVC | * | * | * | 0.8 | 65 | 10 | ** | * | 79 | 75 | ****** | 29.26 | ****** | *** | *** | 0.48 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290744 | 050 | 44 | 71 | 12 | OVC | * | * | * | 0.5 | 65 | 44 | ** | * | 79 | 75 | ****** | 29.25 | ****** | *** | *** | 0.70 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290753 | 040 | 44 | 56 | 19 | OVC | * | * | * | 1.0 | 65 | 10 | ** | * | 79 | 75 | 990.0 | 29.24 | ****** | *** | *** | 0.75 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290803 | 030 | 43 | 64 | 9 | OVC | * | * | * | 2.5 | 65 | 10 | ** | * | 79 | 75 | ****** | 29.20 | ****** | *** | *** | 0.01 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290809 | 030 | 45 | 54 | 22 | OVC | * | * | * | 1.5 | 61 | 10 | ** | * | 79 | 75 | ****** | 29.21 | ****** | *** | *** | 0.07 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290816 | 030 | 43 | 57 | 7 | OVC | * | * | * | 0.5 | 44 | ** | ** | * | 79 | 75 | ****** | 29.18 | ****** | *** | *** | 0.32 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290821 | 030 | 47 | 55 | 10 | OVC | * | * | * | 0.3 | 44 | ** | ** | * | 79 | 75 | ****** | 29.18 | ****** | *** | *** | 0.53 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290828 | 030 | 44 | 59 | 3 | OVC | * | * | * | 0.3 | 44 | ** | ** | * | 79 | 75 | ****** | 29.17 | ****** | *** | *** | 0.93 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290836 | 090 | 34 | 52 | 1 | OVC | * | * | * | 0.3 | 44 | ** | ** | * | 77 | 75 | ****** | 29.14 | ****** | *** | *** | 1.44 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290843 | 030 | 51 | 60 | 1 | OVC | * | * | * | 0.5 | 65 | 44 | 18 | * | 79 | 75 | ****** | 29.08 | ****** | *** | *** | 1.66 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290846 | 030 | 52 | 70 | 11 | OVC | * | * | * | 0.5 | 65 | 44 | 18 | * | 79 | 75 | ****** | 29.11 | ****** | *** | *** | 1.75 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290853 | 050 | 54 | 85 | 11 | OVC | * | * | * | 0.5 | 44 | ** | ** | * | 79 | 75 | 986.1 | 29.12 | ****** | *** | *** | 1.80 | ***** | ***** | 3.10 | ** |
| 722315 | 53917 | 200508290900 | 050 | 48 | 76 | 19 | OVC | * | * | * | 1.0 | 10 | ** | ** | * | 79 | 75 | ****** | 29.11 | ****** | *** | *** | 0.02 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290929 | 030 | 48 | 61 | 17 | OVC | * | * | * | 0.8 | 10 | ** | ** | * | 79 | 75 | ****** | 29.05 | ****** | *** | *** | 0.21 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290937 | 030 | 53 | 64 | 18 | OVC | * | * | * | 0.5 | 44 | ** | ** | * | 79 | 75 | ****** | 29.02 | ****** | *** | *** | 0.34 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290945 | 020 | 55 | 69 | 14 | OVC | * | * | * | 0.5 | 44 | ** | ** | * | 79 | 75 | ****** | 28.96 | ****** | *** | *** | 0.46 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508290953 | 030 | 54 | 71 | 13 | OVC | * | * | * | 0.5 | 44 | ** | ** | * | 79 | 75 | 980.4 | 28.96 | ****** | *** | *** | 0.58 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508291003 | 030 | 56 | 74 | 13 | OVC | * | * | * | 0.3 | 44 | ** | ** | * | 79 | 75 | ****** | 28.93 | ****** | *** | *** | 0.22 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508291029 | 040 | 54 | 84 | 8 | OVC | * | * | * | 0.3 | 44 | ** | ** | * | 79 | 75 | ****** | 28.88 | ****** | *** | *** | 0.73 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508291053 | 040 | 61 | 84 | 8 | OVC | * | * | * | 0.3 | 44 | ** | ** | * | 79 | 75 | 975.6 | 28.81 | ****** | *** | *** | 1.72 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508291102 | 050 | 55 | 82 | 10 | OVC | * | * | * | 0.5 | 44 | ** | ** | * | 79 | 75 | ****** | 28.77 | ****** | *** | *** | 0.12 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508291105 | 030 | 60 | 81 | 8 | OVC | * | * | * | 0.3 | 44 | ** | ** | * | 79 | 75 | ****** | 28.76 | ****** | *** | *** | 0.25 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508291119 | *** | *** | *** | 15 | OVC | * | * | * | 4.0 | 44 | ** | ** | * | 79 | **** | ****** | 28.70 | ****** | *** | *** | 0.49 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508291153 | 040 | 69 | 86 | 9 | OVC | * | * | * | 0.3 | 44 | ** | ** | * | 79 | **** | 967.9 | 28.59 | ****** | 80 | 77 | ***** | 6.63 | 7.19 | ***** | ** |
| 722315 | 53917 | 200508291216 | *** | *** | *** | *** | *** | * | * | * | **** | ** | ** | ** | * | **** | **** | ****** | ***** | ****** | *** | *** | 0.37 | ***** | ***** | ***** | ** |
| 722315 | 53917 | 200508291253 | *** | *** | *** | *** | *** | * | * | * | **** | ** | ** | ** | * | **** | **** | 958.4 | ***** | ****** | *** | *** | 0.37 | ***** | ***** | ***** | ** |