1

L. R. Lemon Meteorological Services, INC.
16416 Cogan Drive, Independence, MO 64055
Tel: 816-213-3237
E-mail: lrlemon@comcast.net

# Hurricane Katrina: Radar Analysis Concerning Inner Harbor Navigation Canal Between Florida Avenue & Claiborne Avenue

Undertaken For

Goodwin Procter LLP
901 New York Ave. NW
Washington, D.C. 20001

Prepared by:

Leslie R. Lemon

May 20, 2010


U.S. Dist. Ct. E.D. La.
No. 05-4182(K)(2) -- BARGE
DX 311

## **Statement of Findings**

1. I have studied the WSR-88D Doppler Radar (KLIX) data for the New Orleans area for the period from 7:00 p.m. CDT on August 28, 2005 through 8:54 a.m. CDT on August 29, 2005 to assess the direction of the winds blowing at the Inner Harbor Navigation Canal during that time period. The radar data show that, during this time period, the winds at the location of the Inner Harbor Navigation Canal, where the Barge ING 4727 was located, always had a significant component from the northeast (north very late in the period) and did not have a component from the west or southwest.

2. The radial velocities measured by the radar between 7:00 p.m. CDT on August 28 and 8:54 a.m. CDT on August 29 had a directional component of $026^{O}$, which is from the northeast. Because the orientation of the canal was $015^{O}$, the wind would force the barge toward the west side of the Inner Harbor Navigation Canal during those hours.

3. I have analyzed the WSR-88D Doppler Radar (KLIX) data and images for the New Orleans area for the period from 7:00 p.m. CDT on August 28, 2005 through 8:54 a.m. CDT on August 29, 2005 to determine whether any mesocyclonic storms passed over the Inner Harbor Navigation Canal during that time period. At no time during this period did a mesocyclone pass over the Inner Harbor Navigation Canal. Thus, the barge did not experience microburst winds or wind gusts associated with mesocyclones. Mesocyclones did not, at any time, affect the barge during the analysis period.

4. I have analyzed the NEXRAD Doppler Radar data for the period from 7:00 p.m. CDT on August 28, 2005 through 8:54 a.m. CDT on August 29, 2005 to determine whether there were winds with multi-directional components at the Inner Harbor Navigation Canal site during that time period. The measured radar data throughout this period showed that winds tended to be uniform and there were no indications at all of multi-directional components.

5. I have analyzed the expert report of David Mitchell submitted in April 2010 in this matter. Based on my review of that report and of the underlying WSR-88D base radar data, I conclude that Dr. Mitchell's report contains basic errors of rendering and interpretation of the radar data which lead to unsubstantiated and erroneous conclusions. Had Dr. Mitchell carried out a proper analysis and interpretation of the radar data, he would not have concluded that the Inner Harbor Navigation Canal was subject to mesocyclones, microbursts, or multi-directional flow during the early morning hours of August 29, 2005.

I am a research meteorologist at the Warning Decision Training Branch, a division of the National Weather Service (NWS) / National Oceanographic and Atmospheric Administration (NOAA), in Norman, Oklahoma. I have devoted over forty years of my career to the study of severe storms (i.e., severe thunderstorms, mesocyclones, tornadoes, and similar events), and in particular to the development and use of radar technology to identify and understand such storms. A copy of my curriculum vitae is attached at the end of this report. Among other things, I served as the Manager, Weather Systems Development, lead meteorologist, and Program Control Manager for the development of the NEXRAD (WSR-88D) advanced Doppler weather radar program. In 1997, I received The Award for Outstanding Contribution to the Advance of Applied Meteorology from the American Meteorological Society "for pioneering work including design and development of the WSR-88D Doppler weather radar system. I continue to work with the NWS Radar Operations Center and serve on the ROC Data Quality Committee, and Dual Polarization Data Quality Committee, and continue to conduct global radar and severe storms training, and radar applications development. As such, I am intimately familiar with the proper interpretation of WSR-88 radar images and data, including the radar images and data cited and relied upon by Dr. Mitchell.

# **Reasoning**

1. Doppler Radar Basics

The information in this section and following sections can be found in on-line "DLOC" training articulates and student guides from the Warning Decision Training Branch web site found here:

http://www.wdtb.noaa.gov/index.html and here: http://www.wdtb.noaa.gov/courses/dloc/outline.html

Doppler radar measures three base moments, that of radar reflectivity or power returned, mean radial Doppler velocity along the beam, and velocity spectrum width which is proportional to shear (e.g., multidirectional flow) and turbulence within the "pulse volume". Most people are familiar with the conventional radar reflectivity. While the weather radar transmits a narrow "pencil" beam of microwave energy with peak power up to 750 KW, the parabolic antenna receives backscattered power of only $10^{-13}$ to $10^{-16}$ watts. This power is amplified and displayed. The reflectivity data levels are in logarithmic units of dBZ and are a function of the number of rain drops (also known as hydrometeors) in the pulse volume and the drop diameter raised to the 6th power. In hurricanes radar reflectivity of 50 dBZ or greater is extremely heavy rain with 0 visibility. The pulse volume is similar to a hockey puck or a disc in space with the diameter of the beam and with a narrow depth of about 250 meters or .13 nautical miles (nm).

Doppler radar displayed velocity data is in knots and is known as "Mean Radial Velocity". That is, the radar does not measure the wind directly but rather velocity that is either toward the radar (negative) or away (positive) from the radar along the radar beam. This is a wind component parallel to the beam but not the wind itself. All motion that is perpendicular to the radar beam is invisible to the radar. For this reason we must infer the wind from the displayed velocity and knowledge of the environment. It is known as "mean velocity" because it is essentially the average velocity of all rain drops within the pulse volume. In other words it is the mean of all the droplet velocities illuminated by the radar in the pulse volume.

Velocity Spectrum Width is proportional to the wind shear (e.g., multidirectional flow) and turbulence within the pulse volume. It is in the units of knots and is essentially the spread of the droplet velocities within the pulse volume. In other words, if there are large and rapid changes in motion within the beam then the spectrum widths would be very "broad" or in the range of 20 to 30 knots or more. If spectrum widths are low and in a narrow range such as 0 to 12 knots then the flow within the beam is much more uniform and "smooth".

The radar "scans" the atmosphere by rotating continuously and with each full rotation it then steps upward a small angle and then rotates again, stepping upward until it scans at $19.5^{o}$ and then returns to $0.5^{o}$ where it begins a new "volume scan". The radar volume scan begins with this very small antenna tilt or angle of $0.5^{o}$ to avoid ground targets as much as possible yet still scan close to the ground. This

allows the radar to sample the full atmosphere surrounding the radar up to 70,000 feet and out to a range of about 250 nm every 5 to 6 minutes.

A very important aspect of radar data interpretation involves the fact that as a first approximation the radar beam travels straight outward from the radar antenna. But in reality the beam is bent slightly downward due to the changing refraction of the atmosphere. In other words the increasing density of the atmosphere with a decreasing altitude causes the beam to bend downward slightly. However, as a first approximation the beam is straight. But the earth's curvature drops out from under the beam. The result is that with increasing range from the radar the higher aloft is the beam. At the same time the beam width is about $1^o$ of arch length in the case of the Weather Surveillance Radar-1988 Doppler (WSR-88D). The WSR-88D radar near New Orleans has the call sign "KLIX".

At the range of the barge in the IHNC the beam is centered at 1128 feet above mean sea level. Beam width at that range is about 1980 ft. Therefore the beam covers the altitude above the barge from about 138 ft up to 2118 ft.

The radar transmits in "pulses" or short bursts of power and then the transmitter shuts down while the receiver and signal processor "listens" for the returning signals. In other words, the radar is listening and waiting for power from the transmitted pulse to return to the radar. Because the radar transmits in pulses it is possible to measure the range to intercepted targets. But this causes certain limits to these measurements. These limits are known as an "unambiguous velocity" and an "unambiguous range" meaning there are also ambiguities in range and velocity. The unambiguous limits are related such that the product of both is equal to a constant. Moreover, this then means that the system has to have algorithms that dealiase or "unfold" ambiguous velocities and ambiguous ranges. But as always, algorithms are not failsafe and this forces the meteorological operators and meteorologists who interpret the data to be very careful to detect these failures and note that improperly unfolded ranges and especially velocities are present. (This was the case at times with the velocities over the IHNC. They had to be "dealiased" or "unfolded" to be properly interpreted – something Dr. Mitchell failed to do.) All the processed data is passed on automatically to the meteorological algorithms such as the Mesocyclone and Tornado detection algorithms. If these velocity and range dealiasing failures occur then they will cause incorrect algorithm output. However, with careful examination of the base data products that are also available to the meteorologist, he or she can at least detect and take account of the failure while not being able to correct. For this and other reasons we train NWS meteorologists not to use these algorithms for warning issuance but almost exclusively base data and environmental analysis. This will be important in later discussions.

2. Doppler Velocity Data Interpretation

While the Reflectivity products are relatively easy to interpret during Katrina with images displaying spiral rain bands, discreet storms of 35 dBZ to over 50 dBZ within these bands, and the hurricane eye, velocity products can be more difficult to interpret. First we must recognize that by convention, inbound

Mean Radial Velocity data is negative and displayed in cool colors such as shades of green and outbound velocities are positive in warm colors such as red. The brighter the green, the stronger the radar relative inbound velocity and the brighter the red, the stronger the outbound velocity.

When analyzing a Doppler velocity product of the type and coverage shown in Fig. 1 it is obvious that there are sufficient tracers or hydrometeors surrounding the radar. To begin the process of deriving the wind field associated with a large, radar centered, Doppler velocity product, the line of zero (0) velocity is identified (Fig. 1). Recall that the radar only detects velocity that is parallel or along the radar beam. Therefore, when the velocity is 0 there are two possibilities. The first possibility is that the wind is actually calm within the pulse volume. This can and does occur but is rare. More often, the wind is entirely perpendicular to the radar beam at the location of the 0 line of Doppler Velocity.



**Figure 1.** Doppler radar base velocity product schematic with derived wind vectors (light blue) overlaid.

Thus, where the 0 line crosses the radar radial (the beam) the flow is perpendicular to the beam. Moreover, the flow is crossing from the negative (inbound) side to the positive or outbound side of the 0 isodop (line of constant Doppler velocity). Note the wind vectors at the 0 line in Fig 1.

The second rule is to find the location(s) of the strongest inbound and strongest outbound velocity. It is assumed that the wind is entirely (or nearly so), blowing directly toward the radar (when negative

velocity) and away from the radar (when positive velocity) at those locations. This means that the radar is pointed directly into the wind at that location or from the direction of the wind. With the wind having been derived at those locations then the remainder of the wind field is derived as in Fig. 1. A final check can be applied by considering the larger scale winds at the surface and aloft determined from other sources.

   3. <u>Hurricane Katrina Doppler Velocity</u>

Relative to Hurricane Katrina we have two other advantages in deriving the wind field. First, most everyone knows that the circulation is a vortex. But more technically it is a vortex called a Combined Rankin vortex which, as a first approximation, all atmospheric vortices resemble. That is, this vortex has a "solid body" core circulation with a surrounding "potential" vortex.



**Figure 2.** A Base Reflectivity product generated on 8/29/2005 at 08:53:19 GMT (3:53:19 AM CDT) at an antenna elevation of $0.5^o$ from the New Orleans, LA National Weather Service WSR-88D radar, KLIX.

The solid body core circulation at its center has a wind speed of 0 that increases outward to the band of maximum winds at a fixed radius. In the case of the hurricane the fixed radius and core circulation is the eye and eye wall itself. (Whereas the hurricane is a storm having a core diameter of a ~ 20 to 60 nm, the mesocyclone has much the same structure but its core diameter is only about 1 to 5 nm.)

The second advantage we have in solving the velocity profile is we can simply look at the radar reflectivity distribution (Fig.2). Here we see curved bands of echo and somewhat discreet echoes in some bands surrounding the eye. The curved bands and discreet echoes are rotating counter clockwise around the eye within the very strong, large scale (synoptic), dominant hurricane vortex winds.



**Figure 3.** Same as in Fig. 2 except that this is a Doppler radar Mean Radial Velocity product. Note that the purple areas are range "overlaid" echo that could not be unfolded. The black areas are where any precipitation is too weak to detect. The small yellow dot south southwest of the radar is the location of the barge ($206^o$ at 23 nm) in the IHNC. Note the resolved wind flow derived from the Doppler velocity data, reflectivity data, and the large scale flow field of hurricane Katrina.

With the above knowledge we can rather quickly resolve the flow field seen in Fig. 3. To the south southeast of the radar and extending southward out to the range extent of the velocity data is the 0 velocity contour (dark green and dark red). We know that all along this 0 velocity contour the wind is perpendicular to the radar radial (and radar beam) and that the wind vector crosses from the green (inbound) to the red (outbound) regions. This is illustrated by the middle white arrow to the south southeast of the radar. The same analysis can applied to the north of the radar. Southeast of the radar the winds are generally from the southeast (green or inbound) and are illustrated by the arrow to the southeast nearest to the edge of the velocity data. As the wind flow follows the arrows in the green area it turns and crosses through the 0 contour as we have already explained. They then turn to a strong

northeast direction (more directly outbound from the radar). The arrow just to the south southeast of the barge location (yellow dot) illustrates the wind field around the barge location. Note where some of the brightest red is located in the region generally located at 228° and at 25 nm, not far to the west northwest of the barge location. Here, these velocities have been correctly unfolded since they exceeded the velocity limit of the radar (+/- 64 kt).

Let's consider more carefully what folding or aliased velocity means. For example, when velocity folding occurs, the velocity will increase along a radial until, as the velocity increases, it will reach the maximum unambiguous value and flip from +64 kts (in this case the maximum unambiguous value) to -64 kts (where it now becomes ambiguous). The same can occur when moving from increasing negative values to become ambiguous positive values. When this occurs it is said to "fold". It "folds" from one end of the velocity spectrum to the other end of the scale and to the opposite sign. When this occurs these velocities become ambiguous. As velocity further increases, the ambiguous velocity progressively becomes smaller than +64 or -64 and moves toward 0. In fact, it is even possible to pass the unambiguous value *twice* or even more. So the true velocity is ambiguous. As I will show later, Dr. Mitchell was working with velocity values that had not been properly dealiased or unfolded and he failed to recognize that fact causing him to misinterpret the data.

Now we turn our attention back to Katrina. In this case at about 1200 ft above the surface and west northwest of the barge, northeast winds have increased but have been dealiased or unfolded correctly to +70 to +90 kts. (Because we are aloft the winds are stronger than at the surface but still from the same direction.)

Southeast of the radar over the water near the edge of the good velocity data the Doppler velocities are near or just over 100 kts and inbound or toward the radar from the southeast and have been correctly unfolded. Here the beam center height is around 4500 ft ARL (Above Radar Level) and this area is nearer the eye of the hurricane.

### 4. Mesocyclonic Storms

In the sections above I have examined larger scale velocity products and how we solve the velocity patterns in those cases. Here we turn our attention to the smaller scale velocity signatures associated with thunderstorms (Fig. 4).



**Figure 4.** Small vs. large scale velocity patterns. Note the large scale zero velocity pattern near the radar and the individual storm to the north.

However, I will not neglect the rules discussed above, but when diagnosing individual much smaller-scale storms, I add knowledge of those storms in particular to the process. A case in point is in teaching National Weather Service meteorologists. We, (I and my colleagues) at WDTB, (or me when I teach internationally) teach the types of thunderstorms and the flow structure and life cycle of these storms and then teach how the velocity patterns reveal that flow structure. For example, when storms are close enough to the radar the airflow into the updraft near the surface can be detected. This is called low-level *convergence* which means air flowing into a region from surrounding areas. (Thunderstorms draw air in at low levels and exhaust that air near the storm top.) Air converges or is drawn into the updraft in low-levels in all thunderstorms, severe or non-severe (Fig. 5, left). But in the case of severe storms the convergence is stronger (higher velocity inflow into the updraft base) producing stronger updrafts.



**Figure 5.** Orientation of the inbound/outbound maxima for pure convergence on the left.  Note the location of the radar (RDA).  On the right can be seen the orientation of the inbound/outbound maxima for pure divergence.  Note the location of the radar (RDA).

Airflow outward from the storm summit and the base of the storm in the downdraft is shown on the right.  But the signature of greatest importance here is the one on the left as will be shown.

Under certain environmental conditions some storms become "supercells" or storms that contain a deep, persistent mesocyclone (see Fig. 4 north of the radar).  A supercell is a convective storm containing a mesocyclone.  They are relatively rare.  The mesocyclone is a deep persistent swirl or rotation within the storm extending upwards ~2/3rds of the storm depth when mature involving both the updraft and a rear flank downdraft.  Its presence in the storm brings about greater stability and organization that augments and prolongs both updraft and downdraft.  Storms containing these mesocyclones are named supercells because they are often severe and are also longer lived.  Most tornadoes are produced by supercells.  Supercells can be large storms especially in the Great Plains of the United States where they can be 30 or 35 miles across with storm tops of up to 65,000 ft or more.  Supercells, no matter where they are found, whether over water in the tropics or land outside the tropics and no matter the sub type, they possess the same radar and airflow structure.  A review of that structure and airflow of the supercell storm and the mesocyclone can be found in Lemon and Doswell (1979).

In tropical storms and hurricanes a much smaller class or subtype of supercell can develop that are often referred to as "mini supercells" or "low topped supercells" because they are much smaller in all dimensions but are supercells, none-the-less.  They are still mesocyclonic and can still occasionally produce tornadoes, although these tornadoes are much more often weak.  Hail almost never occurs with these storms because of the deep and very warm airmass of the hurricane.  Additionally, surface damaging winds and downbursts are far less likely with these hurricane associated storms because they lack a surface "cold pool" (McCaul and Weisman, 1996).  Microbursts or downbursts are very rare in these storms.  The mesocyclone rotation and the supercell structure owe its origin to the ambient shear of the horizontal wind (Lemon and Doswell, 1979) and tilting of that shear into the vertical.



**Figure 6.** Orientation of the inbound/outbound maxima for pure cyclonic rotation on left. Note the location of the radar (RDA). On the right is the orientation of the inbound/outbound maxima for cyclonic convergence. Note the location of the radar (RDA). Both are mesocyclones.

The most important aspect of the supercell is the mesocyclone (Figure 6). The core of these circulations are normally about 2 to 5 nm across but with these mini supercells the mesocyclone is also often reduced in size, at times the core circulation may be only about 1 nm across. That was the case with some of those in Katrina.

In the typical life cycle of the supercell the mesocyclone first appears in mid-levels of the storm as a pure cyclonic circulation (Fig. 6, left). With time the circulation may descend to the surface as a convergent cyclonic circulation (Fig. 6, right) but at other times they remain aloft. Strong tornadoes, when they develop in these storms, are recognized on radar by a very strong gate-to-gate shear near the center of the mesocyclone. These also sometimes develop aloft and descend with time to the surface.

Normally supercells develop with land falling hurricanes in the right front quadrant of the hurricane. Relative to Katrina this was in the northeast quadrant and that is exactly where these supercells and their attendant mesocyclones formed, i.e., over the coastal waters of Mississippi and somewhat inland there. But as they moved to the front or left front of the hurricane with time they would weaken and dissipate.

It is important to realize that with these moving storms the circulation of the mesocyclone actually becomes most apparent *relative* to that moving storm and not relative to the ground. It is for this reason that mesocyclones are best seen using a *Storm Relative* Mean Velocity product (same resolution as base velocity ($1^o$ x .25 km)) . This is what is taught at the Warning Decision Training Branch (WDTB) and is the practice in the NWS. In other words the circulation is manifest best in a storm relative framework not in a ground relative framework. Of course, when the storm is moving only slowly there is little difference between the two. But when the storms are moving rapidly the circulations are mostly confined to the storm relative framework and the environmental (synoptic) wind dominates as with Katrina. As noted, this was also due to the lack of the surface cold pool in the case of hurricanes.

### 5. <u>The Role of Algorithms in the National Weather Service.</u>

The evaluation of storms by the Warning Forecaster in the NWS is done by a close examination of the large scale environment, the near storm environment, and the radar base products. All these data are then compared to the mental models of severe storms. When the forecaster is able to match all these data to one of these models he or she has learned, then they will issue the warning. However, if something is missing in the data or the environment, then the warning may not be issued but instead the meteorologist will closely watch the storm for further development.

Meteorological algorithms, on the other hand, are applied in the NWS as a "safety net" (if at all) but one with serious limitations. As explained previously, failures in range and velocity unfolding (dealiasing) can cause meteorological algorithms to fail. Improperly set algorithm adaptable parameters can cause the same. Failure will most often result in false detections. Also, other errors in the data such as noise or a bad data points can also cause failures in the algorithms and false positives. For this reason algorithm output is *never* used to issue a warning (and often not used at all). In fact, every positive finding by an algorithm must be investigated by the warning forecaster before being used. This investigation is carried out using the base products like those shown in this report. The vast majority of mesocyclone and TVS algorithm findings are false positives. Much work remains to be done.

### 6. <u>Katrina Associated Supercells and Mesocyclones</u>

As has been stated earlier, Katrina was a hurricane that was producing mini supercells and therefore mesocyclones. And as is typical, these supercells would develop in the right front quadrant but as they passed into the left front quadrant (where the IHNC was located) they would quickly weaken and dissipate. All mini supercells were identified and tracked through the analysis period of this study. As will be shown, none were found to have moved over the IHNC or the barge or to have influenced either.

As examples, two of these mesocyclones associated with two mini supercells can be clearly seen in Fig. 7. Note from the background map in the upper left is Bay St. Louis. These supercells were moving from the east (right to left) at about 50 kts. The KLIX radar is outside the frame toward the upper left. The beam is intercepting the farthest west (left) supercell at about 2000 ft Above Radar Level and about 5,000 ft ARL for the second supercell. Note that in the upper left Base Velocity portion of the product all velocities are negative or inbound in a ground and radar relative framework. So at the altitude scanned by the radar at this time the mesocyclones did not reverse the flow at all.

However, note that in the lower left portion of the Fig. 7. product is the *Storm Relative* Velocity image. Here we can now see the green (negative) velocities adjacent to the dark pink (positive) velocities. Making this velocity product storm relative enables the meteorologist to much more clearly see the circulation. The mesocyclones here essentially match those in the left portion of Fig. 6. In other words these are very nearly pure rotation. However, both these circulations are asymmetric or unbalanced from the perspective of the inbound vs. the outbound velocities. This is because nearly all atmospheric vortices are asymmetric or unbalanced.

The lower left portion of Fig. 7. is the Base Velocity Spectrum Width image. Using the background maps we can see that both circulations have very broad spectrum widths.

14



**Figure 7.** A magnified 4-panel KLIX product from the 08/29/05, 3:26 AM CDT volume scan. In the upper left is Base Reflectivity, upper right is Base Velocity, lower left Storm Relative Velocity image, and in the lower right is the Base Spectrum Width image. Arrows indicate mesocyclones.

Note in the lower left are two mesocyclones (arrows), the trailing mesocyclone being associated with spectrum widths of 28 kts to 30 kts. Spectrum widths of this magnitude suggest the possibility of a developing "Tornadic Vortex Signature" or TVS. However, at that range, if this was a TVS, it is over 5,000 ft above the sea surface. With this type of storm, that height is significant and this circulation may well not be associated with a surface tornado. Both storms moved ashore and weakened and lost their mesocyclones before passing well north of the IHNC and the barge. Both storms dissipated in the left front quadrant.

The greatest severe weather threat from these hurricane associated mini supercells is the tornado. While there were no direct observations of tornadoes with these storms in Fig. 7 it does appear that the trailing of the two storms did produce an overwater tornado later and prompted a tornado warning issued for this storm by the New Orleans NWS (Fig. 8).

In Fig.8, we can see a mesocyclonic circulation closely resembling a convergent mesocyclone (as illustrated in Fig. 6. on the right), especially in low-levels. This storm and attendant mesocyclone is the same as the trailing circulation of Fig. 7. except this was later in its life. Also present within this mesocyclone is something even more significant.