

**Figure 8.** A magnified 4-panel KLIX product from the 08/29/05, 08:53:37 (03:53:37 AM CDT) volume scan. All images are Storm Relative Velocity products but are from progressively higher elevation scans and therefore higher altitudes. The upper left frame is from $0.4^o$ elevation angle or ~ 2,000 ft ARL, upper left is $1.4^o$ and ~ 5500 ft, lower left is $2.4^o$ and ~ 8300 ft, lower right $4.2^o$ and ~ 18,000 ft. Note mesocyclone indicated by arrows.

This mesocyclone has a gate-to-gate shear of 108 kts or a TVS imbedded. The term "gate-to-gate" means that there are two radar resolution volumes in adjacent azimuths and at the same range that have large but opposite sign mean velocities. In this case one of those gates has a mean velocity of -44.7 kts while the one adjacent to it is +63.1 kts or a 107.8 kt shear. Shears of this magnitude in adjacent radar Base Velocity resolution volumes (or radar "gates") is what is called the TVS (Brown and Lemon, 1976) and (Brown, et al. 1978). The TVS, when found at the lowest elevation angle and within a mesocyclone is often correlated with strong or violent tornadoes. This TVS did not apparently persist long enough to arrive on shore. However, the mesocyclone persisted until it passed almost directly across the KLIX radar!

It can also be seen that this mesocyclone is persistent upward from about 2,000 ft to a little below 18,000 ft and sloped from east toward the west. In order to call an apparent circulation a mesocyclone it must be persistent over a significant depth and significant time and the velocity difference across the circulation must be sufficiently strong.

16

There were two supercells that passed closest to the IHNC and barge during the analysis period. The first occurred during the 08:31:48 (03:32 AM CDT) volume scan (Fig. 9). The mesocyclone was present at the lowest elevation angle (~ 1000 ft) only briefly and it was shallow. Here the circulation



**Figure 9**. A magnified 4-panel product at 0.5° elevation on 08/29/2005 at 08:31:48 GMT (03:31:48 AM CDT) of mini supercell about 4 miles north of Barge ING 4227 (Barge, yellow dot northeast of New Orleans) on the IHNC. Upper left is Base Reflectivity, upper right is Base Velocity, lower left Storm Relative Velocity, and lower right is Base Spectrum Width. Mesocyclone indicated by arrows.

was weakening. The measured velocity at the barge location was about 45 kts and the spectrum width was 0 kts. This indicates that there was essentially no effect at the barge location except the heavy rain associated with the storm. With the velocity spectrum width this low the indication is of relatively smooth conditions with very weak, if any, turbulence or shear within the beam.

The second developing mini supercell storm is seen in Fig. 10 but one volume scan after that in Fig. 9.



**Figure 10.**  A magnified 4-panel product on 08/29/2005 at 08:37:17 GMT (03:37:17 AM CDT) of a developing storm with Barge ING 4227 (yellow dot northeast of New Orleans icon) on the IHNC. Images as in Fig. 9.  Convergence zone marked with arrow.

The extremely heavy rain (49.5 dBZ creating near 0 visibility) from this storm is falling on the barge at this time and the surface wind remains strong northeasterly.  A region of essentially pure convergence (Fig. 5, left) is seen centered about 5 miles northeast of the IHNC and barge.  This convergence signature is that associated with the updraft base.  At this time the radar measured velocity was +42.7 kts at the barge location.  This would translate into a strong northeast wind and the velocity spectrum width of 3.9 kts would further indicate it is smooth and without rapid changes.   (By "smooth" we do not mean to imply that the flow was without gusts.)  This storm did not contain a mesocyclone aloft but rather a weak shear region within the updraft and thus was not yet a mini supercell and without a mesocyclone.

About 5 minutes or one radar volume scan later (Fig. 11) the convergence zone has moved west and is centered about 1.5 miles north of the INHC and barge.  The convergence zone is strong and now in a linear form but still characterized by little shear.  The storm now contains a weak mesocyclone aloft but that is detected at about 8,000 ft and above.  Does this influence the radar data at the barge location?  The rain is still very heavy (46 dBZ) and the visibility remains very low as it has been for the last 10



Figure 11. Same as Fig. 10 except for 08:42:44 GMT (03:42:44 AM CDT). Convergence zone marked with arrow.

minutes or more. The measured velocity remains positive or outbound from the radar but is down to 35 kts. This implies that surface winds, although remaining northeast or perhaps having shifted to a more east northeast direction have, responded to the convergent flow into the updraft. But just as important, the velocity spectrum width is only 7.8 kts and is still smooth with little turbulence. So there are no multidirectional winds or rapid changes in wind direction and there is no mesocyclone over the barge location.

In fact, this storm only developed a brief, low-level, mesocyclone after it had moved considerably west to near Hahnville and no longer had any influence at all on the weather conditions at the barge. The two supercell storms just considered were the two that moved closest to the barge and the IHNC during the analysis period and had the best chance to influence the winds at the barge and IHNC. In fact, Katrina was typical as far as hurricanes go that produce mini supercells in that these were confined to the outer rain bands. As the eye neared New Orleans, the IHNC and the barge, mini supercells were no longer produced in that region of the hurricane. It is noteworthy that in all these discussions regarding mesocyclones it is the storm relative velocity products that reveal the circulations. However, in the

19

ground relative velocity products, that is the Base Velocity products, the mesocyclone is not nearly so easily seen. This is because when storms are moving rapidly and are embedded within strong flow the strength of the environmental winds dominates. Moreover, when the mesocyclone is moving rapidly in a counterclockwise direction as in hurricane Katrina, the winds on the right hand side of the mesocyclone are amplified because here the rapid translational motion adds to the rotational mesocyclonic winds. But on the opposite side of the mesocyclone the ground relative winds are greatly decreased by that same translational motion. So the rotational field of the mesocyclone is experienced in the ground relative framework to a far lesser degree. Recall also that these storms lack the surface cold pool present in other supercells. Again, the environmental wind influences dominate over the mesocyclonic winds.

In order to fully investigate radar measured conditions at the barge location and to insure that no mesocyclone or multidirectional winds could have affected the barge location a radar measurement record was established at the barge location and for beam position above the barge. That record is shown in Table 1. It will be noted that throughout the recorded measured velocities, they were always, without fail, positive meaning that the measured component was always from the northeast ($026^\circ$). Moreover, with the curved pattern of the reflectivity bands there is no question that the winds at that location were sustained from the northeast or occasionally from the north northeast to the east northeast. Further, spectrum widths were always low which further substantiated the fact that these winds were relatively smooth and without great variance at all. Even though these radar observations were centered at an altitude of 1128 ft MSL the beam did extend downward to height of only 138 ft. Further, with the very heavy rain falling, that precipitation brings downward substantially the momentum from the radar observed heights. But, of course, frictional affects reduce the speeds while largely maintaining direction. But, as we have seen, even with mini supercells, the tremendous momentum of the environmental (synoptic) hurricane wind dominates all flow.

In summary, the New Orleans radar data obtained throughout the critical period in question concerning Hurricane Katrina, the IHNC, and Barge 4227 establishes that winds were sustained northeasterly. The analysis shows conclusively that there were never mesocyclones or mesocyclonic winds producing multidirectional flow over the IHNC or barge. Barge 4227 would have had to be equipped with powerful engines that could have forced it against all the natural, sustained, and intense forces of Hurricane Katrina over a prolonged period, into the strong northeasterly winds and driving rain to have inflicted all the damage attributed to it. Simply put, during the early morning hours of August 29, 2005, the winds present at the IHNC and acting on the barge were continually blowing from the eastern side of the IHNC toward the western side of the IHNC.

20

**Table 1.**  KLIX WSR-88D radar measurements at approximately barge ING 4727 location (~ 206 and 23 nm) at 1283 ft Above Radar Level (~ 1128 ft MSL).  Note that "RF" is Range Folded data which prohibits the estimation of Mean Doppler Velocity or velocity Spectrum Width.

| Time (CDT) 8/29/2005 | Reflectivity (dBZ) | Mean Radial Velocity (kts) | Velocity Spectrum Width (kts) |
|---|---|---|---|
| 12:58:32 | 28 | 57.3 | 10.7 |
| 01:03:59 | 34.5 | 48.6 | 5.8 |
| 01:09:27 | 42 | 50.5 | 7.8 |
| 01:14:55 | 33.5 | 56.3 | 10.7 |
| 01:20:22 | 35 | 54.4 | 6.8 |
| 01:25:50 | 27 | RF | RF |
| 01:31:17 | 34.5 | 44.7 | 12.6 |
| 01:36:45 | 34 | 58.3 | 10.7 |
| 01:42:13 | 36 | 57.3 | 3.9 |
| 01:47:41 | 42.5 | 56.3 | 4.9 |
| 01:53:08 | 44.5 | 51.5 | 1.9 |
| 01:58:36 | 38 | 50.5 | 5.8 |
| 02:04:04 | 33.5 | 49.5 | 3.9 |
| 02:09:52 | 42.5 | 43.7 | 6.8 |
| 02:15:00 | 43.5 | 52.5 | 6.8 |
| 02:20:28 | 34 | 51.5 | 5.8* |
| 02:25:56 | 36.5 | 45.7 | 8.7 |
| 02:31:24 | 24.5 | RF | RF |
| 02:36:53 | 35 | 56.3 | 4.9 |
| 02:42:22 | 36 | 49.5 | 10.7 |
| 02:47:50 | 15.5 | RF | RF |
| 02:53:18 | 15 | RF | RF |
| 02:58:45 | 33 | 55.4 | 12.6 |
| 03:04:10 | 36 | 53.4 | 4.9 |
| 03:09:38 | 43 | 53.4 | 1.9 |
| 03:15:07 | 41 | 51.5 | 9.7 |
| 03:20:35 | 38 | 52.5 | 4.9 |
| 03:26:04 | 46.5 | 46.6 | 4.9 |

21

| Time (CDT) 8/29/2005 | Reflectivity (dBZ) | Mean Radial Velocity (kts) | Velocity Spectrum Width (kts) |
|---|---|---|---|
| 03:31:30 | 43.5 | 44.7 | 0 |
| 03:36:59 | 49.5 | 42.7 | 3.9 |
| 03:42:26 | 46 | 35.1 | 7.8 |
| 03:47:53 | 32 | 49.5 | 18.5 |
| 03:53:19 | 28 | RF | RF |
| 03:58:46 | 32 | 50.5 | 9.7 |
| 04:05:19 | 31.5 | 60.2 | 5.8 |
| 04:10:45 | 39.5 | 55.4 | 5.8 |
| 04:16:14 | 36.5 | 60.2 | 3.9 |
| 04:21:41 | 41.5 | 57.3 | 5.8 |
| 04:27:08 | 37.5 | 62.2 | 5.8 |
| 04:32:36 | 41.5 | 62.2 | 7.8 |
| 04:38:02 | 45.5 | 66 | 1.9 |
| 04:43:30 | 41 | 64.1 | 2.9 |
| 04:48:56 | 39.5 | 69,9 | 8,7 |
| 04:54:23 | 39.5 | 67 | 12.6 |
| 04:59:17 | 35.5 | 60.2 | 4.9 |
| 05:09:52 | 40.5 | 65.1 | 8.7 |
| 05:15:19 | 37.5 | 70.9 | 8.7 |
| 05:28:20 | 43 | 62.2 | 8.7 |
| 05:33:30 | 41 | 75.8 | 10.7 |
| 05:38:40 | 42 | 67 | 9.7 |
| 05:43:47 | 41 | 63.1 | 6.8 |
| 05:49:15 | 45.5 | 58.3 | 6.8 |
| 05:54:43 | 40 | 72.8 | 3.9 |
| 06:00:11 | 33.5 | 71.9 | 12.6 |
| 06:05:38 | 39.5 | 75.8 | 10.7 |
| 06:11:05 | 37.5 | 83.5 | 10.7 |
| 06:16:31 | 38 | 77.7 | 7.8 |
| 06:21:59 | 42 | 81.5 | 6.8 |
| 06:27:26 | 40.5 | 87.4 | 6.8 |

22

| Time (CDT) 8/29/2005 | Reflectivity (dBZ) | Mean Radial Velocity (kts) | Velocity Spectrum Width (kts) |
|---|---|---|---|
| 06:32:55 | 44.5 | 88.4 | 8.7 |
| 06:38:23 | 35 | 86.4 | 10.7 |
| 06:43:51 | 33 | 91.3 | 9.7 |
| 06:49:18 | 38 | 93.2 | 8.7 |
| 06:54:44 | 41 | 84.5 | 9.7 |
| 07:00:12 | 41 | 96.2 | 6.8 |
| 07:05:41 | 42.5 | 90.3 | 8.7 |
| 07:11:10 | 41 | 97.1 | 11.7 |
| 07:16:39 | 40.5 | 95.2 | 6.8 |
| 07:22:06 | 43.5 | 97.1 | 6.8 |
| 07:27:32 | 42.5 | 95.2 | 6.8 |
| 07:32:56 | 40 | 98.1 | 6.8 |
| 07:38:23 | 42 | 101 | 8.7 |
| 07:43:50 | 43.5 | 97.1 | 5.8 |
| 07:49:19 | 46 | 100 | 5.8 |
| 07:54:44 | 43 | 99.1 | 7.8 |
| 08:00:12 | 42.5 | 101 | 7.8 |
| 08:05:40 | 40.5 | 92.3 | 5.8 |
| 08:11:04 | 45 | 99.1 | 6.8 |
| 08:16:29 | 38.5 | 98.1 | 8.7 |
| 08:21:55 | 38 | 87.4 | 7.8 |
| 08:27:22 | 38.5 | 96.3 | 10.7 |
| 08:32:49 | 42 | 86.4 | 7.8 |
| 08:38:14 | 44.5 | 87.4 | 7.8 |
| 08:43:39 | 42 | 80.6 | 9.7 |
| 08:49:04 | 39.5 | 79.6 | 9.7 |