# 7.  Errors in the D. L. Mitchell Report

1.  One of the first errors noted was Dr. Mitchell's use of the algorithm-derived Composite Reflectivity products.  They are coarser than base products being 1 km and 4 km Cartesian product volumes, so detailed analysis is prevented.  Since the product compresses all the data, surface and aloft (all elevation angles), to one two dimensional product, the height from which the data came from at each grid point is unknown.  The product also color codes each grid resolution volume with the strongest echo mapped into that location from all elevation angles.  This makes precipitation echo look far more widespread and implies that high reflectivity is much more widespread than it actually is.  This also obscures any low-level echo features.  In general, the product gives a false impression of the extent and reflectivity magnitude of precipitation while obscuring detail.  He uses this product extensively without informing the reader of its limitations.  See pages 9, 11, 13, 15, 17, 19, 21, 23, 25, and 27.

2.  Second, Dr. Mitchell uses algorithm output rather than analysis of base products.  For example he especially uses the mesocyclone product.  We teach the following about that product: *it results in numerous false detections and finds weak, shallow, insignificant circulations.* We also teach that *improper dealiasing or other data quality problems may generate false mesocyclones and that numerous detections will depend on proper settings of adaptable parameters.*  All these limitations were very apparent in his use of these data. As explained earlier for these and other reasons the National Weather Service uses this algorithm output, if at all, only in a very limited way.

    Further, Dr. Mitchell uses the TVS algorithm as well.  NWS forecasters use manual detection almost exclusively.  The reason for that are the limitations to the algorithm.  Those include *high false alarms are noted in squall lines and **tropical storms.**  Further, adaptable parameters need considerably more research including how they affect tornado detection.*  For these and other reasons the TVS algorithm is very rarely used and never without further analysis of base velocity data.

    Dr. Mitchell used both of these algorithms extensively and almost exclusively.  See pages 10, 12, 14, 16, 18, 20, 22, 24, 26, 28, 30, 32, and 34 for both algorithms.

    It is quite apparent that Dr. Mitchell should have used only Level II (digital base data) output and used a reliable data processor and display system such as GR2Analyst and then done a careful analysis of these base data.

3.  Those few base velocity products used by Dr. Mitchell had not been dealiased or "unfolded" properly and considering how they were used, it is obvious he failed to recognize the problem. In order to illustrate this see page 36 of Dr. Mitchell's report and see Fig. 12 below.  The following discussion will demonstrate the problem.

    The velocities on either side of the edge of the green area (arrow) are near or at 64 kts but on the green side they are, of course, strong negative while on the red side they are strong positive.



Figure 12.  Mean Radial Velocity product from 03:53:37 CDT at 0.5°.  The velocity data on left has **not** been dealiased or "unfolded" properly but the same velocity data on the right has been unfolded.  Arrow marks one of the areas of folded or aliased velocities where strong positive velocities (red) flip to strong negative velocities (green).

This abrupt change from +64 kts to -64 kts occurs without crossing 0.  In other words the velocity had "flipped" and folded back into the opposite end of the velocity spectrum.  This would then be a step function without continuity and unlike nearly any other atmospheric discontinuity.  Further, the weakest negative velocities are found near the center of the green area while the strongest (most negative) velocities outline the edges of the green area.  This again is very illogical.  Finally, a pattern like this would suggest strong southwest winds surrounded on all sides by northeast winds.  In short, a pattern like this simply makes no sense.  This should have been obvious.

However, in the right panel of Figure 12, these velocities were processed and produced by clicking the "Dealiased Velocities" function of the GR software.  Now, those areas that were green on the left are now higher outbound (positive) velocities on the right.  This pattern is then completely compatible with the hurricane circulation pattern.  Further, we recognize that in the green these velocities had reached the unambiguous velocity limit and had been folded.  Recall the discussion in sections 1 and 2 of this report.  Dr. Mitchell failed to recognize folded velocities.  Again, this should be obvious.

The question can be asked "Why were these products produced and distributed with such a problem?"  In general, level III products are routinely and automatically produced and distributed.  They are not checked for errors before distribution.   Improper dealiasing occurred in this case because of the



Figure 13. A magnified 4-panel product at 0.5° elevation on 08/29/2005 at 02:15:00 AM CDT. Barge ING 4227 (yellow dot northeast of New Orleans) is indicated on the IHNC. Upper left is Base Reflectivity, upper right Base Velocity, lower left Storm Relative Velocity, and lower right is Base Spectrum Width. Mesocyclones indicated by arrows.

the introduction of a new "Multiple PRF Dealiasing Algorithm" which uses three successive velocity scans before dealiasing was applied. Unfortunately the archiving function had not been updated to accommodate this new algorithm at this time and unfolding was not applied, thus, the dealiasing failure.

In short, Dr. Mitchell used algorithm output substantially that is all but ignored by those who know the algorithms and radar data. These were used to draw unsubstantiated and erroneous conclusions. When he attempted to use base data he failed to recognize even the basics of that data and then failed to recognize the complete lack of logic in the results.

I have now listed several reasons for errors in Dr. Mitchell's report. Let's look specifically at times when he states or implies that there were mesocyclones in the vicinity of the IHNC. The first he mentions is at 2:15 AM CDT or 07:15 GMT. On page 8 of this report he states: *"There is an indication of a thunderstorm cell having wind shear and mesocyclone rotation at the time of the radar image at 2:15 AM CDT. This cell (G0) is located near the Inner Harbor Navigation Canal at 2:15 AM CDT early in the approach of Hurricane Katrina on August 29, 2005. The surface winds and wind gusts associated*

*with this cell would be enhanced by the mesoscale rotation. This cyclonic rotation (mesocyclone) would produce winds and wind gusts over the Canal which had multidirectional components (east, west, north and south winds)."*

However, looking at Fig. 12 at 07:15 (2:15 CDT) there are 3 mesocyclones with mini supercells out over the Gulf of Mexico, the nearest of which is over 42 miles away!  These pose no threat to the IHNC or the barge.  Further, conditions over the IHNC and barge indicated by the radar data are very heavy rain (43.5 dBZ) with strong northeasterly winds being indicated by velocities of 52.5 kts and a velocity spectrum width of a very low 6.8 kts indicating a relatively smooth flow.  If multidirectional winds were occurring at the IHNC and barge or mesocyclonic winds were present, the spectrum widths would be at least 25 kts and probably 30 kts or more.  Therefore there is no indication at all of multidirectional or mesocyclonic winds anywhere near the IHNC or barge.

After suggesting that there is a TVS north of the IHNC Dr. Mitchell again in his report on page 15 writing of storms at 3:42 AM CDT states the following:  "*However, a TVS marker on radar does not necessarily indicate that tornadic winds are reaching ground level near the Canal location. The TVS only suggests the existence of rotation aloft which can produce intense microburst winds and wind shear near the surface at the time of the radar image. The winds and wind gusts over the Canal location associated with these cells would exhibit multidirectional wind components (winds from the east, west, north and south).*"

First, and most importantly there was not, in fact, a bona fide TVS at this time found anywhere within range of the New Orleans (KLIX) radar and certainly not near the IHNC or barge.  Second, his interpretation of the meaning of a TVS aloft is incorrect.  But I won't go into that here.  The reader is free to do so in Lemon (2009), Brown and Lemon (1976), and Brown et al, (1978).

Please refer to Fig. 11. and the surrounding discussion for more on the 3:42 AM volume scan.  As was shown, there was no indication at all of multidirectional wind components affecting the IHNC and barge location at that time or at any time during the analysis period of this report.

The foregoing examples may suffice to permit the reader to understand the errors of rendering and interpretation that occur throughout Dr. Mitchell's report.  Nevertheless, in order to be complete with this discussion, I have chosen to examine most of the remainder of these radar data times in an Appendix, at least for those time cited by Dr. Mitchell in his report as evidencing mesocyclonic or multidirectional winds at the IHNC.  The reader is free to read these in the appendix to this report.

# Appendix



Figure A1. A magnified 4-panel product at 0.5° elevation on 08/29/2005 at 02:53:36 AM CDT. Barge ING 4227 (yellow dot northeast of New Orleans) is indicated on the IHNC. Upper left is Base Reflectivity, upper right Base Velocity, lower left Storm Relative Velocity, and lower right is Base Spectrum Width. Mesocyclones indicated by arrows.

In regard to 02:53:36 Dr. Mitchell states the following: *There is an indication of thunderstorm cells having wind shear and a mesocyclone at the time of the radar image at 2:53 AM CDT. However, these cells are located to the east of the Canal location.*

In reality, there are three mesocyclones far to the east of the IHNC and barge. However, these three circulations are so weak as to be almost imperceptible in the lowest radar elevation scan of 0.5°. At the barge location in the IHNC the conditions are heavy rain (43.5 dBZ), strong northeast winds (V or 52.5 kts), and relatively very smooth flow (6.8 kts spectrum width). Obviously there is no influence on the barge or the IHNC.



Figure A2.  Same as Fig. A1 except for 03:04:28 CDT

Dr. Mitchell claims: *There is an indication of thunderstorm cells (I0) having wind shear and a mesocyclone at the time of the radar image at 3:04 AM CDT. These cells are located to the south of the Canal location.*

Note there are no mesocyclones or wind shear south of the canal location.  Rather, the mini supercell mesocyclones are far to the east and northeast without affect on the IHNC and barge.  Conditions over the barge are heavy rain (36 dBZ), strong northeast winds (velocity of 53.4 kts) and a very smooth (4.9 kts).



Figure A3.  Same as Fig. A1 except for 03:15:07 CDT and except that there are no mesocyclones visible in these images.

Dr. Mitchell states in his report: *There is an indication of a thunderstorm cell (Y6) located to the north of the Canal having wind shear and a mesocyclone at the time of the radar image at 3:15 AM CDT.*

The images in Fig A3 do not indicate that there are any mesocyclones north of the IHNC or significant wind shear.  Conditions at the barge on the IHNC were heavy rain (41 dBZ) with strong northeast winds (51.5 kts) and little turbulence and shear and no multidirectional winds as indicated by the 4.9 kt velocity spectrum width.



Figure A4.  A magnified 4-panel product at 0.5° elevation on 08/29/2005 at 03:47:53 AM CDT.  Barge ING 4227 (yellow dot northeast of New Orleans) is indicated on the IHNC.  Upper left is Base Reflectivity, upper right Base Velocity, lower left Storm Relative Velocity, and lower right is Base Spectrum Width.  Arrow indicates a linear convergence zone.

Dr. Mitchell's report concerning 03:47 AM CDT on Page 17 says the following:  *There is an indication of a thunderstorm cell (E4) located to the west of the Canal having wind shear and a mesocyclone at the time of the radar image at 3:47 AM CDT.* Further he says: *They suggest that severe thunderstorms capable of producing heavy rains and wind gusts are over the Canal location at this time.*

From Fig. A4 we can see that the heavy thunderstorms have now moved west of the canal region and barge and that the rain is lighter at this time with a reflectivity of 32 dBZ.  The winds are still lower somewhat than had been observed some 15 minutes ago owing to the influence of the updraft now moving away from the barge and the IHNC.   The spectrum width values are moderate (18.5 kts) at this time but they have been corrupted by range overlaid or range folded echo.  For this reason that value is not trustworthy.   There is not a mesocyclone detected or multidirectional wind.

31



Figure A5.  Same as Fig. A1 except for 04:05:19.

Dr. Mitchell stated, when addressing the Composite Reflectivity of the 04:05:19 volume scan states the following: *One can observe that a small group of relatively higher radar reflectivity bands (**red**) are occurring near the Canal location. These are zones of possible intense mesoscale convection within the thunderstorm structure located in the hurricane bands. They suggest that severe thunderstorms capable of producing heavy rains and wind gusts are near the Canal location at this time.*

Note that as seen from the base data, the storms he speaks of are 10 to 20 miles north, northeast and east of the barge and the IHNC.  These storms are not influencing conditions at the barge at all.  These conditions are, at this time, moderate rain but with strong northeast winds (velocity of 60.2 kts) and again with little turbulence or shear giving a spectrum width of only 5.8 kts.

Dr. Mitchell considers several other volume scans after the above but in each case he suggests that any mesocyclones with wind shear or multidirectional winds are well east of the IHNC and barge so we have not included them here.

However, he then includes several reflectivity, and velocity images that are met to illustrate the following statement which he includes:  *The NWS NEXRAD Base Radial Velocity radar images inserted below show significant mesoscale rotation in the region of the Canal during the early morning hours of August 29, 2005 (3 AM CDT to 5 AM CDT).  According to eye witness accounts, the barge was observed to be positioned on the east side of the Canal during this time period. The NWS NEXRAD Base*

*Reflectivity images inserted below show the extent and intensity of the Hurricane Katrina outer feeder bands at the lowest elevation angle of the radar as the Katrina storm center moves north. The NWS NEXRAD radar indicates the* **occurrence of thunderstorm cells within the Hurricane Katrina feeder bands having wind shear and cyclonic rotation (green next to red on the Base Radial Velocity). Mesocyclones occurring within the Hurricane Katrina outer feeder bands identified on the NEXRAD Doppler radar over the Inner Harbor Navigation Canal during the early morning hours of August 29, 2005 created wind shear and rotational wind gusts** *which were unpredictable with respect to wind direction and which produced surface winds and wind gusts with multi directional components (east, west, north and south wind directions) acting upon the barge during the period of 3 AM CDT to 5 AM CDT.* The emphasis added above was mine (LRL).



Figure A6. Base velocity product from 3:10 AM CDT and 0.5° and magnified.  This base velocity product has **not been dealiased**.  Note this closely matches the level III velocity image shown on page 35 of the Mitchell report.   The barge location is indicated by the yellow dot northeast of New Orleans position.

Fig. A6 is very similar to that used by Mitchell on his page 35 that apparently is supposed to show **wind shear and cyclonic rotation (green next to red on the Base Radial Velocity).** Recall the discussion above on pages 21 and 22 of this report explaining how and why the level III WSR-88D velocity products that were used by Dr. Mitchell had not been dealiased.  We then explained that Dr. Mitchell failed to recognize this and therefore misunderstands and misrepresents these products.  Again, that is exactly what is occurring with the velocity product he uses on page 35, 36, 37, 38 and 39 of his



Figure A7.  Base Velocity product matching that of Fig. A6 except that this **has been dealiased**.

report.  Fig. A7 of this report shows the **dealiased base velocity** version of Fig A6 here and page 35 of the Mitchell report.  Note that once the product has been properly dealiased (Fig. A7) it shows relatively uniform and sustained northeast winds of hurricane Katrina across the entire area.  Otherwise Fig. A6 would be inexplicable and unexplainable creating many physically impossible situations which were simply ignored by Dr. Mitchell.  The conditions at the barge on the IHNC for 3:10 AM are very heavy rain (43 dBZ), strong northeast winds (V of +53.4 kts), and a very smooth velocity Spectrum Width of 1.9 kts.  Note that these conditions are entirely consistent with Fig. A7 and not with Dr. Mitchell's interpretation his page 35 (and that of Fig. A6 shown here).  He implies that all these areas of green next to red are wind shear and cyclonic circulation which he must be suggesting is moving the barge back and forth across the IHNC. Obviously, as shown here, he simply misinterprets aliased or folded mean Doppler velocity data.

I include one more example of those he shows in his report (see Mitchell, page 39).  Refer to Fig. A8 below.



Figure A8.  A mean radial velocity product which **is aliased or folded** and is the same as Fig. A6 except for 5:10 AM CDT.

Note that Fig. A8 above is very similar to that shown by Mitchell on his page 39.  Once again, this is a mean radial velocity product that has not been dealiased at all.  Therefore there are many places where velocities are aliased or folded.  Compare this figure with Fig. A9 below which has been dealiased or unfolded.



Figure A9.  Same as Fig. A6 except for 5:10 AM CDT.

As explained with the figures above and in the discussion surrounding Fig. 12, once the velocity data has been unfolded (Fig. A9), the resulting pattern is then entirely consistent with the known and recorded conditions found northwest of hurricane Katrina's eye.  And, of course, this relieves the product interpreter from having to turn physics on its head in an effort to explain the inexplicable.

In summary, the New Orleans radar data obtained throughout the critical period in question concerning Hurricane Katrina, the IHNC, and Barge 4227 establishes that winds were sustained northeasterly.  The analysis shows conclusively that there were never mesocyclones or mesocyclonic winds producing multidirectional flow over the IHNC or barge.  Barge 4227 would have had to be equipped with powerful engines that could have forced it against all the natural, sustained, and intense forces of Hurricane Katrina over a prolonged period, into the strong northeasterly winds and driving rain to have inflicted all the damage attributed to it.  Simply put, I find that during the early morning hours of August 29, 2005, the winds present at the IHNC and acting on the barge were continually blowing from the eastern side of the IHNC toward the western side of the IHNC.

# A)<u>Data Sources</u>

1. Level II WSR-88D Base Data, National Climatic Data Center

2. Dr. David L. Mitchell Report

3. Dr. Austin Dooley Report

4. Gibson Ridge Software, LLC, http://www.grlevelx.com/

5. National Weather Service, Warning Decision Training Branch, DLOC Course, Topics 2, 3, 4, 5, and 7.  http://www.wdtb.noaa.gov/courses/dloc/outline.html

6. Lemon, L. R., and C. A. Doswell III, 1979: Severe thunderstorm evolution and mesocyclone structure as related to tornadogenesis. **Mon. Wea. Rev., 107**, 1184-1197.

7. Brown, R. A., and L. R. Lemon, 1976: Single Doppler radar vortex recognition: Part II- Tornadic vortex signatures. **Preprints**, 17th Conf. on Radar Meteor., Boston, Amer. Meteor. Soc., 104-109.

8. Brown, R. A., L. R. Lemon, and D. W. Burgess, 1978: Tornado detection by pulsed Doppler radar. **Mon. Wea. Rev.**, **106**, 29-38.

9. Eugene W. McCaul Jr., Morris L. Weisman, 1996: Simulations of Shallow Supercell Storms in Landfalling Hurricane Environments.  **Mon. Wea. Rev.,** 1996 124:3, 408-429

10. Lemon, L.R., 2009: Supercell collapse phase, an example. **Preprints,** 34th Conf. on Radar Meteor., Williamsburg, VA., Amer. Meteor. Soc., 5B.3.

37

## A) <u>Exhibits</u>

1. Report Figures 1 – 13.
2. Table 1.
3. Appendix Figures A1 – A9.

# B) <u>CV/Resume</u>

**SUMMARY RESUME**

Leslie R. Lemon

Research Associate Meteorologist

Cooperative Institute for Mesoscale Meteorological Studies (CIMMS)

NWS Warning Decision Training Branch (WDTB)

120 David L. Boren Blvd, Suite 2640

Norman, OK 73072

Tel: 405-325-1013, Cell: 816-213-3237, Fax: 405-325-3203

Les Lemon joined Oklahoma University and the Cooperative Institute in Mesoscale Meteorological Studies in July of 2006 and works for the Warning Decision Training Branch as a Research Associate Meteorologist.  Prior to 2006 he worked for Basic Commerce and Industries as a Research Meteorologist beginning in 2000.  He was an independent consultant specializing in severe convective storms and radar from mid 1999 until his affiliation with BCI.  Mr. Lemon was the Research and Operations Manager and Chief Meteorologist for Lockheed Martin (LM), Ocean, Radar & Sensor Systems, from 1994 to 1999.  From 1981 to 1994 he was Manager, Weather Systems Development, lead meteorologist, and Program Control Manager for the NEXRAD (WSR-88D) advanced Doppler weather radar with LM and heritage companies.  His principal responsibilities included design and development of portions of the WSR-88D system, its products and the man-machine interface, as well as development of the operator-training program (and system lead instructor).  Les has managed a multi-year IR&D program for the design and development of tropical weather algorithms for the WSR-88D.  He has also participated in business development activities by demonstrating, worldwide, the system operation and capabilities, conducting data research, developing operational WSR-88D system use procedures, operational products and applications, and authoring related technical meteorological articles for publication in journals and conferences.  Les has been responsible for instructional material development and instructor for the radar, and severe storms training program sponsored by Lockheed Martin.  For several years he was also responsible as a key technical resource in design, evaluation, and development of Lockheed Martin's Microburst Prediction Radar and development of the company's Wind Profiler radar program.  Les has been consultant to several companies working on Doppler weather radar algorithms and products, design of integrated and modernized weather services internationally, future weather radar design, and as a National Science Foundation principal investigator.  He assisted the country of Israel in the design of a weather radar bird detection algorithm in 1998 – 2000.  He assisted in design and testing of the Chinese radar, the WSR-98D (built by Metstar, Inc. of Beijing, China), in 2001 and 2002.  In 2002 he conducted the first ever ground, storm-damage survey in Romania and documented the first recorded tornado in Romanian history.  Additionally, he has been an expert witness and a forensic meteorologist.  Finally, Les has continued to conduct Doppler radar applications and interpretation research and to develop and present Doppler radar data application and interpretation training seminars nationally and internationally.  He has been appointed "Visiting Professor" of the China Meteorological Administration teaching their advanced course in Doppler Radar and Severe Storms seminar

biannually or annually at their request since 2001.  He also teaches for the CMA: Nowcasting, An Integrated Warning System, Benefits of Dual Polarization Doppler Radar, Storm Damage Surveys, and more.  For the past three years he has also been doing research in dual polarimetric radar development and testing, Phased Array Doppler radar development and testing, and in development of small boundary layer phased array Doppler radars.

Before joining Lockheed Martin and heritage companies, Mr. Lemon had thirteen years of progressive meteorological service with the U.S. Government.  He was employed as a Research Meteorologist by the National Severe Storms Laboratory in Norman, OK, the Techniques Development Unit of the National Severe Storms Forecast Center (Storm Prediction Center) when it was located in Kansas City, MO, and as an officer in the National Oceanic and Atmospheric Administration (NOAA) Commissioned Corps.  He has considerable thunderstorm research and forecast experience.  While at NSSL, in addition to his extensive radar and severe storms research, he forecast for the severe storm data collection program and directed storm intercept and data collection on severe storms he selected via radar interpretation.  At the Storm Prediction Center he was an assistant Sever Local Storms (SELS) forecaster and stood lead forecaster shifts as well as developed severe storm warning and forecast techniques.

In 1997 Mr. Lemon received **The Award for Outstanding Contribution to the Advance of Applied Meteorology** "***for pioneering work including design and development of the WSR-88D Doppler weather radar system***" from the American Meteorological Society (AMS).  He was a 1997 councilor for the National Weather Association (NWA) and a Fellow of the Cooperative Institute for Mesoscale Meteorological Studies of Oklahoma University from 1997 through the present.  Les was the 1999 Vice-President of the NWA, NWA President Elect for 2000, the NWA President for 2001, and NWA Past President for 2002, and was chosen as a Fellow of the AMS in 1999.  Les was selected in 2001 to serve on a National Academy of Sciences/National Research Council committee concerning "Weather Radar Technology Beyond NEXRAD".  He also received a 1976 Department of Commerce/NOAA Special Achievement Award for the co-discovery of the Doppler weather radar **Tornadic Vortex Signature (TVS)** and a NOAA Environmental Research Laboratories' Outstanding Authorship Award for the paper titled **"Tornado Detection by Pulsed Doppler Radar."**  He has also published extensively in both domestic and foreign scientific journals, principally in areas involving synthesis of advanced conventional and Doppler weather radar data, severe thunderstorm radar applications development, and in severe thunderstorm structure and life cycle.  He is co-author of the chapter titled **"Severe Storm Detection by Radar"** in the landmark volume **Radar in Meteorology** edited by D. Atlas.  Since 1978, techniques and criteria he developed for radar identification and warning on severe local storms (known as **"The Lemon Technique"**) have been used nationally and internationally by the National Weather Service, the Air Weather Service, and the meteorological weather radar community as a whole.  His 1979 Monthly Weather Review paper: "**Severe Thunderstorm Evolution and Mesocyclone Structure as Related to Tornadogenesis**" presented the revised supercell storm model.  Today, 31 years later, it is recognized as the most complete supercell storm model throughout the world.  His research and discoveries along with that of others led to the NEXRAD (WSR-88D) program.  He is a lecturer and consultant in visual, conventional radar, and Doppler radar interpretation and identification of severe thunderstorms and tornadoes.  Mr. Lemon is also a recognized authority in severe thunderstorm and mesocyclone structure and evolution and speaks extensively on these and related topics. He is listed in **American Men and Women of Science,** in **Who's Who in Science and Engineering, Who's Who in America, Dictionary of International Biography,** and **Outstanding People of the 20th Century**.  In 1992 he received a Unisys Corporation Group Level Achievement Award for professional excellence and the Technical Paper Award for the year.

Mr. Lemon is a graduate of Oklahoma University where he received a bachelor's degree and completed graduate work in meteorology.

Mr. Lemon is 62 years old, married, and the father of 3 children and resides in Independence, MO and Norman, OK. He can be reached at lrlemon@comcast.net and 816-213-3237 or at Les.Lemon@noaa.gov, 405-325-1013.

## MAJOR PROFESSIONAL ACCOMPLISHMENTS

### (* Most Important)

1. First to **discover and document** the severe thunderstorm radar echo associated **"anticyclonic wake eddy"** occurrence and its association with surface severe weather; Publication numbers 1, 4, and 13.

2. First to **document the hybrid supercell/multicell storm structure**, Publications # 1, 4, 12, 13.

3.* First to **discover and document the origin of the severe thunderstorm associated "Wall Cloud";** Publication # 4.

4.* Co-discoverer of the Doppler radar **Tornadic Vortex Signature (TVS)**; Publications # 7, 14, 15, and 29.

5. First to **suggest** the importance of **solenoidal vorticity generation to the mesocyclone and tornado genesis**, Publications # 34, 35.

6.* First to **document the analogy of the severe thunderstorm associated mesocyclone structure and evolution to the extratropical cyclone**; Publication numbers 1, 4, 12, 34, 35.

7.* **Co-discoverer of** the **"dry line"** severe thunderstorm, later called the **"Low Precipitation (LP)"** supercell storm. Publication numbers 10, and 11.

8. First to **hypothesize the "Vortex Valve"** (and later the **gustfront occlusion**) cause for tornadic storm weakening during tornado genesis. Publication 9.

9. Member of the first group to **complete a dual-Doppler radar tornadic thunderstorm synthesis** and analysis. Publication number 8.

10.* First to **document the importance of the supercell thunderstorm "Rear Flank Downdraft"** to supercell and mesocyclone structure and tornadogenesis. Publication numbers 34, and 35.

11.* **Formulated, designed, and developed** (what is now known as) the **"Lemon Technique"** in use nationally by the NWS, AWS, private sector, and internationally (Australia, Canada, China, Romania, South Africa, etc.) for the radar identification of severe thunderstorms. (See, for example, http://weather.cod.edu/sirvatka/lt.html)  South Africa has converted it for use in the southern hemisphere. Canada has automated the technique for nationwide severe thunderstorm warnings. The technique was mandatory study for all entering NWS Interns, 1980 through present and remains a primary technique with Doppler weather radar; Publication numbers **25, 26, 27,** 31, 32, 36, **43**, **and 47**.

12.*    Substantially contributed to the **delineation and definition of the supercell mesocyclone characteristics**, structure, and evolution, Publications # 1 through 6, 8, 12, 16, 19, 24, 28, **34, 35**, 47, 51, 54, 55, 68.

13.*    **Major contributor to supercell thunderstorm structure and evolution** understanding including first substantial model revision since K. Browning.  Lemon & Doswell's supercell model as presented in #35 remains the recognized supercell model today, over 25 years after its publication.  Publications # 34, and 35.

14.     First to **transfer** newly documented **visual severe thunderstorm cloud structures** and formations **from the research literature to** NWS, AWS, and private sector **operational services**; Publication number 37.

15.*    **Co-discovered** and documented the **mid-level origins and extension to great heights for many mesocyclonic tornadoes**; Publication numbers 7, 14, 15, 19, 29, 34, 35, 45, 47.

16.     **Co-designer** of the first set of **integrated "Doppler radar Tropical Weather Algorithms"**; Publication numbers 49, and 50.

17.     **Co-discovered** and documented the **"Pulse Sever Thunderstorm".**  Publication number 38.

18.*    **Discovered** and documented the **"Deep Convergence Zone"** associated with severe thunderstorms. Publication number 54, and 65.

19.     **Designed and developed** the first complete set of **WSR-88D display products**.

20.     **Designed, developed, and taught** (lead instructor) the now widely acclaimed Warning Decision Training Branch residence (now distance learning) **WSR-88D Operations Training course**.

22.*    **Major** responsibility and **contribution to the WSR-88D system** (hardware, software, and man-machine interface) **design**.

23.     Recognized as an **authority in the visual, conventional, and Doppler weather radar data interpretation and identification of the severe thunderstorm**.

24.     Traveled extensively internationally giving both **demonstrations** and formal **oral presentations on the WSR-88D capabilities and applications**.

25.     First to **develop** and introduce **operational WSR-88D product uses, interpretation, strengths and weaknesses, and practices**.  Publication numbers 47, 52, 53, and the WSR-88D Warning Decision Training Branch.

26.     First to **design, develop, and teach the commercial NEXRAD Information Dissemination Service (NIDS) training course** sponsored by Unisys, Lockheed Martin, the NWS, and the AMS.  Publication number 62.

27.     Invited to **speak to all Chinese Provincial Weather Service Directors**, Kunming, China, 2/94.

28.*    First to **derive and document the operational importance and application** (as a very large hail signature) **of the radar** artifact called a **"three-body scatter spike" (TBSS)**.  Publications 61 and 66.

42

29.   **Managed, directed, and technically assisted** in the **development** of the first suite of **tropical cyclone algorithms and products for Doppler weather radars** including NEXRAD (Patent and copyright pending).

30.   First to explain the **origin, interpretation, and application of radar centered "donut" signatures**. Publication 59.

31.   First (with a Brazilian co-author) to document the **importance, and application of clear air radar returns to flash flood forecasts and warnings**.  Publication 63.

32.   Documented and elucidated the **relationship of the radar Weak Echo Region, and Weak Echo Region to updraft and visual cloud**, and the first to suggest the **radar identification of updrafts in mid-levels through the use of reflectivity, mean radial velocity, and velocity spectrum width**.  Publication 67.

33.   First to document the direct **analogy of the ETC dry intrusion to the supercellular "clear slot" and the association with potential vorticity, mesocyclogenesis, and tornadogenesis.**  Publication 68.

34.   First to suggest and document a number of **operational applications for Doppler radar Velocity spectrum width products and data**.  Publication 69.

35.   **Assisted in design and development of a weather radar algorithm for the detection of water fowl in order to avoid aircraft – bird collisions** for the country of Israel in 1998 and 1999.  Publication 70.

36.   **Conducted the first storm damage survey in the history of Romania and documented the first recorded tornado in Romanian history**, a country that believed it did not have tornadoes.  Publication 76 and 77.

37.   **Assisted in development of the Chinese weather radar, the WSR-98D, in 2001.**

38.   **Appointed as Chinese Meteorological Administration visiting professor in 2001 teaching** annually and biannually, the Advanced Doppler radar data interpretation and applications seminar in Beijing and other cities of China.

39.   **Selected to serve on the Committee on Weather Radar Technology Beyond NEXRAD, National Research Council, National Academies of Science** (declined for business purposes but served as a reviewer/editor) in 2001.

40.   **Revised and updated the Federal Meteorological Handbook, Doppler Radar Meteorological Observations, Volumes B, C, and D, (FMH – 11) in 2003 – 2005.**

41.   Continues to **design, develop, update, and teach (nationally and internationally) a Doppler Weather Radar Applications and Interpretation seminar** in PowerPoint format with 46 hours of instruction.

42.   **Discovered and documented the "Vortex Hole" or "Vortex Column" associated with strong or violent tornadoes in 2008.**

43.    Lemon has an established reputation (mostly for his radar applications and interpretation research and training) within the U.S. research, operational, and broadcast portions of the meteorological community.

43

Moreover, he is known internationally as well, mostly because of "The Lemon Technique", his supercell model, his weather radar and severe storm applications and interpretation training, and for design and development of NEXRAD for which he received an AMS award.  **See, for example, (the following URLs from Australia, the AMS, University and government sites**:

Australia:  http://www.stormchasers.au.com/107lemon1.htm

Education sites

http://ww2010.atmos.uiuc.edu/(Gh)/guides/mtr/svr/comp/up/lt.rxml

http://ww2010.atmos.uiuc.edu/(Gh)/guides/mtr/svr/comp/up/mlt.rxml

and http://ww2010.atmos.uiuc.edu/(Gh)/guides/mtr/svr/comp/up/spr.rxml

AMS: http://atm.geo.nsf.gov/AMS/amsedu/award97.html

See ***The Award for Outstanding Contribution to the Advance of Applied Meteorology, 1997***

NOAA, NWS,

and http://www.cimms.ou.edu/~doswell/Training.html

National Academy of Sciences, Weather Radar Technology Beyond NEXRAD, Appointed but declined for business purposes.  Served as a formal Reviewer of report.

http://www4.nas.edu/webcr.nsf/CommitteeDisplay/BASC-U-99-06-A?OpenDocument

44

**PUBLICATIONS**

**Leslie R. Lemon**

**11/01/2009**

**(* Indicates Most Important)**

Papers numbered in Chronological Order

## Peer-reviewed Journal Articles

3.  Doviak, R. J., D. Burgess, L. Lemon, and D. Sirmans, 1974: Doppler velocity and reflectivity structure observed within a tornadic storm. **Journal de Recherches Atmospherics**, **VII**, **1-2**, 235-243.

5.  Sirmans, D. R. J. Doviak, D. Burgess, L. Lemon, 1974: Real time Doppler isotach and  reflectivity signature of a tornado cyclone. **Bull. Amer. Meteor. Soc.**, **55**, 1126-1127.

7*. Burgess, D. W., L. R. Lemon, and R. A. Brown, 1975: Tornado characteristics revealed by Doppler radar. **Geophysical Research Letters**, **2**, 183-184.

8.  Brown, R. A., D. W. Burgess, J. K. Carter, L. R. Lemon, D. Sirmans, 1975: NSSL dual-Doppler radar measurements in tornadic storms: a preview. **Bull. Amer. Meteor. Soc.**, **56**, 524-526.

11*.  Davies-Jones, R. P., D. W. Burgess, and L. R. Lemon, 1976: An atypical tornado producing cumulonimbus. **Weather, 31**, 336-347.

12*.  Lemon, L. R., 1976a: The flanking line, a severe thunderstorm intensification source. **J. Atmos. Sci., 33**, 686-694.

13.  _____, 1976b: Wake vortex structure and aerodynamic origin in severe thunderstorms. **J. Atmos. Sci., 33**, 678-685.

22.  _____, R. J. Donaldson, Jr., D. W. Burgess, and R. A. Brown, 1977a: Doppler radar application to severe thunderstorm study and potential real-time warning. **Aerospace Sci. Rev.**, No. 77-1, Hq. Air Weather Service, 63-71.

23*. _____, _____, _____ and _____, 1977b: Doppler radar application to severe thunderstorm study and potential real-time warning. **Bull. Amer. Meteor. Soc., 58**, 1187-1193.

28.  _____, D. W. Burgess, and R, A. Brown, 1978: Tornadic storm airflow and morphology derived from single Doppler radar measurements. **Mon. Wea. Rev., 106**, 48-61.

29*. Brown, R. A., L. R. Lemon, and D. W. Burgess, 1978: Tornado detection by pulsed Doppler radar. **Mon. Wea. Rev., 106**, 29-38.

30.  Davies-Jones, R. P., D. W. Burgess, L. R. Lemon, and D. Purcell, 1978: Interpretation of surface marks and debris patterns from the Union City tornado. **Mon. Wea. Rev., 106**, 12-21.

35*. Lemon, L. R., and C. A. Doswell III, 1979: Severe thunderstorm evolution and mesocyclone structure as related to tornadogenesis. **Mon. Wea. Rev., 107**, 1184-1197.

39.  Schaefer, J. T., F. P. Ostby, C. A. Doswell III, L. R. Lemon, R. P. McNulty, S. J. Weiss, and L. F. Wilson, 1980: Meeting Review: 11th Conference on Severe Local Storms, AMS, 2-5 October 1979, Kansas City, Mo., **Bull. Amer. Meteor. Soc., 61**, 123-129.

42.  _____, and D. Kelly, C. A. Doswell III, J. G. Galway, R. J. Williams, R. P. McNulty, L. R. Lemon, and B. D. Lambert, 1980: Tornadoes: when- where- how often. **Weatherwise**, **33**, 52-59.

44*. Doswell III, C. A., L. R. Lemon, R. A. Maddox, 1981: Forecaster training - a review and analysis. **Bull. Amer. Meteor. Soc., 62**, 983-988.

66**. Lemon, L. R., 1998: The radar "three-body scatter spike": An operational large hail signature. **Wea. And Forecasting, 13**, 327-340.

76*. Lemon, L.R., A. Stan-Sion, C. Soci, and E. Cordoneanu, 2003e: A strong, long-track, Romanian tornado. **Atmospheric Research, 67-68**, 391-416.

79.  Lindley, T, and L. R. Lemon, 2007; Preliminary observations of weak three-body scatter spikes associated with low-end severe hail. *Electronic J. Severe Storms Meteor.*, **2**(3).

80.  Yu, X., L. Lemon, Y. Zheng, Y. Liao, Y. Yao and C. Fang 2007; Observational investigation of a tornadic HP supercell storm. *Chinese J. Atmos. Sci.*

81.  Beatty, K, E. Rasmussen, J. Straka, L. Lemon, 2008: The Supercell Spectrum. Part I: A Review of Research Related to Supercell Precipitation Morphology, **E-Journal of Severe Storms Meteorology, Vol. 3, No 4.**

82.  Beatty, K., E. N. Rasmussen, J. M. Straka, and L. R. Lemon, 2008: The supercell spectrum. Part II: A semi-objective method for radar classification of supercell type. *Electronic J. Severe Storms Meteor.*, **in publication.**

85.  Bortzge, J., K. Hondl, B. Philips, L. Lemon,  E. Bass, D. Rude, and D. Andra jr., 2009: Evaluation of Distributed Collaborative Adaptive Sensing for detection for of low-level  circulations and implications and implications for severe weather warning operations.  **Wea. Forecasting,** in press.

**Book Contributions**

.47*.  Burgess, D. W., and L. R. Lemon, 1990: Severe thunderstorm detection by radar. Chapter 30a, **Radar in Meteorology**, Ed. D. Atlas, Amer. Meteor. Soc., Boston, 619-647.

70.* Lemon, L. R., 1999: WSR-88D/98D: Operational capabilities, and applications, weather and biological targets, **Migrating Birds Know No Boundaries**, International Seminar  on Birds and Flight Safety in the Middle East, Israel, April 25-29, 1999, Ed. Yossi Leshem, Yale Mandelik, Judy Shamoun-Barnes. International Center for the Study of Bird Migration, Latrun, Israel, 261-282.

**<u>Proceeding/Preprints</u>**

46

1.  Lemon, L. R., 1970: Formation and emergence of an anticyclonic eddy within a severe thunderstorm as revealed by radar and surface data. **Preprints**, 14th Conf. on Radar Meteor., Boston, Amer. Meteor. Soc., 323-328.

2.  Doviak, R. J., D. Burgess, L. Lemon, and D. Sirmans, 1973: Observations of Doppler isotach and reflectivity structure within tornadic storms. **Preprints**, Inter-union Commission of Radio Meteor. Colloquium, Nice, France.

6.  Burgess, D. W., L. R. Lemon, and R. A. Brown, 1975: Evolution of a tornado and parent circulation as revealed by single Doppler radar. **Preprints**, 16th Radar Meteor. Conf., Boston, Amer. Meteor. Soc.,99-106.

9.  Lemon, L. R., D. W. Burgess, and R. A. Brown, 1975: Tornado production and storm sustenance. **Preprints**, 9th Conf. on Severe Local Storms, Boston, Amer. Meteor. Soc., 100-104.

10. Davies-Jones, R. P., D. W. Burgess, and L. R. Lemon, 1975: Analysis of the 4 June 1973 Norman tornadic storm. **Preprints**, 9th Conf. on Severe Local Storms, Boston, Amer. Meteor. Soc., 384-388.

14*. Brown, R. A., and L. R. Lemon, 1976: Single Doppler radar vortex recognition: Part II- Tornadic vortex signatures. **Preprints**, 17th Conf. on Radar Meteor., Boston, Amer. Meteor. Soc., 104-109.

21. Lemon, L. R., R. J. Donaldson, Jr., D. W. Burgess, and R. A. Brown, 1977: Doppler radar application to severe thunderstorm study and potential real-time warning. **Proceedings**, Seventh Technical Exchange Conf., White Sands Missile Range, Atmospherics Sci. Lab., 64-71.

24. Burgess, D. W., R. A. Brown, L. R. Lemon, and C. R. Safford, 1977: Evolution of a tornadic thunderstorm. **Preprints**, 10th Conf. on Severe Local Storms, Boston, Amer. Meteor. Soc., 84-89.

25*. Lemon, L. R., 1977: Severe thunderstorm evolution: its use in a new technique for radar warnings. **Preprints**, 10th Conf. on Severe Local Storms, Boston, Amer. Meteor. Soc., 77-80.

31*. Lemon, L. R., 1978a: On the use of storm structure for hail identification. **Preprints**, 18th Conf. on Radar Meteor., Boston, Amer. Meteor. Soc., 203-206.

32. _____, 1978b: Improved application of conventional radar data and satellite imaging to severe thunderstorm detection and prediction. **Preprints**, Conf. on Atmospheric Environment of Aerospace Systems and Applied Meteorology, Boston, Amer. Meteor. Soc., 154-158.

33. Doswell III, C. A. and L. R. Lemon, 1979: An operational evaluation of certain kinematic and thermodynamic parameters associated with severe thunderstorms. **Preprints**, 11th Conf. on Severe Local Storms, Boston, Amer. Meteor. Soc., 397-402.

34**. Lemon, L. R., and C. A. Doswell III, 1979: Mesocyclone and severe thunderstorm structure: a revised model. **Preprints**, 11th Conf. on Severe Local Storms, Boston, Amer. Meteor. Soc., 458-463.

36. Lemon, L. R., 1979: On improving National Weather Service severe thunderstorm and tornado warnings. **Preprints**, 11th Conf. on Severe Local Storms, Boston, Amer. Meteor. Soc., 569-572.

41. _____, and D. W. Burgess, 1980: Magnitude and implications of high speed outflow at severe storm summits. **Preprints**, 19th Conf. on Radar Meteorology, Boston, Amer. Meteor. Soc., 364-368.

47

45*. Lemon, L. R., D. W. Burgess and L. D. Hennington, 1982: A tornado extending to extreme heights as revealed by Doppler radar. **Preprints**, 12th Conf. on Severe Local Storms, Boston, Amer. Meteor. Soc., 430-432.

48.  Foster, M. P., L. R. Lemon, T. O'Bannon, 1990: NEXRAD observations of the evolution of a flash flood event in Oklahoma. **Preprints**, 16th Conf. on Severe Local Storms, Boston, Amer. Meteor. Soc., J5-J9.

49.  Ray, P. S., L. R. Lemon, D. A. Miller, and B. D. Whissel, 1991: Operational Doppler radar in the tropics. **Preprints**, 25th Int. Conf. on Radar Meteor., Boston, Amer. Meteor. Soc., 35-38.

50.  _____, and L. R. Lemon, 1991: On the operational use of Doppler radar in the tropics. **Preprints**, Int. Conf. on Mesoscale Meteor. and TAMEX, Meteor. Soc. of Republic of China, Taipei, Taiwan, 380-384.

51.  Burgess, D. and L. Lemon, 1991: Characteristics of mesocyclones detected during a NEXRAD test. **Preprints**, 25th Int. Conf. on Radar Meteor., Boston, Amer. Meteor. Soc., 39-42.

52.  Lemon, L. R., E. M. Quoetone, L. J. Ruthi, 1992a: WSR-88D: effective operational applications of a high data rate. **Preprints**, Symposium on Weather Forecasting, Boston, Amer. Meteor. Soc., 173-180.

53.  _____, _____, _____, 1992b: WSR-88D: Operational capabilities and applications. **Preprints**, Fourth AES/CMOS Workshop on Operational Meteorology, Atmos. Environ. Serv., Vancouver, B.C., Canada, 151-160.

54.  Lemon, L. R., D. W. Burgess, 1993: Supercell associated deep convergence zone revealed by a WSR-88D. **Preprints**, 26th International Conf. on Radar Meteorology, Boston, Amer. Meteor. Soc., 206-208.

55.  Ruthi, L. J., E. M. Quoetone, and L. R. Lemon, 1993: Operational analysis of selected meteorological phenomena with the WSR-88D. **Preprints**, 13th Conf. on Weather Analysis and Forecasting, Boston, Amer. Meteor. Soc., 469-476.

56.  Burgess, D. W., L. R. Lemon, 1993: Tornado and mesocyclone development in a low-shear environment: The Cashion, Oklahoma storm of June 18, 1992. **Preprints**, 17th Conference on Severe Local Storms, Boston, Amer. Meteor. Soc., 153-157.

57*. Lemon, L. R., 1994: Recognition of the radar "three-body scatter spike" as a large hail signature. **Postprints**, First WSR-88D Users' Conference, NOAA, Norman, Oklahoma 373-388.

58.  Krohn, D., L. R. Lemon, 1994: WSR-88D application to volcanic ash detection, **Postprints**, First WSR-88D Users' Conference, NOAA, Gov. Printing Office, Norman, Oklahoma, 113-124.

59.  Lemon, L. R., and E. M. Quoetone, 1994: Interpretation of the radar-centered "Donut" Signature. **Postprints**, First WSR-88D User's Conf., NOAA, Gov. Printing Office, Norman, OK, 102-111.

60.  Lemon, L. R., and E. M. Quoetone, 1995: WSR-88D and visual observations of a non-supercellular storm and tornado. **Preprints**, 27th Conf. on Radar Meteor., Boston, Amer. Meteor. Soc., 156-159.

61*. Lemon, L. R., 1995a: Recognition of the "three-body scatter spike" as a large hail signature. **Preprints**, 27th Conf. on Radar Meteor., Boston, Amer. Meteor. Soc., 533-535.

62. _____, 1995b: NEXRAD information dissemination service, **Postprints**, Produced by Unisys Corporation, Sponsored by the National Weather Service, Administered and published by Amer. Meteor. Soc., 387 PP.

63. Calheiros, R. V., and L. R. Lemon, 1995: Application of radar clear air detection capability to flash flood forecasting. **Preprints**, III International Symposium on Hydro. Applica. of Wea. Radars.

64. Sohl, C. J., E. M. Quoetone, and L. R. Lemon, 1996: Severe storm warning decisions: Operational impact of multiple radars.  **Preprints**, 18th Conf. on Severe Local Storms, Boston, Amer. Meteor. Soc., 560-564.

65*. Lemon, L. R., and S. Parker, 1996: The Lahoma storm deep convergence zone: Its characteristics and role in storm dynamics and severity. **Preprints**, 18th Conf. on Severe Local Boston, Amer. Meteor. Soc., 70-75.

67.  Lemon, L. R., 1998a: Updraft identification with radar. **Preprints**, 19th Conf. on Severe Local Storms, Minneapolis, MN, Amer. Meteor. Soc., 709-712.

68*. _____, 1998b: On the mesocyclone "dry intrusion" and tornadogenesis. **Preprints**, 19th Conf. on Severe Local Storms, Minneapolis, MN, Amer. Meteor. Soc., 752-755.

69*. _____, 1999: Operational uses of velocity spectrum width data.  **Preprints**, 29th International Conf. on Radar Meteor., Montreal Canada, Amer. Meteor. Soc., 776-779.

71. Wilson, G.S., and L. R. Lemon. 2000: Integration and application of multiple radars to May 3rd 1999 severe storms: An assessment of the "VIPIR" performance.  **Preprints,** 20th Conf. on Severe Local Storms, Orlando, FL, Amer. Meteor. Soc., paper 3.4.

72. Edwards, R. and L. R. Lemon, 2002: Proactive or reactive: The severe storm threat to large event venues. **Preprints,** 21st Conf. on Severe Local Storms, San Antonio, TX, Amer. Meteor. Soc., 232 – 235.

73. Lemon, L. R., and E. Quoetone, 2003a: The U.S. national weather radar testbed (phased array): Potential impact on aviation.  **Preprints,** 31st Conference on Radar Meteorology, Seattle, WA, Amer. Meteor. Soc, 874 – 877.

74. Lemon, L. R., and E. Quoetone, 2003b: Some inferences on the visual cloud and the supercell radar echo relationship.  **Preprints,** 31st Conference on Radar Meteorology, Seattle, WA, J27 – J30.

75. Lemon, L. R., E. Quoetone, and Milian, 2003c: array): The U.S. national weather radar testbed: Phased array Doppler weather radar research and potential for air traffic Management. **Preprints,** 5th US/Europe ATM R&D.

78. Beatty, K. A., J. M. Straka, E. N. Rasmussen, and L. R. Lemon, 2004: A quasi-objective method for discrimination of supercell archetypes using the WSR-88D.  **Preprints,**  22ND Conference on Severe Local Storms, Hyannis, MA, Amer. Meteor. Soc., 8B.5.

83. Lemon, L. R., M. Umscheid, 2008: The Greensburg, Kansas tornadic storm: A storm of extremes.  **Preprints,** 24TH Conf. on Severe Local Storms, Savanna, GA, Amer. Meteor. Soc., 2.4

84. Brotzge, D, Andra, K. Hondl, and L. Lemon, 2008: A case study evaluating Distributied Collaborative Adaptive Sensing: Analysis of the 8 May 2001 Minisupercell event [Available online http://ams.confex.com/ams/88Annual/techprogram/paper_132909.htm]

86. Lemon, L.R., 2009: Supercell collapse phase, an example. **Preprints,** 34th Conf. on Radar Meteor., Williamsburg, VA., Amer. Meteor. Soc., 5B.3.


## Reports/Technical Memoranda

4.  Lemon, L. R., 1974: Interaction of two convective scales within a severe thunderstorm: A case study and thunderstorm wake vortex structure and aerodynamic origin. NOAA Tech. Memo. ERLTM-NSSL-71, National Severe Storms Laboratory, Norman, Oklahoma, 43 pp

15. Brown, R. A., and L. R. Lemon, 1976: Evolution of the Doppler radar tornadic vortex signature in the Union City storm. Chapter 15, The Union City, Oklahoma tornado of 24 May 1973. R. A. Brown, Editor. NOAA Tech. Memo. ERL NSSL-80, Norman, National Severe Storms Laboratory, 167-175.

16. Burgess, D. W., and L. R. Lemon, 1976: Union City storm history. Chapter 5, The Union City, Oklahoma tornado of 24 May 1973. R. A. Brown, Editor. NOAA Tech. Memo. ERL NSSL-80, Norman, National Severe Thunderstorms Laboratory, 33-51.

17. _____, _____, and G. L. Achtemeir, 1976: Severe storm splitting and left-moving storm structure. Chapter 6, The Union City, Oklahoma tornado of 24 May 1973. R. A. Brown, Editor. NOAA Tech. Memo. ERL NSSL-80, Norman, National Severe Storms Laboratory, 53-66.

18. Davies-Jones, R. P., D. W. Burgess, L. R. Lemon, and Purcell, 1976: Interpretation of surface marks and debris patterns from the Union City tornado. Chapter 13, The Union City, Oklahoma tornado of 24 May 1973. R. A. Brown, Editor. NOAA Tech. Memo. ERL NSSL-80, Norman, National Severe Thunderstorms Laboratory, 141-156.

19. Lemon, L. R., and D. W. Burgess, 1976: Tornadic storm airflow and morphology derived from single Doppler radar measurements. Chapter 8, The Union City, Oklahoma tornado of 24 May 1973. R. A. Brown, Editor. NOAA Tech. Memo. ERL NSSL-80, Norman, National Severe Thunderstorms Laboratory, 85-106.

20. Lemon, L. R., 1976: Tornadic storm evolution: vortex valve hypothesis. Appendix F, The Union City, Oklahoma tornado of 24 May 1973. R. A. Brown, Editor. NOAA Tech. Memo. ERL NSSL-80, Norman, National Severe Storms Laboratory, 229-234.

26*. _____, 1977a: New severe thunderstorm radar identification techniques and warning criteria: a preliminary report. NOAA Tech. Memo. NWS NSSFC-1, Kansas City, National Severe Storms Forecast Center, 60 pp.

27*. _____, 1977b: New severe thunderstorm radar identification techniques and warning criteria: a preliminary report. Air Weather Service Tech. Report 77-271, 60 pp.

43*. Lemon, L. R., 1980: Severe thunderstorm radar identification techniques and warning criteria. NOAA Tech. Memo. NWS NSSFC-3, Kansas City, National Severe Storms Forecast Center, 60 pp.

## Miscellaneous/Periodicals

50

37. _____, 1979: A Slide series supplement to tornado: a spotters guide. Prepared for the National Weather Service, Disaster Preparedness Office, (For training the NWS meteorologists, meteorological technicians, and severe storm spotters). 68 pp.

38. Wilk, K. E., L. R. Lemon, and D. W. Burgess, 1979: Interpretation of radar echoes from severe thunderstorms: a series of illustrations with extended captions. (Prepared for ARTCC Coordinator Training, FAA contract report.)

40. Lemon, L. R., 1980: The future weather radar: Doppler radar. Eastern Region Tech. Attach. No. 80-06.

46. Biery, R. and L. R. Lemon, 1984: Worthy of Worship, **Calvary Review**, Fall 1984, Calvary Bible College, Kansas City, Mo., 2-4.

77. Lemon, L. R., and A. Stan-Sion, 2003d: A Romanian Forecast and Training Experience. **The European Forecaster**, NO. **8,** Working Group on Cooperation Between          European Forecasters, Germany. 6 pp.

51

## D) <u>Litigation Case List</u>

In the past four years I have not given depositions or testified in court.

52

# E) <u>Compensation</u>

For expert services I am to be paid $300 per hour and for depositions and court testimony, $400 per hour.