

LNA001345

08/29/2005



LNA001347