1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  KATRINA CANAL    CIVIL ACTION

5    BREACHES CONSOLIDATED

6    LITIGATION              NO. 05-4182

7                            and consolidated cases

8

9                            SECTION "K" (2)

10

11                           JUDGE DUVAL

12   PERTAINS TO:  BARGE

13                           MAG. WILKINSON

14   FILED IN:

15

16   Boutte v. Lafarge        05-5531

17   Mumford v. Ingram        05-5724

18   Lagarde v. Lafarge       06-5342

19   Perry v. Ingram          06-6299

20   Benoit v. Lafarge        06-7516

21   Parfait Family v. USA    07-3500

22   Lafarge v. USA           07-5178

23

24

25

U.S. Dist. Ct. E.D. La.
No. 05-4182(K)(2) -- BARGE
DX 222

**2**

VIDEOTAPED DEPOSITION OF MELVIN SPINKS
WASHINGTON, D.C.
AUGUST 14, 2009
The videotaped deposition of MELVIN SPINKS was
convened on Friday, August 14, 2009, commencing
at 9:11 a.m., at the offices of Goodwin Proctor,
901 New York Avenue, Washington, D.C., before
Paula G. Satkin, Registered Professional
Reporter and Notary Public.

- - - - -

**4**

C O N T E N T S

MELVIN SPINKS            EXAMINATION

BY MR. RAFFMAN..........................7
MR. GILBERT..........................203
BY MR. RAFFMAN......................205


AFTERNOON SESSION.....................56

**3**

A P P E A R A N C E S

ON BEHALF OF THE BARGE PLAINTIFFS:
    BRIAN A. GILBERT, ATTORNEY AT LAW
    RICK SEYMOUR, ATTORNEY AT LAW
    LAW OFFICES OF BRIAN A. GILBERT
    821 Baronne Street
    New Orleans, LA 70113
    504.581.6180

ON BEHALF OF LAFARGE NORTH AMERICA, INC.:
    MARK RAFFMAN, ATTORNEY AT LAW
    ERIC GOLDBERG, ATTORNEY AT LAW
    JOHN ALDOCK, ATTORNEY AT LAW
    GOODWIN PROCTOR, LLP
    901 New York Avenue, N.W.
    Washington, DC 20001
    202.346.4000

ALSO PRESENT:
    John Shelonko, Lafarge North America
    Peter Keeley, Lafarge North America
    Bevin Armistead, Videographer
    Joe Suhayda, via telephone

**5**

E X H I B I T S

SPINKS EXHIBIT NO:            PAGE NO:

Exhibit Number 1....................15
Exhibit Number 2....................18
Exhibit Number 3....................49
Exhibit Number 4....................66
Exhibit Number 5....................67
Exhibit Number 6....................74
Exhibit Number 7....................75
Exhibit Number 8...................130
Exhibit Number 9...................161
Exhibit Number 10.................171

**6**

PROCEEDINGS                                    09:08:06
                                               09:08:56

THE VIDEOGRAPHER: My name is              09:08:56
Bevin Armistead, present on behalf of Veritext    09:10:56
New York.                                      09:10:59

The date of today is Friday,                  09:11:00
August 4, 2009. We are on the record at        09:11:02
approximately 9:11 a.m.                        09:11:05

This deposition is being held at             09:11:07
the law office of Goodwin Proctor, 901 New York  09:11:09
Avenue, Washington, D.C.                       09:11:13

The caption of the case is In Re:            09:11:15
Katrina Canal Breaches Consolidated Litigation    09:11:18
Pertains to Barge, Civil Action Number 05-428    09:11:22
and consolidated cases. Filed in the U.S.      09:11:27
District Court, Eastern District of Louisiana.   09:11:32

This is videotape number one in             09:11:33
the deposition of Melvin Spinks.               09:11:35

At this time counsel will identify          09:11:38
themselves for the record, state whom you      09:11:39
represent, after which our court reporter, Paula  09:11:41
Satkin, will swear in the witness and then we'll   09:11:44
proceed.                                       09:11:48

MR. GILBERT: Brian Gilbert for           09:11:49
the Plaintiffs.                                09:11:51

**7**

MR. SEYMOUR: Along with Rick              09:11:52
Seymour for the Plaintiffs.                    09:11:53

MR. RAFFMAN: Mark Raffman for            09:11:54
Lafarge North America. With me from Goodwin    09:11:57
Proctor are Eric Goldberg and John Aldock. With   09:12:02
me from Lafarge North America are John Shelonko   09:12:06
and Peter Keeley.                              09:12:07

MR. GILBERT: Before we swear the         09:12:09
witness could we get a disclosure on the record   09:12:10
as to who is tied in on real time?             09:12:13

MR. RAFFMAN: Of course. Joe             09:12:15
Suhayda is tied in on real time.               09:12:17

MR. GILBERT: Anyone else?                09:12:20

MR. RAFFMAN: Nobody else, as far         09:12:20
as I know.                                     09:12:22

Whereupon--

MELVIN SPINKS                    09:12:33
a witness, called for examination, having been
first duly sworn, was examined and testified as
follows:                                       09:12:33
                                               09:12:33

EXAMINATION                      09:12:33
                                               09:12:36

BY MR. RAFFMAN:                               09:12:36

**8**

Q.  Good morning Mr. Spinks my name is      09:12:37
Mark Raffman we've met before have we not?      09:12:39

A.  Yes, we have.                           09:12:41

Q.  And I took your deposition in           09:12:42
September of 2008 in New Orleans. Do you        09:12:44
remember that?                                 09:12:47

A.  Yes, sir.                               09:12:47

Q.  Since the last deposition that          09:12:48
brought us together, have you given other       09:12:51
depositions?                                   09:12:53

A.  No, sir.                                09:12:53

Q.  To bring back into your mind some       09:12:54
of the rules of the road for a deposition, the    09:13:02
court reporter will be taking down your words.   09:13:05
In order for her to do her job properly you need   09:13:07
to speak up. Do you understand that?           09:13:11

A.  Yes.                                    09:13:12

Q.  In order for her to do her job          09:13:13
properly you and I need to let each other       09:13:15
finish, try not to interrupt each other. Do you   09:13:17
understand that?                               09:13:20

A.  Yes, sir.                               09:13:21

Q.  You understand that you're under        09:13:21
oath?                                          09:13:23

A.  Yes.                                    09:13:24

**9**

Q.  If you don't understand a question      09:13:25
that I ask please ask for clarification.        09:13:28
Otherwise I'm going to assume you've understood   09:13:32
my question. Is that fair?                     09:13:34

A.  Yes.                                    09:13:36

Q.  If you remember something or need       09:13:36
to add something to an earlier answer you're    09:13:38
free to do that. Do you understand?            09:13:41

A.  Yes, sir.                               09:13:43

Q.  If you need a break, please ask        09:13:43
and we'll take a break at your convenience;      09:13:45
okay?                                          09:13:49

A.  Thank you.                              09:13:50

Q.  Have you taken any medications,         09:13:50
alcohol, drugs or anything else that would      09:13:53
impair your ability to testify truthfully and    09:13:55
accurately here this morning?                  09:13:57

A.  No, sir.                                09:13:59

Q.  Is there any other reason why you       09:14:00
are unable to testify truthfully and accurately   09:14:02
this morning?                                  09:14:05

A.  No, sir.                                09:14:06

Q.  All right. Great.                       09:14:06

Have you reviewed the transcript          09:14:07
of the deposition you gave in September 2008?    09:14:10

10

1    A.   Yes, I have.                    09:14:12
2    Q.   When's the last time you reviewed    09:14:13
3 it?                                     09:14:15
4    A.   Probably three or four days ago.    09:14:16
5    Q.   When you reviewed it did you see    09:14:19
6 anything in there that leaped out at you as    09:14:22
7 being incorrect or wrong?               09:14:24
8    A.   No.  I think I've turned comments    09:14:26
9 in on any corrections that I made to it.    09:14:30
10    Q.   When you say you turned comments    09:14:32
11 in, you read the deposition and signed it    09:14:35
12 sometime last fall; right?              09:14:38
13    A.   Correct.                        09:14:41
14    Q.   And so any comments you made at    09:14:41
15 that time would be reflected in the read and    09:14:42
16 sign process from last fall?            09:14:45
17    A.   Yes, sir.                       09:14:46
18    Q.   And when you read the deposition    09:14:47
19 three or four days ago nothing else leaped out    09:14:49
20 at you as being wrong or incorrect; is that    09:14:52
21 fair?                                   09:14:55
22    A.   Nothing significant.            09:14:55
23    Q.   Okay.  When we met last September    09:14:57
24 you had done a report about the flooding of the    09:15:01
25 Lower Ninth Ward in St. Bernard Parish in New    09:15:06

11

1 Orleans; right?                         09:15:11
2    A.   Yes.                            09:15:11
3    Q.   Since September 2008 you've       09:15:12
4 revised your report; right?             09:15:14
5    A.   Correct.                        09:15:16
6    Q.   Tell me what additional work you    09:15:17
7 did from September of 2008 -- actually -- strike    09:15:19
8 that.                                   09:15:29
9        When we met last fall in September    09:15:30
10 we were talking about a report that you had    09:15:32
11 initially issued in June of 2008; right?    09:15:35
12    A.   Yes.                            09:15:38
13    Q.   What work did you do since June of    09:15:38
14 2008 up until the time you produced your most    09:15:41
15 recent report?                         09:15:46
16    A.   Okay.  There -- one of the things    09:15:47
17 in these types of studies is that as additional    09:15:51
18 information that may be gathered during the    09:15:55
19 study or time, in this case we've had some other    09:15:57
20 depositions that have been taken from my    09:16:00
21 witnesses.  We were able to incorporate    09:16:03
22 additional fact information into this particular    09:16:06
23 update.                                 09:16:11
24        We also were able to do a          09:16:13
25 verification analysis which we refer to as a    09:16:16

12

1 sensitivity analysis of some additional    09:16:20
2 breaching times in order to again confirm the    09:16:26
3 data that was used to populate our model.    09:16:31
4    Q.   Is there anything else you can     09:16:38
5 think of that you did since the June 2008    09:16:40
6 report?                                 09:16:44
7    A.   I believe there was some ground    09:16:45
8 topology that we were able to gather, related to    09:16:48
9 the railroad.  So there was probably a few small    09:16:52
10 items of data information that we were able to    09:16:57
11 verify in between that time frame in this    09:17:02
12 updated model.                          09:17:06
13    Q.   All right.  So not to put words in    09:17:07
14 your mouth, and I want to be fair, is it fair to    09:17:10
15 say that the major work you did from the    09:17:13
16 June 2008 report until the most recent report    09:17:17
17 was to incorporate additional fact information    09:17:21
18 and to perform your sensitivity analysis?    09:17:24
19    A.   Yes.                            09:17:26
20    Q.   To prepare for this deposition    09:17:28
21 have you reviewed reports from other experts?    09:17:33
22    A.   I may not answer this properly,    09:17:44
23 and if I don't just let me know, but we have    09:17:46
24 reviewed additional reports which are documented    09:17:52
25 in our particular -- in this report, and so I'll    09:17:58

13

1 note that.                              09:18:04
2    Q.   All right.  And I understand what    09:18:04
3 you're saying, which is different from my    09:18:07
4 question, but I'll -- I'll make clear.    09:18:10
5        The reports that you've reviewed    09:18:15
6 are the reports from Ebersole and Fitzgerald and    09:18:18
7 Bea and some of the others who gave reports in    09:18:24
8 the Robinson or MRGO litigation; is that right?    09:18:27
9    A.   That's correct.                  09:18:32
10    Q.   Have you reviewed the report of    09:18:34
11 Mr. or Dr. Moreno?                      09:18:36
12    A.   No, I have not.                  09:18:38
13    Q.   Have you agreed the report of    09:18:40
14 Mr. Pazos?                              09:18:42
15    A.   No, I have not.                  09:18:43
16    Q.   Have you reviewed the report of    09:18:45
17 Charles Cushing?                        09:18:47
18    A.   I reviewed an appendix that I    09:18:48
19 believe to his main report, which would have    09:18:51
20 been Dr. Daggett's, I believe.          09:18:54
21    Q.   When did you review Dr. Daggett's    09:18:59
22 appendix?                               09:19:01
23    A.   Probably about three days ago.    09:19:05
24    Q.   Why did you review Dr. Daggett's    09:19:15
25 appendix?                               09:19:18

**14**

1    A.  It was sent to me before the    09:19:19

2  flight down, just to take a look at.    09:19:21

3    Q.  Did you see anything in    09:19:26

4  Dr. Daggett's appendix that you found    09:19:28

5  particularly objectionable?    09:19:31

6    A.  No, not in particular.    09:19:35

7    Q.  Did you review any of the trial    09:19:41

8  testimony in the Robinson case?    09:19:56

9    A.  No, I have not.    09:20:00

10    Q.  Have you reviewed the report of    09:20:02

11  Dr. Bakeer?    09:20:07

12    A.  No, I have not.    09:20:10

13    Q.  Have you reviewed the report of    09:20:11

14  Robert Bea issued in this case?  When I say this    09:20:14

15  case, I mean the Barge report issued in    09:20:21

16  August 2009?    09:20:23

17    A.  I have reviewed a report, I'm just    09:20:24

18  not sure which it's tied to.    09:20:26

19    Q.  Okay.  Have you reviewed a report    09:20:28

20  by Paul Kemp, issued in August 2009?    09:20:31

21    A.  No, I have not.    09:20:35

22    Q.  Let's get your report out.    09:20:36

23    To your right is a binder that's    09:20:50

24  marked as Exhibit 1 to your deposition, it says    09:20:53

25  Melvin Spinks report.  Take that binder and hand    09:20:56

**15**

1  the other binder to your lawyer, please.    09:21:01

2    (Spinks Exhibit Number 1 was    09:21:01

3  marked for identification.)    09:21:04

4  BY MR. RAFFMAN:    09:21:04

5    Q.  I'm going to ask you to look at    09:21:04

6  this binder and ask you whether this binder    09:21:06

7  represents the report you issued in this case in    09:21:09

8  June 2009, with the exception of the very large    09:21:15

9  exhibits?    09:21:20

10    A.  Okay.  Can I look through it?    09:21:22

11    Q.  Yes.    09:21:25

12    A.  Yes, it appears to be our report    09:23:26

13  that we issued in June 2009.    09:23:29

14    Q.  All right.  The exhibits that are    09:23:31

15  at the back of the report have been reduced from    09:23:33

16  their original size; right?    09:23:36

17    A.  Yes.    09:23:39

18    Q.  But they do appear to be the same    09:23:39

19  documents, but significantly reduced?    09:23:42

20    A.  Yes.  There's several reductions    09:23:45

21  and tables and exhibits from the original size    09:23:49

22  of the document.    09:23:52

23    Q.  Okay.  Did you draft the expert    09:23:53

24  report?    09:24:00

25    A.  Yes, I did.    09:24:01

**16**

1    Q.  The expert report bears your    09:24:03

2  signature?    09:24:05

3    A.  Yes, sir.    09:24:06

4    Q.  You understand when I'm using the    09:24:07

5  word expert report I'm referring to Exhibit 1 to    09:24:09

6  your deposition today?    09:24:13

7    A.  Yes, I do.    09:24:14

8    Q.  And was all of the narrative in    09:24:16

9  the report written by you or a member of your    09:24:21

10  staff?    09:24:25

11    A.  Yes, it was.    09:24:26

12    Q.  Does your expert report contain    09:24:27

13  all of the opinions that you expect to offer at    09:24:29

14  the trial in this case?    09:24:32

15    A.  Yes, it does, unless there's    09:24:34

16  additional information that is made available,    09:24:37

17  as stated in our report.    09:24:49

18    Q.  Well, all right, let's -- to be    09:24:57

19  clear, refer to page seven of your report.  It    09:25:00

20  says at the bottom of the second paragraph, "if    09:25:06

21  additional information becomes available we    09:25:10

22  reserve the right to determine it's effect, if    09:25:12

23  any, on our stated opinions and conclusions and    09:25:15

24  to revise our conclusions as necessary by this    09:25:19

25  additional technical information."  Is that the    09:25:22

**17**

1  statement in your report that you're referring    09:25:24

2  to?    09:25:26

3    A.  Yes, I am.    09:25:26

4    Q.  As you sit here today, are the    09:25:27

5  opinions expressed in your report the opinions    09:25:29

6  that you expect to offer at trial?    09:25:32

7    A.  Yes, I do.    09:25:34

8    Q.  Does your report contain all the    09:25:35

9  bases and reasons for those opinions?    09:25:37

10    A.  Yes, it does.    09:25:40

11    Q.  Does the report identify the    09:25:41

12  information and data considered by you in    09:25:43

13  forming the opinions?    09:25:46

14    A.  Yes, it does.    09:25:47

15    Q.  So anything you relied on is    09:25:49

16  included in the report?    09:25:51

17    A.  It's included or referenced in the    09:25:53

18  report.    09:25:56

19    Q.  Fair enough.    09:25:58

20    Can you think of anything that you    09:26:01

21  relied on that is not included in your report or    09:26:03

22  the references?    09:26:06

23    A.  No.    09:26:08

24    Q.  How big were the waves in the    09:26:09

25  Industrial Canal on the morning of August 29,    09:26:21

**18**

1  2009?                                    09:26:27
2      A.   If I can recall correctly, the    09:26:27
3  information that was gathered from the IPET    09:26:30
4  report, I believe that the waves, according to    09:26:36
5  IPET's analysis, were somewhere less than one    09:26:42
6  foot before 5:30 in the morning on the 29th of    09:26:45
7  August and then around from 5:30 on they ranged    09:26:51
8  between two to three feet.                  09:26:57
9      Q.   Those are the wave heights that    09:27:02
10  you have used in the analysis you have      09:27:05
11  conducted; is that right?                  09:27:09
12      A.   Yes.                            09:27:11
13      Q.   Just so I make sure I have it    09:27:21
14  clear, I'm going to mark Exhibit 2.        09:27:24
15      (Spinks Exhibit Number 2 was        09:27:27
16  marked for identification.)              09:27:44
17  BY MR. RAFFMAN:                            09:27:44
18      Q.   I've marked Exhibit 2 to your    09:27:44
19  deposition, Mr. Spinks, it is excerpts from IPET   09:27:46
20  Volume IV, consists of certain pages, and    09:27:52
21  referencing you to the first page of the    09:28:00
22  exhibit, the middle of the page it says,    09:28:03
23  "estimated wave heights are in the two to three    09:28:05
24  foot range for the area along the Lower Ninth    09:28:09
25  Ward that may have breached early around 9:30 to    09:28:12

**19**

1  10:30 UTC."  Do you see that?              09:28:18
2      A.   Yes, sir.                        09:28:20
3      Q.   This is one of the references that    09:28:21
4  you relied on in your report?              09:28:22
5      A.   It's a portion of the overall    09:28:25
6  report, yes.                              09:28:27
7      Q.   Yes.  There are some additional    09:28:29
8  pages.  There's a page -- the next page is an    09:28:31
9  excerpt from IPET report IV, Appendix 14,    09:28:36
10  page 8.  Is this also a portion of the IPET    09:28:41
11  report that you relied on in forming your    09:28:44
12  conclusions?                              09:28:46
13      A.   Yes.  A piece of the over all    09:28:49
14  report.                                  09:28:52
15      Q.   All right.  And then if you turn    09:28:52
16  to page -- the next series of pages, it's    09:28:55
17  Volume IV, Appendix 15, pages 36 through 40.    09:29:00
18      Are these pages also a piece of    09:29:07
19  the overall report that you relied on for the    09:29:09
20  wave height conclusions that you drew?    09:29:12
21      A.   Yes.  They're a portion of this    09:29:15
22  report.                                  09:29:19
23      Q.   Were you surprised by IPET's    09:29:54
24  conclusion that wave heights in the Inner Harbor    09:29:57
25  Navigation Canal were less than one foot before    09:30:04

**20**

1  5:30 and in the range of two to three feet after    09:30:07
2  5:30?                                    09:30:11
3      A.   I had no reason to not be        09:30:12
4  concerned.                                09:30:15
5      Q.   I guess I didn't understand your    09:30:19
6  answer very clearly.  You had no reason to    09:30:22
7  question those numbers?                    09:30:24
8      A.   To question, right.              09:30:26
9      Q.   As a hydrologist why did you find    09:30:27
10  those numbers to be credible?              09:30:30
11      A.   I think IPET went through a    09:30:34
12  scientific process and analysis in order to    09:30:37
13  determine those values and, again, I had no    09:30:40
14  reason not to discount that information.    09:30:47
15      Q.   You just said you had no reason    09:30:52
16  not to discount that information.  I think you    09:30:54
17  meant to say you had no reason to discount it;    09:30:57
18  is that fair?                            09:31:01
19      A.   Yes, that's fair.              09:31:02
20      Q.   If there had been 20-foot waves in    09:31:04
21  the Inner Harbor Navigation Canal, instead of    09:31:09
22  two to three-foot waves, would that have been    09:31:12
23  relevant to you?                          09:31:16
24      A.   Certainly if there's 20-foot waves    09:31:17
25  that would be relevant to everybody in that    09:31:22

**21**

1  area.                                    09:31:24
2      Q.   As a hydrologist do you find the    09:31:24
3  presence of 20-foot waves in the Inner Harbor    09:31:28
4  Navigation Canal to be a credible scenario?    09:31:33
5      MR. GILBERT:  Object.  That's an    09:31:37
6  improper hypothetical.  I don't want to make a    09:31:40
7  speaking objection.  Note the objection.    09:31:44
8      THE WITNESS:  I have no reason to    09:31:48
9  believe there were 20-foot waves, based on the    09:31:50
10  science that I've read and studied.        09:31:53
11  BY MR. RAFFMAN:                            09:32:02
12      Q.   The science that you've read and    09:32:03
13  studied permits inferences to be drawn about    09:32:05
14  wave heights based on data inputs such as wind,    09:32:08
15  fetch, and other factors; is that right?    09:32:14
16      A.   Wind and fetch is certainly a    09:32:18
17  scientific process to look at wave information.    09:32:23
18      Q.   What are some of the other        09:32:38
19  elements, if any, of the scientific process to    09:32:42
20  look at wave information?                  09:32:45
21      A.   That's a fairly general question,    09:32:46
22  and not being an oceanographer but, again,    09:32:50
23  there's a whole entire study of oceanography    09:32:54
24  that deals with wave generation.  It deals with    09:32:57
25  tsunamis to normal average waves, and I can't    09:33:02

**22**

1    say that I'm an expert in oceanography.      09:33:05
2        Q.   If an expert wanted to conduct a      09:33:13
3    scientific analysis of wave heights in the Inner   09:33:15
4    Harbor Navigation Canal on August 29th there are   09:33:20
5    ways to investigate that scientifically; is that   09:33:22
6    a fair question?             09:33:25
7        A.   Yes, and I believe it was done      09:33:27
8    within the IPET report.           09:33:29
9        Q.   You have accepted that there was      09:33:37
10   some wave overtopping of the floodwalls in the   09:33:46
11   Inner Harbor Navigation Canal before the still   09:33:50
12   water surge level reached the top of the walls;   09:33:54
13   right?                09:33:57
14       A.   Yes.              09:33:57
15       Q.   You have not drawn any conclusions   09:33:58
16   about the effect of wave overtopping on the   09:34:00
17   soils on the backside of the floodwall; is that   09:34:02
18   correct?                09:34:06
19       A.   That is correct.          09:34:06
20           Can I add a little bit to that   09:34:29
21   answer, just to make sure?         09:34:31
22           I answered it in saying you are   09:34:33
23   correct, we have not looked at the soil      09:34:36
24   properties out there.  And again, in terms of   09:34:39
25   the flooding analysis we conducted it would not   09:34:42

**23**

1    be necessary to look at the soil conditions   09:34:44
2    related to the overtopping.         09:34:46
3        Q.   Okay.  I understand your answer.   09:34:50
4    You've done an analysis of flooding; right?   09:35:00
5        A.   Correct.             09:35:04
6        Q.   And the analysis of flooding did   09:35:04
7    not look at the question of what happened to the   09:35:07
8    soil on the protected side of the floodwall?   09:35:09
9        A.   That's correct.          09:35:12
10       Q.   As a hydrologist are you familiar   09:35:18
11   with the behavior of waves under loading by   09:35:21
12   winds?                09:35:24
13       A.   I'm aware, but it's not something   09:35:28
14   I do every day in the science that we employ in   09:35:31
15   terms of river rain and generally coastal storm   09:35:36
16   surge flooding.             09:35:39
17       Q.   Is it generally understood that   09:35:40
18   wind -- that wind activated waves tend to travel   09:35:42
19   in the direction of the prevailing wind?   09:35:47
20       A.   From common sense I would say yes,   09:35:55
21   but in the study of the science I can't offer a   09:35:57
22   full opinion on that.           09:36:00
23       Q.   Is it generally understood that   09:36:04
24   when waves are reflected off of a surface the   09:36:07
25   reflected wave has less energy than the wave   09:36:11

**24**

1    approaching the surface?           09:36:16
2        A.   In theory, yes.          09:36:20
3        Q.   Let me return to your report.      09:36:33
4    Since your September deposition have you had any   09:36:52
5    contact with the Delft organization?      09:36:54
6        A.   No, not relative to this case.      09:36:59
7        Q.   Have you used the SOBEK model to   09:37:01
8    do other work since September 2008?      09:37:08
9        A.   I don't believe so.          09:37:15
10       Q.   Is this still the only project on   09:37:21
11   which you have used the SOBEK model?      09:37:24
12       A.   This is the SOBEK model, yes, was   09:37:28
13   chosen for this particular project specifically.   09:37:33
14       Q.   And you have not used the SOBEK   09:37:37
15   model for other projects, apart from this one;   09:37:39
16   right?                09:37:44
17       A.   Yes.  But, again, because we   09:37:45
18   haven't had a major hurricane, but we would   09:37:49
19   definitely use it again if the conditions were   09:37:56
20   there and that we needed to analyze an interior   09:38:00
21   system.                09:38:03
22       Q.   What contact have you had with the   09:38:08
23   Delft organization since September?      09:38:10
24       A.   I probably won't be able to answer   09:38:14
25   that fully because my staff also makes contact   09:38:16

**25**

1    with the different program developers.  So I   09:38:20
2    personally have not had a contact but I can't   09:38:25
3    say that my staff hasn't.           09:38:28
4        Q.   Do you know of any contact with   09:38:30
5    your staff and the Delft organization since   09:38:32
6    September about this case?         09:38:35
7        A.   No, I do not.            09:38:38
8        Q.   Do you know of any contact between   09:38:39
9    your staff and the Delft organization since   09:38:42
10   September 2008 on other cases?         09:38:46
11       A.   No, I do not.            09:38:48
12       Q.   The flooding analysis that you've   09:38:49
13   performed in this case reflected in Exhibit 1   09:38:52
14   has been performed for the lawyers representing   09:38:56
15   the Plaintiffs in the Barge litigation; right?   09:39:00
16       A.   Yes.              09:39:03
17       Q.   And it's performed for the purpose   09:39:04
18   of litigation; right?           09:39:13
19       A.   Yes.  I mean we were retained to   09:39:18
20   look at it in a litigation case, but it's not a   09:39:21
21   study that supports just a litigation effort,   09:39:24
22   it's an overall study.           09:39:30
23       Q.   You've never published your   09:39:43
24   flooding analysis in any journal of any type;   09:39:45
25   right?                09:39:50

7 (Pages 22 to 25)

**26**

1    A.   This particular study, no, because    09:39:51
2  it's in litigation.                          09:39:54
3    Q.   And this particular study, let me     09:39:57
4  clear, has not been published in a peer reviewed    09:39:59
5  journal; correct?                            09:40:06
6    A.   No, not presently.                     09:40:07
7    Q.   All right.                             09:40:09
8    A.   Let me elaborate a little bit.         09:40:16
9    Q.   That will be fine.                     09:40:18
10    A.   Normally, any product that we have    09:40:19
11  that's in litigation would not be published    09:40:21
12  outside the litigation related effort unless we    09:40:24
13  were asked specifically to issue this technical    09:40:28
14  information out to the public.               09:40:34
15    Q.   So, to be clear -- and I'll --        09:40:36
16  I'll interject, I often offer ask a lot of    09:40:43
17  questions ending in am I correct, even sometimes    09:40:49
18  when a statement is a negative statement.  If    09:40:54
19  any negative statement is correct then your    09:40:57
20  answer ought to be, yes, you're correct, because    09:40:59
21  we get bad transcript and I've got to ask    09:41:02
22  questions again.  So with that pause.         09:41:05
23        For the reasons you've just           09:41:13
24  explained, you have not published your flooding    09:41:15
25  study in a peer reviewed journal; correct?    09:41:19

**27**

1    A.   For the reasons I just explained,      09:41:23
2  that's correct.                              09:41:25
3    Q.   And the same answer is true for        09:41:26
4  any sort of journal; right?                  09:41:28
5        MR. GILBERT:  This study?              09:41:34
6        MR. RAFFMAN:  Yes.                      09:41:36
7        THE WITNESS:  Yes, for this study      09:41:38
8  that's correct, it hasn't been disseminated out    09:41:40
9  to the public.                               09:41:44
10  BY MR. RAFFMAN:                               09:41:47
11    Q.   Have you published to the public       09:41:47
12  any flooding study involving Hurricane Katrina?    09:41:49
13    A.   Specifically Hurricane Katrina,        09:42:00
14  no.                                          09:42:03
15    Q.   Am I correct that the only persons     09:42:05
16  who have provided comments on your report before    09:42:10
17  it was completed were lawyers for the Plaintiffs    09:42:13
18  and people working for the Plaintiffs' lawyers?    09:42:17
19    A.   No.  I believe our report was          09:42:25
20  recently reviewed in the Robinson case, and I    09:42:28
21  think there are three experts who have actually    09:42:32
22  looked and reviewed our engineering and the    09:42:35
23  analysis.  In fact, I did have an opportunity to    09:42:41
24  speak to one of the technical experts, which was    09:42:45
25  Mr. Steven Fitzgerald, and he felt that -- in    09:42:50

**28**

1  our telephone conversation he felt that our    09:42:58
2  analysis was very well presented and that they    09:43:00
3  felt very comfortable, that being the government    09:43:06
4  referencing our engineering and our science    09:43:09
5  related to this study for Hurricane Katrina.    09:43:12
6    Q.   Well, let me re-ask the question       09:43:16
7  then.                                        09:43:22
8        Am I right that the only persons       09:43:22
9  who have provided comments on our report were    09:43:25
10  lawyers for the Plaintiffs, people working for    09:43:28
11  the Plaintiffs' lawyers and people working for    09:43:31
12  other litigants in the Katrina litigation?    09:43:34
13    A.   Yes.                                   09:43:40
14    Q.   Did anything that Mr. Fitzgerald       09:43:43
15  told you on the phone cause you to change any    09:43:45
16  portions of your report?                     09:43:48
17    A.   No.                                    09:43:50
18    Q.   Your company is CivilTech             09:44:04
19  Engineering?                                 09:44:08
20    A.   Inc.                                   09:44:08
21    Q.   Inc.  CivilTech Engineering, Inc.     09:44:09
22  Do you own that company?                     09:44:14
23    A.   Yes, sir.                             09:44:15
24    Q.   Are you the sole owner?               09:44:15
25    A.   Yes, I am.                            09:44:17

**29**

1    Q.   What percentage of your company's      09:44:20
2  work is done for lawyers in litigation?       09:44:23
3    A.   Probably less than 5 percent.          09:44:25
4    Q.   Did Mr. Fitzgerald make any            09:44:31
5  criticisms of your report?                   09:44:35
6    A.   No.  In fact, he was very specific     09:44:37
7  in saying that the work -- the timing of the    09:44:40
8  breaches he felt very comfortable in our    09:44:43
9  analysis.  He thought we were able to gather a    09:44:46
10  lot more additional information relative to eye    09:44:49
11  witnesses, and that he felt that our work really    09:44:53
12  supported the breach times for the north breach.    09:44:58
13    Q.   When he referred to the breach         09:45:18
14  time for the north breach, he's referring to    09:45:20
15  4:00 o'clock time that you derived for the north    09:45:23
16  breach; is that right?                       09:45:25
17    A.   Yes, sir.                             09:45:27
18    Q.   Did he make the same comment about     09:45:28
19  the 5:30 a.m. time for the south breach?      09:45:30
20    A.   No.                                    09:45:33
21    Q.   Are you going to offer any opinion     09:45:35
22  regarding the transit of the Barge ING 4727?    09:45:56
23    A.   No, I'm not.                          09:46:01
24    Q.   Are you going to offer any opinion     09:46:02
25  whether the barge caused either of the two    09:46:05

30

```
1    floodwall breaches on the Inner Harbor      09:46:08
2    Navigation Canal?                           09:46:11
3        A.   No, I'm not.                        09:46:11
4        Q.   Are you going to offer an opinion   09:46:17
5    on whether something other than the Barge caused  09:46:20
6    either of the two breaches of the floodwall in    09:46:28
7    the Inner Harbor Navigation Canal?          09:46:32
8        A.   I'm going to offer an opinion that  09:46:35
9    there was a breach.                         09:46:37
10       Q.   But you won't offer an opinion on   09:46:40
11   what caused the breach; right?              09:46:42
12       A.   No.                                 09:46:44
13       Q.   Okay.                               09:46:45
14           I'm sorry, I have to ask it again.   09:46:52
15       MR. GILBERT:  It was clear.              09:46:57
16           Go ahead.                            09:46:58
17   BY MR. RAFFMAN:                             09:46:59
18       Q.   You're not going to offer an        09:47:00
19   opinion on what caused the breach; am I correct?  09:47:01
20       A.   That's correct.                     09:47:04
21       Q.   Will you offer an opinion on the    09:47:07
22   cause of the levee breaches along the MRGO?  09:47:09
23       A.   No.                                 09:47:15
24       Q.   Is it fair to say that your         09:47:20
25   opinions in this case are centered on the use of  09:47:22
```

31

```
1    hydrologic modeling to determine the timing and   09:47:24
2    extent of flooding from various flooding    09:47:28
3    sources?                                    09:47:30
4        A.   Repeat that one more time, make    09:47:32
5    sure I understand.                          09:47:34
6        Q.   I'm not trying to be tricky, so    09:47:34
7    I'll repeat it.                             09:47:36
8            Is it fair to say that your         09:47:37
9    opinions are centered on the use of hydrologic    09:47:39
10   modelling to determine the time and extent of     09:47:43
11   flooding from various flooding sources?     09:47:50
12       A.   That's a fairly accurate           09:47:52
13   statement, but it is a hydrologic and hydraulic   09:47:54
14   process that we have looked at.             09:48:00
15       Q.   And to be clear, you have not       09:48:08
16   modeled currents within the Inner Harbor    09:48:10
17   Navigation Canal; right?                    09:48:15
18       A.   We have not done any hydrodynamic   09:48:16
19   studies of the waters within the Industrial 09:48:22
20   Canal.                                      09:48:31
21       Q.   Those are studies that could be    09:48:31
22   done?                                       09:48:33
23       A.   Are you referring to by us or by   09:48:35
24   another expert?                             09:48:39
25       Q.   By any hydrologist -- by a         09:48:40
```

32

```
1    hydrologist -- by a qualified hydrologist?  09:48:43
2        A.   I think they would have to have    09:48:46
3    coastal engineering expertise in hydrodynamics    09:48:48
4    so, no, I don't think every hydrologist in  09:48:52
5    surface water drainage can do those types of     09:48:56
6    studies.                                    09:48:59
7        Q.   Fair enough.  A qualified          09:49:00
8    hydrologist could study currents in the Inner    09:49:02
9    Harbor Navigation Canal; right?             09:49:08
10       A.   A qualified coastal engineer       09:49:08
11   could.                                      09:49:10
12       Q.   Qualified coastal engineer.  Okay. 09:49:10
13           I guess what I'm trying to ask      09:49:14
14   you, there is a scientific process by which 09:49:16
15   currents in the Inner Harbor Navigation Canal    09:49:19
16   could be studied?                           09:49:22
17       A.   Yes, there is.                      09:49:23
18       Q.   And there is a scientific process  09:49:24
19   by which waves or wave heights in the Inner 09:49:26
20   Harbor Navigation Canal could be studied; right?  09:49:32
21       A.   I would assume, yes, there could   09:49:34
22   be.                                         09:49:36
23       Q.   In fact, IPET studied that very    09:49:36
24   subject, as you've testified earlier?       09:49:40
25       A.   Yes.                                09:49:42
```

33

```
1        Q.   In your model you have used inputs 09:49:47
2    that relate to the timing and the geometry of     09:49:59
3    the two floodwall breaches; right?          09:50:06
4        A.   Yes, that's part of the input into 09:50:09
5    the SOBEK model, S-O-B-E-K.  We'll be mentioning  09:50:17
6    that a few times.                           09:50:25
7        Q.   You haven't ascribed a specific    09:50:35
8    failure sequence or mechanism to the breaching    09:50:41
9    inputs; is that fair?                       09:50:47
10       A.   I don't believe that's fair, no.   09:50:51
11       Q.   All right.  Let me try to be more  09:50:54
12   specific and see if I can -- does any part of     09:50:56
13   your opinion relate to the possibility that 09:51:00
14   there were broken water stops in the floodwall    09:51:03
15   that allowed the intrusion of some water before   09:51:06
16   the floodwall failed?                       09:51:09
17       A.   No.  We had no reason to believe   09:51:12
18   there would be what you had just mentioned.  I    09:51:16
19   think some gap in the walls, is that what you're  09:51:22
20   referring to?                               09:51:26
21       Q.   Broken water stop that creates a   09:51:27
22   way for water to intrude before the wall fails.   09:51:30
23   That's what I was referring to.             09:51:34
24       A.   No, we have no evidence to that.   09:51:35
25       Q.   Does any part of your opinion      09:51:37
```

34

1  allow for a scenario whereby a weld between two      09:51:45
2  sections of sheet pile tears at the site of the      09:51:52
3  north breach, allowing the intrusion of some         09:51:56
4  water before the main breach gives way along its     09:51:59
5  entire 200-foot length?                              09:52:05
6        MR. GILBERT:  Let me just note an              09:52:07
7  objection.  I mean I think the substance of his      09:52:09
8  testimony a few minutes ago was that the             09:52:12
9  mechanics of the failure is outside the scope of     09:52:14
10 his study, but subject to that, which applies to     09:52:17
11 the continuing line of questioning, he can           09:52:21
12 answer.                                              09:52:23
13 BY MR. RAFFMAN:                                      09:52:32
14    Q.   Does any part of your opinion                09:52:32
15 allow for a scenario whereby a weld between two      09:52:34
16 sections of sheet pile gives way and allows          09:52:40
17 water intrusion before the opening of the entire     09:52:44
18 200-foot breach?                                     09:52:51
19    A.   We did not study the mechanics or            09:52:54
20 the structural integrity of the wall prior to        09:52:58
21 any of the breaches, and we weren't asked to do      09:53:03
22 that.                                                09:53:10
23    Q.   All right.  Referring you now to             09:53:29
24 the information you received after your 2008         09:53:30
25 report, the additional witness information,          09:53:33

35

1  what, if any, specific information can you           09:53:41
2  recall that you got after the June 2008 report       09:53:45
3  and that was important to the conclusions in         09:53:52
4  your new report?                                     09:53:55
5     A.   That's a fairly vague question,              09:54:04
6  because we -- all data that we receive is an         09:54:06
7  important piece of information to our study, and      09:54:14
8  there were a few more depositions, eye witness       09:54:18
9  accounts of information that were provided to us     09:54:24
10 that helps support our understanding of the          09:54:29
11 flood time sequence and the contributions of         09:54:34
12 flow from various sources leading to Hurricane       09:54:38
13 Katrina.                                             09:54:47
14    Q.   Did you ask the Plaintiffs'                  09:54:47
15 lawyers to provide you with every deposition,        09:54:48
16 every eye witness deposition taken in this case?     09:54:51
17    A.   Yes.  We asked for all information           09:54:54
18 related to Katrina.                                  09:54:58
19    Q.   Do you know whether you were                 09:55:00
20 supplied with all of the eye witness                 09:55:02
21 depositions?                                         09:55:04
22    A.   No, I do not know that.                      09:55:06
23    Q.   Do you know, for instance, whether           09:55:08
24 you reviewed the deposition of Ernest Edwards?       09:55:18
25    A.   I have seen his deposition, yes.             09:55:24

36

1     Q.   Did you include Ernest Edwards'              09:55:36
2  account in your report?                              09:55:39
3     A.   No.  His information was not                 09:55:40
4  available during the work that we did on our         09:55:43
5  report.                                              09:55:49
6     Q.   When did you see Mr. Edwards'                09:55:52
7  deposition for the first time?                       09:55:55
8     A.   Yesterday.                                   09:55:57
9     Q.   Do you know why the Edwards'                 09:56:12
10 deposition was not provided to you until             09:56:14
11 yesterday?                                           09:56:17
12    A.   I don't know any specific reason.            09:56:21
13 We received a lot of information on eye witness,     09:56:24
14 and it may be that we were just looking at all       09:56:28
15 the different eye witnesses and Ernest Edwards       09:56:33
16 was not part of it and we recognized it.             09:56:37
17    Q.   Turn to page 7 of your report.               09:56:56
18        You wrote in the first paragraph             09:57:11
19 under 1.1, Study Objective, "flooding of the         09:57:13
20 Lower Ninth Ward and the St. Bernard Parish was      09:57:18
21 caused by several sources, including rainfall,       09:57:23
22 levee floodwall failures (breaches) and             09:57:27
23 overtopping of the levees/floodwalls due to          09:57:35
24 storm surge."  Do you still consider that            09:57:40
25 statement to be true?                                09:57:44

37

1     A.   Yes.                                         09:57:46
2     Q.   All of those conditions caused              09:57:47
3  flooding in the Lower Ninth Ward?                    09:57:49
4     A.   Yes, proportionally.                         09:57:54
5     Q.   Same answer for St. Bernard                 09:58:02
6  Parish?                                              09:58:05
7     A.   Yes, they all had a contributing            09:58:05
8  factor to the flooding.  Not an equal factor by      09:58:08
9  any means, but they were all evaluated in terms      09:58:13
10 of the sources of water within the Lower Ninth       09:58:18
11 Ward or the St. Bernard Parish.                      09:58:23
12    Q.   When you say not an equal factor,            09:58:25
13 it is possible to quantify the contributions of      09:58:29
14 the various sources; right?                          09:58:31
15    A.   It is possible to do the type of             09:58:33
16 analysis that we did, the engineering and the        09:58:35
17 science, to come up with a best estimate of the      09:58:39
18 flooding.                                            09:58:46
19    Q.   You wrote that "a key fact issue             09:58:48
20 under consideration in this matter pertains to       09:58:54
21 the specific area flooded in the Lower Ninth         09:58:57
22 Ward in St. Bernard Parish by the failure of the     09:59:02
23 east floodwall at two locations along the Inner      09:59:05
24 Harbor Navigation Canal prior to the flood           09:59:10
25 inundation from the levee breaches along the         09:59:12

38

1  Mississippi River Gulf Outlet (MRGO)."          09:59:15
2       You agree the wall on the east          09:59:22
3  side of the IHNC failed at two locations; right?   09:59:25
4       A.   Yes.                               09:59:30
5       Q.   And these are what are called the   09:59:31
6  north breach and the south breach; right?    09:59:34
7       A.   That's what we're refer to them    09:59:37
8  as, yes.                                      09:59:39
9       Q.   And each of those two breaches     09:59:40
10  failed at different times, as stated in your  09:59:41
11  report?                                       09:59:44
12      A.   Yes.                                09:59:45
13      Q.   In presenting the results of your   09:59:48
14  model you have considered the IHNC breaches   09:59:50
15  together; right?                              09:59:58
16      A.   They're examined in a system for    10:00:01
17  the Lower Ninth Ward in St. Bernard Parish, so 10:00:05
18  they're part of a system and they're individual 10:00:09
19  breaches, but they're part of an over all system 10:00:15
20  of flooding, along with MRGO breaches.        10:00:18
21      Q.   You have not presented the results  10:00:27
22  of your model to separate the effect of the   10:00:30
23  north breach from the effect of the south     10:00:33
24  breach; correct?                              10:00:35
25      A.   No, we have not presented a         10:00:37

39

1  separation of those flows.                    10:00:40
2       Q.   If you take a location anywhere in  10:00:44
3  the north breach, take a house, does your model 10:00:46
4  tell you how much of the water that's arriving 10:00:50
5  at that house came from the north breach as   10:00:52
6  opposed to the south breach, as you've presented 10:00:54
7  it?                                           10:01:02
8       A.   And scientifically I don't think    10:01:02
9  we can do that because the location and the   10:01:05
10  source of the water is generally the same.    10:01:09
11  We're talking about a same system in terms of 10:01:12
12  the wall.  And so I don't believe scientifically 10:01:15
13  you would be able to separate those waters, as 10:01:20
14  maybe we have discussed in our report related to 10:01:27
15  MRGO's waters in the IHNC, because clearly there 10:01:30
16  were two sources of different waters coming    10:01:34
17  together at very large distances apart.       10:01:38
18      Q.   To be clear, between May of          10:01:53
19  2009 -- let me go back a second.              10:02:01
20      One of the things your model does         10:02:08
21  is it quantifies the amount of water that enters 10:02:10
22  the affected area through each breach; right?  10:02:13
23      A.   As all models would do, yes, it     10:02:17
24  considers each breach in terms of its          10:02:19
25  performance, separately, in terms of the      10:02:26

40

1  breaching.                                    10:02:31
2       Q.   And then your model moves the       10:02:34
3  water once it has entered, to various locations 10:02:36
4  according to the topography of the affected   10:02:41
5  area; right?                                  10:02:46
6       A.   Yes.  It analyzes the hydraulic     10:02:50
7  movement of the water throughout the area.    10:02:54
8       Q.   One of the things your model is     10:02:56
9  able to do, as reflected in Chapter 4 of your  10:02:58
10  report is to run simulation scenarios that will 10:03:04
11  simulate flooding as if certain breaches had not 10:03:09
12  occurred; right?                              10:03:14
13      A.   Correct.                            10:03:19
14      Q.   But in your modeling results the     10:03:27
15  flood damage from the northern breach is not   10:03:30
16  parsed out from the damage caused by the      10:03:32
17  southern breach; am I correct?                10:03:35
18      A.   We did not estimate damages, but     10:03:39
19  we estimated the level of flooding related to  10:03:41
20  the breaches.  And, again, there would be no   10:03:47
21  reason for us -- no scientific reason to      10:03:52
22  separate the flow if we're trying to understand 10:03:58
23  how the time sequence of flooding actually     10:04:03
24  occurred during Katrina.                      10:04:08
25      Can I take a break?                       10:04:24

41

1       MR. RAFFMAN:  Of course.  Off the        10:04:25
2  record.                                       10:04:27
3       MR. GILBERT:  I was about to ask         10:04:29
4  for the same thing.                           10:04:31
5       THE VIDEOGRAPHER:  We're going off       10:04:32
6  the record the time is 10:05 a.m.             10:04:34
7       (A brief recess was taken.)              10:04:38
8       THE VIDEOGRAPHER:  Upon request of       10:15:47
9  counsel this shall mark the end of tape number 10:16:04
10  one in the deposition of Melvin Spinks and the 10:16:06
11  time is 10:16 a.m.  We're changing tapes.     10:16:10
12      (Videotape change.)                       10:17:34
13      THE VIDEOGRAPHER:  We are back on         10:19:26
14  the record.  Here marks the beginning of tape 10:19:31
15  number two in the deposition of Melvin Spinks 10:19:34
16  and the time is 10:20 a.m.                    10:19:37
17  MR. RAFFMAN                                   10:19:41
18      Q.   Thank you.  Mr. Spinks, turning     10:19:41
19  you to page 7 of your report, in the bottom   10:19:43
20  paragraph you've got a sentence that reads, "the 10:19:49
21  flood simulation model will be calibrated and  10:19:52
22  verified with certain types of data."         10:19:55
23      What does it mean to calibrate and       10:19:58
24  verify a model?                               10:20:01
25      A.   A model's information is built       10:20:04

**42**

1   upon the physical features out in an area, in          10:20:09
2   this geographical area in terms of topography,          10:20:15
3   in terms of the land use conditions out there,          10:20:20
4   in terms of how the hydraulic structures may          10:20:24
5   have changed like the wall that has a breach.          10:20:30
6           And so when a hydraulic model or          10:20:34
7   hydrodynamic model is built we code the model to          10:20:37
8   represent the real world conditions and we          10:20:41
9   populate it with factors and assumptions within          10:20:44
10  it.                                          10:20:50
11          Where we calibrate and when we          10:20:51
12  verify how it's running is that we actually          10:20:54
13  gather information, observations out there like          10:20:58
14  eye witnesses, stop clocks, high watermarks, and          10:21:01
15  so that we're able to when we run the simulation          10:21:07
16  with all these physical features within these          10:21:10
17  models we're able to see how well the model is          10:21:13
18  predicting what the observations are.          10:21:16
19          And in any model you're never          10:21:20
20  going to compare with all the observations and          10:21:23
21  all the information.                          10:21:27
22          And so that is how you work a          10:21:28
23  model such that you may need to interpret some          10:21:33
24  of the factors in it and change those so that          10:21:37
25  you can help predict what the observations, the          10:21:42

**43**

1   real reality of the observations out there.          10:21:46
2       Q.   The model predicts, for instance,          10:21:51
3   a flood level at a given location at a given          10:22:00
4   time and you're able to compare that with an          10:22:03
5   observation made by an eye witness or a stop          10:22:08
6   clock or some other data point; right?          10:22:13
7       A.   Correct.                          10:22:16
8       Q.   When you compare those          10:22:17
9   observations together you form some judgment          10:22:20
10  about which model inputs best predict the          10:22:24
11  observations that you have gathered; right?          10:22:30
12      A.   Okay.  I'll go with that.          10:22:35
13      Q.   The observations are those that          10:22:40
14  were supplied to you by the Plaintiffs' counsel          10:22:47
15  in the forms of depositions or other reports,          10:22:52
16  IPET for instance; right?          10:22:57
17      A.   Yes.  We believe that we have the          10:22:59
18  best available information in terms from IPET on          10:23:02
19  observations THAT they gathered, ILETS, Team          10:23:08
20  Louisiana, so we went through all the expert          10:23:13
21  related information out there, including          10:23:15
22  depositions, additional depositions and eye          10:23:18
23  witnesses in order to have as many observations          10:23:20
24  throughout the area as possible.          10:23:24
25      Q.   Now, the process that you've          10:23:26

**44**

1   described is reflected in the sensitivity          10:23:29
2   analysis you conducted in Appendix I; right?          10:23:34
3       A.   Yes.                          10:23:38
4       Q.   Appendix I, Table 2, uses about 45          10:23:47
5   data points to conduct the sensitivity analysis;          10:23:57
6   is that right?                          10:24:04
7       A.   Let me get Appendix I real quick.          10:24:04
8           Yes, but I believe you're correct.          10:24:08
9           Where we could gather time and a          10:24:14
10  depth of flooding.                          10:24:20
11      Q.   All right, I see.  I see.  So from          10:24:25
12  all the data points that you looked at,          10:24:29
13  Appendix I includes those that allow you both a          10:24:37
14  flood depth and a flood time taken together?          10:24:43
15      A.   Correct.                          10:24:48
16      Q.   I'm going to return to Appendix I          10:25:06
17  a little later on.  I want to make sure I          10:25:11
18  understand some other things, first.          10:25:15
19          Am I right that when you          10:25:17
20  calibrated your model you found that there were          10:25:19
21  some eye witness accounts that didn't match your          10:25:22
22  model results?                          10:25:24
23      A.   Yes.  That's very common that not          10:25:25
24  all observations will match typically in          10:25:31
25  mathematical modelling, and that's why the more          10:25:37

**45**

1   information, more observations you have, that          10:25:41
2   it's important to look at all the data, because          10:25:46
3   there will not be just one single data point,          10:25:50
4   usually, that will substantiate your model's          10:25:54
5   reliability, but looking -- you would need to          10:25:58
6   look at all the data to support the accuracy and          10:26:03
7   the reliability of the model, which, again, I          10:26:08
8   think in Appendix I represents that work we have          10:26:14
9   done.                                          10:26:19
10      Q.   Since we're talking about          10:26:21
11  Appendix I, let's see if we can understand what          10:26:41
12  you did.                          10:26:45
13          Appendix I represents what you          10:26:46
14  call a sensitivity analysis; right?          10:26:49
15      A.   Yes.  It's a verification of the          10:26:51
16  IHNC north and south floodwall breaching times.          10:27:00
17      Q.   Am I right that the purpose of a          10:27:10
18  sensitivity analysis is to determine whether          10:27:12
19  your model is using the best inputs?          10:27:14
20      A.   Yes.  Generally the sensitivity          10:27:18
21  analysis allows you to look at various inputs to          10:27:23
22  see how well the model is performing, based on          10:27:26
23  those inputs.                          10:27:32
24      Q.   Does your sensitivity analysis          10:27:43
25  support the conclusion that the best breaching          10:27:46

46

1    time, the one that you think best matches the    10:27:53
2    data, is the case that has the north breach    10:27:57
3    occurring at 4:00 o'clock a.m. and the south    10:28:00
4    breach occurring at 5:30 in the morning?    10:28:05
5        A.    Yes, according to this analysis    10:28:08
6    and the factors that we use to measure that,    10:28:11
7    case one being the north breach at 4:00 a.m. and    10:28:14
8    the south breach at 5:30 appears to provide the    10:28:17
9    best correlation in terms of the reliability,    10:28:20
10    the model -- between the model's information and    10:28:25
11    what was observed out in the flooded area.    10:28:30
12        Q.    Describe what you did to derive    10:28:37
13    that correlation?    10:28:43
14        A.    What I would like to do is refer    10:28:46
15    to the Appendix I.    10:28:53
16        Q.    By all means.    10:28:54
17        A.    And if you would go to page I-2,    10:28:56
18    there are six different cases of breaching times    10:29:07
19    that are shown in Table 1.    10:29:11
20        Case one being having the north    10:29:14
21    breach start time, which is the initiation time    10:29:17
22    at 4:00 a.m.  the breach duration, 30 minutes.    10:29:21
23        The south breach of the IHNC start    10:29:26
24    time at 5:30, and the south breach duration at    10:29:29
25    15 minutes.    10:29:34

47

1        What this verification analysis    10:29:34
2    led us through is to identify two key factors in    10:29:39
3    the analysis, the ones referred to in equation    10:29:45
4    one as relative error, and the other performance    10:29:52
5    factor is a rating number.    10:29:54
6        Equation 1 gives you the relative    10:29:58
7    error calculation, which is basically the    10:30:02
8    difference between what the model said the water    10:30:05
9    depth would be at a location versus where an    10:30:12
10    observation made at a particular location -- at    10:30:16
11    the same location would be reported.    10:30:19
12        And so it's a statistical    10:30:21
13    inference between the simulated water depth and    10:30:24
14    the observed water depth.    10:30:27
15        The lower the relative error    10:30:29
16    measurements the more reliable the model would    10:30:34
17    be.    10:30:40
18        The rating number, the other    10:30:42
19    performance standard that was looked at is to    10:30:45
20    see -- identify when flood waters would reach a    10:30:48
21    specific location and that it was given a 1 if    10:30:52
22    both the model simulated of flood depth there,    10:30:58
23    as well as the observation said there was water    10:31:02
24    there, which may be an eye witness account in    10:31:05
25    this case.  If they did not correlate then a    10:31:12

48

1    zero was provided as that ranking number.    10:31:15
2        In Table 2, which I believe is in    10:31:30
3    Appendix I, at the end, shows a comparison for    10:31:34
4    each data point, the 45 that we -- and,    10:31:45
5    actually, there's more than 45 data points.    10:31:51
6    There's about 50 data points -- 49 -- provides    10:31:55
7    the analysis used to compute the relative error,    10:32:12
8    as well as the rating number for each of the six    10:32:18
9    cases.    10:32:21
10        And in terms of what this shows is    10:32:25
11    that for case 1 would have the -- the comparison    10:32:27
12    information -- the model, the comparison    10:32:32
13    between the model and the observed values would produce    10:32:35
14    the lowest relative error in terms of cumulative    10:32:39
15    and provide the highest number -- ranking number    10:32:43
16    in terms of all these different cases that we    10:32:49
17    looked at.    10:32:52
18        Q.    All right.  Thank you for that    10:32:52
19    explanation.    10:32:57
20        I'm going to mark what's Exhibit 3    10:32:59
21    to your deposition, which is an expanded look at    10:33:04
22    Table 2.    10:33:09
23        If I could I would like to ask you    10:33:12
24    to hand me the Table 2 that you're looking at,    10:33:15
25    because my Table 2 only has 45 lines on it.    10:33:17

49

1        (Spinks Exhibit Number 3 was    10:33:22
2    marked for identification.)    10:33:32
3        MR. RAFFMAN:    Thank you.    10:33:32
4    BY MR. RAFFMAN:    10:33:35
5        Q.    Am I right that there are in    10:33:35
6    fact -- I'm going to ask you, how many data    10:33:51
7    points are reflected in Table 2?    10:33:54
8        A.    Why don't we count them?    10:33:56
9        Q.    Let's count them.    10:33:57
10        A.    Okay.  Under the N there's 1, 2,    10:33:59
11    3, 4, 5, 6, 7, 8, 9, 10, 11.  Do we agree.    10:34:02
12        Q.    We agree that there's 11.  When    10:34:09
13    you identify them as "N" those are data points    10:34:13
14    that relate to the north breach or close to the    10:34:16
15    north breach; is that fair?    10:34:18
16        A.    Right.  That are close to the    10:34:19
17    north breach, yes.    10:34:22
18        Q.    Count the number of data points    10:34:22
19    for the south?    10:34:25
20        A.    There's an S-1, 2, 3, 4, 5, 6, 7,    10:34:25
21    8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,    10:34:30
22    20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31,    10:34:44
23    32, 33, 34.    10:34:56
24        Yes.  I think there's just some    10:34:58
25    numbering differences there.  So 45 is correct    10:35:01

50

1  data points.                    10:35:05
2     Q.   All right.  And drawing an   10:35:06
3  inference of my own, I have inferred that you   10:35:08
4  thought there were 49 data points simply because   10:35:10
5  you had numbering conventions of N to 11 and S   10:35:14
6  to 38.  Is that how you were thinking there were   10:35:19
7  49?                           10:35:22
8     A.   Yes.                    10:35:23
9     Q.   And do you know why certain data   10:35:23
10  points from the south breach, for instance,   10:35:25
11  there's no data point S19; is there?   10:35:29
12     A.   No.                    10:35:33
13     Q.   Do you know what data point S19   10:35:34
14  was?                          10:35:36
15     A.   Not at this time.          10:35:37
16     Q.   And, therefore, you can't tell us   10:35:42
17  why data point S19 was taken out of the model?   10:35:44
18     A.   No.                    10:35:48
19     Q.   Referring you to Figure 1, which   10:35:51
20  is at page I-3 of your report.     10:35:57
21        Do you see toward the bottom of   10:36:09
22  the table -- no.  I'm very sorry.  I want you to   10:36:12
23  look at page I-3, yes.  I-3, Figure 1.  In   10:36:16
24  Figure 1 you've presented a hydrograph; is that   10:36:22
25  right?                         10:36:26

51

1     A.   Several hydrographs.        10:36:26
2     Q.   Several hydrographs.        10:36:28
3        The hydrographs are based on the   10:36:32
4  data points included in Table 2; correct?   10:36:36
5     A.   Correct.                 10:36:40
6     Q.   Your hydrograph reflects a green   10:36:40
7  square and green line that says courthouse.  Do   10:36:44
8  you see that, at the bottom of the figure?   10:36:48
9     A.   Yes.                    10:36:50
10     Q.   Am I right that data points S18 to   10:36:51
11  S21 are for the courthouse?        10:36:54
12     A.   Yes.                    10:36:56
13     Q.   And am I right that those data   10:37:02
14  points are not included in Table 2?   10:37:06
15     A.   Yes.                    10:37:10
16     Q.   Does the elimination of the data   10:37:14
17  points related to the courthouse explain why you   10:37:18
18  have 45 samples in Table 2, as opposed to 49   10:37:23
19  samples?                       10:37:27
20     A.   Yes.                    10:37:28
21     Q.   The samples related to the   10:37:29
22  courthouse were not included in your sensitivity   10:37:34
23  analysis; correct?                10:37:37
24     A.   It doesn't appear that way, no.   10:37:39
25  They were not included.           10:37:45

52

1     Q.   Okay.  Thank you.  We're learning   10:37:46
2  how to communicate.               10:37:50
3        As we sit here today, you do not   10:37:51
4  know why the courthouse data points were   10:37:54
5  eliminated from the sensitivity analysis;   10:37:56
6  correct?                       10:37:59
7     A.   And I'm trying to think of why   10:37:59
8  wouldn't they have been included.  Give me a   10:38:02
9  second here.  Let me just think about this for a   10:38:08
10  minute.                        10:38:11
11        The courthouse information was a   10:39:23
12  video.  It was a time stamped video, so there   10:39:26
13  was actually not eye witness accounts,   10:39:34
14  specifically, but yet even with the video we   10:39:37
15  could have included this.  In fact, I wish now   10:39:46
16  we kind of would have in this table because,   10:39:51
17  again, I think it would help support case number   10:39:53
18  1, even further.                  10:39:57
19     Q.   Regardless of what your eyeball   10:40:02
20  conclusion is here, it is not included in the   10:40:05
21  statistical analysis you did; correct?   10:40:08
22     A.   Those data points are not included   10:40:11
23  in Table 2.                     10:40:13
24     Q.   Let me then continue with my   10:40:14
25  questions.                      10:40:16

53

1        When you ran your six cases that   10:40:17
2  you've described your cases varied the breach   10:40:20
3  start times; right?                10:40:23
4     A.   Yes.                    10:40:26
5     Q.   Your cases didn't vary the   10:40:31
6  duration of the breaches; did they?   10:40:36
7     A.   The actual breaching overall time?   10:40:40
8  Are you referring to the 30 minutes and the   10:40:45
9  15 minutes?                     10:40:47
10     Q.   Yes.  You held those steady?   10:40:48
11     A.   That's correct.            10:40:50
12     Q.   And you didn't vary the breach   10:40:51
13  geometry, either; did you?          10:40:54
14     A.   No.                    10:40:57
15     Q.   You didn't vary the breach times   10:40:58
16  for any of the MRGO breaches; did you?   10:41:02
17     A.   No.  The sensitivity was   10:41:06
18  specifically for the IHNC breaches.   10:41:09
19     Q.   You could have performed   10:41:11
20  sensitivity analysis for each of those   10:41:13
21  parameters, as well; right?        10:41:15
22     A.   If we felt that that was necessary   10:41:18
23  in order to understand the science and support   10:41:21
24  the breaching times, we could have.   10:41:25
25     Q.   So you decided not to run   10:41:34

**54**

1  sensitivity analyses for those parameters;   10:41:36
2  correct?   10:41:40
3      A.   We decided that on the basis   10:41:40
4  because it was not necessary.   10:41:43
5      Q.   Why do you conclude it wasn't   10:41:45
6  necessary?   10:41:58
7      A.   Because, again, this sensitivity   10:42:01
8  analysis is looking at the effects of the breach   10:42:04
9  times along the IHNC, and so you have to focus   10:42:09
10  in on the effects of various times in breaching   10:42:16
11  for those particular breach locations.  So for   10:42:22
12  me to go breach all sorts of times along MRGO   10:42:28
13  would really have no basis in understanding the   10:42:32
14  breach times along the IHNC.  So there has to be   10:42:37
15  a correlation in terms of when you do   10:42:41
16  sensitivity analysis, what particular physical   10:42:43
17  feature are you going to look at.   10:42:47
18      Q.   So the sensitivity analysis you   10:42:52
19  conducted was based on the objective that you   10:42:56
20  had of measuring whether the results were   10:43:01
21  sensitive to the breach times; right?   10:43:06
22      A.   That is correct.   10:43:10
23      Q.   If you had the objective of   10:43:12
24  measuring sensitivity to breach geometry you   10:43:14
25  could have done a sensitivity analysis for that   10:43:18

**55**

1  parameter; right?   10:43:21
2      A.   We could have if we felt there was   10:43:23
3  a concern related to uncertainty in the breach   10:43:26
4  widths, but we're not concerned relative to the   10:43:33
5  breach width.   10:43:38
6      Q.   What about breach duration; same   10:43:43
7  question.  Same answer?   10:43:47
8      A.   Same answer, yes.   10:43:49
9          MR. RAFFMAN:  Off the record.   10:44:00
10          THE VIDEOGRAPHER:  We're going off   10:44:03
11  the record and the time is 10:44 a.m.   10:44:04
12          (Discussion off the record.)   10:44:11
13          (Whereupon, at 10:44 a.m., a lunch   10:44:11
14  recess was taken.)   10:44:11

**56**

1              AFTERNOON SESSION   10:44:11
2              (11:54 a.m.)   11:53:54
3          THE VIDEOGRAPHER:  We are back on   11:53:54
4  the record and the time is 11:54 a.m.   11:54:20
5  BY MR. RAFFMAN:   11:54:25
6      Q.   Mr. Spinks, before we broke we   11:54:26
7  were discussing the sensitivity analysis in   11:54:28
8  Appendix I of your report.  I have more   11:54:31
9  questions about that.   11:54:34
10      You described a relative error   11:54:35
11  calculation that forms part of your sensitivity   11:54:41
12  analysis; do you remember that?   11:54:44
13      A.   Yes, I do.   11:54:45
14      Q.   The relative error is expressed as   11:54:46
15  an L2 value in your Table 2; is that right?   11:54:49
16      A.   That's correct.   11:54:52
17      Q.   You use the formula set forth in   11:54:54
18  Equation 1 on page I-2 to derive your L2 values;   11:54:57
19  correct?   11:55:05
20      A.   Yes.   11:55:05
21      Q.   Where did you get that formula?   11:55:11
22      A.   I believe, and I may not be   11:55:15
23  100 percent correct on this, this was a   11:55:19
24  statistical reference manuals that we have in   11:55:25
25  our office looking at errors.   11:55:28

**57**

1      Q.   Do you know what a root means   11:55:31
2  square analysis is?   11:55:34
3      A.   Yes, generally speaking I believe   11:55:36
4  I do.   11:55:40
5      Q.   Is the formula that you used the   11:55:41
6  same as a root means square analysis?   11:55:45
7      A.   I don't know that they're exact   11:55:52
8  formulas.   11:55:59
9      Q.   When is it proper to use a root   11:55:59
10  means square statistical analysis?   11:56:02
11      A.   When you're comparing observations   11:56:11
12  between two points.   11:56:15
13      Q.   Could a root means square analysis   11:56:19
14  have been used here as part of a sensitivity   11:56:22
15  analysis?   11:56:24
16      A.   I would have to think about the   11:56:26
17  procedure and the root means square and   11:56:34
18  investigate its use, but we believe the relative   11:56:37
19  error is the appropriate application in this   11:56:41
20  case.   11:56:45
21      Q.   Why is the relative error the   11:56:45
22  appropriate application?   11:56:48
23      A.   Because what we're looking at is   11:56:49
24  the difference between the simulated observed   11:56:53
25  and to see the difference between various data   11:56:57

15 (Pages 54 to 57)

**58**

1  points, and this particular mathematical          11:57:00
2  application performs that investigation.          11:57:04
3        Q.   Did you compare the relative error    11:57:09
4  equation in Equation 1 with a root means square   11:57:14
5  analysis and decide to choose the one over the    11:57:19
6  other?                                            11:57:21
7        A.   No.                                    11:57:22
8        Q.   Do you know whether using a root       11:57:23
9  means square analysis would change the results    11:57:29
10 of your analysis?                                 11:57:32
11       A.   No, I do not.                          11:57:34
12       Q.   All right.  The rating number is a     11:57:36
13 separate test that you conducted; right?          11:57:40
14       A.   Yes.                                   11:57:44
15       Q.   And if I understood you properly       11:57:45
16 you would compare the observed water depth to     11:57:49
17 the simulated water depth and if both of them     11:57:54
18 indicated flooding or if both of them indicated   11:57:58
19 no flooding you would give the value a 1;         11:58:02
20 correct?                                          11:58:05
21       A.   Correct.                               11:58:06
22       Q.   And if one of them indicated           11:58:07
23 flooding and the other indicated no flooding you  11:58:10
24 would give it a zero; correct?                    11:58:13
25       A.   Yes.                                   11:58:15

**59**

1        Q.   And then you tallied up the score     11:58:16
2  for each case and you assigned it a score based   11:58:19
3  on the number of 1 values; right?                 11:58:23
4        A.   Yes.                                   11:58:27
5        Q.   For instance, for Case 1 you           11:58:28
6  counted 37 matches, whereas for Case 2 you        11:58:30
7  counted only 28 matches; is that right?           11:58:35
8        A.   Yes.                                   11:58:39
9        Q.   I have to confess, I don't quite       11:58:39
10 understand as well the score keeping system for   11:58:45
11 your L2 values in the cumulative column.          11:58:48
12          Let me start with the L2 value that      11:58:51
13 you derive for a given data point is derived      11:58:55
14 using Equation 1; correct?                        11:58:59
15       A.   Correct.                               11:59:02
16       Q.   And so you would for each data         11:59:03
17 point compare the observed water depth with the   11:59:06
18 simulated water depth, plug those into           11:59:10
19 Equation 1 and come up with an L2 value for the   11:59:13
20 data point; right?                                11:59:18
21       A.   Yes.                                   11:59:20
22       Q.   How did you then tally up or           11:59:20
23 accumulate the L2 values for each case to arrive  11:59:22
24 at the cumulative number for L2 that appears in   11:59:27
25 the bottom row on Table 2?                        11:59:30

**60**

1        A.   I believe the cumulatives             11:59:33
2  represent an average of all the relative errors.  11:59:38
3        Q.   It's an average.  So if, for          11:59:43
4  instance, you had a data point where the match    11:59:48
5  between observed and simulated was very, very     11:59:57
6  good for one case and very, very bad for another  12:00:00
7  case, when you carry out that average that one    12:00:05
8  value could significantly affect the cumulative   12:00:12
9  value; right?                                     12:00:15
10       A.   I mean, all values can affect the      12:00:16
11 average value, so whether, you know, it's high    12:00:21
12 or low, and that's why you do the various        12:00:25
13 averages.  So I can't say that just changing one  12:00:28
14 value would ultimately change the results,        12:00:31
15 because you would have to look at it in all six   12:00:35
16 cases.                                            12:00:38
17       Q.   A high value is a bad score on         12:00:39
18 this test; right?                                 12:00:42
19       A.   The high value represents where       12:00:44
20 there is a larger difference between the          12:00:47
21 simulated depth and the observed depth.           12:00:50
22       Q.   So if your L2 number is high, that     12:00:54
23 means that there's a bigger difference between    12:00:58
24 simulated and observed; right?                    12:01:00
25       A.   There's a bigger difference, yes.      12:01:03

**61**

1        Q.   Since the goal is to try to match     12:01:05
2  the two, a high score is a bad score?             12:01:07
3        A.   Well, the goal is to compute the      12:01:11
4  statistical inference between the simulated and   12:01:15
5  the observed and to provide the results, not to   12:01:18
6  distinguish bad, good, or indifferent.            12:01:22
7        Q.   All right.  I'll refrain from          12:01:24
8  putting a value judgment on your statistical      12:01:26
9  numbers, but the reason that you concluded that   12:01:30
10 Case 1 better matches the data than Case 2 is     12:01:34
11 because your cumulative Case 1 score is 0.65 and  12:01:38
12 your cumulative Case 2 score is 0.75; isn't that  12:01:43
13 right?                                            12:01:51
14       A.   Yes.  The numbers result in a          12:01:51
15 lower relative error.                             12:01:55
16       Q.   The inputs to your sensitivity         12:01:57
17 analysis primarily include reports from eye       12:01:58
18 witnesses; right?                                 12:02:01
19       A.   The inputs, there's only one           12:02:04
20 changed value within the model, as indicated      12:02:07
21 within the appendix, and that's just the start    12:02:11
22 of the breach times for the north and south       12:02:14
23 breach.                                           12:02:17
24       Q.   Let's -- you misunderstood my          12:02:18
25 question.                                         12:02:20

**62**

1    The data that you used to test the    12:02:20
2  various cases involves observations of time and    12:02:26
3  water depth made by eye witnesses; right?    12:02:32
4       A.   That is correct.    12:02:35
5       Q.   The eye witnesses are either from    12:02:40
6  depositions in this case or from IPET or Team    12:02:43
7  Louisiana reports; right?    12:02:51
8       A.   Yes.    12:02:52
9       Q.   Some of these data points, these    12:02:53
10  45 data points include more than one data point    12:02:56
11  from the same witness; right?    12:02:59
12       A.   Yes, it does.    12:03:01
13       Q.   So, for instance, J. Reed gets 6    12:03:02
14  data points in your Table 2; right?    12:03:17
15       A.   James Reed, I believe, yes,    12:03:23
16  because he provided more information related to    12:03:25
17  the time sequence of flooding at his location.    12:03:28
18       Q.   And so the observations of James    12:03:32
19  Reed are counted more heavily in your analysis    12:03:36
20  than, say, the observations of Kendrick Pounds,    12:03:45
21  who only has one observation; right?    12:03:52
22       A.   Yes.  That is because of the fact    12:03:57
23  that that is the data that we were able to    12:03:59
24  obtain.    12:04:03
25            If Mr. Pounds had more information    12:04:03

**63**

1  available then, clearly, we would have used    12:04:07
2  that, as well.    12:04:10
3       Q.   The amount of information    12:04:11
4  available is simply a function of the questions    12:04:12
5  that were asked of these people in their    12:04:14
6  deposition and their ability to remember facts;    12:04:17
7  right?    12:04:19
8       A.   I presume so, yes.    12:04:20
9       Q.   Now, do you know whether any of    12:04:22
10  the data that's included in Table 2, any of    12:04:29
11  these 45 data points, comes from a time-stamped    12:04:33
12  photograph or time-demarcated digital    12:04:39
13  videography?    12:04:44
14       A.   I would have to look specifically    12:04:49
15  at each of the Team Lousiana's, as well as the    12:04:51
16  IPET information, but I believe some of these    12:04:56
17  data points do reflect that are labeled either    12:05:00
18  the IPET information or the Team Louisiana.    12:05:03
19       Q.   All right.  The ones where you    12:05:06
20  have a particular witness's name next to it does    12:05:09
21  not include time-stamped photography; right?    12:05:11
22       A.   I believe James Reed actually had    12:05:19
23  a video that we looked at, but it was not time    12:05:21
24  stamped and we relied on his deposition.  At    12:05:27
25  this point that's really all I can remember.    12:05:33

**64**

1       Q.   All right.  Now, IPET, when IPET    12:05:36
2  characterized the data that it considered, IPET    12:05:42
3  said that the most reliable data came from    12:05:46
4  time-stamped digital photographs and videos    12:05:49
5  where the flooding, locations, elevations,    12:05:53
6  direction of flows, et cetera, are clearly    12:05:56
7  evidence and documented.  Isn't that what IPET    12:06:00
8  did?  I'm referring to page D-2 of your    12:06:04
9  Appendix, if you want to look?    12:06:11
10       A.   I believe you're correct.    12:06:13
11       Q.   If you're given a choice between a    12:06:16
12  photograph showing, for instance.    12:06:19
13            If you're given -- did IPET also    12:06:29
14  conclude that it is not uncommon for eye witness    12:06:33
15  accounts in the same area to differ considerably    12:06:37
16  with respect to the timing and magnitude of    12:06:40
17  events?  This is at page D-3, if you care to    12:06:43
18  refer?    12:06:50
19       A.   Yes, but I also want to mention    12:06:52
20  that IPET says both eye witnesses and clocks are    12:06:55
21  types of evidence that gain strength in numbers.    12:07:03
22  The final timeline conclusions presented herein    12:07:08
23  were not based on any single data point, but    12:07:11
24  rather resulted from careful consideration and    12:07:14
25  weighing of all data.    12:07:17

**65**

1       Q.   All right.  So you've added that    12:07:20
2  observation from IPET to your response to my    12:07:23
3  last question?    12:07:25
4       A.   Yes.    12:07:26
5       Q.   When witnesses disagree about    12:07:27
6  things like timing, what do you as an expert do    12:07:41
7  to analyze how that bears on what actually took    12:07:46
8  place?    12:07:50
9       A.   Very much like I just said, what    12:07:55
10  IPET looks at, you look at all the information    12:07:59
11  that is provided or that you can gather after a    12:08:02
12  flood, and there will be observations that may    12:08:06
13  differ considerably.  However, again, these are    12:08:11
14  observations and that's why obtaining more    12:08:16
15  information would gain strength in validating    12:08:20
16  the particular timing of the event.  So in    12:08:26
17  answering that question we don't discount    12:08:31
18  information, we just consider it.    12:08:34
19       Q.   Did you consider Arthur Murph's    12:08:40
20  account that the event began on Sunday evening,    12:08:45
21  August 28th?    12:08:50
22       A.   I would have to look into our    12:08:53
23  report to see what information we have about    12:08:53
24  Arthur -- did you say Murph?    12:08:58
25       Q.   Yes, M-U-R-P-H.    12:09:04

17 (Pages 62 to 65)

66

1    A.   Can I take a minute to take out a        12:09:08
2    few of our exhibits?                          12:09:11
3    Q.   Yes, by all means.                       12:09:12
4    A.   Appendix E of our report, I'm            12:09:47
5    referring to Table 2.                         12:09:50
6    Q.   All right.                               12:09:52
7    A.   Where Arthur Murph is included in        12:10:03
8    our table of source information.  It shows that   12:10:07
9    there was a deposition on December 17, 2007 and   12:10:11
10   January 28, 2008.  And what comment we've made    12:10:21
11   about our review of his deposition is that there  12:10:30
12   was no time specific statement within his     12:10:33
13   deposition that we relied on.                 12:10:36
14   Q.   When you review depositions do you       12:10:38
15   review the exhibits to the depositions, as well   12:10:41
16   as the deposition transcript?                 12:10:45
17   A.   Yes, sir.                                12:10:46
18   Q.   Before we go any further I'm going       12:10:48
19   to ask that your Appendix E be marked as      12:10:51
20   Exhibit 4.  We've expanded it, although it's not  12:10:54
21   as expanded as the one you're using.          12:10:58
22        Just ask if you would identify          12:11:01
23   Exhibit 4 as the Appendix E to your deposition?   12:11:03
24        I've got another one for counsel.        12:11:07
25        (Spinks Exhibit Number 4 was            12:11:07

67

1    marked for identification.)                   12:11:16
2    THE WITNESS:  Yes.  That appears              12:11:16
3    to be a reduced copy of the exhibit in our    12:11:17
4    report or the table, let me say, in our report.   12:11:21
5    MR. RAFFMAN:  All right.  I'm                 12:11:30
6    going to mark as Exhibit 5 a document which   12:11:31
7    bears the legend Excerpts of Statement of Arthur  12:11:34
8    Murph (Taken January 25, 2006 by RJG.)        12:11:38
9         (Spinks Exhibit Number 5 was            12:11:45
10   marked for identification.)                   12:11:46
11   MR. GILBERT:  Mark, let me have a             12:11:46
12   reduced version also, of the table.           12:11:48
13   BY MR. RAFFMAN:                               12:12:09
14   Q.   Do you recognize the document           12:12:10
15   that's been marked as Exhibit 5 to your       12:12:11
16   deposition?                                   12:12:14
17   A.   No, I do not.                            12:12:15
18   Q.   I will represent to you that this       12:12:16
19   was addressed in Mr. Murph's deposition and I'll  12:12:20
20   ask you to turn to page eight.                12:12:32
21   A.   Do you have a copy of his               12:12:38
22   deposition available?                         12:12:41
23   Q.   We'll pull that.                         12:12:50
24        Plaintiffs' counsel never gave you      12:12:53
25   this -- you don't remember ever receiving a copy  12:12:56

68

of this statement of Arthur Murph; do you?        12:13:00
1    A.   No, not the excerpts, I do not.          12:13:04
2    Q.   And, to your knowledge, you were         12:13:07
3    given the excerpts of this statement by       12:13:09
4    Plaintiffs' counsel?                          12:13:13
5    A.   No, to my knowledge I only               12:13:15
6    received the deposition.                      12:13:17
7    Q.   Right.  Referring you to page            12:13:24
8    eight of Mr. Murph's excerpted statement?     12:13:26
9    A.   Can I ask you a question?               12:13:32
10   Q.   Yes.                                     12:13:34
11   A.   Is this directly from his               12:13:34
12   deposition?                                   12:13:36
13   Q.   I'll represent that this is not         12:13:37
14   directly from his deposition.                 12:13:39
15   A.   Is his deposition sworn testimony?      12:13:41
16   Q.   Deposition is sworn testimony.          12:13:44
17   You're asking me questions.                   12:13:46
18        Do you discount a statement of          12:13:47
19   Mr. Murph because it is not sworn testimony?  12:13:50
20   A.   No.  I just relied upon, I              12:13:52
21   believe, sworn testimony being a deposition, so   12:13:55
22   I would like to compare his deposition to this    12:13:59
23   information here.                             12:14:02
24   Q.   I'm not going --                         12:14:03

69

1    MR. GILBERT:  I think that's fair.            12:14:05
2    MR. RAFFMAN:  You can run through             12:14:07
3    that at your convenience.  I'm going to ask the   12:14:09
4    questions, if you can't answer, don't question.   12:14:12
5    BY MR. RAFFMAN:                               12:14:14
6    Q.   Do you see that Mr. Murph says,         12:14:15
7    "it had to have been at least 7:30, 8:00 Sunday   12:14:18
8    night," on page eight?                        12:14:24
9    MR. GILBERT:  Objection.                      12:14:25
10   THE WITNESS:  Where is that                   12:14:26
11   located at?                                   12:14:27
12   MR. GILBERT:  Page eight.                     12:14:28
13   BY MR. RAFFMAN:                               12:14:30
14   Q.   Page eight.  The third entry.           12:14:30
15        Actually, I'll read you down, RJG,       12:14:37
16   the interviewer, says, "so, this flood actually   12:14:40
17   started happening Sunday night.  You realize  12:14:45
18   that's completely contrary to what's out there    12:14:48
19   right now?"                                   12:14:51
20        Then Arthur answers, "that's what        12:14:53
21   I'm saying," and then he goes on from there?  12:14:55
22        My only question for you is this,        12:14:58
23   Mr. Spinks.  In your analysis of the witness  12:14:59
24   accounts you have not analyzed an account by  12:15:03
25   Arthur Murph which has flooding starting on   12:15:08

70

| | |
|---|---|
| 1 | Sunday night, August 28th; correct?   12:15:12 |
| 2 | A.   According to this deposition, that   12:15:16 |
| 3 | is not what was in the deposition.   12:15:17 |
| 4 | Q.   You haven't analyzed an account   12:15:17 |
| 5 | that says the flooding started on Sunday,   12:15:21 |
| 6 | the 28th; correct?   12:15:26 |
| 7 | A.   It wasn't in his deposition to   12:15:27 |
| 8 | analyze.   12:15:29 |
| 9 | Q.   Since you haven't seen this   12:15:29 |
| 10 | statement before you haven't analyzed an   12:15:32 |
| 11 | accounts from Arthur Murph that has flooding   12:15:35 |
| 12 | starting on Sunday night; right?   12:15:37 |
| 13 | A.   No, we haven't, but, again, if we   12:15:39 |
| 14 | could compare this with the deposition   12:15:41 |
| 15 | information we can take that into account.   12:15:44 |
| 16 | MR. GILBERT:  Mark, I think you   12:15:47 |
| 17 | got your answer.   12:15:51 |
| 18 | MR. RAFFMAN:  I think I did, too.   12:15:52 |
| 19 | BY MR. RAFFMAN:   12:16:20 |
| 20 | Q.   Did you see any eye witness   12:16:21 |
| 21 | accounts that you just could not reconcile with   12:16:23 |
| 22 | the scientific analysis you were performing?   12:16:27 |
| 23 | MR. GILBERT:  Let me just note an   12:16:32 |
| 24 | objection on the ground of vagueness.  If he   12:16:34 |
| 25 | understands the question.   12:16:37 |

71

| | |
|---|---|
| 1 | THE WITNESS:  Yes.  And I think   12:16:47 |
| 2 | there were some information noted in our report   12:16:49 |
| 3 | where there were discrepancies related to some   12:16:51 |
| 4 | of the eye witness accounts relative to some   12:16:56 |
| 5 | other information of other eye witness accounts   12:16:59 |
| 6 | and that was documented in our report.   12:17:03 |
| 7 | BY MR. RAFFMAN:   12:17:12 |
| 8 | Q.   And in those instances where   12:17:12 |
| 9 | discrepancies were noted, as an expert you would   12:17:14 |
| 10 | go where science points you?   12:17:18 |
| 11 | A.   Yes.   12:17:20 |
| 12 | Q.   Returning then to Table 2, did any   12:17:24 |
| 13 | of the data points that you relied on include   12:17:43 |
| 14 | measured water depths for the data point that   12:17:51 |
| 15 | said observed water depth?   12:17:59 |
| 16 | MR. GILBERT:  Mark, which Table 2   12:18:02 |
| 17 | are you referring to?   12:18:03 |
| 18 | MR. RAFFMAN:  Table 2 of   12:18:06 |
| 19 | Appendix I.   12:18:08 |
| 20 | MR. GILBERT:  Sensitivity?   12:18:10 |
| 21 | MR. RAFFMAN:  Yes, sir.  I'm back   12:18:12 |
| 22 | to the sensitivity analysis.   12:18:13 |
| 23 | THE WITNESS:  I believe your   12:18:22 |
| 24 | question that you asked me was did in looking at   12:18:23 |
| 25 | these eye witnesses did -- were any of these   12:18:27 |

72

| | |
|---|---|
| 1 | measured, I believe, out in the field you may be   12:18:30 |
| 2 | referring to in terms of the -- of what they   12:18:33 |
| 3 | observed out there.   12:18:37 |
| 4 | BY MR. RAFFMAN:   12:18:39 |
| 5 | Q.   Maybe my question wasn't clear   12:18:39 |
| 6 | enough.  Let me try again.   12:18:41 |
| 7 | When, for instance, you took Terry   12:18:43 |
| 8 | Adams and you wrote next to Terry Adams,   12:18:46 |
| 9 | "observed water depth 2.1 feet."  Do you see   12:18:50 |
| 10 | that in that first entry?   12:18:54 |
| 11 | A.   Uh-huh, yes, sir.   12:18:55 |
| 12 | Q.   How did you get that number?   12:18:56 |
| 13 | A.   In our report we described a   12:19:01 |
| 14 | process by which we obtained the observed water   12:19:05 |
| 15 | depth and it was an evaluation of the eye   12:19:12 |
| 16 | witness account of where the water level was in   12:19:16 |
| 17 | his house.  And in order to look at the depth we   12:19:19 |
| 18 | looked at the ground elevation in comparison to   12:19:24 |
| 19 | the depth of where it was stated that the flood   12:19:31 |
| 20 | level got in his house at a particular time.   12:19:34 |
| 21 | Q.   So Adams isn't standing there with   12:19:40 |
| 22 | a measuring stick recording the water level;   12:19:44 |
| 23 | right?   12:19:46 |
| 24 | A.   Not to my knowledge.   12:19:46 |
| 25 | Q.   In fact, none of the witnesses   12:19:47 |

73

| | |
|---|---|
| 1 | that you've listed here in data description was   12:19:49 |
| 2 | standing with a measuring stick, measuring these   12:19:52 |
| 3 | water levels?   12:19:56 |
| 4 | A.   I can't say that for sure, that   12:19:57 |
| 5 | IPET didn't actually send out field   12:19:59 |
| 6 | investigation crews after the storm to measure   12:20:02 |
| 7 | some of the data information that they have   12:20:08 |
| 8 | listed here.   12:20:10 |
| 9 | Q.   That's not my question.   12:20:11 |
| 10 | My question is during the storm   12:20:12 |
| 11 | someone is making an observation; right?   12:20:15 |
| 12 | A.   Yes, it's an eye witness account.   12:20:19 |
| 13 | Q.   The eye witnesses were making   12:20:21 |
| 14 | observations during the storm, are not using   12:20:23 |
| 15 | measuring instruments to measure water levels;   12:20:26 |
| 16 | correct?   12:20:30 |
| 17 | A.   Not to my knowledge.   12:20:30 |
| 18 | Q.   Whatever you reconstruct later for   12:20:32 |
| 19 | the number you use, has got to be based in the   12:20:34 |
| 20 | first instance on a description by an eye   12:20:38 |
| 21 | witness using words to reflect an observation   12:20:40 |
| 22 | during the storm; right?   12:20:44 |
| 23 | A.   Yes.   12:20:46 |
| 24 | Q.   The observations that are made by   12:20:49 |
| 25 | these people are being made in difficult   12:20:52 |

**74**

1    conditions; right?                    12:20:56
2          A.   I would assume that.        12:21:00
3          Q.   In some cases the observations are    12:21:04
4    being made in the dark; right?         12:21:07
5          A.   I would assume that to be the    12:21:09
6    case, too, some of them.               12:21:11
7          Q.   In fact, do you remember at your    12:21:13
8    September 2008 deposition you produced some    12:21:23
9    notes that had been developed by your staff?    12:21:25
10          A.   Yes.                        12:21:28
11          MR. RAFFMAN:  I'm going to mark    12:21:31
12    for this deposition Spinks' Exhibit 6, at your    12:21:33
13    previous deposition it was marked as Exhibit 1.    12:21:38
14          (Spinks Exhibit Number 6 was    12:21:38
15    marked for identification.)            12:21:47
16    BY MR. RAFFMAN:                        12:21:47
17          Q.   I'll ask you to turn to page 12 of    12:21:48
18    the exhibit.                          12:21:50
19          Do you see for C. Berryhill the    12:22:03
20    entry says, "the water came up fast; it was dark    12:22:05
21    about 5:30, 5:45."  Do you see that?    12:22:09
22          A.   Yes.                        12:22:12
23          Q.   C. Berryhill is one of the data    12:22:12
24    points in your Table 2, marked as data point S1;    12:22:15
25    right?                                12:22:18

**75**

1          A.   Yes.                        12:22:18
2          Q.   So for C. Berryhill and the    12:22:19
3    observations she made, at least at 5:30 or 5:45    12:22:22
4    she was making that observation in the dark;    12:22:28
5    right?                                12:22:31
6          A.   I'm not sure if she's referring to    12:22:31
7    it was dark outside or it was dark in her house    12:22:34
8    at the time.  So, I mean, I can't tell you    12:22:38
9    specifically.  We can go through the deposition    12:22:40
10    and see.                              12:22:43
11          Q.   Wherever she was, would you agree    12:23:09
12    with me, at least according to your staff, it    12:23:12
13    was dark?                             12:23:15
14          A.   Okay.  I understand that.    12:23:17
15          Q.   Now, let's go to Ms. Berryhill's    12:23:35
16    deposition, since you raised it?       12:23:38
17          A.   Okay.                       12:23:41
18          Q.   This will be Spinks' Exhibit    12:23:42
19    Number 7 and I'll ask you to turn to page 47.    12:23:45
20          (Spinks Exhibit Number 7 was    12:23:47
21    marked for identification.)            12:24:03
22    BY MR. RAFFMAN:                        12:24:03
23          Q.   You can look at 46 and 47.  You    12:24:03
24    see that she says at the bottom of 46 that she    12:24:13
25    was in a tree in the darkness?  Do you see that?    12:24:16

**76**

1          A.   Line 21 on page 46?          12:24:21
2          Q.   Yes, sir.                    12:24:24
3          A.   Yes.                        12:24:25
4          Q.   Do you see that on page 47 the    12:24:25
5    examiner asked, "okay.  During that first    12:24:27
6    period, during the darkness, could you see    12:24:30
7    anything," and Ms. Berryhill says, "you couldn't    12:24:32
8    see nothing."  Do you see that?        12:24:32
9          A.   Yes.                        12:24:38
10          Q.   Will you now agree with me that at    12:24:39
11    least in the case of Ms. Berryhill the    12:24:41
12    observations she made was done during a period    12:24:43
13    when she couldn't see anything?        12:24:48
14          A.   Given this particular piece of the    12:24:51
15    deposition.  Our information supports a data    12:24:55
16    point for her on page 37 and 38 of her    12:25:01
17    deposition.  So if we would go to her deposition    12:25:05
18    on page 37 and 38.                    12:25:16
19          Q.   What does it say on page 38 about    12:25:32
20    whether it was dark?                  12:25:35
21          A.   Can you give me just one second?    12:25:38
22    It's been a while since I've looked at these    12:26:05
23    depositions.                          12:26:09
24          Q.   All right.                   12:26:14
25          Maybe I can short circuit the    12:29:08

**77**

1    proceeding a little bit.               12:29:11
2          MR. GILBERT:  That's a Freudian    12:29:16
3    slip.                                 12:29:18
4    BY MR. RAFFMAN:                        12:29:18
5          Q.   Thank you, Mr. Gilbert.      12:29:19
6          MR. GILBERT:  Dr. Gilbert.       12:29:21
7    BY MR. RAFFMAN:                        12:29:22
8          Q.   Mr. Spinks, isn't it true page 38,    12:29:22
9    line 14, the questioner asks, "hold on.  Don't    12:29:28
10    get too far ahead of me.  When you went outside    12:29:32
11    to go upstairs to Diane," the witness says,    12:29:32
12    "uh-huh," the questioner asks, "was it dark or    12:29:40
13    was it light," and the witness answers, "it was    12:29:43
14    dark.  It was real dark."  Isn't that what    12:29:46
15    Ms. Berryhill said about the darkness in the    12:29:48
16    part of the deposition that you referenced in    12:29:52
17    your report?                          12:29:55
18          A.   Yes, but she also said, again, in    12:29:57
19    earlier testimony prior to that that the water    12:30:00
20    was hitting the door.  And so she has clearly    12:30:03
21    encountered the water in her house.    12:30:13
22          Q.   And the observation about the    12:30:26
23    encounter of the water in her house and the    12:30:28
24    observation about the time when she encountered    12:30:30
25    the water was an observation that was made in    12:30:33

78

1  the dark; isn't that right?          12:30:36
2       A.   I mean the way I look at this        12:30:38
3  deposition it was dark outside.  It was real       12:30:40
4  dark.                               12:30:44
5       Q.   Was the power on in her house?       12:30:44
6       A.   I couldn't tell you what was on at     12:30:50
7  that time, but she recognized that water was in    12:30:52
8  her house before that.                   12:30:55
9       Q.   At whatever time it was, she         12:30:59
10  recognized that water was in her house?        12:31:01
11      A.   Yes.  I believe this is about the      12:31:04
12  5:30 a.m. time frame, so I'm not disputing that    12:31:06
13  it wasn't dark.                        12:31:10
14      Q.   Right.  How high was the door to      12:31:11
15  her house?                           12:31:14
16      A.   I don't know how high.             12:31:15
17      Q.   Okay.                         12:31:19
18      A.   Offhand.                       12:31:20
19      Q.   Returning to the question about      12:31:21
20  eye witness observations, all right.  In some     12:31:23
21  cases the eye witnesses may not have had a       12:31:29
22  chronograph, a time piece or a watch and had to    12:31:39
23  estimate the times; is that right?             12:31:42
24      A.   Yes.                          12:31:44
25           MR. GILBERT:  Let me object to the    12:31:44

79

1  line of questioning.  It's been going on for a      12:31:46
2  little while, but you really are calling for him     12:31:49
3  to speculate about a lot.  These aren't actually    12:31:52
4  hypotheticals, you're asking him to speculate.    12:31:55
5  BY MR. RAFFMAN:                        12:31:58
6       Q.   Did you speculate in the data        12:31:58
7  rendering that you did in Table 2, sensitivity     12:32:00
8  analysis?                             12:32:03
9       A.   We derived the information based     12:32:04
10  on testimony, the eye witness testimony.        12:32:06
11      Q.   In some cases the testimony was      12:32:08
12  based on observations that were made without the   12:32:11
13  benefit of measuring instruments; right?        12:32:15
14      A.   Yes.  I would assume that's         12:32:18
15  correct.  And, again, that's why we look at as     12:32:21
16  much data as possible in these types of studies.   12:32:27
17      Q.   And in some cases the witness's     12:32:31
18  statements were based on recollections made       12:32:36
19  years after the storm; isn't that right?          12:32:39
20      A.   Yes, the depositions were taken      12:32:44
21  typically after the storm sometime.            12:32:46
22      Q.   Let me ask you to turn to Figure 1    12:32:49
23  here.  I'm going to ask you some questions about  12:32:52
24  this simulated hydrograph.  It's Figure 1 in      12:32:55
25  Appendix I?                          12:32:59

80

1       A.   Okay.                         12:33:33
2       Q.   You have on the horizontal axis       12:33:34
3  time from August 29th of 2005.  Do you see that?   12:33:38
4       A.   Yes, sir.                      12:33:42
5       Q.   That reflects the time of day in     12:33:42
6  Central Daylight Time; right?                12:33:45
7       A.   Yes.                          12:33:46
8       Q.   The vertical axis is water level      12:33:47
9  given in feet for NAVD88 2004.65.  Do you see     12:33:50
10  that?                               12:33:57
11      A.   Yes.                          12:33:58
12      Q.   Does water level then mean the       12:33:59
13  elevation of the water vis-a-vis the NAVD88       12:34:02
14  data?                               12:34:06
15      A.   Yes.                          12:34:07
16      Q.   All right.  The data on the graph     12:34:20
17  then show the model data for Case 1 versus the    12:34:26
18  observed data; is that right?                12:34:37
19      A.   Yes.  The simulated data versus      12:34:39
20  the reported data points.                  12:34:41
21      Q.   What you've done is to take each     12:34:45
22  source of data and assign it a color; right?      12:34:50
23      A.   Yes, the data points.             12:34:54
24      Q.   And so your data points are         12:34:56
25  reflected in dots or squares or triangles of       12:34:59

81

1  various colors; right?                     12:35:02
2       A.   Correct.                       12:35:04
3       Q.   And the modeled or the simulated     12:35:05
4  hydrograph is measured based on the lines;       12:35:07
5  right?                               12:35:11
6       A.   Yes.                          12:35:12
7       Q.   The line for a various witness       12:35:12
8  will have the same color as the observed data     12:35:18
9  points rendered in dots or squares or triangles;   12:35:21
10  right?                               12:35:25
11      A.   Yes.                          12:35:25
12      Q.   So let's look for a moment at the    12:35:26
13  purple dot at 10:00 a.m., which shows a level     12:35:32
14  somewhere between zero and two feet; do you see   12:35:39
15  that?  It's actually a lavender dot?           12:35:43
16      A.   Are you referring to Mr. Reed's      12:35:47
17  data points, the circle?                   12:35:50
18      Q.   I believe so.  A circle?           12:35:52
19      A.   Yes.                          12:35:55
20      Q.   The one at 10:00 in the morning     12:35:55
21  between zero and two on the vertical axis is a    12:35:58
22  data point for Mr. Reed; right?               12:36:02
23      A.   Correct.                       12:36:05
24      Q.   This is one of the observed water    12:36:06
25  levels for Mr. Reed; right?                 12:36:08

82

1    A.   Yes.                        12:36:10
2    Q.   What do the black lines that      12:36:14
3  emerge in all four directions represent?    12:36:16
4    A.   Any time you're extrapolating eye   12:36:21
5  witness information in terms of time, as well as  12:36:27
6  the depth, there may be a relative error in    12:36:33
7  terms of their interpretation of time, as well    12:36:37
8  as in terms of depth of water.  So we try to    12:36:42
9  measure that by putting error bars around the    12:36:48
10 data points so that -- unless it's time stamped    12:36:52
11 video, which we know very specifically the time    12:36:58
12 and location of that particular depth.  And so    12:37:03
13 the larger the lines that protrude from that    12:37:10
14 data point the more uncertainty there would be    12:37:14
15 in that particular data point.        12:37:17
16   Q.   So for James Reed, at this      12:37:24
17 particular location you've assigned error bars    12:37:28
18 that suggest the observed water level may have    12:37:31
19 been slightly more than zero or slightly more    12:37:36
20 than two?                    12:37:41
21   A.   At --                12:37:44
22   Q.   At that time?              12:37:46
23   A.   At those times that's what his    12:37:47
24 deposition was referring to, yes.        12:37:50
25   Q.   And for the same observation, the    12:37:51

83

1  same data point, you've assigned an error bar of   12:37:55
2  time in the range of maybe half an hour; is that   12:37:59
3  fair?                      12:38:04
4    A.   Yes.                12:38:04
5    Q.   The water levels that were      12:38:05
6  observed at that data point may have occurred    12:38:11
7  somewhere between 9:45 and 10:15 a.m.; right?    12:38:15
8    A.   Yes.                12:38:19
9    Q.   You have error bars surrounding    12:38:22
10 many or most of the data observation points in    12:38:27
11 Figure 1; right?                12:38:32
12   A.   Yes.  Every observation would be    12:38:35
13 unique.                    12:38:37
14   Q.   So some of them have larger error    12:38:39
15 bars than others?                12:38:41
16   A.   Yes, in our interpretation of that    12:38:43
17 data point, that could be.            12:38:48
18   Q.   Your interpretation of the data    12:38:50
19 point is based in part on your judgment about    12:38:52
20 the inexactitude of the witness's testimony?    12:39:04
21   A.   Based on our interpretation and    12:39:08
22 judgment of the scientific information, yes, the    12:39:10
23 data that we were given.            12:39:13
24   Q.   And when you say scientific    12:39:16
25 information, you're referring to the deposition    12:39:18

84

1  account taken by the witness?          12:39:20
2    A.   Yes.                12:39:22
3    Q.   Do you agree under the stress of   12:39:37
4  the moment and in mortal danger almost all    12:39:57
5  witnesses will recollect different times?    12:39:57
6      MR. GILBERT:  Objection.        12:39:57
7      THE WITNESS:  I think I mentioned    12:39:57
8  previously that it's not uncommon to have    12:39:57
9  differences in the eye witness accounts during a   12:39:57
10 storm event.                  12:39:59
11 BY MR. RAFFMAN:                  12:40:00
12   Q.   Do you agree that sequence is more   12:40:00
13 important than exact time, which will vary from    12:40:05
14 witness to witness?                12:40:08
15   A.   Repeat that.  I'm not sure I    12:40:08
16 understood what you just asked.          12:40:14
17   Q.   Do you agree sequence is more    12:40:16
18 important than exact time, which will vary from    12:40:19
19 witness to witness?                12:40:21
20   A.   If I'm interpreting your question,   12:40:22
21 in terms of the sequence, yes, and that's why we   12:40:25
22 gather so many data points.          12:40:29
23   Q.   Let me go back to Table 2 to      12:40:32
24 Appendix I and I'm going to ask some questions    12:40:36
25 about the observed water depth in Table 2.    12:40:47

85

1      How does observed water depth in    12:40:56
2  Table 2 compare to the water level NAVD88 in    12:41:09
3  table -- in Figure 1?              12:41:15
4    A.   Figure 1 represents the actual    12:41:20
5  water level, not water depth, so water level is   12:41:22
6  the actual flood elevation in accordance with    12:41:27
7  the NAVD, that's a date of reference.  The    12:41:31
8  observed water depth is the depth of the water    12:41:40
9  at that particular location above the ground, so   12:41:45
10 it's the actual depth.              12:41:48
11   Q.   So for any one of these witnesses    12:41:50
12 that you can remember, tell me how you arrived    12:41:52
13 at the observed water depth?          12:41:57
14   A.   The water depth is the difference    12:42:00
15 between the water level and the ground      12:42:03
16 elevation.  So if you reported a water level in   12:42:07
17 terms of elevation of four and the ground is at   12:42:12
18 zero, the depth would be four feet, the observed   12:42:17
19 water depth.                  12:42:22
20   Q.   All right.  So, for instance, if    12:42:34
21 Adam says he woke up at 5:00 a.m. and the carpet   12:42:35
22 on the floor was wet, I'm referring you now to    12:42:40
23 Appendix E if you want to follow along.  Maybe    12:42:45
24 you remember it?                12:42:49
25   A.   Okay.                12:42:49

86

1    Q.   Do you remember that's what he        12:42:50
2  said?                          12:42:52
3    A.   It's in our table, yes.            12:42:52
4    Q.   So what you did was you said, all     12:42:54
5  right, if Adam's carpet is wet at 5:00 the water   12:42:57
6  must be a certain elevation; right?        12:43:01
7    A.   Yes.                        12:43:05
8    Q.   And then you said that elevation     12:43:06
9  has to be a certain level above the ground;     12:43:09
10 right?                         12:43:14
11   A.   Yes.                        12:43:14
12   Q.   And then you took that as your       12:43:15
13 observed water depth; right?            12:43:17
14   A.   Yes.  It works both ways.  Again,    12:43:23
15 the model computes in terms of water level.  It   12:43:26
16 already has ground within it, so it's basically   12:43:29
17 an elevation there.                12:43:33
18       And the observed water depth is      12:43:35
19 the difference between, again, whatever       12:43:38
20 observation they're making, let's say in this   12:43:41
21 particular case it's carpet, that's the floor   12:43:43
22 elevation, so you take the floor elevation --   12:43:47
23 the -- how high would his floor be above the    12:43:51
24 ground.                        12:43:55
25   Q.   I just want to make sure you're      12:43:56

87

1  comparing apples to apples.  I understand your   12:43:58
2  model will give us output in terms of elevation;  12:44:01
3  right?  That's how it works?           12:44:06
4    A.   I'm for sure I'm comparing apples    12:44:09
5  to apples --                     12:44:14
6    Q.   I'm understand you're sure, but     12:44:16
7  sometimes you can be surprised.  Let's just have  12:44:18
8  you prove it.  Your model will generate an     12:44:21
9  elevation in NAVD88?               12:44:33
10   A.   Yes.                        12:44:36
11   Q.   Now, once you generate that result   12:44:37
12 you arrive at a simulated water depth in Table 2  12:44:50
13 by subtracting the ground level from the NAVD88   12:44:56
14 that your model generates; right?          12:45:04
15   A.   Yes.                        12:45:06
16   Q.   Whereas observed water depth in     12:45:07
17 Table 2 is generated by taking the witness     12:45:14
18 account of how high the water is based on his   12:45:18
19 bed or his carpet or whatever else he's talking   12:45:24
20 about and subtracting the ground level from    12:45:27
21 that; right?                     12:45:30
22   A.   The difference that's the height    12:45:31
23 of the water above the ground.           12:45:33
24   Q.   And in order to know the height of   12:45:36
25 the water above the ground you have to know    12:45:37

88

1  something about, in Adam's case, where his     12:45:40
2  carpet is; right?                 12:45:44
3    A.   Yes.  Where the floor elevation     12:45:46
4  would be.                      12:45:48
5    Q.   In order to do that you've had to    12:45:49
6  make some judgments or assumptions about the    12:45:53
7  level of his floor; right?             12:45:56
8    A.   Yes.                        12:45:58
9    Q.   The level of his floor may depend    12:45:59
10 on such things as how many steps his house had;   12:46:01
11 right?                         12:46:05
12   A.   Yes.                        12:46:05
13   Q.   And do you know how many steps      12:46:06
14 Terry Adam's house had?              12:46:08
15   A.   We looked at all eye witness       12:46:10
16 information to determine those factors.       12:46:12
17   Q.   And you did the best you could;     12:46:16
18 right?                         12:46:18
19   A.   Yes.                        12:46:19
20   Q.   But you can't say, as you sit here   12:46:19
21 today, that you had measurements in every single  12:46:23
22 case to figure out the height of a floor or the   12:46:30
23 height of a bed or the height of whatever      12:46:33
24 reference point the witness was talking about;   12:46:36
25 right?                         12:46:39

89

1    A.   That's correct.                12:46:39
2    Q.   And that kind of information gap     12:46:41
3  could introduce some uncertainty into the     12:46:49
4  numbers that you reflect as your observed water   12:46:54
5  depth; right?                    12:46:58
6    A.   Yes.  There are uncertainties in    12:46:59
7  all the numbers.  That's why, again, we have    12:47:03
8  error bars.                     12:47:06
9    Q.   All right.  So now tell me, taking   12:47:07
10 James Reed's 10:00 observation as an example,   12:47:27
11 how you carried your error bars into the      12:47:33
12 observed water depth values that you used in    12:47:41
13 your Table 2 sensitivity analysis?         12:47:43
14   A.   As shown in our Table 2, the data   12:47:50
15 point that we were able to define by his      12:47:55
16 description of the flood level at that time,    12:48:00
17 which is clearly noted in our Figure 1, was    12:48:03
18 plotted.  And in -- when we ran the simulation   12:48:07
19 cases we computed a water level at that      12:48:13
20 particular location.               12:48:19
21       And if you look in this particular   12:48:22
22 case maybe as point S8, the simulated predicted   12:48:24
23 a much different value in terms of the water    12:48:32
24 depth.  That's what we simulated, and we      12:48:36
25 compared it at those points and you'll see a    12:48:43

90

1  fairly large difference in the relative error.   12:48:47
2  But then we have to -- we can only use the data   12:48:49
3  that we believe that's made available to us and   12:48:54
4  it's interpreted by us in a scientific manner,   12:48:59
5  but then we can explain it because one of the   12:49:03
6  things we did in James Reed, because there was a   12:49:06
7  significant difference in his elevation versus   12:49:08
8  time, he's very near the courthouse and then we   12:49:11
9  looked at the courthouse information, which   12:49:14
10 should have similar results in terms of flood   12:49:18
11 elevation, and we compared very well in the   12:49:22
12 model simulation at the courthouse.   12:49:25
13       So that helps explain maybe his   12:49:29
14 interpretation of the flood depth at that time.   12:49:33
15 It could have been a different time.   12:49:38
16       So, again, not -- you're not   12:49:41
17 looking -- you would love for everybody to give   12:49:43
18 perfect information. It doesn't exist. So as a   12:49:48
19 scientist, we have to take all the information   12:49:52
20 and consider it, good, bad or indifferent. Now,   12:49:59
21 what we have that may not be accurate then   12:50:01
22 clearly we can remove that data, but it's still   12:50:06
23 incumbent upon all the scientists to consider   12:50:11
24 all the data.   12:50:15
25       Q.   Right. So the scientist considers   12:50:17

91

1  all the data and such data as proves contrary to   12:50:20
2  science is rejected in favor of such data as can   12:50:26
3  be validated by science?   12:50:33
4       A.   Clearly it's not rejected, not   12:50:35
5  even in this analysis under Mr. Reed does that   12:50:37
6  value reject it. It's still considered.   12:50:40
7  However, we have to make -- we have to provide   12:50:44
8  an explanation of why maybe we're different   12:50:48
9  based on our simulation analysis.   12:50:54
10      Q.   All right. I got off track here   12:50:56
11 because you answered a different question from   12:50:59
12 the one I asked a couple questions ago, so let   12:51:01
13 me go back.   12:51:05
14       You assigned an observed water   12:51:06
15 depth of 1.8 feet to Mr. Reed at S8; right?   12:51:09
16      A.   Correct.   12:51:14
17      Q.   And then you went ahead and   12:51:14
18 compared your simulated water depths for each of   12:51:18
19 the six cases to that 1.8 feet; right?   12:51:21
20      A.   Yes.   12:51:24
21      Q.   In doing that comparison you did   12:51:25
22 not also incorporate the error bars surrounding   12:51:27
23 the ones with 1.8 with observation and do a   12:51:31
24 statistical analysis that included the error   12:51:32
25 bars; correct?   12:51:36

92

1       A.   That's correct.   12:51:37
2       And, again, it wouldn't be used in   12:51:44
3  the data set, but it would be used, those error   12:51:47
4  bars in the interpretation of the results.   12:51:51
5       Q.   You could have included error bars   12:51:53
6  as a part of a sensitivity analysis; right?   12:51:56
7       A.   Yes. The answer is yes. You   12:52:04
8  could include, but that would -- that means   12:52:05
9  you're making additional runs and assumptions.   12:52:09
10       You give your best estimate.   12:52:13
11 That's the best estimate of the depth at that   12:52:16
12 point and you look at the model and then you   12:52:19
13 make interpretation of those results.   12:52:21
14      Q.   The results you've generated in   12:52:31
15 your sensitivity analysis are comparing the   12:52:33
16 simulated depths in the six cases to observed   12:52:36
17 water depths that you've rendered with a   12:52:41
18 precision in most cases of a tenth of a foot;   12:52:46
19 right?   12:52:50
20      A.   The accuracy of the numbers   12:52:50
21 reported in a tenth of a foot, yes.   12:52:52
22       Can we go ahead and take a short   12:53:06
23 break?   12:53:09
24       MR. RAFFMAN: Yes. Off the   12:53:09
25 record.   12:53:11

93

1       THE VIDEOGRAPHER: This marks the   12:53:11
2  end of tape number two in the deposition of   12:53:16
3  Melvin Spinks and we're going off the record at   12:53:19
4  12:54 p.m.   12:53:22
5       (A brief recess was taken.)   12:53:26
6       THE VIDEOGRAPHER: We are back on   13:06:31
7  the record. Here marks the beginning of tape   13:06:52
8  number three in the deposition of Melvin Spinks   13:06:55
9  and the time is 1:07 p.m.   13:06:58
10 BY MR. RAFFMAN:   13:07:00
11      Q.   Before we broke you had testified   13:07:01
12 about the accuracy of the observations being   13:07:03
13 rendered in tenths of a foot. The witnesses in   13:07:05
14 their depositions did not report water levels in   13:07:09
15 terms of tenths of a foot; did they?   13:07:14
16      A.   No.   13:07:17
17      Q.   The tenths of a foot values that   13:07:27
18 are rendered are based on your judgment as to   13:07:36
19 what level corresponds with your understanding   13:07:39
20 of the testimony the witnesses gave; correct?   13:07:41
21      A.   Correct. It's typically the   13:07:45
22 difference between the elevation that we would   13:07:48
23 consider that the eye witness would be reporting   13:07:50
24 that particular flood level at that time and   13:07:55
25 then subtracting the ground elevation, which was   13:07:59

94

1    usually be reported in tenths of a foot.          13:08:03
2        Q.   If you had incorporated error bars      13:08:13
3    into the sensitivity analysis would your         13:08:21
4    sensitivity analysis then incorporate error bars  13:08:29
5    in the results?                                   13:08:32
6        A.   I don't believe so.  And I want to      13:08:36
7    make sure we're clear in that the error bars      13:08:40
8    represent an interpretation of the data point     13:08:45
9    relative to time and relative to elevation.  The  13:08:49
10   best estimate of that flood elevation is          13:08:54
11   reported at that data point.                      13:08:57
12           When the analysis is done we're          13:09:01
13   able to compare back the simulated water surface  13:09:04
14   elevations within that relevant error estimate,   13:09:11
15   but when we do a sensitivity analysis it is       13:09:14
16   based on what we believe the reported elevation   13:09:17
17   in time to be.                                    13:09:22
18       Q.   Right.  And, therefore, when you         13:09:24
19   assign the value to observed water depth you      13:09:29
20   assigned it as a point rather than a range;       13:09:34
21   correct?                                          13:09:38
22       A.   Yes.                                     13:09:38
23       Q.   In Table 2?                              13:09:39
24       A.   Yes.                                     13:09:41
25       Q.   If you had assigned a range rather       13:09:41

95

1    than a point for your observed water depth the    13:09:44
2    result would have been a range in the output;     13:09:47
3    right?                                            13:09:56
4        A.   I'm not 100 percent sure where          13:09:56
5    you're going with the science of it, but if you   13:10:02
6    wanted to consider error estimates in each of     13:10:05
7    these data points, theoretically you could        13:10:08
8    possibly do it, but it would all be relative      13:10:13
9    because you would put error to the low side,      13:10:16
10   then you put error to the high side and then      13:10:19
11   this is the average error, okay.                  13:10:21
12           So you're still talking about            13:10:24
13   possibly, and I believe if I'm interpreting it    13:10:28
14   right, still a relative.  I don't believe that    13:10:31
15   would change a comparison of six different cases   13:10:35
16   by varying the error bar and running three times  13:10:39
17   as many runs.                                     13:10:45
18       Q.   The -- well, if you include an          13:10:46
19   error bar around an observed depth and you run    13:10:59
20   your Equation 1, will not your L2 value reflect a 13:11:05
21   range based on the input range?                   13:11:14
22       A.   Yes, but, again, it would be            13:11:24
23   consistently done for all six cases and it would  13:11:28
24   be relative for all six cases.  And so            13:11:32
25   theoretically that value would basically result   13:11:35

96

1    in the same information in terms of what you're   13:11:43
2    looking for, what has the lowest relative error,  13:11:46
3    what has the best ranking value.                  13:11:50
4        Q.   I'm sorry, I didn't mean to             13:11:54
5    interrupt.  Go ahead.                             13:11:57
6        A.   I do believe what we're getting to      13:11:59
7    is that I don't think that it's going to change.  13:12:01
8    It would mean Case 2 would be better because I    13:12:04
9    took into account a relative error bar and every  13:12:07
10   single one of these cases.                        13:12:13
11       Q.   I understood what you said.  You         13:12:17
12   said basically if I included error bars in my     13:12:20
13   analysis I would still expect that Case 1 is      13:12:23
14   better than Case 2 when I finish; right?          13:12:26
15       A.   Yes, I believe, I think that's the      13:12:30
16   case.                                             13:12:33
17       Q.   But if you included error bars in       13:12:33
18   your analysis then couldn't we figure out         13:12:35
19   statistically how close Case 1 and Case 2 are by  13:12:37
20   looking at whether they fit within the range of   13:12:42
21   error based on the measurements that were taken?  13:12:44
22   Couldn't we do that?                              13:12:48
23       A.   I think that's what we've done.         13:12:49
24   I'm almost positive what we're doing here is      13:12:51
25   looking at the relative error at all observation  13:12:54

97

1    points.                                           13:13:00
2            So I still don't believe that            13:13:01
3    running an observation point with a relative      13:13:03
4    error would result in picking a different case    13:13:08
5    just because you went through that exercise.      13:13:12
6    That's a mathematical exercise.                   13:13:15
7        Q.   There's no plus or minus next to        13:13:18
8    the L2 values you reported; right?                13:13:21
9        A.   It's -- that's correct, because         13:13:24
10   it's run for that observed water depth and that   13:13:27
11   computed simulated water depth.                   13:13:32
12       Q.   What if you ran it for the low end      13:13:37
13   of the error bars that you assigned?  You would   13:13:53
14   get a different result; right?                    13:14:02
15       A.   For all six cases, mathematically       13:14:03
16   would be a different result in terms of relative  13:14:07
17   error, but still I believe the relative error     13:14:10
18   for Case 1 would still be -- the answer, it       13:14:13
19   would be relative, because you would have to do   13:14:20
20   it for all six cases.                             13:14:23
21       Q.   Right.  But if you ran it for the       13:14:24
22   lower value -- if you ran it for the lower end    13:14:26
23   of the error range you might expect to see an     13:14:29
24   improvement in Case 2 because Case 2 reports      13:14:32
25   flooding at 7:00 through the south breach         13:14:38

**98**

1   instead of 5:30; isn't that right?  Therefore   13:14:42
2   you expect lower flooding at a certain point in   13:14:45
3   time; right?   13:14:51
4         A.  No.  I don't think that would be   13:14:52
5   the case, at all.   13:14:54
6         Q.  What's your basis for saying that?   13:14:57
7         A.  One, I haven't done it, but,   13:15:02
8   again, I keep saying it's relative because it   13:15:06
9   would be run for all six cases and I don't see a   13:15:09
10  tremendous shift in the time error bars that   13:15:14
11  would go yield a different result.   13:15:20
12        Q.  Well, I'll return to it.   13:16:11
13        Some of the error bars in the   13:16:13
14  individual observations range for over an hour   13:16:15
15  in terms of time; right?   13:16:28
16        A.  A few.   13:16:32
17        Q.  And some of the error bars that   13:16:34
18  you've assigned for the depths are in the nature   13:16:37
19  of a couple of feet; right?   13:16:41
20        A.  Yes.   13:16:44
21        Q.  Did you do the arithmetic to   13:16:45
22  arrive at the L2 values?   13:16:59
23        A.  Yes, in terms of I went over that   13:17:04
24  with my staff that that was an acceptable   13:17:09
25  approach, but one of my Ph.D.s actually ran the   13:17:12

**99**

1   calculations.   13:17:16
2         Q.  Do you know whether the formula   13:17:25
3   that you used was from a textbook?   13:17:27
4         A.  I'm sure it was.   13:17:33
5         Q.  Can you tell me what textbook it   13:17:35
6   came from?   13:17:37
7         A.  No, I can't.   13:17:37
8         Q.  Are you able, as we sit here   13:17:39
9   today, to show us how you calculated the L2   13:17:42
10  figure for the two Terry Adams' data points N1   13:17:45
11  and N2?   13:17:51
12        A.  Yes.   13:17:52
13        Q.  How long would it take you to do   13:17:52
14  the math?   13:17:54
15        A.  To subtract them in accordance   13:17:55
16  with the formula?   13:17:58
17        Q.  Right.   13:17:59
18        A.  Ten, 15 minutes.   13:18:01
19        Q.  All right.  Let me -- let's see if   13:18:03
20  we have time at the end.  Maybe we'll go there.   13:18:21
21        Have you calculated what the   13:18:31
22  effect of .5 foot or a 1 foot error in the   13:18:33
23  observed water depth would have on the L2 value?   13:18:37
24        A.  No.   13:18:41
25        Q.  Could you calculate such an   13:18:43

**100**

1   effect?   13:18:47
2         A.  Yes.   13:18:47
3         Q.  For Terry Adams the difference in   13:18:51
4   your L2 values for Case 1 and Case 2 is the   13:18:54
5   difference between .668 and .471; correct?   13:18:58
6         A.  Correct.   13:19:05
7         Q.  That difference is .197; right?   13:19:05
8         A.  Between .668 and .471?   13:19:10
9         Q.  Right?   13:19:21
10        A.  Okay.  Yes.   13:19:22
11        Q.  If it were true that you computed   13:19:25
12  L2 values have a range of error in the   13:19:34
13  neighborhood of plus or minus .2, would it then   13:19:37
14  be fair to say that Case 1 and Case 2 are within   13:19:44
15  the range of error of each other?   13:19:51
16        MR. GILBERT:  I'm going to object.   13:19:56
17  That's an improper hypothetical, but just note   13:19:57
18  it for the record.   13:20:03
19        THE WITNESS:  I would have to look   13:20:04
20  at specifically what you're referring to.   13:20:05
21        Are you referring to Terry Adams?   13:20:08
22  BY MR. RAFFMAN:   13:20:12
23        Q.  In that particular instance, I am.   13:20:13
24        MR. GILBERT:  That's why -- okay.   13:20:14
25        MR. RAFFMAN:  I'm asking him to   13:20:19

**101**

1   make an assumption, which I will either prove or   13:20:20
2   I won't.   13:20:24
3         MR. GILBERT:  I understand.   13:20:25
4   You're asking him to parse out just one case out   13:20:26
5   of the entire calculation.  That's the nature of   13:20:28
6   my objection, but subject to that, it's okay.   13:20:32
7         THE WITNESS:  You can look at   13:20:35
8   individually, these, but, again, you have to   13:20:38
9   look at all data points relative to making any   13:20:41
10  final determination.   13:20:46
11  BY MR. RAFFMAN:   13:20:51
12        Q.  Without knowing the rate of error,   13:20:51
13  you really can't say whether the .6 cumulative   13:21:07
14  value for Case 1 and the .75 cumulative value   13:21:11
15  for Case 2 are within the expected error for any   13:21:16
16  statistical analysis; can you?   13:21:23
17        A.  No, because I believe we provided   13:21:27
18  the statistical analysis that supports the   13:21:31
19  relative error in this work.   13:21:38
20        Q.  Where in Table 2 does it show the   13:21:41
21  relative error of your L2 values you calculated?   13:21:43
22        A.  The cumulative values at the   13:21:48
23  bottom of the table shows the lowest relative   13:21:52
24  error being Case 1.   13:21:58
25        Q.  The cumulative value you've   13:22:03

102

1  reported is 0.65; correct?                    13:22:06
2       A.   Correct.                            13:22:10
3       Q.   For Case 1; right?                  13:22:10
4       A.   Correct.                            13:22:12
5       Q.   It does not say 0.65 plus or        13:22:13
6  minus .1 or .2 or any other range of error; am I   13:22:16
7  right?                                        13:22:20
8       A.   It's an average of all the          13:22:20
9  relative errors.                              13:22:22
10      Q.   The relative errors were what you   13:22:23
11 derived by comparing a simulated water depth to   13:22:26
12 a point rather than a potential range of points;   13:22:31
13 right?                                        13:22:35
14      A.   Yes, but, again, the mathematical   13:22:35
15 procedures employed here are within the standard   13:22:38
16 of practice that would be normal by any        13:22:41
17 hydrologic analysis that is being performed and   13:22:46
18 we have two indicators, not just relative error.   13:22:51
19 We also have a rating number.                 13:22:54
20      Q.   Let's take a look at the rating     13:23:09
21 number for a minute, since you raised it.     13:23:11
22           You say Case Number 1 has 37        13:23:13
23 rating errors that match the observed flooding   13:23:17
24 with the model flooding; right?              13:23:20
25      A.   Yes.  The rating number, there are  13:23:22

103

1  37 cases or testimonies that comply with the  13:23:25
2  criteria of the rating number.               13:23:28
3       Q.   Okay.  For Case 2 you've come up    13:23:31
4  with a score of 28 cases that comply with the  13:23:37
5  rating number; right?                        13:23:40
6       A.   Yes.                               13:23:42
7       Q.   Now, to be clear, Case 1 and Case   13:23:43
8  2, Case 1 is 4:00 a.m. north breach, 5:30 a.m.   13:23:47
9  south breach; right?                         13:23:53
10      A.   Yes.                               13:23:54
11      Q.   That corresponds to Figure 1 in     13:23:55
12 your report, page I-3; right?                13:23:57
13      A.   Yes.                               13:24:00
14      Q.   Case 2 is run for a 4:00 a.m.       13:24:01
15 north breach and 7:00 a.m. south breach; right?   13:24:04
16      A.   Correct.                           13:24:08
17      Q.   That's represented by Figure 2 at   13:24:08
18 page I-4 in your report?                     13:24:11
19      A.   Yes.                               13:24:13
20      Q.   Case 2 is similar to the breach     13:24:13
21 times that were stated by Ebersole and        13:24:17
22 Fitzgerald in the MRGO case for the government;   13:24:21
23 right?                                        13:24:25
24      A.   I believe so.                       13:24:26
25      Q.   And you've concluded that Case 1    13:24:28

104

1  is superior to Case 2; right?                13:24:31
2       A.   Yes.                               13:24:33
3       Q.   Now, in order to compare the        13:24:36
4  rating numbers and draw a comparison between   13:24:48
5  Case 1 and Case 2, what we should be looking for   13:24:54
6  are the data points that get a one for Case 1   13:24:57
7  and a zero for Case 2; right?                13:25:01
8       A.   Yes.                               13:25:05
9       Q.   Those would be the data points in   13:25:06
10 which Case 1 performs better than Case 2; right?   13:25:08
11      A.   In terms of the rating number,      13:25:12
12 yes.                                         13:25:17
13      Q.   All right.  Now, how high does      13:25:18
14 flood water have to be to get a value that says   13:25:20
15 there's flood water there, as opposed to no    13:25:24
16 flood water?                                 13:25:28
17      A.   It has to reach the location.  So   13:25:29
18 whenever -- if the water reached that particular   13:25:31
19 location then it was considered that water was   13:25:34
20 there.                                       13:25:38
21      Q.   So if you got half a foot of water  13:25:39
22 you should be water is at the location; right?   13:25:41
23      A.   Yes, because, again, this           13:25:45
24 represents a certain time.                   13:25:46
25      Q.   Okay.                              13:25:49

105

1       A.   So it doesn't account for all the   13:25:50
2  times, but at a point in time, yes.          13:25:52
3       Q.   So let's take a look at Sally       13:25:55
4  Jones.  You see that's data point S5?        13:25:57
5       A.   Yes.                               13:26:02
6       Q.   Now, you're observed water depth    13:26:02
7  for Sally Jones is 1.5; right?               13:26:06
8       A.   Okay.                              13:26:09
9       Q.   Your Case 1 simulated water depth   13:26:10
10 for Sally Jones is 3.12.  Do you see that?    13:26:14
11      A.   Yes.                               13:26:18
12      Q.   Your simulated water depth for her  13:26:18
13 is about more than a foot and a half higher than   13:26:20
14 what she observed; correct?                  13:26:24
15      A.   Yes.                               13:26:26
16      Q.   Your rating number for Sally Jones  13:26:26
17 is a one.  Do you see that?                  13:26:29
18      A.   Yes.                               13:26:31
19      Q.   Now, Case 2, you've got a           13:26:31
20 simulated water depth that's over a half a foot.   13:26:34
21 Do you see that?                             13:26:37
22      A.   Yes.                               13:26:38
23      Q.   And do you see that you've          13:26:39
24 nevertheless assigned her a rating number of   13:26:42
25 zero for Case 2?                             13:26:44

106

1    A.   I see that.              13:27:08
2    Q.   Shouldn't it really be a one since    13:27:09
3  you've got a half a foot of flood water at her    13:27:12
4  location under that simulation?    13:27:15
5    A.   I believe so.            13:27:20
6    Q.   Okay.  So let's give Case 2    13:27:31
7  another point.               13:27:36
8         Let's look at D. Bordelon, S15.    13:27:37
9  Do you see that?             13:27:45
10    A.   Yes, I do.  I see it.    13:27:47
11    Q.   All right.  So point S15, D. S.    13:27:59
12  Bordelon, there we are.  You've observed water    13:28:02
13  depth at .S15 as zero; correct?    13:28:07
14    A.   Yes.                 13:28:10
15    Q.   In Case 1 your simulated water    13:28:11
16  depth is 0.02.  Do you see that?    13:28:14
17    A.   Yes.                 13:28:20
18    Q.   And, therefore, because there's no    13:28:21
19  flooding at either location you've given a    13:28:23
20  rating number for Case 1 of one; correct?    13:28:27
21    A.   Yes.                 13:28:30
22    Q.   You gave a point to Case 1 for D.    13:28:31
23  S. Bordelon; right?          13:28:36
24    A.   Yes.                 13:28:37
25    Q.   Now, let's go to Case 2.  Your    13:28:38

107

1  simulated water depth is 0.02 feet.  Do you see    13:28:41
2  that?                        13:28:46
3    A.   Uh-huh, yes.           13:28:46
4    Q.   In Case 2 that's the same    13:28:48
5  simulated water depth as you derived in Case 1;    13:28:50
6  correct?                     13:28:53
7    A.   Correct.               13:28:53
8    Q.   Do you see what rating number you    13:28:54
9  assigned to D. S. Bordelon in Case 2?    13:28:56
10    A.   Yes, I do.             13:28:59
11    Q.   You gave it a zero; correct?    13:29:00
12    A.   Yes.                 13:29:02
13    Q.   You should have given it a one;    13:29:03
14  shouldn't you?               13:29:05
15    A.   It appears that way, yes.    13:29:06
16    Q.   Let's give them another point for    13:29:07
17  Case 2.                      13:29:10
18         Let's look at D. S. Martinez, data    13:29:10
19  point S16.  Do you see that?    13:29:14
20    A.   Yes.                 13:29:16
21    Q.   Observed water depth at S16 is    13:29:18
22  zero; correct?               13:29:22
23    A.   Yes.                 13:29:23
24    Q.   Simulated water depth is 0.07;    13:29:23
25  right?                       13:29:27

108

1    A.   Right.                 13:29:27
2    Q.   You gave it a rating number of one    13:29:28
3  because there is no flooding under Case 1 at    13:29:31
4  either the observed or the simulated depth;    13:29:33
5  correct?                     13:29:37
6    A.   Correct.               13:29:37
7    Q.   Let's go to Case 2.  D. Martinez,    13:29:38
8  same simulated flood depth, 0.07; right?    13:29:42
9    A.   Okay.                  13:29:46
10    Q.   It's the same simulated flood    13:29:47
11  depth in Case 2 as in Case 1; right?    13:29:50
12    A.   Right.                 13:29:53
13    Q.   What rating number did you give    13:29:54
14  Martinez under Case 2?        13:29:56
15    A.   That should have been a one.    13:29:58
16    Q.   Should have been a one.  You gave    13:30:00
17  it a zero -- sorry.  You gave it a zero; right?    13:30:02
18    A.   Right.                 13:30:06
19    Q.   But it should have been a one?    13:30:06
20    A.   It appears that way.  I need to    13:30:08
21  also get an explanation on some of the modelling    13:30:10
22  effort at that location.  So in the table it    13:30:15
23  appears that way and I think it looks like that    13:30:17
24  should have had a value of one, but I want to    13:30:23
25  also take a look at this with some of the staff,    13:30:25

109

1  but, yes.                    13:30:33
2    Q.   Well, let's go down one more value    13:30:34
3  here.  IPET Site 2, S36; do you see that?    13:30:38
4    A.   Which number?           13:30:46
5    Q.   S36?                   13:30:47
6    A.   Yes.                   13:30:48
7    Q.   Observed water depth is 0.1?    13:30:48
8    A.   Okay.                  13:30:51
9    Q.   Your simulated water depth in Case    13:30:52
10  1 is 2.18.  Do you see that?    13:30:56
11    A.   Yes, I do.             13:31:00
12    Q.   And you assigned that one a rating    13:31:01
13  number of one, in Case 1?       13:31:05
14    A.   Yes.                   13:31:10
15    Q.   Is that correct?  Is that a    13:31:11
16  correct value?               13:31:14
17    A.   Yes, it appears that way.    13:31:15
18    Q.   All right.  In Case 2 your    13:31:19
19  simulated water depth 0.01 foot.  Do you see    13:31:23
20  that?                        13:31:28
21    A.   Yes.                   13:31:28
22    Q.   You've assigned that a case rating    13:31:28
23  number of zero.  Do you see that?    13:31:31
24    A.   Yes.                   13:31:33
25    Q.   Do you consider that value    13:31:34

**110**

1    correct?                              13:31:35
2        A.   It probably could have been a one.   13:31:36
3        Q.   So if we're looking at rating   13:31:48
4    numbers, and having gone through these, would   13:32:03
5    you agree with me that Case 2 maybe should have   13:32:06
6    had a higher score than what you gave it, when   13:32:10
7    you tally them all up?                 13:32:13
8        A.   It could have a few more on the   13:32:14
9    rating number. I want to take a look at those   13:32:17
10   in a little bit more detail. They're borderline   13:32:19
11   values compared with the actual observed water   13:32:23
12   depths, so -- I think if we add four it would   13:32:27
13   have been close to 32 versus 28.       13:32:34
14       Q.   All right. So Case 2 and Case 1   13:32:40
15   are within a touchdown of each other now;   13:32:47
16   wouldn't you say?                      13:32:50
17       A.   No, not necessarily. I mean,   13:32:51
18   again, you're looking at all the data points   13:32:53
19   there. You're looking at both the relative   13:32:55
20   error and this value, so I think still the   13:32:59
21   performance of Case 1 would still be superior to   13:33:02
22   Case 2, 3, 4, 5, or 6.                 13:33:06
23       Q.   But you're not able to quantify or   13:33:09
24   to comment on whether these cases are close to   13:33:12
25   each other or far apart from each other in terms   13:33:17

**111**

1    of their performance. All you can say is one   13:33:22
2    scores better than the other?          13:33:25
3        A.   It gives us a relative measure.   13:33:27
4    Again, we compare throughout the entire storm   13:33:30
5    duration with the depths and these reported   13:33:34
6    elevations for all of them.            13:33:39
7        Q.   As you sit here today, have you   13:33:47
8    done calculations to show the statistical   13:33:53
9    significance of the differences you observed in   13:33:58
10   the performance of Case 2 versus Case 1 with   13:34:00
11   respect to rating numbers?             13:34:04
12       A.   As I sit here today, I'm -- the   13:34:09
13   data that has been published is clearly the   13:34:13
14   data, the interpretation that we've made.   13:34:17
15          And I will look to see if the   13:34:20
16   rating number needs to be relooked at for a few   13:34:22
17   of these, but I still today don't believe that   13:34:29
18   changing that rating number will affect the fact   13:34:33
19   that Case 1 is superior at this point.   13:34:37
20       Q.   I understand because you've told   13:34:41
21   me more than once that you believe Case 1 is   13:34:43
22   superior to Case 2. Have I understood you   13:34:45
23   right?                                 13:34:50
24       A.   Yes.                          13:34:50
25       Q.   What calculations have you done to   13:34:51

**112**

1    prove the statistical significance of the   13:34:53
2    superiority?                           13:34:57
3        A.   The relative errors computed here   13:35:00
4    for both cases and that's reported in this   13:35:04
5    Table 2 and it's superior on that basis. And   13:35:09
6    even as we've gone through this, that it still   13:35:16
7    appears that the rating number is still superior   13:35:20
8    even though we've gone through it and you   13:35:24
9    questioned me on a few of these.       13:35:27
10       Q.   Do you have a 95 percent   13:35:29
11   confidence interval calculation?       13:35:33
12       A.   On my answer or in this   13:35:36
13   information?                           13:35:38
14       Q.   In this information. You haven't   13:35:39
15   calculated the 95 percent confidence interval   13:35:42
16   surrounding your conclusion regarding the   13:35:46
17   superiority of Case 1 versus Case 2?   13:35:49
18       A.   I'm not sure if statistically the   13:35:52
19   95 percent confidence limits would even apply   13:35:57
20   here.                                  13:36:00
21       Q.   You don't have 95 percent   13:36:02
22   confidence limits surrounding the observed water   13:36:04
23   depths that you reported in your input; do you?   13:36:08
24       A.   We're as confident as based on the   13:36:10
25   interpretation of the data that's made   13:36:14

**113**

1    available.                             13:36:18
2          And the confidence is based upon   13:36:18
3    the information that's provided.       13:36:21
4        Q.   You have not calculated 95 percent   13:36:29
5    confidence limits surrounding the observed water   13:36:32
6    depth values; have you?                13:36:37
7        MR. GILBERT: He's answered.        13:36:39
8        MR. RAFFMAN: He didn't.           13:36:40
9        THE WITNESS: No. Specifically   13:36:44
10   the 95 percent confidence limits have not been   13:36:46
11   calculated nor would I think that they need to   13:36:49
12   be.                                    13:36:52
13   BY MR. RAFFMAN:                        13:36:55
14       Q.   If you ran Case 2 with a north   13:37:01
15   breach at 3:00 in the morning instead of 4:00 in   13:37:04
16   the morning, do you expect that case might get   13:37:09
17   you better agreement than Case 2 as you've run   13:37:15
18   it?                                    13:37:21
19       A.   I mean clearly that's a   13:37:23
20   hypothetical question and I would need to run   13:37:25
21   the data, but I would not think so.   13:37:29
22       Q.   Why do you need to ask your staff   13:37:34
23   about the rating numbers that we just went   13:38:00
24   through?                               13:38:03
25       A.   Because we as a group of   13:38:03

**114**

1  scientists and engineers we get together on the     13:38:06
2  application of these -- of this information on     13:38:10
3  the math and I want to make sure I interpreted     13:38:16
4  something correctly as it applies to the rating     13:38:21
5  number in those four particular cases.     13:38:25
6      Q.   As you sit here today, you cannot     13:38:36
7  testify about what happens to your sensitivity     13:38:40
8  analysis if, for instance, we were to vary the     13:38:47
9  times reported by each witness by 30 minutes in     13:38:53
10  either direction; right?     13:38:56
11      A.   I couldn't testify because that     13:39:02
12  analysis hasn't been done.     13:39:04
13      Q.   Same answer for a scenario in     13:39:07
14  which the north breach takes hours to develop     13:39:09
15  instead of 15 minutes to develop?     13:39:12
16      A.   That wasn't a consideration in     13:39:16
17  this analysis.     13:39:20
18      Q.   If, in fact, the north breach took     13:39:24
19  an hour to develop instead of 30 minutes to     13:39:27
20  develop, your analysis doesn't incorporate that     13:39:31
21  scenario?     13:39:39
22      A.   It doesn't.  And, again, it     13:39:42
23  wouldn't, because I think if that would be the     13:39:45
24  case the relative errors would be much larger.     13:39:47
25  The analysis would not support it and I believe     13:39:51

**115**

1  our analysis supports the timing of these     13:39:54
2  breaches in accordance with what we have     13:39:57
3  included in the model.     13:40:00
4      So there would be no reason to go     13:40:03
5  speculate and run a case that would be outside     13:40:05
6  the realm of reality.     13:40:10
7      Q.   So if an expert for the Plaintiffs     13:40:16
8  or for the Defendants, for that matter, were to     13:40:20
9  testify that a breach took an hour or more to     13:40:24
10  develop, your opinion is that testimony cannot     13:40:31
11  stand?     13:40:39
12      MR. GILBERT:  Objection, improper     13:40:40
13  hypothetical.  You may answer.     13:40:42
14      THE WITNESS:  Again, the science     13:40:43
15  that I have reviewed, the science that has been     13:40:45
16  made available through multiple technical     13:40:48
17  publications, multiple experts, have not     13:40:51
18  suggested the breach times lasting an hour and I     13:40:56
19  don't believe that the data that -- in terms of     13:41:04
20  eye witnesses and IPET would support an     13:41:07
21  initiation in a breach time over an hour for the     13:41:11
22  north breach.     13:41:15
23  BY MR. RAFFMAN:     13:41:17
24      Q.   So if, for instance, Hector Pazos     13:41:31
25  were to testimony that the north breach began     13:41:34

**116**

1  with a large impact that releases a small amount     13:41:40
2  of water into the neighborhood, followed by a     13:41:55
3  certain period of seepage under the wall and     13:42:00
4  then culminating in a massive breach two hours     13:42:04
5  later, that's not something your analysis     13:42:09
6  supports?     13:42:12
7      MR. GILBERT:  Object.  This is     13:42:13
8  beyond the scope of expertise for which he's     13:42:15
9  being proffered.     13:42:18
10      THE WITNESS:  I can't offer an     13:42:21
11  opinion on that.  I haven't seen any of that     13:42:23
12  information.     13:42:26
13  BY MR. RAFFMAN:     13:42:32
14      Q.   All right.  Back to Table 2.     13:42:35
15      In some cases your simulated water     13:42:43
16  depths do not match the observed water depths;     13:42:47
17  right?     13:42:53
18      A.   That's correct.     13:42:54
19      Q.   I'm looking at point N10, IPET     13:42:56
20  Site 3, you have an observed water depth of 7.5     13:43:02
21  and your model simulates water depth of 0.09;     13:43:11
22  right?     13:43:15
23      A.   Correct.     13:43:16
24      Q.   So in this particular case, both     13:43:17
25  Case 1 and Case 2 your model is off by over six     13:43:21

**117**

1  feet; right?     13:43:26
2      A.   I would say that our model is not     13:43:27
3  off by over six feet, it's basically what we     13:43:29
4  computed as a water surface elevation to what an     13:43:34
5  eye witness had reported.     13:43:41
6      Q.   One of two things has to be true.     13:43:48
7  Either the eye witness is wrong or your model is     13:43:51
8  wrong; right?     13:43:55
9      A.   Yes.     13:43:56
10      Q.   Your model has a divergence of     13:43:57
11  over five feet for data point S8; right?  I'm     13:44:04
12  referring to Case 1.     13:44:14
13      A.   For which number?     13:44:21
14      Q.   S8?     13:44:22
15      A.   Yes.  Again, the interpretation of     13:44:23
16  that depth through that eye witness testimony is     13:44:27
17  different in that particular case.  And, again,     13:44:31
18  it goes to show you that our analysis is     13:44:35
19  independent of all observations.  All     13:44:39
20  observations have to be taken into account in     13:44:44
21  order to explore the realm of understanding.     13:44:47
22  And just as you mentioned with IPET Site 3, just     13:44:51
23  previously of the 7.5 at the same IPET Site 3     13:44:55
24  somebody else has an observed water depth of     13:45:00
25  1.5 feet versus 7.5 and another eye witness at     13:45:03

**118**

1   that same location in IPET has an observed water   13:45:07
2   depth of zero.  So there is discrepancies even   13:45:12
3   at the same location.  You're going to consider,   13:45:16
4   but you have to consider all information.  It   13:45:24
5   doesn't mean your model's wrong because your   13:45:26
6   model, again, is based on a careful   13:45:28
7   consideration of all -- careful consideration   13:45:33
8   and weighing of all the data, not just one   13:45:36
9   single point.   13:45:40
10      Q.   IPET Site 3, is it three witnesses   13:45:44
11   reporting different depths at the same time?  Is   13:45:47
12   that your testimony?   13:45:49
13      A.   It's whatever information they   13:45:51
14   used to gather that observed water depth.  I'm   13:45:53
15   not 100 percent sure sitting here.  I would need   13:45:57
16   to look at specifically those data points.   13:46:00
17      Q.   Did somebody on your staff go   13:46:03
18   behind IPET to figure out what exactly those   13:46:05
19   data points and observed depths represent?   13:46:10
20      A.   Yes, we've gone through the IPET   13:46:13
21   and have characterized each data point.   13:46:15
22      Q.   Did you calculate an average error   13:46:18
23   between the observed water depth and the   13:46:30
24   simulated water depth?   13:46:33
25      A.   A relative error?   13:46:35

**119**

1      Q.   No.  I didn't ask about relative   13:46:36
2   error, I asked about average error.  Did you   13:46:39
3   take the observed water depth and the simulated   13:46:42
4   depths and calculate an averaged error?   13:46:46
5      A.   I'm telling you that what we did   13:46:49
6   in this table is that we computed a relative   13:46:51
7   error between the simulated and the observed and   13:46:54
8   that's what's reported.   13:46:57
9      Q.   Using the formula in Equation 1?   13:47:02
10      A.   Correct.   13:47:05
11      Q.   Do you know whether FEMA has   13:47:20
12   requirements concerning acceptable errors or   13:47:23
13   error ranges for model results versus observed   13:47:30
14   values?   13:47:37
15      A.   For flood insurance study   13:47:38
16   purposes, yes.   13:47:49
17      Q.   What are FEMA's requirements?   13:47:52
18      A.   There's a lot of requirements when   13:47:54
19   you conduct flood insurance studies.  They would   13:47:57
20   not be applicable in this case because we're not   13:48:00
21   setting 100 year flood elevations or 500 year   13:48:03
22   flood elevations and it would not even be   13:48:08
23   consistent with this type of analysis.   13:48:14
24      Q.   Do you know whether FEMA uses the   13:48:22
25   root means square technique to calculate errors   13:48:25

**120**

1   between observed water depths and simulated   13:48:29
2   water depths?   13:48:33
3      A.   I believe that's correct.  But,   13:48:34
4   again, the FEMA models are establishing a 100   13:48:38
5   year flood elevation for mapping purposes.   13:48:45
6   They're not trying to understand differences.   13:48:48
7   They will be calibrating these models to match   13:48:54
8   observed.   13:48:57
9      Q.   What is the error that FEMA   13:49:09
10   requires for the calculations that you've just   13:49:11
11   described?   13:49:18
12      A.   I would have to go back and look   13:49:19
13   into their manuals.   13:49:21
14      Q.   At what point does uncertainty in   13:49:24
15   the value of the observed water depth render a   13:49:31
16   statistical analysis unreliable?   13:49:41
17      A.   Repeat that question.  I'm not   13:49:49
18   sure I understand what you're asking me.   13:49:52
19      Q.   Let me go back a step.   13:49:55
20      Can uncertainty in the observed   13:49:57
21   water depth values render a sensitivity analysis   13:50:00
22   unreliable?   13:50:04
23      A.   There's uncertainty in all   13:50:08
24   information and so when you describe uncertainty   13:50:11
25   in data information, that's a given.  But when   13:50:18

**121**

1   you do a sensitivity analysis to look at   13:50:23
2   comparing simulated and observes that the   13:50:26
3   uncertainty in some of this information, it's   13:50:31
4   not a one to one evaluation or look.  So, no, I   13:50:34
5   don't believe if there was uncertainty in the   13:50:41
6   observed data that would render your sensitivity   13:50:43
7   analysis invalid.   13:50:46
8      Q.   And it doesn't matter how wide the   13:50:48
9   uncertainty bounds surrounding a given   13:50:51
10   observation, this sensitivity analysis will   13:50:55
11   render reliable results regardless; is that your   13:51:00
12   testimony?   13:51:04
13      A.   I believe the sensitivity analysis   13:51:05
14   is used for the purpose of understanding and   13:51:06
15   finding the best case.  And so in terms of   13:51:10
16   finding and determining which case best fits all   13:51:12
17   the data that the sensitivity analysis is   13:51:22
18   appropriate and should be used in these types of   13:51:25
19   studies.   13:51:28
20      Q.   Does it matter to your analysis if   13:51:29
21   the proper characterization for the observed   13:51:32
22   water depth for point -- for any given point is   13:51:36
23   expressed as a single number or as a plus or   13:51:48
24   minus?  A certain range?   13:51:52
25      A.   I believe we represented the   13:51:55

**122**

1  observed water depth appropriately in order to   13:51:57
2  do the sensitivity analysis.   13:52:00
3       Q.   Does it matter to the output if   13:52:03
4  you represent it as a single point versus a   13:52:08
5  point with plus or minus bars?   13:52:12
6       A.   And I mean, again, that's a   13:52:14
7  hypothetical you're asking me there and clearly   13:52:16
8  if you would go change the data's information   13:52:19
9  it's going to reflect different in the data   13:52:23
10  table itself.  So we would recognize that.   13:52:27
11       Q.   All right.  Let's look at some of   13:52:49
12  these data points in Case 1 versus Case 2.   13:53:37
13  Would you agree for me some of these data points   13:53:41
14  Case 2 results in superior tracking with the   13:53:44
15  observed water depths than Case 1?   13:53:47
16       A.   Are there particular data points   13:53:52
17  that the relative error is more favorable than   13:53:56
18  what was computed in Case 1?  Yes.  Also in   13:54:01
19  Case 1 there's different data points that are   13:54:05
20  more favorable than in Case 2.  That's why the   13:54:08
21  average when you average them all together you   13:54:13
22  look at it as a whole.   13:54:15
23       Q.   Just so I've identified the data   13:54:19
24  points, you would agree with me that for Terry   13:54:21
25  Adams the relative error for Case 2 is better   13:54:24

**123**

1  than it is for Case 1; right?   13:54:30
2       A.   In terms of the relative error   13:54:34
3  computation, yes.   13:54:39
4       Q.   And that's because in Case 1 your   13:54:41
5  simulated water depth is higher than the   13:54:45
6  observed water depth at Adam's location; right?   13:54:48
7       A.   For his second data point, yes.   13:54:52
8       Q.   And for his -- well, okay.  Fair   13:54:55
9  enough.  For his second data point.   13:54:58
10            And the explanation for why Case 2   13:55:00
11  is better than Case 1 for the second data point   13:55:04
12  is that when you open the south breach at 5:30   13:55:07
13  it pours too much water in to match the observed   13:55:10
14  water depth at the second data point; right?   13:55:14
15       A.   It's hard to explain one single   13:55:21
16  data point piece of information and that would   13:55:23
17  be a hypothetical.  I would have to look   13:55:28
18  specifically at Terry Adams.  He's closer to the   13:55:31
19  north breach and for this particular data point   13:55:34
20  it appears that our simulated is higher than   13:55:40
21  what was observed, but I can't tell you that's   13:55:45
22  because the south breach let in more water at   13:55:50
23  that point, it's just results of both breaches   13:55:53
24  at that particular time.   13:55:58
25       Q.   Well, to be fair, in Case 1 and in   13:55:59

**124**

1  Case 2 you opened the north breach at 4:00 a.m.;   13:56:02
2  right?   13:56:06
3       A.   Correct.   13:56:07
4       Q.   So you wouldn't expect Case 1 and   13:56:07
5  Case 2 to be different due to anything that   13:56:10
6  happens at the north breach; would you?   13:56:12
7       A.   At that observed depth, as you   13:56:15
8  could tell it's consistent in both cases, the   13:56:21
9  first data point.   13:56:29
10            Only the second data point is   13:56:30
11  different.   13:56:33
12       Q.   And, therefore, you would infer   13:56:33
13  the difference is due to the water coming into   13:56:35
14  the south breach; right?   13:56:39
15       A.   Let me take a minute, just see if   13:56:47
16  I can help explain that based on the data point   13:56:49
17  that we have documented.   13:56:53
18       Q.   Go ahead.  I think you can find it   13:57:12
19  pretty quickly.  Look at Table 1.  The data   13:57:15
20  point is for, looks like sometime around 6:00?   13:57:22
21       A.   And it says --   13:57:30
22       Q.   Water is at the car door level,   13:57:31
23  four feet, page 83, data N2.  Do you see that?   13:57:34
24       A.   That's correct.  And so in this   13:57:41
25  particular case when we simulate the water   13:57:50

**125**

1  conditions at that location under Case 1,   13:57:53
2  it's -- it is a little higher than with respect   13:57:58
3  to Case 2 when you delay the breach to 7:00.   13:58:02
4       Q.   In fact, Case 2 gives you a value   13:58:11
5  that's only half a foot different for Adams at   13:58:17
6  his location right near the breach or his   13:58:22
7  location, wherever it is?   13:58:25
8       A.   Six tenths of a foot difference,   13:58:26
9  yes.   13:58:30
10       Q.   Six tenths of a difference.  Thank   13:58:31
11  you.  Good.   13:58:34
12            Would you agree with me that --   13:58:34
13  strike that.   13:58:40
14            Case 2 gives you superior results   13:58:50
15  in terms of relative error for the observations   13:58:55
16  of Kendrick Pounds and Daniel Weber; right?   13:59:00
17  Let's take Pounds first?   13:59:05
18            MR. GILBERT:  Objection.   14:00:34
19  BY MR. RAFFMAN:   14:00:39
20       Q.   Can you answer my question?   14:00:39
21       A.   Oh, I'm sorry.  I thought you were   14:00:40
22  looking at something.  I didn't realize you had   14:00:43
23  a question.   14:00:46
24       Q.   No, no.  My question is did Case 2   14:00:46
25  give you a superior result in terms of relative   14:00:49

**126**

1    error for observation point N4, Kendrick Pounds?    14:00:52
2        A.    Yes.  When you look at Kendrick    14:00:58
3    Pounds he has one data point.  In terms of    14:01:00
4    Case 1, the simulated was 5.16 and simulated    14:01:03
5    depth versus observed at three and a half foot.    14:01:09
6    Case 2 we computed three and a half foot --    14:01:13
7    3.56 feet at that particular time.  So for that    14:01:16
8    particular data point, yes.    14:01:27
9        Q.    Same thing is true for Team    14:01:29
10   Louisiana, number 23, data point N11?    14:01:37
11       A.    Yes.  It produced a value, case    14:01:41
12   two had produced a little bit closer -- a closer    14:01:46
13   value to the observed water depth.  But, again,    14:01:50
14   there's 45 different data points throughout all    14:01:56
15   this analysis.    14:02:00
16            The beauty of the science is that    14:02:06
17   you get to look at all the data points together    14:02:09
18   and measure its performance.    14:02:17
19       Q.    If first point at which your    14:02:33
20   Case 1 produces a superior result to Case 2 is    14:02:36
21   at S1 where Carolyn Berryhill has an observed    14:02:44
22   water depth of 2.0 and Case 1 has a simulated    14:02:52
23   water depth of 2.02 instead of Case 2 at 1.16;    14:02:56
24   right?    14:03:03
25       A.    Yes.  And she lives closer to the    14:03:04

**127**

1    south breach and, again, that would support the    14:03:07
2    earlier breach time.    14:03:14
3        Q.    The error bar surrounding Carolyn    14:03:28
4    Berryhill's observation is about a foot; isn't    14:03:31
5    it?    14:03:34
6        A.    Yes, it is.  And if we're going to    14:03:35
7    go down that route, so is Terry Adams' error    14:03:54
8    bar, four feet together.    14:04:00
9        Q.    In the case of Carolyn Berryhill,    14:04:12
10   the one foot difference in simulated water depth    14:04:17
11   for that observation is within the error bar for    14:04:21
12   that observation; right?    14:04:25
13       A.    Yes.  And, again, I go back on    14:04:29
14   Terry Adams, it's within the observation bar, as    14:04:37
15   well.    14:04:41
16       Q.    And there are other -- there are    14:04:43
17   other witnesses.  We could go down the list,    14:04:48
18   where the difference between the simulated water    14:04:52
19   depths would be within the error bar of the    14:04:55
20   observation; right?    14:04:58
21       A.    Correct.  And that's why we put    14:05:01
22   the error bars on the data, because it's    14:05:03
23   important as facts for everybody to understand    14:05:06
24   the uncertainties in the information and as    14:05:11
25   experts that's why we even put these tables    14:05:14

**128**

1    together, so that we can try to help explain all    14:05:17
2    those differences as best we can mathematically.    14:05:24
3        Q.    So if we were to take a different    14:05:27
4    process, not the process you did, but a    14:05:34
5    different process, where we eliminated the    14:05:38
6    observed water depth point and instead inserted    14:05:46
7    a range of error, the result could be to    14:05:50
8    diminish the differences between the various    14:06:06
9    cases; right?    14:06:08
10       A.    If you decided you wanted to look    14:06:13
11   at it that way then, I mean I guess that could    14:06:19
12   be something you would look at.  But I don't    14:06:26
13   believe, again, that procedure has merit, but I    14:06:32
14   would have to look at it.    14:06:36
15       Q.    Let me turn to Chapter 3 of your    14:06:37
16   flood simulation model, page 24?    14:07:29
17       A.    Can I just grab some water real    14:08:22
18   quick?    14:08:25
19            MR. RAFFMAN:  Of course.  Off the    14:08:25
20   record -- actually, on the record.  I'm just    14:08:27
21   going to pour the witness a glass of water.    14:08:29
22            Mr. Spinks, if you want to take a    14:08:37
23   break, we'll take a break.    14:08:40
24            THE WITNESS:  I'm fine, thank you.    14:08:41
25   I just wanted some water.    14:08:43

**129**

1    BY MR. RAFFMAN:    14:08:44
2        Q.    Chapter 3 of your flood simulation    14:08:45
3    model, this is what describes the time sequence    14:08:47
4    of flooding in the Lower Ninth Ward in St.    14:08:50
5    Bernard Parish; right?    14:08:56
6        A.    Yes, sir.    14:08:58
7        Q.    And would you describe the SOBEK    14:08:58
8    model as a sensitive model?    14:09:06
9        A.    I would describe it as a    14:09:13
10   hydrodynamic one dimensional/two dimensional    14:09:15
11   model.    14:09:19
12       Q.    Your report references work that    14:09:20
13   was done previously by some modelers from the    14:09:23
14   Netherlands; right?    14:09:28
15       A.    The SOBEK model was developed out    14:09:31
16   of Newmark by Delft University, and we have    14:09:39
17   referenced a study that was done by them using    14:09:53
18   the SOBEK model.    14:09:58
19       Q.    Some researchers at Delft    14:10:01
20   University conducted a study of flooding during    14:10:04
21   Hurricane Katrina; right?    14:10:09
22       A.    Yes.    14:10:12
23       Q.    You've reviewed that study as part    14:10:13
24   of your work on this case; right?    14:10:16
25       A.    Yes.    14:10:19

130

Q.   I'm handing you what's been marked          14:10:23
as Exhibit 8 to your deposition.          14:10:25
(Spinks Exhibit Number 8 was          14:10:25
marked for identification.)          14:10:32
BY MR. RAFFMAN:          14:10:32
Q.   My question is whether Exhibit 8          14:10:33
represents the study that you've just described?          14:10:35
A.   I believe does.  It's been a while          14:10:46
since I've looked at this study.  Probably well          14:10:48
over a year, but I believe this is the study          14:10:52
that we've reviewed.          14:10:55
Q.   Now, turning your attention to          14:11:00
page 37 of this study.  Do you recognize this          14:11:05
chapter as the chapter in which the Dutch          14:11:18
modelers carried out the SOBEK modeling of the          14:11:22
Hurricane Katrina flooding in the Lower Ninth          14:11:29
Ward in St. Bernard Parish?          14:11:33
A.   Yes, it includes that portion of          14:11:36
the modelling work done for the St. Bernard          14:11:41
Parish for the Katrina flooding.          14:11:44
Q.   Now, if you turn to page 38, you          14:11:46
recognize that the Dutch modelers used breach          14:11:55
times for the north and south breach of          14:11:59
7:00 a.m. to 7:30 a.m.?          14:12:02
A.   Correct.          14:12:09

131

Q.   This is in contrast to the breach          14:12:12
times that you used of 4:00 a.m. for the north          14:12:15
breach and 5:30 a.m. for the south breach;          14:12:20
right?          14:12:24
A.   Yes.  And I can give you an          14:12:25
explanation of why there's a difference.          14:12:30
Q.   Why don't you go ahead and explain          14:12:33
why there's a difference in the breach times?          14:12:43
A.   Okay.  This study that was done in          14:12:46
July of '07 was based upon some information that          14:12:53
Team Louisiana and ILIT assumed as the breach          14:12:53
times.  Even IPET considered in their earlier          14:13:02
analysis breach times around the 7:00 a.m. time          14:13:05
frame.  They were looking at maximum water          14:13:12
level, computations for maximum water levels,          14:13:15
not necessarily the time sequence of flooding at          14:13:17
every hour within the study area.          14:13:22
Q.   Did the Dutch modelers,          14:13:26
nevertheless, report a time sequence of flooding          14:13:31
based on those inputs that they used?          14:13:33
A.   Yes.  Then in our report we          14:13:35
explained why we believed they did that and were          14:13:38
in contrast to the technical research that ended          14:13:43
with IPET's information.          14:13:47
Q.   Before I move on I want to be          14:13:58

132

clear.          14:14:00
Your breach times and the Dutch          14:14:00
breach times are different; right?          14:14:02
A.   Yes, they're different.          14:14:04
Q.   And the Dutch used a 30 minute          14:14:05
time for development of the north and south          14:14:08
breach, whereas you have used 30 minutes for the          14:14:11
north and 15 for the south; right?          14:14:13
A.   Yes, we do differ -- for the IHNC          14:14:16
breaches.          14:14:20
Q.   Yes.          14:14:21
A.   Okay.          14:14:22
Q.   All right.  Now I'm going to ask          14:14:23
you to turn to page 25 of your report and look          14:14:31
at the snapshot for the development of the          14:14:40
flooding at 8:20 a.m.  Do you see that?          14:14:45
A.   Yes, sir.          14:14:49
Q.   That is your model's output for          14:14:49
the flooding that existed in the Lower Ninth          14:14:51
Ward in St. Bernard Parish as of 8:20 in the          14:14:55
morning on August 29th; right?          14:14:59
A.   Correct.          14:15:02
Q.   Now I'm going to ask you to turn          14:15:11
to page 40 of the Dutch report.  You can see          14:15:14
this page represents time sequence of flooding          14:15:21

133

as reported by the Dutch for this same area that          14:15:27
you've used; right?          14:15:31
A.   Yes.          14:15:34
Q.   Now, if you look at the Dutch          14:15:36
snapshot for 7:00 in the morning in the upper          14:15:39
left-hand corner, you see that this graph as          14:15:43
done by the Dutch shows very little flooding in          14:15:54
the Lower Ninth Ward as of 7:00 in the morning          14:15:56
because the breaches had just started to develop          14:16:01
there; right?          14:16:03
A.   The image shows an assumption made          14:16:05
by them and the mathematic output related to          14:16:08
that assumption which we believe to be          14:16:12
incorrect.          14:16:16
Q.   I'm not trying to be tricky about          14:16:16
this.          14:16:19
A.   I want to make sure I'm very clear          14:16:19
that these are assumptions made in previous          14:16:21
documents and that, again, there's been          14:16:24
considerable amount of research even since IPET          14:16:30
published its reports in '07 and I don't know if          14:16:34
the study researchers had some of that          14:16:39
information available to them.          14:16:43
Q.   Would you agree with me that the          14:16:46
Dutch picture for 7:00 in the morning is quite          14:16:49

134

1   different from the picture you draw at page 24        14:16:53
2   of your report?                                        14:16:56
3           A.   And, yes, I would expect them to         14:16:57
4   be different.                                          14:17:00
5           Q.   Would you expect those differences        14:17:03
6   to carry through to later time periods?                14:17:06
7           A.   I would expect there are                  14:17:09
8   differences, particularly in the morning time         14:17:17
9   periods.  And, again, this is an image, so            14:17:20
10  whatever you can derive from an image view may         14:17:26
11  we a little deceptive, but once this is                14:17:29
12  completely covered with water you won't see a         14:17:33
13  difference.                                            14:17:38
14          Q.   All right.  Let's look at the            14:17:38
15  Dutch image for 8:30 in the morning and compare       14:17:40
16  that to your image for 8:20 in the morning.            14:17:43
17          Do you see those two images?                   14:17:50
18          A.   Yes, we do.                               14:17:53
19          Q.   Would you agree with me that those        14:17:55
20  two images look pretty similar in the scope and       14:17:58
21  depth of the flooding that they portray?               14:18:02
22          A.   Yes.  And probably by then I would       14:18:07
23  imagine that they should look fairly similar.          14:18:10
24  They were fairly substantial breaches.                 14:18:13
25          Q.   Let's look at the 9:00 pictures.         14:18:16

135

1   Would you agree with me those two images also         14:18:33
2   look pretty similar to each other from your            14:18:37
3   modelling to the Dutch models?                         14:18:40
4           A.   Yeah, and I would expect probably        14:18:43
5   to see that, as well.                                  14:18:46
6           Q.   Why do you expect to see that?           14:18:49
7           A.   Because by 9:00 a.m. the IHNC            14:18:51
8   massive flood waters moved to this area quite         14:19:04
9   rapidly.                                               14:19:08
10          Q.   And the results that you see by          14:19:12
11  9:00 in the morning look pretty similar,               14:19:15
12  regardless of whether you open the breach at          14:19:19
13  5:30 in the morning, as you have done, or at          14:19:23
14  7:00 in the morning, as the Dutch have done;          14:19:26
15  right?                                                 14:19:29
16          A.   And I mentioned, be careful by           14:19:29
17  looking at a graph, a picture, because, again,        14:19:32
18  flood depths are really what we're looking at.        14:19:37
19  You have to compare flood depth at these              14:19:40
20  locations through the model.                           14:19:43
21          But from a ground perspective, an            14:19:44
22  error perspective, you're going to see water         14:19:48
23  there, yes.                                            14:19:51
24          Q.   Flood depths are, in fact,              14:19:55
25  reflected in the gradations of shading on the        14:19:56

136

1   Dutch model; right?                                    14:20:01
2           A.   Correct.                                  14:20:03
3           Q.   Now, the -- to what degree are           14:20:06
4   your conclusions about timing -- strike that.         14:20:57
5           One of the witnesses whose                     14:21:05
6   testimony you reviewed is William Villavasso;         14:21:11
7   right?                                                 14:21:14
8           A.   Yes.                                      14:21:15
9           Q.   Mr. Villavasso's account is              14:21:19
10  included in your Table 1, Appendix E; right?          14:21:22
11          A.   Yes.                                      14:21:29
12          Q.   He testified that he saw water           14:21:31
13  splashing over the levee at 3:00 in the morning        14:21:33
14  on August the 29th?                                    14:21:37
15          A.   Yes.                                      14:21:39
16          Q.   He testified that he heard an            14:21:41
17  explosion and saw the levee wall fall sometime        14:21:46
18  after 3:00 in the morning; right?  Look at            14:21:49
19  Appendix F?                                            14:21:53
20          A.   Okay.                                     14:21:55
21          Q.   If you need help.                         14:21:56
22          A.   I was looking at our Table 1.            14:21:58
23          Q.   Right.  To get to 3:00 in the           14:22:00
24  morning you have to go to Appendix F.  See in         14:22:07
25  the first entry, "Villavasso heard explosion saw      14:22:11

137

1   levee wall fall after 3:00 a.m;" right?               14:22:15
2           A.   Yes.  We refer to him throughout         14:22:18
3   this document, but, yes.                               14:22:20
4           Q.   So if you credit his account, it's      14:22:21
5   possible that the north breach initiated as           14:22:24
6   early as 3:00 in the morning; right?                  14:22:26
7           A.   And we did consider that.                14:22:30
8           Q.   There are other accounts that           14:22:35
9   place the timing of the levee breaches at other      14:22:39
10  time periods; right?                                   14:22:46
11          A.   Yes.  There are several scientific       14:22:49
12  studies that are being done to look at those         14:22:52
13  breach times.                                          14:22:55
14          Q.   All right.  And some of the             14:22:57
15  witnesses you have, for instance, Daniel Weber.      14:22:58
16  If you look at Table 1 of Appendix E.  You've         14:23:07
17  reported that Mr. Weber heard two booms around       14:23:10
18  5:00.  It was dark and then there's water it         14:23:14
19  says, "skeeting through the lock,"                     14:23:20
20  S-K-E-E-T-I-N-G?                                       14:23:30
21          A.   It should be probably sheeting.          14:23:31
22          Q.   Whatever he said, you've used           14:23:37
23  Mr. Weber's account as N5 in your sensitivity        14:23:40
24  analysis; right?                                       14:23:44
25          A.   Correct.                                  14:23:45

35 (Pages 134 to 137)

138

1    Q.   His account of the timing of the   14:23:46
2  breach was sometime around 5:00 for the north   14:23:48
3  breach; right?                    14:23:53
4    A.   If you're referring to the two   14:23:54
5  booms constitute the breaches, yes.   14:23:59
6    Q.   It wasn't before 5:00?   14:24:01
7    A.   According to what I'm reading here   14:24:05
8  in our table, it says heard two booms around   14:24:09
9  5:00.  It was dark.   14:24:13
10    Q.   Now, Andrew Sartin, another   14:24:17
11  witness who's reported in Table 1 reports a big   14:24:20
12  crash at the Florida wall, Southern Scrap,   14:24:30
13  sometime around 6:00 in the morning.  Do you see   14:24:33
14  that?   14:24:39
15    A.   Yes, I do.   14:24:39
16    Q.   Southern Scrap is near the north   14:24:40
17  breach; right, on the north side of the Florida   14:24:43
18  Avenue Bridge?   14:24:47
19    A.   Yes, sir.   14:24:48
20    Q.   Did you ever read the deposition   14:24:56
21  of Arcola Sutton?   14:25:02
22    A.   Let me just check to see if he's   14:25:12
23  in our data set.   14:25:14
24         I don't recall, but I can't be for   14:25:34
25  sure that I haven't.   14:25:37

139

1    Q.   Does it refresh your memory if I   14:25:48
2  tell you Arcola Sutton is a woman who lived near   14:25:51
3  the north breach and who said she heard a boom   14:25:55
4  and water coming in the 5:00, 5:05 a.m. time   14:25:58
5  frame?  Does that ring any bells for you?   14:26:05
6    A.   No.   14:26:07
7    Q.   Based on these witness accounts,   14:26:16
8  would you agree with me that so far as witnesses   14:26:18
9  are reporting the times of the breach there are   14:26:21
10  various times reported by the witnesses,   14:26:23
11  including people that were not included in the   14:26:29
12  sensitivity analysis?   14:26:31
13    A.   There is a lot of information   14:26:33
14  being given to what people are hearing.   14:26:38
15         Again, I'm not sure if that's   14:26:43
16  directly related to the breaches or other noises   14:26:46
17  and I'm not an expert in that area, but, again,   14:26:49
18  when we look at it, you know, that definitely   14:26:53
19  plays a bearing on our understanding of when the   14:26:56
20  potential breach times could have occurred.   14:26:59
21    Q.   You don't draw an inference about   14:27:05
22  what the boom represents one way or the other in   14:27:10
23  your analysis that you've conducted?   14:27:15
24    A.   I think we make -- from an   14:27:18
25  engineering, a scientist standpoint what that   14:27:20

140

1  says is something's happening, could that be   14:27:24
2  related to a breaching event.   14:27:27
3         We record that data into our data   14:27:30
4  information and that plays a factor in terms of   14:27:33
5  where we initiate those breach times.  So, yes,   14:27:38
6  it plays a factor, but does that constitute   14:27:41
7  actual time in breaches, no.   14:27:45
8    Q.   And what you've just described is   14:27:52
9  as far as you as a scientist are willing to go   14:27:55
10  in drawing inferences about what the boom   14:27:58
11  represents; is that fair?   14:28:00
12    A.   Right.  I recognize it could be   14:28:02
13  that, it could be the wall after the breach.  I   14:28:05
14  can't speculate to what that noise was.  I can   14:28:11
15  only use that in interpretation with what the   14:28:14
16  data is saying.   14:28:20
17    Q.   To save some time, are there   14:28:21
18  accounts of boom noises in connection with the   14:28:24
19  south breach that also vary as to the time that   14:28:27
20  they're reported?   14:28:30
21    A.   If there are we would have   14:28:31
22  reported that type of information in these   14:28:38
23  tables.  I'm not 100 percent sure.  I would have   14:28:40
24  to review.   14:28:43
25    Q.   Let's very quickly take a look at   14:28:44

141

1  the account of Mr. McFarland in Appendix E for   14:28:46
2  the south breach.  McFarland hears a boom in the   14:28:51
3  6:00, 6:15 time frame.  Do you see that?   14:29:04
4    A.   Yes.   14:29:08
5    Q.   He's got water in his house up to   14:29:08
6  his knees he reports by 6:45.  Do you see that?   14:29:13
7    A.   Yes.   14:29:18
8    Q.   Do you know whether Mr. McFarland   14:29:18
9  had a watch on?   14:29:21
10    A.   No, I do not.   14:29:22
11    Q.   All right.   14:29:24
12         MR. GILBERT:  Objection.   14:30:01
13         MR. RAFFMAN:  Let's go off the   14:30:04
14  record.   14:30:06
15         THE VIDEOGRAPHER:  Okay.  This   14:30:06
16  marks the end of tape number three in the   14:30:16
17  deposition of Melvin Spinks.  We're going off   14:30:19
18  the record to change tapes and the time is   14:30:48
19  2:31 p.m.   14:30:52
20         (A brief recess was taken.)   14:47:35
21         THE VIDEOGRAPHER:  We are back on   14:47:35
22  the record.  Here marks the beginning of tape   14:47:55
23  number four in the deposition of Mr. Melvin   14:47:57
24  Spinks and the time is 2:45 p.m.   14:48:01
25  BY MR. RAFFMAN:   14:48:07

142

1    Q.   Thank you.  Mr. Spinks, let's turn          14:48:08
2  to page 32 of your report.  I'm going to ask you      14:48:10
3  some questions about the flood model simulation      14:48:13
4  scenarios.                                14:48:17
5    A.   Okay.                            14:48:26
6    Q.   In this section of your report you       14:48:30
7  describe the results that you derived when you      14:48:34
8  ran your model based on four hypothetical         14:48:38
9  scenarios that you identify at page 32?          14:48:41
10    A.   Yes.  We present those scenarios       14:48:47
11  on page 32.                            14:48:50
12    Q.   And the scenarios are presented to      14:48:51
13  understand the contribution of different sources    14:48:53
14  of flooding in terms of flooding times and        14:48:56
15  depths?                              14:48:59
16    A.   Yes.                            14:49:00
17    Q.   So you ran one scenario with all       14:49:01
18  the breaches, that's Scenario 1?              14:49:08
19    A.   Scenario 1 represents all causes.      14:49:10
20  Basically the condition that existed in the area    14:49:14
21  during Hurricane Katrina.                  14:49:17
22    Q.   All right.  That is represented by     14:49:20
23  the blue line on Figures 15 to 19; right?        14:49:21
24    A.   Correct.                         14:49:26
25    Q.   Scenario 2 is run with IHNC north      14:49:27

143

1  and south floodwall breaches, levee and          14:49:37
2  floodwall overtopping along the IHNC and MRGO      14:49:41
3  from storm surge, and rainfall; correct?        14:49:49
4    A.   Correct.  It represents the IHNC      14:49:51
5  levee breaches only.                      14:49:54
6    Q.   Scenario 2 appears as the orange      14:49:55
7  line on Figures 15 through 19; right?          14:50:00
8    A.   Correct.                         14:50:06
9    Q.   You ran a scenario with MRGO levee    14:50:07
10  breaches that includes the multiple levee        14:50:14
11  breaches along MRGO, levee and floodwall        14:50:17
12  overtopping from IHNC and MRGO from storm surge,  14:50:21
13  and rainfall; right?                      14:50:26
14    A.   Yes.                            14:50:26
15    Q.   That means that for Scenario 3       14:50:27
16  you're assuming that the IHNC north and south    14:50:30
17  floodwall breaches did not happen; right?        14:50:34
18    A.   The breaches, that's correct, but    14:50:38
19  the overtopping still is included.            14:50:40
20    Q.   You include IHNC overtopping, but    14:50:42
21  you exclude north breach and you exclude south    14:50:45
22  breach; is that correct?                   14:50:49
23    A.   That's correct.                   14:50:51
24    Q.   In this scenario you're going to     14:50:53
25  see what time the water would arrive and how     14:50:55

144

1  high it would get if there were no IHNC          14:50:57
2  breaches; right?                         14:51:02
3    A.   Correct.                         14:51:03
4    Q.   That's the pink line on page --      14:51:03
5  I'm sorry, on Figures 15 through 19; right?      14:51:06
6    A.   Correct.                         14:51:10
7    Q.   Then you ran Scenario Number 4       14:51:11
8  with no breaches, so that's only overtopping and  14:51:13
9  rainfall; right?                         14:51:19
10    A.   Correct.                         14:51:21
11    Q.   And that Scenario 4 is the green     14:51:21
12  line on pages 15 through 19; right?            14:51:24
13    A.   Correct.                         14:51:28
14    Q.   Would it have been possible for      14:51:28
15  you to run a simulation that assumed a north      14:51:33
16  breach, but not a south breach, and to compare    14:51:36
17  those scenarios?                         14:51:39
18    A.   Yes.                            14:51:40
19    Q.   Would it have been possible for      14:51:43
20  you to run a simulation that used a south        14:51:45
21  breach, but not a north breach, and compare      14:51:49
22  those scenarios?                         14:51:52
23    A.   Yes, if we felt it was necessary.   14:51:53
24    Q.   All right.  Let's take a look at     14:52:01
25  Figure 15 then.  Figure 15 refers to water       14:52:03

145

1  depths at Location 1; correct?               14:52:12
2    A.   Correct.                         14:52:14
3    Q.   Location 1 is shown on Figure 14     14:52:15
4  at page 32; right?                        14:52:18
5    A.   Yes, sir.                        14:52:19
6    Q.   And Location 1 is in the Lower      14:52:20
7  Ninth Ward; right?                       14:52:24
8    A.   Yes, closer to the Arpent levee.   14:52:25
9    Q.   Now on Figure 15 you've got water   14:52:41
10  depth on the vertical axis; right?            14:52:45
11    A.   Yes.                            14:52:47
12    Q.   And you have time in terms of       14:52:48
13  hours from August 29th, 2005, Central Daylight   14:52:51
14  Time; right?                            14:52:57
15    A.   Yes, sir.                        14:52:58
16    Q.   So if I'm reading the graph right,  14:52:59
17  does your Figure 15 show that as of 8:00 p.m. on  14:53:01
18  August 29th the blue line for all causes puts an  14:53:09
19  equivalent amount of water into the location as   14:53:15
20  the pink line for the MRGO levee breaches?       14:53:18
21    A.   Yes.                            14:53:22
22    Q.   And that equivalent trend between    14:53:23
23  all causes and MRGO levee breaches begins in the  14:53:29
24  neighborhood of 1:00 p.m. or 2:00 p.m.; right?   14:53:34
25    A.   For all causes?  I want to make     14:53:45

**146**

1   sure I understand what you're referring to.   14:53:47
2   Q.   The convergence of the pink and   14:53:50
3   the blue line begins sometime around 2:00 p.m.;   14:53:53
4   is that fair?   14:53:58
5   A.   Yes.   14:53:58
6   Q.   As of 2:00 p.m. your model run   14:53:59
7   puts an equivalent amount of water in from all   14:54:02
8   causes -- well, let me strike that.   14:54:05
9   The water level as of 2:00 in the   14:54:08
10   afternoon is the same for the blue line for all   14:54:13
11   causes and the pink line for MRGO levee breaches   14:54:17
12   only; right?   14:54:22
13   A.   Okay.  Yes.   14:54:23
14   Q.   All right.  Did these results   14:54:24
15   change dramatically from the report that you   14:54:26
16   submitted in 2008?   14:54:28
17   A.   I don't believe so.   14:54:30
18   Q.   Now, if we look at the difference   14:54:34
19   in the blue line and the pink line, the   14:54:38
20   difference is that in the blue all causes line   14:54:42
21   the water arrives at the location a few hours   14:54:47
22   earlier when you have all causes than when you   14:54:51
23   have only the MRGO breaches and the pink line?   14:54:55
24   A.   Yes.  What actually happened in   14:55:00
25   the study area is shown to be that in terms of   14:55:02

**147**

1   the all causes, so that would represent when   14:55:06
2   flood waters would have reached the water depth   14:55:10
3   at Location 1, if you assume that the levees   14:55:13
4   would not have breached on the -- along the IHNC   14:55:18
5   and that you only considered MRGO breaches and   14:55:24
6   overtopping, then what you're referring to is   14:55:29
7   that at some point in time in the future this   14:55:32
8   area would have been affected by only MRGO's   14:55:35
9   waters and according to this analysis that's a   14:55:40
10   yes.   14:55:43
11   Q.   Right.  And the difference between   14:55:44
12   the blue and the pink line is that the blue line   14:55:46
13   gets there a few hours earlier than the pink   14:55:49
14   line?   14:55:52
15   A.   About -- let's say, six, seven,   14:55:54
16   eight, nine, ten, 11, maybe five hour   14:55:58
17   difference.   14:56:03
18   Q.   Okay.  And at the end of the day   14:56:04
19   the water level is the same between blue and   14:56:11
20   pink?   14:56:16
21   A.   It looks like -- yes, at this   14:56:16
22   particular location they merge at the same   14:56:19
23   level.   14:56:22
24   Q.   For Figure 16, this is the   14:56:22
25   hydrographs at Location 2; right?   14:56:34

**148**

1   A.   Yes.   14:56:39
2   Q.   Location 2 is in St. Bernard   14:56:40
3   Parish to the west of Paris Road?   14:56:44
4   A.   Yes.   14:56:49
5   Q.   And, again, by the end of the day   14:56:51
6   the water level represented by the blue line for   14:56:54
7   all causes is the same as the water level   14:56:58
8   represented by the pink line for MRGO levee   14:57:02
9   breaches only; right?   14:57:05
10   A.   Yes.  They would have matched up   14:57:06
11   at this location.   14:57:08
12   Q.   So the water level from MRGO only   14:57:09
13   and without the IHNC breaches at the end of the   14:57:13
14   day is the same as when you have all breaches,   14:57:17
15   including the IHNC?   14:57:21
16   A.   Theoretically.  That's not what   14:57:23
17   happened, but this is a theoretical analysis and   14:57:25
18   in accordance with the theory, that's what would   14:57:29
19   have happened.   14:57:32
20   Q.   And this is what your model shows;   14:57:33
21   right?   14:57:36
22   A.   Yes, in theory.   14:57:37
23   Q.   When you run your model with all   14:57:38
24   breaches, including the IHNC, the water gets   14:57:42
25   there somewhat earlier than when you run it with   14:57:45

**149**

1   only the MRGO breaches; right?   14:57:48
2   A.   Yes.  At this Location 2, as well   14:57:51
3   as Location 1, yes.   14:57:55
4   Q.   But at Location 1 you counted   14:57:56
5   about five hours, at Location 2 the difference   14:57:58
6   is only about one to two hours; right?   14:58:01
7   A.   Yes.  Before there's a mixing,   14:58:04
8   yes, that's correct.   14:58:13
9   Q.   And to be clear, the water when   14:58:15
10   you have all causes, reaches its maximum level   14:58:24
11   at Location 2 around 11:00 a.m.; right?   14:58:28
12   A.   Yeah, between 11:00 and 12:00.   14:58:32
13   Q.   The water when you exclude the   14:58:39
14   IHNC breaches and you include only the MRGO   14:58:42
15   breaches, it reaches its maximum level sometime   14:58:46
16   around 2:00 or shortly after; right?   14:58:48
17   A.   Yes.   14:58:51
18   Q.   And the level that it reaches is   14:58:51
19   the same between the pink and the blue lines?   14:58:53
20   A.   Yes.   14:58:56
21   Q.   Without the IHNC breaches you get   14:58:57
22   to the same water level, but just a couple of   14:59:10
23   hours or a few hours later?   14:59:13
24   A.   At Location 1 about five hours   14:59:17
25   later.  At Location 2 closer to Paris Road where   14:59:20

**150**

1   we know the two waters mixed, then about an hour   14:59:24
2   to two hours difference.   14:59:28
3       Q.   All right.  At page 33 of your   14:59:30
4   report you wrote that between 9:50 a.m. and   14:59:44
5   12:20 p.m. Central Daylight Time flood waters   14:59:52
6   from MRGO added an additional four feet of flood   14:59:55
7   depth in the Lower Ninth Ward.  Is that what you   14:59:58
8   wrote there?   15:00:01
9       A.   Yes.   15:00:02
10      Q.   That's one of the conclusions in   15:00:02
11  your report?  Yes?   15:00:04
12      A.   Yes.   15:00:13
13      Q.   Do you have reason to believe that   15:00:14
14  this would differ for other locations?   15:00:17
15      A.   Yes.  It's a general statement.  I   15:00:22
16  mean we're trying to give a relative -- some   15:00:25
17  relative information here, but you would need to   15:00:29
18  look specifically at each location.  Clearly   15:00:31
19  there is a merging of this water.  It's   15:00:34
20  fairly -- it's indivisible in the sense that   15:00:39
21  it's hard to find the differences in terms of   15:00:43
22  contribution between the two as they mix.   15:00:47
23      Q.   Well, let's -- I'll ask you about   15:00:50
24  that, but before I do, would you expect that the   15:00:57
25  amount of water added by the MRGO, as compared   15:01:03

**151**

1   to the Lower Ninth Ward, would increase as a   15:01:07
2   function of distance away from the IHNC breaches   15:01:12
3   toward the east?   15:01:22
4       A.   It's all relative in terms of   15:01:24
5   time.  Let's talk specifically though about   15:01:28
6   Katrina is that the breaches propagated the   15:01:31
7   flood wave east towards Paris Road and, as we   15:01:35
8   noted in our report, the water from the IHNC   15:01:43
9   filled a significant part of all the St. Bernard   15:01:49
10  Parish and at a point in time, which is around   15:01:55
11  the 9:20, 9:30 time frame, we have a mixing of   15:01:59
12  now MRGO's water and the water from the IHNC.   15:02:04
13      Prior to this 9:00 time frame the   15:02:09
14  water is the water from the IHNC and the depth   15:02:13
15  would vary across the study area, the St.   15:02:19
16  Bernard Parish.   15:02:25
17      Q.   Before I move off of these graphs,   15:02:25
18  on Figure 15 your green line shows a water depth   15:02:28
19  of six feet at that location, purely as a result   15:02:35
20  of overtopping and rainfall?   15:02:39
21      A.   Yes.  Overtopping along MRGO and   15:02:44
22  overtopping along the IHNC.   15:02:55
23      Q.   All right.  Now, you used the word   15:02:58
24  indivisible just now, the word indivisible was   15:03:07
25  absent from the first version of your report in   15:03:16

**152**

1   June 2008; correct?   15:03:21
2       A.   Correct.   15:03:23
3       Q.   Whose idea was it to include the   15:03:28
4   word indivisible in your revised report?   15:03:31
5       A.   If I recall correctly, we were   15:03:39
6   talking about the results with the attorneys and   15:03:42
7   we were trying to discuss how to best represent   15:03:44
8   the mixing of waters and the question got asked   15:03:48
9   when these waters combine can you really   15:03:55
10  differentiate whether it's the IHNC's water or   15:03:58
11  MRGO's water?  And I think the term propagated   15:04:03
12  from that discussion.  They said is that   15:04:06
13  indivisible.  I said probably so.  I mean you   15:04:12
14  really can't divide out, so I mean that would be   15:04:16
15  a term that we could probably look at.   15:04:19
16      Q.   The lawyers asked you whether you   15:04:21
17  could include the term indivisible and you   15:04:24
18  concluded that you could; right?   15:04:27
19      A.   Yes.   15:04:29
20      Q.   What does that term mean to you?   15:04:40
21      A.   I think I just explained that.  It   15:04:42
22  means that you can't really distinguish between   15:04:45
23  the waters, their mixing together.   15:04:47
24      Q.   The waters are mixing together?   15:04:54
25      A.   Right.  They're indivisible.   15:04:57

**153**

1       Q.   In the sense that they're mixing   15:04:59
2   together; right?   15:05:01
3       A.   Correct.   15:05:02
4       Q.   Go ahead, finish.   15:05:03
5       A.   I just said their reaction of   15:05:04
6   coming together.   15:05:06
7       Q.   I just wanted to understand the   15:05:11
8   sense.  Now, one of the things you do as a   15:05:13
9   modeler is you are able to quantify the time   15:05:17
10  sequence and the relative contributions of   15:05:21
11  various sources of flooding; right?   15:05:24
12      A.   Yes.  That's what we try to look   15:05:27
13  at in our modelling.   15:05:29
14      Q.   Notwithstanding that water is   15:05:33
15  mixing from various sources, you are able to   15:05:36
16  determine through the application of a model how   15:05:43
17  much water has come from a particular source at   15:05:46
18  that location at that time; right?   15:05:51
19      A.   Yes, which I think that's what's   15:05:54
20  reported in our report.   15:05:57
21      Q.   And so -- you answered my   15:06:00
22  question, I'm sorry.  Let me move to a   15:06:14
23  different part of my outline.   15:06:19
24      Does the SOBEK model have   15:06:29
25  specifications for error rates associated with   15:06:32

154

```
 1   the model?                              15:06:36
 2        A.   I don't know they have specific    15:06:46
 3   error rates.  I think every study has a measure   15:06:51
 4   of accuracy and I believe every study gathers    15:06:55
 5   data as accurate as possible, and so I don't     15:06:59
 6   think a model necessarily has errors.  I think   15:07:05
 7   it may be the data inherent that you would code  15:07:08
 8   the model with.                         15:07:15
 9        Q.   Have you quantified the          15:07:17
10   uncertainty or rate of error in the model   15:07:19
11   results that you've reported?           15:07:22
12        A.   No.  We have not done a risk based   15:07:26
13   analysis of any sort to quantify the error   15:07:29
14   uncertainty in the water surface elevation or   15:07:34
15   the flows.                              15:07:37
16        Q.   The inputs that you used for SOBEK   15:07:39
17   model are reported in Chapter 2 of your report;   15:07:44
18   right?  I'm thinking of page 15, Section 2.3?   15:07:47
19        A.   Yes.  The model inputs?         15:07:59
20        Q.   Right.  Actually, before I get   15:08:05
21   there, you had to use some topography as a set   15:08:08
22   up for your model; right?               15:08:16
23        A.   Correct.                       15:08:18
24        Q.   And the topography that you used   15:08:18
25   was derived principally from LIDAR data; is that   15:08:21
```

155

```
 1   right?                                  15:08:27
 2        A.   The best available data that we   15:08:27
 3   have, the government has was obtained.  LIDAR   15:08:32
 4   represents the best available topography that's   15:08:36
 5   out on the market today.  And, yes, that data   15:08:41
 6   was used.                               15:08:45
 7             Now, it's supplemented with very   15:08:45
 8   detailed surveys around the breaches along the   15:08:51
 9   berms and the walls.  So wherever we were able   15:08:54
10   to gather the precision survey work that was   15:08:57
11   used and supplemented within the model's input.   15:09:01
12        Q.   Does LIDAR have a rate of error or   15:09:05
13   uncertainty associated with those results?   15:09:08
14        A.   Clearly all data does, yes.       15:09:12
15        Q.   Can you tell me what the rate of   15:09:14
16   error or uncertainty is in the LIDAR data?   15:09:17
17        A.   Generally I believe the vertical   15:09:21
18   has an error of maybe a half a foot and I can't   15:09:24
19   be 100 percent on this, I need to really ask an   15:09:28
20   expert in my office who understands all the   15:09:32
21   topographic information, but I believe it's   15:09:37
22   about a half a foot vertical.           15:09:41
23        Q.   Now, as you model flow of water   15:09:42
24   away from the IHNC breaches, does the   15:09:47
25   uncertainty in the modelling results increase   15:09:52
```

156

```
 1   due to the uncertainty of the LIDAR inputs as a   15:09:58
 2   function of distance from the IHNC?     15:10:05
 3        A.   I think I need to answer that,   15:10:10
 4   these models are the best available technical   15:10:13
 5   mathematical tools that are the standard of   15:10:17
 6   practice to evaluate the hydrologic, as well as   15:10:21
 7   the hydraulic movement of water, and these   15:10:26
 8   models predict, they simulate flood levels.  You   15:10:30
 9   have to compare them to ground elevations.   15:10:36
10             So in terms of errors trying to   15:10:39
11   compute this error ability, I'm not sure it   15:10:42
12   really -- I've ever expressed this model has a   15:10:47
13   five degree, you know, five foot error   15:10:52
14   associated with it, so it's not -- you can't use   15:10:54
15   it.                                     15:10:59
16             We don't discuss things in those   15:10:59
17   terms, it's in the terms of the input data.   15:11:02
18             So, in answering that question,   15:11:05
19   no, these are the most sophisticated models   15:11:08
20   available on the market in order to predict   15:11:11
21   flood levels.                           15:11:14
22        Q.   Let me try again.               15:11:16
23        A.   Okay.                          15:11:21
24        Q.   You said that LIDAR has a half a   15:11:22
25   foot vertical uncertainty associated with it   15:11:26
```

157

```
 1   and -- right, give or take?             15:11:29
 2        A.   Let me make sure you understand   15:11:32
 3   what that means, okay.  Let's say this table   15:11:35
 4   represents the ground topography; right?  So   15:11:39
 5   when you acquire the data for this table you   15:11:43
 6   don't measure a point of elevation, so you go to   15:11:47
 7   that side of the table and you measure its   15:11:50
 8   elevation with a precision survey, okay, it says   15:11:53
 9   that's very precise, it's right on the number,   15:11:56
10   okay.  Then you come over here and you measure   15:11:59
11   it and let's say the elevation is lower, so   15:12:02
12   there's some error in pinpointing locations   15:12:05
13   within the table that has some of it lower, some   15:12:09
14   of it higher, although it's all flat.   15:12:12
15             So in a relative term, if you look   15:12:15
16   at the entire table you expect about a half a   15:12:18
17   foot of error.                          15:12:23
18        Q.   I think I've understood your   15:12:25
19   point.  At any given location in the area you   15:12:27
20   expect a half a foot of error in the   15:12:31
21   topographic --                          15:12:35
22        A.   Than what it really is.          15:12:36
23        Q.   Okay.                          15:12:38
24        A.   But some of it's zero and the   15:12:39
25   maximum error could be a half a foot.  You may   15:12:42
```

158

1   not have that half a foot, at all.          15:12:44
2       Q.   All right.  That uncertainty in      15:12:49
3   the LIDAR data propagates into your model;    15:12:52
4   right?                          15:12:57
5       A.   It's inherent in all data.          15:12:57
6       Q.   All right.  The roughness          15:13:01
7   coefficients that you use, let me ask about    15:13:07
8   that.  What is a roughness coefficient?      15:13:11
9       A.   It is a parameter used by          15:13:13
10   hydraulic models to represent the surface or the   15:13:16
11   type of land uses along a flow path.      15:13:24
12           It is a standard parameter that's      15:13:33
13   been established for many, many years, numerous   15:13:37
14   studies have been conducted to identify typical   15:13:42
15   ranges in accordance with land use types and   15:13:56
16   ground cover.                     15:14:00
17       Q.   The roughness coefficients you      15:14:05
18   used are described in Appendix C to your report?  15:14:07
19       A.   Ask me that question.          15:14:14
20       Q.   Are the roughness coefficients      15:14:25
21   that you use described in your report, Appendix   15:14:27
22   C?                          15:14:30
23       A.   Yes.                     15:14:31
24       Q.   Are they set forth in Table 1?      15:14:32
25       A.   Yes, they are.             15:14:34

159

1       Q.   You wrote that your, "study area   15:14:38
2   is comprised of various land use types,      15:14:41
3   including residential, commercial, industrial   15:14:43
4   and vegetated areas."  I think that probably   15:14:46
5   appears on page 16 of your report text.      15:14:51
6       A.   Okay.                     15:14:54
7       Q.   Does that make sense to you, what   15:14:55
8   I've said?                     15:14:57
9       A.   Yes.                     15:14:58
10       Q.   Residential land use, what does   15:14:58
11   the term residential mean as you've used it?   15:15:05
12       A.   It is houses, apartments, anything   15:15:08
13   associated with single or multifamily housing.   15:15:13
14       Q.   Is your definition unique to the   15:15:18
15   Lower Ninth Ward or of more general          15:15:22
16   applicability?                  15:15:24
17       A.   Let's say the Lower Ninth Ward in   15:15:27
18   terms of housing stock would be typical of a   15:15:29
19   residential land use type.          15:15:33
20       Q.   Would you use for the Lower Ninth   15:15:36
21   Ward a Manning's coefficient that's similar to   15:15:41
22   say a residential area near your home in Texas?  15:15:44
23       A.   It would be applicable based on   15:15:51
24   the density of housing in that area, yes.      15:15:55
25       Q.   Would the same thing be true, say   15:15:59

160

1   for a suburban residential neighborhood?      15:16:01
2       A.   You would have to look on the      15:16:08
3   parcels, you know, what the suburban          15:16:12
4   nomenclature, I guess, constitutes.      15:16:21
5       Q.   The appendix you have here says   15:16:28
6   that the Manning roughness coefficients were   15:16:31
7   obtained from various technical publications   15:16:35
8   including IPET and Chow; do you see that?      15:16:38
9       A.   Yes.                     15:16:41
10       Q.   Chow is a study that was done in   15:16:44
11   1959 called Open Channel Hydraulics; right?   15:16:47
12       A.   The Bible of Open Channel          15:16:52
13   Hydraulics, Dr. Ven T. Chow.          15:16:56
14       Q.   Did Chow provide any specifics      15:17:05
15   regarding your particular area of the United   15:17:08
16   States, Lower Ninth Ward, New Orleans, any other   15:17:14
17   location?                     15:17:18
18       A.   Chow's book represents all types   15:17:18
19   of land services and conditions and provides a   15:17:22
20   range of various end values that would be      15:17:27
21   applicable across the world.          15:17:37
22       Q.   What value did you use as your      15:17:41
23   Manning coefficient for residential?      15:17:44
24       A.   .05, according to Table 1.          15:17:51
25       Q.   I'm handing you what's been marked   15:17:56

161

1   as Exhibit 9 to your deposition.          15:17:59
2           (Spinks Exhibit Number 9 was      15:17:59
3   marked for identification.)             15:18:06
4   BY MR. RAFFMAN:                     15:18:06
5       Q.   I will represent Exhibit 9 is from   15:18:07
6   IPET Report, Volume IV, Appendix 5, page 102.   15:18:09
7           I'm going to ask you to refer to   15:18:20
8   page C-7 of your appendix.  Page C-7 refers to   15:18:23
9   reference 2, IPET Volume IV, page IV-5-102.  Do   15:18:35
10   you see that in your reference list?      15:18:42
11       A.   Yes.                     15:18:44
12       Q.   Is Exhibit 9 to your deposition a   15:18:44
13   copy of the reference that you used from IPET?   15:18:48
14       A.   Which reference number was that?   15:18:54
15   Was that number 2 that you're looking at?      15:19:03
16       Q.   Yes, sir.                  15:19:07
17           MR. GILBERT:  What page, sir?      15:19:08
18           MR. RAFFMAN:  C-7 of the appendix   15:19:11
19   is the reference list.             15:19:13
20           THE WITNESS:  I believe so, if   15:19:17
21   this is in the technical appendix of IPET Volume   15:19:18
22   IV, it would be.                  15:19:22
23   BY MR. RAFFMAN:                     15:19:24
24       Q.   All right.                  15:19:24
25           Do you see Exhibit 9 contains      15:19:30

162

1  Manning coefficients; right?                    15:19:33
2      A.   Yes.                                    15:19:36
3      Q.   Exhibit 9 contains two Manning          15:19:36
4  numbers for residential areas.  Do you see that?    15:19:38
5      A.   Yes.                                    15:19:43
6      Q.   It contains high residential            15:19:43
7  that's stated as 1.4; right?                     15:19:46
8      A.   Yes.                                    15:19:48
9      Q.   Exhibit 9 has low residential           15:19:49
10 taken as .07; right?                             15:19:52
11     A.   Yes.                                    15:19:55
12     Q.   You're Manning coefficient for          15:19:55
13 residential is .05; right?                       15:19:57
14     A.   Correct.                                15:20:01
15     Q.   That's a lower number than either       15:20:02
16 of the two numbers used in IPET; right?          15:20:05
17     A.   Yes.  In terms of what this table       15:20:08
18 reflects.                                        15:20:13
19     Q.   Did you, in fact, use a lower           15:20:13
20 Manning coefficient for residential than IPET    15:20:16
21 used?                                            15:20:19
22     A.   I see a table here, but I can't         15:20:20
23 tell you that's what IPET used in their model.   15:20:24
24 I can tell you this is some information that has  15:20:32
25 been referenced, but I cannot tell you that IPET 15:20:34

163

1  may have made adjustments to their n values in   15:20:37
2  their models.                                    15:20:42
3      Q.   Where did you get the number you        15:20:43
4  use, .05?                                        15:20:45
5      A.   .05 is a fairly standard number in      15:20:47
6  terms of Manning's roughness coefficient for     15:20:50
7  residential, any areas with buildings, any urban 15:20:54
8  areas.  If it gets much denser then we may run   15:20:58
9  to .07.  I don't think we're really referring to 15:21:03
10 a .14 condition across the study area, but I     15:21:08
11 don't think .05 is unreasonable.                 15:21:18
12     Q.   Did you get .05 from Chow?              15:21:20
13     A.   You know, clearly we looked at his      15:21:24
14 information, as well.                            15:21:27
15     Q.   Did you use the USGS land use           15:21:45
16 factors in deriving your residential Manning     15:21:51
17 value?                                           15:21:55
18     A.   I think we have outlined in our         15:22:00
19 report the land use types in Figure 1 of our     15:22:04
20 report and in our report it indicates our land   15:22:16
21 uses were initially obtained from IPET and then  15:22:21
22 we did additional research to supplement the     15:22:26
23 land uses by comparing aerial photographs and    15:22:30
24 verifying the types of land uses within the      15:22:34
25 study area.                                      15:22:37

164

1      Q.   The land uses is what you used to       15:22:39
2  populate the study area; right?                  15:22:46
3      A.   Yes.  The land uses describe the        15:22:48
4  study area and help us determine the types of    15:22:52
5  parameters associated with that type of land use 15:22:56
6  like Manning's n, like the curve number and      15:22:59
7  other factors.                                   15:23:03
8      Q.   What's the effect of using a lower      15:23:06
9  Manning number than IPET reported in its table?  15:23:10
10     A.   Well, I mean the higher the n           15:23:17
11 value the more restrictive water will move        15:23:22
12 through an area as long as it's on that wedded    15:23:26
13 perimeter.                                       15:23:33
14         So a lower n value would have more       15:23:34
15 efficiency in moving water to an area and it's a  15:23:37
16 normal calibration parameter as long as it's     15:23:41
17 within reason.                                   15:23:48
18     Q.   Are any of the Manning                  15:23:56
19 coefficients that you used specific to the       15:24:01
20 terrain of the area that you modeled?            15:24:06
21     A.   I believe they're all                   15:24:12
22 representative of the terrain we modeled.  We     15:24:14
23 modeled residential, we modeled commercial, we   15:24:18
24 modeled industrial.  We defined all the areas in 15:24:21
25 accordance with the type of land use that        15:24:27

165

1  existed in the study area.                       15:24:30
2      Q.   You used a single Manning               15:24:32
3  coefficient .05 for any part of the study area   15:24:48
4  that you termed residential; right?              15:24:54
5      A.   Yes.                                    15:24:56
6      Q.   And you used a single Manning           15:24:57
7  coefficient of .05 for any part of the study     15:25:01
8  area that you termed commercial; right?          15:25:05
9      A.   Correct.                                15:25:08
10     Q.   Was any part of your study area,        15:25:09
11 strip mines, quarries, gravel pits, upland,      15:25:14
12 barren, code 75?                                 15:25:20
13     A.   I don't believe so.  We can study,      15:25:23
14 if you like, Figure 1.  Figure 1 has a legend of 15:25:25
15 the various types of land uses.  If we look at   15:25:31
16 that legend and the color coding in Figure 1,    15:25:37
17 which is on page C-3.                            15:25:42
18     Q.   Yes.                                    15:25:44
19     A.   You see the pink is residential.        15:25:46
20 That dominates the study area within the Lower   15:25:48
21 Ninth Ward and the St. Bernard Parish.  We have  15:25:53
22 some industrial, which you'll see along the      15:25:57
23 Mississippi River.                               15:26:01
24         We have -- I mention commercial.         15:26:03
25 You'll see the commercial land uses through      15:26:08

166

1    there.                                    15:26:12
2              We have agriculture, which is    15:26:13
3    represented.                              15:26:16
4              So -- we have waterways, wetlands.   15:26:17
5    So, yeah, I think we -- I think it was a very   15:26:24
6    distinctive look at all the different types of   15:26:30
7    land uses and associated n values.        15:26:33
8         Q.   And you've characterized many   15:26:39
9    different types of land in the study area as   15:26:42
10   reported in Figure 1; right?              15:26:46
11        A.   Correct.                         15:26:48
12        Q.   I'll give you that.              15:26:48
13             Then you applied Manning         15:26:50
14   coefficients that are derived from a table   15:26:52
15   reported in Table 2 of Appendix C; right?   15:26:55
16        A.   And I want to make sure you      15:26:59
17   understand what Table C.                  15:27:07
18        Q.   I'm sorry --                     15:27:08
19        A.   Table 2.                         15:27:10
20        Q.   I meant Table 1 of Appendix C.  I   15:27:11
21   didn't mean Table 2.                      15:27:15
22        A.   Yes.  In defining the Manning's   15:27:16
23   roughness coefficients, it's defined in terms of   15:27:20
24   the land use class.                       15:27:25
25             The area represents, as shown in   15:27:27

167

1    Figure 1, the land use classes identified   15:27:31
2    throughout the region.                    15:27:35
3         Q.   All right.  All right.  Returning   15:27:36
4    you to Chapter 2 of your study, another input   15:27:44
5    you put in the model is rainfall; right?   15:27:50
6         A.   Yes, sir.                        15:27:53
7         Q.   This is done at page 16 of your   15:27:54
8    study?                                    15:27:58
9         A.   That's correct.                  15:28:03
10        Q.   And you've included the cumulative   15:28:04
11   rainfall in a black line in Figure 3; right?   15:28:07
12        A.   Yes.                             15:28:12
13        Q.   Where did you get the information   15:28:13
14   that you used to populate that chart?     15:28:16
15        A.   I believe if we go back to the   15:28:19
16   same appendix we were at, we provide a    15:28:33
17   description related to the rainfall.      15:28:41
18        Q.   Oh, Appendix C?                   15:28:58
19        A.   Yes.  Give me one second.  I     15:29:00
20   just -- always when you try to put your hand on   15:29:15
21   a specific piece of information, it's difficult.   15:29:31
22             We obtain the rainfall from the   15:29:35
23   same meteorologist rainfall expert from the work   15:29:37
24   that was done for Delft University.  We compared   15:29:42
25   it with information in the IPET to see if it was   15:29:47

168

1    consistent.  In fact, it does say here in our   15:29:51
2    report on page 15, "time series of rainfall from   15:29:56
3    Delft University of Technology and Svakek   15:30:00
4    Hydraulics delivered by Dr. Lee E. Branscome   15:30:03
5    (CCM, Climatological Consulting Corporation)."   15:30:13
6         Q.   So what -- I'm sorry, what page   15:30:16
7    were you reading from there?              15:30:19
8         A.   Page 15, at the very top.        15:30:21
9         Q.   All right.  I've got it, I've got   15:30:22
10   it.                                       15:30:24
11             What you've done is you've        15:30:25
12   employed a meteorologist to interpret the   15:30:27
13   rainfall and help you populate the rainfall   15:30:31
14   series; right?  No, that's not right, you didn't   15:30:35
15   employ him.                               15:30:38
16             You've taken your rainfall data   15:30:39
17   from a time series created by the meteorologist?   15:30:43
18        A.   Right.  Again, you can get       15:30:48
19   rainfall from a number of different areas;   15:30:52
20   National Weather Service may have hourly   15:30:58
21   rainfall.  IPET may have gotten it from there.   15:31:00
22   This particular doctor generated the       15:31:04
23   information, made it available, it compares well   15:31:07
24   with IPET's information and it should compare   15:31:10
25   well.                                     15:31:14

169

1         Q.   Would you agree with me it's     15:31:14
2    better in carrying out a scientific study of   15:31:16
3    meteorology to rely on meteorologic data to the   15:31:23
4    extent the data is available?            15:31:31
5         A.   Clearly you want to gather the   15:31:32
6    data from where it's available at.        15:31:35
7         Q.   And that's what you've done here   15:31:38
8    by relying on the meteorologist, Dr. Branscome,   15:31:40
9    and his data?                             15:31:44
10        A.   Certainly.  We rely on IPET's   15:31:46
11   research on many occasions.               15:31:49
12        Q.   IPET also gathered meteorologic   15:31:51
13   data to help derive its conclusions; right?   15:31:54
14        A.   As an input to their analysis.   15:31:57
15        Q.   Right.  Based on what you've     15:32:00
16   reported here in Figure 3, does it appear that   15:32:13
17   the hours from 4:00 in the morning until 7:00 in   15:32:17
18   the morning were a period of heavy rainfall?   15:32:21
19        A.   It appears that the rainfall     15:32:25
20   intensity increased between 4:00 and 7:00 and,   15:32:27
21   yes, there was a significant part of the   15:32:33
22   rainfall at that time.                    15:32:35
23        Q.   I want to ask you next about the   15:32:42
24   levee and floodwall crest elevations that you   15:32:44
25   used.                                     15:32:48

170

1      Q.     At page 15 you reported that,        15:32:51
2    "critical elements such as the levee crest      15:32:56
3    elevations were based on pre- and post-Katrina   15:32:59
4    LIDAR and levee survey data."  Do you see that?   15:33:03
5      A.     Yes.                      15:33:06
6      Q.     Are you referring only to earthen     15:33:07
7    levees or are you also referring to the flood    15:33:10
8    walls?                           15:33:12
9      A.     To the flood walls, as well.        15:33:13
10     Q.     Have you ever seen any studies or    15:33:15
11   analysis suggesting that LIDAR is not very good   15:33:18
12   at providing elevations for structures that are   15:33:22
13   less than a foot thick or less than a certain    15:33:31
14   amount of inches thick?                15:33:33
15     A.     The -- I don't believe our model     15:33:35
16   information was based on LIDAR to set the wall    15:33:42
17   heights, it was based on actual precision survey   15:33:46
18   by the core.                       15:33:52
19     Q.     I see.  So you took the floodwall    15:33:55
20   heights from the core?                 15:33:58
21     A.     Yes, data that they acquired.       15:34:02
22     Q.     That would be the data they        15:34:06
23   reported in the IPET report?             15:34:07
24     A.     Yes.                     15:34:09
25     Q.     Now, the wall top heights that you   15:34:10

171

1    reported then are at page 17; right?          15:34:14
2      A.     Yes, one of the areas.           15:34:18
3      Q.     Well, the IHNC North and IHNC      15:34:23
4    South, you used 13.1 feet as your wall top      15:34:28
5    height; correct?                     15:34:32
6      A.     Yes.                     15:34:33
7      Q.     That's based on IPET?            15:34:33
8      A.     The survey, yes.              15:34:37
9      Q.     IPET reported that there are       15:34:43
10   portions of the wall top height that are lower   15:34:47
11   than 13.1 feet; didn't they?             15:34:52
12     A.     And that would be captured in our   15:34:55
13   overall data.  I'm just reporting what the      15:34:59
14   breach -- at the breach elevation would be just   15:35:02
15   one point an average of 13.1.             15:35:08
16     Q.     You haven't done any survey work    15:35:10
17   of your own to determine the wall top heights;   15:35:13
18   right?                           15:35:16
19     A.     No.  All that survey, precision     15:35:16
20   survey has been done by IPET.            15:35:19
21     Q.     Right.  Let me just show you a      15:35:22
22   portion of the IPET report regarding wall top    15:35:25
23   heights.                         15:35:31
24          (Spinks Exhibit Number 10 was      15:35:31
25   marked for identification.)              15:35:38

172

BY MR. RAFFMAN:                      15:35:38
1      Q.     Spinks Exhibit 10.  Do you         15:35:39
2    recognize Exhibit 10 as part of the survey data   15:35:45
3    that you considered in carrying out your study?   15:35:48
4      A.     I have an Appendix B in our report   15:35:52
5    that describes all the digital elevation model   15:35:58
6    data development in detail and I have not seen   15:36:02
7    this particular exhibit -- I probably have,     15:36:13
8    actually, in reading through this volume and,    15:36:19
9    yes, it would have been considered in our      15:36:23
10   analysis if it was associated with the IPET     15:36:25
11   information.                       15:36:29
12     Q.     You can see that some of the wall   15:36:29
13   elevations that IPET reports in the vicinity of   15:36:31
14   the north breach, at least, are considerably     15:36:36
15   lower than 13.1 feet; right?             15:36:40
16     A.     There's a 12.61.  There's a 13.2,   15:36:43
17   13.04, 13.76 and then there's a 12.05.  So, yes,  15:36:59
18   that's taken into account in our information.    15:37:11
19     Q.     You have no information, analysis,   15:37:16
20   data, or other information to reject the        15:37:38
21   information that's reported here on Exhibit 9 to   15:37:39
22   your deposition?                     15:37:43
23     A.     I have no reason to reject it, no.   15:37:43
24     Q.     Okay.  Let me ask you about the     15:37:46

173

1    hydrograph that you used, page 23.  The surge    15:37:53
2    hydrograph.                       15:37:59
3          The surge hydrograph that's        15:38:10
4    reported at Figure 8 of page 23 includes a blue   15:38:14
5    line that says, "Location A (IHNC Lock Staff     15:38:20
6    Gage)."  Do you see that?                15:38:27
7      A.     Yes, sir.                  15:38:28
8      Q.     That hydrograph forms the boundary   15:38:30
9    condition that you used in your model for the    15:38:35
10   flood water flowing through the breaches in the   15:38:38
11   IHNC; right?                       15:38:42
12     A.     Correct.                   15:38:44
13     Q.     This hydrograph is located at the   15:38:44
14   IHNC lock at the south end of the segment south   15:38:48
15   of the Claiborne Avenue Bridge; correct?        15:38:53
16     A.     Correct.                   15:38:56
17     Q.     Do you know how the lock master    15:38:57
18   measured the water levels reported in the       15:39:00
19   hydrograph?                       15:39:05
20     A.     I believe so.  He measured them by   15:39:06
21   looking out the window at the staff gage        15:39:09
22   manually and reporting the level of the water    15:39:13
23   each hour.                        15:39:18
24     Q.     Do you know where the lock master   15:39:24
25   was when he made the visual observations?        15:39:27

174

1    A.   No, I have not been out physically   15:39:32
2  to that exact location.            15:39:35
3    Q.   Do you know how far the lock        15:39:36
4  master was away from the staff gage when he made   15:39:38
5  the visual observations?           15:39:42
6    A.   No, I was not aware.          15:39:44
7    Q.   Have you assigned any level of      15:39:48
8  uncertainty to the accuracy of the numbers   15:39:50
9  reported in the surge hydrograph that you used?   15:39:53
10   A.   No, not for Lock A.            15:39:57
11   Q.   At various places in your report   15:40:02
12 you state that the timing of the breaches was   15:40:19
13 prior to the time that the floodwall was       15:40:28
14 overtopped by flood waters; does that ring a   15:40:32
15 bell?                  15:40:35
16   A.   Yes.                15:40:36
17   Q.   Now, the thrust of your modelling   15:40:36
18 has been to derive floodwall breach times that   15:40:44
19 you think are the best fit or the most       15:40:51
20 consistent with observations.  We've talked   15:40:54
21 about that today; right?           15:40:57
22   A.   Yes.                15:40:58
23   Q.   In terms of the time of          15:40:59
24 overtopping of the wall, however, your modelling   15:41:01
25 doesn't really have anything to say about what   15:41:04

175

1  time the wall overtopped; does it?       15:41:07
2    A.   I think in our report we make note   15:41:09
3  that the wall began overtopping about 7:00 to   15:41:12
4  7:30.                  15:41:17
5    Q.   The 7:00 or 7:30 time frame you've   15:41:17
6  derived is based on nothing more than a       15:41:22
7  comparison of the surge hydrograph in Figure 8   15:41:25
8  with the floodwall elevation that you've assumed   15:41:28
9  of 13.1 feet as reported earlier in your report;   15:41:31
10 right?                  15:41:35
11   A.   Correct.  That would be the     15:41:36
12 standard method in looking at the overtopping   15:41:38
13 rate of the wall is to compare the surge       15:41:42
14 hydrograph with the wall elevation.       15:41:45
15   Q.   Your modelling doesn't say       15:41:50
16 anything about whether the 7:00 or 7:30 time   15:41:58
17 frame for overtopping is reasonable or       15:42:05
18 unreasonable or otherwise; right?  That's not   15:42:06
19 part of your study?            15:42:09
20   A.   No, it's a significant part of the   15:42:10
21 contribution.  I think if you look into our   15:42:12
22 report we indicate overtopping to be around   15:42:15
23 35 percent of the contribution of water.     15:42:19
24   Q.   Oh, I see.  Right.  Overtopping of   15:42:22
25 35 percent based on the -- based on the input   15:42:26

176

1  that said overtopping begins at 7:00 or 7:30;   15:42:32
2  right?                  15:42:39
3    A.   We don't drive that.  Again, it's   15:42:39
4  based upon science and information that provides   15:42:42
5  a surge hydrograph.  It's information that's   15:42:46
6  been accepted and adopted by IPET.  It's     15:42:49
7  information accepted and adopted by other       15:42:54
8  experts and it appears to be credible       15:42:56
9  information and given that information with the   15:43:02
10 profile of the IHNC wall, I would not believe   15:43:06
11 there would be a need to dispute those facts.   15:43:13
12   Q.   You have no knowledge, as you sit   15:43:18
13 here today, of whether there were variations in   15:43:21
14 the top of the wall top height that brought   15:43:23
15 portions of the wall below 13 feet; do you?   15:43:26
16   A.   No, I do.  We've looked at the   15:43:30
17 profiles.  It's in the model.         15:43:32
18   Q.   The IPET profiles?           15:43:34
19   A.   The survey profiles along the wall   15:43:36
20 are included in our model, the entire --     15:43:39
21   Q.   Right, but the wall top heights   15:43:41
22 that are reflected on this page, Exhibit 9 to   15:43:43
23 your deposition, are not included in your model;   15:43:47
24 are they?                15:43:50
25   A.   Most likely if those represent the   15:43:50

177

1  actual precision survey along the wall, they're   15:43:53
2  in the model.              15:43:56
3    Q.   So are you saying there are       15:43:57
4  portions of your model that include a wall top   15:43:59
5  height of 12.05 feet?            15:44:03
6    A.   Yes.                15:44:06
7    Q.   Again, no reason to dispute that   15:44:07
8  number for that particular location; right?   15:44:09
9    A.   IPET did a survey, that survey   15:44:12
10 data for the wall was incorporated into our   15:44:16
11 model.                  15:44:18
12   Q.   All right.  So you're not taking   15:44:20
13 issue with localized floodwall elevations that   15:44:22
14 IPET or anybody else reported, you're just   15:44:26
15 taking them as inputs; right?         15:44:30
16   A.   Correct.  It's credible       15:44:32
17 information.              15:44:34
18   Q.   Based on those inputs, you derive   15:44:34
19 your conclusions about what time the wall was   15:44:37
20 overtopped; right?            15:44:40
21   A.   Yes.                15:44:42
22   Q.   Now, you said overtopping       15:44:43
23 accounted for 35 percent of the water in the   15:44:45
24 affected area; correct?            15:44:48
25   A.   I made a statement, but let's make   15:44:50

178

1    sure the number is correct.          15:44:54
2        Overtopping, when you take into     15:44:57
3    account the 427,500 acre feet of water that came   15:45:00
4    into the St. Bernard Parish, overtopping     15:45:08
5    accounted for 37 percent of that volume of flow.   15:45:12
6        Q.   That includes both overtopping   15:45:19
7    from the flood walls in the Lower Ninth Ward and   15:45:22
8    the levees along MRGO; right?         15:45:25
9        A.   Correct.              15:45:30
10       Q.   Now, when you wrote your       15:45:30
11   conclusions about the time of overtopping you   15:45:41
12   had not reviewed the testimony of Ernest   15:45:44
13   Edwards; correct?              15:45:48
14       A.   No.  That's correct, I had not.   15:45:49
15       Q.   That is correct.  Okay.       15:45:53
16       Now that you've read the testimony   15:45:55
17   of Ernest Edwards, you're aware that Mr. Edwards   15:45:57
18   testified that he saw the wall being overtopped   15:46:01
19   in the time frame of 3:00 in the morning along   15:46:05
20   the Inner Harbor Navigation Canal; correct?   15:46:09
21       A.   I can't really say I have studied   15:46:12
22   his testimony.  I've seen it in a preliminary   15:46:15
23   fashion, but I need to really digest it before I   15:46:19
24   make any opinions on it.          15:46:22
25       Q.   Whatever conclusions you drew   15:46:24

179

1    about the time of overtopping were made without   15:46:31
2    the benefit of Mr. Edwards' testimony; correct?   15:46:34
3        A.   With the benefit of others     15:46:37
4    information and without his, yes.     15:46:40
5        Q.   Page 37 of your report, Section   15:46:42
6    5.0, in the second bullet point you wrote that,   15:47:03
7    "the IHNC north breach occurred at or about   15:47:08
8    4:30 a.m. CDT," the -- you wrote that the north   15:47:14
9    breach occurred at or before 4:30 in the morning   15:47:27
10   and the south breach occurred at or about   15:47:32
11   6:00 a.m. in the morning.  Do you see that?   15:47:35
12       A.   Yes.                 15:47:37
13       Q.   Why did you use 4:30 a.m. and   15:47:38
14   6:00 a.m. in this part of your report, whereas   15:47:43
15   in your sensitivity analysis you used 4:00 and   15:47:47
16   5:30?                       15:47:51
17       A.   Because in our sensitivity       15:47:52
18   analysis we're referring to the breach     15:47:54
19   initiation times in it and our conclusion,   15:47:57
20   there's a breach initiation time and then a time   15:48:04
21   to breach.                   15:48:07
22       So the entire breach takes a       15:48:09
23   period of time.                15:48:12
24       Q.   Do you remember whether this     15:48:14
25   language was changed from the report you   15:48:15

180

1    submitted in June 2008?           15:48:17
2        A.   Probably so, to incorporate the   15:48:21
3    entire breach time.  We felt -- I felt it would   15:48:26
4    be more correct to incorporate the entire breach   15:48:33
5    time and it appeared a 30 minute increment was   15:48:36
6    appropriate.                 15:48:42
7        Q.   In your model you start at the   15:49:28
8    timing of the MRGO breaching at 5:30 in the   15:49:30
9    morning; is that right?           15:49:34
10       A.   Yes, that's correct.         15:49:35
11       Q.   That's reported on page 17?     15:49:38
12       A.   Yes.                 15:49:43
13       Q.   Does your analysis of the MRGO   15:49:44
14   breaches make any assumptions about the     15:49:54
15   mechanism by which the MRGO levees were     15:49:56
16   breached?                    15:50:01
17       MR. GILBERT:  Object.         15:50:03
18       THE WITNESS:  Help explain to me   15:50:13
19   what you mean by mechanisms.         15:50:14
20   BY MR. RAFFMAN:                15:50:17
21       Q.   Are you aware there's a dispute in   15:50:17
22   the Robinson case about what caused the MRGO   15:50:19
23   levees to breach?  You read some reports of   15:50:25
24   experts in the Robinson case; right?     15:50:28
25       A.   Yes.                 15:50:32

181

1        MR. GILBERT:  Continuing         15:50:32
2    objection, he's not being proffered for that.   15:50:33
3    You can ask, but it's Friday afternoon.   15:50:37
4    BY MR. RAFFMAN:                15:50:44
5        Q.   Are you aware that the Plaintiffs   15:50:44
6    in the Robinson case contend that the MRGO   15:50:46
7    levees were breached by a mechanism known as   15:50:49
8    front side wave attack?           15:50:54
9        A.   No, I won't be able to offer     15:50:56
10   opinions on that.              15:50:59
11       Q.   Right.  Do you know that the     15:50:59
12   Plaintiffs in MRGO and Robinson allege the   15:51:02
13   levees were breached before they were     15:51:07
14   overtopped; right?  Are you aware of any of   15:51:10
15   that?                       15:51:13
16       A.   I don't remember any specifics.   15:51:13
17       Q.   You've relied on IPET for your   15:51:18
18   information about the timing of the MRGO   15:51:21
19   overtopping and breaching; right?     15:51:24
20       A.   In terms of the elevation profile,   15:51:26
21   yes.                       15:51:31
22       Q.   Now, if it were true that IPET's   15:51:32
23   posited mechanism for breaching the MRGO levees   15:51:40
24   is incorrect, would that affect your analysis?   15:51:46
25       A.   It would need to be considered, as   15:51:53

182

1  all things would be in these types of studies.      15:51:59
2  I couldn't give you an answer without looking        15:52:02
3  into the specifics.                                  15:52:05
4         Can I take a break?                           15:52:15
5         MR. RAFFMAN:  Of course.  Off the             15:52:18
6  record.                                              15:52:19
7         How much time is left on this                 15:52:28
8  tape.                                                15:52:30
9         THE VIDEOGRAPHER:  About                      15:52:36
10 25 minutes.                                          15:52:37
11        MR. RAFFMAN:  Brian, are you going            15:52:38
12 to have questions?                                   15:52:40
13        MR. GILBERT:  Probably not.                   15:52:41
14        MR. RAFFMAN:  I can probably                  15:52:42
15 finish in 25 minutes.                                15:52:43
16        THE VIDEOGRAPHER:  We're going off            15:52:45
17 the record.  The time is 3:53 p.m.                   15:52:47
18        (A brief recess was taken.)                   15:52:54
19        THE VIDEOGRAPHER:  This shall mark            16:04:09
20 the end of tape number four in the deposition of     16:04:30
21 Melvin Spinks.  We're changing tapes and the         16:04:35
22 time is 4:05 p.m.                                    16:04:41
23        (Videotape change.)                           16:04:45
24        THE VIDEOGRAPHER:  We are back on             16:13:24
25 the record.  Here marks the beginning of tape        16:14:03

183

1  number five in the deposition of Melvin Spinks       16:14:06
2  and the time is 4:14 p.m.                            16:14:11
3  BY MR. RAFFMAN:                                      16:14:13
4      Q.   Mr. Spinks, I only have a couple            16:14:13
5  more lines of questions, so bear with me.            16:14:16
6         Please turn to page 31 of your               16:14:18
7  report, Figure 13.  You're there?                    16:14:20
8      A.   I'm there.                                  16:14:22
9      Q.   Figure 13 is a comparison of your          16:14:24
10 modeled maximum water level with high water          16:14:26
11 marks that were observed in the study area; is       16:14:29
12 that right?                                           16:14:32
13     A.   Yes.                                        16:14:32
14     Q.   Area 1 is the area that's --               16:14:33
15 represented the Lower Ninth Ward, more or less?      16:14:38
16     A.   Correct.                                    16:14:41
17     Q.   And in Area 1, am I right that              16:14:41
18 there are certain high water marks that are          16:14:44
19 several feet below the modeled peak stage that       16:14:46
20 you derived?                                          16:14:54
21     A.   There appears to be some general           16:14:57
22 outliers that may be across or located further       16:15:01
23 within the south part of that Area 1.                16:15:06
24     Q.   Have you studied which of these            16:15:10
25 high water marks are lower than the modeled          16:15:12

184

1  surge that you generated?                            16:15:17
2      A.   No.  Again, I mean it's just a              16:15:19
3  comparison, are we within a reason of what the       16:15:21
4  reported high water mark elevations are.  I mean     16:15:26
5  I recognize some of these high water marks are       16:15:30
6  considered excellent, some may be considered         16:15:33
7  just good, some may be considered just poor, but     16:15:36
8  I think what Figure 13 represents is that our        16:15:40
9  computation of the high water or the modeled         16:15:47
10 high water is favorable to the majority of the       16:15:50
11 data acquired.                                        16:15:55
12     Q.   I understand that's your                    16:15:56
13 interpretation of Figure 13.  My question was        16:16:04
14 somewhat different.  Let me ask it this way.         16:16:07
15        You've modeled -- you have                    16:16:09
16 gathered a total of about 112 data points for       16:16:13
17 representing high water marks; am I right?           16:16:17
18     A.   Yes.                                        16:16:20
19     Q.   How many of those 112 high water           16:16:20
20 marks are below the modeled peak stage?             16:16:23
21     A.   I couldn't tell you.  We would             16:16:30
22 have to do that analysis.                            16:16:35
23     Q.   Can you approximate?                        16:16:42
24     A.   Well, if the average -- the thin           16:16:45
25 line in that figure represents the average of       16:16:51

185

1  all the high water marks, which the average says     16:16:54
2  it's 10.64 feet, with the standard deviation of      16:16:57
3  one foot.                                             16:17:02
4      Q.   What's a standard deviation?               16:17:03
5      A.   A standard deviation is a                   16:17:05
6  statistical measure of variance, okay, and let       16:17:07
7  me put it in layman's terms.  If I was to go and     16:17:12
8  sample 30 -- make 30 observations -- can I write     16:17:18
9  on this?                                              16:17:24
10     Q.   Yes, by all means.                          16:17:24
11     A.   I'm going to go make 30                     16:17:26
12 observations in an area and I'm going to use         16:17:28
13 speed, okay, or actually let me get -- 30            16:17:34
14 observations of elevations here and I compare        16:17:39
15 these 30 to actual measured water surface            16:17:45
16 elevations, okay, I computed 30, I measured 30       16:17:51
17 of them, okay.                                        16:17:54
18        When we do a standard deviation               16:17:56
19 it's usually a normal distribution curve, okay.      16:18:03
20 We can compute the mean difference in elevation      16:18:08
21 of all 30 of these.  That means what was the         16:18:10
22 computed versus what was measured, okay.             16:18:13
23        In the top of this normal                     16:18:19
24 distribution is an average value of the              16:18:21
25 differences, okay.                                    16:18:24

186

```
 1        A standard deviation, one standard      16:18:26
 2   deviation over is a measure, a value above the   16:18:30
 3   mean and a value below the mean, okay.  And what    16:18:44
 4   that represents is that 68 percent of the data    16:18:48
 5   would fall in terms of mean differences, one      16:18:53
 6   standard deviation above and below.  So if you    16:18:58
 7   had 30, roughly 21 of these data points of      16:19:01
 8   information differences should fall within the    16:19:09
 9   standard deviation.                16:19:11
10        The tighter the standard deviation    16:19:12
11   the better the results are to the mean -- the    16:19:15
12   differences.              16:19:18
13        Two standard deviations represents    16:19:20
14   95 percent of all the values.  Did I confuse    16:19:22
15   you?                  16:19:27
16        Q.   No, I understand what you're    16:19:28
17   saying.                16:19:30
18        My question is you've done a      16:19:30
19   standard deviation analysis for your high water    16:19:32
20   marks; right?              16:19:36
21        A.   Of the high water marks, yes.    16:19:36
22        Q.   Right.  That analysis is something    16:19:38
23   you could have done to derive standard      16:19:40
24   deviations around the data that you reported in    16:19:43
25   your Appendix I in the sensitivity analysis;    16:19:46
```

187

```
 1   right?                16:19:53
 2        A.   Instead of the relative error?    16:19:53
 3   It's another measure of variance.        16:19:56
 4        Q.   You didn't do that standard      16:19:58
 5   deviation analysis in Appendix I?        16:20:01
 6        A.   We did a measure -- a relative    16:20:03
 7   error measurement.            16:20:07
 8        Q.   Instead of the standard deviation?    16:20:09
 9        A.   Yeah.  It wasn't something that we    16:20:13
10   would consider doing the standard deviation on.    16:20:16
11        Q.   Let's go back then to the high    16:20:18
12   water marks.              16:20:21
13        What you found is that there's a    16:20:26
14   ten percent difference between the high water    16:20:31
15   mark average -- that's not right, actually.    16:20:34
16   I'm -- I'm doing my arithmetic wrong.      16:20:39
17        When you did your average,      16:20:45
18   Mr. Spinks, did you do your average across all    16:20:48
19   of the high water mark data that you concluded    16:20:52
20   from Areas 1, 2, 3, 4 and 5?        16:20:55
21        A.   I believe so.          16:21:00
22        Q.   Now, Areas 3, 4 and 5 are areas    16:21:02
23   that were not affected by the Inner Harbor    16:21:07
24   Navigation Canal breaches; right?        16:21:11
25        A.   Generally correct, yes.      16:21:17
```

188

```
 1        Q.   And so have you done your standard    16:21:19
 2   deviation analysis or your averaging analysis    16:21:25
 3   using only Areas 1 and 2, which represent the    16:21:29
 4   areas that you conclude were affected by the    16:21:32
 5   Inner Harbor Navigation Canal breaches?      16:21:34
 6        A.   Repeat that one more time, let me    16:21:40
 7   make sure I can answer that.        16:21:42
 8        Q.   All right.  Have you broken out    16:21:44
 9   Areas 1 and 2 in your standard deviation      16:21:46
10   analysis or your averaging analysis?      16:21:50
11        A.   No, and there's a reason.  All the    16:21:54
12   data was considered in terms of determining the    16:21:59
13   average high water mark because it's a still    16:22:02
14   water elevation.            16:22:04
15        Q.   As we sit here today, you are not    16:22:11
16   able to compare your model peak surge to the    16:22:13
17   high water marks that were isolated in Areas 1    16:22:17
18   and 2; right?              16:22:22
19        A.   They are compared to 1 and 2 in    16:22:26
20   this graph.              16:22:29
21        Q.   I see.  You can't tell me what the    16:22:32
22   average high water mark was for the high water    16:22:36
23   marks observed in Areas 1 and 2; right?      16:22:39
24        A.   That's not computed and reported    16:22:42
25   here, no.                16:22:44
```

189

```
 1        Q.   All right.  Let me ask you to turn    16:22:45
 2   to Appendix J.  Am I right that Appendix J    16:22:59
 3   represents your time sequence modeled water    16:23:09
 4   depth hydrograph for the three individual    16:23:13
 5   Plaintiffs or the four individual Plaintiffs    16:23:15
 6   whose names appear in Figure 1?        16:23:17
 7        A.   Yes.              16:23:20
 8        Q.   So for John and Jerry Alford these    16:23:20
 9   are -- these are Plaintiffs who live at 2423    16:23:28
10   Deslonde Street?            16:23:33
11        A.   Yes.              16:23:35
12        Q.   Their home is near the north    16:23:36
13   breach?                16:23:38
14        A.   Yes.              16:23:38
15        Q.   And then Josephine Richardson is    16:23:44
16   at 1321 Egania Street; right?        16:23:47
17        A.   Yes.              16:23:50
18        Q.   So figure -- well, Figure 2      16:23:51
19   represents your modeled hydrograph for the    16:23:55
20   Alfords?                16:23:59
21        A.   Yes.              16:24:00
22        Q.   You've concluded that all of the    16:24:00
23   water came from the Inner Harbor Navigation    16:24:05
24   Canal up through about 10:00 in the morning, as    16:24:08
25   far as the Alfords are concerned?        16:24:12
```

190

```
 1      A.   Yes.                    16:24:14
 2      Q.   Now, for Mrs. Richardson you've    16:24:14
 3  concluded that all of the water came from the    16:24:18
 4  Inner Harbor Navigation Canal up through about    16:24:20
 5  10:10 a.m.; is that right?          16:24:24
 6      A.   Correct.                16:24:26
 7      Q.   Do you know what the -- I'm sorry,   16:24:27
 8  what -- what's the level of Ms. Richardson's   16:24:41
 9  house?  Do you understand my question, as to   16:24:46
10  ground level?                    16:24:49
11      A.   This is water depth, it's not    16:24:53
12  reported in terms of elevation, but, yes, we do   16:24:56
13  have the ground elevation and her finished floor   16:24:59
14  elevation, as well as.              16:25:03
15      Q.   Can you tell me, as best you     16:25:08
16  recall, what the finished floor elevation is at   16:25:11
17  Ms. Richardson's house?             16:25:14
18      A.   No.  I would have to go look at   16:25:16
19  the data.                        16:25:18
20      Q.   Is it above sea level?         16:25:18
21      A.   I couldn't tell you, I would have   16:25:21
22  to look at it specifically.          16:25:23
23      Q.   All right.  We'll come back to    16:25:24
24  Ms. Richardson.                  16:26:00
25           Let me ask you about Glaser for a   16:26:01
```

191

```
 1  second.  You've got Mr. Glaser modeled water    16:26:04
 2  hydrograph, depth hydrograph is at Figure 4;    16:26:09
 3  right?                           16:26:14
 4      A.   Yes.                    16:26:15
 5      Q.   And your model shows that the   16:26:15
 6  water from the Inner Harbor Navigation Canal    16:26:22
 7  arrives at Mr. Glaser's location only about a   16:26:26
 8  half-hour before MRGO water starts to arrive; is   16:26:31
 9  that right?                      16:26:35
10      A.   It arrives at about 9:30, the    16:26:35
11  mixing, in accordance with the exhibit.       16:26:38
12      Q.   All right.  Ms. Richardson's    16:26:41
13  house, I'm going to ask you to assume for the   16:27:10
14  moment that her -- the ground level at her house   16:27:14
15  is at or slightly above -- I'm going to ask you   16:27:17
16  to assume for a moment that the level of the   16:27:23
17  first floor of Ms. Richardson's house is       16:27:26
18  slightly above NAVD88 sea level, which would be   16:27:30
19  zero; correct?                   16:27:37
20      A.   All right.               16:27:42
21      Q.   What your model shows is that the   16:27:42
22  IHNC flood waters by 9:00 in the morning reach   16:27:44
23  about 5.9 feet NAVD88; right?         16:27:49
24      A.   Okay.                   16:27:57
25      Q.   And then between 9:00 and 10:00   16:27:59
```

192

```
 1  those flood waters do not act to raise the level   16:28:02
 2  at her house any further; am I right?         16:28:05
 3      A.   At that particular location, yes.   16:28:09
 4      Q.   All right.  Based on that trend,   16:28:14
 5  would you expect that if the MRGO flood waters   16:28:16
 6  do not arrive you would expect to see the      16:28:21
 7  maximum water level at that location remain at   16:28:25
 8  about 5.9 feet?                  16:28:28
 9      A.   I would need to look at some of   16:28:33
10  the scenario work that we did to see at what   16:28:38
11  time did it become stationary.  I don't believe   16:28:41
12  that would be the case though.        16:28:51
13      Q.   Let's try to take a look back at   16:28:53
14  your scenario level, your scenario work in     16:28:55
15  Section 4, see whether you can draw any        16:28:59
16  conclusions about the time the IHNC water levels   16:29:04
17  out.                             16:29:12
18           In your hydrograph for Location 1,   16:29:12
19  Figure 15; do you see that?           16:29:19
20      A.   Uh-huh.                 16:29:21
21      Q.   At what time of day does the IHNC   16:29:22
22  levee breach hydrograph begin to level out or   16:29:29
23  what time does it level out?          16:29:34
24      A.   It's pretty comfortable between   16:29:36
25  the 9:30 and 10:00 a.m. time period for Location   16:29:39
```

193

```
 1  1.                               16:29:44
 2      Q.   After it levels out it stays    16:29:44
 3  level; right?                    16:29:46
 4      A.   Generally speaking, yes.       16:29:47
 5      Q.   Again at Location 2, leaving aside   16:29:48
 6  the time at which it levels out, it tends to   16:29:52
 7  stay level once it's level; right?       16:29:55
 8      A.   Yes.                    16:29:58
 9      Q.   So again looking at the hydrograph   16:29:59
10  for Mrs. Richardson, you notice a leveling trend   16:30:03
11  around 9:00 that proceeds until 10:00; right?   16:30:07
12      A.   Yeah.  And I mean, again, these   16:30:14
13  are scenarios, there's no boundary condition put   16:30:17
14  on the IHNC's flood water like MRGO.  If I were   16:30:20
15  to just put a wall up then you still have more   16:30:26
16  rise to the IHNC's water at that point, but   16:30:29
17  because these are scenario runs you're just   16:30:32
18  letting it draw itself out.  So there is a     16:30:35
19  mixture of IHNC and MRGO's water, but         16:30:38
20  theoretically, yes, you can assume that a lot of   16:30:43
21  that water is MRGO's, coming in after that     16:30:46
22  10:00 a.m. time frame.              16:30:50
23      Q.   Let's -- not to put too fine a   16:30:51
24  point on it.  Here your 10:00, between 9:00 and   16:30:55
25  10:00 the water level at Ms. Richardson's house   16:31:00
```

**194**

1  doesn't rise, according to your model; right?  16:31:05
2      A.   Correct.                          16:31:08
3      Q.   During the period between 9:00 and  16:31:09
4  10:00 water is continuing to pour in through the  16:31:11
5  north and south breaches on the IHNC?  16:31:14
6      A.   Right.                             16:31:17
7      Q.   What is happening there is that  16:31:17
8  the water is pouring in through the breaches by  16:31:20
9  that time is now pouring in other parts of this  16:31:23
10  and is -- at Ms. Richardson's house; right?  16:31:27
11      A.   I don't believe that to be the  16:31:31
12  case.                                     16:31:34
13          If you look back on the           16:31:38
14  hydrograph, it's a combination of different  16:31:40
15  features that are going on.  Again, the IHNC in  16:31:42
16  terms of its elevation is at 14, okay.  So we're  16:31:46
17  still expecting water to be moving in through  16:31:52
18  these breaches.                           16:31:58
19      Q.   Right.                            16:31:58
20      A.   So there is water being drawn in  16:31:59
21  to this area and in the course there's a mixture  16:32:03
22  of MRGO's water coming in at this time.   16:32:07
23          Now, to be --                     16:32:09
24      Q.   Why don't you go ahead, that's  16:32:12
25  fine, I don't want to interrupt.  Why don't I  16:32:14

**195**

1  ask the question.                         16:32:17
2      A.   Okay.                             16:32:19
3      Q.   Between 9:00 and 10:00 at          16:32:19
4  Ms. Richardson's house there is no MRGO water  16:32:24
5  coming into Ms. Richardson's property; right?  16:32:30
6      A.   Not before 10:10.                 16:32:33
7      Q.   So as you just testified at 9:00  16:32:37
8  in the morning your staged hydrograph says water  16:32:40
9  level at 14 feet in the Inner Harbor Navigation  16:32:45
10  Canal; right?                             16:32:49
11      A.   Correct.                          16:32:51
12      Q.   The water is flowing in through  16:32:51
13  the breaches; right?                      16:32:53
14      A.   Correct.                          16:32:54
15      Q.   Somehow the water that's flowing  16:32:55
16  in through the breaches between 9:00 and 10:00  16:32:57
17  is not affecting the water level your model  16:33:00
18  predicts at Ms. Richardson's house; right?  16:33:04
19      A.   Correct.                          16:33:08
20      Q.   Now, at 10:10 a.m., this is when  16:33:08
21  water from the MRGO begins to arrive; right?  16:33:15
22      A.   Yes.                              16:33:20
23      Q.   And at that point the water level  16:33:21
24  goes up from 5.9 feet to well over nine feet;  16:33:23
25  correct?                                  16:33:31

**196**

1      A.   Yes.                              16:33:31
2      Q.   All right.  Do you know whether  16:33:32
3  the 5.9 feet of water that existed at     16:33:39
4  Ms. Richardson's house before 10:00 a.m., do you  16:33:52
5  know how high that got inside the first floor of  16:33:59
6  Ms. Richardson's house?                   16:34:02
7      A.   If we have the data relative to  16:34:11
8  her house there then, yes, we would.       16:34:13
9      Q.   Let's see if we can find something  16:34:30
10  in your -- would you agree with me        16:34:33
11  Ms. Richardson's house is closer to the    16:34:44
12  Mississippi River than it is to Florida Avenue?  16:34:47
13      A.   Yes, I would.                     16:34:54
14      Q.   Would you agree with me that the  16:34:55
15  level of the ground in the Lower Ninth Ward  16:34:59
16  tends to be higher as you approach the     16:35:03
17  Mississippi River than it is as you approach  16:35:06
18  Florida Avenue?                           16:35:12
19      A.   Yes, it is.                       16:35:12
20      Q.   All right, here we go.  I'm going  16:35:14
21  to ask you to take a look at Exhibit 5 to your  16:35:30
22  report.  You will observe that Ms. Richardson's  16:35:34
23  home is located in the Lower Ninth Ward between  16:35:44
24  Claiborne Avenue and St. Claude Avenue; right?  16:35:49
25      A.   Let me pull out my Exhibit 5.   16:35:53

**197**

1      Q.   Yours is brighter than mine.  All  16:36:22
2  right.                                    16:36:27
3      A.   It's not a copy, it's an original.  16:36:29
4      Q.   Looking at Exhibit 5 to your     16:36:32
5  deposition, can you tell me approximately what  16:36:35
6  is the ground level at Ms. Richardson's home?  16:36:37
7      A.   It is somewhere probably          16:36:54
8  between -- it's probably close to sea level.  16:37:01
9      Q.   All right.                        16:37:04
10      A.   Close to zero.                    16:37:05
11      Q.   Close to zero.  I thought that was  16:37:06
12  where it was going to be.  I'm glad we were able  16:37:10
13  to figure that out.                       16:37:13
14          Now, if the ground level at her  16:37:14
15  home is close to zero, do you know what the  16:37:17
16  first floor elevation is at her house?    16:37:21
17      A.   I don't have it in front of me,  16:37:23
18  no.                                       16:37:25
19      Q.   You would agree with me whatever  16:37:25
20  the first floor elevation is it's going to be  16:37:27
21  higher than zero; right?                  16:37:30
22      A.   That's right.  It could be at the  16:37:32
23  ground level or above.                    16:37:34
24      Q.   Somewhere above.  What your       16:37:35
25  modelling shows is that the water depth in  16:37:38

198

1    NAVD --                        16:37:41
2        A.   That's not NAVD.  It is the model      16:37:42
3    running this is just depth, there is no data.      16:37:47
4        Q.   It is 5.9 feet deep at her house;      16:37:50
5    right?                        16:37:55
6        A.   Right.                16:37:55
7        Q.   And that means that you wouldn't      16:37:56
8    expect the water level, the depth of water at      16:38:02
9    her house to be reaching up to her attic at      16:38:06
10   10:00 in the morning; right?            16:38:10
11       A.   This is pretty much -- yeah, the      16:38:13
12   downstairs.  If the topography is right.      16:38:17
13       Q.   If Mr. Richardson is in his attic      16:38:20
14   at 10:10 a.m. he shouldn't drown; should he?      16:38:23
15       MR. GILBERT:  Object.  Object.      16:38:27
16   You can answer, subject to the objection.      16:38:31
17       THE WITNESS:  Are you asking me      16:38:33
18   whether he drowned or not?            16:38:34
19   BY MR. RAFFMAN:                16:38:36
20       Q.   I'll represent to you he did      16:38:36
21   drown.  My question is if he's in his attic at      16:38:39
22   10:00 in the morning he shouldn't have drown;      16:38:43
23   right?                        16:38:48
24       MR. GILBERT:  Same objection,      16:38:48
25   similar reasons.                16:38:49

199

1        THE WITNESS:  I can't answer that,      16:38:50
2    I don't know.                  16:38:51
3    BY MR. RAFFMAN:                16:38:53
4        Q.   Do you have an opinion, as we sit      16:38:56
5    here today, whether Mr. Richardson would have      16:38:58
6    drowned if only the water that reached his home      16:39:02
7    before 10:00 from the Inner Harbor Navigation      16:39:05
8    Canal arose to the level of 5.9 feet and not      16:39:10
9    higher?                       16:39:16
10       MR. GILBERT:  Let me just object      16:39:17
11   because I think that is creating testimony where      16:39:19
12   there was none.  This is a model.  You can      16:39:22
13   answer, if you can.                16:39:27
14       THE WITNESS:  I don't have an      16:39:28
15   opinion on what happened.            16:39:29
16   BY MR. RAFFMAN:                16:39:32
17       Q.   Well, you proffer a model to show      16:39:32
18   that the level of water at Mr. Richardson's home      16:39:34
19   or Mrs. Richardson's home at 10:00 in the      16:39:39
20   morning was 5.9, the water depth was 5.9 feet.      16:39:42
21   Are you going to proffer that model?      16:39:47
22       A.   Yeah.                16:39:52
23       Q.   You're going to represent to the      16:39:52
24   court 5.9 feet is the accurate depth of the      16:39:55
25   water at the Richardson's home at 10:00; right?      16:39:58

200

1        A.   That's what the model is      16:40:02
2    predicting, yes.                16:40:04
3        Q.   If the model is correct, the IHNC      16:40:07
4    flood waters rose to 5.9 foot level and then      16:40:10
5    held steady until the MRGO waters arrived?      16:40:15
6        A.   The staged hydrograph shows      16:40:19
7    leveling off for about 30 minutes and then an      16:40:22
8    increase again up to close to ten feet in depth.      16:40:25
9        Q.   The increase is associated with      16:40:30
10   the arrival of the water from the MRGO; right?      16:40:32
11       A.   A combination of the waters still,      16:40:37
12   yes, I'll agree with you on the MRGO's waters,      16:40:41
13   yes.                          16:40:45
14       Q.   Okay.  In the time -- as you've      16:40:46
15   portrayed it, it's the -- assuming that the      16:40:49
16   level of the Richardson's attic is higher than      16:40:57
17   six feet, it's the arrival of the MRGO water      16:41:01
18   that pushes it to a level that can get inside      16:41:05
19   his attic; right?                16:41:08
20       A.   I have no knowledge of where the      16:41:10
21   level of his attic is.              16:41:15
22       Q.   Okay.  Since I took your      16:41:19
23   deposition in September of 2008, have you done      16:41:31
24   any other work modelling flooding from      16:41:34
25   hurricanes?                     16:41:39

201

1        A.   We were very involved during      16:41:41
2    Hurricane Ike.  I did a substantial amount of      16:41:44
3    work for FEMA directly on the Hurricane Ike      16:41:49
4    storm surge information a tremendous amount of      16:41:53
5    success stories published of our work by FEMA,      16:41:58
6    as well, or Hurricane Ike, so I guess my answer      16:42:02
7    is yes, we have.                16:42:05
8        Q.   What model did you use to do      16:42:07
9    Hurricane Ike?                  16:42:10
10       A.   Hurricane Ike we did an actual      16:42:12
11   emergency management operation model.  It's very      16:42:16
12   intriguing analysis, it's called Hazus,      16:42:22
13   H-A-Z-U-S, and one of very few firms across the      16:42:30
14   United States populate a model when the      16:42:36
15   hurricane is about five days out and based on      16:42:39
16   the projection of where the National Weather      16:42:43
17   Service or the National Hurricane Service tracks      16:42:47
18   a hurricane it feeds into our models that we're      16:42:49
19   able to project economic damage and that way      16:42:53
20   mayors, communities can begin to understand and      16:42:57
21   plan for the evacuation.  And as the hurricanes      16:43:00
22   come in closer that we're able to give them      16:43:05
23   information related to damages, as well as storm      16:43:09
24   surge related information.            16:43:14
25       Q.   The work that you did in      16:43:15

**202**

```
1   connection with Hurricane Ike is not a drainage      16:43:17
2   model like you did in this case?                     16:43:19
3       A.   It is not an interior drainage              16:43:21
4   analysis, okay, but we've done other studies         16:43:24
5   related to when the rainfall did come in.  It        16:43:27
6   didn't produce as much rainfall damage, flooding     16:43:32
7   damage.                                              16:43:36
8           I will mention that FEMA has                 16:43:41
9   recently contracted us to do storm surge for all     16:43:44
10  Hurricane Ike.                                       16:43:48
11      Q.   What are you going to use to do             16:43:49
12  storm surge for Hurricane Ike?                       16:43:53
13      A.   Maybe SOBEK.  We're going to take           16:43:56
14  a look.                                              16:43:58
15          MR. RAFFMAN:  I think that                   16:44:04
16  concludes my questions.  I --                        16:44:05
17          MR. GILBERT:  Give us a couple               16:44:11
18  minutes.                                             16:44:12
19          MR. RAFFMAN:  All right.  That               16:44:13
20  concludes my questions.                              16:44:14
21          MR. GILBERT:  A couple minutes to            16:44:15
22  go off the record.                                   16:44:18
23          THE VIDEOGRAPHER:  Are we                    16:44:20
24  concluding the deposition?                           16:44:21
25          MR. GILBERT:  No.                            16:44:23
```

**203**

```
1           THE VIDEOGRAPHER:  We're going off           16:44:25
2   the record at 4:45 p.m.                              16:44:27
3           (A brief recess was taken.)                  16:44:30
4           THE VIDEOGRAPHER:  We are back on            16:53:05
5   the record and the time is 4:55 p.m.                 16:54:57
6                                                        16:55:01
7           EXAMINATION                                  16:55:01
8                                                        16:55:01
9   BY MR. GILBERT:                                      16:55:01
10      Q.   Brian Gilbert on behalf of the             16:55:03
11  Plaintiffs.  I have a couple questions, maybe        16:55:06
12  just one question for Mr. Spinks.                    16:55:08
13          I'm referring to Figure 3 of                16:55:12
14  Exhibit J to your report, Mr. Spinks, and it is      16:55:15
15  modeled water depth hydrograph for 1321 Egania       16:55:24
16  Street.  Do you see that document?                   16:55:29
17      A.   Yes, sir.                                   16:55:31
18      Q.   Am I understanding this document           16:55:32
19  correctly that sometime shortly after 10:00          16:55:34
20  water from the MRGO increased the flood height       16:55:37
21  at this location approximately four and some odd     16:55:41
22  decimal point of feet; is that correct?              16:55:45
23      A.   Yes.                                        16:55:49
24      Q.   Do you have any opinion or                 16:55:50
25  information as to what the water height would        16:55:56
```

**204**

```
1   have been at this location had the Industrial        16:55:59
2   Canal not breached?                                  16:56:03
3       A.   No, I do not.  I mean we have run           16:56:16
4   some scenarios to look at that nonbreaching of       16:56:21
5   the Industrial Canal.                                16:56:24
6       Q.   Would it be -- I'm sorry.                   16:56:27
7       A.   Given we have some scenarios we            16:56:30
8   can make some -- derive some information related     16:56:33
9   to that scenario from there.                         16:56:37
10      Q.   Is it a fair interpretation of             16:56:39
11  this same document, this same Figure 3, that the     16:56:41
12  water would have been 4.1 feet if it only had        16:56:44
13  come from the MRGO and nothing from the              16:56:49
14  Industrial Canal?                                    16:56:53
15      A.   We would need to look at that              16:57:08
16  scenario specifically to do a hydrograph without     16:57:10
17  the IHNC or without MRGO flood waters or without     16:57:14
18  IHNC's flood waters from the breaches in order       16:57:19
19  to give you that determination.                      16:57:23
20      Q.   Without doing that, can you tell           16:57:28
21  me had the MRGO canal not breached, what time       16:57:31
22  the MRGO waters would have first appeared at         16:57:41
23  this location?                                       16:57:54
24      A.   Most likely it would have been             16:58:34
25  somewhere between -- I'm just going to say 10:00     16:58:37
```

**205**

```
1   and 11:00 based on the water depth charts.           16:58:42
2       Q.   Okay.  Without knowing what height         16:58:49
3   it would have been without a breach of the           16:58:51
4   Industrial Canal, are you able to say how            16:58:57
5   quickly the MRGO water alone would have reached      16:58:59
6   its maximum height or depth?                         16:59:05
7       A.   It would have reached the area at          16:59:14
8   about 10:00 a.m., according to our Figure 15,        16:59:18
9   with the water depth about six feet and then it      16:59:24
10  would have reached its maximum height somewhere      16:59:28
11  between 2:00 and 3:00 p.m. at the location.          16:59:31
12      Q.   So about four or five hours after          16:59:35
13  it first appeared at that location?                  16:59:37
14      A.   Yes.                                        16:59:39
15          MR. GILBERT:  That's all.                    16:59:40
16          MR. RAFFMAN:  I do have a couple             16:59:46
17  follow-up questions.                                 16:59:47
18                                                       16:59:47
19          EXAMINATION                                  16:59:47
20                                                       16:59:47
21  BY MR. RAFFMAN:                                      16:59:47
22      Q.   Just a moment ago as Mr. Gilbert           16:59:51
23  was asking you about your hydrograph for            16:59:53
24  Josephine Richardson in Figure 3 of Appendix J,     16:59:58
25  you answered his question by reference to the        17:00:02
```

206

1   staged hydrograph in Figure 15 of your report;   17:00:06
2   is that correct?   17:00:10
3      A.   Correct.   17:00:10
4      Q.   So you drew a reference point from   17:00:11
5   Figure 15 to help you answer a question about   17:00:15
6   Josephine Richardson; right?   17:00:18
7      A.   Correct.   17:00:21
8      Q.   Now, in Figure 15 what you've   17:00:21
9   shown is that the maximum water level without   17:00:24
10   the Inner Harbor Navigation Canal is the same as   17:00:29
11   the maximum water level from all causes; right?   17:00:34
12      A.   Repeat that one more time.   17:00:45
13      Q.   In Figure 15 the maximum water   17:00:48
14   level that you've shown for the MRGO breaches   17:00:50
15   only is the same as the maximum water level for   17:00:54
16   all causes; is that right?   17:00:58
17      A.   At that 2:00 time period, yes.   17:01:00
18      Q.   For Josephine Richardson, as well,   17:01:03
19   you would by analogy conclude that as of 1:00 or   17:01:06
20   2:00 in the afternoon the maximum water level   17:01:10
21   that's reached at Ms. Richardson's house would   17:01:13
22   be the same with or without the IHNC breaches;   17:01:16
23   right?   17:01:21
24      A.   Correct.   17:01:22
25      MR. RAFFMAN:  That's the last   17:01:23

207

1   question I have.  Thank you.   17:01:25
2      THE VIDEOGRAPHER:  Both parties   17:01:28
3   agree to conclude this deposition?   17:01:30
4      MR. RAFFMAN:  Are you going to   17:01:32
5   read and sign, Brian.   17:01:34
6      MR. GILBERT:  Yeah.  Why don't we   17:01:35
7   do that.   17:01:37
8      THE VIDEOGRAPHER:  Having heard   17:01:38
9   the approval of counsel to go off the record at   17:01:39
10   this time, this concludes the deposition of   17:01:42
11   Melvin Spinks, consisting of five tapes and the   17:01:44
12   time is 5:02 p.m.  Master video videotapes will   17:01:47
13   be retained by Veritext New York.  If additional   17:01:52
14   copies of this deposition are desired they may   17:01:55
15   be obtained by calling Veritext at 973.410.4040.   17:02:00
16   We are off the record.   17:02:18
17      (Signature not waived.)   17:02:22
18      (Whereupon, at 5:02 p.m., the
19   deposition was concluded.)
20
21
22   _____
22      MELVIN SPINKS
23   Subscribed and sworn to before me
23   this _____ day of _____, 2009.
24
25   _____
       NOTARY PUBLIC

208

ACKNOWLEDGMENT OF DEPONENT

        I do hereby acknowledge that I have
read and examined the foregoing of the
transcript of my deposition and that:

        (Check appropriate box):

        ( ) the same is a true, correct and
complete transcription of the answers given by
me to the questions therein recorded.

        ( ) except for the changes noted in
the attached errata sheet, the same is a true,
correct and complete transcription of the
answers given by me to the questions therein
recorded.

_____   _____
DATE            SIGNATURE

209

CERTIFICATE OF NOTARY PUBLIC
        I, Paula G. Satkin, the officer before whom
the foregoing proceedings were taken, do hereby
certify that the witness whose testimony appears
in the foregoing proceeding was duly sworn by
me; that the testimony of said witness was taken
by me in stenotype and thereafter reduced to
typewriting under my direction; that said
proceedings is a true record of the testimony
given by said witness; that I am neither counsel
for, related to, nor employed by any of the
parties to the action in which these proceedings
were taken; and, further, that I am not a
relative or employee of any attorney or counsel
employed by the parties hereto, nor financially
or otherwise interested in the outcome of the
action.

My commission expires October 31, 2010.

_____
        PAULA G. SATKIN
    Notary Public in and for the
        District of Columbia

53 (Pages 206 to 209)