# Expert Report

### of

# Robert Glenn Bea, Ph.D., P.E.

Prepared for

## Goodwin Procter LLP

901 New York Avenue NW

Washington, D.C. 20001

Moraga, California

August 3, 2009



U.S. Dist. Ct. E.D. La.
No. 05-4182(K)(2) -- BARGE

DX 206

Robert G. Bea, under penalty of perjury, states as follows:

1.      This Expert Report has been prepared for Goodwin Procter LLP and contains my forensic engineering findings, opinions and conclusions relative to the causes of the two breaches (North Breach and South Breach) that occurred in the New Orleans Hurricane Protection System (NOHPS) along the east bank of the Inner Harbor Navigation Canal (IHNC) adjacent to the Lower 9th Ward during Hurricane Katrina on August 29, 2005. In particular, this Expert Report will address allegations concerning the cargo barge ING 4727 which I conclude was not a cause of either of the two breaches. If called to testify, I could and would testify competently as follows:

2.      My Expert Report is divided into four sections. Section I provides an overview of my qualifications to serve as an expert on the issues discussed herein. This section also provides a history of my involvement in forensic engineering studies of the failures in the NOHPS during hurricane Katrina. Section II provides a summary of engineering forensic analyses to determine the causes of the breaches, failures, overtopping, and flooding that developed with respect to the hurricane protection structures along the Mississippi River Gulf Outlet (MRGO) adjacent to St. Bernard Parish (Reach 2) during Hurricane Katrina (Figure 1).  Section III summarizes the primary reasons for causation of the North Breach and South Breach at the Lower 9th Ward that developed during Hurricane Katrina. Section IV summarizes my forensic engineering investigation into the role of the cargo barge ING 4727 in development of the North Breach and South Breach at the Lower 9th Ward. The following table of contents will serve as a guide to help reading this Expert Report.

1



**Figure 1: MR-GO Reach 1 and Reach 2 (after USACE IPET 2007).**

## TABLE OF CONTENTS

I.   BACKGROUND ............................................................................................................. 3

  Qualifications.............................................................................................................. 3

  History & Summary of Forensic Engineering Investigations................................ 8

II.  FORENSIC ENGINEERING INVESTIGATIONS OF THE MRGO REACH 2
FLOOD PROTECTION STRUCTURES....................................................................... 22

  Field Studies ............................................................................................................. 22

  Deleterious Effects of the MRGO ........................................................................... 23

  Performance of the MRGO Reach 2 Flood Protection Structures........................ 35

III. FORENSIC ENGINEERING INVESTIGATIONS OF THE LOWER 9TH WARD
FLOOD PROTECTION STRUCTURES....................................................................... 39

Summary .......................................................................................................... 39

Multi-Modal Failure & Uncertainty Analyses ............................................... 41

North Breach Development ............................................................................. 45

South Breach Development ............................................................................. 48

IV.  FORENSIC ENGINEERING INVESTIGATIONS AND CONCLUSIONS

REGARDING CARGO BARGE ING 4727 ...................................................... 50

Failure Modes Involved in Development of the North and South Breaches ............... 50

The Role of the ING 4727 Cargo Barge ........................................................ 52

Other Cargo Barges Impact Floodwalls and Do Not Cause Breaches ......................... 57

V.    REFERENCES ...................................................................................... 68

# I.   BACKGROUND

## Qualifications

3.      I have devoted the past two decades of my professional career to research associated with the catastrophic failure of engineered systems. This work has involved detailed studies and investigations of more than 600 major accidents, failures, and disasters associated with complex engineered systems. The research has focused primarily on interactions of engineering and organizational–institutional mechanics associated with catastrophic failures. A primary objective of this work has been development, validation, and application of advanced methods for Risk Assessment and Management (RAM) of complex engineered systems during their life-cycles (concept development through decommissioning). This work has been built on my more than five decades of experience with the design, construction, operation, maintenance, and decommissioning of major engineered systems around the world.

4.      Of particular importance to my testimony is the work I have performed since August 29, 2005 to study developments associated with Hurricane Katrina and to investigate the failures of the hurricane flood protection system for the Greater New Orleans area associated with Hurricanes Katrina. During the past 47 months, I have spent approximately 10,000 pro bono hours assisting in the forensic engineering studies of the breaches, failures and gaps in the hurricane flood protection system that led to the catastrophic flooding of Greater New Orleans during and after Hurricane Katrina. In addition, I have performed studies of the USACE repairs and improvements to the existing hurricane flood protection system, their ongoing studies of the risks associated with future hurricane flood protection systems and the associations of these proposed protection systems with coastal environmental restoration.

(a)      This work has involved multiple field studies (starting 30 September 2005) in Greater New Orleans, interviews of people with extensive knowledge of the history of the New Orleans flood protection system (how it was designed, constructed, operated, and maintained), and review of the primary investigations and studies that have documented this failure, including, but not limited to the following reports: (a) USACE Interagency Performance Evaluation Task Force, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, 2007; (b) D. Woolley and L. Shabman, *Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project*, Report to Institute for Water Resources of the U.S. Army Corps of Engineers, June 2008; (c) Team Louisiana, *The Failure of the New Orleans Levee System During Hurricane Katrina,* Report to Louisiana Department of Transportation and Development, 2007; (d) American Society of Civil Engineers, *The New Orleans Hurricane Protection System: What Went Wrong and Why*, 2007; (e) National Academy of Engineering and National Research Council, Committee on New

Orleans Regional Hurricane Protection Projects, Third Report, 2006; (f) Independent Levee Investigation Team, *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on 29 August 2005*, 2006; (g) National Institute of Standards and Technology, *Performance of Physical Structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Report*, 2006; (h) Federal Emergency Management Agency, *Hurricane Katrina in the Gulf Coast*, 2006; (i) Committee on Homeland Security and Governmental Affairs, *U.S. Senate, Hurricane Katrina A National Still Unprepared*, 2006; and (j) The Committee to Investigate the Preparation for and Response to Hurricane Katrina, U.S. House of Representatives, *A Failure of Initiative*, Feb. 2006.

(b)    I was a co-leader of the Independent Levee Investigation Team (ILIT) that conducted a 10-month intensive forensic study of this failure. During this time, I made eight separate inspections of the NOHPS. Since completion of the report (May 2006), I have made an additional eight inspections of the NOHPS.

(c)    I co-authored the report titled *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on 29 August 2005* (http://www.ce.berkeley.edu/~new_orleans/, November 2005 Preliminary Report, May 2006 Draft Final Report, July 2006 Final Report). I have authored and co-authored 21 refereed professional conference and journal papers  documenting this forensic engineering work.

5.    I am a professor in the Department of Civil and Environmental Engineering, and Associate Director of the Center for Catastrophic Risk Management, University of California, Berkeley. I have held this position since January of 1989. My current responsibilities include teaching at the graduate and undergraduate levels, research, and university, professional and public service. Prior to that, for seven years I held the position of Vice President and Senior

International Consultant at PMB - Bechtel's Ocean Engineering Division located in San Francisco, California. Attached hereto as Appendix A is my curriculum vitae. This is attached to support my competency to attest to the matters stated herein.

6.      I began my career in 1954 as an engineer-in-training for the U.S. Army Corps of Engineers. I was assigned to the Southern Florida Flood Control District and worked on engineering and construction of flood protection facilities (levees, drainage canals, pump stations) in the areas around Lake Okeechobee and the Everglades.

7.       In 1960, I was employed by Shell Oil Company as a coastal - offshore civil engineer. During my career with Shell Oil Company, Shell Development Company and Royal Dutch Shell Company, I worked in exploration, drilling, production, refining, transportation, engineering, construction, operations, and research.

8.      In 1965, I was Chief Offshore Civil Engineer and Manager of the Central Engineering Division for Shell Oil Company located in New Orleans. It was during that year my family lost our home in New Orleans East (Pines Village). This loss included all of our belongings due to flooding from breaches in the putative levees along the Inner Harbor Navigation Canal (IHNC) and the MR-GO – Gulf Intracoastal Waterway (GIWW) that developed during Hurricane Betsy in September 1965. At this time, I was leading engineering teams working on development of risk and reliability based criteria for design and requalification of offshore platforms and pipelines subjected to hurricanes in the vicinity of the Mississippi River Delta and elsewhere in the Gulf of Mexico.

9.      In 1977, I was appointed vice president and chief engineer of an international consulting engineering and contracting company (Woodward-Clyde Ocean Services [now URS Corporation]) that provided coastal and offshore engineering services, including hurricane

6

forecasting, development of reliability based design criteria, and engineering flood protection facilities for refineries and chemical processing plants along the Gulf coast.

10.     In 1981, I founded the Ocean Engineering Services Division of PMB and became vice president and senior international consultant for PMB – Bechtel. The Ocean Engineering Services Division offered a wide variety of engineering services world-wide that included concept development, design, construction, maintenance, and decommissioning of marine systems. Of particular importance was work performed by this Division in arctic and sub-arctic areas in development and testing of innovative systems to work in this very challenging environment. This work included development of risk and reliability based engineering design criteria for these systems.

11.     I joined the faculty of the University of California Berkeley in 1989. Currently, I am responsible for one senior capstone design course (Engineering Systems) and two graduate courses (Margins of Quality for Engineered Systems, Human & Organizational Factors in the Reliability of Engineered Systems). During the past 2 decades, my research has been focused on development of technology to address human and organizational factors in the reliability of engineered systems. This research has involved detailed analyses of more than 600 major accidents and disasters involving engineered systems, including the flooding of the Greater New Orleans area during Hurricane Katrina.

12.     I have published more than 450 technical papers in refereed journals and conferences and a similar number of technical papers, reports, and book chapters in non-refereed publications. This includes 21 refereed journal and conference papers that have addressed engineering and organizational causes of the major breaches that developed in the Greater New Orleans Area during Hurricane Katrina.

13. I have been recognized by the National Academy of Engineering, the International Energy Center, the Academy of Management, the American Society of Civil Engineers (ASCE), and American Society of Mechanical Engineers (ASME) for my pioneering contributions to development and application of advanced methods for risk assessment and management including human, organizational, and institutional factors.

14. In May 2007, I received the first University of California Berkeley Chancellor's award for research in the public interest for my work in development of understanding of the causes of the failure of the flood protection system for Greater New Orleans and for my proposals for preventing and mitigating such failures in the future. In December 2007, I received a Proclamation from the New Orleans City Council in gratitude for "research and efforts in promotion flood protection and to aid in the recovery of New Orleans and Louisiana."

15. I am a registered professional civil, structural, and geotechnical engineer (retired) in Louisiana, Texas, Florida, California, Washington, Oregon, and Alaska.

16. Additional information regarding my qualifications to perform these forensic engineering investigations is contained in my 2009 Vita (Appendix A).

## History & Summary of Forensic Engineering Investigations

17. The history of my forensic engineering investigations into the failures of the NOFPS that developed during hurricane Katrina has been divided into 4 primary phases:

a. **Phase 1** - August 2005 – November 2005 (Independent Levee Investigation Team – ILIT - initial field investigations and forensic engineering analyses),

b. **Phase 2** - November 2005 – May 2006 (ILIT additional field investigations and forensic engineering analyses),

8

c. **Phase 3** - May 2006 – March 2007 (University of California Berkeley Center for Catastrophic Risk Management field investigations and forensic engineering analyses), and

d. **Phase 4** - March 2007 – March 2009 (New Orleans Federal District Court Consolidated Katrina Litigation Expert field investigations and forensic engineering analyses).

18.     **Phase 1 -** I first learned about Hurricane Katrina on August 24, 2005 as the storm crossed the tip of Florida and headed into the Gulf of Mexico. I received a telephone call from a former student who lived in the French Quarter of New Orleans. He told me the offshore oil and gas fields had begun securing the offshore platforms and pipelines and evacuating personnel from the fields. He knew I was interested in this operation because for the previous 6 years I had been conducting research for the Gulf of Mexico oil and gas facilities operators about securing and evacuating these facilities in advance of severe hurricanes. I received another call from this former student and he told me the offshore facilities had been fully secured and evacuated by midnight August 27th – all without incident. I received another call from this same former student the afternoon of August 29th and learned that the NOHPS had failed – water was rapidly entering the French Quarter and other parts of the city.

19.     Soon thereafter, I contacted my colleague – Professor Raymond Seed – to learn what he knew about the flooding and failure of the New Orleans Flood Protection System (NOFPS). I learned that Professor Seed was organizing an investigation team to go to New Orleans and was seeking funding from the National Science Foundation (NSF) to send the first forensic engineering team to New Orleans. I asked if I could join the team and Professor Seed agreed. After repeated attempts to collaborate with the U.S. Army Corps of Engineers (USACE) in investigation of the failures of the NOFPS we finally received 'permission' from the U.S.

Army Corps of Engineers to come to New Orleans following the passage of Hurricane Rita (September 23rd). We arrived in the Greater New Orleans area on September 29th and began our forensic engineering investigations into the failures of the NOFPS. We were joined by colleagues representing the American Society of Civil Engineers (ASCE) and Team Louisiana (science and engineering team sponsored by Louisiana Department of Transportation and Development).

20.     Our initial investigations focused on the breaches that developed at the 17th Street Canal, along the London Canal, and along the IHNC (east and west sides). Subsequently, we were able to obtain access to the breaches that had developed along the MRGO, the GIWW, and the hurricane flood protection structures in New Orleans East (NOE) and Plaquemines Parish. The timing of our investigations was critical because repair and dewatering operations following Hurricanes Katrina and Rita were rapidly eradicating and obscuring evidence important to development of analyses and understanding of the causes of the failures and breaches.

21.     It was during the first week of our field investigations that we were able to obtain access to the breaches that developed at the Lower 9th Ward. The North Breach (near Florida Avenue Bridge) had a very different appearance than the South Breach (near Caliborne Avenue Bridge). Most remarkable was the large cargo barge that was inside the Lower 9th Ward adjacent to the South Breach. The first question associated with the cargo barge ING 4727 was "did it cause the failure?" During the first week of the investigation, this was a question hotly debated among members of the ILIT. The barge showed the signs of collision with the floodwall (dents and scrapes on the barge hull) and the floodwall at the south end of the South Breach clearly showed the signs of having been impacted by the barge (crushing of the concrete at the top of the wall, rust rub streaks from the hull of the cargo barge).

22.     **Phase 2 –** Following completion of the first phase of field investigations, the ILIT began assembly of background information and documentation that related to the many failures that developed in the NOFPS. This included assembly of documentation that related to the history of development – evolution of the NOFPS dating back to the early 1800's. At the same time, qualitative and quantitative analyses were initiated to further investigate the multiple potential causes of the failures and breaches. These analyses focused on both the 'engineering mechanics' and the 'organizational – political mechanics' important to development of a comprehensive understanding of the causes of the failures. By early November 2005, the Phase 2 work was completed and a preliminary report issued to the National Science Foundation (Seed et al 2005) and other sponsors of the investigation (including the University of California Berkeley the American Society of Civil Engineers). On November 2, 2005, a summary of the results from the ILIT investigations was presented to the Committee on Homeland Security and Government Affairs, U.S. Senate by Professor Raymond Seed, Principal Investigator of the ILIT (Seed 2005). Professor Seed stated:

"*Overtopping was lesser in magnitude along the Inner Harbor Navigation Channel and along the western portion of the MRGO channel, but the consequences of this overtopping were again severe. This overtopping again produced erosion and caused numerous additional levee failures. This photo shows the well know breach at the west end of the Ninth Ward. <u>We spent some time figuring out the answer to the chicken and the egg question, and it is our preliminary opinion that the infamous large barge was drawn in through a breach that was already open.</u>*" *(*Underline added for emphasis.)

23.     The Phase 2 work was completed on May 14, 2006 with delivery of the final draft report summarizing the ILIT studies of the failures of the NOFPS that developed during

Hurricane Katrina (ILIT 2006). Relative to the cargo barge found inside the Lower 9th Ward, this report concluded:

"*Figure 6.19 also shows a large steel barge that passed inward through this section, and came to rest near the southern end of the breach. This raised the question as to which came first; the barge or the breach?*"

"*Figure 6.20 shows the large barge, in its final resting position (prior to being cut apart with torches to remove it) atop a small yellow bus. This was not the initial resting location of this barge immediately after hurricane Katrina, however. Initially, after Katrina, the barge had come to rest a bit farther to the east. It was then re-floated several weeks later when the temporary breach repair failed during the second hurricane surge produced by hurricane Rita on September 24, 2005 (see Chapter 11), and came to rest at its current position at that time. The small yellow school bus also arrived between hurricanes Katrina and Rita, having been appropriated and used for interim transport and then abandoned in its location as shown.*"

"*There is a single large dent low on the side of the barge just around the left side of the bow (not quite visible in Figure 6.20), and a pronounced scrape on the bottom of the barge at that same location. Most of the concrete floodwall was failed in extension and flexure, with its reinforcing steel (rebar) fairly extended. There was one single section of wall which clearly evinced a major impact, however, and that was at the extreme southern end of the breach. Figure 6.21 shows a close-up view of the floodwall at this location. The rebar is compressed and bent, and the concrete crushed at this location. It was the consensus view of our investigation team that the barge had scraped along the wall and then impacted the end of the wall at this location.*"

12

"*As this was the extreme southern end of the very long breach; this impact was not the cause of the breach and failure.*  *Instead, the barge was apparently traveling southwards along the IHNC (driven by the prevailing storm winds at that time) and was drawn into the breach by the inflowing waters.  The barge did not enter cleanly into the breach, but struck at the south end before passing in.*"

"*That does not mean that the barge might not have struck the floodwall twice (or more times) before finally impacting the southern end of the breach, but our investigation's view is that there are other modes of failure that would have been expected to fail this section without any need for help from the barge, so that the likelihood is that the barge slipped its moorings and was eventually drawn in through a breach that was already well developed.*"(Underline added for emphasis).

24.    **Phase 3** – The Phase 1 and 2 ILIT work continued under the auspices of a research center founded by myself and Professor Seed at the University of California Berkeley after Hurricane Katrina – The Center for Catastrophic Risk Management (CCRM). Shortly after the founding of CCRM, the National Institute of Standards and Technology issued the report summarizing their forensic engineering investigations (NIST 2006). It was during this phase that we learned that the ING 4727 barge had been moored at the Lafarge terminal on the west side of the IHNC opposite the location of the North Breach. Examination of the wind velocity and direction records in the USACE IPET report indicated that until about 9:00 – 10:00 am (CDT), the wind direction in this area was not such that the barge could be driven by the wind across the IHNC to either of the breach locations (IPET 2007). The forensic engineering analyses indicated this time was well after the two breaches had fully developed and thus the barge could not have

participated in the development of the breaches. Regarding the Lower 9th Ward South Breach, this report concluded (p. 96):

> "*Also shown in Figure 4-24 is a barge that was drawn through the breach and settled on the protected side of the canal near the south end of the breach. This barge apparently impacted the floodwall at the south end of the breach (rust stain marks from the barge were observed by the ASCE team on the canal side of the floodwall), causing the concrete I-walls at this end to be broken into smaller pieces. The rest of the concrete I-walls that were part of the breached section appear to remain fully connected to the steel sheet pile even when overturned and uprooted from the embankment (Figures 4-26 and 4-27). The entire failed floodwall was pushed toward the protected side (in direction of pressure), with the concrete I-walls pointed toward the protected side direction and the steel sheet piles pointing toward the canal. <u>This suggests rotational failure caused by full outboard pressure and increased cantilever action from the loss of the supporting soil along the inboard toe due to overtopping scour as the likely mode of failure</u>.*" (Underline added for emphasis).

25.    In December 2006, a report prepared for the Louisiana Department of Transportation and Development was issued by Team Louisiana. Relative to the 2 breaches that developed adjacent to the Lower 9th Ward, this investigation concluded:

> "*Because the breaches occurred before the peak of the surge, the Lower 9[th] Ward neighborhood four feet below sea level drowned by water as high as 14 feet above sea level. Many homes were washed off their piles, while hundreds flooded almost to the roofline and thousands of people were trapped. The wave of water coming through these breaches explains the total devastation of the homes within five blocks of the breaches – devastation very similar to that, that was occurring on the Mississippi shoreline at about the same time.*

14

*Hundreds drowned in the space of about 90 minutes. <u>An empty barge floated into the south</u>* <u>*breach knocking the top 9 inches of the  concrete wall that had already failed.*</u>" (Underline added for emphasis).

26.     The investigations performed by the U.S. Army Corps of Engineers (USACE) sponsored Interagency Performance Evaluation Task Force (IPET) forensic engineering analyses concluded (Vol. V, p. 55):

"*In summary, <u>the foundation failure at the north breach on the east side of the IHNC</u>* <u>*was a result of differences between the actual conditions and assumptions used as the basis*</u> <u>*for the design.*</u> *Those differences are (1) the ground surface beyond the toe of the levee at the north breach location was lower than the landside ground surface in the design cross section, and (2) the design analyses did not consider the possibility of a gap forming behind the wall, allowing water to run into the gap and increase the load on the wall. <u> The other</u>* <u>*three breaches on the IHNC were due to overtopping and erosion.*</u>" (Underline added for emphasis).

The IPET forensic engineering analyses did not conclude that the cargo barge ING 4727 played any significant role in development of the breaches at the Lower 9th Ward.

27.     **Phase 4** – The ILIT forensic engineering investigations of the breaches that developed at the Lower 9th Ward during Hurricane Katrina continued until May 2008. The first part of the additional studies performed by the ILIT were summarized in an ASCE conference paper (Seed et al 2007):

"*One question to answer here was whether the barge caused the breach, or it was drawn in through a breach that was already open. Figure 3 shows a close-up view of the top of the concrete floodwall at the south end of the breach. The concrete floodwall along the top of the*

*sheetpile curtain across the rest of the breach was largely spalled off the tops of the sheetpiles in extension. The south end of the breach (Figure 3) was the only location where the concrete floodwall, and its rebar, were crushed by compressive impact. In addition, a large dent on the left side of the barge, near the bow, and a scrape on its based at that location, appeared to correlate well with the south end impact site. Finally, geo-forensic studies clearly show that this section would have failed without barge impact. <u>It was concluded by this investigation that the barge most likely was drawn in through a breach that was already open.</u>"* (Underline added for emphasis.)

28.     The second part of the additional studies performed by the ILIT addressed 4 different modes of failure potentially involved in development of the South Breach at the Lower 9th Ward. The results were summarized in an ASCE conference paper (Seed et al 2008):

*"The south end of the breach (Fig. 10) was the only location where the concrete floodwall was crushed by compressive impact. In addition, a large dent on the left side of the barge, near the bow, and a scrape on its base at that location, appeared to correlate well with the south end impact site shown in Fig. 10. Finally as described later, geo-forensic studies performed as part of our investigation show that this section would have been expected to fail without barge impact. <u>It was concluded by this investigation that the barge was most likely drawn in through a breach that was already open, and that it impacted at the extreme south end of the breach as it passed inland through the (already open) breach.</u>"* (underline added for emphasis).

*"In the end, it is our investigation's conclusion that a fully definitive determination cannot be made between the multiple available competing potential failure mechanisms at this site based solely on these conventional geotechnical analyses. The two leading potential*

*candidate mechanisms are: (1) overtopping, producing erosion of a trench on the rear face*

*of the concrete I-wall, and resultant lateral instability of the I-wall; and (2) underseepage-*

*induced reduction of strength in the foundation soils, and resultant lateral stability failure of*

*the inboard half of the levee embankment pushed by lateral water forces exerted against the*

*sheet pile curtain and I-wall."*

29.     In parallel with the ILIT studies performed during Phase 4, additional forensic
engineering studies were conducted by the writer for the Plaintiffs in the U.S. Federal District
Court Consolidated Katrina Litigation. Results from these additional investigations were
published in the Electronic Journal of Geotechnical Engineering in November 2008 (Bea and
Cobos-Roa 2008):

*"Hurricane Katrina surge waters produced two massive breaches on the east bank of the*

*IHNC (at the western edge of the Lower 9th Ward) (Figures 5 and 6). The larger of these two*

*breaches was the South Breach. This was a very long breach, nearly 900 ft (274 m) in length,*

*and the inrushing waters entered the adjacent Lower 9th Ward with great force, sweeping*

*many of the nearby homes from their foundations."*

*"The majority of available evidence indicates the North Breach initiated before the wall*

*was overtopped (about 5:00 am), with the breach fully developing between 6:00 and 7:00 am*

*on August 29, 2005 (Refs. 5, 7, 9, 10, 11) (Figure 7). Available evidence indicates the South*

*Breach also initiated its development about 5:00 am (overtopping started about 6:00 am).*

*The South Breach fully developed between 7:30 and 8:00 am on the same day (Refs. 5, 7, 9,*

*10, 11)."*

*"This evidence and that associated with other breaches in this area that developed*

*during hurricane Katrina indicates that it can take several hours for floodwall or levee*

breaches – failures - to fully develop. Development of a breach is most often a progressive process involving multiple interactive modes of failure and does not develop instantaneously. For example, if the process is initiated by seepage – hydraulic effects developed under the floodwall and supporting levee, the seepage will take time to develop significant water conduits and weaken or remove soil. At the same time, in response to these effects, there can be associated movements of the supporting levee. These movements can open the vertical joints in a concrete floodwall (water stops) allowing water to enter the protected area. If the supporting levee – soils differential horizontal motions are great enough these can result in separation of the steel sheet piling interlocks. Water flowing through the water stops and sheet piling interlocks can act to erode the supporting soil levee."

"Flooding can be initiated with a combination of water coming under the levee and through the opened water stops. This process was captured by a video camera during development of the breach at the 17th Street Canal (Refs. 1, 2, 3). This breach took approximately 3 hours to develop. Similar processes have been photographed during development of breaches in soil levees in other areas initiated by seepage and under-base hydraulic effects."

"There can be similar developments when the progressive failure process is initiated by or accompanied by overtopping. Overtopping a levee or floodwall can lead to erosion on the back or protected side. If the protected side of the floodwall is not provided with erosion protection (as was the case for all of the flood protection I-walls in the Greater New Orleans Area – including those at the Lower 9th Ward), erosion can act to remove supporting soils. Many such features were observed along the flood protection structures bordering the IHNC. The erosion takes significant time (hours) to develop in depth and width (Refs. 5,7,8,9). The

*time to develop significant erosion will be function of the impact of the water on the soil (water vertical velocity and pressure effects developed in the soils) and the soil erosion resistance characteristics (well compacted cohesive soils are highly erosion resistant; loosely compacted sandy soils are highly erosive). If the floodwall is progressively tipping under the water forces and levee – supporting soil movements, there will be a progressive widening in the erosion or scour trench. If the erosion process removes enough of the supporting soils, the floodwall and supporting sheet piling subjected to lateral forces from the water can tip over. The overtopping mechanisms can interact with the previously discussed mechanisms that are not dependent on overtopping."*

*"Available information indicates that all of the foregoing mechanisms were operative in development of both breaches at the eastern side of the Lower 9th Ward. <u>In addition, another mechanism – contributor[1] – was present: the Ingram barge (ING 4727) found inside the South Breach at the Lower 9th Ward. Although this mechanism is not a primary subject of this paper, the work summarized herein, and the forensic investigations of the U.S. Army Corps of Engineers (USACE, Ref. 5), Independent Levee Investigation Team (ILIT, Ref. 7), and Team Louisiana (Ref. 11) indicate that the ING 4727 barge was a victim, not a cause of the South Breach. This evidence indicates the barge arrived in the last stages of development of the South Breach.</u>"* (Underline added for emphasis).

*"These observations and analytical results clearly show that the EBIA excavations and Marsh permeabilities played key roles in the hydraulic behavior and instability of the breaches along the East levee of the IHNC-Lower 9th Ward. Because of the inherent uncertainties associated with the Marsh permeability a wide range of permeabilities ($10^{-3}$ to*

---

[1] Contributor – participating and resulting in localized damage at south end of South Breach after it had formed.

19

$10^{-6}$ *cm/s) were used to characterize the Marsh deposit and compute the response of the levee and underlying materials."*

*"The South and North breaches were modeled using two-dimensional finite element and limit equilibrium analyses and incorporated two main differences with published analyses (ILIT, IPET). The first was the presence of excavations on the EBIA side of the levee - floodwall. Previous analyses did not include the effect of the very deep excavations that took place along the EBIA during the 1990s. The influences of the EBIA excavations on the levee response to the storm surge is that it brings the IHNC effectively to the waterside toe of the levee. The 100 ft to 200 ft (30.5 m to 61 m) between the levee and the shore of the canal were effectively reduced to a couple of tens of feet, meaning that the full hydraulic load of the surge in IHNC was directly applied below the toe of the levee. The second was generation of pore pressure and associated seepage through the waterside gap formed between the sheet pile and the embankment as the surge rose in the IHNC."*

*"The seepage analyses show that pore pressures develop quickly and near-steady state conditions are reached within less than 30 hours of the initiation of the surge starting on August 28, 2005. Calculated pore pressures and hydraulic gradients are within 20% to 30% of those computed for a hypothetical steady state at the water elevation at time of failure - between +9 ft and +10 ft (2.8 and 3.1 m) for the North Breach, and between +12 ft and +14 ft (3.7 m and 4.3 m) for the South Breach. Results from recent studies indicate that the two-dimensional seepage analyses will produce conservative results compared with the three-dimensional conditions – the two-dimensional analyses will produce underestimates of the hydraulic effects."*

*"The different relative permeabilities considered between Marsh and surrounding soils yield differences of pore pressure in the weaker soil layers that control lateral stability (e.g. Marsh layers).   Higher permeabilities in the Marsh layers give slightly larger pore pressures, and consequently reduce the effective stresses that control soil shear strengths. Another factor influenced by increased pore pressures is the potential for "blowout" failures.  This type of failure can be produced by uplift pressures that are equal or larger than the in-situ overburden stresses; the case was evidenced more critically at the North breach, at the thin clay layer located on the landside toe of the levee."*

*"The analytical results developed as a result of this study differ from the ILIT (2006) and IPET (2007) results.  The main differences are the recognition of the presence of the EBIA excavations and the transient seepage model considered the gap being opened and transporting water heads directly to the back of the sheet-pile, thus applying "instant" pressures at the tip of the sheet-piles.  This is why more than 80% of the steady state pressures are developed within the system, compared with the 60% to 70% calculated by the IPET.  Seepage modeling performed by the ILIT did not consider the formation of the gap in the subsurface soil seepage and pressure calculations (it was only considered as a lateral force for stability calculations)".*

*"The breaches along the East side of the IHNC-Lower Ninth Ward during Hurricane Katrina were influenced in major ways by the EBIA excavations performed for the USACE IHNC navigation Lock Expansion Project. These excavations resulted in facilitating significant increases in the hydraulic conductivity and porewater pressure development paths. This led to much quicker and greater increases in seepage pressures and hydraulic gradients and led to decreases in the lateral resistance of the levee – floodwall sections."*

21

*"Due to the large influences of hydraulic conductivity and lower lateral stability of the floodwall – levee section, the North Breach developed well before overtopping. The results summarized herein and detailed by Bea and Cobos-Roa (Ref. 3) indicate that the North Breach initiated its development at approximately 5:00 am. These results also indicate that the North Breach completed its development with the surge elevation at +9 to +10 ft (2.8 to 3.1 m) at 6:00 am to 7:00 am. The peak surge of + 14.5 ft (4.4 m) during Hurricane Katrina developed about 9:00 am."*

*"The South Breach developed after overtopping. The results summarized herein and detailed by Bea and Cobos-Roa (Ref. 3) indicate that the South Breach initiated its development at approximately 5:00 am. These results also indicate that the South Breach completed its development with the surge elevation at +13 to +14 ft (4.0 to 4.3 m) at 7:30 am to 8:00 am."*

## II.   FORENSIC ENGINEERING INVESTIGATIONS OF THE MRGO REACH 2 FLOOD PROTECTION STRUCTURES

### Field Studies

30.      I first arrived in New Orleans as a member of the National Science Foundation and University of California sponsored Independent Levee Investigation Team (ILIT) on September 30 2005.  Figure 2 depicts the locations of the major breaches and failures that I have studied (ILIT 2006). During the past three and one half years, I have made multiple field trips and performed investigations of the major breaches and failures responsible for flooding the Greater New Orleans area. These trips have included study and investigations of the repair and re-construction work that has been performed on these breaches and failures. I am not aware of any other civil engineer who has devoted more time to, or written more professional articles and

papers concerning the performance of the man-made flood protection features along Reach 1 and

Reach 2 of the MRGO.



Figure 2: Summary of principal failures, breaches, and distress features with identification of the two breaches at the Lower 9th Ward adjacent to the IHNC (base map provided by USACE, ILIT 2006).

## Deleterious Effects of the MRGO

31.     It is my conclusion, based on my experience, my observations and analyses, and my forensic engineering studies, that the cumulative adverse effects associated with design, construction, maintenance, and operation of the MRGO Deep Draft Navigation Channel from 1958 to the date of Hurricane Katrina were a primary cause for the failure of the man-made flood

protection structures along Reach 2 of the MRGO. Analyses of the contributions to flooding of the Lower 9th Ward of these failures indicate that the adverse effects of the MR-GO Reach 2 flood protection facilities that defended the eastern perimeter of the Lower 9th Ward – St Bernard 'polder' added 4 to 12 feet of additional floodwater at the Lower 9th Ward (Wit et al 2008). Given that the historic adverse effects of the MR-GO had been mitigated including a surge protection gate installed at the 'throat of the funnel' (intersection of MR-GO and GIWW), the forensic engineering work summarized in this declaration, shows there would not have been breaching of the floodwalls at the Lower 9th Ward and there would not have been any significant flooding from St Bernard Parish.

32.     The MRGO Deep Draft Navigation Channel's cumulative negative effects, included loss and repression of natural wetland buffer and vegetation buffers, the magnification of the waves in the deep channel, the accelerated and increased subsidence of the levee's crest elevation, and the rapid storm surge delivery (elevations, volumes, durations). These cumulative adverse effects were primary causes of the breaching of man-made flood protection structures in the vicinity of the MR-GO (Figure 3).



Figure 3: MRGO Deep Water Navigation Channel's cumulative negative effects (Times Picyaune graphic 2006).

33.  **Loss of Existing Wetlands** - Selection of land route for the MRGO Deep Draft Navigation Channel and subsequent salt water intrusion and channel erosion caused catastrophic damage to existing trees, swamp, and wetland vegetation, ground cover, and inhibited the natural sustenance of these features after channel construction was completed (Figure 4).  This damage

and the absence of sufficient sustenance significantly reduced the areas natural ability to reduce surge heights and wave action.

34.     **Channel Growth** – The MRGO channel was allowed to grow to several times its originally authorized width (Figure 5). Maintenance dredging and dredging to provide a source of material for construction of the earthen man-made flood protection structures contributed to this growth as did wave erosion of the channel banks. The growth of the channel had multiple negative environmental impacts including development of a hydrologic system that facilitated salt water intrusion, encroachment of the channel banks into areas near the man-made flood protection structures thereby threatening their performance, and development of a wide and deep water body that would intensify hurricane surge, currents, and waves.

35.     **Wave Magnification** - The fact that the channel was allowed to grow to several times the authorized size caused it to serve as a wave regeneration basin during Hurricane Katrina.   The regenerated waves at the MRGO Reach 2 flood protection structures were significantly larger and more powerful than they would have been had the pre-channel wetlands and vegetation been present (Figure 6).   The contribution to the destruction of the man-made flood protection structures caused by waves, which were larger and more powerful than they would have been had the natural vegetation be present, was a direct cause of flooding due to the MRGO channel.

36.     **Accelerated and Increased Settlement** - The close proximity of the deep water MRGO navigation channel to the MRGO hurricane flood protection structures increased settlement (due to soil creep and 'squeezing') and loss of levee crest elevation (Figure 7).   The proximity of the MR-GO channel to the hurricane flood protection structures also threatened their stability. The low areas of the levee crest had an increased exposure to both erosive wave

action and overtopping.  Many of the portions of the levee that were the lowest at the time of Katrina experienced the most breaching.  This series of connections provides a direct link between the MRGO channel and the flooding of populated areas.

37. **Intensified Storm Surge Delivery** - The route selection of the MR-GO Deep Draft Navigation Channel created an artificial 'Funnel' shape, and served as a direct deep water conduit to the open ocean (Figure 8).  The direct connection and funnel geometry caused earlier, increased, and prolonged propagation of storm surge.  The deep water channel served as a conduit which carried the storm surge water into the St. Bernard Parish, New Orleans East, and IHNC areas earlier, more rapidly, in greater volumes, and for a longer time period than the natural vegetation would have allowed in absence of the MR-GO channel.

38. **The Legacies of the MRGO -** It is important to note that had the Reach 2 of the MRGO Levee merely been overtopped, without major breaching, Chalmette and St. Bernard Parish would not have been flooded by storm surge waters (Figure 9).  The volume of water from overtopping would not have overtopped the Forty Arpent levee.  Peak storm surge heights, above the height of the MRGO Levee, only existed for a few hours.  If the Reach 2 MRGO earthen hurricane flood protection structures had withstood this brief peak water level, as did many other levees in the area which were not subjected to all of the negative impacts of the MRGO channel, much of the flooding of the populated areas would not have occurred.

39. The cumulative and multiple adverse effects of the MRGO resulted in exposing the man-made flood protection structures adjacent to Reach 2 of the MRGO to the open waters of the Gulf of Mexico. These man-made flood protection structures were originally designed and constructed as a 'backwater' protected hurricane flood protection system. The dramatic changes in the natural environment in which the Reach 2 man-made hurricane flood protection system

27

was designed and constructed were not properly recognized and mitigated before the arrival of

Hurricane Katrina.  Since the painful experiences associated with Hurricane Katrina, there have

been dramatic changes in how this hurricane flood protection system is 'viewed' and how the

current environment is being properly 'accommodated' in design and construction of the

facilities to 'Close the MRGO' and to re- engineer the '100-year hurricane flood protection' that

was authorized by Congress following Hurricane Betsy in 1965.



Figure 4: Destruction of wetlands caused by MRGO.



Figure 5: MRGO channel expansion.



Figure 6: Wave magnification due to MRGO.



Figure 7: Accelerated and increased settlements caused by encroachment of MRGO channel.



Figure 8: The MRGO Channel and Funnel effects on hurricane surge, waves, and currents





Figure 9: Flooding of St Bernard Parish due to Hurricane Katrina and due to Hurricane Katrina with a Neutral MRGO.

## Performance of the MRGO Reach 2 Flood Protection Structures

40.     Based on my forensic engineering studies, my fundamental conclusion is that much of (not all) the extensive (wide and deep) breaching in the Reach 2 earthen flood protection structures (Earthen Berm – Spoil Banks; EBSBs) developed during Hurricane Katrina was (most probably) initiated with water side wave erosion propagated to the final observed conditions with a combination of overflow exploitation of the wave action induced breaches by the rising surge waters and waves (Figure 10).  This early initiation and exploitation of the breaches by waves and rising surge waters explains how hurricane flood waters were able to penetrate in very large volumes at early times into Chalmette and St Bernard Parish. The breach that developed at the Bayou Dupre navigation – water control structure developed as a result of erosion and scour caused by surge waters overtopping the adjacent EBSBs. The breach that developed at Bayou Bienvenue navigation – water control structure developed as a result of hydraulic seepage and uplift pressures which caused 'blow out' conditions in the underlying shell fill and lateral instability of the sheet pile interface with the adjacent EBSB. The forensic engineering analyses I have performed concerning the failures that developed in the Reach 2 hurricane flood protection structures are summarized in Appendix B.

41.     Had the man-made flood protection structures adjacent to Reach 2 of the MR-GO been overtopped without breaching, the Chalmette/St Bernard Parish area would not have been flooded by Hurricane Katrina storm surge waters.  The volume of water from overtopping would not have overtopped the Forty Arpent levee.  Peak storm surge heights, above the height of the MRGO Reach 2 flood protection structures, only existed for a limited amount of time.  If the Reach 2 MRGO flood protection structures had withstood this brief peak water level, as did many other flood protection structures in the area which were not subjected to all of the negative

impacts of the MRGO Deep Draft Navigation Channel, much of the flooding of the populated areas would not have occurred. Because of the reduced elevations of large sections of the Reach 2 man-made earthen flood protection structures caused by the MRGO channel widening and because of the early water side wave induced breaching, the surge waters had many more hours to enter the St Bernard – Lower 9th Ward Polder causing the disastrous flooding experienced during Hurricane Katrina.

42.     To examine the impact of wave action on performance of the earthen flood protection structures one should look at the impact of overtopping without wave action on nearby flood protection structures (Figure 11).  Overtopping alone does not mean that a flood protection structure (e.g. earthen levee) will be breached or fail, as the following examples illustrate.

• The hurricane protection earthen levee south of Reach 2, in the area where the levee does not front along the deepwater navigation channel, suffered no breaching even though significant overtopping occurred in this area.  It should be noted that this section of levee is fronted by natural wetlands.

• The hurricane protection levee that fronts the eastern side of New Orleans East west of the Paris Road Bridge was severely overtopped and did not fail. This levee was protected from hurricane waves by the fronting wetlands.

• The south side of the Intracoastal Waterway levees were exposed to significant overtopping, yet no breaching occurred.

Although overtopping will contribute to flooding, overtopping alone can explain the timing, duration, and volumes of flood waters that entered the St Bernard Parish – Lower 9th Ward Polder and the New Orleans East Polder during Hurricane Katrina. This catastrophic flooding had its roots firmly embedded in the Legacies of the MRGO.

36



Figure 10: Initiation and development of wave-induced erosion and breaching of Reach 2 EBSBs.



Figure 11: Overtopping without breaching.

## III.   FORENSIC ENGINEERING INVESTIGATIONS OF THE LOWER 9TH WARD FLOOD PROTECTION STRUCTURES

### Summary

43.     Based on my forensic engineering studies, my fundamental conclusion is that the breaches that developed in the man-made flood protection structures adjacent to the Lower 9th Ward during Hurricane Katrina was most probably initiated with surge water pressures developed on the water side of the flood protection structures (concrete floodwall and supporting sheet piling) and hydraulic seepage and uplift pressures generated in the marsh layers under the soil levee (Figure 12). Early development of the high hydraulic seepage and uplift pressures was further abetted by the nearby backfilled excavations developed during the USACE Lock Expansion Project East Bank Industrial Area (EBIA) site clearing activities (Figure 12). The North Breach fully developed early (0400 – 0500 am CDT) and before overtopping by the surge waters, and the South Breach fully developed later after overtopping by the surge waters (0700 – 0800 am CDT).

44.     As the breaches evolved, differential movements of the man-made flood protection structures resulted in opening the vertical joints (water stops) between sections of the concrete floodwall. These openings allowed flood waters to enter early into the adjacent Lower 9th Ward. As the breach development – failure process further developed there were failures of some interlocks – joints – between sections of the sheet piling. <u>The cargo barge ING 4727 found inside the Lower 9th Ward adjacent to the South Breach after Hurricane Katrina entered after the North Breach and South Breach had fully developed (Figure 12).</u>



Figure 12: Mechanics of breach development at the Lower 9th Ward.

## Multi-Modal Failure & Uncertainty Analyses

45.     Associated with my forensic engineering analyses of the breaches that developed at the Lower 9th Ward during Hurricane have been explicit considerations of multi-modal time-dependent failure development processes and uncertainties associated with these processes. My experience associated with forensic engineering studies of failures of engineered structures and systems clearly indicates that in the vast majority cases, many 'modes' of failure are involved during development of a failure. A failure can be initiated by a certain mode of failure (e.g. failure of an element or component that comprises the engineered system). As the failure continues to develop and propagate within the system, other modes of failure can be activated and involved. By the conclusion of the failure, many interacting modes of failure can be involved. This sequence of interacting failure modes can be very difficult to properly understand after the failure has occurred. I have expressed this difficulty with the observation that "you can not tell which way a train went by looking at the tracks." That observation is intended to point out that other 'clues' and evidence must be gathered and properly analyzed to determine which way the train went. This is a diagnostic process focused on 'connecting the proper dots properly' to develop plausible and probable deductions of 'causes and effects' (Hale et al 1997). Developing a reasonable understanding of the failure development process is not so much about gathering data and information as it is about properly analyzing and understanding the data and information.

46.     Another part of this challenge is associated with identifying the multiple modes of failure that can be active or activated during development of a failure. Rarely is only one mode of failure present in development of failure of a complex system. I have likened this process to a 'photo finish horse race without a camera.' There are many horses (failure modes) involved

during the race (development of the failure), and at the end of the race (completed failure), there can be one or more horses that win the race. The forensic engineer does not have a camera that shows which horses were involved nor which horse or horses 'won' the failure race. As a result, generally it is not possible to develop 'unambiguous' – deterministic – characterizations of failures of complex engineered systems, particularly when they are embedded in similarly complex natural environmental systems and settings. All of the potentially active modes of failure must be recognized and analyzed to develop a realistic understanding of how a system failure develops. In addition, their potential interactions also must be recognized and analyzed. Plausibility – and coherent – bias neutralized - diagnosis processes should dominate this process.

47.     The time dependent characteristics of development of failures of engineered systems (e.g. breaches in flood protection structures) also must be understood. The last phase in development of failure of a complex engineered system can be very abrupt and happen very quickly. Generally, it is this last phase in development of the system failure that is most evident after the failure. However, analyses of the failure of many types of engineered systems – including coastal, offshore, and ocean engineered systems – clearly shows that generally the failure sequence starts with a long 'incubation period' followed by a long 'propagation period' that culminates in the abrupt final phase in evolution of the failure (Bea 2000, 2009).

48.     Uncertainties associated with forensic engineering analyses are a natural by-product associated with such investigations. Based on my previous 4 decades of work regarding the uncertainties associated with performance of engineered systems, I have organized these uncertainties into four general categories (Bea 2000, 2005, 2009): 1) Type I – inherent or natural variabilities (information insensitive), 2) Type II – model, parametric, state (information

sensitive), 3) Type III – human and organizational performance, and 4) Type IV – information development and utilization.

49.    Examples of Type I uncertainties are the strength characteristics of soils and the heights of waves (at given times and places). Examples of Type II uncertainties result from 'model limitations' (frequently expressed as 'assumptions') such as those associated with 2-dimensional analytical models when applied to 3-dimensional processes and those developing from 'static' (not time varying) analyses when applied to 'dynamic' time-dependent processes. Examples of Type III uncertainties are those associated with human and organization 'errors' (performance malfunctions) such as mistakes, cognitive malfunctions, breakdowns in communications, and intentional and unintentional violations. Examples of Type IV uncertainties include malfunctions in access, development and use of knowledge (unknown knowables) and lack of information (unknown unknowables).

50.    My work has addressed Type I and Type II uncertainties associated with the analyses of development of the North Breach and South Breach at the Lower 9th Ward . For example, the uncertainties associated with computed lateral stability Factors of Safety (ratio of system 'capacity' to 'design loading') have been explicitly analyzed; the Factors of Safety which have been reported are the Mean (average, 'best estimate') Factors of Safety. The uncertainties associated with this Mean Factor of Safety have been reported to help develop an understanding of the uncertainties associated with results from the analytical models; the computed Coefficients of Variation (ratio of Standard Deviation to Mean value) of the computed Factors of Safety are in the range of 30% to 40% (Figures 13 and 14).



Figure 13: Type I uncertainties associated with computed lateral stability Factors of Safety at the South Breach (Mean Factor of Safety = 0.91, Coefficient of Variation = 28%).



Figure 14: Type I uncertainties associated with computed lateral stability Factors of Safety at the North Breach for storm surge at 8 feet (Mean Factor of Safety = 1.2, Coefficient of Variation = 25%).

44

51.     This discussion is intended to highlight difficulties associated with 'deterministic' (did or did not, would or would not, is or is not) interpretations of results from analyses (inductive, deductive, qualitative, quantitative) of development of the breaches in the man-made flood protection structures during Hurricane Katrina. Instead, interpretations that incorporate adequate understanding of the uncertainties that are associated with the results from the <u>ALL</u> of the analyses should be developed – this represents "The End of Certainty". I have focused my linguistic terms (e.g. "would or did develop") on those results that my assessments indicate as 'best estimates' – possessing the highest likelihoods of occurrence.

## North Breach Development

52.     Figure 15 shows results of the lateral stability factor of safety (ratio of 'driving' force to 'resisting' force) for the North Breach. These factors of safety are based on the use of mean (average, expected, best estimate) values for all of the material parameters. For the case where the gap has formed and the excavation is either 60 feet from the levee – floodwall or at the toe of the levee, the factor of safety becomes less than unity (probability of failure of 50%) at a surge elevation of about + 9 to +10 feet (NGVD 88) – or about 4:00 to 5:00 am (CDT) on August 29, 2005 (Figure 16).

53.     Consideration of the multiple modes of failure involved in development of this breach, it is likely that this breach began its development two or more hours before its culmination about 5:00 am (CDT) (Figure 17). The forensic engineering analyses of the development of the North Breach (Appendix C) indicate that this breach likely initiated very early the morning of August 29, 2005 (before 3:00 am) due to underbase seepage and hydraulic uplift effects which resulted in differential movements of the concrete floodwall and opening up

of the vertical joints between the floodwall panels thereby admitting the first floodwaters to enter the Lower 9th Ward. As the sequence further developed, there was tearing of the sheet piling at the north end of the North Breach and further lateral displacement of the supporting soil levee. This sequence continued until there was a total loss of lateral stability and the breach fully developed.



Figure 15: Factor of safety (mean values) versus storm surge elevation for the North Breach.



Figure 16: Hydrographs showing measured (and photographed) water levels at gage stations along the IHNC (USACE IPET 2007)



Figure 17: Stage interior hydrographs based on eyewitness accounts and stopped clock data in Lower 9th Ward and Chalmette (IPET 2007). Site 1 is Jackson Barracks (see inset map). Sites C1 and C2 are stopped clocks along the north border of the Lower 9th Ward (lowest elevation area). Site OP-5 is the pump station located on the north side of the Lower 9th Ward.

47

## South Breach Development

54.     Figure 18 shows the calculated factors of safety (ratio of lateral 'driving forces' to 'resisting forces') based on mean (expected, average) values for all of the parameters for the South Breach for the cases of no gap formed, and the gap fully formed. Results from the analyses show that factors of safety drop below unity (probability of failure of 50%) for all cases between elevations +12 feet and +14 feet - or between 7:00 am and 8:00 am on August 29, 2005 (Figures 16 and 17). These analytical results are in agreement with available information on the response of this levee - floodwall during hurricane Katrina (IPET 2007, ILIT 2006, Team Louisiana 2007).

55.     These results indicate that the sequence of events leading to complete development of the South Breach developed after the similar sequence of events at the North Breach.  Given the elevation of the floodwall, these analytical results indicate overtopping would have been occurring during the development of this breach. Forensic engineering observations clearly indicated the erosion 'trench' adjacent to the floodwall on the protected side (ILIT 2006; IPET 2007; Team Louisiana 2007). The forensic engineering investigations (Appendix C) indicate formation of this erosion trench and its effect on lateral stability likely also played roles in development of the South Breach. However, there were similar erosion trenches along other portions of this floodwall that did not breach. Similarly, there were similar floodwalls and erosion trenches just to the north of the Lower 9th Ward (Citrus Back Levee) that did not breach. The combination of the lack of presence of the permeable buried marsh – swamp layers (Citrus Back Levee) and the lack of presence of nearby 'un-sealed' EBIA excavations (between North and South Breach sites) explained why the North and South Breaches had developed where and when they did.



Figure 18: Factors of Safety (based on mean values of input parameters) versus storm surge elevation.

56.     These analyses indicate that the lateral instability mode of failure involving the floodwall and supporting levee 'won the photo finish horse race' to develop the South Breach, this race involved several other interacting modes of failure. The factors of safety of the seepage, floodwall and supporting levee lateral stability, and the floodwall – overtopping erosion trench lateral stability modes of failure were all very close to unity at the same time (7:00 to 8:00 am). Without a 'camera' to tell which failure mode won this race, it is not possible with certainty to say which failure mode won (dominant at the time of full development of the breach). However, the outcome of this race is the same; the South Breach fully developed between 7:00 and 8:00 am as a result of the unique local conditions (Hurricane Katrina and geological – geotechnical – floodwall design, construction, and maintenance); these modes of failure did not involve interactions with or forces from the ING 4727 barge.

## IV.   FORENSIC ENGINEERING INVESTIGATIONS AND CONCLUSIONS REGARDING CARGO BARGE ING 4727

### Failure Modes Involved in Development of the North and South Breaches

57.     My forensic engineering analyses (Appendix C) of development of the North and South Breaches at the Lower 9th Ward during Hurricane Katrina show that there were multiple modes of failure involved in development of these failures (Bea and Cobos Roa 2008, Cobos Roa and Bea 2008). These failure modes include:

a)   under levee seepage and hydraulic pressure – flow gradients that could lead to localized 'blowouts',

b)   under levee hydraulic uplift pressures exacerbated by the poorly backfilled EBIA site clearing excavations,

c) overtopping erosion of the soils on the protected sides reducing the lateral capacity of the flood protection structures,

d) development of 'tension gaps' between the supporting soils and floodwall supporting sheet piling as they inclined toward the protected side under the rising surge waters in the IHNC leading to dramatic increases in the hydrostatic pressures acting on the floodwall and at the same time providing new paths for seepage and hydraulic uplift pressures

e) failure of the concrete flood wall panels and the vertical joints (water stops), and

f) failure of the sheet pile – floodwall connections or the sheet piles and their interlocks.

58.     These multiple mechanisms have been identified by the cited forensic engineering investigations of the breaches that developed at the Lower 9th Ward during Hurricane Katrina. As should be expected, there are differences in the expert opinions documented in the USACE IPET investigation (2007), the Team Louisiana investigation (2007), the ILIT investigation and subsequent studies (ILIT 2006, Seed et al 2008), and the NIST investigation (2007) concerning the 'primary mechanisms' participating in development of the North and South Breaches at the Lower 9th Ward. The primary method I have used to help me neutralize a wide variety cognitive biases that can exert important influences on results from forensic engineering investigations is one I have termed 'triangulation' (reference to the process used by surveyors and navigators to determine geographic locations). This method is based on using data, information, knowledge, analyses and conclusions (diagnoses) from as many reliable and credible sources as possible (Bea 2009). In my triangulation I have attempted to use at least 3 'independent' (not involving the same important potential biases) sources of diagnoses to help formulate and corroborate my deductions and conclusions (e.g. results from the USACE IPET, National Institute of Standards and Technology, and Congressional and White House investigations and studies of failures of the

New Orleans flood protection system during Hurricane Katrina). Given the independent sources of data, information knowledge, analyses and conclusions, if I was not able to triangulate my deductions and conclusions, then I examined the potential deficiencies that could pervade my and the other deductions and conclusions. If those deductions and conclusions were reasonable and justifiable, then I revised my deductions and conclusions and repeated the diagnostic process until I had achieved 'reasonable' agreement. I changed my diagnoses and conclusions given improved knowledge and confirmation of this knowledge by other qualified forensic engineering experts.

59.     Even though there are differences among the engineering experts involved in the major forensic engineering studies of the failures of the hurricane flood protection structures in the Greater New Orleans area during Hurricane Katrina (USACE IPET, ILIT, Team Louisiana, NIST, NRC, ASCE) concerning how and why the North and South Breaches developed, there is a unanimous opinion concerning the role played by the cargo barge ING 4727 in development of the North Breach or the South Breach - the cargo barge ING 4727 did not play any substantial role in development of these breaches and did not cause any flooding.

## The Role of the ING 4727 Cargo Barge

60.     Figure 19 shows the sheetpile curtain that had supported the floodwall at crest of the earthen levee in the vicinity of the South Breach. Note that the sheetpiles (which were cold-rolled steel sections) remained interlocked throughout the failure. The concrete floodwall is largely absent from the tops of these sheetpiles, as the sheetpiles have been stretched out (like an accordion), flattening their bent flanges in order to accommodate the extension imposed on them by the inrushing flow of surge water from the IHNC.

61.     Figure 19 also shows the cargo barge ING 4727 that passed inward through this section, and came to rest near the southern end of the South Breach. This raised the question as to which came first; the barge or the breach? Figure 20 shows the large barge, in its final resting position (prior to being cut apart with torches to remove it) atop a small yellow bus. This was not the initial resting location of this barge immediately after Hurricane Katrina, however. Initially, after Katrina, the barge had come to rest a bit farther to the east. It was then re-floated several weeks later when the temporary breach repair failed during the second hurricane surge produced by hurricane Rita on September 24, 2005, and came to rest at its current position at that time.



Figure 19: View of the south levee break at the IHNC at the Lower 9th Ward (video frame from USACE aerial survey September 14, 2005).



Figure 20: View of the large barge that entered through the south breach at the east bank of the IHNC at the south end of the Lower 9th Ward.

62. There is a single large dent low on the side of the barge just around the left side of the bow and a pronounced scrape on the bottom of the barge at that same location (Figure 21). Whereas most of the concrete floodwall was failed in extension and flexure, there was one single section of wall which clearly evinced a major impact, and that was the extreme southern end of the breach. The rebar is compressed and bent (Figure 22), and the concrete crushed at this location (Figure 23). It is important to note that forensic engineering examinations of the concrete panels at the North Breach did not disclose any evidence of local barge impact features such as were found at the south end of the South Breach.



Figure 21: Dent port side near bow of ING 4727.



Figure 22: View of crushed – impacted – concrete floodwall at the south end of the south breach at the east bank of the IHNC at the Lower 9th Ward. Scraping motion of barge over top of floodwall results in reinforcing bars pointing in direction of final location of ING 4727 cargo barge.



Figure 23: Close up photograph of crushed top of floodwall at south end of South Breach at Lower 9th Ward.

63.     As this was the extreme southern end of the very long breach, available evidence and analyses indicate that this impact was not the cause of the breach and failure (ILIT 2006; Team Louisiana 2007; USACE IPET 2007). Instead, the barge was apparently traveling southwards along the IHNC (driven by the prevailing storm winds at that time) and was drawn into the breach by the inflowing waters. The barge did not enter cleanly into the breach, but struck at the south end before passing in. Regardless of any barge impact, our investigation's view is that there are other models of failure that would have been expected to fail this section without any need for help from the barge. The most probable forensic engineering scenario is the barge slipped its moorings and was eventually drawn in through an already well developed breach.

64.     Given that the cargo barge ING 4727 most probably was able to break from its moorings at the Lafarge Terminal on the west side of the IHNC as of 9:00 am (CDT) (Cushing 2009), and that the North Breach had fully developed on the east side of the IHNC as of 5:00 am

(CDT) and the South Breach had fully developed as of 7:00 to 8:00 am (CDT), then the ING 4727 barge could not have played any substantial role in development of either of the breaches at the Lower 9th Ward. In any event, regardless of the time of the breakaway, the forensic engineering evidence and breach development analytical results indicate the barge was not a substantial contributor to either of the breaches.

65. The forensic investigations indicate that if the ING 4727 cargo barge had remained moored at the Lafarge Terminal, the North Breach and South Breach at the Lower 9th Ward would still have developed during Hurricane Katrina. That is, conditions during Hurricane Katrina were clearly sufficient to cause the IHNC floodwall failures – and did cause those failures – without assistance from the ING 4727 cargo barge.

## Other Cargo Barges Impact Floodwalls and Do Not Cause Breaches

66. Cargo barges impacted several comparable floodwalls in the Greater New Orleans Area during Hurricane Katrina (e.g. Figures 24 - 28). While in many cases, these barge impacts clearly caused localized damage, the forces were not sufficient to cause breaching or failure of the concrete floodwalls. Note that the crushing of the top of concrete wall by the cargo barge impaled on the floodwall on the north side of Bayou Bienveune (Figure 27) closely resembles the crushing of the top of the concrete wall by the cargo barge ING 4727 at the Lower 9th Ward (Figure 23). Based on these forensic engineering observations and analyses, the conclusion is if a barge strikes a floodwall that is not already failing for independent reasons, then the barge impact is not sufficient to cause a failure and breaching should not be expected to occur.



Figure 24: Four cargo barges piled against floodwall on south side of MRGO – GIWW west of Paris Road Bridge following Hurricane Katrina (looking west).



Figure 25: Four cargo barges stranded against damaged and overtopped I-wall on south side of MRGO – GIWW just south of the Paris Road Bridge (looking east, USACE IPET 2007).



Figure 26: Cargo barge impaled on top of floodwall on north side of Bayou Bienvenue navigation – water control structure.



Figure 27: Close up photograph of cargo barge at Bayou Bievenue showing crushed top of floodwall.



Figure 28: Cargo barge shoved by surge water against concrete flood wall in Plaquimines Parish.

## Critique of Engineering Investigations Performed by Marino Engineering Associates, Mr. Hector Pazos, and CivilTech Engineering

67.     Following completion of my forensic engineering studies of the performance of the hurricane flood protection structures at the Lower 9th Ward during Hurricane Katrina, I received reports authored by Marino Engineering Associates (MEA 2009), Mr. Hector Pazos (Pazos 2009), and CivilTech Engineering (CTE) that address the performance of these flood protection structures. I have summarized my critique of these reports in Appendix D.

68.     Based on geotechnical engineering analyses, MEA arrives at the conclusion that the North Breach and South Breach did not develop due to insufficient support provided by the soils that supported the floodwalls at these two locations. MEA analyses conclude that large 'factors-of-safety' of the floodwall – supporting soil system at the presumed times of failure. Given these results, MEA concludes on the basis of eyewitness testimony that the ING 4727

barge must have caused the North Breach and the South Breach. MEA does not provide any quantitative engineering analyses that are able to show that the ING 4727 barge was actually capable of causing either of the two breaches.

69.     My review of the MEA geotechnical engineering analyses of hydraulic effects and stability of the hurricane flood protection structures at the location of the North Breach and South Breach indicates they are deeply flawed. These flaws have been detailed in this Appendix. Hydraulic effects have been underestimated resulting in significant underestimates in 'demands' (imposed loadings) and overestimates of 'capacities' (resistance provided by supporting soils). In a similar ways, the MEA analyses of stability of the flood protection structures involve important underestimates of 'demands' and overestimates of 'capacities.' The end results are substantial overestimates of the associated factors-of-safety.

70.     The engineering analyses provided by Mr. Pazos are based primarily on 'selected' results he has 'extracted' from other forensic engineering studies of the development of the North Breach and South Breach. Mr. Pazos, a qualified naval architect and marine engineer, does not provide any quantitative engineering analyses showing that the ING 4727 barge was able to exert sufficient impact on the wall to cause the wall to be pushed back into the neighborhood at either the North Breach or South Breach. Instead, based on his assembly of information from other forensic engineering studies and eyewitness testimony, Mr. Pazos concludes that the ING 4727 barge impact created "gaps or openings" which in turn led to "underseepage" and then "sliding" (lateral displacement)of the soil and floodwall (page 69-70, Pazos 2009).  Again, Mr. Pazos fails to provide or perform any quantitative forensic engineering analyses that substantiate his 'inferences' (speculations).

71.     In both cases, MEA and Mr. Pazos rely principally on eyewitness testimony to support their analyses and conclusions regarding the role of the ING 4727 barge in causation of the North Breach and South Breach. The multiple on-site forensic engineering investigations I and others performed in the early days after we were able to gain access to the breach sites (September and October 2005) and the other forensic engineering investigations cited in this Declaration did not develop any similar eyewitness testimony. The very extensive and intensive investigations performed by the USACE IPET and Team Louisiana involved early interviews (September 2005) of some of the same eyewitnesses cited by MEA and Mr. Pazos. These investigations did not document a single eyewitness report of the ING 4727 barge impacting the hurricane flood protection structures during the early morning hours of August 29, 2005. I do not find this surprising given the documented poor visibility (shown by the photographs taken by the IHNC lock master - very poor due to darkness, rain, and distance), acoustic conditions (loud multi-frequency noise due to wind, rain, waves, failing infrastructure components), and psychological conditions (apprehension, panic, beliefs) that existed at the time of initiation of development of the North Breach and later the South Breach. In the early days following the flooding, there were widespread reports that the flood protection structures at the Lower 9th Ward had been "blown up" (Tara Young, *Rumor of levee dynamite persists*, The Times-Picayune, December 12, 2005). Such intentional breaching of the flood Lower 9th Ward protection structures with explosives have proven not to be true.

72.     I have personally been in such terrifying conditions during my life (e.g. in our home in New Orleans East during the Hurricane Betsy flooding). Given the very extensive multiple forensic engineering investigations that have been conducted during the past 4 years to determine how these breaches developed, it is difficult for me to understand how the activities

(features, actions, noises) attributed by the cited eyewitnesses to the ING 4727 barge causation of the North Breach and South Breach could be determined by MEA and Mr. Pazos to provide sufficient reliable evidence to conclude that the ING 4727 barge fundamentally caused these breaches. Other more plausible mechanisms have been developed, validated, and corroborated to explain how and why these breaches developed. The conclusion of these investigations is that the ING 4727 barge was a victim of the breaches, not a cause.

73.     My review of the CTE report focused primarily on the characterizations of the performance of the MRGO "Reach 2" hurricane flood protection structures adjacent to St. Bernard Parish. CTE defines a total of 35,200 feet of various sections along the "MRGO Levee" (Table 1, page 17) that initiated breaching at 5:30 am. Details are not provided in the CTE report concerning the locations, breach development times, and after breaching elevations of the Reach 2 flood protection structures. The CTE flooding analysis results indicate these details of the MRGO Reach 2 "Levee" performance are very important because the MRGO Reach 2 breaches contribute very significantly to the maximum flooding in the Lower 9th Ward (Figure 15, page 34). CTE relies on the USACE IPET evaluations of the performance of the MRGO Reach 2 hurricane flood protection structures in which the IPET attributes development of the breaches to 'surge overtopping' (IPET 2007). It is important to note that IPET had to 'adjust' the Reach 2 surge hydrographs for Hurricane Katrina to develop interior flooding hydrographs that were in reasonable agreement with the reported flooding. These 'adjusted' IPET surge hydrographs are used in the CTE flooding analyses (Figure 8, page 23).

74.     Based on my extensive forensic engineering analyses of the breaches that developed in the MRGO Reach 2 flood protection structure, Figure 29 summarizes the predominant types of breaching mechanisms involved (see Appendix B for details). The element

of importance to the CTE flooding analyses is associated with the flood-side wave attack induced breaching that developed very early (6:00 am) in these structures (identified as "front-to-back" breaching). My analyses (summarized in Appendix B) indicate that about 45% of the "Levees" breached in this manner. This breaching developed well before surge overtopping of these Reach 2 "Levees" (identified in my analyses as "EBSBs" – Earthen Berm – Spoil Banks – because they were constructed with uncompacted dredge spoil soils). This distinction is important because it explains how the large 'polder' between the Reach 2 structures and the 40 Arpent levee was able to fill very early during the onset of Hurricane Katrina. When the peak Hurricane Katrina surge arrived, very large amounts of floodwater were able to flow through the major breaches that had already developed in the "Levees", quickly overtop the 40 Arpent levee and flow rapidly into St Bernard Parish and the Lower 9th Ward.



Figure 29: Breach mechanism classification.

I declare under the penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on August 3, 2009 in Moraga, California.

Robert G. Bea, Ph.D, PE

# V.   REFERENCES

American Society of Civil Engineers (1989). <u>Guidelines for Failure Investigation</u>, Task Committee on Guidelines for Failure Investigation, Technical Council on Forensic Engineering, ASCE, Herndon, VA.

American Society of Civil Engineers (2006). "External Review Panel Progress Reports Numbers 1, 2, and 3," Letters to LTG Carl A. Strock, Herndon, VA.

American Society of Civil Engineers (2007). *The New Orleans Hurricane Protection System: What Went Wrong and Why*, Report by the American Society of Civil Engineers Hurricane Katrina External Review Panel, ASCE, Herndon, VA.

Bea, R.G. (2000). <u>Human & Organizational Factors in Design & Reliability of Offshore Structures</u>, Centre for Oil & Gas Engineering, The University of Western Australia, Nedlands, WA.

Bea, R.G. (2005). "Reliability and Human Factors in Geotechnical Engineering," Journal of Geotechnical and Geoenvironmental Engineering, Paper No. GT/04/23943m American Society of Civil Engineers, Herndon, VA.

Bea, R.G. (2006b). Human and Organizational Factors: Quality & Reliability of Engineered Systems, Vick Copy Publishers, Berkeley, CA.

Bea, R.G. (2008). "Failure of the New Orleans 17th Street Canal Levell & Floodwall During Hurricane Katrina," *From Research to Practice in Geotechnical Engineering* (Eds. J.E. Laier, D. K. Crapps, and M. H. Hussein, Geotechnical Special Publication No 180, American Society of Civil Engineers, Herndon, VA.

Bea, R.G. (2009). <u>Human & Organizational Factors: Quality & Reliability of Engineered Systems</u>, Vick Copy Publishers, Berkeley, CA.

Bea, R.G. <u>Reliability Based Design Criteria for Coastal and Ocean Structures</u>, The Institution of Engineers, Australia, Barton, ACT, Australia, 1990.

Bea, R.G. and Cobos-Roa D. (2008). "Failure of the I-Wall Flood Protection Structures at the New Orleans Lower 9th Ward During Hurricane Katrina," Electronic Journal of Geotechnical Engineering, Stillwater, OK.

Bea, R. G. and O'Reilly, D. (2008). "Discussion fo Analysis of the Stability of I-Walls with Gaps Between the I-Wall and the Levee Fill," Journal of Geotechnical and Geoenvironmental Engineering (In Press), American Society of Civil Engineers, Herndon, VA.

Bea, R.G. and Cobos-Roa, D. (2008). "Discussion of Stability of I-Walls in New Orleans During Hurricane Katrina," Journal of Geotechnical and Geoenvironmental Engineering (In Press), American Society of Civil Engineers, Herndon, VA.

Bea, R.G. and Storesund, R. (2008). "Breaching of the Mississippi River Gulf Outlet Huricane Flood Protection During Hurricane Katrina," (In Publication) Coastal Engineering Journal, Japan Society of Civil Engineers, Tokyo, Japan.

Bea, R.G., Cobos-Roa, D., and Storesund, R. (2008): "Discussion of Overview of new Orleans Levee Failures: Lessons Learned and Their Impact on Natioinal Levee Design and

Assessment," Journal of Geotechnical and Geoenvironmental Engineering (In Press), American Society of Civil Engineers, Herndon, VA.

Cobos-Roa, D. and Bea, R.G. (2008). "Three-Dimensional Seepage Effects at Three New Orleans Levee Breaches During Hurricane Katrina," (In Publication), Electronic Journal of Geotechnical Engineering, Stillwater, OK.

Committee on Homeland Security and Governmental Affairs (2006). Hurricane Katrina – A National Still Unprepared. United States Senate, Washington, DC.

Cushing  (2009). "Analysis of the Transit of the Barge ING 4727 During Hurricane Katrina and Reasons Why It Did Not Cause the Failure of the Inner Harbor Navigation Canal Floodwall," Project No. 2581, C.R. Cushing & Co., Inc., NY.

Federal Emergency Management Agency (FEMA) (2006). *Hurricane Katrina in the Gulf Coast*, FEMA 549, Washington DC, July.

Independent Levee Investigation Team (ILIT).  2006.  "Investigation of the Performance of the New Orleans Flood Protection System in Hurricane Katrina on August 29, 2005." University of California, Berkeley.  Dated July 31, 2006.  Available from: www.ce.berkeley.edu/~new_orleans.  Date accessed:  August 20, 2007.

Interagency Performance Evaluation Team (IPET).  "Post-Katrina LiDAR (Chance 2005)." Available from: https://erdcpw.erdc.usace.army.mil/LDR/mapapp/. 2005.

Interagency Performance Evaluation Team.  2007a.  "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.  Final Report of the Interagency Performance Evaluation Task Force.  Volume IV – The Storm. Final." Dated March 29, 2006.  Available from:  https://ipet.wes.army.mil/.

IPET – Interagency Performance Evaluation Task Force (2007), Final Report on the Interagency Performance Evaluation Task Force, Volume V, The Performance – Internal Drainage and Pumping.

IPET – Interagency Performance Evaluation Task Force (2007), Final Report on the Interagency Performance Evaluation Task Force, Volume II, Geodetic Vertical and Water Elevation Datums.

Kardon, J. B., Bea, R.G., and Williamson, R.B. (2006): "Validity and Reliability of Forensic Engineering Methods and Processes," Proceedings 4th Forensic Congress, American Society of Civil Engineers.

Marino Engineering Associates (MEA) (2009): *Failure Investigation of The North and South Brteaches* Along *The IHNC During Hurricane Katrina, St. Bernard Parish*, New Orleans, LA. Report to Mr. Larry Widemann prepared by Gennaro G. Marino, July 1, 2009, Urbana, IL.

National Academy of Engineering and National Research Council (NAE / NRC) (2008). Report of the National Academy of Engineering / National Research Council Committee on New Orleans Regional Hurricane Protection Projects, The National Academies Press, Washington, DC.

National Institute for Standards and Technology (2006). *Performance of Physical Structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Repor*t, NIST Technical Note 1476, Gaithersburg, MD.

Pazos, H. (2009): "Barge Case, Katrina Levee Breaches Civil Action Njo. 05-4419, OOEW Job No. 1450," Report to Gilbert, Widemann, Sanders, Khorrami & Pollard, Ocean-Oil Expert Witness, Inc, Naval Architects and Marine Engineers Marine Consultants, June 29, 2009, Neew Orleans, LA.

Seed, R.B., Nicholson, P.G., Dalrymple, R.A., Battjes, J.A., Bea, R.G., Boutwell, G.P., Bray, J;.D., Collins, B.D., Harder, LF., Headland, J.R., Inamine, M.S., Kayen, R.E., Kuhr, R.A., Poestana, J.M., Silva-Tulla, F., Storesund, R., Tanaka, S., Wartman, J., Wolff, T.F., Wooten, R.L., and Zimmie, T.F. (2005). *Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005,* Report No. UCB/CITRIS –05/01, November 17, University of California Berkeley.

Seed, Raymond, B. (2005). "Hurricane Katrina: Performance of the Flood Control System," Testimony on behalf of the NSF-Sponsored Levee Investigation Team Before the Committee on Homeland Security and Government Affairs, U.S. Senate, November 2, 2005, Washington, DC.

Seed, R. B., Bea, R. G., Abdelmalak, R. I., Athanasopoulos, A. G., Boutwell, G. P., Bray, J. D., Briaud, J. L., Cheung, C., Cobos-Roa, D., Cohen-Waeber, J., Collins, B. D., Ehrensing, L., Farber, D., Hanemann, M., Harder, L. F., Inkabi, K. S., Kammerer, A. M., Karadeniz, D., Kayen, R.E., Moss, R. E. S., Nicks, J., Nimmala, S., Pestana, J. M., Porter, J., Rhee, K., Riemer, M. F., Roberts, K., Rogers, J. D., Storesund, R., Govindasamy, A. V., Vera-Grunauer, X., Wartman, J. E., Watkins, C. M., Wenk Jr., E., and Yim, S. C. (2006), *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005,* Final Report to the National Science Foundation, under Grants CMS-0413327 and CMS-0611632, July 31, 2006, 742 p.

Seed, R.B, et al (2008). "New Orleans and Hurricane Katrina. I: Introduction, Overview, and the East Flank," J. of Geotechnical and Geoenvironmental Engineering, American Society of Civil Engineers, Vol. 134, No. 5, Herndon, VA.

Seed, R.B. et al (2008a), "New Orleans and Hurricane Katrina. I: Introduction, Overview, and the East Flank," Journal of Geotechnical and Geoenvironmental Engineering, Vol. 134, No 5, ASCE.

Seed, R.B. et al (2008b), "New Orleans and Hurricane Katrina. II: The Central Region and the Lower 9[th] Ward," Journal of Geotechnical and Geoenvironmental Engineering, Vol. 134, No 5, ASCE.

Seed, R.B.,  et al (2008). "New Orleans and Hurricane Katrina. II: The Centrral Region and the Lower Ninth Ward," J. of Geotechnical and Geoenvironmental Engineering, American Society of Civil Engineers, Vol. 134, No. 5, Herndon, VA.

Storesund, R., Bea, R.G., and Huang, Y. (2008). "Simulated Wave-Induced Erosion of the Mississippi River – Gulf Outlet Levees During Hurriane Katrina," (In Publication)

Journal of Water Ways, Ports and Harbors, and Coastal Engineering, American Society of Civil Engineers, Herndon, VA.

Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina (2006). *A Failure of Initiative*. U.S. Government Printing Office, Washington, DC, <http://www.gpoaccess.gov/congress/index.html> (Mar. 15, 2006).

Senate Committee on Homeland Security and Governmental Affairs (2006). Hurricane Katrina: *A Nation Still Unprepared*, Washington DC.

Team Louisiana (2006). The Failure of the New Orleans Levee System during Hurricane Katrina, Report to Louisiana Department of Transportation and Development, State Project No. 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,20, Baton Rouge, LA.

Townsend, F. F. (2006). *The Federal Response to Hurricane Katrina, Lessons Learned*, Report to The President of the United States, The White House, Washington, DC.

U.S. Army Corps of Engneers (USACE 2007) Interagency Performance Evaluation Task Force (IPET) (2007). Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System. USACE, Washington DC.

United States Army Corps of Engineers (USACE). "Helicopter Video Footage (Recorder Up, Recorder Down), Run 1, Run 2, Run 3, Run 4." Flight No. 050914X1. Flight Date: 09-14-2005.

Wit, L., B. de, Maaskant, Kok, M., and Vrijling, J.K. (2008). Flow Modeling New Orleans-Mississippi River Gulf Outlet, Hurricane Katrina, TU Delft and SVASEK. Final Report to Consolidated Katrina Litigation Group, Delft, The Netherlands.

Woolley D. and Shabman, L. (2008). Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project, Final Report for the Headquarters, U.S. Army Corps of Engineers, Institute for Water Resources of the U.S. Army Corps of Engineers, Washington, DC.

# APPENDIX A

## Resume of Professor Robert G. Bea



**POSITION**
Professor, Department of Civil & Environmental Engineering
Associate Director, Center for Catastrophic Risk Management

**DATE & PLACE OF BIRTH**
14 January 1937, Mineral Wells, Texas

**EDUCATION**
**1956**, A. A., Jacksonville University
**1959**, B. S. in Civil Engineering, University of Florida
**1960**, Master of Science in Engineering, University of Florida
**1961-1997**, Post-graduate studies at Tulane University, Rice University, Texas A&M University, Bakersfield College, University of Houston, Technical and Scientific University of Norway
**1998-2000**, PhD, The University of Western Australia

**LICENSES**
Registered Professional Civil Engineer (retired) in Louisiana, Texas, Florida, Alaska, Washington, Oregon, California.
Registered Professional Geotechnical Engineer (retired) in California.  Registered (retired)  Land Surveyor in Louisiana.

**PROFESSIONAL ASSOCIATIONS**
American Society of Civil Engineers, Academy of Management, The U. K. Safety and Reliability Society, American Society of Mechanical Engineers, National Academy of Engineering

**EXPERIENCE**
**1954-1959:** U. S. Army Corps of Engineers, Engineer-in-Training
**1959-1960:** S. S. Jacobs Construction Co., Construction Estimator
**1960-1976:** Shell Oil Company (Manager, Head Office Civil Engineering Group; Chief Mechanical Engineer, Production Division; Offshore Division Construction Engineer, Head Office Production & Financial Control; Royal Dutch Shell Ltd. Production & Financial Control, Shell Development Company (Manager, Offshore Technology Development Group)
**1976-1981:** Ocean Services Division, Woodward-Clyde Consultants(Vice President, Chief Engineer, Geotechnical, Structural, Environmental, Field Operations)
**1981-1989:** PMB Engineering - Bechtel Inc. (Vice President, Senior International Consultant)
**1989 -      :** University of California (Professor)

**PRIMARY EXPERTISE**
**Ocean Environmental Conditions and Forces** (earthquakes, wind, waves, currents, mudslides, ice)
**Foundations Design and Construction** (field explorations, soils testing, piles, mats, pipelines)
**Structures Design, Construction, Maintenance, Re-qualification**
**Reliability Assessment and Management: Human & Organization Factors in Engineered Systems**

**HONORS**
Offshore Technology Hall of Fame 2009
New Orleans City Council Certificate of Appreciation for Investigation of Failures of the New Orleans Flood Protection System during Hurricane Katrina and for Counsel to Provide Adequate Future Hurricane Flood Protection 2007
University of California Berkeley Chancellors Award for Research in the Public Interest 2007
Fellow, American Society of Mechanical Engineers 2005
Life Member, American Society of Civil Engineers, 2004
Hall of Fame, Risk and Reliability Engineering, Offshore Energy Center, 2003
Offshore Mechanics & Arctic Engineering Technical Achievement Award, American Society of Mechanical Engineers, 1997
National Academy of Management, 1994
National Academy of Engineering, 1989
Marine Board, National Academy of Engineering, 1989 - 1995

Society of Professional Engineers Project of the Year for 1993
United States Coast Guard Research Commendation, 1992
Hall of Fame, Hurricane Wind, Wave, and Current Conditions & Forces, Offshore Energy Center, 1990
American Society of Mechanical Engineers OMAE Technical Achievement Award, 1997
Institution of Engineers Australia Eminent Speaker Award, 1990
American Society of Civil Engineers Croes Medal, 1978
Bechtel Fellow Award, 1987
J. Hillis Miller Engineering Award, 1960

## CONSULTING ABROAD

Canada, Greenland, England, Norway, Denmark, France, Spain, Angola, Nigeria, Gabon, Saudi Arabia, Kuwait, India, Thailand, China, Indonesia, Borneo, Australia, New Zealand, Mexico, Venezuela, Brazil, Chile, Argentina, Trinidad, Japan

## PUBLICATIONS

**Refereed Publications**
**A.    Archival Journals**

1.   R.G. Bea, Discussion of "Friction and Cohesion of Saturated Clays," by T. H. Wu et al., *J. Soil Mechanics and Foundations Div.*, ASCE, Vol. 89, no. SM1, Feb. 1963, pp. 268-277.

2.   R.G. Bea, "How Sea Floor Slides Affect Offshore Structures," *Oil & Gas Journal*, Nov. 29, 1971, pp. 88-91.

3.   R.G. Bea, "Selection of Environmental Criteria for Offshore Platform Design," *Preprints, Offshore Technology Conference*, Houston, TX, OTC 1839, pp. II-185 - II-193, May 1973; also *J. Petroleum Technology*, Nov. 1974, pp. 1206-1214.

4.   R.G. Bea and P. Arnold, "Movements and Forces Developed by Wave-Induced Slides in Soft Clays," *Preprints, 5th Annual Offshore Technology Conference*, Houston, TX, OTC 1899, May 1973, pp. II-731 - II-740; also *J. Petroleum Technology*, April 1975.

5.   R.G. Bea, N.W. Lai, A.W. Niedoroda and G.H. Moore, "Gulf of Mexico Hurricane Wave Heights," *Preprints, 15th Annual Offshore Technology Conference*, Houston, TX, OTC 4586, May 1974, pp. 49-62; also *J. of Petroleum Technology*, Sept. 1975, pp. 1160-1172.

6.   R.G. Bea, H.A. Bernard, P. Arnold and E.H. Doyle, "Soil Movements and Forces Developed by Wave-Induced Slides in the Mississippi Delta," *J. Petroleum Technology*, April 1975, pp. 500-514.

7.   R.G. Bea and P.W. Marshall, "Failure Modes of Offshore Platforms," *Proc. of the Conference on Applications of Statistics and Probability in Engineering*, ASCE, Stanford University, June 1975; also BOSS '76 Conference Proceedings, Vol. II, Trondheim, Norway, pp. 579-635.

8.   R.G. Bea, "Offshore Platforms - Platform Design," Petroleum 2000, Seventy-Fifth Anniversary Issue, *Oil & Gas Journal*, Aug. 1977.

9.   R.G. Bea, "Earthquake Criteria for Platforms in the Gulf of Alaska," *J. Petroleum Technology*, March 1978, pp. 325-340.

10.   R.G. Bea, J.M.E. Audibert and M.R. Akky, "Earthquake Response of Offshore Platforms," *J. Structural Div.*, ASCE, Vol. 105, no. ST2, Feb. 1979, pp. 377-400.

11.   R.G. Bea, "Earthquake and Wave Design Criteria for Offshore Platforms," *J. Structural Div.*, ASCE, Vol. 105, no. ST2, February 1979. pp. 401-419.

12.   R.G. Bea, "Reliability Considerations in Offshore Platform Criteria," *J. Structural Div.*, ASCE, Vol. 106, no. ST9, Sept. 1980, pp. 1835-1853.

13.   R.G. Bea, A.R. Dover and J.M.E. Audibert, "Quality in Soil Borings Makes a Difference," *Oil & Gas Journal*, June 1981, pp. 133-139.

14.   R.G. Bea, A.R. Dover and J.M.E. Audibert, "Pile Foundation Design Considerations for Deepwater Fixed Structures," *Proc. of the Third Int. Conf. on Behavior of Off-Shore Structures*, BOSS '82, Hemisphere Publishing Company, New York, 1982, pp. 125-140.

15.   R.G. Bea and J.M.E. Audibert, "Offshore Platforms and Pipelines in Mississippi River Delta," *J. Geotechnical Engineering Div.*, ASCE, Vol. 106, no. GT8, Aug. 1980, pp. 853-869.

16.   R.G. Bea, J.M.E. Audibert, and M.R. Akky, "Platforms in Earthquakes," *Oil & Gas Journal*, three-part series, March 1981:  (1) "Offshore Platform Elastic Response is Analyzed," pp. 135-139, March 9, 1981;

2

(2) "Inelastic Earthquake Response of Offshore Platforms Evaluated," pp. 84-90, March 16, 1981; (3) "Performance of Superstructure and Substructure Elements are Analyzed," pp. 163, 166, 168, 170, 172, March 23, 1981.

17.  R.G. Bea, S.G. Wright, P. Sinclair and A.W. Niedoroda, "Wave-Induced Slides in South Pass Block 70, Mississippi Delta," *Proc. Geotechnical Engineering Div.,* ASCE, April 1983, pp. 619-644.

18.  R.G. Bea, "Application of Reliability Methods in Design and Analysis of Offshore Platforms." by the Committee on Reliability of Offshore Structures, *J. Structural Engineering,* ASCE, Vol. 109, no. 10, Oct. 1983, pp. 2265-2291.

19.  R.G. Bea, "Hurricane Wave Height and Forces," *Oil & Gas Journal,* five-part series, September and October 1983:  (1) "Design Criteria Overcorrected after Hurricane Hilda," Sept. 12, 1983, pp. 151-153; (2) "Deepwater Storm Waves Dissipate Across Continental Shelf," Sept. 26, 1983, pp. 100-102;  (3) "Wave Height Attenuation Modeled by Computer Program for Shallow Water in Gulf," Oct. 10, 1983, pp. 114-120;  (4) "Design Wave Forces Escalate to 100-Year Conditions to Consider Storms, Drag, Fouling," Oct. 24, 1983, pp. 95-99;  (5) "Wave Force Design Program Offers Cost Saving," Nov. 7, 1983, pp. 112, 117-118, 120.

20.  R.G. Bea and R.P. Aurora, "Design of Pipelines in Mudslide Areas," *J. Petroleum Technology,* Nov. 1983, pp. 1985-1995.

21.  R.G. Bea, S. Nour-Omid, T.B. Coull, R.E. Potter and H.R. Bivens, "Innovative Foundations for a New Class of Arctic Structures," *J. Ocean Business,* Offshore, Dec.-Jan. 1983-84, 8 pp.

22.  R.G. Bea, S.T. Hong and J.S. Mitchell, "Decision Analysis Approach to Offshore Platform Design," *J. Structural Engineering,* Vol. 110, no. 1, Jan. 1984, pp. 55-74.

23.  R.G. Bea, "Foundations for Arctic Offshore Structures," *Marine Technology Society Journal,* Special Issue on Arctic Engineering, Vol. 18, no. 1, Sept. 1984, pp. 22-30.

24.  R.G. Bea, "Loading Uncertainties in Extreme Waves," *Marine Structures,* 3: pp. 237-260 (England: Elsevier Science Publishers Ltd., 1990).

25.  R.G. Bea and D. McDonald, "Reliability Evaluation of a Jack-Up Drilling Unit," *Transactions,* Society of Naval Architects and Marine Engineers, Vol. 98, 1990, pp. 169-186.

26.  R.G. Bea, "Offshore Platform Reliability Acceptance Criteria," *Society of Petroleum Engineers Journal of Drilling Engineering,* June 1991, pp. 131-137.

27.  R.G. Bea, S.F. Pawsey and R.W. Litton, "Measured and Predicted Waves Forces on Offshore Platforms," *Journal of Waterway, Port, Coastal and Ocean Engineering,* American Society of Civil Engineers, Vol. 117, no. 5, September/October 1991, pp. 511-532.

28.  R.G. Bea, "Pile Capacity for Axial Cyclic Loading," *Journal of Geotechnical Engineering,* American Society of Civil Engineers, Vol. 118, no. 1, January 1992, pp. 34-50.

29.  R.G. Bea and M.E. Paté-Cornell, "Management Errors and System Reliability: A Probabilistic Approach and Application to Offshore Platforms," *Journal of Risk Analysis,* Vol. 12, no. 1, 1992, pp. 1-18.

30.  R.G. Bea, "Marine Structural Integrity Programs," *Journal of Marine Structures,* Vol. 7, Feb. 1994.

31.  R.G. Bea, "Evaluation of Alternative Marine Structural Integrity Programs," *Journal of Marine Structures,* Vol. 7, Feb. 1994.

32.  R.G. Bea, "Ship Structural Maintenance: Recent Research Results and Experience," *Transactions,* The Institute of Marine Engineers, Vol. 105, Part 5, Sept. 1993.

33.  R.G. Bea, "Session VI Summary: Structures," *Applied Mechanics Reviews,* ASME Book No. AMR128, Vol. 46, no. 5, May 1993, pp. 227-228.

34.  R.G. Bea, "Evaluation of Uncertainties in Loadings on Offshore Structures due to Extreme Environmental Conditions," *Journal of Offshore Mechanics and Arctic Engineering,* Vol. 115, November 1993.

35.  R.G. Bea, C.A. Cornell, J.E. Vinnem, J.F. Geyer, G.J. Shoup, and B. Stahl, "Comparative Risk Assessment of Alternative TLP Systems: Structure and Foundation Aspects," *Journal of Offshore Mechanics and Arctic Engineering,* Vol. 116, May 1994.

36.  R.G. Bea and W. Moore, "Management of Human Error in Operations of Marine Systems," *Marine Technology Society Journal,* Vol. 28, No. 1, Spring 1994.

37.  H. Banon, B.G. Bea, F.J. Bruen, C.A. Cornell, W.F. Krieger and D.A. Stewart, "Assessing Fitness for Purpose of Offshore Platforms, I: Analytical Methods and Inspections," *Journal of Structural Engineering,* Vol. 120, No. 12, December 1994.

38.   R.G. Bea and K. Roberts, "Human and Organization Factors in Design, Construction and Operation of Offshore Platforms," *Journal. of Society of Petroleum Engineers,* SPE 30899, Sept. 1995.

39.   S.T. Staneff, C.W. Ibbs, and R.G. Bea, "Risk-Management System for Infrastructure-Condition Assessment," *Journal. of Infrastructure Systems,* ASCE, Vol. 1, No. 4, Dec. 1995.

40.   R.G. Bea, "Nonlinear Performance of Offshore Platforms in Extreme Storm Waves," *J. of Waterway, Port, Coastal, and Ocean Engineering,* ASCE, Vol. 122, No. 2, March/April, 1996.

41.   T. Mannarelli, K.H. Roberts and R.G. Bea, "Learning How Organizations Mitigate Risk," *J. of Contingencies and Crisis Management,* Vol. 4, No. 2, June 1996, pp. 83-92.

42.   R.G. Bea, "Reassessment and Requalification of Infrastructure: An Application to Offshore Structures," *Jl. of Infrastructure Systems,* ASCE, Vol. 2, No. 2, June 1996.

43.   R.G. Bea, "Human and Organization Errors in Reliability of Offshore Structures," *Transactions of the American Society of Mechanical Engineers,* Vol. 119, Feb. 1997.

44.   R.G. Bea, M.M. Mortazavi and K.J. Lock, "Evaluation of Storm Loadings on and Capacities of Offshore Platforms," *Journal of Waterway. Port, Coastal, and Ocean Engineering,* American Society of Civil Engineers, Vol. 123, No. 2, March/April 1997.

45.   R.G. Bea, K.J. Lock and P. L. Young, "Capacities of Template-Type Platforms in the Gulf of Mexico During Hurricane Andrew," *Journal of Offshore Mechanics and Arctic Engineering,* American Society of Mechanical Engineers, Vol. 119, Feb. 1997.

46.   R.G. Bea and M.M. Mortazavi, "ULSLEA: A Limit Equilibrium Procedure to Determine the Ultimate Limit State Loading Capacities of Template-Type Platforms," *Journal of Offshore Mechanics and Arctic Engineering,* American Society of Mechanical Engineers, Vol. 118, Nov. 1996.

47.   R.G. Bea and T. Xu, "Load Shedding of Fatigue Fracture in Ship Structures," *Journal of Marine Structures,* Vol. 10, Elsevier, 1997.

48.   Lt. D. Boniface and R.G. Bea, "Assessing the Risks and Counter-measures for Human and Organizational Error," *Transactions,* American Society of Naval Architects and Marine Engineers, 1996.

49.   R.G. Bea, "Human and Organization Factors: Engineering Operating Safety Into Offshore Structures," *Reliability Engineering and System Safety,* Vol. 52, Elsevier Science Limited, 1997.

50.   T. Xu and R.G. Bea, "Fatigue of Ship Critical Structural Details," *Journal of Offshore Mechanics and Arctic Engineering,* American Society of Mechanical Engineers, May 1997, Vol. 119, pp. 96-107.

51.   Ma, K.T., Orisamolu, I.R., Huang, R.T. and Bea, R.G. "Towards Optimal Inspection Strategies for Fatigue and Corrosion Damage," (1997) *Transactions of the Society of Naval Architects and Marine Engineers,* Jersey City, New Jersey.

52.   Ying, J. and Bea, R.G. "Siting and Evacuation Strategies for Mobile Drilling Units in Hurricanes," *Journal of Marine Structures,* Elsevier Science Ltd., Kidlington, Oxford, UK, December 1997, Vol. II, pp. 1-27, Elsevier Science Ltd.

53.   Xu, T. and Bea, R.G. "Fatigue of Cracked Ship Critical Structural Details: Cracked S-N Curves and Load Shedding," *International Journal of Offshore and Polar Engineering,* Vol. 8, No. 2, June 1998.

54.   Bea, R.G., "Reliability Characteristics of a Platform in the Mississippi River Delta," *Journal of Geotechnical and Geoenvironmental Engineering,* American Society of Civil Engineers, Herndon, Virginia, August 1998, Vol. 124, No. 8.

55.   Bea, R.G. and M. Mortazavi, "Reliability-Based Screening of Offshore Platforms," *Journal of Offshore Mechanics and Arctic Engineering,* Vol. 120, August, American Society of Mechanical Engineers, New York, New York, August 1998, pp. 139-148.

56.   Bea, R.G., A. Brandtzaeg and J.K. Craig "Life-Cycle Reliability Characteristics of Minimum Structures," Vol. 120, August 1998, American Society of Mechanical Engineers, New York, New York.

57.   Bea, R.G., "Human and Organization Factors: Engineering Operating Safety into Offshore Structures," *Reliability Engineering and System Safety,* 1998, Vol. 61, Elsevier Science Limited, London, UK.

58.   Hee, D., B. Pickrell, R.G. Bea, K. Roberts, and B. Williamson, "Safety Management Assessment System (SMAS): A Process for Identifying and Evaluating Human and Organization Factors in Marine System Operations with Field Test Results," *Reliability Engineering & System Safety,* 1999, Vol. 65, Elsevier Science Limited, London, UK

59.     Bea, R. G., T. Xu, J. Stear, and R. Ramos, "Wave Forces on Decks of Offshore Platforms," *Journal of Waterway, Port, Coastal, and Ocean Engineering,* May/June 1999, Vol. 125, No. 1, January-February, American Society of Civil Engineers, Herndon, Virginia.

60.     Bea, R.G., Z. Jin, C. Valle and R. Ramos, "Evaluation of Reliability of Platform Pile Foundations," *Journal of Geotechnical and Geoenvironmental Engineering,* American Society of Civil Engineers, August 1999.

61.     Bea, R.G. and H.P. Reeve, "SQIS: A Framework for the Development and Implementation of an Industry-Wide Ship Quality Information System," *Marine Technology,* Vol. 36, No. 2, April 1999, pp. 92-101.

62.     Bea, R.G., "Reliability Based Earthquake Design Guidelines for Marine Structures," *Journal of Waterway, Port, Coastal and Ocean Engineering,* American Society of Civil Engineers, September/October 1999.

63.     Bea, R.G., L. Lara, T. Hernandez, O. Valle, R. Ramos, H.Garcia, and E.Heredia-Zavoni, "Criterio Ttransitorio Para Diseno de Lineas Submarinas en la Sonda de Campeche," *Oil & Gas Journal Latinoamerica,* July and August, 1999, Vol. 5 No. 4.

64.     R.G. Bea, D.D. Hee, B.D. Picrell, K.H. Roberts, and R.B. Williamson, "Safety Management Assessment System (SMAS): a process for identifying and evaluating human and organization factors in marine system operations with field test results," *Reliability Engineering & System Safety,* 65, 1999, pp. 125-140, Elsevier.  (Contribution: 80%)

65.     Bea, R.G., "Key Issues Associated with Development of Reassessment and Requalification Criteria for Platforms in the Bay of Campeche, Mexico," Introduction to Special Issue: "Reassessment and Requalification of Offshore Platforms," *Journal of Offshore Mechanics and Arctic Engineering,* American Society of Mechanical Engineers, February 2000, Vol. 122.

66.     Bea, R.G., C. Smith and V. Valdes, "Requalification and Maintenance of Pipeline Infrastructures," *Journal of Infrastructure Systems,* American Society of Civil Engineers, Vol. 6, No. 3, September 2000, pp. 89-96.

67.     Bea, R.G., "Criteria for Design and Requalification of Platforms in the Bay of Campeche, Mexico," *Journal of Waterway, Port, Coastal, and Ocean Engineering,* American Society of Civil Engineers, Vol. 126, No. 5, September/October 2000, pp. 254-262.

68.     Bea, R.G., R. Iversen and T. Xu, "Wave-in-Deck Forces on Offshore Platforms," *Journal of Offshore Mechanics and Arctic Engineering,* Transactions of the American Society of Mechanical Engineers, Vol. 123, No. 1, February 2001, pp. 10-21.

69.     Bea, R.G., and K. Roberts, "When Systems Fail," *Organizational Dynamics,* Winter 2001, Vol. 29, No. 3, pp. 179-191.

70.     Bea, R.G., "Risk Assessment and Management of Offshore Structures," *Progress in Structure Engineering and Materials,* John Wiley & Sons, Ltd., 2001, Vol. 3, pp.1 -8.

71.     Roberts, K.H. and R.G. Bea, "Must accidents happen? Lessons from high-reliability organizations,"*Academy of Management Executive,* 2001, Vol. 15, No. 3.

72.     Bea, R.G., "Human and organizational factors in reliability assessment and management of offshore structures," *J. Risk Analysis, Society for Risk Analysis*, New York, 2002, Vol. 22, pp. 29-45.

73.     Bea, R.G., "Risk Assessment and Management of Offshore Structures," *The Journal of the Safety    and Reliability Society*, 2003, 23, 6-18.

74.     Stoelsnes, Roger R. and R.G. Bea, "Uncertainty Management of General Conditions in a Project," *Risk Management: an International Journal,* 2005, Vol. 7, No. 2, pp. 19-35.

75.     Asgarian, B., A. Aaghakouchack and R.G. Bea, "Inelastic Postbuckling and Cyclic Behavior of Tubular Braces," *Journal of Offshore Mechanics and Arctic Engineering*, 2005, Vol. 127, pp. 1-7.

76.     Bea, R. G., "Reliability and Human Factors in Geotechnical Engineering," *Journal of Geotechnical and Geoenvironmental Engineering*, 2006, Vol. 132, pp. 631-643.

77.     Farber, D.A., Bea, R. G., Roberts, K., Wenk, E., and Inkabi, K., "Reinventing Flood Control," *Tulane Law Review*, January 2007, pp. 1-29.

78.     Bea, R.G. (2008). "Failure of the New Orleans 17th Street Canal Levell & Floodwall During Hurricane Katrina," From Research to Practice in Geotechnical Engineering (Eds. J.E. Laier, D. K. Crapps, and M. H. Hussein, Geotechnical Special Publication No 180, American Society of Civil Engineers, Herndon, VA.

79.     Seed, R.B, et al (2008). "New Orleans and Hurricane Katrina. I: Introduction, Overview, and the East Flank," J. of Geotechnical and Geoenvironmental Engineering, American Society of Civil Engineers, Vol. 134, No. 5, Herndon, VA.

80.     Seed, R.B., et al (2008). "New Orleans and Hurricane Katrina. II: The Centrral Region and the Lower Ninth Ward," J. of Geotechnical and Geoenvironmental Engineering, American Society of Civil Engineers, Vol. 134, No. 5, Herndon, VA.

81.     Seed, R.B, Bea, R.G., Athanasopoulos-Zekkos, A., Boutwell, G.P., Bray, J.D., Cheung, C., Cobos-Roa, D., Harder, L.F., Moss, R.E.S., Pestana, J.M., Reimer, M.F., Rogers, J.D., Storesund, R., Vera-Grunauer, X., and Wartman, J. (2008). "New Orleans and Hurricane Katrina. III: The 17th Street Drainage Canal," J. of Geotechnical and Geoenvironmental Engineering, Vol. 134, No. 5, 740-761.

82.     Seed, R.B, Bea, R.G., Athanasopoulos-Zekkos, A., Boutwell, G.P., Bray, J.D., Cheung, C., Cobos-Roa, D., Harder, L.F., Moss, R.E.S., Pestana, J.M., Reimer, M.F., Rogers, J.D., Storesund, R., Vera-Grunauer, X., and Wartman, J. (2008). "New Orleans and Hurricane Katrina.IV:Orleans East Bank (Metro) Protected Basin," J. of Geotechnical and Geoenvironmental Engineering, Vol. 134, No. 5, 740-761.

83.     Bea, R.G. (2009). Human & Organizational Factors: Quality & Reliability of Engineered Systems, Vick Copy Publishers, Berkeley, CA.

84.     Bea, R.G. and Cobos-Roa D. (2008). "Failure of the I-Wall Flood Protection Structures at the New Orleans Lower 9th Ward During Hurricane Katrina," Electronic Journal of Geotechnical Engineering, Stillwater, OK.

85.     Bea, R.G. and Cobos-Roa, D. (2008). "Discussion of Stability of I-Walls in New Orleans During Hurricane Katrina," Journal of Geotechnical and Geoenvironmental Engineering (In Press), American Society of Civil Engineers, Herndon, VA.

86.     Bea, R.G. and Storesund, R. (2008). "Breaching of the Mississippi River Gulf Outlet Huricane Flood Protection During Hurricane Katrina," (In Publication) Coastal Engineering Journal, Japan Society of Civil Engineers, Tokyo, Japan.

87.     Bea, R. G. and O'Reilly, D. (2008). "Discussion fo Analysis of the Stability of I-Walls with Gaps Between the I-Wall and the Levee Fill," Journal of Geotechnical and Geoenvironmental Engineering (In Press), American Society of Civil Engineers, Herndon, VA.

88.     Bea, R.G., Cobos-Roa, D., and Storesund, R. (2008): "Discussion of Overview of new Orleans Levee Failures: Lessons Learned and Their Impact on Natioinal Levee Design and Assessment," Journal of Geotechnical and Geoenvironmental Engineering (In Press), American Society of Civil Engineers, Herndon, VA.

89.     Cobos-Roa, D. and Bea, R.G. (2008). "Three-Dimensional Seepage Effects at Three New Orleans Levee Breaches During Hurricane Katrina," (In Publication), Electronic Journal of Geotechnical Engineering, Stillwater, OK.

90.     Storesund, R., Bea, R.G., and Huang, Y. (2008). "Simulated Wave-Induced Erosion of the Mississippi River – Gulf Outlet Levees During Hurriane Katrina," (In Publication) Journal of Water Ways, Ports and Harbors, and Coastal Engineering, American Society of Civil Engineers, Herndon, VA.

91.     Bea, R.G., Mitroff, I., Farber, D., Foster, H., and Roberts, K.H. (2009). "A new approach to risk: The implications of E3", Journal of Risk Management, (in publication) Palgrave Macmillian Ltd (www.palgrave-ournals.com/rm) .

**B.    Refereed Conference Proceedings and Symposium Proceedings**

1.    R.G. Bea, "The Use of Digital Computers in Offshore Structure Analysis and Design," Symposium on Offshore Technology Operations, Paper No. SPE-AIME 143, May 1966, 7 pp.

2.    R.G. Bea, "The Use of Digital Computers in Offshore Structure Analysis and Design," SPE-AIME Paper Preprint, Paper No. SPE 1413, Symposium on Offshore Technology Operations, New Orleans, LA, May 1966, 11 pp.

3.    R.G. Bea, "Gulf of Mexico Hurricane Wave Heights," *Preprints, 6th Annual Offshore Technology Conference,* Houston, TX, May 6-8, 1974, OTC 2110, pp. 791-800.

4.    R.G. Bea, "Development of Safe Environmental Criteria for Offshore Structures," *Conference Papers of Oceanology International 75 Conference,* Brighton, England, 1975, pp. 7-15.

5.    R.G. Bea, "Parameters Affecting the Axial Capacity of Piles in Clays," *Preprints, 7th Annual Offshore Technology Conference,* Houston, TX, OTC 2307, May 1975, pp. 611-618.

6.    R.G. Bea, M.I. Esrig and R.S. Ladd, "Material Properties of Submarine Mississippi Delta Sediments Under Simulated Wave Loadings," *Preprints, 7th Offshore Technology Conference,* Houston, TX, OTC 2188, May 1975, pp. 399-404.

7.    R.G. Bea, "Earthquake Criteria for Platforms in the Gulf of Alaska" *Preprints, 8th Annual Offshore Technology Conference,* Houston, TX, OTC 2675, May 1976, pp. 657-669.

8.    R.G. Bea, M.I. Esrig and R.C. Kirby, "Initial Development of a General Effective Stress Method for Prediction of Axial Capacity for Driven Piles in Clay," *Preprints, 9th Annual Offshore Technology Conference,* May 1977, pp. 495-501.

9.    R.G. Bea, P. Arnold, I.M. Idriss, R.B. Reimer, K.E. Beebe and P.W. Marshall, "A Study of Soil-Pile-Structure Systems in Severe Earthquakes," *Preprints, 9th Annual Offshore Technology Conference,* Houston, TX, OTC 2749, May 1977, pp. 189-199.

10.   R.G. Bea and L.E. Garrison, "Bottom Stability as a Factor in Platform Siting and Design," *Preprints, 9th Annual Offshore Technology Conference,* OTC 2893, May 1977, pp. 127-133.

11.   R.G. Bea, J.M.E. Audibert and J.B. Stevens, "Analyses for Pile Foundations," Workshop on Foundation Studies for Deepwater Platforms, Geotechnical Problems in Ocean Engineering, Specialty Session No. 7, *Proc. of 9th Int. ISSMFE Conf.,* Tokyo, Japan, July 11, 1977, 27 pp.

12.   R.G. Bea and N.W. Lai, "Hydrodynamic Loadings on Offshore Platforms," *Preprints, 10 Annual Offshore Technology Conference,* Houston, TX, OTC 3064, May 1978, pp. 155-164.

13.   R.G. Bea, "Engineering Fixed Offshore Platforms to Resist Earthquakes," *Proc. ASCE Specialty Conference on Earthquake Engineering and Soil Dynamics,* Pasadena, California, June 1978, pp. 1357-1385.

14.   R.G. Bea, J.M.E. Audibert and N.W. Lai, "Design of Pipelines to Resist Sea Floor Instabilities and Hydrodynamic Forces," ASME Publication 78-Pet-37, presented at the Energy Technology Conference & Exhibition, Houston, Texas, Nov. 1978, pp. 1-12.

15.   R.G. Bea, W. Smith, S.T. Hong and J.S. Mitchell, "Decision Analysis Approach to Platform Design Under Earthquake and Wave Loadings," *Proc. ASCE Specialty Conference on Probabilistic Mechanics and Structural Reliability,* Tucson, Arizona, Jan. 1979, pp. 244-250.

16.   R.G. Bea and M.R. Akky, "Seismic, Oceanographic and Reliability Considerations in Offshore Platform Design," *Preprints, 11th Annual Offshore Technology Conference,* Houston, TX, OTC 3616, May 1979, pp. 2251-2257.

17.   R.G. Bea and J.M.E. Audibert "Performance of Dynamically Loaded Pile Foundations," *2nd Int. Conf. on Behaviour of Off-Shore Structures,* BOSS '79, Paper 68, London, England, Aug. 1979, pp. 68-1 - 68-18.

18.   R.G. Bea and I. Noorany, "Methods of Geotechnical Exploration for Large Offshore Structures," *Marine Technology 79,* Ocean Energy, 15th Annual Conference sponsored by the Marine Technology Society, New Orleans, Louisiana, Oct. 1979, pp. 234-241.

19.   R.G. Bea and A.R. Dover, "Application of Reliability Methods to the Design of Coastal Structures," *Proc. ASCE Conference on Coastal Structures,* Durham, NC, 1980, 17 pp.

20.   R.G. Bea, J.M.E. Audibert and N.W. Lai, "Designing Subsea Pipelines to Resist Instabilities - Part 1," *Pipeline & Gas Journal,* April 1980, pp. 35, 38, 40, 41, 42, 44.

21.   R.G. Bea, J.M.E. Audibert and N.W. Lai, "Designing Subsea Pipelines to Resist Instabilities - Part 2," *Pipeline & Gas Journal,* May 1980, pp. 12, 54, 64, 68.

22.     R.G. Bea, J.M.E. Audibert and A.R. Dover, "Dynamic Response of Laterally and Axially Loaded Piles," *Preprints, 12th Annual Offshore Technology Conference,* Houston, TX, OTC 3749, May 1980, pp. 129-135.

23.     R.G. Bea, J.M.E. Audibert and N.W. Lai, "Designing Subsea Pipelines to Resist Instabilities - Part 3," *Pipeline & Gas Journal,* June 1980, pp. 49, 50, 51, 53, 54.

24.     R.G. Bea, "Dynamic Response of Piles in Offshore Platforms," *Proc. Session sponsored by the Geotechnical Engineering Division at the ASCE National Convention,* Dynamic Response of Pile Foundations: Analytical Aspects, Oct. 1980, pp. 80-109.

25.     R.G. Bea, J.M.E. Audibert, N.W. Lai and D. Schaefer, "An Assessment of Facilities Siting - South Pass Blocks 42/43," Proc. Conf. on Continental Margin Mass Wasting and Pleistocene Sea-Level Changes, August 13-15, 1980, *U.S. Geological Survey Circular 961,* 1987, 9 pp.

26.     R.G. Bea, "Engineering Considerations of Continental-Margin Mass Wasting," Proc. Conf. on Continental Margin Mass Wasting and Pleistocene Sea-Level Changes, August 13-15, 1980, *U.S. Geological Survey Circular 961,* 1987, pp. 115-128.

27.     R.G. Bea and R.P. Aurora, "A Simplified Evaluation of Seafloor Stability," *Preprints, 13th Annual Offshore Technology Conference,* Houston, TX, OTC 3975, May 1981, pp. 223-228.

28.     R.G. Bea, A.W. Niedoroda and C. Walton, "The Descriptive Physics of Scour in the Ocean Environment," *Preprints, 13th Annual Offshore Technology Conf.,* Houston, TX, OTC 4145, May 1981, pp. 297-301.

29.     R.G. Bea, "Soil Strain Rate Effects on Axial Pile Capacity," *Proc. 2nd Int. Conf. on Numerical Methods in Offshore Piling,* Austin, TX, April 1982, pp. 107-132.

30.     R.G. Bea and R.P. Aurora, "Design of Pipelines in Mudslide Areas," *Preprints, 14th Annual Offshore Technology Conference,* Houston, TX, OTC 4411, May 1982, pp. 401-409.

31.     R.G. Bea, "Deep Water Soil Analysis for Pipelines," *Conference Proceedings, Deepwater Pipeline Technology Conference,* Bryne, Norway, Aug. 25, 1982.

32.     R.G. Bea, "Design for Dynamic Loadings: Foundation System for an Arctic Mobile Drilling Platform," *Proc. ASCE Conference on Geotechnical Practice in Offshore Engineering,* April 1983.

33.     R.G. Bea, "Application of Multiple Spuds (Dowels) to Development of Sliding Resistance for Gravity-Base Platforms," *Preprints, Offshore Technology Conference,* OTC 4553, May 1983.

34.     R.G. Bea, N.W. Lai, A.W. Niedoroda and G.H. Moore, "Gulf of Mexico Shallow-Water Wave Heights and Forces," Preprints, *15th Annual Offshore Technology Conference,* Houston, TX, OTC 4586, May 1983, pp. 49-62.

35.     R.G. Bea, "Shallow Water Wave Heights and Forces," *Preprints, Offshore Technology Conference,* OTC 4586, May 1983.

36.     R.G. Bea, S.I. Guttman and F.J. Puskar, "Analysis of Offshore Structures Subject to Arctic Ice Impacts," *Proc. 3rd Int. Offshore Mechanics and Arctic Engineering Symposium,* New Orleans, Feb. 12-17, 1984, Vol. II, ASME, pp. 238-245.

37.     R.G. Bea, C.A. Cornell, R. Rackwitz and Y. Guenard, "Reliability Evaluation of Tension Leg Platforms," *Proc. 4th ASCE Specialty Conference on Probabilistic Mechanics and Structural Reliability,* ASCE, Jan. 1984, pp. 159-162.

38.     R.G. Bea, R.W. Litton, S. Nour-Omid and J.Y. Chang, "A Specialized Design and Research Tool for the Modeling of Near-Field Pile-Soil Interactions," *Preprints, 16th Annual Offshore Technology Conference,* OTC 4806, May 1984, pp. 249-254.

39.     R.G. Bea, "Dynamic Response of Marine Foundations," *Proc. Ocean Structural Dynamics Symposium '84,* Oregon State University, Corvallis, Oregon, Sept. 1984, 78 pp.

40.     R.G. Bea, F.J. Puskar, P.W. Barnes and E. Reimnitz, "The Role of Ice Gouging in Determining Global Forces on Arctic Structures," *Proc. Conference Arctic '85,* San Francisco, California, ASCE, March 1985, pp. 251-266.

41.     R.G. Bea and D.R. Williams, "Foundation Response of Arctic Structures to Time-Dependent Ice Loadings," *Proc. of the Conference Arctic '85,* Civil Engineering in the Arctic Offshore, San Francisco, California, March 1985, 12 pp.

42.     R.G. Bea, R.W. Litton and A.K. Vaish, "Requalification of Existing Platforms," *Preprint, 17th Annual Offshore Technology Conference,* Houston, TX, OTC 4858, May 1985, pp. 163-170.

43.   R.G. Bea, "Soil Dynamics in Offshore Engineering," Paper delivered at F.E. Richart Commemorative Lectures, *ASCE Annual Convention,* Detroit, Michigan, October 1985.

44.   R.G. Bea, S. Vahdani, S.I. Guttman, R.M. Meith and S.F. Paulson, "Analysis of the Performance of Piles in Silica Sands and Carbonate Formations," *Preprints, 18th Annual Offshore Technology Conference,* Houston, TX, OTC 5145, May 5-8, 1986, pp. 551-555.

45.   R.G. Bea, "Recent Concepts and Developments in Offshore Structures," Keynote Paper Delivered at *American Society of Civil Engineers Structural Congress '86,* New Orleans, LA, Sept. 1986.

46.   R.G. Bea, "Random Sea Time Domain Fatigue Analyses of a Compliant Tower," *American Society of Civil Engineers Structural Congress '86,* New Orleans, LA, Sept. 15-18, 1986.

47.   R.G. Bea, "Requalifying Existing Offshore Platforms," *Petroleum Engineer International,* April 1987, pp. 21-27.

48.   R.G. Bea and C.E. Smith, "AIM (Assessment, Inspection, Maintenance) and Reliability of Offshore Platforms," *Proc., Marine Structural Reliability Symposium,* Arlington, VA, Oct. 5-6, 1987, The Society of Naval Architects and Marine Engineers, pp. 57-75.

49.   R.G. Bea, "Important Questions: Marine Structural Reliability," *Proc., Marine Structural Reliability Symposium,* Arlington, Oct. 5-6, 1987.

50.   R.G. Bea, "Measured and Calculated Wave Forces on Offshore Platforms," *Preprints, Offshore Technology Conference,* OTC 5787, Houston, TX, May 1988.

51.   R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Fixed and Mobile Offshore Platforms," *Preprints, Offshore Technology Conference,* OTC 5703, Houston, TX, May 1988.

52.   R.G. Bea, "Engineering Considerations of Continental Margin Mass Wasting," Engineering Considerations and Study Techniques, *Special Technical Publication,* U.S. Geological Survey, Woods Hole, Massachusetts, 1980.

53.   R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Offshore Platforms," *Proceedings, Technology Assessment and Research Program for Offshore Minerals Operations,* ed. by J. B. Gregory and C. E. Smith, U. S. Dept. of Interior, Minerals Management Service, 1988.

54.   R.G. Bea, R.W. Litton and S.F. Pawsey, "Hydrodynamic Effects on Design of Offshore Platforms (HEDOP)," *Proceedings, Technology Assessment and Research Program for Offshore Minerals Operations,* ed. by J. B. Gregory and C. E. Smith, U. S. Dept. of Interior, Minerals Management Service, 1988.

55.   R.G. Bea, "Measured and Calculated Wave Forces on Offshore Platforms," *Proceedings, Offshore Technology Conference,* Houston, Texas, 1988.

56.   R.G. Bea, F.J. Puskar, C.E. Smith and J.H. Spencer, "Development of AIM (Assessment, Inspection, Maintenance), Programs for Fixed and Mobile Offshore Platforms," *Proceedings, Offshore Technology Conference,* Houston, Texas, 1988.

57.   R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Fixed and Mobile Offshore Platforms," *Proceedings of the Tenth International Ship & Offshore Structures Congress,* Vol. 3, August 1988.

58.   R.G. Bea, "The Current State, Prospects and Challenges in Applying Reliability Methods in Structural Engineering Practice," *Structural Reliability: Methods & Applications,* ed. by A. Der Kiureghian, Continuing Education in Engineering, University of California, Berkeley, April 1989.

59.   R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Offshore Platforms," *Proceedings, Technology Assessment and Research Program for Offshore Minerals Operations,* ed. by J. B. Gregory and C. E. Smith, U. S. Dept. of Interior, Minerals Management Service, 1988.

60.   R.G. Bea, R.W. Litton and S.F. Pawsey, "Hydrodynamic Effects on Design of Offshore Platforms (HEDOP)," *Proceedings, Technology Assessment and Research Program for Offshore Minerals Operations,* ed. by J. B. Gregory and C. E. Smith, U. S. Dept. of Interior, Minerals Management Service, 1988.

61.   R.G. Bea, "Measured and Predicted Wave Forces on Offshore Platforms," *Proceedings, Offshore Technology Conference,* OTC 5787, Houston, Texas, 1988.

62.   R.G. Bea, F.J. Puskar, C.E. Smith and J.H. Spencer, "Development of AIM (Assessment, Inspection, Maintenance), Programs for Fixed and Mobile Platforms," *Proceedings, Offshore Technology Conference,* OTC 5703, Houston, Texas, 1988.

63.   R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Fixed and Mobile Offshore Platforms," *Proceedings of the Tenth International Ship & Offshore Structures Congress,* Vol. 3, August 1988.

64.   R.G. Bea, "The Current State, Prospects and Challenges in Applying Reliability Methods in Structural Engineering Practice," *Structural Reliability: Methods & Applications,* ed. by A. Der Kiureghian, Continuing Education in Engineering, University of California, Berkeley, April 1989.

65.   R.G. Bea, with J. Baxter, H.P. Cojeen and M. Bowen, (U. S. Coast Guard) and A. Thayamballi (American Bureau of Shipping), "An Approach to the Evaluation of Service Life," *Proceedings,* Integrity of Offshore Structures - 4, IOS '90 Conference, Glasgow, U.K., July 1990.

66.   R.G. Bea, "Reliability Criteria for New and Existing Platforms," *Proceedings,* Offshore Technology Conference, OTC 6312, Houston, Texas, May 1990, pp. 393-408.

67.   R.G. Bea, "Reliability Based Design Criteria for Coastal and Ocean Structures," *Proceedings,* 9th Australasian Conference on Coastal and Ocean Engineering, Adelaide, Australia, December 1989 (Conference Keynote Paper).

68.   R.G. Bea and A. Olufsen, "Uncertainties in Extreme Wave Loadings on Fixed Offshore Platforms," *Proceedings,* Ninth International Conference of Offshore Mechanics and Arctic Engineering, Book No. 10296C, The American Society of Mechanical Engineers, 1990, pp. 15-31.

69.   R.G. Bea and A. Olufsen, "Loading Uncertainties in Extreme Waves," *Proceedings,* ICOASSAR '89, the 5th International Conference on Structural Safety and Reliability, Vol. II, American Society of Civil Engineers, August 1989, pp. 199-206.

70.   R.G. Bea, "Effects of Water Wave Kinematics Uncertainty on Design Criteria for Offshore Structures," *Water Wave Kinematics,* ed. by A. Torum and O. T. Gudmestad, NATO Advanced Science Institutes Series, 178: pp. 103-159, Series E (London: Kluwer Academic Publishers, 1990).

71.   R.G. Bea, "Dynamic Loading Effects on Pile Capacities," *Proceedings,* H. Bolton Seed Memorial Symposium, Vol. 2 (Vancouver, Canada: Bi Tech Publishers Ltd., May 1990).

72.   R.G. Bea and D. McDonald, "Reliability Evaluation of a Jack-up Drilling Unit," *Proceedings,* Annual Meeting, Society of Naval Architects and Marine Engineers, No. 6, San Francisco, California, October 31-November 3, 1990, pp. 6-1 to 6-15.

73.   R.G. Bea, "Earthquake Geotechnology in Offshore Structures," *Proceedings,* Second International Conference on Recent Advances in Geotechnical Earthquake Engineering and Soil Dynamics, St. Louis, Missouri, March 11-15, 1991, 9 pp.

74.   R.G. Bea, R. Pollard, R. Schulte-Strathaus and R. Baker, "Structural Maintenance for New and Existing Ships: Overview, Fatigue Cracking and Repairs," *Proceedings,* Marine Structural Inspection, Maintenance and Monitoring Symposium, The Society of Naval Architects and Marine Engineers, Arlington, Virginia, March 18-19, 1991, pp. II-A-1 to II-25.

75.   R.G. Bea and E.H. Cramer, "Fatigue Reliability Model for Inspection, Updating and Repair of Welded Geometries," *Proceedings,* Marine Structural Inspection, Maintenance and Monitoring Symposium, The Society of Naval Architects and Marine Engineers, Arlington, Virginia, March 18-19, 1991, pp. II-D-1 to II-D-6.

76.   R.G. Bea and W.H. Moore, "Management of Human and Organizational Error in Operational Reliability of Marine Structures," *Proceedings,* Second Offshore Symposium on Design Criteria and Codes, Society of Naval Architects and Marine Engineers, Houston, Texas, April 4-5, 1991, pp. XXIII-1 to XXIII-14.

77.   R.G. Bea, R.J. McCarthy and J.E. Slosson, "A Re-Evaluation of Earthquake Hazards Within the California Coastal Zone: Lessons from the Loma Prieta Earthquake," *Proceedings of the Seventh Symposium on Coastal and Ocean Management,* Coastal Zone 91, American Society of Civil Engineers, July 8-12, 1991, 20 pp.

78.   R.G. Bea, "Reliability-Based Design and Re-Qualification of Offshore Platforms," *Proceedings of the Workshop on Design Environmental Loads for Offshore Exploration and Production Systems,* Environment Canada, Edmonton, Alberta, October 2-3, 1991, pp. 150-169.

79.    R.G. Bea, "Application of Structural Reliability in Design and Re-qualification of Offshore Platforms," *Proceedings of the First Offshore Australian Conference,* Melbourne, Australia, November 25-27, 1991, 12 pp.

80.    R.G. Bea, "Structural Reliability: Design and Re-qualification of Offshore Platforms," *Proceedings of the International Workshop on Reliability of Offshore Operations,* National Institute of Standards and Technology Special Publication 833, Gaithersburg, Maryland, April 1992, pp. 41-67.

81.    R.G. Bea, B. Stahl, G.J. Shoup, J.F. Geyer, J.E. Vinnem and C.A. Cornell, "Methodology for Comparison for Alternative Production Systems (MCAPS)," *Proceedings of the Offshore Technology Conference,* OTC Paper No. 6915, May 4-7, 1992, Houston, Texas, pp. 389-398.

82.    R.G. Bea, B.T. Landeis and M.J.K. Craig, "Requalification of a Platform in Cook Inlet, Alaska," *Proceedings of the Offshore Technology Conference,* OTC Paper No. 6935, Houston, Texas, May 4-7, 1992, pp. 551-562.

83.    R.G. Bea, C.A. Cornell, J.E. Vinnem, J.F. Geyer, G.J. Shoup and B. Stahl, "Comparative Risk Assessment of Alternative TLP Systems: Structure & Foundation Aspects," *Proceedings of the 11th International Conference on Offshore Mechanics and Arctic Engineering,* ASME Paper No. OMAE-92-1372, Calgary, Alberta, Canada, June 7-11, 1992, 16 pp.

84.    R.G. Bea, "Evaluation of Uncertainties in Loadings on Offshore Structures Due to Extreme Environmental Conditions," *Proceedings of the 11th International Conference on Offshore Mechanics and Arctic Engineering,* ASME Paper No. OMAE-92-1218, Alberta, Canada, June 7-11, 1992, 11pp.

85.    R.G. Bea and T. Xu, "Reliability Evaluation of Existing Platforms Based on Fuzzy Set Theory," *Proceedings of the Second International Offshore and Polar Engineering Conference,* San Francisco, California, June 14-19, 1992, pp. 523-530.

86.    R.G. Bea and D.T. McDonald, "Dynamic Response Characteristics of Jack-Up Drilling Units," *Proc.,* Civil Engineering in the Oceans V, American Society of Civil Engineers, College Station, Texas, November 2-5, 1992, pp. 906-920.

87.    R.G. Bea, "Re-qualification of Offshore Platforms," *Proc.,* Civil Engineering in the Oceans V, American Society of Civil Engineers, College Station, Texas, November 2-5, 1992, pp. 427-443.

88.    R.G. Bea, "Seismic Design and Requalification Methodologies for Offshore Platforms," *Proc.,* International Workshop on Seismic Design and Requalification of Offshore Structures, California Institute of Technology, Pasadena, California, December 7-9, 1992, 34 pp.

89.    R.G. Bea, W.E. Gale, Jr. and R.B. Williamson, "Fire Safety Assessment for Offshore Platforms," *Proc.,* International Conference on Fire Management INTERFLAM '93, Oxford University, England, March 30 - April 1, 1993, 12 pp.

90.    R.G. Bea, "Response of Offshore Structures Subjected to Earthquakes," *Proc.,* International Workshop on Wind and Earthquake Engineering for Offshore and Coastal Facilities, Port and Harbor Research Institute, Yokosuka, Japan, May 12-14, 1993, 12 pp.

91.    R.G. Bea and R. DesRoches, "Development and Verification of a Simplified Procedure to Estimate the Capacity of Template-Type Platforms," *Proc.,* Fifth International Symposium on Integrity of Offshore Structures IOS '93, Glasgow, U.K., June 17-18, 1993, 20 pp.

92.    R.G. Bea, "Reliability Based Requalification Criteria for Offshore Platforms," *Proc.,* 12th International Conference on Offshore Mechanics and Arctic Engineering, OMAE 1993, Volume II, Safety and Reliability, Glasgow, Scotland, June 20-24, 1993, pp. 351-361.

93.    R.G. Bea and W.H. Moore, "Human and Organizational Errors in Operations of Marine Systems: Occidental Piper Alpha," *Proc.,* 12th International Conference on Offshore Mechanics and Arctic Engineering, OMAE 1993, Volume II, Safety and Reliability, Glasgow, Scotland, June 20-24, 1993, pp. 21-29.

94.    R.G. Bea, "Workshop Charge: Key Questions in the Reassessment & Requalification of Permanent Offshore Drilling & Production Platforms," Keynote Paper, Proceedings of the International Workshop on Reassessment and Requalification of Offshore Production Structures, New Orleans, Louisiana, Dec., 1993.

95.    R.G. Bea, "Seismic Response of Offshore Platforms," Keynote Paper, Proceedings of the Tenth National Conference on Earthquake Engineering, Mexican Society of Earthquake Engineering, Puerto Vallarta, Jalisco, Mexico, October 1993.

96.   W.H. Moore, R.G. Bea and K. . Roberts, "Improving the Management of Human and Organization Errors (HOE) in Tanker Operations," Proceedings of the Ship Structures Symposium '93, The Society of Naval Architects and Marine Engineers and The Ship Structure Committee, Arlington, Virginia, Nov. 1993. (Contribution: 60%)

97.   R.G. Bea, "Marine Structural Integrity Programs," Proceedings of the Ship Structures Symposium '93, The Society of Naval Architects and Marine Engineers and The Ship Structure Committee, Arlington, Virginia, Nov. 1993.

98.   R.G. Bea and W. Moore, "Reliability Based Evaluations of Human and Organization Errors in Reassessment and Requalification of Platforms," Vol. II, Safety and Reliability Symposium, Proceedings Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, OMAE 94-1272, Feb. 1994.

99.   M. Paga, J. Sully, E. Gajardo and R.G. Bea, "Site Specific Offshore Platform Design: Modification of API Recommendations to Consider Local Seismic Conditions," Proceedings of the 6th International Conference on Structural Safety and Reliability, Congress Innsbruck, Innsbruck, Austria, August 1993.

100.  R. Schulte-Strathaus and R.G. Bea, "Ship Structural Integrity Information System," Ship Structure Committee, SSC-380, 200 p., NTIS #PB95-178588, Washington, D.C., September 1994.

101.  R.G. Bea, "The Role of Human Error in Design, Construction and Reliability of Marine Structures," Ship Structure Committee, SSC-378, 322 p, NTIS #PB95-126827, Washington, D.C., October 1994.

102.  R.G. Bea, M. Mortazavi, K.J. Loch and P.L. Young., "Verification of a Second Generation Simplified Method to Evaluate Storm Loadings on and Capacities of Steel, Template-Type Platforms," Proceedings of the Offshore & Arctic Operations Symposium, American Society of Mechanical Engineers Petroleum Division, Energy & Environmental Expo 95, Houston, Texas, January 1995.

103.  R.G. Bea, "Development & Verification of a Simplified Method to Evaluate Storm Loadings on and Capacities of Steel, Template-Type Platforms," Proceedings of the Offshore & Arctic Operations Symposium, American Society of Mechanical Engineers Petroleum Division, Energy & Environmental Expo 95, Houston, Texas, January 1995.

104.  R.G. Bea, G. Bacicchi, N. Kamoi, C. Murgia, J.Y. Song and P.A. Thompson, "Quality Assurance in Design, Construction and Operation of Marine Structures," Proceedings of the 12th International Ship & Offshore Structures Congress, Vol. 2, St. Johns, Newfoundland, Canada, September 1994. (Contribution: 80%)

105.  R.G. Bea and R. Schulte-Strathaus, "Verification of a Long-Term Fatigue Analysis Based on Observed Fractures in a Class of Four 165,000 DWT Tankers," Proceedings of the 12th International Ship & Offshore Structures Congress, Vol. 3, St. Johns, Newfoundland, Canada, September 1994. (Contribution: 70%)

106.  R.G. Bea, "Development and Verification of a Simplified Procedure to Estimate the Capacity of Template-Type Platforms," Proceedings of the 12th International Ship & Offshore Structures Congress, Vol. 3, St. Johns, Newfoundland, Canada, September 1994.

107.  R.G. Bea, "Development of a Ship Structural Integrity Information System (SSIIS)," Proceedings of the 12th International Ship & Offshore Structures Congress, Vol. 3, St. Johns, Newfoundland, Canada, September 1994.

108.  R.G. Bea, "Probability Based Earthquake Load & Resistance Factor Design Criteria for Offshore Platforms," Proceedings of the International Workshop on Wind and Earthquake Engineering for Coastal and Offshore Facilities, University of California at Berkeley, January 1995.

109.  R.G. Bea and C. Bowen, "Simplified Earthquake Floor Response Spectra for Equipment on Offshore Platforms," Proceedings of the International Workshop on Wind and Earthquake Engineering for Coastal and Offshore Facilities, University of California at Berkeley, January 1995. (Contribution: 75%)

110.  R.G. Bea, "Men, Ships and the Sea," Proceedings of the Marine Safety Council, U.S. Coast Guard, Washington, D.C., May-June 1995, pp. 3-7.

111.  W.H. Moore and R.G. Bea, "Management of Human and Organizational Error Throughout a Ship's Life Cycle," Proceedings of the Institute of Marine Engineers, Symposium on Management and Operation of Ships, London, U.K., May 1995.

112. R.G. Bea and M. Mortazavi, "Simplified Evaluation of the Capacities of Template-Type Offshore Platforms," Proceedings of the 5th International Offshore and Polar Engineering Conference, The Hague, The Netherlands, ISOPE Paper No. 95-JSC-214, June 1995.

113. R.G. Bea, K.J. Loch and P.L. Young, "Evaluation of Capacities of Template-Type Gulf of Mexico Platforms," Proceedings of the 5th International Offshore and Polar Engineering Conference, The Hague, The Netherlands, ISOPE Paper No. 95-JSC-214, June 1995.

114. W.E. Gale, W.H. Moore, R.G. Bea and R.B. Williamson, "A Methodology for Assessing and Managing Fire and Life Safety for Offshore Production Platforms," Proceedings of the 5th International Offshore and Polar Engineering Conference, The Hague, The Netherlands, ISOPE Paper No. 95-JSC-215, June 1995.

115. K. Ma and R.G. Bea, "Fatigue Life Estimation for Repaired Ship Critical Structural Details," Proceedings of the 14th International Offshore Mechanics and Arctic Engineering Conference, OMAE Paper No. 95-731M, Copenhagen, Denmark, June 1995.

116. K. Roberts and R.G. Bea, "Organization Factors in the Quality and Reliability of Marine Systems," Proceedings of the 14th International Offshore Mechanics and Arctic Engineering Conference, OMAE Paper No. 95-1354, Copenhagen, Denmark, June 1995.

117. R.G. Bea, "Quality, Reliability, Human and Organization Factors in Design of Marine Structures," Proceedings of the 14th International Offshore Mechanics and Arctic Engineering Conference, OMAE Paper No. 95-1355, Copenhagen, Denmark, June 1995.

118. R.G. Bea, "Evaluation of Human and Organization Factors in Design of Marine Structures: Approaches & Applications," Proceedings of the 14th International Offshore Mechanics and Arctic Engineering Conference, OMAE Paper No. 95-1233, Copenhagen, Denmark, June 1995.

119. W.E. Gale, W.H. Moore, R.G. Bea and R.B. Williamson, "Human Factors in Operational Reliability of Offshore Production Platforms: The Fire and Life Safety Assessment Index Methodology (FLAIM)," Proceedings of the Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, Copenhagen, Denmark, June 1995.

120. K.T. Ma and R.G. Bea, "A Repair Management System for Fatigue Cracks in Ships," Transactions, The Society of Naval Architects and Marine Engineers, Vol. 103, 1995.

121. J. Ying and R.G. Bea, "Simulation Model for Development of Siting Strategies for Mobile Offshore Drilling Units," Proc. of the 6th Int. Offshore and Polar Eng. Conf., Los Angeles, CA, May 1996.

122. T. Xu and R.G. Bea, "Fatigue of Cracked Ship Critical Structural Details: Cracked S-N Curves and Load Shedding," Proc. of the 6th Int. Offshore and Polar Eng. Conf., Los Angeles, CA, May 1996.

123. M. Mortazavi and R.G. Bea, "A Simplified Structural Reliability Analysis Procedure for Use in Assessments and Requalifications of Template-Type Offshore Platforms," Proc. of the 6th Int. Offshore and Polar Eng. Conf., Los Angeles, CA, May 1996.

124. R.G. Bea, R. Schulte-Strathaus and M. Dry, "Ship Quality Information Systems," Proceedings of the Institute of Marine Engineers, ICMES 96, Safe and Efficient Ships, Oslo, Norway, June 1996.

125. R.G. Bea, A. Brandtzaeg and M.J.K. Craig, "Life-Cycle Reliability Characteristics of Minimum Structures," Proceedings of the 15th Int. Conf. on Offshore Mechanics and Arctic Engineering, OMAE Paper No. 96-1205, ASME, June 1996.

126. M. Mortazavi and R.G. Bea, "A. Reliability Based Screening Procedure for Platform Assessments and Requalifications," Proceedings of the 15th Int. Conf. on Offshore Mechanics and Arctic Engineering, OMAE Paper No. 96-421, ASME, June 1996.

127. E.H. Cramer, R. Schulte-Strathus and R.G. Bea, "Ship Maintenance Projects: 1990-1995," Vol. 1, Fatigue Damage Evaluation, Ship Structure Committee, SSC-386, Washington, DC.

128. R.G. Bea and R. Mayoss, "Ship Maintenance Projects: 1990-1995," Vol. 2, Corrosion Damage Evaluation, Ship Structure Committee, SSC-386, Washington, DC.

129. K.A. Gallion and R.G. Bea, "The Ship Structural Maintenance Projects: 1990-1995," Vol. 3, Repairs and Maintenance, Ship Structure Committee, SSC-386, Washington, DC.

130. K.T. Ma, R.S. Holzman, L. Demsetz and R.G. Bea, "The Ship Structural Maintenance Projects: 1990-1995," Vol. 4, Durability Considerations, Ship Structure Committee, SSC-386, Washington, DC.

131. R.G. Bea and T. Xu, "In-Service Inspection Programs for Marine Structures," Proceedings 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of

Mechanical Engineers, Yokohama, Japan, 1997.

132.  R.G. Bea and K. Roberts, "Managing Rapidly Developing Crises: Real-Time Prevention of Marine System Accidents," Proceedings 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

133.  R.G. Bea and M.J.K. Craig, "Reliability Based Load and Resistance Factor Design Guidelines for Offshore Platforms to Resist Earthquakes," Proceedings 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

134.  J. Stear and R.G. Bea, "Comparative Analysis of the Capacities of Gulf of Mexico Steel Template-Type Platforms Subjected to Hurricane Forces," Proceedings 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

135.  R.G. Bea, "Background for the Proposed International Standards Organization Reliability Based Seismic Design Guidelines for Offshore Platforms," Earthquake Criteria Workshop Proceedings, 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

136.  A. Sturm, R.G. Bea and T. Miller, "Reassessment and Re-qualification of Two Gulf of Mexico Platforms," Proceedings 7th International Conference on Offshore and Polar Engineering, Honolulu, Hawaii, May 1997.

137.  Y. Bai, T. Xu and R.G. Bea, "Reliability Based Design & Re-qualification Criteria for Longitudinally Corroded Pipelines," Proceedings 7th International Conference on Offshore and Polar Engineering, Honolulu, Hawaii, May 1997.

138.  A. Salancy and R.G. Bea, "Offshore Single Point Mooring Systems for Import of Hazardous Liquid Cargoes Offshore Southern California," Proceedings 7th International Conference on Offshore and Polar Engineering, Honolulu, Hawaii, May 1997.

139.  M. Mortazavi and R.G. Bea, "Experimental Validation of the Ultimate Limit State Limit Equilibrium Analysis (ULSLEA) with Results from Frame Tests," Proceedings 7th International Conference on Offshore and Polar Engineering, Honolulu, Hawaii, May 1997.

140.  A. Brandtzaeg and R.G. Bea, "Experience with Fast Rack Risk Assessment Used to Compare Alternative Platforms," Proceedings of the International Conference on Safety and Reliability, European Safety and Reliability Association, Lisbon, Portugal, June 1997.

141.  R.G. Bea, "Human and Organizational Factor Considerations in the Structure Design Process for Offshore Platforms," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

142.  R.G. Bea, "Accident and Near-Miss Assessments and Reporting," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

143.  R.G. Bea, "Real-Time Prevention of Platform Drilling Blowouts: Managing Rapidly Developing Crises," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

144.  R.G. Bea, "A Safety Management Assessment System (SMAS) for Offshore Platforms," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

145.  R.G. Bea, R. Holdsworth and C. Smith, "Human and Organization Factors in Safety of Offshore Platforms," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

146.  Lt. D. Boniface and R.G. Bea, "A Decision Analysis Framework for Assessing Human and Organizational Error in the Marine Industries," Proceedings of the Symposium on Human and Organizational Error in Marine Structures, Ship Structure Committee - Society of Naval Architects and Marine Engineers, Arlington, Virginia, November 1996.

147.  R.G. Bea, "Consideration of Human and Organization Factors in Development of Design, Construction and Maintenance Guidelines for Ship Structures," Proceedings of the Symposium on Human and Organizational Error in Marine Structures, Ship Structure Committee - Society of Naval Architects and Marine Engineers, Arlington, Virginia, November 1996.

148.     R.G. Bea, K. Roberts, S. Stoutenberg, T. Mannarelli and P. Jacobson, "High Reliability Tanker Loading & Discharge Operations: Chevron Long Wharf, Richmond, California," Proceedings of the Symposium on Human and Organizational Error in Marine Structures, Ship Structure Committee - Society of Naval Architects and Marine Engineers, Arlington, Virginia, November 1996.

149.     M. Dry, R. Schulte-Strathaus and R.G. Bea, "Ship Structural Integrity Information System Phase II," Ship Structure Committee SSC 388, Washington, DC, 1996, NTIS #PB96-167564.

150.     Bea, R. G., J. Suhayda, Z. Jin and R. Ramos, "Hurricane Wave Conditions for Design and Requalification of Platforms in the Bay of Campeche, Mexico," *Proceedings 1998 International OTRD Symposium Ocean Wave Kinematics, Dynamics and Loads on Structures,* American Society of Civil Engineers, April 30-May 1, 1998, Houston, Texas.

151.     Bea, R. G., J. Stear, T. Xu and R. Ramos, "Hurricane Wave Forces on the Decks of Offshore Platforms," *Proceedings 1998 International OTRD Symposium Ocean Wave Kinematics, Dynamics and Loads on Structures,* American Society of Civil Engineers, May 1998, Houston, Texas.

152.     Stear, J.D. and R.G. Bea, "Simplified Strength-Level Earthquake Assessment of Jacket-Type Platforms," *Proceedings 1988 8th International Offshore and Polar Engineering Conference,* Montreal, Canada, May 1998, International Society of Offshore and Polar Engineers, Golden, Colorado.

153.     Aviguetero, T. and R.G. Bea, "Effects of Damage and Repairs on the Lateral Load Capacity of a Typical Template-Type Offshore Platform," *Proceedings 8th International Offshore and Polar Engineering Conference,* Montreal, Canada, May 1998, International Society of Offshore and Polar Engineers, Golden, Colorado.

154.     Bea, R.G., R. Ramos, O. Valle and V. Valdes, "Risk Based Hurricane and Earthquake Criteria for Design and Requalification of Platforms in the Bay of Campeche, Mexico," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

155.     Bea, R.G., R. Ramos, T. Hernandez and O. Valle, "Risk Assessment & Management Based Guidelines for Design & Reassessment of Pipelines in the Bay of Campeche, Mexico," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

156.     Bea, R.G., Z. Jin, C. Valle and R. Ramos, "Evaluation of the Reliability of Platform Pile Foundations in the Bay of Campeche, Mexico," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference* OMAE, *Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

157.     Bea, R. G., J. Ying, D. Hopper and M. Craig, "Risk Based Requalification of the Monopod Platform, Cook Inlet, Alaska," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

158.     D. Hee , R.G. Bea, K. Roberts and B. Williamson, "Safety Management Assessment System (SMAS) Part I: A Process for Identifying and Evaluating Human and Organization Factors in Operations of Offshore Platforms," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

159.     D. Hee, R.G. Bea, B. Pickrell, K.H. Roberts and R.B. Williams, "Safety Management Assessment System (SMAS) Part I: Field Test and Results," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

160.     D. Hee , K. Roberts, R.G. Bea and B. Williamson, "Probabilistic Safety Assessment and Management PSAM 4, Safety Management Assessment System (SMAS )," *Proceedings* of the 4th International Conference on Probabilistic Safety Assessment and Management, PSAM '98, A. Mosleh and R. A. Bari (Eds.), Springer Publishers, New York City, September 1998.

161.     Soriaro, A., R. Ramos, E. Heredia and R.G. Bea, "Assessment of Biases and Uncertainties in Design and Requalification Parameters for Offshore Platforms," *Proceedings* 9th International Offshore and Polar Engineering Conference & Exhibition, May 30-June 4, 1999, Brest, France, Society of Offshore and Polar Engineers, Golden, CO.

162.     Bea, R.G., B. Farkas, R. Ramos, C. Smith and J.H. Rosenmoller,  "A General Pipeline Suitability for Service Assessment System: RAM PIPE," *Proceedings* 9th International Offshore and Polar Engineering Conference & Exhibition, Brest, France, Society of Offshore and Polar Engineers, Golden, CO.

163.     Bea, R.G., C. Smith, V. Valdes, B. Farkas, J. Rosenmoller and O. Valle, "Assessment of Pipeline Suitability for Service," *Proceedings 9th International Offshore and Polar Engineering Conference & Exhibition,* Brest, France, May 30-June 4, 1999.

164.     Xu, T., R.G. Bea, R. Ramos, O. Valle and V. Valdes, "Assessment of Tubular Joint Capacity Uncertainties," *Proceedings,* 18th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, July 11, 1999.

165.     Bea, R.G., "A Structured Method and Software to Assess Human & Organizational Errors in the Life-cycle of Offshore Structures," *Proceedings*  of the 18th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, July 13, 1999.

166.     Bea, R. G., L. Lara, E. Heredia, O. Valle and V. Valdes, "Reliability Criteria for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico," *Proceedings* of the 18th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, July 16, 1999.

167.     Bea, R.G. and T. Xu, "Evaluation of Biases & Uncertainties in Reliability Based Pipeline Requalification Guidelines," *Proceedings* of Pipeline Requalification Workshop, Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, July 16, 1999.

168.     Orisamolu, I.R. and R.G. Bea, "Reliability Considerations in the Development of Guidelines for the Requalification of Pipelines," *Proceedings* of Pipeline Requalification Workshop, Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, July 16, 1999.

169.     J. Zhaohui, R.G. Bea, J. Suhayda and R. Ramos, "Reduction of Hurricane Wave Heights in Shallow Water by Deformable Sea Floor Soils Offshore Mexico," *Proceedings* of 19th International Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, February 14, 2000.

170.     Bea, R.G., "Reliability, Corrosion, & "Burst Pressure Capacities of Pipelines," Proceedings 19th International Conference on Offshore Mechanics & Arctic Engineering, American Society of Mechanical Engineers, February 15, 2000.

171.     Bea, R.G., "Performance Shaping Factors in Reliability Analysis of Design of Offshore Structures," *Proceedings* 19th International Conference on Offshore Mechanics & Arctic Engineering, American Society of Mechanical Engineers, February 17, 2000.

172.     R.G. Bea, F. Perez and R. Ortega, "Requalification of Platforms Offshore Tampico - Tuxpan, Mexico: Conditions and Criteria," *Proceedings* 19th International Offshore and Polar Engineering Conference, Society of Offshore and Polar Engineers, June 1, 2000.

173.     Bea, R.G., F. Perez and R. Ortega, "Requalification of Platforms Offshore Tampico - Tuxpan, Mexico: Arenque Platforms," *Proceedings* 19th International Offshore and Polar Engineering Conference, Society of Offshore and Polar Engineers, June 2, 2000.

174.     Bea, R.G., "Performance Shaping Factors in Reliability Analysis of Design of Offshore Structures," *Marine Technology & Management Group,* 19 th International Conference on Offshore Mechanics & Arctic Engineering - OMAE 2000, Feb. 14-17, 2000, Sheraton New Orleans Hotel, New Orleans, LA, USA OMAE 2000-6111.

175.     Bea, R.G., "Committee IV. 1 Design Principles and Criteria," *14th International Ship and Offshore Structures Congress 2000,* 2-6 October 2000, Nagasaki, Japan, Volume 1.

176.     Bea, R.G., R. Stoelsnes and O. Gudmestad, "On the Importance of Human and Organizational Factors in Design, Construction and Installation of Engineered Systems," *Proceedings* of the International Society of Offshore and Polar Engineering Conference, Stavanger, Norway, June 2001, 1-10.

177. Bea, R.G., "Risk assessment and management in design and requalification of offshore  structures," *Proceedings* of the International PEP-IMP Symposium on Risk Assessment for Offshore Structures, Instituto Mexicano del Petroleo, Mexico City, DF, 2001, pp. 1-32.

178. Bea, R.G., "Human Factors and risk management of offshore structures," *Proceedings* of the  International PEP-IMP Symposium on Risk Assessment for Offshore Structures, 2001, pp. 1-42.

179. Bea, R.G., "Human and Organizational Factors in Reliability and Design of 'Minimum' Offshore Structures," *Proceedings* of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-8.

180. Bea, R., C. Smith, B. Smith, J. Rosenmoeller, T. Beuker and B. Brown, "Analysis of Field Data from the Performance of Offshore Pipelines (POP) Project," *Proceedings* of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-8.

181. Bea, R., C. Smith, B. Smith, J. Rosenmoeller, T. Beuker and B. Brown, "Real-Time Reliability Assessment & Management of Marine Pipelines," *Proceedings* of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-10.

182. Bea, R. and Z. Jin, "Texas Tower 4: Lessons for Design of Offshore Structures," *Proceedings* of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-12.

183. Bea, R, T. Xu, E. Heredia-Zavoni, L. Lara and R. Burbano, "Reliability Based Design Criteria for Installation of Pipelines in the Bay of Campeche, Mexico: Part 1," Proceedings of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-7. (Contribution: 90%)

184. Bea, R., T. Xu , E. Heredia-Zavoni, L. Lara and R. Burbano, "Reliability Based Design Criteria for Installation of Pipelines in the Bay of Campeche, Mexico: Part 2," Proceedings of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-10. (Contribution: 90%)

185. Ramos, A. and R. G. Bea, "Reliability Aspects of Corrosion in Oil Storage Tanks," Proceedings 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-11. (Contribution: 50%)

186. Nakat, Z. and R. G. Bea, "Effect of Truncated Demand and Capacity Distributions on Reliability of Pipelines," Proceedings 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-5.

187. Bea, R.G., T. Beuker and P. Vargas, "Reliability Based Fitness-For-Service Assessment of Corrosion Defects Using Different Burst Pressure Predictors and Different Inspection Techniques," Proceedings 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-8.

188. Ronalds, B., R. Pinna, S. Ryan, J. Riordan, T. Radic, G. Cole and R.G. Bea, "Jacket Reliability Design Considering Interacting Limit States," Proceedings 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-12.

189. Bea, R.G., "Quality, Reliability, and Human Factors in Drilling & Production," Proceedings of OMAE0, 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-19.

190. Inkabi, K. and R. Bea, "Burst Database Verification Study for Corroded Line-Pipe," Proceedings 23rd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2004, Vancouver, British Columbia, pp. 1-9.

191. Inkabi, K. and R. Bea, "Application of RAM Methods in the Structural Reliability Assessment of Corroded Offshore Pipelines," Proceedings 23rd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2004, Vancouver, British Columbia, 1-11.

192. Kardon, J.B., Bea, R. G., and Williamson, R.B., "Validity and Reliability of Forensic Engineering Methods and Processes," Proceedings 4th Forensic Congress, ASCE, October 2006, pp.1-11.

193. Seed, R.B., Bea, R.G., et al, "Investigation of Levee Performance in Hurricane Katrina: The New Orleans Drainage Canals, Proceedings Geo-Denver 2007, ASCE, Feb. 2007, pp. 1-16.

194. Seed, R.B., Bea, R.G., et al, "Investigation of Levee Performance in Hurricane Katrina: The Inner Harbor Navigation Canal, Proceedings Geo-Denver 2007, ASCE, Feb. 2007, pp. 1-16.

195. Seed, R.B., Bea, R. G., et al, "Investigation of the Performance of the New Orleans Regional Flood Protection Systems During Hurricane Katrina: Lessons Learned, Proceedings Geo-Denver 2007, ASCE, Feb. 2007, pp. 1-16.

196. Bea, R.G., "Lessons from Failure of the Flood Protection System for the Greater New Orleans Area During Hurricane Katrina," Proceedings of 6th International Conference on Offshore Mechanics and Arctic Engineering, June 2007, ASME, pp. 1-9.

197. Bea, R.G., "Reliability Assessment & Management Lessons from Hurricane Katrina," Proceedings of 6th International Conference on Offshore Mechanics and Arctic Engineering, June 2007, ASME, pp. 1-12.

**Non-Refereed Publications**

**Technical Reports**

1. R.G. Bea, *Deformations Required to Develop A Passive and Active Resistance of Submerged Sands at Varying Void Ratios,* Research Project Report to the National Science Foundation, University of Florida, June 1959.

2. R.G. Bea, *Wave Forces Comparison of Stokes Fifth and Stream Function Theories,* Engineering Note No. 40, Shell Oil Company, April 1973.

3. R.G. Bea, *Sea Floor Stability, South Pass Block 62 and Main Pass Block 290 Areas,* Shell Oil Company, Offshore Division - Construction, Southern E&P Region, O.D.C. Report No. 47, Aug. 1973.

4. R.G. Bea, *Sea Floor Stability, Mississippi Delta Area, Proposed Leases in OCS Sale No. 33, 1974,* Shell Oil Company, Offshore Division - Construction, Southern E&P Region, O.D.C. Report 57, Dec. 1973.

5. R.G. Bea, *API Review Environmental Loads on Ocean Structures, Note CE-8,* Shell Oil Company, Oct. 1974.

6. R.G. Bea, *API Review Environmental Loads on Ocean Structures,* Report to the Sea Floor Engineering Council, National Academy of Engineering, Oct. 1974.

7. R.G. Bea, *Updating of Wave Heights & Platform Resistance Descriptions Based on Preliminary Data from Hurricane Carmen,* Report, Shell Oil Company, Houston, Nov. 1974.

8. R.G. Bea, *Evaluation of Potentially Unstable Soils in the Mississippi Delta Area,* Shell Oil Company, Head Office, Civil Engineering, Report No. ODC-37, (in 3 parts), July 1975.

9. R.G. Bea, *Preliminary Soil and Seismic Design Conditions for Feasibility Studies of Candidate LNG Import Terminal Sites Offshore,* Southern California, Prepared for California Coastal Commission, May 1978.

10. R.G. Bea, *Ground Motion Intensity Factors and Acceleration Response Spectra,* Ninth Edition API RP 2A Earthquake Design Provisions, Eastern Gulf of Alaska Region, prepared for the American Petroleum Institute, Oct. 1978.

11. R.G. Bea, M.R. Akky, A.R. Dover and J.A. Egan, *A Methodology for Selection of Ground Motion Intensity Factors and Acceleration Response Spectra for Eastern Gulf of Alaska Region,* prepared for American Petroleum Institute, Nov. 1978, 287 p.

12. R.G. Bea, *Assessment of the Morison Equation,* Woodward-Clyde Consultants, for Civil Engineering Laboratory, Naval Construction Battalion Center, Port Hueneme, California, Report CR 80.022, July 1980, 175 p.

13. R.G. Bea and F.Y. Yokel, *Mat Foundations for Offshore Structure in Arctic Regions,* prepared for Minerals Management Service, USDI, NBSIR 86-3419, May 1986 (issued Feb. 1987), 151 p.

14. R.G. Bea, B. Mosaddad, A.K. Vaish and K. Ortiz, *Seismic Load Effects Study,* PMB Systems Engineering, Inc., prepared for American Petroleum Institute, Dec. 1986, 134 p.

15. R.G. Bea, *Development of Inspection and Repair Programs for Fixed Offshore Platforms,* PBM Systems Engineering, Inc., prepared for Technology Assessment and Research Branch of Minerals Management Service, Reston, VA, March 1987, 155 p.

16. R.G. Bea, *Fatigue Reliability, Reliability of Marine Structures,* Chapter 8, Tutorial Summary on Structural Reliability Theory Directed at the Marine Industry. Report to Ship Structures Committee, Jan. 1988, A.E. Mansour.

17. R.G. Bea, *Piper Bravo Concept Safety Study Evaluation Criteria,* Report to Occidental Petroleum (Caledonia), Aberdeen, Scotland, May 1989.

18. R.G. Bea, J.B. Farrier and M.A. Foda, *Evaluation of the Potential for Self-Burial of the Proposed Unocal Gina Pipeline,* Report to UNOCAL, Ventura, CA, May 1989.

19. R.G. Bea, K. Bando and M. Foda, *Challis Field Floating Production Facility Mooring System Scour Protection Laboratory Tests,* Report to IMODCO International, June 1989.

20. R.G. Bea, *Maui A Platform Seismic Re-assessment Analyses, Phase I, Study of Earthquake Evaluation Guidelines,* Report to Shell BP and Todd Oil Services, Ltd., New Plymouth, New Zealand, June 1989.

21. R.G. Bea, *Maui Stage II Development, Review of Seismic Studies,* Report to Shell BP and Todd Oil Services, Ltd., New Plymouth, New Zealand, June 1989.

18

22. R.G. Bea, *Development of Guidelines for Evaluations and Justifications of Suitability for Service,* Final Report No. 3, AIM III Joint Industry Project, September 1988.

23. R.G. Bea, *Reliability Analysis of the Tension Leg Platform Structural System,* Report to the MCAPS Joint Industry Project, February 1988.

24. R.G. Bea, *Tropical Cyclone Parameters for Goodwyn Substructure Environmental Design Criteria: Maximum Wave Periods,* Report to Woodside Offshore Petroleum, Perth, Western Australia, July 1988.

25. R.G. Bea, *Review of Tropical Cyclone Parameters for Goodwyn 'A' Platform Environmental Criteria,* Report to Woodside Offshore Petroleum, Perth, Western Australia, February 1989.

26. R.G. Bea, *Review of the Ocean Engineering Group's Definition of Environmental Design Criteria for the Goodwyn 'A' Platform,* Report to Woodside Offshore Petroleum, Perth, Western Australia, August 1988.

27. R.G. Bea, *User Guidelines: Loadings, Soils, and Pile Characterizations,* Report to PAR (Pile Analysis Routines) Joint Industry Sponsor Group, February 1988.

28. R.G. Bea and E. Pate Cornell, *Organizational Aspects of Reliability Management: Design, Construction, and Operation of Offshore Platforms,* Research Report No. 89-1, Department of Industrial Engineering and Engineering Management, Stanford University, April 1989, 84 p.

29. R.G. Bea, *Piper Bravo Concept Safety Study Evaluation Criteria,* Report to Occidental Petroleum (Caledonia), Aberdeen, Scotland, May 1989.

30. R.G. Bea, J.B. Farrier and M.A. Foda, *Evaluation of the Potential for Self-Burial of the Proposed Unocal Gina Pipeline,* Report to UNOCAL, Ventura, CA, May 1989.

31. R.G. Bea, K. Bando and M.A. Foda, *Challis Field Floating Production Facility Mooring System Scour Protection Laboratory Tests,* Report to IMODCO International, June 1989.

32. R.G. Bea, *Maui A Platform Seismic Re-assessment Analyses, Phase I, Study of Earthquake Evaluation Guidelines,* Report to Shell BP and Todd Oil Services, Ltd., New Plymouth, New Zealand, June 1989.

33. R.G. Bea, *Maui Stage II Development, Review of Seismic Studies,* Report to Shell BP and Todd Oil Services, Ltd., New Plymouth, New Zealand, June 1989.

34. R.G. Bea, *Development of Guidelines for Evaluations and Justifications of Suitability for Service,* Final Report No. 3, AIM III Joint Industry Project, September 1988.

35. R.G. Bea, *Reliability Analysis of the Tension Leg Platform Structural System,* Report to the MCAPS Joint Industry Project, February 1988.

36. R.G. Bea, *Tropical Cyclone Parameters for Goodwyn Substructure Environmental Design Criteria: Maximum Wave Periods,* Report to Woodside Offshore Petroleum, Perth, Western Australia, July 1988.

37. R.G. Bea, *Review of Tropical Cyclone Parameters Study for Goodwyn  A Platform Environmental Criteria*, Report to Woodside Offshore Petroleum, Perth, Western Australia, February 1989.

38. R.G. Bea, *Review of the Ocean Engineering Group's Definition of Environmental Design Criteria for the Goodwyn 'A' Platform,* Report to Woodside Offshore Petroleum, Perth, Western Australia, August 1988.

39. R.G. Bea, *User Guidelines: Loadings, Soils, and Pile Characterizations,* Report to PAR (Pile Analysis Routines) Joint Industry Sponsor Group, February 1988.

40. R.G. Bea and E. Pate Cornell, *Organizational Aspects of Reliability Management: Design, Construction, and Operation of Offshore Platforms,* Research Report No. 89-1, Department of Industrial Engineering and Engineering Management, Stanford University, April 1989.

41. R.G. Bea, *Review of Tropical Cyclone Parameters -Study for 'A' Goodwyn Environmental Criteria,* Technical Report to Woodside Offshore Petroleum, Perth, Western Australia, February 1989.

42. R.G. Bea, *Reliability Based Design Criteria for Freeport-McMoRan Main Pass Block 299 Sulfur Mine Platforms,* Technical Report to Freeport McMoRan, New Orleans, Louisiana, November 1989.

43. R.G. Bea, *Reliability Based Design Criteria for McMoRan Oil & Gas Main Pass Block 299 Oil and Gas Platforms,* Technical Report to McMoRan Oil & Gas Company, New Orleans, Louisiana, April 1990.

44. R.G. Bea, *Earthquake Design Guidelines, Maui B Platform, New Zealand,* Technical Report to Shell BP and Todd Oil Services Limited, New Plymouth, New Zealand, May 1989.

45. R.G. Bea, *Maui Stage II Development, Review of Seismic Studies,* Technical Report to Shell BP and Todd Oil Services Limited, New Plymouth, New Zealand, April 1990.

46. R.G. Bea, *Design Return Period for Ductility Level Earthquake, Maui B Platform,* Report to Shell BP and Todd Oil Services Limited, New Plymouth, New Zealand, December 1990, 48 p.

47. R.G. Bea and D. Kingery, *Reliability of the Grayling Platform Substructure,* Report to Unocal Corporation, Kenai, Alaska, December 1990, 125 p.

48. R.G. Bea, D.T. McDonald, K. Bando and R J. Sobey, *Near Surface Wave Forces on Horizontal Members and Decks of Offshore Platforms,* December 18, 1990, 68 p.

49. R.G. Bea and R.R. Pollard, *Evaluation of Corrosion Damage in Crude & Product Carriers,* Report No. SMP-2-1, Report to Joint Industry Project on Structural Maintenance for New and Existing Ships, May 1991, 89 p.

50. R.G. Bea, *Rio Caribe Platform Seismic Design Criteria: Strength and Ductility Requirements,* Report to Lagoven S. A. Caracas, Venezuela, May 1991, 107 p.

51. R.G. Bea and S. Abbas, *Fracture Toughness and Weld Defect Evaluation Criteria for Low Temperature Steels Used in Grayling Platform,* Report to Unocal Corporation, Kenai, Alaska, June 1991, 93 p.

52. R.G. Bea and D. Zhang, *Platform Eva Storm Loading Analysis,* Report to Unocal Corporation, North America Oil and Gas Division, Bakersfield, California, June 1991, 77 p.

53. R.G. Bea and D. Kingery, *Analysis of Class II Modelling Uncertainty Affects on the Risk Assessment of an Offshore Platform,* Report prepared for Unocal Corporation, Kenai, Alaska, June 1991, 146 p.

54. R.G. Bea and R. Schulte-Strathaus, *Fatigue Database Development and Analysis,* Report to Structural Maintenance for New and Existing Ships Project, Report No. SMP-1-1, June 1991, 54 p.

55. R.G. Bea and R. Schulte-Strathaus, *Interim Report: Review of the Literature on Fatigue Fracture Mechanics and Fatigue Reliability,* Report to Structural Maintenance for New and Existing Ships Project, Report No. SMP-1-2, June 1991, 88 p.

56. R.G. Bea and J. Bustamante, *Geotechnical Study for Cable Burial System,* Report to Naval Civil Engineering Laboratory, Port Hueneme, California July 1991, 23 p.

57. R.G. Bea and W. Moore, *Review of Existing Marine Related Casualty Reports and Databases for Human and Organizational Errors,* Management of Human Error in Operations of Marine Systems, Report No. HOE-91-1, July 1991, 45 p.

58. R.G. Bea, S.E. Dunn, F.B. Halper, R.C. Kolf, J.D. Palmer, P. Selfridge, D. Sriram, and B.T. Wilkins, *Report of the Ad Hoc Committee on the Role of Artificial Intelligence and Knowledge-based Systems Technology on Sea Grant Research, Education and Advisory Service Program Areas,* Report to Sea Grant Program, September 12, 1991, 22 p.

59. R.G. Bea, *Loading and Load Effects Uncertainties,* Report to the Canadian Standards Association, Verification Program for CSA Code for the Design, Construction, and Installation of Fixed Offshore Structures, Project No. D-3, Ottawa, Canada, October 1991, 190 p.

60. R.G. Bea, *Earthquake Design Criteria for the Optimized Rio Caribe Platforms,* Report to LAGOVEN, S.A., Caracas, Venezuela, November 10, 1991, 11 p.

61. R.G. Bea, *Marine Structural Integrity Programs,* MSIP, Report to Ship Structure Committee, Report No. SSC-365, Washington, D.C., January 1992, 212 p.

62. R.G. Bea and K.A. Gallion, *RMS - Repair Management System,* Structural Maintenance of New and Existing Ships, Report No. SMP-4-1, May 1992, 165 p.

63. R.G. Bea and W. Moore, *A Practical Human Error Taxonomy for Marine Related Casualties,* Management of Human Error in Operations of Marine Systems, Report No. HOE-92-3, June 1992, 30 p.

64. R.G. Bea and E.H. Cramer, *Fatigue Reliability of Welded Joints in Tanker Structures,* Report No. SMP-1-3, Report to sponsors of the Structural Maintenance for New and Existing Ships Project, July 1992, 137 p.

65. R.G. Bea, *Verification of the Re-Qualification of Platform Eva Substructure,* Report to Unocal North American Oil and Gas Division, Unocal Corporation, Bakersfield, California, July 1992, 54 p.

66. R.G. Bea and W. Moore, *Modeling the Effects of Human Errors from Post-Mortem Marine Casualty Studies,* Management of Human Error in Operations of Marine Systems, Report No. HOE-92-4, August 1992, 43 p.

67. R.G. Bea and W. Moore, *Modeling Human Errors in Operations of Marine Systems: Case Study Examples,* Management of Human Error in Operations of Marine Systems, Report No. HOE-92-5, August 1992, 30 p.

68. R.G. Bea and W. Moore, *Human & Organizational Error in Marine Systems Literature Listing,* Report to Joint Industry Project on Management of Human Error in Operations of Marine Systems, August 1992, 8 p.

69. R.G. Bea and W. Moore, *Management of Human Error in Operations of Offshore Platforms,* Technology Assessment and Research Program for Offshore Minerals Operations, 1991 Report, OCS Study MMS 91-0057, August 1992, pp. 101-110.

70. R.G. Bea, B. Williamson and W. Gale, *Structural Design for Fires on Offshore Platforms,* Technology Assessment and Research Program for Offshore Minerals Operations, 1991 Report, OCS Study MMS 91-0057, August 1992, pp. 111-116.

71. R.G. Bea, B. Gerwick and R. Aggarwal, *Methodology for Assessment by Regulatory Bodies of the Safety of Existing Steel Offshore Platforms,* Technology Assessment and Research Program for Offshore Minerals Operations, 1991 Report, OCS Study MMS 91-0057, August 1992, pp. 121-131.

72. R.G. Bea and C.E. Krivanec, *Analysis of Static & Dynamic Pressures in the Holds of Bulk Cargo Carriers,* Report to the American Bureau of Shipping, New York, New York, September 1992, 104 p.

73. R.G. Bea, *Verification of the Re-Qualification of the Dos Cuadras Platform Structures,* Report to Unocal North American Oil and Gas Division, Unocal Corporation, Bakersfield, California, September 1992, 38 p.

74. R.G. Bea, E. H. Cramer and R. Schulte-Strathaus, *Fatigue Damage Evaluation Software: Theory Documentation,* Report No. SMP-1-5, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 70 p.

75. R.G. Bea, P. Friis-Hansen and R. Schulte-Strathaus, *Proship: Program Documentation,* Report No. SMP-1-11, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, Report No. SMP-1-11, September 1992, 103 p.

76. R.G. Bea and R. Schulte-Strathaus, *Fatigue Damage Evaluation Software: User Manual,* Report No. SMP-1-6, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 32 p.

77. R.G. Bea, E.H. Cramer and R. Schulte-Strathaus, *Fatigue Damage Evaluation Software: Program Documentation,* Report No. SMP-1-7, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 64 p.

78. R.G. Bea, T. Xu and J.R. Paulling, *Study of Critical Structural Details,* Report No. SMP-3-2, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 190 p.

79. R.G. Bea and R. Schulte-Strathaus, *Fatigue Damage Evaluation Software: Verification Analysis,* Report No. SMP-1-8, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 65 p.

80. R.G. Bea and R. Schulte-Strathaus, *SMP Tanker Database Documentation,* Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, Report No. SMP-1-9, September 1992, 34 p.

81. R.G. Bea and K. Ma, *Durability Considerations for New and Existing Ships,* Report No. SMP-5-1, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 126 p.

82. R.G. Bea and R. DesRoches, *Platform Integrity Assessment, UNOCAL Thailand, Typhoon Contingency Plan Risk Assessment,* Report to Unocal Thailand, Bangkok, Thailand, October 1992, 127 p.

83. R.G. Bea and T. Xu, *Fatigue Analysis of Proposed Critical Structural Details in Double-Hull Tankers, Probabilistic Fatigue Analysis of Proposed 150,000 DWT Double-Hull Tanker - Draft,* Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, December 1992, 87 p.

84. R.G. Bea and R. Mayoss, *Corrosion Damage Evaluations: The Ship Maintenance Information System (SMIS),* Report No. SMP-2-4, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, December 1992, 68 p.

85. R.G. Bea and W. Moore, *Management of Human Error in Operations of Marine Systems: Final Joint Industry Project Report - Draft,* Report No. HOE-93-1, March 1993.

86. R.G. Bea, *GWA Safety Case - Evaluation of the Probabilities of Platform Collapse Due to Tropical Cyclone Loadings,* North West Shelf Gas Project, Goodwyn 'A' Project, Report to Woodside Offshore Petroleum Pty. Ltd., Perth, Western Australia, March 1993, 16 p.

87. R.G. Bea and S.C. Hutchison, *Maintenance of Marine Structures: A State of the Art Summary,* Report to the DOT/Maritime Administration, Report DTMA91-92-CA-200096, Washington, D.C., May 1993, 147 p.

88. R.G. Bea and C.N. Young, *Loading and Capacity Effects on Platform Performance in Extreme Storm Waves and Earthquakes,* Report to Sponsors of the Marine Technology Development Group, June 1993, 235 p.

89. S.C. Hutchison and R.G. Bea, Goodwyn 'A' Module H (Flare Tower) Wind Loading; Flare Tower Support Reliability Analysis, Report to Woodside Offshore Petroleum Ltd., Perth, Western Australia, August 1993.

90. K-t. Ma and R.G. Bea, *Repair Management System for Critical Structural Details in Ships - Theory,* Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Sept. 1993.

91. K-t. Ma and R.G. Bea, *Repair Management System for Critical Structural Details in Ships - User Manual,* Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Sept. 1993.

92. R. Schulte-Strathaus and R.G. Bea, *Development of Calibrated S-N Curves and System for the Selection of S-N Curves,* Fatigue Classification of Critical Structural Details in Tankers, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Report NO. FACTS-1-1, Sept. 1993.

93. I. R. Orisamolu and R.G. Bea, Reliability of Offshore Structural Systems: Theory, Computation, and Guidelines for Application, Report to Canadian Structural Energy Board, Calgary, October 1993.

94. T. Xu and R.G. Bea, *Fatigue Analysis of Critical Structural Details (CSD) in a 150,000 DWT Double-Hull Tanker,* Report No. SMP II-1, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Study of Fatigue of Proposed CSD in Double-Hull Tankers, October 1993.

95. T. Xu and R.G. Bea, *Fatigue Analysis of Critical Structural Details (CSD) in a 190,000 DWT Double-Bottom Tanker,* Report No. SMP II-2, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Study of Fatigue of Proposed CSD in Double-Hull Tankers, October 1993.

96. T. Xu and R.G. Bea, *CSD Library and Finite Element Stress Contours,* Report No. SMP II-3, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Study of Fatigue of Proposed CSD in Double-Hull Tankers, October 1993.

97. I.R. Orisamolu, Q. Liu, R. Kumar, M.W. Chernauka, M.E. Norwood and R.G. Bea, *Pilot Study for Structural Risk Assessment Program (STRAP),* Report to Defense Research Establishment Atlantic, Dept. of National Defense, Dartmouth, Nova Scotia, Canada, October 1993.

98. J. Greenbaum and R.G. Bea, *Revised Estimates for Platform Integrity Assessment for UNOCAL Thailand,* Report to UNOCAL Thailand, Bangkok, Thailand, October 1993.

99. R. Mayoss and R.G. Bea, *Theory Documentation and Example Application,* Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, The Development of a Rational Basis for Defining Corrosion Limits in Tankers, Report No. SMP II-1, December 1993.

100. D. Preston and R.G. Bea, *An Assessment of the Environmental Loads on the Ocean Motion International Platform,* Report to Ocean Motional International, Jacksonville, Oregon, January 1994.

101. K.J. Loch and R.G. Bea, *Comparison of the Response of UNOCAL's Dos Cuadras Platforms to Earthquake Acceleration Records Using Single Degree of Freedom Models,* Report to UNOCAL North American Oil and Gas Division, Western Region, Bakersfield, California, January 1994.

102. W.E. Gale, Jr., R.G. Bea and R. B. Williamson, *FLAIM, Fire and Life Safety Assessment and Indexing Methodology, A Methodology for Assessing and Managing Fire and Life Safety for Offshore Production Platforms,* Report to U.S. Department of Interior, Minerals Management Service, Technology Assessment and Research Branch, January 1994.

103. D. Danmeier and R.G. Bea, *Conceptual Design and Reliability Study of an Offshore Desalination Plant,* Report to Ocean Motion International, Jacksonville, Oregon, May 1994.

104. R. Schulte-Strathaus and R.G. Bea, *Development of an Integrated Vessel Database System,* Structural Integrity Information System - SSIIS, Report to Maritime Administration and U.S. Coast Guard, Report DTMA-91-93-G-00041, Sept. 1994

105. H. Poulos, P. Marshall and R.G. Bea, *Goodwyn 'A' Project Primary Pile Deformation Causation Study,* Report to Woodside Offshore Petroleum Pty. Ltd., Perth, Western Australia, July 1994.

106. R.G. Bea, Evaluation of the Reliability of a Conventional Platform Installed in South Pass Block 47, Report to Energy Development Corporation, Houston, Texas, August 1994.

107. T. Mannarelli, K. Roberts and R.G. Bea, *Maritime Shipping as a High Reliability Industry: A Qualitative Analysis,* Report to Sea Grant Program, Sea Grant Project R /OE 28, October 1994.

108. E. Mason, K. Roberts and R.G. Bea, Marine Human and Organization Error: A Data Evaluation,

Report to Sea Grant Program, Sea Grant Project R /OE 28, October 1994.

109. T. Hart, R.G. Bea and K. Roberts, *Human and Organizational Errors in Loading and Discharge Operations at Marine Terminals,* Report to Sea Grant Program, Sea Grant Project R/ OE 28, October 1994.

110. K-t. Ma and R.G. Bea, *Repair Management System for Fatigue Cracks in Ship Critical Structural Details,* Report No. SMP III-1-1, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, December 1994.

111. A. Salancy and R.G. Bea, *Offshore Single Point Mooring Systems for Import of Hazardous  Liquid Cargoes,* Report to Sea Grant Program, Sea Grant Project R/ OE 26, September 1994.

112. R.G. Bea, Safety, Quality, and Human Factors, Report to American Bureau of Shipping, New York, NY, February 1995.

113. T. Xu and R.G. Bea, *Fitness for Purpose Analysis Procedure of Cracked Critical Structural Details (CSD) in Tankers,* Report No. SMP III-2-1, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, January 1995.

114. T. Xu and R.G. Bea, A Load Shedding Model of Fracture Mechanics Analysis of Cracked   Critical Structural Details (CSD) in Tankers, Report No. SMP III-2-2, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, January 1995.

115. T. Xu and R.G. Bea, FRACTURE - A Computer Code for Fracture Mechanics Analysis of Crack Growth of Cracked CSD in Tankers, Report No. SMP III-2-3, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, January 1995.

116. K.J. Loch and R.G. Bea, *Determination of the Ultimate Limit States of Fixed Steel-Frame Offshore Platforms Using Static Pushover Analyses,* Report to U.S. Minerals Management Service and Joint Industry Project Sponsors, Marine Technology Development Group, Department of Civil Engineering, UC Berkeley, May 1995.

117. M. Mortazavi and R.G. Bea, *Screening Methodologies for Use in Platform Assessments and Requalifications,* Report to Joint Industry - Government Project, Marine Technology & Management Group, Dept. of Civil Eng., University of California at Berkeley, June 1995.

118. R.G. Bea, *Certified Verifying Agent Report to U.S. Minerals Management Service on Design of a Platform for South Pass Block 47 for Energy Development Corporation, Houston, Texas,* Ocean Engineering Services, Department of Civil Engineering and Department of Naval Architecture & Offshore Engineering, UC Berkeley, July 1995.

119. J. Ying and R.G. Bea, *Development and Verification of a Computer Simulation Model for Evaluation of Siting Strategies for Mobile Drilling Units in Hurricanes,* Phase II Report to U.S. Minerals Management Service, Marine Technology and Management Group Project, Dept. of Naval Architecture & Offshore Eng., Univ. of California at Berkeley, August 1995.

120. R.G. Bea, *Certified Verifying Agent Report to U.S. Minerals Management Service on Seismic Requalification of UNOCAL Corporation Platform Hillhouse in the Santa Barbara Channel,* Ocean Engineering Services, Department of Civil Engineering and Department of Naval Architecture & Offshore Engineering, UC Berkeley, September 1995.

121. D. Hee, R.G. Bea and K. Roberts, Risk Mitigation and Crisis Management in the Offshore Oil and Gas Industry, Report to the Volpe Transportation Center, Marine Technology & Management Group, UC Berkeley, September 1995.

122. M. Dry, R. Schulte-Strathaus and R.G. Bea, *Ship Structural Integrity Information System - SSIIS,* Phase II Report to Ship Structure Committee, Dept. of Naval Architecture & Offshore Eng., Univ. of California at Berkeley, Oct. 1995.

123. T. Mannarelli, K. Roberts and R.G. Bea, *Reduction of Tanker Oil and Chemical Spills: Organizing to Minimize Human and Organizational Errors,* Sea Grant Project Report R/OE28, Marine Technology & Management Group, Haas School of Business and College of Engineering, University of California at Berkeley, Nov. 1995.

124. S. Stoutenberg, R.G. Bea and K. Roberts, *Reduction of Tanker Oil and Chemical Spills: Engineering to Minimize Human and Organizational Errors,* Sea Grant Project Report R/OE28, Marine Technology & Management Group, Haas School of Business and College of Engineering, University of California at Berkeley, Nov. 1995.

125. E. Mason, K. Roberts and R.G. Bea, *Reduction of Tanker Oil and Chemical Spills: Development of Accident and Near-Miss Databases,* Sea Grant Project Report R/OE28, Marine Technology & Management Group, Haas School of Business and College of Engineering, University of California at Berkeley, Nov. 1995.

126. A. Sturm and R.G. Bea, *Reassessment of SS209B and SS209B-AUX (ULSLEA) Analysis,* Final Report to Unocal Corp., Marine Technology & Management Group, Dept. of Civil Eng., University of California at Berkeley, Dec. 1995.

127. A. Brandtzaeg and R.G. Bea, *Reliability Based Comparison of Standard and Minimum Fixed Gulf of Mexico Platforms,* Report to Unocal Corp, Marine Technology & Management Group, Dept. of Naval Architecture & Offshore Eng. and Dept. of Civil Eng., University of California at Berkeley, Dec., 1995.

128. M. Mortazavi and R.G. Bea, *Screening Methodologies for Use in Platform Assessments & Requalifications,* Final Project Report, Report to Joint Industry-Government Sponsored Project, Marine Technology & Management Group, Dept. of Civil Eng., University of California at Berkeley, Jan. 1996.

129. J. Stear and R.G. Bea, *Using Static Pushover Analysis to Determine the Ultimate Limit States of Gulf of Mexico Steel Template-Type Platforms Subjected to Hurricane Wind and Wave Loads,* Report to U.S. Minerals Management Service and Joint Industry Project, Marine Technology & Management Group, Dept. of Civil & Environmental Eng., University of California at Berkeley, March 1996.

130. J. Stear and R.G. Bea, *Comparison of Two Screening Methodologies for Steel Template-Type Platforms: Ultimate Limit State Limit Equilibrium Analysis (ULSLEA) and Simplified Ultimate Strength Analysis (SUS),* Report to Joint Industry Project Sponsors, Marine Technology & Management Group, Department of Civil and Environmental Eng., University of California at Berkeley, June 1996.

131. D. Hee, R.G. Bea, K. Roberts and R. Williamson, *Fire and Life Safety Assessment and Indexing Methodology II (FLAIM II),* Development and Test Plan, Report to FLAIM II Joint Industry Sponsors, Maine Technology & Management Group, Department of Civil and Environmental Engineering, University of California Berkeley.

132. J. Ying and R.G. Bea, *Development and Verification of Computer Simulation Models for Evaluation of Siting Strategies and Evacuation Procedures for Mobile Drilling Units in Hurricanes,* Report to U.S. Minerals Management Service and California Sea Grant Programs, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, May 1996.

133. J. Stear, M. Mortazavi and R.G. Bea, *ULSLEA Ultimate Limit State Limit Equilibrium Analysis of Manual of Operation,* Report to Joint Industry Project, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, June 1996.

134. R.G. Bea, Risk Based Oceanographic Criteria for Design and Re-qualification of Platforms in the Bay of Campeche, Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo, March 1997.

135. J. Ying and R.G Bea, *Structural Reliability of the Monopod Platform,* Report to Unocal Corporation, December 1996.

136. T. Aviguerto and R.G. Bea, ULSLEA: Parametric Studies of the Effects of Local Damage and Repairs on Global Lateral Load Capacity of a Typical Offshore Platform, Report to U.S. Minerals Management Service and Joint Industry Project Sponsors, Dec. 1996.

137. T. Xu and R.G. Bea, Marine Infrastructure Rejuvenation Engineering: Fatigue and Fracture of Critical Structural Details (CSD), Jan. 1997.

138. R.G. Bea, Ship Maintenance Project: Program Summary and Rational Basis for Corrosion Limits on Tankers, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142822.

139. R.G. Bea, Ship Maintenance Project: Study of Fatigue of Proposed Critical Structural Details in Double Hull Tankers, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142830.

140. R.G. Bea, Ship Maintenance Project: Repair Management System for Critical Structural Details in Ships, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142848.

141. R.G. Bea, Ship Maintenance Project: Fatigue Classification of Critical Structural Details in Tankers, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142855.

142. R.G. Bea, Ship Maintenance Project, Fitness for Purpose Evaluation of Critical Structural Details in Tankers, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142863.

24

143. Lt. B Pickrell and R.G. Bea, *Assessment of Human and Organizational Factors in Operations of Marine Terminals and Offshore Platforms,* Marine Technology Management Group Report, University of California at Berkeley, May 1997.

144. H. P. Reeve and R.G. Bea, Ship Structural Integrity Information System: Phase III - SSIIS Ill, and *Users' Manual,* Marine Technology and Management Group Report, University of California   at Berkeley, May 1997.

145. S. Staneff, C.W. Ibbs, R.G. Bea and R. M. Oliver, *A Decision Support System Infrastructure Management,* Construction Engineering and Management Group, Department of Civil Engineering, University of California, Report #97-05, Spring 1997.

146. R. Lawson and R.G. Bea, *Risk Mitigation in Socio-Technical Systems Through Systematic Analysis of Human and Organized Factors,* Marine Technology and Management Group, University of California at Berkeley, May 1997.

147. J.D. Stear and R.G. Bea, *ULSLEA Enhancements: Fatigue Analysis / Earthquake Analysis / Additional Configurations - Screening Methodologies Project Phase III,* Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, June 1997.

148. J.D. Stear and R.G. Bea, *Earthquake Analysis of Offshore Platforms - Screening Methodologies Project Phase III,* Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, June 1997.

149. R.G. Bea, E*valuation of the West Cameron 542 #6 and #7 Well Caisson Capacity Characteristics*, Report to Chevron (Operator) & Partners (Unocal, CNG Production Co. & Phillips), Ocean Engineering Services, Department of Civil and Environmental Engineering, University of California at Berkeley, May 1997.

150. T. Elsayed and R.G. Bea, *PIMPIS: Knowledge-Based Pipeline Inspection, Maintenance & Performance Information System,* Progress Report #1, Dept. of Civil and Environmental Engineering, Marine Technology & Management Group, University of California at Berkeley, June 1997.

151. Bea, R.G. *TOPCAT IV Earthquake Analyses of Offshore Platforms, Screening Methodologies Project Phase III,* Report to Joint Industry Project Sponsors, Marine Technology & Management Group, University of California at Berkeley, June 1997.

152. Wiseman, J. and R.G. Bea, *Non-Linear Dynamics of Caisson Well-Protectors During Hurricane Andrew,* Report to U.S. Minerals Management Service, Herndon, Virginia Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

153. Xu, T. and R.G. Bea, *Near Surface Wave Theory, Wave-in-Deck Forces,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and to Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

154. Lawson, R. B. and R. G. Bea, *SYRAS: System Risk Assessment Software Version 1.0,* Marine Technology & Management Group, University of California at Berkeley, 1997.

155. **Xu, T.** and R.G. Bea, *Reassessment of Tubular Joint Capacity, Uncertainty and Reliability,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

156. Zhaohui, J. and R.G. Bea, *Analysis of Wave Attenuation in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

157. Zhaohui, J. and R.G. Bea, *Dynamic Response of a Single Pile to Lateral Loading,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

158. Bea, R.G. *Risk Based Criteria for Design and Requalification of Pipelines and Risers in the Bay of Campeche (Part I),* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and to Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, September 1997.

25

159. Bea, R.G. *Risk Based Hurricane and Earthquake Criteria for Design and Requalification of Platforms in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, September 1997.

160. Bea, R.G. *Risk Based Criteria for Design & Requalification of Offshore Platforms in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and Brown Root International, University of California at Berkeley, November 1997.

161. Bea, R.G. and T. Xu, Report #1: *Reliability Characteristics of the Pol A Compression Platform, Platform Structure & Foundation Performance Analyses,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, October 1997.

162. Bea, R.G. *Risk Based Hurricane and Earthquake Criteria for Design and Requalification of Platforms in the Bay of Campeche (Part I),* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, September 1997.

163. Bea, R.G. Report #2: *Reliability Characteristics of the Pol A Compression Platform, Platform Reassessment and Requalification Evaluations,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, November 1997.

164. Hee, D.D**.** and R.G. Bea, *Safety Management Assessment System (SMAS),* Marine Technology & Management Group, Dept. of Civil and Environmental Engineering, University of California, Berkeley, November 1997.

165. Bea, R.G., *Risk Based Hurricane Criteria for Design of Floating and Subsea Systems in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and to Brown & Root International Inc., Marine Technology & Management Group, University of California, Berkeley, December 1997.

166. Xu, T. and R.G. Bea, *Risk Based Life Cycle Fatigue Criteria, Risk Based Criteria for Design & Requalification of Offshore Platforms in the Bay of Campeche,* Brown Root International, Report to Petroleos Mexicanos, December 1997.

167. Bea, R.G. *Risk Based Criteria for Design & Requalification of Offshore Platforms in the North Region (Tampico and Tuxpan) Offshore Mexico,* Final Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, December 1997.

168. Zhaohui, J. and R.G. Bea, *Analysis of Hurricane Wave Decay Characteristics, Risk Based Criteria for Design & Requalification of Offshore Platforms in the North Region,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo Marine Technology & Management Group, University of California, Berkeley, December 1997.

169. Zhaohui**, J.** and R.G. Bea, *Dynamic Lateral and Axial Loading Capacities of Piles in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown & Root International Inc., Marine Technology & Management Group, University of California, Berkeley, December 1997.

170. Xu, T. and R.G. Bea, Report #1A: *Reliability Characteristics of the Pol A Compression Platform, Platform Ultimate Limit State Limit Equilibrium (ULSLEA) and Reliability Analyses,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown & Root International, Inc., Marine Technology and Management Group, Dept. of Civil & Environmental Engineering, University of California at Berkeley, December 1997.

171. Bea, R.G., T. Xu and J. Zhaohui, *Hurricane and Earthquake Criteria for Design and Requalifiation of Platforms, Pipelines, Risers, and Floating Systems in the Bay of Campeche,* Workshops on 1997 Projects - Risk based Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown & Root International, Inc., Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, December 1997.

172. Bea, R.G. Report: *Risk Based Stability Criteria for Design of the Second Trunkline on the North West Shelf of Western Australia,* to BRK Joint Venture and Woodside Offshore Petroleum Pty. Ltd., Perth,

Western Australia, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, December 1997.

173. Bea, R. G., Report: *Risk Based Oceanographic & Earthquake Load and Resistance Factor Criteria for Design and Requalification of Platforms Offshore Indonesia,* Indonesian Petroleum Association, Directorate General of Oil & Gas of Indonesia, and Bandung Institute of Technology, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, December 1997.

174. Bea, R.G. and R. B. Lawson, Report: *Comparative Evaluation of Minimum Structures and Jackets, Stage II: Analysis of Human and Organizational Factors,* to Joint Industry - Government Sponsored Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, December 1997.

175. Xu, T.  and R.G. Bea, Reassessment of Tubular Joint Capacity, Uncertainty and Reliability, Screening Methodologies Project Phase IV, Comparative Evaluation of Minimum Structures and Jackets, Stage II: Analysis of Human and Organizational Factors, Report to Joint Industry - Government Sponsored Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, January 1998.

176. Jin, Z. and R.G. Bea, *Loading and Capacity Characteristics of Pile Foundations: Correlation of Calculation. Results with ULSLEA, Screening Methodologies Project Phase IV,* Report to Joint Industry - Government Sponsored Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, January 1998.

177. Bea, R.G. *Continued Development of Earthquake Load and Resistance Factor Design Guidelines, Report 1: Concrete Gravity Based Structures LRFD Guidelines,* Report to Health and Safety Executive, Offshore Safety Division, Bootle, Merseyside, UK, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, March 1998.

178. Xu, T.  and R. G. Bea, Report 1B: *Reliability Characteristics of the Pol A Compression Platform, Updated Platform Ultimate Limit State Limit Equilibrium (ULSLEA) and Reliability Analyses,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and to Brown & Root International Inc., Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, April 1998.

179. Bea, R.G. Report 2: *Continued Development of Earthquake Load and Resistance Factor Design Guidelines,* Seismic Hazard Characterizations, Report to STATOIL and UNOCAL, Stavanger, Norway, Houston, Texas, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, May 1998.

180. Farkas, B. and R.G. Bea, *Pipeline Inspection Maintenance & Performance Information System,* Topic: Risk Management of Corrosion Associated Failures, Marine Technology and Management Group, Summer Report 1998, University of California at Berkeley.

181. Szwed, P. S.  and R. G. Bea, *Development of a Safety Management Assessment System for the International Safety Management Code,* Report to the U.S. Coast Guard, Washington, DC, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, May 1998.

182. Wiseman, J.  and R. G. Bea, Rigs-to-Reefs Siting and Design Study for Offshore California: Addressing the Issues Raised at the September Workshop, Recent Experiences and Future Deepwater Challenges, Report to California Sea Grant College Program and the U.S. Minerals Management Service, La Jolla, California, Herndon, Virginia, Marine Technology & Management Group, Dept. Civil & Environmental Engineering, University of California, Berkeley, May 1998.

183. Farkas, B.  and R.G. Bea, *Pipeline Inspection, Maintenance & Performance Information System – Topic: Risk Management of Corrosion Associated Failures,* Summer Progress Report, Report to Joint Industry Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, Univ. of California at Berkeley, May 1998.

184. Zhaohui, J.  and R.G. Bea, *TOPCAT Updating and Enhancements, Cnoidal Waves, Load Spatial Effects and Reliability Sensitivity,* Report to Joint Industry Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, Univ. of California at Berkeley, June 1998.

27

185. Farkas, B**.** and R.G. Bea, *Pipeline Inspection, Maintenance & Performance Information System Progress Report, Report to Joint Industry Project,* Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, Univ. of California at Berkeley, August 1998.

186. R.G. Bea, T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 1, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, Oct. 15, 1998.

187. Bea, R. G., T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 2, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, Oct. 31, 1998.

188. Farkas, B. and R.G. Bea, Summary of Risk Contributing Factors for Pipeline Failure in the Offshore Environment, Report to Rosen Engineering, Germany, Marine Technology & Management Group, University of California at Berkeley, November 5, 1998.

189. R.G. Bea, T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 3, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, November 15, 1998.

190. Bea, R.G., T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 4, Part 1.4, Report 1: Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, November 30, 1998.

191. Bea, R.G. *Review of the Second Trunkline Project Developments,* Report to Woodside Offshore Petroleum and BRK Joint Venture Project Team, Perth, Western Australia, Marine Technology & Management Group, Univ. of California at Berkeley, November 1998.

192. Liberatore, T.**C.** and R.G. Bea, Risk Analysis and Management of Diving Operations: Assessing Human Factors,Report to U.S. Navy, Ocean Engineering Graduate Program, University of California at Berkeley, November 1998.

193. Bea, R.G., Pipeline Corrosion Probability of Failure Assessment, Amoco Energy of Trinidad and Tobago, Report to Amoco Worldwide Engineering & Construction, Houston, Texas, Marine Technology & Management Group, University of California at Berkeley, December 1998.

194. Iverson, R. and R. G. Bea, *Wave Forces on a Pile, Screening Methodologies Project Phase IV, Report to Joint Industry Project Sponsors,* Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California at Berkeley, December 1998.

195. Iverson, R**.** and R.G. Bea, *Analysis of Wave-in-Deck Forces, Screening Methodologies Project Phase IV,* Report to Joint Industry Project Sponsors, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California at Berkeley, December 1999.

196. Bea, R.G., T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 5, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, December 15, 1998.

197. Bea, R. G., T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 6B, Part 1.5, Report 2, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, December 15, 1998.

198. Bea, R.G. and H. Reeve, *Ship Structural Integrity Information System (SSIS) Phase III: Ship Quality Information System,* Ship Structure Committee Report SSC-404, NTIS #PB98-172455, Washington, DC,

1998.

199. Zhaohui, J. and R.G. Bea, TOPCAT Updating and Enhancements, Diagonal Loading, Long-term Reliability and Deck Element Analysis, Screening Methodologies Project Phase IV,Template Offshore Platform Capacity Assessment Tools, Report to Joint Industry Project Sponsors, Marine Technology & Management Group, University of California at Berkeley, January 1999.

200. Stear, J.D. and R.G. Bea, A Static Assessment Approach for Jacket-Type Platforms in Seismically-Active Regions,Preliminary Report Screening Methodologies Project IV, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, January 1999.

201. Bea, R.G., J.D. Stear, Z. Jin and R. Iverson, *Screening Methodologies for Use in Offshore Platform Assessment and Requalification: Phase IV Extension,* Marine Technology and Management Group Project, Department of Civil and Environmental Engineering, University of California at Berkeley, Jan. 27-28-1999.

202. Bea, R. G. and T. Xu, RAM PIPE REQUAL, Pipeline Requalification Guidelines Project, Report 1, Risk Assessment and Management (RAM) Based Guidelines for Requalification of Marine Pipelines, Report to Petroleos Mexicanos (PEMEX), Instituto Mexicano de Petroleo (IMP) and U.S. Minerals Management Service (MMS), Ocean Engineering Graduate Program, Marine Technology & Management Group, University of Californnia at Berkeley, February 1, 1999.

203. Bea, R. and J. Stear, Continued Development of Earthquake Load and Resistance Factor Design Guidelines, Report 3 Benchmark Platform and Site Studies, Report to Minerals Management Service, Health and Safety Executive, Unocal Corporation and Statoil, Marine Technology & Management Group, March 1999.

204. Farkas, B.and R.G. Bea, Pimpis: Pipeline Inspection, Maintenance, Performance and Information System for Managing Corrosion Risk Associated with Offshore Pipelines,Marine Technology Group, May 1999.

205. Bea, R. G. and B. Farkas, Real-Time Probability of Failure Calculation During Pigging, Marine Technology and Management Group, University of California, Berkeley, May 1999.

206. Bea, R. G. and B. Farkas, Pipeline Inspection Maintenance & Performance Information System, Final Report, Marine Technology & Management Group, University of California, Berkeley, May 20, 1999.

207. Zhaohui, J. and R. G. Bea, Hurricane Wave Characteristics and Performance Characteristics of Platform Pile Foundations in the Bay of Campeche, Mexico,Screening Methodologies Project Phase IV, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, May 1999.

208. Stear, J. and R. G. Bea, A Simplified Structural Analysis Method for Jacket-Type Platforms in Seismically Active Regions, Screening Methodologies Project Phase IV, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, June 1999.

209. Bea, R.G., R. Iverson, A. Kareem and X. Chen, RAM PIPE REQUAL Pipeline Requalification Guidelines Project, Risk Assessment and Management (RAM) Based Guidelines for Requalification of Marine Pipelines, Report 2, Report to U.S. Minerals Management Service, Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, July 1999.

210. R.G. Bea, T. Xu, and A. Mousselli, RAM PIPE Project, Phase 2 – Report 3a, Installation Criteria & Guidelines, Part I.3, Report 1, Risk Assessment and Management Based Allowable Stress Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, August 1999.

211. Zhaohui, J. and R.G. Bea, Assessment of Performance and Reliability of Template-Type Offshore Platforms Under Extreme Hurricane Conditions, Screening Methodologies Project Phase V, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, November 1999.

212. Bea, R.G., T. Xu, W. Orisamolu, A. Kareem and X. Chen, RAM PIPE REQUAL Pipeline Requalification Guidelines Project, Risk Assessment and Management (RAM) Based Guidelines for Requalification of

Marine Pipelines, Report 3, Report to U.S. Minerals Management Service, Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, December 1999.

213. Zhaohui, J. and R.G. Bea, TOPCAT Updating and Enhancements, Deck Analysis, Global Torsion and Unsymmetrical Configurations, Screening Methodologies Project Phase V, Template Offshore Platform Capacity Assessment Tools, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, December 1999.

214. Bea, R.G., J. Zhaohui and J.D. Stear, *Screening Methodologies for Use in Offshore Platform Assessment and Requalification,* Phase V, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, December 1999.

215. Bea, R.G. and T. Xu, RAM PIPE REQUAL Pipeline Requalification Guidelines Project, Risk Assessment and Management (RAM) Based Guidelines for Requalification of Marine Pipelines, Report 4, Report to U.S. Minerals Management Service, Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, June 16, 2000.

216. Bea, R. G. and T. Xu, RAM PIPE Project, Phase 2 – Report 1, Installation Criteria & Guidelines, Part 1.1, Report 1, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, June 2000.

217. Bea, R.G. and T. Xu, Ram Pipe Project Phase 2 –4 Installation Criteria & Guidelines, Activity 3 – Report 2, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, June 16, 2000.

218. Bea, R.G. and T. Xu, RAM PIPE Project, Phase 2 – Report 2, Installation Criteria & Guidelines,Activity 2, Report 1 (Draft), Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo,  Marine Technology and Management Group, Department of Civil and Environmental Engineering, June 2000.

219. Bea, R.G. and S. Kim, Real-Time Risk Assessment and Management of Pipelines, Report to H. Rosen Engineering and U.S. Minerals Management Service, Summer 2000 Report, Marine Technology & Management Grou

220. Bea, R.G. and T. Xu, RAM PIPE Project, Phase 2 - Report 1, Installation Criteria & Guidelines, Activity 1 – Report 1 - Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) and Instituto Mexicano de Petroleo (IMP), Marine Technology & Management Group, August 18, 2000.

221. Bea, R.G. and T. Xu, RAM PIPE Project, Phase 2 - Report 2, Installation Criteria & Guidelines, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) and Instituto Mexicano de Petroleo (IMP), Marine Technology & Management Group, August 18, 2000.

222. Bea, R.G. and A. McLelland, P.O.P. - Performance of Offshore Pipelines Project Joint Industry  Report, Spring 2001 Report, Marine Technology & Management Group.

223. Bea, R.G., and A. McLelland, *Real-Time Risk Assessment and Management Project,* sponsored by Rosen Engineering and U.S. Minerals Management Service, Second Progress Meeting Notes, Ocean Engineering, University of California at Berkeley, May 22, 2001.

224. Bea, R.G. and A. McLelland, *Real-Time Risk Assessment and Management of Pipelines,* Research Project Report 3, Corrosion Time Considerations, Corroded and Dented-Gouged Capacity Analysis Biases, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California, Berkeley, August 15, 2001.

225. Bea, R.G., *Real-Time Risk Assessment and Management of Pipelines, Research Project Report 3: Corrosion Time Considerations, Corroded and Dented-Gouged Capacity Analysis Biases,*

Sponsored by Rosen Engineering and U.S. Minerals Management Service, Marine Technology & Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, August 15, 2001.

226. Bea, R., *POP Project Meeting Report,* Report to Project Sponsors, Houston, Texas, 2001, pp. 129.

227. Bea, R., *Real-Time Project Meeting Report #3*, Report to H. Rosen Engineering and U.S.  Minerals Management Service, Houston, Texas, 2001, pp. 1-49.

228. Bea, R., POP Performance of Offshore Pipelines Project, Report to Project Sponsors, 2001, pp. 1- 51.

229. Bea, R., Review of TSEP Risk Based Methodology, Report to Woodside Energy Ltd., Perth,  Western Australia, 2002, pp. 1-23.

230. Bea, R., *Real-Time Risk Assessment and Management of Pipelines Projec*t, Report to H. Rosen Engineering and U.S. Minerals Management Service, Report 4, 2002, pp. 1-73.

231. Bea, R., *Real-Time RAM Project Meeting Report #4,*Report to H. Rosen Engineering and U.S. Minerals Management Service, UC Berkeley, 2002, pp. 1-45.

232. Bea, R., *Analyses of Experimental Databases on the Burst Pressure of Corroded Pipelines*, Report to Project Sponsors, 2002, pp. 1-54.

233. Bea, R., *Real-Time Risk Assessment and Management of Pipelines*, Report to H. Rosen Engineering and U.S Minerals Management Service, 2002, pp. 1-81.

234. Inkabi, K. S. and R. G. Bea, Corroded Pipeline Burst Database Verification Study, Report to Joint Industry Project, Marine Technology and Management Group, 2003, pp. 1-46.

235. Inkabi, K.S. and R.G. Bea, Application of RAM Methods in the Structural Reliability Assessment of Corroded Offshore Pipelines, Report to Joint Industry Project, Marine Technology and Management Group, 2003, pp. 1-10.

236. Seed, R.B., Bea, R.G., et al, Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005, Report No. UCB /CITRIS-05/01, Nov. 2005, University of California Berkeley.

237. Seed, R.B., Bea, R. G., et al, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report, University of California Berkeley.

**Non-Refereed Conference Proceedings**

1. R.G. Bea, J.M.E. Audibert and M. R. Akky, "Earthquake Response of Offshore Platforms," Session No. 12, Earthquake Response of Special Structures, State of the Art, ASCE Annual Convention, San Francisco, Oct. 1977, 25 pp.

2. R.G. Bea, "Earthquake Design Criteria for Offshore Platforms," ASCE Annual Convention, San Francisco, California, Oct. 1977.

3. R.G. Bea, "Pipelines in Adverse Environments," *Proc. ASCE Pipeline Div. Specialty Conf.,* New Orleans, Louisiana, Jan. 1978, pp. 186-203.

4. R.G. Bea, J.M.E. Audibert and N.W. Lai, "Design of Pipelines - Sea Bottom Loads and Restraints," *Proc. ASCE Specialty Conference on Pipelines in Adverse Environments - A State-of-the-Art,*New Orleans, Louisiana, Jan. 1978, pp. 187-203.

5. R.G. Bea, "Seismic Exposure and Reliability Considerations in Offshore Platform Design," Second International Conference on Microzonation, San Francisco, California, November 25-December 1, 1978.

6. R.G. Bea, "Application of Reliability Methods in Design and Analysis of Fixed Offshore Platforms," ASCE Specialty Conference on Probabilistic Mechanics and Structural Reliability, Tucson, Arizona, Jan. 1979.

7. R.G. Bea, "Reliability Considerations and Offshore Platform Design," ASCE Spring Convention Exposition on U.S. and British Developments in Offshore Platforms, Boston, Massachusetts, April 1979, pp. 1-20.

8. R.G. Bea and J.M.E. Audibert, "Rational Approach to Design of Axially Loaded Pile Foundation for Offshore Platform," *Int. Symposium on Marine Soil Mechanics,* Mexico City, Vol. 1, Feb. 1980, pp. 114-129.

9. R.G. Bea and J.M.E. Audibert, "Geotechnical Problems in Design of Offshore Pipelines," *Int. Symposium on Marine Soil Mechanics,*Vol. 1, Mexico City, Feb. 1980, pp. 139-153.

10. R.G. Bea, S.G. Wright, P. Sinclair and A.W. Niedoroda, "Wave-Induced Slides in South Pass Block 70, Mississippi Delta," presented at the ASCE Convention, Florida, October 27-31, *Preprint 80-506,* 1980.

11. R.G. Bea, "Exceptional Issues in Offshore Earthquake Geotechnology," Moderator's Report, Int. Conf. on Recent Advances in Geotechnical Earthquake Engineering and Soil Dynamics, St. Louis, Missouri, April 1981, 9 pp.

12. R.G. Bea, "Characterization of the Reliability of Offshore Piles Subjected to Axial Loadings," presented at Session ST-12, Bias and Uncertainty in Loads and Resistance of Offshore Structures, *ASCE Structural Congress,* Houston, TX, Oct. 1983, 25 pp.

13. R.G. Bea, "Issues in Implementing Reliability Based Design," *ASCE Structural Congress and Annual Convention,* Houston, Oct. 1983.

14. R.G. Bea, "Reliability of Axially Loaded Piles," *ASCE Structural Congress,* Oct. 1983.

15. R.G. Bea, "Overview - Platform Design for Earthquake Resistance," Design of Offshore Structure, *Eighth World Conference on Earthquake Engineering,* Stanford University, July 17, 1984.

16. R.G. Bea, "Foundation Engineering for Arctic Concrete Sea Structures," *Proc. FIP/CIP Symposia,* Vol. 2, Calgary, Canada, Aug. 1984, pp. 59-73.

17. R.G. Bea, "Engineering Aspects of Ice Gouging," *Proc. Workshop on Ice Scour Research,* Gulf Canada Resources Inc., Calgary, Alberta, Dec. 1986, pp. 18-27.

18. R.G. Bea, "Feasibility of Ground Freezing to Enhance the Axial Capacity of NRA Piles," *Proc. Int. Conf. on Calcareous Sediments,* Perth, Western Australia, 15-18 March 1988.

19. R.G. Bea, "Offshore Platform Reliability Acceptance Criteria," Proceedings, Eighth Structures Congress, American Society of Civil Engineers, Session 70, *Maintenance and Qualification of Offshore Platforms,* May 1990.

20. R.G. Bea, R K. Aggarwal, B.C. Gerwick, C. W. Ibbs, R.B. Reimer and G. C. Lee, "Development of a Methodology for Safety Assessment of Existing Steel Jacket Offshore Platforms," *Proceedings,* Offshore Technology Conference, OTC 6385, May 1990, pp. 351-362.

21. R.G. Bea, "Reliability Based Evaluations of Hydrodynamic Loadings on Coastal and Offshore Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

22. R.G. Bea, "Reliability Based Evaluations of the Structural Capacity of Coastal and Ocean Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

23. R.G. Bea, "Reliability Based Fatigue Design Criteria for Coastal and Ocean Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

24. R.G. Bea, "Human and Organizational Error in Reliability of Coastal and Ocean Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

25. R.G. Bea, "Determination of Acceptable Reliability for Coastal and Ocean Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

26. R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Fixed and Mobile Platforms," *Proceedings,* Tenth International Ship and Offshore Structures Congress, 3: pp. 239-242, August 1988.

27. R.G. Bea, R.W. Litton and S.F. Pawsey, "Hydrodynamic Effects on Design of Offshore Platforms (HEDOP)," Technology Assessment and Research Program for Offshore Minerals Operations, 1988 Report, OCS Study MMS 88-0057, U.S. Department of the Interior, Minerals Management Service, June 1989, pp. 85-90.

28. R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Offshore Platforms," Technology Assessment and Research Program for Offshore Minerals Operations, 1988 Report, OCS Study MMS 88-0057, U.S. Department of the Interior, Minerals Management Service, June 1989, pp. 72-79.

29. R.G. Bea, "Structural Reliability: Design and Re-qualification of Offshore Platforms," *Proceedings,* International Workshop on Reliability of Offshore Operations, National Institute of Standards and Technology, Gaithersburg, Maryland, March 20-22, 1991, 30 p.

30. R.G. Bea, G.H. Moore and G.C. Lee,; "Reliability Based Design Criteria for Freeport McMoRan Main Pass Block 299 Sulphur Mine Platforms," *Proceedings,* 23rd Annual Offshore Technology Conference, Houston, Texas, OTC 6663, May 6-9, 1991, pp. 143-159.

31. R.G. Bea, "Structures Research and Development: Aging Offshore Platforms & Pipelines," *Proc.,* Department of Energy Workshop on Aging of Energy Production and Distribution Systems, Rice University, Houston, Texas, October 11-13, 1992, 6 p.

32. R.G. Bea and M.J.K. Craig, "Developments in the Assessment and Requalification of Offshore Platforms," *Proc.,* Offshore Technology Conference, OTC 7138, Houston, Texas, May 3-6, 1993, pp. 9-27.

33. R.G. Bea and C.N. Young, "Loading and Capacity Effects on Platform Performance in Extreme Condition Storm Waves and Earthquakes," *Proc.,* Offshore Technology Conference, OTC 7140, Houston, Texas, May 3-6, 1993, pp. 45-60.

34. R.G. Bea and W.H. Moore, "Human and Organizational Errors in Operations of Marine Systems: Occidental Piper Alpha and High Pressure Gas Systems on Offshore Platforms," *Proc.,* Offshore Technology Conference, OTC 7121, Houston, Texas, May 3-6, 1993, pp. 383-398.

35. R.G. Bea, "Spill Prevention: The Human Element - Research Results," Paper presented to Spill Prevention Conference, Seattle, Washington, November 1993, 16 p.

36. R.G. Bea, "Policy Issues: Seismic Requalification of Offshore Platforms," Proceedings of the Workshop on Public Policy Issues on the Seismic Requalification of Offshore Platforms, Camarillio, California, November 1993, 11 p.

37. R.G. Bea, "Key Questions in the Reassessment and Requalification of Permanent Offshore Drilling and Production Platforms," *Proceedings* of an International Workshop on the Assessment and Requalification of Offshore Production Structures, New Orleans, Louisiana, May 1995, pp. 33-43.

38. R.G. Bea and K. Roberts, "Human and Organization Factors (HOF) in Design, Construction, and Operation of Offshore Platforms," *Proceedings* of the Offshore Technology Conference, OTC 7738, Houston, Texas, May 1995.

39. R.G. Bea, M.M. Mortazari, K.J. Loch and P.L. Young, "Verification of a Simplified Method to Evaluate the Capacities of Template-Type Platforms,"
    *Proceedings* of the Offshore Technology Conference, OTC 7780, Houston, Texas, May 1995.

40. W.E. Gale, W.H. Moore, R.G. Bea, and R.B. Williamson, "A Methodology for Assessing and Managing Fire and Life Safety for Offshore Production Platforms," Proceedings of the 1994 High Consequence Operations Safety Symposium, Sandia National Laboratories, Albuquerque, New Mexico, July 1994.

41. M. Paga, J.P. Sully, E. Gajardo and R.G. Bea, "Site Specific Platform Design: Modification to API Code to Consider Local Seismic Conditions," *Proceedings* of the Fifth U.S. National Conference on Earthquake Engineering, Chicago, Illinois, July 1994.

42. J.P. Sully, M. Paga, R.G. Bea, E. Gajardo, R. Gonzalez, and A.F. Fernandez, "Aspects of Pile Design for Cyclic and Dynamic Loadings with Reference to API Conditions for Offshore Structures," *Proceedings* of the International Conference on Design of Pile Foundations for Dynamic Loadings, Caracas, Venezuela, September 1994.

43. R.G. Bea, "Quantitative & Qualitative Risk Analyses - The Safety of Offshore Platforms," *Proceedings* of the Offshore Technology Conference, OTC 8037, Society of Petroleum Engineers,  Houston, Texas, May 1996.

44. R.G. Bea, "Probability Based Earthquake Load & Resistance Factor Design Criteria for Offshore Platforms," *Proceedings* of the Offshore Technology Conference, OTC 8106, Society of Petroleum Engineers, Houston, Texas, May 1996.

45. R.G. Bea, "Evaluation of the Reliability of a Conventional Platform Sited in South Pass Block 47 of the Mississippi River Delta," *Proceedings* of the Offshore Technology Conference, OTC 8305, Society of Petroleum Engineers, Houston, Texas, May 1996.

46. R.G. Bea, M. Craig, and T. Miller, "Life Cycle Reliability & Risk Characteristics of Minimum Structures," *Proceedings* of the Offshore Technology Conference, Houston, Texas, OTC 8361, May 1997.

47. J. Stear and R.G. Bea, "Ultimate Limit State Capacity Analyses of Two Gulf of Mexico Platforms," *Proceedings* of the Offshore Technology Conference, Houston, Texas, OTC 8418, May 1997.

48. R.G. Bea, "Conceptual Approaches to the Risk Mitigation Challenge: An Engineer's Perspective," *Proceedings* of the First Annual Conference of the Center for Risk Mitigation, University of California at Berkeley, June 1997, pp. 56-64.

49. R.G. Bea and D.D. Hee, "A Safety Management Assessment System: SMAS," *Proceedings* of the First Annual Conference of the Center for Risk Mitigation, University of California at Berkeley, June 1997.

50. Bea, R.G. "Risk Based Criteria - Risk Based Oceanographic Criteria for Platforms in the Bay of Campeche," *Proceedings* of the Symposium on Petroleos Mexicano (PEMEX) and Instituto Mexicano del Petroleo (IMP), Mexico City, September 1997.

51. Bea, R.G. "Risk Based Criteria for the Design, Construction, and Operation of Deep Water Structures," *Proceedings* of the 3rd International Symposium on Offshore Hydrocarbon Exploration Technologies, Instituto Mexicano del Petroleo, Mexico City, October 1997.

52. Ying, J. and R.G.Bea, "Analysis of Siting and Evacuation Strategies for Mobile Drilling Units in Hurricanes," *Proceedings* of the Offshore Technology Conference, OTC 8707, Society of Petroleum Engineers, Richardson, Texas, May 1998.

53. R.G. Bea, R. Ramos, O. Valle, V. Valdes and R. Maya, "Risk Assessment & Management Based Hurricane Wave Criteria for Design and Requalification of Platforms in the Bay of Campeche," *Proceedings* of the Offshore Technology Conference, OTC 8692, Society of Petroleum Engineers, Richardson, Texas, May 1998.

54. R.G. Bea, R. Ramos, O. Valle, V. Valdes and R. Maya, "Risk Assessment & Management Based Hurricane Wave Criteria for Design and Requalification of Pipelines and Risers in the Bay of Campeche," Proceedings of the Offshore Technology Conference, OTC 8695, Society of Petroleum Engineers, Richardson, Texas.

55. R.G. Bea, M. Chavez, D. Hopper, R. Roberts, V. Valdes and O. Valle, "Development and Application of Risk Evaluation Methods for a Bay of Campeche Offshore Platform," *Proceedings* of the Offshore Technology Conference, OTC 8696, Society of Petroleum Engineers, Richardson, Texas, May 1998.

56. Bea, R.G.and O. Valle, "Key Issues Associated with Development of Reassessment & Requalification Criteria for Platforms in the Bay of Campeche, Mexico," *Proceedings* of the International Workshop on Platform Requalification, 17 th International Conference on Offshore Mechanics and Arctic Engineering OMAE' 98, Lisbon, Portugal, 1998.

57. J. Wiseman and R.G. Bea, "Rigs-to-Reefs Siting and Design Study for Offshore California: Addressing Issues Raised During the September Workshop *Recent Experiences and Future Deepwater Challenges*," Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, May 1998.

58. R.G. Bea, S-C Lee, A. Ulvarson, O. Westby, W.H. Moore, D.L. Stanley, B.L. Thompson and T. Xu, "Quality Assurance for Marine Structures," *Proceedings* of the 13th International Ship and Offshore Structures Congress, Trondheim, Norway, August 1997.
   (Contribution: 50%)

59. Bea, R. and B. Farkas "Offshore Pipeline Risk Assessment & Management," Summary of Proceedings and Presentations, *Proceedings* of the 1998 International Workshop, March 1998, Marine Technology & Management Group, Department of Civil and Environmental Engineering at Berkeley.

60. Bea, R.G., L. Lara, R. Ramos, O. Valle and V. Valdes, "Risk Based Design and Assessment Criteria for Marine Pipelines in the Bay of Campeche," *Proceedings* Symposium on Transitory Criteria Applied for Assessment of Marine Pipelines, Instituto Mexicano de Petroleo and Petroleos Maxicanos, Mexico City, Sept. 1998.

61. Bea, R.G., R. Ramos, O. Valle and V. Valdes, "Risk Based Earthquake Criteria for Design and Requalifiation of Platforms in the Bay of Campeche," *Proceedings,*Symposium on Transitory Criteria Applied for Assessment of Marine Platforms, Instituto Mexicano de Petroleo and Petroleos Maxicanos, Mexico City, Sept. 1998.

62. T. Xu, R.G. Bea, R. Ramos, O. Valle and V. Valdes, "Fatigue Assessment of Tubular Joints,"

63. *Proceedings,* Symposium on Transitory Criteria Applied for Assessment of Marine Platforms, Instituto Mexicano de Petroleo and Petroleos Maxicanos, Mexico City, Sept. 1998.

64. Bea, R.G. "Marine Structural Integrity Programs: Inspections, Maintenance and Repairs," Proceedings of the International Symposium on Offshore Hydrocarbons Exploitation Technologies, Petroleos Mexicanos and Instituto Mexicano de Petroleo, Cuidad del Carmen, Campeche, Mexico, Sept. 1998.

65. Bea, R.G. "Reliabilities for Design and Requalification of Pipelines and Risers in the Bay of Campeche," *Proceedings* of the International Symposium on Offshore Hydrocarbons Exploitation Technologies, Petroleos Mexicanos and Instituto Mexicano de Petroleo, Cuidad del Carmen, Campeche, Mexico, Sept. 1998.

66. Bea, R.G., "Risk Assessment & Management of Marine Pipelines: RAM PIPE," *Proceedings* of the Risk Assessment & Management of Marine Pipelines Systems Workshop, Nov. 1998, Marine Technology & Management Group, University of California at Berkeley.

67. Bea, R.G., "Risk and Reliability Analysis of Corrosion of Marine Pipelines," *Proceedings,* International Workshop on Corrosion Control for Marine Structures and Pipelines, Galveston, TX, Feb. 1999, Office of Special Programs and Continuing Education, Colorado School of Mines, Golden, Colorado.

68. D. Hee, R.G. Bea, R. B. Williamson and K.H. Roberts, "Implementation of Safety and Health on Construction Sites, Safety Management Assessment System (SMAS) applied to construction, Implementation of Safety and Health on Construction Sites," *Proceedings* of the Second International Conference of CIB Working Commision W99/Honolulu/Hawaii/24-27 March 1999, Singh, Hince & Coble (Eds), Balkema, Rotterdam.

69. Bea, R.G., "Human and Organizational Factors: Engineering and Reliability of Offshore Structures," *Proceedings,* American Society of Civil Engineers Structures Congress '99, Design Issues for Offshore Structures, American Society of Civil Engineers, Herndon, Virginia, April 1999.

70. Bea, R.G., M.J.K. Craig, O.T. Gudmestad, V. Karthieghian, and G. Pradnyana, "Developments in Proposed ISO Guidelines for Design of Offshore Platforms to Resist Earthquakes," *Proceedings* Offshore Technology Conference, OTC 11069, Society of Petroleum Engineers, Richardson, Texas, May 1999.

71. Bea, R.G. and B. Farkas, "Pimpis: Pipeline Inspection, Maintenance, Performance and Information System for Managing Corrosion Risk Associated with Offshore Pipelines," *Marine Technology & Management Group,* Department of Civil and Environmental Engineering, University of California, Berkeley, May 1999. Meeting notes for final presentation.

72. Bea, R.G., T.  Xu, R. Ramos, O. Valle and V. Valdes, "Reliability-Based Design Criteria for Floating Drilling & Production Structures in the Bay of Campeche," *Proceedings,*
   Offshore Technology Conference, OTC 11065, Society of Petroleum Engineers, Richardson, Texas, May 1999.

73. Bea, R.G., T. Xu, R. Ramos, O. Valle and V. Valdes, "Uncertainties in the Fatigue Lives of Tubular Joints," *Proceedings,* Offshore Technology Conference, OTC 10849, Society of Petroleum Engineers, Richardson, Texas, May 1999.
   (Contribution: 50%)

74. B. Farkas and R.G. Bea, "Risk Assessment and Management of Corroded Offshore Pipelines," Submitted in Partial Satisfaction of the Requirements for the Degree of Master of Engineering, Construction Engineering and Management, University of California, Berkeley, May 1999.

75. Xu, T., R.G. Bea with R. Ramos and O. Valle (Instituto Mexicano de Petroleo) and V. Valdes, (Petroleos Mexicano), "Uncertainties in the Fatigue Lives of Tubular Joints," OTC 10849, 1999, Offshore Technology Conference held in Houston, Texas, 3-6 May 1999.

76. Bea, R.G., "Human and Organizational Factors in Safety of Engineered Systems," *Proceedings* American Society of Safety Engineers, Region III and Texas Safety Association, Professional Development Conference, Galveston, Texas, August 3, 1998.

77. Bea, R.G., "RAM PIPE REQUAL: A Risk Assessment and Management Based Process for the Requalification of Marine Pipelines," *Proceedings,* Alaskan Arctic Offshore Pipeline Workshop, U.S. Minerals Management Service, Anchorage, Alaska, November 8-9, 1999.

78. Bea, R.G., "Risk Based Engineering Design of Marine Systems: The Human and Organizational Factors (HOF)," *Proceedings,* State of the Art of Pipeline Risk Management Conference, Perth, Western Australia, November 11, 1999, Det Norske Veritas Services, Perth, WA.

79. Bea, R.G., "Risk Assessment and Management (RAM) of Marine Systems: Past, Present, Future," *Proceedings,* State of the Art of Pipeline Risk Management Conference, Perth, Western Australia, November 12, 1999, Det Norske Veritas Services, Perth, WA.

80. Bea, R.G., "The Next Steps Advancing the Causes of Quality, Reliability and Safety," *Proceedings* of the Workshop on Behavioural Change and Safety, Woodside Offshore Petroleum Pty, Ltd, Perth, Western Australia, November 24, 1999.

81. Bea, R.G., "Human and Organizational Factors in Quality and Reliability of Engineered Systems," Proceedings of the Seminar on Managing Safety in Hazardous Processes, SHE Pacific Pty. Ltd., Melbourne, Australia, November 26, 1999.

82. Bea, R.G., "Risk Based Life-Cycle Engineering of Pipeline Systems: Human and Organizational Factors," *Proceedings,* BP Amoco Pipeline Forum, Houston, Texas, February 27, 2000.

83. Bea, R.G., M. Mortazavi, J. Stear and Z. Jin, "Development and Verification of TOPCAT," *Proceedings* of the Offshore Technology Conference, OTC 11935, Society of Petroleum Engineers, Richardson, Texas, May 2000.

84. Jin, Z.and R.G. Bea, "Enhancements of TOPCAT: 3-Dimensional Loadings, Reliability, and Deck Structure Capacities," *Proceedings* of the Offshore Technology Conference, OTC 11939, Society of Petroleum Engineers, Richardson, Texas, May 2000.

85. Bea, R.G. and P. Szwed, "Development of a Safety Management Assessment for the International Safety Management Code," *Proceedings* of the Offshore Technology Conference, OTC 12156, Society of Petroleum Engineers, Richardson, Texas, May 2000.

86. Bea, R.G., "Risk Assessment and Management of Marine Systems: Past, Present, Future," Keynote Lecture, *Proceedings* of the Asia-Pacific Economic Cooperation Workshop on Assessing and Maintaining the Integrity of Existing Offshore Oil & Gas Facilities, Beijing, China, October 9-11, 2000, U.S. Minerals Management Service, Herndon, Virginia.

87. Xu, T., Y. Bai and R.G. Bea,  "Risk Based 'Optimum' Inspection for FPSO Hulls," Off Shore Technology Conference, Houston, Texas, No. 12352, 2001.

88. Bea, R.G., T. Xu and Y. Bai, "Risk Based Optimum Inspection for FPSO Hulls," *Proceedings* of Offshore Technology Conference, Society of Petroleum Engineers, Richardson, Texas, 2001.

88. Bea, R., "Reliability Analysis and Management of Corrosion of Marine Pipelines," *Proceedings* of the National Association of Corrosion Engineers, NACE International San Francisco Bay Area Section Meeting, 2002, pp. 1-19.

89. Bea, R, Dr. Z. Jin and M. Sharples, "Failure Analysis of Texas Tower No. 4," *Proceedings* of the Offshore Technology Conference, Society of Petroleum Engineers, Richardson, Texas, 2002, pp. 1-11.

90. Bea, R., "Human & Organizational Factors in Design and Operation of Deepwater   Structures," *Proceedings* of the Offshore Technology Conference, Society of Petroleum Engineers, Richardson, Texas, 2002, pp. 1-19.

91. Sharples, B.P.M., C. E. Smith and R. Bea, "Post Mortem Failure Assessment of MODUs during Hurricane Lili," Proceedings Offshore Technology Conference, OTC 16800, Society of Petroleum Engineers, Richardson, TX, 2004, 1-8.

92. Morand, A., J. A. Mercier and R. Bea, "Performance of Deepwater Floating Production Facilities during Hurricane Lili," Proceedings Offshore Technology Conference, OTC 16804, Society of Petroleum Engineers, Richardson, TX, 2004, 1-10.

**Articles in Nonarchival Magazines or Journals**

1. Bea, R.G., and H.A. Bernard, "Movements of Bottom Soils in the Mississippi Delta Offshore," *Offshore Louisiana Oil and Gas Fields,* Lafayette Geological Society, Oct. 1973, pp. 13-28.

2. Bea, R.G., S. Nour-Omid, T.B. Coull, R.E. Potter and H.R. Bivens, "Piling Aids Gravity in Ice Resistance," *Offshore,* Aug. 1984, pp. 99-100.

3. Bea, R.G., D. Litton and A. Vaish, "Requalification of Existing Platforms," *Bechtel Engineering Bulletin,* Tech. Papers, Vol. 2, No. 1, 1986, pp. 15-16.

4. Bea, R.G., "Structure Geriatrics - The Art and Science of Growing Old Gracefully," *Forefront 1990,* Research in the College of Engineering, University of California at Berkeley, 1990.
5. Bea, R.G., W.E. Gale and R.B. Williamson, "Preventing Fires at Sea," *Forefront 1991,* Research in the College of Engineering, University of California, Berkeley, 1991, pp. 19-21.
6. Bea, R.G., "Analysis of Tension Leg Platform Pile Foundations for Dynamic Loadings," *Geotechnical News,* Special Feature on Offshore Geotechnics, June 1992, pp. 45-47.
7. Bea, R.G. and K. Roberts, "Crisis Management and the Near Miss," Surveyor, American Bureau of Shipping, Sept. 1996.
 (Contribution: 90%)
8. Bea, R.G., "Nobody Likes Accidents," *Gard News,* Issue 162, May/July 2001, Oslo, Norway.


**Books or Chapters in Books**
1. R.G. Bea, "Geotechnical Considerations in Submarine Pipeline Design," Chapter 1 in Advances in Offshore Oil and Gas Pipeline Technology, edited by R.F. deLaMare, Postgraduate School of Technological Management, Univ. of Bradford, Oyez Scientific and Technical Services, Ltd., London, 1978, pp. 1-13.
2. R.G. Bea, "Waves and Wave Forces in Theory and Application," Chapter IX, in Mechanics of Wave Force on Offshore Structures, ed. Turgut Sarpkaya and Michael Isaacson, Van Nostrand Reinhold Company, 1981, 12 pp.
3. R.G. Bea, Reliability Based Design Criteria for Coastal and Ocean Structures, National Committee on Coastal and Ocean Engineering, The Institution of Engineers, Australia, Barton, ACT, 1990.
4. R.G. Bea and W.H. Moore, "Operational Reliability of Marine Systems," in New Challenges to Understanding Organizations, K. Roberts (Editor), McMillan Publishers, New York, 1993, pp. 199-229.
5. R.G. Bea, "Human and Organization Factors in the Safety of Offshore Structures," Risk and Reliability in Marine Technology, C.G. Soares (Ed.), Balkema Publishers, Rotterdam, The Netherlands, 1996.
6. Bea, R.G, Holdsworth, R. and Smith, C., 1996 International Workshop on Human Factors in Offshore Operations, Summary of Proceedings and Submitted Papers, (May 1998), Published by ABS American Bureau of Shipping, Organized by MMS Minerals Management Service, PrimaTech Inc. and the University of California.
7. Bea, R.G., Human and Organization Factors in the Safety of Offshore Structures, Risk and Reliability in Marine Technology, C.G. Soares (Ed.), A.A. Balkema Publishers, Rotterdam, The Netherland, 1998.
8. Bea, R.G., Human and Organizational Factors in the Design and Reliability of Offshore Structures, Center for Oil and Gas Engineering, University of Western Australia, Nedlands, Western Australia, December 2000, 750 p.
9. Bea, R.G., Achieving step change in Risk Assessment and Management (RAM), Part 1 - Workshop Text, Center for Oil and Gas Engineering, The University of Western Australia, Nedlands, Western Australia, 2000.
10. Bea, R. G., Design for Reliability: Human and Organisational Factors, Chakrabarti (Ed.), Handbook of Offshore Engineering, Elsevier Ltd, 2005, Chapter No. 1, pp. 939 - 999.
11. Bea, R.G. (2000). Human & Organizational Factors in Design & Reliability of Offshore Structures, Centre for Oil & Gas Engineering, The University of Western Australia, Nedlands, WA.
12. Bea, R.G. Load Engineering, Reliability Based Loadings for Life-Cycle Engineering of Systems, Vick Copy Publishers, Berkeley, CA, 2001.
13. Bea, R.G. (2009). Human & Organizational Factors: Quality & Reliability of Engineered Systems, Vick Copy Publishers, Berkeley, CA.


**Other**
14. Bea, R.G., "SACS TOPCAT - The preliminary structural assessment tool," Computer program for Template Offshore Platform Capacity Analysis Tools - licensed to Engineering Dynamics Inc, 2000.
15. Stear, J.D. and Bea, R.G., "TOPCAT - Template Offshore Platform Capacity Assessment Tools," User Manual, Marine Technology and Management Group, Department of Civil and