**APPENDIX B**

**FORENSIC ENGINEERING ANALYSES OF MRGO REACH 2 BREACHES**

1.    This Appendix is divided into four sections. Sections I and II provide a summary of forensic engineering observations and analyses to determine the causes of the breaches, failures, and overtopping that developed with respect to the man-made features along the MRGO St. Bernard Parish Reach 2 frontage during and following Hurricane Katrina. Section III summarizes the major conclusions drawn from this work. Section IV provides a list of the references cited in this report. The following table of contents will serve as a guide to help reading this document.

## TABLE OF CONTENTS

I.    FORENSIC ENGINEERING OBSERVATIONS ....................................................... 2

II.    FORENSIC ENGINEERING ANALYSES................................................................ 11

MRGO REACH 2 HURRICANE FLOOD PROTECTION STRUCTURES FIELD OBSERVATIONS................................................................................................ 11

*Breaching Mechanisms* ................................................................................. 22

*EBSB Breaching Study Location* .................................................................. 25

*EBSB Study Location Soil Erosion & Scour Characteristics* ..................... 30

*EBSB Profile* ................................................................................................. 34

*Hurricane Katrina Hydrodynamic Conditions* ........................................... 35

LOCAL VEGETATION EFFECTS ON HURRICANE KATRINA WAVE CONDITIONS ......... 52

EFFECTS OF GRASS COVER ON PERFORMANCE OF EBSBs ........................................ 69

PERFORMANCE OF THE REACH 2 MAN-MADE FLOOD PROTECTION STRUCTURES FOR MRGO HURRICANE KATRINA CONDITIONS ................................................ 80

*LS-DYNA Computer Program*........................................................................ 82

*Hydrodynamic Velocities and Cumulative Erosion Results*......................... 84

*Analysis for Scenario 1 (0430 CDT)* ............................................................ 85

*Analysis for Scenario 1 (0530 CDT)* ............................................................ 88

*Analysis for Scenario 1 (0630 CDT)* ............................................................ 91

*Analysis for Scenario 1 (0730 CDT)* ................................................................ **94**

*Analysis for Scenario 1 (0830 CDT)* ................................................................ **97**

*Analysis for Scenario 2C – 'Neutral' MRGO Hurricane Katrina Conditions* ........ **100**

*Evaluation of EBSB Breach due to Wave Impacts* .................................. **102**

*Wave-Induced Erosion Analyses* ........................................................ **104**

*EBSB Overtopping-Induced Erosion* .................................................. **109**

*Parametric Wave Attack Erosion Evaluations* ...................................... **126**

*IPET and Ebersole EBSB Breaching Studies* ........................................ **131**

*Conclusions and Observations from Analytical Results* ........................... **135**

*Assessment of MRGO Reach 2 EBSB Breaching* ..................................... **135**

BAYOU BIENVENUE NAVIGATION STRUCTURE BREACH ............................. **137**

BAYOU DUPRE NAVIGATION STRUCTURE BREACH ................................... **146**

EBSB INSTABILITY EXACERBATED BY MRGO CHANNEL DREDGING AND WIDENING ................................................................................. **156**

PHASE 2 EVALUATIONS OF MRGO EBSB (REACH 2) BREACHING MECHANISMS .. **172**

*Breach Development Mechanisms* ...................................................... **176**

III.   SUMMARY OF FORENSIC ENGINEERING INVESTIGATIONS ................. **197**

IV.   REFERENCES ......................................................................... **208**

## I.   FORENSIC ENGINEERING OBSERVATIONS

2.      As a preliminary matter, I will define terms that are used in my Declaration.

(a)      The MRGO is a man-made navigational waterway approximately 76 miles long. It runs generally on a northwest direction from Breton Sound in the Gulf of Mexico through the parishes of St. Bernard and Plaquemines to New Orleans. The MRGO joins the Gulf Intracoastal Waterway (GIWW) near the Paris Road Bridge and runs toward the west to the Inner Harbor Navigational Canal (IHNC, also known as the Industrial Canal). This Declaration will address the performance of man-made flood protection features constructed along one section (Reach 2) of this navigational waterway (Figure 1):

**Reach 1:** the east-west oriented section running between the IHNC and the confluence of the GIWW and the MRGO near Paris Road Bridge including the north-south section of the IHNC between the navigation locks and the Port of New Orleans at the "T" intersection with the MRGO – GIWW.

**Reach 2:** the southeast-northwest section extending from just east of the Paris Road bridge down through Breton Sound into the Gulf of Mexico including the two navigation structures located at Bayou Dupre and Bayou Bienvenue.



Figure 1: MRGO Reach 1 and Reach 2 (USACE IPET 2007).

(b)      The term "Levee(s)" refers to a Hurricane flood protection structure(s) whose purpose is to protect human population living within urban areas and which are designed and constructed in accordance with pertinent USACE manuals, guidelines, standards, criteria, and policies and/or conform to generally-accepted engineering standards for such man-made features. The "protected side" (back side) of the levee is intended to provide protection from

Hurricane flood waters. The "unprotected side" (front side) of the levee is exposed to Hurricane flood waters. As described below, among other things, these man-made features, in order to qualify as "Levees," must be designed to withstand the specified level of storm surge, waves, and currents that they are intended to contain, and must not be expected to erode or wash away during a Hurricane for which they are intended to serve as flood protection for humans and their property. Towards this end, and as set forth in the USACE publications *Coastal Engineering Manual* (USACE Pub. EM 1110-2-1100) and the *Design and Construction of Levees* (USACE Pub. EM 1110-2-1913), to qualify as "Levees" these man-made structures must be either (a) composed mostly of compacted clay-like cohesive soils, or (b) if constructed of more loosely compacted soils, they must be capped or covered with more dense materials that will protect against the underlying soils being washed away by wave action, storm surge, elevated tides and other water related phenomena associated with Hurricanes (Figure 2). All important potential modes of failure and their interactions must be properly addressed during design, construction, operation, and maintenance for a man-made flood protection structure to be called a Levee (USACE 2000, USACE 1999). As noted below, in my opinion there were no "Levees" along virtually the entire MRGO St. Bernard Parish Reach 2 frontage before Hurricane Katrina. Instead, this frontage had no effective Hurricane protection since the USACE decided after 1965 to construct man-made features that were nothing more than miles of embankments comprised of dredged spoil that was not suitable for Levees.

(c) The term "Earthen Berm / Spoil Bank" ("EBSB") refers to an embankment comprised of materials composed of sandy, silty, soil containing organic matter, clays and shells and/or uncompacted hydraulic fill not suitable for constructing hurricane flood

protection structures in urban areas as specified in pertinent USACE manuals, guidelines, standards, criteria and policies and/or generally-accepted engineering standards for such man-made features. As noted below, there were only EBSBs along virtually the entire MRGO St. Bernard Parish Reach 2 frontage before Hurricane Katrina.

3.       As a further preliminary matter, some of the documents, charts, photos, and other exhibits referenced in my Declaration refer variously to "levee(s)," "levee sections," "levee breaches," and so forth. The use of these terms is not intended to suggest or agree that the referenced man-made flood protection features along Reach 2 and portions of Reach 1 of the MRGO before Hurricane Katrina were in fact "Levees" as I have defined them above. In fact, as detailed below, it is my opinion that the vast stretches of Reach 2 and portions of Reach 1 of the MRGO and GIWW before Katrina for the most part did not have hurricane flood protection "Levees" as I have defined them, but instead these man-made features were "EBSBs" as I have defined them above and consequently they were not properly designed or constructed to protect human population living within urban areas.



**Levee geometry**



**Water over the levee - overtopping**



**Erosion by water after overtopping**

Figure 2a: Levee failure modes (Deretsky, National Science Foundation 2008).



**Erosion due to water coming through the levee**



**Current erosion on outboard levee and berm surfaces**



**Lateral instability of the levee due to water force**

Figure 2b: Levee failure modes (Deretsky, National Science Foundation 2008).



**Levee erosion due to wave impacts**



**Increased lateral forces and local damage due to mpact from floating objects and debris**



**Soil liquefaction due to repeated cyclic forces from waves and currents**

Figure 2c: Levee failure modes (Deretsky, National Science Foundation 2008).



**Erosion and seepage under the levee**

**Damage by trees pushed over by water and wind**

**Lateral instability of sections of the levee due to effects of water on soils**

Figure 2d: Levee failure modes (Deretsky, National Science Foundation 2008).

4.      I first arrived in New Orleans as a member of the National Science Foundation and University of California sponsored Independent Levee Investigation Team (ILIT) on 30 September 2005.  Figure 3 depicts the locations of the major breaches and failures that I have studied (ILIT 2006). This Declaration will address analyses of the breaches that developed along the MRGO Reach 2 (identified as 2a and 2b in Figure 3). During the past three years, I have made multiple field trips and performed investigations of the major breaches and failures that were responsible for flooding Greater New Orleans. These trips have included study and investigations of the repair and re-construction work that has been performed on these breaches and failures. I am not aware of any other civil engineer who has devoted more time to, or written more professional articles and papers, concerning the performance of the man-made features along Reach 2 of the MRGO.



Figure 3: Summary of principal failures, breaches, and distress features and locations of 3 primary polders in the Greater New Orleans area (ILIT 2006).

II.     **FORENSIC ENGINEERING ANALYSES**

**MRGO Reach 2 Hurricane Flood Protection Structures Field Observations**

5.      Field investigations performed shortly after the passage of Hurricanes Katrina and Rita showed that the EBSBs fronting Reach 2 of the MRGO and Lake Borgne and their junctures to the navigation structures at Bayou Dupre and Bayou Bienvenue were catastrophically eroded and breached in much the same way as a sand castle built on an ocean beach is dissolved by ocean waves as the tide comes in (Figures 4 – 6) (IPET 2007, Team Louisiana 2007, ILIT 2006). In addition, two large breaches occurred at the west end of this basin fronting the IHNC (Lower 9th Ward). These Reach 1 Extension breaches are discussed in Appendix C. The result was that the St Bernard – Lower 9th Ward  basin flooded extremely rapidly and the in-rushing storm surge drove the waters to an elevation of approximately + 12 feet above mean sea level in this basin. As a result, even homes and businesses located on ground well above sea level were inundated. Sites on lower ground were inundated to greater depths (M. Kok et al, Polder Flood Simulations for Greater New Orleans: Hurricane Katrina August 2005, 2007).



Figure 4: Severely eroded and breached levee section along the northwest frontage of the St. Bernard Parish fronting the MRGO channel (ILIT 2006). This section of EBSB was analyzed to determine development of wave and surge breaching.



Figure 5: MRGO levee east of Bayou Dupre (MRGO is at bottom of photograph) showing breaching initiating with wave bench formation at EBSB mid-height followed by wave overtopping and backside erosion (Team Louisiana 2007).



Figure 6: MRGO levee between Bayou Dupre and Bayou Bienvenue showing development of EBSB wave bench formation and crown wave breaching leading to backside erosion (USACE IPET 2007). Note the grass scoured by waves at EBSB mid-height – indicating the elevation at which EBSB erosion and scour was initiated.

6.     Figures 7 through 13 show the massive breaches that eroded at the contacts between the concrete navigation lock structures at Bayou Bienvenue and Bayou Dupre and the adjacent EBSBs. Deep scour holes were found both upstream and downstream of these breaches.



Figure 7: Breach at south side of Bayou Bienvenue at tie-in of navigation structure with EBSB (EPA 2005). Note shell fill scattered to east and west on the south side banks.



Figure 8: Large eroded breach at the contact between the south end of the concrete navigation lock structure at Bayou Bienvenue and the adjacent EBSB section (ILIT 2006).



Figure 9: Large eroded breach at the contact between the south end of the concrete navigation lock structure at Bayou Bienvenue and the adjacent EBSB section (ILIT 2006). Bent and exposed sheet piling used to compensate for levee settlements.



Figure 10: Large eroded breach at the contact between the north end of the concrete navigation lock structure at Bayou Dupre and the adjacent EBSB (EPA 2005).



Figure 11: Large eroded breach at the contact between the north end of the concrete navigation lock structure at Bayou Dupre and the adjacent EBSB section (ILIT 2006). Center concrete sheet pile panels failed during backflow and were found in the outboard scour hole.



Figure 12: Large eroded breach at the contact between the north end of the concrete navigation lock structure at Bayou Dupre and the adjacent EBSB section (ILIT 2006) showing dredged spoil used in adjacent EBSB.



Figure 13: Photograph looking at the inboard side from the breach showing eroded shell and sand detritus deposited from the EBSB – Bayou Dupre navigation structure breach (ILIT 2006).

7.      It is of particular importance to note that the massive erosion features at the south end of the Bayou Bienvenue navigation lock structure (Figure 8) and at the north end of the Bayou Dupre navigation lock structure (Figure 10) were directly correlated with the courses of the original Bayous (Figure 14). Available information on the soils and light weight shell fill used to fill these bayous and the fill used at the abutments (Figures 15 and 16) indicates high potentials for significant under-base seepage and erosion, and excess pore water pressures acting to reduce soil strength in and under the affected sections of the navigation structures (abutments). These effects would have exacerbated the erosive and scour effects in the area of the breaches.



Figure 14: Correlation of areas of severe scour and erosion damage to the abutments of the two navigation structures with alignment of the abandoned original channels (ILIT 2006).



Figure 15: Photograph of MRGO (to left looking south) during construction of navigation structure at Bayou Bienvenue (USACE photograph from the New Orleans Public Library). Note shell fill being placed in the previous course of the Bayou. Note also EBSBs being placed along current alignment.



Figure 16: Photograph of MRGO (to right looking north) during construction of navigation structure at Bayou Dupre (USACE photograph from the New Orleans Public Library). Note shell fill being placed in the previous course of the Bayou. Note also EBSBs being placed along current alignment.

8.      This EBSB frontage along Reach 2 of the MRGO is one of only two locations where the man-made features adjacent to the three main basins of New Orleans are exposed directly to storm waves crossing a large body of Gulf of Mexico waters (Lake Borgne) without the protection of significant swamps, marshes, and wetlands on their outboard sides. These natural protective buffers serve to reduce the energy in the storm waves and currents, reducing their height and velocity, and thus their erosive potential (Freudenberg et al 2007; National Research Council 2006, 2007; USACE 2006; Kahan et al 2006; Bea 2008). The catastrophic erosion of the EBSBs is not surprising since this section that was so exposed to severe (unprotected) storm waves was only about 14 feet high, was not armored to resist erosion and scour from surge, waves, and currents, and large portions was mostly comprised of highly erodible sands, silts, clays and lightweight shell sand fill underlain with highly organic layers and sand deposits (Figures 17 – 19).



Figure 17: Photograph of MRGO (to left looking south) during construction of foundations for future EBSB flood protection structures (USACE photograph from the New Orleans Public Library).



Figure 18: Photograph of dredged spoil being deposited on top of marsh deposits forming the foundations for the future EBSB flood protection structures (USACE photograph from the New Orleans Public Library).



Figure 19: Photograph of MRGO (to right looking north) during construction of foundations for future EBSB flood protection structures (USACE photograph from the New Orleans Public Library).

*Breaching Mechanisms*

9.      Multiple mechanisms for erosion, scour and breaching that occurred along the Reach 2 frontage section have been addressed during this study. This study has considered results from the studies performed by the USACE IPET (2007), the ILIT (2006), and Team Louisiana (2007). When multiple modes of failure are involved and interacting in different ways at different times and places, the uncertainties associated with 'looking back' at failures are significant. It is not easy to develop a 'correct' diagnosis. Most important in the previous analyses were how questions concerning the failures and breaching were posed to the analysts and investigators. For example, in the USACE IPET analyses, it was assumed at the outset of this work that failure and breaching occurred AFTER overtopping by the Katrina surge. This led to the assessment that it was backside erosion and scour that led to the breaching. This assumption currently persists (Sills et al 2008). In this study, no such assumptions were made. All plausible failure modes were addressed (e.g. Figure 2) with particular attention given to wave attack on the unprotected sides of the EBSBs and underbase seepage through the buried marsh layers and highly permeable shell fills used at the navigation structure tie-ins.   This strategy was used to 'un-bias' the results from the failure and breaching analyses.   All available sources of data and information were used to corroborate how the breaching and failures most probably developed.

10.      As shown in Figure 20, high energy waves can scallop and erode the outboard face of an EBSB. They can also rush up the face toward the crest, and can erode "notches" in the crest from the front side. Subsequent waves can then pass through these notches, especially as the storm surge continues to rise, and the flow can widen the notches and also erode the back face levee slope (crown breaching). This exploitation and widening of crest

notches is called crenellation, after the crenellation (notched shape) that often topped castle walls (Vriend, Barends 2006; Koelewijn, Sellmeijer 2006; Hughes 2007; Ebersole 2008). This broadside attack on the EBSBs would be exacerbated by the very strong long-shore and cross-shore currents that were developed in this area. Figures 4 through 6 show clear evidence of this action along many sections of the MRGO Reach 2 EBSBs.



Figure 20: Wave erosion on the front berm and face combined with through flow and under base seepage and erosion of the lower back face (ILIT 2006)

11.     The overtopping back-side erosion mode of performance (Figure 21) was studied extensively during the IPET (2007) and ILIT (2006) investigations, and most lately by Ebersole (2008). This work involved extensive field, laboratory, and analytical studies (Wibowo et al 2007, Briaud et al 2007, 2008). In the ILIT study, soil samples were taken from levees that did not fail (sustained overtopping without breaching) and those that did fail (breached). In general, this work on sheet-flow and back-slope erosion was well corroborated with results from the extensive field and analytical studies performed by the USACE IPET (2007), Team Louisiana (2007), and ILIT (2006). The studies performed by IPET involved in situ erosion tests performed at a large number of locations in the Greater New Orleans area

(Wibowo et al 2007). General observations of levee performance were correlated with results from these studies. However, no analyses were developed to directly connect results from the in situ field tests and analyses of performance of the EBSBs due to wave action and surge overtopping.



Figure 21: Sheet flow overtopping erosion of the lower back slope face with critical erosion at toe of the levee on the backside (ILIT 2006)

     12.     USACE observations from the earliest days following Katrina concluded and declared publicly that the MRGO Reach 2 EBSBs had failed due to "massive overtopping" (Times Picayune, September 1 2005). Subsequently, the USACE IPET investigations confirmed these observations and based its analyses on the scenario that the purported Reach 2 'levees' and areas adjacent to the two navigation structures breached as a result of scour and erosion induced by overtopping (IPET 2007, Sills et al 2008). It is obvious that the Reach 2 EBSBs were overtopped during Hurricane Katrina. What is not so obvious, however, is whether the overtopping protected side breaching was preceded by wave attack breaching – crenellation – on the unprotected side. Results from my and other investigations (ILIT 2007, Seed et al 2007a, 2008a , Team Louisiana 2007) indicates that in many cases – if

not the majority of cases – it is very likely that the backside overtopping erosion was preceded by front side wave attack erosion. The front side erosion transitioned into backside erosion after overtopping, and development of the breaching resulted in erasing much of the evidence of the preceding front side breaching.

13.     It also is obvious that due to decisions that were made regarding the reference vertical elevation datum for construction of the supposed levees, they were not built to their authorized elevations (USACE IPET 2007, Woolley, Shabman, *Hurricane Protection Decision Chronology Report* 2008). The decision to use an inaccurate and obsolete vertical datum combined with the incomplete construction of the levees authorized for construction in 1965 as part of the Lake Pontchartrain and Vicinity Hurricane Protection Project resulted in important decreases in the EBSB crown elevations and elevations of the navigation - lock structures (Bea and Storesund 2008). These decreases in the EBSB and navigation structure elevations and cross sections had very important effects that exacerbated the overtopping erosion and breaching effects (GEI Consultants 2007, USACE IPET 2007, Team Louisiana 2007, ILIT 2006, Bea and Storesund 2008).

*EBSB Breaching Study Location*

14.     Figures 22 and 23 show the EBSB site located south of Bayou Bienvenue that was analyzed in detail to determine how breaching would have developed during Hurricane Katrina (station 497+00). This site was chosen because photographic evidence and pre and post Katrina elevation surveys showed that the area was severely eroded during Hurricane Katrina (Figures 24 and 25).