

Figure 22: Site chosen for wave induced erosion – scour study (Bea and Storesund 2008).



Figure 23: A generalized cross section as presented in CEI (1984) and originally created by Kolb and Van Lobik (Bea and Storesund 2008).  Note entire area is covered with "Marsh" deposits from 10 feet to 15 feet thick. These deposits were buried by the MRGO dredged spoil banks and subsequently by the Reach 2 EBSBs.



Figure 24: Pre and post Katrina levee crest elevation surveys (ILIT 2007).



Figure 25: Aerial LiDAR surveys captured the erosion features of the MRGO levees following Hurricane Katrina (Bea and Storesund 2008). Elevations are colored from red

(low) to blue (high).  Above is an aerial oblique photograph showing erosion and scour as depicted in the Aerial LiDAR survey.

      15.     Figure 26 presents a historic timeline of the levee crest elevation at Station

497+00 from 1966 to 2007.  At the time Hurricane Katrina hit the MRGO area, the levee

crest elevation had settled approximately 1.5 feet below the target crest elevation of +17.5

feet (NGVD).  Also included on this plot are approximations of storm surge elevations (high

water marks) near Station 497+00 from observations following Hurricanes Betsy (USACE,

1965) and Camille (USACE, 1970).



**Figure 26:** Plot of levee crest elevation from 1966 to 2007, when Hurricane Katrina hit New Orleans (Bea and Storesund 2008).

***EBSB Study Location Soil Erosion & Scour Characteristics***

16.     The ILIT team undertook a program of soil sampling and testing at various locations along the Reach 2 affected EBSBs (Figure 27). These samples were transported to a laboratory at Texas A&M University and tested to determine soil properties and characteristics as well as their erosion – scour resistance (ILIT 2006, Briaud et al 2007). Previously, as a part of a long-term research program at Texas A&M University concerned with erosion around bridge piers and scour of earth levees, a specialized testing apparatus had been developed and validated to simulate sheet-flow erosion characteristics on samples of soil (Briaud et al 2007, 2008). This testing apparatus was used to determine the conditions (compaction, salinity, water velocity) at which the soil samples would erode and the rates at which the samples would erode.



Figure 27: EBSB samples obtained from Reach 2 of MRGO (Bea and Storesund 2008).

17.    Results from the laboratory sheet-flow erosion testing on the samples retrieved from the Reach 2 of MRGO are summarized in Figure 28. The soils obtained from Reach 2 (samples #4, #5, #6), the areas that suffered significant breaching during Hurricane Katrina showed "very high erodibility" (ILIT 2006, Briaud et al 2007, 2008). These soils were characterized with very high sand, silt, and shell content and little compaction.



Figure 28: Samples (red boxes) obtained and tested from the MRGO were found to have high to very high erodibility based on results from laboratory testing performed by ILIT (2006) (Bea and Storesund 2008).

18.    Figure 29 summarizes data from the laboratory testing that was utilized to evaluate the wave erosion – scour characteristics at the study location. Figure 30 is a picture of the soils sampled from this location.



Figure 29: Erodibility test results on bulk soil samples from the MRGO levees (ILIT 2006).



Figure 30: Close up photograph of soils on shoulder of breach on MRGO EBSB at station 497+00 showing dredge spoil materials used in construction of the levee (Bea 2005). Bulk samples were taken of the soils from this breach shoulder and tested in the laboratory to determine the EBSB scour – erosion characteristics used in this study (Bea 2005).

19.     Erodibility in situ tests and evaluations were performed by IPET following

Hurricanes Katrina and Rita (Figure 31).  The results of their study are presented as an

appendix in Volume V of the IPET Report series.  Four samples were collected from the

same general vicinity as examined in this study.  Only one of the four test locations was on

an existing levee (M3).  Two of the test locations were reconstructed levee sections that had

undergone some degree of compaction.  One test location (M2-2) was at a local borrow pit

which was in an uncompacted state (hydraulic fill materials from the MRGO channel

excavations). These tests found that the (pre and post) materials used to construct the MRGO

Levee ranged from resistant to erosion to very erodible.  The local borrow pit (site M2-2

consisting of uncompacted hydraulic fill used to construct the original MRGO Levee) was

characterized as erodible and very erodible.  The existing levee location (M3) had test results

that were very erodible and resistant.



Figure 31:  Results from erodibility evaluations performed by IPET following Hurricane Katrina found samples along the MRGO to be very erodible and erodible (USACE IPET 2007e).

***EBSB Profile***

20.    The EBSB profile analyzed to characterize performance – erosion – breaching characteristics during Hurricane Katrina was one at Station 497+00 as it was prior to Hurricane Katrina (Figure 32). The design profile for the Reach 2 man-made hurricane flood protection alignment was also studied to enable evaluations of the effects of changes in the profile on performance of the EBSBs.



Figure 32: Study location levee profile prior to Hurricane Katrina (Bea and Storesund 2008).

*Hurricane Katrina Hydrodynamic Conditions*

21.     Table 1 summarizes the principal conditions and characteristics that were integrated into the Hurricane Katrina surge, current, and wave analytical models developed by Wit et al 2008, and Gautier et al 2008 to serve as input for analyses of the performance characteristics of the MRGO Reach 2 man-made hurricane flood protection structures. Scenario 1 is for the Hurricane Katrina 'as was' conditions. The Scenario 2-series and Scenario 3 are for various elements associated with a hurricane 'Neutral' MRGO. The term 'Vegetation' in Table 1 refers to the existing vegetation associated with the MRGO environment at the time of Hurricane Katrina and with the environment for 'Neutral' MRGO conditions.

Table 1: Summary of simulation Scenarios for characterization and description of MRGO Reach 1 and Reach 2 Hurricane Katrina surge, current, and wave characteristics.

| Scenario | MRGO channel | GIWW channel | Reach 2 EBSBs | 40 Arpent Levee | Vegetation |
|---|---|---|---|---|---|
| **1** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Existing 8/29/2005** |
| 2A | None | Pre-construction | None | LPV authorized & no flow past | Pre-construction |
| 2B | None | Pre-construction | None | Existing 8/2005 & flow to Miss. River | Pre-construction |
| **2C 'Neutral' MRGO** | **Pre-construction** | **Pre -construction** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Pre-construction** |
| 2D | None | Pre-construction | Existing 9/9/1965 | Existing 8/29/2005 | Pre-construction |
| 3 | As authorized | As authorized | Existing 8/29/2005 | Existing 8/29/2005 | Pre-construction |

22.     These 'Neutral' MRGO Hurricane Katrina Conditions were analyzed to help determine how the design, construction, operation, and maintenance of the MRGO affected the performance of the man-made flood protection structures during Hurricane Katrina (Bea 2008). The 'base case' for the 'Neutral' MRGO Hurricane Katrina Conditions is identified in Table 2 as Scenario 2C. The other Scenario 2 and Scenario 3 analyses are intended to provide insights into the affects of the MRGO design, construction, operation, and maintenance parameters important to the performance characteristics of the man-made structures associated with Reach 1 and Reach 2.

23.     The 'Neutral' MRGO Hurricane Katrina Conditions assessment is based on the contention that the Congressionally authorized MRGO navigation project should 'do no harm' to the environment and to the man-made hurricane flood protection structures that defend this region from hurricane flooding.  Thus, if there would be negative effects of the MRGO that would have substantial deleterious effects on these elements, then it was incumbent that the USACE properly address and mitigate these negative effects. Such negative effects as destruction and degradation of the natural hurricane flood protection features (barrier beaches, land bridges, marshes, wetlands, swamps, salinity increases resulting in degradation of vegetation and habitats) and those associated with constructed works (e.g. protective berms for flood protection levees and other man-made structures, channel water flow increasing surge elevations, channel effects increasing hurricane waves and currents and channel induced erosion of both natural and man-made flood protection elements) have been addressed in development of the 'Neutral' MRGO Hurricane Katrina Conditions addressed in this Declaration.

36

24.    The negative effects of the MRGO could have and should have been addressed by mitigating elements applied directly to the MRGO channel itself and to the adjacent man-made flood protection structures. It was incumbent on the USACE to address these potential environmental effects in the MRGO environmental impact statement (USACE 1976). The scientific and engineering technology, although not as well developed as today, did exist to properly address these effects (see Appendix B in Declaration by Robert Glenn Bea dated September 17, 2007; USACE 1975; Bretschneider and Collins 1966; Woolley and Shabman 2008; Colten 2006; ILIT 2006; Team Louisiana 2007; Coastal Environments 1984; Arnold 2007, 2008). In fact, the history of the development of the MRGO project (*MRGO Timeline 1722 A.D. – Present*, Katrina Consolidated Litigation Committee, 2008) clearly shows that the USACE was aware of and in fact did consider many of the critical negative impacts. It is also clear, that preoccupations with continued development of navigable waterways, budgets, and schedules led to decisions not to mitigate these important impacts. Today, MRGO channel mitigations are being developed and evaluated by the USACE as part of the *Mississippi River Gulf Outlet Deep-Draft De-Authorization Report* to Congress (USACE 2008a), the *Louisiana Coastal Protection and Restoration Project* (LCPRA, USACE 2008b), and the MRGO Reach 2 man-made flood protection structures mitigations included in the *Hurricane and Storm Damage Reduction System Design Guidelines* (USACE 2008c). Potential channel mitigating measures include placing barriers or gates at the Gulf of Mexico – MRGO entrance, at the intersection of the MRGO with the GIWW, and at the IHNC (Seabrook), restoring natural protective features (barrier beaches, wetlands, marshes, swamps), providing armoring of channel banks, and provision of foreshore protection to protect the EBSB and other similar levee alignments. Potential man-made flood protection

structure mitigating measures include provision of protected and flood side armor for levees and embankments, wave berms, foreshore protection, EBSB and levee profiles that reduce surge – current – and wave effects, use of proper materials and construction methods, use of deeper sheet piling and other means to cut-off subterranean seepage paths, and construction and maintenance procedures to maintain levees and EBSBs to adequate elevations. The effects of these mitigations have been included in characterization of the 'Neutral' MRGO Hurricane Katrina Conditions.

25.     The primary locations identified for outputs from the analytical models utilized by Wit et al (2008) and Gautier et al (2008) are shown in Figure 33. Based on the analytical results provided by Wit et al (2008), the surge hydrographs associated with the MRGO Reach 2 locations are summarized in Figures 34 and 35. These surge hydrographs are based on retaining the man-made flood protection structures in their pre-Katrina conditions – no breaching – only overtopping.



Figure 33: Primary locations for Hurricane Katrina simulations outputs (Wit, et al 2008).





Figure 34: Surge hydrographs for Shell Beach and Bayou Dupre (Wit, et al 2008).





Figure 35: Surge hydrographs for MRGO Halfway and Bayou Bienvenue (Wit, et al 2008).

26.    As would be expected, depending upon location and the associated geographic – bathymetric – environmental conditions, the presence of the MRGO has very different effects upon the Hurricane Katrina surge conditions. Comparing results between the Hurricane Katrina 'as was' surge hydrographs and the 'Neutral' MRGO Hurricane Katrina hydrographs, in the relatively open water areas (e.g. Shell Beach, Bayou Dupre), the MRGO channel has little influence on the surge characteristics. The Hurricane Katrina surge hydrographs that vary different parameters that affect the surge characteristics help identify how the Reach 2 EBSB alignment has significant effects on the surge characteristics along Reach 2. The EBSB alignment acts like a 'barrier' to the surge waters – and the surge waters pile up against this barrier (Scenario 2B). This 'piling up' effect was addressed by Bretschneider and Collins in their work on the 'funnel' effects for the USACE (1966). If this barrier is removed, then the surge waters have a 'place to go' – an enlarged area for volumetric, absorption, and frictional dissipation. Comparing the Hurricane Katrina peak surge at the EBSB alignment (about + 18 feet) with that at the 40 Arpent alignment without the EBSBs (Scenario 2D), the surge is dramatically reduced (about +13 to +14 feet). For the interior Reach 1 locations, the effects of the 'funnel' are further amplified by the presence of the MRGO channel – the channel provides a conduit for earlier delivery and longer duration of the surge waters and for amplification of the surge due to the increased volume of water that can be delivered to these areas by the channel itself.

27.    Water current discharges and velocities associated with Hurricane Katrina and the MRGO conditions also were evaluated for the areas of interest. These current characteristics also were very dependent on bathymetric, geographic, topographic, and vegetation (roughness) characteristics. Figure 36 shows the spatial current velocities for

Scenario 1 Hurricane Katrina 'as was' conditions near the time of the peak surge (August 29, 2008, 8:00am CDT referenced to Bayou Bienvenue location).



Figure 36: Spatial current velocities (magnitude with cooler scale, direction with arrows for Scenario 1 at 8:00 am CDT (Wit, et al 2008).

28.     Because of the potential importance of these currents to performance of the EBSBs bordering Reach 2 of the MRGO, special current output locations were identified as shown in Figure 37 (Wit, et al 2008). Location 3 is of particular interest because this is the location used to perform detailed analyses of the wave and overtopping erosion and breaching characteristics of the EBSBs. Figure 38 shows the current velocities at Locations 1 - 3 (black line at toes of EBSBs and dashed green line - 'a' - at edge of MRGO channel) from 4:00 am to 9:00 am CDT. The current velocities at the toes of the EBSBs are generally less than about one foot per second and have flow angles that parallel the face of the EBSB and MRGO channel elevation.



Figure 37: Output locations for MRGO Reach 2 (Wit, et al 2008, Gautier, et al 2008).



Figure 38: Results for Scenario 1 for locations 1, 2, and 3 (Figure 37) from 4:00 am to 9:00 am CDT. Note maximum surge elevation of 18 feet (NAVD 88) just after 8:00 am CDT (Wit et al 2008).

29.     The third Hurricane Katrina hydrodynamic characteristic addressed by Wit, et al (2008) and Gautier, et al (2008) were waves (heights, periods, directions). Because of the sensitivity of the waves to local effects (bathymetry, topography, vegetation), a series of computational grids were used to evaluate wave characteristics in the Lake Borgne region (Figure 39). Details of the sub-grids for the areas of the GIWW and the MRGO Reach 2 are shown in Figure 40. These sub-grids are needed because of the changing scales of detail that must be addressed as one simulates regional to area to location specific hydrodynamic conditions.



Figure 39: Position of computational grids and bathymetry (feet relative to NAVD 88). Black border A-grid, Green border C-grid, Yellow border M-grid, Cyan border F-grid, Pink border G-grid).



Figure 40: Bathymetry (feet NAVD 88) for F- and G-grids and Wave Rays 3 and 4 at MRGO channel and EBSB study location (Gautier, et al 2008).

30.     Of particular importance in evaluation and analyses of performance of the Reach 2 EBSBs and at the EBSB study location are wave characteristics along Rays 3 and 4, and at the positions located at the toes of the EBSBs indicated as 'L' (on levee, elevation approximately +5 to +6 feet (NAVD 88) (Figure 40).

31.     Figure 41 shows the significant wave heights (Hs, average of the highest one third wave heights – reflecting the energy content of the sea state) in the MRGO Reach 2 area during the peak conditions generated by Hurricane Katrina – Scenario 1 as was conditions. The waves are approaching the EBSBs essentially broadside with their crests aligned with the crest of the EBSBs – the most damaging approach direction.

32.     Figure 42 shows propagation of the waves along Rays 3 and 4 during the most severe conditions (8:00 am CDT – close to the same time as the peak surge). The effects of bathymetry, topography, and roughness are evident. The waves decrease in height as they cross the area bordering Lake Borgne. When the waves encounter the deeper water of the MRGO channel, their heights increase. When the waves cross over the other side of the MRGO channel, their heights rapidly decrease – primarily due to shallow water wave shoaling and breaking. For the Hurricane Katrina peak conditions, the maximum significant wave heights at the toes of the EBSBs are approximately 6 feet. Note that these wave heights are very dependent on the water depth defined as the EBSB toe (L). For wave Ray 3, this position is close to the edge of the channel with the water depth close to mean sea level elevation. For wave Ray 4, this position is at the toe of the EBSB. These waves have 'peak periods' (Tp, the 'period' is the time between two successive wave crests, the 'peak period' is the period associated with the maximum energy in the sea state) of approximately 5.6 seconds.



Figure 41: Significant wave heights (Hs, feet) and wave directions during period 6:00 am to 9:00 am CDT in the MRGO Reach 2 area (Gautier, et al 2008).



Figure 42: Hurricane Katrina 'as was' (Scenario 1) wave parameters on Rays 3 and 4 at 8:00 am CDT (Gautier, et al 2008).

33.     Figure 43 summarizes the Hurricane Katrina 'as was' Scenario 1 significant wave heights for Location 3 (EBSB study site, Ray 3). Also shown are the surge elevations provided by Wit, et al (2008) and computed shallow water 'breaking' wave heights based on the USACE STWAVE breaking wave height model (Smith 2008, IPET 2007) and an earlier breaking wave height model developed by Bretschneider (1954) based on measured wave heights in Lake Okeechobee, Florida during storm conditions (very comparable with Lake Borgne conditions). As noted earlier, the peak wave heights are closely related in time to the

peak surge elevations. Further, the maximum wave heights at the toe of the EBSB – Levees are governed by the water depths at this point and shallow water wave shoaling and breaking processes. The results provided by Wit, et al (2008) and Gautier, et al (2008) corroborate these observations.



Figure 43: Hurricane Katrina 'as was' (Scenario 1) surge elevation and significant wave height conditions at MRGO Reach 2 Location 3 – Ray 3 (EBSB breaching study site) based on analyses performed by Wit, et al (2008) and Gautier, et al (2008). Local shallow water wave height breaking 'limits' shown are based on USACE STWAVE model (2006, Smith 2007) and Bretschneidner model (1954).

34.     Figure 44 summarizes Hurricane Katrina 'Neutral' MRGO (Scenario 2C) wave height characteristics along Rays 3 and 4. Figure 45 shows a summary of the Hurricane Katrina 'Neutral' MRGO (Scenario 2Ci) surge elevation and significant wave height conditions at the MRGO Reach 2 Location 3 – Ray 3 EBSB breaching study site (location L)

and adjacent locations (Ray 4 EBSB location L) based on analyses performed by Wit et al (2008) and Gautier et al (2008). The significant wave heights are reduced by the 'Neutral' MRGO channel (area occupied with native vegetation) and the vegetation on the Lake Borgne side of the EBSB Reach 2 alignment. The peak condition maximum significant wave heights at the toes of the EBSBs have been reduced to in the range of 4.0 to 4.6 feet (Figure 41).



Figure 44: Hurricane Katrina 'Neutral' MRGO conditions (Scenario 2c) wave parameters on Rays 3 and 4 at 8:00 am CDT (Gautier, et al 2008).



Figure 45: Hurricane Katrina 'Neutral' MRGO conditions (Scenario 2Ci) surge elevations and significant wave heights at MRGO Reach 2 Location 3 – Ray 3 (EBSB breaching study site) and Location 4 – Ray 4 (south of EBSB study location) based on analyses performed by Wit, et al (2008) and Gautier, et al (2008).

LOCAL VEGETATION EFFECTS ON HURRICANE KATRINA WAVE CONDITIONS

35.     The results developed by Wit, et al (2008) and Gautier, et al (2008) have addressed the effects of the vegetation that existed in the Lake Borgne region at the time of Hurricane Katrina – the MRGO 'as was' Scenario 1 conditions. Also, they have addressed the effects of the vegetation that would have existed in Lake Borgne region at the time of Hurricane Katrina – the 'Neutral' MRGO conditions. However, because of 'scale' constraints in these simulations, the established vegetation existing between the MRGO channel alignment and the toes of the hurricane flood protection EBSB 'berms' at the time of occurrence of Hurricane Katrina (Scenario 1), nor the established vegetation that would have

existed between the MRGO channel alignment and the toes of the hurricane flood protection EBSB 'berms' were included in the hurricane condition simulations. Figures 46 - 49 are photographs of the vegetation that existed following Hurricane Katrina along portions of this zone. Analysis of the available 2000 LiDAR survey data gathered along this alignment indicates an average elevation of this vegetation of +10 feet NAVD 88 (Morris 2008). The width of the zone varied between an average of 200 to 300 feet with a minimum of zero feet – the banks of the MRGO channel were at the toes of the EBSB berms. Often these maximum MRGO channel encroachments into the EBSB alignment were defended with rock riprap (Figure 49).