

Figure 46: Aerial photograph showing vegetation border on Lake Borgne side of EBSBs in vicinity of Bayou Bienvenue following Hurricane Katrina (NOAA 2005).



Figure 47: Aerial photograph showing vegetation border on Lake Borgne side of EBSBs in vicinity of Bayou Bienvenue following Hurricane Katrina (ILIT 2006).



Figure 48: Photograph showing vegetation border on Lake Borgne side of EBSBs in vicinity of Bayou Dupre following Hurricane Katrina (Bea 2006).



Figure 49: Photograph of the vegetation and rock riprap between the toes of the EBSBs and the MRGO channel mid way between Bayou Dupre and Bayou Bienvenue (looking toward the Reach 2 EBSBs from the MRGO channel) (Storesund 2005).

36.     In many cases there were good correlations between the presence of this defensive line of vegetation and the lack of any significant erosion or breaching of the EBSBs during Hurricane Katrina. The processed post-Hurricane Katrina LIDAR information summarized in Figure 52 is an example of one such case along the MRGO Reach 2 EBSB alignment mid-way between Bayou Bienvenue and Bayou Dupre (Morris 2008). This section

of the EBSBs was heavily overtopped during Hurricane Katrina. As shown by the post Hurricane Katrina cross section of the EBSBs and the defensive line of vegetation (inset cross section of EBSB Figure 50), there was no significant damage to the elevation or slopes of the EBSBs. Figure 51 shows the comparable 'reverse' correlation data (Morris 2008). In this case there was no protective vegetation, and the EBSB was virtually destroyed (Figure 51 inset cross section of EBSB). These two sections of the EBSB were adjacent to each other and had comparable profiles and crown elevations. It is reasonable to expect that the Hurricane Katrina surge, wave, and current characteristics were very comparable and that the soils comprising the two sections of the EBSBs were comparable (dredged spoil), and that the protective surface vegetation (grass, turf) was comparable. However, the performance of these two sections of the EBSBs was dramatically different.

37.     The extensive field investigations performed as part of this study clearly showed that when there were combinations of good defensive vegetation in the forms of outboard vegetation and grass or turf covering of the levees and the levees were composed of compacted cohesive soils, the performance of the levees was excellent even though they had been severely overtopped with the surge from Hurricane Katrina (ILIT 2006, Seed et al 2007 a, 2008a). Figure 52 shows a photograph of the levees that defended the eastern flank of the New Orleans East polder. As indicated by the debris on the protected side, this levee had been heavily overtopped. However, due to the combination of wave side vegetation, grass on the levee slope, and a levee built of compacted cohesive soils, this levee survived without any significant damage.



Figure 50: Processed LiDAR post-Hurricane Katrina survey data showing the substantial defensive line of vegetation outboard of the MRGO Reach 2 EBSBs and the undamaged profile of the EBSBs in this section of the alignment (Morris 2008).



Figure 51: Processed LiDAR post-Hurricane Katrina survey data showing NO defensive line of vegetation outboard of the MRGO Reach 2 EBSBs and the breached profile of the EBSBs in this section of the alignment (Morris 2008).



**Waves from Lake Borgne**

Figure 52: Photograph of heavily overtopped levee defending the east side of the New Orleans East polder taken following Hurricane Katrina (Bea 2005). Note the heavy wave side vegetation and densely grassed levee crown and slopes. This levee survived without damage.

38.     The importance of the vegetation zone between the EBSB and the MRGO channel regards its role in providing natural defenses or barriers against incoming hurricane waves and currents. The effects of such natural defenses – vegetation – have been studied extensively for a wide variety of environmental settings. These studies have involved both development of analytical models, gathering field and laboratory experimental data, and validation / calibration of the analytical models with the experimental data. These studies have shown that natural vegetation defenses (exposed and submerged) can have dramatic effects on waves and currents. An excellent review and summary of a large portion of this body of technology has been provided recently by URS in a study performed for the USACE (URS Corporation 2007) and by Tschirky (2000). Other landmark studies and reports

contributing to this body of technology include that provided by Cramfield (1977, 1983); Reid (1976); Dean and Dalrymple (1984); Dalrymple et al (1984); Knutson (1982, 1988); Freeman et al (2000); Massel et al (1999); Asano et al (1992); NRC (2007); Kahan et al (2006); and Kobayashi et al (1993).

39.     The fundamental conclusions from this body of knowledge is that vegetation can have important effects on waves and currents that depend on the characteristics of the hydrodynamic flow regimes (wave heights and periods, current velocities, water depth), vegetation density, vegetation diameters and heights relative to the water depths, and vegetation shapes and stiffness (Freeman et al, 2000; Tschirky, 2000). Wave and current damping increase with the density, stiffness, and diameters of the vegetation and vice versa, and exposure of the vegetation above the water. Wave and current damping decrease with the intensity of the flow regime (laminar to turbulent), increase in the flexibility of the vegetation, and increasing submergence of the vegetation.

40.     Guidelines to address decay of wind waves (waves developed locally within the wind field area – similar to the dominant wave components in Lake Borgne Hurricane Katrina conditions) propagating over vegetated areas have been provided by Cramfield in work done for the USACE (1977, 1983). The guidelines summarized in Figure 53 (Cramfield 1977) indicate that wave decay friction factors associated with vegetation can be up to 100 times the friction factor associated with unvegetated shallow water. Friction factors for various vegetation types are given as a function of water depth including a) thick stands of marsh grass, b) dense grass, brush or bushy willows and c) scattered trees, and dense stands of trees. Based on a water depth of 10 feet, the friction factor for marsh grass is 0.2, for dense grass and brush is 0.48, and for dense stands of trees is 0.90. Given that the IPET wave

analyses were based on a normal bottom friction factor of 0.02, the values summarized in Table 4 appear to be unrealistically conservative for normal coastal vegetation conditions.



**Figure 3-37.   Bottom friction factors.**

Figure 53: Guidelines developed by Cramfield for USACE to address decay of wind waves propagating over vegetated areas.  This graph was published in the USACE Shore Protection Manual (1988).

41.     Dean (1978), Dalrymple et al (1984), Dean and Dalrymple (1984), Massel et al 1999, and Knutson, et al (1982, 1988) developed analytical models to characterize shallow water wave dissipation developed by propagation through and over vegetated areas. These analytical models have been validated with laboratory and field experimental results (e.g. Tschirky 2000, Knutson 1988). These analytical models characterize wave decay as functions of a vegetation drag coefficient (recognize shape, roughness, flexibility, flow regime – intensity - turbulence), the average diameter, spacing and height of the vegetation, the incident wave height and the propagation distance. Figures 54 and 55 summarize results

from these analytical models for two characterizations of coastal vegetation identified as "Light" and "Dense".

42. The vegetation drag-flow characteristic (Cd or cd*cp) for these two designations were based on the experimental work performed and analyzed by Freeman et al (2000), Knutson (1988), Tschirky (2000), Jarvela (2004), and Wu et al (1999). The vegetation physical characteristics for these two designations were based on the report published by Penland et al (2008) (also Penland/FitzGerald et al 2008) and on field vegetation survey data provided by Dr. Gary Shafer (Southeaster Louisiana University, 2008). A vegetation drag coefficient of Cd = 0.5 was used for these conditions. Incident significant wave heights of 2 and 8 feet with periods of 3 and 5 seconds in water depths of 5 and 15 feet were used to evaluate the wave decay characteristics. The' Light' vegetation was described as having average diameters of 0.1 foot, clear spacings of 1.0 foot, and heights of 5 feet. The 'Dense' vegetation was described as having average diameters of 1.0 foot, clear spacings of 2.0 feet, and heights equal to the water depths of 5 and 15 feet. Both the Dean and Dalrymple (1984) and Knutson (1988) analytical models were used to calculate wave height dissipation.

43. Results summarized in Figures 54 and 55 show that the significant wave heights are reduced to less than 30 percent of the incident heights in a travel distance of 200 feet. 'Light' and 'Dense' vegetation characteristics produce very significant wave height reductions. These wave height reductions are much higher than those based on 'traditional' wave decay analytical models utilizing traditional bottom friction coefficients. This wave decay is in agreement with measurements made in the field under comparable conditions (Massel et al 1999; Kobayashi et al 1993; Tschirky 2000; Moller et al 1999; Knutson 1988).



Figure 54: Decay of incident significant wave height (Hso) as function of propagation distance through 'Light' vegetation.



Figure 55: Decay of incident significant wave height (Hso) as function of propagation distance through 'Dense' vegetation.

44.     Guidelines to address vegetation effects on decay of wind waves also have been addressed by Delft University of Technology, SVASEK Hydraulics, and the Cambridge Coastal Research Unit, University of Cambridge, UK (Gautier, et al 2008). The formulation expresses the vegetation effects on waves as a 'Collins friction coefficient' – $Cf_{veg}$ (Collins (1972):

$$Cf_{veg} = Cw * d * n * h_{veg}$$

Where Cw is a measure of the vegetation stem rigidity (0 to 1), d is the average plant diameter in meters, n is the average number of plants per square meter, and $h_{veg}$ is the stem height of the vegetation. Based on the description of the types of vegetation that existed on

the east side (Lake Borgne side) of the authorized MRGO channel in the 1950s (time before MRGO adverse effects on vegetation) provided by Penland et al (2008) and Penland/FitzGerald et al (2008) (summarized in Figure 56), three types of vegetation were characterized: 1) Brackish Marsh, 2) Fresh (water) Marsh, and 3) Swamp and Trees. The Brackish Marsh was characterized as composed of oyster grass, cord grass, salt grass, and salt meadow. The Fresh Marsh was characterized as composed of reeds, maiden cane, spike rush, coastal shrubs and button brush. The Swamp and Trees were characterized as composed of cypress, willow, sugarberry, cedar elm, and hackberry trees. These characterizations of the native vegetation and habitats to the east of the MRGO channel were corroborated with photographs taken at the time of construction of the MRGO (Figures 57 – 59).

Based on the on field vegetation survey data provided by Dr. Gary Shafer (Southeastern Louisiana University, 2008), the following characteristics were used as input to determine the Collins Friction Coefficient for the Brackish and Fresh Marsh: Cw = 0.5 (measure of the vegetation stem rigidity), d = 0.01 and 0.02 meters (average plant diameter), n = 49 per square meter (average number of plants), and $h_{veg}$ = 2 meters (stem height of the vegetation). These parameters resulted in Collins Friction Coefficients of 0.49 and 0.98. For the Swamp and Trees the following coefficients were used: Cw = 0.9 (measure of the vegetation stem rigidity), d = 0.2 meters (average plant diameter), n = 0.9 per square meter (average number of plants), and $h_{veg}$ = 12 meters (stem height of the vegetation). These parameters resulted in Collins Friction Coefficient of 2.0.  These coefficients are in good general agreement with those described earlier. These coefficients were used as background to define the parameters used in the ''Neutral'' MRGO Hurricane Katrina wave simulations (Gautier, et al 2008).



Figure 56: Habitat vegetation map – 1950s (Penland et al 2008, Penland/FitzGerald et al 2008).



Figure 57: Photograph of dredge under contract to USACE cutting access channel for the future MRGO Reach 2 channel (USACE photograph from the New Orleans Public Library). Note spoil area being developed to left of photograph.



Figure 58: Photograph of dredge under contract to USACE cutting access channel for the future MRGO Reach 2 channel (USACE photograph from the New Orleans Public Library). Note dredge spoil being deposited between the dikes that parallel the future MRGO channel.



Figure 59: Photograph of dredge under contract to USACE channel for the future MRGO - GIWW Reach 1 channel (USACE photograph from the New Orleans Public Library). Note the dense cypress tree forest in background. Forest logged, stumps removed in foreground.

### EFFECTS OF GRASS COVER ON PERFORMANCE OF EBSBS

45.    There is another 'local' vegetation effect of importance in evaluating the performance of the EBSBs – the grass (turf, sod) cover on surfaces of the EBSBs. As shown in Figure 60 (Verheij (1997), depending on the 'density' of the grass (above and below ground) and on the substrate in which the roots are embedded, the grass cover can have very important effects on the ability of flowing water to breach the grass and substrate and then be able to directly attack the underlying soils (Hughes 2007; Briaud et al 2008; ILIT 2006; IPET 2007; Team Louisiana 2007; FHWA 2002; Bezuijen and den Adel 2006; Vriend and Barends 2006; Seijffert 2007; Verheij et al 1997; D'Eliso 2007; Hewlett et al 1980; Whitehead et al 1976; Meers and Sigffert 1994; Akker et al 2007).

46.     In the case of the EBSBs at the time of Hurricane Katrina, observations of the grass cover immediately following Hurricane Katrina indicated it varied from very dense to very sparse (Team Louisiana 2007, ILIT 2006). Sparse grass cover and an erodible substrate (e.g. sand, silt) have little effect on the erosion from either waves or currents. Dense grass cover and an erosive resistant substrate can have very significant effects in preventing or delaying erosion from both wave and current attack. The analyses summarized herein have been based on a moderate natural cover of grass on a sandy – silty substrate with some cohesive binder – consistent with 'Neutral' MRGO conditions (with as-constructed EBSBs built with dredge spoil). Analytical sensitivity studies are summarized herein to illustrate the potential effects of plausible variations in this important element in analyzing breaching characteristics of the EBSBs for the Hurricane Katrina hydrodynamic conditions.



Figure 60: Structure and components of a grass cover (Verheij et al 1997).

47.     In consideration of grass 'lift-off' times (time from initiation of wave or current attack to exposure of the grass substrate), two types of flow conditions were considered: 1) quasi-steady flows parallel to the grass cover (e.g. levee overtopping – backside conditions), and 2) highly unsteady turbulent flows normal to and parallel to the grass cover (e.g. levee front side attack by wave impacts – up-rush and down-rush dominated

flows) (Hughes 2007; IPET 2007; ILIT 2006; Ebersole 2008; Seijffert 1998; Briaud et al 2001, 2007, 2008; Verheij et al 1997; Hewlett et al 1987; Whitehead et al 1976; USDA 1966; Federal Highway Administration 2006; Akkerman et al 2007; Pullen et al 2007). Interactions between the fluid flow environment and the grass – substrate environment must be considered in developing assessments of the 'lift-off' times or fluid flow 'durability' of a grass cover (Figure 61).



A: compression by wave impact
B: water flow away from impact zone
C: sideways and upward movement of so adjacent to impact
D: sideways and upward movement upon withdrawal of wave

Figure 61: Water flow through the soil and movement under wave attack as affected by the structure of the grass and substrate (Verheij et al 1997).

48.   Large scale tests were performed by Veheij et al (1995) to evaluate the erodibility of grass covered slopes subject to wave attack (Figures 62 and 63).



Figure 62: Large scale wave tank tests on grass (Delft Hydraulics Laboratory).



Figure 63: Erosion – scour area after 11 hours of wave attack (Delft Hydraulics Laboratory).

An important product of this extensive testing program was characterization of the erosion speed of a levee or dyke slope as a function of the 'density' of the grass cover – for clay substrate. The ranges of erosion speed as a function of good, average, and poor grass cover densities for a clayey substrate are shown in Figure 64.



| Erosion-resistant grassland | Expected values for $c_E$ |
|---|---|
| Good | 0.5 to 1.5.$10^{-6}$ m$^{-1}$s$^{-1}$ |
| Moderate | 1.5 to 2.5.$10^{-6}$ m$^{-1}$s$^{-1}$ |
| Poor | 2.5 to 3.5.$10^{-6}$ m$^{-1}$s$^{-1}$ |

Figure 64: Rate of erosion (E) as a function of the significant wave height (Hs) and the density of the grass cover – clay substrate (Veheij et al 1997).

This work resulted in development of an analytical expression for the rate of erosion ($E_{grass}$) as a function of the significant wave height ($H_S$) and a grass- clayey substrate erosion coefficient ($C_E$):

$$E_{grass} = C_E * H_S^2$$

The significant wave height in this expression is that in the deepwater portion of the laboratory wave tank that was used to perform the experiments. The significant wave height at the beginning of the wave impact zone was 30 percent of the deepwater significant wave height (Figure 65) (Seijffert and Verheij, 1998). In application of these results it is very important to reference and use the proper significant wave height – the significant wave height at the wave impact elevations of the EBSBs.



Figure 65: Delft Laboratory wave tank experimental set-up to measure grass erosion as a function of wave attack (Seijffert and Verheij 1998).

74

49.     These results were used by Verheij et al to evaluate the lift-off times for various grass covers on a clayey substrate having a thickness (d) of 50 mm (about 2 inches) (Figure 66). They used a factor of safety (γ) of 2.0 to develop these results. For example, given a significant wave height of 1.0 meter at the wave impact zone, the poor and moderate grass covers were able to 'survive' – not lift off – for a period of 4 to 7 hours.



Figure 66: Grass 'lift-off' time (maximum permissible duration of wave attack) as a function of significant wave height (Verheij et al 1997) for moderate density grass cover on clayey substrate thickness of 50 mm (2 inches) and a 'safety coefficient' of 2.0.

50.     Grass lift-off under quasi-steady flow overtopping type conditions on the protected sides of sea dykes and levees also has been studied extensively (Hewlett, et al 1987; Hughes 2006; Akkerman et al 2007). Of particular interest in this investigation were a series of field erosion tests performed at a Dutch Gronigen Sea Dyke (Akkerman et al 2007) (Figure 67). These tests involved both intact and 'defective' (gaps) grass slopes. The grass

75

slopes had different degrees of maturity and coverage but only included grass with a cohesive

– clay substrate.





Figure 67: Wave overtopping erosion tests at Gronigen sea dyke (Akkerman et al 2007).

The Gronigen Sea Dyke tests on grass cover subjected to quasi-steady flows developed results in general agreement with laboratory and field test data analyzed by Hewlett et al (1987). The results of this work are summarized in Figure 68.



Figure 68: Summary of test data analyses by Hewlett et al (1987) for different types of grass cover including reinforced grass, mats and concrete block systems.

51.     The references cited previously in this section were used to develop guidelines to evaluate expected grass 'lift-off' times for quasi-steady flow and highly unsteady flows for the EBSB substrate conditions (clayey sands and silts, sands and silts characteristic of dredge spoil). These guidelines are summarized in Figures 69 and 70. The guidelines for the highly unsteady flows – wave impacts and run-up / run-down were derived using the guidelines provided by Verheij et al (1997) and corroborated with information provided by Hewlett et al 1987). The reference significant wave heights are those at the wave impact zone.



Figure 69: Quasi-steady flow grass lift-off times for EBSB erosion analyses.



Figure 70: Highly unsteady flow grass lift-off times for EBSB erosion analyses.

52.     In the case of either steady or unsteady flows in which the intensity of the steady or unsteady flow change as a function of time (e.g. waves with rising water level due to hurricane surge or overtopping back-side flows that change with the surge height above the EBSB crown), it is necessary to develop a an analytical model to characterize 'damage accumulation'. In this study, a linear "Miner's fatigue damage accumulation" model has been used (Lematire and Desmorat 2005). In this damage accumulation model the damage at which 'failure' (grass lift-off) develops is when the total damage (D) reaches unity (D = 1.0). The total damage is computed as the summation of the time the grass is exposed to each of

79

'n' sea states ($t_{gi}$ - time grass exposed to given 'ith' sea state) divided by the time to grass lift-off in that sea state ($Tf_{gi}$):

$$D = \sum_{i=1}^{n} \frac{t_{gi}}{Tf_{gi}} \leq 1.0 \ \text{(D = 1 = 'failure')}$$

Miner's fatigue damage accumulation rule has proven to be robust in application to determining the damaging effects of repeated cyclic straining of a wide variety of man-made (e.g. steel, concrete, plastics) and natural materials (e.g timber, soil, rock) (Lematire and Desmorat 2005, Suresh 1998).

## PERFORMANCE OF THE REACH 2 MAN-MADE FLOOD PROTECTION STRUCTURES FOR MRGO HURRICANE KATRINA CONDITIONS

53.     Figure 71 summarizes the various effects that hurricane waves transiting from the open waters of Lake Borgne 'feel' (or are affected by) as they cross the Brackish Marsh, the MRGO channel, the west channel bank, and finally the berm in front of the EBSBs. Four conditions are identified for the waves arriving at the toes of the EBSBs: 1) Condition 1 - no effects on Lake Borgne waves, 2) Condition 2 - decay due to Brackish Marsh and breaking and shoaling on channel bank and berm, 3) Condition 3 - Condition 2 and no MRGO channel effects, and 4) Condition 4 - Condition 3 with bank vegetation effects. Condition 4 was used in the work summarized here to evaluate the performance of the EBSBs – the 'Neutral' MRGO Hurricane Katrina Conditions (Bea and Storesund 2008a). It is very important to characterize the geographic, bathymetric, vegetation, and wave dissipation characteristics associated with each of the 'zones' identified in Figure 71.



Figure 71: Transit effects as hurricane waves propagate from Lake Borgne to the toes of the EBSBs (based on simulation results provided by Gautier, et al 2008).

54.     It was noted earlier in this Declaration, that the 'Neutral' MRGO Hurricane Katrina Conditions hydrodynamic simulations did not incorporate local effects associated with the natural wave vegetation buffer zone between the authorized channel of the MRGO and the toes of the EBSBs and navigation structures. The previous section has summarized results from validated analytical models that indicate that a well developed vegetation buffer zone (100 – 200 feet wide, 10 to 15 feet tall, moderate density) – consistent with 'Neutral' MRGO Conditions - would reduce the incident waves to approximately 50 percent of the incident shallow water wave heights (water depths consistent the surge that accompanied Hurricane Katrina). The incident wave significant heights for the various locations along the EBSB alignment for the peak surge conditions ranged from 4.3 feet to 4.5 feet (upper bound 4.7 to 5.1 feet, lower bound 2.3 to 3.4 feet) – depending on the water depth and local bathymetry associated with the position of the base or toe of the man-made hurricane flood protection and navigation structures (Gautier et al 2008). The peak wave periods associated with these conditions ranged from about 3 to 4 seconds. These waves approached the Reach 2 alignment essentially 'broadside' with their crests about parallel to the Reach 2 alignment. Given that these wave heights would be further reduced by the local vegetation buffer zone, the maximum significant wave heights would be in the range of 2 to 3 feet (best estimate). The surge elevations would be unaffected. The currents at the toes of the EBSBs would be negligible.

### *LS-DYNA Computer Program*

55.     The computer program LS-DYNA (Livermore Software Technology Corporation. 2007) (Figure 72) was used to analyze the hydrodynamic conditions – levee profile – soil erosion and scour characteristics at the EBSB erosion – scour – breaching study site (Bea and Storesund

2008a). LS-DYNA is a general purpose finite element computer program for analyzing large static and dynamic deformation responses of structures and of structures coupled to fluids. The main solution methodology is based on explicit time integration. LS-DYNA's capabilities include non-linear dynamics, fluid analysis, and smooth particle hydrodynamics. The contact algorithms include flexible body to rigid body contact, eroding contact, and CAD surfaces. LS-DYNA contains approximately one-hundred constitutive models and ten equations of state to cover a wide range of material behavior. In addition to the standard constitutive models, user-defined models also are available.





Figure 72: Overview of the LS-DYNA finite element analysis model used for the numerical simulations (Bea and Storesund 2008).

56.     Interaction shear velocities between the storm surge and the earthen levees were evaluated for a selection of storm surge elevations.  Simulations were performed using the design geometric levee configuration and the actual levee configuration (as determined based on the available Aerial LiDAR data from 2000).  For each storm surge elevation a numerical simulation was conducted for 150 seconds using the Hurricane Katrina hydrodynamic characteristics (surge, currents, waves) defined by Wit et al (2008) and Gautier et al (2008) summarized earlier in this Declaration. Additional Hurricane Katrina hydrodynamic characteristics were simulated in parametric analyses as defined by IPET (2007), Team Louisiana (2007), and LSU – Technical University at Delft (van Heerden 2007).  This simulation time was selected in order to optimize computing time, while achieving 'steady state' wave impact conditions (interaction shear stresses and velocities) in the mode elevation  Wave characteristics were validated with results from empirical models (e.g. USACE CEM 2007). Interaction shear velocities were determined by tracking the velocity profiles at selected nodes (Figure 73).



Figure 73:  An overview of 'monitoring' nodes used to calculate shear velocities for the actual EBSB configuration.

### *Hydrodynamic Velocities and Cumulative Erosion Results*

57.     The fluid – soil EBSB interaction shear velocities calculated by the LS-DYNA numerical simulation were compared against the erosion/scour soil limits (capacity) as estimated based on the Erodibility Function Apparatus and EBSB soil composition.  Soil samples collected

from the ESBSs south of Bayou Bienvenue and north of Bayou Dupre were found to be generally 'very high' to 'high' erodibility materials (hydraulic fill derived from the MRGO navigation channel).

58.     The analyses were oriented to determining the likelihood of EBSB breaching primarily due to wave impact prior to EBSB overtopping.  As a result, the analysis time frame was limited to the time before the storm surge overtopped the EBSB. Once overtopping occurred, the highly erodible materials would have been extremely susceptible to erosion due to the high velocities and low material erosion resistance.

59.     A discussion of the simulated shear velocities for the evaluated Scenario 1 (Actual MRGO) and Scenario 2C ('Neutral' MRGO) cases is presented in the following sections at each of the simulation time steps (0430 CDT, 0530 CDT, 0630 CDT, 0730 CDT, and 0830 CDT).

***Analysis for Scenario 1 (0430 CDT)***

Scenario 1 at 0430 CDT (Figure 74) consisted of an EBSB crest elevation of +16 feet (actual geometry) and hydrodynamic conditions consisting of a storm surge elevation of +10.1 feet, a wave period of 4.0 seconds and a significant wave height of 2.0 feet.  There was no overtopping.



Figure 74:  Initial conditions for Scenario 1 at 0430 CDT.

85

At Elevation +10.1 feet (all elevations are referenced to NAVD 88), the storm surge reached the flood side toe of the EBSB. A plot of the shear velocities is presented in Figure 75. The peak shear velocity at the storm surge elevation was determined to be 10 feet per second.



Figure 75: A plot of the velocity time history on the flood side face of the EBSB with the storm surge at +10.1 feet.

Figure 76 provides a graphical representation of water movement over time. With the hurricane storm surge at Elevation +10.1 feet, the actual geometric configuration of the EBSB induces a tendency for the waves to exhibit a primarily 'run-up' and 'rundown' behavior.



Figure 76: With the hurricane storm surge at Elevation +10.1 feet, the geometric configuration of the EBSB induces a tendency for the waves to exhibit a primarily 'run-up' and 'rundown' behavior.

***Analysis for Scenario 1 (0530 CDT)***

60.     Scenario 1 at 0530 CDT (Figure 77) consisted of an EBSB crest elevation of +16 feet and hydrodynamic conditions consisting of a storm surge elevation of +12.0 feet, a wave period of 4.5 seconds, and a significant wave height of 2.7 feet.  There was no overtopping.



Figure 77:  Initial conditions for Scenario 1 at 0530 CDT.

61.     At Elevation +12.0 feet, the storm surge had reached the main EBSB flood side slope.  This slope was vegetated at the time of the hurricane, so some erosion resistance was provided by the grassy cover.  A plot of shear velocities is presented in Figure 78.  Based on the velocity profile, the majority of the velocities significantly exceed the critical erosion values, so this implies that erosion and scour would occur as a result of wave impact at this elevation.  The peak velocity was determined to be 12 feet per second.



Figure 78: Time history plot of shear velocities for the storm surge at Elevation +12 feet.

62.    Figure 79 provides a graphical representation of water movement over time.  With the hurricane storm surge at Elevation +12.0 feet, the geometric configuration of the EBSB induces a tendency for the waves to exhibit a primarily 'run-up' and 'rundown' behavior, with moderate to major wave impacts as well as wave-induced overtopping.



Figure 79: With the hurricane storm surge at Elevation +12.0 feet, the actual geometric configuration of the EBSB induces a tendency for the waves to exhibit a primarily 'run-up' and 'rundown' behavior with moderate to major wave impacts.

***Analysis for Scenario 1 (0630 CDT)***

63.     Scenario 1 at 0630 CDT (Figure 80) consisted of an EBSB crest elevation of +16 feet (actual geometry) and hydrodynamic conditions consisting of a storm surge elevation of +14.2 feet, a wave period of 4.9 seconds, and a significant wave height of 4.1 feet.  There was limited overtopping.



Figure 80**:**  Initial conditions for Scenario 1 at 0630 CDT.

64.     At Elevation +14.2 feet, the storm surge was nearing the crest of the EBSB and limited (wave-induced) overtopping was occurring.  A plot of shear velocities is presented in Figure 81.  The peak velocity was determined to be 15 feet per second.



Figure 81:  Time history plot of shear velocities for the storm surge at Elevation +14.2 ft.

65.    Figure 82 provides a graphical representation of water movement over time.  With the hurricane storm surge at Elevation +14.2 feet, the geometric configuration of the EBSB appears to not promote direct wave impacts, but rather induces a tendency for the waves to 'spill over' the top of the EBSB, contributing significantly to run-up and run-down erosion with overtopping.



Figure 82: With the hurricane storm surge at Elevation +14.2 feet, waves induce predominantly run-up and run-down erosion with some overtopping.

***Analysis for Scenario 1 (0730 CDT)***

66.      Scenario 1 at 0730 CDT (Figure 83) consisted of a crest elevation of +16 feet (actual geometry) and hydrodynamic conditions consisting of a storm surge elevation of +16.6 feet, a wave period of 5.4 seconds, and a significant wave height of 5.5 feet.  There was active overtopping and backside flow.



Figure 83:  Initial conditions for Scenario 1 at 0730 CDT.

67.      At Elevation +16.6 feet, the storm surge had reached the crest of the EBSB.  A plot of the shear velocities is presented in Figure 84.  The peak shear velocity was determined to be 14 feet per second. At this storm surge elevation and wave action results in active overtopping of the EBSB.



Figure 84: Time history plot of shear velocities for the storm surge at Elevation +16.6 feet.

68.    Figure 85 provides a graphical representation of water movement over time. With the hurricane storm surge at Elevation +16.6 feet, the geometric configuration of the EBSB induces a tendency for the waves to exhibit a primarily overtopping behavior, with moderate wave impacts.

95



Figure 85: With the hurricane storm surge at Elevation +16.6 ft, the waves to exhibit a primarily overtopping condition with negligible wave impacts.

***Analysis for Scenario 1 (0830 CDT)***

69.     Scenario 1 at 0830 CDT (Figure 86) consisted of a crest elevation of +16 feet (actual geometry) and hydrodynamics consisting of a storm surge elevation of +16.1 feet, a wave period of 5.2 seconds, and a significant wave height of 4.8 feet.  There was wave-induced overtopping.



Figure 86:  Initial conditions for Scenario 1 at 0830 CDT.

70.     A plot of shear velocities is presented in Figure 87.  The peak velocity was determined to be 14 feet per second.



Figure 87:  Time history plot of shear velocities for the storm surge at Elevation +16.1 feet.

71.     Figure 88 provides a graphical representation of water movement over time.  With the hurricane storm surge at Elevation +16.1 feet, the design geometric configuration of the EBSB induces a tendency for the waves to exhibit a primarily overtopping behavior, with minor wave impacts.



Figure 88: With the hurricane storm surge at Elevation +16.1 ft, the design geometric configuration of the EBSB induces a tendency for the waves to exhibit a primarily an overtopping behavior with minor wave impacts.

*Analysis for Scenario 2C – 'Neutral' MRGO Hurricane Katrina Conditions*

72.     The analyses for Scenario 2C – the 'Neutral' MRGO Hurricane conditions were performed in the same manner as previously described for Scenario 1. The details of the Scenario 2C analyses will not be provided here. The details can be reviewed in the Technical Report by Bea and Storesund (2008a). The time histories of water velocities over the faces of the EBSB and water movements are provided in Figures 89 and 90 for the hydrodynamic conditions that provided the maximum velocities over the faces of the EBSB. The maximum velocities acting on the faces of the EBSBs developed at 0630 CDT for hydrodynamic conditions consisting of a storm surge elevation of +14.0 feet, a wave period of 3.4 seconds, and a significant wave height of 1.5 feet.  There was no active overtopping.



Figure 89: Time history plot of shear velocities for the storm surge at Elevation +14.0 feet.



Figure 90: With the hurricane storm surge at Elevation +14.0 feet, the waves exhibit a plunging behavior with minor to moderate wave impacts and wave-induced overtopping.

***Evaluation of EBSB Breach due to Wave Impacts***

73.     Lateral EBSB erosion was evaluated based on a three-step process:  (1) velocity profiles were generated using LS-DYNA at discrete time intervals; (2) resistance to wave-induced erosion as a result of grass cover (turf) on the flood face of the EBSB was estimated and no wave-induced erosion was applied until the grass cover protection failed; and (3) estimated soil erodibility characteristics were used, in combination with the estimated wave-induced flood face velocities, to evaluate the magnitude of lateral erosion.

74.     The analytical model used to describe the lateral erosion analyses is presented in Figure 91.  Once the grass cover protection was compromised (failed at Damage Ratio of D = 1.0), the lateral erosion as determined by the LS-DYNA velocity results coupled with erodibility characteristics of the EBSB results in an erosion notch that migrates laterally towards the protected side of the EBSB. As shown in Figures 4 - 6, at this stage, the 'scarp' or head of the erosion feature is pointed toward the direction of surge and wave attack.



Figure 91:  Development of wave-induced erosion on the flood face of the EBSB as a result of wave run up and rundown velocities on very high and highly erodible EBSB materials.