75.     Figure 92 summarizes the grass lift-off times for good and poor grass density for Scenarios 1 and 2C. For Scenario 1 hydrodynamics, good grass density on sandy substrate was compromised by 0530 CDT and poor grass density on sandy substrate was compromised by 0500 CDT.   For Scenario 2C hydrodynamics, good grass density on sandy substrate was compromised by 0800 CDT and poor grass density on sandy substrate was compromised by 0645 CDT. For the Scenario 1 wave conditions, the grass lift-off developed in 1 to 2 hours of wave exposure. For the Scenario 2C wave conditions, the grass lift-off developed in 3 to 4 hours of wave exposure. As noted previously, no EBSB erosion was calculated until turf lift-off developed.



Figure 92: Grass lift-off times for Scenario 1 and Scenario 2C hydrodynamic conditions.

### Wave-Induced Erosion Analyses

76.     Wave-induced cumulative erosion of EBSB materials was calculated using an integrated time-step function based on the erodibility of the EBSB material at the time step being evaluated (where the erodibility of the time step is determined by the time-average shear velocities calculated at the defined storm surge elevations). The erodibility at the time step ($\dot{e}(v)$) is then multiplied by the value of the time step to calculate the extent of erosion (E) as follows:

$$E = \sum \dot{e}(v(t))\Delta t$$

77.     Figures 93 through 95 show plots of computed lateral erosion induced from wave-attack on the MRGO EBSB during Scenario 1 hydrodynamic conditions. These analyses include EBSBs constructed from 'very high erodibility,' 'high erodibility,' and 'low erodibility' materials. Each plot shows the erosion protection afforded based on 'good,' 'poor,' and 'no' grass cover.



Figure 93: Lateral erosion induced from wave-attack on the MRGO EBSB for the Scenario 1 hydrodynamic conditions with very high erodibility materials and different levels of grass armor (good grass turf, poor grass turf, and no grass turf).



Figure 94:  Lateral erosion induced from wave-attack on the MRGO EBSB for the Scenario 1 hydrodynamic conditions with high erodibility materials and different levels of grass armor (good grass turf, poor grass turf, and no grass turf).



Figure 95:  Lateral erosion induced from wave-attack on the MRGO EBSB for the Scenario 1 hydrodynamic conditions with low erodibility materials and different levels of grass armor (good grass turf, poor grass turf, and no grass turf).

78.    Figures 96 through 98 show plots of lateral erosion induced from wave-attack on the MRGO EBSB during Scenario 2C hydrodynamic conditions and an EBSB constructed from 'very high erodibility,' 'high erodibility,' and 'low erodibility' materials, respectively.  Each plot shows the erosion protection afforded based on 'good,' 'poor,' and 'no' grass cover.



Figure 96:  Lateral erosion induced from wave-attack on the MRGO EBSB for the Scenario 2C hydrodynamic conditions with very high erodibility materials and different levels of grass armor (good grass turf, poor grass turf, and no grass turf).



Figure 97:  A plot of lateral erosion induced from wave-attack on the MRGO EBSB for the Scenario 2C hydrodynamic conditions with high erodibility materials and different levels of grass armor (good grass turf, poor grass turf, and no grass turf).



Figure 98:  A plot of lateral erosion induced from wave-attack on the MRGO EBSB for the Scenario 2C hydrodynamic conditions with low erodibility materials and different levels of grass armor (good grass turf, poor grass turf, and no grass turf).

79.     Based on results from these analyses, it is concluded that for Scenario 1 – Hurricane Katrina 'as was' – hydrodynamic conditions, it was very likely for the EBSB to have been breached through the crest solely as a result of wave-induced erosion of the very high and high erodible materials used to construct the EBSB (no significant erosion would be anticipated had low erodibility materials been used to construct the EBSB).

80.     For the 'Neutral' MRGO Hurricane Katrina Conditions - Scenario 2C hydrodynamic conditions - wave-induced breaching of the EBSB is not likely. Only if the EBSBs were constructed from highly erodible materials and had no protective grass cover at the time of the hurricane is there likelihood that the wave induced erosion would have reached the crest of the EBSBs. The assumption of no EBSB grass cover is not consistent with the 'Neutral' MRGO conditions.

81.     It is also quite apparent that an EBSB constructed of 'good' materials with low erodibility would have performed significantly better than one constructed of very high erodibility materials.  Subjected to the same wave impacts, the EBSB constructed with 'good' materials (cohesive and compacted) would have experienced insignificant erosion.  EBSB armoring in the form of 'good' (dense, good root structure development) grass or turf also provides an important element of protection to help assure acceptable performance in hurricane conditions (Hughes 2007).

***EBSB Overtopping-Induced Erosion***

82.     Overtopping of levees, earthen dams and coastal dikes has been the subject of extensive research and engineering (Pullen et al 2007; Schuttrumpf and Oumeraci 2005; Meer and Janssen 1994; D'Eliso 2007; Schuttrumpf 2007; Meer 2002; Meer and Breteler 1990; Hughes 2008; USACE Coastal Engineering Manual 2006; USACE 2007). This condition was studied extensively during the IPET investigation (IPET 2007; Hughes 2007; Ebersole 2008). Much excellent technical engineering and scientific work on hydrodynamic characteristics and effects was done as part of this investigation.

83.     The preceding part of this Declaration has addressed the "sub-critical" hydraulic flow regime identified in Figures 99 and 100 – the unprotected side attack of the surge and waves on the EBSBs – identified as 'Erosion Zone 1.' Erosion Zones 2 and 3 also must be addressed to develop a reasonably complete understanding of how 'surface hydraulic' attack can result in development of breaches in the man-made flood protection structures – EBSBs. The analytical approach used in this study is outlined in Figure 101.



- **C** - Supercritical flow – pulsating w each wave
- **D** - Hydraulic jump and high turbulence
- violent and turbulent hydrodynamic conditions on back side
- much higher velocities on back side than on front side

- **A** - Wave orbital motions on front face in deeper water
- **B** - Zone of wave breaking and energy dissipation in shallow water



Figure 99: EBSB overtopping and overflow due to surge and wave action (Ebersole 2008).





- mean U is time averaged bottom velocity
- max U$_c$ is average of max bottom velocities under each wave crest

| Site | SWL above crest (ft) | wave height (ft) | wave period (sec) | front side (A) | | crest (B) | | back side (C) | |
|------|------|------|------|------|------|------|------|------|------|
| | | | | mean U (ft/sec) | max Uc (ft/sec) | mean U (ft/sec) | max Uc (ft/sec) | mean U (ft/sec) | max Uc (ft/sec) |
| 1 | -1 | 2-5 | 14 | 0 | 5 | 3 | 10 | 4 | 9 |
| 2 | +2 | 2-6 | 14 | 2 | 6 | 5 | 11 | 8 | 15 |
| 3 | +4 | 2-5 | 14 | 7 | 11 | 8 | 12 | 14 | 20 |
| 4 | -2 | 2-5 | 14 | 0 | 5 | 1 | 7 | 2 | 7 |

Figure 100: Velocity magnitudes at the MRGO EBSBs (Ebersole 2008). Note the four locations (numbered 1-4) on the inset at the top left side. Location 2 is very close to the location used to perform detailed fluid dynamics –soil interactions of EBSB performance characteristics documented by Bea (2008a) and Bea and Storesund (2008a).



Figure 101: Prediction of overtopping flow characteristics (Schuttrumpf 2007).

111

84.     As shown in Figure 100, the water velocities developed at the crest and backside of the EBSBs can be higher than those acting on the front sides. For the peak surge conditions, a primary determinant in these velocity characteristics and the associated erosion and breaching will be the elevation of the surge (hs) relative to the elevation of the crest of the EBSB (hc). The waves arriving at this point will have been affected by a wide variety of processes (e.g. diffraction, refraction, shoaling, friction, vegetation interactions, breaking, current interactions) (Pullen et al 2007; Goda 1985; D'Eliso 2007; Schuttrumpf 2007).

85.     The wave characteristics at the crown of the EBSBs will be affected in a significant way by local elements (e.g. geometry of the MRGO channel, channel bank, front side berm and levee face). The IPET investigation addressed some of these local effects to develop insights into the three dimensional characteristics of the waves arriving at the unprotected side face of the EBSBs (e.g Figure 102) and into the two dimensional affects of the waves as they arrived at the crown of the EBSBs (e.g Figures 103 and 104). These high-resolution simulations of hydrodynamic interactions utilized the COULWAVE (Cornell University Long and Intermediate Wave Model) based Boussinesq-type model (IPET 2007). Due to the wide range in geometric scales and details that are needed to properly evaluate the hydrodynamic processes and effects, multiple models capable of addressing the different scales and details must be properly employed and integrated. The IPET investigation of hydrodynamic characteristics and effects devoted significant efforts to assure that these different scales and details were properly addressed and integrated (IPET 2007). The investigation on which this Declaration is based repeated the same processes to properly address the different scales and required levels of detail.



Figure 102: Plan view of 3-dimensional multi-directional sea state simulation at Point 2 IPET study location at 7:30 am CDT (dimensions shown are in feet, IPET 2007). The incident significant wave height is 3.2 feet and the surge elevation is 17.4 feet. The EBSB front face is shown as the dense black contours on the right. The short crested waves are arriving at various angles – almost broadside to the EBSB.



Figure 103: COLWAVE simulation for MRGO Point 2 at 7:30 am CDT (IPET 2007). Incident significant wave height is 3.2 feet and surge elevation is +17.4 feet. EBSB crest elevation is 15.8 feet. Top plot shows the spatial profile of the near bottom velocity.



Figure 104: COLWAVE simulation for MRGO Point 2 at 7:30 am CDT (IPET 2007). Incident significant wave height is 3.2 feet and surge elevation is +17.4 feet. EBSB crest elevation is 15.8 feet. Bottom plot shows the spatial profile of the near bottom velocity.

114

86.     The results summarized in Figures 103 and 104 have particular importance. These results are for the conditions at the peak surge period of Hurricane Katrina along the MRGO Reach 2. The incident significant wave height is 3.2 feet and the surge elevation is + 17.4 feet. These waves had unusually long peak periods – 13.5 seconds. Given the bathymetry of the Lake Borgne region, the bottom conditions, and the local wind generated wave conditions, these unusually long peak wave periods do not appear to be plausible. The EBSB crest elevation is 15.8 feet. The simulations show EBSB crown and protected side (Supercritical erosion zones 2 and 3 – Figures 99 – 100) near-bottom water velocities for these two time 'snapshots' in the range 5 to approximately 12 feet per second – in good agreement with the velocities developed by the LS-DYNA model.

87.     The IPET investigation of the hydrodynamic characteristics and effects addressed the wave and surge overtopping characteristics associated with the EBSBs in their before and after Hurricane conditions (Figure 105). Because the crown elevations of the EBSBs have a very important influence on the overtopping rates and flow conditions at the EBSB crowns and backside slopes, the overtopping rates and flows were computed for the two bounding conditions – the EBSB crown elevations before and after Hurricane Katrina. These overtopping rates were then compared with the crown elevations of the EBSBs following Hurricane Katrina. The results generally showed good agreement between the overtopping rates and the areas that had been most severely eroded (Figure 106). This led to the general conclusion that overtopping had been primarily responsible for breaching the EBSBs.  Results of the study provided by Ebersole (2008) showed many instances of front-side damage to the EBSBs caused by wave action.



Figure 105: Topography of the EBSB crowns from pre- and post Katrina LIDAR surveys (IPET 2007).



Figure 106: Overtopping rates for pre-Katrina and post-Katrina LIDAR survey crest heights along centerline of MRGO levee corresponding to maximum surge elevation at approximately 7:30 am CDT on August 29, 2008 (IPET 2007).

116

88.     Results from the investigation summarized here, in the Declaration by Bea (2008a) and the Technical Report by Bea and Storesund (2008a), demonstrate that during Hurricane Katrina wave side attack would have initiated breaching at many Reach 2 locations – Stage 1 in the breaching process. Once this front side to back side erosion process was started, significant surge and wave overtopping backside flow would continue and intensify the erosion process – Stage 2 - and result with final breaching of the EBSBs. This work indicated that, initially, the backside erosion process would be focused in the area on the backside of the EBSBs near their crowns or crests and would progress toward both the unprotected and protected sides. These fluid dynamics – soil erosion analyses showed erosion profiles that transitioned relatively seamlessly from front side to back side erosion. In this process, the 'evidence' for front side oriented erosion scarps was erased and replaced with backside oriented erosion scarps. In some instances, observations indicated that breaches that had developed during Hurricane Katrina were 're-activated' by water backflow through the breaches after the hurricane had passed. This process erased both front and back side erosion scarps. In these cases, it was not possible to determine how the erosion process had initiated – front side or back side. Flooding and outflows that accompanied Hurricane Rita that affected this region 4 weeks after Hurricane Katrina further obscured many erosion processes – particularly at the breaches associated with the EBSB wing wall tie in connections with the navigation structures at Bayou Dupre and Bayou Bienvenue.

89.     Field experiments have been performed by Hanson et al (2001, 2003) and Temple and Hanson (2005) to evaluate erosion processes during embankment (earthen dam) overtopping. The erosion migration process proceeds through a series of progressive 'steps' that depend on how the overtopping process is initiated. If it is initiated by general overtopping of the slope (Figure 107), the process is initiated with down slope propagating erosion that then transitions

into erosion that propagates upslope toward the reservoir. However, if the process is initiated with a 'head-cut', the erosion propagates primarily upslope toward the reservoir (Figure 108). The measured vertical profiles of the head-cut erosion features (Figure 109), indicate that the process moves rapidly toward the reservoir and the rate of propagation is a function of the characteristics of the soils that comprise the embankment and the overflow water shear stress exerted on the soils (Temple and Hanson 2005).



Figure 107: Erosion processes during overtopping test: (a) small overfalls, (b) consolidation of overfalls, (c) headcut at downstream crest, (d) headcut at upstream crest, (e) flow through breach (Hanson et al 2003).





Figure 108: Embankment overtopping test with head cut notch to conduct flow and initiate breaching (Hanson et al 2001). The embankments had 1:3 slopes and were comprised of clayey (5 to 25%) sandy – silty (75 to 95%) soils.



Figure 109: Centerline profile showing up-stream head cut soil profile migration as function of time of overflow (upper) and head cut backward migration rate (lower) as a function of the soil unconfined compressive strength (qu, 1 Kpa = 21 psf) (Hanson et al 2001).

> 90.    For the range of EBSB soil surface strengths (240 to 350 pounds per square foot)
(IPET 2007, ILIT 2006), the results developed by Hanson et al (2001, 2003, 2005) and Hunt et al
(2005) indicate head cut regression rates in the range of 1 or more meters per minute or 200+ feet

<u>per hour!</u> It will be shown later in this Declaration that these results agree very well with EBSB erosion results based on several other approaches.

91.     The IPET hydrodynamic characteristics and effects investigation and studies addressed the range of backside slope velocities that should be addressed for overtopping conditions (Figure 110) (IPET 2007). The range of backside slope velocities for the pre-Katrina EBSB backside slopes (1:3 to 1:4 – ratio of vertical to horizontal dimension) for surge heights above the EBSB crown of 1 to 2 feet are 5 to 18 feet per second (depending on the slope roughness expressed with the range of Manning's friction coefficients 0.025 and 0.10). These backside slope velocities do not include the additional velocities associated with wave 'pulses' that pass over the EBSB crests – crowns and propagate down the backside of the EBSBs. Hughes (2007) evaluated representative wave overtopping flow parameters applicable to these analyses (Figure 111). For the Hurricane Katrina conditions, wave pulse velocities in the range of 13 to 15 feet per second are indicated. These velocities are in excellent agreement with those determined using the LS-DYNA simulations (Figures 84 and 87) for the surge elevations close to the elevation of the crown of the EBSB.



Figure 110: Overtopping flow velocity as a function of surge height (Hughes 2006, IPET 2007).



Figure 111: Peak velocities on levee protected-side slope exceeded by 2% of the waves (Hughes 2007).

92.    The analytical models documented in the IPET hydrodynamic characteristics and effects investigation and studies (IPET 2007, Hughes 2007) and those developed by Schuttrump (2007), Pullen et al 2007), D'Eliso (2007) and Hewlett et al (1987) were used to develop the EBSB surge and wave overtopping velocity assessments summarized in Figure 112. The velocities are shown as a function of the water surface height over the EBSB crest (surge and wave elevation minus the EBSB crown elevation). Given EBSB crown elevations in the range of +14 to +17 feet (NAVD 88) and peak surge elevations of +18 feet (NAVD 88), then one could expect backside water velocities in the range of 5 to 17 feet per second. These results are consistent with those developed by the IPET studies. Terminal (maximum) overtopping flow velocity values also were evaluated based on the analytical model provided by Hewlett et al (1987) (Figure 113). Results were determined for a range of Manning's coefficients and these are summarized in Figure 114.



Figure 112: Crest and backside slope surge overtopping velocities as a function of the surge height over EBSB crest.



Figure 113:  Graphic depiction of flow regimes during overtopping conditions (from Hewlett et al, 1987).



Figure 114: EBSB backside slope overtopping velocities as a function of the water height over EBSB crest.

93.     The next step in these analyses was to evaluate damage done to the EBSB protective grass cover (good and poor grass cover on sandy substrate). The results are summarized in Figure 115. For Scenario 1 Hurricane Katrina wave and surge conditions, the results show that the EBSB backside grass cover would be breached (lift-off) only for the poor grass cover at about 7:45 am CDT. The backside good grass cover would not be breached. For Scenario 2C 'Neutral' MRGO conditions, the results show that the EBSB backside good or poor grass cover would not be breached.



Figure 115: Total grass damage due to backside flow as function of Hurricane Katrina surge and wave conditions at the times shown.

94.     These analyses indicate that the only evaluated condition that would result in compromise of the grass cover protection and initiation of active overtopping scour was the Scenario 1 'poor grass' cover case.  Based on a Hurricane Katrina overtopping duration of 45 minutes (0745 CDT to 0830 CDT), the EBSB section would be expected to incur approximately

100 feet of erosion from the unprotected to the protected side for Very High Erodibility materials, approximately 90 feet for High Erodibility materials, and no erosion for Low Erodibility materials.

### *Parametric Wave Attack Erosion Evaluations*

95.     Parametric analyses of EBSB front side wave attack erosion were conducted to determine the influences of variations in important parameters on the EBSB performance characteristics during Hurricane Katrina.  The evaluations considered a number of hydrodynamic conditions, impact of hurricane storm surge currents running parallel to the shoreline/EBSBs, and design configuration (EBSB side slopes of 1 on 5, crest elevation +17.5 feet) vs. actual configuration (EBSB side slopes of 1 on 3.5, crest elevation +16.0 feet) of the EBSBs. Table 2 summarizes Hurricane Katrina hydrodynamic conditions based on results provided by IPET (2007), LSU (2007), and Kok et al (2007). These different hydrodynamic conditions were used in parametric studies of EBSB wave breaching.  These parametric studies also addressed the actual and design EBSB cross section geometries. The storm surge elevations varied from Elevation +8 ft to Elevation +17.5 ft.  The significant wave heights varied from 1.1 feet to 7.9 feet with wave periods between 2 seconds and 13.5 seconds.

Table 2:  Summary of IPET (2007), LSU (2007), and Kok et al (2007) Hurricane Katrina
Hydrodynamic Conditions

| Hydro-dynamics | EBSB Geometry | Storm Surge Elevation (ft +NAVD 88) | Significant Wave Height ($H_{mo}$) - feet | Wave Period - sec |
|---|---|---|---|---|
| IPET | Actual | 8.0 | 1.1 | 3.5 |
| IPET | Actual | 12.0 | 1.6 | 4.4 |
| IPET | Actual | 17.5 | 2.6 | 13.5 |
| LSU | Actual | 8.0 | 1.3 | 2.0 |
| LSU | Actual | 12.0 | 2.0 | 2.0 |
| LSU | Actual | 17.5 | 3.2 | 6.0 |
| IPET | Design | 8 .0 | 1.1 | 3.5 |
| IPET | Design | 12 .0 | 1.6 | 4.4 |
| IPET | Design | 17.5 | 2.6 | 13.5 |
| LSU | Design | 8.0 | 1.3 | 2.0 |
| LSU | Design | 12.0 | 2.0 | 2.0 |
| LSU | Design | 17.5 | 3.2 | 6.0 |
| Kok | Actual | 10.2 | 3.9 | 3.3 |
| Kok | Actual | 11.1 | 4.5 | 3.5 |
| Kok | Actual | 12.0 | 5.2 | 3.8 |
| Kok | Actual | 12.8 | 5.9 | 4.0 |
| Kok | Actual | 13.8 | 6.6 | 4.2 |
| Kok | Actual | 14.8 | 7.3 | 4.5 |
| Kok | Actual | 16.0 | 7.9 | 4.7 |
| Kok | Actual | 17.1 | 7.6 | 4.9 |

96.     Figures 116 and 117 show plots of lateral erosion induced from wave-attack on
the actual and design geometric EBSB configurations, respectively. These analyses do not
include delays in breaching due to the EBSB grass cover; these results are for no grass cover.
Based on these simulations, and the EBSB geometric configuration and materials, the EBSB
crest is breached by wave side attack around 5:00 am CDT.  After 5:30 am CDT, the magnitude
of lateral erosion dramatically reduces at the outboard face because the outboard face is fully
submerged by the storm surge (which occurs around 6:00 am CDT).  At this stage, the erosion
has shifted to the backside face.

97.   A comparison of the results from the parametric analyses and results from the 'base cases' (Scenario 1 and Scenario 2C) analysis is presented in Figure 116. All three of the parametric Hurricane Katrina hydrodynamic conditions indicate that the EBSB would have been breached as a result of front side wave-induced erosion.



Figure 116:  Comparison of lateral erosion for the actual EBSB configuration. Local CDT time is UTC time minus 5 hours.

98.   Comparison of the parametric study results for the actual and design EBSB configurations (Figure 117) show comparable lateral erosion magnitudes with the design profile sustaining slightly greater front side wave attack erosion. This is due to the higher crest elevation of the design profile (+17.5 feet) and the resulting longer exposure of the front side to wave attack before overtopping.

128



Figure 117: Comparison of lateral erosion for the design EBSB configuration. Local CDT time is UTC time minus 5 hours.

99.     All of the parametric analyses confirm that levees constructed of 'good' materials (cohesive, compacted) with low erodibility would have performed significantly better than one constructed of high erodibility materials.  Subjected to the same front side wave attacks, the levee with 'good' materials would have experienced insignificant front side erosion.

100.     Erosion analyses were also performed accounting for current velocities parallel to the EBSB flood-face.  These current velocities were generated as a result of water flow through the MRGO and GIWW towards the IHNC and Lake Pontchartrain.  The magnitude of the current velocity was on the order of 0.5 to 1 feet per second at the face of the EBSBs (Wit et al 2008). Figure 118 shows the result of inclusion of the current velocities.  There was no significant impact of this velocity component.



Figure 118: Comparison of lateral erosion for the actual EBSB configuration with and without storm surge currents for the Hurricane Katrina hydrodynamic conditions (Kok et al 2008; Wit et al 2008; Gautier et al 2008). The storm surge currents result in a negligible increase in the magnitude of lateral erosion.

101. Analyses were performed to evaluate wave-induced erosion on a properly designed and constructed Levee with the same geometric configuration and hydrodynamic loading as the EBSB study location (Bea and Storesund 2008). The erodibility characteristics of a low erodibility levee material were selected from the MRGO Levees north of Bayou Bienvenue. The results showed that for all of the surge – wave – erosion analyses for the properly designed and constructed levee there is insignificant erosion for the Hurricane Katrina 'as was' conditions. These analytical results were in excellent agreement with the observations of man-made structures which had failed and which had not failed during Hurricane Katrina (ILIT 2006).

102. Based on these analyses, one can conclude that a levee constructed of 'good' materials with low erodibility would have performed significantly better than one constructed of

high erodibility materials.  For all three sets of Hurricane Katrina hydrodynamic conditions, the levee constructed with 'good' compacted materials experienced insignificant erosion.  The analyses show that the levee would have performed very well during overtopping conditions as well (Bea and Storesund 2008a).  Results from the analyses are corroborated with observations of the performance of this section of the levee following Hurricane Katrina. The region (north of the Bayou Bienvenue Control Structure) where the soil samples used for the laboratory erosion testing did not experience any significant wave-induced erosion during Hurricane Katrina.

### *IPET and Ebersole EBSB Breaching Studies*

103.    IPET (2007) identified a four-stage progressive erosion development profile (Figure 119) for overtopping-induced erosion.  This failure mechanism results in a 'ridge' on the flood side of the levee.  Levees that experienced wave-induced erosion would have an intact protected side and scoured flood side.



Figure 119: IPET (2007) provided an overtopping erosion development profile.  Note the remains of a 'ridge' on the flood side of the levee following Stage D of overtopping induced erosion.  This ridge is not present when erosion is initiated on the flood side of the levee.

131

104.    Ebersole (2008) identified locations where flood side notching occurred (e.g. Figures 120-122).  These and other photographs confirm wave induced erosion did occur on the MRGO Levees (Ebersole 2008).  The extent and prevalence of wave-induced erosion is still debatable since in many cases the indicative physical evidence has been 'washed' away by subsequent overtopping erosion.  Evidence developed during this investigation clearly indicates wave-induced erosion is very likely for the Hurricane Katrina conditions and for EBSB sections that were poorly protected by grass and other natural vegetation defenses.



Figure 120: Ebersole (2008) identified locations where wave-induced erosion was observed with no overtopping-induced erosion. Note grass removed by wave action on flood side.



Figure 121: Ebersole (2008) identified locations where wave-induced erosion was observed with no overtopping-induced erosion.



Figure 122: Ebersole (2008) identified locations where wave-induced erosion was observed with no overtopping-induced erosion.

105.    Results from this study were compared with results presented by Ebersole (2008). As seen in Figure 123, there was evidence that wave-induced notching occurred without overtopping induced levee protected side erosion. Figure 123 clearly shows that even with overtopping conditions, the only 'damage' incurred to the levee at this (location not specified) was on the outboard face.  The erosion profile also resembles the erosion profile shown in this Declaration.



Figure 123:  Pre and Post Aerial LiDAR are highlighted to show wave-induced notching of the levee (Ebersole 2008).

### Conclusions and Observations from Analytical Results

106.    Based on these analyses, it is concluded that for the Hurricane Katrina hydrodynamic conditions the EBSB study section breached through the crest solely as a result of wave-induced erosion acting on the front side of the EBSB. <u>Wave induced breaching occurred before overtopping by Hurricane Katrina's storm surge.</u> By 6:00 to 7:00 am CDT the storm surge was above the levee crest resulting in active overtopping of the EBSB and further developing the breaches developed by wave side attack. In this process, the overtopping back side erosion would erase the wave side attack features, thus giving the false impression that the breach had developed solely because of overtopping.

### Assessment of MRGO Reach 2 EBSB Breaching

107.    Locations along the MRGO Reach 2 EBSB locations where scour and erosion occurred outboard of the EBSB centerline were identified as probable wave-induced erosion breaching sites. Examination of the 2005 aerial LiDAR surveys was conducted to identify these areas.   Based on this review, probable wave-induced and overtopping exploited erosion sites were identified (Figure 124). Characteristics used to identify wave-induced erosion sites included regions with significant erosion but lack of a flood side toe ridge which would occur as a result of overtopping induced erosion creating a failure zone that propagates from the protected side of the EBSB to towards the flood side toe, areas with visible flood side notching, and zones with wider erosion extents on the flood side as compared with the protected side.

108.    Study of pre- and post- Hurricane Katrina LiDAR surveys that delineated breach features (Morris 2008, Ebersole 2008) coupled with results from analyses of the performance of the man-hade hurricane flood protection structures during hurricane Katrina indicate that approximately 35 percent of the EBSBs along the Reach 2 alignment were breached due to

attack by waves, 47 percent were breached by a combination of wave attack and surge overtopping – backside erosion (including sheet pile repair breaches), and 18 percent were overtopped but did not breach (sheet pile repair sections, Dupre and Bienvenue navigation structures, some segments of the EBSBs) (Figure 124). Analyses of the breaching that developed at the Bayou Dupre and Bayou Bienvenue navigation structure wing walls were determined to have been caused by overtopping erosion (section north of Dupre structure wing wall to EBSB connection) and by the combination of seepage, uplift and surge lateral forces (section south of Bienvenue structure wing wall to EBSB connection) (Bea 2008a, Bea and Storesund 2008a, Bea and Cobos-Roa 2008a).



Figure 124: Identification of wave-induced breach sites based on visual examination of 2005 aerial LiDAR data (Bea 2008a, Bea and Storesund 2008a).

**BAYOU BIENVENUE NAVIGATION STRUCTURE BREACH**

109.    The navigation structure at Bayou Bienvenue (Station 360+00) ties into the
EBSBs to the north and south with concrete I-walls with top elevation of approximately +17.5
feet (Figure 125).



Figure 125:  Bayou Bienvenue Control Structure.  Source: Plate 60, DM03 – Chalmette Area
Plan, 1966 (Bea and Cobos-Roa 2008a).

110.    The T-wall connecting the navigation structure locks and the EBSB is founded on timber piles that are 88 feet long. The piles next to the T-wall are steel sheet piles driven down to elevation -5.2 feet (NAVD88). As shown in Figure 126, the bottom of the sheet pile (elevation -5.2 feet) did not extend through the shell fill placed over the original bayou channel. This left a "window" of permeable material of about 5 feet in thickness for under seepage to develop.



Figure 126: Superimposed sections showing gap between shell materials and bottom of sheet pile (Bea and Cobos-Roa 2008).

111.    The stratigraphic interpretation for the Bayou Bienvenue breach location was based on borings G-29, G-30 and G-31 (1966), 1-CHBB and 2-CHBB (1987), B-1U through B-5 (2005), and U-2 (1966).  The levee embankment is composed mainly by semi-compacted clays, underlain by a Marsh deposit, described as organic matter, organic clay, wood, roots and saturated-very low density material.  To minimize weight imposed on the soft subsoils, shell materials were placed to fill the excavations for the navigation structures.  Based on the available boring data, samples that contained organic materials with high water contents, low density and low strengths were classified as Marsh samples.  Figure 127 shows the longitudinal profile created for the Bayou Bienvenue area. Underlying the marsh deposit, a thick "fat" clay deposit

occurs from elevation –30 feet to approximately –40 feet, located atop a sand deposit.  The sands are in turn underlain by another clay and silt deposit, probably associated with Pleistocene age deposits.

112.    The software SEEP\W, part of the package GEOSTUDIO 2004 was used for seepage modeling.  The program uses a finite element code to route the boundary conditions imposed as hydraulic heads on the boundaries of the problem through a porous media, calculating heads and pressures along the nodes of the finite element mesh. The software requires the generation of permeability functions that include the decrease of permeability depending upon increases in negative pore pressures (suction).  Figure 128 shows the finite element analysis mesh used in SEEP\W and Table 3 summarizes the hydraulic properties of the soil layers, including conductivity at saturation and anisotropy ratio (ratio of vertical to horizontal permeability, ky / kx).

113.    Transient analyses were performed for the rising surge water level on the flood side. The surge hydrograph was input to the seepage models, which generated calculation steps beginning at a water elevation +2 feet, believed to have been established before the storm surge occurred, thus having developed a steady state regime prior to the water rise.

114.    To account for the effects of increased stresses beneath the levee on Marsh permeability, the Marsh was divided into "free field marsh", and "marsh beneath embankment". The latter case was always 10 times lower than the free field case.  The values shown in Table 3 correspond to the free field case.



Figure 127:  Geologic interpretation near the breach area (Bea and Cobos-Roa 2008).



Figure 128:  Cross Section and Finite Element Mesh used for the seepage analyses at Bayou Bienvenue (Bea and Cobos-Roa 2008).

Table 3: Material properties (free field) used in seepage analyses

| Material | K at saturation (cm/s) | Anisotropy Ratio (ky/kx) |
|---|---|---|
| Clays | $10^{-6}$ | 0.3 |
| Sands | $10^{-2}$ | 0.25 |
| Marsh (upper bound) | $10^{-3}$ | 0.10 |
| Marsh (lower bound) | $10^{-6}$ | 0.10 |
| Shell Fills | $10^{-2}$ | 1.0 |

115.    Results of the analyses show that after 33 hours of surge (August 28, 2005 0:00 am to August 29, 2005, 9:00 am CDT, high pore pressures near a steady state condition developed in the Marsh and Shell deposits (Figure 129).  The transient models start from the low pre-storm generated steady state at 2 feet, generated by August 28, 2005 6:00 am hours, and in 16 time increments, elevation +18.0 feet (NAVD88) is reached on August 29, 2005 8:30 am

(CDT).  Figures 129 and 130 show the calculated phreatic (water table) surface, total water heads and velocity vectors on August 29, 2005 8:30 am (CDT).  It can be seen that the levee is not fully saturated, but the water level exits at the toe of the fill materials.  The large arrows indicate very high flow velocities concentrated at the toe of the levee triggering blow-out of the shell materials.



Figure 129: Results from the transient seepage analyses (August 29, 2005 8:30 am CDT) (Bea and Cobos-Roa 2008).



Figure 130:  Total water heads on August 29, 2005 8:30 am CDT (Bea and Cobos-Roa 2008).

116.    Slope stability analyses were performed for the Bayou Bienvenue breach that incorporated the hydraulic response of the levee.  The software SLOPE\W was employed for this task.  The pore pressures generated by the SEEP\W finite element analyses are used by SLOPE\W when calculating Factors of Safety. The software uses Limit Equilibrium Analysis to calculate Factors of Safety by a number of methods. The critical failure surface search resulted in shallow non-circular surfaces, passing through shell layers for Bayou Bienvenue.

117.    Soil properties determined for unit weight, undrained shear strengths and friction angles were assigned to the different layers according to the stratigraphic interpretation discussed earlier and detailed in the technical report that supports this Declaration (Bea and Cabos-Roa 2008) (Table 4). The available borings are 'toe' borings; consequently, no soil shear strengths under the levee embankment are available.  Based on recent reports (IPET, 2006; ILIT, 2006), the difference between shear strengths between the two conditions ranges between 30% and 60%. A 40% increase was applied to the Marsh beneath the levee embankment. Figure 131 shows the input geometry used for the stability analyses of the breach.



Figure 131:  Analysis cross section for Bayou Bienvenue (Bea and Cobos-Roa 2008).

Table 4: Material properties used for analysis of lateral stability at Bayou Bienvenue.

| Material | Shear Strength Parameter | | | |
|---|---|---|---|---|
| | Su (psf) | φ (deg) | Su/p' | γ (pcf) |
| Clays (CL, CH) | 110 | | | 105 |
| Shell (anthropogenic)[1] | | 30 | | 105 |
| Marsh (Peat) | 142 (toe) | | | 100 |
| Grey Clay (CH) | | | 0.26 | 111 |
| Sand | | 30 | | 120 |
| Clays (CH) | | | 0.26 | 120 |

118.    Figure 132 shows the "mean (average) values" of results for factor of safety for the Bayou Bienvenue wing-wall tie-in section to the EBSB.  Mean (average) values are used for all of the parameters used in the analyses. Results from the analyses show that this section reaches a Factor of Safety of unity (FS = 1.0, probability of failure Pf = 50 percent) when the water reaches the sheet pile top (elevation +18 feet). These results indicate that the entire section including the sheet piles most likely did not fail until overtopping had occurred. This analytical result is corroborated by the observed condition of the sheet piles at the breach (bent inward toward the protected side).



Figure 132: Factor of Safety versus storm surge elevation for Bayou Bienvenue breach (Bea and Cobos-Roa 2008).

**BAYOU DUPRE NAVIGATION STRUCTURE BREACH**

119.   The control structure at Bayou Dupre (Figure 133) keys into the adjacent EBSBs with concrete sheet piles topped at elevation 17.5 feet. On the North side, the EBSB which the control structure ties into is approximately 3 feet taller than the top of the concrete structure.



Figure 133: Bayou Dupre Control Structure.  Source: Plate 61, DM03 – Chalmette Area Plan, 1966 (Bea and Cobos-Roa 2008).

The main breach on this site took place just north of the control structure; at the interface between the concrete structure and the connecting earthen levee (Figure 134).



Figure 134: Three dimensional view of Bayou Dupre at the breach site.  Note the 3foot difference between the concrete piles and the earthen embankment (Bea and Cobos-Roa 2008).

120.    The stratigraphic interpretation was based on borings G-63, G-64 (1966), 14-CHBB, 17-CHBB, 18-CHBB, 15-CHBB, 16-CHBB (1987), 15-UBD (1984), D-1 through D-4 (1967), and MRGO 27 (2005). According to the design documents, the levee embankment is composed mainly by semi-compacted clays. However, photographic evidence of the soils present in the shoulders of the breach clearly indicate that the EBSB was in fact composed of shells and mixed finer materials (Figure 135).  The embankment is underlain by a Marsh deposit, described as organic matter, organic clay, wood, roots and saturated-very low density material.



Figure 135: Shoulder of Bayou Dupre breach showing coarse grained soils and shells (Bea 2005).

121.    Given the poor descriptions presented in the borings from DM03 and the IPET (2006) report, samples that contained organic materials with high water contents, low density and low strengths were classified as Marsh samples.  Figure 136 shows the longitudinal profile created for the Bayou Dupre breach section.



Figure 136: Stratigraphic profile for Bayou Dupre breach section (Bea and Cobos-Roa 2008).

122.     Based on the material properties summarized in Table 4, baseline steady state seepage analyses were performed using a water elevation of +18.0 feet (NAVD88). These elevations were taken as reference of maximum development of pore pressures. Figure 137 shows the cross section and mesh used for the analyses in this section.

123.     From Figures 138 and 139 it can be observed that the flow regime is dominated by the presence of the permeable shell materials, inside and below the embankment. Marsh has a smaller influence on the hydraulic behavior of the system. The black arrows represent velocity vectors of subsurface flow, with the largest arrow with a value of over 20 feet per day. The results summarized in Figure 138 are based on a Marsh deposit horizontal permeability of $10^{-6}$ cm/s. The results summarized in Figure 139 are based on a horizontal permeability of $10^{-3}$ for the same layer.

124.     It is clearly seen that when the Marsh is treated as a clay (Figure 138), there is a substantial head loss before the centerline of the levee is reached; whereas the head loss is smaller and more uniform when the marsh is assigned a higher permeability, therefore making heads and pore pressures larger in this stratum. The concentrated black arrows run inside the shell deposits.



Figure 137: Cross section and mesh used for the analyses at Bayou Dupre (Bea and Cobos-Roa 2008).

150



Figure 138: Steady State Total Heads at Bayou Dupre (Bea and Cobos-Roa 2008).  Storm surge at +18 feet.  Marsh k: $10^{-6}$ cm/s.



Figure 139: Steady State Total Heads at Bayou Dupre (Bea and Cobos-Roa 2008).  Storm surge at +18 feet.  Marsh k: $10^{-3}$ cm/s.

125.    Figure 140 shows a plan view of the seepage analysis results, showing the top of levee composed of shell materials, and the transition to the sheet pile. Note the concentrated flow around the sheet pile, which is sufficient to start erosion and scour around the structure.



Figure 140: Plan view showing effects of overtopping in the transition (Bea and Cobos-Roa 2008).

126.    Figures 141 and 142 show the transient model results on August 29, 2005 at 8:30 am (CDT), in terms of total heads and hydraulic gradients for the case of Marsh hydraulic conductivity of $10^{-3}$ cm/s.  The hydraulic heads and gradients are sufficient to initiate significant scour and blow-outs leading to breaching.



Figure 141: Transient model results (Bea and Cobos-Roa 2008). Storm surge at +18 feet. Total Heads on August 29, 2005 at 8:30 am (CDT). Marsh k: $10^{-3}$ cm/s.



Figure 142: Transient model results (Bea and Cobos-Roa 2008). Hydraulic gradients on August 29, 2005 at 8:30 am (CDT). Marsh k: $10^{-3}$ cm/s.

127.   To perform the lateral stability analyses, the soil properties for unit weight, undrained shear strengths and friction angles were assigned to the different layers according to the stratigraphic interpretation discussed earlier. As before, the available borings are "toe" borings, therefore no shear strengths under the levee embankment are available. Based on recent reports (IPET, 2006; ILIT, 2006), the difference between shear strengths between the two conditions ranges between 30% and 60%. A 40% increase was applied to the Marsh beneath the levee embankment.

128.   Table 5 shows the material properties used in the slope stability calculations. Figure 143 shows the input geometry used for the stability analyses of Bayou Dupre.



Figure 143:  Analysis cross section for Bayou Dupre breach section (Bea and Cobos-Roa 2008).

Table 5: Material properties used for the slope stability models, Bayou Dupre.

| Material | Shear  Strength Parameter | | | |
|----------|---------|---------|--------|---------|
|          | Su (psf) | φ (deg) | Su/p' | γ (pcf) |
| Shell Fill |  | 30 |  | 105 |
| Clays (CL, CH) | 240 |  |  | 115 |
| Shell Fill[1] |  | 30 |  | 105 |
| Marsh (toe) | 250 |  |  | 100 |
| Grey Clay (CH) |  |  | 0.26 | 117 |

129.    Figure 144 shows the 'mean value' results of factor of safety for Bayou Dupre. For a storm surge of +18 feet the mean Factor of Safety is about FS = 1.5 (probability of failure, Pf = 16 percent), indicating that there is a high likelihood that this breach did not develop as a result of lateral instability, but rather as a result of seepage and scour through the EBSB – navigation structure concrete sheet piling interface. This analytical result is in conformance with observations of the breach at this location.

154



Figure 144: Computed Factors of Safety for Bayou Dupre breach section (Bea and Cobos-Roa 2008).

**EBSB INSTABILITY EXACERBATED BY MRGO CHANNEL DREDGING AND WIDENING**

130.    One of the modes of EBSB performance evaluated as part of this investigation was the potential for EBSB creep and settlements and associated soil lateral 'squeezing' exacerbated by the dredging and widening of the MRGO channel. Analyses of the aerial LiDAR data gathered before and after Hurricane Katrina (Morris 2008) indicated that in many cases, sections of the EBSBs that had unusually low crown elevations were also located very close to the banks of the MRGO channel (Figure 145). In the case of the location shown in Figure 145, the crown of the EBSB segment had sunk to an elevation of +12.5 feet NGVD 88. The banks of the MRGO had come to within 150 feet of the toe of the EBSB segment.



Figure 145: Processed LiDAR data showing EBSB cross section relative to the expanded channel of the MRGO (Morris 2008).

131.    As early as 1958, the USACE was concerned with the possibility of soil 'squeezing' into the adjacent MRGO channel under the weight of the EBSBs (USACE 1958): "*As much as 75 percent of the material forming the bottom and sides of a channel crossing Chandeleur Sound between major distributary trends, particularly north of the North Islands, see plates 1 and 2), might consist of interdistributary and/or prodelta clays. From the standpoint of side slopes this may appear desirable, but it is possible that the poorly consolidated, high-water content interdistributary <u>clays will tend to flow laterally into an excavation</u> particularly under the extra weight of a spoil bank*." (underline added for emphasis). This concern again surfaced in 1981: "<u>*(h) Within 10 years the MRGO bank will have eroded past the MRGO R/W line (over 200 feet) and will threaten the stability of the hurricane levee*</u>." (underline added for emphasis (USACE 1981). During this investigation, no evidence could be obtained that would indicate that the USACE either understood or took proper corrective action to mitigate these dangers to the EBSBs.

132.    Creep is a time dependent deformation of soils that is often referred to as 'secondary consolidation'. Consolidation – or squeezing of water from the soil – also results in a time dependent deformation of the soil. Creep does not require squeezing of water from the soil. Creep results from deformations of the soil structure that are dependent on the intergranular stresses and the nature of the soil particle contacts (e.g. electro-chemical for cohesive soils). For low stresses exerted on cohesive soils (less than about 50% of the soil shear strength), there are no significant creep deformations. For moderate stresses (about 50% to 75% of the soil shear strength), there can be significant creep deformations. For high stresses (greater than about 75% of the soil shear strength), there can be very large creep deformations that can become 'unbounded' and result in a stability failure.

133.    Creep was studied as part of the USACE's Atchafalaya levee test section performed in the mid-1960s (Figure 146; Kaufan and Weaver 1967; USACE 1968). This levee test section was extensively instrumented and analyzed (Foott and Ladd 1977; Edgers 1973). The levee test section showed 'lateral squeezing' – displacement of the underlying soft clay soils that was concentrated in the underlying peat and soft organic clays (Figure 147). Lateral displacements after 75 months approached 3 feet and were accompanied by similar decreases in the elevation of the levee crown. The lateral displacements extended more than 300 feet from the levee crown.



Figure 146: Atchafalaya Levee Test Section (Foot and Ladd 1977; USACE 1968).



Figure 147: Atchafalaya Levee Test Section Soil Lateral Displacements from End of Construction (0 time) to 75 Months After Construction (Edgers 1973).

134.   The analytical work performed by Edgers concluded: "*The lateral creep movements below heavily loaded areas cause large vertical settlements at these locations and a resultant heave of less heavily loaded areas such as beyond the berms of the Test Sections. The large berms of Test Section III result in reduced lateral movements close to the levee centerline and also reduced crest settlement caused by undrained creep*" (Edgers 1973). These results were confirmed by the later analyses performed by Redman and Poulos (1984).

135.   This type of levee performance consideration has been encountered previously in connection with construction of embankments in Florida by the USACE (Schmertmann 1966; 2008). The embankments were constructed on top of a plastic clay (Marl). The overburden

stresses exerted by the embankments squeezed the Marl out from under the embankment and into the adjacent channel (Figure 148). The channel bottom grade could not be maintained. The tops of the embankments subsided and 'cones of soil heave' developed in the channel. It is noteworthy that this experience also involved a permeable layer that was under the mobile plastic soils – marl. Water pressures developed in this underlying permeable layer acted to exacerbate the soil heaving in the channel. A similar type of sand layer is located in the area of the MRGO Reach 2 EBSBs, and when subjected to elevated water levels in the MRGO could be expected to affect soil heaving in a similar manner.

136.     Concerns for EBSB creep related displacements were reinforced when it was observed (March 2006) that 'islands' of soil were developing in the borrow pits adjacent to the recently re-constructed EBSBs along sections of the MRGO Reach 2 (Figure 149). These islands of soil were not initially present after the EBSB re-construction was completed and the borrow pits allowed to fill with water (Esteves 2007, Figure 150). They were particularly evident where the edges of the borrow pits were close to the toes of the levee berms (Figure 151). The banks of the borrow pits were within 150 feet of the toe of the EBSB. Observations indicated that soil was filling the borrow pits from two sources: from the surface of the EBSBs (erosion) and from under the EBSBs (soil squeezing from under the EBSBs).