

Figure 148. Transect of USACE embankment and channel in Florida showing causes of instability to maintain the channel by squeezing the plastic clay – marl – soils from under the constructed embankments (Schmertmann 1966; 2008).



Figure 149: Islands of soil growing in post-Karina soil borrow pits excavated on protected side of MRGO Reach 2 EBSBs (Bea 2007).



Figure 150: Photograph of post-Hurricane Katrina EBSB repair borrow pits (Storesund 2006).



Figure 151: Picture of Southern section of MRGO Reach 2 EBSBs with post-Karina soil borrow pits excavated on protected side of EBSBs. Bank of borrow pit is approximately 100 to 200 feet from toe of EBSB (Bea 2007).

137.     Recently, Kemp has performed bathymetric surveys of these borrow pits (Kemp 2008). The surveys showed several dramatic instances of soil heave in the bottom of the borrow pits (Figures 152 and 153). The soil heave proceeded to the point where 'islands' were formed in the middle of the borrow pit (Figure 154) – similar to 'mud lumps' found in parts of the Mississippi River Delta (Morgan 1952; Coleman and Gagliano 1964) – or mud squeezing up between a person's toes and around their feet as they walk through soft mud. These features were not present when the levee re-construction was completed (Esteves 2007). These features were not connected with soil erosion and deposition associated with the surfaces of the EBSBs.



Figure 152: Traverse through the re-constructed EBSBs protected side borrow pits (Kemp 2008).



Figure 153: Traverses through the re-constructed EBSBs protected side borrow pits (Kemp 2008).



Figure 154: Photograph of mud lump 'island' being formed in borrow pit adjacent to re-constructed EBSBs (Kemp 2008).

138.    This concern was raised again when cross sections were produced that showed the MRGO channel adjacent to the EBSBs before Hurricane Katrina (Figures 155 and 156) (Morris 2007). The channel dredging and erosion of the banks of the MRGO had widened to the point where there would be concerns for both the EBSB stability and exacerbation of the creep related displacements. The 'drop off' into the MRGO channel was within 200 feet to 250 feet of the toes of the EBSBs.



Figure 155: Cross section at EBSB breaching study location mid way between Bayous Dupre and Bienvenue (after Morris 2007).



Figure 156: Cross section at EBSB south of Bayou Dupre (after Morris 2007).

139.    Several different analytical approaches have been developed and applied to address this type of embankment and soil behavior (Silversti 1983; Poulos et al 1976; Edgers 1973; Redman and Poulos 1984). The analytical model developed by Silverstri was specifically for embankments founded on soft soils of limited thickness (Figure 157). Silverstri used this analytical model to evaluate soil squeezing behavior under 10 soil embankments (including the USACE Atchafalaya test levee cited earlier). These test embankments were constructed so as to develop long-term incipient failure (continuing horizontal and vertical settlements). Agreement between the Silverstri analytical model and the performance of these embankments was excellent. In addition, the Silverstri analytical model produced results that were very comparable with those from conventional lateral

stability analysis when these stability analyses took account of the soil creep strength and deformation characteristics (Silverstri 1983).



Figure 157: Analytical model for trapezoidal embankment on a soft clay (Silverstri 1983).

140.    Silverstri's analytical models were applied to several of the cross sections of the EBSBs along Reach 2 of the MRGO. The soil shear properties used in the stability analyses performed for the breaches at Bayous Bienvenue and Dupre were used in these analyses. Adjustments were made to the laboratory shear strengths to account for the long-term duration of application of the EBSBs loadings (Figure 158; Shehan et al 1996; Edgers 1977; Silvestri 1983). As summarized in Figure 159, Factors of Safety (FS) for squeezing of the cohesive soils under the EBSBs ranged from FS = 0.8 to FS = 1.1, indicating that lateral squeezing – creep of the underlying clays should be taking place along significant sections of the EBSBs. This lateral squeezing would be accompanied by significant decreases in the elevations of the crowns of the EBSBs.



Figure 158: Reduction in effective undrained soil shear strength as a function of long-duration applied stresses (Edgers 1973; Sheahan et al 1996).



Figure 159: EBSB Factor of Safety against lateral squeezing – creep

141.    Similar conclusions were reached by Schmertmann (2008): "*In your case, according to my rough estimates, the p/su = 7 (ratio of overburden pressure to effective soil shear strength) under the levee and also between its toe and the excavations…indicates it (underlying soft clay) should squeeze out.*" These analytical evaluations confirmed the field observations and levee test results cited earlier.

142.    Stability analyses also were performed during this investigation using GEOSTUDIO software SLOPE\W (Spencer's method) to evaluate stability of a 'typical' EBSB under long-term creep conditions with the channel of the MRGO located 250 feet away from the toe of the EBSB (Figure 160). The results (Figure 161) showed that the EBSB would be in a condition of 'Neutral' stability' – factors of safety close to unity.  Lateral stability Factors of Safety ranged from FS = 1.0 to 1.2. These results confirmed those developed using the analytical model developed by Silversteri (1983). These results are confirmed by the instrumentation and analytical results associated with the USACE Atchafalaya levee Test Section 3 (Edgers 1973; Redman and Poulos 1984).



Figure 160: EBSB creep lateral stability analytical model.



Figure 161: Lateral stability factors of safety (1.2 to 1.0) determined from GeoStudio analytical model using Spencers method.

143.    The USACE has specific guidelines for 'excavations' near or within federally constructed flood control projects (USACE 2005, Bea and Storesund 2008b). These guidelines stipulate: "*The Corps of Engineers provides engineering review to ensure that any work within or near the flood control unit does not reduce the level of protection and to assure the continued integrity of the flood control system.*" During this study, no such analyses by the USACE could be located that addressed the effects of dredging and erosion of the MRGO channel banks would have on the adjacent EBSBs stability and protective elevations.

144.    It is clear that in some cases the MRGO channel banks were allowed by the USACE to encroach into the 'critical areas' adjacent to the EBSBs. These encroachments endangered the elevations and stability of the EBSBs. The observations and analyses indicate

that lateral squeezing of the underlying marsh and clay layers into the adjacent MRGO channel resulted in significant decreases in the crown elevations of the EBSBs. No documentation of precautions taken or analyses performed by the USACE to assure that the integrity and stability of the EBSBs was not endangered could be found during this study. Similar observations apply to the recent construction of soil borrow pits by the USACE adjacent to the protected sides of the MRGO Reach 2 EBSBs.

145.    At the present time (March 2009), I am performing advanced state of the art forensic engineering Finite Element Analyses to delineate the components of soil 'settlements' that would contribute to the loss of protective elevations of the Reach 2 EBSBs. This work is addressing the loss of protective elevation contributions from lateral squeezing or creep of the sediments from under the EBSBs, the consolidation due to water squeezed from the underlying sediments by the overburden pressures imposed by construction of the EBSBs, and due to subsidence (regional settlements). These analyses will be completed, validated and documented in April 2009.

**Phase 2 Evaluations of MRGO EBSB (Reach 2) Breaching Mechanisms**

146.    I have performed an evaluation of breaching mechanisms associated with the MRGO EBSB (Reach 2) during Hurricane Katrina was performed to characterize the relevant breach mechanisms.  The MRGO EBSBs have a length of over 64,000 feet, with significant variability in materials and geometry over this length.  The performance of the EBSBs is dictated by the ability of the EBSB to withstand the imposed storm surge and wind waves.  There are a number of factors (Figure 162) that impact the ability of the EBSB to resist storm surge and waves (Capacity); these include trees, shrubs, grasses in the

172

Riparian/Wetland zone that 'break up' incident waves in front of the EBSB; density of the grass armoring   (turf and substrate); the geometry of the EBSB (side slope angles, freeboard/crest elevation, crest width); and EBSB materials (soil type, soil stratigraphy, soil density, and soil erodibility).

147.    Similarly, there are a number of cumulative factors that impose "Demands" on the EBSB, these factors include (Figure 162): bathymetry (directly influences the wind-generated wave characteristics incident to the EBSB and the proximity of deep water to the EBSB location); topography (impacts wave characteristics as the storm surge rises because it controls water depth, and topography provides the means for vegetation establishment in front of the EBSB); storm surge level (the higher the storm surge, the higher the EBSB needs to be to prevent overtopping and higher storm surge levels allow for the generation of larger wind waves because the water depth increases); and wind waves (the direction, period, and height of the wind waves dictate the rate and magnitude of both up-rush and down-rush velocities and wave-induced overtopping of the EBSB).

148.    The EBSB Demands and Capacities were not the same over the entire EBSB Reach 2 alignment.  In order to fully analyze the EBSB performance, addressing each of the identified Capacity and Demand factors along the entire Reach 2 alignment must be addressed to appropriately analyze EBSB performance during Hurricane Katrina.



Figure 162:  Summary of EBSB Performance Parameters.

149.   Due to the very large spatial scale of this problem, and severe lack of information, two analysis phases were employed to characterize breaching mechanisms over the entire Reach 2 alignment:

- <u>Phase I</u> – Analysis of wave initiated – overtopping exploited breaching (flood side to protected side) and surge overtopping initiated breaching (protected side to flood side) at the EBSB Wave Breaching Analysis Location (Station 497+00) and at other Reach 2 locations to identify key parameters involved in development of the breaches (or non breaching) during Hurricane Katrina. This background was then extrapolated to other Reach 2 locations based on available photographic images, visual observations in the field, and review of available soil boring – laboratory and field testing data and Aerial

LiDAR data.  This approach does not fully address all of the identified Demand and Capacity parameters. In addition, there are 'data noise' challenges in that all of the required data is not available or there are distortions introduced into the photographic – video observations based on angles photographs were taken, lighting (time of day), etc. and resolution (point spacing) of the Aerial LiDAR data being too sparse to adequately characterize the features.  Additionally, our in-the-field observations were limited to a few select locations due to access and time restrictions following Hurricane Katrina, so we were unable to visually observe the entire Reach 2 segment of the MRGO EBSBs.

- Phase II – A detailed analysis that includes information from Phase I and all the identified Demand components (bathymetry, topography, storm surge level, wind wave characteristics) and Capacity components (riparian/wetland zone vegetation, armor characteristics, geometry, and materials) for the entire Reach 2 alignment. Such analyses were performed at the Wave Breaching Study Location (Station 497+00) and at a location north of Bayou Bienvenue (documented in Bea July 2008 Expert Report).

150.    Information used as part of our Phase I analyses include: available aerial photography (GE, 2005, NOAA, 2005), aerial video (USACE, 2005) and Aerial LiDAR data (IPET, 2005).  These analyses are documented in my July 2008 Expert Report. Three primary breach types were identified:  1) Surge overtopping initiated breaching (protected side to flood side – 'Overtopping'); 2) Wave initiated – overtopping exploited breaching (flood side to protected side – 'Wave and Overtopping'), and Sheet Pile Failure (breaching and overtopping). There were also transition failure (erosion/scour around the concrete sheet pile/EBSB interface at the Bayou Bienvenue and Bayou Dupre control structures, as well as

pipe line crossings), however, these were considered 'overtopping' breaches in our cursory evaluation.

151.    The Phase II analysis at MRGO Station 497+00 included direct consideration of all the Demand parameters (bathymetry, topography, storm surge level, wind wave characteristics) as well as all the Capacity parameters (/wetland zone vegetation, armor characteristics, geometry, and materials). I performed similar analyses at a location north of Bayou Bienvenue and at the location north of the Bayou Dupre navigation – water control structure interface with the EBSB. I have also completed Phase 2 analyses at a series of locations along Reach 2 of the MRGO to develop the additional details required to develop a reliable assessment of the breaching mechanisms and mechanics.

### *Breach Development Mechanisms*

152.    Because the sequence of actual events that developed and occurred during Hurricane Katrina was not observed first hand, classification by remnant features is necessary.  Several breach development sequence guides were used in development of our classification of breach development mechanisms and stages:  IPET (2007) and D'Elsio (2006a-c. 2007) for surge overtopping-induced erosion (Figures 163 and 1164), and Bruun (1985), Visser (1998), Carlson and Sayre 1961, Stanczak (2008, and Stanczak et al (2006a-6, 2007a-c) for wave-induced erosion (Figures 165 and 1166).  My breach classification includes the following:

- Surge overtopping initiated breaching (protected side to flood side development)

- Wave initiated overtopping exploited breaching (flood side to protected side development)

Our non- breach erosion classification includes the following:

- Wave erosion of flood side

- Surge overtopping erosion of protected side

- Wave head cutting (Crenellation), and

- Sheet pile overtopping erosion.



Figure 163: Progressive erosion from protected side to the flood side based on Overtopping Erosion only (from Mosher, 2008; IPET 2007).





Figure 164: Overtopping erosion breach development mechanics (D'Elsio 2006a-c, 2008).



Figure 165:  Wave-induced erosion initiates from the flood side and moves to the protected side (Bruun, 1985).



Figure 166: Wave-induced erosion breach development (Stanczak 2006a-b, 2007b, 2008).

179

153.    *Protected Side to Flood Side -* Surge Overtopping Initiated Breaching – For surge overtopping events (Figure 167) no significant erosion occurs until the water exceeds the crest elevation (either from the mean storm surge elevation or pulses of water from wave-induced overtopping).  Once exceeded, the water cascades down the backside and as the water cascades down the backside, the water velocity increases (until it reaches a terminal velocity).  The high velocity rates result in high shear stresses and these shear stresses result in the active erosion.  As the erosion progresses, a 'headcut' forms that traverses from the 'protected' side toward the 'flood side.'  As severity of the headcut increases, the erosion moves from Stage A to Stage B, to Stage C, and finally to Stage D.  The signature of this type of erosion is the lack of soils on the protected side and 'intact' sections on the flood side.  The erodibility of the material and duration of overtopping impact the amount of erosion that occurs.

154.    *Flood Side to Protected Side -* Wave Initiated Overtopping Exploited Breaching – For wave loading conditions (Figures 168 and 169), wave impact and run-up and run-down flow stresses are imposed on the front face as the waves either wash up and down (or waves crash into the face).  The larger the waves, the more wave energy is transferred to the flood face.  As the storm surge rises, the wave intensity increases and the amount of erosion increases.  A 'reverse' headcut moves from the 'flood side' towards the 'protected' side.  When the storm surge rises and nears the crest, wave pulses rushing across the crest induce vertical erosion.  As the crest is breached (crenellation), active overtopping begins and another headcut forms, this time towards the 'flood side.'  This type of erosion results in the lack of soils on the protected side as well as lack of soil sections on the flood side.  Eroded soil is found on the 'protected' side because the inrush of water (once the crest

180

is breached) flushes/transports flood side sediments to the protected side.  The erodibility of the material, the intensity of the wave action, degree of crest overtopping, and duration of waves/overtopping impact the amount of erosion that occurs.

155.   <u>Wave Erosion of Flood Side</u> – Similar to 'wave initiated breaching' but the EBSB crest is not breached  (Figure 170).  As a result, the erosion feature is only found outboard of the EBSB crest.  The erodibility of the material, the intensity of the wave action, the 'density' of vegetative cover and duration of waves/overtopping impact the amount of erosion that occurs.

156.   <u>Surge Overtopping Erosion of Protected Side</u> – Similar to 'surge overtopping initiated breaching' but the EBSB crest is not breached (Figure 171). As a result, the erosion feature is only found inboard of the EBSB crest. The erodibility of the material, the intensity of the wave action, the 'density' of <u>vegetative</u> cover and duration and intensity of surge overtopping flow impact the amount of erosion that occurs.

157.   <u>Wave Head Cutting (Crenellation)</u>  – Similar to 'wave initiated breaching' but the EBSB crest is breached but not exploited into a breach by the overtopping flow (Figure 1725).  As a result, the erosion feature is only found outboard of the EBSB crest.  The erodibility of the material, the intensity of the wave action, the 'density' of vegetative cover and duration of waves/overtopping impact the amount of erosion that occurs.

158.   <u>Sheet Pile Overtopping Erosion</u> – Sheet piles were installed at locations along the MRGO where excessive settlement of the EBSBs resulted in the inability to achieve specified crest elevations and/or there were slope failures.  The sheet piles were overtopped with overtopping plunging erosion.  Erosion based on sheet pile overtopping was classified based on the presence of sheet piles and observed scour (Figure 173).



Figure 167:  Sequence of events for overtopping-induced breaching.



Figure 168:  Sequence of events for wave and overtopping-induced breaching.



Figure 169: Pre and post-Hurricane Katrina comparisons of EBSB Wave Breaching Study Location (Station 497+00) cross-sections. Note distinctive shape of the post-hurricane EBSB cross-section.



Figure 170: Wave erosion of floodside of EBSBs. Note wave eroded 'mowed strip' on flood side.



Figure 171: Overtopping erosion of protected side of EBSBs.



Figure 172: Wave head cutting – crenellation - of the crest of the EBSBs.



Figure 173: Sheet piling overtopping erosion of EBSBs.

159.    My Phase I breach mechanism study identified all of the foregoing multiple breach mechanisms at play.  These analyses (Figure 174) indicated the following Reach 2 EBSB breach mechanisms, by percentages of the total length of EBSB breached:

- Surge overtopping initiated breaching (protected side to flood side) – 55%

- Wave initiated overtopping exploited breaching (flood side to protected side) – 45%

160.    Breaches also developed at the sheet piling overtopped locations and at the Reach 2 EBSB interfaces with navigation – water control structures at Bayou Dupre and Bayou Bienvenue. These breaches are not included in the foregoing percentages.

161.    To demonstrate the breach development modes, example locations have been identified in Figure 174 along Reach 2 that show each of these breach mechanisms

186

(Locations A – F).  In Figures 175 – 180 a photograph shows the post-Katrina condition, a three-part illustration depicts the erosion sequence (at 5 am, 7 am, and 9 am, CDT, during Hurricane Katrina) with the rising, peak, and falling storm surge, and a cross-section of the before (2000) and post (2005) Katrina profiles (based on LiDAR surveys) that confirm the resulting shape depicted in the three-series illustrations.

162.    Also shown are locations that were overtopped, but suffered no scour or erosion, represented by locations A and F were (No Breach).  Location B demonstrates features from wave and/or overtopping breaching mechanism (near Station 497+00). Location C shows a sheet pile breach feature.  Overtopping is shown at Location D.  Wave-induced erosion (crenellation) is shown at Location E, where there was no significant breach of the crest and through flow resulting in overtopping conditions.

163.    With respect to timing of the breach development mechanisms, Figure 181 shows a timeline of storm surge elevations.  The forensic engineering analyses indicate that no significant erosion occurs with the storm surge below an elevation of about +12 feet to +13 feet.  Prior to overtopping (surge elevation equivalent to the crest elevation), wave-induced erosion is the dominant erosion mechanism.  To evaluate the susceptibility of erosion during this time period (approximately 5:30 am to 7:00 am) an analysis of grass cover armoring and erodibility from wave-generated velocities must occur.

164.    Overtopping occurs with water levels exceeding the crest elevation, which occurred from approximately 6:30 to 9:00 am (note there is some overlap in time depending on crest elevation and actual surge experienced).  To evaluate the susceptibility of erosion during this time period the analyses must include grass cover armoring and erosion from water cascading down the protected side.  If no significant erosion has occurred by this time

(9:00 am), the storm surge begins to subside and wave-induced erosion becomes the primary erosion mechanism again.



Figure 174: Phase I breach mechanism classification.



Figure 175: Location A – No Breaching.



Figure 176: Location B – Wave initiated overtopping exploited breaching (flood side to protected side.



Figure 177:  Location C – Sheet pile overtopping erosion and breaching.

191



Figure 178: Location D – Surge overtopping initiated breaching (protected side to flood side).



Figure 179: Location E – Wave head cutting (crenellation).



Figure 180: Location F – No breaching.



Figure 181: Overview of erosion mechanism timeline.

165.   The MRGO EBSBs have a length of over 64,000 feet, with significant variability in materials and geometry over this length.  The performance of the EBSBs is dictated by the ability of the EBSB to withstand the imposed storm surge and wind waves. There are a number of factors that impact the ability of the EBSB to resist storm surge and waves (riparian/wetland vegetation, armor, geometry, and materials) and factors that impose demands on the EBSBs (bathymetry, topography, storm surge level, and wind-waves).  Our Phase I analyses for the MRGO Reach 2 EBSB breach development mechanisms identified

that 55% of the breaches could be attributed to surge overtopping initiated breaching (protected side to flood side) and 45% could be attributed to wave initiated overtopping exploited breaching (flood side to protected side) These percentages do not include un-breached segments, the sheet piling overtopping and breaching, and the breaches that developed at the EBSB interfaces with the navigation – water control structures at Bayou Dupre and Bayou Bienvenue.

166.     The Phase II analyses at the study locations have confirmed the Phase I assessments. MRGO EBSBs are highly heterogeneous with respect to topography, crest elevations (freeboard), grass cover (armor) characteristics, and soil erodibility characteristics. There was significant variation in these parameters, and a high-resolution analysis is required to capture and evaluate the impacts associated with these variations.  Additionally, evaluating all important factors associated with the 'Demands' and 'Capacities' of the EBSBs is important in order to comprehensively evaluate performance.  These analyses demonstrate that the variable conditions along the MRGO Reach 2 alignment provide a logical explanation for the varied performance and the presence of multiple breach mechanisms.

III.              SUMMARY OF FORENSIC ENGINEERING INVESTIGATIONS

167.     It is my conclusion, based on my experience, my observations and analyses, and my forensic engineering studies, that the primary cause for the breaches of the man-made features along Reach 1 and Reach 2 of the MRGO was the design, construction, and maintenance of the MRGO itself from 1958 to the date of Hurricane Katrina. Decisions of the USACE that resulted in the breaching and the catastrophic flooding of St. Bernard Parish, include the following:

(a)     to construct a deep-draft navigation channel in the immediate vicinity of Lake Borgne that would foreseeably connect with the narrow waterway of the GIWW - MRGO Reach 1 and the IHNC, without any structures to control excessive and prolonged water flow into the confined IHNC during hurricane storm surge conditions;

(b)     to use the MRGO channel as a "borrow pit" for construction material for the Congressionally mandated hurricane flood protection system, the Lake Pontchartrain and Vicinity (LPV) flood protection, and thus to construct the EBSBs in the vicinity and on alignment with the MRGO navigation channel such that the EBSBs along the MRGO channel to the south would foreseeably connect with the EBSBs along the GIWW and MRGO Reach 1 to the north to confine and convey ("funnel") storm surge from Lake Borgne into the narrow IHNC, thus predictably exacerbating excessive and prolonged water flow into the confined GIWW - MRGO Reach 1 and IHNC during hurricane storm surge conditions ("funnel effect") – again without any structures to control excessive and prolonged water flow during hurricane storm surge conditions;

(c)     to construct, maintain, and operate the MRGO channel in a manner that foreseeably allowed salt water intrusion which predictably led to the rapid destruction of tens of thousands of acres of protective, cypress forests, wetlands and swamps in the Lake Borgne Basin and the Central Wetlands Unit (area between EBSBs and 40 Arpent Canal) (Kemp 2007, Freudenberg et al 2007; see also  Declarations of Kemp, Fitzgerald et al, Day, Morris); the erosion and degradation of these protective cypress forests, swamps, and wetlands predictably exacerbated storm surge levels and duration in the area; in addition, loss of these natural protective barriers – often described as "horizontal levees" that are highly effective in reducing hurricane surge, currents and waves—predictably resulted in exposing the MRGO

EBSBs directly to hurricane surge, current and wave effects from the Gulf of Mexico, and the geometry of the constructed features foreseeably magnified the forces and effects of the storm surge, currents, and waves in some sections.

(d)     to maintain and operate the MRGO channel in a manner that foreseeably allowed it to (i) erode its banks and widen Reach 2 several times its authorized width, thereby endangering the stability and elevations of the adjacent EBSBs and (ii) erode and degrade the protective vegetation buffer between the authorized channel alignment and the toe of the EBSBs that would have protected the EBSBs; maintenance dredging - required to keep the MRGO in operation – and uninhibited wakes of ships traversing the channel foreseeable caused bank erosion and significantly widened the channel in many areas beyond its authorized width (Team Louisiana 2007). The widening of the MRGO had a further damaging effect in that the bank erosion exacerbated the settling of the soil constituting the EBSBs along Reach 2. Consequently, the settling of this soil ('creeping') reduced the height of the tops of the EBSB when measured against mean sea level.

(e)     failed to use USACE guidelines for excavations near or within a federally constructed flood control project in connection with the EBIA site clearing activities at the Lower 9th Ward. Likewise, these activities did not conform with generally accepted engineering practice;

(f)     to construct the LPV along Reach 2 and portions of Reach 1 (New Orleans 'Back Levee') with dredged spoil from the MRGO channel which was not suitable for constructing a hurricane flood protection system for a coastal environment; a foreseeable consequence of which was that EBSBs, and not the Congressionally mandated hurricane flood protection system, were constructed;

(g)     to construct the LPV hurricane flood protection structures along Reach 1 and Reach 2 without utilizing applicable USACE manuals, guidelines, criteria, standards, and polices in effect from 1965 to the present, and without utilizing the prevailing, generally-accepted engineering standards for coastal hurricane flood protection structures;

(h)     Failure to expeditiously complete the hurricane flood protection system; 40 years after authorization by Congress to design and construct "200 to 300- year" hurricane flood protection for this area, it was still not completed. Time ran out early the morning of 29 August 2005 as Hurricane Katrina crossed the delta of the Mississippi River.

168.     Each of these factors, as well as in combination, were substantial in causing the failures and breaches of the man-made hurricane flood protection structures along Reach 2 of the MRGO. But for the increased and sustained surge and waves caused and abetted by the MRGO during and after Hurricane Katrina, large portions of Greater New Orleans (particularly the Lower 9th Ward, New Orleans East, and St. Bernard Parish) would not have experienced catastrophic flooding of Biblical proportions. The MRGO was a substantiated factor in causing the catastrophic flooding in these areas. The system in place would have been adequate to contain most of the surge but for the increased and sustained surge, currents, and waves exacerbated by the MRGO.

169.     The USACE failed to recognize the foreseeable and foreseen damaging effects of the design, construction, operation, and maintenance of the MRGO on the natural environmental defenses and the adjacent, insufficient man-made hurricane flood protection structures. It was recognized that the MRGO had important adverse impacts on the environment, such as the degradation and erosion of the vital protection vegetation between the outboard side of the EBSBs and the authorized channel alignment, but no effective action

was ever taken to either remediate the effects or correct the deficiencies. In addition, the USACE recognized that the MRGO channel itself could have deleterious effects on the crest elevations of man-hade hurricane flood protection structures that would be built upon its banks, but again no effective early action was ever taken to prevent the MRGO channel from encroaching into the protective berm areas.

170.    With regard to the MRGO, there were feasible measures that the USACE could have undertaken to prevent or significantly mitigate its adverse effects (Bea and Arnold 2008). With respect to the design and construction aspects, the USACE did not design and construct hurricane flood protection Levees as specified in its own manuals, guidelines, criteria, standards, and polices in effect from 1965 to the present or in accordance with the prevailing, generally-accepted engineering standards for coastal hurricane flood protection Levees to adequately protect the significant population centers. In particular, the soil materials used by the USACE along Reach 2 and parts of Reach 1 (New Orleans East Back Levee) of the MRGO were not suitable for constructing a hurricane flood protection system in the direct proximity of a deep-draft navigational channel and an open water bodies (Lake Borgne, Gulf of Mexico).

171.    Particular failures to meet accepted professional design and construction standards included the use of unsuitable uncompacted dredge spoil comprised largely of sandy, silty shell fill as foundations in major parts of this system; insufficient attention to transitions between components that comprised the system (this was a system in name only); the lack of sufficient provisions for protecting the soils to resist the effects of surge, waves, and currents (both exposed and protected sides); insufficient attention given to hydraulic

effects including erosion, scour, hydrostatic pressure, and through- and under-levee seepage; and failure to meet maintenance requirements to address settlements and subsidence.

172.   It is important to bear in mind that the EBSBs along the MRGO were never intended to serve as hurricane flood protection Levees because (among other things) of the soil materials used and other features (such as lack of compaction, no armoring or surface cover, and no natural protective buffering). In a sense, therefore, the EBSBs along the two reaches performed as expected during and following Hurricane Katrina when they breached and severely eroded as they were exposed to the storm surge, currents, and waves exacerbated by the MRGO. To the extent that Congress mandated a hurricane flood protection system for Greater New Orleans in the wake of the catastrophic flooding during and after Hurricane Betsy in 1965, the USACE did not design and build such a system along vast stretches of the MRGO. In Section 204 of the Flood Control Act of 1965 (Pub. L. No. 89-298, 79 Stat. 1073, October 27, 1965)—Congress directed the USACE to build "works of improvement for . . . the control of destructive floodwaters" and a "*project for hurricane-hurricane flood protection on Lake Pontchartrain, Louisiana.*"  This project was supposed to protect the project area from "*the most severe combination of meteorological conditions that are considered reasonably characteristic of the region*." The evidence is overwhelming that the USACE did not design and construct such a project for Reach 2 of the MRGO.

173.   In addition to the fundamental conceptual decision not to build Levees, my forensic engineering analyses of the breaching and failure of the MRGO Reach 2 man-made hurricane flood protection structures features Hurricane Katrina lead to the conclusion that the USACE made other engineering and design decisions that foreseeably contributed to the failure of the system during and after Hurricane Katrina. These include decisions developed

during the concept development (e.g., failure to recognize the need for erosion–scour protection for exposed EBSBs), design (e.g., failure to properly evaluate soil conditions and characteristics used in construction of man-made features and abutments for navigation structures, failure to recognize and design for the important modes of failure), construction (e.g., use of obsolete vertical datum reference, extensive use of dredge spoil consisting of fine grained soils; EBSBs construction borrow pits located so as to exacerbate EBSBs settlements), operation and maintenance (e.g., failure to respond to important reductions in the elevations of the protective man-made features due to settlements and subsidence).

174.    A particular deficient design criterion included the use of the obsolete Standard Project Hurricane as the fundamental basis for the meteorologic – oceanographic design and configuration of the hurricane flood protection system.

175.    Based on my experience, my observations and results from extensive analyses performed after conclusion of the ILIT (2006), IPET (2006), and Team Louisiana (2007) forensic engineering studies, it is my conclusion that a major contributor to the catastrophic flooding of the St. Bernard – Lower 9th Ward 'polder' was the premature breaching of the MRGO Reach 2 EBSBs and breaches at the navigation structures at Bayou Dupre and Bayou Bienvenue, early the morning of August 29, 2005. The differential wave action attributable to the adverse effects of the MRGO was the primary reason for this premature breaching.  The design of a tidewater channel immediately adjacent to Lake Borgne and connecting the channel into the GIWW created a predicted and predictable "funnel effect" that locally increased the height and duration of the high water levels and current velocities. The analyses indicate breaching of the EBSBs developed early the morning of August 29, 2005 allowing water to flow into and fill the ponding area between the Reach 2 EBSBs and the 40 Arpent

levees. Later, when the peak of the surge arrived, the breaches were further expanded and water was able to rapidly overtop the 40 Arpent levee and flood St Bernard Parish - Lower 9th Ward polder.

176.    The system in place—even though along the MRGO it did not constitute Levees—would have been adequate to contain most of the surge but for the increased and sustained surge, currents, and waves exacerbated by the MRGO. My review of the USACE forensic engineering documentation regarding failures of the man-made structures along Reach 2, indicates that the USACE thinks that the design, construction, operation, and maintenance of these man-made structures was not defective or deficient. The use of uncompacted coarse grained dredged spoil in construction, the lack of adequate defense against seepage and associated adverse hydraulic effects, and the lack of adequate armoring for current and wave attack is deemed by the USACE to be within their Congressional charge. The USACE contends that during Hurricane Katrina, these man-made structures did what they were supposed to do – they performed as intended. In my professional opinion, these assertions are demonstrably erroneous. These were not proper Hurricane flood protection structures – and they performed miserably. My analysis of the available documentation does not indicate that Congress instructed the USACE to construct such structures; rather Congress acted upon the recommendations provided by the USACE. Congress depended upon the USACE to do the work properly (meet the Standards of Care) and achieve the intended level of Hurricane flood protection approved by Congress (e.g. 200 – 300 year protection). The USACE's conscious decision after 1965 not to build Levees— and instead to construct EBSBs along parts of Reach 1 and virtually all of Reach 2 of the MRGO—spelled the difference between the resulting catastrophe that claimed hundreds of

lives and caused billions of dollars of property losses as opposed to some inconvenient but not cataclysmic flooding. These EBSBs combined with the destructive effects of the MRGO provided the 'margin for failure.'

177.    Results of my forensic engineering analyses performed to determine the timing and causes of the Reach 2 EBSBs during Hurricane Katrina show that many breaches were initiated by wave side hydraulic attack (scour, erosion) when the waves reached about the mid-height of the EBSBs. Examination of aerial LiDAR survey elevation data gathered following Hurricane Katrina indicates approximately 45 percent of the EBSBs along Reach 2 failed in this manner. Once the surge and waves reached the tops of the EBSBs, water rushing down the backside of the EBSBs were able to fully open and develop additional breaches. Approximately 55 percent of the EBSBs along Reach 2 failed in this manner. My forensic engineering field observations made following Hurricane Katrina corroborate these observations. Absent the adverse effects of the MRGO, the sheltering action of the wetlands and swamps could be expected to result in dramatic reductions in the wave scour and erosion intensities resulting in acceptable performance of properly designed, constructed, and maintained Levees. Even the EBSBs in place along Reach 2 during Hurricane Katrina would not have experienced breaches and overtopping as severe as actually occurred if the wetlands and swamps destroyed by the MRGO had been in existence to buffer the storm surge and protect the EBSBs from wave scour and erosion.  A primary reason for the catastrophic flooding of the St Bernard Parish – Lower 9th Ward polder was the increased storm surge, waves, and currents caused by the presence and adverse effects of the MRGO.

178.    Results of analyses to determine the timing and causes of the breach at the Reach 2 Bayou Bienvenue navigation structure to EBSB tie-in (South side) show that

hydraulic flow and pressures through the light weight shell fill used to help minimize settlements into the buried original bayou channel and hydraulic effects developed under the short sheet piling that did not cut off flow through the buried bayou channel were sufficient to develop seepage and stability failures at this location. This is clearly the result of the defective design of this part of this navigation structure and the enhanced surge, currents, and waves caused by the MRGO. The analyses indicate this breach began development early the morning of August 29, 2005 allowing water to flow into and fill the ponding area between the Reach 2 EBSBs and the 40 Arpent levees. When the peak of the surge arrived, the breaches were further expanded and water was able to rapidly overtop the 40 Arpent levee and flood St Bernard Parish and the Lower 9th Ward polder.

179.     Results of analyses to determine the timing and causes of the breach at the Reach 2 Bayou Dupre navigation structure to EBSB tie-in (North side) show that hydraulic flow and pressures were not sufficient to cause seepage or stability failures. Rather, this breach apparently developed as the result of wave attack and overtopping flow and erosion of the soils at this location which was exacerbated by the enhanced surge, currents, and waves caused by the MRGO.

180.     It is clear that in some cases the MRGO channel banks were allowed by the USACE to encroach into the 'critical areas' adjacent to the EBSBs. These encroachments foreseeably endangered the elevations and stability of the EBSBs. The dangers associated with the erosion of the MRGO channel banks were clearly recognized by the USACE at least as early as 1981: "*(h) Within 10 years the MRGO bank will have eroded past the MRGO R/W line (over 200 feet) and will threaten the stability of the hurricane levee*." (underline added for emphasis (USACE 1981).

181.    The observations and analyses performed during this study show that lateral squeezing of the underlying marsh and clay layers into the adjacent MRGO channel resulted in significant decreases in the protective elevations of the EBSBs. No documentation of precautions taken or analyses performed to assure that the integrity and stability of the EBSBs was not endangered could be found during this study.  Similar observations apply to the recent construction of soil borrow pits by the USACE adjacent to the protected sides of the MRGO.

182.    A two-phase breach mechanism evaluation has been performed at MRGO Station 497+00 (Wave Breaching Study Location) and at another location immediately north of Bayou Bienvenue. In addition, a Phase II breach mechanism evaluation has been performed at six additional locations discussed earlier in this report (identified as locations A through F).

183.    The MRGO Reach 2 EBSBs have a length of over 64,000 feet, with significant variability in materials and geometry over this length.  The performance of the EBSBs is dictated by the ability of the EBSB to withstand the imposed storm surge and wind waves.  There are a number of factors that impact the ability of the EBSB to resist storm surge and waves (riparian/wetland vegetation, armor, geometry, and materials) and factors that impose demands on the EBSBs (bathymetry, topography, storm surge level, and wind-waves).  My Phase I analyses for the MR-GO Reach 2 EBSB breach development mechanisms identified that 55% of the breaches could be attributed to surge overtopping initiated breaching (protected side to flood side) and 45% could be attributed to wave initiated overtopping exploited breaching (flood side to protected side) These percentages do not include un-breached segments, the sheet piling overtopping and breaching, and the

206

breaches that developed at the EBSB interfaces with the navigation – water control structures at Bayou Dupre and Bayou Bienvenue.

184.      The Phase II analyses at the study locations have confirmed my the Phase I assessments.  MRGO EBSBs highly heterogeneous with respect to topography, crest elevations (freeboard), grass cover (armor) characteristics, and soil erodibility characteristics. There was significant variation in these parameters, and a high-resolution analysis is required to capture and evaluate the impacts associated with these variations.  Additionally, evaluating all important factors associate with the 'Demands' and 'Capacities' of the EBSBs are important in order to comprehensively evaluate performance.  These analyses demonstrate that the variable conditions along the MR-GO Reach 2 alignment provide a logical explanation for the varied performance and the presence of multiple breach mechanisms.

One very important insight developed during the Phase 2 analyses. The analyses summarized in this report demonstrate that MRGO Reach 2 EBSB materials were of poor quality and susceptible to both wave-induced and overtopping-induced erosion breaching during Hurricane Katrina.

## IV.          REFERENCES

American Society of Civil Engineers (2007). *The New Orleans Hurricane Protection System: What Went Wrong and Why*. ASCE, Reston VA.

Arnold, J.L. (2007). Declaration concerning the composition of materials, design, and construction of the man-made features bordering the southwest bank of the Mississippi-River-Gulf Outlet (MRGO). September 17, Baton Rouge, LA.

Arnold, J.L. (2008). Declaration concerning available state of the practice engineering and design guidelines for construction of the man-made features bordering the southwest bank of the Mississippi-River-Gulf Outlet (MRGO). July XX, Baton Rouge, LA.

Asano, T., Deguuchi, H, Kobayashi, N. (1993). "Interaction between water waves and vegetation," *Proceedings 23rd Coastal Engineering Conference*, ASCE, New York, 2710-2723.

Bea, R.G. (2006). *Load Engineering – Reliability Based Loadings for Life-Cycle Engineering of Systems*, Vick Copy Publishers, Berkeley, CA.

Bea, R. G. (2007a). *Human & Organizational Factors: Quality & Reliability Engineered Systems*. Vick Copy Publishers, Berkeley, CA.

Bea, R.G. (2007b). "Lessons from Failure of the Flood Protection System for the Greater New Orleans Area During Hurricane Katrina." *Proceedings of the 6th International Conference on Offshore Mechanics and Arctic Engineering,* OMAE 2007-29649, American Society of Mechanical Engineers, New York.

Bea, R.G. (2007c). "Reliability Assessment & Management Lessons from Hurricane Katrrina." *Proceedings of the 6th International Conference on Offshore Mechanics and Arctic Engineering,* OMAE 2007-29649, American Society of Mechanical Engineers, New York.

Bea, R. G. (2008a). *Expert report concerning the performance during Hurricane Katrina of the man-made features bordering the Mississippi River – Gulf Outlet.* Declaration submitted on behalf of the Plaintiffs in Robinson v. United States in connection with the Flood Control Act immunity issues, July 11, 2008.

Bea, R. G. (2008b). *Expert report concerning the performance during Hurricane Katrina of the man-made features bordering the Inner Harbor Navigation Canal at the Lower 9th Ward.* Declaration submitted on behalf of the Plaintiffs in Robinson v. United States in connection with the Flood Control Act immunity issues, July 11, 2008.

Bea, R.G. (2008c). "Failure of the New Orleans 17th Street Canal Levee & Floodwall During Hurricane Katrina." *From Research to Practice in Geotechnical Engineering,* Proceedings of the John Schmertmann Symposium, Geotechnical Special Publication No 180, ASCE, Herndon, Va.

Bea, R. G. and Arnold, J. (2008). Technical Guidance Available for Design, Construction, and Maintenance of the MRGO and LPV, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MRGO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bea, R. G. and Cobos-Roa, D. (2008a). *Analyses of Breaching of MRGO Bayou Dupre & Bayou Bienvenue Navigation Structures During Hurricane Katrina.* Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MRGO, Robinson

[No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bea, R. G. and Cobos-Roa, D (2008b). *Analyses of Breaching of the Effects of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina.* Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MRGO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bea, R. G. and Storesund, R. (2008a). Analyses of Breaching of MRGO Reach 2 EBSBs During Hurricane Katrina. Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MRGO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Bea, R. G. and Storesund, R. (2008b).Review of Excavation and Backfill Practices Near Flood Control Systems. Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MRGO, Robinson [No. 06-2268], Risk Assessment and Management Services, Moraga, CA, July 11, 2008.

Beckwith, C. W., Baird, A. J., and Heathwaite, A. L., (2003), Anisotropy and Depth-related Heterogeneity of Hydraulic Conductivity in a Bog Peat. I: Laboratory Measurements, Hydrological Processes, 17, pp. 89-101.  Published online 13 November 2002 in Wiley InterScience (www.interscience.wiley.com) DOI: 10.1002/hyp.1116.

Bezuijen, A. and Adel, H. den (2006). "Dike failure due to surface erosion, N-g and 1-g tests," Physical Modelling in Geotechnics – 06 - the ICPMG 06, Taylor & Francis Grou, London, UK.

Bretschneider, C. L. (1954). Field investigation of wave energy loss of shallow water ocean waves, USACE, Beach Erosion Board, Technical Memo. No. 46, September.

Bretschneider, C. L. and Collins, J. I. (1966). *Storm Surge Effects of the Mississippi River-Gulf Outlet, Study A,* Report to USACE (New Orleans), NESCO Report SN-326-A, September, Pasadena, CA.

Briaud, J. L. et al (2001). "Erosion Function Apparatus for Scour Rate Predictions," Journal of Geotechnical and Geoenvironmental Engineering, ASCE, 127, 2, 105-113.

Briaud, J.-L., Chen, H.-C., Govindasamy, A.V., and Storesund, R. (2007). "Levee Erosion by Overtopping in New Orleans During the Katrina Hurricane," Proceedings Geo-Denver 2007, American Society of Civil Engineers, Herndon VA.

Briaud, J-L, Chen, H-C, Govindasamy, A.V., and Storesund, R. (2008). "Levee Erosion by Overtopping in New Orleans during the Katrina Hurricane," Journal of Geotechnical and Geoenvironmental Engineering, ASCEm 134, 5, 618-632.

Bromwell, L.G., Dean, R.G., and Vick, S.G. (2006). Report of Expert Review Planel, Technical Evaluation of Herbert Hoover Dike, Lake Okeechobee, Florida, Report to South Florida Water Management District, BCI Engineers & Scientists, Lakeland, Florida, BCI Project No. 2-13294.1

Bruun, Per. (1985). Design and Construction of Mounds for Breakwaters and Coastal Protection. Developments in Geotechnical Engineering; 37. Elsevier Science Publishers, B.V. Amsterdam.

Camfield, F.E. (1977). Wind-Wave Propagation Over Flooded, Vegetated Land, Technical Report Paper No. 77-12, Coastal Engineering Research Center, USACE Waterways Experimental Station, Vicksburg, MS.

Camfield, F.E. (1983). "Wind-wave growth with high friction." Journal Waterway, Port, Coastal, and Ocean Engineering, ASCE, 109, 1, 115-117.

Clymo, R. S., (2004), Hydraulic Conductivity of Peat at Ellergower Moss, Scotland, Hydrological Processes, 18, pp. 261-274. Published online in Wiley InterScience (www.interscience.wiley.com) DOI: 10.1002/hyp.1374.

Coastal Environments, Inc (CEI) (1984). The Mississippi River Gulf Outlet: A Study of Bank Stabilization. Prepared for: St. Bernard Parish Police Jury, Ashley Henderson, President; U.S. Department of Commerce, National Oceanic and Atmospheric Administration; and State of Louisiana, Department of Natural Resources, Coastal Management Section, December.

Coleman, J.M. and Gagliano, S.M. (1965). "Sedimentary Structures: Mississippi River Deltaic Plain," Primary Sedimental Structures and their Hydrodynamic Interpretation, Society of Economic Paleontologists and Mineralogists, AAPG Special Publication No. 12.

Collins, J. L. (1972). "Prediction of shallow-water spectra," Journal of Geophysical Research, 77, 2693-2707.

Committee on Homeland Security and Governmental Affairs (2006). Hurricane Katrina – A National Still Unprepared. United States Senate, Washington, DC.

Consolidated Katrina Litigation Committee (2008). MRGO Timeline – 1722 A.D. – Present, New Orleans, LA.

Colten, C.E. (2006). *Perilous Place and Powerful Storms: Hurricane Protection in Southeast Louisiana, 1947 – 2005.* Report to USACE, Office of History, Alexandria, VA.

D'Eliso, C. (2007). Breaching of sea dikes initiated by wave overtopping – A tiered and modular modeling approach, Doctor of Engineering Dissertation, University of Florence, Florence, Italy.

Dalrymple, R.A, Kirby, J.T, Hwang, P.A. (1984). Wave diffraction due to areas of energy dissipation," Journal Waterways, Port, Coastal, and Ocean Engineering, ASCE, 110 (1), 67-69.

Dean, R.G. (1978). "Effects of Vegetation on Shoreline Erosional Processes," Wetlands Functions and Values: The State of Our Understanding, American Water Resources Association, 415-426.

Dean, R.G. (1991). "Equilibrium bach profiles: Characteristics and applications," Journal of Coastal Research, Vol 7, No 1, 53-83.

Dean, R.G. and Dalrymple, R.A. (1991). Water Wave Mechanics for Engineers and Scientists. Word Scientific, New Jersey.

Dean, R.G. and Dalrymple, R.A. (2002). Coastal Processes with Engineering Applications, Cambridge University Press, Cambridge, UK.

Ebersole, B. (2008). "Roles of MRGO, GIWW, and IHNC During Hurricane Katrina, Hydrodynamic Loadings and Levee/Wall Responses Along the Navigation Channels and Influence of MRGO During Katrina." Draft in-progess work, PowerPoint Presentation for USACE, Engineering Research and Development Center, Coastal and Hydraulics Laboratory, Vicksburg, MS.

Ebersole, Bruce (2008). "Hydrodynamic Loadings and Levee/Wall Responses Along the Navigation Channels and Influence of MRGO During Katrina," Draft in-progress work, PowerPoint Presentation for USACE, Vicksburg, MS.

Edgers, L. (1973). Undrained Creep of a Soft Foundation Clay, Doctor of Philosophy Dissertation, Massachusetts Institute of Technology, February.

Egglesmann, R., (1975), Physical Effects of Drainage in Peat Soils of the Temperate Zone and their Forecasting, pp. 69-76.

Esteves, J. (2007). Personal Communications Regarding History of Performance of MRGO Reach 2 EBSBs, St Bernard Parish, Louisiana.

Federal Emergency Management Agency (1985). Coastal Flooding Hurricane Storm Surge Model, Federal Insurance Administration, Washington DC.

Federal Emergency Management Agency (1988). Wave Height Analysis for Flood Insurance Studies, Federal Insurance Administration, Washington DC.

Federal Highway Administration (1988). Design of Roadside Channels with Flexible Linings, U.S. Department of Transportation, Hydraulic Engineering Circular No. 15, Publication No. FHWA-IP-87-7, Washington DC.

Federal Highway Administration (2006). Hydraulic Design of Energy Dissipators for Culverts and Channels, U.S. Department of Transportation, National Highway Institute, Publication No. FHWA-NHI-06-086, Washington. DC.

FitzGerald, D, et al (2008). Impact of the Mississippi River Gulf Outlet (MRGO): Geomorphology & Geology, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MRGO, Robinson [No. 06-2268], Environmental Science Services, Inc., Denham Springs, LA.

Foott, R. and Ladd, C.C. (1977). "Behaviour of Atachafalaya levees during construction," Geotechnique 27, No. 2, 137-160.

Freeman, G.E., Rahmeyer, W.J., and Copeland, R.R. (2000). Determination of Resistance Due to Shrubs and Woody Vegetation. USACE, Engineer Research and Development Center, Coastal and Hydraulics Laboratory, ERDC/CHL TR-00-25, Vicksburg, MS.

Gagliano, S., (2005), Effects of Geological Faults on Levee Failures in South Louisiana, Prepared for presentation and discussion, U.S. Senate Committee on Environment and Public Works, Washington D.C.

Gautier, C., Kok, M., and Vrijling, J.K. (2008). Wave Modeling New Orleans – Mississippi River Gulf Outlet, Hurricane Katrina August 2005, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MRGO, Robinson [No. 06-2268], Delft University of Technology and SVASEK Hydraulics, Delft, The Netherlands, July.

GEOSLOPE (2004), Complete set of Manuals, John Kran (Edit.), Calgary, Alberta, Canada.

Goda, Y. (2000). Random Seas and Design of Maritime Structures, Advanced Series on Ocean Engineering, Vol. 15, World Scientific Publishers, New York.

Government Accountability Office (1976). *Cost, Schedule, and Performance Problems of the Lake Pontchartrain and Vicinity*, Louisiana, Hurricane Protection Project, Report to the Congress, Washington DC, Aug. 31.

Government Accountability Office (1983). *Water Project Construction Backlog - A Serious Problem With No Easy Solution*, Report to Committee on Public Works and Transportation, House of Representatives, GAO/RCED-83-49, Washington DC.

Government Accountability Office (1997). *Results Act: Observations on the U.S. Army Corps of Engineers Civil Works Program's Draft Strategic Plan*, Report to Committee on Transportation and Infrastructure, House of Representatives, GAO/RCED-98-13R, Washington DC.

Government Accountability Office (2003). *Corps of Engineers, Improved Analysis of Costs and Benefits Needed for Sacramento Flood Protection Project*, Report to Congressional Requesters, GAO-04-30, Washington DC.

Government Accountability Office (2005). *Army Corps of Engineers, Improved Planning and Financial Management Should Replace Reliance on Reprogramming Actions to Manage funds, Subcommittee on Energy and Water Development, Committee on Appropriations, House of Representatives*, GAO-05-946, Washington DC.

Hanson, G.J., et al (2001). "Evaluating Headcut Migration Rates of Earthen Embankment Breach Tests," *Proceedings of the Society for engineering agricultural, food, and biological systems*, Paper No. 01-012080, ASAE, St Joseph, MI.

Hanson, G.J., et al (2003). "Observed Erosion Processes During Embankment Overtopping Tests, *Proceedings of the Society for engineering agricultural, food, and biological systems*, Paper No. 032066, ASAE, St Joseph, MI.

Hanson, G.J., et al (2005). "Simplified breach analysis model for homogeneous embankments: Part 2, Defining Parameter Inputs and Variable Scale Model Comparisons," *Proceedings of the Annual Conference of the United States Society on Dams*, Salt Lake City, UT.

Hemond, H. F., and Fifield, J. L., (1982), Subsurface Flow in Salt Marsh Peat: A Model and Field Study, Limnol Oceanography, 27(1), pp. 126-136.

Hewlett, H.W.M., Boorman, L.A., and Bramley, M.E. (1987). Design of Reinforced Grass Waterways, CIRIA Report 116, Construction and Industgry Research and Informatin Association, London UK.

Hogan, J. M., Van der Kamp, G. Barbour, S. L., Scmidth, R. (2006), Field Methods for Measuring Hydraulic Properties of Peat Deposits, Hydrological Processes, 20. pp. 3635-3649.  Published online in Wiley InterScience (www.interscience.wiley.com) DOI: 10.1002/hyp.6379.

Hughes, S.A. (2007). "Evaluation of Permissible Wave Overtopping Criteria for Earthen Levees Without Erosion Protection," Navigation Division, Coastal and Hydraulics Laboratory, USAC E Research and Developoment Center, Vicksburg, Mississippi.

Hughes, S.A. (2008). Estimation of Combined Wave and Storm Surge Overtopping at Earthen Levees, USACE, Coastal and Hydraulics Engineering Technical Note ERDC/CHL CHETN-III-78, Vicksburg, MS.

Hunt, S.L., Hanson, G.J., Cook, K.R., and Kadavy, K.C. (2005). "Breach Widening Observations from Earthen Embankment Tests," Transactions of the American Society of Agricultural Engineers, Vol. 48, No. 3, 115-120.

Independent Levee Investigation Team (ILIT) (2006). *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005.* Final Report to National Science Foundation, University of California Berkeley, Berkeley CA. Available from: www.ce.berkeley.edu/~new_orleans.

IPET (2007). *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System.* Final Report of the Interagency Performance Evaluation Task Force. Available from: https://ipet.wes.army.mil/.

Jarvela, J. (2004). Flow Resistance in Environmental Channels: Focus on Vegetation, Helsinki University of Technology Water Resources Publication TKK-VTR-10, Helsinki, Finland.

Kahan, J.P.,Wu, M., Hajiamiri, S., and Knopman, D. (2006). From Flood Control to Integrated Water Resource Management, Lessons for the Gulf Coast from Flooding in Other Places in the Last Sixty Years, Gulf States Policy Institute, Rand Corporation.

Kaufaman, R.I. and Weaver, F.J. (1967). "Stability of Atchafalaya levees." Journal of Soil Mechanics and Foundations Division, ASCE, 93, No. SM4, 157-176.

Kemp, G.P. (2007). Declaration, Case 1:05-cv-01119-SGB, Document 35, Filed 01/27/2007.

Kemp, P.G. (2008). "Shoaling of Infilling of Borrow Pits that Supplied Material for post-Katrina Repair of Mississippi River Gulf Outlet Levee: Chalmette Extension, Lake Pontchartrain and Vicinity Hurricane Protection Project," Informal Report, April 15.

Kemp, P.G. and van Heerden, Ivor (2008). Mississippi River Gulf Outlet Effects on Storm Surge and Waves – Expert Report Three, Report to Consolidated Katrina Litigation Committee, Baton Rouge, LA.

Knoll, F. (1986. "Checking Techniques" Modeling Human Error in Structural Design and Construction, A.S. Nowak (Ed), ASCE, Herndon, VA.

Knutson, P. L., Brochu, R.A, Seelig, W.N and Inskeep, N. (1982),. "Wave damping in Spartina alternifloria marshes." Wetlands, Journal of the Society of Wetlands Science, (2), 87-104.

Knutson, P.L (1988). "Role of Coastal Marshes in Energy Dissipation and Shore Protection, Chapter 13, The Ecology and Management of Wetlands, Vol 1, Timber Press, Portland, OR.

Kobayashi, N., Raichle, A.W., and Asano, T. (1993). "Wave Attenuation by Vegetation," Journal of Waterway, Port, Coastal, and Ocean Engineering, ASCE, 119, 1, 320-48.

Koelewijn, A.R., and Sellmeijer, J.B. (2006). "Beyond the Prediction of Critical Flood Levels: Using Artificial Neural Networks for Failure Mechanisms Below Crest Level," 7th International Conference on Hydroinfomatics, Nice, France.

Kok, M. and Gautier, C. (2008). Wave modeling New Orleans MRGO Katrina event August 2005, Delft University of Technology (TU Delft), The Netherlands.

Kok, M. Maaskant, B., and de Wit, L. (2008). Flow modeling New Orleans MRGO Katrina event August 2005, Delft University of Technology (TU Delft), The Netherlands.

Kok, M., Aalberts, M., Maaskant, B., and Wit, L. de (2007). *Polder Flood Simulations for Greater New Orleans Hurricane Katrina August 2005,* Report by Delft University of Technology and SVASEK Hydraulics, July.

Kok, M., Aalberts, Kanning, W., Baaskant, B., and Wit, L. de (2008). *Polder Flood Simulations for Greater New Orleans: the 'Neutral' MRGO Scenario*, Report by Delft University of Technology and SVASEK Hydraulics, Delft, The Netherlands, July.

Kriebel, D.L. and Dean R.G. (1993). "Convolution method for Time-Dependent Beach-Profile Response," Journal of Waterway, ort, Coastal and Ocean Engineering, Vol 119, No 2, ASCE, 204-226.

Lematire, J. and Desmorat, R. (2005). Engineering Damage Mechanics, Springer Verlag, New York.

Louisiana State University (LSU) (2007). *What to tell your students for Bob Bea 27th November 2007*, and *The Consequences of the Mississippi River Gulf Outlet on the*

*Waves Regime Impacting the Levees Surrounding Greater New Orleans During Passage of Tropical Cyclones*, Ivor van Heerden. Baton Rouge, LA.

Livermore Software Technology Corporation (2007. "LS-DYNA." Available from: www.lstc.com. Date accessed: August 20, 2007.

Mashriqui, H.S., Kemp, G.P., van Heerden, I., Ropers-Huilman, B.D., Hyfield, E. Young, Y., Streva, K. and Binselam (2006). "Experimental Storm Surge Simulations for Hurricane Katrina, Coastal Hydrology and Water Quality, Xu, Y.J. and Singh, V.J. (Eds), Proceedings of the AIH 25th Anniversary Meeting & International Conference, American Institute of Hydrology, May, 481-489, Baton Rouge, Louisiana.

Massel, S.R., Furukawa, K., and Brinkman, R.M. (1999). "Surface wave propagation in mangrove forests," Journal of Fluid Dynamics Research, Elsevier Science B.V., 24, 219-249.

Meer, J.W. van der and Breteler, M. K. (1990). "Measurement and Computation of Wave Induced Velocities on a Smooth Slope," 22nd International Conference on Coastal Engineering, Delft, The Netherlands.

Meer, J.W. van der and Segffert, J.W. (1994). "Erosion and Overtopping of a Grass Dike," Proceedings of the International Conference on Coastal Engineering, ASCE, 2639-2652.

Meer, W. van der and Janssen, J.P.F.M. (1994). Wave run-up and wave overtopping on dikes and revetments, Delft Hydraulics Report, Delft, The Netherlands.

Mesri, G. and Ajlouni, M., (2007), Engineering Properties of Fibrous Peats, ASCE Publication, available online at: www.pubs.asce.org, DOI: 10.1061/(ASCE) 1090-0241 (2007).

Livermore Software Technology Corporation. 2007. "LS-DYNA." Available from: www.lstc.com. Date accessed: August 20, 2007.

Moller, I., et al (1999). "Wave Transformation Over Salt Marshes: A Field and Numerical Modelling Study from North Norfolk, England." Estuarine, Coastal and Shelf Science , 49, 411-426.

Morgan, J.P. (1952). "Mudlumps at the Mouths of the Mississippi River," Proceedings Second Conference on Coastal Engineering, Council on Wave Research, U. of California Berkeley.

Morris, C.A. (2007). *Survey and Spatial Data in the Vicinity of the Mississippi River Gulf Outlet (MRGO)*, Report prepared for Plaintiffs in Robinson v. United States, Cmor Consulting LLC, Baton Rouge, Louisiana.

Morris, C. (2008). *Survey and Spatial Data in the Vicinity of the Mississippi River Gulf Outlet (MRGO)*, Expert Report Prepared for Plaintiffs in *Robinson v. United States*, Cmor Consulting LLC, Baton Rouge, LA.

Munson, Bruce R., Donald F. Young, and Theodore H. Okiishi.  1998.  Fundamentals of Fluid Mechanics. Third Edition.  John Wiley and Sons.  New York.

National Academy of Engineering and National Research Council (NAE / NRC) (2008). Report of the National Academy of Engineering / National Research Council Committee on New Orleans Regional Hurricane Protection Projects, The National Academies Press, Washington, DC.

National Engineering Science Company (NESCO).  1966.  "Storm Surge Effects of the Mississippi River Gulf Outlet, Study A."  Contract No. DA-16-047-CIVENG-66-316. NESCO Report SN-326-A.  September 9, 1966.

National Research Council (2007). Mitigating Shore Erosion Along Sheltered Coasts, Committee on Mitigating Shore Erosion Along Sheltered Coasts, Ocean Studies Board, The National Academies Press, Washington DC.

Office of Management and Budget (2006). *Agency Scorecards, Corps of Engineers - Civil Works*, The Executive Office of the President, The White House, <http://www.whitehouse.gov/omb> (May 1, 2006).

Penland, S., et al (2008). Impact of the Mississippi River Gulf Outlet (MRGO): Geomorphology & Geology, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MRGO, Robinson [No. 06-2268], Environmental Science Services, Inc., Denham Springs, LA.

Poulos, H.G., de Ambrosis, L. P., and Davis, E.H. (1976). "Method of Calculating Long-Term Creep Settlements," Journal of the Geotechnical Engineering Division, ASCE, Vol 102, No. GT7, 787-804.

Pullen, T. et al (2007). EurOtop – wave overtopping of sea defences and related structures: Assessment manual, Environment Agency, UK, Expertise Netwerk Waterkeren, NL, and Kuratorium fur Forschung im Kusteingeinieurwesen, DE.

Redman, P.G. and Pulos, H.G. (1984). "Study of Two Field Cases Involving Undrained Creep," Journal of Geotechnical Engineering, Vol 110, No 9, ASCE.

Reid, R.O. and Whitaker, R.E. (1976). "Wind-Driven Flow of Water Influenced by a Canopy," Journal of Waterways, Harbors, and Coastal Engineering Division, ASCE, WW1, 61-77.

Ronkanen, A. and Kløve, B., (2005),  Hydraulic Soil Properties of Peatlands Treating Municipal Wastewater and Peat Harvesting Runoff, Finnish Peatland Society, Helsinki 2005.

Schmertmann, J.H. (1966). "Case History of USACE Everglades Levee Soil Squeezing," University of Florida Geotechnical Engineering Course Notes, Gainesville, Florida.

Schmertmann, J.H. (2008). Personal e-Mail Communications Regarding Potential MRGO EBSB Clay Creep.

Schuttrumpf, H. (2007). Wave Overtopping Flow on Sea dikes – Experimental and Theoretical Investigations, Delft Technical University, Delft, The Netherlands.

Seed, R. B., Bea, R. G., Abdelmalak, R. I., Athanasopoulos, A. G., Boutwell, G. P., Bray, J. D., Briaud, J. L., Cheung, C., Cobos-Roa, D., Cohen-Waeber, J., Collins, B. D., Ehrensing, L., Farber, D., Hanemann, M., Harder, L. F., Inkabi, K. S., Kammerer, A. M., Karadeniz, D., Kayen, R.E., Moss, R. E. S., Nicks, J., Nimmala, S., Pestana, J. M., Porter, J., Rhee, K., Riemer, M. F., Roberts, K., Rogers, J. D., Storesund, R., Govindasamy, A. V., Vera-Grunauer, X., Wartman, J. E., Watkins, C. M., Wenk Jr., E., and Yim, S. C. (2006), Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report to the National Science Foundation, under Grants CMS-0413327 and CMS-0611632, July 31, 2006, 742 p.

Seed, R.B, et al (2008a). "New Orleans and Hurricane Katrina. I: Introduction, Overview and the East Flank." Journal of Geotechnical and Geoenvironmental Engineering, ASCE, 134, 5, 701-717.

Seed, R.B, et al (2008b). "New Orleans and Hurricane Katrina. II: The Central Region and the Lower Ninth Ward," Journal of Geotechnical and Geoenvironmental Engineering, ASCE, 134, 5, 718-739.

Seed, R.B, et al (2008c). "New Orleans and Hurricane Katrina. III: The 17th Street Drainage Canal." Journal of Geotechnical and Geoenvironmental Engineering, ASCE, 134, 5, 7740-761.

Seed, R.B, et al (2008d). "New Orleans and Hurricane Katrina. IV: Oreans East Bank (Metro) Protected Basin." Journal of Geotechnical and Geoenvironmental Engineering, ASCE, 134, 5, 762-779.

Seed, R.B., Bea, R. G., Athanasopoulos, A.G., Boutwell, G.P., Bray, J.D., Cheung, C., Collins, B.D., Cobos-Roa, D., Harder, L.F., Kayen, R.E., Pestana, J.M., Porter, J., Reimer, M.F., Rogers, J.D., Storesund, R., Vera-Grunauer, X., and Wartman, J., (2007a) "Investigation of the Performance of the New Orleans Regional Flood Protection Systems During Hurricane Katrina: Lessons Learned," Proceedings Geo-Denver 2007, ASCE.

Seed, R.B., Bea, R.G., Athanasopoulos, A.G., Boutwell, G.P., Bray, J.D., Cheung, C., Collins, B.D., Cobos-Roa, D., Harder, L.F., Kayen, R.E., Pestana, J.M., Porter, J., Reimer, M.F., Rogers, J.D., Storesund, R., Vera-Grunauer, X., and Wartman, J., (2007b), "Investigation of Levee Performance in Hurricane Katrina: The Inner Harbor Navigation Canal," Proceedings Geo-Denver 2007, ASCE.

Seed, R.B., Bea, R.G., Athanasopoulos, A.G., Boutwell, G.P., Bray, J.D., Cheung, C., Cohen-Waeber, J., Collins, B.D., Cobos-Roa, D., Harder, L.F., Kayen, R.E., Moss, R.E.S., Pestana, J.M., Porter, J., Reimer, M.F., Rogers, J.D., Storesund, R., Vera-Grunauer, X., and Wartman, J.E., (2008a), "New Orleans & Hurricane Katrina: I – Introduction, Overview, and the East Flank," J. of Geotechnical and Geoenvironmental Engineering, May, ASCE.

Seed, R.B., Bea, R.G., Athanasopoulos, A.G., Boutwell, G.P., Bray, J.D., Cheung, C., Cohen-Waeber, J., Collins, B.D., Cobos-Roa, D., Harder, L.F., Kayen, R.E., Moss, R.E.S., Pestana, J.M., Porter, J., Reimer, M.F., Rogers, J.D., Storesund, R., Vera-Grunauer, X., and Wartman, J.E., (2008b), "New Orleans & Hurricane Katrina:  II – The Central Region and the Lower Ninth Ward," J. of Geotechnical and Geoenvironmental Engineering, May, ASCE.

Seed, R.B., Bea, R.G., Athanasopoulos, A.G., Boutwell, G.P., Bray, J.D., Cheung, C., Cohen-Waeber, J., Collins, B.D., Cobos-Roa, D., Harder, L.F., Kayen, R.E., Moss, R.E.S., Pestana, J.M., Porter, J., Reimer, M.F., Rogers, J.D., Storesund, R., Vera-Grunauer, X., and Wartman, J.E., (2008c), "New Orleans & Hurricane Katrina: IV – The Orleans East Bank (Metro) Protected Basin," J. of Geotechnical and Geoenvironmental Engineering, May ASCE.

Seijffert, J.W. (2007). Grass Covers and Reiforcement Measures, Rijswaterstaat, Hydraulic Engineering Division, Delft, The Netherlands.

Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina (2006). A Failure of Initiative. U.S. Government Printing Office, Washington DC.

Shafer, G (2008). Geometric characteristics of marsh and swamp vegetation in south Louisiana based on field measurements, personal communications, Southeastern Louisiana University.

Shehan, T.C., Ladd, C.C., and Germaine, J.T. (1996). "Rate-Dependent Undrained Shear Behavior of Saturated Clay," Journal of Geotechnical Engineering, Vol 122, No. 2, 99-108.

Sills, G.L, et al (2008). Overview of New Orleans Levee Failures: Lessons Learned and Their Impact on National Levee Design and Assessment," Journal of Geotechnical and Geoenvironmental Engineering, ASCE, 134, 5, 556-565.

Silvestri, V. (1983). "The bearing capacity of dykes and fills founded on soft soils of limited thickness," Canadian Geotechnical Journal, Vol 20, 428-436.

Smith, J. M. (2007). Modeling Nearshore Waves for Hurricane Katrina, USACE, ERDC TN-SWWRP-07-6, ERDC/CHL CHETN-I-76.

Suresh, S. (1998). Fatigue of Materials. University of Cambridge Press, Cambridge UK.

Surridge, B. W., Baird, A. J., and Heathwaite, A. L., (2005), Evaluating the Quality of Hydraulic Conductivity Estimates from Piezometer Slug Tests in Peat, Hydrological Processes, 19, pp. 1227-1244. Published online in Wiley InterScience (www.interscience.wiley.com) DOI: 10.1002/hyp.5653.

Team Louisiana (2006). The Failure of the New Orleans Levee System during Hurricane Katrina, Report to Louisiana Department of Transportation and Development, State Project No. 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,20, Baton Rouge, LA.

Temple, D.M. et al (1987). Design of Reinforced Grass Waterways, CIRIA Report R 116, London, UK.

Towsend, F.F. (2006). The Federal Response to Hurricane Katrina: Lessons Learned. Report to the President of the United States, The White House, Washington DC.

Tschirky, P.A. (2000). Waves and Wetlands, An Investigation of wave attenuation by emergent, freshwater, wetland vegetation. PhD thesis submitted to the Department of Civil Engineering, Queen's University, Kingston, Ontario, Canada.

U.S. Army Corps of Engineers (1983). Briefing notes for General Heiberg regarding changes from the Barrier Plan to the High Level Plan, New Orleans District of USACE, March 21, 1983.

U.S. Army Corps of Engineers (1999). Risk-Baaed Analysis in Geotechnical Engineering for Support of Planning Studies, CECW-EW, ETL 1110-2-556, Engineering Research and Development Center, Vicksburg, MS.

U.S. Army Corps of Engineers (USACE) (2000). Design and Construction of Levees. Engineer Manual EM 1110-2-1913, <http://www.usace.army.mil/inet/usace-docs> (Apr. 1, 2006).

U.S. Army Corps of Engineers (2003). *USACE 2012, Aligning the U.S. Army Corps of Engineers for Success in the 21st Century*, Washington, DC.

U.S. Army Corps of Engneers (USACE 2007) Interagency Performance Evaluation Task Force (IPET) (2007). Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System. USACE, Washington DC.

U.S. Department of Agriculture (USDA) (2006). Grassed Waterways, Natural Resources Conservation Service, Conservation Practice Standard, Code 412, SDTG Notice 233, Section IV, NRCS, Code 412, Washington DC.

United States Army Corps of Engineers (USACE) (1957). "Mississippi River Gulf Outlet Design Memorandum No. 1-B, Channels, Mile 39.01 to Mile 63.77."

United States Department of Transportation (FHWA). 1988. Design of Roadside Channels with Flexible Linings. Hydraulic Engineering Circular No. 15. Publication No. FHWA-IP-87-7. Research, Development, and Technology, Turner –Fairbank Highway Research Center, 6300 Georgetown Pike, McLean, Virginia.

United States Geological Survey (USGS) (1951}. "Chalmette Quardrangle, Louisiana." 7.5-Minute Series (Topographic).

University of California, Berkeley (2006). "UC Berkeley ILIT MRGO Borings." – Unpublished.

URS Corporation (2007). Interaction of Hurricanes and Coastal Landscape Features: A Literature Review, Final Report, USACE Vicksburg District, Engineer Research Development Center, Coastal and Hydraulics Laboratory, URS Corp, Baton Rouge, LA.

USACE (1957). "Mississippi River Gulf Outlet Design Memorandum No. 1-B, Channels, Mile 39.01 to Mile 63.77."

USACE (1958). "Geologic Investigation of the Mississippi River Gulf Outlet." Miscellaneous Paper No. 3-259. February 1958.

USACE (1965). "Report on Hurricane Betsy, September 8-11, 1965 in the U.S. Army Engineer District, New Orleans." November 1965.

USACE (1966), Design Memorandum DM03, Chalmette Area Plan, Lake Pontchartrain and Vicinity.

USACE (1966a).  "Lake Pontchartrain, LA and Vicinity, Chalmette Area Plan, Design Memorandum No. 3, General Design."  Prepared by Waldemar S. Nelson & Company, Inc., Engineers & Architects, New Orlenas, LA and U.S. Army Engineer District, New Olreans, Corps of Engineers, U.S. Army, New Orleans, LA.  November 1966.

USACE (1966b).  "Lake Pontchartrain and Vicinity, Louisiana, Design Memorandum No. 12, Sources of Construction Materials."  Prepared in the office of the District Engineer, New Orleans District, Corps of Engineers, New Orleans, Louisiana.  June 1966.

USACE (1967), Specification number DACW29-67-B-0134, Hurricane Protection Levee First Lift, Station 368 – 570.

USACE (1967), Specification number DACW29-67-B-0136, Hurricane Protection Levee First Lift, Station 594 – 770.

USACE (1967).  "Hurricane Protection Levee, First Lift, Sta 368+00 - Sta 570+00."  DACW29-67-B-0134.

USACE (1967).  "Hurricane Protection Levee, First Lift, Sta 594+00 - Sta 770+11."  DACW29-67-B-0136.

USACE (1967a).  "Hurricane Protection Levee, First Lift, Sta 594+00 - Sta 770+11."  DACW29-67-B-0136.

USACE (1967b).  "Hurricane Protection Levee, First Lift, Sta 368+00 - Sta 570+00."  DACW29-67-B-0134.

USACE (1968), Design Memorandum DM05, Chalmette Area Plan, Bayou Bienvenue and Bayou Dupre.

USACE (1968).  "Hurricane Protection Levee, First Lift, Sta 387+40 - Sta 523+00 (Not Continuous)."  DACW29-68-B-0064.

USACE (1968).  "Hurricane Protection Levee, First Lift, Sta 387+40 - Sta 523+00 (Not Continuous)."  DACW29-68-B-0064.

USACE (1968). Field tests of levee construction, test sections I, II, and III, EABPL, Atchafalaya Basin Floodway, Louisiana. Interim Report, Department of the Army, New Orleans District, Corps of Engineers, New Orleans, Louisiana.

USACE (1970).  "Report on Hurricane Camille, 14-22, August 1969."  New Orleans, Louisiana.  May 1970.

USACE (1972), Specification number DACW29-72-B-0137, Hurricane Protection Levee Second Lift, Station 370 – 682.

USACE (1972).  "Hurricane Protection Levee, Chalmette Area Plan, Sta 370+00 to Sta 682+00."  DACW29-72-B-0137.

USACE (1972).  "Hurricane Protection Levee, Chalmette Area Plan, Sta 370+00 to Sta 682+00."  DACW29-72-B-0137.

USACE (1972).  "Hurricane Protection Levee, Chalmette Area Plan, Sta 370+00 to Sta 682+00."  DACW29-72-B-0137.

USACE (1975). Shore Protection Manual, U.S. Army Coastal Engineering Research Center, Vicksburg, Mississippi.

USACE (1976). Final Environmental Statement, Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Protects in the Lake Borgne Vicinity Louisisiana, USACE District, new Orleans, New Orleans, Lousisiana, March.

USACE (1981). *Input to 404 Evaluations Under New Guidelines, Input to 404 Evaluation MRGO Foreshore Protection, LA*, Attachment to letter to Division Engineer, Lower Mississippi Valley from Colonel Thomas B. Sands, Subject: Mississippi River – Gulf Outlet, Louisiana, General Design Memorandum No. 2, Supplement No. 4, Foreshore Protection, New Orleans District, Corps of Engineers, New Orleans, Louisiana.

USACE (1985), Specification number DACW29-85-B-0073, Hurricane Protection Levee Second Enlargement, Station 380 – 692.

USACE (1985).  "Hurricane Protection Levee Second Enlargement MRGO B/L Sta 380+50 to Sta 692+50."  DACW29-85-B-0073.

USACE (1985).  "Hurricane Protection Levee Second Enlargement MRGO B/L Sta 380+50 to Sta 692+50."  DACW29-85-B-0073.

USACE (1987), Specification number DACW29-87-B-0014, Hurricane Protection Levee Closures, Station 367 – 1005.

USACE (1987).  "Chalmette Area Plan, Hurricane Protection Levee Closures, MRGO B/L Sta 367+60 to Sta 1005+49."  DACW29-87-B-0014.

USACE (1987).  "Chalmette Area Plan, Hurricane Protection Levee Closures, MRGO B/L Sta 367+60 to Sta 1005+49."  DACW29-87-B-0014.

USACE (1988). Coastal Engineering Manual, EM 1110-2-1100, Vicksburg, Mississippi.

USACE (1990). Design and Construction of Levees, EM 110-2-1913, USACE Engineering and Design, Engineer Manual, USACE Washington, DC.

USACE (1992), Specification number DACW29-92-B-0061, Hurricane Protection Levee

USACE (1992).  "Lake Pontchartrain Louisiana and Vicinity Chalmette Area Plan, Hurricane Protection Levee Closures, Sta 366+00 C/L to Sta 1007+91 CL."  DACW29-92-B-0061.

USACE (1992).  "Lake Pontchartrain Louisiana and Vicinity Chalmette Area Plan, Hurricane Protection Levee Closures, Sta 366+00 C/L to Sta 1007+91 CL."  DACW29-92-B-0061.

USACE (2000), Engineer Memorandum 1110-2-1913 Design and Construction of Levees, Appendix B.

USACE (2004).  Computer Program:  CORPSCON 6.0.1.  Developed by Engineer Research and Development Center, Topographic Engineering Center.  Available from: www.tec.army.mil.

USACE (2005), Guidance for Work Proposed Near of Within A Federally Constructed Flood Control Projects.

USACE (2005).  "Lake Pontchartrain Louisiana and Vicinity Chalmette Area Plan, Hurricane Protection Levee, Emergency Restoration B/L Sta 383+00 to Sta 704+00."  Solicitation No. W912P8-05-R-0063.

USACE (2006).  "Lake Pontchartrain Louisiana and Vicinity Chalmette Area Plan Emergency Restoration, Levee Restoration East of Bayou Dupre, MRGO B/L Sta 714+55 to Sta 1007+91."  Solicitation No. W912P8-06-R-0002.

USACE (2006b).  "Coastal Engineering Manual:  Part II, Chapter 1, Water Wave
        Mechanics." EM 1110-2-1100.

USACE (2006c).  "Coastal Engineering Manual:  Part VI, Chapter 5, Fundamentals of
        Design." EM 1110-2-1100.

USACE (2007) Interagency Performance Evaluation Task Force (IPET) (2007). *Performance
        Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection
        System.* USACE, Washington DC.

USACE (2008a). *Integrated Final Report to Congress and Legislative Environmental Impact
        Statement for the Mississippi River – Gulf Outlet Deep-Draft De-authorization Study*,
        USACE New Orleans District, June.

USACE (2008b). *Louisiana Coastal Protection and Restoration Technical Report,* UsACE
        New Orleans District, Mississippi Valley Division, February.

USACE (2008c). *Hurricane and Storm Damage Reduction System Design Guidelines,* New
        Orleans District Engineering Division.

USACE (2008).  "Hydrodynamic Loadings and Levee/Wall Responses Along the Navigation
        Channels and Influence of MRGO During Katrina" draft document authored by
        Bruce Ebersole, January  18.

USGS (1967).  "Chalmette Quardrangle, Louisiana."  7.5-Minute Series (Topographic).

USGS (1972).  "Chalmette Quardrangle, Louisiana."  7.5-Minute Series (Topographic).

Van der Schaaf, S., (2003), A Single Well Pumping and Recovery Test to Measure In Situ
        Acrotelm Transmissivity in Raised Bogs, Journal of Hydrology 290 (2004) pp. 152-
        160, Available online at www.sciencedirect.com

van Heerden, I.L., Kemp, G.P., and Mashriqui, H. (2007). "Hurricane realities, models,
        levees and wetlands," Cities of the Future Towards Integrated Sustainable Water and
        Landscape Management, Novotny and P. Brown (Eds), IWA Publishing, London,
        UK.

Verheij, H.J., et al (1997). Erosion Resistance of Grassland as Dike Covering, Technical
        Report, TAW –  Technical Advisory Committee for Flood Defence in the
        Netherlands.

Vriend, H.J. de and Barends, F.B.J. (2006). "Scour and erosion: common ground between hydraulics and geotechnics," Delft Hydraulics and Delft University of Technology, Netherlands.

Whitehead, E., Schiele, M., and Bull, W. (1976). A Guide to the Use of Grass in Hydraulic Engineering Practice," DIRIA Technical Note 71, Construdtion and Industry Researdh and Information Association, London UK.

Wit, L. de, Maaskant, B, Kok, M., and Vrijling, J.K. (2008). Flow Modeling New Orleans – Mississippi River Gulf Outlet, Hurricane Katrina August 2005, Technical Report to Katrina Canal Breaches Consolidated Litigation Pertaining to MRGO, Robinson [No. 06-2268], Delft University of Technology and SVASEK Hydraulics, Delft, The Netherlands, July.

Woolley D. and Shabman, L. (2008). Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project, Final Report for the Headquarters, U.S.Army Corps of Engineers, Institute for Water Resources of the U.S. Army Corps of Engineers, Washington, DC.

Wu, F-C, Shen, H.W., and Chou, Y-J (1999). "Variation of Roughness Coefficients for Unsubmerged and Submerged Vegetation," Journal of Hydraulic Engineering, ASCE, 125, 9, 934-940.

**APPENDIX C**

**FORENSIC ENGINEERING ANALYSES OF THE LOWER 9TH WARD BREACHES**

1.      This Appendix is divided into four sections. Sections I and II provides a summary of my forensic engineering observations and analyses to determine the causes of the breaches, failures, and overtopping that developed with respect to the hurricane flood protection structures along the IHNC at the Lower 9th Ward during Hurricane Katrina. Section III summarizes the major conclusions drawn from this work. Section IV provides a summary of all of the references cited in this document. The following table of contents will serve as a guide to help reading this Declaration.

## <u>TABLE OF CONTENTS</u>

**I.   FORENSIC ENGINEERING OBSERVATIONS** ............................................................ **2**

**II.  FORENSIC ENGINEERING ANALYSES** ....................................................................... **3**

   **Field Observations** ........................................................................................................ **3**

   **Background** ................................................................................................................... **19**

   **North Breach Seepage & Stability Analyses** ............................................................ **47**

   **South Breach Seepage & Stability Analyses** ............................................................ **64**

   **Hydraulic Conductivities and Effects on Lateral Stability of the Flood Protection Structures at the Lower 9th Ward** ............................................................................. **90**

   **Three Dimensional Seepage Analyses** ..................................................................... **103**

     **North Breach** ........................................................................................................ **104**

     **South Breach** ........................................................................................................ **107**

     **Summary** ............................................................................................................... **110**

**III.  SUMMARY OF FORENSIC ENGINEERING ANALYSES** ...................................... **112**

**IV.  REFERENCES** ............................................................................................................... **115**

# I.        FORENSIC ENGINEERING OBSERVATIONS

2.        I first arrived in New Orleans as a member of the National Science Foundation and University of California sponsored Independent Levee Investigation Team (ILIT) on 30 September 2005.  Figure 1 depicts the locations of the major breaches and failures that I have studied (ILIT 2006). This Declaration will address analyses of the breaches that developed along Reach 1 at the Lower 9th Ward (identified as 6a and 6b in Figure 1). During the past nearly three years, I have made multiple field trips and performed investigations of the major breaches and failures that were responsible for flooding Greater New Orleans. These trips have included study and investigations of the repair and re-construction work that has been performed on these breaches and failures. I am not aware of any other civil engineer who has devoted more time to, or written more professional articles and papers concerning the performance of the man-made flood protection features along Reach 1 and Reach 2 of the MR-GO.



Figure 1: Summary of principal failures, breaches, and distress features with identification of the two breaches (6a, b) at the Lower 9th Ward adjacent to the IHNC (base map provided by USACE, ILIT 2006).

## II.        FORENSIC ENGINEERING ANALYSES

## Field Observations

3.      As the focused and amplified storm surge generated by Hurricane Katrina from Lake Borgne and the Gulf of Mexico pushed westward along the east-west trending channel of the MR-GO and into the 'T' formed with the IHNC, it rapidly raised the water levels in the IHNC. As described by Dr. Paul Kemp (2007) and others (van Heerden et al 2007; Mashriqui et al 2006; Team Louisiana 2007), the MR-GO – ICWW 'funnel' and its 'T' intersection with the IHNC had multiple effects that were responsible for the early arrival and increased intensity of the Hurricane Katrina surge at this location (Figure 2).

4.      Figure 3 shows a hydrograph of measured water levels versus time in the IHNC channel. The peak surge recorded in this area during Hurricane Katrina was +14.5 feet at 9:00 am CDT (IHNC Lock). The floodwalls at the Lower 9th Ward began overtopping at in the 6:00 am to 7:00 am time frame (all times are CDT). It is important to recognize that development of breaching in the general vicinity of the Lower 9th Ward, the Port of New Orleans and elsewhere along the IHNC (e.g. the CSX railway sandbag gate closure blowout) would be expected to influence these recorded water elevations.

5.      Figure 4 shows the high water marks on IHNC west bank from the IHNC lock on the south to Lake Pontchartrain on the north. The highest values (in excess of 15 feet) occur directly opposite to the MR-GO –IHNC "T" intersection. The IHNC lock also serves as a 'dam' to increase the water elevations in that area. The 'venting' effect of Lake Pontchartrain to lower the surge water levels is clearly evident.



Figure 2: Breach locations at the Lower 9th Ward (USACE IPET 2007).



Figure 3: Hydrographs showing measured (and photographed) water levels at gage stations along the IHNC (USACE IPET 2007)



Figure 4: High water marks on IHNC west bank from IHNC lock on south the Lake Pontchatrain on north (USACE IPET 2007).

6.     Figure 5 shows computed hydrographs at the IHNC lock for 5 different MR-GO conditions (Wit et al 2008).  Table 1 summarizes the conditions represented in these Scenarios. Scenario 1 is for the Hurricane Katrina 'as was' conditions. The Scenario 2-series and Scenario 3 are for various elements associated with a hurricane 'Neutral' MR-GO. The term 'Vegetation' in Table 1 refers to the existing vegetation associated with the MR-GO environment at the time of Hurricane Katrina and with the environment for hurricane 'Neutral' MR-GO conditions. It is important to understand that the surge hydrographs in Figure 5 do not include breaching developed along any parts of Reach 1, Reach 2, or the IHNC (based on intact man-made flood protection structures). This is the reason why the peak surge shown in Figure 3 of +14.5 feet is less than the peak surge of +17.5 feet shown in Figure 5.

Table 1: Summary of physical and environmental conditions utilized in surge hydrograph analyses

| Scenario | MRGO channel | GIWW channel | Reach 2 EBSBs | 40 Arpent Levee | Vegetation |
|---|---|---|---|---|---|
| **1** | **Existing 8/2005** | **Existing 8/29/2005** | **Existing 8/29/2005** | **Existing 8/2005** | **Existing 8/2005** |
| 2A | None | Pre-construction | None | LPV authorized & no flow past | Pre-construction |
| 2B | None | Pre-construction | None | Existing 8/29/2005 & flow to Miss. River | Pre-construction |
| **2C Neutral MR-GO** | **Pre-construction** | **Pre-construction** | **Existing 8/2005** | **Existing 8/2005** | **Without MR-GO adverse effects (no surge flood gate)** |
| 2D | None | Pre-construction | Existing 9/9/1965 | Existing 8/2005 | Pre-construction |
| 3 | As authorized | As authorized | Existing 8/2005 | Existing 8/2005 | Pre-construction |



Figure 5: Computed hydrographs at the IHNC lock - Lower 9th Ward (Wit et al 2008).

7.      The peak surge is approximately 17.5 feet for Scenario 1 and 14.5 feet for the 'Neutral' MR-GO Hurricane Katrina conditions (Scenario 2C). This peak occurs at approximately 8:30 am (CDT). The peak surge is approximately 15 feet, 13 feet, and 12.5 feet for Scenarios 2A, 2B, and 2D, respectively.  The largest impacts on the peak surge and the duration of the surge is attributable to the three 2-series Scenarios (no MR-GO channel or adverse effects on vegetation). The presence of the MR-GO channel, the associated man-made flood protection structures, and the adverse effects of the MR-GO on the surrounding natural environment had important exacerbating effects on the surge elevations and durations in the IHNC at the Lower 9th Ward.

8.      There are important differences between the recorded hydrographs during Hurricane Katrina (Figure 3) and the computed hydrographs for Hurricane Katrina 'as was conditions' at the INHC lock – Lower 9th Ward between approximately 4:00 am and 9:00 am (CDT). Available evidence indicates these differences are due to the development of breaches

and overtopping along the IHNC and GIWW (Gulf Intracoastal WaterWay) connecting the surge developed in the MR-GO and Lake Borgne. Based on the results summarized in Figure 4, overtopping of the floodwalls along the Lower 9th Ward would have started at approximately 6:00 am. The surge hydrograph in Figure 3 indicates overtopping would have started at no later than 7:00 am. The difference could be attributed to the initiation of breaching at the Lower 9th Ward. Overtopping of the floodwalls on the west bank of the IHNC in the vicinity of the Port of New Orleans would have started at approximately 7:00 am. For Scenario 2B, there would have been little or no surge overtopping at the Lower 9th Ward.

9.      Hurricane Katrina surge waters produced two massive breaches on the east bank of the IHNC (at the western edge of the Lower 9th Ward) (Figures 6 and 7). The larger of these two breaches was the South Breach. This was a very long breach, nearly 900 feet in length, and the inrushing waters entered the adjacent Lower 9th Ward with great force.



Figure 6: South Breach at Lower 90th Ward (USACE IPET 2006). Note large excavation on IHNC side of floodwall. This excavation was associated with the EBIA site clearing operations.



Figure 7: North Breach at Lower 9th Ward (USACE IPET 2006. Note excavation on IHNC side of floodwall. This excavation was associated with the EBIA site clearing operations.

10.     The majority of available evidence indicates the North Breach initiated before the wall was overtopped (about 4:00 to 5:00 am), with the breach fully developing by about 5:00 am CDT on August 29, 2005 (USACE IPET 2007, ILIT 2006, Seed et al 2008, Sills et al 2008). Available evidence indicates the South Breach initiated its development about 6:00 am CDT (overtopping started about 6:00 am CDT). The South Breach had fully developed between 7:00 and 8:00 am CDT on the same day (USACE IPET 2007, ILIT 2006, Team Louisiana 2007). Eyewitness evidence and stopped clock data indicates that it took several hours for these breaches to fully develop (Figure 8, IPET 2006, ILIT 2006, Team Louisiana 2007).



Figure 8: Stage interior hydrographs based on eyewitness accounts and stopped clock data in Lower 9th Ward and Chalmette (IPET 2007). Site 1 is Jackson Barracks (see inset map). Sites C1 and C2 are stopped clocks along the north border of the Lower 9th Ward (lowest elevation area). Site OP-5 is the pump station located on the north side of the Lower 9th Ward.

11.     Available information and experience indicates that it can take several hours for floodwall or levee breaches – failures - to fully develop. Development of a breach is most often a progressive process involving multiple interactive modes of failure (Figure 9) and does not develop instantaneously (Bea 2008). For example, if the process is initiated by seepage – hydraulic effects developed under the floodwall and supporting levee, the seepage will take time (several hours or more) to develop significant water conduits and weaken or remove soil. At the same time, in response to these effects, there can be associated movements of the supporting levee. These movements can act to open the vertical joints in a concrete floodwall (water stops).

10

If the supporting levee – soils differential horizontal motions are great enough these can result in separation of the steel sheet piling interlocks. Water flowing through the water stops and sheet piling interlocks can act to erode the supporting soil levee. Flooding can be initiated with a combination of water coming under the levee and through the opened water stops. This process was captured by a video camera during development of the breach at the 17th Street Canal (Bea 2008, 2007; Bea and Cobos-Roa 2007). This breach took approximately 3 hours to develop. Similar processes have been photographed during development of breaches in soil levees in other areas initiated by seepage and under-base hydraulic effects (de Vriend and Barends 2007).

12.     There can be similar developments when the progressive failure process is initiated by or accompanied by overtopping (Figure 9). Overtopping a levee or floodwall can lead to erosion on the back or protected side. If the protected side of the floodwall is not provided with erosion protection (as was the case for all of the flood protection I-walls in the Greater New Orleans Area – including those at the Lower 9th Ward), erosion can act to remove supporting soils. Many such features were observed along the flood protection structures bordering the IHNC. The erosion can take significant time (several hours) to develop in depth and width (Briaud et al 2007, 2008, IPET 2007, ILIT 2006). The time to develop significant erosion will be function of the impact of the water on the soil (water vertical velocity and pressure effects developed in the soils) and the soil erosion resistance characteristics (well compacted cohesive soils are highly erosion resistant; loosely compacted sandy soils are highly erosive). If the floodwall is progressively tipping under the water forces and levee – supporting soil movements, there will be a progressive widening in the erosion or scour trench. If the erosion process removes enough of the supporting soils, the floodwall and supporting sheet piling subjected to lateral forces from the water can tip over. The overtopping mechanisms can

interact with the previously discussed mechanisms that are not dependent on overtopping. All of these developments take time to evolve and interact and generally take several or more hours to develop fully into a breach.

13.     This discussion serves to highlight that there can be and generally will be different mechanisms active during development of a breach or failure of a flood protection structure (Figure 9).  These different mechanisms (e.g. overtopping erosion, under-base seepage – soil strength reduction, hydraulic uplift, water stop and sheet pile interlock failure, interactions with floating objects and debris) can act singly or more commonly in combination during development of a breach or failure. Given that it is rare that sufficient valid measured data or photographic evidence is available to enable accurate assessment of the interactions and developments of these potential interacting mechanisms, development of the mechanisms and their interactions must therefore be deduced from a variety of observational and analytical sources. The greater number and wider variety of reliable sources (clues) – then the deductions can be more probable or accurate. However, this is only true if a wide variety of potential biases (e.g. institutional, hindsight, confirmational, small data sets, correlation, reductive, belief) are not allowed to influence the deductions – i.e., they are neutralized (Bea 2006a, 2006b). In the work summarized in this Declaration and the supporting Technical Report (Bea and Cobos-Roa 2008), significant efforts have been devoted to gathering information from as wide a variety of reliable sources as possible (extensive validations of analytical methods with observed breach development at the 17th Street Canal, Bea 2008, Bea and Cobos-Roa 2008) and to neutralizing potential biases in developing the conclusions documented in this Declaration.



**Levee geometry**



**Water over the levee - overtopping**



**Erosion by water after overtopping**

**Figure 9a: Levee failure modes (Deretsky, National Science Foundation 2008).**



**Erosion due to water coming through the levee**



**Cu**rrent erosion on outboard levee and berm surfaces



**Lateral instability of the levee due to water force**

Figure 9b: Levee failure modes (Deretsky, National Science Foundation 2008).

14



**Levee erosion due to wave impacts**



**Increased lateral forces and local damage due to impact from floating objects and debris**



**Soil liquefaction due to repeated cyclic forces from waves and currents**

Figure 9c: Levee failure modes (Deretsky, National Science Foundation 2008).

15



Erosion and seepage under the levee



**Damage by trees pushed over by water and wind**

**Lateral instability of sections of the levee due to effects of water on soils**

Figure 9d: Levee failure modes (Deretsky, National Science Foundation 2008).

14.    Photographic evidence and post failure investigations indicate the North Breach was a short-narrow movement that apparently started under the landside toe and progressed towards the waterside. All of this happened before this section of the wall was overtopped. The concrete I-wall failed and the sheet pile was elongated landward. The movement and resting place of the sheet pile indicates that the supporting levee and foundation materials were washed away beneath the sheet pile and the water force pushed away the steel sheet piles and twisted them until a section of the sheet piles rotated 90 degrees – against the rising surge waters in the IHNC.  Figure 10a shows the failed levee - floodwall at the North Breach.



Figure 10a:  North Breach.  Note the sheet pile – concrete I-wall connection after rotating (ILIT 2006)

15.    Field observations indicate the South Breach was a translational-relatively deep stability failure. It is longer than the North Breach, with approximately 900 feet of failed embankment, whereas the North Breach was approximately 250 feet long.   Evidence from available reports and photographs shows that the I-wall lost lateral support when a scour trench opened on the landside crown and subsequently a gap opened on the waterside allowing water pressures to load the sheet pile and trigger a non-circular failure.  Figure 10b shows the post-failure configuration of the South  Breach.



Figure 10b:  South Breach at Lower 9th Ward (ILIT 2006).   Note the sheet pile displaced landward without flipping as at the North Breach.

## Background

16.     The levees protecting the Lower Ninth Ward were relatively small earthen embankments with slopes inclined 3 feet horizontal to 1 foot vertical (USACE DM03, 1966). Design cross sections from the 1966 Design Memorandum show that in the proximity of the landside toe of the levee a drainage channel known as the Jourdan Avenue Canal existed and was bottomed at elevation -10 feet to –12 feet NAVD88 (Figure 11).  Toe elevations along the landside (protected side) were approximately –4 feet NAVD88.   The landside canal was filled sometime in the 1990's with unknown materials (ILIT, 2006).



Figure 11:  Analysis cross-section for the levee stretch south of Florida Avenue (USACE DM 03 1966).

17.     Based on the design drawings (Figure 12) the design sheet piles were topped at elevation +14.8 feet and tipped at elevation –8 feet.  Elevation survey data provided by IPET (2007) indicate that the top of the sheet pile supported I-wall was located at elevation +12 feet

(NAVD88), and the sheet piles tipped at -10.5 feet (NAVD 88).  This indicates a 2.5 feet elevation difference between the design and pre-Katrina conditions. This difference has been traced to a combination of a USACE decision to reference an obsolete elevation datum and subsequent settlements due to consolidation and subsidence (ILIT 2007, IPET 2008, Team Louisiana 2008).



Figure 12: I-wall as-built drawings for Lower 9th Ward south of Florida Avenue (USACE DM 03 1966).

18.     Figure 13 shows the elevation difference between landside toe elevations from LIDAR surveys performed in 2000, showing an elevation difference of approximately 4 feet between the North Breach and the South  Breach. As shown in Figure 14, There were substantial differences between the design levee profiles and those actually present.



Figure 13: LiDAR survey along landside toe (USACE IPET 2007).



Figure 14: Comparison of the as-built I-wall levee profile with pre-construction surveys at south and North Breaches (Team Louisiana, 2007)

19.    The levee embankments are underlain by a thick irregular Marsh (Peat) deposit (Figures 15 - 16).  Field evidence and analysis results from the ILIT investigation (ILIT 2006) indicated this layer had important influences on the development, shape and extents of both the North and South  Breaches.

21



Figure 15a:  North Breach geologic cross section (IPET 2006).



Figure 15b:  South Breach geologic cross section (IPET 2006).



Figure 16: East bank of IHNC geologic section through South Breach and North Breach sites (USACE IPET 2007)

20.     During the 1990s, work was commissioned by the USACE to expand the IHNC locks to relieve shipping congestion and allow further expansion of the Port of New Orleans. Congress authorized the study for the lock enlargement / replacement in 1956. The proposed new locks would require a bypass channel that would be constructed at the East Bank Industrial Area (EBIA). The EBIA was located in the Lower 9th Ward, west of the floodwall and east of the IHNC, between Florida Avenue and Claiborne Avenue (Figure 17).



Figure 17: IHNC and EBIA (left side) (USACE photograph)

21.     Available documentation indicates that the USACE purchased the EBIA site from the Port of New Orleans in order to proceed with the bypass channel construction (WGI, "Project Work Plan, Project Site Development and Remedial Action of East Bank Industrial Area, Inner Harbor Navigation Canal Lock Replacement Project," report to USACE, New Orleans District, 2000). WGI began working at the job site in January 2001.

22.     The EBIA consists of 32 acres of former industrial sites previously leased from the Port of New Orleans to private owners. The EBIA consisted of six facilities named for their

former occupants (Figure 18). These included (starting at the south) the International Tank Terminal, Saucer Marine, Mayer Yacht – Distributors Oil, Indian Towing, McDonough Marine, and Boland Marine. Available information indicates that the two Lower 9th Ward breach sites were located entirely in the Saucer Marine Service property (South Breach site, used primarily for ship building operations) and Boland Marine property (North Breach site, used primarily for ship repairs, storage, office space, painting operations, and steel fabrication).



Figure 18: East Bank Industrial Area (EBIA) (WGI 2005). Site cleared to prepare for USACE Lock Expansion Project. The Boland Marine parcel is opposite the North Breach. The Saucer Marine parcel is opposite the South Breach.

23.     At one time, underground storage tanks were located at both the Boland property and the Saucer property. These tanks were reported to have been removed. The State of Louisiana listed Boland Marine as an unspecified hazardous waste generator.  In 1991, an anonymous employee contacted the Louisiana Department of Environmental Quality and reported that the company had buried drums containing hazardous waste onsite.

24.     The EBIA had a long history spanning more than 4 decades of industrial use by marine service and petroleum distribution companies. Purportedly, tenants contaminated the property as a result of their industrial operations. Also of particular significance at the EBIA was the active placement of construction materials (concrete rubble) and solid wastes (barges, metal turnings, concrete blocks) to protect the properties from the effects of ship wakes. These two activities had two primary impacts derived from the existence of hazardous constituents that could negatively affect: 1) the environment at the time of construction, and 2) construction of the bypass channel.

25.     To ameliorate these potential negative effects, the USACE New Orleans District contracted with WGI to characterize and remediate the EBIA's environmental contamination and identify and remove construction materials likely to interfere with bypass channel construction. Figures 19a and 19b summarize the site clearing activities at the north Boland site (adjacent to the North Breach) and south Saucier Marine site (adjacent to the South Breach). Note the very large number of surface and subsurface facilities that had to be removed. Even more facilities were discovered underground and removed during the site clearing operations (WGI 2005).