

Figure 19a: Boland Marine site structure removals and excavations at North end of EBIA – adjacent to North Breach (WGI 2005).



Figure 19b: Saucier site structure removals and excavations at South end of EBIA adjacent to South Breach (WGI 2005).

26.     For remediation, the specifications required the canal bank be excavated to a depth four feet below the existing grade and 15 feet from the edge of the water onto land. When possible, the work was done during low tide to facilitate visual observation of the work. When work was completed, the landside of these excavations became the 'new' shoreline. In one case, a very extensive borrow pit was excavated midway along the EBIA to provide backfill materials for some of the excavations (Figure 20). The east side of this borrow pit was about 30 feet from the floodwall. Because of concerns for seepage under the floodwall, clay was placed on the eastern wall of the borrow pit (Figure 21). After removal of the borrow materials, the pit was flooded with water from the IHNC bringing the IHNC waters to the toe of the levee (Figure 22).


222110904-05 Clay wedge placed in Area 1 excavation to rebuild small section of original levee removed during remediation

Figure 20: Excavations for soil borrow pit adjacent to flood wall (WGI 2005).



Figure 21: Excavations for soil borrow pit adjacent to flood wall (WGI 2005). Excavation was subsequently flooded with water from IHNC.



Figure 22: Soil borrow pit breached bringing IHNC waters to within 100 feet of the floodwall (WGI 2005).

27.     It is reported by WGI ("Technical Completion Report," 2005) that in the majority of cases the canal bank was excavated as required to a depth of four feet, additional observations of contamination prompted excavations to depths exceeding nine feet. The records provided by WGI indicate that a total of 12,259 tons of contaminated soils were removed from the Boland site and 35,636 tons of contaminated soils were removed from the Saucer site.

28.     In addition to removal of canal-side soils that had previously provided stability and protection to the flood protection structure, numerous underground storage tanks and debris were removed. At the Saucer site, large underground storage tanks had to be removed. In addition, a buried railroad tank car required construction of a cofferdam so that the tank car could be filled with air, floated free, lifted and transported from the site (Figures 23 - 25). At the northern Boland site, a wharf extended along most of the IHNC. Following removal of the wharf materials, the piles comprising the foundation were pulled and transported from the site. Excavations to remove contaminated soils were made immediately adjacent to the floodwall at the Boland Marine Site (Figures 26 - 27).

29.     All of these excavations encountered severe water intrusion difficulties. Constant attention had to be paid to dewatering the excavations. Water intrusion was most severe at depths below the ground in the range of –15 feet to as deep as –30 feet. The greatest water intrusion was associated with excavations that encountered significant layers of buried organic materials. The experience with seepage and water intrusion associated with the deep EBIA excavations and those associated with another similar site to the north clearly indicate the pervasive nature of this problem. This experience clearly refutes the IPET conclusions (Volume V, V-127, IPET 2007):

"While these values of permeability would indicate seepage, IPET has found no justification for

31

*these assumptions and no physical evidence of seepage being a systemic performance issue at this site*."



Figure 23: Cofferdam at Boland Marine site dug to depth exceeding 25 feet (WGI 2005).



Figure 24: Cofferdam at Boland Marine site dug to depth exceeding 20 feet. Water entry was associated with penetration of organic layers encountered at – 16 feet (WGI 2005).



104040402-10 BOL – Lifting Tanker From Inside The Cofferdam – Stewart Construction

Figure 25: Removing buried railroad tank car inside coffer dam at Boland Marine site (WGI 2005).



Figure 26: Excavations to remove contaminated soils at Boland Marine site immediately adjacent to floodwall (WGI 2005).



Figure 27: Excavations to remove contaminated soils at Boland Marine site immediately adjacent to floodwall (WGI 2005).

30.     Fill used to backfill the excavations ranged from imported sand (Figures 28 and

29) to 're-worked' fill materials from the EBIA.



Figure 28: Backfilling excavations with imported sand at Boland Marine site (WGI 2005).

34



Figure 29: Backfilling excavations with imported sand at Boland Marine site (WGI 2005).

31.    The excavations consistently encountered a "buried swamp" at an elevation between approximately –15 feet and –25 feet (MSL) (Figures 30 - 32).



Figure 30: Buried cypress tree stumps encountered in borrow pit at McDonough Marine (WGI 2005). Note proximity of floodwall in background.



Figure 31: Cypress swamp vegetation encountered in borrow pit (WGI 2005).



Figure 32: Cypress swamp tree trunk removed from borrow pit (WGI 2005).

32.     The effects of these site remediation activities clearly extended well below the specified soil excavation levels cited earlier. Removal of barges, piles, underground storage tanks, and underground utilities (e.g. sewer, water, gas lines) could easily have reached to and substantially exceeded elevations of minus 10 feet to 25 feet; thus intersecting the underlying marsh deposits (Figures 20 - 27). When backfilled with porous – pervious – materials, hydraulic connections would be developed between the backfilled excavations and the buried pervious – permeable marsh and swamp layers. This potential was particularly evident in the case of the sewer lift station and sewer line removed at the Saucier Marine site (Figures 33 - 35). The backfilled sewer lift station excavation was within approximately 100 feet of the floodwall. The sewer line crossed the floodwall at right angles and was located near the center of the South Breach.



Figure 33: Sewer lift station removal cofferdam located outside of floodwall at the Saucier Marine site (WGI 2005). Note floodwall in background. An underground sewer main crosses under the floodwall at right angles and was subsequently removed.



073110101-02 SAU – Water Charging Inside Cofferdam During Concrete Demolition

Figure 34: Sewer lift station being removed. Note water charging developing in the bottom of the excavation indicating active hydraulic connectivity and conductivity (WGI 2005).



Figure 35: Sewer lift station excavation being backfilled. After backfilling, the cofferdam sheet piles were pulled (WGI 2005).

33.     WGI completed its work, removed its equipment, and demobilized from the job site in May 2005 (WGI 2005).

34.     The WGI experiences associated with the EBIA site clearing excavations (seepage, high permeability organic layers, soil heaving) were corroborated during a construction project conducted to the north of the Lower 9th Ward at Dwyer Road (Rosenberg 2008). Excavations conducted at this location (2000-2003) encountered similar high permeability organic layers at comparable depths encountered by WGI at the EBIA. These high permeability organic layers were associated with significant and persistent water seepage that had not been anticipated by the USACE and their consultants at the time that the background engineering work was done for the Dwyer Road construction. The contractor repeatedly encountered severe seepage and soil heaving problems that threatened the stability of the earthworks and that had to be solved 'on the job.'

35.     The information that is available clearly indicates a high degree of correlation of the site remediation work conducted by WGI at the EBIA sites and the breach locations in the flood protection structure adjacent to the Lower 9th Ward. This remediation work (removal of soils, formation of cavities, vibrations) very probably had important effects on the soils relied upon to provide stability and protection for the flood protection structure. Removal and disturbance of the surface soils overlying the permeable subsoils (Marsh and Swamp layers) would have facilitated the under seepage.

36.     Information regarding waterside excavations indicate that work near the area of the breaches placed permeable material down to elevations of approximately –25 feet, approximately 15 feet deeper than the sheet pile tips; thus producing significantly shorter paths for hydraulic pressures to reach beneath the embankment soils and levee toe, starting material

saturation and softening potentially faster, as opposed to the subsoils being hydraulically charged from more than two hundred feet away (e.g. charged from the IHNC canal).  Figures 36a through 36d show an evolution of the excavation along the IHNC waterside, and how alarmingly close the IHNC canal was moved to the floodwall early in 2005.  Figures 36a through 36d shows multiple excavations located from 10 to 100 feet from the I-walls.



Figure 36a:  East bank of IHNC as of October 18, 1996 (Bea and Cobos-Roa 2008).



Figure 36b: East bank of IHNC as of November 13, 2002 (Bea and Cobos-Roa 2008).



Figure 36c:  East bank of IHNC as of April 13, 2005 (Bea and Cobos-Roa 2008).



Figure 36d: East bank of IHNC as of September 2, 2005 (Bea and Cobos-Roa 2008).

37.     The USACE has specific guidelines for work near or within federally constructed flood control projects (USACE 2005, Bea and Storesund 2008). These guidelines (USACE *Guidance for Work Proposed Near or Within a Federally Constructed Flood Control Projects*, 2005) stipulate (paragraphs 1. and 2., page General -1): *"The critical area is generally considered the area from 300 feet riverward to 500 feet landward of a flood control project centerline. In some instances the critical area is extended beyond 500 feet if any impact on the flood control project can be considered."* *"The Corps of Engineers provides engineering review to ensure that any work within or near the flood control unit does not reduce the level of protection and to assure the continued integrity of the flood control system."* Further, these guidelines stipulate (paragraphs 1 and 4.2., page Excavation and Backfill –1 and 2): *"Excavation and backfill in the critical area of a flood control project could have a direct impact on the stability of the flood control project. Improper excavation in the levee embankment or in the critical area can create unstable slopes and slope failures, which damage the levee embankment and weaken the flood protection structure. Additional damages to the levee embankment or flood protection structure can also be caused by underseepage conditions associated with piping and heave. This removal of material from the flood control structure foundation (piping) can ultimately produce collapse of a levee embankment or floodwall. All excavation and backfill activities within the critical area are to be reviewed and approved by the COE and the local sponsor before construction begins."* "*Care shall be taken to replace the natural foundation stratification and embankment zoning. In lieu of selective stockpiling and zoned backfill, impervious materials from an approved borrow may be used.*" (underline added for emphasis). Thus the USACE had specific guidelines regarding excavations and backfill intended to prevent what developed during the EBIA navigation lock expansion site clearing operations.

38.     The report by Bea and Storesund (2008) provides a detailed discussion of applicable USACE guidelines regarding excavations, backfilling and seepage – hydraulic connectivity considerations associated with adjacent flood protection structures. This detailed literature search and review did not disclose any specific procedures or processes implemented by the New Orleans District of the USACE to address potentially damaging effects of the excavations to remove underground facilities in the immediate vicinity of the flood protection structure protecting the Lower 9th Ward. It is evident that the primary concerns were focused on the IHNC lock expansion project motivated removal of potential above and below ground obstructions and on amelioration of the heavily polluted soils underlying the EBIA sites. It is also evident that there were no significant investigations or analyses regarding the potential damaging effects of the EBIA excavations and backfilling on the integrity of the man-made flood protection structures immediately adjacent to these excavations.

39.     After a detailed review of all available borings and cone penetrometer test (CPT) probes (31 total), the locations of soil explorations were geo-referenced using a GIS interface overlaying aerial photographs of the area (Bea and Cobos-Roa 2008).  From the pre- and post-Katrina LiDAR surveys and the USACE DM03 ground elevations, a longitudinal profile was drawn, locating the borings and CPTs.  To include the explorations into this report, the 1966 DM03 borings had to be "measured" from the image versions of this report, as well as the laboratory testing results.   The 2005 IPET borings are available in the IPET website (www.ipet.wes.army.mil).

40.     Based on the available soil boring and CPT data and geologic maps of the area, the stratigraphic interpretation clearly shows that the embankment fills that compose the levees are mainly composed by clays (CL, CH), and an irregular Marsh (peat,swamp) layer underlies

the levee.  The Marsh layer appears to be continuous along the entire IHNC east bank and it is thickest near the area surrounding the South  Breach.  Horizontal lines representing approximate elevations of I-wall crest, sheet pile tip, levee crest and levee toe are included in the longitudinal profile. From the longitudinal profile, two cross sections (perpendicular to the longitudinal alignment) were created.  The first one is located in the area along the South  Breach, and the second one in the North Breach.  The borings in the vicinity of the section were located at their appropriate elevations and another interpretation (more detailed) was performed at the particular section.  These sections were chosen for the seepage and stability analyses.

## North Breach Seepage & Stability Analyses

41.    Based on available soil boring and CPT data, historic aerial photographs, and previous geologic studies performed in this are, Figures 37 - 39 shows the interpreted cross sections through the North Breach. The North Breach is located between stations 55+00 and 58+00 of the original DM03 levee stationing. The first thing to note in this section is the elevation of the landside toe, which is located between elevations –7 feet and –8 feet; being approximately 10 feet lower than the waterside ground elevation.



Figure 37: North section comparing design geometry from DM03 and pre-Katrina section from LIDAR survey performed in 2000 (Bea and Cobos-Roa 2008).



Figure 38. Cross section through North Breach (Bea and Cobos-Roa 2008).



Figure 39: Longitudinal Profile along IHNC, north breach (Bea and Cobos-Roa 2008).

42.     The stratigraphic characterization shown in Figure 39 was based on borings NO-8 (1966), 6UEF and 5UWF (1971), B-7, B-8 IHNC-N-CPT-1 and IHNC-N-BOR-1 (2006).   The levee embankment is composed mainly by compacted clays, underlain by a Marsh deposit, described as organic matter, organic clay, wood, roots and saturated-very low density material. A thin clay blanket seems to be located at the toe of the levee and towards the waterside surface. Given the poor descriptions presented in the borings from DM03 and the IPET (2006) report, samples containing organic materials with high water contents, low density and low strengths were classified as Marsh samples.

43.     Underlying the marsh deposit, a thick "fat" clay deposit occurs from elevation -20 to approximately –50 feet, located atop a sand deposit.  The sands are in turn underlain by another clay and silt deposit, probably associated with Pleistocene age deposits.

44.     Based on the aerial photography (Figures 33 – 36), the excavated hole on the IHNC side of the North Breach was located approximately 60 feet away from the centerline of the levee - floodwall.  Based on available photographic evidence, the hole was determined to be approximately 23 feet deep and 70 feet wide.  The walls of the excavation were assumed vertical since the wall slopes do not have any significant influence on the analytical results. Based on the available photographic documentation, the material used to backfill these holes was characterized as coarse-grained materials (sand). The sheet pile extends from elevation +12.0 feet down to elevation -10.5 feet (NAVD 88).  It is evident that the sheet pile penetration is not sufficient to completely cut the Marsh layer.

45.     The software SEEP\W, part of the package GEOSTUDIO 2004, was used for analyses of seepage and hydraulic effects. The program uses a two-dimensional finite element code to route the boundary conditions imposed as hydraulic heads on the boundaries of the

problem through a porous media, calculating heads and pressures along the nodes of the finite element mesh. The software requires the generation of permeability functions that include the decrease of permeability depending upon increases in negative pore pressures (suction).

46. Figure 40 shows a typical mesh used in the SEEP\W finite element analyses. The measured Katrina surge hydrograph in Figure 3 was used in these analyses. Table 1 summarizes the hydraulic properties of the soil layers, including conductivity at saturation and anisotropy ratio (ratio of vertical to horizontal permeability, ky / kx).  Because of the lack of reliable laboratory tests or field pumping tests performed by the USACE on the buried marsh – swamp layers that underlie the Lower 9th Ward, a plausible range of hydraulic conductivities – intrinsic permeabilities were analyzed. The last row in Table 2 gives the permeability value used for gap formed between the levee and sheet-pile.  This element was not modeled in the IPET (2007) seepage computations.



Figure 40:  Typical finite element mesh for seepage analyses (Bea and Cobos-Roa 2008).

Table 2: Free-field material permeabilities used in seepage analyses.

| Material | K at saturation (cm/s) | Anisotropy Ratio (ky/kx) |
|---|---|---|
| Clays | $10^{-6}$ | 0.3 |
| Sands | $10^{-2}$ | 0.25 |
| Marsh (upper bound) | $10^{-2}$ | 0.10 |
| Marsh (lower bound) | $10^{-6}$ | 0.10 |
| Gap | 100 | 1.0 |
| Waterside Excavation Fills | $10^{-1}$ | 1.0 |

47.    Based on results from transient seepage analyses, Figure 41 shows the evolution of pore water pressure at three different locations at the toe of the levee. After 5:00 am on August 29, 2005, the calculated pore pressures are almost equal to the values of overburden stress acting on the surficial clay layer.  This would lead to the initiation of uplift deformation (or failure) near the toe of the levee (Figure 9d).



Figure 41.  Transient seepage analyses results.  Pore pressure versus time on three points near the toe of the levee (Bea and Cobos-Roa 2008).

48.     As noted, these seepage – pore pressure – uplift pressure analyses employed a very wide range in hydraulic conductivity of the buried marsh – swamp layers – $10^{-2}$ cm/s to $10^{-6}$ cm/s – 4 orders of magnitude. As detailed in the supporting Technical Report by Bea and Cobos-Roa (2008), for this entire range of hydraulic conductivity, the transient water pressures developed at the time of breach development were able to attain within 70% to 80% of the steady state conditions. The results are relatively insensitive to a plausible range in hydraulic conductivity.

49.     The SEEP\W analyses of seepage – hydraulic effects are based on two-dimensional finite element analyses. Exploratory studies of hydraulic effects associated with

excavations near levee toes comparing results from two-dimensional and three-dimensional analyses have been conducted (Money 2006). These studies addressed excavations near levee toes that are very comparable with those addressed during this investigation. This study shows that the two-dimensional analyses substantially underestimate the hydraulic effects compared with the three-dimensional analyses – in the range of 50% to 150% underestimates. Thus, the seepage – hydraulic pressure results associated with the EBIA excavations documented in this Declaration are expected to result in in underestimates of the hydraulic effects (pressures, gradients) on stability of the flood protection structures.

50.     Figure 42 shows the evolution of hydraulic gradients at the same three points. An arrow points to the approximate location of 5:00 am on August 29, 2005.  The data shows a rapid increase in hydraulic gradients after this time. Gradients in excess of unity indicate a high probability of 'blow-out' conditions that can lead to undermining and failure of the levee – floodwall system. These high flow gradients would lead to softening of materials at the toe of the levee that could progress into a slope failure. Such localized water flows together with associated movements of the supporting levee and floodwall – opening the vertical water stops – would explain early entry of water into this part of the Lower 9th Ward (Figure 18).



Figure 42: Hydraulic gradients versus time at three points near the toe of the levee at the North Breach. Marsh $kx = 10^{-3}$ cm/s (Bea and Cobos-Roa 2008).

51.    As shown in Figure 43, a significant head loss is experienced by the surficial clay on the landside of the North Breach; evidenced by the closely spaced head contours near the toe. This translates to the high gradients shown in Figure 44, where gradients in excess of unity are computed between the landside toe and the drainage canal structure, which acts as a more draining material.



Figure 43: Transient model result, Total Heads (feet) (Bea and Cobos-Roa 2008).  Time: between 7:00 and 8:00 am (CDT) on August 29, 2005.  Note the communication of water from the excavation through and under the levee and sheet piling and exiting at the toe of the levee where the upward water pressures exceeds the downward soil pressures. These upward pressures act to reduce the effective weight of the soils on the protected side – thus reducing the lateral stability of the soil – levee – floodwall system.



Figure 44:  Transient model result, Hydraulic gradients (Bea and Cobos-Roa 2008).  Time: between 7:00 and 8:00 am on August 29, 2005.   Gradient through the clay layer above the marsh deposit are greater than 1.5 indicating a hydraulic blow-out at the toe of the levee.

52.     The effects of different positions and backfill in the EBIA excavations were analyzed by modeling the permeable backfill 60 feet away from the waterside toe and at the waterside toe.  A clay-filled excavation was also modeled in order to capture the effect of the placement of low permeability material on the excavations.  Figures 45 and 46 show calculated pore water pressures for different excavation configurations and presence of gap on the center of the clay layer and center of the marsh layer, respectively.



Figure 45: Transient model results (Bea and Cobos-Roa 2008). Pore pressures along center of clay layer. Marsh kx = $10^{-3}$ cm/s.



Figure 46: Transient model results (Bea and Cobos-Roa 2008). Pore pressures along center of Marsh layer. Marsh kx = $10^{-3}$ cm/s.

    53.    A factor of safety to hydraulic uplift was calculated as the relation between the effective stress acting at the bottom of the blanket and the pore pressure at the same point (Figure 47). For the case of no-gap and clay filled excavation, the computed factors of safety against uplift are well above two, whereas for the cases considering a gap and excavation filled with permeable material, the factors of safety range from 1.2 to 0.8 after about 5:00 am (CDT) on August 29, 2005. These low factors of safety clearly indicate a very high potential for 'blowout' and uplift failure.



Figure 47: Factor of Safety against hydraulic uplift, South breach (Bea and Cobos-Roa 2008). Marsh kx = $10^{-3}$ cm/s. The factor of safety drops below unity at about 5 am (CDT) August 29, 2005 indicating the onset of levee – floodwall failure.

54.     The next step in the study of the North Breach was to perform slope stability analyses that incorporate the hydraulic response of the levee – floodwall system. The software SLOPE\W was employed in these analyses. The pore pressures generated by the SEEP\W finite element analyses were used by SLOPE\W when calculating lateral stability factors of safety. The software uses Limit Equilibrium Analysis to calculate factors of safety by a number of analytical methods. The results included here use the Spencer method.

55.     To evaluate the effects of formation of a waterside gap between the sheet piling and the supporting soil levee, factors of safety were calculated for the cases where no gap was developed (therefore a failure surface extending to the waterside slope was used), and a second

set of analyses were performed assuming that a gap had formed throughout the length of the sheet pile. Because of the uncertainties associated with the permeability characteristics of the Marsh deposits that underlie this area, the lateral stability analyses were performed for horizontal permeability in the range of $1\times10^{-3}$ cm/s to $1\times10^{-6}$ cm/s. Consequently, the pore pressure field generated from the seepage analyses for each of the permeability and storm surge elevation values were used to calculate the factor of safety at different water elevations.

56.     Based on the soil boring and testing information cited earlier and detailed by Bea and Cobos-Roa (2008), median values of the soil properties for the different stratagraphic layers were determined for unit weight, undrained shear strengths and friction angles. Table 3 summarizes the material properties used in the slope stability analyses. Figure 48 shows the input geometry used for the stability analyses of the North Breach.



Figure 48:  Cross section used for slope stability analyses for the North Breach (Bea and Cobos-Roa 2008).

Table 3: Median soil properties identified for soil layers used in stability analyses for the North Breach

| Material | Shear  Strength Parameter | | | |
|---|---|---|---|---|
| | Su (psf) | φ (deg) | Su/p' | γ (pcf) |
| Clays (Fill) | 555 | | | 105 |
| Marsh (under levee) | 442 | | | 86 |
| Marsh (free field) | 250 | | | 86 |
| Sands | | 30 | | 110 |
| Overconsolidated "Crust" | 300 | | | 100 |
| Deep Clays (CH) | | | 0.26 | 110 |

57.    Figure 49 shows results of the lateral stability factor of safety (ratio of 'driving' force to 'resisting' force) for the North Breach. These factors of safety are based on the use of mean (average, expected, best estimate) values for all of the material parameters. For the case where the gap has formed and the excavation is either 60 feet from the levee – floodwall or at the toe of the levee, the 'best estimate' factor of safety becomes less than unity at a surge elevation of about + 9 feet (NGVD 88) – or about 4:00 am (CDT) on August 29, 2005.

58.    These results indicate that the North Breach developed well before overtopping of the floodwall occurred and that this failure was clearly linked to the adjacent EBIA site clearing excavations and backfilling operations and their influences on underseepage and stability of the floodwall sections adjacent to the Lower 9th Ward.



Figure 49:  Factor of safety (mean values) versus storm surge elevation for the North breach (Bea and Cobos-Roa 2008).

59.    Figure 50 shows the critical shear surface for a storm surge of 12 feet, approximately at 7:00 am (CDT) on August 29, 2005. The mean factor of safety is approximately 0.8 at this time and the failure surface has been completely developed.

62



Figure 50:  Critical shear surface for North breach, storm surge 12 feet. Factor of Safety = 0.80 (Bea and Cobos-Roa 2008).

60.     These analyses are similar to those developed by IPET (2007) – with two categories of important differences. IPET performed analyses of the hydraulic conductivity effects as they pertained to seepage and the potential for levee blow-out (Vol. V, Appendix 17). IPET also performed stability analyses of the soil – levee – floodwall system (Vol. V, Appendix 11). IPET did not perform analyses in which the two aspects were integrated – combined hydraulic pressure and stability considerations. As has now been found at several other breach locations, the hydraulic pressures in the buried subsurface marsh – swamp layers can generate significant uplift forces that can contribute to destabilization of the soil – levee – sheet pile – floodwall system (Bea and Cobos-Roa 2008, Bea 2008, Seed et al 2008b).  In addition, the IPET analyses did not include the effects of the EBIA excavations nor the important subsurface soil-water hydraulic effects associated with the gap formed between the supporting sheet piling and the soils on the IHNC side during the surge rise. It is for these reasons that the IPET stability analyses were not able to accurately determine the water levels at which the breaches fully developed – factors of safety greater than unity (reference Vol. V, Appendix 11, V-11-12, IPET 2007) were computed for water levels (times) at which observational data gathered by IPET

indicated the breaches had developed and were admitting floodwaters to the Lower 9th Ward (Figure 18).

## South Breach Seepage & Stability Analyses

61.     The south breach extends from station 24+00 to 33+00 of the original DM03 (USACE, 1966).  Figures 51 – 53 show the interpreted cross sections through this breach site. Figure 3 shows a thick Marsh layer, bottomed in an irregular fashion around elevation –25 feet (NAVD88).  Like the north section, a thin clay layer covers the surface and is apparently related to embankment fill.  The top of the Marsh deposit is located at about elevation –5 feet, but a thin clay layer appears to cut the marsh layer in half.

62.     The sheet pile extends from +12.0 feet to -10.5 feet (NAVD88), and again, the sheet piling fails to cut through the Marsh deposit.  The cross section in Figure 53 shows another waterside excavation; this time narrower than the one found in the North section, but with the same depth to the bottom and backfill material.



Figure 51:  South section comparing design geometry from DM03 and pre-Katrina section from LIDAR survey performed in 2000 (Bea and Cobos-Roa 2008).

64



Figure 52:  Longitudinal Profile along IHNC, south breach (Bea and Cobos-Roa 2008).



Figure 53.  Cross section  through South breach (Bea and Cobos-Roa 2008).

63.     Transient seepage analyses were performed for the rising water level in the IHNC according to the measured surge elevation hydrographs in this area (Figure 2).   The surge hydrograph was input into the seepage models which generated analytical results beginning at a water elevation +2 feet.

64.     To account for the effects of increased stresses beneath the levee on Marsh permeability, the Marsh was divided into "free field marsh", and "marsh beneath embankment". The latter case was always 10 times lower than the free field case.

65.     The results of the seepage analyses (Figure 54 and 55) show that after 33 hours of surge development (August 28, 2005 12:00 am to August 29, 2005, 9:00 am CDT), high pore pressures and hydraulic gradients developed along the Marsh deposit for the entire range of permeabilities utilized in the analyses. There was less than a 10% difference in the pore water pressures caused by the range in permeabilities.

66



Figure 54: Pore pressure versus time at three points near the toe of the levee for Marsh permeability of $10^{-3}$ cm/s (Bea and Cobos-Roa 2008).



Figure 55: Vertical hydraulic gradients versus time on three points near the toe of the levee for Marsh permeability of $10^{-3}$ cm/s (Bea and Cobos-Roa 2008).

67

66.     Results from the transient seepage analyses show that the differences in pore pressure are important when the gap is introduced into the model. This is because the full head of the storm surge is applied along the back of the sheet pile and to the foundation soils. As mentioned before, the South Breach section shows a clay layer just beneath the sheet pile tip, therefore the differences between gap and no gap are not as pronounced as the North Breach model shows, which has the sheet pile bottomed in the middle of the Marsh deposit.  When the gap was not considered, the degree of saturation and advance of the wetting front was completely different from the results shown here.

67.     Figures 56 and 57 summarize the analytical results of the transient seepage analyses through the levee – floodwall cross section in terms of total heads (feet of water) and hydraulic gradients at 7:00 am on August 29, 2005.  It can be seen to the left of the sheet pile, that the IHNC side portion of the levee is not fully saturated, but to the protected side, the phreatic (water table) surface has risen enough to exit on the levee slope.



Figure 56:  Transient seepage analysis results (Bea and Cobos-Roa 2008). Total Heads (feet). Time: between 7:00 and 8:00 am on August 29, 2005.  The blue line represents the calculated phreatic surface.  Note that there is virtually no head loss on the levee until the sheet pile is reached (red zone extending from the waterside towards the right).



Figure 57:   Hydraulic gradients from transient seepage analysis (Bea and Cobos-Roa 2008). Time: between 7:00 and 8:00 am on August 29, 2005.   Maximum Gradient through the clay layer above the marsh deposit is approximately 0.5 (hydraulic gradient contour interval is 0.1).

68.     From the plot in Figure 57, it can be seen that the model predicts hydraulic gradients of approximately 0.5 at the clay layer near the toe of the levee.  In the vicinity of the sheet pile tips, the hydraulic gradients exceed unity. Values higher than 0.5 are considered unacceptable by the current practice. As noted earlier, these results are anticipated to be conservative – i.e. they underestimate the hydraulic – seepage effects associated with the EBIA excavations.

69.     The effects of the EBIA excavations were analyzed by modeling the permeable backfill 60 feet away from the levee waterside toe and at the waterside toe.  A clay-filled excavation was also modeled in order to capture the effect of the placement of low permeability material on the excavations.  A factor of safety to hydraulic uplift was defined as the ratio of the effective stress acting at the bottom of the levee fill and the pore pressure at the same point (Figure 58).  For the case of no-gap and clay filled excavation, the computed factors of safety against uplift are well above two, whereas for the cases considering a gap and excavation filled with permeable material, the factors of safety range from 1.2 to 0.9 after 5:00 am on August 29, 2005.



Figure 58: Factor of Safety against hydraulic uplift, South breach. Marsh kx = $10^{-3}$ cm/s (Bea and Cobos-Roa 2008).

70.    The next step in the study of the South Breach was to perform slope stability analyses that incorporate the hydraulic response of the levee – floodwall system.  The software SLOPE\W was employed in these analyses.  The pore pressures generated by the SEEP\W finite element analyses were used by SLOPE\W when calculating lateral stability factors of safety. The software uses Limit Equilibrium Analysis to calculate factors of safety by a number of analytical methods.  The results included here use the Spencer method.

71.    To evaluate the effects of formation of a waterside gap between the sheet piling and the supporting soil levee, factors of safety were calculated for the cases where no gap was developed (therefore a failure surface extending to the waterside slope was used), and a second set of analyses were performed assuming that a gap had formed throughout the length of the

sheet pile. Because of the uncertainties associated with the permeability characteristics of the Marsh deposits that underlie this area, the lateral stability analyses were performed for horizontal permeability in the range of $1 \times 10^{-3}$ cm/s to $1 \times 10^{-6}$ cm/s. Consequently, the pore pressure field generated from the seepage analyses for each of the permeability and storm surge elevation values were used to calculate the factor of safety at different water elevations.

72. Based on the soil boring and testing information cited earlier and detailed by Bea and Cobos-Roa (2008), median values of the soil properties for the different stratigraphic layers were determined for unit weight, undrained shear strengths and friction angles. Table 4 summarizes the material properties used in the slope stability analyses. Figure 59 shows the input geometry used for the stability analyses of the North Breach.



Figure 59: Analysis cross-section for South breach (Bea and Cobos-Roa 2008).

Table 4:  Material properties used for the slope stability models, South Breach.

| Material | Shear  Strength Parameter | | | |
|---|---|---|---|---|
| | Su (psf) | φ (deg) | Su/p' | γ (pcf) |
| Clays (Fill) | 342 | | | 104 |
| Marsh (under levee) | 400 | | | 86 |
| Marsh (free field) | 250 | | | 86 |
| Sands | | 30 | | 110 |
| Overconsolidated "Crust" | 300 | | | 104 |
| Deep Clays (CH) | | | 0.26 | 104 |

73.    Figure 60 shows the calculated factors of safety (ratio of lateral 'driving forces' to 'resisting forces') based on mean (expected, average) values for all of the parameters for the South Breach for the cases of no gap formed, and the gap fully formed. Results from the analyses show that factors of safety drop below unity (probability of failure of 50%) for all cases between elevations +12 feet and +14 feet between 7:00 am and 8:00 am on August 29, 2005. These analytical results are in agreement with available information on the response of this levee - floodwall during hurricane Katrina (IPET 2007, ILIT 2006, Team Louisiana 2007).

74.    These results indicate that the sequence of events leading to complete development of the South Breach developed after the similar sequence of events at the North Breach.  Given the elevation of the floodwall, these analytical results indicate overtopping would have been occurring during the development of this breach. Forensic engineering observations clearly indicated the erosion 'trench' adjacent to the floodwall on the protected side (ILIT 2006; IPET 2007; Team Louisiana 2007). Initiation of the South Breach was clearly linked to the EBIA site clearing excavations adjacent to the floodwall.



Figure 60: Factors of Safety (based on mean values of input parameters) versus storm surge elevation for the South Breach for Marsh permeability of $kx = 10^{-3}$ cm/s (Bea and Cobos-Roa 2008).

75.    Critical failure surfaces were determined to be non-circular surfaces starting at the

tip of the sheet pile and progressing towards the landside toe along the Marsh deposit.  Figure 61

shows the critical surface using Spencer's method for a storm surge of 14 feet when the Factor of Safety for lateral stability was 0.94 – at a 'failure' condition.



Figure 61: Critical shear surface for South Breach with storm surge at 14 feet and factor of safety = 0.94 (Bea and Cobos-Roa 2008).

76.     Figures 62 - 64 shows photographs of the South Breach taken shortly after its development. The photographs shows a displaced segment of the protected side levee very similar in shape to the green failure wedge indicated in Figure 61 – indicating large lateral movements of the supporting levee on the protected side. Also, note the floodwall with the extensive overtopping erosion trench either side of the breach section did not participate in the failure – development of the South Breach.  In Figure 64 near the center of the breach, note the exposed buried utility pipelines that cross at right angles to the floodwall. See the supporting Technical Report by Bea and Storesund (2008) for more background on these utility crossings. The floodwall between the North and South Breaches was severely 'distorted', indicating this stretch of the flood protection structure was near the point of initiating the progressive failure – breaching process observed at the North and South Breach sites (ILIT 2006, Team Louisiana 2007, IPET 2007, Seed et al 2008b).



Figure 62: Photograph of South Breach looking north showing the pushed-back levee section on the protected side of the floodwall (EPA 2005).



Figure 63: Photograph of South Breach looking south showing the pushed-back levee section on the protected side of the floodwall (IPET 2007). Note the deep trench eroded on the back side of the floodwall by the overtopping floodwaters.



Figure 64: Aerial view of South Breach showing displaced levee section, overtopping erosion trench, and utility line crossing near the center of the breach (USACE 2006).

77.    An alternative mode of failure investigated in assessing development of the South Breach was overtopping, trench erosion, and lateral toppling of the I-wall. The field investigations made by the ILIT, IPET, and Team Louisiana teams identified the deep eroded trench along the inboard side of the flood wall (Figure 63, Figures 65-67). The trench depth varied along this alignment and was generally in the range of 4 to 7 feet (Figure 65).



Figure 65: Eroded trench along inboard side of the floodwall at the south end of the South Breach at the Lower 9th Ward (ILIT 2006).



Figure 66: Eroded trench along inboard side of the floodwall at the center of the South Breach at the Lower 9th Ward (Cushing 2008)



Figure 67: Eroded trench along inboard side of the floodwall at the center of the South Breach at the Lower 9th Ward (Cushing 2008).

78.    Given that the floodwall was overtopped by waves and surge starting around 6:00 am (Figure 3) and that the stability analyses indicated that the water level would need to reach +12 to +14 feet NAVD 88 before a lateral stability failure developed (about 7:00 to 8:00 am CDT), there would have been 1 to 2 hours of overtopping flow. This overtopping flow would have a depth over the top of the wall of 1 to 2 feet (Figure 68). The height from the top of the flood wall to the top of the soil on the protected side would 7.5 to 8.5 feet. Based on the results summarized in Figure 69, the plunging jet velocity at impact on the soil would be 22 to 26 feet per second (IPET 2007 ). This is a very high impact velocity and would exert high erosive and scour stresses on the surface soils supporting the floodwall.



Figure 68: Definition sketch for analytical model to evaluate overflow of floodwall (IPET 2007).



Figure 69: Plunging jet velocity at impact with ground as function of surge height above top of the floodwall (Figure 68) (Hughes 2006).

80

79.     Three different methods were used to estimate the depth of the erosion trench that could develop. The first method was developed by Briaud et al (2001, 2008). The second method was based on the guidelines issued by the Federal Highway Administration for use in hydraulic design of culverts and channels (FHWA 2006). The third method was developed by Hanson, et al (1991, 2001, 2003).

80.     The surface soils at this location were characterized by the IPET studies as clay with sand and silt seams (IPET 2007). Briaud et al (2008) performed laboratory erosion tests on levee surface soils in the Greater New Orleans area as part of the ILIT investigation (Figure 70) (ILIT 2006, Briaud et al 2007, 2008). The surface soil samples gathered from sites having characteristics similar to those at the Lower 9th Ward were generally indicated to have "Medium Erodibility – III" characteristics. Wibowo et al (2007) performed in situ 'jet tests' on levee soils in the Greater New Orleans area as part of the IPET investigation (IPET 2007). The results of the erosion 'Jet Index' tests for the New Orleans East levee sites (Michoud Canal and Slip sites) are summarized in Figure 71. The soil boring and testing data on the surface soils at these locations indicates they are similar to those at the Lower 9th Ward (IPET 2007).





Figure 70: Sampling locations and erosion test results (ILIT 2006, Briaud et al 2008).



Figure 71: 'Jet Index' erosion test results for New Orleans Est levee sites (Michoud Canal and Slip sites) (IPET 2007).

81.    For an overtopping flow period of 1 to 2 hours, application of the three methods

to the soil and overtopping flow conditions at the Lower 9th Ward resulted in erosion depths of:

Method 1 (Briaud et al) 6 to 8 feet, Method 2 (FHWA) 6 to 9 feet, and Method 3 (Hanson et al) 4

to 8 feet. The three methods indicated very comparable erosion depths. These 'hindcast' erosion

depths are in good agreement with those observed in the vicinity of the South Breach (Figures 63

– 67). They indicate that overtopping flow conditions must have existed for 1 to 2 hours at the

Lower 9th Ward during hurricane Katrina.

82.    Finite element analyses (PLAXIS) were performed to evaluate the lateral stability

of the floodwall for the erosion trench lateral failure mode (Figure 72) (Seed et al 2008). Erosion

trench depths in the range of 6.5 to 8.0 feet were evaluated. The results showed that an erosion

trench with a depth of 8 feet at the inboard side would be required to cause excessive leaning of

the floodwall for a surge elevation of +14 feet NAVD 88. However, the results showed that for the floodwall excessive leaning condition, it still had a factor of safety against instability of 1.1 (Seed et al 2008).



Figure 72: Finite element analysis results showing the stable 'cradling' of a partially toppled I-wall and supporting sheet piling at the South Breach for a water level of +14 feet NAVD 88 (factor of safety against instability = 1.2) (Seed et al 2008).

83.     The finite element results for these conditions are shown in Figure 73. These results are for a surge water level at elevation +13.5 feet NAVD 88 and a horizontal hydraulic conductivity of Kh = $10^{-5}$ cm/s. Finite element analyses for a higher horizontal hydraulic conductivity of Kh = $10^{-4}$ cm/s indicated the floodwall – sheet pile – levee system would develop a factor of safety of unity (FS = 1) at a water elevation of +13 feet NAVD 88 (Figure 74). Thus, the results indicate that the lateral instability of the entire floodwall – supporting soil levee system was the most likely mode of failure. This mode of failure was due primarily to the surge hydrostatic pressures (including those developed below the soil on the unprotected side – the water in the gap between the sheet piling and soils) and the under seepage-induced pore water pressures and hydrostatic uplift pressures.

84



Figure 73: Finite element analysis results showing the two critical potential failure surfaces for the South Breach with the surge water level at elevation +13.5 feet NAVD 88 for pore water and under seepage conditions based on a hydraulic conductivity Kh = $10^{-5}$ cm/s (Seed et al 2008).



Figure 74: The Factor of Safety (FS) for lateral instability as a function of surge water elevations at the South Breach (Seed et al 2008). The Factor of Safety of unity is developed at a water elevation of +13 feet NAVD 88.

84.     This conclusion is corroborated by observations of the performance of comparable I-walls at other locations in the Greater New Orleans Area (ILIT 2006). Figures 75 and 76 are photographs of examples at sections of the Citrus Back Levee floodwall near the Bulk Loading Facility on the GIWW. Approximately 2,000 feet of this wall was displaced and severely tilted toward the protected side (Figure 77).  Figure 75 shows a very deeply eroded trench on the inboard of the floodwall at one of the deepest sections observed behind these types of walls in the Greater New Orleans area. The wall leans inboard slightly and the lateral wall deflection resulted in heaving up of the soil against the sheet piles at the base of the floodwall which stabilized the wall in the partially displaced position. Figure 76 shows a second long reach of this Citrus Back Levee floodwall this time viewed from the unprotected side where the floodwall was pushed laterally to a position cradled by the far side of the trench behind the flood wall. The wall remained stable in that position.

85.     Figure 78 shows the pre- and post-Hurricane Katrina I-wall conditions at this location. The top of the floodwall was located at elevation +15 feet and the sheet piling extended to –12.5 feet NAVD 88. Figure 79 shows an elevation survey of the overtopping scour trenches in front of and behind the I-wall. The scour trench was approximately 11 feet deep with the bottom of the trench at elevation –3 feet NAVD 88.

86.     A soil boring near the center of this section of the wall (Figure 80) shows that this I-wall – levee section was supported by strong lean and organic clays. The marsh – swamp layers that underlie much of the Greater New Orleans were not present above an elevation of –60 feet NAVD 88. Thus, the natural conduits (permeable marsh and swamp deposits) for the under seepage pore water pressures and the associated hydraulic uplift forces were not present and could not contribute the instability of the floodwall – sheet pile – levee floor protection system.



Figure 75: Significant lateral deflection of the Citrus Back Levee floodwall, seen from the inboard (protected) side (ILIT 2006).  Note the heave adjacent to the displaced sheet piles and wall



Figure 76: Deflection and tilting of another section of the Citrus Back Levee Floodwall, this time viewed from the outboard side.  Note the gap between the outboard  levee toe section and the sheetpile curtain (ILIT 2006).



Figure 77: Aerial photograph of severely damaged Citrus Back Levee flood wall at the Bulk Loading Terminal Facility (IPET 2007).



Figure 78: Pre- and post-Hurricane Katrina conditions of severely damaged Citrus Back Levee flood wall at the Bulk Loading Terminal Facility (IPET 2007).



Figure 79: Overtopping scour pattern in front of and behind severely damaged Citrus Back Levee flood wall at the Bulk Loading Terminal Facility (IPET 2007). Scour trench has maximum depth of 11 feet with bottom of trench at –3 feet NAVD 88. The sheet piling penetrate to –12.5 feet NAVD 88.



Figure 80: Nearby soil boring log shows top layers of clay interbedded with silt and sand seams to elevation –60 feet NAVD 88 (ILIT 2007).