87.    As discussed in the body of this expert report (multi modes of failure, paragraphs 45 – 47), while these analyses indicate that the lateral instability mode of failure involving the floodwall and supporting levee 'won the photo finish horse race' to develop the South Breach, this race involved several other interacting modes of failure. The factors of safety of the seepage, floodwall and supporting levee lateral stability, and the floodwall – overtopping erosion trench lateral stability modes of failure were all very close to unity at the same time (7:00 to 8:00 am). Without a 'camera' to tell which failure mode won this race, it is not possible with certainty to say which failure mode won (dominant at the time of full development of the breach). However, the outcome of this race is the same; the South Breach fully developed between 7:00 and 8:00 am as a result of the unique local conditions (Hurricane Katrina and geological – geotechnical – floodwall design, construction, and maintenance); these modes of failure did not involve interactions with or forces from the ING 4727 barge.

## Hydraulic Conductivities and Effects on Lateral Stability of the Flood Protection Structures at the Lower 9th Ward

88.    My analyses and those performed by Seed et al (2008a, 2008b) show that hydraulic conductivity effects played a major role in development of both the North and South Breaches (Figure 81). These hydraulic conductivity effects are focused on three primary elements: a) the backfilled excavations adjacent to the wall that were associated with the USACE Lock Expansion Project EBIA (East Bank Industrial Area) site clearing activities, and b) the transmission of water pressures through the buried marsh- swamp layers and under the bottoms of the sheet piling that developed destabilizing forces (uplift) under the protected side of the flood protection structure (protected side portion of the supporting soil levee, and c) the

transmission of water through the buried marsh-swamp layers causing seepage related degradations of the soil structure (reductions in strength, erosion, blow-outs).

89.    I have expended considerable resources in analyzing the two and three dimensional hydraulic conductivity effects (seepage and associated pressures) and their effects on the stability of this portion of the man-made flood protection structure. This work has been published in peer reviewed journal papers and discussions (Bea and Cobos-Roa 2008a, 2008b; Cobos-Roa and Bea 2008).



Figure 81 : Analytical model illustrating 'demand' and 'capacity' forces involved in breach development (Bea 2008).

90.    I have concluded that there was a high potential for 'blowout' at the toe of the reduced section of the levee at the Northern Breach that would result in water entering the Lower 9th Ward with the volume increasing with time. My analysis of this breach development 'sequence' included initial lateral differential displacements induced in the flood protection structure that opened up the vertical 'water-stops' separating sections of the concrete flood wall. Our analyses indicate that the first major volumes of flood waters most likely entered the Lower

9th Ward through the openings in the concrete flood wall. Our breach development sequence indicates as the breach continued to develop, there were additional movements of the flood protection structure – including tilting of the concrete flood wall – sheet pile portion of the flood protection structure that resulted in development of additional paths for water entry from the water side. In addition, field inspections showed there also were failures of the sheet pile interlocks – connections between the sheet pile sections (Cushing 2009). This mode of failure was particularly evident at the north end of the North Breach. This sequence of development and causation of the breach is very similar to that we identified as a result of our extensive analyses of the breach that developed at the 17th Street Canal – another failure that developed prior to overtopping (Bea 2008).

91.    My analyses indicate that the rising surge flood waters and the associated increased water pressures communicated through the permeable saturated underlying marsh layers both via the adjacent backfilled excavations and the gap formed between the flood wall – sheet piling and the supporting soils. These water pressures were 'blanketed' with the less permeable fill and levee soils on the protected side – thus developing significant uplift pressures (forces) that acted to destabilize this portion of the flood protection structure (Figure 81).

92.    A major point of disagreement developed very early between the results from the IPET (2007) and ILIT (2006) investigator's analyses of the North Breach development. This point of disagreement focused on the hydraulic conductivity properties of the buried marsh layers that comprised portions of the flood protection structure supporting foundation soils. Based on results from their very limited analyses, the IPET concluded that seepage and hydraulic effects were not important and did not contribute significantly to development of the North and South Breaches. Unfortunately, the IPET addressed only one part of the important aspects

associated with the hydraulic conductivity of the buried marsh and swamp layers that underlie the Lower 9th Ward (and much of the rest of the greater New Orleans area). I keep samples of these layers that I obtained from the Lower 9th Ward (obtained in 2006 from a crew working on repair of the sewage and water systems) on my desk to remind me of the unusual characteristics of these highly organic – silty soils. These soils 'outcrop' just to the north of the Lower 9th Ward out by the water treatment plant. Water can and does flow easily through these organic soils – like water through compacted 'dirty' sawdust.

93.     Results from the later ILIT analyses (Seed et al 2008a, 2008b) and the analyses documented in this report show there could be important hydraulic conductivity 'seepage' effects which could lead to 'blowouts'. Most importantly there were also hydraulic effects (pressures in the underlying marsh – swamp layers blanketed with the overlying much less permeable soils) which could lead to 'uplift forces' that could lead to destabilization of the flood protection structures (Figure 81, Bea 2008). My review of the IPET did not disclose evidence that these analyses had accounted for such 'uplift forces' nor for the inter-related effects of the EBIA backfilled excavations in their analyses of lateral stability. In addition, my analyses indicate that the IPET performed seepage and stability analyses – but not a combination of the two. I was unable to detect that the hydraulic conductivity uplift pressure effects had been included in the lateral stability analyses performed by the IPET. For many years, the existence of these hydraulic uplift effects have been recognized and addressed in design of dams and other structures (e.g. retaining walls, slopes) that must 'keep water friendly' (USACE 1995, 2000, 2002, 2003; Terzaghi and Peck 1948; Hough 1957, Lambe and Whittman 1969; Handy and Spangler, 2007).

94.     Because of a lack of 'direct' measurements of the in situ permeabilities of the buried marsh layers, 'indirect' sources of information have been used to deduce plausible

characteristics for these soils. These sources of information include: a) results from laboratory tests performed on samples from marsh 'soils' thought to be comparable with those underlying the Lower 9th Ward, b) results from field tests performed in marsh soils comparable with those underlying the Lower 9th Ward, c) observations made at this location during performance of the soil borings for the ILIT project (Figure 82), d) observations made during the EBIA site clearing excavations (water filling excavations), e) observations made during construction of a flood protection drainage structure located north of the Lower 9th Ward that encountered the marsh layers, and f) observations and measurements made in comparable buried marsh layers (IPET 2007, ILIT 2006) found in the vicinity of the 17th Street Canal Breach (Figure 82).

95.     During performance of the ILIT soil borings at the sites of the North Breach and South Breach at the Lower 9th Ward the very high hydraulic connectivity of the marsh and swamp layers that underlie this entire area was made apparent (Figure 82). After completing one boring at the location, the soil boring rig was moved 200 feet away and a second boring was completed. Because of the variable soil characteristics, it was decided to drill a third soil boring midway between the first two borings. When the drilling unit encountered the buried marsh and swamp layers, water immediately began spouting from the two adjacent soil boring holes. Examination of the soil samples showed that the organic layers were very 'layered' – as one would expect from the accumulation of organic matter in the bottom of a marsh or swamp. The deposits were very anisotropic – the horizontal permeability was much greater than the vertical permeability. This observation showed that conventional sampling and laboratory testing methods (e.g. permeability determined from consolidation tests on samples from vertical cores) could not be relied upon to give realistic data regarding the horizontal permeabilities of these marsh - swamp layers.



Figure 82: Observations made during soil borings performed at Lower 9th Ward breach locations that penetrated the buried marsh layers (Bea 2008 from Rogers 2007).

96.     The piezometer and water level measurements made by the USACE in the buried marsh layers that underlie the 17th Street Canal (SSC) Breach (Figure 83) had particular importance in development of my understanding of the hydraulic conductivity and hydraulic pressure response characteristics of these buried marsh soils. As part of the USACE's study of

"Safe Water Levels" for the SSC (USACE 2007), piezometers were installed on the Orleans Parish and Jefferson Parish sides of the SSC in the immediate vicinity of the SSC breach that developed during Hurricane Katrina. These piezometers (identified by USACE incorrectly as SSP-1A and SSP-2A; based on the piezometer installation records and report the correct designation is SSP-1B and SSP-2B) were installed in the peat (Marsh) layers at elevations –14.24 feet and –15.9 feet (NAVD88), respectively. These piezometers were monitored manually from January to June 2006. The reading were adjusted for barometric pressure changes. Piezometer SSP-1B was tipped in a marsh - swamp layers under the Orleans Parish levee centerline. Piezometer SSP-2B was tipped in the marsh – swamp layers under the Jefferson Parish side of the canal at the protected side levee toe. As for SSP-2B, the piezometer readings varied between El. –5 feet to –6 feet (NAVD88) during the measurement period. Both piezometers showed similar trends. A summary of the SSP-1B readings is given in Figure 83. Some very important information is contained in these records. As indicated in Figure 36, there is direct correspondence between changes in the water level in the canal and those in the buried marsh layer/s. Several instances are shown in Figure 83 where there is an immediate and direct correlation between sudden changes in the canal water level and that in the buried marsh layer/s. This indicates a direct connection between the canal water and that in the marsh layer/s.  Similar marsh layers underlie the Lower 9th Ward and have similar hydraulic 'connections' with the adjacent Inner Harbor Navigation Canal (IHNC).



Figure 83: Piezometer (water pressure elevations) measurements made in the buried marsh layers adjacent to the 17th Street Canal breach and canal water elevations recorded during a six month period (USACE 2007 17th Street Canal Safe Water Levels Report).

97.     These data show how high water levels in the adjacent IHNC can lead rapidly to high water pressures in the underlying marsh layer/s. As shown by the analyses summarized in this report, these high water pressures if exerted on an overlying 'blanket' (relatively impermeable) layers can develop upward pressures that act to reduce the normal downward pressures exerted by the overlying soils that are important to stability of the flood protection structures.

98.     Similar uplift pressure – flood protection structure concerns developed during our recent investigations of the breaches that developed in the mid-west levees during July 2008 (Storesund et al 2008). Potential breach development exacerbating effects of these uplift pressures were identified by USACE engineers from the St. Louis District (Figure 84).  The uplift pressures reduce the 'effective' weight of the soils that provide a substantial portion of the

lateral load resistance of the flood protection structure – levee. As a consequence, there were many instances of breaches in the levees that developed without and well before overtopping (e.g. Figure 85). It is interesting to note that in many cases it was initially reported that the majority of major breaches had occurred due to overtopping – the public was told that when a levee was overtopped "the levee failed" (Storesund et al 2008).



Figure 84: Hydraulic conductivity – underseepage uplift pressures from "Underseepage – The Silent Killer of Levees" (Conroy 2008).



Figure 85: Mid-west levee breached before overtopping during July 2008 Mississippi River flood.

99.     The photograph shown in Figure 86 was taken on a farm next to the river during the high water stages of the July 2008 mid-west flood. The windmill in the photograph was used to pump water from the shallow (20 feet below surface) sand aquifer under the cornfield. This sand aquifer connects to the nearby river. At normal water stages, the water had to be pumped to the surface. It is evident that when this photograph was taken (high water stage in the river. The water pressures in this shallow sand aquifer obviously are very high – a 'gusher' of sediment laden water is being forced almost to the top of the windmill. After this photograph was taken, a breach developed in a section of the adjacent levee (Figure 87) (Storesund et al 2008).



Figure 86: Shallow aquifer water pressures developed during flood stage



Figure 87: Levee adjacent to windmill developed breach prior to overtopping

100.    Assembly of the available background cited herein indicates that the marsh – swamp layers that underlie the Lower 9th Ward could have a very wide range in 'insitu' (in the actual marsh layers) permeabilities (hydraulic conductivities) (see Table 1 for the range of values considered, also consult Mitchell 1976). Generally, there are important differences between permeabilities determined based on results from laboratory and field tests (e.g. differences caused by layering of the organic matter, sampling disturbances, laboratory test induced effects). There are similar potential differences between insitu horizontal and vertical permeabilities – due principally to the macroscale characteristics (layering) of the organic materials in marsh layers. Complicating this already complicated 'picture' of the marsh layer permeabilities are the natural variabilities one could expect in the properties of buried marsh layers and the additional variabilities one could expect in the properties as influenced by 'man-made' activities (e.g. increased overburden stresses due to the flood protection structure, excavations, and placement of underground utilities). Thus, this 'indirect' information had to be assembled in a reasonable way to enable development of realistic understanding and insights into the potential hydraulic effects. This assembly, its use in parametric studies (upper bound to lower bound), and the results for my 'best estimate' evaluations of the lateral stability characteristics at the North Breach and South Breach have been summarized earlier in the body of my Expert Report.

Table 1: In situ intrinsic horizontal permeabilities of earthen materials (after Bear 1972)

| $K$ (cm/s) | $10^2$ | $10^1$ | $10^0=1$ | $10^{-1}$ | $10^{-2}$ | $10^{-3}$ | $10^{-4}$ | $10^{-5}$ | $10^{-6}$ | $10^{-7}$ | $10^{-8}$ | $10^{-9}$ | $10^{-10}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $K$ (ft/day) | $10^5$ | 10,000 | 1,000 | 100 | 10 | 1 | 0.1 | 0.01 | 0.001 | 0.0001 | $10^{-5}$ | $10^{-6}$ | $10^{-7}$ |
| Relative Permeability | Pervious | | | | | Semi-Pervious | | | Impervious | | | | |
| Aquifer | Good | | | | | Poor | | | None | | | | |
| Unconsolidated Sand & Gravel | Well Sorted Gravel | | Well Sorted Sand or Sand & Gravel | | | Very Fine Sand, Silt, Loess, Loam | | | | | | | |
| Unconsolidated Clay & Organic | | | | | | Peat | | Layered Clay | | Fat / Unweathered Clay | | | |
| Consolidated Rocks | Highly Fractured Rocks | | | | | Oil Reservoir Rocks | | Fresh Sandstone | | Fresh Limestone, Dolomite | | Fresh Granite | |

101.     Initially, the ILIT project investigators performed seepage analyses (transient and steady-state) based on an in situ horizontal permeability of the marsh layers of $10^{-2}$ centimeters per second (cm/sec). The IPET investigators considered the initial value of permeability used in the ILIT seepage analyses was much too high. Subsequent to publication of the ILIT report (May 2006), the IPET investigators founded their seepage analyses on a constant value of $10^{-6}$ cm/sec for the in situ horizontal permeability of the marsh layers. Following publication of the original ILIT analyses, the ILIT analyses were repeated and expanded to include a much wider range of potential – plausible - insitu horizontal permeabilities; $10^{-3}$ to $10^{-6}$ cm/sec (Seed et al 2008a, 2008b). This range of permeabilities were studied in the analyses documented in my July 2008 Expert Report. As would be expected, for horizontal permeabilities in the lower range there were much less significant hydraulic 'seepage' effects. However, the analyses indicated hydraulic uplift pressures developed under the relatively less permeable levee soils were relatively insensitive to the range in horizontal permeabilities analyzed ($10^{-3}$ to $10^{-5}$ cm/sec).

102.     My forensic engineering work (Bea and Cobos-Roa 2008, Cobos-Roa and Bea 2008) has clearly shown that there are two categories of effects that are associated with hydraulic conductivity: a) <u>seepage</u>, and b) <u>uplift pressures</u>. Seepage involves underground transmission of significant quantities of water. Development of uplift pressures does not (saturated soils, incompressible water-soil system). Seepage can develop several deleterious effects on soils; e.g. weakening the soils and transporting significant quantities of the soil thereby developing expanded conduits for water transmission – causing 'blowouts'. As discussed previously, uplift pressures act to decrease the 'effective' weight of the soils and thereby reduce the ability of the soils to resist lateral loadings. Initially, our primary concern was with the seepage effects, but as we learned more about the behavior of the soils and the performance of the flood protection structures during Hurricane Katrina, our primary concern focused on the effects of the hydraulic uplift pressures on lateral stability of the flood protection structures at the Lower 9th Ward.

## Three Dimensional Seepage Analyses

103.     After the completion of the two dimensional seepage and hydraulic pressure analyses summarized earlier in this report, there were concerns that the two dimensional (2D) seepage and hydraulic pressure analyses would under-predict the seepage gradients and hydraulic pressures. Consequently, a series of three dimensional (3D) seepage and hydraulic pressure models were developed and analyzed. The results of the 3D seepage and hydraulic pressure analyses of the North Breach and South Breach sites are summarized in this section of the report.

104.     Two and three dimensional seepage and hydraulic pressure modeling analyses are based on the same theoretical principles. For 3D analyses, the governing flow formulation

(Darcy's equation) introduces a third variable for hydraulic conductivity in the second horizontal or 'z' direction.  The software developed by Geoslope International (Seep 3D and SEEP/W) was used to perform the 3D and 2D analyses summarized here.

*North Breach*

105.    The cross section used for the two dimensional (2D) model (Figures 38, 40, 43) was used as a starting point for the three dimensional (3D) water seepage and hydraulic pressure computations (Figure 88).



Figure 88: 3D seepage model for the North Breach.

106.    Figure 89  shows the total head contours computed using the 3D model.  The plot shows a similar distribution of heads as the 2D model, with minor losses in the soil layers upstream of the sheet pile located near the vicinity of the excavation.  Figure 90 shows the computed hydraulic gradients at the surface concentrating several tens of feet landward of the

toe.  Figure 91 shows hydraulic gradient values developed through the storm, at the center of the clay layer beneath the landside levee toe for two points along sections or 'slices' of the 3D model; one through the filled excavation, and another one immediately outside the excavated area.  There is a 30% increase in the hydraulic flow and pressure gradients (i) near the landside toe in the cross section through the filled excavation, compared to the section outside this area.  The blue series corresponds to a hydraulic gradient value below the landside toe just under i = 2.0 (gradient of unity indicates flow pressures equal the soil overburden pressures, flow gradients less than 0.5 generally assumed to be 'safe.') at 6:00 am on August 29, 2005, and the black line captures the 3D effect of the excavation, by increasing the gradients on the area beneath the landside toe.

107.    Computed flow quantities on the lines normal to the levee centerline show that the flow seeping through the waterside excavation towards the landside toe is approximately 20% higher than the flow 100 feet outside of the excavation.



Figure 89: 3D total head contours. Time between 7:00 and 8:00 am on August 29, 2005.



Figure 90: 3D hydraulic gradients. Time: between 7:00 and 8:00 am on August 29, 2005.



Figure 91: Gradients along two lines normal to the levee centerline, Time: between 5:00 and 6:00 am on August 29, 2005.

***South Breach***

108.    As with the North Breach site seepage and hydraulic pressure analyses, the cross section used for the 2D model (Figures 53 and 56) was used as the starting point for the 3D analyses.  The excavation was again modeled with vertical walls, approximately 60 feet away from the centerline of the levee. Figure 92 shows the 3D model used for the South breach.

109.    Figure 93 shows the total hydraulic pressure head contours computed using the 3D model.  The plot shows a similar distribution of heads as the 2D model, with minor losses in the soil layers upstream of the sheet pile located near the vicinity of the excavation. Figure 94 shows the computed hydraulic gradients concentrating several tens of feet landward of the toe. Figure 95 shows vertical gradient values versus time on the nodes beneath the landside toe, along two cross sections, or 'slices' of the 3D model, one through the filled excavation, and another one outside the excavated area.  There is a 30% to 70% increase in gradients near the landside toe in the cross section through the filled excavation, compared to the section outside this area.



Figure 92: 3D seepage analysis model, IHNC-Lower Ninth Ward South breach



Figure 93: Total heads near landside toe for the south breach.  Time: between 7:00 and 8:00 am on August 29, 2005



Figure 94: Hydraulic gradients near landside toe for the South breach.  Time: between 7:00 and 8:00 am on August 29, 2005.

110.   Based on the results summarized in Figure 95 it is clear that the hydraulic gradients computed by the 3D model are substantially higher compared to adjacent areas where the waterside shallow layer is clay.  The behavior of this section is different than the North Breach, showing lower gradients in both 2D and 3D models.  This difference can be explained because the marsh layer is found below a clay layer which produces more head losses compared to the North Breach section.  Also, the sheet pile is tipped inside the clay layer; augmenting the head losses and minimizing the amount of flow in the marsh layer coming from the gap between the sheet pile and fill.



Figure 95: Gradients along two lines normal to the levee centerline, Time: 8:00 am on August 29, 2005.

## Summary

Compared with the 2D seepage analysis models, the 3D seepage and hydraulic pressure analysis models more accurately characterize the influences of localized excavations on development of the breaches at the Lower 9th Ward during Hurricane Katrina.  Money (2006) performed similar analyses and found that vertical gradients increased between 50% and 100% when a narrow excavation was analyzed near the landside toe of an idealized levee.  The difference in gradients, which is directly proportional to the increase in water pressures near the area affected, can be attributed to the fact that flow concentrates in the direction parallel to the levee centerline (Figure 19).



Figure 96: Contributions from additional flow component introduced by 3D seepage and hydraulic conductivity analyses.

The two IHNC-Lower 9th Ward models included the presence of waterside excavations filled with permeable materials near the levee toe. The plots of total head and gradients clearly show a concentration of flow near the landside toe, opposite to the waterside excavations. Computed internal hydraulic gradients on fine grained layers increased by 30 and 70% for the south and north breach sections, respectively.  Increased gradients on the surface were also observed opposite to the waterside excavations.

Hydraulic blowout may have been the principal player in the development of the IHNC Lower 9th Ward North Breach section, which occurred before overtopping (storm surge between +9 feet and +10 feet), approximately at 5:00 am on August 29, 2005.  The South Breach at the IHNC Lower 9th Ward reached full development, between 7:00 am to 8:00 am on the same day. The analyses summarized here further demonstrate that seepage and hydraulic uplift pressures played key roles in the initiation of the North Breach and South Breach.

Increased pore pressures, flow quantities and hydraulic gradients are the end result of analyzing three-dimensional effects of localized excavations near levee toes.  For the two case histories analyzed, the effects were consistently negative, increasing gradients by 30 to 60% compared to 2D values.  Table 2 summarizes the 2 and 3D gradients at the time of failure.

Table 2: Summary of results

| Analysis Section | Storm surge el. (ft, NAVD88) | 2D vertical gradient | 3D vertical gradient |
| --- | --- | --- | --- |
| IHNC-North Breach | +9.0 | 1.0 – 1.5 | 1.5 - 2.0 |
| IHNC-South Breach | +12.0 | 0.6 | 0.7 (internal) – 1.5 (shallow) |

## III.       SUMMARY OF FORENSIC ENGINEERING ANALYSES

111.    Marsh permeability plays a key role in the hydraulic behavior and instability of the breaches along the East levee of the IHNC-Lower Ninth Ward. Because of the inherent uncertainties associated with the Marsh permeability a wide range of permeabilities ($10^{-3}$ to $10^{-6}$ cm/s) were used to characterize the Marsh deposit and compute the response of the levee and underlying materials.

112.    The South and North breaches were modeled using two-dimensional finite element and limit equilibrium analyses and incorporated two main differences with published analyses (ILIT, IPET). The first was the presence of excavations on the EBIA side of the levee - floodwall. Previous analyses did not include the effect of the very deep excavations that took place along the EBIA during the 1990s. The influences of the EBIA excavations on the levee response to the storm surge is that they bring the IHNC effectively to the waterside toe of the associated flood protection structures. The 100 feet to 200 feet between the levee and the shore of the canal were effectively reduced to a couple of tens of feet, meaning that the full hydraulic load of the surge in IHNC will be directly applied below the toe of the levee. The second was generation of pore pressure and associated seepage through the waterside gap formed between the sheet pile and the embankment as the surge rose in the IHNC.

113.    The 2D and 3D seepage analyses show that pore pressures develop quickly and near-steady state conditions are reached within less than 30 hours of the initiation of the surge starting on August 28, 2005. Calculated pore pressures and hydraulic gradients are within 20 % to 30% of those computed for a hypothetical steady state at the water elevation at time of failure (between +9 feet and 10 feet for the North Breach, and between +12 feet and +14 feet for the

South Breach). Results from current studies indicates that the two-dimensional seepage analyses will produce conservative results compared with the three-dimensional conditions – the two-dimensional analyses will produce underestimates of the hydraulic effects.

114.   The different relative permeabilities considered between Marsh and surrounding soils yield differences of pore pressure in the weaker soil layers that control lateral stability (e.g. Marsh layers).  Higher permeabilities in the Marsh layers give slightly larger pore pressures, and consequently reduce the effective stresses that control soil shear strengths.   Another factor influenced by increased pore pressures is the potential for "blowout" failures.  This type of failure can be produced by uplift pressures that are equal or larger than the in-situ overburden stresses; the case was evidenced more critically at the North Breach, at the thin clay layer located on the landside toe of the levee.

115.   Sudden water loads on embankments impose pore pressures inside the levee and its foundation soils, generating excess pressures along fine-grained blankets and deposits with relatively low permeability.  A slope stability analysis using an assumed phreatic (water table) surface (even if it were drawn correctly) would underestimate the pore pressures acting on levee and underlying soils.  It is clear that seepage analyses (steady state or transient) are needed to enable more realistic characterizations of the development of pore pressures and consequently slope stability.

116.   The analytical results developed as a result of this study differ from the ILIT (2006) and IPET (2007) results.  The main differences are that in the studies reported here the transient seepage models considered the gap being opened and transporting water heads directly to the back of the sheet-pile, thus applying "instant" pressures at the tip of the sheet-piles and these analyses also considered 3D flow conditions.  This is why more than 80% of the steady

state pressures are developed within the system, compared with the 60 to 70% calculated by IPET in their seepage analyses.  Seepage modeling performed by ILIT did not consider the formation of the gap in the subsurface soil seepage and pressure calculations (it was only considered as a lateral force for stability calculations).

117.    The breaches along the East side of the IHNC-Lower Ninth Ward during Hurricane Katrina were influenced in major ways by the EBIA excavations performed by WGI for the USACE IHNC navigation Lock Expansion Project. These excavations resulted in facilitating significant increases in the hydraulic conductivity and porewater pressure development paths. This led to much quicker and greater increases in seepage pressures and hydraulic gradients and led to decreases in the lateral resistance of the levee – floodwall sections.

118.    Due to the large influences of hydraulic conductivity and lower lateral stability of the floodwall – levee section, the North Breach developed well before overtopping. The results summarized herein and detailed by Bea and Cobos-Roa (2008) indicate that the North Breach initiated its development at approximately 4:00 am CDT. These results also indicate that the North Breach completed its development with the surge elevation at +9 to +10 feet NAVD 88 at 4:00 am to 5:00 am CDT. The peak surge of + 14.5 feet NAVD 88 during Hurricane Katrina developed about 9:00 am CDT.

119.    The South Breach reached full development after overtopping. The results summarized herein and detailed by Bea and Cobos-Roa (2008) indicate that the South Breach initiated its development at approximately 5:00 am CDT. These results also indicate that the South Breach completed its development with the surge elevation at +13 to +14 feet NAVD 88 at 7:00 am to 8:00 am CDT.

## IV.        REFERENCES

Bea, R.G., (2006a). "Connecting the Lower Ninth Ward "Dots", Center for Catastrophic Risk Management, University of California, Berkeley.

Bea, R.G. (2006b). Human and Organizational Factors: Quality & Reliability of Engineered Systems, Vick Copy Publishers, Berkeley, CA.

Bea, R.G. (2006c). "Reliability and Human Factors in Geotechnical Engineering," Journal of Geotechnical and Geoenvironmental Engineering, Vol. 132, No 5, ASCE.

Bea, R. G. (2008a). *Expert report concerning the performance during Hurricane Katrina of the man-made features bordering the Inner Harbor Navigation Canal at the Lower 9th Ward.* Declaration submitted on behalf of the Plaintiffs in Robinson v. United States in connection with the Flood Control Act immunity issues, March 25, 2008.

Bea, R.G. (2008b). "Failure of the New Orleans 17th Street Canal Levee & Floodwall During Hurricane Katrina," Proceedings Schmertmann Symposium, GeoCongress 08, ASCE.

Bea, R.G. and Cobos-Roa, D. (2007), Analyses of the Failure of the 17th Sreet Canal Flood Protection Structure During Hurricane Katrina, Report to Katrina Canal Breaches Consolidted Litigation, Risk assessment and Management Services, Moraga, CA.

Bea, R. G. and Cobos-Roa, D. (2008). Analyses of the Effects of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina, Technical Report to Consolidated Katrina Litigation Plaintiffs Counselor Committee, Risk Assessment & Management Services, Moraga, CA.

Bea, R. G. and Storesund, R. (2008). Review of Excavation and Backfill Practices Near Flood Control Systems, Technical Report to Consolidated Katrina Litigation Plaintiffs Counselor Committee, Risk Assessment & Management Services, Moraga, CA.

Beckwith, C. W., Baird, A. J., and Heathwaite, A. L., (2003), Anisotropy and Depth-related Heterogeneity of Hydraulic Conductivity in a Bog Peat. I: Laboratory Measurements, Hydrological Processes, 17, pp. 89-101.  Published online 13 November 2002 in Wiley InterScience (www.interscience.wiley.com) DOI: 10.1002/hyp.1116.

Briaud, J.-L. et al (2001). "Erosion Function Apparatus for Scour Rate Predictions," Journal of Geotechnical and Geoenvironmental Engineering, Vol. 127, No. 2, 105-113.

Briaud, J.-L. et al (2007). "Levee Erosion by Overtopping in New Orleans during the Katrina Hurricane," Proceedings of GeoCongress 07, ASCE.

Briaud, J.-L. et al (2008). "Levee Erosion by Overtopping in New Orleans during the Katrina Hurricane," Journal of Geotechnical and Geoenvironmental Engineering, Vol. 134, No 5, ASCE.

Clymo, R. S., (2004), Hydraulic Conductivity of Peat at Ellergower Moss, Scotland, Hydrological Processes, 18, pp. 261-274. Published online in Wiley InterScience (www.interscience.wiley.com) DOI: 10.1002/hyp.1374.

Egglesmann, R., (1975), Physical Effects of Drainage in Peat Soils of the Temperate Zone and their Forecasting, pp. 69-76.

Federal Highway Administration (FHWA) (2006). *Hydraulic Design of Energy Dissipators for Culverts and Channels,* Hydraulic Engineering Circular No. 14, Third Edition, Publication No. FHWA-HNI-06-086, U.S. Department of Transportation, Washington DC.

Hanson, G. J (1991). "Development of a jet index to characterize erosion resistance of soils in earthen spillways," Transactions of the American Society of Agricultural Engineers, Vol. 36, No. 5, 2015-2020.

Hanson, G.J and Simon, A. (2002). "Discussion of Erosion Function Apparatus for scour rate predictions," Journal of Geotechnical and Geoenvironmental Engineering, ASCE, Vol. 128, No. 8, 1-2.

Hanson, G.J., et al (2003). "Evaluating erosion widening and headcut migration rates for embankment overtopping tests," American Society of Agricultural Engineers, Paper No. 032067.

Hanson, G.J. and Cook, K.R. (2004). "Apparatus, Test Procedures, and Analytical Methods to Measure Soil Erodibility In Situ," Tansactions American Society of Agricultural Engineers, Vol. 204, No. 5, 455-462.

Hemond, H. F., and Fifield, J. L., (1982), Subsurface Flow in Salt Marsh Peat: A Model and Field Study, Limnol Oceanography, 27(1), pp. 126-136.

Hogan, J. M., Van der Kamp, G. Barbour, S. L., Scmidth, R. (2006), Field Methods for Measuring Hydraulic Properties of Peat Deposits, Hydrological Processes, 20. pp. 3635-3649. Published online in Wiley InterScience (www.interscience.wiley.com) DOI: 10.1002/hyp.6379.

Hughes, S.A. (2006). "Protection for backside levee slopes," Draft Report to the New Orleans District, USACE, Washington. DC.

GEOSLOPE (2004), Complete set of Manuals, John Kran (Edit.), Calgary, Alberta, Canada.

IPET – Interagency Performance Evaluation Task Force (2007), Final Report on the Interagency Performance Evaluation Task Force, Volume V, The Performance – Internal Drainage and Pumping.

IPET – Interagency Performance Evaluation Task Force (2007), Final Report on the Interagency Performance Evaluation Task Force, Volume II, Geodetic Vertical and Water Elevation Datums.

Mesri, G. and Ajlouni, M., (2007), Engineering Properties of Fibrous Peats, ASCE Publication, available online at: www.pubs.asce.org, DOI: 10.1061/(ASCE) 1090-0241 (2007).

Money, R.L. (2006), "Comparison of 2D and 3D Seepage Model Results for Excavation Near Levee Toe, *Proceedings GeoCongress 2006*, ASCE.

Ronkanen, A. and Kløve, B., (2005),  Hydraulic Soil Properties of Peatlands Treating Municipal Wastewater and Peat Harvesting Runoff, Finnish Peatland Society, Helsinki 2005.

Rosenberg, D. (2008). Case Study of the SELA Dwyer Road Drainage Pumping Station Improvements, Discharge Tubes and Canal, Report to MR-GO Plaintiffs Consolidated Katrina Litigation.

Seed, R. B., Bea, R. G., Abdelmalak, R. I., Athanasopoulos, A. G., Boutwell, G. P., Bray, J. D., Briaud, J. L., Cheung, C., Cobos-Roa, D., Cohen-Waeber, J., Collins, B. D., Ehrensing, L., Farber, D., Hanemann, M., Harder, L. F., Inkabi, K. S., Kammerer, A. M., Karadeniz, D., Kayen, R.E., Moss, R. E. S., Nicks, J., Nimmala, S., Pestana, J. M., Porter, J., Rhee, K., Riemer, M. F., Roberts, K., Rogers, J. D., Storesund, R., Govindasamy, A. V., Vera-Grunauer, X., Wartman, J. E., Watkins, C. M., Wenk Jr., E., and Yim, S. C. (2006), Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report to the National Science Foundation, under Grants CMS-0413327 and CMS-0611632, July 31, 2006, 742 p.

Seed, R.B. et al (2008a), "New Orleans and Hurricane Katrina. I: Introduction, Overview, and the East Flank," Journal of Geotechnical and Geoenvironmental Engineering, Vol. 134, No 5, ASCE.

Seed, R.B. et al (2008b), "New Orleans and Hurricane Katrina. II: The Central Region and the Lower 9th Ward," Journal of Geotechnical and Geoenvironmental Engineering, Vol. 134, No 5, ASCE.

Sills, G.L, et al (2008). "Overview of New Orleans Levee Failures: Lessons Learned and Their Impact on National Levee Design and Assessment," Journal of Geotechnical and Geoenvironmental Engineering, Vol. 134, No 5, ASCE.

Surridge, B. W., Baird, A. J., and Heathwaite, A. L., (2005), Evaluating the Quality of Hydraulic Conductivity Estimates from Piezometer Slug Tests in Peat, Hydrological Processes, 19, pp. 1227-1244.  Published online in Wiley InterScience (www.interscience.wiley.com) DOI: 10.1002/hyp.5653.

USACE (1969), Design Memorandum DM03, Chalmette Area Plan, Lake Pontchartrain and Vicinity.

USACE (2000), Engineer Memorandum 1110-2-1913 Design and Construction of Levees, Appendix B.

USACE (2005), Guidance for Work Proposed Near of Within A Federally Constructed Flood Control Projects.

USACE (2006), "Overview Briefing Lowr 9th Ward and Inner Harbor Navigation Canal (IHNC), University of Notre Dame, November 6.

Van der Schaaf, S., (2003), A Single Well Pumping and Recovery Test to Measure In Situ Acrotelm Transmissivity in Raised Bogs, Journal of Hydrology 290 (2004) pp. 152-160, Available online at www.sciencedirect.com.

Vriend, H.J de. and Barends, F.B.J. (2005), Scour and erosion: common ground between hydraulics and geotechnics, Delft Hydraulics, GeoDelft and Delft University of Technology, Delft, The Netherlands.

Washington Group International, Inc. (2000). Project Work Plan, Project Site Development and Remedial Action of East Bank Industrial Area, Inner Harbor Navigation Canal Lock Replacement Project, Report to U.S. Army Corps of Engineers, New Orleans District, Report WGI041879.

Washington Group International, Inc. (2005). Technical Completion Report and Record Drawings Inner Harbor Navigational Canal – East Bank Industrial Area, Report to U.S. Army Corps of Engineers, New Orleans District, Report WGI079460, July.

Wit, L. de et al (2008), Flow Modeling New Orleans – Mississippi River Gulf Outlet. Hurricane Katrina August 2005, Delft University of Technology and SVASEK Hydraulics, Delft University of Technology, The Netherlands.

Wibowo, J.L., Taylor, P.A., and Landris, T. L. (2006). "Soil Erosion Assessments of New Orleans Levees: Post-Katrina Visual Observations and Soil Erodibility Tests," Appendix 18, Vol. 5 The Performance – Levees and Floodwalls, Interagency Performance Task Force, USACE.

**APPENDIX D**

**REVIEWS OF JULY 2009 EXPERT REPORTS BY MARINO ENGINEERING
ASSOCIATES, MR. HECTOR PAZOS, AND CIVILTECH ENGINEERING**

1.        Appendix D is divided into three sections. Section I provides a summary of my review and critique of the expert report written by Marino Engineering Associates, Inc. (MEA) titled "Failure Investigation of The North and South Breaches Along the IHNC During Hurricane Katrina, St. Bernard Parish, New Orleans, LA" dated July 1, 2009. Section II provides a summary of my review and critique of the expert report written by Mr. Hector Pazos titled "Barge Case – Katrina Levee Breaches, Civil Action No. 05-4419, OOEW Job No. 1450" dated June 29, 2009. Section III provides a summary of my review and critique of the expert report written by CivilTech Engineering, Inc. (CTE) titled "Hurricane Katrina August 2005 analysis of Flooding of the Lower Ninth Ward and St. Bernard Parish New Orleans, Louisiana dated June 2009. Section IV summarizes the major conclusions reached as a result of my review of these two expert reports. The following table of contents will serve as a guide to help reading Appendix D.

### TABLE OF CONTENTS

**REVIEW AND CRITIQUE OF MEA EXPERT REPORT** ...................................................... 2

**REVIEW AND CRITIQUE OF PAZOS EXPERT REPORT** ............................................. 16

**REVIEW AND CRITIQUE OF CTE EXPERT REPORT** .................................................. 21

**SUMMARY OF REVIEWS OF MEA, PAZOS, AND CTE EXPERT REPORTS**.............. 23

## REVIEW AND CRITIQUE OF MEA EXPERT REPORT

2.　　　　The following summarizes major concerns with the MEA lateral stability – failure analyses of the North and South Breaches.

- For 10 of 23 lateral stability ('failure') analyses, MEA assumes a partial gap (to elevation –5 feet, NAVD 88) between the levee soils and the floodwall sheet piling on the IHNC (water side). This partial gap assumption is based on a MEA misinterpretation of results from USACE E99 floodwall tests. This misinterpretation of the E99 floodwall tests is detailed later in this Appendix. For these MEA stability analyses, the result is an underestimate of the surge lateral forces and an overestimate of the stability factors-of-safety (FOS).

- The presence and associated hydraulic effects of the East Bank Industrial Area (EBIA) poorly backfilled excavations immediately adjacent to the North and South Breaches are not included in MEA stability analyses. MEA has the background information that identifies the locations and backfill characteristics of these EBIA excavations. This omission results in important underestimates of the hydraulic destabilizing forces, associated seepage effects on the soil strength properties, and overestimates of the stability FOS.

- The presence and hydraulic effects of the buried infilled Jourdan Canal immediately adjacent to the protected side of the floodwall at the Lower 9th Ward is not included in the MEA stability analyses. This results in underestimates of the hydraulic destabilizing forces, associated seepage effects on the soil strength properties, and overestimates of the stability FOS.

- The hurricane surge destabilizing hydrostatic uplift effects associated with the underlying saturated permeable marsh layers blanketed with the overlying less permeable levee and fill soils are not included in MEA lateral stability analyses. This results in significant underestimates of the hydraulic destabilizing forces and overestimates of the stability FOS

- Even though MEA discusses and details the surge and waves overtopping erosion trenches on the protected sides of the floodwalls, the effects on floodwall and sheet piling supporting characteristics are not included in the MEA stability analyses. This results in overestimates of the soil support - stabilizing forces and stability FOS.

- The MEA stability analyses are based on primitive analyses of soil strength characteristics involving an assembly and aggregation of different soil sampling and testing techniques. MEA fails to make appropriate corrections to laboratory test results to recognize in situ stress and strain conditions appropriate for the specific limit equilibrium lateral stability analyses used by MEA. MEA fails to use modern 'Normalized Soil Properties' methods appropriate for the lateral stability analyses used by MEA. Even though the data has been published, there is no evidence that MEA used the in situ soil strength test data that has been gathered at the breach locations. Generally, the soil strength characterizations developed by MEA result in overestimates of soil stabilizing forces and stability FOS.

- The MEA 2-dimensional (2D) stability analyses are based on circular slide plane analyses that have been demonstrated not to be appropriate in these soil conditions and for these types of analyses. The failure surfaces assumed by MEA result in overestimates of soil stabilizing forces and stability FOS.

3

- The MEA stability analyses address a limited range in surge water levels - 11.2 feet to 12.5 feet based on the premise that the breaches develop between 6:00 am and 6:30 am (CDT). There is ample information available to indicate that the flooding of the Lower 9th Ward began well before 6:00 am.  For the South Breach that experienced significant surge and wave overtopping prior to breaching (e.g. 2 feet above top of floodwall), this assumption results in underestimates of the surge destabilizing lateral forces at the South Breach and an associated overestimate of the stability FOS.

- The MEA analyses address 3-dimensional (3D) effects at the North Breach. These analyses require assumptions regarding effective width and shape of the initiating failure surfaces. Without objective information to indicate either the width or shape of the initiating failure surfaces, very narrow widths (30 feet and 60 feet) and circular – elliptical failure surfaces are assumed. The narrow width assumption is based on presumed sheet pile tearing breach initiation at the north end of the North Breach. The combined effects of these assumptions are to overestimate soil resistance at the presumed time of failure and an overestimate in the associated stability FOS.

3.      MEA concludes the floodwall at the locations of the North Breach and South Breach is stable for surge water elevations of + 11.2 feet to + 12.5 feet (all elevations referenced here are NAVD 88).  Bea and Cobos-Roa conclude the floodwall was not stable for a surge water elevation of + 9 feet to + 10 feet (North Breach) and + 12 feet to + 14 feet (South Breach). These divergent conclusions result primarily from different characterizations of the floodwall performance including those of the floodwall and sheet piling (e.g. gap development and effects) and those of the soils supporting the floodwall and sheet piling (e.g. soil profiles, soil properties,

failure surfaces, hydraulic effects).  As discussed below, the characterizations employed by MEA are inaccurate and flawed, resulting in substantial overestimates of floodwall stability.

4.        MEA concludes that if the floodwall is stable for the surge water levels of + 11.2 feet to + 12.5 feet (elevations based on deductions from eyewitness reports that indicated failures develop between 6:00 and 6:30 am), and based on the eyewitness testimony, that the ING 4727 cargo barge initiated both the North and South Breaches. MEA does not perform or provide any quantitative analyses demonstrating that the barge was capable of initiating or propagating either the North Breach or the South Breach.

5.        Bea and Cobos Roa conclude that the floodwalls are not stable for water levels of + 9 feet to + 10 feet (North Breach) and + 12 feet to + 14 feet (South Breach), that these conditions are corroborated with the reported and recorded flooding in the immediate vicinity of the breaches (IPET and Team Louisiana investigations), and that the physical evidence indicates the ING 4727 barge must have been a victim of the breaches, not a cause. This is the same conclusion reached by IPET, ILIT, Team Louisiana, and the National Institute of Standards and Technology forensic engineering investigations. The analytical procedures and processes used by Bea and Cobos Roa to assess development of the North Breach and South Breach have been validated with analyses of the breach that developed at the 17th Street Canal (Bea 2008). These analyses have particular importance because they involve a very similar floodwall in a very similar geologic – geotechnical setting and with very similar exacerbating factors (e.g. canal dredged to depth and location intersecting the underlying marsh layers, overturned tree whose rootball hole exposed the underlying marsh layers thereby facilitating hydraulic effects).  Results from the quantitative analytical models to evaluate hydraulic effects and lateral stability were

corroborated with video camera photographs and measurements of local canal water levels during Hurricane Katrina (Bea 2008).

6.       The following summarizes major concerns with the MEA seepage – failure analyses of North and South Breaches:

- MEA characterizations of soil layering (geometry, topology) are very different at the North Breach site as compared with ILIT, IPET, Team Louisiana, and Bea and Cobos Roa. As shown below, at the North Breach location, MEA's characterization unjustifiably included an 'unusual lobe' of low permeability – hydraulic conductivity levee construction soil penetrating to approximately –18 feet on the protected side, effectively cutting off the underlying Marsh soils from hydraulic effects and thereby affecting the seepage results (pressures, water transmission, hydraulic gradients).



FIGURE 5.12   EAST-WEST CROSS-SECTION 1-1 AT THE NORTH END OF THE NORTH BREACH

6

This 'unusual lobe' of soil effectively cuts-off the underlying saturated – permeable marsh layers from water and hydraulic pressure transmission from the IHNC. Review of the available soil boring and in situ testing information in this location was not able to identify the location, presence and seepage – hydraulic conductivity of this 'unusual lobe' of soil. Experience with excavations at this location (Bea and Cobos Roa 2008, Bea and Morris 2009) indicate that a sheet pile cofferdam would have to be constructed to allow placement of levee soils to such a depth. This investigation did not disclose documentation of any such construction during construction of the floodwall at the Lower 9th Ward, and there is no indication that levee soils were placed there at any time thereafter.

As shown in the following figures, MEA introduces some similar 'pockets' of low permeability soil below the bottom of the sheetpiling used in the seepage model at the South Breach. There is no documentation to indicate the reasons for the assumptions concerning the presence or characteristics of these 'pockets' of soil. This study failed to identify any of the soil borings cited by MEA that identified such 'pockets' of soils at these locations. The MEA characterizations of soil layering at both the North Breach and South Breach locations results in major underestimation of the seepage and other associated hydraulic effects.



FIGURE 5.46 GEOSTUDIO 2D SEEPAGE MODEL FOR THE NORTH PART OF THE SOUTH BREACH



**SOUTH**

FIGURE 5.47 GEOSTUDIO 2D SEEPAGE MODEL FOR THE SOUTH PART OF THE ~~NORTH~~ BREACH (NAVD88)

- The MEA characterizations of soil properties (e.g. soil horizontal and vertical permeability) are very different compared with ILIT, IPET, Team Louisiana, and Bea and Cobos Roa investigations. Very low values of horizontal permeability are assigned by MEA to the critical underlying saturated – high hydraulic pressure conductivity marsh layers. The permeabilities assigned to these layers are in the "Impervious" category of

8

soils (see Appendix C for more details). Even though these materials are highly anisotropic, MEA generally assigns equal horizontal and vertical permeability to these marsh materials . MEA uses single values of hydraulic conductivity parameters to deduce the seepage and hydraulic conductivity performance characteristics and does not investigate the range of plausible soil properties as they influence the performance of the floodwalls. The values of permeability assigned by MEA to the buried marsh – swamp layers seemingly are based on uncorrected laboratory test results that are not useful for determination of in situ horizontal permeabilities of these soils. Recent in situ test data gathered by the USACE in 2007 in these buried marsh layers show that these layers have very high hydraulic pressure conductivity characteristics (see Appendix C for more details on this very important point). This published in situ test data in these buried marsh layers are not cited nor used in the MEA analyses. The combined effect of the MEA soil properties characterizations are significant underestimates of hydraulic effects – seepage, soil weakening, and uplift pressures.

- MEA does not include presence or effects of the poorly backfilled (sand) EBIA excavations (flood side) or infilled Jourdan Canal (protected side). These omissions result in major underestimates of seepage and other associated hydraulic effects.

- MEA bases its conclusions regarding seepage and hydraulic effects on 2 dimensional seepage analyses. Published journal papers show large underestimates of hydraulic effects are associated with the 2D seepage analyses at this and other similar locations; 3D seepage analyses indicate substantially greater hydraulic gradients and pressures than those determined using 2D analytical methods. The MEA 2D seepage analyses result in significant underestimates of seepage and other associated hydraulic effects.

9

- The MEA documentation of seepage analyses does not clearly define how the tension gaps between the sheetpiling and soils on the floodside of the floodwalls were modeled. The analysis results shown in the report figures identify a "6-inch gap". It is not clear that the gap, as analyzed by MEA, extends to the bottom of the sheetpiling – and intersects the underlying saturated marsh layers. Given the large and deep 'unusual lobe' of low permeability levee soils on the floodside of the North Breach and the 'pockets' of low permeability soils at and below the bottom of the sheetpiling at the South Breach it is not clear what effects – if any – the tension gap has on the seepage – hydraulic pressures since the 'unusual lobe' and 'pockets' of relatively impermeable soil in MEA's analysis effectively cuts off hydraulic pressures and water transmission through the underlying marsh layers.

7.      MEA and Bea and Cobos-Roa do not develop comparable seepage (hydraulic gradient) FOS for comparable conditions. MEA concludes that there are no important seepage effects present at times of development of the North Breach and the South Breach. Bea and Cobos Roa conclude there are very important seepage – hydraulic pressure effects present at the time of development of the North Breach (hydraulic gradients exceed unity) and significant similar effects present at the time of development of the South Breach. The differences in results from these two sets of analyses are due to differences in the 'input characterizations' used to perform the seepage – hydraulic effects analyses. These different input characterizations include soil layering and geometry, soil hydraulic conductivity, the tension gaps, the backfilled EBIA excavations and infilled Jourdan Canal, and 2D versus 3D hydraulic conductivity and seepage analyses.  The input characterizations by Bea and Cobos-Roa, reflected in their peer-reviewed work, are more accurate and valid, and yield more reliable results.

8.        In properly reporting and understanding development of the North Breach and the South Breach it is important to recognize that a breach can take several hours to develop and the development involves multiple 'modes of failure'. In the case of the North Breach, the forensic engineering evidence developed by Bea and Cobos Roa indicate that the breach likely was initiated by seepage – hydraulic uplift effects that as differential deformations developed in the supporting soils, the vertical water stops connecting the concrete floodwall panels opened admitting large quantities of surge flood water. As the process continued, the tearing of the sheet piling at the north end of the North Breach could have been initiated. As the process further developed, the hydraulic lateral and vertical forces destabilized this particular section of the floodwall (due to reduced cross section and toe elevation of supporting soil levee), resulted in the dramatic final and apparently very rapid flipping of the floodwall and sheet piling.  The forensic engineering analyses developed by Bea and Cobos Roa indicate a similar process developed later at the South Breach with reduced effects from seepage and no tearing of the sheet piling interlocks. No barge impact or impacts were required to initiate these breaches.

9.        MEA addresses analyses of the results from the full-scale floodwall test performed by the USACE in the Achafalaya Basin in 1985 identified as the E99 test. Based on the measured deformations of the experimental floodwall, MEA concludes that no 'tension' crack opens between the sheet piling and the supporting soils. MEA fails to realize that these 'slope indicator' measurements were performed on the protected side and are in front of and not behind the floodwall – the measured deformations can not be used to determine relative movements between the soils and sheetpiling on the tension or water side of the experimental floodwall.

Most important, MEA ignores the measured data from piezometers that were embedded in the soils on the protected and unprotected sides of the floodwall sheet piling. These piezometer measurements showed that hydrostatic pressures developed along the sheet piling for substantial loadings all the way to the tips of the sheet piling. As indicated by the following quotation from the original E99 test report, the water pressures at the tips of the sheet piling were equal to the head of water on the floodside of the experimental floodwall: "*The floodside piezometer readings made at Sta 100+75 on 3 September 1985 indicated that the floodside piezometric level in the foundation above the tip of the sheet pile was near the ponded water level (el 14.5). Therefore, for test wall analysis purposes, it was assumed that the floodside piezometric level was equal to the ponded water level (head) and that the landside piezometric level was between el 4.0 and 5.0.*" (Jackson 1988). These elements have been addressed in a discussion by Bea and O'Reilly which is in press in the peer reviewed ASCE Journal of Geotechnical Engineering. The MEA incorrect analysis of the E99 floodwall load test data leads to a similar incorrect analysis of the surge water lateral loadings exerted on the floodwalls at the Lower 9th Ward during Hurricane Katrina – for the 'partial gap' analyses (assumed gap to –5 foot elevation) the hydrostatic forces are substantially under-estimated and the associated lateral stability factors of safety for given water levels are over-estimated in MEA's analysis.

10.      The methods Bea and Cobos Roa have used to determine the 'effective' soil shear strengths are detailed in the refereed journal publications by Seed et al (2007, 2008), Bea (2008), Bea and Cobos-Roa (2008), and Bea, Storesund, and Cobos-Roa (2008). Modern 'normalized soil properties' characterization methods are used that are applicable to both the effective stress Finite Element Analysis and total stress limit equilibrium analytical models. These methods were also applied by Brandon, Vroman, and Duncan in their report to the USACE titled "Evaluation

12

of 17th St. Canal DSS (Direct Simple Shear) data" (part of the USACE documentation accompanying the report on the 17th Street Canal Safe Water Levels). Determination of the effective shearing strength of the soil is dependent on the analysis method (total stress or effective stress which takes into account pore water pressure changes), the methods used to 'sense' the soil shear strength properties (in situ testing and laboratory tests performed on samples retrieved from soil boring – coring). These factors were addressed by the American Society of Civil Engineers Hurricane Katrina External Review Panel (2006, 2007) and by National Research Council (NRC) Committee on New Orleans Regional Hurricane Protection Projects (2006). The analyses performed by MEA have not been founded on these important concepts.

11.     Initially, in the analysis of lateral stability of the flood protection structures performed by Bea and Cobos Roa, it was assumed that there were no significant effects on lateral stability of the flood protection structure associated with hydraulic uplift pressures developed in the marsh layers under the flood protection structures. Seepage analyses were performed to determine the potential for blow-out initiated failures. Lateral stability analyses were performed to determine the potential for lateral stability initiated failures. Initially, 'coupled' analyses (seepage and stability) were not performed. As understanding developed further, validated lateral stability analyses were performed that included the hydraulic uplift pressures. As a result of the revised analyses that accounted for the hydraulic uplift pressures determined from the hydraulic conductivity seepage analyses, the stability analyses were able to develop close agreements between recorded and reported water levels in the 17th Street Canal and at the Lower 9th Ward at the time of the initiation of the breaches. Summaries of results from this additional work have been published in several peer reviewed conference and journal papers (Bea 2008; Bea and

Cobos-Roa 2008, Cobos-Roa and Bea 2008).  See details provided in Appendix C for more details. It is important to note that none of the MEA analyses have been published in peer reviewed conference or journal publications.

12.        Initially, the hydraulic conductivity seepage and pressure effects developed from the analyses of development of the breach at the 17th Street Canal and at the Lower 9th Ward  by Bea and Cobos Roa were based on two-dimensional (2D) finite element analyses. Subsequently, this work was extended to three-dimensional (3D) finite element analyses (Cobos-Roa and Bea 2008). This additional work included additional studies of the North and South Breaches at the Lower 9th Ward (Cobos-Roa and Bea 2009). The additional work has been documented in two peer reviewed journal publications and has shown that the two-dimensional hydraulic conductivity analyses tend to substantially underestimate seepage and hydraulic pressure effects (figures shown below). These findings have been corroborated by other investigators (e.g. Money 2006). Computed hydraulic gradients determined for the North and South Breaches at the Lower 9th Ward increased by 30% to 50%, respectively (Cobos-Roa and Bea 2009; see Appendix C for more details). As shown by the results summarized in the following figures, the vertical hydraulic gradients at the North Breach were clearly able to cause 'blowout' of the soils at this location very early the morning of August 29, 2005 (e.g. 4:30 am). The hydraulic gradients at the South Breach, while considerably lower, were significant in helping reduce the lateral stability of the floodwall at this location (hydraulic gradients in excess of 0.5 are deemed unacceptable by USACE for stability of levees).

14



2D and 3D hydraulic gradients for the North Breach



2D and 3D hydraulic gradients for the South Breach.

## REVIEW AND CRITIQUE OF PAZOS EXPERT REPORT

13.        Mr. Pazos relies primarily on eyewitness testimony which he cites in his expert report and "extractions" from other studies of the North Breach and South Breach. In one of those extractions (page 28, F. Comments Regarding the Declaration and the DVD of Dr. Robert Glenn Bea, Doc. #22) Mr. Pazos states:

*"On page 49 of his declaration, Dr. Bea's questions..."what came first; the barge or the breach?" but, later on, in a speech recorded on video (DVD) Dr. Bea blames the barge for breaking the IHNC East floodwall and flooding the Ninth Ward. The DVD was apparently made in the field during Dr. Bea's visit to the site where the barge was aground. In his*

*recorded speech, he uses the following words: "Barges broke loose from its moorings and*

*run into levees, unfolding the levee under excessive forces from the colliding barge"."*

This attempted characterization of my work and conclusions is inaccurate and incomplete in the

following respects.

- Mr. Pazos fails to inform the reader that the video was made during the morning of October 2, 2005, the date of my first field examination of the breaches at the Lower 9th Ward.   The Declaration that Mr. Pazos references was written on September 17, 2007. Thus the video was not made "later on" – but, rather, much earlier than the Declaration. As detailed in the cited September 2007 Declaration, the intensive and extensive forensic engineering investigations conducted following the video (almost 2 years later) had clearly shown that the ING 4727 barge was a "victim of the South Breach – not a cause."

- The only "role" evidenced by my forensic engineering investigations, and those performed by other investigators, was that the ING 4727 barge had created localized damage to the floodwall at the south end of the South Breach, where it impacted the wall after it had already failed.   Even though the floodwall had obviously been impacted by the barge at this one location, the barge did not cause general instability of the floodwall at this location – the impact zone was at the south end of the South Breach, not at the center as would be expected if the barge had been involved in development of this very wide breach.

- It is important to note that none of the major forensic engineering investigations (USACE IPET, ILIT, Team Louisiana, National Institute of Standards and Technology) found any evidence of a barge impact zone at the North Breach. Moreover, the forensic engineering investigations did not find any evidence of the obvious signature of a barge impact –

crushed concrete and exposed steel reinforcement at the tops of the concrete panels – at any other location along the entire floodwall.

14.       In his Description of the Design of the Floodwall in the Area of the South Breach (Section L, page 35), Mr. Pazos states:

*"As the hydrostatic pressure created by the level of the water in the canal side increases, the materials of the levee are being compressed fairly uniform, including the soil materials supporting the floodwall."*

This is not an accurate portrayal of the effects of the hydrostatic pressures on the soils that support the floodwall. As shown in the following illustration (Finite Element Analyses of the E99 floodwall tests by Oner et al 1997), there are highly 'non-uniform' displacements of the supporting levee soils. The soils supporting the floodwall (concrete panels and sheet piling) experience large horizontal and vertical deformations that invalidate traditional geotechnical engineering 'active' and 'passive' pressure analyses often associated with a cantilevered floodwall subjected to hydrostatic pressures supported by non-moving soils (fixed earth assumption).



Deformations of the floodwall – soil – levee system (Oner et al 1997)

15.        In this same section, Mr. Pazos states:

*"According to IPET (III-439) approximately 3,000 feet of levee in the proximity of the breaches experience some tilt and severe scour but did not fail. Hence, it can be concluded that the development of the two breaches in the locations where the barge contacted the floodwall was a result of the forces imposed to the floodwall by barge ING 4727."*

The major forensic engineering investigations of these failures indicate that the first sentence in this quotation is accurate, in that there were large portions of the levee system that did not fail despite experiencing scour and tilt.  From this, Mr. Pazos infers that something 'unusual' was present at the locations of the North Breach and South Breach to cause breaches at those sites even though other locations did not breach.  Further, contrary to the conclusions reached by the major forensic engineering investigations that the ING 4727 barge was not the 'unusual' causative element at any of the breaches, Mr. Pazos concludes that the forces developed by the

19

ING 4727 barge was the primary cause of the North Breach and South Breach. Notably, although Mr. Pazos performed calculations to estimate the forces acting on the floodwall due to barge contact with the wall (Attachment #5), his report does not conclude that the barge impact was sufficient to dislodge the soil on the opposite side of the wall and cause it to translate back into the neighborhood. Instead, Mr. Pazos concludes that the wall failures developed as follows (Opinion #2, page 69):

> *"The impacting and pushing of the floodwall created gaps or openings (allowing water to penetrate below the ground surface), between the sheet pile curtain and the outboard side earthen embankment and then water penetrated into this gap. This effectively cut the supporting embankment in half, and the water pressures applied against the lower sheet pile sections helped to push the inboard half of the embankment as well as the floodwall towards the protected side. Once this gapping began, it then developed rapidly and the gap was extended to the base of the sheet piles. Seepage or flow of water through homogenous saturated soil increased with time (hydrostatic time lag) and with the increase of water level of the IHNC."*

This conclusion 'translates' the fundamental causation of the breaches from the forces exerted by the ING 4727 barge to the ensuing water erosion, seepage, and hydraulic action developed in the soils that support the floodwalls. Mr. Pazos does not produce any quantitative analyses to demonstrate that the forces imposed by the ING 4727 barge are able to directly cause either the North Breach or the South Breach. Mr. Pazos does not produce any quantitative analyses to demonstrate that gapping and seepage did not occur (or could not have occurred) without the intervention of a barge impact on the wall; and the E-99 tests referenced above show that no such intervention is needed to create the sort of tension cracks that Mr. Pazos attributes to the barge.

## REVIEW AND CRITIQUE OF CTE EXPERT REPORT

16.       My review of the CTE report focused primarily on the characterizations of the performance of the MRGO "Reach 2" hurricane flood protection structures adjacent to St. Bernard Parish. CTE defines a total of 35,200 feet of various sections along the "MRGO Levee" (Table 1, page 17) that initiated breaching at 5:30 am. Details are not provided in the CTE report concerning the locations, breach development times, and after breaching elevations of the Reach 2 flood protection structures. The CTE flooding analysis results indicate these details of the MRGO Reach 2 "Levee" performance are very important because the MRGO Reach 2 breaches contribute very significantly to the maximum flooding in the Lower 9th Ward (Figure 15, page 34). CTE relies on the USACE IPET evaluations of the performance of the MRGO Reach 2 hurricane flood protection structures in which the IPET attributes development of the breaches to 'surge overtopping' (IPET 2007). It is important to note that IPET had to 'adjust' the Reach 2 surge hydrographs for Hurricane Katrina to develop interior flooding hydrographs that were in reasonable agreement with the reported flooding. These 'adjusted' IPET surge hydrographs are used in the CTE flooding analyses (Figure 8, page 23).

17.       Based on my extensive forensic engineering analyses of the breaches that developed in the MRGO Reach 2 flood protection structure, the figure below summarizes the predominant types of breaching mechanisms involved (see Appendix B for details). The element of importance to the CTE flooding analyses is associated with the flood-side wave attack induced breaching that developed very early (6:00 am) in these structures (identified as "front-to-back" breaching). My analyses (summarized in Appendix B) indicate that about 45% of the "Levees" breached in this manner. This breaching developed well before surge overtopping of these Reach 2 "Levees" (identified in my analyses as "EBSBs" – Earthen Berm – Spoil Banks – because they

were constructed with uncompacted dredge spoil soils). This distinction is important because it explains how the large 'polder' between the Reach 2 structures and the 40 Arpent levee was able to fill very early during the onset of Hurricane Katrina. When the peak Hurricane Katrina surge arrived, very large amounts of flood water were able to flow through the major breaches that had already developed in the "Levees", quickly overtop the 40 Arpent levee and flow rapidly in great volume into St Bernard Parish and the Lower 9th Ward.



Summary of MRGO Reach 2 breaching mechanisms

## SUMMARY OF REVIEWS OF MEA, PAZOS, AND CTE EXPERT REPORTS

18.     Based on geotechnical engineering analyses, MEA concludes that the North Breach and South Breach did not develop due to insufficient support provided by the soils that supported the floodwalls at these two locations. MEA analyses conclude that there were large 'factors-of-safety' of the floodwall – supporting soil system at the presumed times of failure. Given these results, MEA concludes on the basis of eyewitness testimony that the ING 4727 barge must have caused the North Breach and the South Breach. MEA does not provide any quantitative engineering analyses that are able to show that the ING 4727 barge was actually capable of causing either of the two breaches.

19.     My review of the MEA geotechnical engineering analyses of hydraulic effects and stability of the hurricane flood protection structures at the location of the North Breach and South Breach indicates they are deeply flawed. These flaws have been detailed in this Appendix. Hydraulic effects have been underestimated resulting in significant underestimates in 'demands' (imposed loadings) and overestimates of 'capacities' (resistance provided by supporting soils). In a similar ways, the MEA analyses of stability of the flood protection structures involve important underestimates of 'demands' and overestimates of 'capacities.' The end results are substantial overestimates of the associated factors-of-safety.

20.     The engineering analyses provided by Mr. Pazos are based primarily on 'selected' results he has 'extracted' from other forensic engineering studies of the development of the North Breach and South Breach. Mr. Pazos, a qualified naval architect and marine engineer, does not provide any quantitative engineering analyses showing that the ING 4727 barge was able to exert sufficient impact on the wall to cause the wall to be pushed back into the neighborhood at either the North Breach or South Breach. Instead, based on his assembly of information from

23

other forensic engineering studies and eyewitness testimony, Mr. Pazos concludes that the ING 4727 barge impact created "gaps or openings" which in turn led to "underseepage" and then "sliding" (lateral displacement)of the soil and floodwall (page 69-70, Pazos 2009).  Again, Mr. Pazos fails to provide or perform any quantitative forensic engineering analyses that substantiate his 'inferences' (speculations).

21.      In both cases, MEA and Mr. Pazos rely principally on eyewitness testimony to support their analyses and conclusions regarding the role of the ING 4727 barge in causation of the North Breach and South Breach. The multiple on-site forensic engineering investigations I and others performed in the early days after we were able to gain access to the breach sites (September and October 2005) and the other forensic engineering investigations cited in this Declaration did not develop any similar eyewitness testimony. The very extensive and intensive investigations performed by the USACE IPET and Team Louisiana involved early interviews (September 2005) of some of the same eyewitnesses cited by MEA and Mr. Pazos. These investigations did not document a single eyewitness report of the ING 4727 barge impacting the hurricane flood protection structures during the early morning hours of August 29, 2005. I do not find this surprising given the documented poor visibility (shown by the photographs taken by the IHNC lock master - very poor due to darkness, rain, and distance), acoustic conditions (loud multi-frequency noise due to wind, rain, waves, failing infrastructure components), and physical - psychological conditions (eyesight, hearing, apprehension, panic, beliefs) that existed at the time of initiation of development of the North Breach and later the South Breach. In the early days following the flooding, there were widespread reports that the flood protection structures at the Lower 9th Ward had been "blown up" (Tara Young, *Rumor of levee dynamite persists*, The

24

Times-Picayune, December 12, 2005). Such intentional breaching of the flood Lower 9th Ward protection structures with explosives have proven not to be true.

22.      I have personally been in such terrifying conditions during my life (e.g. in our home in New Orleans East during the Hurricane Betsy flooding and several times on offshore structures). Given the very extensive multiple forensic engineering investigations that have been conducted during the past 4 years to determine how these breaches developed, it is difficult for me to understand how the activities (features, actions, noises) attributed by the cited eyewitnesses to the ING 4727 barge causation of the North Breach and South Breach could be determined by MEA and Mr. Pazos to provide sufficient reliable evidence to conclude that the ING 4727 barge fundamentally caused these breaches. Other more plausible mechanisms have been developed, validated, and corroborated to explain how and why these breaches developed. The conclusion of these investigations is that the ING 4727 barge was a victim of the breaches, not a cause.

23.      The flooding analyses performed by CTE have been based on the assumption that the MRGO Reach 2 "Levees" breached after overtopping by Hurricane Katrina's surge. This assumption is attributed to the USACE IPET investigations. Later, much more detailed forensic engineering analyses (including those performed by the USACE; e.g. Ebersole 2009) have shown clearly that there was much more than surge overtopping involved in the miserable performance of these hurricane flood protection structures. Early breaching of the man-made earthen flood protection structures was initiated with the large waves that were developed across Lake Borgne. These waves eroded the front sides of the "Levees" and produced "crenellations" in their crests. Thus, the rising surge water and waves were able to breach the "Levees" well before overtopping of the crests with the surge generated by Hurricane Katrina.