

Figure 57: Bent Rebar at the South End of the EBSB (ILIT, 2006).



Figure 58: Cyclone Fence and Scour Trench near South End of the EBSB.



Figure 59: IHNC East Bank South Breach (EBSB) Wall Movement (IPET, 2007).



Figure 60: Tilted and rotated IHNC I-Wall between the EBNB and EBSB (ILIT, 2006).



Figure 61: Tilted and Rotated IHNC I-Wall between the EBNB and EBSB (Team La, 2006).



Figure 62: Post-Katrina Replacement T-Wall along the IHNC East Bank.



Figure 63: Post-Katrina IHNC East Bank I-Wall Top Elevation (Daggett, 2009).



Figure 64: Scratch Marks and Dents on Bottom of LNA-Barge ING 4727 (Cushing, 2009).



Figure 65: Location and Direction of Barge Entry into 9th Ward (Cushing, 2009).



Figure 66: Cosmetic Damage to an I-Wall due to a Barge Impact.



Figure 67: Effect of Encroachments on I-Wall/Levee Stability (ILIT, 2006).



Figure 68: Gaps and Elevation Differences at Orleans Ave. Canal (ILIT 2006).



Figure 69: Scour at I-Wall/Levee Intersection at Hayes Pump Station (ILIT, 2006).



Figure 70: Deformed and Tilted I-Wall on Michoud Canal (ILIT, 2006).



Figure 71: Scour Trench on Landside of an I-Wall on Michoud Canal (ILIT, 2006).



Figure 72: Eroded Breach and Undamaged I-Wall by a Barge at Bayou Bienvenue (ILIT, 2006).



Figure 73: Overtopping Scour at Base of Floodwall near the Lakefront Airport (ILIT, 2006).



Figure 74: Pre-Katrina Aerial View of the EBSB Area.



Figure 75: Pre-Katrina Aerial View of the EBNB Area.



Figure 76: Pre-Katrina View of the IHNC.



F-10



Figure 11-12. IHNC – East Bank Laboratory and Field Shear Strength Results for the Centerline of the Levee

V-11-26                                            Volume V  The Performance – Levees and Floodwalls – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

F-11



Figure 11-13. IHNC – East Bank Laboratory and Field Shear Strength Results for Toe of Levee and Beyond

Volume V  The Performance – Levees and Floodwalls – Technical Appendix         V-11-27
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

F-12



**Figure 6.25:** Plots of (a) OCR vs. Depth and (b) $S_u$ vs. Depth for the soft gray marsh clay (CH) at the inboard toe and further to the landside (not under levee embankment overburden pressure) – Lower Ninth Ward, IHNC East Bank, South Breach site.



**Figure 6.26:** Plots of (a) OCR vs. Depth and (b) $S_u$ vs. Depth for the shallow marsh and clay deposits at the inboard toe and further to the landside (not under levee embankment overburden pressure) – Lower Ninth Ward, IHNC East Bank, South Breach site.

Independent Levee Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

6-41

F-14

TABLE 5.1 SOIL PROPERTY VALUES ASSUMED FOR THE NORTH AND SOUTH BREACH MODELED SECTION

| Soil Layer | Symbol | Sub. Layer # | Description | Location | Kv (cm/sec) | kv (ft/hr) | kh/kv | Saturation Ratio (%) | Su (psf) | Wet Density (pcf) |
|---|---|---|---|---|---|---|---|---|---|---|
| Levee Embankment | LE | | Levee Embankment | ALL | 1.0E-07 | 1.2E-05 | 1 | 70 | 722 | 109 |
| Waterfront Fill | WF | 1 | bn,wh $S w/sh to sh w/$S, debris in pls | North | 1.0E-04 | 1.2E-02 | 1 | 40 | φ=30 | 100 |
| | | 2 | bk to gr lean clay w/debris | North | 1.0E-07 | 1.2E-05 | 1 | 75 | 500 | 100 |
| | | 3 | fill, debris, shell, concrete, rock | North | 1.0E-01 | 1.2E+01 | 1 | 40 | φ=30 | 100 |
| | | 4 | fill, bn gr, st, $C | South 18 | 1.0E-06 | 1.2E-04 | 1 | 75 | 500 | 100 |
| | | 5 | Fill bn, fS w/$ wd debris in pls, w/pocs of SH and gr C$ | South 18 | 5.0E-04 | 5.9E-02 | 1 | 40 | φ=30 | 100 |
| | | 6 | fill,rd bn mfS to sS Sh and debris in pls | South 16 | 1.0E-04 | 1.2E-02 | 1 | 40 | φ=30 | 100 |
| | | 7 | gr bn dgr st $C to LC w/debris and SH in pls | South 16 | 5.0E-07 | 5.9E-05 | 1 | 75 | 500 | 100 |
| | | 8 | Fill dkgr rdbn S, debris | South 16 | 1.0E-03 | 1.2E-01 | 1 | 40 | φ=30 | 100 |
| Upper Silt & Clay | USC | 1 | gr, s, but to st, lean clay to silty clay w/org in pls, genrally siltier to east | North | 5.0E-07 | 5.9E-05 | 1 | 100 | 510 | 101 |
| | | 2 | Gr, so clay | North | 1.0E-08 | 1.2E-06 | 1 | 100 | 510 | 101 |
| | | 3 | gr, so, $ to C$, varved | South18 | 5.0E-06 | 5.9E-04 | 2.5 | 100 | 510 | 101 |
| | | 4 | Silt, grey, varved, organics-rich layers, moderately soft, wet | North | 1.0E-05 | 1.2E-03 | 2.5 | 100 | 510 | 101 |
| | | 5 | gr, so $ w/fs, wd in pls | South 18 | 5.0E-05 | 5.9E-03 | 1 | 100 | 510 | 101 |
| | | 6 | gr, v.so C$ to LC w/wd in pls | South 18 | 5.0E-07 | 5.9E-05 | 1 | 100 | 510 | 101 |
| | | 7 | gr, v, so to st CLAY, rts | South 18 | 1.0E-08 | 1.2E-06 | 1 | 100 | 510 | 101 |
| | | 8 | gr C$ | South 16 | 1.0E-06 | 1.2E-04 | 1 | 100 | 510 | 101 |
| | | 9 | gr, so, C$ occ clayer notos, org, varved | South 16 | 1.0E-06 | 1.2E-04 | 2.5 | 100 | 510 | 101 |
| | | 10 | gr, v.so to so., $ to C$, $C to LC in pls, s. orgs in pls, occ WD | South 16 | 5.0E-06 | 5.9E-04 | 1 | 100 | 510 | 101 |
| | | 11 | bngr, v.coarse, $S to S$ | South 16 | 1.0E-04 | 1.2E-02 | 1 | 100 | 510 | 101 |
| Marsh | M | 1 | bn, gr, dkgr, mainly so, organic clay w/wd and occ, rts to east | North | 5.0E-08 | 5.9E-06 | 1 | 100 | | Look at the cross sections in Figures 5.42, 5.58, and 5.59 |
| | | 2 | gr,drgr,bk interbedded peaty org $ to C, 4" to 2' tk, with $C 4" to 6" tk, occ peat 6" tk,CPT | North | 1.0E-04 | 1.2E-02 | 2 | 100 | | |
| | | 3 | bn, gr, v.so. to LC w/orgs to org CLAY, rts and wd | South 18 | 5.0E-08 | 5.9E-06 | 1 | 100 | | |
| | | 4 | bngr, dkgr, gr, s. to m.st, Lean CLAY $C in pls, w/orgs, occ rts, wd | North | 1.0E-07 | 1.2E-05 | 1 | 100 | | |
| | | 5 | gr, dgr inpls, v.so to so., C$ to $C and to nowwd and orgs | South 18 | 1.0E-06 | 1.2E-04 | 1 | 100 | | |
| | | 6 | dk gr, gr, bn, v.so to so. CLAY, w/wd to org CLAY w/ wd | South 18 | 1.0E-08 | 1.2E-06 | 1 | 100 | | |
| | | 7 | gr, v.so, C$ to $C w/wd and orgs, pt layers in pls | South 16 | 1.0E-06 | 1.2E-04 | 1 | 100 | | |
| | | 8 | dgr, gr, bn, v.so, to so., CLAY w/wd to org CLAY w/wd | South 16 | 1.0E-08 | 1.2E-06 | 1 | 100 | | |
| Lower Silt & Clay | LSC | 1 | dkgr, gr v.so to so LC to C w/$ strata/ lenses | North | 5.0E-08 | 5.9E-06 | 2 | 100 | | Look at the cross sections in Figures 5.42, 5.58, and 5.59 |
| | | 2 | gr, so, CLAY w/ layers/lenses of C$ to LC | South 18 | 1.0E-08 | 1.2E-06 | 2 | 100 | | |
| | | 3 | gr C$ and LC layers/seams | South 18 | 5.0E-07 | 5.9E-05 | 2 | 100 | | |
| | | 4 | dkgr, gr, so. To mst CLAY w/lns/strata of $ to $FS | South 18 | 5.0E-08 | 5.9E-06 | 2 | 100 | | |
| | | 5 | gr C$ and LC layers/seams | South 16 | 5.0E-07 | 5.9E-05 | 2 | 100 | | |
| Bottom Clay | BC | | gr, so. CLAY | | 1.0E-08 | 1.2E-06 | 1 | 100 | | |
| Bottom Sand | BS | | Nearshore Gulf-Relic Beach | | 1.0E-02 | 1.2E+00 | 1 | 100 | φ=30 | 120 |