

FIGURE 5.32   TEST SHEETPILE DEFLECTION PLOTS AT DIFFERENT FLOOD LEVELS
(JACKSON, 1988)

F-16



Deflection = 0.9" at G.S. under 6.1 to 6.3' of water
              = 4.1" to 5.8" at G.S. under 8.1 to 8.3' of water

PILE B

PILE A

F-17

Design & Construction of levees

**EM 1110-2-1913**
**30 Apr 2000**

The qualitative application of this method is relatively simple and serves best for detection of anomalous seepage through, under, or around levees (Butler and Llopis, 19909; EM 1110-1-1802).

*Section III*
*Field Testing*

## 2-11. Preliminary Strength Estimates

It is often desirable to estimate foundation strengths during Phase 1 of the exploration program. Various methods of preliminary appraisal are listed in Table 2-6.

**Table 2-6**
**Preliminary Appraisal of Foundation Strengths**

| Method | Remarks |
|---|---|
| 1. Split-spoon penetration resistance | 1-a. Unconfined compressive strength in hundreds kPa (or tons per square foot), of clay is about 1/8 of number of blows per 0.3 m (1 ft), or N/8, but considerable scatter must be expected. Generally not helpful where N is low |
| | 1-b. In sands, N values less than about 15 indicate low relative densities. N values should not be used to estimate relative densities for earthquake design |
| 2. Natural water content of disturbed or general type samples | 2. Useful when considered with soil classification, and previous experience is available |
| 3. Hand examination of disturbed samples | 3. Useful where experienced personnel are available who are skilled in estimating soil shear strengths |
| 4. Position of natural water contents relative to liquid and plastic limits | 4-a. Useful where previous experience is available |
| | 4-b. If natural water content is close to plastic limit foundation shear strength should be high |
| | 4-c. Natural water contents near liquid limit indicate sensitive soil usually with low shear strengths |
| 5. Torvane or pocket penetrometer tests on intact portions of general samples or on walls of test trenches | 5. Easily performed and inexpensive but may underestimate actual values ; useful only for preliminary strength classifications |

## 2-12. Vane Shear Tests



Where undisturbed samples are not being obtained or where samples of acceptable quality are difficult to obtain, in situ vane shear tests may be utilized as a means of obtaining undrained shear strength. The apparatus and procedure for performing this test are described in ASTM D 2573. The results from this test may be greatly in error where shells or fibrous organic material are present. Also, test results in high plasticity clays must be corrected using empirical correction factors as given by Bjerrum (1972) (but these are not always conservative).

## 2-13. Groundwater and Pore Pressure Observations

Piezometers to observe groundwater fluctuations are rarely installed solely for design purposes but should always be installed in areas of potential underseepage problems. The use and installation of piezometers are described in EM 1110-2-1908. Permeability tests should always be made after installation of the

F-18

Das, B.M. "Principles of Geotechnical Engineering", Sixth Edition,
Thompson, 2006.



*Figure 11.46* Variation of $c_u$ with depth obtained from various tests for Morgan City recent alluvium (Drawn from the test results of Arman, *et al.*, 1975)

UCT = 1        VST = 2.46 UCT

UU = 0.9 UCT

$C_u$ = Undrained Shear Strength or Cohesion

F-19



FIGURE 5.17  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE USC UNIT FOR UPPER EMBANKMENT
(GSE > 0.0 FT NAVD88)

T.O.L.: Top of levee @ EL +9.0 MSL (EL. +6.5 NAVD)

G.S. & W.T.: Ground surface and groundwater table
@ EL. 0.0 MSL (EL. -2.5 NAVD)

$0.23\bar{\sigma}'_v$ is based on $\gamma$ = 100 psf & $\gamma_w$ = 62 pcf

U  Undisturbed boring & G  General boring

No UU Tests  &  No VST correction ?

Strength under Levee

F-20



FIGURE 5.18  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE USC UNIT FOR TOE AREA (GSE < 0.0 FT NAVD88)

one UU Test from U boring (Undisturbed)
Other tests from UCT & G borings (general)
0.23 σ'v based on γ = 100 pcf & γw = 62 pcf

G.S. ad W.T.: Ground surface ad groundwater table at El. 0.0 MSL
(El. -2.5 NAVD)

Strength outside levee toes

F-21

G.S. & W.T.  Ground surface & groundwater table @ EL. 0.0 MSL
            (El. -2.5 NAVD)

0.23$\sigma_v'$ is based on $\gamma$= 100 pcf & $\gamma_w$ = 62 pcf

U Undisturbed boring & G General boring



FIGURE 5.23   UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE M UNIT BELOW THE UPPER EMBANKMENT AREA

5 Unknown tests,  3 UU , 1 VST & 9 UCT
          Strength  Under Levee

F-22



FIGURE 5.24   UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR
THE M UNIT BELOW THE TOE AREA

G.S. & W.T. Ground surface and groundwater table at El. 0.0 MSL
(El. -2.5 NAVD)

4 UU , 13 UCT - 1 Unknown test - No VST

U Undisturbed boring  &  G General boring

Strength outside levee toes

F- 23



H = higher or equal average

L = Lower than average

FIGURE 5.30  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC
AND BC UNITS FOR THE UPPER EMBANKMENT AREA
(GSE > 0 FT NAVD88)

T.O.L.: Top of levee @ El. +9.0 MSL (El. +6.5 NAVD)

G.S. & W.T.: Ground surface & groundwater table at El. 0.0 MSL
(El. -2.5 NAVD)

0.23 $\sigma'_v$ is based on $\gamma$ = 100 pcf and $\gamma_w$ = 62 pcf

Strength under levee

F-24



FIGURE 5.31  UNDRAINED SHEAR STRENGTH VERSUS DEPTH FOR LSC
AND BC UNITS FOR THE TOE AREA (GSE < 0 FT NAVD88)

H = higher or equal to average
L = Lower than average

G.S. & W.T.: Ground surface & groundwater table at
        El. 0.0 MSL (EL. −2.5 NAVD)

0.23 σ'v is based on γ = 100 pcf & γw = 62 pcf

U Undisturbe boring & G General boring
        Strength outside levee toes

F-25

**Reda M. Bakeer, Ph.D., P.E.**
Consulting Engineer
4624 Pike Drive
Metairie, Louisiana 70003
Telephone: (504) 237-1062
Fax: (504) 888-4806
Email: rbakeer@hotmail.com

August 1, 2009

Chaffe McCall LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300

Attention: Robert B. Fisher, Jr.

Re: LNA-Barge ING 4727 - Levee Failures during Hurricane Katrina, New Orleans

Dear Mr. Fisher:

This letter discusses my review of a furnished report dated June 29, 2009 by Ocean-Oil Expert Witness, Inc. (OOEW) of Florida and Louisiana. The report, which was prepared for Brian Gilbert, Lawrence Wiedmann and Patrick Sanders relative to "Katrina Levee Breaches, Civil Action 05-4419, OOEW Job No. 1450," opines that Barge ING 4727 (Barge) was a cause or significant contributor to the two breaches that occurred in the floodwall along the east bank of the Inner Harbor Navigation Canal (IHNC) during Hurricane Katrina on August 29, 2005. My review focuses primarily on the geotechnical engineering aspects of the report, which is my area of expertise and practice for over 33 years, and contains a small number of comments relative to some fundamental engineering concepts discussed in the report.

The discussions given herein are based on my review of the report as well as several other documents prepared by various agencies and experts pertaining to the performance of the New Orleans Flood/Hurricane Protection System (FPS/HPS) during Hurricane Katrina and the results of my own geotechnical analyses made in this regard. My findings, opinions and

conclusions relative to the causes of the two breaches (North Breach and South Breach) and why the Barge was not involved in causing either of them are discussed in my report dated August 1, 2009. A list of the documents prepared by national experts and agencies pertaining to the performance of the New Orleans FPS/HPS that I have reviewed during the course of this litigation is included in my report.

The following comments are offered with regard to the Ocean-Oil Expert Witness, Inc. (OOEW) report.

- OOEW draws conclusions from photographs that are not substantiated by the physical evidence. For instance, the report refers to scratch marks made on the floodwall depicted in some of the photographs. The subject scratch marks in the area of the North Breach are relatively low and continue at almost the same level (essentially horizontal) to beyond the southern end of the South Breach. However, according to OOEW, the water level in the IHNC continued to rise between the time of the North Breach and that of the South Breach. The essentially horizontal scratch marks along the floodwall are inconsistent with a floating object (the Barge) in the IHNC rising water during a storm with waves and gusting wind. The Barge did not create these marks.

- Design, construction and failure analyses of FPS/HPS structures, including I-walls, are usually performed by geotechnical engineers as the performance of an I-wall is mainly governed by geotechnical considerations. The OOEW report did not provide the names of any qualified geotechnical experts who provided the numerous geotechnical conclusions and opinions offered in the report. In any case, the report offers minimal discussions relative to the geotechnical engineering aspects and analyses of the IHNC breaches or those that occurred in similar I-walls throughout the New Orleans FPS/HPS during Hurricane Katrina. The OOEW report contains no geotechnical analyses or calculations to support its speculative findings and conclusions in this regard.

- The allegation made in the report that the Barge caused or was a contributor to <u>both</u> breaches along the east side of the IHNC (North Breach and South Breach) during

2

Hurricane Katrina contradicts the findings of all of investigations published to date including ILIT, IPET, Team Louisiana, NSF and ASCE.   While some of the investigating teams disagree on the exact mechanism or cause of the failures (seepage, tension crack, overtopping, etc.), they have all reached the same conclusion that the failures are geotechnical in nature and that there is no evidence that indicates that the Barge was a cause or contributor to either of the IHNC east bank breaches.  It should be noted that the OOEW report fails to discuss or adequately distinguish the many I-wall failures experienced throughout the New Orleans FPS/HPS during Hurricane Katrina including the I-wall failure along the west bank of the IHNC north of the Florida Avenue Bridge.

- The OOEW report argues that the Barge caused the North Breach.  None of the teams or individuals who investigated the IHNC breaches even considered this scenario, which is impossible based on the laws of physics as detailed in my report.

- The OOEW report cites eyewitness statements of hearing one to three booms, grinding, hollow, explosion or collision sounds coming from the direction of breaches within the approximate time span of the north and south breaches.   OOEW improperly infers that these sounds must equate with barge impact, when in fact it would be expected that such sounds would develop when the floodwall constructed of steel sheet piles and a reinforced concrete cap failed and spread (fanned) landward into the neighborhood, without need for a barge impact.  These sounds are typical of steel stretching and concrete crushing in tension and compression, which is discussed in details in the OOEW report.  Witnesses at distant breaches, such as the London Avenue and 17th Street Canal breaches, heard similar "boom" sounds, and no barge was even arguably present at either of these sites.

- The claim in the OOEW report that the Barge impacted the southern end of the South Breach causing it to trigger the massive failure to the north is illogical.  It is not possible for the massive north failure with a maximum displacement (apex) of about 190 ft. and located about 300 to 400 ft. away from the point of impact to develop as a result of the southern impact.

3

- The claim made in the report that the Barge became pinned or penetrated through the North Breach is also illogical for many reasons including the current direction, wind direction and water level on the floodside. In addition, if this had happened, the Barge should have then entered into the Lower Ninth Ward along with the rushing floodwater through the North Breach or remained pinned at this location. The OOEW report cites statements made by an eyewitness (Mr. Villavasso) which are as follows "...*when I looked over to my left, I am watching the water, it's getting more intense splashing over the wall. Then I heard like an explosion. Boom. And I head the explosion, I said what - - what could that be? I am still looking in that direction. And then I seen the levee wall partially - - sections, it's - - The levee walls are like in sections. I saw it tumble over (indicating). A couple of sections looked like they tumbled over. And I am looking real good, I am squinting my eyes because it's raining, too. Imagine it was still dark, but I could see that. Because it looked like a mouth with a tooth out. That's what went through my mind. And then I seen what appear to be metal structure like a barge, only the tip of it. Couldn't tell you I seen a whole barge because I didn't. I - - That's what I seen.*" The eyewitness statements indicate that water was splashing over the floodwall top and that visibility was limited due to rain and darkness. The graphic description given by the witness "*looked like a mouth with a tooth out* (and) *appear to be metal structure like a barge, only the tip of it*" depicts the I-wall failure, but does not establish that the ING 4727 Barge was involved. The evidence shows that the sheet piles separated at the location where two sheet pile walls of different age and tip penetration adjoined. The OOEW report agrees that the failure occurred at that joint, but it claims that the Barge impacted the floodwall at that particular location. The OOEW report fails to recognize that this joint (construction or connection between two adjoining walls) constitutes the weakest link in a continuous structure which would fail first when the entire floodwall is subjected to a uniform hydrostatic pressure without the presence of a barge. The "*tooth out* (and) *metal tip*" analogy used by the eyewitness to illustrate the conditions at that joint describe how the shorter and deteriorated steel sheet pile bent backwards (*metal structure like a barge, only the tip of it*) allowing for an opening (*tooth out*) to develop. The metal protrusion could not have been the ING 4727, but

4

may well have been the bent steel sheet piles. Subsequently, the inflow of water through that opening eroded the soil behind the wall, causing a wall segment to dislodge from the ground and to tumble under the water pressure (*The levee walls are like in sections. I saw it tumble over*), as described by the eyewitness.

- The OOEW report indicates that the floodwall has tilted at multiple locations between the North Breach and the South Breach. Although tilting is evident at such locations, the floodwall failed only at its weakest links (North Breach and South Breach) where its support was compromised by geotechnical factors other than the Barge, as discussed in my report. This does not necessarily mean that full support was lost throughout the entire length of the floodwall such as at areas of high ground, areas with sheet piles tips embedded in stronger soils, etc. In addition, several segments of the floodwall experienced different degrees of tilting outside the breached areas indicating conditions of partial or incipient failure (refer to photographs in my report). Similarly in all other I-wall breaches, failure occurred at the weakest point and not along the entire floodwall.

- Some of the statements included on Pages 44 and 54 of the OOEW report (Sections R through W) regarding seepage, erosion, I-walls, soil compressibility, etc. are flawed from a geotechnical viewpoint and reflect a lack of expertise in the field of geotechnical engineering. The author of the report claims no such expertise, and the report reflects no contributions by anyone having such expertise. This failure is particularly glaring in that the mechanism of failure posited in the report – the creation of gaps, seepage, and soil failure (supposedly by the Barge) – is geotechnical in nature. In fact, no barge impact or contact was needed to create a tension crack between the canal side soil and the floodwall, as numerous studies have shown.

- The OOEW report claims that gaps developed along the floodside of the floodwall only at the points of impact of the Barge. This claim is unsubstantiated, unrealistic and unscientific for the following reasons:

  - Gaps (tension cracks) developed during Hurricane Katrina along the floodside of many I-walls throughout the New Orleans HPS due to hydrostatic water pressure

without the involvement of a barge.  Some of these I-walls subsequently failed or tilted while some others did not.

■   Development of tension cracks in cohesive (clay) soils is a well known phenomenon documented in elementary soil mechanics (geotechnical) textbooks. The mechanism of the tension crack development under hydrostatic pressure is discussed in details in the ILET, IPET, ASCE and Team Louisiana reports.

■   The USACE performed a field study (E-99) on a test section in 1985 to simulate the conditions of flood loading on a typical I-wall.  The study showed that the test wall moved laterally as mush as 4 to 8 inches under the applied hydrostatic water pressure.  This movement is sufficient to form a gap (tension crack) along the water side of the wall.

■   The present USACE HSDRRS design guidelines (2007/08) for I-walls account for the development of a tension crack.  The depth of the tension crack used in the analyses is calculated based on the geotechnical properties of the embedding soil (levee) and water conditions with no considerations given to any barge or structural loads.

■   As discussed above, the Barge could not have reached the area of the North Breach where the evidence shows that a gap was present on the flood side.

■   The entire floodwall along the east bank the IHNC experienced different degrees of tilting including some segments beyond the most southern end of the South Breach where OOEW and all of the investigating teams agree was the point of entry of the Barge into the Lower Ninth Ward.  Therefore, if the observed gaps (tension crack) and associated tilting of the floodwall were due to the Barge impact as claimed in the OOEW report, then tilting of the floodwall beyond the point of entry of the Barge cannot be explained.

■   The OOEW Report states on pp. 43-44 that the IHNC breach does not resemble the 17th Street Canal breach.  To the extent there is a difference in appearance, it is due to the sheet pile configuration at the two sites, not to the impact of a barge. In fact, the "bow" shape characteristics found at the IHNC closely resemble other

breaches in interlocking sheet pile walls (such as Fig. 36 in the OOEW report) where no barge impact occurred.

■ The OOEW report includes a passage on Page 49 that supports my argument that the floodwall was breached at its weakest links. However, OOEW argues that the Barge impacted the North Breach at that weakest link. According to OOEW "*Mr. R. Lee Wooten, P.E., issued a report dated August 29, 2007, titles: 'Sources of Water in the St. Bernard and New Orleans East Basin during Hurricane Katrina'. On page 44 of this report, Mr. Wooten provides the following information regarding the North Breach of the IHNC. 'I also discussed features of this breach that may be relevant to the evaluation of the causation with Francisco Silva-Tulla, Sc.D., P.E., another member of the initial ASCE Levee Assessment Team (Silva, 2006). On June 2, 2006, during a field visit to the east bank of the Industrial Canal on behalf of Washington Group International, Inc., Dr. Silva observed the structural members that formed the connection between the deeper and longer (35 feet) I-wall sheet piles on the north side of the beach with the shorter (23 foot) I-wall sheet piles within the displaced section of the beach. Dr. Silva observed that a length of about 2 feet at the <u>top</u> of this connection was made with a weld of poor quality. A <u>tear</u> had occurred through this field weld and had continued below the weld for about 12 feet of the length of the sheet pile, presumably at a time immediately preceding, during, or soon after the breach. He also noted that this connection would have been a likely point of stress concentration during the flood loading because the deeper sheet pile would have been relatively stiff compared to the adjacent shorter pile.*" Although it is correct that the wall failed at its weakest link, there is no reason to ascribe the wall failure to a barge when the features that caused this location to be the "weakest link" had nothing to do with a barge. In fact, it is impossible for the Barge to have been present at that location when the breach occurred.

■ The hand drawn Sketch # 1 included in the OOEW report shows the Barge impacting the floodwall within the North Breach area. For the Barge to make contact with the wall at this angle then travel south to impact it repeatedly, it would had to be travelling from the north/northeast which is impossible

considering that the Lafarge dock is located to the south of the North Breach. For the Barge to make this impact coming from the south/southeast, it would then have to travel against the prevailing wind and current in the IHNC at that time. As previously discussed, this defies the laws of physics.

Sincerely yours;

Reda M. Bakeer, Ph.D., P.E.

8

**<u>APPENDIX A</u>**


**<u>LIST OF REVIEWED DOCUMENTS</u>**

1. Andersen, C. et al. "The New Orleans Hurricane Protection System: What Went Wrong and Why," The ERP Report Civil Engineering, ASCE, ISBN-13: 978-0-7844-0893-3 & ISBN-10: 0-7844-0893-9, 2007.

2. Aurora Environmental Consultants, LLC, "Post Katrina Sludge & Water Sampling," Report to Wiedemann & Wiedemann, Attorneys and Counselors at Law, New Orleans, LA, Aug 10, 2006.

3. Bartlett Engineering, "Evaluation of IHNC Floodwall, East bank Breaches," Report to Wiedemann & Wiedemann, Attorneys and Counselors at Law, New Orleans, LA, Jun 27, 2008.

4. Bea, R.G., "Failure of the New Orleans 17th Street Canal Levee & Floodwall during Hurricane Katrina," ASCE GEOCNGRESS 08, New Orleans, LA, Mar 9-12, 2008.

5. Bea, R.G., "Declaration of Dr. Robert Glenn Bea," U.S. District Court, Eastern District of Louisiana, In Re Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182, Section "K"(2), Case 2:05-cv-04182-SRD-JCW, Apr 16, 2006 [sic].

6. Bea, R.G., "Technical Report No. III – Analyses of the Effects of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina" U.S. District Court, Eastern District of Louisiana, In Re Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182, Section "K"(2), Case 2:05-cv-04182-SRD-JCW, Jul 11, 2008.

7. Bea, R.G., "Declaration No. II – Engineering Forensic Studies of Performance of the Man-Made Features Bordering the Inner Harbor Navigation Canal at the Lower 9th Ward During Hurricane Katrina" U.S. District Court, Eastern District of Louisiana, In Re Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182, Section "K"(2), Case 2:05-cv-04182-SRD-JCW, Jul 11, 2008.

8. Bea, R.G., Expert Report Prepared for Goodwin Procter, LLP, 901 New York Avenue, NW, Washington, DC, 2009.

9. Blake, T.F., Hollingsworth, R.A. and Stewart, J.P., "Recommended Procedures for Implementation of DMG Special Publication 117, Guidelines for analyzing and Mitigating

Landslide Hazards In California," Committee, ASCE Los Angeles Section Geotechnical Group, Published by the Southern California Earthquake Center, Jun 2002.

10. Brandon, T.L., et al., "Analyses of the Stability of I-Walls with Gaps between the I-Wall and the Levee Fill New Orleans during Hurricane Katrina," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 692-700.

11. Briaud, J.L., et al., "Levee Erosion by Overtopping in New Orleans During the Katrina Hurricane," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 618-632.

12. Budhu, M., Soil Mechanics and Foundations, 2nd Edition, John Wiley & Sons, Inc., New York, NY, 2007.

13. Civil Engineering, "The ERP Report – The New Orleans Hurricane Protection System: What Went Wrong and Why," ASCE, Vol. 77, No. 6, June 2007.

14. CivilTech Engineering, Inc., "Analysis of Flooding of the Lower Ninth Ward and St. Bernard Parish, Hurricane Katrina August 2005, New Orleans, La," Expert Opinion Report Prepared for Ingram Barge PSLC, Mar 2009.

15. Cushing, C.R. et al., "Analysis of the Transit of the Barge ING 4727 During Hurricane Katrina and Reasons Why it Did not Cause the Failure of the Inner Harbor Navigation Canal Floodwall," Report by C.R. Cushing & Co., Inc., New York, NY to Goodwin Procter, Washington, DC, 2009.

16. Daggett, L.L. and Hewlett, J.C. "Water Flow and Wind Conditions Affecting Movement of ING 4727 Barge in the IHNC During Hurricane Katrina on August 29, 2005" Report, Waterway Simulation Technology, Inc., 2009.

17. Das, B.M., *Principles of Foundation Engineering*, 6th edition, PWS, Boston, MA, 2006.

18. Dawkins, W.P., "CASE/GCASE Program CWALSHT, Design/Analysis of Sheet-Pile Walls by Classical Methods," Program #: X0031, U.S. Army Corps of Engineers, Waterways Experiment Station, Information Technology Laboratory, Vicksburg, MS, Version Date Apr 12, 2006.

19. Dunbar, J.B. and Britsch, L.D. III, "Geology of the New Orleans Area and the Canal Levee Failures," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 566-582.

20. Duncan, M.J., et al., "Stability of I-Walls in New Orleans during Hurricane Katrina," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 681-691.

21. Fritz, H.M., et al., "Hurricane Katrina Storm Surge Reconnaissance," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 644-656.

22. GEO-SLOPE/W, "Complete Set of Manuals", John Krahn (Edit.), Calgary, Alberta, Canada, 2004.

23. Karlsrud, K., Lunne, T. and Brattlien, "Improved CPTU interpretations based on block samples", Nordic Geotechnical Conference, 12 Reykjavik 1996. Proc, Vol. 1, 1996, pp 195-201.

24. KDON Marine Consulting, "Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 and other Consolidated Cases; In the United States Court, Eastern District of Louisiana," Report to Wiedemann & Wiedemann, Attorneys and Counselors at Law, New Orleans, LA, Mar 11, 2009.

25. Lunne, T., Lacasse, S., and Rad, N.S., "General Report: SPT, CPT, PMT, and recent developments in in-situ testing", Proceedings, 12th International Conference on soil mechanics and foundation engineering, Vol.4, Rio de Janeiro, 1994, pp. 2339-2403.

26. Marino Engineering Associates, "Failure Investigation of the North and South Breaches Along the IHNC During Hurricale Katrina (2009).

27. Marino Engineering Associates, Inc., "Preliminary Failure Investigation of the North and South Breaches along IHNC (East), St. Bernard Parish, New Orleans, LA, 2008.

28. Mayne, P. W. and Mitchell, J. K., "Profiling of Overconsolidation Ratio in Clays by Field Vane", Canadian Geotechnical Journal, Vol. 25, No. 1, Feb 1988, pp 150-157.

29. Mosher, R. et al., "Summary of Field Observations Relevant to Flood Protection in New Orleans, LA," US Army Corps of Engineers, Interagency Performance Evaluation Task

Force (IPET), Interim Report to Task Force Guardian, New Orleans Hurricane Protection Projects Data, Dec 2005. http://www.ipet.wes.army/mil/NOHPP/

30. Mosher, R. et al., "Performance Evaluation Plan and Interim Status, Report 1 of a Series, Performance Evaluation of  the New Orleans and Southeast Louisiana Hurricane Protection System," US Army Corps of Engineers, Interagency Performance Evaluation Task Force (IPET),  Draft Final Report, New Orleans Hurricane Protection Projects Data, 2006. http://www.ipet.wes.army/mil/

31. Mosher, R. et al., "Performance Evaluation Plan and Interim Status, Report 2 of a Series, Performance Evaluation of  the New Orleans and Southeast Louisiana Hurricane Protection System," US Army Corps of Engineers, Interagency Performance Evaluation Task Force (IPET), Final Report, New Orleans Hurricane Protection Projects Data, 2007. http://www.ipet.wes.army/mil/

32. Mosher, R.L. and Duncan, J.M., "Levee Failure Mechanism," Geo-Strata, ASCE, Vol. 8, Issue 1, Jan-Feb 2007.

33. Mosher, R. et al., "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," US Army Corps of Engineers, Final Report of the Interagency Performance Evaluation Task Force (IPET), New Orleans Hurricane Protection Projects Data, Sep 2007.

34. Mosher, R., Expert Report Prepared for United States Department of Justice, Robinson v. United States, Dec 18, 2008.

35. National Research Council, "The New Orleans Hurricane Protection System: Assessing Pre-Katrina Vulnerability and Improving Mitigation and Preparedness," Committee on New Orleans Regional Hurricane Protection Projects, ISBN: 0-309-13834-5, 68 pages, 2009.

36. N-Y Associates, Inc. "The Board of Levee Commissions of the Orleans Levee District, Florida Avenue Complex – East Side, Floodwall & Floodgate Construction," OLB Project No. 78-M-03-2, May 3, 1982.

37. Ocean-Oil Expert Witness, Inc., "Re: Katrina Levee Breaches, Civil Action No. 05-4419, OOEW Job No. 1450," Report Prepared for B. Gilbert, L. Wiedemann and P. Sanders Attorneys and Counselors at Law, Jun 25, 2008

38. Oner, M. et al., "Soil-Structure Interaction Effects in Floodwalls," EJGE, 1997-2003.

39. Page, R., " Opinion by Administrative Judge Page," Department of the Army, before the Corps of Engineers Board of Contract Appeals, Appeal of Pittman Construction Co., Inc., Contract No. DACW29-93-C-0081, ENG BCA No. 6198, Feb 17, 1998.

40. PLAXIS Finite Element Code for Soil and Rock Analyses, "Complete Set of Manuals", V 8.2, Brinkgrevey Vermeer (Edit.), Balkema, Rotterdam, Brookfield, 2004.

41. Reed, D. J. and Yuill, B., "Understanding Subsidence in Coastal Louisiana," Report to La Coastal Area Science and Technology Program, Pontchartrain Institute for Environmental Studies, University of New Orleans, new Orleans, LA, Contract W912HZ-08-2-0001, Feb 26, 2009.

42. Sasanakul, I., et al., "New Orleans Levee System Performance during Hurricane Katrina," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 657-667.

43. Rogers, J.D., "Development of the New Orleans Flood Protection System prior to Hurricane Katrina: 17th Street Canal and Orleans Canal North," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 657-667.

44. Dunbar, J.B. and Britsch, L.D. III, "Geology of the New Orleans Area and the Canal Levee Failures," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 566-582.

45. Seed, R.B., et al., "Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005," Report No. UCB/CITRIS-05/01, American Society of Civil Engineers (ASCE) and University of California at Berkeley, Nov 17, 2005.  http://www.asce.org/files/pdf/katrina/teamdetareport1121.pdf

46. Seed, R.B., et al., "Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005," Final Report, Independent Levee Investigation Team (ILIT),  Jul 2006,  http://www.ce.berkeley.ed/~new orleans/

47. Seed, R.B., et al., "Investigation of Levee Performance in Hurricane Katrina: The Inner Harbor Navigation Canal," GSP 161, Embankments, Dams and Slopes, 2006.

48. Sills, G.L., et al., "Overview of the New Orleans Levee Failures: Lessons Learned and their Impact on Natural Levee Design and Assessment," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 556-565.

49. Seed, R.B., et al., "New Orleans and Hurricane Katrina I: Introduction, Overview, and the East Bank" J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 701-717.

50. Seed, R.B., et al., "New Orleans and Hurricane Katrina II: The Central Region and the Lower Ninth Ward," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 718-739.

51. Seed, R.B., et al., "New Orleans and Hurricane Katrina III: The 17th Street Canal," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 740-761.

52. Seed, R.B., et al., "New Orleans and Hurricane Katrina IV: Orleans East Bank (Metro) Protected Basin," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 762-779.

53. Ubilla, J., et al., "New Orleans Flood Levee System Performance during Hurricane Katrina: London Avenue and Orleans Canal South," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 668-680.

54. USACE, "Lake Pontchartrain, LA and Vicinity, Chalmette Area Plan, Design Memorandum No. 3, General Design Chalmette Extension," Prepared by Waldemare Nelson & Co., Inc. for the U.S. Army Corps of Engineers, New Orleans District, New Orleans LA, Sep 1966.

55. USACE, "Lake Pontchartrain, LA and Vicinity Lake Pontchartrain Barrier Plan, Design Memorandum No. 2, General Supplement No. 8, Inner Harbor Navigation Canal Remaining Levees," U.S. Army Corps of Engineers,  New Orleans District, New Orleans LA, 1968.

56. USACE, "Lake Pontchartrain, LA and Vicinity, Chalmette Area Plan, Design Memorandum No. 3, Supplement No. 1, Chalmette Extension," Prepared by Waldemare

Nelson & Co., Inc. for the U.S. Army Corps of Engineers New Orleans District, New Orleans LA, Sep 1968.

57. USACE, "Lake Pontchartrain, LA and Vicinity Lake Pontchartrain Barrier Plan, Design Memorandum No. 2, General Supplement No. 8,West Levee Vicinity France Road and Florida Avenue," U.S. Army Corps of Engineers, New Orleans District, New Orleans LA, 1969.

58. USACE, "Lake Pontchartrain, LA and Vicinity Lake Pontchartrain Barrier Plan, Design Memorandum No. 2, General Supplement No. 8, Modification of Protective Alignment and Pertinent Design Information I.H.N.C. Remaining Levees West Levee Vicinity France Road and Florida Avenue Containerization Complex, U.S. Army Corps of Engineers, New Orleans District, New Orleans LA, 1971.

59. USACE, "Stability Analyses with Uplift - Computer Program for Slope Stability Using the Method of Planes," FS004, L. H. Manson, Jr., U.S. Army Corps of Engineers, New Orleans District Engineering Division, New Orleans LA, Mar 1974.

60. USACE, "Lake Pontchartrain, LA and Vicinity, Lake Pontchartrain Barrier Plan and Chalmette Area Plan, Design Memorandum No. 4, General Design, Florida Avenue Complex, IHNC" Prepared by NY & Associates, Inc. for the U.S. Army Corps of Engineers, New Orleans District, New Orleans LA, Jun 1980.

61. USACE, E-99 Sheet Pile Wall, Field Load Test Report," Technical Report No. 1, U.S. Army Engineer Division, Lower Mississippi Valley Division, Vicksburg, MS, Jun. 1988.

62. USACE, "Retaining and Flood Walls," U.S. Army Corps of Engineers, Vicksburg, MS, EM 1110-2-2502, 1989.

63. USACE, "Engineering and Design for Seepage Analysis and Control for Dams," U.S. Army Corps of Engineers, Vicksburg, MS, EM 1110-2-1901, 1952, 1986 & 1993.

64. USACE, "Engineering and Design for Sheet Pile Walls," U.S. Army Corps of Engineers, Vicksburg, MS, EM 1110-2-2504, 1994.

65. USACE, "Soil Mechanics Data," U.S. Army Corps of Engineers, Vicksburg, MS, EM 1110-1-400, 1988.

66. USACE, "Engineering and Design and Construction of Levees," U.S. Army Corps of Engineers, Vicksburg, MS, EM 1110-2-1913, 1978 & 2000.

67. USACE, "Emergency Operations Floodwall Structures, Lake Pontchartrain, LA and Vicinity, Lake Pontchartrain Barrier Plan, Inner Harbor Navigation Canal West Levee, Florida Avenue to IHNC Lock Floodwall," File Number H-4-24263, U.S. Army Corps of Engineers, New Orleans District, New Orleans LA, Updated 20 Mar 2000.

68. USACE, "Inner Harbor Navigation Canal, Lake Pontchartrain Project, Orleans Parish, LA Lateral Flood Protection, DDR No. 2, - Alternative Study, Contract No. DACW 29-99-D-002," Prepared by BCG for the U.S. Army Corps of Engineers, New Orleans District, New Orleans LA, Oct 2000.

69. USACE, "Engineering and Design for Slope Stability," U.S. Army Corps of Engineers, EM 1110-2-1902, 1970 & 2003.

70. USACE, "Design Guidelines for Levee Underseepage," U.S. Army Corps of Engineers, Vicksburg, MS, EM 1110-2-569, 2005.

71. USACE, "Post Katrina Hurricane Flood Protection, I-Wall Design Criteria," U.S. Army Corps of Engineers, New Orleans District, Apr 20, 2006.

72. USACE, "Engineering and Design, Interim Guidance for a Preliminary Evaluation of Vertical Datums on Flood Control, Shore Protection, Hurricane Protection, and Navigation Projects" CECW-CE, Department of the Army, U.S. Army Corps of Engineers, Washington, DC, 20 Oct 31, 2006.

73. USACE, "Hurricane and Storm Damage Reduction System Design Guidelines – Interim," U.S. Army Corps of Engineers, New Orleans District Engineering Division, New Orleans LA, Oct 2007.

74. USACE, "Hurricane and Storm Damage Reduction System Design Guidelines – Interim, Revised Section 3: Geotechnical," U.S. Army Corps of Engineers, New Orleans District Engineering Division, New Orleans LA, May 2008.

75. U.S. District Court, Eastern District of Louisiana, "First Amended Complaint for Damages Caused by the Design, Construction, Operation and Maintenance of the Mississippi River

Gulf Outlet," Civil Action No. 06-2268, Section "K"(2), Case 2:05-cv-04182-SRD-JCW, Document 12546-9, Filed Apr 18, 2008.

76. U.S. District Court, Eastern District of Louisiana, "Amended Notice of Video-Taped Federal Rule 30(b)(6) Deposition (Relative to the TERC, Task Order No. 26),"In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182, Section "K"(2), Case 2:05-cv-04182-SRD-JCW, Document 13575, Filed Jun 20, 2008.

77. U.S. District Court, Eastern District of Louisiana, In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182, Section "K"(2), Case 2:05-cv-04182-SRD-JCW, Document 16723, Filed Dec 15, 2008.

78. van Heerden, I.  et al., "The Failure of the New Orleans Levee System during Hurricane Katrina,"  Report Prepared for Secretary Johnny Bradberry, Louisiana Department of Transportation and Development, Team Louisiana, Baton Rouge, LA, State Project No. 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, 20, Dec 18, 2006.

79. Zhang, Z., et al., "Pavement Structures Damage Caused by Hurricane Katrina Flooding," J. Geotechnical and Geoenvironmental Eng., Vol. 134, No. 5, May 2008, pp. 633-643.

**APPENDIX B**

**ANALYSES OF THE IHNC I-WALL**

**1.0 Introduction**

This appendix summarizes the results of the analysis that I have personally performed to investigate the failures that occurred along the floodwall (I-wall) along the east bank of the Inner Harbor Navigation Canal (IHNC) during Hurricane Katrina on August 29, 2005. Four individual breaches occurred along the IHNC floodwall during Hurricane Katrina. These included two breaches along the east bank of the IHNC and two breaches along the west bank. Three of these breaches occurred in earthen levees enlarged with I-walls (floodwalls) and the fourth breach occurred in an earthen levee located on the west bank of the IHNC. The focus of the analyses is on the two breaches that occurred along the east bank I-wall reach extending between the Florida Avenue Bridge and the North Claiborne Bridge. These two breaches will be referred to in this report as the East Bank North Breach (EBNB) and the East Bank South Breach (EBSB).

Section 2 of this appendix discusses the present USACE design guidelines for cantilever (I-wall) sheet pile floodwalls (HSDRRS-DG 2007 and 2008) which are presently used in the design of new structures and assessment of existing I-walls within the New Orleans flood and hurricane protection system (FPS/HPS). It should be noted that the HSDRRS-DG was developed and updated following Hurricane Katrina in 2005. It addresses specifically the issues that resulted in the inconsistent performance of the New Orleans FPS/HPS during Hurricane Katrina. In particular, the present USACE guidelines address several design deficiencies that were identified during the various investigations of the I-wall breaches experienced in 2005, including the subject IHNC floodwall.

The present design criteria in the USACE HSDRRS-DG are presented in **Section 2** of the Appendix. Each criterion is followed by my personal commentary along with the results of any analyses pertaining to that specific criterion, set forth in *italic* type and preceded with my initials (*RMB:*). I also underscored some important statements in the USACE HSDRRS-DG, particularly those that pertain to the design, performance and failures of the IHNC floodwall. **Section 3** of this appendix contains the results of my analyses followed by my findings and the specific causes of the EBNB and EBSB.

The results of my analyses are consistent with those reported by other national experts and investigating teams including IPET, ILIT, Team LA, etc. My investigation concludes that

applying the post-Katrina design criteria set forth by the USACE for the design of cantilever sheet pile floodwalls (I-walls), the IHNC east bank floodwall would have been expected to fail under the Katrina storm surge conditions. These conditions and their impact on the floodwall were more than sufficient, and did, cause the breaches to develop without any involvement of a barge.  More specifically, the results of my analyses show that the breaches occurred at the two weakest or vulnerable locations along the floodwall (EBNB and EBSB).  Results of my analyses show that the North Breach (EBNB) area was the weakest location along the floodwall and, therefore, it developed first at a much lower storm surge level in the IHNC.  The South Breach (EBSB) developed at the next weakest location but when the water level reached then exceeded (overtopped) the floodwall top.

**2.0 USACE I-Wall Design Criteria (HSDRRS-DG 2007, Chapter 3.0 updated June 12, 2008)**

### 3.2 I-Wall Design Criteria

This section applies to I-Walls that serve as or impact hurricane flood protection.

### 3.2.1 General Design Guidance

USACE Publications:

• EM 1110-2-2502, Retaining and Flood Walls, Sept. 89

• EM 1110-2-2504, Design of Sheet Pile Walls, Mar. 94

• EM 1110-2-1913, Design and Construction of Levees, Apr. 00

• EM 1110-2-1901, Seepage Analysis and Control for Dams, Apr. 93

• DIVR 1110-1-400, Soil Mechanic Data, Dec. 98

• ETL 1110-2-569, Design Guidance for Levee Underseepage, May 05

Computer Software:

• CE Sheet Pile Wall Design/Analysis Program, "CWALSHT":

*RMB:  This is the formal design software widely used by the USACE including the New Orleans District (NOD) in the analyses of sheet pile walls.  I used the program CWALSHT (X0031, Apr. 2006) to determine the depth of the tension crack, required sheet pile tip penetration and the adequacy of the as-built design section of the IHNC floodwall.  I also used the program to determine the critical water level in the IHNC at which the I-wall at the*

*EBNB and EBSB becomes unstable (F.S. = 1.0 or insufficient design sheet pile tip penetration at Elev. -8.0 ft. MSL).*

• Slope Stability Program based on "MVD Method of Planes":

*RMB: This analytical method is commonly referred to in the literature as the MOP or Wedge Method. The criterion is intended to check if the structure is safe relative to global stability (deep seated failure in the underlying subsoil). I used the USACE computer program Stability with Uplift (FS004) in my analyses, which is the only MOP design software recognized by the USACE New Orleans District (NOD). The analyses detected the critical failure surface passing below the sheet pile tip as well as the minimum factor of safety along the critical failure surface. I gave more emphasis in my analyses to the Method of Planes (MOP) since it was originally used in the design of the IHNC floodwall and it gives a more realistic estimate of the factor of safety. It should be noted that CWALSHT uses the same general concepts of the MVD Method of Planes (MOP) and implemented in FS004 to generate the net earth pressure diagrams acting on the sheet pile walls.*

• Slope Stability Programs based on "Spencer's Procedure":

*RMB: I performed additional analyses of the IHNC floodwall using the program Slope/W and the Spencer's procedure. This criterion is intended to assure that the floodwall is safe relative to global stability (deep seated failure passing below the sheet pile tip) and to determine the minimum factor of safety against deep seated failure. If the critical failure plane is intercepted by the sheet pile (higher than the sheet pile tip) but it does not have the required safety factor, then the Spencer method is used to calculate what is called the "unbalanced load" on the sheet pile. Then the sheet pile must be designed to support this additional unbalanced load. This method was not required before Katrina, but it was added in the USACE HSDRRS-DG and used in the analyses performed by ILIT and IPET. While the Spencer procedure is more robust from a mathematical viewpoint, it would overestimate the factor of safety by 7 to 15 percent (IPET 2006). In view of this, higher factors of safety are required in the USACE HSDRRS-DG for the Spencer analyses than the MOP (more critical) under the same design conditions.*

Walls shall be constructed using the latest datum from Permanent Benchmarks certified by NGS - NAVD 88 (2004.65).

*RMB:  In the IHNC and vicinity, elevations were based on the MSL datum which is lower by about +2 ft. lower than NGVD29 and about +2.5 ft. lower than NAVD88 datum elevations. The difference between the corresponding elevations varies throughout the geographical area according to the local mean sea level (LMSL) and the time of construction of a given structure.  It should be noted that benchmark elevations established throughout the FPS area were affected with time by areal settlements due to consolidation of the subsoil under sustained loads and regional lowering of the groundwater table (drainage).  The differences between the various datum references also vary with time within the geographical area due to global rise in sea water level.  I used the MSL reference datum in all of my analyses for the purposes of consistency and comparison with the original design drawings and available documents pertaining to the IHNC floodwall.*

The following is a summary of protection heights for various wall systems. Maximum heights refer to exposed height of the protected side of the wall *(RMB:  landside).*

• I-Walls – 4 foot maximum height:

*RMB:  This is the height of wall not embedded in soil (exposed).  It is measured from the floodwall top (sheet pile if exposed or concrete monolith) to the levee top (crown) or ground surface directly behind the floodwall.  A higher exposed height would require a deeper sheet pile tip penetration to assure stability.  No limits were specified for the exposed I-wall height in the pre-Katrina NOD documents, but the USACE EM 1110-2-2502 "Retaining and Flood Walls" (1989) limits the exposed height to 7 ft.  The interim USACE Post-Katrina I-wall Design Criterion (2006) limited the exposed I-wall height to 6 ft., but was subsequently revised to the present lower limit of 4 ft. in the HSDRRS-DG (2007/08).*

• T-Walls – Typically 4 foot and greater in height.

*RMB:  This criterion does not apply to the IHNC floodwall. However, recognizing the deficiencies in the 1966-68 design of the breached IHNC east bank I-wall, it was replaced by a T-wall after Hurricane Katrina. No breaches were reported in T-wall structures during Hurricane Katrina even when they were overtopped by the storm water surge.*

Appendix 15

• L-Walls / Kicker Pile Walls – 8 foot maximum height.

*RMB: This criterion does not apply to the IHNC floodwall.*

Seepage, global stability, heave, settlement and any other pertinent geotechnical analysis shall be performed in order to ensure that the overall stability of the system is designed to meet all Corps criteria.

*RMB:  Having an adequate or very high safety factor against one mode of failure does not necessarily assure the overall stability of the entire floodwall against other potential failure modes or local failures.  The factor of safety for a given mode of failure could be compounded by local conditions at a given location along the floodwall to drop below 1.0 and a breach would then develop at that location.  However, this does not imply that the factor of safety for that given failure mode will necessarily fall below 1.0 throughout the floodwall or that no more breaches will develop at other vulnerable locations under the same or different mode of failure.  In the case of the IHNC east bank floodwall, two different mechanisms that involved more than one mode of failure and unique local conditions contributed to the EBNB and EBSB without any involvement of a barge.  This does not necessarily mean that the safety factors for all possible failure modes were essentially less than 1.0 at both breach locations at the time of their development.*

Geotechnical engineers shall minimize the height of the wall system by designing the largest earthen section that is practical and stable for each individual project.

*RMB:  A recent geodetic survey indicated that the exposed height of the I-wall along the west bank of the IHNC exceeded the USACE specified limit of 6 ft. (at the time of the survey) possibly due to ground settlement and other causes.  Consequently, sand bags were placed along that floodwall prior to Hurricane Gustav in 2008 to reduce its exposed height.  This action may have prevented a repeat of the I-wall breaches that occurred along the I-walls on either side of the IHNC during Hurricane Katrina that included the two east bank breaches and a west bank breach.  Similarly, a larger levee or a levee with earthen berms would enhance the I-wall stability.  This is equivalent to having a higher ground surface along the landside on the IHNC floodwall, which could have prevented the Katrina breaches.*

Flood wall protection systems are dedicated single purpose structures and will not be dependent on or connected to (non-Federal) structural or geotechnical features that affect their intended performance or stability.

*RMB:* *In the case of the EBNB, an existing 1966-68 I-wall with relatively shallow tip penetration adjoined a much newer 1980 I-wall with higher top and deeper tip penetration. This new I-wall was connected to the north by an I-wall followed by a T-wall. This joint represented a weak link in the floodwall system and it was the point where the EBNB failure initiated.*

In an I-wall, the steel sheet piling is a pile acting to control seepage and provide support to the structure.

*RMB:* *An adequate sheet pile tip penetration into the underlying soils should be assured in the design of an I-wall. Deeper sheet pile tip penetration controls seepage under the levee and into the protected side during floods by extending the flow path of water and dissipating the differential head (difference in water levels between the flood side and landside) experienced on the I-wall. The flow path around the sheet pile becomes shorter when a tension crack develops along the flood side face of the I-wall. A deeper sheet pile penetration would also increase the ability of the floodwall to resist loads including the higher water pressure and waves experienced during the storm.*

I-walls (steel sheet piling) should not be capped until the foundation primary consolidation has occurred from the embankment loading and/or foundation settlement is negligible.

*RMB:* *The purpose of this criterion is to assure that the anticipated settlements due to the weight of fill and dead loads develop prior to capping the structure to the design grade. In case of the IHNC east bank floodwall, the floodwall top was established at Elev. +15.0 ft. MSL with an anticipated final grade after settlement at Elev. +14.0 ft. MSL. More fill was placed in the areas of the EBNB and EBSB at the time of construction. This resulted in differential settlements and much lower grades in the areas of the EBNB and EBSB. Lowering the groundwater table by pumping in the area of the pump station near Florida Avenue caused additional areal settlement in the area of the EBNB. Localized loss of soil support within the low grade areas on the landside explains the sequence and limits where failures developed in the floodwall (EBNB then EBSB). In the EBNB, the breach developed*