*at a much lower storm water level following a structural failure (tear or separation) that occurred in the sheet piles at a weak joint at the northern end of the breach. This caused localized scour on the landside in the area of the tear. The lower floodwall top elevation in the EBNB area resulted in earlier and more concentrated (localized) splashing and overtopping. This caused the development of a much wider and deeper scour trench along the landside within the EBSB area.*

The following criterion is based on experience associated with Hurricane Katrina where some I-walls performed well and others performed poorly. I-walls shall be limited to 4 feet maximum exposed height measured from the protected side. Where existing walls exceed this maximum, fill should be added on the protected side to minimize stick-up and differential fill across the wall should be limited to 2 feet unless additional analysis is performed. I-walls are acceptable as tie-ins to levee embankments. Site and soil conditions will dictate their use in these applications.

*RMB: Reference is made to my earlier comments relative to the concerns summarized by the USACE in this paragraph. As can be seen, all of these deficiencies and unfavorable conditions prevailed within the limits of the EBNB and EBSB and led to their development without the involvement of a barge.*

**Geotechnical Design Guidance**

**Global Stability Analysis**

I-wall/Embankment Slope Stability: The Method of Planes (previously known as the Lower Mississippi Valley Division Method of Planes) shall be used for slope stability analysis. *RMB: It should be noted that CWALSHT and FS004 use the same concepts used in the MVD Method of Planes (MOP).* Note that equivalent factors of safety (FOS) associated with other slope stability methods have not been determined. The system shall be designed for global stability utilizing the "Q" shear strengths for the following load cases:

**Table 3.6 - Global Stability Criteria**

| Tension Crack Depth | $FS_{min}$ WL to Top of Wall |
|---|---|
| None | 1.3 |
| CWALSHT or pressure comparison (see note 1) | 1.3 |

*RMB:  A factor of safety of 1.0 indicates incipient failure (mobilized resistance is essentially equal to the applied forces or moments), whereas a factor of safety below 1.0 represents an unsafe condition for this particular mode of failure (deep seated failure).   However, achieving the required factor of safety for a given failure mode, say against deep-seated failure, does not necessarily assure the stability of the floodwall against failure under a different mode, say seepage or overturning. The results of my global stability analyses are discussed in Section 3.*

Notes:

1. Methods for determining crack depths, particularly for penetrating thin layers of sand, were not well developed at this time. <u>The crack depth is important for computation of seepage, global stability, uplift and piping, and pile tip penetration</u>. For the present design, use the CWALSHT program to determine the tension crack depth by both the fixed and sweep methods utilizing a FOS of 1.0. Use the deeper/lower elevation *(RMB: tension crack tip)* from the two analyses. If the crack ends only a few feet above the tip, then assume crack extends to tip. If the computed <u>CWALSHT crack depth is above the sheet pile tip, compare the hydrostatic water pressure to the at-rest lateral earth pressure ($\gamma_w$ x $h_w$ vs. $\gamma_s$ x $h_{sw}$ x $K_o$; where $\gamma_s$ is the saturated unit weight of soil) and assume the crack will propagate to a point of equivalence.   The crack may be assumed to be deeper, as described in paragraph Piping and Seepage Analysis, but shall be limited in depth to a point no deeper than the sheet pile tip.</u>   Also, because saturated granular soils will not sustain a crack, the designer must develop if the crack will propagate through a thin sand layer to an underlining clay stratum.

*RMB:  A tension crack is vertical separation or gap in the soil initiating at the ground surface and propagating downward.  This criterion was not included in the USACE pre-Katrina design guidelines and was not considered in the designs of the failed I-walls during the storm, including the IHNC floodwall.  The USACE E-99 study (1988) indicated that significant deformation towards the landside will develop in I-walls under hydrostatic pressure. This could result in the development of a gap (tension crack) along the I-wall face on the flood side.  However, the study did not recognize that the hydrostatic pressure on the floodwall would then increase beyond the design value when*

*water fills the crack. All of the FPS/HPS investigations performed after Hurricane Katrina listed tension cracks as a major cause of I-wall failures experienced during the storm. Realizing its implications on the design, the USACE added this criterion in all of its post-Katrina design guidelines including the present HSDRRS-DG. Detailed discussion and calculations of the tension crack at the IHNC are given in Section 3.*

2. For global stability, full hydrostatic head shall be used to the depth of the crack at the face of the I-wall (flood side). Protected side piezometric conditions used for stability analysis shall be based on seepage evaluation as described in paragraph Piping and Seepage Analysis below.

*<u>RMB:</u> I performed global stability analyses using the computer programs FS004 and Slope/W for the cases of a tension crack and no tension crack as per Note 3 below. The water level in the IHNC was considered at either Elev. +15.0 ft. MSL (FWL at top of wall) or at Elev. +17.0 ft. MSL (overtopping by 2 ft. above top of wall as per the IHNC Hydrograph recorded during Hurricane Katrina and shown in Figure 18). This analysis models the condition at the EBSB where floodwater overtopped the wall causing the development of a scour trench and loss of support on the landside. Lower water levels were also considered in the analyses of the EBNB.*

3. To model a tension crack that extends to the sheet pile tip, perform the following for global slope stability. <u>For a full clay foundation, remove all soil above the tension crack tip on the flood side of the wall</u>. Check failure mechanisms in the vicinity of the tip at locations above and below the sheet pile tip for failure surfaces that are the most critical. Failure surfaces with lower factors of safety may exist if weaker layers are present near the sheet pile tip.

*<u>RMB:</u> The soil properties used in my global stability analyses are given in Table D-1. I used these soil parameters to check the original as-built design. Results of the global stability and CWALSHT analyses are summarized in Tables D-2 and D-3 discussed in Section 3. These tables summarize the conditions (elevations, water levels, etc.) used in each case analyzed and results of the analyses. As can be seen, the soils encountered to about Elev. -30.0 f. MSL are generally weak (very soft to soft) and include marsh (peat) strata that extend between Elev. -3.0 to -17.0 ft. MSL.*

**I-Wall Sheet Piling Tip Penetration**

**Wall Stability:** <u>Use the CWALSHT program to determine the required tip by the fixed surface wedge method or Coulomb earth pressure coefficient method and the sweep search method with factors of safety applied to **both** active and passive soil parameters</u>. The deeper computed tip elevation *(RMB: searches performed with the fixed and sweep search methods)* shall be used for design. The sweep method may not run for all cases. If the sweep method does not reach equilibrium, base the tip elevation on the fixed surface wedge method or Coulomb earth pressure coefficient method. No wall friction or adhesion shall be used in the determination of active or passive earth pressures.

*RMB:   Results of my CWALSHT analyses are summarized in Table D-3 and discussed in Section 3.  The table summarizes the conditions (elevations, water levels, etc.) used in each case analyzed and the results of the analyses. My analyses ignored the wall friction and adhesion in accordance with the USACE requirements.*

Factor of Safety with Load Cases - (CWALSHT program determines depth of tension crack)

"Q" – shear strengths (short-term load such as a hurricane)

a. Cantilever Wall.

<u>FOS = 1.5; Water to Still Water Level (SWL) plus wave load shall be furnished by the hydraulic engineer.</u>

*RMB: The original design of the 1966-68 I-wall was made using hand calculations or possibly an older computer program CANT based on FOS = 1.3 only for the passive pressure and no wave load.  I considered this case under various conditions of the levee top grade with and without a tension crack, landside ground surface and water level in the IHNC.  A factor of safety of 1.0 was used to determine the required minimum tip penetration at the sate of incipient failure (mobilized resistance is equal to the applied forces or moments).  In other words, applying a higher factor of safety to the soil properties will yield a deeper tip penetration and higher moments and deflections than the condition analyzed.*

b. Bulkhead Wall. *RMB: This criterion does not apply to the IHNC floodwall.*

For walls with fill differential of greater than 2 feet from one side of the wall to the other, a bulkhead analysis should be performed.

FOS = 1.5; Low Water for Hurricane conditions, bulkhead analysis if applicable.

c. Design check.

This is not typical hurricane design case but shall be checked to ensure a bracket of load envelopes and critical loads are considered.

(Case 1.) FOS = 1.3; Water to Top of Wall plus no wave load.

*RMB: This criterion was not considered in the original IHNC floodwall design.  I considered this case for various conditions of levee top with and without a tension crack, landside ground surface and water level in the IHNC.  A factor of safety of 1.0 was used to determine the required minimum tip penetration at the sate of incipient failure (mobilized resistance is equal to the applied forces or moments).  In other words, using a higher factor of safety will require a deeper tip penetration and yield higher moments and deflections than the case analyzed.*

"S" – shear strengths (long-term load)

d. FOS =1.5; Normal low water (not Low Water for Hurricane conditions bulkhead analysis) if applicable.

*RMB:  This criterion does not apply to the IHNC floodwall since the floodwall failed during the storm. Therefore, it failed under short-term conditions (Q) and not under long-term (S) conditions.*

**Minimum Tip Penetration:** In some cases, especially Q-case penetrations derived for low heads, the theoretical required penetration could be minimal. In order to ensure adequate penetration to account for unknown variations in ground surface elevations and soil, the embedded depth (D) of the sheet pile as shown in Figure 3.3 shall be the greatest penetration of:

a. 3 times the exposed height (H) on the protected side of the wall as shown in Figure 3.3. The embedment of wall shall be based on the lower ground elevation against the wall as shown on the figure below. In the case shown, the lowest ground surface against the wall is on the flood side.

*RMB, The as-built sheet pile tip of the IHNC floodwall was selected to be at Elev. -8.0 ft. MSL.  In order to satisfy Item a, a safe tip  should be located at least at Elev. -3.0 ft. MSL assuming a wall top at Elev. +15.0 ft. MSL and a levee top on both sides at Elev. +9.0 ft. MSL. In 2005 the levee top had a lower grade at Elev. +4.5 and +7.0 ft. MSL in the areas of the EBNB and EBSB, respectively.  Accordingly, if the wall top remained at Elev. +15.0 ft. MSL, then the minimum tip should have been at Elev. -16.5 and -9.0 MSL in the areas of the EBNB and EBSB in order to satisfy Item a, respectively.  As can be seen, the existing sheet pile tip elevation at Elev. -8.0 ft. MSL was inadequate at these two locations, but it would satisfy Item a outside those areas.  On the other hand, if it is argued that the wall top in the areas of the EBNB and EBSB has also settled by the same amounts then earlier splashing and overtopping would occur at these locations leading to localized scouring and loss of support on the landside of the floodwall.*

b. 10 feet below the lower ground elevation.

*RMB:  A tip that satisfies Item b would be at Elev. -1.0 MSL since the design levee top on both sides of the IHNC floodwall was at Elev. +9.0 ft. MSL.  In 2005, the levee top on the protected side was actually at Elev. +4.5 and +7.0 ft. MSL at the EBNB and EBSB, respectively.   Accordingly, the minimum tip should have been at Elev. -6.5 and -3.0 ft. MSL at the EBNB and EBSB to satisfy Item b, respectively.  Consequently, Item b was satisfied throughout the IHNC floodwall.*

c. Additional depth determined by engineering judgment such as selecting appropriate loading cases, penetration to head ratios and stickup ratios, and for extending sheet piling through very shallow sand or peat layers.

*RMB:  There is a weak marsh (peat) stratum that extends to Elev. -17.0 ft. MSL in the IHNC floodwall segment between Sta. 30 and 50 where the EBSB and EBNB developed.  The sheet pile with a tip penetration to Elev. -8.0 ft. MSL did not extend below the bottom of that peat stratum.  Therefore, the IHNC sheet pile tip should have been located deeper than Elev. -17.0 ft. MSL in order to satisfy Item c.*



**Figure 3.3 Minimum tip penetration depth.**

**Piping and Seepage Analysis**

**Piping:** The I-wall must be designed for seepage erosion (piping) along the wall. Analysis shall be based on water to the top of the wall. This analysis can be performed by various methods such as flow nets, <u>Harr's method of fragments, Lane's weighted creep ratio</u> *(RMB: I used these methods which were also used in the original floodwall design)*, or finite element methods *(RMB: a numerical method that requires licensed software such as FLAC or PLAXIS)*. Lane's weighted creep ratio, while useful in some circumstances, may not be the most accurate method available to designers. Engineering judgment should be exercised in selecting the most appropriate method of seepage analysis. <u>The seepage analysis shall consider the tension crack which will shorten the seepage path</u> *(RMB: My seepage analyses considered the effect of a tension crack which shortens the seepage path around the sheet pile allowing for water to seep into the protected side even under a transient flood condition).* <u>When the levee and foundation are constructed entirely of clay, the potential for developing a steady state seepage condition along the sheet piling is negligible,</u> *(RMB: which is the case at the IHNC).* <u>However, this should be checked by the designer and</u>

engineering judgment should be used to determine if the sheeting piling needs to be extended to meet this criteria.

*RMB:  As indicated by my discussion of Item c above, this should have been recognized in the original design of the floodwall by providing a deeper sheet pile tip penetration that cuts off this potential seepage path.  Some scientists argue that the underlying marsh strata encountered below the sheet pile tip are relatively permeable to allow for significant seepage which could destabilize the wall.  However, flooding during a storm event is only sustained over a relatively short period of time and will not result in steady stage seepage (transient seepage condition).*

If an aquifer is present close to the sheet pile tip, or if the sheet pile penetrates the aquifer, a standard seepage analysis as per DIVR-1110-1-400 shall be used to design the seepage resistance of the embankment. In this case, the vertical distance between the tip and the aquifer would be considered to be the flood side blanket thickness. The head at the levee toe can then be calculated using DIVR-1100-1-400 to check for exit gradient and heave.

*RMB: This criterion does not apply to the IHNC floodwall.*

If the computed crack depth is within 5 ft of an aquifer, *(RMB: This criterion does not apply to the IHNC floodwall),* the crack shall be assumed to extend to the aquifer (see Figure 3.4). For specific cases where the geology of the foundation is well known and the designer is confident that the sand strata is more than 2.0 feet below the tip of the sheet pile, *(RMB: This criterion does not apply to the IHNC floodwall),,* the crack shall extend only to the depth calculated from Table 3.6. A well known geology shall have field investigations (boring and/or CPT data) spaced closer than 100 feet.



**Figure 3.4 Computed crack depth near an aquifer**

**Seepage:** Seepage analysis should be checked in accordance with the applicable portions of EM 1110-2-1901, DIVR 1110-1-400, and ETL 1110-2-569.

**Heave Analysis**

If applicable, heave analysis should be checked. The required factor of safety for a total weight analysis is 1.20. <u>The tension crack shall be considered in this analysis</u> *(RMB: I considered a tension crack in my analyses)*. <u>For tension cracks to the sheet pile tip elevation, the pressure at the sheet pile tip should be based on the full hydrostatic head.</u> The factors of safety for computing heave are defined as:

$$FS_h = \frac{\gamma_{sat} \times z}{\gamma_w \times hw};$$

$\gamma_{sat}$ = saturated unit wt. soil

*<u>RMB:</u>  $\gamma_{sat}$ = Average value for soils above sand stratum at Elev. -44.0 ft. MSL = 99.9 pcf*

$\gamma_w$ = unit wt. of water

*RMB:*  $\gamma_w = 62.5 \ pcf$

z = overburden thickness

*RMB:*  *z = Soil thickness above sand stratum at Elev. -44.0 ft. MSL*

*= [Elev. 0.0 (Ground surface) – Elev. -44.0] = 44 ft.*

$h_w$ = pressure head

*RMB:*  *$h_w$ = Water Level on flood side – Low Groundwater level (landside)*

*= +15 – (-3) = 18 ft.*

*RMB:*  *$FS_h = 3.91$*

*RMB: Results of my analyses indicate a factor of safety of 3.91 for the IHNC floodwall against heave.  Accordingly, the heave criterion was satisfied in the original 1966-68 floodwall design.  However, the results of my seepage analyses using the Harr's method of fragments and Lane's weighted creep ratio showed that the design sheet pile tip at Elev. -8.0 MSL is insufficient to prevent steady state seepage when a tension crack develops.*

**Deflections**

The determination of allowable deflection has not yet been made and will be finalized after further evaluating the E-99 test wall and IPET results. Until that time, deflections will be considered to be satisfactory when the exposed I-wall heights are limited to 4 feet as described in Section 3.2.1 General Design Guidance.

*RMB: The IHNC wall exceeded the 4 ft. exposed height limit particularly within the EBNB and EBSB. Outside these areas the exposed wall height was about 6 ft., which satisfies the USACE 2006 criterion, but is more than the 4 ft. 2007/08 limit.  The numerous photographs taken of the IHNC floodwall show that it has experienced various amounts of deformation into the landside even south of the EBSB where it has been proven that the Barge entered into the Lower Ninth Ward.  The photographs are referenced in my report and attachments. This is consistent with the landward deformations observed in the test wall during the E-99 study (1988).  During that study, some of the wall deformation was elastic (recoverable), whereas some were plastic (unrecoverable).  This deflection into the landside causes the*

Table D-1b:  IHNC As-Built Soil Density and Strength Parameters in 2005 (IPET 2006)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Soil Properties at the IHNC Floodwall | | | | | | | | | |
| Soil Strata | | Soil Strata | | | | Soil Strata | | | |
| No. | Stratum Name (Elevation, ft. MSL) | Unit Wt. (pcf) | Friction Angle (Deg.) | Undrained Cohesion (psf) | | Unit Wt. (pcf) | Friction Angle (Deg.) | Undrained Cohesion (psf) | |
| | | | | Top | Bottom | | | Top | Bottom |
| 1 | Water | 62.5 | 0 | 0 | 0 | 62.5 | 0 | 0 | 0 |
| 2 | Levee Fill (CH) (+9.0 to -3.0) | 110 | 0 | 500 | 500 | 110 | 0 | 500 | 500 |
| 3 | Marsh 1a (OH) (-3.0 to -7.0) | 94 | 0 | 650 | 650 | 94 | 0 | 550 | 550 |
| 4 | Marsh 1b (OH) (-7.0 to -9.0) | 104 | 0 | 650 | 650 | 104 | 0 | 550 | 550 |
| 5 | Marsh 2a (OH) (-9.0 to -15.0) | 82 | 0 | 300 | 300 | 82 | 0 | 200 | 200 |
| 6 | Marsh 2b (OH) (-15.0 to -17.0) | 102 | 0 | 300 | 300 | 102 | 0 | 200 | 200 |
| 7 | Interdistributary Clay 1a (CH) (-17.0 to -30.0) | 102 | 0 | 355 | 515 | 102 | 0 | 300 | 404 |
| 8 | Interdistributary Clay 1a (CH) (-30.0 to -44.0) | 107 | 0 | 515 | 687 | 107 | 0 | 404 | 516 |
| 9 | Sand (SP) (-44.0) | 120 | 30 | 0 | 0 | 120 | 30 | 0 | 0 |

* A-B IPET: These are the as-built soil properties developed from the IPET report, which I also used in my analyses to check the original as-built design.

*development of a tension crack along the flood side of the I-wall.   My CWALSHT estimates of the deflection of the IHNC floodwall are given in Table D-3 discussed in Section 3.*

**3.0 Results of my Analyses**

The soil properties I used in my IHNC global stability analyses are given in Table D-1. These values are based on the soil strength and wet density diagrams published in the as-built plates (USACE 1996 GDM) and the IPET report (2006).  Table D-1a contains the soil properties developed from the as-built drawings and Table D-1b shows the as-built properties considered by IPET in their analyses.  I used these soil parameters to check the original as-built design of the IHNC floodwall. Table D-1c contains the existing soil conditions at the time of Hurricane Katrina included in the IPET report.  I used these properties in the remainder of my CWALSHT and global stability analyses of the EBNB and EBSB.  Results of my global stability and CWALSHT analyses are summarized in Tables D-2 and D-3 and Figures D-1 through D-13. The tables also summarize the conditions (elevations, water levels, etc.) used in each case.  The analyses were performed in accordance with the USACE I-Wall Design Criteria (HSDRRS-DG 2007, Chapter 3.0 updated June 12, 2008).

Table D-1a:  IHNC As-Built Soil Density and Strength Parameters*

| | | Soil Properties at the IHNC Floodwall | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Soil Strata | | Under Levee Centerline | | | | Under Levee Toe | | | |
| No. | Name (Elevation, ft. MSL) | Unit Wt. (pcf) | Friction Angle (Deg.) | Undrained Cohesion (psf) | | Unit Wt. (pcf) | Friction Angle (Deg.) | Undrained Cohesion (psf) | |
| | | | | Top | Bot. | | | Top | Bot. |
| 1 | Water | 62.5 | 0 | 0 | 0 | 62.5 | 0 | 0 | 0 |
| 2 | Levee Fill (CH) (+9.0 to -3.0) | 110 | 0 | 500 | 500 | 110 | 0 | 500 | 500 |
| 3 | Marsh 1a (OH) (-3.0 to -7.0) | 94 | 0 | 400 | 400 | 94 | 0 | 500 | 500 |
| 4 | Marsh 1b (OH) (-7.0 to -9.0) | 104 | 0 | 600 | 600 | 104 | 0 | 200 | 200 |
| 5 | Marsh 2a (OH) (-9.0 to -15.0) | 82 | 0 | 300 | 300 | 82 | 0 | 300 | 300 |
| 6 | Marsh 2b (OH) (-15.0 to -17.0) | 102 | 0 | 200 | 200 | 102 | 0 | 300 | 300 |
| 7 | Interdistributary Clay 1a (CH) (-17.0 to -30.0) | 102 | 0 | 335 | 495 | 102 | 0 | 300 | 396 |
| 8 | Interdistributary Clay 1a (CH) (-30.0 to -44.0) | 107 | 0 | 495 | 665 | 107 | 0 | 396 | 500 |
| 9 | Sand (SP) (-44.0) | 120 | 30 | 0 | 0 | 120 | 30 | 0 | 0 |

* A-B RMB: These are the soil properties developed from the as-built drawings, which I used in my analyses to check the original as-built design.

Table D-1c: IHNC Post Katrina Soil Density and Strength Parameters (IPET 2006)*

| | Soil Properties at the IHNC Floodwall | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Soil Strata | | Soil Strata | | | | Soil Strata | | | |
| No. | Stratum Name (Elevation, ft. MSL) | Unit Wt. (pcf) | Friction Angle (Deg.) | Undrained Cohesion (psf) | | Unit Wt. (pcf) | Friction Angle (Deg.) | Undrained Cohesion (psf) | |
| | | | | Top | Bot. | | | Top | Bot. |
| 1 | Water | 62.5 | 0 | 0 | 0 | 62.5 | 0 | 0 | 0 |
| 2 | Levee Fill (CH) (+9.0 to -3.0) | 110 | 0 | 500 | 500 | 110 | 0 | 500 | 500 |
| 3 | Marsh 1a (OH) (-3.0 to -7.0) | 94 | 0 | 650 | 650 | 94 | 0 | 550 | 550 |
| 4 | Marsh 1b (OH) (-7.0 to -9.0) | 104 | 0 | 650 | 650 | 104 | 0 | 550 | 550 |
| 5 | Marsh 2a (OH) (-9.0 to -15.0) | 82 | 0 | 300 | 300 | 82 | 0 | 200 | 200 |
| 6 | Marsh 2b (OH) (-15.0 to -17.0) | 102 | 0 | 300 | 300 | 102 | 0 | 200 | 200 |
| 7 | Interdistributary Clay 1a (CH) (-17.0 to -30.0) | 102 | 0 | 355 | 467 | 102 | 0 | 300 | 412 |
| 8 | Interdistributary Clay 1a (CH) (-30.0 to -44.0) | 107 | 0 | 467 | 587 | 107 | 0 | 412 | 532 |
| 9 | Sand (SP) (-44.0) | 120 | 30 | 0 | 0 | 120 | 30 | 0 | 0 |

* P-K IPET: These are the existing soil conditions at the time of Hurricane Katrina, which I used in my analyses of the EBNB & EBSB.

Table D-2a: Results of my Global Stability Analyses of the IHNC EBSB using MOP

| Case | Soil Model Used[1] | Consider Landside Berm[2] | Landside Levee & G.S. Elev. (ft. MSL)[3] | Water Level (ft., MSL) | | Critical Failure Surface | |
|------|-----------|-----------|----------------|-----------|----------|----------------|------|
| | | | | Flood Side[4] | Landside | Elevation (ft., MSL) | F.S. |
| IHNCR1 | A-B RMB | Yes | +9.0 & -3.0 | +15.0 | -3.0 | -15.0 | 1.08 |
| IHNCR2 | A-B RMB | Yes | +9.0 & -3.0 | +17.0 | -3.0 | -15.0 | 0.97 |
| IHNCR3 | A-B IPET | Yes | +9.0 & -3.0 | +17.0 | -3.0 | -15.0 | 0.97 |
| IHNCR4 | A-B IPET | Yes | +9.0 & -3.0 | +15.0 | -3.0 | -17.0 | 1.07 |
| IHNCR5 | P-K IPET | Yes | +9.0 & -3.0 | +17.0 | -3.0 | -17.0 | 0.97 |
| IHNCR6 | P-K IPET | No | +9.0 & -3.0 | +15.0 | -3.0 | -17.0 | 1.08 |
| IHNCR7 | P-K IPET | No | +9.0 & -3.0 | +17.0 | -3.0 | -17.0 | 0.91 |
| IHNCR8 | P-K IPET | No | +5.0 & -3.0 | +15.0 | -3.0 | -17.0 | 1.00 |
| IHNCR9 | P-K IPET | No | +5.0 & -3.0 | +17.0 | -3.0 | -17.0 | 0.90 |

[1] A-B (as-built) RMB Table D-1a, A-B (as-built) IPET Table D-1b and P-K (post Katrina) IPET Table D-1c.

[2] Higher landside ground at the levee toe from Elev. 0.0 to -3.0 ft. MSL

[3] NAVD88 = MSL – about 2.5 ft.

[4] Water at wall top at Elev. +15.0 ft. MSL or overtopped by 2 ft. at Elev. +17.0 ft. MSL

Table D-2b: Results of my Global Stability Analyses of the IHNC using Spencer's

| Case | Tension Crack[1] Tip Elev. (ft. MSL)[2] | Soil Model | Landside Levee & G.S. Elev. (ft. MSL) | Water Level (ft., MSL) | | Critical Failure Surface | |
|---|---|---|---|---|---|---|---|
| | | | | Flood Side | Landside | Elevation (ft., MSL) | F.S. |
| EBNB-1 | -8.0 | P-K IPET | +9.0 & -3.0 | +13.5 | -3.0 | -17.0 | 1.01 |
| EBNB-2 | -3.0 | P-K IPET | +9.0 & -3.0 | +13.5 | -3.0 | -17.0 | 1.06 |
| EBNB-3 | -3.0 | P-K IPET | +9.0 & -3.0 | +14.5 | -3.0 | -17.0 | 1.03 |
| EBNB-4 | -8.0 | P-K IPET | +9.0 & -3.0 | +14.5 | -3.0 | -17.0 | 0.91 |
| EBNB-5 | -8.0 | P-K IPET | +9.0 & -3.0 | +14.0 | -3.0 | -17.0 | 0.93 |
| EBNB-6 | No Crack | P-K IPET | +9.0 & -3.0 | +13.5 | -3.0 | -17.0 | 1.14 |
| EBNB-7 | -8.0 | P-K IPET | +9.0 & -3.0 | +14.5 | -5.0 | -17.0 | 0.96 |
| EBNB-8 | -8.0 | P-K IPET[3] | +9.0 & -3.0 | +14.5 | -3.0 | -17.0 | 0.94 |
| | | | | | | | |
| EBSB-1 | -8.0 | P-K IPET | +9.0 & -3.0 | +15.0 | -3.0 | -17.0 | 0.90 |
| EBSB-2 | -8.0 | P-K IPET[4] | +9.0 & -3.0 | +15.0 | -3.0 | -17.0 | 0.87 |
| EBSB-3 | -8.0 | P-K IPET[5] | +9.0 & -3.0 | +15.0 | -3.0 | -17.0 | 1.11 |
| EBSB-4 | -8.0 | P-K IPET | +9.0 & -3.0 | +15.0[6] | -3.0 | -17.0 | 0.88 |
| EBSB-5 | No Crack | P-K IPET | +9.0 & -3.0 | +15.0 | -3.0 | -17.0 | 1.11 |
| EBSB-6 | No Crack | P-K IPET | +9.0 & -3.0 | +17.0 | -3.0 | -17.0 | 1.05 |
| EBSB-7 | No Crack | P-K IPET | +9.0 & -3.0 | +17.0[6] | -3.0 | -17.0 | 1.01 |
| EBSB-8 | -8.0 | P-K IPET[7] | +9.0 & -3.0 | +15.0 | -3.0 | -17.0 | 0.88 |
| EBSB-9 | No Crack | P-K IPET[8] | +9.0 & -3.0 | +15.0 | -3.0 | -18.0 | 1.34 |

[1] Crack along the flood side face of I-wall that starts from the levee surface and filled with water

[2] NAVD88 = MSL – about 2.5 ft.

[3] Marsh 2b under levee centerline with undrained cohesion $C_u$ = 400 psf (originally 300 psf)

[4] Levee fill with undrained cohesion $C_u$ = 450 psf (originally 500 psf)

[5] Marsh 2b outside levee toe with undrained cohesion $C_u$ = 300 psf (originally 200 psf)

[6] With 250 psf uniform lateral wave load

[7] Levee fill with wet density $\gamma$ = 120 pcf (originally 110 pcf)

[8] Levee fill with undrained cohesion $C_u$ = 750 psf (originally 500 psf)

Table D-3: Results of my IHNC CWALSHT Analyses.

| Case | Elevation (ft., MSL) | | Sheet Pile Requirement | | Applied Soil Safety Factor | Flood Side Water Level |
|------|----------------------|-|------------------------|-|----------------------------|------------------------|
| | Landside Levee Top | Minimum Sheet Pile Tip | Maximum Bending Moment (ft.-k/ft.) | Deflection at Levee Top (inches) | | |
| SWL-8 | +9.0 | +5.3 | 0.95 | 0.001 | 1.0 | SWL at Elev. +13.0 ft. MSL |
| FWL-0 | +9.0 | +1.0 | 4.1 | 0.02 | 1.5 | FWL at Elev. +15.0 ft. MSL |
| FWL-1 | +9.0 | +3.5 | 3.2 | 0.01 | 1.0 | FWL at Elev. +15.0 ft. MSL |
| FWL-4 | +8.0 | +0.6 | 5.5 | 0.02 | 1.0 | FWL at Elev. +15.0 ft. MSL |
| FWL-5 | +7.0 | -2.7 | 8.9 | 0.07 | 1.0 | FWL at Elev. +15.0 ft. MSL |
| FWL-6 | +6.0 | -6.7 | (13.8) | (0.18) | 1.0 | FWL at Elev. +15.0 ft. MSL |
| FWL-3 | +5.5 | (-12.6) | (17.0) | (0.37) | 1.0 | FWL at Elev. +15.0 ft. MSL |
| FWL-2 | +5.0 | (-24.9) | (20.7) | (1.60) | 1.0 | FWL at Elev. +15.0 ft. MSL |
| FWL-7 | +9.0 | +3.5 | 3.2 | 0.01 | 1.0 | FWL at Elev. +15.0 ft. MSL |
| FWL-9 | +5.0 | (-20.1) | (20.7) | (0.81) | 1.0 | FWL at Elev. +15.0 ft. MSL |
| FWL-W1 | +9.0 | -6.7 | (23.2) | (0.44) | 1.0 | FWL at Elev. +15.0 ft. MSL |
| FWL-W2 | +8.0 | (-12.8) | (31.0) | (1.10) | 1.0 | FWL at Elev. +15.0 ft. MSL |
| | | | | | | |
| EBNB-F | +3.0 | -7.9 | (11.2) | (0.11) | 1.0 | WL at Elev. +11.5 ft. MSL |
| EBNB-S | +3.0 | -7.9 | (11.2) | (0.11) | 1.0 | WL at Elev. +11.5 ft. MSL |
| EBSB-F | +5.5 | (-8.7) | (17.0) | (0.28) | 1.0 | WL at Elev. +15.0 ft. MSL |
| EBSB-S | +5.5 | (-10.6) | (17.0) | (0.35) | 1.0 | WL at Elev. +15.0  ft. MSL |
| | | | | | | |
| As-Built | +9.0 | -8.0 | 9.3 or 11.2 | NA | 1.3 | SWL at Elev. +13.0 ft. MSL |

Notes:
SWL = Still water level in the IHNC
FWL = Flood water level in the IHNC.
WL = Water level in the IHNC.
Cases FWL-W1 & FWL-W2 includes a uniform wave pressure on the I-wall = 500 psf/ft.
All cases considered groundwater on the landside at Elev. 0.0 ft. MSL.  Case FWL-7 considered groundwater table on the landside at Elev. -3.0 ft. MSL.
As-Built moment capacity is based on the Z-27 sheet pile section properties assuming either a 25 ksi strength steel (M = 9.3 ft.-k/ft.) or a 30 ksi strength steel (M = 11.2 ft.-k/ft.).
No deflection criterion was specified in the as-built design.
Values in ( ) indicate that the as-built design parameter was exceeded in this case.
Deflection was assumed to be excessive if more than 0.1 inch (Design Cases SWL-8 & FWL-0).
EBNB Considers a tension crack on flood side to Elev. +3.0 ft. MSL (F = Fixed & S = Sweep).
EBSB Considers a tension crack on flood side to Elev. +5.5 ft. MSL (F = Fixed & S = Sweep).

## 3.1 Specific Conditions at the EBNB and EBSB

The exposed height of the IHNC east bank floodwall at the time of construction was 6 ft. based on a levee top at Elev. +9.0 ft. MSL and a concrete monolith top at Elev. +15.0 ft. MSL. However, the floodwall elevations varied with time throughout its length due to differential settlements caused by the differences in subsoil conditions (thickness and properties of the subsoil strata, location, groundwater level, etc.) and the amount of fill placed within each segment of the floodwall to reach the design grades, as discussed in my report.

In August 2005, the landside elevations were particularly lower than the design grade in specific segments along the floodwall due to differential settlements, soil erosion, runoff drainage and pumping, land development, construction activities, etc. The LiDAR 2000 data (Team LA 2006) for the IHNC site show that the average ground surface along the levee toe within the EBSB and EBNB was essentially at Elev. -4.5 and -7.0 ft. NAVD88 (Elev. -2 and -4.5 ft. MSL), respectively. The original design grade landward of the floodwall at the time of construction was at about Elev. 0.0 ft. MSL (Elev. -2.5 ft. NAVD88). Therefore, the ground surface on the protected side in the areas of the east bank breaches was actually lower by as much as 2 to 4.5 ft. than the original design grade within the areas of the EBSB and EBNB, respectively. It should be noted that LiDAR tends to overestimate ground elevations due to the presence of near surface features such as vegetation, shrubs, sidewalks, etc. Therefore, the ground surface along the east bank of the IHNC may have been even lower. Based on these ground elevations, the levee top within the EBNB and EBSB limits in 2005 was likely at about Elev. +4.5 and +7.0 ft. MSL (Elev. -7.0 and -9.5 ft. NAVD88) or even lower, respectively. Accordingly, the top of the concrete monolith in the areas of the EBNB and EBSB was as low as about Elev. +11.5 and +13.0 ft. MSL (Elev. +9.0 and +11.5 ft. NAVD88) or lower, respectively.

All of the above factors created weak "links" at the EBNB and EBSB segments of the floodwall and contributed to these localized failures. The lower ground surface and levee top reduced the available soil resistance along the landside of the floodwall particularly in the EBNB area which had the lowest grade. The lower wall top at the EBSB resulted in earlier and more concentrated splashing and overtopping in that area. Consequently, erosion and formation of a scour trench on the landside due to overtopping lowered the levee grade further within the area of the EBSB. In the case of the EBNB, the original 1966-68 I-wall with its sheet pile tip at Elev.

-8.0 ft. MSL (Elev. -10.5 ft. NAVD88) was connected to a newer, higher and deeper penetrating 1980 I-wall to the north with its tip at Elev. -23 ft. MSL (Elev. -25.5 ft. NAVD88).  A structural failure developed at the joint between the two adjoining I-walls where a separation or tear, developed in the old steel sheet pile wall.  Then the torn sheet pile wall deflected landward allowing water to enter into the Lower Ninth Ward at a much lower water level than the top of the wall.  Localized erosion and sever loss of soil support occurred under the inrushing water through the tear (separation gap) that developed between the two adjoining I-wall segments at the northern limit of the EBNB.

Accordingly, the exposed height of the wall at the EBNB and EBSB may have been as high as 8 to 11 ft. in 2005, much higher than the referenced limits in the USACE HSDRRS-DG.  The lower ground surface meant that there was lower soil support along the protected side of the floodwall, diminishing its ability to withstand the increasing pressure from the rising water and waves in the IHNC.

## 3.2 Tension Crack

A tension crack is a vertical separation or gap in the soil initiating at the ground surface and propagating downward into the underlying subsoil.  Tension cracks are known to develop naturally and could be observed at the ground surface in cohesive (clayey) soils during dry spills.  The tension crack depth depends on the effective unit weight of clay (wet density minus water density) and the clay cohesion (strength of the "bond" between individual particles of wet clay as they "stick" together) or adhesion (strength of the bond between wet clay and an interfacing material such as a steel sheet pile).  Similarly, a tension crack will develop along the flood side face of an I-wall under the rising water pressure during a storm.  In this case, the depth of the tension crack will also depend on the amount of deflection in the sheet pile, which in turn depends on the sheet pile sectional properties, its tip penetration, strength of the embedding soil (undrained shear strength) and the magnitude of the applied pressure.

Table D-4 illustrates the effect of the clay strength (Undrained Cohesion $C_u$) on the depth of a tension crack.  The calculations are based on a saturated unit weigh of the levee material of $\gamma_s = 110$ pcf and unit weigh of water of $\gamma_w = 62.5$ pcf as per Table D-1.  It further assumes a clay

coefficient of lateral earth pressure (K) of 1.0, which is the typical value given in the USACE HSDRRS-DG and cited in the literature.

Table D-4: Effect of Undrained Cohesion ($C_u$) of Clay on the Theoretical Size of Tension Crack.

| $C_u$ (psf) | Calculated Tension Crack Size | | | | |
|---|---|---|---|---|---|
| | Crack Depth* | Crack Tip Elevation (ft., MSL)** | | | |
| | (ft.) | L.T. El. = 9.0 | L.T. El. = 8.0 | L.T. El. = 7.0 | L.T. El. = 6.0 |
| 100 | 4.21 | 4.79 | 3.79 | 2.79 | 1.79 |
| 150 | 6.32 | 2.68 | 1.68 | .68 | -0.32 |
| 200 | 8.42 | 0.58 | -0.42 | -1.42 | -2.42 |
| 250 | 10.53 | -1.53 | -2.53 | -3.53 | -4.53 |
| 300 | 12.63 | -3.63 | -4.63 | -5.63 | -6.63 |
| 350 | 14.74 | -5.74 | -6.74 | -7.74 | -8.74 |
| 400 | 16.84 | -7.84 | -8.84 | -9.84 | -10.84 |
| 450 | 18.95 | -9.95 | -10.95 | -11.95 | -12.95 |
| | | | | | |
| 500*** | 21.05 | -12.05 | -13.05 | -14.05 | -15.05 |

*      Crack Depth = 2 $C_u$ / [$K^{1/2}$. ($\gamma_s - \gamma_w$)]
**     L.T. El. = Levee top elevation on landside (NAVD88 = MSL – about 2 ft.)
***    Design undrained cohesion (See Table D-1)

The results shown in Table D-4 indicate that for the IHNC levee constructed of clay with undrained cohesion of 500 psf (Table D-1), the theoretical depth of the tension crack will exceed the design tip penetration of the floodwall at Elev. -8.0 ft. MSL (Elev. -10.5 ft. NAVD88) regardless of the grade of the levee crown. Furthermore, the design tip elevation will be exceeded even at a lower cohesion value of only 350 to 400 psf depending on the grade of the levee crown. The theoretical tension crack will reach deeper in areas with lower levee top grade, which was the case at the EBNB and EBSB. Accordingly, the deepest tension crack will develop in the lowest area along the floodwall which is at the North Breach (EBNB). The floodwall will subsequently experience an increase in the hydrostatic pressure under the rising storm water following the development of the tension crack on the flood side of the I-wall, as will be discussed in Sections 3.3 and 3.4.

## 3.3 Global Stability

The results of my global stability analyses using the computer program FS004 and the MOP, and the computer program Slope/W and the Spencer's method are given in Tables D-2a and D-2b, respectively.   The results show that critical failure surface for the as-built IHNC floodwall is at Elev. -13.0 to -17.0 ft. MSL (Elev. -15.5 to -19.5 ft. NAVD88) depending on the conditions considered in the analyses.   These critical failure surfaces are consistent with the original USACE GDM and as-built drawings.   Consequently, they pass through the very soft Marsh 2 (peat) stratum located between Elev. -9.0 and -17.0 ft. MSL (Elev. -11.5 to -19.5 ft. NAVD88). Accordingly, the as-built sheet pile does not contribute to the global stability or the calculated safety factors since the governing critical failure surfaces pass below its tip elevation (Elev. -8.0 ft. MSL or Elev. -10.5 ft. NAVD88).   In other words, the entire sheet pile wall falls within the failure wedge or soil mass and, therefore, it does not provide any resistance against deep-seated failure.   In order for the sheet pile wall to contribute to the global stability, its tip would have to extend below Elev. -17.0 ft. MSL (Elev. -19.5 ft. NAVD88) with some additional penetration to provide an acceptable factor of safety against failure.   This confirms the statement discussed in Item c of the USACE HSDRRS-DG (2007/08) regarding the need to extend the sheet pile tip below the bottom of any very soft peat stratum.

The importance of the tension crack is demonstrated in the Spencer's analyses summarized in Table D-2b.   The results of the analyses show that the critical surface remains in the Marsh 2 stratum even after the inclusion of a tension crack filled with water along the flood side face of the sheet pile.   In this case, the calculated factors of safety drop to near 1.0 or below for all of the cases analyzed regardless of the depth of the tension crack.   The sensitivity analyses with a tension crack show that the floodwall in the low grade area (EBNB) is in a state of incipient failure when the water level in the IHNC reaches Elev. +13.5 to +14.0 ft. MSL (Elev. +11 to +11.5 ft. NAVD88).   The factor of safety drops to below 1.0 when the water level in the IHNC reaches or exceeds the wall top at Elev. +15.0 or +17.0 ft. MSL (Elev. +12.5 or +14.5 ft. NAVD88), which is the case in higher grade area (EBSB).

In view of the shallow depth of the critical failure surface, global stability of the floodwall is governed primarily by the undrained shear strength and wet density of levee fill material and the Marsh 2b stratum.   As can be seen in Table D-2b, the factor of safety increases

with the increase in the undrained cohesion of the levee material or the undrained cohesion of the Marsh 2b and decreases with any increase in the wet density of the levee fill material. It should be noted that the levee was constructed with semi-compacted fill which was not compacted or controlled during construction. The CPT soundings performed in the levee area after Katrina exhibited inconsistent shear strength for the levee fill material with an average undrained cohesion of 500 psf, which was considered in my analyses (See Table D-1). The CPT soundings were not performed within the breached areas where even weaker levee fill material and March stratum may exist. In this regard, the typical value assumed by the USACE for semi-compacted levee fill is 400 psf.

Results of the MOP and Spencer's analyses indicate that the as-built IHNC east bank floodwall within the limits of the EBSB reaches the state of incipient failure (F.S. = near 1.0) when the flood water reaches or exceeds (overtops) the wall top (FWL at Elev. +15.0 or +17.0 ft. MSL, or Elev. +12.5 or +14.5 ft. NAVD88). The Spencer's method yielded slightly higher factors of safety under the same conditions, which is consistent with the results of ILIT and IPET analyses and the required higher safety factors for the Spencer's method in the USACE HSDRRS-DG. IPET (2007) reported that the Spencer's methods yield factors of safety that are higher by 7 to 15 percent that the MOP. The factor of safety of the EBSB drops below 1.0 when a tension crack or additional wave loading was considered in the Spencer's analyses. It should be noted that the original IHNC I-wall was designed to have a factor of safety of 1.3 for a SWL at Elev. +13 ft. MSL (Elev. +10.5 ft. NAVD88) and no wave load.

The failure at the EBSB developed when the floodwall was overtopped and was influenced by other factors (settlement, deflection, tension crack, overtopping, scour trench, etc.). The EBSB is a more vulnerable location where the wall top was lower than the design elevation and it coincides with the precise limits of a pronounced curvature in the floodwall alignment. The ground surface and the levee top on the landside of the EBSB were lower by up to 2 ft. than the design grade, as previously discussed. The ground surface on the landside became even lower when splashing and overtopping occurred and a localized scour trench developed on the landside within the EBSB area. Splashing and overtopping generally occurred over most of the floodwall at a water level above Elev. +15.0 ft. MSL (Elev. +12.5 ft. NAVD88), but at a lower water level (as low as Elev. +13.0 ft. MSL or +10.5 ft. NAVD88) within the area of the EBSB due to differential settlements, as previously discussed. This resulted in earlier and concentrated

overtopping within the area of the EBSB.  Earlier overtopping resulted in the development of a scour trench along the landside of the EBSB.  The scour trench grew in width and depth due to the presence of a construction fence.  The 3 to 4 ft. deep scour trench resulted in a loss of soil support on the landside of the floodwall. Results of MOP global stability analyses (IHNCR8 and IHNCR9) show that the factor of safety drops to about 0.9 when the ground surface on the landside reaches Elev. +5.0 ft. MSL (Elev. +2.5 ft. NAVD88) based on levee top at Elev. +9.0 ft. MSL or at Elev. +7.0 ft. MSL (Elev. +6.5 or +4.5 ft. NAVD88).  The LiDAR survey data indicated that a 2 to 4 ft. deep scour trench developed in the low area (LiDAR may overestimate elevations).  This indicates a failure condition at the EBSB with regard to global stability when the water level in the IHNC reaches Elev. +13.0 to +15.0 ft. MSL.  Similarly, a factor of safety of about 0.9 was calculated with the Spencer's method (EBSB-1, EBSB-2 and EBSB-3) when a tension crack filled with water was assumed.

The failure mechanism at the EBNB was different than the EBSB and at was controlled by the specific conditions at that segment of the floodwall.  The ground surface in the area of the EBNB was much lower than the design grade and a tear or separation developed at the joint between the old and new adjoining I-walls at the northern limit of the EBNB (structural failure).  Therefore, the Spencer's analyses with a tension crack filled with water (EBNB-1, EBNB-2, EBNB-3 and EBNB-4) show that the EBNB developed first when the storm surge water in the IHNC was at a lower level at Elev. +13.5 to +14.0 ft. MSL (Elev. +11 to +11.5 ft. NAVD88).

It should be noted that similar factors of safety on the order of 0.9 to 1.0 were computed by Slope/W for the analyzed cases using the other slope stability methods of Bishop and Janbu. The foregoing conclusions regarding water levels in the IHNC and the effect of the tension crack on the EBNB and EBSB are in agreement with the results of the CWALSHT analyses to be discussed in Section 3.4.

## 3.4 CWALSHT Analyses

CWALSHT analyses were performed to check the lateral stability of the IHNC sheet pile wall in terms of lateral earth pressure, tip penetration, deflection and moment capacity as well as to determine the depth of the tension crack, as per the USACE HSDRRS-DG (2007/08).  Results of the CWALSHT analyses confirmed that the as-built design of the IHNC floodwall with a tip

at Elev. -8.0 ft. MSL (Elev. -10.5 ft. NAVD88) is adequate for the cases of SWL at Elev.+13.0 ft. MSL and FWL at Elev. +15.0 ft. MSL (Elev. +11.5 and +12.5 ft. NAVD88) with factors of safety of 1.0 and 1.5, respectively. This is based on a levee crown at Elev. +9.0 ft. MSL (Elev. +6.5 ft. NAVD88) and the soil properties given in Table D-1. A factor of safety of 1.0 was used in the subsequent CWALSHT runs to determine the depth of the tension crack and the minimum sheet pile tip penetration at the sate of incipient failure (mobilized resistance is equal to the applied forces or moments) and adequacy of the steel sheet pile design section (Z-27), as per the USACE HSDRRS-DG (2007/08). Using a higher factor of safety in the CWALSHT analyses will yield a deeper tip penetration and higher moments and deflections which will exceed the values obtained from the case analyzed (F.S. = 1.0).

Results of the analyses show that the sheet pile tip penetration at Elev. -8.0 ft. MSL (Elev. -10.5 ft. NAVD88) becomes inadequate when the levee (ground) top on the landside is at Elev. +5.5 ft. MSL (Elev. +3 ft. NAVD88) or lower, as shown in Table D-3. The CWALSHT results are consistent with the observed localized failures at the areas of low grade or areas that were scoured on the landside by early overtopping during Hurricane Katrina (EBNB and EBSB). The calculated critical grade in the CWALSHT analyses at Elev. +5.5 ft. MSL (Elev. +3 ft. NAVD88) represents only a 3.5 ft. lower grade or scoured levee top, which is within the range of the conservative LiDAR 2000 survey data performed at the site (2 to 4.5 ft. lower) and the depth of the scour trench observed at the IHNC (2 to 5 ft. deep).

CWALSHT analyses indicated that a tension crack would develop on the flood side of the IHNC floodwall with a crack tip at about Elev. +2.5 to -3.5 ft. MSL (Elev. 0 to -6 ft. NAVD88), or 6.5 to 12.5 ft. below the top of the levee at Elev. +9.0 ft., MSL (Elev. +6.5 ft. NAVD88). Based on the formula given in the HSDRRS-DG Note 1, the tension crack ($h_{sw}$) at the EBSB would be as deep as 10 ft. from the levee top on the flood side. This places the crack tip at Elev. -1.0 ft. MSL (Elev. -3.5 ft. NAVD88) based on a levee top at Elev. +9.0 ft. MSL (Elev. +6.5 ft. NAVD88). This is based on $\gamma_w$ = 62.5 pcf, $h_w$ = Water Level on flood side – Groundwater level on landside = Elev. +15.0 ft. MSL – (Elev. -3.0 ft. MSL) = 18 ft., $\gamma_s$ = 110 pcf and $K_o$ = 1.0 for clay. The variations in the tension crack depth, or crack tip elevation, will depend on the water level in the IHNC and the actual levee top elevation considered in CWALSHT or the equation. Published data (Team LA 2006) indicates that the levee top in the areas of the EBNB and EBSB was actually at about Elev. +4 and +7 ft. MSL (Elev. +1.5 to +4.5

ft. NAVD88), which puts the tension crack tip at a lower depth.  Consequently, the EBNB and EBSB represent the first and second weakest segments of the IHNC floodwall where tension cracks would have the most impact on stability.

The CWALSHT analyses using a factor of safety of 1.0 indicated that a deflection between 0.07 and 1.6 inches would develop at the sheet pile interface with the levee surface on the flood side.  This means that a tension crack (separation or gap) will develop along the flood side of the IHNC floodwall under the floodwater hydrostatic pressure.  As water seeped through the tension crack it increased the water force on the floodwall face on the IHNC side by several folds.  This is compounded by the lower soil support on the landside of the floodwall due to the lower grade resulting from settlements (EBNB and EBSB) and scour from overtopping (EBSB) or from the joint separation at the EBNB, as previously discussed. The following calculations show the effect of a tension crack filled with water on the applied force on the floodwall.

Assuming flood water at Elev. +15 ft. MSL (Elev. +12.5 ft. NAVD88) and levee top at Elev. +9.0 ft. MSL (Elev. +6.5 ft. NAVD88):

Differential head without a tension crack $= 15 - 9 = 6$ ft.

Water force on wall without a crack (1) $= 0.5 \times 6 \times 6 \times 62.5 = 1,125$ lbs/ft. of wall

Water force for a 6 ft. deep crack with Tip at Elev. +3.0 ft. MSL (2) $=$

$$0.5 \times 12 \times 12 \times 62.5 = 4,500 \text{ lbs/ft. of wall}$$

Water force for a 12 ft. deep crack with Tip at Elev. -3.0 ft. MSL (3) $=$

$$0.5 \times 18 \times 18 \times 62.5 = 10,125 \text{ lbs/ft. of wall}$$

Increase in water force [Ratio of (2) / (1)] $= 4,500/1,125 = 4$ folds

Increase in water force [Ratio of (3) / (1)] $= 10,125/1,125 = 9$ folds

CWALSHT was also used to determine the water level at which the I-wall becomes insufficient in terms of tip penetration, moment and deflection following the development of a tension crack specifically at the areas of the EBNB and EBSB.  As shown in Table D-3, the EBNB CWALSHT runs showed that this condition develops with IHNC water level at Elev. +11.5 ft. MSL (Elev. +9 ft. NAVD88), or 3.5 ft. below the wall top.  The analyses assumed a 6

ft. deep tension crack extending only to Elev. +3.0 ft. MSL (Elev. +0.5 ft. NAVD88) and a levee top at Elev. +9.0 ft. MSL (Elev. +6.5 ft. NAVD88) on both sides of the floodwall.  The EBSB CWALSHT runs showed that this condition develops with IHNC water level below Elev. +15.0 ft. MSL (Elev. +12.5 ft. NAVD88), or near the wall top.  The analyses assumed a 3.5 ft. deep tension crack extending only to Elev. +5.5 ft. MSL (Elev. +2 ft. NAVD88) and a levee top at Elev. +9.0 ft. MSL (Elev. +6.5 ft. NAVD88) on both sides of the floodwall.  The calculated moments at the maximum water levels analyzed exceeded the moment capacity of the sheet pile wall. A lower water level will be needed to initiate the EBNB and EBSB in the case of lower levee grade, deeper scour trench, lower wall top, deeper tension crack, weak structural joint and/or weaker subsoils.  As demonstrated before, these conditions were all present in the areas of the EBNB and EBSB.

Results of the CWALSHT analyses also show that the moment capacity of the I-wall was exceeded under the high water conditions and when a wave load was applied.  The larger deflections and moments were computed for the cases of low landside grade, overtopping and wave load.  This could explain the structural failure (tear and separation at the interlocks) that occurred in the steel sheet pile at the northern end of the EBNB.  This structural failure triggered the failure at the EBNB.


## 3.5 Findings

In case of the IHNC east bank floodwall, two compounded and different failure mechanisms with more than one failure mode caused the EBNB and EBSB failures without any involvement of a barge. This does not necessarily imply that all safety factors for all possible modes of failure were essentially below 1.0 at either location at the time of failure.  Having an adequate or even extremely high safety factor against a given mode of failure (say global stability) does not necessarily assure the stability of a structure since another failure mechanism or mode with an unsatisfactory factor of safety may exist (say lateral stability or seepage).  The factors of safety for the different modes of failure are also independent of one another.  In other words, the factor of safety for global stability is different from the factor of safety for lateral stability. The MOP and Spencer's analyses for a given case with the same geometry, material properties and loading conditions will not necessarily yield identical factors of safety due to the

differences between the two algorithms.  This is also true if the same method, say Spencer's, is used but with another slope stability program, such as UTexas4, due to the differences in their programming techniques.

Based on the results of my analyses, it is not surprising that two consecutive breaches developed at the most vulnerable locations of the IHNC floodwall (EBNB and EBSB).  This does not mean that tension cracks and tilting did not develop along other remaining segments of the IHNC floodwall under the hydrostatic pressure, but the breaches developed only at the two weakest links. Different degrees of tilting occurred in the floodwall segments depending on the wall and subsoil conditions as well as the ground elevations in these segments.  This scenario is consistent with the other I-wall breaches experienced throughout the New Orleans FPS/HPS along channels with no barge traffic including the 17th Street Canal, London Avenue Canal, Citrus Back Levee and others.  In addition, development of tension cracks in clays is a well documented phenomenon in the literature and it is not related to impact loads, such as a barge.

In the case of an I-wall, a tension crack developed along the wall face on the flood side as the wall deflected into the landside under the increasing water pressure during the storm. In the E-99 study conducted by the USACE in the Atchafalaya Basin (1988), the test I-wall experienced significant deformation into the landside under the applied hydrostatic pressure. The landward wall deformation will produce a tension crack along the flood side face of the wall, which will be subsequently filled with water. Unfortunately, this condition was not considered in the USACE pre-Katrina design guidelines which were used in the design of all of the breached I-walls throughout the New Orleans FPS/HPS, including the EBNB and EBSB. This criterion was included in the present USACE HSDRRS-DG (2007/08) discussed in Section 2.0 in recognition of its serious implication on the design and performance of I-walls.

Based on the results of my analyses, the I-wall at the IHNC east bank was deficient and did not meet the present USACE HSDRRS-DG requirements.  A sheet pile tip penetration deeper than the as-built design at Elev. -8.0 ft. MSL (Elev. -10.5 ft. NAVD88) was needed to assure adequate factors of safety against global stability (MOP & Spencer's), lateral stability (CWALSHT) and seepage.  The 20 ft. long Z-27 steel section was structurally deficient in terms of its deflection and moment capacity to sustain the increasing pressure due to hurricane storm surge and waves.  A weak structural connection (interlock and/or weld) was present at the

northern end of the EBNB.  The IHNC floodwall did not satisfy the USACE HSDRRS-DG requirements in terms of inadequate sheet pile tip penetration based on tension crack depth, having less than 4 ft. or even 6 ft. exposed height and extending below the bottom of the very soft marsh (peat) stratum.  The design sheet pile penetration to Elev. -8.0 ft. MSL (Elev. -10.5 ft. NAVD88) was particularly inadequate within the limits of the EBNB and EBSB.  Another observation that illustrates the inadequate tip penetration of the 1966-68 sheet pile I-wall, is that the adjoining newer 1980 I-wall in the area of the EBNB was designed with a deeper sheet pile tip penetration to Elev. -25.0 ft. NGVD29 (Elev. -23 ft. MSL) which places it 6 ft. deeper than the bottom of the peat stratum at Elev. -17.0 ft. MSL (Elev. -19.0 ft. NGVD29).  It should be noted that performance of these two adjoining walls at the EBNB during Hurricane Katrina was dramatically different in spite of being subjected essentially to the same geometry, loads and subsoil conditions.

The analyses conclusively show that the IHNC floodwall was insufficient to withstand the Katrina storm surge conditions, with no need for involvement by a barge to cause the failures.  Based on the results of my analyses, the Katrina storm surge conditions created elevated pressure on the floodwall that caused some factors of safety against failure to fall below 1.0 at two specific and vulnerable segments of the IHNC floodwall.  More specifically, these conditions were sufficient to cause the floodwall to fail at both the North Breach (EBNB) and South Breach (EBSB) locations.  The precise timing of these failures would have been influenced by the formation of a tension crack on the canal side of the I-wall, increase in hydrostatic pressure on the wall, development of a scour trench on the landside of the I-wall, possible seepage and specific local conditions that made each of these locations a weak link in the IHNC floodwall.  It is clear, however, that conditions at the North Breach caused that failure to occur first at a relatively lower water level due to a structural failure and the South Breach to develop later when the water level reached then overtopped the I-wall.

## 3.6 Causes of the North Breach (EBNB)

Based on the results of my analyses, the North Breach (EBNB) could be attributed to the insufficient tip penetration of the sheet pile I-wall compounded by the following specific conditions:

- Increase in water pressure on the wall due to the rising water and wave forces in the IHNC during the storm.

- Development of a structural failure (tear or separation) under water pressure at the joint between the shorter 1966-68 I-wall and newer and longer 1980 I-wall.

- The low grade within the limits of the North Breach as discussed in the body of the report resulted in a relatively weak and more vulnerable segment.

- Under the rising water pressure, the steel sheet pile deflected (bent) landward creating an opening at the tear location.

- The opening allowed a concentrated water flow to enter into the landside before water reaching the wall top.

- Partial flooding occurred in the northern part of the Lower Ninth Ward.

- The strong and concentrated water flow through the opening scoured the soils on the protected side of the floodwall resulting in significant loss of soil support at the northern end of the EBNB.

- The width and depth of the scoured area continued to increase as the bent sheet pile began to rotate southward under the increasing water pressure to expand the opening.

- A tension crack developed along the floodside of the wall as it deflected landward under the rising water pressure.

- The water pressure on the floodwall increased as water filled the crack.

- The EBNB segment of the I-wall was incapable of supporting an IHNC water level at about Elev. +11.5 to +14.0 ft. MSL (Elev. +9.0 to +11.5 ft. NAVD88) or even lower depending on the ground elevations and loss of soil support in the vicinity.

- The EBNB developed in full under the rising water pressure in the IHNC causing the sheet pile to dislodge from the ground and to tumble landward in a south/southeast rotational mode.

- Considerable flooding developed in the northern part of the Lower Ninth Ward.

### 3.7 Causes of the South Breach

Based on the results of my analyses, the South Breach (EBSB) is attributable to the insufficient tip penetration of the sheet pile I-wall compounded by the following specific conditions:

- The EBSB segment of the I-wall was incapable of supporting an IHNC water level above about Elev. +15.0 ft. MSL (Elev. +12.5 ft. NAVD88).

- Unfavorable local conditions within the limits of the South Breach (low grade, curvature and deviation from straight line alignment, construction fence, etc. as discussed in the body of the report) resulted in a relatively weak and more vulnerable area.

- Water pressure on the wall increased due to the rising storm surge and waves in the IHNC to exceed the maximum design value (SWL at Elev. = +13.0 ft. MSL or Elev. +10.5 ft. NAVD88 and no wave action).

- Splashing and overtopping over the low wall top in the EBSB area resulted in earlier flash flooding in the Lower Ninth Ward in the vicinity of the EBSB.

- A tension crack developed along the floodside of the wall as it deflected landward under the rising water pressure.

- The water pressure on the floodwall increased as water filled the crack.

- A scour trench developed along the protected side of the floodwall due to earlier splashing and overtopping causing loss of soil support.

- The size of scour trench grew further due to the localized scour around the posts of a cyclone fence installed directly behind the wall.

Appendix 48

- The width and depth of the scour trench grew to the east as the I-wall tilted landward under the increasing water pressure.

- The full EBSB developed and the floodwall was pushed eastward to flood the Lower Ninth Ward area.

- The ING 4727 entered into the Lower Ninth Ward with floodwater through the southern end of the EBSB, after the floodwall had failed and the breach was already well-developed.



FIGURE D-1: GLOBAL STABILITY - AS-BUILT RMB - IHNCR1



FIGURE D-2: GLOBAL STABILITY - AS-BUILT RMB - IHNCR2



FIGURE D-3: GLOBAL STABILITY - AS-BUILT IPET - IHNCR3



FIGURE D-4: GLOBAL STABILITY - AS-BUILT IPET - IHNCR4



FIGURE D-5: GLOBAL STABILITY - POST KATRINA IPET - IHNCR5



FIGURE D-6: GLOBAL STABILITY - POST KATRINA IPET - IHNCR6



FIGURE D-7: GLOBAL STABILITY - POST KATRINA IPET - IHNCR7



FIGURE D-8: GLOBAL STABILITY - POST KATRINA IPET - IHNCR8



FIGURE D-9: GLOBAL STABILITY - POST KATRINA IPET - IHNCR9



FIGURE D-10: EFFECT OF LANDSIDE GROUND SURFACE ELEVATION
ON REQUIRED SHEET PILE TIP
FWL @ EL. +15.0 FT. MSL & W.L. ON LANDSIDE @ EL. 0.0 FT. MSL - F.S. = 1.0



FIGURE D-11: EFFECT OF LANDSIDE GROUND SURFACE ELEVATION
ON SHEET PILE DEFLECTION
FWL @ EL. +15.0 FT. MSL & W.L. ON LANDSIDE @ EL. 0.0 FT. MSL - F.S. = 1.0

FIGURE D-12: EFFECT OF LANDSIDE GROUND SURFACE ELEVATION ON SHEET PILE BENDING MOMENT
FWL @ EL. +15.0 FT. MSL & W.L. ON LANDSIDE @ EL. 0.0 FT. MSL - F.S. = 1.0



FIGURE D-13: EFFECT OF WAVE ON SHEET PILE BENLOAD AT WALL TOP ON SHEET PILE TIP
FWL @ EL. +15.0 FT. MSL & W.L. ON LANDSIDE @ EL. 0.0 FT. MSL - F.S. = 1.0

**<u>APPENDIX C</u>**


**<u>PERSONAL QUALIFICATIONS</u>**

**Reda M. Bakeer, Ph.D., P.E.**
Consulting Engineer
4624 Pike Drive
Metairie, Louisiana 70003
Telephone: (504) 237-1062
Fax: (504) 888-4806
Email: rbakeer@hotmail.com

## EDUCATION:

Ph.D. Civil Engineering, Syracuse University, Syracuse, New York, 1985

Dissertation Title: "A Study on the Static and Dynamic Earth Pressures on Gravity Retaining Walls"

M.S. Civil Engineering, Syracuse University, Syracuse, New York, 1981

Thesis Title: "Finite Element Investigation of the Natural Frequencies and Mode Shapes of a Nuclear Reactor Building"

B.Sc. Civil Engineering (Structures), Faculty of Engineering, Ain-Shams University, Cairo, Egypt, 1976

Senior Design Project Title: "A Steel Truss Railway Bridge"

## PROFESSIONAL PRACTICE:

Registered Professional Engineer, Louisiana E-27123 Civil Engineer

Vice President & Chief Engineer (Sep 2007-present): Ardaman & Associates, Inc., Louisiana Branch, Jefferson, LA

Senior Geotechnical Engineer (May 1997-Sep 2007): Gore Engineering, Inc., Metairie, LA

Duties: Prepare cost estimate proposals for residential, commercial and industrial projects in – Contact clients & attend meetings - Schedule field investigations - Hire & manage drilling crews & lab technicians - Assign laboratory tests - Perform geotechnical engineering analyses - Develop foundation recommendations - Field inspections & trouble shooting - Prepare geotechnical reports

Sample Projects: Foundation recommendations for residential, industrial & commercial buildings (shallow & deep foundations) - New Orleans International Airport runways & taxiways rehabilitation - Water/wastewater mains & treatment plants - New Orleans Convention Center - Piers & wharfs – USACE Hurricane protection levees & floodwalls – Drainage pump stations, canals, flumes and culverts - Geosynthetics - Canal Street streetcar line - LNG facilities - Cellular towers - Concrete and asphalt pavement - Bridge foundations - Dredging & coastal restoration projects - Settlement & preload studies - Foundation distress investigations - Seepage analyses - Industrial bulkheads - Excavation cofferdams - Vibration analyses of industrial facilities

Professor Emeritus (Jul 2007-preset): School of Science and Eng., Tulane University, New Orleans, LA

Adjunct Professor (2000-present): Department of Environmental Health Sciences, School of Public Health and Tropical Medicine, Tulane University Medical Center, New Orleans, LA

Adjunct Professor (1992-present): Department of Civil Engineering, Faculty of Engineering, Ain-Shams University, Cairo, Egypt

Instructor (2007-present): Levee School, LSU/DOTD Workshop, Baton Rouge, LA

Professor (Jul 1999-2007): Department of Civil and Environmental Engineering, Tulane University, New Orleans, LA

Acting Chair (in absence of Department Chair), 1993-2006

Associate Professor (Jul 1991-Jun 1999): Department of Civil and Environmental Engineering, Tulane University, New Orleans, LA

Assistant Professor (Jul 1985-Jun 1991): Department of Civil and Environmental Engineering, Tulane University, New Orleans, LA

> Duties:  Acting department chair - Teach undergraduate and graduate classes in the areas of geotechnical engineering, foundations and construction management - Direct and conduct of research studies (45 research projects with individual budgets of up to $750,000) - Serve on & chair departmental, school and university committees - Develop research proposals - Conduct numerical, laboratory and field studies - Prepare technical reports (50) - Publish technical papers (83) - Give formal presentations in national and international conferences (45) - Organize & teach workshops (10) - Funding agencies include (USACE, LA DOTD, LA DEQ, DOE, NSF, LTRC & industrial firms) - Review proposals (NSF, U.S. State Dept., USEPA,  U.S. Dept. of Education & Fulbright International Program) - Review technical papers (ASCE, TRB, ACI, International Journal of Solids and Structures & Journal of Hazardous Materials) - Member of organizing committees and technical reviewer for national and international conferences

> Research Areas:  Laboratory & field testing - Pile foundations - Embankments & earth retaining structures - Geosynthetics - Soil improvement - Numerical modeling of soil/structure interaction problems - GIS - Trenchless pipeline rehabilitation - Recycling of industrial and municipal wastes - Artificial intelligence

Design Engineer (Jul 1976-Aug 1979): General Department of Engineering Consulting and Technical Services, Arab Contractors, Osman Ahmed Osman & Co., Cairo, Egypt.

> Duties:  Prepare cost estimate proposals for residential, commercial and industrial projects in – Contact clients & attend meetings - Schedule field investigations - Hire & manage drilling crews & lab technicians - Assign laboratory tests - Perform geotechnical

engineering analyses - Develop foundation recommendations -  Field inspections & trouble shooting - Prepare geotechnical reports

Sample Projects:  Foundation recommendations for residential, industrial & commercial buildings (shallow & deep foundations) - New Orleans International Airport runways & taxiways rehabilitation - Water/wastewater mains & treatment plants - New Orleans Convention Center - Piers & wharfs - Hurricane protection levees & floodwalls – Drainage pump stations, canals, flumes and culverts -  Geosynthetics - Canal Street streetcar line - LNG facilities - Cellular towers - Concrete and asphalt pavement - Bridge foundations - Dredging & coastal restoration projects - Settlement & preload studies - Foundation distress investigations - Seepage analyses - Industrial bulkheads - Excavation cofferdams - Vibration analyses of industrial facilities

## AWARDS:

Outstanding Teacher of the Year, Tulane ASCE Chapter, 2005

Certificate of Recognition, First International Conference on Intelligent Computing and Information Systems (ICICIS 2002), Cairo, Egypt, 2002

Engineering Faculty Professionalism Award, Louisiana Engineering Foundation, 2001

K.B. Woods Award, Best Paper of the Year in the Area of Design and Construction, National Research Council/Transportation Research Board (NRC/TRB), 1991

U.S. Dept. of Education, FIPSE program, Certificate of Recognition, 1989

IGS-DR BB RAI-SN Gupta Biennial Prize, Best Paper of the Year in the Area of Earth Retaining Structures including Interaction and Instrumentation, Indian Geotechnical Society, 1987

Syracuse University Senate Research Award, Syracuse, NY, 1985

Syracuse University Graduate Fellowship, Syracuse, NY, 1982-85

Fulbright International Scholarship, U.S. State Department, 1979-81

## AFFILIATIONS:

Member American Society of Civil Engineers (ASCE):

- Director Louisiana Section, 2001-03

- President (2001-02), President Elect (2000-01), Vice-President (1999-2000), Treasurer (1998-99) & Secretary (1997-98), New Orleans Branch, LA Section

- Member ASCE Review Committee, City of New Orleans Official Building Code, 2000-01

- Member Steering Committee - Geotechnical. Activities, New Orleans Branch, 1990-present

- Member ASCE/G-1 Standards Committee on Inspection of Existing Dams Guidelines, 2006-present

- ▪ Member (control group) ASCE National Committee on Soil Dynamics, 1990-96

Member, U.S. National Society of the International Society of Soil Mechanics and Foundation Engineering (USNS/ISSMFE)

Member National Engineering Society, TAU BETA PI

Member Quality Based Selection Committee (QBS) for Public Projects, St. Charles Parish, LA, 2001-present

Member, Geotechnical Advisory Committee, Louisiana Transportation Center, 2004-present

## PUBLICATIONS:

**Journals:**

Bakeer, R.M. and Mandel, J., "Simplified Finite Element Mesh for Dynamic Analysis of a Nuclear Reactor Building," International J. Numerical Methods in Eng., Vol. 19, 1983, pp. 1414-1420.

Bhatia, S.K. and Bakeer, R.M., "Differences between Cantilever and Gravity Retaining Walls Under Static Conditions," J. Indian Geotechnical Soc., Vol. 15, No. 3, Jul 1985, pp. 150-160.

Bhatia, S.K. and Bakeer, R.M., "A Refined Approach for the Design of Gravity Walls Retaining Dry-Cohesionless Backfill based on the Results of a Finite Element Study," J. Civil Eng. for Practicing and Design Engineers, Vol. 5, No. 10, Oct 1986, pp. 849-866.

Bhatia, S.K. and Bakeer, R.M., "Use of the Finite Element Method in Modeling a Static Earth Pressure Problem," International J. Numerical and Analytical Methods in Geomechanics, Vol. 13, No. 2, Mar/Apr 1989, pp. 207-214.

Bakeer, R.M. and Bhatia, S.K., "A Finite Element Study on the Static Earth Pressure behind Gravity Retaining Walls," International J. Numerical Methods in Geomechanics, Vol. 13, No. 6, Nov/Dec 1989, pp. 665- 673.

Bakeer R.M., Hadj-Hamou, T., Duarte, F.M. and Satterlee, G.S., "Field Test of a Geotextile Reinforced Levee," Transportation Research Record, TRB/NRC, No. 1277, 1990, pp. 80-89.

Hadj-Hamou, T., Bakeer, R.M. and Gwyn W.W., "Field Performance of Geogrid Reinforced Embankment," National Research Council/Transportation Research Record (TRB/NRC), No. 1277, 1990, pp. 90-101.

Dussom, K.B., Hadj-Hamou, T.A. and Bakeer, R.M., "Quake-An Expert System for the Selection of Design Earthquake Accelerograms," _Selected_ for Publication, J. Computers and Structures, Bergammon Press, London, UK, Vol. 40, No. 1, 1991, pp. 161-167.

Sayed, S.M. and Bakeer, R.M., "A New Formula for Efficiency of Pile Groups," J. Geotechnical Eng. Div., ASCE, Vol. 118, No. 2, Feb 1992, pp. 278-299.

Bakeer R.M., Hadj-Hamou, T.A. and Niklaus, J.L., "A Prototype Geotechnical Information System (GTIS)," National Research Council/Transportation Research Record (TRB/NRC), No. 1309, Mar 1992, pp. 71-83.

Bakeer R.M. and Barber, M.E., "An Expert System for Evaluating Underground Storage Tanks," National Research Council/Transportation Research Record (TRB/NRC), No. 1320, Mar 1993.

Bakeer, R.M. and Barber, M.E., "Lag-Time of Thermal Distribution in a HDPE Liner," _Selected_ for publication, No-Dig Engineering, Trenchless Technology, Vol. 2, No. 4, 1996, pp. 3-7.

Bakeer, R.M. and Barber, M.E., "Effect of Welding on a High Density Polyethylene Liner," J. Materials in Civil Eng., ASCE, Vol. 8, No. 2, May 1996, pp. 94-99.

Suryanaryana, C., Barber, M.E. and Bakeer, R.M., "Buckling Behavior of a Polyethylene Liner System," J. Materials in Civil Eng., ASCE, Vol. 8, No. 4, Dec 1996, pp. 201-206

Preslan, J., Bakeer, R.M., et al., "A Database on Water Quality of the Mississippi River," J. of Environmental Progress, Vol. 16, No. 3, 1997, pp. 145-163.

Bakeer, R.M., Sayed, S.M., Cates, P. and Subramanian, R., "Pullout and Shear Tests on Geogrid Reinforced Lightweight Aggregates," J. Geotextiles and Geomembranes, Vol. 16, No. 2, Apr 1998, pp. 73-85.

Bakeer, R.M., Abdel-Rahman, A.H. and Napolitano, F., "Geotextile Friction Mobilization during Field Pullout Test," J. Geotextiles and Geomembranes, Vol. 16, No. 2, Apr 1998, pp. 119-133.

Aalders, A.C., Bakeer, R.M. and Barber, M.E., "Deformation Measurement of Liners during Buckling Tests," J. No-Dig Engineering, Trenchless Technology, Vol. 5, No. 1, 1998, pp. 12-15.

Taylor, J., Bakeer, R.M. and Barber, M.E., "Frictional Relationship of HDPE Liners and Steel Host Pipes," J. No-Dig Engineering, Trenchless Technology, Vol. 6, No. 1, 1999, pp. 12-15.

Bakeer, R.M., Barber, M.E., Pechon, S., Taylor, J. and Suryanaryana, C., "Buckling of HDPE Liners under External Uniform Pressure," J. Materials in Civil Eng., ASCE, Vol. 11, No. 4, Nov 1999, pp. 353-361.

Bakeer, R.M., Barber, M.E., Taylor, J. and Pechon, S., "Long-Term Buckling Performance of HDPE Liners," J. Materials in Civil Eng., ASCE, Vol. 13, No. 3, Jun 2001, pp. 176-185.

Barber, M.E., Bakeer, R.M. Sever, V.F. and Boyd, G.R., "Sliplining Rehabilitation of Water Supply Networks," J. Tunneling and Underground Space Technology Incorporating Trenchless Technology Research, Vol. 20, No. 1, Jan 2005, pp 23-31.

Bakeer, R.M., Shutt, M.A., Zhong, J., Das, S.C. and Morvant, M., "Performance of Pile-Supported Bridge Approach Slabs," J. Bridge Eng., ASCE, Vol. 10, No. 2, Mar/Apr 2005, pp. 228-237.

Bakeer, R.M. and Abdel-Rahman, A.H., "A General Model for Soil/Geosynthetic Interface," _Selected_ for Publication, Journal of Ground Improvement, 2005.

Jeng, H.A.C., Englande, A.J., Bakeer, R.M. and Bradford, H.B., "Impact of Urban Stormwater Runoff on Estuarine Environmental Quality," J. Estuarine, Coastal and Shelf Science, Vol. 63, No. 4, 2005. pp. 513-526.

Jeng, H., Englande, A.J., Bakeer, R. and Bradford, H., "Indicator Organisms Associated with Stormwater Suspended Particles and Estuarine Sediment," J. of Environmental Science and Health, Part A, A40(4) 2005, pp. 779-791.

Bakeer, R.M., Guice, L.K., Sever, V.F. and Boyd, G.R., "Fluid Migration into Lined Pipelines," J. Tunneling and Underground Space Technology, Trenchless Technology Research, Vol. 20, No. 5, 2005. pp. 452-462

Bakeer, R.M. and Sever, V.F. "Quantification of Annular Flow in Lined Pipelines," J. Tunneling and Underground Space Technology, Trenchless Technology Research, Vol. 23, 2008. Pp. 727-733

**Fully Reviewed Publications:**

Bakeer, R.M., Sayed, S.M. and Nguyen, L.T., "A Computer Program for the Static Design of Reinforced Concrete Spread Footings," _Design of Structural Concrete - Computer Program Series_, ACI, Special Publ., COM-3(87), 1987, pp. 1-38.

Bakeer, R.M., Sayed, S.M. and Leyva, L., "Settlements of Single Piles," _Foundation Engineering - Current Principles and Practices_, ASCE, Geotechnical Special Publ., No. 22, Vol. 1, 1989, pp. 666-674.

Clemente, J., Sayed, S.M., Bakeer, R.M. and Casper, J.M., "Pile Responses to Static Loads - Predictions for the Northwestern Site," _Predicted and Observed Axial Behavior of Piles - Results of a Pile Prediction Symposium_, ASCE, Geotechnical Special Publ., No. 23, 1989, pp. 225-235.

Bakeer, R.M., Bhatia, S.K. and Ishibashi, I., "Dynamic Earth Pressure with Various Gravity Wall Movements, Analytical and Experimental Study," _Design and Performance of Earth Retaining Structures_, ASCE, Geotechnical Special Publ., No. 25, Jun, 1990, pp. 887-899.

Nagele, J.M., Das, S.C. and Bakeer, R.M., "Effect of Prestressing Force on a Shell Structure," _External Prestressing in Bridges_, ACI, SP-120, 1990, pp. 409-423.

Hadj-Hamou, T.A. and Bakeer R.M., "A Comparative Study of a Geogrid and Geotextile Reinforced Embankments," _Geotechnical Engineering Congress,_ ASCE Geotechnical Special Publ., No. 27, Jun 1991, pp. 923-934.

Taylor, J., Bakeer, R.M. and Barber, M.E., "Frictional Relationship of HDPE Liners and Steel Host Pipes," _Trenchless Pipeline Projects-Practical Applications_, ASCE Special Publication, Jun 1997, pp. 311-318.

Bakeer, R.M. and Barber, M.E., "Heat Transfer in Thick Polyethylene Liners," *Trenchless Pipeline Projects-Practical Applications*, ASCE Special Publication, Jun 1997, pp. 319-326.

Aalders, A.C., Bakeer, R.M. and Barber, M.E., "Deformation Measurement of Liners during Buckling Tests," *Trenchless Pipeline Projects-Practical Applications*, ASCE Special Publication, Jun 1997, pp. 327-334.

**Peer Reviewed Conference Proceedings:**

Tavassoli, M.R. and Bakeer, R.M., "Finite Element Analysis of Earth Reinforced Embankments," Proc. XIII International Conf. on Soil Mech. and Found. Eng., ICSMFE, New Delhi, India, Jan 1994.

Somers, W.R., Goldstein, G.L., Bankston, W., Burks, R., Reimers, R.S., Bakeer, R.M., Baldwin, P. and Lashover, J.H., "Use of Stabilized Bayer Spent Bauxite as Engineered Landfill Cover," *Industrial Wastes-Multimedia Pollution Control and Prevention*, WEF, Alexandria, VA, Mar 1995, pp. 8:19-30.

Goldstein, G.L., Somers, W.R., Reimers, R.S., Bakeer, R.M., Baldwin, P.N. and Lashover, J.H., "Landfill Cover Engineered from Stabilized Bayer Spent Bauxite," Fourth Joint WEF/AWWA Conf., *Biosolids and Residuals Management*, WEF, Alexandria, VA, Jul 1995, pp. 6:15-24.

Bakeer, R.M. and Barber, M.E., "Lag-Time of Thermal Distribution in a HDPE Liner," Proc. WEF Specialty Conf., *Sewers of the Future*, Houston, TX, Sep 10-13, 1995, pp. 11:13-21.

Liu, S., Bakeer, R.M., Reimers, R.S., Andrade, F., Elterman, J. and Young, L. "Reuse of Spent Blast Media and Drilling Mud as Landfill Cover," *Understanding the Industrial Pretreatment Program Municipal and Industrial Perspectives*, WEF, Alexandria, VA, Jul 1996.

Burks, R.E., Bakeer, R.M., Goldstein, G.L., Reimers, R.S. and Kirkpatrick, D., "Beneficial Use of an Industrial Waste," 10th Annual WEF Residuals and Biosolids Management Conf., *10 Years of Progress and a Look toward the Future*, WEF, Alexandria, VA, Aug 1996, pp. 16:41-48.

Elterman, J.A., Reimers, R.S., Bakeer, R.M., Young, L.M. and Simms, C.G., "Waste Minimization Study at Louisiana Oil and Gas Exploration and Production Facilities," Industrial Wastes Technical Conference, WEF, Alexandria, VA, Mar, 1997, pp. 6: 1-14.

Liu, S., Reimers, R.S. and Bakeer, R.M., "Removal of Heavy Metals by Coagulation and Precipitation Using Red Mud," Proc. WEFTEC 97, Oct 1997.

Reimers, R.S., Bankston, W.S., Benedetto, S. L. and Bakeer, R.M., "Current/Future Advances in Biosolids Disinfection Processing", Symposium on Biosolids Disinfection: *Current and Future Trends*, WEF, Alexandria VA, Oct 1998, pp. 445-460.

Reimers, R.S., Englande, A.J., Bakeer, R.M., Bowman, D.D. Calamari, T.A., Bradford, H.B., Dufrechou, C.F. and Atique, M.M., "Update on Current and Future Aspects of Resource Management of Animal Wastes," 1st WEF Animal Residual Management Conference,

*Developing, Testing and Implementing Technological Advances*, WEF, Alexandria, VA, Nov 1999.

Belkhouche, B., Bakeer, R.M. and Al-Saleh, S., "An Expert System Decision Support System for Crisis Management," First International Conference on Intelligent Computing and Information Systems (ICICIS 2002), Cairo, Egypt, Jun 24-26, 2002, pp. 234-240.

Jeng, H., Englande, A.J., Bakeer, R.M. and Bradford, H., "Stormwater Impact on Sediment Quality as Determined by Microbial Indicators," Proc. 18th International Conference on Contaminated Soils, Sediments and Water, Univ. of Massachusetts, Amherst, MA, Oct 21-24, 2002.

Bakeer, R.M. Miao, X., Sever, V.F. and Boyd, G.R., "Chemical Resistance Tests on Four Polymeric Liner Materials," Proc. NO-DIG 2004 Conf., North American Soc. for Trenchless Technology (NASTT), New Orleans, LA, Mar 22-24, 2004.

Bakeer, R.M. and Abdel-Rahman, A.H., "A General Model for Soil/geosynthetic Interface," Proc., International Conf. on Geotechnical Engineering, Beirut 2004, Beirut, Lebanon, May 19-22, 2004.

Sever, V.F., Boyd, G.R. and Bakeer, R.M., "Oxidative Chemical Effects on CIPP Liners," Proc., NO-DIG 2005 Conf., North American Soc. for Trenchless Technology (NASTT), Orlando, FL, Apr 24-27, 2005. pp. D-3-02: 1-10.

Foust, H.C., Bakeer, R.M. and Drakunov, S. "Determination of Time Optimal Diafiltration for an Unltrafiltration Process," Proc., 2005 ASME Fluids Eng. Div. Summer Meeting & Exhibition, FEDSM2005, Houston, TX, Jun 19-23, 2005.

Sever, V.F., Bakeer, R.M. and Boyd, G.R., "Effect of Flow Reduction and Buckling Pressure on Flexible Liner Design," Proc., NO-DIG 2006 Conf., North American Soc. for Trenchless Technology (NASTT), Nashville, TN March 26-28, 2006

**Conference Proceedings:**

Bhatia, S.K. and Bakeer, R.M., "The Effect of Soil and Rock Embedment on the Natural Frequencies and Mode Shapes of an Embedded Structure," Proc. 7th Symposium on Earthquake Eng., Nov 10-12, 1982, Roorkee, India.

Bhatia, S.K., Clemence, S.P., Oleck, R. and Bakeer, R.M., "Effect of Soil Embedment on the Dynamic Performance of Structure Founded on Rock," Proc. 4th Australian - New Zealand Conf. on Geomechanics, Perth, Western Australia, May 14-18, 1983.

Bakeer, R.M. and Bhatia, S.K., "Dynamic Earth Pressure Behind Gravity Walls Subjected to Sinusoidal Motion," Proc. 2nd US National Conf. Soil on Dynamics and Earthquake Eng., Princeton Univ., Princeton, NJ, 1985.

Sayed, S.M., Bakeer, R.M. and Tavassoli, M., "Class C Prediction of the Engineering Performance of the Gloucester Test Fill, Stage II," Proc. Workshop *Predictions of the Engineering Performance of the Gloucester Test Fill, Stage II*, Ottawa, Canada, Aug 1986.

Bakeer, R.M. and Sayed, S.M., "A Computer Program for the Design of Continuous and Circular Footings as Beams on Elastic Foundations," Proc. 4th National Conf. on Microcomputers in Civil Eng., Orlando, FL, Nov 5-7, 1986, pp. 88-92.

Bakeer, R.M. and Bhatia, S.K., "Dynamic Earth Pressure Behind Gravity Walls," Proc. 8th Symposium on Earthquake Eng., Roorkee, India, Dec 29-31, 1986, pp. 269-276.

Bakeer, R.M. and Sayed, S.M., "A Finite Difference Investigation of the Flow of Water in Soils," Proc. 3rd International ANSYS Conf. and Exhibition, Newport Beach, CA, Mar 31-Apr 3, 1987, pp. p.35-p.43.

Das, S.C. and Bakeer, R.M., "Seismic Analysis of a PWR Nuclear Containment Shell Structure," Proc. 5th Canadian Conf. on Earthquake Eng., Ottawa, Canada, Jul 6-8, 1987, pp. 341-347.

Bakeer, R.M. and Bhatia, S.K., "Earthquake Induced Forces on Retaining Walls," Proc. 3rd International Conf. Soil Dynamics and Earthquake Eng., *Soil Dynamics and Liquefaction*, Princeton University, Princeton, NJ, Jun 24-27 1987, pp. 87-96.

Das, S.C. and Bakeer, R.M., "Analysis of PWR Nuclear Containment Shell Structure due to Wind Force," Proc. 9th International Conf. Structural Mech. in Reactor Technology, Lausanne, Switzerland, Aug 17-21, 1987, pp. 481-490.

Sayed, S.M., Leyva, L. and Bakeer, R.M., "The Use of Simple Analytical Approach for Computing Settlement of Single Piles," Proc. 20th Midwestern Mechanics Conf., Purdue University, Lafayette, IN, Vol. 14C, Aug 31-Sep 2, 1987, pp. 1242-1247.

Bakeer, R.M. and Morse, M.D., "An Expert System for Soil Classification," Proc. 6th National Conf. on Microcomputers in Civil Engineering, Orlando, FL, Nov 9-11, 1988, pp. 64-69.

Dussom, K.B., Hadj-Hamou, T.A. and Bakeer, R.M., "Quake-An Expert System for the Selection of Design Earthquake Accelerograms," Proc. 4th International Conf. and Exhibition on Civil and Structural Eng. Computing, London, UK, Sep 19-21, 1989, pp. 233-239.

Hadj-Hamou, T., Dussom, K.B. and Bakeer, R.M., "Expert System Selection of Site Specific Earthquake Accelerograms," Proc. 6th IASTED International Conf., *Expert Systems Theory and Applications*, Long Beach, CA, Dec 14-16, 1989.

Bakeer, R.M., Morse, M.D. and Hadj-Hamou, T., "An Integrated Computer Package for Geotechnical Investigation," Proc. ISMM International Conf. Microcomputer Applications, Long Beach, CA, Dec 14-16, 1989, pp. 22-25.

Bakeer, R.M., Kale, V. and Hadj-Hamou, T.A., "Finite Element Investigation of Geotextile Reinforced Embankment," Proc. 4th ANSYS Conf. and Exhibition, Pittsburgh, PA, May 1-5, 1989, pp. p.2-p.10.

Bakeer, R.M. and Niklaus, J.L., "Application of Multimedia Technology to Enrich Undergraduate Engineering Curricula," Proc. Gulf Southwest Sec. Meeting, ASEE, Mar 24-26, 1991, pp. SB.1-SB.6.

Bakeer, R.M., Spigolon, S.J. and Fowler, J., "An Expert System for Dredging Projects," Proc. 1st International Conf. on Artificial Intelligence Applications, Cairo, Egypt, Jun 6-8, 1992.

Spigolon, S.J. and Bakeer, R.M., "GEOtechnical factors in WETland ENgineering, (GEOWETEN), A Prototype Knowledge-Based Expert System," Proc. Workshop Eng. for Wetland Restoration, Wetland Research Project (WRP), US Army Engineer (WES), St Louis, MO, Aug 3-5, 1993.

Bakeer, R.M., "Impact of Part 503 on Use of Biosolids as Artificial Soils," Proc. Workshop *Living with 503's*, LSU Agricultural Center, Baton Rouge, LA, Sep 16-17, 1993.

Subramanian, R. and Bakeer R.M., "A Program for the Analysis of Pile Load Tests," Proc., First Congress on Computing in Civil Eng., ASCE A/E/C, Washington, D.C., Jun 20-22, 1994.

Bakeer R.M., Barber, M.E., Subramanian, R. and Mandich, I.C., "Effect of Different Fluids on Mechanical Properties of a U-Liner," Proc. Conf. Localized Damage, Udine, Italy, Jun 21-23, 1994.

Bakeer, R.M., Spigolon, S.J. and Fowler, J., "An Expert System for Dredging Projects," Proc., Workshop on Artificial Intelligence Technologies for Env. Appl., Seattle, WA, Jul 1994.

Favre, J.L., Bakeer, R.M. and Matmatte, L., "Expert System for Geotechnical Data Quality Assessment," Proc. International CODATA Conf., Chambery, France, Sep 18-22, 1994.

Spigolon, S.J., Bakeer, R.M. and Fowler, J., "Knowledge-Based Expert Systems for Geotechnical Factors in Dredging," Invited for Publ., Proc. 2nd International Conf. and Exhibition on Dredging and Dredged Material Placement, *Dredging '94*, ASCE, Lake Buena Vista, FL, Nov 13-16, 1994.

Mandich, I.C., Pechon, S., Bakeer, R.M. and Preau, J., "Infrastructure Budgets and Apportioning Method for Rehabilitation," Proc. North American *NO-DIG '95*, Toronto, Canada, Apr 30-May 3, 1995.

Bakeer, R.M., Sayed, S.M. and Abdel-Rahman, A.H., "Applicability of a New Efficiency Formula for Pile Groups," Proc., 11th African Conf. on Soil Mech. & Found. Eng., 11th ARC 95', Cairo, Egypt, Dec 11-15, 1995.

Bakeer, R.M., Abdel-Rahman, A.H. and Graf, P.W., "Field and Numerical Evaluation of a full-scale Geotextile Reinforced," 7th International Colloquium on Struct. & Geot. Eng., Cairo, Egypt, Dec 17-19, 1996, pp. 257-268.

Bakeer, R.M. and Reimers, R.S., "Use of Municipal and Industrial Wastes as Artificial Soils," Proc. 7th International Colloquium on Struct. & Geot. Eng., Cairo, Egypt, Dec 17-19, 1996.

Reimers, R.S., Bakeer, R.M., Marshall, W.E., Pepperman, A.B. and Sheperd, S.L., "Conversion of Biosolids into Value-Added Products," Proc. Specialty Conf., WEF, Kansas City, MO, Nov 2000.

Reimers, R.S., Oleszkiewicz, J.A., Shepard, S.L., Bakeer, R.M. and Little, M.D., "Advances in Alkaline Stabilization/Disinfection Agricultural and Municipal Biosolids," Proc. IWA Cof., Sludge Management Entering the 3rd Millennium – Industrial, Combined, Water and Wastewater Residues, International Water Association, Taipei, Taiwan, Mar 2001, pp. 104-110.

Bakeer R. M., Barber, M.E., Pechon, S.E., Taylor, J.E., and Suryanarayana Chunduru, S. "Buckling of HDPE Liners under External Uniform Pressure," Proc. International Conf. on Underground Infrastructure Research (UIR), Kitchener, Ontario, CA, Jun 10-13, 2001.

## TECHNICAL REPORTS:

Kale, V. and Bakeer, R.M., "Finite Element Analysis of A Geotextile Reinforced Embankment," Report to US Army Corps of Engineers, New Orleans District (LMNED), Department of Civil Engineering, Tulane University, No. GT-88-1, Apr 1988.

Dussom, K.B., Bakeer, R.M. and Hadj-Hamou, T.A., "QUAKE-An Expert System for the Selection of Design Earthquake Accelerograms," Department of Civil Engineering, Tulane University, No. GT-89-1, Jun 1989.

Goni, J.J., Hadj-Hamou, T.A. and Bakeer, R.M., "Simulation of Earthquake Ground Acceleration Using Seismological Model of the Fourier Amplitude Spectrum and its Minimum Phase Spectrum," Department of Civil Engineering, Tulane University, No. GT-89-2, Dec 1989.

Bakeer, R.M., Hadj-Hamou, T.A. and Rau, D., "Analysis of the Pile Load Tests at the Ascalmore-Creek Tippo-Bayou Control Structure," Report to US Army Corps of Engineers, Vicksburg District, Department of Civil Engineering, Tulane University, No. GT-90-1, Mar 1990.

Morse, M. and Bakeer, R.M., "CLASS-An Expert System for Soil Classification," Department of Civil Engineering, Tulane University, No. GT-90-2, May 1990.

Bakeer, R.M. and Tavassoli, M.R., "TUSPIN Theory and User's Manual, A Finite Element Program for the Analysis of Embankments Founded on Soft Soils," Report to US Army Corps of Engineers, New Orleans District (LMNED), Department of Civil Engineering, Tulane University, No. GT-90-3, May 1991.

Bakeer, R.M., "User's Manual-TUPREP, A Finite Element Pre-Processor for TUSPIN," Report to US Army Corps of Engineers, New Orleans District (LMNED), Department of Civil Engineering, Tulane University, No. GT-90-4, Mar 1991.

Bakeer, R.M., "User's Manual-TUPLOT, A Finite Element Plotting Routine for TUSPIN," Dept. of Civil Eng., Report to US Army Corps of Engineers, New Orleans District (LMNED), Tulane University, No. GT-90-5, Mar 1991.

Bakeer, R.M. and Tavassoli, M.R., "Assessment of Fluff/Clay Products for Use as Interim Landfill Cover," Report to Southern Scrap, Department of Civil Engineering, Tulane University, No. GT-91-2, Oct 1991.

Riemers, R.S., McLeod, T.D., Bakeer, R.M., Tavassoli, M.A., Abdelghani, A.A., Lopez, A. and Akers, T., "Testing Sand Blasting and other Residues for Reuse as Interim Landfill Cover," Report to Avondale Shipyard, Inc., Avondale, LA, Oct 1991.

Spigolon, S.J. and Bakeer, R.M., "GEODREDG (GEOtechnical factors in DREDGing), A Prototype Knowledge Based Expert System," Report to US Army Corps of Engineers, Waterways Exp. Station, Vicksburg, MS, Nov 1991.

Bakeer, R.M., "CLASS-92-An Expert System for Soil Classification," Report to US Army Corps of Engineers, Waterways Experiment Station, Vicksburg, MS, Dec 1991.

Zurawel, T.D., Riemers, R.S., Bakeer, R.M., Abdelghani, A.A., Lopez, A. and Akers, T.G., "Analytical and Toxicological Testing of Sand Blasting Media and Other Residues for Reuse as Interim Landfill Cover," Report to Avondale Shipyards, Inc., Apr 1992.

Breisacher, B., Reimers, R.S., Bakeer, R.M. and Akers, T.G., "Development of the PORI Product to Meet Approval as Landfill Cover," Report to Pori International, Inc., Apr 1992.

Bakeer, R.M., Barber, M.E., Tavassoli, M.R. and Aung, S.H., "Analysis of Lined Concrete Pipe Samples," Report to Delta U.S. Engineering, New Orleans, LA, Mar 1992.

Bakeer, R.M., Barber, M.E., Tavassoli, M.R. and Aung, S.H., "Response of U-LINER Subject to Radial Pressure," Report to Delta U.S. Engineering, New Orleans, LA, Mar 1992.

Bakeer, R.M., Barber, M.E. and Subramanian, R. "Evaluation of Dog-Bone Samples of a Polymer Liner Material," Report to Delta U.S. Engineering, New Orleans, LA, Mar 1993.

Bakeer, R.M., Barber, M.E. and Subramanian, R. "Evaluation of Dog-Bone Samples of Damaged U-Liner Section," Report to Delta U.S. Engineering, New Orleans, LA, Mar 1993.

Bakeer, R.M., Barber, M.E. and Subramanian, R. "Evaluation of the Effect of Different Fluids on the Tensile Strength Properties of U-Liners," Report to Delta U.S. Engineering, New Orleans, LA, Mar 1993.

O'Hara, J.C., Barber, M.E., Bakeer, R.M. and Aung, S.H. "Hydraulic Analysis of A Steel Pipe Lined with a U-Liner," Report to Delta U.S. Engineering, St. Rose, LA, May 1993.

Bakeer, R.M., Barber, M.E. and Subramanian, R. "Evaluation of Tensile Properties of a PVC Liner Material," Report to Delta U.S. Engineering, St. Rose, LA, Sep 1993.

Bakeer, R.M., Barber, M.E., Subramanian, R. and Suryanaryana, C., "Mechanical Properties of Master Liner - A No Dig Conduit Liner," Report to Advanced Construction, Inc., Metairie, LA, Oct 1993.

Bakeer, R.M., Barber, M.E., Subramanian, R. and Suryanaryana, C., "Welded Sleeve Joint on a Pipe Lined With a U-Liner," Report to Delta U.S. Engineering, St. Rose, LA, Oct 1993.

Bakeer, R.M., Barber, M.E. and Suryanaryana, C., "Evaluation of Tensile Properties of a Stiffened U-Liner," Report to Delta U.S. Engineering, St. Rose, LA, Oct 1993.

Spigolon, S.J. and Bakeer, R.M., "User's Guide for DREDGABL, A Knowledge-Based Expert System," Ver. 1.0, Report to U.S. Army Engineer, Waterways Experiment Station, Vicksburg, MS, Oct 1993.

Spigolon, S.J. and Bakeer, R.M., "User's Guide for GEOSITE, Geotechnical Site Investigation Methods," Field Trial Version, Report to US Army Engineer (WES), Vicksburg, MS, Nov 1993.

Bakeer, R.M., Barber, M.E. and Suryanaryana, C., "Hydrostatic Pressure Tests on a U-Liner Under 14-feet of Water," Report to Delta U.S. Eng., St. Rose, LA, Jan 1994.

Sport, S.L., Reimers, R.S., Bakeer, R.M., Baldwin, P.N., Graf, P., Bhandaru, S., Bankston, W. and Somers, R., "Development of a Red Mud Mix for Landfill Cover," Report to Kaiser Aluminum and Chemical Corp., May 1994.

Bakeer, R.M., Cates, P.J. and Subramanian, R. "Pullout and Shear Tests on Geogrid Reinforced SOLITE®," Report to GCI, Inc., Winter Park, FL, Jul 1994.

Bakeer, R.M., Barber, M.E. and Kurtis, K., "Tension Tests on a Plastic Liner Material," Report to Delta U.S. Engineering, St. Rose, LA, Jun 1994.

Abdelghani, A.A., Reimers, R.S. and Bakeer, R.M., "Magnetic Fuel Treater," Report to Louisiana Department of Environmental Quality (LDEQ), Dec 1994.

Elterman, J.A., Liu, S., Reimers, R.S. and Bakeer, R.M., "Waste Minimization Study at Louisiana Crude Oil and Gas Exploration/Production Facilities," Report to Louisiana Department of Environmental Quality (LDEQ), Mar 1995.

Liu, S., Elterman, J.A., Reimers, R.S., Bakeer, R.M. and Andrade, F., "Reuse of Sand Blasting Media and Drilling Mud Used in Oil and Gas Exploration/Production Facilities as Landfill Cover," Report to Louisiana Department of Environmental Quality (LDEQ), Mar 1995.

Kurtis, K., Del Moral, S., Andrade, F., Bakeer, R.M., Liu, S., Elterman, J.A. and Reimers, R.S., "User's Guide for Eco-LOGIC: Waste Minimization at Louisiana Crude Oil & Gas Exploration and Production Sites," Report to Louisiana Department of Environmental Quality (LDEQ), Mar 1995.

Somers, W.R., Bankston, W.S., Burks, R., Reimers, R.S., Bakeer, R.M. and Baldwin, P.N., "Beneficial End-use of Bayer Spent Bauxite and New Orleans Incinerator Ash as Engineered Landfill Cover," Report to Kaiser Aluminum and Chemical Corp. Gramercy, LA, May 1995.

Bakeer, R.M. and Barber, M.E. (1995) "Evaluation of the U-Liner Technology for Trenchless Sewer Rehabilitation," Interim Rep. to Louisiana Education Quality Support Fund (LEQSF), Baton Rouge, LA, May 1995.

Liu, S. and Reimers, R.S.,  "Results of Core Study in Red Mud Lake #1," Report to Kaiser Aluminum and Chemical Corp. Gramercy, LA, Dec 1995.

Liu, S., Hope, A.N., Reimers, R.S. and Bakeer, R.M., "Results of Multiple Extraction Procedure of Red Mud," Report to Kaiser Aluminum and Chemical Corp. Gramercy, LA, May 1996.

Goldstein, G.L., Burks, R.E., Somers, R., Koob, T.L., Reimers, R.S., Bakeer, R.M. and Murray, N., "Development of a Synthetic Red Mud Landfill Cover Material – Phase II: Pilot-Plant and Field Demonstration," Report to Kaiser Aluminum and Chemical Corp. Gramercy, LA, Jun 1996.

Bakeer, R.M. and Guice, L., "Test for Fluid Migration Between Host Pipe and Pipe Liners," Report to City of Baton Rouge, Wastewater Rehabilitation Program, Department of Public Works, Baton Rouge, LA, Dec 1996.

Goldstein, G.L., Burks, R.E., Reimers, R.S., Bakeer, R.M. and Murray, N.K., "In-Situ Performance of Cajunite Landfill Cover Material – Field Demonstration at BFI Colonial Landfill," Report to Kaiser Aluminum and Chemical Corp. Gramercy, LA, Feb 1997.

Englande, A.J., Burks, R.E., Goldstein, G.L., Bakeer, R.M., Murray, N.K. and Reimers, R.S., "Miscellaneous Solid Waste Landfill Closure Report – Cajunite Landfill Cover Project at Kaiser Aluminum Facility," Report to Kaiser Aluminum and Chemical Corp. Gramercy, LA, Mar 1997.

Liu, S., Goldstein, G.L., Reimers, R.S and Bakeer, "Assessment of Dried Red Mud for Use as a Daily, Interim or Final Landfill Cover," Report to Kaiser Aluminum and Chemical Corp. Gramercy, LA, May 1997.

Goldstein, G.L., Reimers, R.S., Bakeer, R.M. and Murray, N.K., "Assessment of Spent Bauxite for Disinfecting Biosolids," Report to Kaiser Aluminum and Chemical Corp. Gramercy, LA, Jul 1998.

Bakeer, R.M. and Westermann, V., "Chemical Tests on Thermoseal – A Wax Material for Trenchless Rehabilitation of Underground Pipes," Report to Henman Pipeline Systems, Inc., Metairie, LA, Jul 2000.

Das, S.K., Bakeer, R.M., Zhong, J. and Schutt, M., "Assessment of Mitigating Embankment Settlement with Pile Supported Approach Slabs," Report to Louisiana Transportation Research Center, Baton Rouge, LA, Sep 2000.

Bakeer, R.M. and Miao, X., "A New Construction Material for Low Cost Housing," Report to Lion InvestBanc Research Foundation, Baton Rouge, LA, Nov 2000.

Bakeer, R.M. and Elbe, L., "Chemical Resistance of a CIPP Liner Material," Report to Master Liner, Inc., Hammond, LA, Dec 2000.

Bakeer, R.M. and Miao, X., "Chemical Resistance of a New CIPP Liner Material," Report to Master Liner, Inc., Hammond, LA, Feb 2002.

Bakeer, R.M., Al-Malik, B.K., Carr, S.P., Mattei, N.J. and Homes, D., "Evaluation of DOTD Semi-Integral Bridge and Abutment System," Report to Louisiana Transportation Research Center, Baton Rouge, LA, May 2004.

## PRESENTATIONS:

**Invited Speaker:**

"An Expert System for Soil Classification," U.S. Army Corps of Engineers, Waterways Experiment Station (WES), Vicksburg, MS, Aug 1989.

"Expert Systems in Geotechnical Engineering," U.S. Army Corps of Engineers, Waterways Experiment Station (WES), Vicksburg, MS, Jun 1991.

"A Prototype Geotechnical Information System (GTIS)," Louisiana Transportation Research Center LTRC, Baton Rouge, LA, Jul 1991.

"Expert Systems in Geotechnical Engineering," Ecole Centrale Paris, Paris, France, Jun 1992.

"GEODREDG - An Expert System for Geotechnical Aspects of Dredging," U.S. Army Corps of Engineers, Waterways Experiment Station (WES), Vicksburg, MS, Jul 1992.

"Settlement of the Huey P. Long Bridge," 74th Annual Meeting, TRB, Washington DC, Jan 1995.

"Geo-environmental Engineering Research at Tulane," Tulane School of Public Health Seminar Series, Feb 1996.

"Mitigating Embankment Settlement with Pile Supported Approach Slabs," Transportation Research Conference, DOTD/LTRC, Baton Rouge, LA, Feb 1999.

"Designing Structural Fill Base Course & Subbase Course & Orientation on Engineering Properties of Local Soils," Portland Cement Concrete Roadway & Infrastructure Design Workshop, Covington, LA, Oct 25, 2006.

"Performance of the New Orleans Levee System during Hurricane Katrina," ASME International Mechanical Engineering Congress & Exposition, Chicago, IL, Nov 8, 2006.

"Post-Katrina Geotechnical Engineering Education," Annual Buzz Hair Lecture, ASCE Civil Engineering Conference & Show, New Orleans, LA Sep 13-14, 2007.

"Session 1: Introduction to Flood Protection Systems," Pilot Offering of the Levee School, LSU/DOTD Workshop, Baton Rouge, LA, Nov 28, 2007.

"Session 2: Planning to Flood Protection Systems," Pilot Offering of the Levee School, LSU/DOTD Workshop, Baton Rouge, LA, Nov 28, 2007.

"Session 3: Maintenance Issues of the Flood Protection Systems," Pilot Offering of the Levee School, LSU/DOTD Workshop, Baton Rouge, LA, Nov 28, 2007.

**Formal Presentations:**

"Field Performance of Geogrid and Geotextile Reinforced Embankments," Subcommittee on Transportation Earthworks, 68th Annual Meeting, TRB, Washington, DC, Jan 1989.

"Field Test of a Geotextile Reinforced Levee," 69th Annual Meeting, TRB, Washington DC, Jan 1990.

"Dynamic Earth Pressure with Various Gravity Wall Movements, Analytical and Experimental Study," *Design and Performance of Retaining Structures*, Poster Session, ASCE Conf., Cornell Univ., Ithaca, NY, Jun 1990.

"A Prototype Geotechnical Information System (GTIS)," 70th Annual Meeting, TRB, Washington DC, Jan 1991.

"Application of Multimedia Technology to Enrich Undergraduate Engineering Curricula," Gulf Southwest Section Meeting, ASEE, New Orleans, LA, Mar 26, 1991.

"A Prototype Geotechnical Information System (GTIS)," Annual Spring Conf., ASCE LA Section, Lafayette, LA, Apr 18-19, 1991.

"CLASS - An Expert System for Soil Classification," Workshop, Expert Systems in Geotechnical Engineering, AAAI-91/IAAI-91 Conference, Anaheim, CA, Jul 1991.

Bakeer, R.M., and Barber, M. "Buckling Response of U-LINER Subject to Radial Pressure," U.S. Army Waterways Experiment Station (WES), Vicksburg, MS, May 1992.

"An Expert System for Dredging Projects," First International Conf. on Artificial Intelligence Applications, Cairo, Egypt, Jun 6-8, 1992.

"U-Liner - A Trenchless Liner for Pipelines Rehabilitation," U.S. Army Corps of Engineers, Waterways Experiment Station (WES), Vicksburg, MS, Jul 1993.

"Impact of Part 503 on Use of Biosolids as Artificial Soils," Workshop *Living with 503's*, LSU Agricultural Center, Baton Rouge, LA, Sep 16-17, 1993.

"Use of Biosolids as Artificial Soils," Louisiana Department of Environmental Quality (LDEQ), Baton Rouge, LA, Feb 22, 1994.

"Ongoing Research on the U-Liner at Tulane," No-Dig '94 Conf., Dallas, TX, Apr11, 1994.

"A Program for the Analysis of Pile Load Tests," First Congress on Computing in Civil Engineering, A/E/C, ASCE, Washington, DC, Jun 21, 1994, (and Session Moderator).

"Buckling Performance of the U-Liner Pipe," Green Book Committee, Los Angeles, CA, Jul 1994.