MEA report). Figure 5.11 in the MEA report shows the locations of the CPT soundings which were included in the IPET, ILIT and Team Louisiana reports and analyses. However, the MEA report ignored the results of the CPT and it made no reference to its results. This seriously impacted MEA's selected shear strength diagrams as the CPT showed that the levee material and the underlying Marsh (peat) stratum were much weaker than what some of the borings indicated. For example, MEA assigned a $C_u$ of 722 lbs. per square ft. to the levee material (see Table 5.1). As can be seen from IPET Figures 11-12 and 11-13, a value of $C_u = 500$ lbs. per square ft. is more appropriate based on the CPT, which was used in their analyses as well as mine.

ii. The data points plotted by MEA on Figures 5.15 through 5.31 included some Vane Shear Tests (VST) results, but it is not clear if a correction factor (or different weight) was assigned to the VST values (by MEA or by the original source) in their calculated mathematical average as recommend in the literature. In-situ tests such as VST could be used to determine the variations in the undrained shear strength of cohesive soils with depth. However, the VST is not commonly used by the USACE NOD in their FPS/HPS projects. If VST data is to be used in any analyses, some adjustments and corrections will have to be applied to its values to make them compatible with other laboratory test results (Vane adjustments). Section 2-12 on Page 2-7 of the USACE EM 1110-2-1913 *Design and Construction of Levees* (2000) states that "*The results of this test '(VST)' may be greatly in error where shells or fibrous organic material '(marsh or peat)' are present. Also, test results in high plasticity clays must be corrected using empirical correction factors as given in Bjerrum (1972) (but these are not always conservative).*" These unfavorable soil conditions existed at the IHNC site. Figure 11.46 (after Das 2006) illustrates that VST overestimated the strength of the upper 36 ft. of high plasticity clay in Morgan City, Louisiana by an average factor of 2.46 ($C_u$ from UCT =

14

40% of $C_u$ from VST). The VST data plotted on IPET Figures 11-12 and 11-13 show the VST bias. Therefore, IPET selected lower undrained shear strength profiles than what the VST data suggests, which was criticized in the MEA report as underestimation of the shear strength.

iii. Soil properties depend on the stress history at the site where the undrained shear strength ($S_u$ or $C_u$) will typically increase with depth (z) or what is known as the c/p ratio. It is well known that the undrained strength of cohesive soils ($S_u$) correlates well with the effective overburden pressure ($\sigma_v'$), where $\sigma_v'$ is the effective overburden pressure = $\gamma'$ x z and $\gamma'$ is the effective unit weight of the soil. The extensive experience with and the research conducted on cohesive soils in southeastern Louisiana indicate that the undrained shear strength of normally consolidated clays (NCC), such as those at the IHNC, should plot along a line representing 0.22 to 0.23 $\sigma_v'$, where z is the soil depth below the ground surface. This well known relationship is applied by the USACE and local consultants to select the shear strength diagrams for use in their global and local stability analyses (refer to my remarks on Figures 5.15 through 5.31). MEA did not plot this line or compare their selected strength lines versus the effective overburden pressure and stress history (c/p). As a matter of fact, the selected strength lines by MEA plot on the unconservative side of this criterion, particularly outside the levee toes, indicating higher selected soil strengths than prudent values.

iv. It also appears that MEA used borings made on both sides of the floodwall to develop their averages. Since the failure mechanism is into the landside, the EBIA data should be excluded from calculations of the average strengths beyond the levee toe on the landside.

    v.  The MEA report states that they excluded "high outlier" point(s), but does not elaborate on what is an outlier point (very high strength or very low strength) and what was the criterion used to identify an outlier. For a typical FPS/HPS project, laboratory testing would include natural moisture content ($W_c$), soil classification (grain size and Atterberg Limits), consolidation and shear strength tests. The wet soil density (unit weight) is back-calculated from the results the shear tests. The (AL) Atterberg Limits include the Liquid Limit (LL) and Plastic Limit (PL) which should correlate well with the natural moisture content and grain size data for the same soil. The shear strengths used in the design include short-term strength (Q-Case) and long-term strength (S-Case). The Q-Case strengths govern under hurricane conditions. The most common tests performed by the NOD are unconsolidated undrained triaxial shear tests (UU, quick or Q-test) which are performed by increasing the vertical load (stress on the sample top) under various lateral confining pressures (typically three samples subjected to a confining stress of 0.5, 1.0 and 1.5 tons per square ft.). The three samples are from the same core obtained from 5 inch diameter undisturbed (U) borings at the same exact depth. Unconfined compressions tests (UC or UCT) are performed on samples obtained from the U or general (G) borings. In the UCT, only one sample is tested at a given depth by applying an increasing vertical compressive load but with no lateral confinement. Therefore, the test conditions do not fully represent those of the soil in the ground and therefore, lower emphasis (weight) is given in the analyses to the UCT results. Occasionally, direct simple shear tests (DSS), consolidated drained triaxial shear tests (CD, slow or S-test) or consolidated undrained triaxial shear tests (CU or R-tests) are performed. The results of these tests on the same soil vary and a simple mathematical average should be applied to a data set from a wide collection of test types. Notice that the legends on Figures 5.15 through 5.31 indicate

that the type of test that yielded some of the data points on the plots is "Not available". Any sound scientific analyses should ignore data from an unknown source or test as it may or may not be representative. For example, results of Triaxial CU, CD and UU tests cannot be averaged even if they were performed on samples of the same soil and obtained at the same depth. (Possibly these points were the outliers referred to in the MEA report, but the report does not say).

vi.  Results of the soil tests should be examined and cross-referenced to determine their consistency and validity. In other words, soil properties obtained for a soil sample at a given depth should be consistent when cross-referenced together. For example, a soil with high natural moisture (water) content should be cohesive or organic and should have a high LL. Similarly, a stiffer (stronger) soil should have higher density and lower water content than a weaker soil of the same inorganic content and composition. Therefore, results of the different laboratory tests performed on samples obtained from a large collection of widely spaced and distant borings made along both sides of the IHNC floodwall cannot be represented by a simple mathematical average or even plotted on the same diagram without some scientific reasoning and/or adjustments. Actually, this approach used by MEA increases the scatter of the data points which could be visually observed in the data points plotted in Figures 5.15 through 5.31. Statistically, this could be illustrated by calculating the standard deviation of the data set. TIn other words the calculated mathematical average of a data set may be precise (values fall within a narrow range) but inaccurate (values are off target). Conversely, the calculated mathematical average of another data set could be accurate (representative of target value) but imprecise (widely scattered). The worst case is obviously in a data set, possibly that used by MEA to establish their mathematical averages, where the data set is imprecise (widely scattered) with several inaccurate (off target) data points.

17

vii. Subsoil geological profiles are developed to indicate the variations of the soil stratification, types and properties. These geological profiles are based on the results of the field and laboratory testing. This data is also used to develop soil strength diagrams under the levee centerline and outside the levee toes, such as those shown in IPET Figures 11-12 and 11-13, and the wet density diagrams within each reach of the FPS/HPS project. It should be noted that logic used to develop these diagrams is not based on simple mathematical averages of the tests results. A systematic logic is typically followed in the process, which includes objective engineering judgment. For example, the selected strength profile should correlate well with the past stress history at that location and the $S_u/\sigma_v'$ or c/p ratio. For the New Orleans area, the shear strength profile in normally consolidated soils (NCC) would typically plot around 0.22 to $0.23\sigma'_v$ line, where $\sigma'_v$ is the effective overburden pressure at that location. Over consolidated clays (OCC) will deviate from this line as well as the near surface soils which are typically affected by environment factors (desiccation).

viii. Objective judgment should be used to identify outlier laboratory or field data points from actual low strength data indicating a soft soil stratum or thin weak layers. More emphasis (weight) is given to triaxial test (UU) results and undisturbed borings (U) than to unconfined compression test (UCT) results and general borings (G). Appropriate correction factors should be applied to the results of field tests (SPT, CPT, VST, etc.) if they are to be included along with the laboratory test results. Ignoring some low values as outliers simply for being too low, or high, may yield wrong strength diagrams with catastrophic consequences. It should be noted that failure of the I-wall along the 17th Street Canal was attributed to the presence of a weak marsh (peat) stratum and a geologic feature (old bayou) only within the breach area on the east bank (Orleans Parish side) which was not

considered in the shear strength profile used in its design. No failure occurred along the remainder of the floodwall or on the opposite bank on the Jefferson Parish side where the geologic feature did not exist. It should be noted that no soil borings or field tests were performed outside the toes of the levee along the 17th Street Canal. However, the borings made on the levee indicated the presence of a weak marsh (peat) stratum as was illustrated by only two laboratory tests and the "no core recovery" during field sampling on the east bank. However, these low strength points were excluded as outliers, which lead to the local and only 17th Street Canal breach during Katrina. As previously discussed, the undrained shear strength profile under the levee will typically indicate higher soil strength values than the undrained shear strength profile outside the levee toes. Therefore, even weaker soil existed along the landside toe of the levee.

ix. MEA argues that the plotted laboratory test data points are even weaker than the actual soil strength as indicated by a Tore Vane test. A Tore Vane is a crude hand-held device used only for field and laboratory soil classification and is never considered in formal designs. Values obtained from hand-held devices are extremely inaccurate particularly in measuring the strength of soft soils such as those encountered in the southeastern Louisiana. This leads me to ask the question *"Could some of the "Not available" tests plotted in Figures 5.15 through 5.31 be Pocket Penetrometer or Tore Vane tests?"*

x. The established NOD criterion for HPS/HPO designs is to select the strength line such that have no more than one-third of the data points plot below the selected strength line. This rule was not considered in the MEA analyses (see my remarks on the MEA figures). They also considered points above or below a given stratum in calculating the mathematical averages for that stratum.

19

3. MEA claims that the floodwall was pushed back by an impact load causing it to displace or tilt landward. This caused gaps or tension cracks to develop along the flood side face of the floodwall. Tension cracks developed during Hurricane Katrina along the floodside of many I-walls throughout the New Orleans FPS/HPS under the rising hydrostatic water pressure without the involvement of a barge. Some of these I-walls subsequently failed or tilted under the rising water pressure when these cracks got filled with water while some others did not.

- o Development of tension cracks in cohesive (clay) soils is a well known phenomenon which is well documented in elementary soil mechanics (geotechnical) textbooks. The mechanism of the tension crack development under hydrostatic pressure is discussed in details in the ILET, IPET, ASCE and Team Louisiana reports. In this case, tension cracks develop due to the deflection, even if small, of the floodwall into the landside under the increasing water pressure.

- o The USACE performed a field study (E-99) on a test section in 1985 that simulated the conditions of flood loading on a typical I-wall. Results of this study shown in Figure 5.32 of the MEA report indicated that the tested I-wall displaced laterally at the ground surface (levee top in the case of a floodwall) by as much as 3 to 6 inches under an applied water head of 8 ft. and 0.5 to 1.0 inch under and applied water head of 6 ft. In either case, this displacement is sufficient enough to form a gap (tension crack) along the flood side face of the wall which will be subsequently filled with water to increase the hydrostatic pressure on the wall. The development of tension cracks was the lead cause of many of the I-wall failures or tilting experienced throughout the FPS/HPS during Hurricane Katrina.

- o The interim 2006 I-wall design criterion, the present USACE HDSRRS design guidelines (2007/08) for I-walls and the more recent 2009 criterion for levees, all require considering the potential for the development of a tension crack in the analyses. In all of the above criteria, the depth of the tension crack used in the analyses is calculated based on the geotechnical

properties of the embedding soil and water conditions with no considerations given to barge loads or any other structural loads. The compute program CWALSHT (USACE 2006) is used to determine the depth of the tension crack for I-wall analyses. Subsequently, a tension crack filled with water is considered along the floodwall face on the flood side in the global stability analyses. It does not appear that MEA performed any analyses using CWALSHT or a similar program.

4. Figure 2.8 of the MEA report shows that significant amount of fill was placed along the landside of the existing earthen levee within the limits of the North Breach during the construction of the floodwall along the east bank of the IHNC. The figure indicates that 2 to 6 ft. of fill was added within that area. Consequently, considerable settlements occurred in this area under the weight of the added fill. Additional areal settlements occurred due to groundwater lowering by pumping operations at the pump station near Florida Avenue. The low grade due to settlements and the structural failure at the sheet pile joint were the major factors causing the development of the North Breach that created a "weak link" at that location.

5. Similarly, Figure 2.14 of the MEA report shows that significant amount of fill was placed along the landside of the existing earthen levee within the limits of the South Breach during the construction of the floodwall along the east bank of the IHNC. The figure indicates that less than 1 ft. of fill was added in the area just outside the southern end of the South Breach (Sta. 22+00), whereas 2 to 7 ft. of fill was added within the breached area. Consequently, considerable settlements occurred in this area under the weight of the thicker fill. This explains the higher and non-uniform settlements within the area of the South Breach. Figure 2.14 also shows a ditch or canal on EBIA side that parallels the existing levee and subsequently floodwall. This ditch or canal may be the cause of the deviation of the existing earthen levee, and consequently the constructed floodwall, from a straight line alignment. This deviation created a curvature in the floodwall within the precise limits of the South Breach. This curvature along with the excessive and non-uniform settlements played a major role in the development of the South Breach, which created another "weak link" at that location.

21

6. MEA did not perform any analyses to evaluate the local stability of the I-wall with and without the development of a tension crack (CWALSHT or similar analyses). My analyses indicated that local stability of the IHNC I-wall was not satisfied at a much lower water level in the IHNC when a tension crack filled with water is considered. My analyses indicated further that the sheet pile had inadequate penetration depth and that it experienced excessive deflection and bending moment under the rising water pressure.

7. As previously discussed, the results of the global stability performed by MEA were biased by using a complicated geometry along with unrepresentative soil properties. The results of the MEA analyses shown in Figures 5.60 though 5.63 indicate circular critical failure surfaces with factors of safety higher than 1.0 that pass at the 20 to 40 ft. depth, or much lower than the bottom of the Marsh (peat) stratum. This is due to the following:

- The critical failure surfaces were influenced by the complex geometry and the higher undrained shear strengths assigned to the levee and Marsh stratum, which controlled the failure plane geometry and depth. The USACE HSDRRS-DG requires using undrained shear strength of 400 lbs. per square ft. for controlled compacted levee material in the global stability analyses. This due to the expected uncertainties and variations in material quality and placement conditions, even if placed as controlled-compacted with strict field QA/QC. The IHNC levee was constructed of semi-compacted clay fill (compacted by several passes with a D-6 or D-7 bulldozer with no field QA/QC). However, IPET and my own analyses used undrained shear strength of 500 lbs. per square ft. (unconservative assumption) for the semi-compacted levee material based on the laboratory test and CPT results (see IPET Figure 11-12). Meanwhile, MEA assigned undrained shear strength of 722 lbs. per square ft. for levee material which is very high for even controlled-compacted fill. The same is true where MEA assigned much higher strength to the Marsh stratum outside the levee toe, which cannot be justified by many points on their strength diagram. The lower value of 200 lbs. per square ft. used in the analyses by IPET and in my own analyses is more justifiable as indicated by the many low data points shown on the IPET Figure 11-13. In other words, the undrained shear strength of the soils

22

within the areas of the North Breach and South Breach are, in actuality, even lower (weaker) than the values used by IPET and my own analyses. Both analyses showed that the I-wall would fail under the rising hydrostatic water pressure during the storm even when using this higher strength.

- The USACE guidelines indicate that non-circular failures typically govern global stability. In my analyses, the inclusion of a tension crack in the searches by the MOP and Spencer's method yielded unsatisfactory factors of safety for non-circular shallow failure surfaces passing through the Marsh 2b stratum at about Elev. -15 to -17 ft. MSL with a 35 to 55 ft. wide base. In contrast, the results of the MEA global stability analyses yielded satisfactory safety factors of safety and much deeper critical circular failure surfaces. MEA Figures 5.8 and 5.10 illustrate the results of land surveys performed before and after Hurricane Katrina in the areas of the North Breach and South Breach, respectively. These figures show that the ground surface elevations were generally lower in the area after Katrina except for some areas immediately landward of the levee toe on the landside where they were actually higher than before the storm. This "heave" pattern indicates an upward movement of the subsoils at the levee toe. I used these MEA figures to illustrate the failure mechanism using the MOP failure wedges (active wedge, block and passive wedge). As can be seen, the heave areas coincide with the area of the passive wedge which is expected to push upwards. Accordingly, failures at both locations were relatively shallow and the failure surface passes just at bottom or directly below the Marsh 2b stratum as indicated by the results of my global stability analyses.

Sincerely yours;

*Reda Bakeer*

Reda M. Bakeer, Ph.D., P.E.



FIGURE 4.1   ILLUSTRATION OF THE FLOODWALL MOVEMENT AT NORTH END OF NORTH BREACH

Assuming a 23' high barge with 2' draft (MEA Figure 2.6)

Based on sketch W.L. @ EL+12.3 MSL (EL. +10.0 NAVD)
Point of impact load is at midheight (3') above
Concrete monolith above top of levee (EL. +9 MSL)
Then it is at EL. +12 MSL (EL. +9.5 NAVD) or highe
W.L. is 1' higher than point of impact
or at EL. +13.0 MSL (EL. +10.5 NAVD) or higher
Assuming no wave

F-1



FIGURE 2.16  MEASURED DIMENSIONS OF THE ING 4727 BARGE (Hydrodynamic Forces and Overtopping Analysis, Resio, D.T., and Dean, R.G., IPET, MMTF 00038-06, pp 70-97).

F-2



FIGURE 4.2   PHOTOGRAPH DEPICTS THE ENTIRE SOUTH BREACH WITH POSTULATED SUPERIMPOSED WALL MOVEMENT STAGES. PHOTO DATED SEPTEMBER 26, 2005. NORTHWEST VIEW. (http://www.Gettyimages.com, ID#55772729, September 26, 2005)

Spread wall IV length $\simeq 2.8\,\ell$
Spread wall V length $\simeq 2.34\,L$

Hinged End   ? VI   (a)   Fixed End   Uniform water pressure (b)   Point Load (c)

Deformed Shape of floodwall

F-3



FIGURE 4.3  ILLUSTRATION OF POINT LOAD IMPACT OF THE BARGE IN THE NORTHERN PORTION OF THE SOUTH BREACH AND THE EASTWARD DISPLACEMENT OF THE WALL.

F-4



FIGURE 5.12   EAST-WEST CROSS-SECTION 1-1 AT THE NORTH END OF THE NORTH BREACH

F-5



FIGURE 5.13  EAST-WEST CROSS-SECTION 3-3 200 FT SOUTH OF THE NORTH END OF THE SOUTH BREACH

F-6



FIGURE 5.14   EAST-WEST CROSS-SECTION 2-2 180 FT SOUTH OF THE NORTH END OF THE SOUTH BREACH



FIGURE 5.11 LOCATION OF AVAILABLE "DEEP" BORINGS ALONG THE IHNC (EAST)

F-8




F-9