

LNA103408

U.S. Dist. Ct. E.D. La.
No. 05-4182(K)(2) -- BARGE
**DX 106**