CA05-4182 K(6)
Exhibit 360
Filed 7/8/10
owd



South Breach