



DX 196 Cushing Report Figure 60

DX 196 Cushing Report
Figure 42

CC-086



DX 196 Cushing Report Figure 86

CC-087



DX 196 Cushing Report Figure 87

CC-088



DX 196 Cushing Report Figure 88

CC-089



DX 196 Cushing Report Figure 89

CC-090



DX 196 Cushing Report Figure 60

DX 196 Cushing Report Figure 89

CC-091



DX 196 Cushing Report Figure 42

DX 196 Cushing Report Figure 90

CC-108