VILLAVASSO, WILLIAM

12/18/2007

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION
                                  NO. 05-4182
                                     "K" (2)

PERTAINS TO:  BARGE                JUDGE DUVAL

                                  MAG. WILKINSON


BOUTTE V. LAFARGE        05-5531
MUMFORD V. INGRAM        05-5724
LAGARDE V. LARFARGE      06-5342
PERRY V. INGRAM          06-6299
BENOIT V. LAFARGE        06-7516
PARFAIT FAMILY V. USA    07-3500
LAFARGE V. USA           07-5178


DEPOSITION OF WILLIAM JOSEPH VILLAVASSO, JR.,
11041 Roger Drive, Apartment A, New Orleans,
Louisiana 70127, taken in the offices of
Christovich & Kearney, Suite 2300 Pan American
Life Center, 601 Poydras Street, New Orleans,
Louisiana 70130, on Tuesday, December 18,
2007.

VILLAVASSO, WILLIAM

12/18/2007

## Page 2

```
1   APPEARANCES:
2
        BRIAN A. GILBERT LAW OFFICE
3        (BY: BRIAN A. GILBERT, ESQ.)
         821 Baronne Street
4       New Orleans, Louisiana 70113
            ATTORNEY FOR THE PLAINTIFFS (BARGE)
5
6       PATRICK J. SANDERS LAW OFFICE
         (BY: PATRICK J. SANDERS, ESQ.)
7        Suite 100
         3200 Ridgelake Drive
8       Metairie, Louisiana 70002
            ATTORNEY FOR THE PLAINTIFFS (BARGE)
9
10      WIEDEMANN & WIEDEMANN
         (BY: LAWRENCE WIEDEMANN, ESQ.)
11       821 Baronne Street
         New Orleans, Louisiana 70113
12
13      LAW OFFICES OF JOSEPH M. BRUNO
         (BY: JOSEPH M. BRUNO, ESQ.)
14       855 Baronne Street
         New Orleans, Louisiana 70113
15          PLAINTIFF LIAISON COUNSEL
16
        STONE PIGMAN WALTHER WITTMANN
17       (BY: WILLIAM D. TREEBY, ESQ.
            HEATHER LONIAN, ESQ.)
18       546 Carondelet Street
         New Orleans, Louisiana 70130-3588
19          ATTORNEYS FOR WASHINGTON GROUP
            INTERNATIONAL, INC.
20
21      UNITED STATES DEPARTMENT OF JUSTICE
         (BY: JESSICA SULLIVAN, ESQ.)
22       Post Office Box 888
         Benjamin Franklin station
23       Washington, D.C. 20004
            ATTORNEY FOR UNITED STATES OF
24          AMERICA (PRESENT VIA TELEPHONE)
25
```

## Page 3

```
1   APPEARANCES CONTINUED:
2
        BURGLASS & TANKERSLEY
3        (BY: MONICA WALDRON, ESQ.)
         5213 Airline Drive
4       Metairie, Louisiana 70001
            ATTORNEYS FOR JEFFERSON PARISH
5
6       MCCRANIE, SISTRUNK
         (BY: THOMAS P. ANZELMO, ESQ.)
7        Suite 800
         3445 North Causeway Blvd.
8       Metairie, Louisiana 70002
            ATTORNEYS FOR ORLEANS LEVEE DISTRICT
9
10      DAIGLE, FISSE & KESSENICH
         (BY: KIRK N. AURANDT, ESQ.)
11       227 Highway 21
         Madisonville, Louisiana 70447
12          ATTORNEYS FOR PORT OF NEW ORLEANS
            (PRESENT VIA INTERNET)
13
14      MOULEDOUX BLAND LEGRAND & BRACKETT
         (BY: C. WILLIAM EMORY, ESQ.)
15       701 Poydras Street
         Suite 4250
16       New Orleans, Louisiana  70130
            ATTORNEYS FOR ZITO
17
18      MONTGOMERY, BARNETT, BROWN, READ, HAMMOND
         & MINTZ
19       (BY: KENNETH J. GELPI, ESQ.)
         3200 Energy Center
20       New Orleans, Louisiana 70163
            ATTORNEYS FOR THE AMERICAN CLUB
21
22      CHAFFE, MCCALL LLP
         (BY: ROBERT B. FISHER, JR., ESQ.
23          DEREK A. WALKER, ESQ.)
         2300 Energy Center
24       New Orleans, Louisiana 70163
            ATTORNEYS FOR LAFARGE NORTH AMERICA
25
```

## Page 4

```
1   APPEARANCES CONTINUED:
2       GOODWIN PROCTER  LLP
         (BY: MARK S. RAFFMAN, ESQ.)
3        901 New York Avenue NW
         Washington, D.C. 20001
4           ATTORNEYS FOR LAFARGE NORTH AMERICA
5
6       SUTTERFIELD & WEBB
         (BY: DANIEL A. WEBB, ESQ.)
7        650 Poydras Street
         Suite 2715
8       New Orleans, Louisiana 70130
            ATTORNEYS FOR NEW YORK MARINE
9
10      CHRISTOVICH & KEARNEY
         (BY: CHARLES M. LANIER, JR. ESQ.
11          LAWRENCE J. ERNST, ESQ.)
         Suite 2300 Pan American Life Center
12       601 Poydras Street
         New Orleans, Louisiana 70130
13          ATTORNEYS FOR NEW ORLEANS SEWERAGE &
            WATER BOARD
14
15      LISKOW & LEWIS
         (BY: DON K. HAYCRAFT, ESQ.)
16       50th Floor One Shell Square
         701 Poydras Street
17       New Orleans, Louisiana 70139
            ATTORNEYS FOR INGRAM BARGE
18
19      F. GERALD MAPLES, PA
         (BY: STEPHEN W. WILES, ESQ.
20          CARLOS A. ZELAYA, II, ESQ.)
         902 Julia Street
21       New Orleans, Louisiana 70113
            ATTORNEYS FOR BENOIT PLAINTIFFS
22
23      BECNEL, LANDRY & BECNEL
         (BY: DARRYL J. BECNEL, ESQ.)
24       106 West Seventh Street
         Reserve, Louisiana 70004
25          ATTORNEYS FOR BERTHELOT PLAINTIFFS
```

## Page 5

```
1
2   VIDEO BY:
        HART VIDEO OF LOUISIANA
3        KEN HART
4
5   REPORTED BY:
        ROGER D. JOHNS, RMR, CRR, CSR
        Certified Court Reporter
6        State of Louisiana
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

VILLAVASSO, WILLIAM

12/18/2007

Page 6

1    S T I P U L A T I O N

2

3

4        It is stipulated and agreed by and between

5    counsel for the parties hereto

6    that the deposition of the aforementioned

7    witness is hereby being taken under the

8    Federal Rules of Civil Procedure, for all

9    purposes, in accordance with law;

10       That the formalities of reading and

11   signing are specifically not waived;

12       That the formalities of certification and

13   filing are specifically waived;

14       That all objections, save those as to the

15   form of the question and the responsiveness of

16   the answer, are hereby reserved until such

17   time as this deposition, or any part thereof,

18   may be used or sought to be used in evidence.

19

20                * * * *

21

22       ROGER D. JOHNS, RDR, CRR, Certified Court

23   Reporter for the State of Louisiana,

24   officiated in administering the oath to the

25   witness.

Page 7

1        I N D E X

2

3                  PAGE

4    Villavasso 1............................. 26

5    Villavasso Number 2....................... 26

6    Villavasso 3............................. 56

7    Villavasso 4............................. 65

8    4....................................... 103

9    5....................................... 105

10   6....................................... 106

11   Villavossa Number 7....................... 151

12   8....................................... 165

13   Number 9................................. 188

14   Number 10................................ 199

15   Number 11................................ 208

16

17

18   EXAMINATION BY MR. GILBERT:................ 20

19   EXAMINATION BY MR. BRUNO:................. 77

20   EXAMINATION BY MR. GILBERT:............... 140

21   EXAMINATION BY MR. WILES:................ 142

22   EXAMINATION BY MR. TREEBY:............... 144

23   EXAMINATION BY MR. WALKER:............... 159

24

25

Page 8

1        VIDEO OPERATOR:

2        This is the videotaped deposition

3    of William Villavasso.  This

4    deposition is being taken in reference

5    to Katrina Canal Breaches consolidated

6    litigation.

7        We're at the offices of

8    Christovich and Kearney located at 601

9    Poydras Street, Suite 2300, in New

10   Orleans, Louisiana.  Today's date is

11   December 18, 2007.

12       My name is Ken Hart.  I'm a

13   Certified Legal Video Specialist with

14   Hart Video of Louisiana.  The Court

15   Reporter is Roger Johns with Johns,

16   Pendleton & Associates.

17       Would Counsel please introduce

18   themselves.

19       MR. GILBERT:

20       Brian Gilbert, along with

21   co-Counsel Patrick Sanders and

22   Lawrence Wiedemann, the Barge PSLC.

23       MR. BRUNO:

24       Joseph Bruno, Plaintiff Liaison

25   Counsel.

Page 9

1        MR. HAYCRAFT:

2        Don Haycraft also appearing for

3    the barge company.

4        MR. WILES:

5        Stephen Wiles appearing on behalf

6    of Plaintiffs in the Benoit versus

7    Lafarge, 06-7516.

8        MR. ZELAYA:

9        Carlos Zelaya, appearing on

10   behalf of Plaintiffs in the Benoit

11   versus Lafarge matter, 06-7516.

12       MR. EMORY:

13       Bill Emory here for Zito.

14       MR. WEBB:

15       Dan Webb for New York Marine.

16       MR. TREEBY:

17       Washington Group International,

18   Heather Lonian here for Washington

19   Group International.  Bill Treeby.

20   Yes.  Excuse me.

21       MR. BRUNO:

22       Thought maybe somebody else was

23   here.

24       MR. WALKER:

25       Derek Walker and Rob Fisher for

VILLAVASSO, WILLIAM

12/18/2007

Page 10

1   Lafarge North America.
2      MR. RAFFIN:
3         Mark Raffin for Larfarge North
4   America as well.
5      MR. ANZELMO:
6         Tommy Anzelmo for the Orleans
7   Levee District.
8      MR. LANIER:
9         Charlie Lanier and Larry Ernst
10  for the Sewerage and Water Board of
11  New Orleans.
12     MS. WALDRON:
13        Monica Waldron also present for
14  Jefferson Parish.
15     VIDEO OPERATOR:
16        Would the Court Reporter please
17  swear in the witness.
18     MR. LANIER:
19        Actually, I have one housekeeping
20  matter which I want to take care of on
21  the record.  I got a phone call
22  yesterday from a Sewerage and Water
23  Board employee saying his deposition
24  was scheduled for Thursday.  Nobody
25  contacted our office to schedule our

Page 11

1   employee's deposition.  He was served
2   with a subpoena and the check for his
3   fee.  I think as a matter of
4   professionalism and courtesy here if
5   we're going to take a represented
6   party's employee's deposition, it
7   needs to go through the Counsel so
8   that it can be prepared for and make
9   sure that Counsel is available for the
10  deposition and, number one, I have
11  heard since then through Counsel,
12  another Counsel, that the deposition
13  is no longer scheduled on Thursday.
14  Is that correct, Derek?  You're the
15  one that noticed it.
16     MR. WALKER:
17        Whose is it?
18     MR. LANIER:
19        Mr. Richard Reese.
20     MR. WALKER:
21        Yes, that's off.
22     MR. LANIER:
23        Okay.
24     MR. GILBERT:
25        Is Rainy off as well?

Page 12

1      MR. WALKER:
2         I believe so.
3      MR. LANIER:
4         That's another.
5      MR. BRUNO:
6         For the record, the Court has
7   instructed me as Plaintiff's Liaison
8   Counsel and has instructed Ralph
9   Hubbard as Defendant's Liaison Counsel
10  to coordinate depositions.  Now, I
11  know that everybody has a different
12  view of what that means, but I truly
13  believe that that means that both
14  Ralph and I be noticed with these
15  things in advance, because our role is
16  to make sure that we allow everybody
17  an opportunity to participate, number
18  one; number two, the Court and its
19  calendar.  So we would, absent some
20  agreement -- If we can't come to an
21  agreement, let me know and we'll go to
22  the Court.  But I think that what I
23  would like to see occur is have
24  anybody who wants to notice something
25  just give you a little letter or a

Page 13

1   little email indicating "I would like
2   to do" this, this, and that, and then
3   we're not going to hold up anybody,
4   we're just going to simple let
5   everybody know and get it scheduled.
6      MR. LANIER:
7         I'm in agreement with that.  But
8   I do think the courtesy is owed to the
9   Counsel for that party to let them
10  know that their employee is going to
11  be deposed.
12        Second of all, I have also been
13  informed by this witness that someone
14  sent an investigator out to the
15  Sewerage and Water Board station and
16  took a statement from him in the last
17  month or so.  That's not -- That is
18  not going to happen.  That is --
19  That's behavior that I don't think
20  this Court is going to accept.  And so
21  I am going to ask, number one, today
22  if anyone has any statements from any
23  of my Sewerage and Water Board
24  employees, including Mr. Villavasso,
25  that they let me know now and they

4 (Pages 10 to 13)

VILLAVASSO, WILLIAM

Page 14

1  produce them in advance of the
2  deposition, because I don't want
3  anybody ambushed, especially by
4  investigation done without going
5  through the appropriate channels.  And
6  so, number one, does anyone here have
7  any statements of Mr. Villavasso?  Or
8  have they taken any notes from any
9  conversations with Mr. Villavasso?
10       MR. BRUNO:
11         Well, I have.
12       MR. GILBERT:
13         Well, I have, too.  I mean, Mr.
14  Bruno and I met with you and Mr.
15  Villavasso.
16       MR. LANIER:
17         You came through me.  You came
18  through me.
19       MR. BRUNO:
20         We came through you.
21       MR. LANIER:
22         Anyone who did not come through
23  me?  All right.  Did anyone take any
24  notes or have an investigator go out,
25  or any lawyers go out and talk to any

Page 15

1  Sewerage and Water Board employees
2  that they didn't contact, go through
3  Sewerage and Water Board Counsel
4  first, and, if so, I would like before any
5  more of my employees are deposed,
6  we're going to have copies of all of
7  that produced.
8       MR. GILBERT:
9         And, Charlie, I am going to ask
10  you as Barge liaison, I am going to
11  ask you if you know who it is, to
12  disclose it right now.
13       MR. LANIER:
14         Unfortunately, I think I know who
15  it is, but I don't know so I don't
16  want to --
17       MR. GILBERT:
18         Okay.  Understood.
19       MR. LANIER:
20         I don't want to accuse them on
21  the record.  And until I can actually
22  meet with Mr. Reese to get details.
23  And then when I find out, then I will
24  let all of y'all know.
25       MR. GILBERT:

Page 16

1         Has Mr. Villavasso represented
2  that he has a copy of his statement?
3       MR. LANIER:
4         There's no statement from Mr.
5  Villavasso, so -- that I am aware of,
6  so -- But I view this very seriously.
7  Anybody wants to talk to my employees,
8  call me and we may or may not allow
9  you to do it.  But it is not proper
10  for people to send out lawyers or
11  investigators and go to talk employees
12  of the Sewerage and Water Board, the
13  Levee District, or whoever and talk to
14  them.
15       MR. GILBERT:
16         And for the record, the Barge
17  PLSC reserves all rights in that
18  connection, because we deem it
19  improper also, especially when it's an
20  employee of a represented party.
21       MR. ERNST:
22         Incidentally, the Department of
23  Justice wanted to be in on this and
24  they called our office and they're
25  supposed to be calling in.  I don't

Page 17

1  know, has that been arranged?  Oh,
2  they're on the phone now?
3       MR. WILES:
4         I don't believe they are, Mr.
5  Ernst, but it's set up so they can
6  call in.
7       MR. ERNST:
8         All right.  Well, that may be
9  them now.
10       MR. GILBERT:
11         No, that was Dan testing
12  buttons.
13       MR. ERNST:
14         Oh.
15       MR. LANIER:
16         Finally, last but not least, I
17  understand parties or party have gone
18  to Sewerage and Water Board property,
19  gone up into pumping stations, on the
20  pumping stations, taken photographs.
21  If you want to inspect the premises,
22  just come through me and we will set
23  that up.  But enough.  That's over.
24  No more of that.  And if anybody has
25  got any photographs from going onto

VILLAVASSO, WILLIAM

12/18/2007

Page 18

1   the Sewerage and Water Board or City
2   property, I want them now.  It's not
3   appropriate.
4       MR. GILBERT:
5       On behalf of the Barge PLSC, no
6   one from our group has entered any
7   Sewerage and Water Board property.  I
8   have photographs of the facility, but
9   it's taken from outside the fence.
10      MR. LANIER:
11      Thank you.  That said, I'll turn
12  it over to Mr. Ernst and he'll --.
13      MR. BRUNO:
14      What are we doing about the
15  government?  Let's just dial them.
16  Let's make a call.  Who is supposed to
17  be on, Robin or --
18      MR. ERNST:
19      Robin Castle is the one that just
20  stepped in the room and called me out
21  and said that they were going to call
22  in.  We got the number.  Let me go
23  talk to the --
24      MR. WALKER:
25      Larry, how about Kirk?  You said

Page 19

1   he was calling in also?
2       MR. ERNST:
3       He said that if he had any
4   questions -- He was going to watch the
5   television --
6       MR. WALKER:
7       Okay.
8       MR. ERNST:
9       -- and that he was then going to
10  decide whether he had any questions,
11  in which event he was going to call
12  in.
13      MR. TREEBY:
14      So you're going to take a break
15  to get the -- Who's on?  -- to see if
16  the United States --
17      MR. ERNST:
18      Let me see if the U.S. has called
19  in to the --
20      MR. TREEBY:
21      Can we take a break?
22      VIDEO OPERATOR:
23      Off the record.
24      (Whereupon a discussion was held
25  off the record.)

Page 20

1       VIDEO OPERATOR:
2       We're now back on the record.
3       WILLIAM JOSEPH VILLAVASSO, JR.,
4   11041 Roger Drive, Apartment A, New Orleans,
5   Louisiana 70127, after being duly sworn, did
6   testify as follows:
7   EXAMINATION BY MR. GILBERT:
8       Q.  Mr. Villavasso, I am Brian Gilbert.
9   You and I met.  I know we recognized each
10  other out in the elevator lobby.
11      A.  That's correct.
12      Q.  You and I and Mr. Lanier and Mr.
13  Ernst and Mr. Bruno had a meeting about a
14  month or so ago, as you recall.
15      A.  Yes.  That's correct.
16      Q.  All right.  Have you ever given a
17  deposition before?
18      A.  A deposition before?  Yes, I think I
19  did in a traffic accident once before.
20      Q.  Okay.  Basically this is a just
21  series of questions from myself and other
22  attorneys here, and all we ask is that you do
23  the best you can to answer our questions.  If
24  you don't understand a question that I have
25  asked you, just let me know and I will

Page 21

1   rephrase it.  If at any time you need to take
2   a break, let us know.  We'll try not to take
3   up too much of your time.  I realize it's
4   already been an hour due to various technical
5   difficulties, but we'll try to be as quick and
6   concise as possible with this.
7       MR. GILBERT:
8       Does anybody have any
9   stipulations they want to put on the
10  record?  Usual stipulations?
11      MR. BRUNO:
12      Yes.
13      MR. GILBERT:
14      All right.  Everybody is nodding
15  in agreement.  Usual stipulations.
16  EXAMINATION BY MR. GILBERT:
17      Q.  Would you state your full name and
18  address, please?
19      A.  William Joseph Villavasso, Jr.,
20  11041 Roger Drive, Apartment A, New Orleans,
21  Louisiana 70127.
22      Q.  Okay.  What is your date of birth?
23      A.  3/23/56.
24      Q.  Have you done any preparation for
25  this deposition?  That is, have you reviewed

VILLAVASSO, WILLIAM

12/18/2007

Page 22

1    any statements, reviewed any documents, any
2    papers, any maps, any photographs, had any
3    discussions with anybody in preparation for
4    giving this deposition?
5         MR. ERNST:
6             Objection, Counsel.  Of course,
7         you're excepting his conversations
8         with Counsel.
9    EXAMINATION BY MR. GILBERT:
10        Q.   Except for conversations with
11   Counsel that you deem to include confidential
12   information.
13        A.   No, none other than Counsel.
14        Q.   Okay.  Did you have a chance to
15   review, for example, a written -- any sort of
16   written memorialization or any written notes
17   based on the conversation that you had earlier
18   with myself and Mr. Bruno, et cetera?
19        A.   No, not that I know of.  I only
20   spoke with my Counsel.
21        Q.   Okay.  Did you have an opportunity
22   to review any photographs before giving this
23   deposition today?
24        A.   Only the photographs that I was
25   shown by you.

Page 23

1         Q.   Okay.
2         MR. ERNST:
3             Well, just to clarify that, did
4         you see those photographs -- When did
5         you see those photographs?
6         THE WITNESS:
7             If I am correct, it was when you
8         presented them on the last time we
9         were -- the last time we had a
10        meeting, and I think that was at -- I
11        am not sure.  I haven't seen any other
12        ones.
13   EXAMINATION BY MR. GILBERT:
14        Q.   Okay.  Just what is your education
15   level?  What's the highest grade?
16        A.   Graduated from high school.  That's
17   about it.
18        Q.   Where did you graduate from high
19   school?
20        A.   Calumet.
21        Q.   Where is that?
22        A.   In Chicago, Illinois.
23        Q.   Okay.  You originally from Chicago?
24        A.   Yeah.
25        Q.   How long have you been in New

Page 24

1    Orleans?
2         A.   Since 1985.
3         Q.   Okay.  Any training beyond Calumet?
4         A.   Yeah.  I had went to welding school
5    and took classes for blueprint reading and
6    things of that nature.
7         Q.   Okay.  Any military experience?
8         A.   No, sir.
9         Q.   What is your current employment?
10        A.   Sewerage and Water Board of New
11   Orleans.
12        Q.   And how long have you been with the
13   Sewerage and Water Board?
14        A.   23 years.  December the 9th will be
15   2- -- was 23 years.
16        Q.   Okay.  What is your current position
17   with the Sewerage and Water Board?
18        A.   Pumping plant operator.
19        Q.   And can you describe that?
20        A.   Well, that entails operations of the
21   station, running the pumps and care of the
22   station, maintenance.
23        Q.   Okay.  Are you assigned to a
24   particular station at present?
25        A.   Presently?  Yes.

Page 25

1         Q.   What station?
2         A.   Station 4.
3         Q.   Where is station 4?
4         A.   On Warrington Drive and Prentiss.
5         Q.   Okay.  How long have you been with
6    station 4?
7         A.   Since mid March.
8         Q.   Okay.  And what station were you at
9    prior to station 4?
10        A.   Station 5.
11        Q.   Where is Station 5 located?
12        A.   On Florida and right off the
13   Industrial Canal.
14        Q.   Okay.  And what is the purpose of
15   Station 5?
16        A.   Station 5 covers the pumping area
17   from Florida Avenue to Jackson Barricks and --
18   well, from Jackson Barricks to the Industrial
19   Canal, and from Florida to the river.
20        Q.   And what's inside Station 5?
21        A.   Inside we have pumps.  We have four
22   constant duty pumps and two 12 foot pumps.
23   And on the outer part of the station we have a
24   big pump, D pump, which I believe is a 14.
25        Q.   What do those pumps do?

7 (Pages 22 to 25)

VILLAVASSO, WILLIAM

12/18/2007

Page 26

1    A.   We pump water until -- into the
2  river -- not the river.  The water behind us.
3    Q.   Okay.  Are these pumps that remove
4  water or are these pumps that supply water?
5    A.   They remove water from the streets
6  and pump it into the lake behind.
7    Q.   So Pump station number 5 is involved
8  in drainage?
9    A.   Yes.
10    Q.   Okay.  You have seen the photographs
11  you have already mentioned on the record.  I
12  am going to show you the sheet with two
13  photographs on it that we'll call Villavasso
14  1.  Is that number 5 depicted in that photo?
15    A.   Yes.  Yes, it is.
16    Q.   Okay.  Now, I am going to show you
17  the aerial shot, which we'll call Villavasso
18  Number 2.  And I am just going to ask you to
19  take a look and make sure that you're oriented
20  and that you recognize what's depicted in that
21  photo.  Can you describe what you see in that
22  photo?
23    A.   Yes, I see the Florida Avenue
24  bridge.
25    Q.   Okay.  Do you see the pumping

Page 27

1  station?
2    A.   Yeah.  Looks like a small dot there
3  (indicating).  Would that be it?
4    Q.   Well, I am going to ask you which
5  side of the Florida Avenue bridge is the
6  pumping station on?
7    A.   It's on the side -- on the side
8  where the railroad tracks and the lake is at.
9    Q.   Okay.
10    A.   I think that would be the north
11  side.
12    Q.   If I told you that these pictures
13  were taken on the south side of the Florida
14  Avenue bridge, would that -- would that --
15    A.   Yeah, okay, it would be the south
16  side.  Kind of turned around.
17    Q.   And by "south", can we agree that
18  that's in the direction of the river and north
19  is in the direction of the lake?
20    A.   If north is in the direction of the
21  lake, it's on the north side.  Because it's on
22  the north side.  The river is on the opposite
23  side, going towards the Claiborne bridge.
24    Q.   Okay.  Is the pumping station on
25  Florida?

Page 28

1    A.   Yes.  Right off of Florida Avenue.
2    Q.   How do you get to the pumping
3  station when you go to work there?  Or how did
4  you when you went to work there?
5    A.   Oh, usually I would take the
6  Claiborne bridge and turn down Tennessee
7  Street and take that straight to my station,
8  turn on Florida and go down a couple of blocks
9  and turn right into the yard.
10    Q.   Did you have to go past Southern
11  Scrap to get to the station?
12    A.   No.  I could if I went the back way
13  on the Florida bridge.
14    Q.   Okay.  Let me take that photo from
15  you.
16    A.   (Witness hands document to Counsel.)
17    Q.   Just one second.
18    MR. GILBERT:
19       I am going to indicate to the
20    witness a structure that's depicted in
21    the photo.
22  EXAMINATION BY MR. GILBERT:
23    Q.   It's this.  And I am going to ask
24  you if that's the pumping station
25  (indicating).

Page 29

1    A.   Yeah.  That's the pumping station,
2  because I see the discharge side.  Yeah.  It
3  looks like it.
4    MR. ERNST:
5       What is this object here
6    (indicating)?
7    THE WITNESS:
8       This is the crane where D pump --
9    D pumphouse is for the outside pump.
10  EXAMINATION BY MR. GILBERT:
11    Q.   Okay.  I am just going to ask you to
12  use my pen to circle on that aerial photo the
13  pumping station.
14    MR. WALKER:
15       You're referring to the structure
16    with the green roof?
17    MR. GILBERT:
18       Correct.
19    THE WITNESS:
20       Yeah.
21    MR. ERNST:
22       It doesn't show green in that.
23    MR. GILBERT:
24       It's green.
25    THE WITNESS:

VILLAVASSO, WILLIAM

12/18/2007

Page 30

1       That's it.  You said circle it?
2    EXAMINATION BY MR. GILBERT:
3       Q.  Please.
4          MR. ERNST:
5          It sure does.
6    EXAMINATION BY MR. GILBERT:
7       Q.  Are you able to?
8       A.  Yeah.
9          MR. GILBERT:
10         Does anybody have a -- like a
11      felt tip pen?  Use your Sharpy, Mr.
12      Webb?
13         MR. ERNST:
14         You want to try this?
15         MR. WEBB:
16         That's a fountain pen.  I'm
17      sorry.
18         MR. GILBERT:
19         Yes, that'll work.  Thanks,
20      Tommy.
21   EXAMINATION BY MR. GILBERT:
22      Q.  I'll just ask you to circle it with
23   that marker.
24      A.  (Writing).
25      Q.  Okay.  Let me get my pen back.

Page 31

1       A.  Sure.
2       Q.  And Mr. Anzelmo can have his marker
3    back.
4          MR. GILBERT:
5          Thank you.
6    EXAMINATION BY MR. GILBERT:
7       Q.  What's the total amount of time that
8    you spent working at Station 5?
9       A.  I don't know offhand.  I believe I
10   started in '95.  Now, I am not sure on
11   that, because I have been in the Water Board
12   since 1985.
13      Q.  Okay.
14      A.  But I have been moved around to
15   different places.
16      Q.  Okay.
17      A.  Personnel would know exactly when I
18   was placed at 5.
19      Q.  What was your position at Station 5?
20      A.  Pumping plant operator.
21      Q.  Okay.  What does that involve?
22      A.  And I was also chief operator of the
23   station.  That involved the care and
24   maintenance of the station.  I organized and
25   put work duties out for other operators to,

Page 32

1    you know, do particular jobs, and my -- my
2    basic need -- well, my basic thing I did at
3    the station was pump water out to keep the
4    streets dry.
5       Q.  Did you have any other employees
6    that you supervised --
7       A.  Yes.
8       Q.  -- at Station 5?
9       A.  Correct.
10      Q.  How many?
11      A.  Three other operators.
12      Q.  Okay.  And you were their chief,
13   their supervisor, their boss?
14      A.  I was the chief operator.  Per se,
15   I, you know, issued out the job duties on, you
16   know, things that need to be done at the
17   station.
18      Q.  Okay.
19      A.  They didn't call me a supervisor.
20   They called it the chief operator.
21      Q.  Okay.  So is it fair to say that you
22   are the person on scene at Station 5 that runs
23   the show?
24      A.  Right.
25      Q.  Okay.

Page 33

1          MR. ERNST:
2          You do understand that they
3       operate shifts; they're not all there
4       at the same time.
5    EXAMINATION BY MR. GILBERT:
6       Q.  Do you want to comment on that?
7       A.  Right.
8       Q.  Mr. Ernst just mentioned that they
9    operate shifts.
10      A.  Well, yes, because --
11      Q.  If you could elaborate on that.
12      A.  -- Station 5 is a 24/7 day operation
13   deal, where someone is always at the station.
14   Now, before, there were four operators and
15   four utility plant workers.  Well, because of
16   budget cuts and not enough personnel, they
17   just had four operators at the station.  And
18   which I gave them their work duties and we had
19   -- we were on swing shifts, so our shifts
20   rotated.
21      Q.  How long is a shift?
22      A.  Eight hours.
23      Q.  Okay.  And the station is manned
24   24/7?
25      A.  That's correct.

VILLAVASSO, WILLIAM

12/18/2007

Page 34

1    Q.  And would there be one person on a
2  shift or more than one?
3    A.  One person on a shift in case --
4  unless there was a rain load.  And a rain load
5  is a rain event.  And in a rain event, it was
6  two people on watch.
7    Q.  Okay.  You had mentioned earlier
8  that what y'all did was drain the streets.
9  Was that station effective in performing that
10  function?
11    A.  Yes, it was.
12    Q.  Was there ever a time when the
13  station was not able to drain the streets?
14    A.  Yeah.  There have been occasions
15  where, just like anything else, you have
16  malfunctions, we would lose power or Central
17  Control couldn't give us certain pumps at
18  certain times.  But it was nothing never
19  really devastating since I was at that
20  station.
21    Q.  Okay.  Are you aware of there ever
22  having been any sort of destruction of
23  property or any type of damage to structures
24  or anything along those lines due to, prior to
25  Katrina, any inability of the station to drain

Page 35

1  the water from the street?
2    A.  No.  Not since I have been at that
3  particular station.
4    Q.  Okay.  And in your own words how
5  would you assess the effectiveness of the
6  station in draining water from the streets?
7    A.  I thought it was pretty effective.
8  We never had any major flooding in that area.
9    Q.  Okay.  What about during other
10  hurricanes?
11    MR. ERNST:
12      What about it?
13  EXAMINATION BY MR. GILBERT:
14    Q.  Would you say that the station was
15  as effective as you just described during
16  other hurricanes other than Katrina?
17    A.  Well, I was not at the station with
18  other -- Well, they had, you know, close
19  calls, but there was never a hurricane that
20  came through that flooded the station while I
21  was there.
22    Q.  Okay.  Let's talk about August 29th,
23  2005.  August 28th, August 29th, 2005.  Were
24  you on duty during that period of time?
25    A.  I was called in to work.  Well,

Page 36

1  actually, all personnel was called in by my
2  assistant supervisor and we all went in to
3  work and I arrived at the station I think
4  about 12:00 noon.
5    Q.  On what day?
6    A.  August 29th.  No, --
7    Q.  What day of the week?
8    A.  -- the day before the hurricane.
9    Q.  Was that a Sunday?
10    A.  That was a Sunday, yeah.
11    Q.  Okay.  Who was the assistant that
12  called you in?
13    A.  Andrew Fiorella.
14    Q.  Okay.  And was anybody else called
15  in to Station 5?
16    A.  Yes.  Every operator there.  And
17  also an electrician.
18    Q.  Okay.  So who else came to Station 5
19  on Sunday?
20    A.  Well, it was Kevin Collins, Buddy
21  Reese -- Well, Richard Reese.  Wallace
22  Rainey.  The electrician, Henry Smith, and me.
23    Q.  Okay.  What did you all do on Sunday
24  when you arrived?
25    A.  Prepared the station for a

Page 37

1  hurricane.
2    Q.  What did you do?  What did that
3  involve?
4    A.  That involved checking the oil
5  levels, making sure every -- all the equipment
6  was available to pump water if we had to.
7  Major --
8    Q.  Did you -- I'm sorry, I didn't want
9  to step on your answer.
10    A.  We were prepared to pump water for a
11  major event rainstorm.
12    Q.  Okay.  Did that involve anything
13  different than what the station does on a
14  normal day?
15    A.  Somewhat.  We did a little more
16  testing and making sure oil levels and -- It
17  was more intense.  Oil levels were at the
18  correct -- everything was greased and, you
19  know, everything was working properly.
20    Q.  Were there any pumps that y'all were
21  contemplating or thinking about using during
22  the storm that y'all don't use just normally
23  during a rain?
24    A.  Yes.  Which would be D pump, the big
25  pump, which is housed outside in a separate

VILLAVASSO, WILLIAM

12/18/2007

1    area.  We were contemplating on using that.
2        Q.   What's the difference between D pump
3    and the other pumps?
4        A.   It's a bigger pump and it pumps a
5    bigger capacity of water.
6        Q.   What's the difference between D pump
7    and the other pumps in terms of when and how
8    often they're used?
9        A.   Well, D pump is often used when a
10   heavy rainstorm, and the inside pumps, A and B
11   and the constant duties are used during a
12   normal rainstorm.
13       Q.   Okay.  How often is it necessary to
14   use D?  I mean, if you can put that in your
15   own terms.
16       A.   Well, not often have we used it.
17       Q.   Okay.
18       A.   You know, it depends on the
19   rainstorm.  If we got a heavy rain and the
20   inside pumps can't handle the capacity of the
21   water, then we would send an operator out to
22   the station, a separate operator to run that
23   pump by itself and that usually would take
24   care of things.
25       Q.   When you were called up to go take a

1    shift over there on Sunday, were you told
2    anything about how long you might be there or
3    what to expect?
4        A.   Yes.  I was told by my assistant
5    supervisor, Andrew Fiarello, that we may be
6    getting heavy rains and be prepared to, you
7    know, help out, make sure everything goes all
8    right.
9        Q.   Did y'all take any sort of
10   provisions or supplies or food or first aid or
11   anything like that with you --
12       A.   Yes.
13       Q.   -- given the possibility of a longer
14   than normal shift?
15       A.   Right.  I was told by my assistant
16   supervisor to bring some supplies, and also
17   they had brought supplies to the station.
18   They had water and -- We have a hurricane
19   supply cabinet which is stocked with food and
20   water.
21       Q.   Do the supplies that were on hand or
22   the supplies that y'all brought, did that
23   include any type of rescue equipment, a life
24   raft, --
25       A.   Yeah.

1        Q.   -- flotation, any sort of thing like
2    that?
3        A.   It included life jackets.
4        Q.   Okay.
5        A.   Everyone was issued a life jacket,
6    and that was the only safety thing we had
7    there.
8        Q.   All right.  So once y'all arrived,
9    you have described already that you were
10   checking oil levels and greasing the equipment
11   and whatnot.  What did y'all -- How long did
12   that take y'all to do?
13       A.   Well, I would say about three to
14   four hours, you know.
15       Q.   All right.
16       A.   We went over stuff, looked at the
17   equipment, make sure it was running properly.
18   Not long.  It was just actually stand there
19   and making sure we were ready to go when it
20   came, water -- heavy rains came.
21       Q.   Okay.  So what, that put you
22   sometime Sunday afternoon, Sunday eveing
23   finishing that up?
24       A.   Yeah.
25       Q.   What did y'all do after that?

1        A.   Sat there and monitored the station,
2    monitored the discharge and the suction
3    elevations.  And Central Control actually
4    controls the station and they tell you what to
5    do and when to do it.
6        Q.   How did y'all maintain communication
7    with Central Control?
8        A.   Well, we have two land-based
9    radios.  Well, shortwave radios, a 25 cycle
10   radio and a 60 cycle radio.  And the
11   electrician that was at the station also had a
12   handheld radio.
13       Q.   What type of information were you
14   getting over these radios?
15       A.   We were getting information, setting
16   up for a rain load.  Sometimes Central
17   Control, they have turbines and they
18   other power sources, so what they do is they
19   patch power in different type of ways.
20       Q.   Where does the power come from that
21   runs the station?
22       A.   It could come from many sources.  It
23   can come from Station D which have frequency
24   changes which produce power.  It could come
25   from Carrollton station that they produce

Johns Pendleton Court Reporters                    800 562-1285

VILLAVASSO, WILLIAM

12/18/2007

Page 42

1  power also through frequency changes.  Or it
2  could come from Spruce and Eagle Uptown; they
3  have turbines that supply power to the
4  station.
5      Q.  Okay.  So power is routed from
6  elsewhere to the station?
7      A.  Correct.  It can go many different
8  ways.
9      Q.  Okay.  And this power is provided by
10  the Sewerage and Water Board?  It's not
11  through a utility company?
12      A.  That's correct.
13      Q.  Well, --
14      A.  Yeah, it's all --
15      Q.  -- an electric utility company, I
16  mean.
17      A.  Right.  Because it's 25 cycle, not
18  60 cycle.
19      Q.  Okay.  Do y'all have any means of
20  generating power at Station 5?
21      A.  No.  Well, yes, but for low
22  voltage.  We have two motor generators at that
23  station which produce low voltage power to
24  operate the switch gear.
25      Q.  Do you have any means of operating

Page 43

1  the pumps, rather, any means of supplying
2  power at the station in order to operate the
3  pumps?
4      A.  No.
5      Q.  Were y'all getting any sort of
6  weather information or any sort of updates
7  about the storm --
8      A.  Yes.
9      Q.  -- when y'all were listening to the
10  communications?
11      A.  Yes.  Central Control would
12  periodically, what they call a rundown, and
13  they would give the rundown on what equipment
14  you have loaded and what was your rain status
15  and suction elevation.
16      Q.  Okay.  What kind of information were
17  you getting about the storm, if any?
18      A.  We were getting information about
19  rain, where it was coming, and that's about
20  it.  Just the rain.
21      Q.  All right.  Take me through to about
22  midnight Sunday.  What are y'all doing?
23      A.  Still monitoring equipment and
24  monitoring the rain, the suction elevation and
25  the discharge elevation.

Page 44

1      Q.  Okay.  Do you know what's going on
2  outside at this time, around midnight or so?
3      A.  Yeah.  I know what's going on.
4  Because we were -- Station 5 doesn't have any
5  windows in the station, so you have to
6  periodically go out and take a visual look
7  outside the door.
8      Q.  What doors did you go out of?
9      A.  Well, throughout that evening and --
10  I went out a lot of doors.  One of the side
11  doors behind the station.
12      Q.  Is it depicted in any of these
13  photos?
14      A.  No, you can't see it, but it's on
15  the opposite side of this building
16  (indicating).
17      Q.  Okay?
18      A.  And also the double doors in the
19  front, and also they have two rear doors in
20  the back of that station also.
21      Q.  Okay.  Roughly what time do you
22  think you first started noticing any weather
23  effects?
24      A.  I probably would say -- See, I'm not
25  sure on the time, because we start getting

Page 45

1  heavy rains, but it was about 3:00 something.
2  I could see, you know, the rain starting and
3  starting to pick up.  My time -- I wasn't on
4  the log book, so my timing wasn't really
5  important.  I was just looking at the weather
6  status.
7      Q.  And how were you observing the
8  weather?  Through one of the doors that you
9  have spoken of?
10      A.  That's correct.
11      Q.  Was it -- You testified that it was
12  different doors.  Is that --
13      A.  Yeah.  I would go to different
14  doors.  I went to the back door, and the
15  reasoning for that is to -- we have a levee
16  behind the station for the lake, for the
17  railroad tracks where I would check the water
18  level, you know, to see what the water is out
19  there.  If it's physically coming over the
20  wall.  And then I would go to the front double
21  doors and check on the front.
22      Q.  What did it look like you to when
23  you looked out the back?
24          MR. ERNST:
25          At what time?

12 (Pages 42 to 45)

VILLAVASSO, WILLIAM

12/18/2007

Page 46

```
1        THE WITNESS:
2        Yeah.  What time?
3    MR. GILBERT:
4        At the times that he's talking
5    about, of which he's unsure.
6    MR. ERNST:
7        All right.
8    THE WITNESS:
9        The back door, when I went out
10   there, I seen a splashing effect,
11   which is a lower, like corrugated
12   metal levee.  And water was splashing
13   over.  But not real bad at that time.
14 EXAMINATION BY MR. GILBERT:
15   Q.  What water body are you looking at
16 when you're looking out the back?
17   A.  I think that's Lake Bienville.  I'm
18 not sure what the name -- I thought it was
19 Lake Borgne for a long time, but I don't know
20 what they call it that way.
21   MR. ERNST:
22       It's Bayou Bienvenue.
23   THE WITNESS:
24       Bayou Bienville.
25   MR. ERNST:
```

Page 47

```
1        Bienvenue.
2    THE WITNESS:
3        Bienvenue, something like that.
4  EXAMINATION BY MR. GILBERT:
5    Q.  Okay.
6    MR. BRUNO:
7        It's much of a bayou any more.
8    MR. ERNST:
9        What's that, Joe?
10   MR. BRUNO:
11       Ain't much of a bayou any more.
12   MR. TREEBY:
13       Put him under oath.
14   MR. BRUNO:
15       Look at the picture.
16 EXAMINATION BY MR. GILBERT:
17   Q.  So why don't you go ahead in your
18 own words and describe what you're observing
19 after midnight.  Take us through that time.
20 Go from midnight forward in time, tell us what
21 your experiences are.  Tell us what's going on
22 at the station.
23   A.  Okay.  I'm answering to Control.
24 Just making switches on the water -- I mean,
25 on the power at the different stations.  We
```

Page 48

```
1  were set up for rain load.  I had an operator
2  on duty.  He's logging the events and the
3  elevations into the log book.  I was checking
4  the doors.  I would go in the back, check, see
5  what's going on in the back; go in the front;
6  you know, I am walking back and forth
7  periodically.  I go in the back and I seen the
8  winds had started to increase, the rain start
9  to increase, water was splashing over the --
10 the back levee, Bayou Bienville, was coming
11 over the wall.  Pretty significant amount, but
12 it was flooding our driveway in front of the
13 station, but it's like on a slope so it was
14 just going down to Florida Avenue.
15   Q.  Was it causing any flooding of any
16 property, residential property that you could
17 see?
18   A.  No, not at that time.  It wasn't as
19 intense.
20   Q.  Was it enough water that the pumps
21 couldn't handle it?
22   A.  No.  We were pumping at that
23 particular time.
24   Q.  Okay.  Continue, please.
25   A.  All right.  And then I went into the
```

Page 49

```
1  front and I watched the water had gone
2  significantly more splashing over the -- the
3  levee --
4    Q.  All right.  Let me stop you there.
5    A.  -- on the canal.
6    Q.  When you say you go to the front,
7  where are you?
8    A.  In the switch gear room.
9    Q.  Where are you?  Is the front shown
10 somewhere in these pictures of this building?
11   A.  Right.  Those two double doors
12 (indicating).
13   Q.  Those two double doors?  Are you
14 indicating these doors?
15   A.  Yes, sir.
16   Q.  (Indicating).  Okay.  So when you're
17 looking out those doors or when you speak of
18 looking out the front, you're talking about
19 looking out of those doors when you're talking
20 about that in this deposition?
21   A.  Yes, sir.
22   Q.  Okay.  Why don't you just go ahead
23 and make an arrow by one of those doors.  I'm
24 going to get that Marks-a-Lot back.  Just make
25 an arrow to the doors that you're talking
```

VILLAVASSO, WILLIAM

12/18/2007

Page 50

1   about when you say that you're looking out of
2   them to look at the front.
3       A.  (Writing).
4       Q.  Okay.  What can you see from those
5   doors?
6       A.  I can see a tremendous amount of
7   rain.
8       Q.  Well, let me ask the question a
9   different way.  Other than the weather -- On a
10  calm, sunny day what do you see when you open
11  those doors?
12      A.  When I open those doors I can see
13  Florida bridge, I could see the levee from the
14  Florida bridge -- Well, they had the gates
15  closed for the bridge.
16      Q.  At the time of the storm?
17      A.  Yeah.
18      Q.  Okay.
19      A.  They had the gates closed at that
20  section.
21      Q.  Okay.
22      A.  Now, from the gates I guess you
23  could see down about maybe 100 or 200 yards --
24      Q.  Okay.  When you say --
25      A.  -- from there.

Page 51

1       Q.  When you say "down", let's imagine
2   that you're standing in the door looking out.
3   Is down to your left or to your right?
4       A.  It's to my left.  When I say "down",
5   I mean towards Claiborne.
6       Q.  Okay.  Towards Claiborne is down?
7       A.  Correct.
8       Q.  Okay.
9           MR. WALKER:
10          Let me object to this testimony
11      or these questions unless you put them
12      in a specific frame of time, weather,
13      wind, rain conditions.  It's unfair to
14      the witness as to "What can you see
15      from that location" unless you put it
16      contextually.
17          MR. ERNST:
18      He did.
19  EXAMINATION BY MR. GILBERT:
20      Q.  During any time that that building
21  exists as you stand in that doorway,
22  regardless of the weather --
23          MR. BRUNO:
24          May we ask the witness to simply
25      draw on a piece of paper how the

Page 52

1   building is oriented relative to the
2   other geographic indications there,
3   like the Industrial Canal and so
4   forth?  Because the record is going to
5   be a little muddy if we don't just --
6           MR. ERNST:
7           He can draw it.  I'm just saying
8       --
9           MR. BRUNO:
10          Draw it or something.  All he has
11      to do on the pictures is indicate
12      front door, back door, side door.
13          MR. WALKER:
14          That's not the nature of my
15      objection.  If you want to clarify as
16      to when he is perceiving what you're
17      asking, that's all I am asking about.
18          MR. GILBERT:
19          At the time any -- Derek, I asked
20      him at any time, any sunny day, any
21      time; day, night, whatever, --
22          MR. ERNST:
23          What can you see?
24          MR. GILBERT:
25          -- what can you see.  If I open

Page 53

1   that door, I can see the hallway.
2   That's the nature of the question that
3   I asked him.  It's not -- It's not
4   contemporaneous with any event.  It's
5   not a temporal question.
6           MR. WALKER:
7           Prior to the hurricane, if you
8       stepped out on that porch, what could
9       you see.
10          MR. GILBERT:
11          Or after or during, whatever.
12          MR. WALKER:
13          It's a different thing you can
14      see after, Brian.  That's why I am
15      asking.
16          THE WITNESS:
17          When I step out on that porch
18      like he asked me, on a clear day I
19      could see the Florida Avenue bridge, I
20      could see Florida Street, and I could
21      see the levee wall.  I don't have a --
22      I never tape measured it with a tape.
23      I would say from two to three hundred
24      feet down.
25  EXAMINATION BY MR. GILBERT:

14 (Pages 50 to 53)

VILLAVASSO, WILLIAM

12/18/2007

Page 54

1     Q.  All right.  Let me ask the question
2  a different way.  Does the door, the one that
3  we have marked on the photo, does that door
4  face the Industrial Canal?
5     A.  Yes, it does.
6     Q.  Can you see structures associated
7  with the Industrial Canal when you look out
8  that door?
9     A.  "Structures" meaning --
10     MR. TREEBY:
11       I object to the form.  Object to
12     the form of the question.  It's
13     vague.
14  EXAMINATION BY MR. GILBERT:
15     Q.  Can you see the flood protection
16  wall or the levee or the water in the
17  Industrial Canal?
18     A.  I can't see the water in the
19  Industrial Canal, but I could see the levee
20  and the bridge.
21     Q.  Okay.
22     A.  Now, is this is on a clear day.
23     Q.  On a clear day.  I am just trying to
24  establish what direction the door faces.
25  That's all.

Page 55

1     A.  I understand.
2     Q.  Okay.  All right.
3     MR. ERNST:
4       He's drawn something here for
5     you.
6  EXAMINATION BY MR. GILBERT:
7     Q.  Can you explain that?
8     A.  Okay.
9     Q.  What is that?
10     A.  Okay.  This is the wall of the --
11     Q.  Okay.
12     A.  -- levee and this is the station
13  (indicating).
14     Q.  Okay.
15     A.  And this is the porch and these are
16  the double doors (indicating).
17     Q.  Okay.  And --
18     A.  This is the Florida bridge
19  (indicating).
20     Q.  Okay.  And draw -- can you draw an
21  arrow outward, away from the station doors?
22  If you open the doors, you were looking in
23  which direction?
24     A.  Okay.  I could draw many arrows.
25     Q.  Okay.

Page 56

1     A.  I could see that way (writing), I
2  can see to the bridge, and I can partially see
3  towards Southern Scrap.
4     Q.  Okay.  Can you sign and date that
5  drawing that you have just made?  And we'll
6  enter it as Villavasso 3.
7     MR. ERNST:
8       Wait.  You got three drawings,
9     three photographs.
10     MR. GILBERT:
11       I know, but we haven't gotten to
12     one of them yet.  We're still in
13     order.  It's in.
14  EXAMINATION BY MR. GILBERT:
15     Q.  Can you add the Claiborne bridge to
16  that?  Jsut show the direction that it is.
17     MR. LANIER:
18       The only thing I want to say
19     about this, you asked him what he
20     could see on this drawing.
21     THE WITNESS:
22       Right.  I can't -- At this level
23     I can't see the bottom wall to --
24     towards the Claiborne bridge, but I
25     could see the bridge itself because

Page 57

1     it's up high.
2  EXAMINATION BY MR. GILBERT:
3     Q.  That's fine.  I am satisfied with
4  the drawing.  I don't need you to add anything
5  to it.
6       Okay.  So let's go back to you
7  narrating what's going on after midnight
8  Sunday.  Pick up where -- I guess it would be
9  Monday.  Pick up where you left off and tell
10  us what's happening at the station.  You said
11  at about around 3:00 you start seeing some
12  rain.  What's going from there?
13     A.  Okay.  I am starting to see rain
14  intensify, winds picking up, and water
15  splashing over the levees, both sides.  In the
16  rear where the bayou, the bayou and also the
17  Industrial Canal.
18     Q.  How much do you see splashing over
19  the Industrial Canal?
20     A.  I could only estimate.  I would say
21  from three, four, maybe five feet.
22     Q.  Okay.
23     A.  A splashing effect.
24     Q.  When you say "splashing", can you
25  describe that?  And I guess what I mean is,

VILLAVASSO, WILLIAM

12/18/2007

Page 58

1   that -- is that a constant flow of water?  Is
2   that intermittent?  What is that?
3       A.  No, it's a constant.  It's constant
4   splash.  And the wind is pushing, it's
5   splashing, and the splashing, which I have
6   been at this -- worked there for a long time.
7   I have never seen it splash to that effect.
8       Q.  Okay.  If I have you call to mind
9   the image of a bathtub that's overflowing,
10  water flowing out of it constantly, --
11      A.  Uh-huh (affirmatively).
12      Q.  -- a steady flow of water, is that
13  what you see on the Industrial Canal?
14      A.  Not at -- Well, it's hard to
15  describe.
16      Q.  At the time that --
17      MR. ERNST:
18          Let him --
19  EXAMINATION BY MR. GILBERT:
20      Q.  At the time that we're talking
21  about.
22      A.  It's hard to describe when you say a
23  steady flow, because it wasn't like it was
24  just pouring.  It was splashing (indicating).
25  But it was splashing real close together.  You

Page 59

1   could see, you know, it was erratically
2   splashing over the wall.
3       Q.  Could you see the water in the
4   canal?
5       A.  No.  You can't see the water in the
6   canal.
7       Q.  Could you tell the water level by
8   any means?
9       A.  No.
10      Q.  Okay.  Could you hear the water
11  splashing?
12      A.  No.  Because the winds had picked up
13  and they have two -- Entergy has two big
14  towers on that side.  And the wind had picked
15  up so much and all you're hearing is a loud
16  whistling sound going through those two
17  towers.
18      Q.  What is the water doing that's
19  splashing out?
20      A.  It's going into the streets.
21      Q.  Okay.  Is it standing in the
22  streets?
23      A.  Well, it's like an incline coming
24  down from the levee wall and it's flowing into
25  the streets.  You could see some build-up, but

Page 60

1   we were pumping at that time so it wasn't like
2   it was excessively, you know, high.  But it
3   was some minor -- you would get your feet wet
4   if you were standing there.
5       Q.  How high over the wall were the
6   splashes?
7       A.  I told you like from three to four,
8   maybe five feet.  I am not sure from that
9   distance.
10      Q.  Okay.
11      A.  It was a constant pounding of water.
12      Q.  Okay.  Were the pumps still working
13  at this time?
14      A.  Yes.
15      Q.  Were they moving water?
16      A.  Yes.
17      Q.  Was the water that was splashing out
18  staying in the street?
19      A.  There was some water still in the
20  street, but we were pumping.  So, you know,
21  when you pump with those pumps, it takes a
22  while for the elevation to go down.
23      Q.  Okay.  What happened next?
24      A.  Next, I went back to the side door,
25  looked out the side door to see what -- how

Page 61

1   high that suction elevation was getting, and
2   it was controllable.  That was something that
3   we could control.
4       Q.  Let me ask you something.  You have
5   mentioned a front door and a back door.  Where
6   is the side door?
7       A.  The side door is right outside the
8   office.
9       Q.  Is it shown in any of the photos?
10      A.  No, you can't see it.  It's on the
11  back side of this station (indicating).
12      Q.  Okay.  So it's in a space between
13  those -- Is that a separate --
14      A.  It's in a space between these two
15  buildings (indicating).
16      Q.  Is that two separate buildings?
17      A.  Yes, it is.
18      Q.  Okay.  Understood.  So the back door
19  is the --
20      A.  It's behind here (indicating).
21      Q.  Okay.  Understood.
22      A.  And the side door (indicating).
23      Q.  The side door is between the two
24  buildings?
25      A.  Correct.

VILLAVASSO, WILLIAM

12/18/2007

Page 62

1    Q.  Okay.  What do you see when you're
2  looking out the side?
3    A.  I see our suction elevation going
4  up, but something that we could control.
5    Q.  Okay.  What is suction elevation?
6    A.  That's the drain water from the
7  street.
8    Q.  Okay.
9    A.  That's the suction.  And the other
10  side of the station is the discharge where we
11  pump it out to the discharge side.
12    Q.  Okay.  Were you satisfied with what
13  you were seeing on the suction side?
14    A.  No, I was concerned.  I was very
15  concerned, but it looked manageable.  I was --
16  I said if it gets any worse, we're going to be
17  in trouble.
18    Q.  Were all the pumps running at this
19  time?
20    A.  Yeah.
21    Q.  D also?
22    A.  I believe D was.  I was not on the
23  operation of that at that time.  We had
24  another operator that was on.  But I do
25  believe he had D loaded also.

Page 63

1    Q.  Does the station sit lower or higher
2  or at the same level as the rest of the area
3  surrounding it?
4    A.  Well, it sits higher somewhat.  The
5  office sits higher.  But the older pumps
6  inside the station, they sit low.
7    Q.  Okay.  What happened next?
8    A.  I go back from there to the switch
9  gear room and look out the double doors.
10    Q.  Well, which double doors are those?
11    A.  The ones I have the arrow
12  (indicating) pointed on.
13    Q.  Okay.
14    A.  At that particular time I opened the
15  door back up and the wind yanks the door out
16  of my hand and pulls it off from the hinges.
17  And I think the top hinge was just holding the
18  door.  Then I heard transformers on a
19  telephone pole -- on a light poles, telephone
20  poles, whatever you want to call them, you
21  could hear them exploding.
22    Q.  Do you know what time this is?
23    A.  I would say this would probably be
24  -- See, I am not sure on time.  I couldn't
25  tell you time.  I would say -- I thought it

Page 64

1  was about 3:00 or 4:00, but I am not sure what
2  time it was.
3    Q.  Okay.
4    A.  But I am going to get back around to
5  that time thing in a minute.  But to finish
6  what I was saying, when I looked over to my
7  left, I am watching the water, it's getting
8  more intense splashing over the wall.  Then I
9  heard like an explosion.  Boom.  And I heard
10  the explosion, I said what -- what could that
11  be?  I am still looking in that direction.
12  And then I seen the levee wall partially --
13  sections, it's -- The levee walls are like in
14  sections.  I saw it tumble over (indicating).
15  A couple of sections looked like they tumbled
16  over.  And I am looking real good, I am
17  squinting my eyes because it's raining, too.
18  Imagine it was still dark, but I could see
19  that.  Because it looked like a mouth with a
20  tooth out.  That's what went through my mind.
21  And then I seen what appear to be metal
22  structure like a barge, only the tip of it.
23  Couldn't tell you I seen a whole barge,
24  because I didn't.  I -- That's what I seen.
25    Q.  All right.  Let me ask you this.

Page 65

1  Let me refer you to what we're going to call
2  Villavasso 4.
3      MR. WALKER:
4        We object to the use of that
5      photograph --
6      MR. GILBERT:
7        Okay.
8      MR. WALKER:
9        -- that implies and induces the
10      witness prior to questions regarding
11      the identity of what he saw since he
12      just testified it's like a barge.  Did
13      not see the whole thing and couldn't
14      tell what it was.
15  EXAMINATION BY MR. GILBERT:
16    Q.  Is the object that you saw anything
17  -- does it look anything like that?
18      MR. WALKER:
19        Objection.
20      MR. GILBERT:
21        A continuing objection noted.
22      THE WITNESS:
23        What do I do?
24      MR. LANIER:
25        You can answer.

VILLAVASSO, WILLIAM

12/18/2007

Page 66

1    EXAMINATION BY MR. GILBERT:
2       Q.  You can answer.
3       A.  Oh, okay.  It looked what appeared
4    to be the tip of a barge.
5       Q.  Did it look anything like that?
6       A.  I really couldn't tell.
7       Q.  Okay.
8       A.  I am just looking at a silhouette
9    like.  Not a clear focused picture.  But I
10   seen something protruding which I thought was
11   seeing a barge there.
12      Q.  Okay.  Let me refer you back to
13   Villavasso 2, which is that overhead shot.
14   Can you -- Can you show on the -- on this
15   overhead shot where you saw this event take
16   place that you just testified about?  Here's
17   the station.  Here's the Florida Avenue bridge
18   (indicating).
19      A.  Now, this is Florida Avenue bridge.
20      Q.  Correct.
21      A.  See, the levee wall goes here
22   (indicating).  It was somewhere in this area.
23      Q.  Okay.
24      A.  (Indicating).
25      Q.  Can you mark that?

Page 67

1       A.  Well, like I say, I can't be sure.
2       Q.  Understood.
3       A.  It's not like I measured it.
4       Q.  Understood.  If you could just mark
5    the area where you think you saw this event
6    occur.
7       A.  I don't know -- Which is the levee
8    wall?  I don't know what the levee wall is.
9       Q.  I don't know what it is.
10      A.  You got the bridge --
11          MR. ERNST:
12             Here's the Industrial Canal
13          Waterway (indicating).
14          THE WITNESS:
15             Right.  Is this the wall here or
16          is this a street (indicating)?  I
17          can't tell, because this photo looks
18          like it was taken when it was
19          flooded.  So if I marked it, I would
20          be untrue.  I couldn't tell.
21   EXAMINATION BY MR. GILBERT:
22      Q.  Can you mark the direction from the
23   station that you believe you saw the event
24   take place in?
25      A.  Right.  I'm on the porch here and

Page 68

1    it's in this direction to my immediate left
2    (writing).
3       Q.  Okay.  And let's let the record
4    reflect that the witness has marked that with
5    an arrow.
6          MR. ERNST:
7             That's the direction that you
8          looked where you saw the damage?
9          THE WITNESS:
10            That's correct.  Yes.
11   EXAMINATION BY MR. GILBERT:
12      Q.  Okay.  What happened then?
13      A.  After I seen that wall break, I seen
14   massive amounts of water pouring through the
15   wall, which a lot of street flooding.  I mean,
16   the water was really coming through.  Water
17   elevations start coming up real high.  My
18   first response was to run in the station, call
19   Central Control and tell them to drop out the
20   power, because we have high voltage, 6,600
21   volts going through that station, and we have
22   what you call motor pits.  And when water gets
23   in there, that's it for us.  We could get
24   electrocuted to death.  So I'd told them to
25   drop us out.  Now, when I told you earlier

Page 69

1    about this time frame, when I called Central
2    Control and told them to drop us out, that was
3    around the time that it happened.  I would say
4    within a few -- a few minutes.
5       Q.  Do you know what time that was?
6       A.  No.
7       Q.  Okay.  How do you get in touch with
8    Central Control when you have to do that?
9       A.  Through our shortwave radios.
10      Q.  Okay.  Who was manning Central
11   Control at that time?  Do you know who you
12   spoke to?
13      A.  It was -- When we go into a rain
14   load situation like that, it's a massive
15   amount of people.  It's not a certain person
16   that handles the radio.  They have like maybe
17   eight or nine different power dispatchers
18   there that answer the radio.
19      Q.  Would there be a log showing what
20   time the power was cut to the station?
21      A.  I would think so.  Yeah.
22      Q.  Okay.
23      A.  And so that time line would tell you
24   around what time that broke.
25      Q.  Okay.

18 (Pages 66 to 69)

VILLAVASSO, WILLIAM

12/18/2007

Page 70

1      A.  You would have to talk with them.
2      Q.  All right.  You said you heard what
3  sounded like an explosion and you say there's
4  water.
5      A.  Right.
6      Q.  What's the sequence or the
7  connection in terms of time between the
8  explosion and the water?
9      A.  Well, I heard the boom first.  It
10  sounded like an explosion, a big boom.  And
11  shortly after that, the walls fall.  Well,
12  gee, when I heard the boom, the walls tumble
13  and that was it.
14      Q.  When did you see the barge, or the
15  object that you think may have been a barge?
16      MR. WALKER:
17          Objection.  Mischaracterizes
18      testimony.
19  EXAMINATION BY MR. GILBERT:
20      Q.  The object that you described
21  earlier in your testimony, when did you see
22  that?
23      MR. WALKER:
24      The same objection.
25      THE WITNESS:

Page 71

1      After the wall fell.
2  EXAMINATION BY MR. GILBERT:
3      Q.  Okay.  How long after?
4      A.  Seconds.  Minutes.  Maybe a minute.
5  I don't know.  When it fell down, it splashed
6  and I seen massive amounts of water and I seen
7  something that appeared to be a barge
8  protruding, the tip protruding through the
9  wall.
10      Q.  How long after the wall fell did you
11  stand there?
12      A.  I stood there for about I would say
13  a minute, because when I -- after I seen that
14  water rushing, the minute, something like
15  that, or seconds, I ran inside.
16      Q.  Did you hear any sort of sounds
17  before the explosion?
18      A.  Yes.
19      Q.  What did you hear?
20      A.  I heard transformers blowing.
21      Q.  Did you hear anything that you could
22  describe as a scraping sound or grinding
23  sound?
24      A.  No.
25      Q.  Okay.

Page 72

1      A.  The only sounds I heard were the
2  transformers blowing on the poles, which that
3  was a distinct sound, and the wind blowing
4  through the towers, electrical towers.
5      Q.  Could you tell what direction the
6  explosion sound came from?
7      A.  The direction where the wall broke.
8      Q.  Okay.  Did the wall hit the ground?
9      A.  It tumbled down.
10      Q.  Did it make any sound when it hit
11  the ground?
12      A.  No.  I couldn't hear anything.
13      (Whereupon a discussion was held
14      off the record.)
15  EXAMINATION BY MR. GILBERT:
16      Q.  The object that you say you saw
17  sticking through, did it do anything after you
18  saw it sticking through?
19      MR. WALKER:
20      Objection.
21      THE WITNESS:
22      No.
23      MR. WALKER:
24      Mischaracterization of testimony.
25      THE WITNESS:

Page 73

1      All I could see was mass -- After
2  that, all I could see is mass amounts
3  of water --
4  EXAMINATION BY MR. GILBERT:
5      Q.  Okay.
6      A.  -- coming through.
7      Q.  All right.  What would you describe
8  the object that you saw?  I am just going --
9  so that we can remedy some objections, what --
10  what are you going to call that object?  Can
11  we call it "the object"?
12      A.  Yeah.
13      Q.  Is that fair?
14      A.  Yeah.
15      Q.  Does that fairly characterize your
16  testimony?
17      MR. WALKER:
18      My objection is not to his
19  testimony, but to your
20  mischaracterization.  I hear, and the
21  record reflects, how he describes it.
22      MR. GILBERT:
23      An object.
24      MR. ERNST:
25      No.

Johns Pendleton Court Reporters                          800 562-1285

VILLAVASSO, WILLIAM

12/18/2007

Page 74

1      THE WITNESS:
2          It appeared to be a barge to me.
3  EXAMINATION BY MR. GILBERT:
4      Q.  Okay.
5      A.  And the reason I say that is because
6  I have worked and seen these barges go up and
7  down the Industrial Canal for a long time.
8      Q.  What did you -- Okay.  So you went
9  in, y'all cut the power.  What did you do
10  next?
11      A.  Really scary.  We were trying to --
12  At that point we had so much water come into
13  the station, we were just trying to survive.
14  Go to higher levels of the station and on top
15  of switch gears.  It was --
16      Q.  Did you look out -- You want to stop
17  for a second?  You want to take a break?  We
18  can.
19      A.  Go ahead.  We were just trying to
20  save our lives at that point.
21      Q.  I hear you.  Did you look outside
22  again?
23      A.  No.
24      Q.  Did you --
25      A.  I went back into the station to see

Page 75

1  if the rest of the guys were okay.
2      Q.  Did you rescue anybody?
3      A.  No.
4      Q.  Okay.
5      A.  I can't swim.
6      Q.  Okay.
7      MR. ERNST:
8          He was rescued.
9      THE WITNESS:
10          They rescued me.
11  EXAMINATION BY MR. GILBERT:
12      Q.  Did you put a life vest on?
13      A.  Yeah, I had one on.
14      Q.  Okay.  Did you happen to look
15  outside again at any point to see what the
16  water was doing, if it was having any effect
17  on the neighborhood?
18      A.  No, because at that point, we must
19  have had 20 feet of water inside the station.
20  That's how quick it came in.
21      Q.  Okay.
22      A.  We're in 20 feet of water, I am
23  floating on top of a cabinet, the other guys
24  on top of the crane and on top of a pump, and
25  it's pitch black.  So there was nothing else

Page 76

1  to do but to get -- you know, try to get out
2  of there.
3      Q.  Did y'all actually leave the
4  building?
5      A.  No.  Couldn't.
6      Q.  Okay.
7      A.  We were just trying to get onto
8  higher switch gear, on top of the switch gear,
9  on top of the crane.  Like I say, I was
10  floating on a cabinet, wooden cabinet for
11  quite some time.
12      Q.  How long did y'all remain at the
13  building?
14      A.  I believe it was about two days --
15  two nights we spent there.
16      Q.  Were you in contact with anybody?
17      A.  No.  We -- All communications were
18  gone.
19      Q.  Did you have any contact with any
20  people who might be in the neighborhood --
21      A.  Oh, that was --
22      Q.  -- in little boats or anything like
23  that?
24      A.  That was totally flooded.  Nobody --
25  You couldn't even see a rooftop over there.

Page 77

1      Q.  Okay.
2      A.  The way we got rescued, God -- God
3  helped us, but a boat floated up, a skiff
4  floated up to the station and right by the
5  front double doors that I was telling you
6  about, and me and the electrician pulled it
7  in.  But it was so windy and rainy, we
8  couldn't -- We weren't going to take it out.
9  So we just said we'll just hold it until after
10  the storm.  Then after the storm, we got in it
11  and rescued ourselves.
12      Q.  So y'all got out with the skiff?
13      A.  Correct.
14      Q.  At that point did you see the barge
15  any- -- did you see a barge anywhere?
16      A.  No.
17      MR. GILBERT:
18          Okay.  I'm going to tender and
19      reserve rights.
20          Does anybody want a break?
21  EXAMINATION BY MR. BRUNO:
22      Q.  First of all, it's good to see you
23  again.
24      A.  Good to see you.
25      Q.  And I am sure I speak for all of us

VILLAVASSO, WILLIAM

12/18/2007

Page 78

1    when I say that none of us can possibly
2    comprehend what you went through, but we're
3    all deeply appreciative of your service to our
4    community in trying to man those pumps --
5        A.  Thank you.
6        Q.  -- during these kinds of events.
7        A.  Thank you.
8        Q.  Because we all recognize how
9    important that is.
10            MR. GILBERT:
11            Yes, that's true.
12   EXAMINATION BY MR. BRUNO:
13       Q.  What I would like you to do, I know
14   you're not an artist, okay?  But I am just
15   thinking out loud.  Would you be able to draw
16   the object that you saw that -- in the early
17   morning hours so we can get a sense of what --
18   Everybody's kind of fighting about what you
19   saw and how to describe it.  You want to give
20   it a shot and maybe draw it?
21            Here's -- Just give it a try.  I
22   mean --
23            MR. ERNST:
24            I'll give him a piece of paper,
25   Joe.

Page 79

1            MR. BRUNO:
2            Okay.  As long as it's a quality
3    piece of paper.
4            MR. ERNST:
5            Is that large enough?
6            MR. BRUNO:
7            I don't know.  Let me see.
8            MR. WALKER:
9            I object.  Let me pose an
10   objection to Mr. Villavasso drawing
11   something that you describe as an
12   object, Joe, because his testimony is
13   clear that all he saw was a tip of
14   something.  And he stated that he
15   could not see anything beyond that.
16           MR. BRUNO:
17           Well, I am asking him to draw --
18           MR. WALKER:
19           He simply thinks that it might
20   have been a barge.
21           MR. BRUNO:
22           I am not characterizing it --
23           MR. WIEDEMANN:
24           Stipulation --
25           MR. BRUNO:

Page 80

1            Wait, wait, let's stop.  I am not
2    characterizing this thing in any way,
3    shape, or form indeed.  My thought
4    would be that if we had him draw what
5    he saw, whatever it was that he saw,
6    and however he chooses to characterize
7    it, that might enable all of us to ask
8    some intelligent questions about it.
9    EXAMINATION BY MR. BRUNO:
10       Q.  Because it's obviously, Mr.
11   Villavasso, a hotly contested issue.
12           MR. LANIER:
13           And let me say something to you,
14   Bill.  Draw it as best you can.
15   EXAMINATION BY MR. BRUNO:
16       Q.  Yes.
17           MR. LANIER:
18           If you're not satisfied with the
19   way it looks and it doesn't represent
20   what you saw --
21   EXAMINATION BY MR. BRUNO:
22       Q.  Tell us.  Absolutely.  Charlie is
23   right.
24           MR. LANIER:
25           If you don't think you can

Page 81

1    accomplish it after you have tried,
2    forget it.
3    EXAMINATION BY MR. GILBERT:
4        Q.  Give it the old college try and then
5    if it doesn't work, it doesn't work.
6        A.  (Drawing).  I don't -- Right.  I'm
7    not an artist.  I don't know how to draw what
8    I seen -- Well, not what I seen, but, you
9    know, how to draw something sticking out of a
10   wall.  Because this is the wall here
11   (indicating).
12       Q.  Well, you said something that I am
13   very curious about.  You said it was sticking
14   out of the wall.
15       A.  The tip.
16       Q.  All right.
17       A.  It was a tip of what appeared to be
18   a barge sticking -- protruding from the wall.
19       Q.  Okay.
20       A.  Not much.
21       Q.  I understand.
22       A.  But a little.
23           MR. BRUNO:
24           Larry, could you give him a
25   second piece of paper?

21 (Pages 78 to 81)

VILLAVASSO, WILLIAM

12/18/2007

---

Page 82

1  EXAMINATION BY MR. BRUNO:
2      Q.  Could you draw a picture of a barge
3  as you envision a barge?
4      A.  As I envision a barge?
5      Q.  Sure.  You used the word, so what
6  does that look like to you?
7      A.  (Drawing).  I don't know what they
8  have on there, but it's like a barge to me.
9  That's it.  Just like a square.
10     MR. ERNST:
11         A rectangle.
12     THE WITNESS:
13         Yeah, a rectangle.
14  EXAMINATION BY MR. BRUNO:
15     Q.  Are we looking at it from the front
16  or the side?
17     MR. LANIER:
18         Or both.
19  EXAMINATION BY MR. BRUNO:
20     Q.  Or both?
21     A.  I'm looking at this from the side.
22     MR. ERNST:
23         From the side?
24     THE WITNESS:
25         Yeah.

---

Page 83

1  EXAMINATION BY MR. BRUNO:
2      Q.  Okay.  Now, you used the word "tip",
3  did you not?
4      A.  Yeah.
5      Q.  All right.  So circle what you are
6  referring to as the tip.
7      MR. WALKER:
8          The tip of what?
9      MR. BRUNO:
10         Of whatever the hell he saw.
11     MR. WALKER:
12         Well, he's not -- I object to him
13  circling the tip of what he's drawn to
14  be a barge, because the testimony is
15  he didn't see a barge.  He can circle
16  the tip --
17     MR. BRUNO:
18         Oh, no, Derek.
19     MR. WIEDEMANN:
20         He said about ten times that it
21  looked like a barge.  He's seen barges
22  on the canal.  He knows what a barge
23  is.  And he said that at least ten
24  times.
25     MR. WALKER:

---

Page 84

1          I disagree that that's what the
2  testimony says.
3      MR. WIEDEMANN:
4          That's his testimony.
5      MR. LANIER:
6          You've made your objection.
7      THE WITNESS:
8          (Writing)  That's what I seen.
9  EXAMINATION BY MR. BRUNO:
10     Q.  Okay.
11     A.  The tip of it.
12     Q.  Now, --
13     MR. ERNST:
14         Could I ask him?  Is this the
15  side of the barge (indicating)?
16  EXAMINATION BY MR. BRUNO:
17     Q.  Write the word "side".
18     MR. BRUNO:
19         I'm sorry, I thought he's already
20  testified that it was the side.  I
21  don't mean to put words in the
22  witness' mouth.
23     MR. ERNST:
24         I thought so, too, but I wanted
25  to make sure.

---

Page 85

1          THE WITNESS:
2          Yeah, this is the side of the
3  barge.  But I didn't see any of this
4  (indicating).  This was -- I couldn't
5  see any of that.  All I could see was
6  the top part of the tip of it
7  protruding like maybe it was on an
8  angle.  What appeared to be a barge.
9  EXAMINATION BY MR. BRUNO:
10     Q.  You're familiar with what ships look
11  like; right?
12     A.  Yeah.
13     Q.  Do you know what a bow of a ship
14  is?
15     A.  The bow is the front of the ship.
16  Yeah.
17     Q.  All right.  And most ships at the
18  bow end of the vessel have a --
19     MR. ERNST:
20         Rake.
21  EXAMINATION BY MR. BRUNO:
22     Q.  -- a rake.
23     A.  Rake, like.  Yeah.  I see them all
24  the time.
25     Q.  You see them all the time?

---

22 (Pages 82 to 85)

VILLAVASSO, WILLIAM

12/18/2007

Page 86

1     A.  Yeah.
2     Q.  I am wondering if this thing that
3  you saw had a rake to it.
4     A.  I couldn't tell because I couldn't
5  see that much of it.
6     Q.  All right.  It might have had a
7  rake?
8     A.  It may have.
9     Q.  Now, the other thing I'm curious
10  about is, and tell me if I am saying something
11  wrong, you said it actually poked through.
12     A.  Yeah.  That's how I could see part
13  of it.  But only the tip of it.  I couldn't
14  see a great amount of where you were talking
15  about like on a slant or was it straight or --
16  I couldn't see that part.
17     Q.  Right.  Well, that's why I am asking
18  the questions about your use of the words
19  "poked through".  Okay?  If you go back to
20  your first drawing, okay, and when you talked
21  about poking through, did whatever --
22     MR. ERNST:
23     Excuse me, Joe.
24     MR. BRUNO:
25     Yes.

Page 87

1     MR. ERNST:
2     This is his -- actually his
3  second drawing.  That's the first
4  (indicating).
5     MR. BRUNO:
6     I'm sorry.
7     MR. ERNST:
8     This is the second and this looks
9  like the third now.  Do you want to
10  put numbers on them?
11     MR. BRUNO:
12     Yes, I do.  I apologize.  Number
13  2 drawing is the wall.  And Number 3
14  drawing is what the witness would
15  refer to as a barge.
16     MR. ERNST:
17     Put a 2 on that.  And that's 3.
18     MR. WIEDEMANN:
19     There's something on the opposite
20  side of that.
21     MR. ERNST:
22     It came through.
23     MR. BRUNO:
24     It just came through.
25     MR. ERNST:

Page 88

1     It just comes through.  It's
2  cheap paper.
3  EXAMINATION BY MR. BRUNO:
4     Q.  Okay.  Mr. Villavasso, I am just --
5  You know, all of us use words for a variety of
6  reasons.  So I am just curious about your
7  choice of the words "it poked through".
8  Okay?  So what I am trying to learn is, is
9  this thing, whatever it was, did this thing
10  actually -- if we envision the floodwall as a
11  line, okay?  As you have drawn it, a line?
12  Did this thing actually cross the line onto
13  the land side of the levee?
14     A.  Hard to tell.  Because the wall was
15  collapsed by that and I could see a structure
16  that -- it was partially -- I don't know if it
17  was even with it or was it protruding -- I
18  don't think -- I don't know if it was
19  protruding or not, but I could see --
20     Q.  Right.
21     A.  -- something there.
22     Q.  Sure.  Well, if you drew a line
23  where the wall was, do you -- and if you can't
24  answer this question, I understand -- but if
25  you draw a line where the wall was, did this

Page 89

1  thing cross the line?
2     A.  Hard to tell.  It's hard to tell.
3     Q.  All right.  Are you able to describe
4  for us how high above the water line this
5  thing was?
6     A.  I seen it towards the top.  And,
7  yeah, it was sort -- it was towards the top
8  and I could say maybe see a foot of this
9  object it would appear to be.
10     Q.  I'm a little confused now.  I'm
11  sorry.  A foot -- In other words, what is --
12  What are you measuring out to be a foot?
13     A.  If you're trying to ask me did I see
14  it from top to bottom, no, I couldn't see
15  that.
16     Q.  Okay.
17     A.  I could only see a tip of it at the
18  top.  Now, if that was a foot or how -- I
19  couldn't measure the distance.  I don't really
20  know.
21     Q.  Okay.  Fair enough.  So if I am
22  orienting myself correctly, you're looking to
23  your left; right?
24     A.  Yes.
25     Q.  If you are looking straight ahead,

VILLAVASSO, WILLIAM

12/18/2007

Page 90

1  you're looking at the Industrial Canal
2  floodwall; correct?
3      A.  Florida bridge, yes.
4      Q.  Yes?  Is that --
5      A.  Yes.
6      Q.  -- Florida?  Are you looking at the
7  bridge or the floodwall?
8      A.  Well, directly straight, it all
9  depends on --
10     Q.  No, straight.  If you're looking
11 straight out of the doors, I mean if you're --
12 if you drew a line under the door, okay, and
13 you put both of your feet on that line and you
14 were looking perpendicular to that line --
15     A.  It would be the Industrial Canal.
16     Q.  All right.  You see the floodwall?
17     A.  Yes.
18     Q.  Right.  And so if I am orienting
19 myself to these maps, this thing that you saw
20 is to your left?
21     A.  That's correct.
22     Q.  Right?  And you're looking -- Can
23 you give me some sense of whether it's a 45
24 degree angle or along the -- your sight line.
25     A.  Well, you could see quite a bit.  I

Page 91

1  would say maybe two or three hundred yards
2  that way to the left.
3      Q.  Right.
4      A.  From the straight angle you could
5  see.
6      Q.  So can you -- are you able to tell
7  me, if straight ahead is 90 degrees -- I'm
8  sorry, straight ahead is zero degrees, and if
9  are you looking at this thing, where are you
10 on the compass?  Are you at 45 degrees, 50
11 degrees?
12     A.  That I could not tell you.
13     Q.  Fair enough.
14         MR. ERNST:
15             Joe, he put an arrow in the
16     direction on here.  The arrow shows
17     the direction where.
18 EXAMINATION BY MR. BRUNO:
19     Q.  All right.  Now, how far is it from
20 the door, if you drew a straight line, okay,
21 from the door to the Industrial Canal
22 floodwall, can you approximate that distance
23 for me?
24     A.  I have no idea.
25         MR. TREEBY:

Page 92

1              Object.  Object to the form of
2      the question.  Joe, I think that part
3      of the confusion, just use it or not,
4      there's floodwall directly in front of
5      the doors and there's floodwall to the
6      left as well, because the floodwall
7      bends.  It's over by the canal, it
8      makes a 90 degree, then it goes 90
9      degrees.
10         MR. BRUNO:
11             Well, you're talking about two
12     different floodwalls, but let's
13     clarify.
14         MR. TREEBY:
15             Right.  And it's not clear which
16     one you're getting him to talk about.
17         MR. BRUNO:
18             Well, I thought I had made it
19     clear, but I will endeavor to make it
20     clearer.
21 EXAMINATION BY MR. BRUNO:
22     Q.  Once again, if you drew a line under
23 the door, all right, let's go back to that,
24 they're double doors there; right?
25     A.  Correct.

Page 93

1      Q.  They're double doors.  And how do
2  you refer to these double doors?  Front, back,
3  side or whatever?
4      A.  Front.
5      Q.  Those are the front doors?
6      A.  Correct.
7      Q.  Okay.  And you've got both feet on
8  that line and you're looking straight ahead.
9      A.  Right.
10     Q.  You're looking at the Industrial
11 Canal floodwall; correct?
12     A.  Not directly, because the floodwalls
13 -- Well, you have the flood gates and you
14 have the floodwalls.  Now, if that's straight,
15 exactly straight, I am not sure.
16     Q.  Okay.
17     A.  But you're looking at the floodwall
18 or gate.
19     Q.  All right.
20     A.  You know, I am not sure.
21     Q.  Let's talk about the gate.  What
22 passes through that gate when it's open?
23     A.  Cars.
24     Q.  Cars?  It's a -- It's not for the
25 railroad?

VILLAVASSO, WILLIAM

12/18/2007

Page 94

1      A.  Well, it's two sets of gates.  I
2  think it's some for the railroad and for cars
3  also.
4      Q.  All right.  There's a railroad track
5  in that area, is there not?
6      A.  Yes.
7      Q.  The railroad track, again, if your
8  two feet are on the line where the door is, is
9  the railroad track to your right or your left?
10      A.  To the right.
11      Q.  To the right.  Okay.  Now, is there
12  -- Isn't there a floodwall that's parallel to
13  the railroad track?
14      A.  I am not sure.
15      Q.  It runs the same way as the railroad
16  track?
17      A.  Yes.  I believe so.
18      Q.  All right.  And when you refer to
19  something called a lake, and Counsel suggested
20  Bayou Bienvenue, this lake or this Bayou
21  Bienvenue is on the other side of this wall
22  that runs along the railroad track?
23      A.  Correct.
24      Q.  All right.  Now, so we can for the
25  record make -- I would like if we can agree,

Page 95

1  the wall, the floodwall that you're looking at
2  which is on the Industrial Canal, we're going
3  to call that the Industrial Canal floodwall;
4  okay?
5      A.  Okay.
6      Q.  And then the floodwall that runs
7  along the side of the railroad track, we're
8  going to call that the railroad track
9  floodwall.
10      A.  All right.
11      Q.  Fair enough?
12      A.  Fair enough.
13      Q.  Okay.  And what's causing you a
14  little confusion about what I asked you what
15  you're looking at when you look at the
16  Industrial Canal is because you see some gates
17  that are part of that floodwall; right?
18      A.  Right.
19      Q.  In fact, there are two sets of
20  gates?
21      A.  That's correct.
22      Q.  One is for automobile traffic and
23  the other one is for railroad traffic?
24      A.  Correct.
25      Q.  Right?

Page 96

1      A.  Yeah.
2      Q.  And both of those gates were closed
3  at the time?
4      A.  Yes.
5      Q.  Now, can you, going back to my
6  original question, can you approximate the
7  distance for me from the door to the
8  Industrial Canal floodwall or gates?
9      A.  No.  I don't -- What you mean?  In
10  feet or something like that?
11      Q.  A block or any kind of measurement
12  that works for you.
13      A.  I don't know.  Maybe a block.  Maybe
14  less than a block.  It's in vision if that's
15  what you mean.  I can see it.
16      Q.  All right.  Now, as you, looking
17  straight ahead and you move your head to the
18  left, you see the bridge; right?
19      A.  Yeah, I see the bridge in the wall,
20  Industrial Canal wall.
21      Q.  And if you keep moving your head to
22  the left, you see the place where you saw this
23  thing --
24      A.  That's correct.
25      Q.  -- come through?

Page 97

1      A.  That's correct.
2      Q.  And I shouldn't say come through.
3  We haven't established that it's come through,
4  have we?  Did it come through?
5      A.  What?
6      Q.  This thing, whatever it was you
7  saw.
8      A.  No, I never seen it come through.  I
9  seen the tip of it.  That's all I seen.
10      Q.  All right.  Now, did it move?
11      A.  No.
12      Q.  This thing that you saw?
13      A.  No.  I seen the tip -- I seen the
14  wall fall, I seen the tip of it, and that was
15  it.  I never seen it come through or anything
16  else.
17      Q.  Now, I'm just thinking out loud now,
18  all right?  There's water flowing into your
19  area, and I think you have testified that the
20  water was moving with some speed.
21      A.  Very.
22      Q.  Very fast?
23      A.  But when -- Go ahead.
24      Q.  All right.  And so I am just
25  wondering what this thing, whatever you saw,

VILLAVASSO, WILLIAM

12/18/2007

Page 98

1    wouldn't you expect the water to carry it
2    through the hole?
3        MR. ERNST:
4           Object to the form of the
5        question, Joe. I mean, --
6        THE WITNESS:
7           No. I don't know. I don't know
8        what that -- what it would do. I
9        don't know what the current was, what
10       -- how it would take it through or
11       you know, what it was. A ship or -- I
12       don't know.
13   EXAMINATION BY MR. BRUNO:
14       Q. Okay. But whatever it was, you
15   didn't see it move?
16       A. No. I only seen the tip of it. And
17   after that, all I seen was water.
18       MR. BRUNO:
19           Now, Charlie -- Where is
20       Charlie? Did y'all produce the logs
21       in our deposition of the Sewerage and
22       Water Board?
23       MR. LANIER:
24           We produced the pumping station
25       logs.

Page 99

1        MR. BRUNO:
2           For 5 or for --
3        MR. LANIER:
4           No, those are lost in the flood.
5        MR. ERNST:
6           There are no logs for 5.
7        Everything was lost.
8        MR. BRUNO:
9           I'm sorry, I thought he said he
10       made a phone call to --
11       MR. ERNST:
12           Central Control.
13       MR. LANIER:
14           Central Control.
15       MR. BRUNO:
16           Central Control.
17       MR. LANIER:
18           Those I believe were produced
19       later after we located them in the
20       course of the rolling production that
21       we have been making.
22       MR. BRUNO:
23           All right. Fine.
24   EXAMINATION BY MR. BRUNO:
25       Q. Who kept the logs that evening at

Page 100

1    Station 5?
2        A. I'm unsure. It may have been Kevin
3    Collins or Richard Reese. One of the two.
4    One of the two. Because they were back and
5    forth. So it could have been either one of
6    them.
7        Q. All right. Now, forgive me, because
8    I don't want to belabor this all afternoon
9    long, but did you ever see that, I am going to
10   call it the breach site in the daylight? That
11   is, where you saw this thing?
12       A. Yes.
13       Q. Okay. And you could see where
14   whatever -- the wall that was there was no
15   longer there?
16       A. Correct.
17       Q. Okay? And you could see in the
18   daylight how much of the wall was knocked
19   over?
20       A. No.
21       Q. You couldn't?
22       A. No, I couldn't. Because the water
23   level was so high, you couldn't really tell.
24   All you can see was water drifting through the
25   -- through the Industrial Canal wall and that

Page 101

1    was it. I couldn't tell how far down it was.
2        Q. When you say "how far down", you
3    mean to the left?
4        A. Yes.
5        Q. All right. But you could see where
6    the wall was still standing on the right?
7        A. Part. Part of it, yes.
8        Q. Okay. In the daylight?
9        A. Yeah. The next day.
10       Q. Well, what I am curious to know is
11   whether or not when you were able to see in
12   the daylight whatever it was that you could
13   see, whether you thought in your mind about
14   how much of that wall you saw fall. In other
15   words, what length of the wall did you see
16   fall.
17       A. To be honest, I wasn't really
18   curious. I was thinking about saving my
19   life. I seen the water coming through, it was
20   still coming through, but not at a big rate,
21   but you could still see that water just
22   gushing in, you know, the next day.
23       Q. All right. So the wall comes down,
24   you're in fear of your life; right?
25       A. Yeah.

VILLAVASSO, WILLIAM

12/18/2007

Page 102

1      Q.  Okay.  So that's why it's very
2    difficult for you to describe whatever it was
3    that you saw, this thing that you referred to
4    variously as a tip; right?
5      A.  No, I am speaking of the next day.
6      Q.  Well, all right.  What I am trying
7    to figure out is this.  That night when you
8    saw the wall fall, how much of the wall did
9    you see fall?
10     A.  It appeared to be about two
11   sections.  Two or three sections.  I am not
12   sure.  Because once they start to tumble, I
13   don't know how many more fell, because at that
14   point, it was a big gush of water.
15     Q.  All right.  Someone has showed you
16   these.  Can you see the wall that's still
17   standing in this picture which I think is
18   marked as Number 1?
19        MR. ERNST:
20        No, this is 1.
21        MR. BRUNO:
22        That's 1?  This is 2?
23        MR. ERNST:
24        That's 1, that's 2, yes.
25        MR. BRUNO:

Page 103

1        Then we screwed them all up.
2    Because we put that 2.
3        MR. ERNST:
4        Pardon?
5        MR. BRUNO:
6        We made the drawing 2.  Let's
7    make the drawing of the wall 3.
8        MR. ANZELMO:
9        Some of these drawings have
10   already been identified on Exhibit
11   Number 3.
12        MR. ERNST:
13        Well, you know what?  There's a
14   mistake here.  Because this is 1.
15   This is 2.
16        MR. SANDERS:
17        This is 3.
18        MR. ERNST:
19        Then this is what?
20        MR. LANIER:
21        No, that photograph is 4.
22   Because we did a drawing in between.
23        MR. SANDERS:
24        Correct, Charlie.
25        MR. ERNST:

Page 104

1        So this was numbered?
2        MR. BRUNO:
3        Let's mark them, please.  Let's
4    actually mark this -- If this is 1?
5    Do we all agree?
6        MR. LANIER:
7        No.
8        MR. ERNST:
9        No, no.  This is 1.
10        MR. BRUNO:
11        Whatever's 1, let's mark it 1.
12   If you don't mind.
13        MR. ERNST:
14        All right.  This is 1.
15        MR. BRUNO:
16        Whatever's 2, let's mark it 2.
17        MR. LANIER:
18        That's 2.
19        MR. BRUNO:
20        The record is somewhat confused,
21   but --
22        MR. ANZELMO:
23        The first drawing by Mr.
24   Villavasso was Number 2.
25        MR. LANIER:

Page 105

1        That's 3.
2        MR. ERNST:
3        That's 3, yes.
4        MR. BRUNO:
5        That's 3?  Let's mark it, please,
6    3.
7        MR. LANIER:
8        The barge photo is 4.  The barge
9    photo is 4.
10        MR. BRUNO:
11        You sure this came --
12        MR. ERNST:
13        That's 4.
14        MR. BRUNO:
15        This is 4.
16        MR. LANIER:
17        Now, the other drawings, I don't
18   know.
19        MR. ERNST:
20        And then 2 would be --
21        MR. BRUNO:
22        The drawing that I asked Mr.
23   Villavasso to draw, which was
24   incorrectly marked as 2, we will now
25   correctly mark as 5.

27 (Pages 102 to 105)

VILLAVASSO, WILLIAM

12/18/2007

Page 106

1    MR. WILES:
2        Drawing 2.  That's why he wrote
3    the 2 on it, Joe.
4    MR. BRUNO:
5        I know.  I said we incorrectly
6    identified it as 2.  We're now
7    properly identifying it as 5.  So the
8    record is clear.
9    MR. WILES:
10       Perfect.
11   MR. BRUNO:
12       Good.
13   MR. ERNST:
14       And 3 becomes 6.
15   MR. BRUNO:
16       And the drawing that we
17   incorrectly marked as 3 will become
18   6.
19   EXAMINATION BY MR. BRUNO:
20       Q.  Now, let's go back to 2.  I know
21   this is -- I am really testing you here, and I
22   apologize.
23       A.  That's okay.
24       Q.  Let's look at this for a minute.
25   And I want you to look at it for a little bit

Page 107

1    and see --
2    MR. BRUNO:
3        Have we stipulated, by the way,
4    as to the date and time of this
5    photo?  No?  This is a photo provided
6    by you guys, Larry?
7    MR. SANDERS:
8        Yes.
9    MR. BRUNO:
10       Do we have any at least hint as
11   to when this thing was taken?
12   MR. SANDERS:
13       After the storm.
14   MR. BRUNO:
15       After the storm.  Okay.  We got
16   that much.
17   MR. ERNST:
18       We know by looking at the
19   photograph that it's after the storm.
20   MR. BRUNO:
21       After the storm.
22   MR. ERNST:
23       And it's after the water is
24   starting to flow out rather than flow
25   in.

Page 108

1    EXAMINATION BY MR. BRUNO:
2        Q.  Okay.  Now, can you draw for me,
3    using that -- somebody's marker, where the
4    floodwall was in that area before the storm?
5        A.  I have no idea.  Because I have no
6    landmarks here.  I couldn't tell you if this
7    was the wall, was that the street.  I don't
8    know.  I can't see.  That's why I just drew an
9    arrow pointing towards that way.
10       Q.  All right.  How about this structure
11   right here, which appears to be crossing
12   Florida?  What is that?  Right there
13   (indicating).
14       A.  Yeah.  I don't know.  This appears
15   to be a picture where it looks like it's still
16   flooded.  But I have no reference to where the
17   wall is.  If I could, I -- then I could show
18   you where.
19       Q.  Okay.
20       A.  It was to this side (indicating), to
21   my left.  Immediate left.
22       Q.  Okay.  Well, the wall that you saw
23   fall, was it -- you said it was one or two
24   lengths?
25   MR. WIEDEMANN:

Page 109

1        He said one to three.
2    MR. ERNST:
3        No, he said two to three.
4    EXAMINATION BY MR. BRUNO:
5        Q.  Two to three lengths.
6    MR. ERNST:
7        Right.
8    EXAMINATION BY MR. BRUNO:
9        Q.  Fair enough.  Can you give me some
10   sense of how long a length is?
11       A.  I don't know.  I am not sure.  I
12   don't know how long they are, the panels are.
13   Because I think they are put up in panels.  I
14   don't know how long.
15   VIDEO OPERATOR:
16       Excuse me.  We need to go off the
17   record to change tapes.  This is the
18   end of tape 1.  We're now going off
19   the record.
20   MR. TREEBY:
21       Can we take a break?
22   MR. BRUNO:
23       You want to take a break for
24   lunch?
25   MR. ERNST:

28 (Pages 106 to 109)

VILLAVASSO, WILLIAM

12/18/2007

Page 110

1    He goes on his shift today at
2  3:00 o'clock.
3    MR. GILBERT:
4    It's not going to rain today.
5  MR. ERNST:
6    Pardon?  They are depending on
7  him.
8    THE WITNESS:
9    I could go to lunch myself.
10    MR. WALKER:
11    I don't think we'll be done by
12  3:00.
13    MR. ERNST:
14    Then I need to call to get a
15  substitute.
16    MR. WALKER:
17    That's just a guess.
18    MR. BRUNO:
19    I agree with you, Derek.  Why
20  don't we break for lunch.  Make your
21  arrangements, let's do all we have to
22  do and not have to rush and have
23  pressure.
24    MR. WALKER:
25    So are we taking a break?

Page 111

1    (Recess.)
2  VIDEO OPERATOR:
3    This is the beginning of tape 2.
4  We're now back on the record.
5  EXAMINATION BY MR. BRUNO:
6  Q.  Okay, Mr. Villavasso.  Let me just
7  get a couple of things cleared up.  What are
8  the times for the three shifts that occur on a
9  normal workday?
10  A.  Okay.  You have the 11:00 and 7:00;
11  7:00 and 3:00; and 3:00 to 11:00.
12  Q.  That's 7:00 A.M. to 3:00 P.M.?
13  A.  P.M.
14  Q.  And then 3:00 P.M. to 11:00 P.M.
15  And then 11:00 P.M. to 7:00 A.M.?
16  A.  That's correct.
17  Q.  All right.  And on a normal day how
18  many operators are required to operate Station
19  5?
20  A.  One.
21  Q.  And --
22    MR. ERNST:
23    One per shift, you mean?
24    THE WITNESS:
25    Yes, one per shift.

Page 112

1  EXAMINATION BY MR. BRUNO:
2  Q.  One per shift.  So that on any one
3  day there will be three operators working, one
4  on each shift?
5  A.  That's correct.
6  Q.  But in the case of an emergency, all
7  four are called to the station; right?
8  A.  Yes.
9  Q.  And this is -- Hurricane Katrina was
10  considered to be an emergency?
11  A.  Yes.
12  Q.  All right.  Now, Station 5, is it a
13  station where the operators actually
14  manipulate the pumps, or are these pumps
15  manipulated through some electrical or
16  electronic method from some other location?
17  A.  No, it's manipulated through the
18  operators.
19  Q.  You guys turn the valves or push the
20  buttons, whatever it is that you do?
21  A.  That's correct.  Turn them on and
22  off.
23  Q.  Do you have the discretion to
24  manipulate these pumps, or must you await some
25  order from somebody before you make a change?

Page 113

1  A.  Well, we make a determination what
2  -- whether we should start a pump or stop a
3  pump, but we have to go get permission through
4  Central Control.
5  Q.  Okay.  Now, generally you talk about
6  rain load?
7  A.  Yes.
8  Q.  Do you remember that?
9  A.  Yes.
10  Q.  Is there some method by which rain
11  load is measured?
12  A.  Yes.
13  Q.  And what is the measurement?
14  A.  The measurement is the amount of
15  rain determined that we're going to get
16  through Central Control.
17  Q.  All right.  And how is that
18  expressed?
19  A.  Central Control sets up the turbines
20  and the frequency changes, the sources of
21  power, and that's called a rain load where we
22  can get power from different sources.
23  Q.  All right.
24  A.  They determine the rain load.
25  Q.  Perhaps I didn't ask the question

29 (Pages 110 to 113)

VILLAVASSO, WILLIAM

12/18/2007

Page 114

1  articulately enough.  Is there a method by
2  which one measures the rain in order to then
3  decide how much pumping to use or not to use?
4      A.  Yes.  The operator at the station,
5  on duty operator does that by determining how
6  much rain is coming and what pumps to use and
7  --
8      Q.  Okay.  Now, and the amount of rain,
9  is it measured by inches?
10     A.  Yes.
11     Q.  Okay.  And what is the maximal
12 amount of inches that Pump station 5 can
13 handle, if you know?
14     A.  It could handle probably an inch an
15 hour.
16     Q.  An inch an hour?
17     A.  Yeah.
18     Q.  Okay.
19     A.  They can pump a capacity, I believe
20 it's an inch an hour.
21     Q.  And is that with or without what I
22 believe you referred to as the D pump?
23     A.  That could be with or without D
24 pump.
25     Q.  Well, if you had the "with", if you

Page 115

1  had the D pump on, would that increase your
2  ability to pump more than one inch per hour?
3      A.  That's correct.
4      Q.  Okay.  So again, do you have any
5  idea of the maximal capacity of Pump Station
6  5?
7      A.  No, I don't.  My supervisors would
8  probably know that answer.
9      Q.  Okay.
10         MR. ERNST:
11             Excuse me, Joe.
12         MR. BRUNO:
13             Yes.
14         MR. ERNST:
15             We have produced the pump diagram
16         for each station that has the CFSs --
17         MR. BRUNO:
18             Yes.
19         MR. ERNST:
20             -- per -- for each station.
21         MR. BRUNO:
22             Right.
23 EXAMINATION BY MR. BRUNO:
24     Q.  I know that you didn't keep a log or
25 a record of the timing of certain things, but

Page 116

1  I just want to see if we have a general sense
2  of when some of these things occurred.  Am I
3  correct in understanding that when the winds
4  started increasing and you went outside, that
5  that was approximately -- it was sometime in
6  the early morning hours of the 29th?
7      A.  That's correct.
8      Q.  Okay.  But you don't know the
9  precise time?
10     A.  No.
11     Q.  Now, is there some kind of gauge
12 which would indicate the height of the water
13 in the Industrial Canal at that location where
14 the Sewerage and Water Board Pump Station 5 is
15 located?
16     A.  Yes, but not at my station.  My
17 station pumps into the bayou behind us and
18 Station 19 pumps into the Industrial Canal.
19 So that would be their discharge and they
20 would have the elevation of the Industrial
21 Canal discharge.
22     Q.  All right.  And are you able to
23 describe the gauge for us?  What does it look
24 like, for example?
25     A.  Well, they have two types.  They

Page 117

1  have a staff gauge, which is just like a stick
2  with numbers on it.  And they also have what
3  they call the bubble or tube system, which
4  measures how much water is in the gauge, but
5  with a bias relay.
6      Q.  Okay.  And so Station Number 19
7  would have a record of the water levels in the
8  Industrial Canal; right?
9      A.  Right.  Because that's their
10 discharge.  They discharge into the Industrial
11 Canal.
12     Q.  Right.  Do you know, Mr. Villavasso,
13 if that information is recorded or put down on
14 a piece of paper in some fashion?
15     A.  Yes, it is.
16     Q.  All right.
17         MR. BRUNO:
18             Did y'all produce that, Larry?
19         MR. ERNST:
20             We produced a log for station 19,
21         and that information is on the log.
22         MR. BRUNO:
23             Okay.  Thank you.
24 EXAMINATION BY MR. BRUNO:
25     Q.  Mr. Villavasso, did you -- And if

30 (Pages 114 to 117)

VILLAVASSO, WILLIAM

12/18/2007

Page 118

1  this has been touched upon, I'm sure that the
2  group will handily remind me, but do you
3  recall seeing the lights go out?  That is, the
4  street lights or -- not the power that you
5  guys had, you have talked about that, but the
6  power, you know, the power that everybody else
7  has, did you witness that going out?
8      A.  Yes, I witnessed transformers
9  blowing up all over the neighborhood and, yes,
10  I witnessed lights going out.
11      Q.  Okay.  So am I correct in assuming
12  that when you heard the boom and you saw what
13  appeared to be the walls falling and the water
14  gushing in, that shortly thereafter there was
15  these additional, I don't know if I am using
16  the right word, popping or noises?
17      A.  Yeah.  Well, when the transformer
18  blows, it's a distinctive noise.  It makes
19  like more of a firecracker sound.  But the
20  sound I heard when I heard the wall break was
21  like an explosion.  It was a deeper boom.
22      Q.  Right.  Okay.  Do you think that
23  you're able to tell us whether or not the
24  sound was the sound that may have been made by
25  a wall breaking or crashing down as opposed to

Page 119

1  something striking the wall?  I mean, was it
2  that crystal clear that you could make that
3  determination?
4      A.  Well, I don't know how to answer
5  this, but I can tell you when I heard the boom
6  and seen the wall tumble, I heard no noise
7  whatsoever.  I could hear no noise and I don't
8  know why, that's a grassy area in front of the
9  wall.
10      Q.  So my understanding that what you're
11  saying to be, that you hear a sound and that
12  there is some span of time between the sound
13  and the wall falling over?
14      A.  Well, it was almost instantaneously.
15      Q.  That's what I am asking you.
16  Whatever it was, you tell me.
17      A.  Yeah, it was instantaneously.  When
18  it hit the wall, the explosion, whatever
19  happened, it hit the wall, the wall came down.
20      Q.  Well, the reason -- And that's
21  precisely why I am asking this question.  I am
22  trying to determine if you, having heard this,
23  are able to distinguish between the
24  possibility that the sound came from the wall
25  breaking from whatever reason as opposed to

Page 120

1  something striking the wall.
2      A.  Well, no, I couldn't tell you that.
3  But I don't know.
4      Q.  All right.  I mean, the wall is made
5  out of concrete; right?
6      A.  That's correct.
7      Q.  And the wall, you saw the wall fall?
8      A.  Right.
9      Q.  Okay.  And then you saw water gush
10  out?
11      A.  Correct.
12      Q.  All right.  And then sometime after
13  that you heard this popping which -- Let me
14  ask you this.  How did you know the popping
15  was related to the transformers?  I mean, tell
16  me that.
17      A.  Well, like I said before, it has a
18  distinct sound.  It sounds more like a
19  firecracker and you can hear it coming from a
20  different direction.
21      Q.  Okay.
22      A.  There are no transformers toward the
23  levee wall.
24      Q.  All right.  Do you happen to know
25  what was the physical location of any

Page 121

1  transformers that were in the vicinity of this
2  broken wall that you saw?
3      A.  Do I know any?
4      Q.  Do you know where they were?
5      A.  Yeah.  Yes, I do.
6      Q.  Can you maybe indicate that on the
7  map for us, please?  Is that possible?
8      A.  Well, --
9      Q.  Give us an address if you know that
10  first.
11      A.  Well, I could give you an address.
12  It's on Florida.  It's Florida Avenue.
13      Q.  All right.
14      A.  There's one directly across the
15  street -- well, like on an angle.  Florida and
16  -- right on the corner.  That one I heard
17  blow.
18      Q.  All right.  Florida and what?  I'm
19  sorry.  Forgive me for interrupting.
20      A.  I have no idea what that street is.
21      MR. ERNST:
22          The first street from the levee,
23      the second street from the levee, the
24      third street from the levee?
25      THE WITNESS:

31 (Pages 118 to 121)

VILLAVASSO, WILLIAM

12/18/2007

Page 122

```
 1          The second street from the levee.
 2   EXAMINATION BY MR. BRUNO:
 3      Q.  Okay.  Florida, the second street.
 4   And is that a transformer that's inside of a
 5   building?
 6      A.  No, on a pole.
 7      Q.  It's high up?
 8      A.  Yeah.
 9      Q.  Okay.  So the transformers that you
10   are describing, are they all high up on a
11   pole?
12      A.  Yeah.
13      Q.  Was the water so high that the water
14   could reach the transformers up on the pole?
15      A.  No.
16      Q.  All right.  But in any event, you're
17   pretty clear in your testimony that you
18   believe you heard the transformer at that
19   second block off of Florida pop?
20      A.  Correct.
21      Q.  All right.  And am I understanding
22   you correctly to say that when that pop
23   occurred, the lights went out?
24      A.  No.  Because that's not the
25   transformer for our station.
```

Page 123

```
 1      Q.  No, I mean in general, wherever --
 2      A.  Well, yeah, wherever it was.  Yeah.
 3   I didn't see lights go out, but I imagine they
 4   did.
 5      Q.  All right.  That's fine.  I don't
 6   need you to guess.  But did you actually
 7   physically see any of the lights go out
 8   outside of, you know, Pump Station 5?
 9         MR. ERNST:
10            In the neighborhood?
11   EXAMINATION BY MR. BRUNO:
12      Q.  In the neighborhood.
13      A.  Yeah.  Yes, I did.
14      Q.  All right.  And was that co-existent
15   with the popping of transformers?
16      A.  Yeah.
17      Q.  All right.  Was it before or after
18   you saw the wall fall?
19      A.  Before.
20      Q.  Okay.  Can you give me some sense of
21   time?  I know this is very, very difficult to
22   do, but how long before the wall fell did you
23   see power go out in that area?
24      A.  Maybe 20, 30 minutes.
25      Q.  Okay.  Now, and maybe I got myself
```

Page 124

```
 1   confused, but you went outside those double
 2   doors on more than one occasion to check the
 3   weather?
 4      A.  Yes.
 5      Q.  Okay.  Can you tell us how many
 6   times you went through those doors?
 7      A.  I am not -- I am unsure of that.
 8      Q.  All right.
 9         MR. ERNST:
10            Joe, I think his testimony is
11         that he stayed inside the building
12         with the door open.  He didn't --
13         THE WITNESS:
14            Oh, no, I never ventured on the
15         porch.  I stood inside and watched.
16         Because the wind was blowing so hard,
17         it blew the door off the hinges.
18   EXAMINATION BY MR. BRUNO:
19      Q.  All right.  Well, what you are
20   describing having seen, that is the lights
21   going out, was the door already blown off the
22   hinge?
23      A.  Yes.  It was open.
24      Q.  Okay.  So there was no door?
25      A.  Yeah, the door was still hanging on
```

Page 125

```
 1   the hinge from the top, but it blew the rest
 2   of it off.  Well, it blew the bottom two
 3   hinges off.
 4      Q.  All right.  Well, in terms of what
 5   happened first and what happened second and
 6   what happened third, you went outside to see
 7   what was going on?
 8         MR. TREEBY:
 9            Object.  He said he didn't go
10         outside.
11         MR. BRUNO:
12            No, you don't know what my
13         question is.
14   EXAMINATION BY MR. BRUNO:
15      Q.  Did you not open the door in order
16   for the door to be blown off the hinges?
17      A.  Yes, I opened the door and it was
18   blown off the hinges.
19      Q.  Thank you.  I just want to clarify
20   this for this lawyer here.
21         MR. TREEBY:
22            He didn't go outside, Joe.  He
23         just said he didn't go outside.
24         MR. BRUNO:
25            It depends on how you define
```

32 (Pages 122 to 125)

VILLAVASSO, WILLIAM

12/18/2007

---

Page 126

1      "outside".  He opened the door which
2   means there had to be --
3   EXAMINATION BY MR. BRUNO:
4      Q.  Did you have the intent of going
5   outside?
6      A.  No.
7      Q.  Why did you open the door?
8      A.  To watch the rain conditions, to see
9   what was going on outside.  The wind was
10  blowing too hard for me to go outside.
11     Q.  So when you opened the door to look,
12  it blew the door off the hinge?
13     A.  That's correct.
14     Q.  Okay.  So did you ever at any time
15  go outside of that building that night?
16     A.  That night?  After the hinges blew?
17     Q.  No, no, no.  At any time that night,
18  from 3:00 o'clock until you all hunkered down
19  inside.
20        MR. TREEBY:
21        3:00 P.M., 3:00 A.M.?  Can we get
22     some clarification of the question?
23        THE WITNESS:
24        No.  When the door -- The wind
25     blew the door off the hinges.  No, I

---

Page 127

1   never went out after that.
2   EXAMINATION BY MR. BRUNO:
3      Q.  All right.  Well, what I am trying
4   to learn is at what point in the night did you
5   guys say "We're going inside, we're going to
6   hunker down, we're not going out any more"?
7      A.  After we dropped -- After I seen the
8   wall break, went back in the station, called
9   Central Control, tell them to drop the power,
10  then I knew it was time to hunker down.
11     Q.  Okay.  Now, can you tell me when it
12  was that the wind was so bad that you felt
13  like it was no longer safe to go outside the
14  building, and so you just wanted to open the
15  door?
16     A.  When I opened the door.
17     Q.  All right.  Well, okay.  Fine.  So
18  when you opened the door, you wanted to see
19  what was going on.
20     A.  Correct.
21     Q.  And when you opened the door, the
22  wind was blowing so strongly that it blew the
23  bottom hinge off the door?
24     A.  The bottom and middle, correct.
25     Q.  Bottom and middle.  And then the

---

Page 128

1   door was then hanging open?
2      A.  Yeah.
3      Q.  You weren't able to close it up
4   again?
5      A.  No.
6      Q.  All right.
7      A.  I would have to go out to close it
8   so no, I didn't.
9      Q.  Now, did you give me some sense of
10  what time that was?  Was it after midnight?
11     A.  Yeah.  It was after midnight.
12     Q.  Okay.  Can you perhaps tell me how
13  much time transpired between the door being
14  blown off and your observation of the levee
15  failing?  The levee wall I should say.
16     A.  After it blew it off, I stood out
17  there and watched the waves coming over the
18  wall and stuff and I stood back to the side
19  and looked over to the east and that's when I
20  heard another boom.  But it didn't sound like
21  a transformer.  I looked over to that way, the
22  wall start tumbling down and I seen what
23  appeared to be a barge tip, tip of it from the
24  door, from the doorway.
25     Q.  Okay.  All right.  Well, you

---

Page 129

1   remember when you and I and Brian had a chance
2   to visit with you?
3      A.  Correct.
4      Q.  All right.  And you, I thought, tell
5   me if I am wrong, described having seen a
6   large volume of water traveling down the
7   Industrial Canal from the lake toward the
8   river.
9      A.  That's correct.
10     Q.  Okay.  So when did you observe that
11  occurring?
12     A.  Around the same time of -- Around
13  the same time I heard the explosion.  Because
14  I looked to my right, I looked to my left.
15     Q.  Okay.
16     A.  I looked to my right, I seen a wave
17  of water just gushing down the Industrial
18  Canal and it passed the bridge and I heard a
19  boom.
20     Q.  Okay.  I think you also told me,
21  though, that when the wave hit the bridge,
22  something -- or you heard some things when it
23  hit the bridge?
24     A.  Oh, yeah, you heard all kind of
25  clankering and -- I guess it brought a lot of

---

VILLAVASSO, WILLIAM

12/18/2007

Page 130

1  debris towards that way.  I am not sure.
2       Q.  All right.  And so I guess obviously
3  your eye just followed the water continue its
4  course down toward the river?
5       A.  Yes.
6       Q.  All right.  And did you say that the
7  sound was co-existent, or at least the sound
8  happened at the same time when the wall of
9  water got to that point?
10      A.  May not have been simultaneously,
11 but it happened within a short span.
12      Q.  All right.  Are you able to give us
13 some sense of what time it was when you first
14 saw lights going out in the immediate vicinity
15 of Station 5?
16      A.  No, I would just be speculating if I
17 told you.
18      Q.  All right.  Do you have some sense
19 in your own opinion, having been there and
20 having observed it, that the lights went out
21 because the wind knocked out the transformer
22 or the water knocked out the transformer?
23      A.  I would say wind.  Wind and rain.
24      Q.  Now, when the water gushed in,
25 obviously you're to the north of this break,

Page 131

1  right?  So the water obviously traveled from
2  the break to where you were, which means the
3  water went north.
4       MR. ERNST:
5         Object to the form of the
6       question.
7  EXAMINATION BY MR. BRUNO:
8       Q.  Well, let's see if we have a sense
9  of north and south.
10      A.  Okay.
11      Q.  Do you appreciate -- What do you
12 appreciate the lake to be?  North or south?
13      A.  Well, the lake -- I don't know, is
14 the lake south or -- the Claiborne bridge is
15 north?
16      Q.  Why don't we use -- Why don't we say
17 this instead of using "north" and "south".
18 Let's say the water came from the break toward
19 -- and moved toward the lake?
20      A.  No.  No.
21      Q.  If you look out of your door, isn't
22 what you saw closer to the river than it is to
23 the lake?
24      A.  If I look out my -- out the door to
25 my left, that's where the break was.

Page 132

1       Q.  Right.  And isn't the river in that
2  general direction?
3       A.  Yeah, the river is in that
4  direction.
5       Q.  So obviously when the break
6  happened, the water came from there and moved
7  toward the lake.
8       A.  Well, I don't know --
9       Q.  The lake side.
10      A.  -- where it went from there.
11      Q.  Well, aren't you -- aren't you
12 between the break and the lake?
13      A.  No.
14      Q.  Where you were physically located?
15      A.  No, we're not between the break and
16 the lake.
17      MR. ERNST:
18        Joe, --
19      MR. WALKER:
20        Why don't you use the bridges.
21      MR. ERNST:
22        Yes.  The water is going to go
23      everywhere, Joe.  It's not going to go
24      in one direction.  It's going to go
25      everywhere.

Page 133

1       MR. BRUNO:
2         I'm asking whether -- It's
3       important to me whether it went in
4       this direction.  I understand it went
5       in many directions.  That doesn't show
6       me the lake.  I need something
7       larger.  That's okay.  All right.  No
8       big deal.
9       MR. GILBERT:
10        Sorry.
11      MR. BRUNO:
12        I appreciate that.
13      THE WITNESS:
14        Now, do you mean the -- I'm
15      confused.
16 EXAMINATION BY MR. BRUNO:
17      Q.  Oh, I am not talking about the
18 wave.  I am talking about once the water broke
19 through the levee.  Maybe that's got me
20 confused.
21      MR. WIEDEMANN:
22        The witness is getting ready to
23      explain something.
24 EXAMINATION BY MR. BRUNO:
25      Q.  Go ahead.

34 (Pages 130 to 133)

VILLAVASSO, WILLIAM

12/18/2007

Page 134

1      A.  Yeah.  You saying where was I --
2  Could you repeat your question?
3      Q.  Okay.  Once the water entered the
4  land, once it broke through the wall, --
5      A.  Right.
6      Q.  -- okay?  Did any of that water move
7  toward where you were at the pump station?
8      A.  Yeah.  When the -- When the break
9  occurred, it moved out in all directions.
10     Q.  Okay.  You could see that?
11     A.  Not just towards me, but towards the
12 opposite way also.
13     Q.  But could you see that?
14     A.  Yeah, I could see the water coming.
15     Q.  And it went in all different
16 directions?
17     A.  Yeah.
18     Q.  Now, let's talk about the time
19 before the hurricane.  Okay?  Just leave the
20 hurricane alone for a minute.  All right?
21 You'd worked at Station 5 for many years;
22 right?
23     A.  Correct.
24     Q.  Okay.  Can you -- and I am talking
25 about the water side of the floodwall between

Page 135

1  the Florida Avenue and South Claiborne.  Do
2  you remember a time when there were businesses
3  that were physically located on the water side
4  of that floodwall between those two bridges?
5      A.  Yes, I do.
6      Q.  Okay.  And can you remember seeing
7  any construction activity in that general
8  area?
9      A.  I never knew -- really knew what was
10 going on in that area.  But I used to see
11 trucks go up that way.  They had a ramp where
12 trucks would go up and I didn't know what they
13 were -- unloading stuff or what.
14     Q.  Right?
15     A.  I never went up that area.
16     Q.  Okay.
17     A.  It was closed to the public, I
18 believe.
19     Q.  The ramp that the trucks used to get
20 on the other side of the levee, how close, if
21 it's close at all, was that road to where the
22 levee broke?
23     A.  I'd say maybe -- I would be
24 guessing.  To 100 to 200 feet.  I don't know.
25 I'm not sure.

Page 136

1      Q.  Okay.  Did you ever see -- If you're
2  familiar with the logo of the United States
3  Army Corps of Engineers, the castles that they
4  have on their helmets and their clothes?
5      A.  Yeah.
6      Q.  You ever see fellows running around
7  that area with the helmet on with the castles
8  on their helmets or on their clothes?
9      A.  No.
10     Q.  Would you have had any occasion to
11 walk -- and this is before the storm, all
12 right, during the however many years you
13 worked at Station 5 -- in the general area of
14 where that levee broke?
15     A.  No.
16     Q.  Did you drive by there --
17     A.  No.
18     Q.  -- to get to work?  No?  Okay.
19         There was what some have referred
20 to as a siphon that was located below the
21 Industrial Canal in that area that was owned
22 or operated by the Sewerage and Water Board.
23 Do you know anything about that?
24     A.  Yes.
25     Q.  All right.  Generally do you know

Page 137

1  what the siphon was for?
2      A.  Yes.  The siphon was to distribute
3  water from the canal on the Flor- -- from
4  Station 5 to station 19 and Station D.  It was
5  an old siphon that was put under there where,
6  if one of the stations broke down, the other
7  station could pull the water through the
8  siphon.
9      Q.  Well, the siphon was in the canal?
10     A.  Yeah.  It went below the canal.
11     Q.  Oh, I'm sorry.  What you're saying
12 is that it was a tube or a pipe --
13     A.  Uh-huh (affirmatively).
14     Q.  -- that went underneath the entire
15 canal from the west bank to the east bank?
16     A.  Correct.
17     Q.  And it was a pipe through which --
18 Was that rainwater was pulled?
19     A.  Correct.
20     Q.  Okay.  Now, at some point in time
21 that siphon was removed?
22     A.  Yes.
23     Q.  Do you know when?
24     A.  When they built the new Florida
25 bridge.

35 (Pages 134 to 137)

VILLAVASSO, WILLIAM

12/18/2007

Page 138

```
1      Q.  Were you there when that occurred?
2      A.  Yes.
3      Q.  Can you tell me whether or not the
4   siphon itself was located anywhere near where
5   you saw the levee break?
6      A.  No, I don't know.  I don't know.
7      Q.  All right.  Did you observe the
8   construction activity involved in removal of
9   the siphon?
10     A.  No.
11     Q.  Do you know when the siphon was
12  removed?
13     A.  When they started work on the
14  Florida bridge.
15     Q.  I'm sorry, the date.  The date.  I
16  know you told me --
17     A.  No, I don't know the date for sure.
18     Q.  Was it before you got there?
19     A.  No.  After I was -- when I was
20  working there during --
21     Q.  In other words, this occurred while
22  you were working at Station 5?
23     A.  That's correct.
24     Q.  Okay.  Now, just one more question.
25  When we met, you had given us some thoughts
```

Page 139

```
1   about what time you thought these things
2   occurred.
3      A.  Correct.
4      Q.  And you gave us -- In fact, you told
5   us between 3:30 and, say, 4:30 was the
6   approximate time.
7      A.  Yeah, I believe so.
8      Q.  Since you and I and Brian had a
9   chance to visit with you, have you become less
10  confident about those times?
11     A.  No.  I'm unsure of the times and --
12     Q.  I understand.
13     A.  -- I don't know exactly what time it
14  was.  And I believe when we did have that
15  conversation, I told you if you would check
16  with Central Control, that would narrow the
17  time it was.  Because I dropped power right
18  after the break.
19     MR. BRUNO:
20        All right.  That's all the
21     questions I have.  Thank you.
22     THE WITNESS:
23        Thank you.
24     MR. GILBERT:
25        You can go, Derek.
```

Page 140

```
1      MR. WALKER:
2         You go ahead.  You're a
3   Plaintiff.
4      MR. GILBERT:
5         I have just a couple of follow-up
6      so far if that's okay.  I'll go.  I'll
7      just jump in.
8   EXAMINATION BY MR. GILBERT:
9      Q.  When all of this happened, when the
10  events took place such as the explosion sound,
11  was it still dark?
12     A.  Yes, it was dark.
13     Q.  How long did it stay dark after
14  that?
15     A.  It stayed dark through the entire
16  time.  Then I didn't know it was light until
17  the next day, because with the hurricane, it
18  was overcast, I was in the station.  We didn't
19  get out of there until the next morning.
20     Q.  Did you ever see daylight that day?
21  And by that I don't mean -- I don't mean sunny
22  skies.  I just mean the light of the sun, the
23  light of day.
24     A.  No, I was in the station.  What do
25  you mean?
```

Page 141

```
1      Q.  Did you ever see -- Did you ever see
2   daylight?
3      MR. TREEBY:
4         Objection, vagueness --
5      THE WITNESS:
6         Daylight when?
7      MR. TREEBY:
8         -- as to "daylight".
9   EXAMINATION BY MR. GILBERT:
10     Q.  You were inside the station for a
11  while after this hanging onto the cabinet and
12  so forth.
13     A.  Yes.
14     Q.  Did you at any time during being in
15  the station see that it had gotten light
16  outside?
17     A.  Yes.
18     Q.  When did you first see that it had
19  gotten light?
20     A.  Oh, I have no idea what time it was,
21  because we had no watches or clocks or
22  anything.  We could see through a window that
23  daylight came.
24     Q.  Can you say -- Can you estimate a
25  number of hours that it was after the boom and
```

Johns Pendleton Court Reporters

800 562-1285

VILLAVASSO, WILLIAM

12/18/2007

Page 142

1 the break in the wall before it became
2 daylight?
3     A.  No, I couldn't tell you that.
4         MR. GILBERT:
5             Okay.
6 EXAMINATION BY MR. WILES:
7     Q.  Mr. Villavasso, do you remember the
8 passage of Hurricane Lilly in 2002?  Were you
9 working when Lilly -- Lilly made landfall to
10 the west of New Orleans, and do you remember
11 if there was -- there was a significant rain
12 event associated with that when you were on
13 duty?
14     A.  May have.  I can vaguely remember.
15     Q.  Okay.  And as far as record keeping
16 with respect to the quantity of water pumped
17 and whether pump D was used, that's something
18 you keep in the log; correct?
19     A.  Yes.
20     Q.  Okay.  So I could determine who was
21 there and whether D was in use and for what
22 duration by reference to those logs; correct?
23     A.  Yes, that's right.
24     Q.  Do you have an independent
25 recollection about whether or not you were on

Page 143

1 duty when Hurricane Ivan made landfall in
2 Orange Beach and whether or not we had any --
3 whether or not you were on duty and whether
4 pump D was in use?
5     A.  No, I don't remember.  But the logs
6 would probably tell you that.
7     Q.  All right.  Now, in 2005 we had
8 Hurricane Cindy, which was originally
9 categorized as a tropical storm, later
10 upgraded to a Category 1 hurricane.  Were you
11 on duty when -- This was in June, 2005 -- when
12 Hurricane Cindy made landfall actually in New
13 Orleans?
14     A.  No, I am not sure.  I don't know.
15         MR. WILES:
16             Okay.  Thank you very much.  No
17 further questions.
18         THE WITNESS:
19             Okay.
20         MR. TREEBY:
21             Can we take a break?
22         VIDEO OPERATOR:
23             Off the record.
24             (Whereupon a discussion was held
25 off the record.)

Page 144

1         VIDEO OPERATOR:
2             We're now back on the record.
3 EXAMINATION BY MR. TREEBY:
4     Q.  Mr. Villavasso, my name is Bill
5 Treeby and I represent Washington Group
6 International.  We have met once before; is
7 that right?
8     A.  Yes.
9     Q.  I wanted first to deal with the
10 timing and particularly the timing of when the
11 door flew off the hinge and you observed --
12 you heard a noise, you observed the floodwall
13 breaking.  And this may have been covered, but
14 I want to walk through the time line a little
15 bit.  Your best estimate of how long it was
16 between the time the door flew off the hinge
17 and the floodwall broke, was it minutes?
18     A.  Between the door flying off the
19 hinge and --
20     Q.  And you observing --
21     A.  -- the wall broke?
22     Q.  Yes.
23     A.  It would have to be about -- I would
24 say about -- Kind of unsure.  Because I stood
25 there for a while.  Maybe four or five

Page 145

1 minutes.  I am not sure.  I am unsure of that.
2     Q.  But you think it would have been as
3 long as half an hour?
4     A.  No.  It wasn't that long.
5     Q.  And after that four or five -- your
6 best estimate of four or five minutes elapsed,
7 am I correct you then went into the control
8 room and used the radio to call the Central
9 station?
10     A.  After the wall broke?  Yes.
11     Q.  Yes.  You heard a noise, the wall
12 broke, the water was coming up, you then went
13 to the -- to call Central station to turn off
14 the power; right?
15     A.  First I stood there for a while to
16 see what was going to happen.
17     Q.  That was four or five minutes.
18     A.  I am unsure --
19         MR. ERNST:
20             Objection.
21         THE WITNESS:
22             -- of the time.  I stood there
23 and I watched -- when I watched the
24 wall come down.  First, I heard the
25 boom; the wall came down; I seen

VILLAVASSO, WILLIAM

12/18/2007

Page 146

1    something like appeared to be a barge
2    or something protruding -- well, not
3    protruding, but you could see it.  I
4    left -- I don't know how long it took,
5    but I left there after I seen that
6    water, the tremendous amount of water
7    coming through and went to the control
8    room and called Central, told them to
9    drop the power.
10   EXAMINATION BY MR. TREEBY:
11       Q.  Okay.  Now, I apologize, because I
12   think what you originally told me was your
13   best estimate between the time the door flew
14   off the hinge and the time you saw the wall
15   break was four or five minutes, your best
16   estimate.  Is that correct?
17       A.  I would say -- I'm unsure.  It may
18   have been that time.
19       Q.  And then after that, after the wall
20   broke, you watched the water for some time.
21   Is that right?
22       A.  Yeah.  For a little while.  For a
23   few -- To see what was going to happen.  How
24   much water was coming through.
25       Q.  And what is your -- again, your best

Page 147

1    estimate of that lapse of time between the
2    time the wall broke and the time you then went
3    to tell them to turn off the power?
4        A.  Now, you asking me about to
5    estimate, but I am unsure of how -- how much
6    time elapsed.
7        Q.  We all understand you don't --
8    didn't have a stopwatch.
9        A.  Yeah.
10       Q.  There were a lot of things
11   happening.
12       A.  Right.  I would say -- I don't
13   know.  After I seen all of that happen and
14   seen the water, the maximum amount of water
15   coming through, I don't know if that lasted
16   minutes or seconds.  I really -- It's hard to
17   say.
18       Q.  Do you think that lapse was as long
19   as half an hour?
20       A.  Oh, no.  The lapse when I seen the
21   wall break and me calling Central?
22       Q.  Yes.
23       A.  No.
24       Q.  So that wasn't as much as a half
25   hour?

Page 148

1        A.  No.
2        Q.  And you have told Mr. Bruno this, I
3    believe, and others, that a good record of
4    when you called for the power to be shut down
5    would be in the log of the Central Station?
6        A.  That's correct.
7        Q.  Okay.  Now, that time, we have seen
8    it and I will just represent this to you, and
9    so I am asking you to assume it, was 6:10 A.M.
10   on the morning of August 29th.
11       MR. ERNST:
12           What's on that log?
13       MR. TREEBY:
14           What's on that log says 6:10 A.M.
15       when they got the call and shut off
16       the power.
17       THE WITNESS:
18           Well, that's what time it was.
19   EXAMINATION BY MR. TREEBY:
20       Q.  So I am trying then, taking that as
21   a point in time, I am trying to get you to, as
22   best you can, backing up from that time, how
23   long before that do you believe you saw the
24   floodwall break?
25       A.  Oh, it was minutes.  It was

Page 149

1    minutes.  Because when I seen that water
2    coming through, I knew I had to do -- make a
3    decision to cut power or we would have got
4    electrocuted.  We got a lot of voltage coming
5    through there.  And that was my decision to do
6    that.
7        Q.  Okay.
8        A.  But I had no idea of what time it
9    was.  I didn't know it was that time.
10       Q.  Do you believe, based on the weather
11   you observed, that it was heavily overcast at
12   that time?
13       A.  Oh, yeah, it was -- it was real dark
14   from the hurricane.  It was dark.  I don't
15   know what time it was, but it was dark.  It
16   was like it was evening.
17       Q.  Okay.  I'm going to change subjects
18   here for a minute.  You, in response to Mr.
19   Bruno's questions, you talked about seeing
20   trucks hauling material -- prior to Katrina,
21   you saw trucks hauling material or equipment
22   or whatever over the end of the flood -- over
23   the end of the levee in -- out of your sight?
24       A.  Right.  It was some type of business
25   there.  As to what, I don't know.

38 (Pages 146 to 149)

VILLAVASSO, WILLIAM

12/18/2007

Page 150

1     Q.  As best you can recall, what was the
2  last time you saw those trucks or trucks going
3  over into that area before Katrina?  Was it
4  weeks before, months before, years before?
5     A.  I really -- really couldn't tell
6  you.  I am not sure.
7     Q.  Okay.  When the trucks would come
8  back and forth over that -- the end of that
9  floodwall area, what route did they take?
10     A.  Florida.  Florida Avenue route.
11  Sometimes they would go towards Chalmette or
12  either the other way towards -- back towards
13  across the bridge.
14     Q.  So they would either take the back
15  way across the Florida Avenue bridge or they
16  would go down Florida Avenue towards
17  Chalmette?
18     A.  Correct.
19     Q.  Did you ever know anyone who worked
20  over in that area?
21     A.  No.
22     Q.  I am going to show you a picture
23  that --
24        MR. TREEBY:
25          What is the next exhibit number?

Page 151

1        MR. ERNST:
2          That would be -- Would it be 7?
3  Let me just look at it.
4        MR. ANZELMO:
5          Exhibit 7.
6        MR. ERNST:
7          Exhibit 7 would be the next
8  number.
9  EXAMINATION BY MR. TREEBY:
10     Q.  I'm going to take, with everybody's
11  permission, and I got this from Mr. Haycraft,
12  I am going to take a sticker and put exhibit
13  number Villavossa Number 7 over this exhibit
14  number so we're not confused.  And I am going
15  to show you this and ask you to look at it.
16  It's an aerial photograph, and I'll tell you
17  that it was taken -- some of this was after
18  the storm, but it does have a layout of the
19  area right around the station.  And I think
20  it'll help orient our discussion about what
21  you could see from the station.
22          If you would orient that picture
23  with the exhibit sticker to the top, I would
24  appreciate it as you look at it.  Okay.  Down
25  near the bottom of the picture, do you see

Page 152

1  Florida Avenue?
2     A.  Yeah.
3     Q.  Do you see where the road turns and
4  goes over the Florida Avenue bridge?
5     A.  Yes.
6     Q.  Can you locate on that picture where
7  your pump station was where you were working?
8        MR. ERNST:
9          I think you punched a hole
10  through it.
11        THE WITNESS:
12          It's really hard to see where my
13  station would be.
14  EXAMINATION BY MR. TREEBY:
15     Q.  I'm going to coming down there.
16        MR. WALKER:
17          What are you asking him?
18        MR. ERNST:
19          Where his station is located on
20  that -- Pardon?
21        MR. TREEBY:
22          Let me get down there and you'll
23  hear the question.
24        MR. BRUNO:
25          Bill is now going to point to

Page 153

1  it.
2  EXAMINATION BY MR. TREEBY:
3     Q.  Okay.  This road that's in yellow is
4  Florida Avenue.  Is that correct?
5     A.  Yeah.  I see that.  Yes.
6     Q.  Okay.  And correct me if I am wrong,
7  but your pump station is located right in this
8  area, is it not (indicating)?  Is this not --
9     A.  This is Florida.  What is this you
10  got the hole punched through?
11     Q.  Here's the railroad tracks
12  (indicating).
13     A.  Oh, these are the railroad?
14     Q.  Yes.
15     A.  No.  Yeah, that's the railroad
16  track.
17     Q.  The blue bridge is the Florida
18  Avenue bridge, the railroad bridge, is it
19  not.
20     A.  Yeah, this is the Florida -- the
21  bridge.  And this is the street going to
22  Southern Scrap?  So my station should be right
23  here (indicating).
24     Q.  Right.  Okay.  Would you put an X on
25  that part?  Put an X with this -- yes, that --

VILLAVASSO, WILLIAM

12/18/2007

---

Page 154

1  that's the right one.
2       A.   (Writing).
3       Q.   Okay.  Now, you see where Surekote
4  Road is indicated?
5       A.   Yes.
6       Q.   And this, I will represent to you,
7  this road that's immediately parallel to
8  Surekote Road here is Jourdan Avenue.
9       A.   Okay.
10      Q.   Jourdan Road.  I'm not sure if it's
11 Road or Avenue.  Now, you knew the floodwall
12 was toward the canal from Jourdan.  Is that
13 right?
14      A.   Right.
15      Q.   And it ran parallel to Jourdan, did
16 it not?
17      A.   Yeah.
18      Q.   Okay.  Now, would you draw an arrow
19 from the X that you've made to the area that
20 you saw the floodwall break?
21      A.   Okay.  Surekote Road I have never
22 heard of.
23      Q.   It's on the other side of the
24 floodwall.
25      A.   Oh, okay.  Well, if this is the

---

Page 155

1  floodwall --
2       Q.   Yes.
3       A.   -- and this is my station, --
4       Q.   Right.
5       A.   -- I seen in this direction, looking
6  to my left.
7       Q.   And do you see this faint line here
8  that's to the east of what's marked as
9  Surekote Road?
10      A.   Yeah.
11      Q.   If that is the floodwall, what part
12 of the floodwall did you see a break in?
13      A.   I couldn't tell you exactly on this
14 map, but it would be in this area here
15 (indicating).
16      Q.   Just mark -- Just put a line along
17 where it could have been as best you can
18 recall.
19      A.   (Writing).
20      Q.   Okay.  Now, the X that you have
21 marked, when you would look straight out the
22 double doors that you have described, when you
23 would look straight out of those doors, --
24      A.   Yeah.
25      Q.   -- would you put a long arrow toward

---

Page 156

1  the Industrial Canal to indicate the direction
2  you would be looking straight out that door?
3       A.   (Writing).
4       Q.   Okay.
5            MR. TREEBY:
6              Let the record reflect that's the
7            long arrow that is headed west toward
8            the Industrial Canal.
9  EXAMINATION BY MR. TREEBY:
10      Q.   While you were working at Pump
11 Station Number 5 before Katrina, did you ever
12 have occasion to either walk or drive along
13 Jourdan Avenue?
14      A.   I may have gone down that street
15 driving a couple of times.
16      Q.   Prior to Katrina did you ever see
17 water gathering between Jourdan Avenue and the
18 floodwall when it wasn't raining?
19      A.   No.
20      Q.   If we have now -- If the Central log
21 station shows that 6:10 was when they shut the
22 power off, got the call and shut the power off
23 on the morning of August 29th, how long after
24 that did this skiff come floating up to the
25 double doors at the Pump Station Number 5?

---

Page 157

1       A.   I am not sure at all on that.
2       Q.   Was it that day?
3       A.   Yeah, it was that day.
4       Q.   And what did you do when you noticed
5  that occur?
6            MR. ERNST:
7              The boat floating up?
8       THE WITNESS:
9              The boat floating up?
10 EXAMINATION BY MR. TREEBY:
11      Q.   Yes, the boat floating up.
12      A.   It floated up to the doors and me
13 and the electrician, Mr. Henry Smith, pulled
14 it into the station and into the grid resistor
15 room.
16      Q.   By the time that happened and you
17 pulled the boat into the station, had the
18 water gone down from the original height?
19      A.   No, it was going up higher.
20      Q.   Okay.  Because I thought that you --
21 I thought those double -- I thought that area
22 where the double doors were, you had to get
23 out of that area and escape up to a higher
24 level to avoid the flood water.
25      A.   Oh, we did, but when the boat came

---

VILLAVASSO, WILLIAM

12/18/2007

Page 158

1  in, we were thinking about getting in the boat
2  and venturing out, but we changed our minds
3  because the wind was too high, so we secured
4  the boat into the grid resistor room and then
5  we fled back into the older part of the
6  station for safety.
7      Q.  Okay.  This occasion that you have
8  described, and you described it also when we
9  met, in which you did, not being not able to
10  swim, you got hold of a cabinet and floated on
11  that cabinet, --
12     A.  Yes.
13     Q.  -- was that before or after the boat
14  came?
15     A.  That was after the boat came.
16     Q.  And just so the record is complete,
17  even though that's not what this case is
18  about, you suffered some injuries as a result
19  of the storm, did you not?
20     A.  Yes.
21     Q.  Would you describe just briefly what
22  those injuries were?
23     A.  I hurt my leg.  I hurt my leg, I had
24  diesel fuel in my eyes that really hurt my
25  eyes, and I reinjured -- I had a torn rotator

Page 159

1  cuff and I reinjured that.
2      Q.  Were you treated later for any of
3  those injuries?
4      A.  Yes.
5      Q.  Which one?
6      A.  For all of them.
7      Q.  Okay.  Which was the longest one to
8  resolve?
9      A.  My shoulder.
10     MR. TREEBY:
11        Those are my questions.
12     MR. WALKER:
13        Can we take about a five minute
14     break?
15     MR. ERNST:
16        Sure.
17     VIDEO OPERATOR:
18        Off the record.
19     (Whereupon a discussion was held
20     off the record.)
21     VIDEO OPERATOR:
22        We're back on the record.
23  EXAMINATION BY MR. WALKER:
24     Q.  Mr. Villavasso, good afternoon.  I
25  don't know if you remember, my name is Derek

Page 160

1  Walker and we have also met.
2      A.  That's correct.
3      Q.  Is that right?  Do you remember
4  that?
5      A.  Yes, I remember.
6      Q.  I met you along with Mr. Treeby?
7      A.  Correct.
8      Q.  Okay.  And do you remember what we
9  asked you questions very similar to what
10  people have asked you here today, and you gave
11  us the best recollection of your events that
12  day?
13     A.  Yes.
14     Q.  I am going to go over some things
15  and I ask you again to give me your best
16  recollection.  Don't guess.  If you're
17  guessing, let me know you're guessing so that
18  we understand that it's a guess and not an
19  actual recollection.
20     A.  Okay.
21     Q.  Have you given anybody a written
22  version of what happened during Hurricane
23  Katrina?
24     A.  No.
25     Q.  Have you signed anything that

Page 161

1  anybody prepared based on what you told them
2  about Hurricane Katrina and what you went
3  through?
4      A.  No.
5      Q.  Have you given any interviews to
6  newspapers, television stations, reporters,
7  anybody like that?
8      A.  No.
9      Q.  Do you know what the American Water
10  Works Association is?
11     A.  Kind of unsure.  I really don't
12  know.  Why?
13     Q.  Well, I was just wondering if you
14  ever gave a reporter from that entity any
15  interview or if they asked you about the
16  events of Hurricane Katrina.
17     A.  A reporter?
18     Q.  Yes.
19     A.  Not that I can recollect.
20     Q.  Have you ever been interviewed by
21  the American Psychiatric Association?
22     A.  I am not quite sure.  I don't know
23  what that is.
24     Q.  Okay.  You did suffer some
25  post-traumatic stress as a result of Hurricane

41 (Pages 158 to 161)

VILLAVASSO, WILLIAM

12/18/2007

Page 162

1  Katrina; isn't that right?
2     A.  Correct.
3     Q.  And you sought medical attention as
4  a result?
5     A.  Yes.
6     Q.  And that was in Chicago?
7     A.  Yes.
8     Q.  What was the name of your doctor?
9     A.  I don't even remember it.
10    Q.  In connection with his treatment of
11 your condition, did he ask you about the
12 events of Hurricane Katrina?
13    A.  Yeah.  I believe he did.
14    Q.  All right.  Were you treated by
15 anybody in New Orleans for the stress
16 disorder?
17    A.  No.
18    Q.  Are you currently being treated for
19 either stress or any other medical condition?
20    A.  My shoulder, an orthopedic doctor
21 for my shoulder.
22    Q.  And what's his name?
23    A.  I don't have that information with
24 me now, but I could get it for you.
25    Q.  Do you remember the group of doctors

Page 163

1  he's with or where he's located?
2     A.  Yeah.  In Metairie.  It's in
3  Metairie.
4     Q.  All right.  And did you see somebody
5  in Chicago for your shoulder?
6     A.  Yes.
7     Q.  And what doctor was that?
8     A.  Dr. Boler, I believe.
9     Q.  Do you remember how to spell that?
10    A.  No.  I'm not quite sure.
11    Q.  Did you give Dr. Boler your history
12 of how you hurt your shoulder and the events
13 of Hurricane Katrina?
14    A.  I don't know about the events of
15 Hurricane Katrina, but how I hurt my shoulder,
16 I did.
17    Q.  How did you hurt your shoulder?
18    A.  Well, I had a torn rotator cuff
19 before the hurricane and I was out on
20 workmen's comp and I went back to work.  And
21 they were going to operate, but I chose not to
22 get the operation done.  So after -- after the
23 hurricane occurred, I hurt my leg, I reinjured
24 my shoulder again, it was -- I couldn't hardly
25 move my arm then, and I had a problem with my

Page 164

1  eyes; I burnt my eyes.
2     Q.  And that's as a result of diesel
3  fuel getting in your eyes and the mixture of
4  diesel fuel and water in the pump station?
5     A.  Correct.
6     Q.  Now, when did that first happen that
7  you got diesel in your eyes?
8     A.  After we went into the outer
9  station, I put on my life -- I had my life
10 vest on and I tried to stand in the water on
11 the landing for bouyancy and I went down and
12 came back up, and I went all the way down.
13 The life jacket didn't work.
14    Q.  So this was at some point after you
15 had a substantial amount of water in the pump
16 -- in the switch gear room?  Is that what you
17 call it?
18    MR. ERNST:
19       Pump room.
20    THE WITNESS:
21       No, pump station.
22 EXAMINATION BY MR. WALKER:
23    Q.  Pump station.
24    A.  Yeah.
25    Q.  Well, let's do something and let's

Page 165

1  mark -- There's more than one building
2  associated with Pump Station number 5, isn't
3  there?
4     A.  Correct.
5     Q.  I am going to show you a photograph
6  I think that depicts the buildings there.
7  Let's use this one.
8     MR. WALKER:
9       What number are we on, Larry?
10    MR. ERNST:
11       I think we're 8 now.  It's 8.
12    MR. WALKER:
13       So this will be 9?
14    MR. ERNST:
15       Hold it.  No, I think the next --
16 This is going to be 8.
17    MR. WALKER:
18       Okay.
19    MR. ERNST:
20       Yes, that's 8.
21 EXAMINATION BY MR. WALKER:
22    Q.  Do you recognize that as being Pump
23 Station number 5?
24    A.  Yes.
25    Q.  And there are at least two buildings

VILLAVASSO, WILLIAM

12/18/2007

Page 166

1  that I see in that photograph.
2      A.  The larger one is the station where
3  we were in the water at.
4      Q.  The one with the gray roof?
5      A.  Correct.
6      Q.  And what do you call the one with
7  the green roof?
8      A.  The office.  The office and switch
9  gear room.
10     Q.  The office and switch gear are one?
11     A.  Uh-huh (affirmatively).
12        MR. ERNST:
13            They're different rooms within
14        that building.
15        THE WITNESS:
16            Yeah, it's three different
17        rooms.  The grid resistor room, the
18        switch gear room, and the office.  The
19        taller building is where the pumps are
20        housed in.
21  EXAMINATION BY MR. WALKER:
22     Q.  Right.  So if I mark the taller
23  building as the pump room, --
24     A.  Correct.
25     Q.  -- would that be accurate?

Page 167

1      A.  Yeah.
2      Q.  Okay.  And what do you call the
3  building, the shorter building with the green
4  roof, regardless of how many rooms are in
5  there?  What do you call it?
6      A.  The office complex.
7      Q.  The office complex.  Okay.  I just
8  want you to look at what I have done.  Is that
9  correct?
10     A.  Yes.
11     Q.  All right.  Now, within the office
12  complex, you said you have three rooms
13  actually.  They're the office, and what were
14  the other two?
15     A.  The office, switch gear room, and
16  grid resistor room.
17     Q.  Okay.  If you go through the doors
18  that you have been talking about today, what
19  room do you enter?
20     A.  The switch gear room.
21     Q.  Okay.  And then how do you get to
22  the next room?  What is the next room?
23     A.  The next room would be the office if
24  you go to the left.  And if you go straight
25  back would be the grid resistor room.

Page 168

1      Q.  Is there a door between each of
2  those rooms?
3      A.  Yes.
4      Q.  Metal door or wooden door?
5      A.  Metal.  Aluminum doors.
6      Q.  And then how do you enter the pump
7  room?
8      A.  There's another door from the office
9  going into the pump room.
10     Q.  And does that have a door?
11     A.  Yes.
12     Q.  What kind of door?
13     A.  That's aluminum and glass.
14     Q.  And do you ascend or descend to go
15  from the office to the pump room?
16     A.  You descend.
17     Q.  Approximately how many steps or
18  distance, if you remember?
19     A.  It's probably about eight steps
20  down.
21     Q.  Did either of these two buildings
22  have a wall clock?
23     A.  Yes.
24     Q.  Which one?
25     A.  The office.

Page 169

1      Q.  And what's the height of the
2  ceilings in the office?
3      A.  I would say about ten to twelve
4  feet.
5      Q.  And where was the wall clock?
6      A.  On the wall.
7      Q.  At what height?
8      A.  Maybe -- Maybe eight feet.
9      Q.  I'm glad we can still all laugh
10  about that.
11     A.  It's late in the day.
12        MR. ERNST:
13            What did you say?  I didn't hear.
14        THE WITNESS:
15            Maybe eight feet
16  EXAMINATION BY MR. WALKER:
17     Q.  Eight feet.  Was it an electric
18  clock or battery-operated, if you know?
19     A.  It's battery-operated.
20     Q.  Was it operating that day?
21     A.  As far as my knowledge, yeah.
22     Q.  Was that clock ever inundated?  Was
23  it flooded?  Did it get wet?  Do you know?
24     A.  I am not sure.
25     Q.  Did you ever return to the office

43 (Pages 166 to 169)

VILLAVASSO, WILLIAM

12/18/2007

Page 170

1  after the events of Hurricane Katrina, to that
2  office complex?
3      A.  Sure.
4      Q.  Did you see the wall clock?  Is it
5  still there?
6      A.  I don't know if that's the same one,
7  but I know it's a clock there because I just
8  worked there Sunday.
9      Q.  Okay.  The one that was there during
10  Hurricane Katrina, can you describe it to me?
11  Anything in particular that stands out that
12  would help us identify it?
13      A.  No, it's just an old wall clock.
14  Been there for years.  Round.  It's just a
15  standard --
16      Q.  Plain old black numbers around a
17  circle?
18      A.  Yeah.
19      Q.  About how big diameter-wise?
20      A.  About like that (indicating).
21      Q.  The one that's there today, is it
22  the same --
23      MR. ERNST:
24          For the record, he said "one
25      about like that," you want to describe

Page 171

1          that in inches?
2  EXAMINATION BY MR. WALKER:
3      Q.  Would that be about --
4      MR. WEBB:
5          Larry, we are videoing this.
6  EXAMINATION BY MR. WALKER:
7      Q.  -- a foot across?
8      A.  Yeah, I would say maybe a foot.
9      Q.  Is the clock that's there today
10  similar?
11      A.  Yes.
12      Q.  Could you circle on Exhibit 8 the
13  doors that you were exiting?
14      MR. ERNST:
15          He wasn't exiting.  He said he
16      was standing there.
17  EXAMINATION BY MR. WALKER:
18      Q.  Well, you went in and out and where
19  you stood that evening that go out to a
20  porch.
21      A.  (Writing).
22      Q.  And that is a small terrace or porch
23  right in front of it?  Is that right?
24      A.  Correct.
25      Q.  Is that right there?  I have marked

Page 172

1  it as "Doors"?
2      A.  Uh-huh (affirmatively).
3      Q.  And it's two doors that close in the
4  center?
5      A.  Yeah.  Two double doors.
6      Q.  Do those doors open outward or
7  inward?
8      A.  Outward.
9      Q.  And were both doors operational the
10  day of the hurricane?
11      A.  Yes.
12      Q.  Were you using both or just one?
13      A.  Well, you have to open one to -- you
14  open one of them and the other one opens
15  also.
16      Q.  So if you were to exit those doors,
17  you'd open them both --
18      A.  Right.
19      Q.  -- with your left and your right
20  arm?
21      A.  Uh-huh (affirmatively).
22      Q.  How would they remain open?  Or did
23  they remain open?  Or would they just close
24  behind you?
25      A.  No, it wasn't a door ease at the

Page 173

1  top.  Well, it used to, but it was broken.  So
2  you'd have to manually push it back closed
3  yourself.
4      Q.  Okay.  Did you ever give any --
5      MR. ERNST:
6          Excuse me, Derek.  When you have
7      double doors, usually one is fixed and
8      one is operable.  You may want to
9      clarify that.
10  EXAMINATION BY MR. WALKER:
11      Q.  That goes to the question I asked
12  you earlier.  I thought you testified that
13  both doors opened and that's how you exited,
14  by grabbing them both and swinging them open.
15  So this was not a situation where you had one
16  door bolted at the floor and at the ceiling or
17  door frame and just used one side?
18      A.  Well, they can -- they can -- At one
19  time they were working.  One time they weren't
20  working.  But when you opened them, usually
21  both of them come open because they weren't
22  working properly.  The door ease at the top
23  were broke and also the sash that clips the
24  bottom and the top to hold it closed, they
25  weren't working.

VILLAVASSO, WILLIAM

12/18/2007

Page 174

1    Q.  So both doors on the day of the
2  hurricane would open if you went in and out of
3  this --
4    A.  Yeah.
5    Q.  -- location?  Do you remember which
6  door is it that blew off its hinges?
7    A.  The one to the left side.  If I was
8  standing inside of the station, inside of the
9  room, it would be the door to the left.
10    Q.  How were you called out that day?
11  Were you called by phone, by radio?  How were
12  you contacted to go out as part of the crew
13  that was required for this special weather
14  event?
15    A.  I was called by telephone by my
16  assistant supervisor, Andrew Fiarello.
17    Q.  And did you drive yourself to the
18  station?
19    A.  Yes.
20    Q.  And what were the weather conditions
21  when you drove out there?
22    A.  Nice.
23    Q.  About what time was that on Sunday?
24    A.  12:00 noon.  About 12:00 noon.
25    Q.  So around 12:00 noon it was not

Page 175

1  raining?
2    A.  No.
3    Q.  What was the wind like?
4    A.  Normal.
5    Q.  Who was already there when you got
6  there?
7    A.  Just about everybody.  All the
8  operators and the electrician.
9    Q.  The electrician is Mr. Smith?
10    A.  Yeah.
11    Q.  During the course of the night of
12  Sunday and the morning of Monday that you
13  described these events, did any of your
14  co-workers go out these doors that you have
15  described?
16    A.  Could you repeat that question?
17    Q.  Sure.  During the course of Sunday
18  night and Monday evening, which is the time
19  frame you have described these events for us
20  today, you told us that you went to this door,
21  through this door, as far as the door, a
22  couple of times.  Did either Mr. Reese, Mr.
23  Rainey, Mr. Smith, or Mr. Collins go to that
24  door also?
25    A.  I believe Mr. Smith, he may have.  I

Page 176

1  am not sure, but I believe he did.
2    Q.  Do you know when he did that?
3    A.  During the course of the wind and
4  rain, because we had a portable generator set
5  up out there and he was taking care of that.
6  He had it set up outside in the switch gear
7  room.
8    Q.  And was that before the flooding
9  occurred or after?
10    A.  Before.
11    Q.  And was he standing with you when
12  the door flew off its hinges?
13    A.  I can't remember.
14    Q.  Was anybody else standing with you
15  when the door flew off its hinges?
16    A.  I really -- I really can't
17  remember.
18    Q.  After you evacuated in this -- You
19  called it a skiff?  Is that right?
20    A.  Yes, aluminum like flat boat.  I
21  don't know whether you call it a skiff or not.
22    Q.  Were all five of you able to go in
23  that skiff at once?
24    A.  No.
25    Q.  How many at a time?

Page 177

1    A.  Three went over the first time.
2  Then one guy came back, Mr. Richard Reese, and
3  got me and Henry Smith, and then we went
4  over.
5    Q.  And you went over to Pump Station
6  number 19?
7    A.  That's correct.
8    Q.  And who was at that station when you
9  arrived?  Other than the fellows that had been
10  with you at Number 5, who was at Number 19?
11    A.  Had Gerald -- had Gerald Tilton, one
12  of the assistant supervisors; Tyrone Young;
13  and a few more guys.  All the guys that
14  normally work at that station.
15    Q.  And what time was that when you went
16  over to number 19?
17    A.  I think that was -- I am not sure
18  because of -- on the time of how many days
19  even elapsed, because we were at that station
20  I think for two days.  So I think it was two
21  days before we got to the other side.
22    Q.  So you think you were at number 5
23  for two days --
24    A.  Days.
25    Q.  -- before you went to number 19?

VILLAVASSO, WILLIAM

12/18/2007

Page 178

1    A.  Right.  Because I can remember we
2  slept a couple of nights.  We couldn't get out
3  of there.
4    Q.  Okay.  And how long did you remain
5  at number 19?
6    A.  For I think another two days.
7    Q.  And I assume that you discussed with
8  your colleagues and co-workers the events of
9  the days, what had happened, what each of you
10  had seen and done?
11    A.  Well, yeah, I spoke with them and so
12  did the other people that were with me.  But
13  at that particular point I wasn't really doing
14  too much talking because my eyes were burnt
15  red and I -- my main focus was calling my
16  superintendent to get airlifted out of there
17  to -- my eyes were on fire.
18    Q.  But for the two days at number 5 and
19  the two days at number 19, did anybody ask you
20  what you saw?
21    A.  Yeah.  I think one of the guys asked
22  me what happened over there, and we explained
23  to him what happened.  Not only me, but me and
24  Richard Reese, Kevin Collins, and Wallace
25  Rainey explained to them what happened.

Page 179

1    Q.  Did you discuss what happened with
2  anybody else in the two years since the
3  hurricane?
4    A.  Now, when you say "discuss", what do
5  you mean?
6    Q.  Well, who's Mr. Green?  Was he your
7  landlord in Chicago?
8    A.  Yeah.
9    Q.  Did you ever share with him any
10  anecdotes regarding what you lived through?
11    A.  Some of the basic stuff that
12  happened.  That I was caught in a hurricane.
13  I can't remember if I told him in detail what
14  happened, you know, from minute to minute.
15    Q.  Looking again at Exhibit Number 8,
16  are there lights on the outside of the office
17  complex or the pump room?
18    A.  Yes.
19    Q.  Can you see them in that photograph,
20  or not?
21    A.  There's a light there, one there,
22  one there, one there, and two on that building
23  (indicating).
24    Q.  So they're sort of under the eaves
25  of the green roof?

Page 180

1    A.  Yeah.
2      MR. ERNST:
3        What he pointed out was that
4      they're around the perimeters of the
5      outside of the buildings, those
6      buildings, the two buildings.
7  EXAMINATION BY MR. WALKER:
8    Q.  Are they the sort of shiny things
9  that you see in the photograph?  Is that what
10  that is?
11      MR. ERNST:
12        You want to put an arrow to
13      them?
14  EXAMINATION BY MR. TREEBY:
15    Q.  Yes.  Why don't you mark one of
16  them.
17      MR. ERNST:
18        Don't obliterate the light.  Just
19      put an arrow.
20      THE WITNESS:
21        Right.  (Writing).  Right above
22      the dots
23  EXAMINATION BY MR. WALKER:
24    Q.  Okay.  And those lights are
25  illuminating the perimeter of the --

Page 181

1    A.  The building.
2    Q.  Of both buildings?
3    A.  Correct.
4    Q.  Are there any street lights, or were
5  there any street lights on Jourdan Avenue
6  across from the pump station?
7    A.  Yes.
8    Q.  And where were they located; do you
9  remember?
10    A.  Across the street on the corner of
11  Jourdan Avenue and a little bit down, a little
12  further down.
13    Q.  And do you know when those street
14  lights ceased to operate that night?  Or the
15  next morning?
16    A.  I think when the second transformer
17  blew.
18    Q.  And was that before or after the
19  wall break?
20    A.  Before the wall broke.
21    Q.  So at the time the wall broke, when
22  you looked out from that door frame, there
23  were no lights illuminating the area of the
24  floodwall?
25    A.  No.

VILLAVASSO, WILLIAM

12/18/2007

Page 182

1    Q.  That's right?  Is that correct?
2    A.  That's correct.
3    Q.  I have marked two of the lights.  Is
4  that correct?
5    A.  Right.
6    Q.  Is that when you meant?
7    A.  Yeah.
8    Q.  Okay.  And you marked a couple of
9  other dots that I haven't.
10    A.  Uh-huh (affirmatively).
11    Q.  In answering Mr. Gilbert's questions
12  I think originally, you had talked about going
13  to this door once and making some observations
14  and then going a second time when you saw the
15  wall break.
16    A.  That's correct.
17    Q.  That's only twice.  Is there --
18    A.  Well, actually, that wasn't -- When
19  I did explain that to him, I told him I went
20  to the back door, the side door, and those
21  doors.  For the simple fact is in that
22  station, if you notice in that picture, the
23  office complex has no windows.  So the only
24  way to monitor what's going on outside is by
25  going out the door.

Page 183

1    Q.  My question was going to did you
2  only go out this --
3    A.  No.
4    Q.  -- front door twice?
5    A.  No.
6    Q.  You went out more than --
7    A.  More than two times.
8    Q.  Okay.  Between -- I'm sorry.
9    A.  And this one --
10    Q.  Go ahead.
11    A.  This was before it start getting
12  bad.  I may have went out, looked out that
13  door about 20 times the time I got there
14  until the time the hurricane hit.
15    Q.  Okay.  Let's start from the time the
16  wall broke.  Did you look out that door again
17  after the wall broke?
18    A.  Did I look out it after the wall
19  broke?  Yeah.  I came back after I went in the
20  office, dropped power, we're in pitch black, I
21  came back, looked out the door again, seen
22  that water was coming up real high; that's
23  when I told everybody let's retreat into the
24  older part of the station because it's taller
25  and we could get up higher.

Page 184

1    Q.  All right.  And did you see anything
2  -- What did you see at the floodwall?  That
3  it was already breached?
4    A.  It was already breached and all I
5  seen was massive amounts of water flowing in.
6  Our vehicles in the front of the station
7  floating away.
8    Q.  Now, you also testified that, I
9  believe, the first time that you went up and
10  made an observation from this door, you saw
11  water splashing over the floodwall four to
12  five feet high and in wave forms.  Is that
13  correct?
14    A.  Right.
15    Q.  When you went out the second time,
16  just before you saw the wall break, were you
17  still seeing these four to five foot waves, or
18  was the water coming over?
19    A.  Intensifying, yeah.  Intensifying.
20    Q.  How high was the water level in the
21  canal?  Was it starting to pour over or creep
22  over?
23    A.  It was a splashing effect.  I
24  couldn't tell if it was continuously pouring.
25  I could just see it splashing hard.

Page 185

1    Q.  If you looked, rather than directly
2  at that floodwall area, and looked to the
3  right, could you see the height of the water
4  in the Industrial Canal?
5    A.  No, you can't see that.  The wall is
6  too high.
7    Q.  Did you ever go out on that porch
8  that night to take a smoke?
9    A.  When -- What do you mean, that
10  night?  Early, before the winds and rain?
11    Q.  Yes, any time.
12    A.  Yeah.
13    Q.  Okay.  Before -- I'm sorry.  After
14  the time when you observed this four to five
15  foot splashing and before you saw the wall
16  break, did you take any smoking breaks out
17  there?
18    A.  Sure.
19    Q.  How did you light your cigarette?
20    MR. ERNST:
21      Object to the form of the
22    question.
23  EXAMINATION BY MR. WALKER:
24    Q.  I am not being tricky.  What I am
25  trying to get at, Mr. Villavasso, --

VILLAVASSO, WILLIAM

12/18/2007

Page 186

1      A.  No, I --
2      Q.  Let me ask you the question.  How
3  was the wind blowing?  What direction?  If
4  you're smoking and you're trying to light a
5  cigarette, you're protecting the flame in some
6  fashion against the wind.
7      A.  Well, actually, I lit it in the
8  switch gear room.  I didn't light it outside.
9      Q.  All right.
10     A.  Because we did have winds.  It
11 wasn't -- At the beginning, it wasn't a
12 considerable amount of winds, but it was wind.
13     Q.  Do you remember which way it was
14 blowing?
15     A.  No.
16     Q.  Did anybody else go out with you to
17 have a smoke?
18     A.  No.  Not that I can remember.
19     Q.  You described what I believe you
20 said was a 20 foot wall of water.  Do you
21 remember that?
22     A.  Yes.
23     Q.  I was a bit confused as to when that
24 was and where it was coming from.  Would you
25 mind just going over that again a bit?

Page 187

1      A.  Well, I seen a wall of water.  When
2  I said 20 feet, I was just estimating that's
3  what it may have been.  Coming from Southern
4  Scrap towards the Florida bridge, coming that
5  way, going towards the Claiborne bridge.
6      Q.  And did you see that in the canal or
7  into the neighborhood?
8      A.  Into the canal.  Basically it was --
9  it was pouring over the sides, but -- At that
10 point.  But at the point it start pouring over
11 the sides, and it was just rushing straight
12 down the canal.
13     Q.  And was that before or after the
14 wall break?
15     A.  It was during the wall break.  When
16 it reached that point, that's when I heard a
17 boom, the wall broke, I seen the tip of what
18 appeared to be a barge and the water rushing.
19     Q.  Okay.  So you saw this 20 foot wall
20 of water coming from the Southern Scrap yard
21 area toward the wall that eventually broke and
22 down the canal?
23     A.  Correct.
24     Q.  Is that fair?  Did you see any of
25 this wall of water that you referred to coming

Page 188

1  from the Southern Scrap yard actually come
2  over the railroad track area?
3      A.  No.  I was more focused on the
4  canal.
5      Q.  I'm going to show you a photograph
6  that I hope helps us with what you just said.
7  I'll mark it as Number 9.  It shows the
8  Florida Avenue bridge; right?  That's the blue
9  bridge?
10     A.  Right.
11     Q.  And Southern Scrap yard and the pump
12 station area?  Is that right?
13     A.  Yeah.
14     Q.  Okay.  And is it helpful to you to
15 show us with a pen the direction of this wave
16 of water?
17     A.  Yeah.  I seen the wave of water come
18 this way, with this arrow here (writing).  I
19 seen it go down.  I heard a lot of clinging
20 when it got to the bridge, and just seen it go
21 this way (writing).
22     Q.  Okay.
23     MR. ERNST:
24          Heading from the lake toward the
25     Claiborne Avenue?

Page 189

1      THE WITNESS:
2          The lake towards the Claiborne
3      Avenue bridge.
4  EXAMINATION BY MR. WALKER:
5      Q.  And this was, to the best of your
6  estimate, about a 20 foot wall of water?
7      A.  Well, yeah.  I am estimating when I
8  say 20 foot.  I didn't have a tape measure
9  there.  I just seen it was a high wall of
10 water.
11     Q.  I understand.  And then as that wall
12 of water passed somewhere parallel to your
13 pump station is when you saw the wall
14 collapse?
15     A.  Right.
16     Q.  Did that wall of water keep going
17 down?  Did you notice?  Or did it go over the
18 wall, or what happened?
19     A.  Yeah, at the time it was flowing
20 this way, it was pouring over the walls, over
21 the side of the walls.  You could see it
22 pouring over the walls and we were getting
23 massive amounts of water then.  But as you
24 seen it, it looked like a big ball really
25 going this way (indicating), then you --

48 (Pages 186 to 189)

VILLAVASSO, WILLIAM

12/18/2007

Page 190

1      Q.  When you say "this way", you're
2   saying down the canal?
3      A.  Down the canal towards Claiborne.
4      Q.  And the walls that you're referring
5   to, you have been showing us with your hands,
6   are these walls in front of Southern Scrap and
7   the walls in front of your pump station?
8      A.  Yeah.  The floodwall.
9      Q.  Right.
10     A.  They go all the way down.  I don't
11  see them on this map.  Where it goes down this
12  way (indicating).  But yeah.  You could see
13  them spla- -- the water was splashing at
14  first; then it start flowing when the big ball
15  of water came.
16     Q.  That's when it started pouring over
17  the floodwalls?
18     A.  Correct.
19     Q.  Both to the north and to the south
20  of the Florida Avenue bridge?
21     A.  As the water approached --
22     MR. ERNST:
23        Wait, wait, wait, wait.
24  EXAMINATION BY MR. WALKER:
25     Q.  Let me finish --

Page 191

1      MR. ERNST:
2         You both can't talk together.
3   EXAMINATION BY MR. WALKER:
4      Q.  Both to the north and to the south
5   of the Florida Avenue bridge?
6      A.  As the water approached this way
7   (indicating), the intensity of it flowing over
8   the wall was greater.
9      Q.  As it got to that narrow area of the
10  bridge, in front of it's the bridge?
11     A.  It was greater, yeah.
12     Q.  All right.  Could you just finish
13  that?  Did you mean that to be an arrow
14  pointing in the direction where that ball of
15  water came?
16     A.  Yeah, the ball of water is coming
17  down this way; water is flowing over the side
18  of the canal wall; and when it reached down to
19  the end where I heard a boom, I seen -- what
20  happened, I don't know, but when I heard the
21  boom, you could see this part of the wall
22  tumble down and I seen to appear to be part of
23  a -- something steel.
24     Q.  The tip of something?
25     A.  Steel.

Page 192

1      Q.  Let me finish this, if this is
2   accurate.  So this would be -- Is that right,
3   the continuation of the arrow?
4      A.  Correct.
5      Q.  All right.  Now, you described the
6   sounds you heard.  Clinging, I think you
7   said?
8      A.  Yeah.  When it was -- when it hit
9   the bridge.
10     Q.  Metal sounds, crashing sounds,
11  breaking sounds?  What?
12     A.  Metal sounds.
13     Q.  Well, would you think it was the
14  wall of water taking debris down?
15     A.  Yeah.  That's exactly what I
16  thought.
17     Q.  Smashing against what?  Against each
18  other or some structure?
19     A.  Smashing against the bridge itself.
20  Because the bridge was lowered.  And the next
21  day we found that out, because it was full of
22  metal debris and stuff.
23     Q.  What kind of debris?  Any idea?
24     A.  Big round tanks.  Some kind of big
25  tanks.  All kind of debris.  I don't know

Page 193

1   where it came from or actually what it was.
2      Q.  I am going to circle something here
3   in Exhibit Number 9.
4      MR. WILES:
5         Derek, what's the date that
6      photograph was taken?
7      MR. WALKER:
8         I don't have it marked on here,
9      but it's post-Katrina.  I don't
10     remember if it's November.  Could be
11     November, '05.
12     MR. WILES:
13        You know the source of it?
14     MR. WALKER:
15        Not off the top of my head.
16  EXAMINATION BY MR. WALKER:
17     Q.  I'm going to mark -- or circle
18  something here in Exhibit Number 9.  Do you
19  know what that is?
20     A.  No.  Looks like something black.  I
21  don't know what it is.
22     Q.  You ever notice that there before
23  the hurricane?
24     A.  No.  I don't think that's visible
25  from the access highway or street.

Johns Pendleton Court Reporters                    800 562-1285

VILLAVASSO, WILLIAM

Page 194

```
1        Q.   And just for purposes of the future
2   in this case, I am going to make another
3   circle (writing); and correct me if I am
4   wrong, that is the Pump Station number 5 --
5        A.   Yes.
6        Q.   -- complex of buildings?
7   (Writing).  And the area you referred to as
8   Southern Scrap, is that this area of this
9   white building?  Is that right?  Or is it more
10  the gray building?
11       A.   It's over here (indicating).
12       Q.   You're pointing --
13       A.   I don't know what this is, but I
14  know this is the Southern Scrap yard you pull
15  into right there.
16       Q.   So you're pointing at the blue
17  building right at the edge of the photograph?
18       A.   Yeah.  Yeah.  I don't know what that
19  is there (indicating).
20       Q.   Okay.  I'm going to circle that
21  (writing).  Is that right?
22       A.   Yeah.
23            MR. ERNST:
24            Well, for the record, I believe
25       what he is referring to as the area
```

Page 195

```
1   where Southern Scrap is, is not --
2            THE WITNESS:
3            Right.
4            MR. ERNST:
5            Let me finish, please.
6            THE WITNESS:
7            Okay.
8            MR. ERNST:
9            It's not a single building.  It's
10  in that direction and it goes down the
11  canal toward the north.  That's -- I
12  think the beginning of it is what
13  you're seeing there.
14            MR. WALKER:
15            Correct.
16            THE WITNESS:
17            I have no idea how big it is.  I
18  have been coming this way for many
19  years and I -- we used to take the
20  bridge and go this way and go there.
21  As soon as you turned down this drive,
22  they have a sign that says
23  "Entrance Southern Scrap."  So I
24  figured it's there now.  These other
25  buildings may be buildings of theirs
```

Page 196

```
1        also.  I don't know.
2   EXAMINATION BY MR. WALKER:
3        Q.   I understand.  Okay.
4             Earlier, before the wall break,
5   did you see any water coming from behind the
6   pump room building over the sheet pile wall
7   along the railroad track?
8        A.   Yes.
9        Q.   How much water did you see coming
10  over that wall?
11       A.   Splashing effect.  Just like on the
12  wall from the Industrial Canal.
13       Q.   Okay.  And when did you first see
14  that?
15       A.   When I went out and checked the back
16  door, they have a back door on the side of the
17  big, tall building.
18       Q.   Of the pump station -- of the pump
19  --
20       A.   Pump building, right.
21       Q.   Pump room?
22       A.   I opened the door and I could see
23  water splashing effect over there, which is
24  our discharge side for the station.
25       Q.   Okay.  So was that -- I forgot the
```

Page 197

```
1   sequence, and I apologize.  When you went out
2   the back door of that pump room, was that
3   before you first went out the front door?
4        A.   Yes.
5        Q.   Okay.  How much water was coming
6   over that wall?
7        A.   About a foot to a foot and a half.
8   A splashing effect.  It wasn't like it was
9   pouring over, but it would splash back and
10  forth.
11       Q.   Okay.  And on the occasions when you
12  went out the front door of the office complex,
13  did you ever look to the right to see what
14  that water was doing?
15       A.   Yeah, before it got bad.  Before I
16  -- where -- when I was able to look that way.
17       Q.   And what did you see it was doing
18  that was visible from the office complex door?
19       A.   Just about the same thing.  A
20  splashing effect.
21       Q.   Wasn't it coming down the driveway?
22       A.   Yeah.
23       Q.   There was enough water coming over
24  there that it was starting to accumulate and
25  run down the driveway and down Florida Avenue
```

VILLAVASSO, WILLIAM

12/18/2007

Page 198

1     -- I'm sorry, down Jourdan Avenue, wasn't it?
2        A.  Down Florida -- It was going to
3     Florida, but we were pumping.
4        Q.  I understand.
5        A.  So we were pumping it right back to
6     there.  It hadn't got as bad where it was at
7     flood stage in the street yet.
8        Q.  Now, when this 20 foot wall of water
9     came through a bit later, did you happen to
10    look at the back of the pump room and see what
11    the water was doing at that location?
12       A.  No.
13          VIDEO OPERATOR:
14          Excuse me.  We need to change
15       tapes.  End of tape 2.  We're going to
16       go off the record.
17          (Whereupon a discussion was held
18       off the record.)
19          VIDEO OPERATOR:
20          This is the beginning of tape 3.
21       We're back on the record.
22          MR. WALKER:
23          Give us a second.
24          VIDEO OPERATOR:
25          Off the record --

Page 199

1          (Whereupon a discussion was held
2       off the record.)
3          VIDEO OPERATOR:
4          We're back on the record.
5     EXAMINATION BY MR. WALKER:
6        Q.  Those times that you went out the
7     side door earlier in the evening and before
8     the wall break when you went out the front
9     door, you did not see any boats in the
10    Industrial Canal, did you?
11       A.  No.
12       Q.  You didn't see any barges, tugs or
13    anything of that nature?
14       A.  No.
15       Q.  I'm going to show you a photograph
16    we'll mark as Number 10.  And you see various
17    objects in the Industrial Canal?
18       A.  Uh-huh (affirmatively).
19       Q.  All right.  The first one, is that a
20    barge?
21       A.  Looks like one.
22       Q.  The second one, which is two red
23    pieces, are those barges?
24       A.  That looks like it.
25       Q.  And this third one that's over to

Page 200

1     the -- more to the left, is that a barge?
2        A.  That looks like it also.  With a
3     tugboat pushing it.
4        Q.  Right.  So you have got tugboats,
5     three tugboats pushing a total of four barges;
6     right?
7        A.  Well, I'm assuming that's a barge.
8     I can't really tell if it's a barge or not
9     from just looking at this photo.
10       Q.  They look like barges to you?
11       A.  They appear to look like.  I am not
12    sure.
13       Q.  All right.
14       A.  I can't tell from now looking at it
15    like that.
16          MR. WILES:
17          Date of Number 10?
18          MR. WALKER:
19          I have no idea.
20          MR. WILES:
21          Source?
22          MR. WALKER:
23          No idea.
24    EXAMINATION BY MR. WALKER:
25       Q.  Earlier you drew Exhibit Number 5,

Page 201

1     which shows the wall and an arrow where you
2     indicated was the tip of whatever it was you
3     saw --
4        A.  Correct.
5        Q.  -- that evening?  Is that right?
6     What I am trying to understand is, you have
7     drawn a wall.  Is that a concrete wall?
8        A.  Yes.
9        Q.  And then you have drawn a squiggly
10    line behind it.  What is that?
11       A.  The canal of water.
12       Q.  Okay.  And you have drawn this half
13    an arrow almost in the center of the wall.  Is
14    that, to the best of your recollection, where
15    you saw this tip hit the wall?
16       A.  Well, the reference from the wall
17    wasn't -- I didn't mean for it to be center,
18    because it wasn't center.
19       Q.  That's what I want to know, relative
20    to center.
21       A.  Okay.  It's not.  I don't --
22          MR. ERNST:
23          Just a minute.  When you say
24       center, you mean center from right to
25       left?

VILLAVASSO, WILLIAM

12/18/2007

Page 202

1    MR. WALKER:
2        That's right.
3    MR. ERNST:
4        Up and -- All right.  Okay.
5    THE WITNESS:
6        No, I was just drawing that as an
7    illustration of a wall.  Now, I don't
8    -- It wasn't center where it hit.
9    The bridge was here (indicating) and
10   this is where it hit and broke
11   (indicating).  And I seen the top part
12   where it appears to be a piece of
13   steel, what appeared to be a barge to
14   me, and it was like from maybe a foot,
15   foot and a half, two feet at the
16   most.  I don't know.  But that's all I
17   seen.  And it didn't -- it protruded
18   not through the wall, but where you
19   can see on an angle like.
20   EXAMINATION BY MR. WALKER:
21   Q.   And this foot or foot and a half --
22   foot or two feet is what you could see from
23   top to bottom?
24   A.   Yeah.  That's all I could see.  It
25   was raining and it was dark, the wind was

Page 203

1    blowing like hell.  That's all I could see.
2    Q.   So you could see two feet of this
3    object and nothing -- you couldn't see
4    anything above five, six, --
5    A.   No.
6    Q.   -- ten, fifteen feet?
7    A.   Nope.  All I seen was water.
8    Q.   And you couldn't see the color of
9    this object?
10   A.   No.
11   Q.   You couldn't see any writings on it?
12   A.   No.
13   Q.   Couldn't see if it had any crew on
14   it?
15   A.   No.
16   Q.   Couldn't see any flag on it?
17   A.   No.
18   Q.   Couldn't see the name of any company
19   on it?
20   A.   No.
21   Q.   You couldn't see whether it was a
22   tank barge?
23   A.   That's correct.
24   Q.   You couldn't see whether it was a
25   hopper barge?

Page 204

1    A.   Right.  I couldn't tell what it was.
2    Q.   Couldn't see if it had a cover or
3    not?
4    A.   Right.
5    Q.   Couldn't see if it was an open
6    barge?  Right?
7    A.   Right.
8    Q.   Couldn't see how big it was?
9    A.   Nope.
10   Q.   Couldn't see how long it was?
11   A.   That's correct.
12   Q.   Couldn't see how wide it was?
13   A.   That's correct also.
14   Q.   Okay.  Couldn't see if it had a
15   dangerous cargo flag?
16   A.   No.
17   Q.   Or any pipes or piping on the deck?
18   A.   No, I could not see that.
19   Q.   Okay.  Could you tell us, if you
20   remember, what that 20 foot wall of water was
21   doing at the time that you saw that tip hit
22   the wall?
23   A.   Gushing through that opening.
24   Q.   So it was coming right over it?
25   A.   Yeah.

Page 205

1    MR. WIEDEMANN:
2        I object to the question.  He
3        said it was coming through the wall.
4        You said "over".
5    MR. ERNST:
6        Through the opening, he said.
7    EXAMINATION BY MR. WALKER:
8    Q.   Earlier, looking at Number 9, you
9    described this 20 foot wall of water coming
10   down the Industrial Canal before the break.
11   A.   Yeah.
12   Q.   Okay?  And I am asking you at the
13   time that the wall of water was coming down
14   the canal, when you saw this tip here, where
15   was the wall of water?
16   A.   Well, first of all, I heard a boom,
17   then I seen the wall tumble as I still seen
18   the water moving.
19   Q.   Pushing down the canal?
20   A.   Correct.  Now, the water had -- This
21   big ball of water had gone past that point
22   when the wall tumbled and I could still -- I
23   could see the tip of what appeared to be a
24   barge.
25   Q.   And the wall of water was continuing

VILLAVASSO, WILLIAM

12/18/2007

Page 206

```
 1   to head on south down the canal?
 2       A.  Yeah, and some was coming out,
 3   gushing out of that opening --
 4       Q.  Okay.
 5       A.  -- after that wall collapsed.
 6       Q.  So part of the ball of water was
 7   continuing south and part of it was pushing
 8   through that opening?
 9       A.  Correct.  It was going both ways.
10       Q.  I understand that you then went back
11   in, because you stayed a few moments observing
12   this, and then ran back in?
13       A.  I watched it to see what would
14   happen, how much water was coming actually
15   through and trying to really believe that --
16   see what happened here.  And when I really,
17   you know, like realized, well, this is it,
18   there's a real break here, I ran inside and
19   called Central Control to drop power out of
20   our station.
21       Q.  And what piece of equipment did you
22   use to call Central Control?
23       A.  Radio.  Our land-based radio.
24       Q.  And you said you have two of those;
25   right?
```

Page 207

```
 1       A.  Yeah.
 2       Q.  We left a line of questioning I
 3   would like to go back to, and that was where
 4   along the wall, in terms of right and left,
 5   was this tip that you saw.  And I earlier said
 6   on Exhibit 5 it was pretty close to center.
 7   And I am not sure I got a response from you.
 8   Is that to the best of your recollection or --
 9       A.  Well, I was actually --
10       Q.  -- can you tell one way or the
11   other?
12           MR. ERNST:
13               Wait, wait, wait.  Wait just a
14           minute, Counsel.  I'm confused.  I
15           object, because it's not clear whether
16           you're talking about the center -- Are
17           you talking about on this diagram that
18           he drew from right to left?  Is that
19           what you're talking about?
20           MR. WALKER:
21               Yes.
22           MR. ERNST:
23               All right.
24           MR. WALKER:
25               I think that's --
```

Page 208

```
 1           MR. WIEDEMANN:
 2               He's already answered that
 3           question.
 4           MR. SANDERS:
 5               You mean center between Claiborne
 6           Avenue and Florida Avenue?
 7           MR. ERNST:
 8               He has answered that.
 9           THE WITNESS:
10               Right, I have answered that.
11           This illustration I drew was not a
12           reference point to Claiborne and
13           Florida Avenue, but just a wall to
14           show you where it broke.
15   EXAMINATION BY MR. WALKER:
16       Q.  Right.
17       A.  Now, for me to give you the precise
18   spot that it broke, I can't do.  I don't
19   know.
20       Q.  I'm going to show you a photograph
21   that we'll mark as Number 11, and this is a
22   pre-Katrina photograph.  You see trees and
23   homes still around the station in the Ninth
24   Ward?
25           MR. WILES:
```

Page 209

```
 1               Do you have a date on the source
 2           there?
 3   EXAMINATION BY MR. WALKER:
 4       Q.  Do you recognize the pump station,
 5   Mr. Villavasso?
 6       A.  Yes.
 7       Q.  And you see the floodwall?
 8       A.  Yes.
 9       Q.  Okay.  Does that photograph show the
10   area where you saw the break?
11       A.  Hard to tell, because I don't know
12   what reference point is from what to what.
13   All I could tell you, it -- it's to the far
14   left, in this area somewhere around in here
15   (indicating).  I couldn't tell you how far it
16   broke or anything like that.  But it was in
17   this area where it broke.
18       Q.  Just draw a large circle then, if
19   you will, around --
20           MR. ERNST:
21               Or put -- Why don't you just put
22           a line across between the area where
23           --
24           MR. WIEDEMANN:
25               He was moving his finger about
```

VILLAVASSO, WILLIAM

Page 210

1    three or four inches up the --
2        MR. ERNST:
3        Exactly.
4        MR. WALKER:
5        Right.  That's why I said draw a
6    circle around it.
7        THE WITNESS:
8        Could be anywhere between there
9        (indicating).
10   EXAMINATION BY MR. WALKER:
11       Q.  Somewhere around that area is, to
12   the best of your recollection, where you saw
13   the wall collapse?
14       A.  If this is the wall of this aerial
15   photograph.  If this is the wall, it was in
16   that area (indicating).  And I could see it
17   from the porch here, you could see on this
18   angle where it broke.
19       Q.  All right.  Assume that is the
20   wall.  Then, to the best of your recollection,
21   if there's a center point to the circle you
22   have drawn, did you see this tip closer to
23   Claiborne Avenue, to Florida Avenue, in the
24   center?  One way or the other?  Or can you
25   tell?

Page 211

1        A.  I couldn't tell.
2        Q.  Okay.  You don't wear glasses, do
3    you?
4        A.  Yeah.
5        Q.  You do.  Were you wearing glasses
6    that night, or contact lenses?
7        A.  I wasn't wearing glasses at all.
8        Q.  For what type of correction do you
9    wear glasses?
10       A.  For like for driving.  I don't know
11   what you call that.
12       Q.  Was that -- Do you see long distance
13   fuzzy or do you see reading fuzzy?
14       A.  I see long distance fuzzy.
15       Q.  And you did not have your glasses on
16   at the time that you went out on the --
17       A.  No.
18       Q.  -- porch that night?
19       A.  No, I did not.
20       Q.  When did the windows in the pump
21   station break?
22       A.  During the hurricane.  After the
23   wall broke, after we had all the water come
24   in.  Now, in the office, like I told you, they
25   don't have windows.  In the older part of the

Page 212

1    station they have hurricane boards up
2    surrounding the station which were torn off
3    and then it broke the windows out.
4        Q.  Did they break because of wind or
5    water?
6        A.  I would say both.
7        Q.  Okay.  When they broke because of
8    wind, was that due to the force of the wind or
9    something hitting them and breaking them,
10   breaking the glass?
11       A.  Like I said, I think both.  The wind
12   was tremendously strong and the water was
13   sloshing up against them also.  I'm not an
14   expert on that.  I really couldn't tell you.
15       Q.  Now, whatever this object is that
16   you saw the tip hit the wall, you don't know
17   where it came from?
18       A.  No.
19       Q.  Other than somewhere from the north
20   pushed by this wall of water?
21       A.  No, it could --
22       MR. ERNST:
23       Object to the form of the
24       question.  He said he didn't know
25       where it came from.

Page 213

1    EXAMINATION BY MR. WALKER:
2        Q.  You can answer.
3        A.  No, I have no idea where it came
4    from.
5        Q.  And you didn't see where it went
6    after that either?
7        A.  No.
8        Q.  And you don't know if it came right
9    on through?
10       A.  No.
11       Q.  Where did you find this skiff?
12       A.  We didn't find it.  It found us.  It
13   floated up to the station.  And thank God.  I
14   made the sign of the Cross when it did.  It --
15       Q.  It was your personal Noah's Ark,
16   huh?
17       A.  Yeah, it floated up to the station.
18       Q.  Which photograph here helps you best
19   to sort of educate us as to where it ended up
20   when you found it?
21       A.  Right here (indicating).  This would
22   best --
23       Q.  Exhibit 1?
24       A.  Yes.  Is that Exhibit 1?  Yeah.
25   These double doors were open.  It had --

VILLAVASSO, WILLIAM

12/18/2007

Page 214

```
 1      Q.  And those are the ones we have been
 2   talking about all day; right?
 3      A.  Yeah.  And that skiff, it came from
 4   somewhere that way, I believe (indicating),
 5   and just floated and pushed itself against the
 6   doors.  And the wind had it like pinned there,
 7   because the second door was broke off on the
 8   hinge and it just pinned itself up under the
 9   rail and on the door.
10      Q.  And you and one of your colleagues
11   took it inside for a future use?
12      A.  Correct.  Well, we were going to use
13   it, but we figured that the wind was blowing
14   so hard we couldn't -- we would get flipped
15   right over.
16      Q.  And you had some discussion with Mr.
17   Rainey and some of the others as to whether
18   you should go to Claiborne Avenue or Florida
19   Avenue, didn't you?
20      A.  Yeah.
21      Q.  And you eventually, those who wanted
22   to go to Pump Station 19 toward Florida Avenue
23   won out; right?
24      A.  Yeah.  Well, we didn't know what was
25   going on, you know, how severe it hit 19, but
```

Page 215

```
 1   we went that way.  Another reason we went that
 2   way is because the guy with the tugboat had
 3   pulled into the Industrial Canal and offered
 4   us some assistance.
 5      Q.  What did you use to paddle going
 6   upstream against the current and the flow of
 7   water?
 8      A.  We broke --
 9         MR. ERNST:
10            Object to the form of the
11         question.
12   EXAMINATION BY MR. WALKER:
13      Q.  You can answer.
14      A.  We broke the doors off of the
15   cabinets inside the station to paddle with.
16   The kitchen cabinets in the station.
17      Q.  Was your shoulder already hurt?
18      A.  Yeah.  I was in severe pain, too.  I
19   couldn't hardly see after the diesel fuel.
20      Q.  When you saw the wall collapse, you
21   still had power in the pump room office,
22   didn't you?
23      A.  Had power in the whole station.
24      Q.  And did you have lights on in the
25   office complex?
```

Page 216

```
 1      A.  Everywhere.
 2      Q.  Are they pretty well lit?
 3      A.  Illuminated?  Yeah.
 4      Q.  Yes.  So as you looked out, you had
 5   lights on behind you?
 6      A.  Yeah.
 7      Q.  And you were looking out?  Is that
 8   right?
 9      A.  Correct.
10         MR. WALKER:
11            Give me a second.  I may almost
12         be done.
13            That's all I have.  Thank you,
14         Mr. Villavasso.
15         THE WITNESS:
16            Okay.
17         MR. ERNST:
18            Anyone else?
19         MR. WIEDEMANN:
20            Do we have all of the exhibits?
21         MR. ERNST:
22            I think we have.  I'll check them
23         right now.
24         VIDEO OPERATOR:
25            This concludes the deposition.
```

Page 217

```
 1      We're now going off the record.
 2            *   *   *
 3
 4         WITNESS'S CERTIFICATE
 5
 6      I, WILLIAM VILLAVASSO, read or have
 7   had the preceding testimony read to me, and
 8   hereby certify that it is a true and correct
 9   transcription of my testimony, with the
10   exception of any attached corrections or
11   changes.
12
13
14         _____
15         (Witness' Signature)
         _____
16   DATE SIGNED
17   DEPONENT PLEASE INITIAL ONE:
18
19   _____ Read with no corrections
20   _____ Read and correction sheet attached
21
22
     DATE TAKEN:  DECEMBER 18, 2007
23
24
25
```

55 (Pages 214 to 217)

VILLAVASSO, WILLIAM

12/18/2007

Page 218

```
 1
 2            REPORTER'S CERTIFICATE
 3
 4       I, ROGER D. JOHNS, RMR, RDR, CRR,
 5     Certified Court Reporter, do hereby certify
 6     that the above-named witness, after having
 7     been first duly sworn by me to testify to the
 8     truth, did testify as hereinabove set forth;
 9     that the testimony was reported by me in
10     shorthand and transcribed under my personal
11     direction and supervision, and is a true and
12     correct transcript, to the best of my ability
13     and understanding; that I am not of counsel,
14     not related to counsel or the parties hereto,
15     and not in any way interested in the outcome
16     of this matter.
17
18
19
20            ROGER D. JOHNS
21         CERTIFIED COURT REPORTER
22           STATE OF LOUISIANA
23
24
25
```

Johns Pendleton Court Reporters                800 562-1285