

**Buys Ballot Law**:

In the northern hemisphere stand with your back to the wind, the low atmospheric pressure is found to the left.

Likewise, if you know where the low is located, the wind direction can be determined.

August 29, 2005   7:00 A.M. CDT

DX 145 IPET Volume IV Appendix 2 Figure 2-39

AD-011

## HURRICANE KATRINA: WEATHER ANALYSIS FOR THE IHNC

### TABLE 6A. OWI WIND DIRECTIONS (FROM) ON AUGUST 29
### (BASED ON 2006 MMS STUDY)

| CDT | A=30N - 90.05W WIND DIR. MMS | B=30N - 90.00W WIND DIR. MMS | C=29.95N - 90.05W WIND DIR. MMS | D=29.95N - 90.00W WIND DIR. MMS | E=29.98N - 90.02W INTERPOLATED WIND DIR. |
|---|---|---|---|---|---|
| 0000 | 52.64 | 54.11 | 52.26 | 53.81 | 53.59 |
| 0015 | 52.52 | 54.08 | 52.16 | 53.77 | 53.55 |
| 0030 | 52.42 | 54.02 | 52.09 | 53.71 | 53.50 |
| 0045 | 52.34 | 53.97 | 51.96 | 53.63 | 53.43 |
| 0100 | 52.23 | 53.89 | 51.81 | 53.52 | 53.34 |
| 0115 | 51.82 | 53.54 | 51.35 | 53.11 | 52.97 |
| 0130 | 51.37 | 53.13 | 50.82 | 52.64 | 52.53 |
| 0145 | 50.85 | 52.67 | 50.19 | 52.09 | 52.04 |
| 0200 | 50.23 | 52.13 | 49.53 | 51.52 | 51.49 |
| 0215 | 49.59 | 51.57 | 48.91 | 50.96 | 50.92 |
| 0230 | 48.97 | 51.01 | 48.35 | 50.47 | 50.39 |
| 0245 | 48.39 | 50.50 | 47.69 | 49.91 | 49.86 |
| 0300 | 47.71 | 49.92 | 46.92 | 49.27 | 49.26 |
| 0315 | 46.92 | 49.28 | 46.04 | 48.68 | 48.64 |
| 0330 | 46.04 | 48.68 | 45.85 | 48.43 | 48.18 |
| 0345 | 45.85 | 48.44 | 45.60 | 48.22 | 47.95 |
| 0400 | 45.60 | 48.23 | 45.23 | 47.96 | 47.72 |
| 0415 | 45.05 | 47.78 | 44.51 | 47.40 | 47.23 |
| 0430 | 44.27 | 47.21 | 43.75 | 46.83 | 46.66 |
| 0445 | 43.56 | 46.64 | 43.07 | 46.24 | 46.08 |
| 0500 | 42.80 | 45.99 | 42.03 | 45.48 | 45.39 |
| 0515 | 41.70 | 45.17 | 41.21 | 44.64 | 44.56 |
| 0530 | 40.82 | 44.25 | 39.88 | 43.45 | 43.53 |

DOOLEY SEAWEATHER ANALYSIS, INC.
SCIENCE-EXPERIENCE-ANALYSIS

23



4:30 AM

<a>
</a>

## HURRICANE KATRINA: WEATHER ANALYSIS FOR THE IHNC

| | | | | | |
|---|---|---|---|---|---|
| 0545 | 39.36 | 42.93 | 37.91 | 41.82 | 42.08 |
| 0600 | 37.24 | 41.14 | 36.00 | 39.90 | 40.24 |
| 0615 | 35.29 | 39.08 | 33.63 | 37.54 | 38.06 |
| 0630 | 32.58 | 36.52 | 30.80 | 34.90 | 35.47 |
| 0645 | 29.73 | 33.81 | 27.88 | 32.04 | 32.70 |
| 0700 | 26.71 | 30.81 | 24.28 | 28.50 | 29.49 |
| 0715 | 22.40 | 26.77 | 19.43 | 23.89 | 25.22 |
| 0730 | 17.47 | 22.00 | 13.59 | 18.26 | 20.11 |
| 0745 | 11.38 | 16.08 | 6.28 | 11.31 | 13.77 |
| 0800 | 3.72 | 8.89 | 358.81 | 3.79 | 6.45 |
| 0815 | 356.78 | 361.38 | 351.67 | 355.50 | 358.63 |
| 0830 | 349.37 | 352.93 | 343.54 | 346.32 | 349.89 |
| 0845 | 341.22 | 343.72 | 335.28 | 336.95 | 340.61 |
| 0900 | 333.03 | 334.34 | 326.44 | 326.75 | 330.90 |
| 0915 | 323.86 | 323.87 | 317.04 | 316.03 | 320.33 |
| 0930 | 314.42 | 313.14 | 308.48 | 306.40 | 310.04 |
| 0945 | 306.10 | 303.70 | 301.09 | 298.02 | 301.03 |
| 1000 | 298.72 | 295.42 | 294.47 | 290.67 | 293.12 |
| 1015 | 292.75 | 288.80 | 289.50 | 285.14 | 286.94 |
| 1030 | 287.95 | 283.50 | 284.36 | 279.90 | 281.66 |
| 1045 | 282.51 | 278.21 | 278.87 | 274.65 | 276.38 |
| 1100 | 277.42 | 273.26 | 274.46 | 270.38 | 271.71 |
| 1115 | 273.23 | 269.35 | 270.72 | 267.06 | 268.03 |
| 1130 | 269.71 | 266.21 | 267.59 | 264.20 | 265.00 |
| 1145 | 266.74 | 263.47 | 264.83 | 261.49 | 262.28 |
| 1200 | 263.94 | 260.63 | 262.37 | 259.41 | 259.74 |

DOOLEY SEAWEATHER ANALYSIS, INC.
SCIENCE-EXPERIENCE-ANALYSIS

24



7:00 AM — 29.49°

DX 198 Dooley Report Table 6A
AD-022

## HURRICANE KATRINA: WEATHER ANALYSIS FOR THE IHNC

| | | | | | |
|---|---|---|---|---|---|
| 0545 | 39.36 | 42.93 | 37.91 | 41.82 | 42.08 |
| 0600 | 37.24 | 41.14 | 36.00 | 39.90 | 40.24 |
| 0615 | 35.29 | 39.08 | 33.63 | 37.54 | 38.06 |
| 0630 | 32.58 | 36.52 | 30.80 | 34.90 | 35.47 |
| 0645 | 29.73 | 33.81 | 27.88 | 32.04 | 32.70 |
| 0700 | 26.71 | 30.81 | 24.28 | 28.50 | 29.49 |
| 0715 | 22.40 | 26.77 | 19.43 | 23.89 | 25.22 |
| 0730 | 17.47 | 22.00 | 13.59 | 18.26 | 20.11 |
| 0745 | 11.38 | 16.08 | 6.28 | 11.31 | 13.77 |
| 0800 | 3.72 | 8.89 | 358.81 | 3.79 | 6.45 |
| 0815 | 356.78 | 361.38 | 351.67 | 355.50 | 358.63 |
| 0830 | 349.37 | 352.93 | 343.54 | 346.32 | 349.89 |
| 0845 | 341.22 | 343.72 | 335.28 | 336.95 | 340.61 |
| 0900 | 333.03 | 334.34 | 326.44 | 326.75 | 330.90 |
| 0915 | 323.86 | 323.87 | 317.04 | 316.03 | 320.33 |
| 0930 | 314.42 | 313.14 | 308.48 | 306.40 | 310.04 |
| 0945 | 306.10 | 303.70 | 301.09 | 298.02 | 301.03 |
| 1000 | 298.72 | 295.42 | 294.47 | 290.67 | 293.12 |
| 1015 | 292.75 | 288.80 | 289.50 | 285.14 | 286.94 |
| 1030 | 287.95 | 283.50 | 284.36 | 279.90 | 281.66 |
| 1045 | 282.51 | 278.21 | 278.87 | 274.65 | 276.38 |
| 1100 | 277.42 | 273.26 | 274.46 | 270.38 | 271.71 |
| 1115 | 273.23 | 269.35 | 270.72 | 267.06 | 268.03 |
| 1130 | 269.71 | 266.21 | 267.59 | 264.20 | 265.00 |
| 1145 | 266.74 | 263.47 | 264.83 | 261.49 | 262.28 |
| 1200 | 263.94 | 260.63 | 262.37 | 259.41 | 259.74 |

DOOLEY SEAWEATHER ANALYSIS, INC.
SCIENCE-EXPERIENCE-ANALYSIS

24



DX 198 Dooley Report Table 6A
AD-024

### HURRICANE KATRINA: WEATHER ANALYSIS FOR THE IHNC

| Time | | | | | |
|------|-------|-------|-------|-------|-------|
| 0545 | 39.36 | 42.93 | 37.91 | 41.82 | 42.08 |
| 0600 | 37.24 | 41.14 | 36.00 | 39.90 | 40.24 |
| 0615 | 35.29 | 39.08 | 33.63 | 37.54 | 38.06 |
| 0630 | 32.58 | 36.52 | 30.80 | 34.90 | 35.47 |
| 0645 | 29.73 | 33.81 | 27.88 | 32.04 | 32.70 |
| 0700 | 26.71 | 30.81 | 24.28 | 28.50 | 29.49 |
| 0715 | 22.40 | 26.77 | 19.43 | 23.89 | 25.22 |
| 0730 | 17.47 | 22.00 | 13.59 | 18.26 | 20.11 |
| 0745 | 11.38 | 16.08 | 6.28  | 11.31 | 13.77 |
| 0800 | 3.72  | 8.89  | 358.81| 3.79  | 6.45  |
| 0815 | 356.78| 361.38| 351.67| 355.50| 358.63|
| 0830 | 349.37| 352.93| 343.54| 346.32| 349.89|
| 0845 | 341.22| 343.72| 335.28| 336.95| 340.61|
| 0900 | 333.03| 334.34| 326.44| 326.75| 330.90|
| 0915 | 323.86| 323.87| 317.04| 316.03| 320.33|
| 0930 | 314.42| 313.14| 308.48| 306.40| 310.04|
| 0945 | 306.10| 303.70| 301.09| 298.02| 301.03|
| 1000 | 298.72| 295.42| 294.47| 290.67| 293.12|
| 1015 | 292.75| 288.80| 289.50| 285.14| 286.94|
| 1030 | 287.95| 283.50| 284.36| 279.90| 281.66|
| 1045 | 282.51| 278.21| 278.87| 274.65| 276.38|
| 1100 | 277.42| 273.26| 274.46| 270.38| 271.71|
| 1115 | 273.23| 269.35| 270.72| 267.06| 268.03|
| 1130 | 269.71| 266.21| 267.59| 264.20| 265.00|
| 1145 | 266.74| 263.47| 264.83| 261.49| 262.28|
| 1200 | 263.94| 260.63| 262.37| 259.41| 259.74|

DOOLEY SEAWEATHER ANALYSIS, INC.
SCIENCE-EXPERIENCE-ANALYSIS

24

**5:45 – 6:45 AM**

32.70°
42.08°

DX 198 Dooley Report Table 6A
AD-026



DX 9 LNA 740

DX 198 Dooley Report Map 2

AD-027

### HURRICANE KATRINA: WEATHER ANALYSIS FOR THE IHNC

| 0545 | 39.36 | 42.93 | 37.91 | 41.82 | 42.08 |
|------|-------|-------|-------|-------|-------|
| 0600 | 37.24 | 41.14 | 36.00 | 39.90 | 40.24 |
| 0615 | 35.29 | 39.08 | 33.63 | 37.54 | 38.06 |
| 0630 | 32.58 | 36.52 | 30.80 | 34.90 | 35.47 |
| 0645 | 29.73 | 33.81 | 27.88 | 32.04 | 32.70 |
| 0700 | 26.71 | 30.81 | 24.28 | 28.50 | 29.49 |
| 0715 | 22.40 | 26.77 | 19.43 | 23.89 | 25.22 |
| 0730 | 17.47 | 22.00 | 13.59 | 18.26 | 20.11 |
| 0745 | 11.38 | 16.08 | 6.28  | 11.31 | 13.77 |
| 0800 | 3.72  | 8.89  | 358.81| 3.79  | 6.45  |
| 0815 | 356.78| 361.38| 351.67| 355.50| 358.63|
| 0830 | 349.37| 352.93| 343.54| 346.32| 349.89|
| 0845 | 341.22| 343.72| 335.28| 336.95| 340.61|
| 0900 | 333.03| 334.34| 326.44| 326.75| 330.90|
| 0915 | 323.86| 323.87| 317.04| 316.03| 320.33|
| 0930 | 314.42| 313.14| 308.48| 306.40| 310.04|
| 0945 | 306.10| 303.70| 301.09| 298.02| 301.03|
| 1000 | 298.72| 295.42| 294.47| 290.67| 293.12|
| 1015 | 292.75| 288.80| 289.50| 285.14| 286.94|
| 1030 | 287.95| 283.50| 284.36| 279.90| 281.66|
| 1045 | 282.51| 278.21| 278.87| 274.65| 276.38|
| 1100 | 277.42| 273.26| 274.46| 270.38| 271.71|
| 1115 | 273.23| 269.35| 270.72| 267.06| 268.03|
| 1130 | 269.71| 266.21| 267.59| 264.20| 265.00|
| 1145 | 266.74| 263.47| 264.83| 261.49| 262.28|
| 1200 | 263.94| 260.63| 262.37| 259.41| 259.74|

DOOLEY SEAWEATHER ANALYSIS, INC.
SCIENCE-EXPERIENCE-ANALYSIS

24



DX 198 Dooley Report Table 6A
AD-028



AD-029

