# Reports from Lakefront Compared to Grid Point E



# Wind Vectors – Grid Point E



AD-056

# Wind Vectors – Grid Point E



# Wind Vectors – Grid Point E



# Wind Vectors – Grid Point E



AD-059