UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br><br>Boutte v. Lafarge 05-5531<br>Mumford v. Ingram 05-5724<br>Lagarde v. Lafarge 06-5342<br>Perry v. Ingram 06-6299<br>Benoit v. Lafarge 06-7516<br>Weber v. Lafarge 08-4459 | CIVIL ACTION<br><br>Case No.: 05-4182<br>And consolidated cases<br><br>SECTION "K" (2)<br><br>Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

### DECLARATION OF AUSTIN L. DOOLEY

I, Austin L. Dooley, Ph.D., declare as follows:

1. I have been retained as an expert by defendant Lafarge North America Inc. ("LNA") in the above-captioned lawsuits.

2. I testified under oath on behalf of LNA in a bench trial that commenced on June 21, 2010. My testimony concerned my expert opinion regarding the matters at issue in the above-captioned lawsuits (*i.e.*, allegations that the Barge ING 4727 caused two breaches in the eastern floodwall of the Inner Harbor Navigation Canal during Hurricane Katrina).

3. If called to testify again regarding my expert opinion concerning the subject matter of my testimony in the 2010 trial, the substance of my testimony would be the same.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

This 23 day of August, 2011.

_____
Austin L. Dooley, Ph.D.

LIBW/1793468.1