UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: BARGE

| | |
|---|---|
| Boutte v. Lafarge | 05-5531 |
| Mumford v. Ingram | 05-5724 |
| Lagarde v. Lafarge | 06-5342 |
| Perry v. Ingram | 06-6299 |
| Benoit v. Lafarge | 06-7516 |
| Weber v. Lafarge | 08-4459 |

CIVIL ACTION

Case No.: 05-4182
And consolidated cases

SECTION "K" (2)

Hon. Stanwood R. Duval, Jr.
Magistrate Judge Joseph C. Wilkinson, Jr.

## DECLARATION OF D. PHILIP SKAER

I, D. Philip Skaer, declare as follows:

1. I have been retained as an expert by defendant Lafarge North America Inc. ("LNA") in the above-captioned lawsuits.

2. I testified under oath on behalf of LNA in a bench trial that commenced on June 21, 2010. My testimony concerned my expert opinion regarding the matters at issue in the above-captioned lawsuits (*i.e.*, allegations that the Barge ING 4727 caused two breaches in the eastern floodwall of the Inner Harbor Navigation Canal during Hurricane Katrina).

3. If called to testify again regarding my expert opinion concerning the subject matter of my testimony in the 2010 trial, the substance of my testimony would be the same.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

This 19 day of August, 2011.

_____
D. Philip Skaer

LIBW/1793466.1