UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
|  | * | |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Weber v. Lafarge*         08-4459 | * | MAGISTRATE |
| *Parfait Family v. USA*  07-3500 | * | JOSEPH C. WILKINSON, JR. |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that defendant Lafarge North America Inc.'s ("LNA") Motion for Summary Judgment (Dkt. No. 20405) will be submitted to the Court for consideration on October 12, 2011, pursuant to the Court's July 26, 2011 Order. (Dkt. No. 20342).

**PLEASE TAKE FURTHER NOTICE** that LNA's Motion for Summary Judgment will come for oral argument as specially scheduled by the Court for 10:00 a.m. on October 12, 2011, pursuant to the Court's July 26, 2011 Order. (Dkt. No. 20342).

Dated:  August 30, 2011     Respectfully submitted,

          Derek A. Walker (#13175)
          Robert B. Fisher, Jr., T.A. (#5587)
          **CHAFFE MCCALL, L.L.P.**
          2300 Energy Centre
          1100 Poydras Street
          New Orleans, LA 70163-2300
          Telephone:  (504) 585-7000
          Facsimile:  (504) 585-7075
          Walker@chaffe.com
          Fisher@chaffe.com

          /s/ John D. Aldock
          John D. Aldock
          Richard M. Wyner
          Mark S. Raffman
          **GOODWIN PROCTER LLP**
          901 New York Avenue, N.W.
          Washington, DC 20001
          Telephone:  (202) 346-4240

          Daniel A. Webb (#13294)
          **SUTTERFIELD & WEBB, LLC**
          Poydras Center
          650 Poydras Street, Suite 2715
          New Orleans, LA 70130
          Telephone:  (504) 598-2715

          *Attorneys for Lafarge North America Inc.*

## Certificate of Service

I hereby certify that I have on this 30th day of August, 2011 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

          /s/ John D. Aldock

LIBW/1794929.1