UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * |  |
| *Mumford v. Ingram* 05-5724 | * |  |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * |  |
| *Weber v. Lafarge* 08-4459 | * | MAGISTRATE |
| *Parfait Family v. USA* 07-3500 | * | JOSEPH C. WILKINSON, JR. |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that defendant Lafarge North America Inc.'s ("LNA") Motion for Summary Judgment (Dkt. No. 20405) will be submitted to the Court for consideration on October 12, 2011, pursuant to the Court's July 26, 2011 Order. (Dkt. No. 20342).

**PLEASE TAKE FURTHER NOTICE** that LNA's Motion for Summary Judgment will come for oral argument as specially scheduled by the Court for 10:00 a.m. on October 12, 2011, pursuant to the Court's July 26, 2011 Order. (Dkt. No. 20342).

Dated:  August 30, 2011　　　　　　　　　Respectfully submitted,

                        Derek A. Walker (#13175)
                        Robert B. Fisher, Jr., T.A. (#5587)
                        **CHAFFE MCCALL, L.L.P.**
                        2300 Energy Centre
                        1100 Poydras Street
                        New Orleans, LA 70163-2300
                        Telephone:  (504) 585-7000
                        Facsimile:  (504) 585-7075
                        Walker@chaffe.com
                        Fisher@chaffe.com

                        /s/ John D. Aldock
                        John D. Aldock
                        Richard M. Wyner
                        Mark S. Raffman
                        **GOODWIN PROCTER LLP**
                        901 New York Avenue, N.W.
                        Washington, DC 20001
                        Telephone:  (202) 346-4240

                        Daniel A. Webb (#13294)
                        **SUTTERFIELD & WEBB, LLC**
                        Poydras Center
                        650 Poydras Street, Suite 2715
                        New Orleans, LA 70130
                        Telephone:  (504) 598-2715

                        *Attorneys for Lafarge North America Inc.*

## Certificate of Service

    I hereby certify that I have on this 30th day of August, 2011 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic filing notification.

                        /s/ John D. Aldock