UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

## UNITED STATES' PRELIMINARY LIST OF WITNESSES

Pursuant to the Court's March 17, 2011, Minute Entry (Doc. Rec. No. 20200), as modified by the Court's order of July 25, 2011, Defendant United States of America, through undersigned counsel, hereby submits this updated Preliminary List of Witnesses.[1]

As Discovery in this case will not close until February 10, 2012, this Preliminary List has been prepared in good faith on the basis of the information currently available.

Dr. Thomas L. Brandon
200 Patton Hall
Blacksburg, VA  24061
Subject Matter: Geotechnical

James Danner
Denson Engineers, Inc.
2030 Dickory Avenue, Suite 104
Harahan, LA 70123
Subject Matter: Civil engineering related to the levee/floodwalls along the east side of the IHNC

---

[1] If counsel wishes to contact any current or former federal employees, such contact must be made through counsel for the United States.

Dr. Robert G. Dean
Civil and Coastal Engineering Department
University of Florida
Gainesville, FL 32611
Subject Matter: Coastal Oceanography

Gerald Dicharry
1813 Francis Avenue
Metairie, LA 70003
Subject Matter: Inner Harbor Navigation Canal Lock Replacement Project

Dr. Austin Dooley
P.O. Box 63, City Island, NY 10464
*(Mailing)*
76 Earley Street, City Island NY 10464
*(Physical)*
Subject Matter: Hurricane wind fields

Jean-Prieur Du Plessis
Madsen, Kneppers & Associates
600 Poydras Street, Suite 1150
New Orleans, LA 70130-6101
Subject Matter: Damages assessment

Steve Fitzgerald
8306 Pheasant Glen Drive
Spring, TX 77379
Subject matter: Hydrology, hydraulics, and interior drainage

Lee Guillory
7400 Leake Ave.
New Orleans, LA 70118
Subject Matter: Inner Harbor Navigation Canal Lock Replacement Project

Dr. W. Allen Marr
Geocomp Corp.
125 Nagog Park
Acton, MA 01720
Subject Matter: Geotechnical

James A. Montegut, III
6190 Tezcuco Court
Gonzales, LA 70737
Subject Matter:  East Bank Industrial Area/Inner Harbor Navigation Canal task orders

Richard Pinner
7400 Leake Ave
New Orleans, LA 70160
Subject Matter:  Inner Harbor Navigation Canal soil analysis

Dr. Mark D. Powell
Center for Ocean-Atmospheric Prediction Studies
Florida State University
Robert M. Johnson Building
2035 E. Paul Dirac Drive
Tallahassee, FL 32310
Subject Matter: Hurricane wind fields

Karl G. Schneider
Madsen, Kneppers & Associates
600 Poydras Street, Suite 1150
New Orleans, LA 70130-6101
Subject Matter: Damages assessment

Dr. Joannes Westerink
Department of Civil Engineering
  and Geological Science
University of Notre Dame
Notre Dame, IN 46556
Subject matter: Storm surge modeling.

Any witness listed by any other party

///

///

///

3

Any witness called by any other party

        Respectfully submitted,

        TONY WEST
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        <u>s/ James F. McConnon, Jr.</u>
        JAMES F. MCCONNON, JR.
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
Dated: September 1, 2011        Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2011, the foregoing United States' Preliminary Witness List was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ James F. McConnon, Jr.
JAMES F. MCCONNON, JR.