UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * | |
| CONSOLIDATED LITIGATION * | CIVIL ACTION |
| * | |
| * | NO. 05-4182 |
| PERTAINS TO: MRGO * | |
| *Armstrong*, No. 10-866 * | SECTION "K"(2) |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## THE MRGO PLAINTIFFS' FIRST PRELIMINARY EXHIBIT LIST

Pursuant to the Court's Minute Entry dated March 17, 2011, as modified by the Court's Order dated July 25, 2011 (Docket No. 20200), The MRGO Plaintiffs' ("Plaintiffs'") submits this preliminary list of exhibits that may or will be introduced at trial in the above-referenced action.

While Plaintiffs have endeavored in good faith to prepare a exhibits lists, it is necessarily limited, and subject to further change and modification considering that discovery and investigation in this case is ongoing and discovery in this case will not close until February 10, 2012.  Plaintiffs' will supplement this on the 1st of each month, as directed by the  the Court's Order dated July 25, 2011.

Subject to these qualifications, Plaintiffs hereby submit their preliminary exhibit list:

1. All documents produced, cited, relied upon and/or filed with the Court by defendant WGI in all pleadings and motions filed in this matter. *See* Attachment "A."

2. All documents produced, cited, relied upon and/or filed with the Court by defendant

1

United States in all pleadings and motions filed in this matter. *See* Attachment "B."

3. All documents produced, cited, relied upon and/or filed with the Court by Plaintiffs in all pleadings and motions filed in this matter. *See* Attachment "C."

4. All documents that are produce in response to Plaintiffs' subpoena to Cajun Industries, LLC served on April 6, 2011.

5. All documents that are produce in response to Plaintiffs' subpoena to Eustis Engineering Services, LLC served on June 1, 2011.

6. All documents that are produce in response to Plaintiffs' subpoena to EEEB JV, LLC served on June 3, 2011.

7. All documents that are produced in response to Plaintiffs' Request for Production served upon defendant United States on April 5, 2011.

8. All trial exhibits and trial testimony from the *Robinson* trial (*Robinson v. United States*, Case No. 06-2268). *(See* Joint Exhibit List, United States Exhibit List, and Plaintiffs' Exhibit List).

9. All trial exhibits and trial testimony from the Barge trial (*Mumford* C.A. No. 05-5724 as to claims of plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - only; *Benoit* C.A. No. 06-7516 as to claims of plaintiffs John Alford and Jerry Alford – only). *(See* Lafarge Exhibit List and Barge Plaintiff Exhibit List).

10. Documents concerning Plaintiffs' damages and loss, insurance claims and payments, repair receipts, photographs and/or video recordings, medical records, mental health records, proof of loss of wages/income, and/or inconvenience.

11. Various media reports that are publicly available concerning the Corps's and/or its contractors' work along the east side of the IHNC both before and after Hurricanes Katrina and Rita with respect to Task Order 26 and the attempts to repair and remediate this location.

12. Plaintiffs' Form 95s.

13. Various photographs and video recordings concerning floodwaters related to Hurricane Katrina and their impact on the east side of the IHNC in between Florida Avenue and Claiborne Avenue.

14. All documents introduced as exhibits in all depositions of all witnesses in this matter.

15. Soil data and other relevant information pertaining to negligence and damages from expert witness reports, exhibits and testimony admitted in *In re: Katrina Canal Breaches Consolidated Litigation* (Pertains to: MRGO, Robinson, BARGE).

16. Soil data and other relevant information pertaining to negligence and damages from the published literature.

17. Any soil data or other relevant information pertaining to negligence and damages produced in this litigation at a future date by any party.

PLAINTIFFS' LIAISON COUNSEL

s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 1st day of September, 2011.

/s/ *Joseph M. Bruno*
Joseph M. Bruno