UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## THE MRGO PLAINTIFFS' FIRST PRELIMINARY WITNESS LIST

Pursuant to the Court's Minute Entry dated March 17, 2011, as modified by the Court's Order dated July 25, 2011 (Docket No. 20200), The MRGO Plaintiffs' ("Plaintiffs'") submits this preliminary list of witnesses that may or will be introduced at trial in the above-referenced action.

While Plaintiffs have endeavored in good faith to prepare a witness lists, it is necessarily limited, and subject to further change and modification considering that discovery and investigation in this case is ongoing and discovery in this case will not close until February 10, 2012.  Plaintiffs' will supplement this on the 1st of each month, as directed by the the Court's Order dated July 25, 2011.

1.  Kenneth & Jeannine Armstrong  
    2400 Armis Drive  
    Meraux, LA 70075

    Fact testimony regarding personal experiences and losses; Lower 9th Ward & St. Bernard Sub-Class Rep

1

| | | |
|---|---|---|
| 2. | Succession of Ethel Mae Coates | Fact testimony regarding personal experiences and losses; Lower 9th Ward & St. Bernard Sub-Class Rep |
| 3. | Alvin Livers<br>13492 Paces Point<br>Gonzales, LA 70737 | Fact testimony regarding personal experiences and losses; Lower 9TH Ward Sub-Class Rep |
| 4. | Clifford Washington<br>1910 Charbonnet Street<br>New Orleans, LA 70117 | Fact testimony regarding personal experiences and losses; Lower 9th Ward Sub-Class Rep |
| 5. | Fred Holmes<br>30321 Glenboro Drive<br>Spring, TX 77386 | Fact testimony regarding personal experiences and losses; St. Bernard Sub-Class Rep |
| 6. | Chad A. Morris, P.L.S. | Expert witness. Mr. Morris's testimony will address geographic mapping/surveying. |
| 7. | G. Paul Kemp, Ph.D. | Expert witness. Dr. Kemp's testimony will address input data regarding the model of the August/September 2005 metropolitan New Orleans innundation. |
| 8. | John A. Kilpatrick, Ph.D. | Expert witness. Dr. Kilpatrick's testimony will address the diminution of value of the New Orleans real estate market resultant of the August/September 2005 metropolitan New Orleans innundation, and that such a diminution can be quantified on a class wide basis. |
| 9. | Matthijs Kok | Expert witness. Dr. Kok's testimony will illustrate the August/ September 2005 metropolitan New Orleans innundation. |
| 10. | Johannes Vrijling | Expert witness. Dr. Vrijling's testimony will illustrate the August/September 2005 metropolitan New Orleans innundation. |
| 11. | Robert Bea | Expert witness. Dr. Bea's testimony will address forensic engineering and causation analysis for the north and south breaches. |
| 12. | Rune Storesund | Expert witness. Mr. Storesund testimony will address geo-technical engineering. |

| | | |
|---|---|---|
| 13. | David Rogers | Expert witness. Mr. Rogers testimony will address the developmental history of the area, site geology, and site characterization. |
| 14. | Scott Taylor | Expert witness. Mr. Taylor's testimony will address the damage appraisal's. |
| 15. | John Crawford | Expert witness. Mr. Crawford's testimony will address the structural damage to plaintiffs' properties |
| 16. | G. Randolph Rice.<br>Professor Emeritus, LSU<br>7048 Moniteau Court<br>Baton Rouge, LA 70809 | Expert Witness, Mr. Rice's testimony will calculate the value of Plaintiffs' Armstrong and Holmes', loss of income, fringe benefits and retirement benefits. |
| 17. | John Greishaber<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Greishaber's knowledge includes, without limitation, the Corps's process and procedure for analyzing and offsetting the potential impact of EBIA excavations, on the adjacent IHNC floodwalls, including underseepage, wall and global stability. |
| 18. | Walter Baumy<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Baumy's knowledge includes, without limitation, analyzing design aspects of particular projects, preparing plans and specifications, and determining whether excavations would have impacts on adjacent flood control structures. |
| 19. | Gerald Colletti<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118, | Mr. Colletti's knowledge includes, without limitation, the Corps's practice and procedure for analyzing a project's potential impact on adjacent flood control structures. |
| 20. | Richard Varuso<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Varuso's knowledge includes, without limitation, EBIA excavations and backfill and the Corps's l geotechnical division's role in Task Order 26. |
| 21. | Lee Guillory<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118, | Mr. Guillory's knowledge includes, without limitation, the EBIA and all related excavations and analyses, including underseepage analyses, the TERC and Task Order 26, and any and all changes and modifications thereto. |

3

22. Gerald DiCharry, Jr.  Mr. DiCharry, Jr.'s knowledge includes, without limitation,
    Army Corps of Engineers  the IHNC Lock Replacement Project and the project's
    7400 Leake Ave.  potential impact on the adjacent floodwalls' stability.
    New Orleans, LA 7011
    alternatively
    1813 Francis Ave.
    Metairie, Louisiana 70003

23. James Montegut  Mr. Montegut's knowledge includes, without limitation,
    Army Corps of Engineers  on-site quality assurance, inspections and reporting of Task

    7400 Leake Ave.  Order 26 as well as the oversight of WGI's performance
    New Orleans, LA 70118  on Task Order 26.
    alternatively
    6190 Tezcuco Court
    Gonzales, Louisiana 70737.

24. Alvin Clouatre  Mr. Clouatre's knowledge includes, without limitation, the
    Army Corps of Engineers  quality assurance aspects of Task Order 26, including the
    7400 Leake Ave.  on-site monitoring of WGI and its subcontractors.
    New Orleans, LA 70118,
    alternatively
    655 Plantation Boulevard
    Mandeville, Louisiana 70448

25. Sara Alvey  Ms. Alvey's knowledge includes, without limitation, the
    URS Energy &  quality control aspects of Task Order 26, including on-site
    Construction, Inc.  monitoring.
    (formerly Washington
    Group International, Inc.)
    600 Montgomery Street, 26th Fl.
    San Francisco, CA 94111-2728

26. Stephen Clay Roe  Mr. Roe's knowledge includes, without limitation, the
    URS Energy &  management of WGI's employees and subcontractors
    Construction, Inc.  who worked on Task Order 26.
    (formerly Washington
    Group International, Inc.)
    600 Montgomery Street, 26th Fl.
    San Francisco, CA 94111-2728
    alternatively
    14054 West Cornell Ave.
    Lakewood, Colorado 80228

4

| | | |
|---|---|---|
| 27. | Phillip Lee Staggs<br>URS Energy &<br>Construction, Inc.<br>(formerly Washington<br>Group International, Inc.)<br>600 Montgomery St., 26th Fl.<br>San Francisco, CA 94111<br>alternatively<br>225 South Tropical Trail,<br>Merritt Island, Florida 32952. | Mr. Staggs's knowledge includes, without limitation, the EBIA excavations and the backfill materials used therein, the supervision of WGI and it's subcontractors with respect to demolition, remediation and site restoration, as well as the daily subcontractor reports and coordinated field activities with the Corps. |
| 28. | URS Energy &<br>Construction, Inc.<br>(formerly Washington<br>Group International, Inc.)<br>600 Montgomery St, 26th Fl.<br>San Francisco, CA 94111<br>alternatively<br>35745 Calle Nopal<br>Temecula, California 92592 | Task Order 26, including but not limited to, the use of off-site material for backfill, the performance aspects of the Task Order 26, including on-site supervision of WGI and its subcontractors as well as the project's cost schedule, and overall quality and technical management |
| 29. | Anne Patten Veigel<br>URS Energy &<br>Construction, Inc.<br>(formerly Washington<br>Group International, Inc.)<br>600 Montgomery St. 26th Fl.<br>San Francisco, CA 94111 | Ms. Veigel's knowledge includes, without limitation, the Indefinite Delivery-Indefinite Quantity Contract for the remediation of various hazardous, toxic, and radioactive waste, including the general requirements for all of WGI's anticipated work on the EBIA. |
| 30. | George Bacuta,<br>U.S. Nuclear<br>Regulatory Commission<br>One Whiteflint North<br>11555 Rockville Pike<br>Mail Stop 0-12-E-1<br>Rockville, Maryland 20852 | Mr. Bacuta's knowledge includes, without limitation, geotechnical, geological, geochemical, and chemical testing data reviewed by the Corps and/or its contractors during the execution of Task Order 26. |
| 31. | Employees and agents of<br><br>Cajun Industries, LLC<br>15635 Airline Highway<br>Baton Rouge, LA 70817 | Cajun Industries, LLC's employees' and agents' knowledge<br>includes, without limitation, the demolition, removal, construction, remediation, replacement, repairs, analyses, surveys, designs, installations, investigations, and studies performed along the east side of the IHNC after Hurricanes Katrina and Rita. |

| | | |
|---|---|---|
| 32. | Sherwood Gagliano, Ph.D.<br>Coastal Environment, Inc.<br>1260 Main Street<br>Baton Rouge, LA 70802 | Mr. Gagliano's specialized knowledge includes, without limitation, about the geology and the 40 year history of wetlands and costal marsh destruction. Also, has personal knowledge and is believed of having a video showing the development of a marshy swamp on the east side of the IHNC floodwall in the Lower 9th Ward. |
| 33. | Terry Adams<br>address and<br>phone number unknown | Mr. Adams' knowledge includes, without limitation, his eyewitness account of the timing and location of water coming over and under the levee and floodwalls along the east-side of the IHNC during Hurricane Katrina. |
| 34. | Reda M. Bakeer, Ph.D., P.E.<br>Consulting Engineer<br>4624 Pike Drive<br>Metairie, LA 70003 | Expert Witness. Dr. Bakeer's testimony will address his findings, opinions, conculsions and results of his analyses relative to the causes of the two breaches (North and South Breach) that occurred in the floodwall along the east bank of the Inner Harbor Navigation Canal (IHNC) during Hurricane Katrina. |
| 35. | Michael O' Dowd<br>U.S. Army Corps.<br>of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Personal experience during and after Hurricane Katrina |
| 36. | McElwee Constructions<br>Organizational<br>Representative | Soils conductivity observations along the eastern side of of the IHNC. |
| 37. | Witnesses from the IPET Group | The creation and genesis of the IPET Report. |
| 38. | Witnesses from the ILIT Group | The creation and genesis of the ILIT Report. |
| 39. | Witnesses from the Team Louisiana group | The creation and genesis of the Team Louisiana Report |
| 40. | Ivor Van Heerden, Ph.D. | Dr. Van Heerden's testimony will address the creation and genesis of the ILIT Report and the Team Louisiana Report. |

PLAINTIFFS' LIAISON COUNSEL

s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 1st day of September, 2011.

/s/ *Joseph M. Bruno*
Joseph M. Bruno