UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * | SECTION "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |

## JOINT MOTION TO AMEND SCHEDULING ORDERS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, the United States, and Washington Group International, Inc. ("WGI"), and respectfully move to amend the Court's March 17, 2011 Scheduling Order (Rec. Doc. No. 20200) and the Court's Order of June 9, 2011 (Rec. Doc. No. 20272) as set forth below. The parties, taking into consideration recent Orders from the Court, respectfully submit that the relief sought herein will allow the parties to better prepare for the trial on the merits and will assist the Court in resolving the above-captioned matter.

1. Reports from Plaintiffs' income and/or economic loss experts shall be due no later than September 9, 2011.

2. Reports from Defendants' income and/or economic loss experts shall be due no later than October 7, 2011.

3. The deadline for the production of reports from Defendants' damages experts shall be extended from September 19 to October 7, 2011

4. Plaintiffs' income and/or economic loss rebuttal reports shall be due no later than November 7, 2011.

5. The deadline for the completion of geological testing shall be extended from October 24 to November 3, 2011.

6. The deadline for the sharing of geotechnical testing results shall be extended from November 7 to November 17, 2011.

1068138v.1

7. The deadline for the production of reports from Plaintiffs' geotechnical, hydrological, standard of care, and causation experts shall be extended from December 5 to December 15, 2011.

8. The deadline for the production of reports from Defendants' geotechnical, hydrological, standard of care, and causation experts shall be extended from January 9 to January 19, 2012.

9. The deadline for the production of Plaintiffs' geotechnical, hydrological, standard of care, and causation rebuttal reports shall be extended from January 23 to February 2, 2012.

10. The deadline for the completion of depositions and discovery is extended from February 17 to February 24, 2012.

The parties respectfully submit that granting the relief sought herein will not affect the hearing date for the *Daubert* hearing or the trial date in this matter. The deadlines not listed in the proposed amended Scheduling Order filed herewith are to remain the same as are contained in the March 17, 2011 Scheduling Order (Rec. Doc. No. 20200) as amended by the Court Order of June 9, 2011 (Rec. Doc. No. 20272) and the Court's Order of August 25, 2011 (Doc. No. 20401) changing the trial date from July 16, 2012 to July 23, 2012.

**WHEREFORE**, Plaintiffs, the United States and Washington Group International, Inc., respectfully move to amend the Court's March 17, 2011 Scheduling Order as previously amended by the Court's Order of June 9, 2011.

1068138v.1

- 3 -

| Dated: September 2, 2011 | Respectfully submitted, |
|---|---|
| /s/Robin D. Smith | /s/Heather S. Lonian |
| Robin D. Smith | William D. Treeby, 12901 |
| Senior Trial Counsel | James C. Gulotta, Jr., 6590 |
| Torts Branch, Civil Division | Heather S. Lonian, 29956 |
| United States Department of Justice | Of |
| Benjamin Franklin Station | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| P.O. Box 888 | 546 Carondelet Street |
| Washington, D.C. 20044 | New Orleans, Louisiana 70130 |
| (202) 616-4289 | Telephone: (504) 581-3200 |
| (202) 616-5200 (fax) | Facsimile: (504) 581-3361 |
| Attorney for the United States | and |
| and | Adrian Wager-Zito |
|  | Debra S. Clayman |
| /s/Joseph M. Bruno | JONES DAY |
| Joseph M. Bruno, 3604 | 51 Louisiana Avenue, N.W. |
| Law Offices of Joseph M. Bruno | Washington, D.C. 20001-2113 |
| 855 Baronne Street | Telephone: (202) 879-3891 |
| New Orleans, Louisiana 70113 | Facsimile: (202) 626-1700 |
| Telephone: (504) 525-1335 |  |
| Facsimile: (504) 561-6775 | Attorneys for Washington Group International, Inc., a division of URS Corporation |
| Plaintiffs' Liaison Counsel |  |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion to Amend Scheduling Orders has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 2nd day of September, 2011.

/s/Heather S. Lonian

1068138v.1