UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * * | SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**O R D E R**

Considering the foregoing Joint Motion to Amend Scheduling Orders;

**IT IS ORDERED** that the motion is **GRANTED** and that the Court's March 17, 2011 Order (Rec. Doc. No. 20200) and the Court's June 9, 2011 Order (Rec. Doc. No. 20272) are amended as set forth below:

1. Plaintiffs' income and/or economic loss expert reports shall be due no later than September 9, 2011.

2. Defendants' income and/or economic loss expert reports shall be due no later than October 7, 2011.

3. Defendants' damages expert reports shall be due no later than October 7, 2011.

4. Plaintiffs' income and/or economic loss rebuttal reports shall be due no later than November 7, 2011.

5. Geological testing shall be completed no later than November 3, 2011.

6. Geotechnical testing results shall be shared no later than November 17, 2011.

7. Plaintiffs' geotechnical, hydrological, standard of care, and causation expert reports shall be due December 15, 2011.

8. Defendants' geotechnical, hydrological, standard of care, and causation expert reports shall be due January 19, 2012.

9. Plaintiffs' geotechnical, hydrological, standard of care, and causation rebuttal reports shall be due February 2, 2012.

10. Depositions and discovery shall be completed no later than February 24, 2012

This relief is being granted on the condition that the trial date of July 23, 2012 and *Daubert* hearing date of April 19, 2012 will not be affected. All other dates contained in the March 17, 2011 Order, as amended by the June 9, 2011 Order will remain the same.

New Orleans, Orleans, Louisiana, this _____ day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

1068143v.1