UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: MRGO | * <br> * <br> * <br> * <br> * <br> * | SECTION "K" (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

## MOTION TO ENROLL PRO HAC VICE

**NOW INTO** COURT, through undersigned counsel, comes Washington Group International, Inc. ("WGI"), which, pursuant to Local Rule 83.2.5, respectfully moves to enroll Christopher N. Thatch of the law firm of Jones Day pro hac vice in the above-captioned proceedings, and states as follows:

1. Mr. Thatch is an attorney at the law firm of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113.

2. He is a member of good standing in the District of Columbia Court of Appeals, as evidenced by the attached certificate.

3. He is ineligible to become a member of the Bar of this Court because he is not a member of the Bar of the State of Louisiana.

4. No disciplinary proceedings or criminal charges have been initiated against him.

**WHEREFORE**, Washington Group International, Inc. respectfully moves to enroll Christopher N. Thatch of the law firm of Jones Day pro hac vice in the above-captioned matter.

1068018v.1

Dated:  September 7, 2011

Respectfully submitted,

/s/William D. Treeby
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
  Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing Motion to Enroll has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 7th day of September, 2011.

                /s/William D. Treeby

1068018v.1