UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CHRISTOPHER N. THATCH

DISTRICT OF COLUMBIA

BEFORE ME, the undersigned Notary Public, duly qualified and commissioned for the District of Columbia, personally came and appeared:

**CHRISTOPHER N. THATCH**

who, after being duly sworn, does depose and state

1. My name is Christopher N. Thatch and I am an attorney at the law firm of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113.

2. Pursuant to the Uniform Local Rules of the United States District Courts for the State of Louisiana, Rule 83.2.5., I am applying for permission to appear and participate as co-counsel for Washington Group International, Inc. in the above-captioned matter.

3. I am a member of good standing in the District of Columbia Court of Appeals, as evidenced by the attached certificate.

1068022v.1

- 2 -

4. I am ineligible to become a member of the Bar of this Court because I am not a member of the Bar of the State of Louisiana.

5. No disciplinary proceedings or criminal charges have been initiated against me.

_____
Christopher N. Thatch

_____
Notary Public
Print Name: MARCIA A. KIRTLAND
Notary I.D./Bar No. (As Applicable): _____
District of Columbia
My commission expires: March 31, 2016