UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION  NO. 05-4182 |
| PERTAINS TO:  MRGO | * * * * * | SECTION "K" (2)  JUDGE DUVAL  MAGISTRATE WILKINSON |

**O R D E R**

Considering the foregoing Motion to Enroll filed by Washington Group International, Inc.:

**IT IS ORDERED** that the motion is **GRANTED** and that Christopher N. Thatch of the law firm of Jones Day be and hereby is enrolled pro hac vice on behalf of Washington Group International, Inc.

New Orleans, Louisiana, this _____ day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

1068019v.1