UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (Young, No. 07-2157) | * | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company (hereinafter "State Farm"), who moves this Honorable Court to issue an order directing Plaintiffs, Joseph Young, Jr. and Julia Young, to execute the release document and Joint Motion and Order of Dismissal provided them, and return the same to State Farm, in conformity with the parties' settlement agreement.

As more fully set forth in the attached Memorandum in Support, the parties confirmed their settlement agreement in the above captioned and entitled matter over forty (40) months ago, and Plaintiffs accepted State Farm's settlement drafts and settlement documents in connection therewith, on January 6, 2009. Further, in February 2009, the settlement drafts were returned to undersigned counsel for purposes of reissuing due to payoff of mortgage. The settlement drafts were reissued by State Farm on February 22, 2009, and accepted by counsel for plaintiffs on March 3, 2009. Despite all efforts by State Farm to conclude this settlement in a timely manner, Plaintiffs have failed to execute and return the provided release document and Joint Motion and Order of Dismissal to State Farm. Counsel for State Farm has contacted Plaintiff's counsel on

1

CLC 895.0426

numerous occasions, via electronic mail and telephone, in an effort to resolve the matter, to no avail.

Therefore, State Farm moves this Honorable Court to issue an order compelling Plaintiffs to execute and return the provided release document and Joint Motion and Order of Dismissal to Defendant, within an expeditious timeframe. State Farm also prays Plaintiffs be assessed Defendant's costs and fees in connection with bringing this Motion.

Respectfully submitted,

**/s/ Charles L. Chassaignac, IV**
**CHARLES L. CHASSAIGNAC, IV (#20746)**
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA 70801
Telephone: (225) 383-8900
Facsimile: (225) 383-7900
Email: cchassaignac@phjlaw.com
**Attorney for State Farm Fire and Casualty Company**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 8th day of September, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

/s/ Charles L. Chassaignac, IV
CHARLES L. CHASSAIGNAC, IV.

CLC 895.0426