PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WWW.PHJLAW.COM

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

C. GORDON JOHNSON, JR
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

EMAIL ADDRESS OF WRITER
rkudijaroff@phjlaw.com

DIRECT DIAL OF WRITER:
(225) 336-8926

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
MICHAEL J. MADERE
RALPH J. AUCOIN, JR.
CLAIBORNE W. BROWN
DENIA D. SYLVE
MATTHEW L. MANN
DARRIN M. O'CONNOR

OF COUNSEL:

CHAD J. PRIMEAUX
ELEANOR W. WALL
JULIANNE T. ECHOLS
JESSE WALES*
CAROLINE D. BARKERDING

*Licensed in OK & CA only

PLEASE REPLY TO:
**BATON ROUGE**

January 5, 2009

Jim S. Hall and Associates
**Attn: Wanda Capdeville**
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

      Re:    Settlement Packages (see list)

Dear Wanda:

    I am enclosing settlement packages for the following claimants:



1. [redacted]
2. [redacted]
3. [redacted]
4. [redacted]
5. [redacted]
6. [redacted]
7. [redacted]
8. [redacted]
9. Joseph and Julia Young
10. [redacted]
11. [redacted]
12. [redacted]
13. [redacted]
14. [redacted]
15. [redacted]
16. [redacted]
17. [redacted]



EXHIBIT A

Wanda Capdeville
JIM S. HALL & ASSOCIATES
January 5, 2009
Page 2



18.
19.
20.
21.
22.
23.
24.

    Please see that all releases are executed, the dismissals are signed, and all documents are returned to me **before** the settlement drafts are negotiated. Further, please sign the bottom of this correspondence where indicated verifying that you have received the enclosed documentation.

    Thanks, and in the meantime, if you have any questions or concerns in this regard, please do not hesitate to contact me.

Sincerely,

Regina Kudijaroff
Paralegal to Charles L. Chassaignac, IV

Enclosures

_____   1/6/09
Signature                               Date



CLAIM NO 18-R163-820   POLICY NO 18-E00991-5   LOSS DATE 08-29-2005   PAYMENT NO 1 22 230978 J
DATE 12-22-2008
AMOUNT
TIN

| Coverage Description | Amount | COV/Line Pay Cd |
|---|---|---|
| Wind/Hail - Building | | 35/001  3 |

REMARKS   Cov A portion of lawsuit settlement that includes RH

RETAIN STUB FOR RECORDS

AUTHORIZED BY  ANDRAS, DAVID
PHONE  (504) 481-3325

STATE FARM FIRE AND CASUALTY COMPANY
MONROE, LA
FIRE_SHU  22-588-L777
JPMORGAN CHASE BANK, N.A.  56-1544/441
COLUMBUS, OH

INSURED  YOUNG, JOSEPH

CLAIM NO  18-R163-820
LOSS DATE  08-29-2005

1 22 230978 J
12-22-2008
DATE  MM DD YYYY

Pay to the Order of:  JOSEPH H. YOUNG & JULIA C. YOUNG & JIM S. HALL, THEIR ATTORNEY & BENEFICIAL MORTGAGE COMPANY OF LOUISIANA & U. S. SMALL BUSINESS ADMINISTRATION & OFC OF COMMUNITY DEV, DIV OF ADMIN FOR THE STATE OF LA
4835 LURLINE ST
NEW ORLEANS LA 70127-3544

AUTHORIZED SIGNATURE

| CLAIM NO | 18-R163-820 | POLICY NO | 18-E00991-5 | LOSS DATE | 08-29-2005 | | PAYMENT NO | 1 22 2309/9 J |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DATE | 12-22-2008 |
| | | | | | | | AMOUNT | |
| | | | | | | | TIN | |

| Coverage Description | Amount | COV/Line | Pay Cd |
|---|---|---|---|
| Wind/Hail - Personal Property | | 36/001 | 1 |

REMARKS   Cov B portion of lawsuit settlement

RETAIN STUB FOR RECORDS

AUTHORIZED BY ANDRAS, DAVID
PHONE (504) 481-3325

---

STATE FARM FIRE AND CASUALTY COMPANY

JPMORGAN CHASE BANK, NA  56-1544/441
COLUMBUS, OH

MONROE, LA
FIRE SHU 22-588 L777

CLAIM NO  18-R163-820       INSURED  YOUNG, JOSEPH
LOSS DATE  08-29-2005

1 22 230979 J

DATE  12-22-2008

$ **********

Pay to the
Order of:  JOSEPH H. YOUNG & JULIA C. YOUNG & JIM S. HALL, THEIR ATTORNEY & U. S.
SMALL BUSINESS ADMINISTRATION
4835 LURLINE ST
NEW ORLEANS LA 70127-3544

*Rachelle Hale*
AUTHORIZED SIGNATURE


