C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA

EMAIL ADDRESS OF WRITER
rkudijaroff@phjlaw.com

DIRECT DIAL OF WRITER:
(225) 336-8926

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**
343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WWW.PHJLAW.COM

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
BRYAN J. HAYDEL, JR.
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
MICHAEL J. MADERE
RALPH J. AUCOIN, JR.
CLAIBORNE W. BROWN
DENIA D. SYLVE
MATTHEW L. MANN
DARRIN M. O'CONNOR

OF COUNSEL:

ELEANOR W. WALL
JULIANNE T. ECHOLS
CAROLINE D. BARKERDING

PLEASE REPLY TO:
**BATON ROUGE**

March 2, 2009

Ms. Wanda Capdeville
Jim S. Hall & Associates
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

    Re:    Julia and Joseph Young Jr. v. State Farm Fire & Casualty Company
             USDC Eastern District No. 07-2157
             Our File No.: 895.0426

Dear Wanda:

    I am enclosing the reissued settlement checks (nos. 122601417J and 122601418J), in connection with the above-referenced settlement. Accordingly, please forward the executed settlement documents to me at your very earliest convenience.

    Thanks, and in the meantime, if you have any questions or concerns in this regard, please do not hesitate to contact me.

                              Sincerely,

                              Regina L. Kudijaroff
                              Paralegal to Charles L. Chassaignac, IV

Enclosures

Signature            3/3/09
                       Date

EXHIBIT B

| CLAIM NO | 18-R163-820 | POLICY NO | 18-E00991-5 | | LOSS DATE | 08-29-2005 | PAYMENT NO | 1 22 601417 J |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DATE | 02-22-2009 |

| Coverage Description | Amount | COL/Line | Pay Cd |
|---|---|---|---|
| Wind/Hail - Building | | 35/001 | 3 |

AMOUNT
TIN

## RETAIN STUB FOR RECORDS

AUTHORIZED BY ANDRAS, DAVID
PHONE (504) 481-3325

REMARKS  Cov A portion of lawsuit settlement that does not include Road Home

STATE FARM FIRE AND CASUALTY COMPANY
MONROE, LA
JPMORGAN CHASE BANK, NA 56-1544/440
COLUMBUS, OH
FIRE SIU 22-586-L777

1 22 601417 J
02-22-2009
DATE MM DD YYYY

CLAIM NO 18-R163-820  INSURED YOUNG, JOSEPH
LOSS DATE 08-29-2005

******

Pay to the
Order of: JOSEPH H. YOUNG & JULIA C. YOUNG & JIM S. HALL, THEIR ATTORNEY & U. S.
SMALL BUSINESS ADMINISTRATION
4835 LURLINE ST
NEW ORLEANS LA 70127-3544

Rachelle Hall
AUTHORIZED SIGNATURE

| CLAIM NO 18-R163-820 | POLICY NO 18-E00991-5 | LOSS DATE 08-29-2005 | PAYMENT NO 1 22 601418 J |
|---|---|---|---|
| Coverage Description | Amounts Col/Lire Pay Cd | | DATE 02-22-2009 |
| Wind/Hail - Building | 35/001  3 | | AMOUNT |
| | | | TIN |

RETAIN STUB FOR RECORDS

AUTHORIZED BY ANDRAS, DAVID
PHONE (504) 481-3325

REMARKS   Cov A portion of lawsuit settlement that includes RH

STATE FARM FIRE AND CASUALTY COMPANY
MONROE, LA
JPMORGAN CHASE BANK, NA 56-15/441
COLUMBUS, OH
FIRE SIU 22-588-L777

1 22 601418 J

DATE 02-22-2009

CLAIM NO: 18-R163-820    INSURED YOUNG, JOSEPH
LOSS DATE 08-29-2005

Pay to the Order of: JOSEPH H. YOUNG & JULIA C. YOUNG & JIM S. HALL, THEIR ATTORNEY & U. S. SMALL BUSINESS ADMINISTRATION & OFC OF COMMUNITY DEV, DIV OF ADMIN FOR THE STATE OF LA
4835 LURLINE ST
NEW ORLEANS LA 70127-3544

Rachelle Hark
AUTHORIZED SIGNATURE