UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (Young, No. 07-2157) | * | |

### NOTICE OF SUBMISSION

TO: Plaintiff, Joseph Young, Jr.
By and through his attorney of record
Jim S. Hall
JIM S. HALL & ASSOCIATES
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001

PLEASE TAKE NOTICE that State Farm Fire and Casualty Company will file and/or has already filed its Motion to Enforce Settlement, before the Honorable Magistrate Judge Joseph C. Wilkinson, Jr., at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C-525, New Orleans, Louisiana, on **Wednesday, September 28, 2011 at 11:00 a.m., central time**, or as soon thereafter as counsel may be heard, for an order on **Defendant, State Farm Fire and Casualty Company's Motion to Enforce Settlement, with attached Memorandum in Support, Proposed Order and [separate] Request for Oral Argument on said Motion to Enforce Settlement.**

1

0895-0426

Respectfully submitted,

/s/ Charles L. Chassaignac, IV
**CHARLES L. CHASSAIGNAC, IV (#20746)**
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA 70801
Telephone: (225) 383-8900
Facsimile: (225) 383-7900
Email: cchassaignac@phjlaw.com
**Attorney for State Farm Fire and Casualty Company**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 8th day of September, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

/s/ Charles L. Chassaignac, IV
CHARLES L. CHASSAIGNAC, IV

0895-0426

2