UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (Young, No. 07-2157) | * | |

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes State Farm Fire and Casualty Company, who, in accordance with Rule 78.1 of the Local Rules of Court, respectfully requests oral argument for the Motion to Enforce Settlement filed by State Farm Fire and Casualty Company and noticed for hearing on September 28, 2011 at 11:00 a.m., in order to address any issues and/or questions the Court may have that have not been specifically discussed in the Motion or Memorandum.

Respectfully submitted,

/s/ Charles L. Chassaignac, IV
**CHARLES L. CHASSAIGNAC, IV (#20746)**
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA 70801
Telephone: (225) 383-8900
Facsimile: (225) 383-7900
Email: cchassaignac@phjlaw.com
**Attorney for State Farm Fire and Casualty Company**

1

## CERTIFICATE OF SERVICE

I do hereby certify that on the 8th day of September, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

/s/ Charles L. Chassaignac, IV
CHARLES L. CHASSAIGNAC, IV