UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (Young, No. 07-2157) | * | |

## ORDER

Considering Defendant's Request for Oral Argument, with regard to its Motion to Enforce Settlement Agreement, the Court hereby **GRANTS** the Request.

**IT IS HEREBY ORDERED** that the parties appear for oral argument on the 28th day of September, 2011 at 11:00 a.m.

New Orleans, this _____ day of _____, 2011.

_____
MAG. JUDGE JOSEPH C. WILKINSON, JR.

1