UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-418 |
| PERTAINS TO BARGE | |
| | SECTION "K" |

### CONSENT MOTION TO CONTINUE DEADLINES TO FILE OPPOSITION AND REPLY MEMORANDA AS TO COURT-ORDERED MOTION FOR SUMMARY JUDGMENT

NOW COME Barge Plaintiffs, through undersigned counsel, who, with the consent of Lafarge North America, Inc., respectfully move for a one week continuance of the present deadlines for Plaintiffs to oppose Lafarge North America, Inc.'s Motion for Summary Judgment and for Lafarge to file a Reply Memorandum in support of the Motion. This continuance is necessary to afford the Plaintiffs sufficient time to brief the points they wish to advance in opposition to the Motion. If granted, the resulting deadlines sought by this motion would be September 20, 2011 for the Plaintiffs' opposition, and October 4, 2011 for Lafarge's Reply.

So moved, this 8th day of September, 2011.

/s/Brian A. Gilbert
Brian A. Gilbert (21297)
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com,

Shawn Khorrami (CA SBN #14011)
**KHORRAMI, POLLARD & ABIR, LLP**

444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
**WILSON, GROCHOW, DRUKER**
233 Broadway, 5th Floor
New York, NY  10279
Telephone:  (212) 608-4400
Facsimile:  (212) 608-0746
e-mail:  lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
**WIEDEMANN AND WIEDEMANN**
100 Veterans Memorial Blvd., Ste.
Metairie, Louisiana 70005
Telephone: 504-581-6180
e-mail: ldwiedemann@gmail.com
karlwiedemannlaw@gmail.com

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 8th day of September, 2011.

/s/ Brian A. Gilbert