UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-418 |
| PERTAINS TO BARGE | |
| | SECTION "K" |

**CONSENT CERTIFICATE**

I/We, undersigned counsel, hereby certify that Lafarge North America, Inc., through counsel, has provided written consent to a one-week continuance of the deadlines for Plaintiff's Opposition to Lafarge's Motion for Summary Judgment, and for Lafarge's Reply in support of its Motion.

>/s/Brian A. Gilbert
>Brian A. Gilbert (21297)
>**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
>2030 St. Charles Avenue
>New Orleans, Louisiana 70130
>Telephone: (504) 598-1000
>Facsimile: (504) 524-1024
>E-mail: bgilbert@briangilbertlaw.com,
>
>Shawn Khorrami (CA SBN #14011)
>**KHORRAMI, POLLARD & ABIR, LLP**
>444 S. Flower Street, 33rd Floor
>Los Angeles, California 90071
>Telephone: (213) 596-6000
>Facsimile: (213) 596-6010
>e-mail: Skhorrami@kpalawyers.com
>
>Lawrence A. Wilson (N.Y.S.B.A. #2487908)
>**WILSON, GROCHOW, DRUKER**
>233 Broadway, 5th Floor
>New York, NY  10279
>Telephone:  (212) 608-4400
>Facsimile:  (212) 608-0746
>e-mail:  lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
**WIEDEMANN AND WIEDEMANN**
100 Veterans Memorial Blvd., Ste.
Metairie, Louisiana 70005
Telephone: 504-581-6180
e-mail: ldwiedemann@gmail.com
karlwiedemannlaw@gmail.com

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 8th day of September, 2011.

/s/ Brian A. Gilbert