UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| | * | |
| | * | |
| *Weisler v. Seymour, et al.*    09-2737 | * | JUDGE |
| | * | STANWOOD R. DUVAL, |
| | * | JR. |
| | * | |
| | * | MAG. JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

# NOTICE OF CHANGE OF ADDRESS
# OF RICHARD T. SEYMOUR

PLEASE TAKE NOTICE that, effective Monday, September 12, 2011, the address and office telephone number of Richard T. Seymour will change to the following:

> Richard T. Seymour
> Law Office of Richard T. Seymour, P.L.L.C.
> Suite 900, Brawner Building
> 888 17th Street, N.W.
> Washington, DC 20006-3307
>   Voice: 202-785-2145
>   Cell:   202-549-1454
>   Facsimile:  800-805-1065
>   e-mail: rick@rickseymourlaw.net

        Respectfully Submitted,
        /s/ Richard T. Seymour
       rick@rickseymourlaw.net
       Suite 900, Brawner Building
       888 17th Street, N.W.
       Washington, DC 20006-3307
         Voice:  202-785-2145
         Cell:   202-549-1454
         Facsimile: 800-805-1065

       *Attorney for Defendants Richard T. Seymour and*
       *"Richard T. Seymour P.L.L.C."*

Dated:  September 9, 2011

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of September, 2011, I served a copy of the foregoing Notice of Change of Address of Richard T. Seymour, on counsel of record for Plaintiff, as shown below, and on all other counsel and parties through the Court's ECF system and, where the party served is not on the ECF system, by e-mail:

>Andrew C. Wilson, Esq.
>Simon, Peragine, Smith & Redfearn, L.L.P.
>30th Floor - Energy Centre
>1l00 Poydras Street
>New Orleans, LA 70163-3000

>/s/ Richard T. Seymour
>Richard T. Seymour
>*Attorney for Defendants Richard T. Seymour*
>*and "Richard T. Seymour P.L.L.C."*