UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-418 |
| PERTAINS TO BARGE | |
| | SECTION "K" |

## ORDER

Considering the Plaintiffs' *Consent Motion To Continue Deadlines To File Opposition And Reply Memoranda As To Court-Ordered Motion For Summary Judgment*, it is hereby ORDERED that the Motion be, and is hereby GRANTED ;

FURTHER ORDERED, the Plaintiffs' opposition to Lafarge North America's Motion for Summary Judgment shall be filed no later than September 20, 2011, and any Reply by Lafarge may be filed no later than October 4, 2011.

New Orleans, Louisiana, this 12th day of September, 2011.

_____
HON. STANWOOD R. DUVAL, JR.