UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES              CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                    NO. 05-4182

PERTAINS TO:                                            SECTION "K"(2)
    INSURANCE
    C. Abadie, 06-5164 re:
    Sylena Davis regarding
    7737-39 Haney Drive, New Orleans, LA

## ORDER

Before the Court is Countrywide Home Loan, Inc.'s Motion to Dismiss with Prejudice (Doc. 20325) and a Motion to Dismiss filed by Lexington Insurance Company (Doc. 20311) in which both seek dismissal from an interpleader proceeding filed by Lexington Insurance Company on February 22, 2011 (Doc. 20156 and 20171) and by which Lexington Insurance Comapny filed into the registry of the Court the disputed funds.  All known stakeholders have been served. The potential stakeholders were Sylena Davis, Countrywide Home Loan, Inc., the State of Louisiana, Division of Administration, Office of Community Development, Louisiana Recovery Authority ("Road Home") and The Law Office of Joseph M. Bruno, APLC.  The instant motions were filed and noticed for submission.  No opposition to the motions have been filed.  Accordingly,

**IT IS ORDERED** that Countrywide Home Loan, Inc.'s Motion to Dismiss with Prejudice (Doc. 20325) and a Motion to Dismiss filed by Lexington Insurance Company (Doc.

20311) are **GRANTED** and Countrywide Home Loan, Inc. and Lexington Insurance Company are hereby **DISMISSED WITH PREJUDICE** from the Interpleader action.

New Orleans, Louisiana, this 13th day of September, 2011.

*[signature]*

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**