UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br><br>*KMART CORPORATION* (11- 02062) | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

### RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

**NOW INTO COURT**, through undersigned counsel, comes defendant The Board of Commissioners of the Port of New Orleans (the "Dock Board"), who, in accordance with the with Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth more fully in the accompanying Memorandum in Support, respectfully moves this Honorable Court to dismiss the Plaintiffs' claims against the Dock Board, with prejudice, for failure to state a claim upon which relief can be granted.  In support of this motion, the Dock Board respectfully refers this Honorable Court to the following decisions previously handed down in the Hurricane Katrina Litigation Umbrella (E.D.La. Nos. 05-4182 and consolidated cases) wherein the same or similar claims of alleged fault or neglect on the part of the Dock Board have been dismissed, with prejudice, because the Dock Board, as a matter of law, has no duties or responsibilities with respect to flood control, or for the design, construction, and maintenance of any levees and floodwalls:

1.  <u>In Re Katrina Canal Breaches Consolidation Litigation</u>, No. 05-4182 (Levee Master Class Action), 2007 WL 3003001 (E.D.La. 10/12/2007)(J. Duval)(Doc.

8389)(attached as Exhibit A to Memorandum in Support), aff'd, In Re: Katrina Canal Breaches Litigation, No. 08-30234, 309 Fed.Appx. 836 (5th Cir. 03/04/2009)(Doc. 18125)(attached as Exhibit B to Memorandum in Support);

    2.    In Re Katrina Canal Breaches Consolidation Litigation, No. 05-4182 (Pertaining to Nos. 06-5116, 06-5127, 06-7682, 06-5118, 06-5128, 06-5131, 06-5132, 06-5134, 06-5137, 06-5140, 06-5142), 2007 WL 3353296 (E.D.La. 11/07/2007)(J. Duval)(Doc. 8913)(attached as Exhibit C to Memorandum in Support);

    3.    In Re Katrina Canal Breaches Consolidation Litigation, No. 05-4182 (Pertaining to Nos. 07-4775, 07-5184, 07-5186, 07-5187), 2008 WL 4875680 (E.D.La. 10/28/2008)(J. Duval)(Doc. 16192)(attached as Exhibit D to Memorandum in Support); and

    4.    In Re Katrina Canal Breaches Consolidation Litigation, No. 05-4182 (Pertaining to Nos. 06-5131, 06-5132, 06-5134, 06-5137, 06-5140), 2008 WL 4899449 (E.D.La. 11/12/2008)(J. Duval)(Doc. 16352)(attached as Exhibit E to Memorandum in Support).

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:   /s/ Kirk N. Aurandt
      J. FREDRICK KESSENICH, T.A. (7354)
      MICHAEL W. MCMAHON (23987)
      JON A. VAN STEENIS (27122)
      KIRK N. AURANDT (25336)
      P. O. Box 5350
      Covington, Louisiana 70434-5350
      Telephone: 985/871-0800
      Facsimile: 985/871-0899
      Attorneys for Defendant The Board of Commissioners of the Port of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 13th day of September, 2011.

/s/ Kirk N. Aurandt
KIRK N. AURANDT