UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br><br>*KMART CORPORATION* (11- 02062) | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted of Defendant, Board of Commissioners of the Port of New Orleans, will be deemed submitted to the Court for decision on the 19th day of October, 2011, at 9:30 a.m., before the Honorable Stanwood R. Duval, Jr., United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:  /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH, T.A. (7354)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile:  985/871-0899
Attorneys for Defendant The Board of Commissioners of the Port of New Orleans

- 2 -

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 13th day of September, 2011.

/s/ Kirk N. Aurandt
KIRK N. AURANDT