**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | NUMBER 05-4182 |
| | * | |
| | * | SECTION "K" |
| PERTAINS TO: | * | |
| | * | JUDGE DUVAL |
| KMART CORPORATION  (11-2062) | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION PURSUANT TO F.R.CIV.P. 12(B)(6) TO DISMISS

NOW INTO COURT, through undersigned counsel, comes defendant Sewerage and Water Board of New Orleans and moves this Court to dismiss plaintiffs' Complaint for Damages under F.R.Civ.P. 12(b)(6).  The claims filed against the Sewerage and Water Board of New Orleans on August 19, 2011, are prescribed.  The Sewerage and Water Board of New Orleans is therefore entitled to Judgment in its favor dismissing plaintiffs' Complaint for Damages against it.  A memorandum in support is submitted in connection with this motion.

WHEREFORE, defendant Sewerage and Water Board of New Orleans prays that after due proceedings are held, that this Court grant its motion and dismiss plaintiffs' claims against the Sewerage and Water Board of New Orleans pursuant to F.R.Civ.P. 12(b)(6), with prejudice, at plaintiffs' cost.

Respectfully submitted,

s/Charles M. Lanier, Jr.

**CHARLES M. LANIER, JR. - #18299, T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**OSCAR M. GWIN, IV - #29233**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE
AND WATER BOARD OF NEW ORLEANS


## C E R T I F I C A T E

I do hereby certify that on the 14th day of September 2011, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of

electronic filing to all participating counsel of record.  I also certify that I have mailed the

foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.


s/Charles M. Lanier, Jr.
CHARLES M. LANIER, JR.


CK_DOCS 475718v1

2