# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| _____ | * | **NUMBER 05-4182** |
| | * | |
| | * | **SECTION "K"** |
| **PERTAINS TO:** | * | |
| | * | **JUDGE DUVAL** |
| **KMART CORPORATION  (11-2062)** | * | |
| | * | **MAGISTRATE WILKINSON** |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## <u>NOTICE OF SUBMISSION</u>

Please take notice that defendant Sewerage and Water Board of New Orleans will bring on for hearing its motion under F.R.Civ.P. 12(b)(6) to dismiss the above-captioned matter before the Honorable Stanwood R. Duval, Jr., on the 5th day of October 2011, at 9:30 a.m., at the United States District Court House for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana  70130.

You are invited to participate as you may deem necessary.

Respectfully submitted,

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.#18299T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**OSCAR M. GWIN, IV - #29233**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III - #12271**
**GERARD M. VICTOR - #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone:  (504) 585-2242
Facsimile:   (504) 585-2426

ATTORNEYS FOR DEFENDANT
SEWERAGE AND WATER BOARD OF
NEW ORLEANS

## C E R T I F I C A T E

I do hereby certify that on the 14th day of September, 2011, I electronically

filed the foregoing with the Clerk of Court by using the CM/ECF system, which will

send a notice of electronic filing to all participating counsel of record.  I also certify

that I have mailed the foregoing by United States Postal Services, First Class, to all

non-CM/ECF participants.


s/Charles M. Lanier, Jr.
CHARLES M. LANIER, JR

CK_DOCS 476248v1