UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * * * | NO. 05-4182 and consolidated cases SECTION "K" (2) |
| *Weisler v. Seymour, et al.*   09-2737 | * * * * * * * * | JUDGE STANWOOD R. DUVAL, JR. MAG. JUDGE JOSEPH C. WILKINSON, JR. |

**WITNESS AND EXHIBIT LIST OF DEFENDANT
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
AND IMPROPERLY NAMED DEFENDANT BRIAN A. GILBERT**

Defendant, Law Office of Brian A. Gilbert, P.L.C., and Defendant, Improperly Named Individual Brian A. Gilbert, hereby adopt in extenso the *Preliminary Witness And Exhibit Lists By Defendants Richard T. Seymour And (Misnamed) Richard T. Seymour, P.L.L.C.,* with the following additions:

**Exhibits**

51.     Any and all Louisiana Secretary of State filings, occupational licenses, telephone, rent, and other invoices, contracts, letterhead, business cards, advertising materials, tax documents, bank account records, and communications with Plaintiff and/or his attorney reflecting the Limited Liability Company or business enterprise status, footing, and public persona of Law Office of Brian A. Gilbert, P.L.C. at all times pertinent;

52. Any and all documents, writings emails and things traversed between the parties via discovery or otherwise, except those privileged, inadmissible, or otherwise objectionable;

53. Any and all for rebuttal or impeachment.

54. Any and all listed, disclosed, used or relied upon by any other party.

This the 15th day of September 2011.

                                                        Respectfully submitted,

                                                        *\s\Brian A. Gilbert*

**BRIAN A. GILBERT** (LSBA#21297)
**LAW OFFICE OF BRIAN A. GILBERT**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: 504.598.1000
Facsimile: 504.524.1024
bgilbert@briangilbertlaw.com

I hereby certify that I have on this 15th day of September, 2011, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, and additionally, have served same via electronic mail upon all parties to the captioned matter.

                                                        *\s\Brian A. Gilbert*