MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 15, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |

Pursuant to the court's previous order, Record Doc. No. 20378, a telephone conference was conducted before me on this date. Participating were: Kevin Klibert, representing various plaintiffs; Chase Chassaignac, representing State Farm; Kristen Parnell on behalf of the Road Home Program. The purpose of the conference was to follow up on the status of settlement of the following six (6) claims: George and Margaret Green, Eugene Lefevre, Dennis Morris, Andryetta Yarbrough, Bessie Jones and Archibald Grefer, all involving State Farm. Counsel reported that finalization of these settlements now awaits action by plaintiffs, which is in the process of being accomplished. Accordingly, **IT IS ORDERED** that a follow-up conference by telephone

MJSTAR: 0 : 15

will be conducted by me on **October 18, 2011 at 10:30 a.m.**  Counsel must contact my office at 504-589-7630 at that time.

_[signature]_
_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**

**ATTORNEY KEVIN P. KLIBERT**

**ATTORNEY CHASE CHASSAIGNAC**

**DANIEL A. REES, LEGAL COUNSEL**
**OFFICE OF COMMUNITY DEVELOPMENT – DISASTER RECOVERY UNIT**
**DIVISION OF ADMINISTRATION, STATE OF LOUISIANA**
**P.O. BOX 94095**
**BATON ROUGE, LOUISIANA 70804-9095**