UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINACANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>No. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: KMART CORP., No. 11-2062 | * * * | JUDGE DUVAL<br><br>MAG. JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * | * | |

CSX TRANSPORTATION, INC.'S MOTION
FOR DISMISSAL UNDER RULE 12(b)(6)
(FAILURE TO STATE A CLAIM)

CSX Transportation, Inc. ("CSXT") moves this Court to dismiss the plaintiffs' complaint against CSXT under Fed. R Civ. P. 12(b)(6). The allegations against CSXT in the plaintiffs' complaint are virtually identical to the allegations in 119 other civil actions filed by the same lawyer in the consolidated Katrina litigation, No. 05-4182, and the Court has already repeatedly dismissed those claims against CSXT, finding that CSXT owed no duty to protect plaintiffs from flooding and that plaintiffs' claims are preempted by federal law. No. 05-4182, Order and Opinion (Dec. 27, 2007) (Dkt. No. 9856); *see also Pere Marquette Hotel Partners, L.L.C. v. United States*, No. 09-5921 (consolidated into this litigation on March 10, 2010), Order and Opinion (Mar. 10, 2010) (Dkt. No. 34).

In addition, plaintiffs' complaint against CSXT should be dismissed because it is untimely; it was not filed within one year of the date of the occurrence giving rise to plaintiffs' alleged damages.

Accordingly, for the reasons set forth above and in this Court's Orders and Opinions dated December 27, 2007, January 26, 2009 and March 10, 2010, this case too should be dismissed for failure to state a claim under Fed.R.Civ.P. 12(b)(6).

A supporting memorandum is attached.

Respectfully submitted,

  /s/ BrentA.Talbot
BRENT A. TALBOT (#19174)
JONATHAN C. McCALL (#9227)
-of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 544-6095
**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

September 16, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2011, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                                               s/Brent A. Talbot