UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>No. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: KMART CORP., No. 11-2062 | * * * | JUDGE DUVAL<br><br>MAG. JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF SUBMISSION OF MOTION FOR DISMISSAL UNDER RULE 12(B)(6) (FAILURE TO STATE A CLAIM)

PLEASE TAKE NOTICE, pursuant to LR 7.2, that Defendant CSX Transportation, Inc.'s Motion for Dismissal under Rule 12(B)(6) (Failure to State a Claim) will be deemed submitted to the Court for decision on the 5th day of October, 2011, at 9:30 a.m.

Respectfully submitted,

/s/ Brent A. Talbot
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
-of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 544-6095
**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

1735305-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2011, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Brent A. Talbot