STATE OF NORTH CAROLINA )
COUNTY OF WAKE)

Biswadev Roy, being duly sworn, deposes and says based upon personal knowledge:

1. I am a senior consultant with Data & Image Processing Consultants (DIPCON), LLC in Morrisville, North Carolina and part-time research professor at NASA Center for Aerospace Device Research and Education (CADRE), Department of Physics, North Carolina Central University, Durham, North Carolina; I also am an independent consultant to the NASA-Research Opportunities in Space and Earth Sciences (ROSES) project at Baron Advanced Meteorological Systems, and I have worked for the US Environmental Protection Agency and have also worked with NASA on areas of mesoscale meteorology, satellite ground validation algorithms, quality control of observational datasets and on retrieval of aerosols information.

2. I received an award from the US EPA, Superior Accomplishment Recognition Award for work analyzing meteorology and satellite remote sensing data. I have worked with NASA GSFC/Laboratory for Atmospheres Chemistry & Dynamic Branch on testing of aerosol retrieval algorithm for Ozone Monitoring Instrument (OMI) and Mesoscale Processes Branch on Improvement of TRMM precipitation radar ground validation algorithm, and data quality control of soundings obtained from convective environments at Goddard Space Flight Center, Greenbelt, MD.

1

3. I have a Ph.D. in science and have studied atmospheric physics. My curriculum Vita is attached hereto as **Exhibit A** and made a part here of.

4. I, along with a team of experts recognized in microwave remote sensing applications performed an analysis of a Synthetic Aperture Radar (SAR) satellite image that was taken of the New Orleans area on August 28, 2005. The C.V.'s of the team is attached hereto as **Exhibit B** and made a part hereof. I, along with the team, also compared the Synthetic Aperture Radar Satellite Imagery with High Resolution Visible Imagery (obtained from Google Earth).

5. Synthetic Aperture Radar was first invented by Carl A. Wiley, a mathematician at Goodyear Aircraft Company in Litchfield Park, Arizona, while working on a correlation guidance system for the Atlas ICBM program. ("In Memory of Carl A. Wiley," A. W. Love, IEEE Antennas and Propagation Society Newsletter, pp 17-18; See also, June 1985 Synthetic Aperture Radars: A Paradigm for Technology Evolution", C. A. Wiley, IEEE Transactions on Aerospace and Electronic Systems, v. AES-21, n. 3, pp 440-443, May 1985).

6. Synthetic Aperture Radar is utilized for various applications. Synthetic-aperture radar (SAR) was first used by NASA on JPL's Seasat oceanographic satellite in 1978. NASA has utilized synthetic-aperture radar for at least thirty years. In 1988, NASA used a SAR on the NASA DC-8 aircraft, called AIRSAR, it flew missions at sites around the world until 2004.

2

7. Most land-surveying applications are now carried out by SAR satellite observation. Satellites such as European ERS-2 (ERS-1 retired as of 03/2000), JERS-1 (retired as of 10/1998), European Envisat ASAR, and Canadian RADARSAT-1/2 carry out this sort of observation. The Space Shuttle has also carried synthetic-aperture radar equipment during the SIR-A and SIR-B missions during the 1980s, as well as the Shuttle Radar Laboratory (SRL) missions in 1994 and the Shuttle Radar Topography Mission in 2000.

8. The Venera 15 and Venera 16 followed later by the Magellan space probe mapped the surface of Venus over several years using synthetic-aperture radar. SAR images have wide applications in remote sensing and mapping of the surfaces of both the Earth and other planets.

9. The Cassini mission to Saturn is currently using SAR to map the surface of the planet's major moon Titan, whose surface is partly hidden from direct optical inspection by atmospheric haze. The Lunar Reconnaissance Orbiter, launched in 2009, carries a SAR instrument, which was designed largely to look for water ice deposits on the poles of the Moon. SAR images have wide application and their use has been accepted in the scientific community for over thirty years.

3

10. Synthetic Aperture Radar (SAR) is independent of solar illumination, so that acquisitions can be made at any time of the day or night and also it can see through cloud coverage.

11. I, along with our team of scientists obtained a Synthetic Aperture Radar (SAR) Satellite image for August 28, 2005 from the Canadian SAR aboard Radarsat-1, that was taken at 6:52p.m Central Daylight Time (CDT) over the Inner Harbor Industrial Canal located in New Orleans.

12. Based upon our analysis of the RADARSAT-1 SAR image it is my opinion based upon a reasonable degree of scientific certainty that:

13. The SAR imagery (intensity) can reliably distinguish between water and man-made objects. There is a high correlation between SAR pixel intensity (radar reflectivity) and visible Google Earth (GE) imagery in the Industrial Canal. The land/boundary has been accurately determined using the SAR imagery.

14. A man-made structure has been detected in the Industrial Canal near the SW corner (just north of the Clairborne Avenue Bridge). This pixel has the same intensity (radar-backscatter) as the barges in the upper NW region located at the LaFarge facility. The size of the pixel is consistent with the barge dimensions. See attached **Exhibit C**.

4

15. I concluded, and we concluded, based upon a reasonable degree of scientific certainty that it is more likely than not that this pixel north and west of the Clairborne Avenue Bridge is the location of the subject barge, ING 4727, at 6:52p.m. CDT.  It is my opinion with a reasonable degree of scientific certainty that the subject Barge, ING 4727, had more likely than not, broken loose from its moorings at the LaFarge Facility by 6:52 p.m. CDT on August 28, 2005 and had traveled to the Southwest Corner of the Canal, just north of the Clairborne Avenue Bridge.  It is also my opinion that it is more likely than not, based upon my personal review and analysis, and the groups review and analysis, of the SAR satellite image, that the subject Barge is no longer moored at the LaFarge Facility and had broken loose from its moorings by 6:52 p.m. CDT on August 28, 2005; all of my professional opinions are given with a reasonable degree of certainty.

16. Additionally, I have obtained New Orleans NEXRAD level III wind data from the National Climatic Data Center (NCDC) Radar data archive for August 28 and 29, 2005. The details about level III radar products are available in NCDC Data documentation for DSI 7000. The algorithm to process and produce the radar is handled by Radar Operation Center (ROC) of National Oceanic and atmospheric Administration (NOAA). As per discussion and personal communications with the NCDC, all posted data in the archive

5.

are quality controlled and any aliasing or de-aliasing issue is already taken care of.

17. The period of data downloaded is from August 28, 2005 1649 UTC (August 28, 2005, 11:49 AM CDT) to August 29, 2005 1716 UTC (August 29, 2005, 11:16 AM CDT). Starting about 02:15 AM CDT of August 29, 2005, strong wind shear is noted by KLIX radar by the Inner Harbor Navigation Canal in New Orleans. Also there were 2 mesocyclones noted. One at 08/29/2005 03:36:59 CDT with its base at 3,600 ft MSL and a vertical depth of 3,100 ft.

18. The associated shear is 10 shear units ($10.0 \times 10^{-3}$ $sec^{-1}$) and the radius of the mesocyclone is approximately 2.77 km. This one is located at 30.0123764 deg. N, 90.02329885 deg. W (see Figure 1).

19. The next mesocyclone in the area of the Inner Harbor Navigational Canal is even a stronger one with a wind shear of 13 shear units ($13.0 \times 10^{-3}$ $sec^{-1}$) and a radius of 7.96 km noted at 30.027139 deg. N, 90.01431357 deg. W on 08/29/2005 03:42:26 CDT (See Figure 2). This feature had a depth of 10,000 ft with its base at 1,100 ft. Attached are plots of the data with topographic overlays of the IHNC area.

20. In addition to these 2 noted mesocyclones there were also 3D correlated shear noted close to IHNC on 08/29/2005 at 02:15 and 03:15 AM CDT. At 2:15

6

AM CDT and at 3:15 AM CDT very strong multiple level wind shears are noted from radar records. They have a shear strength of 8 shear units.



Figure 1: August 29, 2005 03:36:59 CDT level III mesocyclone analysis from KLIX radar



Figure 2: August 29, 2005 03:42:26 CDT level III mesocyclone analysis from KLIX radar

19. A fundamental character of a hurricane is the inward counter clockwise spiraling of its winds. This feature is dictated by the law of physics of the equations of motion and the structure of the hurricane. The wind pattern is a result of the fundamental law of physics applied to the atmosphere. This meteorological principle is referred to as Buys Ballots Law which provides that the rotation around a low pressure center is going to be counter clockwise in Northern Hemisphere.

20. The Center of a hurricane is referred to "as the eye". It is roughly circular and although the winds are calm at the axis of rotation of the hurricane, strong winds may extend into the eye. Thus the area experiencing the North West Quadrant of the wind field of a hurricane will experience winds blowing from north, north

8

easterly direction prior to the passage of the hurricane and as the hurricane passes winds will come from the opposite direction. Mesocyclones are similar in effect, but smaller in size and can change the wind pattern locally as the Mescyclones passes over a particular site such as the Inner Harbor Navigational Canal. Measurements of wind taken from other locations would not pick up the surface winds being produced over the Inner Harbor Navigational Canal unless those winds were prevailing at the airport or other wind recording locations.



Wind shear (red) sets air spinning (green).



The updraft (blue) 'tips' the spinning air upright.

9



The updraft then starts rotating.

http://en.wikipedia.org/wiki/Mesocyclone

21. A mesocyclone is a rotating vortex of air within a supercell thunderstorm. Mesocyclones form when strong changes of wind speed and/or direction with height ("wind shear") sets parts of the lower part of the atmosphere spinning in invisible tube-like rolls. The convective updraft of a thunderstorm then tilts upwards the layer of spinning air (from parallel to the ground to perpendicular) and causing the entire updraft to rotate as a vertical column.

22. As the updraft rotates, it may form a wall cloud, a spinning layer of clouds descending from the mesocyclone. The wall cloud tends to form closer to the center of the mesocyclone. As it descends, a funnel-shaped cloud may form at its center. This sometimes causes tornado genesis. These storms have the greatest tendency to produce tornadoes.





23. It must also be noted that land based wind data often underestimates the winds over the water because of the frictional differences. Meaning wind speeds are generally much higher over water than land and directional differences are also observed. The magnitude of winds offshore are nearly double the wind speed observed onshore. Schwing, Franklin B., Jackson O. Blanton, 1984: *The Use of*

12

*Land and Sea Based Wind Data in a Simple Circulation Model. J. Phys. Oceanogr.*, **14**, 193–197. This is attributed to the differences in friction between land masses and offshore waters. Sometimes, that there are even directional differences between land and water. Id.

24. It is my opinion with a reasonable degree of scientific certainty, and taking into consideration the eye witness accounts that the barge hit the flood wall, and the witnesses that heard the scrapping along the floodwall, that it is more likely than not that these strong multiple level wind shears, and mesocyclones created winds in all directions, North, East, South and West, that would have sufficient force to have moved the barge from the area depicted in the SAR image at 6:52 p.m. on August 28, 2005 to the areas where the breaches occurred.

25. The basis of my opinion is the data discussed herein, including but not limited to review of the SAR Satellite Image, the visible satellite GE images, NOAA data, National Climatic Data Center products, my education, my work experiences, investigation, consulting experience, research; and professional background.

_____
Biswadev Roy

Sworn to before me this
20 day of September, 2011

_____
Notary Public Monique A Hayes
Comm. Exp 2/29/2012



13



**EXHIBIT C**

# Biswadev (Dev) Roy

504 Willingham Road, Morrisville, NC 27560
(919) 467-4622, (919) 599-2043 (Cell)
devroy2007@yahoo.com

---

**EXPERIENCE**

**Research Professor** at NASA Center for Aerospace Device Research and Education (CADRE), Department of Physics, North Carolina Central University, Durham, NC, 08/2011-present

**Independent Consultant** to a NASA-Research Opportunities in Space & Earth Sciences (ROSES) project at Baron Advanced Meteorological Systems: aerosol data assimilation in a multi-pollutant air quality decision support system using CMAQ (part-time), 2010 – 2011

**U.S. Environmental Protection Agency physical scientist GS 1301-13**. Performed CAMx based regulatory photochemical modeling, EPS v3.0 emissions & MM5 meteorological modeling and evaluation for State Implementation Plans (SIP) for 8-hour ozone, and regional haze, was responsible for 5 states within U.S. EPA/Region-6, Dallas, TX., 2007–2009

**U.S. Environmental Protection Agency physical scientist GS 1301-12,** Models-3 evaluation in space and time using observation products, at EPA/ORD/National Exposure Research Laboratory (NERL)/Human Exposure & Atmospheric Science Division/AMAD, Research Triangle Park, NC., 2003 - 2007

**UMBC, and Science Systems & Applications Inc. on-site contractor scientist at NASA GSFC**/Laboratory for Atmospheres/Atmospheric Chemistry & Dynamics Branch on testing of aerosol retrieval algorithm for Ozone Monitoring Instrument (OMI) and Mesoscale Processes Branch on improvement of TRMM precipitation radar ground validation algorithm, and data quality control of soundings obtained from convective environments, Goddard Space Flight Center, Greenbelt, MD., 07/1999 -12/2003

**EDUCATION/TRAINING**

**University of California, Irvine,** Certificate – Embedded Systems Engineering  (pursuing online)
**Stanford University, CA,** Certificate on "Sustainable energy conversion and storage", Stanford University Center for Professional development, School of Engineering, completed in Feb, 2011
**ASPRS** Certified Mapping Scientist (remote-sensing), American Society for Photogrammetry & Remote Sensing (ASPRS), Bethesda, MD., registration: RS-156, since 11/14/2007
**University of Central Florida,** M.S. in Electrical Engineering (EE), special: communication engineering with elective: satellite remote sensing, School of EE & Computer Science (EECS), Thesis - NASA funded research project on quantitative precipitation, thesis title: "Evaluation of TRMM satellite precipitation radar ground-validation products", thesis evaluators- W. Linwood Jones, and Takis C. Kasparis, EECS, University of Central Florida, GPA 3.83/4.0
**Jadavpur University, India**, Ph.D. Science**,** 1995, Thesis title "Doppler acoustic sounding studies of some atmospheric boundary layer processes in a moist convective region", thesis (by examination) evaluators- U.K. De, J.U. Physics Department, B. Pal, IIT Kharagpur, S.P. Singal, and B.S. Gera, National Physical Laboratory, New Delhi, India, and Roland B. Stull then at University of Wisconsin, Madison, USA

**IIT Roorkee, M.Sc. in Physics** (U.S. Equivalent 4 years B.S.), electives: chemistry, mathematics, mechanical engineering drawing & workshop technology, specialization: electronics and atmospheric physics, Thesis on design and fabrication of an electrometer amplifier & Gerdien cylinder for measurement of electrochemical charge separation in clouds, thesis evaluators: Jagdish Rai, Vir Singh & P. Pradeep Kumar, IIT Roorkee, GPA 3.53/4.0

**COMPUTER EXPERIENCE**:

*Programming*: Fortran 77/90, , C/C++, TCL/TK, C-Shell, Perl, Awk, Matlab, Interactive Data Language (IDL), C for embedded systems
*Calculation Tools*: Excel, Kaleidagraph, NIST Dataplot (spreadsheet),
Matlab, Mathcad (manipulator)
*Modeler*: R (Data Analysis), P-SPICE, Tecplot, Labview, Satellite Toolkit (STK), MODIS Re projection Tool, Comsol Multiphysics v4.1, Labview, ENVI
*Visualization Tools*:  IDL, ENVI 4.2, Mathcad, R (Graphics), PAVE, VIS5D, ArcVIEW
*Application Specific Software*:  CMAQ, CAMx, SMOKE, EPS, CALPUFF, AERMOD, HDF VIEW, HDF, Labview

**AWARDS**

**U.S. EPA Service Citation** , Administrator, August, 2009
**U.S. EPA Superior Accomplishment Recognition Award** for work in analyzing meteorology and satellite remote sensing data to evaluate the 2008 ozone season to depict progress in reducing NOx levels in Region 6 for progress in ozone programs, April, 2009.
**U.S. EPA Environmental Stewardship Team Award** (given to air planning section, Region-6), February, 2009.
**U.S. EPA Office of Research & Development (ORD) Exceptional/Outstanding ORD Technical Assistance to the Regions or Program Offices Award,** "For improving the National Emissions Inventory by developing and delivering a more accurate and cost-efficient method for estimating national emissions of biomass burning", National fire emissions inventory team, September 17, 2008
**U.S. EPA Region-6 Administrator's Certificate of Appreciation** "In recognition of work on development of DFW 8 hour ozone State Implementation Plan", July 01, 2008
**U.S. EPA Superior Accomplishment Recognition Award** for photochemical modeling activity on Dallas Fort Worth ozone SIP leading to new regulation, March 05, 2008
**U.S. EPA Atmospheric Modeling Division Recognition** for "contributions towards clean air", October 15, 2007
**U.S. EPA Special Accomplishment Recognition Award** for "contribution towards advancing CMAQ photochemical model and its evaluation using space- and ground observation datasets", August 10, 2007
**National Aeronautics & Space Administration (NASA) Group Achievement Award** for extremely successful airborne fourth Convection & Moisture Experiment (CAMEX-IV), May-Sep, 2001, held at Jacksonville, Florida, 2002
**U.S. Federal Highways Administration (FHWA) Eisenhower Grants for Research Fellowship** (competitive, National), "Use of positron annihilation technique to study fatigue state of steel structures", awarded in 1997
**Council for Scientific & Industrial Research (CSIR, New Delhi, India),** Competitive, National post-doctoral award, 1995, for assessment of Doppler sonic detection of PBL mixing height in deep convective monsoon trough region using computer models.
**Department of Science & Technology,** India, Research Fellowship for Monsoon Trough Boundary Layer Experiment and studies, 1988-1993; Junior scientific Officer, 1993-1995.
**West Bengal Government Merit Scholarship, India**, for pursuing middle and high school, 1972-1980.

**IMPORTANT JOURNAL/CONFERENCE PUBLICATIONS**

Roy, B. and S. Datta, 2011:  Passive and active remote sensing for atmospheric and hydrological model validation/calibration,  Cyberinfrastructure Summer Institute for Geoscientists (CSIG-2011), San Diego Supercomputer Center, Poster session, University of California San Diego, August 08-12.

J.N. McHenry, C. Coats, J. Vukovich, D. Olerud, T. Smith, R. Husar, C. Hsu, M.J. Jeong, J. Warner,. C. Salustro, B. Do, and B. Roy, 2010:  Domestic and International advances in numerical air quality prediction at Baron advanced meteorological systems, 2010 National air quality conference: Air quality forecast modeling, March 17, Raleigh, N.C.

Amber J. Soja, et al., 2009: Assessing satellite-based fire data for use in the National Emissions Inventory, Journal of Applied Remote Sensing, (revised).

George Pouliot, Tom Pace, B. Roy, Thomas Pierce, and David Mobley, 2008:   Development of a biomass burning emissions inventory by combining satellite and ground-based information, Journal of Applied Remote Sensing, Vol. 2, 021501 (16 May 2008).

Roy, B., R. Mathur, and A. Gilliland, 2007: CMAQ derived aerosol properties:  Comparison with IMPROVE, MODIS and AERONET data, J. Geophys. Res.         Vol. 112, D14301, doi:10.1029/2006JD008085, 2007.

Roy, B., G. Pouliot, A. Gilliland, T. Pierce, S. Howard, and W. Benjey, 2007: Refining fire emissions for air quality modeling with remotely-sensed fire counts:  A wildfire case study,  Atmospheric Environment, 41, 655-665.

Roy, B., Jeffrey B. Halverson, and Junhong Wang, 2003: The influence of radiosonde  "age" on TRMM field campaign soundings humidity correction", J. Atmos. Oceanic Technol., Vol. 21, 470-480.

Datta, S., W.L. Jones, B. Roy, and A. Tokay, 2003: Spatial variability of surface rainfall as observed from TRMM field campaign data. J. Appl. Meteorol. Vol. 42, No. 5, 598-610.

Halverson, J.B., T. Rickenbach, B. Roy, H. Pierce, and E. Williams, 2002: Environmental characteristics of convective systems during TRMM-LBA, Mon Wea. Rev., Vol. 130, No. 6, 1493-1509.

Williams, E., et al., 2002: Contrasting convective regimes over the Amazon: Implications for cloud electrification. J. Geophys. Res., 107 (D20), 50-1 to 50-19.

Oneyemelukwe, O.U., B. Roy, and Harold Bosch, 1998: Coupling of the finite-difference method and the BEM-dual reciprocity method for wind flow simulation, Journal of Wind Engineering and Industrial Aerodynamics , Vol. 77 & 78, p631-641.

Szykman, James, B. Roy, G. Pouliot, J. Godowitch, C. Kittaka, and Bradley Pierce, 2007:        Use of MOPITT Carbon Monoxide to assess reallocation of wildfire emissions in CMAQ, *Second EastFIRE Conference (2007 EastFIRE Conference)* June 5-8, George Mason University, Fairfax, VA.

Pouliot, G., T. Pierce, D. Mobley, B. Roy, and T. Pace, 2007: Development of a Biomass Burning Emissions Inventory by Combining Satellite and Ground Based     Information, *Second EastFIRE Conference (2007 EastFIRE Conference)* June 5-8, George Mason University, Fairfax, VA.

3

Soja, Amber, J. Al-Saadi, B. Pierce, C. Kittaka, J. Szykman, L. Giglio, D. Randall, S.      Raffuse, <u>B. Roy</u>, D.J. Williams, T. Pace, J. Kordzi, T. Pierce, T. Moore, 2007: A methodology for estimating area burned using satellite data in near-real-time in Oregon and Arizona, *16th Annual International Emissions Inventory Conference* – "Emission Inventories: Integration, Analysis, Communication", Raleigh, NC, May 14-17.

<u>Roy, B</u>., George A. Pouliot, J. David Mobley, Thompson G. Pace, Thomas E. Pierce, Amber J. Soja, James J. Szykman, and J. Al-Saadi, 2007: Development of an Inventory of Fire Emissions Using Satellite Data, *NATO/International Technical Meeting on Air Pollution Modeling and its Application*, 24-28 September, Aveiro, Portugal .

Ching, Jason, S. Burian, S. Dupont, <u>B. Roy</u>, 2006: Advanced meteorological modeling with urban canopy parameters for air quality and dispersion applications in urban areas, *International Conference on Urban Climatology*, June 12-16 Gothenburg, Sweden.

Rao, S.T., R. Mathur, R. Pinder, J. Pleim, S. Roselle and <u>B. Roy</u>, 2006: Use of remote sensing air quality information in regional scale air pollution modeling: Current use and requirements, *Community Workshop on Air Quality Remote Sensing From Space: Defining an optimum observing strategy,* February 21-23,2006, National Center for Atmospheric Research, Boulder, CO.

<u>Roy, B</u>. R. Mathur, A. Gilliland, J. Szykman, and C. Kittaka, 2005: A comparison of        aerosol optical depth simulated using CMAQ with satellite estimates, presented during the *98th Annual Conference of the Air & Waste Management Association (AWMA),* June 21-25, Minneapolis, MN.

Mathur, R., Kenneth L. Schere, Jonathan Pleim, Daiwen Kang, Shaocai Yu, Pius Lee, and <u>B. Roy</u>, 2005: Assessment of Eta-CMAQ Forecasts of particulate matter  distributions through comparisons with surface network and specialized  measurements, *7th Conference of Atmospheric Chemistry*, San Diego, CA., January 10-14.

<u>Roy, B</u>. and A. Gilliland, 2004: Comparison of Models-3 community multi-scale air quality model and MODIS/Terra aerosol optical depth. *Workshop on Air Quality Applications of Satellite Data: Using Satellite Data to Monitor and Improve Air     Quality Forecast,* NOAA/NESDIS/Center for Satellite Applications and Research, May 2004, Camp Springs, MD

<u>Roy, B</u>., 2003: Space based rain radar data might be useful for radio-communication study groups, EOS, <u>Transactions of the American Geophysical Union</u>, Vol. 84, No. 3, Jan.21, p23.

Roy, B., 2003**, U.S.A. Fact Sheet** for International Telecommunications Union (ITU-R), Geneva, Switzerland: "On use of Tropical Rainfall Measuring Mission (TRMM) precipitation radar standard products for improvement of ITU-R fade statistic models for radiowave propagation"

## JOB  RELATED TRAINING

• OAM Contracting Officer Representatives (3-Day COR) (FB002), January 27-29, 2009
• Sparse Matrix Operator Kernel Emission (SMOKE) modeling system, version 2.1. at Carolina Environment Program, University of North Carolina, January, 2006.
•  R Training for EPA/ORD/NERL by Battelle, A programming Environment for Data Analysis and Graphics,  September 28-29, 2004.
• Community Multiscale Air Quality (CMAQ) Modeling Protocol, Modeling System at Carolina Environment Program, University of North Carolina, April 19-20, 2004.

4

• American Meteorological Society (AMS) short course on neural network applications to environmental sciences, 2002.
• AMS short course of satellite derived precipitation estimates, 1999.
• AMS short course on neural networks and applications for precipitation estimates, 1999.
• Operation of Airborne Vertical Atmospheric Profiling System on NASA/DC-8 and ER-2 aircraft for CAMEX-4, 2001, trained at NASA/Dryden, Edwards, CA.
• Design and operation of micro meteorological tower with fast & slow response sensors Center for Atmospheric Sciences Department of Aerospace Engineering, Indian Institute of Science, April-May 1990).
• Radiosonde launch (ground check, launch and data acquisition, and quality control) – India Meteorological Department, New Delhi, June, 1990.
• Doppler sonic detection & ranging, cloud ceilometer, and Light Detection & Ranging systems, March, 1990, Indian Institute of Tropical Meteorology, Pune, India.


**TECHNICAL REPORTS:**

Remote Sensing and Air Quality Modeling: Fire Emission Estimates, Section 2.3.9, page 26-29, National Oceanic & Atmospheric Administration Technical Memorandum OAR-ARL-256, Fiscal year 2005

Summary Report of the NOAA Atmospheric Sciences Modeling Division to the U.S. Environmental Protection Agency, Evelyn M. Poole-Kober (Ed.), Air Resources Laboratory, Silver Springs, Maryland, June, 2006.

Remote Sensing and Air Quality Modeling: Aerosol Optical Depth, Section 2.3.10, page 29-30, National Oceanic & Atmospheric Administration Technical Memorandum OAR-ARL-256, Fiscal year 2005

Summary Report of the NOAA Atmospheric Sciences Modeling Division to the U.S. Environmental Protection Agency, Evelyn M. Poole-Kober (Ed.), Air Resources Laboratory, Silver Springs, Maryland, June, 2006.

Contributions to NASA Benchmark Report:  Biomass Burning Emissions Enhancements for Air Quality Planning. NASA Earth Science Applied Science Program, National Application to Air Quality, October 2007.


**JOURNAL REVIEWER  (2004 – 2009)**

• Journal of Geophysical Research -Atmospheres (American Geophysical Union)
• Remote Sensing of Environment (Elsevier)
• Science of the Total Environment (European)
• Journal of Environmental Management (Elsevier)
• 2008 IEEE International Geoscience and Remote Sensing Symposium
• 2008 Texas Environmental Research Consortium (TERC) Science Synthesis Document
• 2006 American Institute of Aeronautics & Astronautics -Technical Judge for Region II Students Conference

5

**GUEST LECTURER**

- **North Carolina State University** School of Marine Earth & Atmospheric Science
(for Prof. Yang Zhang, scheduled for Nov. 2011):
    - 3D Variational Data Assimilation Techniques
    - Data Assimilation in Eulerian air quality model for aerosol forecasting

Prof. Yang Zhang's classes, 2003-2011:
- Wildfire emissions and CMAQ modeling
- Satellite detection of air quality
- Aerosol optical depth predicted by photochemical models
- Radiative transfer theory

Prof. Sandra Yuter's class, 2006
- Radiative Transfer theory for satellite detection of air quality

6