UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
|     CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO:  ALL CASES | § | |
| | § | |

### DEFENDANT UNITED STATES' *EX PARTE* MOTION
### TO WITHDRAW KARA K. MILLER AS COUNSEL OF RECORD

    Defendant United States of America moves the Court to withdraw Kara K. Miller as counsel of record for the United States.

September 21, 2011              Respectfully submitted,

                                      TONY WEST
                                      Assistant Attorney General

                                      PHYLLIS J. PYLES
                                      Director, Torts Branch

                                      JAMES G. TOUHEY, JR.
                                      Assistant Director, Torts Branch

                                        s/ Kara K. Miller
                                      KARA K. MILLER
                                      Trial Attorney
                                      Civil Division, Torts Branch
                                      U.S. Department of Justice
                                      Benjamin Franklin Station, P.O. Box 888
                                      Washington, D.C. 20044
                                      (202) 616-4448 / (202) 616-5200 (Fax)
                                      Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I, Kara K. Miller, hereby certify that on September 21, 2011, I served a true copy of Defendant United States' *Ex Parte* Motion to Withdraw Kara K. Miller as Counsel of Record on all counsel by ECF.

                                                s/ Kara K. Miller
                                               KARA K. MILLER