UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
|     CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO:  ALL CASES | § | |
| | § | |

### ORDER

Having considered the United States of America's *Ex Parte* Motion to Withdraw Kara K. Miller as Counsel of Record, the motion is GRANTED.  Kara K. Miller is hereby withdrawn as counsel of record for the United States.

New Orleans, Louisiana, this ____ day of _____, 2011.

                                                    Judge Stanwood R. Duval, Jr.
                                                  Eastern District of Louisiana