UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" |
| PERTAINS TO BARGE | |

### ERATTA AND "CLAWBACK" NOTICE

Plaintiffs hereby notify the Court and Parties in all Litigation Tracks of errors and assertion of privilege as to inadvertently, erroneously, and mistakenly filed In Globo Exhibit A attached to Plaintiffs' Opposition to Lafarge North America's Motion for Summary Judgment, R. Doc. 20441-2, filed September 20, 2011. Plaintiffs herewith submit and substitute instead of the inadvertently, erroneously, and mistakenly filed In Globo Exhibit A, the correct version of In Globo Exhibit A. In Globo Exhibit A consists of a report of Biswadev (Dev) Roy, Ph.D in the form of an Affidavit with three attachments, Roy Exhibit A, Roy Exhibit B, and Roy Exhibit C. In the version originally filed, Roy Exhibit B (Part 3 of Plaintiffs' In Globo Exhibit A) was inadvertently omitted. Exhibit B consists of the curricula vitae of Dr. Roy's colleagues, other scientists who performed work on the study described in his sworn Affidavit/report.

In the version originally filed, a version of Roy Exhibit C (Part 4 of Plaintiffs' In Globo Exhibit A) was mistakenly included. The inadvertently included version is from a draft of Dr. Roy's Affidavit/report, and as such, is protected from disclosure by privilege

1

afforded as per the dictates of Case Management Orders Nos. 4, 5 and 7. It was not the final version for disclosure and upload, and was included in the original filed version as a result of inadvertence. Also, the inadvertent and incorrect Roy Exhibit C was apparently damaged during .pdf conversion. The correct version of Exhibit C is, to the best of counsel's ability to discern, undamaged. Plaintiffs also mistakenly mis-ordered the appearance of Dr. Roy's exhibits to his Affidavit/report, and now correct this so that the exhibits proceed alphabetically.

Plaintiffs hereby notify the Court and Parties, and invoke the privilege and protections afforded via Section IV(E)(2), second sentence, of Case Management Order No. 4, as also incorporated into Case Management Orders 5 and 7, and additionally, the "claw back" provisions of Fed. R. Civ. P. 26(b)(5)(b) and Federal Rule of Evidence 502(b). Accordingly, Plaintiffs request that the requirements of these provisions be imposed and subject of universal compliance.

September 22, 2011

Respectfully submitted,

*/s/Brian A. Gilbert*
Brian A. Gilbert (21297)
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com

Shawn Khorrami (CA SBN #14011)
**KHORRAMI, POLLARD & ABIR, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000

2

        Facsimile: (213) 596-6010
        e-mail: Skhorrami@kpalawyers.com

        Lawrence A. Wilson (N.Y.S.B.A. #2487908)
        **WILSON, GROCHOW, DRUKER**
        233 Broadway, 5th Floor
        New York, NY  10279
        Telephone:  (212) 608-4400
        Facsimile:  (212) 608-0746
        e-mail:  lwilson@wgdnlaw1.com

        Lawrence D. Wiedemann (#13457)
        Karl Wiedemann (18502)
        **WIEDEMANN AND WIEDEMANN**
        100 Veterans Memorial Blvd., Ste.
        Metairie, Louisiana 70005
        Telephone: 504-581-6180
        e-mail: ldwiedemann@gmail.com
        karlwiedemannlaw@gmail.com

        Patrick J. Sanders (18741)
        **PATRICK J. SANDERS, LLC**
        3316 Ridgelake Drive, Suite 100
        Metairie, Louisiana 70002
        Telephone: (504) 834-0646
        e-mail: pistols42@aol.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 22nd day of September, 2011.

        /s/ Brian A. Gilbert