*IN GLOBO* **EXHIBIT A TO BARGE PLAINTIFFS' OPPOSITION TO LAFARGE'S MOTION FOR SUMMARY JUDGMENT - PART 1**

STATE OF NORTH CAROLINA )
COUNTY OF WAKE)

Biswadev Roy, being duly sworn, deposes and says based upon personal knowledge:

1. I am a senior consultant with Data & Image Processing Consultants (DIPCON), LLC in Morrisville, North Carolina and part-time research professor at NASA Center for Aerospace Device Research and Education (CADRE), Department of Physics, North Carolina Central University, Durham, North Carolina; I also am an independent consultant to the NASA-Research Opportunities in Space and Earth Sciences (ROSES) project at Baron Advanced Meteorological Systems, and I have worked for the US Environmental Protection Agency and have also worked with NASA on areas of mesoscale meteorology, satellite ground validation algorithms, quality control of observational datasets and on retrieval of aerosols information.

2. I received an award from the US EPA, Superior Accomplishment Recognition Award for work analyzing meteorology and satellite remote sensing data. I have worked with NASA GSFC/Laboratory for Atmospheres Chemistry & Dynamic Branch on testing of aerosol retrieval algorithm for Ozone Monitoring Instrument (OMI) and Mesoscale Processes Branch on Improvement of TRMM precipitation radar ground validation algorithm, and data quality control of soundings obtained from convective environments at Goddard Space Flight Center, Greenbelt, MD.

1

3. I have a Ph.D. in science and have studied atmospheric physics. My curriculum Vita is attached hereto as **Exhibit A** and made a part here of.

4. I, along with a team of experts recognized in microwave remote sensing applications performed an analysis of a Synthetic Aperture Radar (SAR) satellite image that was taken of the New Orleans area on August 28, 2005. The C.V.'s of the team is attached hereto as **Exhibit B** and made a part hereof. I, along with the team, also compared the Synthetic Aperture Radar Satellite Imagery with High Resolution Visible Imagery (obtained from Google Earth).

5. Synthetic Aperture Radar was first invented by Carl A. Wiley, a mathematician at Goodyear Aircraft Company in Litchfield Park, Arizona, while working on a correlation guidance system for the Atlas ICBM program. ("In Memory of Carl A. Wiley," A. W. Love, IEEE Antennas and Propagation Society Newsletter, pp 17-18; See also, June 1985 Synthetic Aperture Radars: A Paradigm for Technology Evolution", C. A. Wiley, IEEE Transactions on Aerospace and Electronic Systems, v. AES-21, n. 3, pp 440-443, May 1985).

6. Synthetic Aperture Radar is utilized for various applications. Synthetic-aperture radar (SAR) was first used by NASA on JPL's Seasat oceanographic satellite in 1978. NASA has utilized synthetic-aperture radar for at least thirty years. In 1988, NASA used a SAR on the NASA DC-8 aircraft, called AIRSAR, it flew missions at sites around the world until 2004.

2

7. Most land-surveying applications are now carried out by SAR satellite observation. Satellites such as European ERS-2 (ERS-1 retired as of 03/2000), JERS-1 (retired as of 10/1998), European Envisat ASAR, and Canadian RADARSAT-1/2 carry out this sort of observation. The Space Shuttle has also carried synthetic-aperture radar equipment during the SIR-A and SIR-B missions during the 1980s, as well as the Shuttle Radar Laboratory (SRL) missions in 1994 and the Shuttle Radar Topography Mission in 2000.

8. The Venera 15 and Venera 16 followed later by the Magellan space probe mapped the surface of Venus over several years using synthetic-aperture radar. SAR images have wide applications in remote sensing and mapping of the surfaces of both the Earth and other planets.

9. The Cassini mission to Saturn is currently using SAR to map the surface of the planet's major moon Titan, whose surface is partly hidden from direct optical inspection by atmospheric haze. The Lunar Reconnaissance Orbiter, launched in 2009, carries a SAR instrument, which was designed largely to look for water ice deposits on the poles of the Moon. SAR images have wide application and their use has been accepted in the scientific community for over thirty years.

3

10. Synthetic Aperture Radar (SAR) is independent of solar illumination, so that acquisitions can be made at any time of the day or night and also it can see through cloud coverage.

11. I, along with our team of scientists obtained a Synthetic Aperture Radar (SAR) Satellite image for August 28, 2005 from the Canadian SAR aboard Radarsat-1, that was taken at 6:52p.m Central Daylight Time (CDT) over the Inner Harbor Industrial Canal located in New Orleans.

12. Based upon our analysis of the RADARSAT-1 SAR image it is my opinion based upon a reasonable degree of scientific certainty that:

13. The SAR imagery (intensity) can reliably distinguish between water and man-made objects. There is a high correlation between SAR pixel intensity (radar reflectivity) and visible Google Earth (GE) imagery in the Industrial Canal. The land/boundary has been accurately determined using the SAR imagery.

14. A man-made structure has been detected in the Industrial Canal near the SW corner (just north of the Clairborne Avenue Bridge). This pixel has the same intensity (radar-backscatter) as the barges in the upper NW region located at the LaFarge facility. The size of the pixel is consistent with the barge dimensions. See attached **Exhibit C**.

4

15. I concluded, and we concluded, based upon a reasonable degree of scientific certainty that it is more likely than not that this pixel north and west of the Clairborne Avenue Bridge is the location of the subject barge, ING 4727, at 6:52p.m. CDT. It is my opinion with a reasonable degree of scientific certainty that the subject Barge, ING 4727, had more likely than not, broken loose from its moorings at the LaFarge Facility by 6:52 p.m. CDT on August 28, 2005 and had traveled to the Southwest Corner of the Canal, just north of the Clairborne Avenue Bridge. It is also my opinion that it is more likely than not, based upon my personal review and analysis, and the groups review and analysis, of the SAR satellite image, that the subject Barge is no longer moored at the LaFarge Facility and had broken loose from its moorings by 6:52 p.m. CDT on August 28, 2005; all of my professional opinions are given with a reasonable degree of certainty.

16. Additionally, I have obtained New Orleans NEXRAD level III wind data from the National Climatic Data Center (NCDC) Radar data archive for August 28 and 29, 2005. The details about level III radar products are available in NCDC Data documentation for DSI 7000. The algorithm to process and produce the radar is handled by Radar Operation Center (ROC) of National Oceanic and atmospheric Administration (NOAA). As per discussion and personal communications with the NCDC, all posted data in the archive

5.

are quality controlled and any aliasing or de-aliasing issue is already taken care of.

17. The period of data downloaded is from August 28, 2005 1649 UTC (August 28, 2005, 11:49 AM CDT) to August 29, 2005 1716 UTC (August 29, 2005, 11:16 AM CDT). Starting about 02:15 AM CDT of August 29, 2005, strong wind shear is noted by KLIX radar by the Inner Harbor Navigation Canal in New Orleans. Also there were 2 mesocyclones noted. One at 08/29/2005 03:36:59 CDT with its base at 3,600 ft MSL and a vertical depth of 3,100 ft.

18. The associated shear is 10 shear units ($10.0 \times 10^{-3}$ sec$^{-1}$) and the radius of the mesocyclone is approximately 2.77 km. This one is located at 30.0123764 deg. N, 90.02329885 deg. W (see Figure 1).

19. The next mesocyclone in the area of the Inner Harbor Navigational Canal is even a stronger one with a wind shear of 13 shear units ($13.0 \times 10^{-3}$ sec$^{-1}$) and a radius of 7.96 km noted at 30.027139 deg. N, 90.01431357 deg. W on 08/29/2005 03:42:26 CDT (See Figure 2). This feature had a depth of 10,000 ft with its base at 1,100 ft. Attached are plots of the data with topographic overlays of the IHNC area.

20. In addition to these 2 noted mesocyclones there were also 3D correlated shear noted close to IHNC on 08/29/2005 at 02:15 and 03:15 AM CDT. At 2:15

AM CDT and at 3:15 AM CDT very strong multiple level wind shears are noted from radar records. They have a shear strength of 8 shear units.



Figure 1: August 29, 2005 03:36:59 CDT level III mesocyclone analysis from KLIX radar

7



Figure 2: August 29, 2005 03:42:26 CDT level III mesocyclone analysis from KLIX radar

19. A fundamental character of a hurricane is the inward counter clockwise spiraling of its winds. This feature is dictated by the law of physics of the equations of motion and the structure of the hurricane. The wind pattern is a result of the fundamental law of physics applied to the atmosphere. This meteorological principle is referred to as Buys Ballots Law which provides that the rotation around a low pressure center is going to be counter clockwise in Northern Hemisphere.

20. The Center of a hurricane is referred to "as the eye". It is roughly circular and although the winds are calm at the axis of rotation of the hurricane, strong winds may extend into the eye. Thus the area experiencing the North West Quadrant of the wind field of a hurricane will experience winds blowing from north, north

easterly direction prior to the passage of the hurricane and as the hurricane passes winds will come from the opposite direction. Mesocyclones are similar in effect, but smaller in size and can change the wind pattern locally as the Mescyclones passes over a particular site such as the Inner Harbor Navigational Canal. Measurements of wind taken from other locations would not pick up the surface winds being produced over the Inner Harbor Navigational Canal unless those winds were prevailing at the airport or other wind recording locations.



Wind shear (red) sets air spinning (green).



The updraft (blue) 'tips' the spinning air upright.

9



The updraft then starts rotating.

http://en.wikipedia.org/wiki/Mesocyclone

21. A mesocyclone is a rotating vortex of air within a supercell thunderstorm. Mesocyclones form when strong changes of wind speed and/or direction with height ("wind shear") sets parts of the lower part of the atmosphere spinning in invisible tube-like rolls. The convective updraft of a thunderstorm then tilts upwards the layer of spinning air (from parallel to the ground to perpendicular) and causing the entire updraft to rotate as a vertical column.

22. As the updraft rotates, it may form a wall cloud, a spinning layer of clouds descending from the mesocyclone. The wall cloud tends to form closer to the center of the mesocyclone. As it descends, a funnel-shaped cloud may form at its center. This sometimes causes tornado genesis. These storms have the greatest tendency to produce tornadoes.





23. It must also be noted that land based wind data often underestimates the winds over the water because of the frictional differences. Meaning wind speeds are generally much higher over water than land and directional differences are also observed. The magnitude of winds offshore are nearly double the wind speed observed onshore. Schwing, Franklin B., Jackson O. Blanton, 1984: *The Use of*

12

*Land and Sea Based Wind Data in a Simple Circulation Model. J. Phys. Oceanogr.*, **14**, 193–197. This is attributed to the differences in friction between land masses and offshore waters. Sometimes, that there are even directional differences between land and water. Id.

24. It is my opinion with a reasonable degree of scientific certainty, and taking into consideration the eye witness accounts that the barge hit the flood wall, and the witnesses that heard the scrapping along the floodwall, that it is more likely than not that these strong multiple level wind shears, and mesocyclones created winds in all directions, North, East, South and West, that would have sufficient force to have moved the barge from the area depicted in the SAR image at 6:52 p.m. on August 28, 2005 to the areas where the breaches occurred.

25. The basis of my opinion is the data discussed herein, including but not limited to review of the SAR Satellite Image, the visible satellite GE images, NOAA data, National Climatic Data Center products, my education, my work experiences, investigation, consulting experience, research; and professional background.

_____
Biswadev Roy

Sworn to before me this
20 day of September, 2011

_____
Notary Public  Monique A Hayes
Comm. Exp 2/29/2012



NOTARY PUBLIC
MONIQUE A. HAYES
WAKE COUNTY, NC