IN GLOBO EXHIBIT A TO PLAINTIFFS OPPOSITION
TO LNA'S MOTION FOR SUMMARY JUDGMENT
PART 2

ROY EXHIBIT A

**Biswadev (Dev) Roy**
504 Willingham Road, Morrisville, NC 27560
(919) 467-4622, (919) 599-2043 (Cell)
devroy2007@yahoo.com

---

**EXPERIENCE**

**Research Professor** at NASA Center for Aerospace Device Research and Education (CADRE), Department of Physics, North Carolina Central University, Durham, NC, 08/2011-present

**Independent Consultant** to a NASA-Research Opportunities in Space & Earth Sciences (ROSES) project at Baron Advanced Meteorological Systems: aerosol data assimilation in a multi-pollutant air quality decision support system using CMAQ (part-time), 2010 – 2011

**U.S. Environmental Protection Agency physical scientist GS 1301-13**. Performed CAMx based regulatory photochemical modeling, EPS v3.0 emissions & MM5 meteorological modeling and evaluation for State Implementation Plans (SIP) for 8-hour ozone, and regional haze, was responsible for 5 states within U.S. EPA/Region-6, Dallas, TX., 2007–2009

**U.S. Environmental Protection Agency physical scientist GS 1301-12,** Models-3 evaluation in space and time using observation products, at EPA/ORD/National Exposure Research Laboratory (NERL)/Human Exposure & Atmospheric Science Division/AMAD, Research Triangle Park, NC., 2003 - 2007

**UMBC, and Science Systems & Applications Inc. on-site contractor scientist at NASA GSFC**/Laboratory for Atmospheres/Atmospheric Chemistry & Dynamics Branch on testing of aerosol retrieval algorithm for Ozone Monitoring Instrument (OMI) and Mesoscale Processes Branch on improvement of TRMM precipitation radar ground validation algorithm, and data quality control of soundings obtained from convective environments, Goddard Space Flight Center, Greenbelt, MD., 07/1999 -12/2003

**EDUCATION/TRAINING**

**University of California, Irvine,** Certificate – Embedded Systems Engineering  (pursuing online)
**Stanford University, CA,** Certificate on "Sustainable energy conversion and storage", Stanford University Center for Professional development, School of Engineering, completed in Feb, 2011
**ASPRS** Certified Mapping Scientist (remote-sensing), American Society for Photogrammetry & Remote Sensing (ASPRS), Bethesda, MD., registration: RS-156, since 11/14/2007
**University of Central Florida,** M.S. in Electrical Engineering (EE), special: communication engineering with elective: satellite remote sensing, School of EE & Computer Science (EECS), Thesis - NASA funded research project on quantitative precipitation, thesis title: "Evaluation of TRMM satellite precipitation radar ground-validation products", thesis evaluators- W. Linwood Jones, and Takis C. Kasparis, EECS, University of Central Florida, GPA 3.83/4.0
**Jadavpur University, India**, Ph.D. Science**,** 1995, Thesis title "Doppler acoustic sounding studies of some atmospheric boundary layer processes in a moist convective region", thesis (by examination) evaluators- U.K. De, J.U. Physics Department, B. Pal, IIT Kharagpur, S.P. Singal, and B.S. Gera, National Physical Laboratory, New Delhi, India, and Roland B. Stull then at University of Wisconsin, Madison, USA

**IIT Roorkee, M.Sc. in Physics** (U.S. Equivalent 4 years B.S.), electives: chemistry, mathematics, mechanical engineering drawing & workshop technology, specialization: electronics and atmospheric physics, Thesis on design and fabrication of an electrometer amplifier & Gerdien cylinder for measurement of electrochemical charge separation in clouds, thesis evaluators: Jagdish Rai, Vir Singh & P. Pradeep Kumar, IIT Roorkee, GPA 3.53/4.0

**COMPUTER EXPERIENCE**:

*Programming*: Fortran 77/90, , C/C++, TCL/TK, C-Shell, Perl, Awk, Matlab, Interactive Data Language (IDL), C for embedded systems
*Calculation Tools*: Excel, Kaleidagraph, NIST Dataplot (spreadsheet),
Matlab, Mathcad (manipulator)
*Modeler*: R (Data Analysis), P-SPICE, Tecplot, Labview, Satellite Toolkit (STK), MODIS Re projection Tool, Comsol Multiphysics v4.1, Labview, ENVI
*Visualization Tools*: IDL, ENVI 4.2, Mathcad, R (Graphics), PAVE, VIS5D, ArcVIEW
*Application Specific Software*: CMAQ, CAMx, SMOKE, EPS, CALPUFF, AERMOD, HDF VIEW, HDF, Labview

**AWARDS**

**U.S. EPA Service Citation** , Administrator, August, 2009
**U.S. EPA Superior Accomplishment Recognition Award** for work in analyzing meteorology and satellite remote sensing data to evaluate the 2008 ozone season to depict progress in reducing NOx levels in Region 6 for progress in ozone programs, April, 2009.
**U.S. EPA Environmental Stewardship Team Award** (given to air planning section, Region-6), February, 2009.
**U.S. EPA Office of Research & Development (ORD) Exceptional/Outstanding ORD Technical Assistance to the Regions or Program Offices Award,** "For improving the National Emissions Inventory by developing and delivering a more accurate and cost-efficient method for estimating national emissions of biomass burning", National fire emissions inventory team, September 17, 2008
**U.S. EPA Region-6 Administrator's Certificate of Appreciation** "In recognition of work on development of DFW 8 hour ozone State Implementation Plan", July 01, 2008
**U.S. EPA Superior Accomplishment Recognition Award** for photochemical modeling activity on Dallas Fort Worth ozone SIP leading to new regulation, March 05, 2008
**U.S. EPA Atmospheric Modeling Division Recognition** for "contributions towards clean air", October 15, 2007
**U.S. EPA Special Accomplishment Recognition Award** for "contribution towards advancing CMAQ photochemical model and its evaluation using space- and ground observation datasets", August 10, 2007
**National Aeronautics & Space Administration (NASA) Group Achievement Award** for extremely successful airborne fourth Convection & Moisture Experiment (CAMEX-IV), May-Sep, 2001, held at Jacksonville, Florida, 2002
**U.S. Federal Highways Administration (FHWA) Eisenhower Grants for Research Fellowship** (competitive, National), "Use of positron annihilation technique to study fatigue state of steel structures", awarded in 1997
**Council for Scientific & Industrial Research (CSIR, New Delhi, India),** Competitive, National post-doctoral award, 1995, for assessment of Doppler sonic detection of PBL mixing height in deep convective monsoon trough region using computer models.
**Department of Science & Technology,** India, Research Fellowship for Monsoon Trough Boundary Layer Experiment and studies, 1988-1993; Junior scientific Officer, 1993-1995.
**West Bengal Government Merit Scholarship, India**, for pursuing middle and high school, 1972-1980.

**IMPORTANT JOURNAL/CONFERENCE PUBLICATIONS**

Roy, B. and S. Datta, 2011:  Passive and active remote sensing for atmospheric and hydrological model validation/calibration,  Cyberinfrastructure Summer Institute for Geoscientists (CSIG-2011), San Diego Supercomputer Center, Poster session, University of California San Diego, August 08-12.

J.N. McHenry, C. Coats, J. Vukovich, D. Olerud, T. Smith, R. Husar, C. Hsu, M.J. Jeong, J. Warner,. C. Salustro, B. Do, and B. Roy, 2010:  Domestic and International advances in numerical air quality prediction at Baron advanced meteorological systems, 2010 National air quality conference: Air quality forecast modeling, March 17, Raleigh, N.C.

Amber J. Soja, et al., 2009: Assessing satellite-based fire data for use in the National Emissions Inventory, Journal of Applied Remote Sensing, (revised).

George Pouliot, Tom Pace, B. Roy, Thomas Pierce, and David Mobley, 2008:   Development of a biomass burning emissions inventory by combining satellite and ground-based information, Journal of Applied Remote Sensing, Vol. 2, 021501 (16 May 2008).

Roy, B., R. Mathur, and A. Gilliland, 2007: CMAQ derived aerosol properties:  Comparison with IMPROVE, MODIS and AERONET data, J. Geophys. Res. Vol. 112, D14301, doi:10.1029/2006JD008085, 2007.

Roy, B., G. Pouliot, A. Gilliland, T. Pierce, S. Howard, and W. Benjey, 2007: Refining fire emissions for air quality modeling with remotely-sensed fire counts:  A wildfire case study,  Atmospheric Environment, 41, 655-665.

Roy, B., Jeffrey B. Halverson, and Junhong Wang, 2003: The influence of radiosonde  "age" on TRMM field campaign soundings humidity correction", J. Atmos. Oceanic Technol., Vol. 21, 470-480.

Datta, S., W.L. Jones, B. Roy, and A. Tokay, 2003: Spatial variability of surface rainfall as observed from TRMM field campaign data. J. Appl. Meteorol. Vol. 42, No. 5, 598-610.

Halverson, J.B., T. Rickenbach, B. Roy, H. Pierce, and E. Williams, 2002: Environmental characteristics of convective systems during TRMM-LBA, Mon Wea. Rev., Vol. 130, No. 6, 1493-1509.

Williams, E., et al., 2002: Contrasting convective regimes over the Amazon: Implications for cloud electrification. J. Geophys. Res., 107 (D20), 50-1 to 50-19.

Oneyemelukwe, O.U., B. Roy, and Harold Bosch, 1998: Coupling of the finite-difference method and the BEM-dual reciprocity method for wind flow simulation, Journal of Wind Engineering and Industrial Aerodynamics , Vol. 77 & 78, p631-641.

Szykman, James, B. Roy, G. Pouliot, J. Godowitch, C. Kittaka, and Bradley Pierce, 2007:      Use of MOPITT Carbon Monoxide to assess reallocation of wildfire emissions in CMAQ, *Second EastFIRE Conference (2007 EastFIRE Conference)* June 5-8, George Mason University, Fairfax, VA.

Pouliot, G., T. Pierce, D. Mobley, B. Roy, and T. Pace, 2007: Development of a Biomass Burning Emissions Inventory by Combining Satellite and Ground Based     Information, *Second EastFIRE Conference (2007 EastFIRE Conference)* June 5-8, George Mason University, Fairfax, VA.

Soja, Amber, J. Al-Saadi, B. Pierce, C. Kittaka, J. Szykman, L. Giglio, D. Randall, S.      Raffuse, <u>B. Roy</u>, D.J. Williams, T. Pace, J. Kordzi, T. Pierce, T. Moore, 2007: A methodology for estimating area burned using satellite data in near-real-time in Oregon and Arizona, *16th Annual International Emissions Inventory Conference* – "Emission Inventories: Integration, Analysis, Communication", Raleigh, NC, May 14-17.

<u>Roy, B</u>., George A. Pouliot, J. David Mobley, Thompson G. Pace, Thomas E. Pierce, Amber J. Soja, James J. Szykman, and J. Al-Saadi, 2007: Development of an Inventory of Fire Emissions Using Satellite Data, *NATO/International Technical Meeting on Air Pollution Modeling and its Application*, 24-28 September, Aveiro, Portugal .

Ching, Jason, S. Burian, S. Dupont, <u>B. Roy</u>, 2006: Advanced meteorological modeling with urban canopy parameters for air quality and dispersion applications in urban areas, *International Conference on Urban Climatology*, June 12-16 Gothenburg, Sweden.

Rao, S.T., R. Mathur, R. Pinder, J. Pleim, S. Roselle and <u>B. Roy</u>, 2006: Use of remote sensing air quality information in regional scale air pollution modeling: Current use and requirements, *Community Workshop on Air Quality Remote Sensing From Space: Defining an optimum observing strategy,* February 21-23,2006, National Center for Atmospheric Research, Boulder, CO.

<u>Roy, B</u>. R. Mathur, A. Gilliland, J. Szykman, and C. Kittaka, 2005: A comparison of         aerosol optical depth simulated using CMAQ with satellite estimates, presented during the *98th Annual Conference of the Air & Waste Management Association (AWMA),* June 21-25, Minneapolis, MN.

Mathur, R., Kenneth L. Schere, Jonathan Pleim, Daiwen Kang, Shaocai Yu, Pius Lee, and <u>B. Roy</u>, 2005: Assessment of Eta-CMAQ Forecasts of particulate matter  distributions through comparisons with surface network and specialized  measurements, *7th Conference of Atmospheric Chemistry*, San Diego, CA., January 10-14.

<u>Roy, B</u>. and A. Gilliland, 2004: Comparison of Models-3 community multi-scale air quality model and MODIS/Terra aerosol optical depth. *Workshop on Air Quality Applications of Satellite Data: Using Satellite Data to Monitor and Improve Air    Quality Forecast,* NOAA/NESDIS/Center for Satellite Applications and Research, May 2004, Camp Springs, MD

<u>Roy, B</u>., 2003: Space based rain radar data might be useful for radio-communication study groups, EOS, <u>Transactions of the American Geophysical Union</u>, Vol. 84, No. 3, Jan.21, p23.

Roy, B., 2003**,  U.S.A. Fact Sheet** for International Telecommunications Union (ITU-R), Geneva, Switzerland: "On use of Tropical Rainfall Measuring Mission (TRMM) precipitation radar standard products for improvement of ITU-R fade statistic models for radiowave propagation"

## JOB  RELATED TRAINING

• OAM Contracting Officer Representatives (3-Day COR) (FB002), January 27-29, 2009
• Sparse Matrix Operator Kernel Emission (SMOKE) modeling system, version 2.1. at Carolina Environment Program, University of North Carolina, January, 2006.
•  R Training for EPA/ORD/NERL by Battelle, A programming Environment for Data Analysis and Graphics,  September 28-29, 2004.
• Community Multiscale Air Quality (CMAQ) Modeling Protocol, Modeling System at Carolina Environment Program, University of North Carolina, April 19-20, 2004.

• American Meteorological Society (AMS) short course on neural network applications to environmental sciences,  2002.
•  AMS short course of satellite derived precipitation estimates, 1999.
•  AMS short course on neural networks and applications for precipitation estimates, 1999.
•  Operation of Airborne Vertical Atmospheric Profiling System on NASA/DC-8 and ER-2 aircraft for CAMEX-4, 2001, trained at NASA/Dryden, Edwards, CA.
•  Design and operation of micro meteorological tower with fast & slow response sensors Center for Atmospheric Sciences Department of Aerospace Engineering, Indian Institute of Science, April-May 1990).
• Radiosonde launch (ground check, launch and data acquisition, and quality control) – India Meteorological Department, New Delhi, June, 1990.
• Doppler sonic detection & ranging, cloud ceilometer, and Light Detection & Ranging systems, March, 1990, Indian Institute of Tropical Meteorology, Pune, India.

**TECHNICAL REPORTS:**

Remote Sensing and Air Quality Modeling: Fire Emission Estimates, Section 2.3.9, page 26-29, National Oceanic & Atmospheric Administration Technical Memorandum OAR-ARL-256, Fiscal year 2005

Summary Report of the NOAA Atmospheric Sciences Modeling Division to the U.S. Environmental Protection Agency, Evelyn M. Poole-Kober (Ed.), Air Resources Laboratory, Silver Springs, Maryland, June, 2006.

Remote Sensing and Air Quality Modeling: Aerosol Optical Depth, Section 2.3.10, page 29-30, National Oceanic & Atmospheric Administration Technical Memorandum OAR-ARL-256, Fiscal year 2005

Summary Report of the NOAA Atmospheric Sciences Modeling Division to the U.S. Environmental Protection Agency, Evelyn M. Poole-Kober (Ed.), Air Resources Laboratory, Silver Springs, Maryland, June, 2006.

Contributions to NASA Benchmark Report:   Biomass Burning Emissions Enhancements for Air Quality Planning. NASA Earth Science Applied Science Program, National Application to Air Quality, October 2007.

**JOURNAL REVIEWER  (2004 – 2009)**

• Journal of Geophysical Research -Atmospheres (American Geophysical Union)
• Remote Sensing of Environment (Elsevier)
• Science of the Total Environment (European)
• Journal of Environmental Management (Elsevier)
• 2008 IEEE International Geoscience and Remote Sensing Symposium
• 2008 Texas Environmental Research Consortium (TERC) Science Synthesis Document
• 2006 American Institute of Aeronautics & Astronautics -Technical Judge for Region II Students Conference

**GUEST LECTURER**

▪ **North Carolina State University** School of Marine Earth & Atmospheric Science
(for Prof. Yang Zhang, scheduled for Nov. 2011):
- 3D Variational Data Assimilation Techniques
- Data Assimilation in Eulerian air quality model for aerosol forecasting

Prof. Yang Zhang's classes, 2003-2011:
- Wildfire emissions and CMAQ modeling
- Satellite detection of air quality
- Aerosol optical depth predicted by photochemical models
- Radiative transfer theory

Prof. Sandra Yuter's class, 2006
- Radiative Transfer theory for satellite detection of air quality