# W. LINWOOD JONES
### Director, Central Florida Remote Sensing Laboratory
### University of Central Florida
### School of Electrical Engineering & Computer Science
### Box 162450
### Orlando, FL 32816-2450

**QUALIFICATIONS SUMMARY**

Dr. W. Linwood Jones is an internationally recognized expert on microwave remote sensing applications. In 1999 he was elected Fellow of IEEE for contributions to the development and application of active microwave remote sensing technology for satellite oceanography. He has over forty years experience in NASA, DOD and commercial space programs with strong background in systems engineering, physics, and microwave remote sensing system design and development. He has been a developer of geophysical algorithms for passive (radiometry) and active (scatterometry) microwave remote sensors for earth observations.

**PROFESSIONAL EXPERIENCE**

During his 25 years with NASA:
Langley Research Center 1962-1981: - Head of the Microwave Techniques Research Section where he performed research with microwave radiometers and scatterometers for remote sensing of ocean geophysical parameters (sea surface temperature, salinity and surface wind vector).  In 1975, he became the leader of Radar Remote Sensing Group and served as the Seasat-A Satellite Scatterometer (SASS) Instrument Scientist (PI). After the launch of Seasat in 1978, Dr. Jones became the leader of the SASS Geophysical Evaluation Team and was responsible for the successful post-flight geophysical validation.

NASA Headquarters 1988 to 1992: - Satellite Program Manager for the NASA Office of Space Science and Applications, Earth Science and Applications Division.  Responsible for the following remote sensing satellite missions: TOPEX/POSEIDON, Total Ozone Mapping Spectrometer (TOMS EP-93), NASA Scatterometer (NSCAT), and Tropical Rainfall Mapping Mission (TRMM)

Private aerospace industry 1981 – 1988: - Communications Subsystem Project Manager at the General Electric's Space Division in King of Prussia, PA. In 1984, Senior Principal Engineer at the Harris Corporation Aerospace Systems Division in Melbourne, FL.

University Central FL 1996 – present: Professor of Electrical Engineering and Director of the Central Florida Remote Sensing Laboratory. He is a science team member for the following satellite missions: NASA Scatterometer 1994 – 1997; TRMM/PMM 1995 – present; QuikSCAT 1997 – present; and WindSat Polarimetric Radiometer 1999 – present.

NASA Standing Review Boards:  Served as a member of the standing review board for a number of NASA remote sensing missions including: Aquarius (2007 – 09), Global Precipitation Mission (2005 – 07), New Millennium Program ST-8 (2005-06) and Ocean Surface Topography (2004 -05).

**EDUCATION**
B.S.EE,  Virginia Polytechnic Institute,  Blacksburg, Virginia,  1962;
M.EE,  University of Virginia,  Charlottesville, VA,  1965;
Ph.D. (EE),  VA Polytechnic Institute & State Univ.,  Blacksburg, VA,  1971

**PUBLICATIONS**
Dr. Jones has published extensively in remote sensing and geophysical applications.  He has 45 refereed journal publications and over 265 conference presentations.  A selected list of relevant publications is:

Journals
1. Kaushik Gopalan, **Linwood Jones**, Sayak Biswas, Steve Bilanow, Thomas Wilheit and Takis Kasparis, "A Time-Varying Radiometric Bias Correction for the TRMM Microwave Imager, accepted for publication *IEEE Trans. GeoSci & Rem Sens*, 2009.

2. Hong, Liang, **Jones, W. Linwood**, Wilheit, Thomas T. and Takis Kasparis, " Two Approaches for Inter-satellite Radiometer Calibrations between TMI and WindSat, accepted by J. of Meteorological Society of Japan (JMSJ) special issue on Precipitation Measurements from Space, 2009.

3. Adams, I. S., P. Gaiser, and **W. L. Jones**, Simulation of the Stokes vector in inhomogeneous precipitation, Radio Sci., 43, RS5006, doi:10.1029/2007RS003744, 2008

4. Soisuvarn, Seubson, Zorana Jelenak and **W. Linwood Jones**, "An Ocean Surface Wind Vector Model Function for a Spaceborne Microwave Radiometer", ", *IEEE Trans. GeoSci. Rem. Sens*, vol. 45, no. 10, Oct 2007, pp. 3119-3130

5. **W. Linwood Jones**, Jun D. Park, Seubson Soisuvarn, Liang Hong, Peter Gaiser and Karen St. Germain, "Deep-Space Calibration of WindSat Radiometer", *IEEE Trans. GeoSci. Rem. Sens.*, Vol. 44, N0. 3, Mar 2006, pp. 476-495

6. Ian S. Adams, Christopher C. Hennon, **W. Linwood Jones** and Khalil Ahmad, "Evaluation of Hurricane Ocean Vector Winds from WindSat", *IEEE Trans. GeoSci. Rem. Sens.*, Vol. 44, N0. 3, Mar 2006, pp. 656-667

7. Khalil Ahmad, **W. Linwood Jones**, Takis Kasparis, Stephen Vergara, Ian Adams and Jun Park, "Oceanic Rain Rate Estimates from the QuikSCAT Radiometer: A Global Precipitation Mission Pathfinder", *J. GeoPhy. Res – Atms, VOL. 110, 2005*

8. Peter W. Gaiser, Karen St. Germain, Elizabeth M. Twarog, Gene A. Poe, William Purdy, Donald Richardson, Walter Grossman, **W. Linwood Jones**, David Spencer, Gerald Golba, Michael Mook, Jeffrey Cleveland, Larry Choy, Richard M. Bevilacqua, and Paul Chang, "The WindSat Space Borne Polarimetric Microwave Radiometer: Sensor Description and Early Orbit Performance", *IEEE Trans GeoSci Rem Sens*, Vol. 42, NO. 11, 2347-2361, Nov 2004

9. Charalampidis, D., Kasparis, K. and **L. Jones**, "Detection of Anomalous Propagation (AP) in NEXRAD Weather Radar using Multifractals and Intensity", *IEEE Trans. GeoSci. & Rem. Sens.*, vol. 40, no. 5, 1121-1131, May 2002

10. **Jones, W. L.**, Cardone, V. J., Pierson, W. J., Zec, J., Rice, L. P., Cox, A., and W. B. Sylvester "NSCAT High Resolution Surface Winds Measurements in Typhoon Violet", *J. Geophys. Res.*, Vol. 104, No. C5, May 1999

Conference Presentations:
1. **W. Linwood Jones**, Sayak Biswas, Juan Cruz Gallo and Daniel Rocca, "Post-Launch Radiometric Calibration for the Microwave Radiometer (MWR)", 4th Aquarius/SAC-D Internat. Sci Workshop, Dec. 3-6, 2008 Puerto Madryn, Chubut, Argentina.

2. **W. Linwood Jones**, Spencer Farrar, Suleiman Al-Sweiss, Sergio Masuelli and Hector Raimondo, "Microwave Radiometer Contributions to Aquarius Science: Ocean Vector Winds and Ocean Precipitation Retrievals", 4th Aquarius/SAC-D Internat. Sci Workshop, Dec. 3-6, 2008 Puerto Madryn, Chubut, Argentina.

3. Pet Laupattarakasem, **W. L. Jones** and Christopher C. Hennon, "SeaWinds Hurricane Wind Retirevals and Comparison with H*Wind Surface Winds Analyses", Proc. IEEE IGARSS-08, Jul. 6 - 11, 2008, Boston, MA.

4. Salem El-Nimri, S. Al-Sweiss, J. W. Johnson, **W. L. Jones**, J. Byrd, L. Saparito, and C. S. Ruf, "Improved microwave remote sensing of hurricane wind speed and rain rates using the Hurricane Imaging Radiometer (HIRAD)," AMS 28th Conf on Hurricanes and Tropical Meteorology, Apl. 28 – May 2, 2008, Orlando, FL.

5. Liang Hong, **W. Linwood Jones** and Thomas T. Wilheit, "Inter-Satellite Radiometer Calibrations Between WindSat, TMI and AMSR", Proc. IEEE IGARSS-07, Jul. 23 - 27, 2007, Barcelona, Spain.

6. Khalil Ahmad, **W. Linwood Jones** and Takis Kasparis, "Oceanic Rainfall Retrievals using Passive and Active Measurements from SeaWinds", Proc. IEEE IGARSS-07, Jul. 23 - 27, 2007, Barcelona, Spain.

7. Salem F. El-Nimri, James W. Johnson and **W. Linwood Jones**, and Eric W. Uhlhorn, "Development of an Ocean Surface Emissivity Model for Wide Swath Imaging of Wind Speed to Hurricane Force", Proc. IEEE IGARSS-07, Jul. 23 - 27, 2007, Barcelona, Spain.

8. Ruba A. Amarin*, Salem F. El-Nimri, James W. Johnson, **W. Linwood Jones**, Boon H. Lim, and Christopher S. Ruf, "Instrument Design Simulations for Synthetic Aperture Microwave Radiometric Imaging of Wind Speed and Rain Rate in Hurricanes", Proc. IEEE IGARSS-07, Jul. 23 - 27, 2007, Barcelona, Spain.

# Saswati Datta, Ph. D

504 Willingham Road
Morrisville, NC 27560
cell: 919 599 2033
e-mail: sdatta@dniconsultants.com                                       www.dniconsultants.com

**Professional Profile:**

Dr. Saswati Datta has more than 12 years of experience in remote sensing retrieval and digital signal processing and image processing. She has used and developed algorithm for Kalman filter and other autoregressive filters for different applications. She has participated in several NASA earth observing system (EOS) missions and have expertise in both active and passive remote sensing in IR, UV and microwave frequencies. She has experience working with government agencies like National Oceanic Atmospheric Administration (NOAA), Department of Energy and National Laboratories like, ORNL, JPL etc. In addition to research and development experience she has interest and experience in teaching physics, principles of electrical engineering and remote sensing at graduate and undergraduate level. Over the past 6 years, she developed insights and experiences in operational forecast model analysis, model calibration and validation.

**Notable Achievements:**

- As a support to NASA Tropical Rainfall Measurement Mission Ground Validation campaign, successfully performed instrument calibration and system validation work and received appreciation from NASA Kennedy Space Center.
- Successfully developed a spatio-temporal filter to combine multi sensor multi platform data to get best estimate of parameter at a given location.
- Successfully completed an image navigation and correction tool to use INSAT products for GEOS project at NASA.
- Successfully developed a $SO_2$ retrieval algorithm from an UV multi-spectral instrument onboard NASA AURA satellite. This was a scientific algorithm development as well as a full cycle software development task. Obtained one exceptional achievement award from NASA HQ for this work and also received a group achievement award from NASA Goddard Space Flight Center for timely delivery and operational onboard algorithm implementation.
- Successfully supported a project related to NASA AQUA satellite to retrieve CO, CO2 and methane from an infrared instrument. This was a rare and first time approach to retrieve these information from such an instrument.

- Successfully completed a project to analyze the sensitivity of air quality parameters with respect to changes in point source Energy Generating unit emissions in parts of South Eastern United States. Worked with Baron Advanced Meteorological Systems (BAMS), LLC on this project, in collaborations with local VISTAS researchers and Department of Energy Oak Ridge National Laboratory. This was an interesting project which tried to combine the emission pre processor SMOKE and a power dispatch model ORCED with a photochemical air quality model (CMAQ) to evaluate the impact of environmental benefit by adopting energy conservation and renewable energy sources in the area of interest. This work resulted in an award of appreciation from Department of Energy, ORNL.

- Also worked on Central California Ozone Study (CCOS) related project to analyze the sensitivity of CAMx model output to different sub grid scale terrain effects. Submitted (and accepted) one paper as a primary author and another as co –author on the topic at CMAS 2007.

- For support to a real time hydrological forecast system for a client, developed a successful real time operational radar QPE enhancement system using available surface observation. By supporting the client on this project actually saved my client from loosing on a bid, due to sudden withdrawal of one of its key alliance on one of their projects. A full cycle software development is performed for this work, starting with

    o   researching the algorithm,
    o   building a prototype,

- o testing the prototype,
- o tailoring the prototype to fit in the operational requirement of the project,
- o building the operational software package,
- o testing and implementing the package,
- o prepared user manual and training documents,
- o performed operational readiness demonstration,
- o full implementation and validation
- o customized the output for different end user application

- Performed Quality assurance of historical dataset (both meteorological and hydrological) to be used for operational model calibration/validation effort.

- Performed Calibration of an operational distributed hydrological model (TOPLATS: TOPMODEL based Land Atmosphere Transfer Scheme). Supported BAMS development of an automatic TOPMODEL calibration tool named TOPACALS.

- As a consultant, acquired and improved skills on full cycle software development, including, design, prototyping, testing, integration, validation and documentation. Also improved skills on geospatial data processing on any grid (or ungridded point data) and in any format.

- In addition to her research expertise, Dr. Datta has successful project management, proposal writing and management, leadership ability, expert advising (students, peers and clients) skills.

**Fields of Expertise:**

- Earth Science and Hydrology
- Air Quality and Physical Processes
- Earth and Atmospheric Remote Sensing
- Digital Signal and Image Processing, Image Enhancement
- Physically distributed model analysis, calibration and validation
- Analytics

**Work Experience:**

2007 - present:  President and chief consultant, Data and Image Processing Consultants, LLC.

2005 - 2007: Independent consultant to Baron Advanced Meteorological Systems, LLC.

1999 - 2004:     Research Assistant Professor, University of Maryland Baltimore County and NASA Goddard Space Flight Center Joint Center for Earth Systems Technology (JCET/UMBC), Affiliated to Department of CSEE, UMBC.

1998 – 1999:    Graduate Research Assistant, University of Central Florida

1992 – 1997:    Research Fellow, Jadavpur University, Kolkata, India.

**Honors and awards:**

**Letter of recognition from John F. Kennedy Space Center** for service to build and install rain gauge platform for TRMM TEFLUN-B field campaign **1998**
**Group Achievement Award** – AURA Science Team, NASA Goddard Space Flight Center **2005**
**Exceptional Achievement Award** – AURA Project, NASA Head Quarters **2005**
**Appreciation Award - Oak Ridge National Laboratory, Department of Energy**. For important contribution to Western North Carolina in the areas of Energy Conservation, Technology Transfer, Entrepreneurial Growth, and Economic Development; and Educational opportunities in local community colleges and Universities. **2006**

**Eta Kappa Nu**
**Phi Kappa**

**Professional Society Membership:**

    Indian Physical Society, life member
    Member Institute of Electrical and Electronics Engineers (IEEE)
    Member American Geophysical Union (AGU)
    Member American Association for Advancement of Science (AAAS)
    Business Associate Member, Open Geospatial Consortium (OGC)

**Selected Publications:**

    W. W. McMillan, C. Barnet, L. Strow, M. T. Chahine, M. L. McCourt, J. X. Warner, P. C. Novelli, S. Korontzi, E. S. Maddy and **S. Datta**, 2005,Daily Global Maps of Carbon Monoxide from NASA's Atmospheric Infrared Sounder, Geophys. Res. Lett., Vol. 32.

    **Saswati Datta**, W. Linwood Jones, Biswadev Roy and Ali Tokay, 2002, " Spatial Variability of Surface Rainfall as Observed from TRMM Field Campaign Data", *J. Appl. Meteorol.*, **42**, 598-610.

    Krueger A.J., N.A.Krotkov, **S. Datta**, D. Flittner and O. Dubovik, 2002, "*SO2*" in OMI Algorithm Theoretical Basis Document, Vol. IV, edited by K. Chance.

    Carn, S. A., A. J. Krueger, G. J. S. Bluth, S. J. Schaefer, N. A. Krotkov, I. M. Watson, and **S. Datta**, Volcanic eruption detection by the Total Ozone Mapping Spectrometer (TOMS) instruments: a 22-year record of sulfur dioxide and ash emissions, in *Volcanic Degassing*, eds., C. Oppenheimer, D. M. Pyle and J. Barclay, Geological Society Publishing House, UK.

**Conference proceedings:**

    Robert Imhoff, **Saswati Datta**, Jerry Condrey, David Werner and John McHenry, "Performance of Baron Rain Gauge Correction System Over Selected Basins in Romania", WRAH 2011 Symposium, abstract accepted, April 18-21, 2011, UK.

    J.McHenry, J. Vukovich, T. Burnet, **S. Datta**, C. Coats, T. Smith, R. Imhoff, D. Burchfield, "A Comparison of Semi-Distributed and Distributed Hydrological Model Performance Using Gauge and Radar Precipitation in the Romanian DESWAT System", WRAH 2011 Symposium, abstract accepted, April 18-21, 2011, UK.

    Christopher D. Barnet, **Saswati Datta** and Larrabee Strow, Trace Gas Measurements from the Atmospheric Infrared Sounder (AIRS). Optical remote Sensing, OSA Technical Digest, (Optical Society of America, Washington DC), pp. 89-92, 2003.

    **Saswati Datta**, Biswadev Roy,Linwood Jones,Takis Kasparis,Peter S. Ray, Zhiyong Ding,and Dimitrios Charalampidis, 1999a: *"Evaluation of TRMM Precipitation Radar Rainfall Estimates Using NEXRAD and Rain Gauges in Central and South Florida",* Proc. 29th Radar Meteorology Conference, 12-16 July, Montreal, Canada.

**Conference presentations:**

    Jesse O'Neal**,** Robert E. Imhoff, Stanton W. Hadley, Jerry V. Condrey, **Saswati Datta (Roy),** Coupling Of Power Dispatch And Air Quality Models To Estimate Emissions Reductions And Air Quality Benefits Of Demand Side Management, A&WMA 101st Annual Conference, Portland, Oregon, June 2008.

Carlie Coats Jr., **Saswati Datta** and M. Talat Odman, Implementation of a Parameterization of Sub-Grid Scale Terrain Effects upon Emissions and Dry Deposition in CAMx, CMAS Annual Conference, Oct, 2007.

**Saswati Datta** ,Carlie Coats Jr., and M. Talat Odman, Results of Implementing a Sub-Grid Scale Terrain Effects Parameterization upon Emissions and Dry Deposition in CAMx, CMAS Annual Conference, Oct, 2007.

Bob Imhoff, Don Olerud, **Saswati Datta**, Jeff Vukovich, Bob Miller and Jim Fox, An Operational Numerical Model Haze forecasting System for the CONUS, AMS Annual Conference, Atlanta, GA, Feb, 2006.

**Saswati Datta**, W. Wallace McMillan, Christopher Barnet, Michele McCourt, Paul C. Novelli and Michael Hahn, Retrieval of Carbon trace Gases from AIRS Data, Submitted to AGU Fall Meeting, San Fransisco, CA., Dec. 8-12, 2003.

N. A. krotkov, **Saswati Datta,** Arlin Krueger, Simon Carn, D. Flittner, O. Dubovik, and Fang Huang, Measuring Sulfur Dioxide From Space: The Promise of Ozone Monitoring Instrument (OMI) on EOS-AURA Platform. Submitted to AGU Fall Meeting, San Fransisco, CA., Dec. 8-12, 2003.

Lynn C. Sparling, W. McMillan, M. McCourt, C. Barnet, **S. Datta**, L. Strow, B. McClintic, Large Scale transport of Carbon Monoxide as Observed by AIRS on AQUA. Submitted to AGU Fall Meeting, San Fransisco, CA., Dec. 8-12, 2003.

Christopher D. Barnet, **Saswati Datta** and Larrabee Strow, AIRS Trace Gas Measurements. . Presented at Optical Remote Sensing Conference , Quebec City, Canada, Feb. 05, 2003.

**Saswati Datta**, Gyula Molnar and Dennis Chesters, 2002, "Calibration and Navigation of INSAT Infra Red Images Using Multi-Spectral Triangle Technique", AGU Spring Meeting Presented, May 2002, Washington DC.

Carn, S. A., A. J. Krueger, G. J. S. Bluth, S. J. Schaefer, N. A. Krotkov, and **S. Datta**, Ultraviolet remote sensing of volcanic emissions: current capabilities and future prospects, presented at the Flagship Meeting of the Volcanic & Magmatic Studies Group on Origins, emissions and impacts of volcanic gases*,* Geological Society of London, London, UK, October, 2001.

**Datta S**., W. L. Jones, Takis Kasparis and Biswadev Roy, 2000," Spatial Variability of Surface Rainfall as Derived from TEFLUN-B Dense Rain Gauge Network and Kennedy Space Center Gauges." AGU Fall Meeting, San- Francisco CA, December 2000.

Roy B., **S. Datta**, W.L Jones and T. Kasparis, 2000, " On Utilization of NEXRAD Scan Strategy Information to Infer Discrepancies Associated with Radar and Rain Gauge Surface Volumetric Rainfall Accumulation." AGU Fall Meeting, San- Francisco CA, December 2000.

**Datta S**., B. Roy and B. S. Ferrier 2000a, "*Quantitative estimation of some possible errors associated with radar derived monthly rain maps and a scheme for spatial averaging of radar accumulations*", AGU Spring Meeting, Washington D.C, May 2000.

Wahid P.F., **S. Datta** and M. Burke, *"Visualization of Electromagnetic Fields Using MATLAB"*, 2000 IEEE Antennas and Propagation Society International Symposium and URSI National Radio Science Meeting, Salt Lake City, UT, July 16 –July 21.

J. Lane, **S. Datta**, B. Roy, T. Kasparis, L. Jones, M. Qahwash and Z. Ding, 1999c: *"High spatial resolution rainfall mapping from NASA's Dense Rain Gauge Network"*, Presented in ASAE Florida Section Annual Conference, May 5-8, Key Largo, Florida.

# SULEIMAN ODEH ALSWEISS

Phone: (321) 750-9564
suleimanalsweiss@gmail.com

| | | |
|---|---|---|
| **EDUCATION** | **PhD** | **University of Central Florida**, Electrical Engineering, *2011,* USA |
| | | Dissertation title: "***An Improved Ocean Vector Winds Retrieval Approach Using C- And Ku-Band Scatterometer And Multi-Frequency Microwave Radiometer Measurements***"
Committee: Prof. W. Linwood Jones(chair), Prof. Wasfy B. Mikhael, Prof. Michael Georgeopolous, Dr. Svetla H. Veleva |
| | **MS** | **University of Central Florida**, Electrical Engineering / Communication Engineering track, *2007,* USA
Advisor: Prof. W. Linwood Jones |
| | **BS** | **Princess Sumaya University College for Technology (Royal Scientific Society)**, Electronics Engineering, *2004,* Jordan |

**HONORS AND AWARDS**

**First prize for best paper** , 2010
Awarded the first prize for the best poster paper submitted to the *MicroRad 2010* conference in Washington, D.C
Title of paper: "*Improved High Wind Speed Retrievals Using AMSR and the Next Generation NASA Dual Frequency Scatterometer*"

**PROFESSIONAL EXPERIENCE**

**Post Doctorate Research Associate** *(May 2011-present)*
*Central Florida Remote Sensing Lab. (CFRSL), University of Central Florida*
- Support CFRSL efforts to do instrument calibration for the Microwave Radiometer (MWR) onboard AQ/SAC-D mission.
- Develop and validate geophysical retrievals algorithms (wind speed, water vapor, rain rate) for MWR. (http://www2.cecs.ucf.edu/ centers/cfrsl/)

**Research Assistant** *(Jan. 2006-May 2011)*
*Central Florida Remote Sensing Lab. (CFRSL), University of Central Florida*
- My primary research focused on satellite communications along with active and passive space-borne microwave remote sensing applications and earth observing systems. It involves utilizing image and digital signal processing, communication systems design, link budget analysis, radiative transfer theory, and statistical analysis and modeling techniques to derive and validate advanced satellite data products. Moreover, I took role in pre- and post-launch instruments calibration, and new instruments simulation experiments for performance evaluation (OSSE). I had the opportunity to work with several space-borne active and passive instruments and data products through funded projects such as QuikSCAT, SeaWinds and the Advanced Microwave Scanning Radiometer (AMSR) on ADEOS-II, WindSat, Hurricane Imaging Radiometer (HIRAD), Microwave Radiometer (MWR) on Aquarius/SAC-D, Dual Frequency Scatterometer (DFS), Hurricane Research Division surface wind analyses (H*Wind), Global Data Assimilation System (GDAS), and the Weather Reasearch and Forecasting (WRF) model. (http://www2.cecs.ucf.edu/ centers/cfrsl/)

**Adjunct Professor** *(Spring 2011)*
*Southern Polytechnic State University, Georgia*
- I taught a graduate level course at the Industrial Engineering Technology department. (www.spsu.edu)

- Course title: "*Regression Analysis*"

**Teaching Assistant** *(Spring 08, Fall 08, Spring 09, Fall 09)*
*University of Central Florida*
- I assisted in the following courses: Advanced Topics in Communications, Digital Communications, Satellite Communications, Introduction to radar systems, Advanced Topics in Radar Systems, and Satellite Remote Sensing. My tasks varied from preparing and giving lectures, to design and grade assignments (home works, exams, & projects), and help students during office hours. (http://www.cecs.ucf.edu/)

**Network Supervision Engineer** *(Oct. 2004-Dec. 2005)*
*ORANGE Group (GSM operator in Jordan, France Telecom.)*
- The job required the following:
  • Supervising Operations Support Systems (OSS) and monitoring systems, and take the required corrective or preventive action.
  • Support teams request to speed fault isolation.
  • Event report creation and escalation procedure implementation and follow up inside and outside Orange.
  • Follow up and analyze the quality of service (QOS) indicators related to quality improvements and service availability.
  • Being an active player in crisis management processes.
  • Acting as information gateway internally and externally.
  • Contributing to Supervision knowledge Management content creation and updating (writing Work Instructions for the new activities introduced in Supervision team activity after specialized training sessions).
  (http://www.orange.jo/en/index.php)

**Regional Research & Development Officer** *(Aug.-Oct. 2004)*
*NUQUL Group, leading industry group*
- I was part of the regional technical department of the group. Our main duties were to update the manufacturing process with state of the art technology and maintenance procedures to improve the products and reduce waste. Also, I took role in auditing other technical departments within the group in the MENA region to make sure they satisfy the group standards and procedures. (http://www.nuqulgroup.com/)

**Intern** *(July-Sep. 2003)*
*New Generation Company for Telecommunication (XPRESS)*
- Training emphasized on many telecommunication engineering basics relating theory to real life applications. During my internship I was introduced to various telecommunication concepts including RF planning and optimization, push-to-talk technology, and Microwave engineering. Moreover, I was introduced to the procurement process in terms of specifying the technical specs and needs of the mobile network and finding the best match among vendors.

**FUNDED RESEARCH PROJECTS**

**QuikSCAT Near Real-Time Wind Vector Retrievals in Hurricanes (Joint Hurricane Test bed)**
- NASA

**Dual Frequency scatterometer (DFS) Wind Vector Retrieval Algorithms Development**
- NASA / Jet Propulsion Laboratory (JPL)

**Development of Wind Vector Retrieval Algorithms for Microwave Radiometer (MWR) on AQUARIUS**
- NASA, CONAE (Argentinean Space Agency)

**Investigation of VLF to HF Radio Frequencies for the Remote Sensing of**

**Subterranean Objects (Ground Penetrating Radars)**
- Raytheon

**Observing System Simulation Experiment (OSSE) for the Hurricane Imaging Radiometer (HIRad)**
- NOAA, NASA, University of Michigan

**Development of an Active/Passive Wind Vector Retrievals algorithm**
- Raytheon

**Suitability of the Amazon Rain Forest as a Radiometric Calibration Target**
- CFRSL

## SELECTED COURSES & PROJECTS

**Satellite Communications & Remote Sensing**
- Link budget analysis, FDMA & TDMA, QPSK & BPSK, Communications satellites, VSAT, Earth stations, GPS systems, Orbits & Geometry, Radiative Transfer Theory, atmospheric and geophysical measurements, Retrieval algorithms
- Project: Link budget analysis for Satellite Radio

**Radar Systems**
- Radar Systems, Chirp Radar, Tracking Radar, Ground penetrating Radar, Weather Radars, Doppler processing, Noise in Radar Systems
- Project: Design an aircraft-based Radar Surveillance System

**Communication Theory & Communication Systems Design**
- Information and coding theory, Analogue and digital Modulation schemes and techniques, Inter-symbol interference and pulse shaping, Communication channels

**Digital Signal Processing**
- FIR & IIR filter design, FFT, Adaptive DSP Techniques
- Project: Implementing Adaptive DSP in Wind Vector Retrievals

**Linear & Digital Control Theory**
- Laplace and Z transform, transfer functions, root locus analysis, state space representation, analysis of state equations, stability and controllability.

**Artificial Neural Networks**
- Different ANN and pattern recognition schemes for various applications
- Project: Implementation of a Back Propagation MLP with Momentum

**Electronics & Circuits Analysis**
- Electrical elements and sources, node and mesh analysis, Thevenin and Norton theorems, Diodes, bipolar junction transistors, MOSFETs, operational amplifiers and op-amp circuits, switching circuits, circuit models.

**Power Electronics & Power Systems**
- 3-phase circuits, admittance and impedance matrices for 3-phase circuits, Transmission lines and facilities, transmission networks.

**Computer Architecture and Logic Design**
- Project: Implementation of a 4-bit Computer CPU Design

## PUBLICATIONS

**Journal papers:**

[1] *S. AlSweiss, P. Laupattarakasem, and W.L. Jones,* "A Novel Ku-band Radiometer / Scatterometer (RadScat) Approach for Improved Oceanic Wind Vector Measurements", accepted for publication in *IEEE Trans. Geosci. Rem. Sens.(TGARS), 2011*

[2] *P. Laupattarakasem, S. AlSweiss, W.L. Jones, and C. Hennon,* "Scalar Wind Speed and Direction Retrievals in Tropical Cyclones for Conical Scanning Scatterometers", in preparation for submission to the *IEEE Journal of Selected Topics in Applied Earth Observations and Rem. Sens. (JSTARS),2012*

[3] *S. AlSweiss, P. Laupattarakasem, S. El-Nimri, and W.L. Jones,* "Using C- And Ku-Band Scatterometer And Multi-Frequency Microwave Radiometer Measurements to Retrieve Improved Ocean Vector Winds", in preparation for publication to the *IEEE Trans. Geosci. Rem. Sens.(TGARS), 2012*

**Conference papers:**

[1] *S. Alsweiss and W. L. Jones*, "Suitability of the Amazon Rain Forest as an On-Orbit Calibration Target", IEEE South-East Conference, Sep. 2007, Virginia, USA.

[2] *P. Laupattarakasem, S. Alsweiss, W. L. Jones, and R. Roeder*, "Conical-Scanning Active/Passive Microwave Remote Sensor Computer Simulation", SPIE Conference, 2007, Florida, USA.

[3] *S. Elnimri, S. Alsweiss, J. Johnson, W. L. Jones, and C. Ruf*, "Improved Microwave Remote Sensing of Hurricane Wind Speed and Rain Rates Using the Hurricane Imaging Radiometer (HIRAD)", AMS Conference, 2008, Florida, USA.

[4] *S. Elnimri, S. Alsweiss, J. Johnson, W.L. Jones, R. Amarin, and E. Uhlhorn,* "Hurricane Imaging Radiometer Wide Swath Simulation For Wind Speed And Rain Rate", IGARSS Conference, 2008, Massachusetts, USA.

[5] *S. Alsweiss, P. Laupattarakasem, W. L. Jones, and R. Roeder*, "A Ku-band Active/Passive Wind Vector Retrieval Over the Ocean", IGARSS Conference, 2008, Massachusetts, USA.

[6] *S. AlSweiss, W.L. Jones, P. Laupattarakasem, S. EL-Nimri, S. Veleva, B. W. Stiles, E. Rodriguez, and R. W. Gaston,* "Simulated OVW Retrievals in Tropical Cyclones for the Next Generation Dual Frequency Scatterometer", Ocean-09 Conference, Oct. 2009, Mississippi, USA

[7] *P. Laupattarakasem, S. AlSweiss, S. EL-Nimri, W.L. Jones, S. Veleva, B. W. Stiles, E. Rodriguez, and R. W. Gaston,* "Improved High Wind Speed Retrievals Using AMSR and the Next Generation NASA Dual Frequency Scatterometer", MicroRad-2010 Conference, 01-04 Mar. 2010, Washington - DC, USA.

[8] *S. AlSweiss, P. Laupattarakasem, W.L. Jones,* "An Improved Active/Passive Oceanic Wind Vector Retrieval Technique", MicroRad-2010 Conference, Mar. 2010, Washington - DC, USA.

[9] *R. Amarin, S. EL-Nimri, S. AlSweiss, J. Johnson, W.L. Jones,* "Simulations for A Wide Swath Synthetic Aperture Microwave Radiometric Imaging of Wind Speed and Rain Rate in Hurricanes", SPIE Conference, April 2010, Florida, USA.

[10] *S. AlSweiss, P. Laupattarakasem, W.L. Jones,* "SeaWinds Improved Ocean Vector Wind Retrievals in Hurricanes", AMS Conference, May 2010, Arizona, USA.

[11] *S. Alsweiss, P. Laupattarakasem, S. Elnimri, W. L. Jones, and S. Veleva*, "Improved Hurricane Active/Passive Simulated Wind Vector Retrievals", IGARSS Conference, Jul. 2010, Hawaii, USA.

[12] *P. Laupattarakasem, S. Alsweiss, W. L. Jones, and C. C. Hennon*, "A Novel Ocean Vector Winds Retrieval Technique for Tropical Cyclones", IGARSS Conference, Jul. 2011, Canada.

**Presentations & Posters:**

[1] *W.L. Jones, S. Alsweiss, S. Farrar, S. Masuelli, and H. Raimondo*, "Microwave Radiometer (MWR) Contributions to Aquarius Science: Ocean Vector Winds & Ocean Precipitation Retrievals", poster presented at the 4th AQUARIUS/SAC-D Int. Science Workshop, Dec. 2008, Argentina.

[2] *W. L. Jones, P. Laupattarakasem, S. AlSweiss, S. El-Nimri, S. Veleva, B. W. Stiles, E. Rodriguez, and R. W. Gaston,* "Simulated OVW Retrieval Performance for the Dual Frequency Scatterometer in Hurricanes", poster presented at NASA Ocean Vector Wind Science Team Meeting, May 2009, Colorado, USA.

[3] *W. L. Jones, S. AlSweiss, P. Laupattarakasem,* "Improved Near Real-Time Hurricane Ocean Vector Winds Retrieval using QuikSCAT", presentation presented at the Interdepartmental Hurricane Conference (IHC), Mar. 2010, Georgia, USA.

[4] *S. Alsweiss, P. Laupattarakasem, W. L. Jones, and R. Amarin*, "Development of Improved Satellite Microwave Scatterometer Ocean Vector Wind Retrievals in Extreme Wind Events", IGARSS Conference, Jul. 2010, Hawaii, USA.

[5] *W. L. Jones, P. Laupattarakasem, S. AlSweiss, S. El-Nimri, C. Hennon, and S. Veleva,*

"A Novel Hurricane Ocean Vector Wind Retrieval Technique for QuikSCAT ", presentation presented at NASA Ocean Vector Wind Science Team Meeting, May 2011, Annapolis, MD, USA.

| | |
|---|---|
| **PROFESSIONAL TRAINING** | **Yellow Belt Six Sigma Training** *(December, 2008)*<br>ASQ chapter at the University of Central Florida – Florida, USA<br>**Graduate Teaching Assistant Training** *(June 2006)*<br>University of Central Florida – Florida, USA<br>**Radio Base Station Overview** *(September 2005)*<br>Ericsson – Jordan<br>**C# programming language** *(August 2004)*<br>Arab academy for Microsoft technologies – Jordan<br>**Entrepreneurship, Management & Business planning** *(July 2004)*<br>Princess Sumaya University for Technology – Jordan<br>**CCNA I & II** *(June 2004)*<br>CISCO academy at Princess Sumaya University for Technology – Jordan<br>**Communication skills** *(May 2004)*<br>Amman center for human rights studies – Jordan<br>**Programming in MATLAB** *(April 2004)*<br>IEEE chapter at Princess Sumaya University for Technology – Jordan |
| **PROFESSIONAL AFFILIATIONS** | -IEEE<br>-Geosciences Remote Sensing Society (GRSS)<br>-Jordanian Engineers Association<br>-Amman center for Human Rights Studies |
| **LANGUAGES** | **Arabic**  (Mother tongue, excellent spoken and written)<br>**English** (Excellent spoken and written)<br>**French** (Good spoken and written) |
| **COMPUTER SKILLS** | **Software tools:** MATLAB, Minitab, Satellite Tool Kit (STK), Adobe Acrobat, MS Office, VISIO, and Microsoft Project.<br>**Platforms**: Excellent user of Windows and Mac O.S.<br>**Hardware**: Excellent computer hardware background |
| **OTHER SKILLS** | Exceptional interpersonal, analytical, problem resolution, presentation, and organizational abilities, strong oral and written communication skills, advanced troubleshooting and diagnostic skills |