

**RoyExhibit C**