UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
|  | NO. 05-4182 |
|  | and consolidated cases |
| PERTAINS TO: BARGE |  |
|  | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 |  |
| *Mumford v. Ingram*     05-5724 |  |
| *Lagarde v. Lafarge*    06-5342 | JUDGE |
| *Perry v. Ingram*       06-6299 | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 |  |
| *Weber v. Lafarge*      08-4459 | MAGISTRATE |
| *Parfait Family v. USA* 07-3500[1] | JOSEPH C. WILKINSON, JR. |

**DEFENDANT LAFARGE NORTH AMERICA, INC.'S
MOTION FOR *IN CAMERA* REVIEW OF DOCUMENTS
THAT PLAINTIFFS ARE SEEKING TO "CLAW BACK"**

Defendant Lafarge North America Inc. ("LNA") respectfully requests that the Court deny plaintiffs' request in their "Eratta [sic] and 'Clawback' Notice" (Doc. 20443) that the original Exhibit C to the Affidavit of Biswadev Roy that plaintiffs attached to their opposition to LNA's motion for summary judgment (Doc. 20441-2) be accorded privileged or protected status.

A memorandum in support of this motion, and proposed Order, are being filed concurrently herewith.

---

[1] *Parfait Family v. USA,* No. 07-3500, remains stayed and administratively closed. Doc. 13525. However, this motion would apply equally to that case if it were ever to be reopened. *See* Doc. 32 in No. 07-3500 (granting summary judgment to Zito Fleeting, LLC and Zito Fleeting, Inc.).

LIBW/1798274.1

Dated: September 26, 2011           Respectfully submitted,

                                                 Derek A. Walker (#13175)
Robert B. Fisher, Jr., T.A. (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

 /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 346-4240
jaldock@goodwinprocter.com
rwyner@goodwinprocter.com
mraffman@goodwinprocter.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:  (504) 598-2715

Attorneys for Lafarge North America Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2011.

                                                 /s/ John D. Aldock