UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Weber v. Lafarge*        08-4459 | * | MAGISTRATE |
| *Parfait Family v. USA*   07-3500 | * | JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Defendant Lafarge North America, Inc.'s Motion for *In Camera* Review of Documents That Plaintiffs Are Seeking to "Claw Back,"

**IT IS ORDERED** that the motion is **GRANTED**. The Court has undertaken an *in camera* review the original Roy Exhibit C and the revised version, and having done so, finds that the document is not privileged or otherwise protected.

Plaintiffs' request in their September 22, 2011 "Eratta [sic] and 'Clawback' Notice" (Doc. 20443) that the original Roy Exhibit C be accorded privileged or protected status is **DENIED**.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**

7