UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*   08-4459 | * | JOSEPH C. WILKINSON, JR. |

### LAFARGE NORTH AMERICA, INC.'S *EX PARTE* MOTION TO EXPEDITE HEARING ON LNA'S MOTION FOR *IN CAMERA* REVIEW OF DOCUMENTS THAT PLAINTIFFS ARE SEEKING TO "CLAW BACK"

Lafarge North America, Inc. ("LNA") respectfully requests that the Court conduct the hearing on LNA's Motion for *In Camera* Review of Documents That Plaintiffs are Seeking to "Claw Back" concurrently with the hearing on LNA's motion for summary judgment that is scheduled for October 12, 2011.  LNA also requests that the Court require plaintiffs to file any opposition to the motion for *in camera* review on or before October 6, 2001.  The grounds in support of this motion are set forth in the accompanying memorandum.  A proposed Order is being filed concurrently herewith.

Dated: September 26, 2011              Respectfully submitted,

                                        Robert B. Fisher, Jr., T.A. (#5587)
                                        Derek A. Walker (#13175)
                                        **CHAFFE McCALL, L.L.P.**
                                        2300 Energy Centre
                                        1100 Poydras Street
                                        New Orleans, LA  70163-2300

        Telephone:  (504) 585-7000
        Facsimile:  (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com

        /s/ John D. Aldock
        John D. Aldock
        Richard M. Wyner
        Mark S. Raffman
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC  20001
        Telephone:  (202) 346-4240
        jaldock@goodwinprocter.com
        rwyner@goodwinprocter.com
        mraffman@goodwinprocter.com

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA  70130
        Telephone:  (504) 598-2715

        ***Attorneys for Lafarge North America Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2011.

        /s/ John D. Aldock