UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * * * * | CIVIL ACTION |
| | | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge* | 08-4459 | * | JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF LAFARGE NORTH AMERICA, INC.'S
*EX PARTE* MOTION TO EXPEDITE HEARING ON LNA'S
MOTION FOR *IN CAMERA* REVIEW OF DOCUMENTS
THAT PLAINTIFFS ARE SEEKING TO "CLAW BACK"**

Lafarge North America, Inc. ("LNA") has moved for an Order expediting the hearing on LNA's Motion for *In Camera* Review of Documents That Plaintiffs are Seeking to "Claw Back." The grounds in support of the request to expedite are as follows:

1. On September 20, 20011, plaintiffs filed their opposition to LNA's motion for summary judgment. Doc. 20441. In support of that brief, plaintiffs filed an affidavit from Dr. Biswadev Roy that included an Attachment C with two images and certain descriptive text. Doc. 20441-2. Two days later, plaintiffs filed an "Eratta [sic] and 'Clawback' Notice" (the "Notice") (Doc. 20443) asking that the original Roy Attachment C be substituted with a new version of the document that omitted a portion of the descriptive text.

2. LNA has asked the Court to conduct an *in camera* review of the original Roy Exhibit C and the proposed replacement in order to determine whether the original document is

LIBW/1798121.1

privileged or otherwise protected.  That motion comports with the procedure required by Case Management Order No. 4 (§ IV(E)(3)(e)) (Doc. 5250).  Until the Court completes that review, CMO No. 4 does not permit LNA to "disclose the content of the document(s)," meaning that LNA may not reveal the content of the original Roy Exhibit C in its summary judgment reply brief or during the upcoming argument on LNA's summary judgment motion.

       3.      If the Court concludes that the original Roy Exhibit C is not privileged or otherwise protected, LNA should have the opportunity to discuss that document at the summary judgment argument, which is scheduled for October 12.  If LNA's motion seeking an *in camera* review of the Roy exhibits is heard on normal notice, however, the motion would not be heard until October 19.

       4.      LNA therefore requests that the Court conduct the hearing on LNA's motion seeking *in camera* review of the Roy exhibits concurrently with the summary judgment hearing that is scheduled for October 12, 2011.  LNA further requests that the Court require plaintiffs to file any opposition to the motion for *in camera* review of the Roy exhibits on or before October 6, 2011, in order to give LNA the opportunity to file a short reply if necessary.

Dated: September 26, 2011

Respectfully submitted,

Robert B. Fisher, Jr., T.A. (#5587)
Derek A. Walker (#13175)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

 /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 346-4240
jaldock@goodwinprocter.com
rwyner@goodwinprocter.com
mraffman@goodwinprocter.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*