UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES | | * | |
| CONSOLIDATED LITIGATION | | * | CIVIL ACTION |
| | | * | |
| | | * | NO. 05-4182 |
| | | * | and consolidated cases |
| PERTAINS TO: BARGE | | * | |
| | | * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge* | 08-4459 | * | JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Lafarge North America, Inc.'s *Ex Parte* Motion to Expedite Hearing on LNA's Motion for *In Camera* Review of Documents That Plaintiffs are Seeking to "Claw Back,"

**IT IS ORDERED** that the motion is **GRANTED**,

**IT IS FURTHER ORDERED** that the hearing on LNA's Motion for *In Camera* Review of Documents That Plaintiffs are Seeking to "Claw Back," will be held on October 12, 2011, at 10:00 a.m., and

**IT IS FURTHER ORDERED** that plaintiffs' opposition to LNA's Motion for *In Camera* Review of Documents That Plaintiffs are Seeking to "Claw Back," if any, is due to be filed on or before noon on October 6, 2011.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                _____
                                                                **STANWOOD R. DUVAL, JR.**
                                                                **UNITED STATES DISTRICT COURT JUDGE**

3