UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:  ALL CASES | | |

## ORDER

Having considered the United States of America's *Ex Parte* Motion to Withdraw Kara K. Miller as Counsel of Record, the motion is GRANTED. Kara K. Miller is hereby withdrawn as counsel of record for the United States.

New Orleans, Louisiana, this  27th day of  September , 2011.

Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana