UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                          CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                                          NO. 05-4182

PERTAINS TO:                                          SECTION "K"(2)
     INSURANCE (Young, No. 07-2157)

### ORDER

Having been contacted by counsel for State Farm Fire and Casualty Company that it wishes to remove its Motion to Enforce Settlement Agreement (Doc. 20419) in the above-captioned matter from the Court's docket as the motion has been rendered moot with plaintiff's having provided an executed release,

**IT IS ORDERED** that the Motion to Enforce Settlement Agreement (Doc. 20419) is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 27th day of September, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE