# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NO.    05-4182 "K"(2)** |
| | * | |
| | * | **JUDGE DUVAL** |
| | * | |
| | * | **MAG. WILKINSON** |
| | * | |
| _____ | * | |
| | * | |
| **PERTAINS TO:** | * | |
| | * | |
| **BEVERLY J. MEREDITH, ET AL.** | * | |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **ELECTRIC INSURANCE COMPANY** | * | |
| **Defendant** | * | |
| | * | |
| | * | |
| **C.A. No. 2:10-cv-03022-SRD-JCW** | * | |
| _____ | * | |

## DEFENDANT, ELECTRIC INSURANCE COMPANY'S RE-URGED MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Electric Insurance Company ("Electric"), respectfully moves, for the reasons

more fully set forth in the memorandum attached hereto, on the basis of Fed. R. Civ. P. 41(b) and

Fed. R. Civ. P. 12(b)(6), on the ground that the plaintiff disobeyed a court order for more than

two years, for the dismissal, with prejudice, and only with prejudice, of the above captioned action.

Electric prays for Order accordingly, dismissing, with prejudice, the above captioned action. Electric prays for no other Order.

Respectfully submitted,

*s/Alan Dean Weinberger*
Dominic J. Gianna, #6063
Alan Dean Weinberger # 13331
**MIDDLEBERG, RIDDLE & GIANNA**
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana  70170-3100
Telephone:  (504) 525-7200
***Attorneys for Electric Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on 28th day of September, 2011, I electronically filed the foregoing Re-Urged Motion to Dismiss with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system.  I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system.

*s/Alan Dean Weinberger*

ND: 4821-6635-6234, v.  1

2