Case 2:05-cv-04182-SRD-JCW   Document 20449-5   Filed 09/28/11   Page 1 of 1
Case 2:10-cv-03022-SRD-JCW   Document 5-6   Filed 11/01/10   Page 1 of 1
Case 2:08-cv-00941-SSV-ALC   Document 10   Filed 03/31/08   Page 1 of 1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

### NEW ORLEANS DIVISION

| LYNN K. BAILEY, ET AL. | * | CIVL ACTION NO. 08-941 |
|---|---|---|
| VERSUS | * | SECTION R-D |
| STATE FARM FIRE & CASUALTY CO., ET AL. | * | HONORABLE SARAH VANCE |

### ORDER

IT IS HEREBY ORDERED, AJUDGED AND DECREED that Plaintiffs Ex Parte Motion for Extension of Time is GRANTED.

IT IS THUS FURTHER ORDERED, ADJUDGED AND DECREED that this Court's *sua sponte* February 28, 2008 Order is modified to afford Plaintiffs ninety (90) days from today's date to comply with same;

OR

IT IS THUS ORDERED, ADJUDGED AND DECREED that Plaintiffs are afforded an additional thirty (30) days from the date of this Order to comply with the Court's *sua sponte* February 28, 2008 Order;

OR

IT IS THUS ORDERED, ADJUDGED AND DECREED that the Court's *sua sponte* February 28, 2008 Order is hereby STAYED, with a status conference to take place on the ___ day of _____, 2008, at ___:___ a.m./p.m. in the Courtroom.

SO ORDERED, in New Orleans, Louisiana this 31st day of ___March___, 2008.

_____
Honorable Sarah Vance


EXHIBIT D