

| FRANK S. BRUNO | DAVID S. SCALIA |
| STEPHEN P. BRUNO | JOSEPH BRUNO, JR. |
| ROBERT J. BRUNO | STEPHANIE MAY BRUNO |

JAN - 8 2010

12/30/2009

**SENT VIA CERTIFIED MAIL**
**Electric Insurance Company**
75 Sam Fonzo Drive
Beverly, MA 01915

Re: Beverly Meredith
4330 Cartier Dr.
New Orleans, LA 70122
Policy No: 6217532H2
Claim No: 2005090100401
Bruno Reference No: KAT-000353

Dear Sir or Madam:

We have the privilege of representing Beverly Meredith in connection with their claim for payment under a policy of insurance issued by you. Our client advises that your adjuster has been to the house and has prepared an estimate. We understand the substantial number of houses that need to be evaluated and as such understand how your adjuster failed to include a payment for losses detailed in the attached report

We hereby submit a satisfactory proof of loss evidencing the fact that my client sustained $66,932.96 due to wind damage resulting from Hurricane Katrina. While our records show that you have paid our client $0.00 for his or her losses, our investigation and resulting estimate reveals a deficiency of $66,932.96. This is not a complete claim as our client is compiling a complete contents list to support their claim for loss of contents.

Please allow this to serve as satisfactory proof of loss pursuant to LSA RS 22:658 and LSA RS 22:1220. Pursuant to this statute you must make a tender within (30) days of your receipt of this proof or you may be subject to penalties. Please also be advised, that you may be held liable for my client's mental anguish and emotional distress pursuant to the Supreme Court's ruling in Sher v. Lafayette Ins. Co., 988 So.2d 186 (La.2008).

While we know that you are well acquainted with Louisiana law, please permit us to remind you that payment must be made within thirty (30) days of your receipt of this satisfactory proof of loss (LSA RS 22:658). Failure to do so will subject you to the penalty provisions of that statute If for any reason payment will not be made within 30 days, we ask that you contact us immediately with an explanation of the denial.

Furthermore, the provisions of LSA RS 37:218 permit an attorney to acquire an interest in the subject matter of the claim. Your failure to include the firm's name as the payee on any payments on this claim will give rise to a claim by the firm for fees and cost against your company.

We are sure that you know that our clients have suffered severe loss including the loss of their insurance documents. For our records, please furnish us with a copy of the declarations page outlining our client's coverage and forward documents to the address or fax number listed below

Very truly yours,

BRUNO & BRUNO

Joseph M Bruno, Jr.



EXHIBIT E

Beverly Meredith
4330 Cartier Dr.
New Orleans, LA 70122
Policy No: 6217532H2
Claim No: 2005090100401
Bruno Reference No: KAT-000353

## LOSS BREAKDOWN OF WIND DAMAGES

| | |
|---|---:|
| DWELLING: | $35,396.08 |
| EXTENSIONS: | $4,536.88 |
| CONTENTS: | $15,000.00 |
| LOSS OF USE (ALE): | $12,000.00 |
| TOTAL LOSS ESTIMATE: | $66,932.96 |
| LESS SETTLEMENT TO DATE: | $0.00 |
| TOTAL CLAIM DEFICIENCY: | $66,932.96 |

Notes:

Our estimate for the dwelling is attached. We have found significant differences in our estimate and the estimate we have on file from you. We look forward to speaking to someone soon regarding these differences.



## Full Scope Services, LLC

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

| | | | |
|---|---|---|---|
| Insured: | Beverly Meredith | | |
| Property: | 4330 Cartier Avenue | | |
| | New Orleans, LA 70122 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Brandon Duhon | Business: | (478) 321-8732 |
| Estimator: | Jamie Ziglar | Business: | (504) 324-6588 |

**Claim Number:** 2005090100401   **Policy Number:** 6217532H2   **Type of Loss:** Hurricane

| | | | |
|---|---|---|---|
| Date of Loss: | 8/29/2005 | Date Received: | |
| Date Inspected: | 12/5/2009 | Date Entered: | 12/8/2009 12:35 PM |

| | |
|---|---|
| Price List: | LANO5B_OCT09 |
| | Restoration/Service/Remodel |
| Estimate: | KAT-000353 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

KAT-000353

Roof



**Main**

| | | |
|---|---|---|
| 1,225.59 | Surface Area | 12.26 Number of Squares |
| 147.92 | Total Perimeter Length | 58.54 Total Ridge Length |
| 18.31 | Total Hip Length | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 1. Tarp - all purpose poly - per sq ft (labor and material) | 1,225.59 SF | 0.00 | 0.54 | 661.82 |
| 2. Remove 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 12.26 SQ | 54.62 | 0.00 | 669.64 |
| 3. Roofing felt - 30 lb. | 12.26 SQ | 0.00 | 26.87 | 329.43 |
| 4. 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 14.09 SQ | 0.00 | 151.44 | 2,133.79 |
| 5. Ridge cap - composition shingles | 76.85 LF | 0.00 | 4.35 | 334.30 |
| 6. Drip edge | 147.92 LF | 0.00 | 2.12 | 313.59 |
| 7. Flashing - pipe jack | 3.00 EA | 0.00 | 34.41 | 103.23 |
| 8. R&R Furnace vent - rain cap and storm collar, 8" | 1.00 EA | 10.63 | 50.84 | 61.47 |
| 9. R&R Roof vent - turbine type | 1.00 EA | 8.92 | 87.64 | 96.56 |

Totals: Main         4,703.83

**Flat**

| | |
|---|---|
| 84.33 Surface Area | 0.84 Number of Squares |
| 39.32 Total Perimeter Length | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 10. R&R Modified bitumen roof | 0.84 SQ | 42.26 | 274.86 | 266.38 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

### CONTINUED - Flat

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 11. Drip edge | 39.32 LF | 0.00 | 2.12 | 83.36 |
| Totals: Flat | | | | 349.74 |
| Total: Roof | | | | 5,053.57 |

### Attic

**Attic** — Ceiling Height: Peaked

132.25 SF Walls          597.14 SF Ceiling
729.39 SF Walls & Ceiling    504.65 SF Floor
56.07 SY Flooring         92.17 LF Floor Perimeter
98.73 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 12. Dehumidifier (per 24 hr period) -Large- Desiccant-No monit. | 1.00 EA | 0.00 | 500.00 | 500.00 |
| 13. Apply anti-microbial agent | 504.65 SF | 0.00 | 0.20 | 100.93 |
| 14. Seal attic framing for odor control - 6 to 8/12 | 585.40 SF | 0.00 | 0.86 | 503.44 |
| 15. Seal floor or ceiling joist system | 504.65 SF | 0.00 | 0.71 | 358.30 |
| 16. Clean floor or roof joist system | 504.65 SF | 0.00 | 0.60 | 302.79 |
| 17. R&R Blown-in insulation - 10" depth - R26 | 504.65 SF | 0.86 | 0.72 | 797.35 |
| Totals: Attic | | | | 2,562.81 |
| Total: Attic | | | | 2,562.81 |

### Main Level



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844



**Bedroom1**         **Ceiling Height: 8'**

| | |
|---|---|
| 384.00 SF Walls | 143.00 SF Ceiling |
| 527.00 SF Walls & Ceiling | 143.00 SF Floor |
| 15.89 SY Flooring | 48.00 LF Floor Perimeter |
| 48.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 18. R&R 1/2" drywall - hung, taped, ready for texture | 335.00 SF | 0.43 | 1.22 | 552.75 |
| 19. Seal stud wall for odor control | 384.00 SF | 0.00 | 0.59 | 226.56 |
| 20. R&R Batt insulation - 6" - R19 | 192.00 SF | 0.38 | 0.92 | 249.60 |
| 21. Seal/coat the ceiling - one coat (anti-microbial coating) | 143.00 SF | 0.00 | 0.99 | 141.57 |
| 22. R&R Acoustic ceiling (popcorn) texture | 143.00 SF | 0.47 | 0.75 | 174.46 |
| 23. Seal & paint acoustic ceiling (popcorn) texture | 143.00 SF | 0.00 | 0.85 | 121.55 |
| 24. R&R Light fixture | 1.00 EA | 8.27 | 55.85 | 64.12 |
| 25. Floor protection - self-adhesive plastic film | 143.00 SF | 0.00 | 0.51 | 72.93 |
| 26. Mask wall - plastic, paper, tape (per LF) | 48.00 LF | 0.00 | 0.77 | 36.96 |
| 27. Paint the walls - two coats | 384.00 SF | 0.00 | 0.68 | 261.12 |
| 28. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 29. Cleaning Technician - incl. cleaning agent - per hour | 2.00 HR | 0.00 | 30.88 | 61.76 |
| 30. Door opening trim - Detach & reset | 1.00 EA | 0.00 | 87.44 | 87.44 |
| 31. Paint door/window trim & jamb - 2 coats (per side) | 3.00 EA | 0.00 | 21.41 | 64.23 |
| 32. R&R Window trim set (casing & stop) | 48.00 LF | 0.50 | 2.95 | 165.60 |
| 33. R&R Oak flooring - #1 common - no finish | 143.00 SF | 2.33 | 7.54 | 1,411.41 |
| 34. Sand and seal wood floor | 143.00 SF | 0.00 | 2.62 | 374.66 |
| 35. R&R Baseboard - 3 1/4" | 48.00 LF | 0.48 | 2.47 | 141.60 |
| 36. Paint baseboard - two coats | 48.00 LF | 0.00 | 1.00 | 48.00 |

Totals: Bedroom1        4,293.14



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844



**Bedroom2**  Ceiling Height: 8'

384.00 SF Walls                101.89 SF Ceiling
485.89 SF Walls & Ceiling      101.89 SF Floor
11.32 SY Flooring              48.00 LF Floor Perimeter
48.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 37. R&R 1/2" drywall - hung, taped, ready for texture | 101.89 SF | 0.43 | 1.22 | 168.12 |
| 38. Seal/coat the ceiling - one coat (anti-microbial coating) | 101.89 SF | 0.00 | 0.99 | 100.87 |
| 39. R&R Acoustic ceiling (popcorn) texture | 101.89 SF | 0.47 | 0.75 | 124.31 |
| 40. Seal & paint acoustic ceiling (popcorn) texture | 101.89 SF | 0.00 | 0.85 | 86.61 |
| 41. R&R Light fixture | 1.00 EA | 8.27 | 55.85 | 64.12 |
| 42. Floor protection - self-adhesive plastic film | 101.89 SF | 0.00 | 0.51 | 51.96 |
| 43. Mask wall - plastic, paper, tape (per LF) | 48.00 LF | 0.00 | 0.77 | 36.96 |
| 44. Paint the walls - two coats | 384.00 SF | 0.00 | 0.68 | 261.12 |
| 45. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 46. Cleaning Technician - incl. cleaning agent - per hour | 2.00 HR | 0.00 | 30.88 | 61.76 |

Totals: Bedroom2                                                            992.65

**Living**  Ceiling Height: 8'

432.00 SF Walls                180.00 SF Ceiling
612.00 SF Walls & Ceiling      180.00 SF Floor
20.00 SY Flooring              54.00 LF Floor Perimeter
54.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 47. R&R 1/2" drywall - hung, taped, ready for texture | 396.00 SF | 0.43 | 1.22 | 653.40 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

## CONTINUED - Living

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 48. Seal stud wall for odor control | 432.00 SF | 0.00 | 0.59 | 254.88 |
| 49. R&R Batt insulation - 6" - R19 | 216.00 SF | 0.38 | 0.92 | 280.80 |
| 50. Seal/coat the ceiling - one coat (anti-microbial coating) | 180.00 SF | 0.00 | 0.99 | 178.20 |
| 51. R&R Acoustic ceiling (popcorn) texture | 180.00 SF | 0.47 | 0.75 | 219.60 |
| 52. Seal & paint acoustic ceiling (popcorn) texture | 180.00 SF | 0.00 | 0.85 | 153.00 |
| 53. R&R Light fixture | 1.00 EA | 8.27 | 55.85 | 64.12 |
| 54. Floor protection - self-adhesive plastic film | 180.00 SF | 0.00 | 0.51 | 91.80 |
| 55. Mask wall - plastic, paper, tape (per LF) | 54.00 LF | 0.00 | 0.77 | 41.58 |
| 56. Paint the walls - two coats | 432.00 SF | 0.00 | 0.68 | 293.76 |
| 57. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 58. Cleaning Technician - incl. cleaning agent - per hour | 2.00 HR | 0.00 | 30.88 | 61.76 |
| 59. Door opening trim - Detach & reset | 1.00 EA | 0.00 | 87.44 | 87.44 |
| 60. Paint door/window trim & jamb - 2 coats (per side) | 3.00 EA | 0.00 | 21.41 | 64.23 |
| 61. R&R Window trim set (casing & stop) | 48.00 LF | 0.50 | 2.95 | 165.60 |
| 62. R&R Oak flooring - #1 common - no finish | 180.00 SF | 2.33 | 7.54 | 1,776.60 |
| 63. Sand and seal wood floor | 180.00 SF | 0.00 | 2.62 | 471.60 |
| 64. R&R Baseboard - 3 1/4" | 54.00 LF | 0.48 | 2.47 | 159.30 |
| 65. Paint baseboard - two coats | 54.00 LF | 0.00 | 1.00 | 54.00 |

Totals: Living                                                                                     5,108.49



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844



### Bath
Ceiling Height: 8'

| | |
|---|---|
| 240.00 SF Walls | 56.00 SF Ceiling |
| 296.00 SF Walls & Ceiling | 56.00 SF Floor |
| 6.22 SY Flooring | 30.00 LF Floor Perimeter |
| 30.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 66. R&R 1/2" drywall - hung, taped, ready for texture | 56.00 SF | 0.43 | 1.22 | 92.40 |
| 67. Seal/coat the ceiling - one coat (anti-microbial coating) | 56.00 SF | 0.00 | 0.99 | 55.44 |
| 68. R&R Acoustic ceiling (popcorn) texture | 56.00 SF | 0.47 | 0.75 | 68.32 |
| 69. Seal & paint acoustic ceiling (popcorn) texture | 56.00 SF | 0.00 | 0.85 | 47.60 |
| 70. R&R Light fixture | 1.00 EA | 8.27 | 55.85 | 64.12 |
| 71. Floor protection - self-adhesive plastic film | 56.00 SF | 0.00 | 0.51 | 28.56 |
| 72. Mask wall - plastic, paper, tape (per LF) | 30.00 LF | 0.00 | 0.77 | 23.10 |
| 73. Paint the walls - two coats | 240.00 SF | 0.00 | 0.68 | 163.20 |
| 74. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 75. Cleaning Technician - incl. cleaning agent - per hour | 2.00 HR | 0.00 | 30.88 | 61.76 |

Totals: Bath                                                                                           641.32

### Hall
Ceiling Height: 8'

| | |
|---|---|
| 160.00 SF Walls | 21.00 SF Ceiling |
| 181.00 SF Walls & Ceiling | 21.00 SF Floor |
| 2.33 SY Flooring | 20.00 LF Floor Perimeter |
| 20.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 76. R&R 1/2" drywall - hung, taped, ready for texture | 21.00 SF | 0.43 | 1.22 | 34.65 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

## CONTINUED - Hall

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 77. Seal/coat the ceiling - one coat (anti-microbial coating) | 21.00 SF | 0.00 | 0.99 | 20.79 |
| 78. R&R Acoustic ceiling (popcorn) texture | 21.00 SF | 0.47 | 0.75 | 25.62 |
| 79. Seal & paint acoustic ceiling (popcorn) texture | 21.00 SF | 0.00 | 0.85 | 17.85 |
| 80. R&R Light fixture | 1.00 EA | 8.27 | 55.85 | 64.12 |
| 81. Floor protection - self-adhesive plastic film | 21.00 SF | 0.00 | 0.51 | 10.71 |
| 82. Mask wall - plastic, paper, tape (per LF) | 20.00 LF | 0.00 | 0.77 | 15.40 |
| 83. Paint the walls - two coats | 160.00 SF | 0.00 | 0.68 | 108.80 |
| 84. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 85. Cleaning Technician - incl. cleaning agent - per hour | 2.00 HR | 0.00 | 30.88 | 61.76 |

Totals: Hall                396.52

Total: Main Level           11,432.12

### Exterior/General



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 86. Taxes, insurance, permits & fees (Bid item) | 1.00 EA | 0.00 | 500.00 | 500.00 |
| 87. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 711.54 | 0.00 | 711.54 |
| 88. General clean - up | 16.00 HR | 0.00 | 29.83 | 477.28 |

KAT-000353                             12/9/2009         Page: 8



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

## CONTINUED - Exterior/General

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 89. Temporary toilet (per month) | 3.00 MO | 0.00 | 146.68 | 440.04 |
| 90. R&R Temporary power - hookup | 1.00 EA | 48.08 | 270.71 | 318.79 |
| 91. Temporary power usage (per month) | 3.00 MO | 0.00 | 107.08 | 321.24 |
| 92. R&R Board-up windows and doors | 168.00 SF | 0.53 | 1.22 | 294.00 |
| 93. R&R Wood fence 5'- 6' high - treated | 60.00 LF | 6.21 | 21.17 | 1,642.80 |
| 94. Tree - tear out and disposal - 24" to 36" diameter | 1.00 EA | 1,341.93 | 0.00 | 1,341.93 |

Totals: Exterior/General 6,047.62

**Line Item Subtotals: KAT-000353**  25,096.12

| Adjustments for Base Service Charges | | | | | Adjustment |
|---|---|---|---|---|---|
| Carpenter - Finish, Trim/Cabinet | | | | | 129.60 |
| Coverage | Dwelling | @ | 100.00 % = | 129.60 | |
| Carpenter - Mechanic | | | | | 139.28 |
| Coverage | Dwelling | @ | 100.00 % = | 139.28 | |
| Cleaning Technician | | | | | 59.64 |
| Coverage | Dwelling | @ | 100.00 % = | 59.64 | |
| Cleaning Remediation Technician | | | | | 87.80 |
| Coverage | Dwelling | @ | 100.00 % = | 87.80 | |
| Drywall Installer/Finisher | | | | | 237.20 |
| Coverage | Dwelling | @ | 100.00 % = | 237.20 | |
| Electrician | | | | | 191.12 |
| Coverage | Dwelling | @ | 100.00 % = | 191.12 | |
| Fencing Installer | | | | | 105.08 |
| | Other Structures | @ | 100.00 % = | 105.08 | |
| Wood Flooring Installer | | | | | 126.24 |
| Coverage | Dwelling | @ | 100.00 % = | 126.24 | |
| Heating / A.C. Mechanic | | | | | 174.26 |
| Coverage | Dwelling | @ | 100.00 % = | 174.26 | |
| Insulation Installer | | | | | 126.18 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

| Adjustments for Base Service Charges | | | | | | Adjustment |
|---|---|---|---|---|---|---|
| | Coverage | Dwelling | @ | 100.00 % = | 126.18 | |
| General Laborer | | | | | | 29.21 |
| | Coverage | Dwelling | @ | 100.00 % = | 29.21 | |
| Painter | | | | | | 113.18 |
| | Coverage | Dwelling | @ | 100.00 % = | 113.18 | |
| Roofer | | | | | | 269.85 |
| | Coverage | Dwelling | @ | 100.00 % = | 269.85 | |
| Membrane Roofing Installer | | | | | | 262.35 |
| | Coverage | Dwelling | @ | 100.00 % = | 262.35 | |

Total Adjustments for Base Service Charges:     2,050.99

**Line Item Totals: KAT-000353**     27,147.11

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 2,804.25 | SF Walls | 1,455.03 | SF Ceiling | 4,259.28 | SF Walls and Ceiling |
| 1,362.54 | SF Floor | 151.39 | SY Flooring | 426.17 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 432.73 | LF Ceil. Perimeter |
| 1,362.54 | Floor Area | 1,472.04 | Total Area | 2,804.25 | Interior Wall Area |
| 1,357.02 | Exterior Wall Area | 226.17 | Exterior Perimeter of Walls | | |
| 1,309.92 | Surface Area | 13.10 | Number of Squares | 187.24 | Total Perimeter Length |
| 58.54 | Total Ridge Length | 18.31 | Total Hip Length | | |

| Coverage | Amount | % | Grand Total | % |
|---|---|---|---|---|
| Dwelling | 22,111.39 | 88.11% | 35,396.08 | 88.64% |
| Other Structures | 2,984.73 | 11.89% | 4,536.88 | 11.36% |
| Total | 25,096.12 | 100.00% | 39,932.96 | 100.00% |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

## Summary for Dwelling

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 22,111.39 |
| Total Adjustments for Base Service Charges | | | | 1,945.91 |
| Material Sales Tax | @ | 9.000% x | 5,814.52 | 523.31 |
| Subtotal | | | | 24,580.61 |
| Overhead | @ | 20.0% x | 24,580.61 | 4,916.12 |
| Profit | @ | 20.0% x | 29,496.73 | 5,899.35 |
| **Replacement Cost Value** | | | | **$35,396.08** |
| **Net Claim** | | | | **$35,396.08** |

Jamie Ziglar



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

## Summary for Other Structures

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 2,984.73 |
| Total Adjustments for Base Service Charges | | | | 105.08 |
| Material Sales Tax | @ | 9.000% x | 675.60 | 60.80 |
| Subtotal | | | | 3,150.61 |
| Overhead | @ | 20.0% x | 3,150.61 | 630.12 |
| Profit | @ | 20.0% x | 3,780.74 | 756.15 |
| **Replacement Cost Value** | | | | **$4,536.88** |
| **Net Claim** | | | | **$4,536.88** |

Jamie Ziglar



AT-000353





| FACE | SQ FT | # SQs |
|---|---|---|
| F1 | 295.05 | 2.95 |
| F2 | 176.45 | 1.76 |
| F3 | 167.19 | 1.67 |
| F4 | 334.29 | 3.34 |
| F5 | 179.30 | 1.79 |
| F6 | 73.31 | 0.73 |
| F8 | 84.33 | 0.84 |
| Estimated Total: | 1309.92 | 13.10 |

Roof

12/9/2009

Page: 15

KAT-000353