UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.   05-4182 "K"(2) |
| | JUDGE DUVAL |
| | MAG. WILKINSON |
| PERTAINS TO: | |
| BEVERLY J. MEREDITH, ET AL.<br>                Plaintiff | |
| v. | |
| ELECTRIC INSURANCE COMPANY<br>                Defendant | |
| C.A. No. 2:10-cv-03022-SRD-JCW | |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that defendant, Electric Insurance Company, will submit the attached Re-Urged Motion to Dismiss to the Hon. Stanwood K. Duval, District Judge, on Wednesday, October 19, 2011, at 9:30 a.m.

       Respectfully submitted,

       *s/Alan Dean Weinberger*
       Dominic J. Gianna, #6063
       Alan Dean Weinberger # 13331
       **MIDDLEBERG, RIDDLE & GIANNA**
       201 St. Charles Avenue, Suite 3100
       New Orleans, Louisiana  70170-3100
       Telephone:  (504) 525-7200
       *Attorneys for Electric Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 28th day of September, 2011, I electronically filed the foregoing Notice of Submission with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system.  I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system.

       *s/Alan Dean Weinberger*

ND: 4832-1231-0794, v.  1