UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO BARGE | CIVIL ACTION<br><br>NO. 05-418<br><br>SECTION "K" |

### MOTION TO STRIKE AND/OR INDEFINITELY CONTINUE MOTION FOR SUMMARY JUDGMENT BY AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION

NOW COME Barge Plaintiffs, through undersigned counsel, who, for the reasons expressed in the accompanying Memorandum, respectfully move for an Order striking and/or continuing The American Club's improperly filed Motion for Summary Judgment.

The American Club opposes this motion.

So moved, September 30, 2011.

    Respectfully submitted,

    */s/Brian A. Gilbert*
    Brian A. Gilbert (21297)
    **LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
    2030 St. Charles Avenue
    New Orleans, Louisiana 70130
    Telephone: (504) 598-1000
    Facsimile: (504) 524-1024
    E-mail: bgilbert@briangilbertlaw.com

    Lawrence A. Wilson (N.Y.S.B.A. #2487908)
    **WILSON, GROCHOW, DRUKER**
    233 Broadway, 5th Floor
    New York, NY  10279
    Telephone:  (212) 608-4400
    Facsimile:  (212) 608-0746
    e-mail:  lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
**WIEDEMANN AND WIEDEMANN**
100 Veterans Memorial Blvd., Ste.
Metairie, Louisiana 70005
Telephone: 504-581-6180
e-mail: ldwiedemann@gmail.com
karlwiedemannlaw@gmail.com

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

Shawn Khorrami (CA SBN #14011)
**KHORRAMI, POLLARD & ABIR, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 30th day of September, 2011.

/s/ Brian A. Gilbert

2