UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-418 |
| PERTAINS TO BARGE | SECTION "K" |

## NOTICE OF SUBMISSION

The Barge Plaintiffs' *Motion To Strike And/Or Indefinitely Continue Motion For Summary Judgment By American Steamship Owners Mutual Protection And Indemnity Association* will be submitted for decision by the Hon. Stanwood R. Duval, Jr., at 9:30 a.m. on October 19, 2011 at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C352, New Orleans, Louisiana, unless expedited pursuant to Plaintiffs' motion for expedited treatment.