UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-418 |
| PERTAINS TO BARGE | |
| | SECTION "K" |

## EX PARTE MOTION TO EXPEDITE SUBMISSION OF MOTION TO STRIKE AND/OR INDEFINITELY CONTINUE MOTION FOR SUMMARY JUDGMENT BY AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION

Barge Plaintiffs respectfully move for expedited submission of their *Motion To Strike And/Or Indefinitely Continue Motion For Summary Judgment By American Steamship Owners Mutual Protection And Indemnity Association* in light of the opposition deadline and submission date relative to The Club's Motion for Summary Judgment which will lapse before Plaintiff's *Motion To Strike And/Or Indefinitely Continue Motion For Summary Judgment By American Steamship Owners Mutual Protection And Indemnity Association* can be submitted on the regular motion docket.

So moved, September 30, 2011.

Respectfully submitted,

*/s/Brian A. Gilbert*
Brian A. Gilbert (21297)
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
**WILSON, GROCHOW, DRUKER**
233 Broadway, 5th Floor

        New York, NY  10279
        Telephone:  (212) 608-4400
        Facsimile:  (212) 608-0746
        e-mail:  lwilson@wgdnlaw1.com

        Lawrence D. Wiedemann (#13457)
        Karl Wiedemann (18502)
        **WIEDEMANN AND WIEDEMANN**
        100 Veterans Memorial Blvd., Ste.
        Metairie, Louisiana 70005
        Telephone: 504-581-6180
        e-mail: ldwiedemann@gmail.com
        karlwiedemannlaw@gmail.com

        Patrick J. Sanders (18741)
        **PATRICK J. SANDERS, LLC**
        3316 Ridgelake Drive, Suite 100
        Metairie, Louisiana 70002
        Telephone: (504) 834-0646
        e-mail: pistols42@aol.com

        Shawn Khorrami (CA SBN #14011)
        **KHORRAMI, POLLARD & ABIR, LLP**
        444 S. Flower Street, 33rd Floor
        Los Angeles, California 90071
        Telephone: (213) 596-6000
        Facsimile: (213) 596-6010
        e-mail: Skhorrami@kpalawyers.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 30th day of September, 2011.

                          /s/ Brian A. Gilbert