UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-418 |
| PERTAINS TO BARGE | SECTION "K" |

## ORDER GRANTING EX PARTE MOTION TO EXPEDITE SUBMISSION OF MOTION TO STRIKE AND/OR INDEFINITELY CONTINUE MOTION FOR SUMMARY JUDGMENT BY AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION

Considering the above and foregoing, it is hereby ordered that the Motion be and is hereby granted; further, that the American Steamship Owners Mutual Protection And Indemnity Association is ordered to file any response to the Barge Plaintiffs Motion to Strike and/or Indefinitely Continue no later than: _____.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
**HON. STANWOOD R. DUVAL, JR.**