UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION "K" |
| PERTAINS TO BARGE | |

### MOTION FOR LEAVE TO SUPPLEMENT BARGE PLAINTIFFS' MOTION TO CONTINUE MOTION FOR SUMMARY JUDGMENT BY AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION (R. DOC. 20451) BY SUBMITTING INADVERTENLY OMITTED FED. R. CIV. P. 56(d) DECLARATION

Plaintiffs' counsel recognized several days after moving to strike or continue The American Club's pending Motion for Summary Judgment that the Exhibit referenced therein, a Fed. R. Civ. P. 56(d) Declaration, was inadvertently omitted from CM/ECF upload of the Plaintiffs' *Motion To Continue Indefinitely and/or to Strike Motion For Summary Judgment By American Steamship Owners Mutual Protection And Indemnity Association* (R. Doc. 20451). Plaintiffs seek leave to now supply this missing exhibit (Declaration), submitted herewith as Exhibit A.

So moved, this 2nd day of October, 2011.

Respectfully submitted,

*/s/Brian A. Gilbert*
Brian A. Gilbert (21297)
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**

2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail:
bgilbert@briangilbertlaw.com


Lawrence A. Wilson (N.Y.S.B.A. #2487908)
**WILSON, GROCHOW, DRUKER**
233 Broadway, 5th Floor
New York, NY 10279
Telephone: (212) 608-4400
Facsimile: (212) 608-0746
e-mail: lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
**WIEDEMANN ANDWIEDEMANN**
100 Veterans Memorial Blvd., Ste.
Metairie, Louisiana 70005
Telephone: 504-581-6180
e-mail: ldwiedemann@gmail.com
karlwiedemannlaw@gmail.com

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

Shawn Khorrami (CA SBN #14011)
**KHORRAMI, POLLARD & ABIR, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 2d day of October, 2011.

/s/ **_Brian A. Gilbert_**