**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| | |
| | **SECTION "K"** |
| **PERTAINS TO BARGE** | |

**ORDER**

Considering the above and foregoing, Barge Plaintiffs are hereby granted leave to supplement their *Motion To Continue Indefinitely and/or to Strike Motion For Summary Judgment By American Steamship Owners Mutual Protection And Indemnity Association* by submission of their inadvertently omitted Fed. R. Civ. P 56(d) Declaration of Counsel.

New Orleans, Louisiana, this _____ day of October 2011.

_____
**HON. STANWOOD R. DUVAL, JR.**