UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION "K" |
| PERTAINS TO BARGE | |

### ORDER

Considering the above and foregoing, Barge Plaintiffs are hereby granted leave to supplement their *Motion To Continue Indefinitely and/or to Strike Motion For Summary Judgment By American Steamship Owners Mutual Protection And Indemnity Association* by submission of their inadvertently omitted Fed. R. Civ. P 56(d) Declaration of Counsel.

New Orleans, Louisiana, this  3rd  day of October 2011.

_____
HON. STANWOOD R. DUVAL, JR.