UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:   BARGE | SECTION "K"(2) |

*Boutte v. Lafarge*          C.A. No. 05-5531
*Mumford v. Ingram*     C.A. No. 05–5724
*Lagarde v. Lafarge*       C.A. No. 06-5342
*Perry v. Ingram Barge*  C.A. No. 06-6299
*Benoit v. Lafarge*          C.A. No. 06-7516
*Weber v. Lafarge*          C.A. No. 08-4459

## ORDER

**IT IS ORDERED** that a telephone status conference concerning Barge plaintiff's Motion to Strike and/or Indefinitely Continue Motion for Summary Judgment by American Steamship Owners Mutual Protection and Indemnity Association (Doc. 20451) and Lafarge' Motion for In Camera Review (Doc. 20445) is set for **Monday, October 3, 2011 at 2:00 p.m. (CST)**. The Court will initiate the call.

**IT IS FURTHER ORDERED** that the Ex Parte Motion to Expedite Submission of Motion to Strike (Doc. 20452) is **MOOT**.

New Orleans, Louisiana, this ___3rd___ day of October, 2011.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE