UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
|     *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## THE MRGO PLAINTIFFS' SECOND PRELIMINARY EXHIBIT LIST

Pursuant to the Court's Minute Entry dated March 17, 2011, as modified by the Court's Order dated July 25, 2011 (Docket No. 20200), The MRGO Plaintiffs' ("Plaintiffs'") submits this second preliminary list of exhibits that may or will be introduced at trial in the above-referenced action.

While Plaintiffs have endeavored in good faith to prepare a exhibits lists, it is necessarily limited, and subject to further change and modification considering that discovery and investigation in this case is ongoing and discovery in this case will not close until February 10, 2012. Plaintiffs' will supplement this on the 1st of each month, as directed by the the Court's Order dated July 25, 2011.

Subject to these qualifications, Plaintiffs hereby submit their preliminary exhibit list:

18.   August 2005: Technical Completion Report and Record Drawings - Inner Harbor Navigation Canal - East Bank Industrial Area - New Orleans, Louisiana.

1

19. October 2000: Contractor Quality Control Plan - Project Site Development and Remedial Action of East Bank Industrial Area - Inner Harbor Navigation Canal Project Lock Replacement Project - Task Order #0026

20. Transcript(s) from the April 23-24, 2008 Deposition of Melvin M.L. McElwee.

21. All photos and exhibits produced at the Deposition of Melvin M.L. McElwee.

22. March 26, 2007: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System - Final Report of the Interagency Performance Evaluation Task Force - Volume IX - General Appendices.

23. All Inner Harbor Navigation Canal Project Cost Summary Reports.

24. Army Corps of Engineers Quarterly Reports from April 1, 2002 thru June 30, 2002 concerning Task Order #0026.

25. May 2001: International Tank Terminal & McDonough Borrow Pit Drilling Report.

26. Defense Exhibit 37, Lafarge North America 001347 from the Barge Trial (Boutte v. Lafarge, 05-5531 - Consolidated Cases - Civil Action 05-4182).

27. Transcript from the April 17, 2008 30(b)(6) Deposition of Washington Group International Group by Stephen Roe and exhibits.

28. Transcript from the April 17, 2008 30(b)(6) Deposition of Washington Group International Group by Anne Patten Veigel and exhibits.

29. Transcript from the April 26, 2008 30(b)(6) Deposition of Washington Group International by Phillip Lee Staggs and exhibits.

30. July 13, 2011 Document Production from the United States - Bates Range MEB-137-0001 thru MEB-137-0410.

31. WGI342511: August 2005 - Groundwater Characterization/Monitoring Report Monitoring Period - April 2005 - Inner Harbor Navigation Canal - East Bank Industrial Area 1800 - 2500 Surekote Road, New Orleans, Louisiana, Parish: Orleans; AI-1398.

32. WGI368763: Map of Survey East Bank Industrial Area Inner Harbor Navigation Canal.

33. WGI368762: Map of Survey East Bank Industrial Area Inner Harbor Navigation Canal.

34. WGI368767: Inner Harbor Navigation Canal - Lock Replacement Project - Orleans Parish, Louisiana - Design Memorandum No. 2 - Levees, Floodwalls, & Channels - Undisturbed Boring - Boring 4-UL; March 19, 1999.

35. WGI368768: East Bank Industrial Area Inner Harbor Navigation Canal - Showing Approximate Locations by DGPS Survey for Abandoned Pilings for Mayer Yacht.

36. WGI368769: Lake Pontchartrain, Louisiana and Vicinity - Chalmette Area Plan - Hurricane Protection Levee Second Lift - General Borings; April 1981.

37. WGI368780: Inner Harbor Navigation Canal - East Bank Industrial Area - New Orleans, Louisiana - Groundwater Sample Results; August 02, 2000.

38. WGI368770: Inner Harbor Navigation Canal - Lock Replacement Project - Southern IHNC; August 1999.

39. WGI368771: Inner Harbor Navigation Canal - Lock Replacement Project - Northern IHNC; August 1999.

40. WGI368772: Inner Harbor Navigation Canal - Lock Replacement Project - ust Closure Location; October 1999.

41. WGI368775: Inner Harbor Navigation Canal - Lock Replacement Project - Above Ground Storage Tanks; August 1999.

42. WGI368776: Inner Harbor Navigation Canal - Lock Replacement Project - Drawing Name AST-2; August 1999.

43. WGI368777: Inner Harbor Navigation Canal - Lock Replacement Project - Drawing Name PCB-1; August 1999.

44. WGI368778: Inner Harbor Navigation Canal - Lock Replacement Project - Drawing Name PCB-2; August 1999.

45. WGI368765: Inner Harbor Navigation Canal - Lock Replacement Project - Drawing No. 065-01-1.

46. WGI368773: Inner Harbor Navigation Canal - Lock Replacement Project - Asbestos - File No. ACM-1; August 1999.

47. WGI368774: Inner Harbor Navigation Canal - Lock Replacement Project - Asbestos - File No. ACM-2; August 1999.

48. WGI368779: Color Infrared - Digital Orthophotography; Lidar Digital Elevation Model; B&W Digital Orthophotography.

PLAINTIFFS' LIAISON COUNSEL

s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 3rd day of October, 2011.

/s/ *Joseph M. Bruno*
Joseph M. Bruno