UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
|     *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

# THE MRGO PLAINTIFFS' SECOND PRELIMINARY WITNESS LIST

Pursuant to the Court's Minute Entry dated March 17, 2011, as modified by the Court's Order dated July 25, 2011 (Docket No. 20200), The MRGO Plaintiffs' ("Plaintiffs'") submits this second preliminary list of witnesses that may or will be introduced at trial in the above-referenced action.

While Plaintiffs have endeavored in good faith to prepare a witness lists, it is necessarily limited, and subject to further change and modification considering that discovery and investigation in this case is ongoing and discovery in this case will not close until February 10, 2012.  Plaintiffs' will supplement this on the 1st of each month, as directed by the  the Court's Order dated July 25, 2011.

| | | |
|---|---|---|
| 41. | Kevin Pope | Expert witness. Mr. Pope's testimony will address the site geology, and site characterization. |

1

PLAINTIFFS' LIAISON COUNSEL

s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 3rd day of October, 2011.

/s/ *Joseph M. Bruno*
Joseph M. Bruno