UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO.  05-4182 |
| | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO:  MRGO | * | |
| *Armstrong*, No. 10-866 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S
PRELIMINARY EXHIBIT LIST**

Pursuant to the Court's Minute Order dated March 17, 2011, as modified by the Court's Order dated July 25, 2011, Defendant Washington Group International, Inc. ("WGII")[1] submits this preliminary list of exhibits that may or will be introduced at trial in the above-referenced action.

Although WGII has endeavored in good faith to prepare this preliminary exhibit list, it is necessarily limited, because discovery in this case is not complete, and will not close until February 10, 2012.  Consequently, WGII has prepared this preliminary list on the basis of its best efforts and the information currently available, and submits this list in accordance with the Court's March 17 and July 25 Orders.

1.      U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data

---

[1]      Subsequent to the activities alleged in Plaintiffs' Complaint, WGII was acquired by URS Corporation, a Delaware Corporation.   WGII, now known as URS Energy & Construction, Inc., is a subsidiary of URS E&C Holdings, Inc., a Delaware Corporation. URS E&C Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation. URS Holdings Inc. is a subsidiary of URS Corporation.

1071472v.1

2.      U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data

3.      American Society of Civil Engineers External Review Panel, <u>The New Orleans Hurricane Protection System:  What Went Wrong and Why</u> (2007), including underlying data

4.      "Team Louisiana" Final Report:  The Failure of the New Orleans Levee System during Hurricane Katrina

5.      Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report

6.      Maps of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish

7.      Amended "MR-GO" Master Consolidated Class Action Complaint and Complaint in Intervention filed by Kenneth Armstrong, *et al*.

8.      An Act to Authorize Construction of the Mississippi River-Gulf Outlet, Pub. L. No. 84-455, 70 Stat. 65, 65 (1956)

9.      H.R. Doc. No. 89-231 (1965)

10.     Water Resources Development Act of 1986, Pub. L. No. 99-662, § 844(a)-(b), 100 Stat. 4082, 4177 (1986)

11.     Water Resources Development Act of 1996, Pub. L. No. 104-303, § 326(b) 110 Stat. 3658, 3717 (1996)

12.     Woolley, Douglas and Leonard Shabman, "Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project," Draft Final Report for the Headquarters, U.S. Army Corps of Engineers, June 2007

13.     J. Westerink, B. Ebersole, and H. Winer, Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity (February 21, 2006)

14.     URS Corp., The Direct Impact of the Mississippi River Gulf Outlet on Hurricane Storm Surge (prepared for Louisiana Department of Natural Resources) (2006)

15.     U.S. Army Corps of Engineers, New Orleans District, Numerical Modeling of Storm Surge Effect of MRGO Closure (2003)

16.     C.L. Bretschneider and J.I. Collins, Storm Surge Effects of the Mississippi River Gulf Outlet, Study A, National Engineering Science Company Report No. SN 326-A (1966)

17. June 2, 2006 photographs by Dr. Francisco Silva-Tulla

18. March 1997 Final Evaluation Report for Mississippi River-Gulf Outlet, New Lock and Connecting Channels (http://www.mvn.usace.army.mil/prj/ihnc/EvaluationReport/ihnc_eval.htm)

19. Total Environmental Restoration Contract, DACA56-94-D-0021

20. Task Order 26 of Total Environmental Restoration Contract, DACA56-94-D-0021, and all accompanying modifications and Statements of Work

21. Deposition of Gerald Dicharry, Oct. 2, 2008

22. U.S. Army Corps of Engineers IHNC Project Fact Sheet

23. Project Work Plan for Project Site Development and Remedial Action of East Bank Industrial Area, Oct. 2000

24. Deposition of Lee Guillory, Vol. II, Aug. 22, 2008

25. Sampling and Analysis Plan, Jan. 2001

26. Letter from L. Guillory to D. O'Conner, EBIA Right-of-Entry, Nov. 1, 2002

27. Memo. for Constr. Div., IHNC Acquisition, Dec. 16, 2002

28. Design Documentation Rep. No. 1,  Feb. 1999, Vol. 1.

29. RECAP Submittal Report – Criteria Document, Apr. 2001

30. Declaration of Robert Bea, Apr. 16, 2006

31. Deposition of Anne Veigel, April 17, 2008

32. Deposition of Lee Guillory, Vol. I, June 30, 2008

33. Project Execution Plan, Jun. 1, 1999

34. Deposition of George Bacuta, Ph.D., July 2, 2008

35. Statement of Work for Excavation and Disposal of Additional Subsurface Foundations (Mod. 10), Aug. 6, 2001

36. Deposition of Dennis O'Conner, Aug. 13, 2008

37. Deposition of Stephen Roe, Apr. 17, 2008

38. Deposition of James Montegut, Aug. 8, 2008

1071472v.1

39.   USACE Comments and MK Response for Draft

40.   Recommendation Report, Oct. 15, 1999

41.   RFP for Mod 10, Aug. 6, 2001

42.   Technical Analysis of Proposal #113

43.   WGII Revised – Final Proposal #113 for Excavation and Disposal of Additional Subsurface Foundations, Sept. 24, 2001

44.   Contract Mod. 1, Nov. 23, 1999

45.   Contract Mod. 10, Sept. 25, 2001

46.   Summary of Experience for L. Guillory

47.   Letter from A. Smith to L. Guillory, COR Designation Letter, Aug. 18, 1999

48.   Letter from J. Weatherly to J. Montegut, COR Designation Letter, Jan. 30, 2001

49.   Deposition of Alvin Clouatre, June 20, 2008

50.   Deposition of Phillip Lee Staggs, Apr. 26, 2008

51.   Inspectors Quality Assurance Report ("QAR") #267, Jan. 16, 2002

52.   Inspectors Quality Assurance Report ("QAR") #318, Mar. 19, 2002

53.   Inspectors Quality Assurance Report ("QAR") #324, Mar. 26, 2002

54.   Letter from J. Sensebe to W. Purdum, Program Manager Change, May 20, 2001

55.   Amended 30(b)(6) Dep. Notice for Washington Group International, Inc., Mar. 20, 2008

56.   Email from D. O'Conner to E. Romano et al re: IHNC Turnover, June 2, 2004

57.   Org. Chart, June 19, 2002

58.   Recommendation Report, Dec. 1999

59.   USACE Comments on MK's Outline for Recommendation Report , Aug. 6, 1999

60.   Comment Submittal for Draft - Revision B., Recommendation Report, Nov. 5, 1999

61.   Transmittal and Comments, Final Project Work Plan, Nov. 1, 2000

62.   Statement of Work No. 3, May 15, 2000

1071472v.1

63.     Work Plan General Discussion Mtg., Aug. 3, 2000

64.     Work Plan LDEQ Meeting Minutes, Aug. 21, 2000

65.     Work Plan General Discussion Meeting, Oct. 17, 2000

66.     USACE Comments on Draft Project Work Plan, Oct. 27, 2000

67.     Contractor Quality Control Plan, Oct. 2000

68.     Storm Water Pollution Prevention Plan (Approval Page), Nov. 14, 2000

69.     Hurricane Preparedness Plan (Approval Page), Nov. 14, 2000

70.     Perimeter Monitoring Plan (Approval Page), Nov. 14, 2000

71.     LDEQ Meeting Minutes

72.     Deposition of John Grieshaber, Vol. II, Aug. 21, 2008

73.     Monthly Photo Log, Nov. 20, 2001

74.     Monthly Photo Log, Nov. 29, 2004

75.     Email from L. Guillory to D. O'Conner re: Comments on Subcontractor Excavation
        Statement of Work

76.     Hamp's Demolition Work Plan, Apr. 12, 2001

77.     Wedding Cake Final Work Plan, Dec. 11, 2001

78.     Lift Station Removal Plan (Revised), Oct. 19, 2001

79.     Preparatory Phase Meeting Minutes (Demolition), Mar. 29, 2001

80.     Supervisory Coordination Meeting Minutes (Demolition), Apr. 11, 2001

81.     Preparatory Phase Inspection Meeting B55 (Demolition), Aug. 8, 2001

82.     Initial Phase Inspection Checklist Form for Demolition, Apr. 23, 2001

83.     Inspectors Quality Assurance Report #183, Sept. 18, 2001

84.     Inspectors Quality Assurance Report #220, Nov. 6, 2001

85.     Inspectors Quality Assurance Report #245, Dec. 13, 2001

86.     Pre-Final Inspection Reports (Demolition), Aug.-Sept., 2001

87.     Final Acceptance Reports (Demolition), May-Nov., 2001

88.   Final Acceptance Report (Demolition) McDonough Marine, Sept. 18, 2001

89.   Lift Station Revised Work Plan, Oct. 1, 2001

90.   Preparatory Phase Inspection Checklist, Sewer Lift Station, Oct. 3, 2001

91.   Lift Station Removal Plan (Revision 1), Oct. 10, 2001

92.   Lift Station Removal Plan (Revised-Addendum 1), Oct. 12, 2001

93.   Initial Phase Inspection (Lift Station), Oct. 30, 2001

94.   Inspectors Quality Assurance Report #221, Nov. 7, 2001

95.   Inspectors Quality Assurance Report #225, Nov. 13, 2001

96.   Sketch 1 – Boland Marine Subsurface Foundations

97.   Preparatory Phase Meeting Minutes (Concrete Blocks), Nov. 14, 2001

98.   Inspectors Quality Assurance Report #297, Feb. 22, 2002

99.   Inspectors Quality Assurance Report #299, Feb. 24-25, 2002

100.   Pre-Final Inspection Report (Concrete Blocks) Mar. 21, 2002

101.   Stewart Submittal for Removal/Disposal of Barge and Tanker, Dec. 2001

102.   Statement of Work for Project Site Development and Remedial Action, Aug. 28, 2000

103.   Comment Submittal, Refined Sampling and Analysis Plan, Feb. 1, 2001

104.   RECAP Submittal Report. - Criteria Document, June 2001

105.   RECAP Corrective Action Plan - Saucer Marine, May 2002

106.   RECAP Corrective Action Plan - Boland Marine, Nov. 2002

107.   Inspectors Quality Assurance Report #340, Apr. 16, 2002

108.   RECAP Workplan Amendment - Bank Remediation, June 2002

109.   Inspectors Quality Assurance Report #430, Aug. 18, 2002

110.   Email from L. Guillory to D. O'Conner et al. re: Draft Bank Material Remediation, June 25, 2002

111.   Inspectors Quality Assurance Report #389, June 21, 2002

112.    Inspectors Quality Assurance Report #759, Jan. 21, 2004

113.    Inspectors Quality Assurance Report #949, Oct. 30-Nov. 1, 2004

114.    Inspectors Quality Assurance Report #999, Jan. 18, 2005

115.    Inspectors Quality Assurance Report #471, Oct. 23, 2002

116.    Inspectors Quality Assurance Report #483, Nov. 7, 2002

117.    NFAATT Submittal Report - Saucer Marine, May 2003

118.    NFAATT Submittal Report - Boland Marine, June 2005

119.    RECAP Submittal Report - Borrow Pit, Aug. 2001

120.    Comment Submittal, Borrow Pit RECAP Submittal Report, July 3, 2001

121.    Transmittal, Borrow Pit RECAP Submittal Report, Sep. 7, 2001

122.    Borrow Pit Extension Application, Rev. Jan. 8, 2002

123.    Transmittal and Comments, Borrow Pit Extension App. - Feb. 4, 2002

124.    Memo for Engineering Division, Geotechnical Stability Analysis, Apr. 15, 2002

125.    Fax from J. Montegut to L. Guillory attaching Borrow Pit Design Template, June 10, 2002

126.    RECAP Corrective Action Plan - McDonough Marine, Jan. 2002

127.    Transmittal Form for RECAP Corrective Action Plan - McDonough Marine, Feb. 26, 2002

128.    NFAATT Submittal Report - McDonough Marine, Dec. 2004

129.    Transmittal and Comments, NFAATT Submittal Report - McDonough Marine, Mar. 9. 2006

130.    Letter from J. Montegut to WGII re: Final Site Visit, May 26, 2005

131.    Email from J. Agan to C. Burdine re: EBIA Field Visit, Aug. 9, 2005

132.    Expert Report of Robert Bea filed in *Robinson v. United States*, No. 06-2268, on July 14, 2008

133.    Deposition of John Grieshaber, Vol. I, June 27, 2008

134.    Inspectors Quality Assurance Report #948, Oct. 29, 2004

1071472v.1

135.    Declaration of Stevan G. Spencer

136.    RECAP Submittal Report – Saucer Marine

137.    RECAP Submittal Report – Boland Marine

138.    RECAP Comment Submittal – Saucer Marine

139.    Recommendation Report for Demolition and Site Preparation Activities of the East Bank Industrial Area, Dec. 2, 1999

140.    Field Sampling Plan for Project Site Development and Remedial Action of East Bank Industrial Area

141.    Any and all Risk Evaluation and Corrective Action Program ("RECAP") Corrective Action Plans, RECAP Submittal Reports, and RECAP No Further Action At This Time Submittals for Boland Marine and Saucer Marine in the East Bank Industrial Area between 2001-2005, and all amendments thereto, not otherwise listed above

142.    Technical Completion Report and Record Drawings, IHNC – East Bank Industrial Area, August 2005

143.    Soils data and other relevant information pertaining to negligence and damages that has previously been produced in this matter by: (1) WGII; (2) the United States Army Corps of Engineers ("USACE"); (3) the Interagency Performance Task-Force ("IPET"); and/or (4) the Independent Levee Investigation Team ("ILIT") and the University of California, Berkeley

144.    Soils data and other relevant information pertaining to negligence and damages from: (1) IPET; (2) ILIT and the University of California, Berkeley; (3) the National Geodetic Survey ("NGA"); and/or (4) the U.S. Geological Survey ("USGS") and Louisiana State University that is publicly available, including but not limited to the data available at the following websites:

    a.    http://nolarisk.usace.army.mil/index.htm
    b.    http://www.usace.army.mil/CECW/Pages/ipetrep_drafts.aspx
    c.    http://www.ce.berkeley.edu/projects/neworleans
    d.    http://www.ngs.noaa.gov
    e.    http://seamless.usgs.gov/website/seamless.view.htm
    f.    http://atlas.lsu.edu

145.    Soils data and other relevant information pertaining to negligence and damages from expert witness reports, exhibits and testimony admitted in *In re: Katrina Canal Breaches Consolidated Litigation* (Pertains to: MRGO, Robinson, BARGE)

146.    Soils data and other relevant information pertaining to negligence and damages from the published literature

147. Infrastructure information from the City of New Orleans GIS Department that is publicly available at http://giswe.cityofno.com/cnogis/

148. Any soils data or other relevant information pertaining to negligence and damages produced in this litigation at a future date by any party

149. Road Home claim file for Kenneth and Jeannine Armstrong

150. Road Home claim file for Ethel Mae Coats

151. Road Home claim file for Fred Holmes

152. Road Home claim file for Alvin Livers

153. Road Home claim file for Clifford Washington

154. Alliance claim file for Ethel Mae Coats

155. Allstate Insurance claim file for Kenneth and Jeannine Armstrong

156. Auto Club Family Insurance Company claim file for Fred Holmes

157. Liberty Mutual claim file for Kenneth and Jeannine Armstrong

158. Louisiana Citizens claim file for Clifford Washington

159. State Farm claim file for Alvin Livers

160. Depositions of Jeannine Armstrong, July 9, 207 and September 13, 2011, and exhibits

161. Depositions of Kenneth Armstrong, July 9, 2007 and September 12, 2011, and exhibits

162. Deposition of Ethel Mae Coats, July 11, 2007, and exhibits

163. Deposition of Fred Holmes, September 24, 2011, and exhibits

164. Deposition of Jeneen Holmes, September 25, 2011, and exhibits

165. Deposition of Alvin Livers, September 14, 2011, and exhibits

166. Deposition of Barbara Livers, September 15, 2011, and exhibits

167. Deposition of Nathan Morgan, September 24, 2011, and exhibits

168. Deposition of Clifford Washington, September 28, 2011, and exhibits

169. Deposition of Patricia Washington, September 27, 2011, and exhibits

-9-

Dated:        October 3, 2011                    Respectfully submitted,


                                                 /s/William D. Treeby
                                                 William D. Treeby, Bar No. 12901
                                                 James C. Gulotta, Jr., Bar No. 6590
                                                 Heather S. Lonian, Bar No. 29956
                                                 STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                 546 Carondelet Street
                                                 New Orleans, LA 70130
                                                 Phone:  504-581-3200
                                                 Fax:  504-581-3361

                                                 Adrian Wager-Zito
                                                 Debra S. Clayman
                                                 JONES DAY
                                                 51 Louisiana Avenue, N.W.
                                                 Washington, D.C. 20001-2113
                                                 Phone:  1-202-879-3939
                                                 Fax: 1-202-626-1700

                                                 *Attorneys for Defendant*
                                                 *Washington Group International, Inc.*


## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Preliminary Exhibit List

has been served upon all counsel of record through the Court's CM/ECF system this 3rd day of

October, 2011.


                                                 /s/William D. Treeby