UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.   05-4182 "K"(2) |
| | JUDGE DUVAL |
| | MAG. WILKINSON |
| PERTAINS TO: | |
| BEVERLY J. MEREDITH, ET AL.<br>         Plaintiff | |
| v. | |
| ELECTRIC INSURANCE COMPANY<br>         Defendant | |
| C.A. No. 2:10-cv-03022-SRD-JCW | |

### *EX PARTE* MOTION TO CONTINUE DATE OF SUBMISSION

Defendant, Electric Insurance Company ("Electric"), respectfully moves, pursuant to Local Rule 7.3, *ex parte*, with plaintiff's consent, for a continuance, without date, of the current

submission date of Electric's Motion to Dismiss (Doc. #9), which is October 19, 2011 (*see* Doc. #9-7). As good grounds therefor, Electric respectfully shows the following:

1. The above captioned action concerns a dispute over whether a property insurance claim, with Electric, arising from Hurricane Katrina, was paid properly;

2. On September 29, 2011, Electric moved for the dismissal of the Complaint (Doc. #9) in the above captioned matter, with prejudice, on the basis of Rules 12(b)(6) and 41(b) of the Federal Rules of Civil Procedure;

3. On October 3, 2011, written communication between undersigned counsel for Electric and counsel for plaintiff with regard to Doc. #9 established that the parties are agreeable to expediting their settlement conference with the Magistrate and having a settlement conference with the Magistrate before the Court reaches Doc. #9.

4. In light of the foregoing, the parties move to continue the current submission date, without date, to be re-set at a later date, if necessary.

**WHEREFORE**, Electric prays for Order, below, continuing the current submission date (Doc. #0-7) without date, to be re-set, if necessary, at a later date.

        Respectfully submitted,

        *s/Alan Dean Weinberger*
        Dominic J. Gianna, #6063
        Alan Dean Weinberger # 13331
        **MIDDLEBERG, RIDDLE & GIANNA**
        201 St. Charles Avenue, Suite 3100
        New Orleans, Louisiana  70170-3100
        Telephone:  (504) 525-7200
        *Attorneys for Electric Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2011, I electronically filed the foregoing Re-Urged Motion to Dismiss with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system.  I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system.

        *s/Alan Dean Weinberger*

ND: 4850-0221-2363, v.  1

3