UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * | CIVIL ACTION<br><br>NO.   05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| _____ | * * | |
| PERTAINS TO:<br><br>BEVERLY J. MEREDITH, ET AL.<br>          Plaintiff<br><br>v.<br><br>ELECTRIC INSURANCE COMPANY<br>          Defendant<br><br>C.A. No. 2:10-cv-03022-SRD-JCW<br>_____ | * * * * * * * * * * * * * * * | |

## ORDER

Considering the foregoing *Ex Parte* Motion to Continue;

**IT IS ORDERED** by the Court that the current submission date (Doc. #9-7) associated with Electric Insurance Company's Motion to Dismiss (Doc. #9) be and the same is hereby continued without date.

**IT IS FURTHER ORDERED** by the Court that counsel for Electric re-notice Doc. #9 for submission if and when that becomes necessary and appropriate.

New Orleans, LA, this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

ND: 4829-3278-2347, v. 1