UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | Case No.: 05-4182 |
| PERTAINS TO:  BARGE | And consolidated cases |
| | SECTION "K" (2) |
| Boutte v. Lafarge         05-5531<br>Mumford v. Ingram    05-5724<br>Lagarde v. Lafarge     06-5342<br>Perry v. Ingram           06-6299<br>Benoit v. Lafarge        06-7516<br>Weber v. Lafarge       08-4459 | Hon. Stanwood R. Duval, Jr.<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

## DECLARATION OF LESLIE R. LEMON

I, Leslie R. Lemon, declare as follows:

1. I have reviewed the Declaration of Biswadev Roy dated September 20, 2011 and submitted by the plaintiffs in this matter. I have been asked to comment on the Roy Declaration insofar as it addresses meteorological radar issues about which I testified in the bench trial in New Orleans that commenced on June 21, 2010.

2. In paragraph 16 of his Declaration, Dr. Roy states that he has obtained and reviewed the "New Orleans NEXRAD level III wind data from the National Climactic Data Center (NCDC) Radar data archive for August 28 and 29, 2005." This is the same "Level III" radar data about which Dr. Mitchell and I testified at the trial. Dr. Roy's declaration does not address or consider any "new" radar weather data, *i.e.*, other than what was presented at the trial.

3. However, Dr. Roy appears to have considered only a subset of the radar data that formed the basis for my opinions, and those of Dr. Mitchell, at the 2010 trial. In particular, Dr. Roy does not appear to have reviewed or considered the NEXRAD Level II "base data" about which both Dr. Mitchell and I testified. Thus, the radar data considered by Dr. Roy in forming

his opinions is less complete than the radar data considered by Dr. Mitchell and myself in connection with the 2010 trial.

4. Dr. Roy states in his Declaration (paragraph 16) that he was advised in "discussion and personal communications with the NCDC" that "all posted data in the archive are quality controlled and any aliasing or de-aliasing issue is already taken care of." Dr. Mitchell relied on similar hearsay statements about general NCDC practices, but when confronted with the Level II Base Data for Hurricane Katrina, he admitted that the data had not been dealiased.[1] My review of the NEXRAD Level II Base Data from the KLIX radar station for August 28 and 29, 2005 demonstrated that the base data had *not* been dealiased.[2] Dr. Roy's reliance on general hearsay statements provides no scientific basis for a contrary opinion.

5. In paragraphs 17 to 20 of his Declaration, Dr. Roy concludes from the Level III radar data that mesocyclones were present in the area of the Inner Harbor Navigation Canal during the time period from 2:15 a.m. to 3:42 a.m. CDT on August 29, 2011. Dr. Mitchell testified about these same supposed mesocyclones at the 2010 trial, based on this same Level III data.[3] However, as I explained at the trial, the Level III data is generated by an algorithm that yields a very high number of "false alarms," and it is therefore necessary to review the Level II Base Data to determine if mesocyclones were, in fact, present.[4] The Level II Base Data shows that no mesocyclones were present in the area of the IHNC on the morning of August 29, 2005.[5]

---

[1] Dr. Mitchell testified (at page 1004) that "the data from the National Weather Service always goes through an anti-alias algorithm." However, when presented with the Level II Base Data from KLIX for Hurricane Katrina, he admitted (at page 1006) that the Level II data included "alias data" and had not been "severely dealiased." In my testimony (at page 1810), I note that while the level III data are generally dealiased, the specific data in question here had not been dealiased. Dr. Roy appears to have assumed the data were dealiased without doing any analysis.

[2] This testimony appears at pages 1755-57 and 1761-65 of the trial transcript.

[3] This testimony appears at pages 940-41 and 961-62 of the trial transcript.

[4] This testimony appears at pages 1737-38, 1740-44, and 1785 of the trial transcript.

[5] This testimony appears at pages 1736-39 and 1780 of the trial transcript.

6. The Level II Base Data for Katrina shows that during every six-minute radar scan on the morning of August 29, the wind direction at the Inner Harbor Navigation Canal was from the north or northeast.[6] The Level II Base Data takes into account the possible presence of a mesocyclone – that is, even if a mesocyclone had been present (which it was not), the wind direction at the Inner Harbor Navigation Canal was still from the north and the northeast at all relevant times, and no "multidirectional" winds were present there.[7] Because Dr. Roy has not reviewed the Level II Base Data, he has no basis to form any scientific conclusions about the direction of winds in the Inner Harbor Navigation Canal on the morning of August 29, 2005.

7. Dr. Roy's declaration does not show that any mesocyclonic or microburst winds reached ground level. Figures 1 and 2 in his report, which portray the Level III data he relies on, show that the "base" of each of the supposed mesocyclones was higher than 1,000 feet above ground level. Dr. Roy has no scientific basis to opine about wind events at ground level.

8. There are other defects in Dr. Roy's declaration, such as his depiction of vortex air movement. My focus on the specific major deficiencies identified does not imply that I agree with other sections of his report.

9. Nothing in Dr. Roy's report changes any of the conclusions that I testified to in the 2010 bench trial and reaffirmed in my August 2011 declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

This 27 day of September, 2011.

_____
Leslie R. Lemon

---

[6] This testimony appears at pages 1778-79 of the trial transcript.

[7] This testimony appears at pages 1780, 1788-89, and 1815-16 of the trial transcript.