## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA* 07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### NOTICE OF DEPOSITION OF JENNIFER ARNOLD

YOU ARE HEREBY NOTIFIED that the Barge Plaintiffs, through undersigned counsel, will conduct the oral deposition of Jennifer Arnold, beginning at 10:00 a.m. on the 11th day of June, 2008, at the offices of Chaffe-McCall, L.L.P., 1100 Poydras Street, Suite 2300, New Orleans, Louisiana, before an officer authorized to administer oaths, and shall continue from day to day until completed.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
|  | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*    05-5531 | * |  |
| *Mumford v. Ingram*    05-5724 | * |  |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*    06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*    06-7516 | * |  |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| *Lafarge v. USA*    07-5178 | * | JOSEPH C. WILKINSON, JR. |
|  | * |  |

NOTICE OF DEPOSITION OF CARRIE JENKS

YOU ARE HEREBY NOTIFIED that the Barge Plaintiffs, through undersigned counsel, will conduct the oral deposition of Carrie Jenks, beginning at 10:00 a.m. on the 25th day of July, 2008, at the offices of Chaffe-McCall, L.L.P., 1100 Poydras Street, Suite 2300, New Orleans, Louisiana, before an officer authorized to administer oaths, and shall continue from day to day until completed.

Respectfully submitted,

/s/ Brian A. Gilbert,
Brian A. Gilbert, Esq.(21297)
LAW OFFICE OF BRIAN A. GILBERT, P.L.C.
821 Baronne Street
New Orleans, Louisiana 70113
    Telephone: (504) 885-7700
    Telephone: (504) 581-6180
    Facsimile: (504) 581-4336
    e-mail: bgilbert@briangilbertlaw.com

```
                                                                    1
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3
 4  IN RE: KATRINA CANAL BREACHES )
    CONSOLIDATED LITIGATION       )
 5                                )
                                  ) CIVIL ACTION
 6  PERTAINS TO:   BARGE          ) NO. 05-4182
                                  ) and consolidated cases
 7  FILED IN:                     )
                                  )
 8  Boutte v. Lafarge      05-5531)
    Mumford v. Ingram      05-5724) SECTION "K" (2)
 9  Lagarde v. Lafarge     06-5342)
    Perry v. Ingram        06-6299) JUDGE
10  Benoit V. Lafarge      06-7516) STANWOOD R. DUVAL, JR.
    Parfait Family v. USA  07-3500)
11  Lafarge v. USA         07-5178) MAGRISTRATE
                                  ) JOSEPH C. WILKINSON,
12  _____) JR.
13
14
    VIDEOTAPED DEPOSITION OF ROBERT GLENN BEA, PhD., P.E.
15
              MONDAY, SEPTEMBER 14, 2009
16
17
18
19
20
21
22
23
24
25  PAGES 1 - 228
```

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
PERTAINS TO:   BARGE          : CIVIL ACTION
                              : No. 05-4182
                              : and consolidated
Boutte v Lafarge     05-5531  : Cases
Mumford v Ingram     05-5724  :
Lagarde v Lafarge    06-5342  : SECTION "K" (2)
Perry v Ingram       06-6299  :
Benoit v Lafarge     06-7516  : JUDGE STANWOOD R.
Parfait Family v USA 07-3500  : DUVAL, JR.
Lafarge v USA        07-5178  :
Weber v Lafarge      08-4459  : MAGISTRATE JOSEPH C.
                              : WILKINSON, JR.
------------------------------X


                   Thursday, August 6, 2009
                            - - -

     Videotaped oral deposition of CHARLES R. CUSHING,
PH.D., taken at the offices of Goowin Procter,
901 New York Avenue, N.W. Washington, D.C., beginning
at 9:05 a.m., before Nancy J. Martin, a Registered
Professional Reporter, Certified Shorthand Reporter
License No. 9504.
```

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


  IN RE: KATRINA CANAL BREACHES
  CONSOLIDATED LITIGATION
  PERTAINS TO:   BARGE            : CIVIL ACTION
                                  : No. 05-4182
                                  : and consolidated
  Boutte v Lafarge      05-5531   : Cases
  Mumford v Ingram      05-5724   :
  Lagarde v Lafarge     06-5342   : SECTION "K" (2)
  Perry v Ingram        06-6299   :
  Benoit v Lafarge      06-7516   : JUDGE STANWOOD R.
  Parfait Family v USA  07-3500   : DUVAL, JR.
  Lafarge v USA         07-5178   :
  Weber v Lafarge       08-4459   : MAGISTRATE JOSEPH C.
                                  : WILKINSON, JR.
  -----------------------------X


              Wednesday, August 5, 2009
                      - - -
       Videotaped oral deposition of AUSTIN L. DOOLEY,
  PH.D., taken at the offices of Goowin Procter,
  901 New York Avenue, N.W. Washington, D.C., beginning
  at 10:15 a.m., before Nancy J. Martin, a Registered
  Professional Reporter, Certified Shorthand Reporter
  License No. 9504.
```