UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS
PROPOUNDED TO LAFARGE NORTH AMERICA**

**TO:    Lafarge North America**
          Through its attorneys of record
          Robert B. Fisher, Jr. Esq.
          Derek A. Walker, Esq.
          Chaffe McCall, LLP
          1100 Poydras Street, Ste. 2300
          New Orleans, LA 70163

Pursuant to Federal Rules of Civil Procedure, answers to these interrogatories are to be served upon undersigned counsel within thirty (30) days of service, and to be answered by you personally, or through an authorized officer, or agent, in writing, and signed under oath by the party making the answers.  Plaintiff requests, in accordance with the Federal Rules of Civil Procedure, that the answers to these interrogatories include all pertinent information gathered by you, or for or on your behalf, through interviews with witnesses and through other investigation, in addition to information available to you, or directly within your knowledge, or the knowledge of your agents,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION <br> * <br> * NO. 05-4182 |
| PERTAINS TO: BARGE | * and consolidated cases <br> * <br> * SECTION "K" (2) |
| *Boutte v. Lafarge*        05-5531 <br> *Mumford v. Ingram*     05-5724 <br> *Lagarde v. Lafarge*      06-5342 <br> *Perry v. Ingram*            06-6299 <br> *Benoit v. Lafarge*         06-7516 <br> *Parfait Family v. USA*  07-3500 <br> *Lafarge v. USA*             07-5178 | * <br> * <br> * JUDGE <br> * STANWOOD R. DUVAL, JR. <br> * <br> * MAG. <br> * JOSEPH C. WILKINSON, JR. <br> * |

**REQUESTS FOR ADMISSIONS PROPOUNDED TO LNA**

To:   Lafarge North America
      Through its attorneys of record
      Robert B. Fisher, Jr. Esq.
      Derek A. Walker, Esq.
      Thomas D. Forbes, Esq.
      Chaffe McCall, LLP
      1100 Poydras Street, Ste. 2300
      New Orleans, LA 70163

   Please admit or deny, under oath, and in writing, each of the following Requests, within the delays afforded by, and in full accord with, the Federal Rules of Civil Procedure. **In each case of a denial, please state any and all factual bases therefor, providing in each instance the names and addresses of any and all witnesses, and descriptions of any and all evidence, that substantiate your denial. As to each response**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | * * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * * | JOSEPH C. WILKINSON, JR. |

**INTERROGATORIES
PROPOUNDED TO LAFARGE NORTH AMERICA**

**To:** **Lafarge North America**
Through its attorneys of record
Robert B. Fisher, Jr. Esq.
Derek A. Walker, Esq.
Chaffe McCall, LLP
1100 Poydras Street, Ste. 2300
New Orleans, LA 70163

Pursuant to Federal Rules of Civil Procedure, answers to these interrogatories are to be served upon undersigned counsel within thirty (30) days of service, and to be answered by you personally, or through an authorized officer, or agent, in writing, and signed under oath by the party making the answers.  Plaintiff requests, in accordance with the Federal Rules of Civil Procedure, that the answers to these interrogatories include all pertinent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531<br>*Mumford v. Ingram*   05-5724<br>*Lagarde v. Lafarge*   06-5342<br>*Perry v. Ingram*       06-6299<br>*Benoit v. Lafarge*     06-7516<br>*Parfait Family v. USA* 07-3500 | * * * * * * * | JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE<br>JOSEPH C. WILKINSON, JR. |

**LAFARGE NORTH AMERICA, INC.'S**
**RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION**

Defendant Lafarge North America Inc. ("LNA"), hereby responds to the Requests for Production served by Plaintiffs in the above-captioned actions as follows:

**GENERAL OBJECTIONS**

1. LNA objects to each Request to the extent it purports to require any act not mandated by the Federal Rules of Civil Procedure. LNA will respond to the Requests for Production in accordance with the obligations imposed by the Federal Rules of Civil Procedure and not otherwise.

2. LNA objects to each Request to the extent it expressly or impliedly seeks documents or information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or similar reason for non-production. In that connection, LNA expressly avers that on September 8, 2005, it retained counsel and commenced an investigation of the subject matter of this case in anticipation of litigation. That investigation continues to this day. In the course of that investigation, LNA, its counsel, and its representatives have generated documents or compilations for the purpose of preparing for trial of claims such as those asserted in these cases, and such materials are protected from

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | and consolidated cases |
| **PERTAINS TO: BARGE** | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*         06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**LAFARGE NORTH AMERICA, INC.'S**
**RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSIONS**

Defendant Lafarge North America Inc. ("LNA"), hereby responds to the Requests for Admissions served by Plaintiffs in the above-captioned actions as follows:

**GENERAL OBJECTIONS**

1.      LNA objects to plaintiffs' instructions, and the Requests incorporating them, on the ground that they call for actions not required by the Federal Rules of Civil Procedure. LNA will respond to the Requests in accordance with the obligations imposed by the Federal Rules of Civil Procedure and not otherwise.

2.      LNA objects to each Request to the extent it expressly or impliedly seeks documents or information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or similar reason for non-production. In that connection, LNA expressly avers that on September 8, 2005, it retained counsel and commenced an investigation of the subject matter of this case in anticipation of litigation. That investigation continues to this day. In the course of that investigation,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** | |
| | * | | |
| | * | **NO. 05-4182** | |
| | * | **and consolidated cases** | |
| **PERTAINS TO: BARGE** | * | | |
| | * | **SECTION "K" (2)** | |
| *Boutte v. Lafarge*     05-5531 | * | | |
| *Mumford v. Ingram*  05-5724 | * | | |
| *Lagarde v. Lafarge*   06-5342 | * | **JUDGE** | |
| *Perry v. Ingram*        06-6299 | * | **STANWOOD R. DUVAL, JR.** | |
| *Benoit v. Lafarge*      06-7516 | * | | |
| *Parfait Family v. USA* 07-3500 | * | **MAGISTRATE** | |
| | * | **JOSEPH C. WILKINSON, JR.** | |
| | * | | |

## LAFARGE NORTH AMERICA INC.'S
## RESPONSES TO PLAINTIFFS' INTERROGATORIES

Defendant Lafarge North America Inc. ("LNA"), hereby responds to the Interrogatories served by Plaintiffs in the above-captioned actions as follows:

### GENERAL OBJECTIONS

1.     LNA objects to each Interrogatory to the extent it purports to require any act not mandated by the Federal Rules of Civil Procedure. LNA will respond to the Interrogatories in accordance with the obligations imposed by the Federal Rules of Civil Procedure and not otherwise.

2.     LNA objects to each Interrogatory to the extent it expressly or impliedly seeks documents or information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or similar reason for non-production. In that connection, LNA expressly avers that on September 8, 2005, it retained counsel and commenced an investigation of the subject matter of this case in anticipation of litigation. That investigation continues to this day. In the course of that investigation, LNA, its counsel, and its representatives have generated documents or compilations for the

LIBW/1658662.7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION | |
| | * | | |
| | * | NO. 05-4182 | |
| | * | and consolidated cases | |
| **PERTAINS TO: BARGE** | * | | |
| | * | SECTION "K" (2) | |
| *Boutte v. Lafarge*         05-5531 | * | | |
| *Mumford v. Ingram*         05-5724 | * | | |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE | |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. | |
| *Benoit v. Lafarge*         06-7516 | * | | |
| *Parfait Family v. USA*     07-3500 | * | MAGISTRATE | |
| | * | JOSEPH C. WILKINSON, JR. | |
| | * | | |

**LAFARGE NORTH AMERICA INC.'S RESPONSES TO PLAINTIFFS'**
**SUPPLEMENTAL INTERROGATORIES AND DOCUMENT REQUESTS**

Defendant Lafarge North America Inc. ("LNA"), hereby responds to the Interrogatories served by Plaintiffs in the above-captioned actions as follows:

**GENERAL OBJECTIONS**

1.   LNA objects to each Interrogatory to the extent it purports to require any act not mandated by the Federal Rules of Civil Procedure. LNA will respond to the Interrogatories in accordance with the obligations imposed by the Federal Rules of Civil Procedure and not otherwise.

2.   LNA objects to each Interrogatory to the extent it expressly or impliedly seeks documents or information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or similar reason for non-production. In that connection, LNA expressly avers that on September 8, 2005, it retained counsel and commenced an investigation of the subject matter of this case in anticipation of litigation. That investigation continues to this day. In the course of that investigation, LNA, its counsel, and its representatives have generated documents or compilations for the purpose of preparing for trial of claims such as those asserted in these cases, and such materials are

LIBW/1669584.2