MINUTE ENTRY
DUVAL, J.
October 3, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                          CIVIL ACTION
      CONSOLIDATED LITIGATION
                                                  NO. 05-4182

PERTAINS TO:      BARGE                                SECTION "K"(2)

*Boutte v. Lafarge*            C.A. No. 05-5531
*Mumford v. Ingram*            C.A. No. 05–5724
*Lagarde v. Lafarge*           C.A. No. 06-5342
*Perry v. Ingram Barge*        C.A. No. 06-6299
*Benoit v. Lafarge*            C.A. No. 06-7516
*Weber v. Lafarge*             C.A. No. 08-4459

       Attending a status conference held this day concerning Barge Plaintiffs' Motion to Strike and/or Indefinitely Continue Motion for Summary Judgment by American Steamship Owners Mutual Protection and Indemnity Association (Doc. 20451) and Lafarge's Motion for In Camera Review (Doc. 20445) were:

       Brian Gilbert for Barge Plaintiffs;

       Derek Walker, John Aldock and Mark Raffman for Lafarge North America; and

       Gordon Grant and Phillip Brooks for American Steamship Owners.

After a discussion was had, it was determined that Barge Plaintiffs would be given a deadline to file their opposition to the Lafarge motion.

       In addition, it was determined that the Court would allow the Motion for Summary Judgment by American Steamship Owners Mutual Protection and Indemnity Association (Doc. 20404) to be heard but would set out a new briefing schedule.  The Court further noted that the focus of this motion practice at this time should be whether New York law or Louisiana law

controls for purposes of determining whether Barge plaintiffs are entitled to seek coverage, and whether discovery is required.  The Court noted that if New York law applied, it would likely adopt Judge Height's decision.  Accordingly,

    **IT IS ORDERED** that an opposition to Lafarge's Motion for In Camera Review (Doc. 20445) shall be filed by Barge plaintiffs no later than **Friday, October 7, 2011,** and the matter will be argued at the hearing set on **Wednesday, October 12, 2011.**

    **IT IS FURTHER ORDERED** that Barge Plaintiffs' Motion to Strike and/or Indefinitely Continue Motion for Summary Judgment by American Steamship Owners Mutual Protection and Indemnity Association (Doc. 20451) is **GRANTED**.  The Motion for Summary Judgment by American Steamship Owners Mutual Protection and Indemnity Association (Doc. 20404) is **CONTINUED** to **November 16, 2011.**  Plaintiffs shall file an opposition to this motion focusing on the appropriate law to apply in determining coverage and whether discovery is required **no later than October 17, 2011.**  A reply to Barge Plaintiffs' opposition shall be filed **no later than October 24, 2011.**  The Court will determine whether oral argument shall be had after a review of the materials so filed and inform the parties by order thereafter.

**JS-10: 45 MINS.**