UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE/MRGO<br><br>*KMART CORPORATION* (11- 02062) | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## MOTION FOR STATUS CONFERENCE AND FOR LEAVE OF COURT TO FILE RULE 12(b)(6) MOTION, OR, IN THE ALTERNATIVE, FOR REINSTATEMENT OF PREVIOUSLY FILED, BUT TERMINATED, RULE 12(b)(6) MOTION

**NOW INTO COURT**, through undersigned counsel, comes defendant The Board of Commissioners of the Port of New Orleans (the "Dock Board"), who, in accordance with Order and Reasons (Doc. 10620) and Amended Order (Doc. 10723), and for the reasons set forth more fully in the accompanying Memorandum in Support, respectfully moves this Honorable Court for a Status Conference and for Leave of Court to file a Rule 12(b)(6) Motion seeking the dismissal of the time-barred and meritless claims filed against it in the recently consolidated Kmart Corporation (No. 11-02062) action. In the alternative, and in lieu of a formal Status Conference, the Dock Board respectfully requests that its previously filed, but subsequently terminated, Rule 12(b)(6) Motion (Doc. 20430) herein be reinstated and permitted to proceed to judgment with a date of submission convenient for the Court.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY:    /s/ Kirk N. Aurandt
       J. FREDRICK KESSENICH, T.A. (7354)
       MICHAEL W. MCMAHON (23987)
       JON A. VAN STEENIS (27122)
       KIRK N. AURANDT (25336)
       P. O. Box 5350
       Covington, Louisiana 70434-5350
       Telephone: 985/871-0800
       Facsimile:  985/871-0899
       Attorneys for Defendant The Board of Commissioners of the Port of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the Court's ECF system, this 7th day of October, 2011.

/s/ Kirk N. Aurandt
KIRK N. AURANDT