UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * | NO. 05-4182 and consolidated cases |
| | * * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.*   09-2737 | * * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

# DEFENDANTS RICHARD T. SEYMOUR'S AND (MISNAMED) RICHARD T. SEYMOUR, P.L.L.C.'S, CORRECTED NOTICE OF DEPOSITION OF RICHARD H. WEISLER, M.D.

To:  Andrew C. Wilson, Esq.
     Simon, Peragine, Smith & Redfearn, L.L.P.
     30th Floor - Energy Centre
     1l00 Poydras Street
     New Orleans, LA 70163-3000

PLEASE TAKE NOTICE THAT improperly joined defendant Richard T. Seymour and improperly named defendant "Richard T. Seymour P.L.L.C.," hereinafter referred to as the "Seymour Defendants," pursuant to Rule 30 of the Federal Rules of Civil Procedure, will by agreement take the deposition upon oral examination, under oath, of Richard H. Weisler, M.D., on Sunday, October 9, 2011, at 10:00 A.M., at Caseworks, 8601 Six Forks Road, Suite 400, Raleigh, NC 27615, continuing from day to day until completed.

This deposition will be recorded stenographically before a Notary Public or other officer authorized to administer oaths, and will be for the purpose of discovery of evidence, for use at trial, and for other lawful purposes.

All counsel and parties are invited to attend and to participate in the deposition. A speaker telephone will be available, and all counsel will be notified of the call-in number.

                    Respectfully Submitted,

                    /s/ Richard T. Seymour
                    Richard T. Seymour
                    Law Office of Richard T. Seymour, P.L.L.C.
                    Suite 900, Brawner Building
                    888 17th Street, N.W.
                    Washington, D.C. 20006-3307
                        rick@rickseymourlaw.net
                     (202) 785-2145 – Telephone
                    (202) 549-1454 – Cell
                    (800) 805-1065 – Facsimile

                    *Attorney for Defendants Richard T. Seymour and "Richard T. Seymour P.L.L.C."*

Dated: October 7, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2011, I served a copy of Defendants Richard T. Seymour's and (Misnamed) Richard T. Seymour, P.L.L.C.'s Notice of Deposition of Richard H. Weisler, M.D., on counsel of record for Plaintiff, as shown below, and on all other counsel and parties through the Court's ECF system and, where the party served is not on the ECF system, by e-mail:

>Andrew C. Wilson, Esq.
>Simon, Peragine, Smith & Redfearn, L.L.P.
>30th Floor - Energy Centre
>1l00 Poydras Street
>New Orleans, LA 70163-3000

>/s/ Richard T. Seymour
>Richard T. Seymour
>*Attorney for Defendants Richard T. Seymour and "Richard T. Seymour P.L.L.C."*