STATE OF NORTH CAROLINA )
COUNTY OF WAKE )

Biswadev Roy, being duly sworn, deposes and says:

1. The original Exhibit C, page 14, with my initials, was an early draft of the report with comments strictly made to Lawrence Wilson and they were made at the very initiation of the investigation, before further analysis was performed on the SAR imagery, and it was not intended for inclusion as part of a final report; the inclusion of the draft Exhibit C, initialed by me, and attached to the report was inadvertent; My opinions are expressed in the sworn affidavit submitted to the court and not in the preliminary draft, Exhibit C, which was inadvertantly attached to my affidavit.

2. These statements are true and correct and based upon personal knowledge.

_____
Biswadev Roy

Sworn to before me this
3 day of ~~September~~ October (WAH), 2011

_____
Notary Public

Comm Exp 2/29/2012

[Notary Seal: MONIQUE A. HAYES, NOTARY PUBLIC, WAKE COUNTY, NC]