

Brian Gilbert &lt;bgilbert@briangilbertlaw.com&gt;

# Roy affidavit - satellite images

Brian Gilbert &lt;bgilbert@briangilbertlaw.com&gt;                 Fri, Oct 7, 2011 at 8:52 PM
To: Brian Gilbert &lt;bgilbert@briangilbertlaw.com&gt;

---------- Forwarded message ----------
From: **Raffman, Mark S** &lt;mraffman@goodwinprocter.com&gt;
Date: Wed, Sep 21, 2011 at 4:37 PM
Subject: Roy affidavit - satellite images
To: Brian Gilbert &lt;bgilbert@briangilbertlaw.com&gt;
Cc: Shawn Khorrami &lt;SKhorrami@kpalawyers.com&gt;, "Walker, Derek" &lt;WalkerD@chaffe.com&gt;, "Aldock, John D." &lt;jaldock@goodwinprocter.com&gt;, Dwebb@swslaw.com, "Fisher, Robert" &lt;Fisher@chaffe.com&gt;

Brian,

We have reviewed with interest the affidavit of Dr. Roy that plaintiffs attached to their opposition to LNA's motion summary judgment. Although we do not believe the affidavit raises any genuine issues of material fact, we also believe that we are entitled to examine the underlying information that forms the basis for his opinions.

On behalf of LNA, we request a soft copy of all "SAR Satellite Images" reviewed by Dr. Roy in arriving at his opinions, as well as any "visible satellite GE images" considered by him.

We believe we are entitled to that information based on Dr. Roy's reliance on it in his affidavit, and particularly his incorporation of one of the images directly in the affidavit.

We also request a complete copy of the graphic that appears at page 14 of Dr. Roy's affidavit, which appears to have been cut off in the version that was filed with the court.

Would you please provide that material to us by no later than Monday, September 26?

Thanks very much and best personal regards,

Mark S. Raffman

---

****************************************************************

**IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**

********************************************************************* *******************************
***********************************

**This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in**

**error, please notify the sender by reply e-mail and delete this message. Thank you.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

--
Brian A. Gilbert
Law Office of Brian A. Gilbert, P.L.C.
2030 St. Charles Avenue
New Orleans, Louisiana  70130
Phone:  504/598-1000
Phone:  504/885-7700
Facsimile:  504/524-1024
Mobile:  504/250-9334
www.bargecase.com