UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*        06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Weber v. Lafarge*      08-4459 | * | MAGISTRATE |
| *Parfait Family v. USA* 07-3500[1] | * | JOSEPH C. WILKINSON, JR. |

**LAFARGE NORTH AMERICA, INC.'S**
***CONSENT* MOTION FOR LEAVE TO FILE RESPONSE TO "PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS OMITTED BY LAFARGE"**

Defendant Lafarge North America Inc. respectfully requests that the Court permit it to file a response to "Plaintiffs' Statement of Undisputed Material Facts Omitted by Lafarge" (Doc. 20441-1 at 78-79).

On September 20, 2011, plaintiffs filed their "Objections to, and Controversion of, Lafarge North America, Inc.'s Statement of Undisputed Material Facts." Doc. 20441-1. Included within that document (at 78-79) was "Plaintiffs' Statement of Undisputed Material Facts Omitted by Lafarge" ("Plaintiffs' Statement").

---

[1] *Parfait Family v. USA,* No. 07-3500, remains stayed and administratively closed. Doc. 13525. However, this motion would apply equally to that case if it were ever to be reopened. *See* Doc. 32 in No. 07-3500 (granting summary judgment to Zito Fleeting, LLC and Zito Fleeting, Inc.).

On October 4, 2011, LNA filed its reply in support of its motion for summary judgment. Along with that document, LNA had intended to file its response to Plaintiffs Statement. Through oversight, that response was not filed.

LNA therefore requests leave to file the response to "Plaintiffs' Statement of Undisputed Material Facts Omitted by Lafarge" that is attached as Exhibit A hereto. While a response to plaintiffs' alleged "facts" is not strictly required (by rule and because plaintiffs' submission did not offer any controverted "facts"), LNA seeks to file its response in order to make a complete record and avoid leaving the misimpression that it somehow agrees with plaintiffs' assertions.

Plaintiffs' counsel consented to the relief requested in this motion.

The proposed response is attached hereto as Exhibit A. A proposed Order is being filed concurrently herewith.

Dated: October 11, 2011

Respectfully submitted,

Derek A. Walker (#13175)
Robert B. Fisher, Jr., T.A. (#5587)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile:  (504) 585-7075
Fisher@chaffe.com
Walker@chaffe.com

 /s/ John D. Aldock
John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 346-4240
jaldock@goodwinprocter.com
rwyner@goodwinprocter.com
mraffman@goodwinprocter.com

Daniel A. Webb (#13294)

2

3

        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA  70130
        Telephone:  (504) 598-2715

        Attorneys for Lafarge North America Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 11, 2011.

                                            /s/ John D. Aldock