## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
|  | * | and consolidated cases |
| PERTAINS TO: BARGE | * | |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge*        08-4459 | * | JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Lafarge North America, Inc.'s Consent Motion for Leave to File Response to "Plaintiffs' Statement of Undisputed Material Facts Omitted by Lafarge" (Doc. 20441-1 at 78-79),

**IT IS ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the response to plaintiffs' "Statement of Undisputed Material Facts Omitted by Lafarge" that was attached as Exhibit A to LNA's motion is approved for filing in the docket of this action.

New Orleans, Louisiana, this _____ day of October 2011.

                                             _____
                                             **STANWOOD R. DUVAL, JR.**
                                             **UNITED STATES DISTRICT COURT JUDGE**

LIBW/1799759.1