## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| | * | **and consolidated cases** |
| **PERTAINS TO: BARGE** | * | |
| | * | **SECTION "K" (2)** |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | **JUDGE** |
| *Perry v. Ingram*     06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA*     07-3500 | * | **MAGISTRATE** |
| *Weber v. Lafarge*     08-4459 | * | **JOSEPH C. WILKINSON, JR.** |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Lafarge North America, Inc.'s Consent Motion for Leave

to File Response to "Plaintiffs' Statement of Undisputed Material Facts Omitted by Lafarge" will

be submitted before the Honorable Stanwood R. Duval, Jr., United States District Court for the

Eastern District of Louisiana, on November 2, 2011 at 9:30 a.m., or as soon thereafter as counsel

may be heard.


Dated: October 11, 2011                    Respectfully submitted,

                                           Derek A. Walker (#13175)
                                           Robert B. Fisher, Jr., T.A. (#5587)
                                           **CHAFFE MCCALL, L.L.P.**
                                           2300 Energy Centre
                                           1100 Poydras Street
                                           New Orleans, LA  70163-2300
                                           Telephone:  (504) 585-7000
                                           Facsimile:  (504) 585-7075
                                           Fisher@chaffe.com
                                           Walker@chaffe.com


                                            /s/ John D. Aldock

LIBW/1799738.1

2

John D. Aldock
Richard M. Wyner
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone:  (202) 346-4240
jaldock@goodwinprocter.com
rwyner@goodwinprocter.com
mraffman@goodwinprocter.com

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:  (504) 598-2715

*Attorneys for Lafarge North America Inc.*