UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge* 05-5531 | * | |
| *Mumford v. Ingram* 05-5724 | * | |
| *Lagarde v. Lafarge* 06-5342 | * | JUDGE |
| *Perry v. Ingram* 06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge* 06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAGISTRATE |
| *Weber v. Lafarge* 08-4459 | * | JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Lafarge North America, Inc.'s Consent Motion for Leave to File Response to "Plaintiffs' Statement of Undisputed Material Facts Omitted by Lafarge" (Doc. 20441-1 at 78-79),

**IT IS ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the response to plaintiffs' "Statement of Undisputed Material Facts Omitted by Lafarge" that was attached as Exhibit A to LNA's motion is approved for filing in the docket of this action.

New Orleans, Louisiana, this ___12th___ day of October 2011.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

LIBW/1799759.1