**MINUTE ENTRY**
**DUVAL, J.**
**OCTOBER 12, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | |
| **PERTAINS TO: BARGE** | **NO. 05-4182** |
| 05-5531; 05-5724; 06-5342; | |
| 06-6299; 06-7516; 07-3500; | **SECTION "K"(2)** |
| 08-4459 | |

**MOTION** for summary judgment by deft, Lafarge North America Inc., filed 8/30/11 doc. 20405.

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTER: SUSAN ZIELE**

**APPEARANCES:**
Derek Walker, John Aldock, Mark Raffman, Philip Brooks, Jr., Adam Chud, Lawrence Wiedemann, Karl Wiedemann, Brian Gilbert, Pat Sanders, & Lawrence Wilson

Court begins at l0:02 a.m.  Case called; all present and ready.
Statements made by the Court.
Oral argument by parties.
Deft, Lafarge present exhibit excerpts (power point presentation) on ELMO during argument (see envelope with Case Manager).
This matter is SUBMITTED.
Court adjourns at 11:37 a.m.

JS-10 (1:34 )