# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KMART CORPORATION and SEARS, ROEBUCK AND CO. | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 05-4182<br>PERTAINS TO: 11-2062 Kmart Corporation |
| UNITED STATES OF AMERICA, ORLEANS LEVEE DISTRICT, LAKE BORGNE BASIN LEVEE DISTRICT, EAST JEFFERSON LEVEE DISTRICT, ST. PAUL FIRE & MARINE INSURANCE COMPANY, SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY-EAST, SEWERAGE AND WATER BOARD OF NEW ORLEANS, PORT OF NEW ORLEANS, CSX TRANSPORTATION, INC., and THE PUBLIC BELT RAILROAD COMMISSION FOR THE CITY OF NEW ORLEANS | |

TO: **LAKE BORGNE BASIN LEVEE DISTRICT**
6136 E. St. Bernard Hwy.
Violet, LA 70092

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. GARNER
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC
909 POYDRAS STREET, 27TH FLOOR
NEW ORLEANS, LA 70112

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                                                                                             DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify):* _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____      _____
                       *Date*                                                   *Signature of Server*

                                                                   _____
                                                                         *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.