# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO BARGE | SECTION "K" |

## CONSENT MOTION TO SUPPLEMENT THE RECORD

NOW COME Plaintiffs, through undersigned counsel, who, upon suggesting that through oversight, counsel omitted to offer, file and introduce for the record of Lafarge's Motion for Summary Judgment the record from the first Barge trial.  Without waiver of any of Plaintiffs legal defenses and points in opposition to Lafarge's motion, out of an abundance of caution, though advised by the Court on October 12, 2011 that the said trial record is already included in the record of Lafarge's motion, Plaintiffs seek leave to do so, via this motion and upon the Court's suggestion, and do hereby respectfully offer, file and introduce the said trial record.

Lafarge consents to the granting of this motion.

So moved, this 13th day of October, 2011.

Respectfully submitted,

*/s/Brian A. Gilbert*
Brian A. Gilbert (21297)
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail:
bgilbert@briangilbertlaw.com

Lawrence A. Wilson (N.Y.S.B.A.
#2487908)
**WILSON, GROCHOW,
DRUKER**
233 Broadway, 5th Floor
New York, NY 10279
Telephone: (212) 608-4400
Facsimile: (212) 608-0746
e-mail: lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
**WIEDEMANN
ANDWIEDEMANN**
100 Veterans Memorial Blvd., Ste.
Metairie, Louisiana 70005
Telephone: 504-581-6180
e-mail: ldwiedemann@gmail.com
karlwiedemannlaw@gmail.com

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

Shawn Khorrami (CA SBN #14011)
**KHORRAMI, POLLARD &
ABIR, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon

counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile

and/or ECF upload, this 13th day of October, 2011.

*/s/ Brian A. Gilbert*