UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>LEVEE/MRGO<br>*Kmart Corporation*: C.A. No. 11-2062 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion for Status Conference (Doc. 20465) filed by the Board of Commissioners of the Port of New Orleans (the "Dock Board") seeking leave to file a Rule 12(b)(6) motion in this stayed case. It is the Court's understanding that should counsel for the Dock Board contact counsel for plaintiff directly, plaintiff's counsel is willing to enter into a stipulation that would alleviate the need for a motion practice with respect to these claims. Accordingly,

**IT IS ORDERED** that the Motion for Status Conference is **DENIED**.

New Orleans, Louisiana, this 12th day of October, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE