UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO BARGE | |
| | SECTION "K" |

## ORDER

Considering the Barge Plaintiffs' Consent Motion to Supplement the Record, it is hereby ORDERED that the Motion be, and is hereby, GRANTED; further, the record of Lafarge's Motion for Summary Judgment is hereby supplemented to also include the transcribed record and record evidence and exhibits from the first Barge trial.

New Orleans, Louisiana, this 17th day of October, 2011.

_____
HON. STANWOOD R. DUVAL, JR.