UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES     *     CIVIL ACTION
CONSOLIDATED LITIGATION     *     NUMBER: 05-4182 "K"(2)
        *     JUDGE Duval
        *     MAG. Wilkinson
PERTAINS TO: MRGO     *
*Armstrong*, No. 10-866     *
**********************************************

## NOTICE OF SUBPOENA TO MATERIAL
## MANAGEMENT GROUP, INC. (a/k/a MMG)

Pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby give

notice to Defendants United States and URS Energy & Construction, Inc. (formerly Washington

Group International, Inc.) of a subpoena to produce documents and other materials served on

Material Management Group, Inc. (a/k/a MMG). (attached hereto as Exhibit "A").

Dated: October 17, 2011.

              **Respectfully Submitted,**
              **PLAINTIFFS LIAISON COUNSEL**

              /s/ Joseph M. Bruno
              JOSEPH M. BRUNO (La. Bar # 3604)
              Bruno & Bruno, LLP
              855 Baronne Street
              New Orleans, Louisiana 70113
              Telephone: (504) 525-1335
              Facsimile: (504) 561-6775
              Email: jbruno@brunobrunolaw.com

              **MR-GO PLAINTIFFS SUB-GROUP LITIGATION**
              **COMMITTEE**

              /s/ James Parkerson Roy
              JAMES PARKERSON ROY
              MR-GO PSLC Liaison Counsel
              LA. Bar Roll Number: 11511

Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

/s/Andrew P. Owen
ANDREW P. OWEN
*Admitted Pro Hac Vice*
The Trial Law Firm PC
800 Wilshire Blvd, Suite 800
Los Angeles, CA 90017
Telephone: (213) 347-0290
Facsimile: (213) 347-0299
Email: aowen@oslaw.com

## MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on October 17, 2011.

/s/ Joseph M. Bruno