UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE Duval |
| | * | MAG. Wilkinson |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBPOENA TO MURPHY CONSTRUCTION CO., INC.

Pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice to Defendants United States and URS Energy & Construction, Inc. (formerly Washington Group International, Inc.) of a subpoena to produce documents and other materials served on Murphy Construction Co., Inc. (attached hereto as Exhibit "A").

Dated: October 17, 2011.

                **Respectfully Submitted,**
                **PLAINTIFFS LIAISON COUNSEL**

                /s/ Joseph M. Bruno
                JOSEPH M. BRUNO (La. Bar # 3604)
                Bruno & Bruno, LLP
                855 Baronne Street
                New Orleans, Louisiana 70113
                Telephone: (504) 525-1335
                Facsimile: (504) 561-6775
                Email: jbruno@brunobrunolaw.com

                **MR-GO PLAINTIFFS SUB-GROUP LITIGATION**
                **COMMITTEE**

                /s/ James Parkerson Roy
                JAMES PARKERSON ROY
                MR-GO PSLC Liaison Counsel
                LA. Bar Roll Number: 11511

Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

/s/Andrew P. Owen
ANDREW P. OWEN
*Admitted Pro Hac Vice*
The Trial Law Firm PC
800 Wilshire Blvd, Suite 800
Los Angeles, CA 90017
Telephone: (213) 347-0290
Facsimile: (213) 347-0299
Email: aowen@oslaw.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on October 17, 2011.

/s/ Joseph M. Bruno