UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" |

**PERTAINS TO BARGE**

CONTROVERSION OF THE AMERICAN CLUB'S STATEMENT OF
UNCONTESTED MATERIAL FACT

1.  Uncontested.

2.  Uncontested.

3.  Uncontested that Ethel Mumford filed suit alleging Lafarge North America's fault in causing the eastern Industrial Canal floodwall breaches.  Otherwise, contested as an incomplete, abbreviated rendition of Plaintiffs' allegations.

4.  Plaintiffs cannot concede, and do contest, as they were not party or privy to that action.

5.  Plaintiffs cannot concede, and do contest, as they were not party or privy to that action.  Plaintiffs also contest, and object, in that the statement is one of law, not fact.

6.  Plaintiffs cannot concede, and do contest, as they were not party or privy to that action.  Plaintiffs also contest, and object, in that the statement is one of law, not fact.

7.  Plaintiffs cannot concede, and do contest, as they were not party or privy to that action.  Plaintiffs also contest, and object, in that the statement is one of law, not fact.

8.  Contested as an incomplete, abbreviated rendition of this Court's written rulings, which  also include this Court's written statement to the effect that Plaintiffs and

      this Court are not necessarily bound by a ruling finding an absence of cover. Plaintiffs also contest, and object, in that the statement is one of law, not fact.

9. Plaintiffs cannot concede, and do contest, as they were not party or privy to that action. Plaintiffs also contest, and object, in that the statement is one of law, not fact.

10. Uncontested.

11. It is uncontested that the Court so ruled. Plaintiffs do not concede the correctness of the ruling. Plaintiffs also contest, and object, in that the statement is one of law, not fact.

12. Contested. Plaintiffs also object. The statement is an assertion of law, not fact.

      Additionally, Plaintiffs generally contest the American Club's statements to the extent that they are inconsistent with Plaintiffs' opposition in connection with which this Controversion is submitted.

October 17, 2011

      Respectfully submitted,

*/s/Brian A. Gilbert*
Brian A. Gilbert (21297)
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail:
bgilbert@briangilbertlaw.com

Shawn Khorrami (CA SBN #14011)
**KHORRAMI, POLLARD & ABIR, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010

e-mail: Skhorrami@kpalawyers.com

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
**WILSON, GROCHOW, DRUKER**
233 Broadway, 5th Floor
New York, NY 10279
Telephone: (212) 608-4400
Facsimile: (212) 608-0746
e-mail: lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
**WIEDEMANN AND WIEDEMANN**
100 Veterans Memorial Blvd., Ste.
Metairie, Louisiana 70005
Telephone: 504-581-6180
e-mail: ldwiedemann@gmail.com
karlwiedemannlaw@gmail.com

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 17th day of October, 2011.

*/s/ Brian A. Gilbert*