UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## **MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel comes, Plaintiff, Dr. Richard H. Weisler, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Honorable Court for Partial Summary Judgment in his favor as to the Defendant's breach of contract, the existence of an "open account", and the dismissal of Defendants'

counter-claims, dismissing the claims of Defendants, all as is set forth in the accompanying Memorandum in Support of this Motion.

Respectfully submitted,

\_\_\_/s/ Andrew C. Wilson_____
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Susan F. Clade (1033)
Christopher B. Conley (31674)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999
Attorneys for Plaintiff, Richard H. Weisler, M.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

\_\_\_/s/ Andrew C. Wilson_____
Andrew C. Wilson

N:\DATA\N\50182001\Pleadings\Motion for Partial Summary Judgment.wpd