UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION |
| PERTAINS TO: BARGE | *<br>*<br>* | NO. 05-4182<br>and consolidated cases |
| Weisler v. Seymour, et al.  09-2737 | *<br>*<br>*<br>* | SECTION "K" (2)<br><br>JUDGE<br>STANWOOD R. DUVAL, JR. |
| | *<br>* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Motion for Partial Summary Judgment filed by Plaintiff, Dr. Richard H. Weisler, M.D., shall be brought on for hearing before the Honorable Judge Stanwood R. Duval, Jr. on the 2nd day of November, 2011 at 9:30 o'clock a.m.

Respectfully submitted,

___/s/ Andrew C. Wilson_____
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Susan F. Clade (1033)
Christopher B. Conley (31674)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999

Attorneys for Plaintiff, Richard H. Weisler, M.D.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 18, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                      ___/s/ Andrew C. Wilson_____
                                                          Andrew C. Wilson

N:\DATA\N\50182001\Pleadings\Notice of Submission.wpd