| | |
|---|---|
| Subj: | **FW: Katrina emotional injuries--seeking consultant expert** |
| Date: | 5/14/2008 9:31:41 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | rweisler@aol.com |

Dear Dr Weisler,

I am part of a small group of attorneys co-counseling in a litigation against LaFarge cement company for property loss and personal injuries arising to some 60,000 residents in the 9th Ward, St Bernard's Parish, New Orleans, due to the uniquely swift and traumatic nature of flood damage to their neighborhood because an improperly secured barge broke loose at LaFarge's plant and drifted swiftly across the industrial canal, crashing through the flood wall protecting the 9th Ward, causing sudden flooding several hours before and faster than anywhere else—causing some of the most severe devastation of that awful day of Hurricane Katrina.
We contend that this particular devastation was due to specific acts of negligence.

We are moving for class certification in this Federal Court case. We are alleging that there are certain generic across the board emotional injuries that can be fairly stated to have occurred on a class basis. We need an expert like you to examine this issue and prepare a report. From seeing your paper, I believe you have considerable experience with victims of that day, their injuries and needs, or can point us to the right person.

Please advise.
Thank you.
Sincerely
Alan Fuchsberg


Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com


**EXHIBIT 1**

Richard H. Weisler, M.D. Deposition
Oct. 9, 2011
Exhibit 18

Sunday, January 04, 2009 AOL: RWeisler