## bgilbert

**From:** Townsend, Mark [MTowns@lsuhsc.edu]
**Sent:** Monday, August 04, 2008 12:47 PM
**To:** RWeisler@aol.com; bgilbert@briangilbertlaw.com; fishkat@cox.net; rick@rickseymourlaw.net; a.fuchsberg@fuchsberg.com; LDWIEDEMAN@aol.com; karenwiedemann@bellsouth.net
**Subject:** RE: Duke Legal fee schedule I have used for over 2 years&national data(bold underlin

I am on vacation but can talk with you all at 4 or 5 today. Rick Weisler--please give me a call at 504-232-1023 when you learn about a time. Internet and phone service is spotty here, but I should be OK this afternoon.
Mark H Townsend, MD, DFAPA
Professor and Vice Chair for General Psychiatry
LSU Health Sciences Center
2020 Gravier Street, New Orleans, LA 70112
Office: 504-568-6009 Fax: 504-568-6006


-----Original Message-----
From: RWeisler@aol.com [mailto:RWeisler@aol.com]
Sent: Mon 8/4/2008 11:31 AM
To: bgilbert@briangilbertlaw.com; fishkat@cox.net; rick@rickseymourlaw.net; a.fuchsberg@fuchsberg.com; LDWIEDEMAN@aol.com; karenwiedemann@bellsouth.net
Cc: Townsend, Mark
Subject: Duke Legal fee schedule I have used for over 2 years&national data(bold underlin

Alan, Rick, and Brian

When I first spoke with Alan I quoted your group my $ 600/ hour rate that we have used at Duke. I also noted that the only difference for me was that because of my adjunct faculty status the payment for expert work would go to my office rather than the Duke PDC. The $600 rate is also the same rate that Drs. Townsend and Osofsky charged which was also approved by Alan and reflected in the Expert Compensation section sent to the court a little over a month ago.


We need to have a conference call with Mark Townsend later today around 4 or 5 if possible.

Rick


Expert Witness Fees: Study By SEAK, Inc. <http://www.seak.com/Expert_Witness_Fees.htm>

<http://www.seak.com/images/template/print-header.gif>

Expert Witness <http://www.seak.com/default.htm>

Contact Us <http://www.seak.com/seakcontactpage.htm>  About SEAK, Inc. <http://www.seak.com/corporate.htm>
<http://www.seak.com/images/template/toplink3_1.gif>

*       Home <http://www.seak.com/default.htm>
*       Webstore <http://www.seak.com/webstore/default.asp>

    *   Books <http://www.seak.com/webstore/default.asp#books>
    *   DVDs and VHS Videos <http://www.seak.com/webstore/default.asp#video>
    *   Audio Programs <http://www.seak.com/webstore/default.asp#audio>
    *   Seminars <http://www.seak.com/webstore/default.asp#seminars>
    *   White Papers <http://www.seak.com/webstore/default.asp#papers>

    *       Seminars <http://www.seak.com/Schedule.htm>


EXHIBIT 4

Barge PSLC000055