**Subject:** [Fwd: Fwd: Weisler bill]
**From:** "Brian A. Gilbert" <fishkat@cox.net>
**Date:** Sun, 17 May 2009 12:14:11 -0500
**To:** "Brian A. Gilbert" <fishkat@cox.net>

---

Fwd: Weisler bill.eml

**Subject:** Fwd: Weisler bill
**From:** Pistols42@aol.com
**Date:** Mon, 4 Aug 2008 20:19:25 EDT
**To:** fishkat@cox.net

---

From: LDWIEDEMAN
To: bgilbert@briangilbertlaw.com, Pistols42, rick@rickseymourlaw.net, fishcat@cox.net
Sent: 8/4/2008 5:50:52 P.M. Central Daylight Time
Subj: Re:Weisler bill

The Weisler bill of $216,390.00 is not included in the $816,567.62 outstanding expert fees included in Shawn's latest MOU. The bill is dated 7/7/2008 but we did not receive it until several days ago. It had gone to Allen Fuchsberg first. However, it will look to Shawn as though we with held the bill. We cannot sign the new MOU until the proper amount of past expert fees are included. Unfortunately we do not have an agreement with the Doctor and that makes us look like hicks. Comments please.

N.O. Larry

---

Looking for a car that's sporty, fun and fits in your budget? Read reviews on AOL Autos.

---

Looking for a car that's sporty, fun and fits in your budget? Read reviews on AOL Autos.

Fwd: Weisler bill.eml

**Subject:** Fwd: Weisler bill
**From:** Pistols42@aol.com
**Date:** Mon, 4 Aug 2008 20:19:44 EDT
**To:** fishkat@cox.net

---

From: Pistols42
To: LDWIEDEMAN, bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net, fishcat@cox.net
Sent: 8/4/2008 7:15:05 P.M. Central Daylight Time
Subj: Re: Weisler bill

EXHIBIT 5