"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (202) 862-4320.

---

**From:** Jullion R. Taylor [mailto:jullion@rickseymourlaw.net]
**Sent:** Monday, May 19, 2008 7:02 PM
**To:** rick@rickseymourlaw.net
**Subject:** Barge: Class Rep. Availability
**Importance:** High

### Mumford, Ethel Mae Coleman

Will be able to make it. If the location is on the west bank, she will need transportation.

### Richardson, Josephine Long

May need someone to pick her up and bring her back. She does not have transportation. She had a hip replacement and it will be hard on her to stand or take a bus. She will try to arrange for her son or her brother to carry and pick her up. She will know by the time we find out the time and location. A car will be fine.

### Koch, Herman & Aida

They will be able to make it.

### Michael J. Riche

Will be able to make it.

### Sutton, Rico

Will be able to make it. Will need transportation.

### Glaser, Jacob & Dianne

Unable to contact.

### Harris, Jimmie

Monday, January 05, 2009 America Online: RWeisler



EXHIBIT 6

Will be able to make it.

Jullion R. Taylor
Senior Paralegal
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
  Voice: 202-862-4370
     Cell: 202-531-4039
     Facsimile: 202-828-4130
     e-mail: jullion@rickseymourlaw.net
Website: www.rickseymourlaw.com