**Richard T. Seymour**

| | |
|---|---|
| **From:** | Brian A. Gilbert [bgilbert13@cox.net] |
| **Sent:** | Friday, May 16, 2008 6:49 PM |
| **To:** | Brian A. Gilbert; Karen Wiedemann; Karl Wiedemann; Larry D. Wiedemann; Lawrence A. Wilson; David W. Druker; Patrick J. Sanders |
| **Subject:** | Re: Barge Cases RE: good news on the emotional health class issue and need to set up psych evaluations next saturday for class reps |

Riche and Koch will be no problem. I will start to work on Kismit this weekend. We may need to pay her way.

**Everyone - read my message below to Rick re copying Chet Kern. This is meant for private consumption, only by the persons to whom I have directed this message. Period.**

Brian A. Gilbert wrote:
Rick, this is message is confidential, as I don't want to resume any hostilities with anyone, but I do not believe at this time that Chet Kern should be copied any non-public material such as our mental impressions, plans, strategies, etc.


Richard T. Seymour wrote:

   Two of the class reps are in New Orleans. One class rep for
emotional damages is Kismit Bougere, who is in Plano, Texas. That's 530
miles from New Orleans. She appears to have by far the most severe damage.
I do not know how she is about travel, but we can find out.
   Another is Michael Joseph Riche, in Lacombe, Louisiana, about 50
miles away.
   A third is Herman Koch, in Picayune, Mississippi, about 50 miles
away.

   An admissible diagnosis will have to be differential, to exclude
other causes, even if this is a tentative or "starter" diagnosis. That
means psychological testing by a psychologist. The psychiatrist can rely on
this testing without the psychologist having to testify.
   This will need to be lined up and explained to them in advance by
counsel.

   Allen, let's you and I talk on Monday morning about this, with Brian
or another NOLA person joining if possible. My office now has contact with
these people because of the class cert motion, and if we have a consensus
Jullion and I can take care of the explanations.

   We will need a psychologist and location for them to go to before
the interview (I assume before is best), and we will need a location for the
interviews.
   We will also need to arrange time off from work, for those who are
working. Saturdays are not necessarily free days for them.

   All of which is to say that scheduling may be a challenge.



1
PRIVILEGED AND CONFIDENTIAL          BargePSLCWeisSeym000108