[Fwd: Re: Barge Cases: Psychological evaluations]

```
An anecdotal interview models the researchers supposition, which
strengthens
the report.
Alan L. Fuchsberg
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

-----Original Message-----
From: "Townsend, Mark" <MTowns@lsuhsc.edu>

Date: Tue, 17 Jun 2008 20:03:11
To:<a.fuchsberg@fuchsberg.com>,<rick@rickseymourlaw.net>,<RWeisler@aol.com>,
"Brian Gilbert" <bgilbert@briangilbertlaw.com>,"Lawrence Wiedemann"
<ldwiedeman@aol.com>
Subject: RE: Psychological evaluations


Alan,
They are, and will be coordinating a section of the report. Howard and Joy
will be addressing the child\adolescent impact of the storm on the
affected
area and the current needs and outcomes of child mental illness in the
lower
9th and St Bernard. They are researchers primarily.

If we choose to interview an actual child, we will have a child
psychiatrist
perform the interview and Phil Griffin (he of the four-six hour
psychological evaluations) to validate with psychological testing.

It depends upon whether you think having an interview with the child of a
claimant makes the document stronger, or as strong, as the Osofskys
writing
about the post-Katrina situation in the lower 9th using current data
they've
collected themselves.  That would be in the report anyhow, and would of
course save you the money and hassle of coordinating interviews. This is
your business and I don't know what would be more effective for the case.
Thanks,
Mark




-----Original Message-----
From: Alan Fuchsberg [mailto:a.fuchsberg@fuchsberg.com]
Sent: Tuesday, June 17, 2008 7:34 PM
To: Townsend, Mark; rick@rickseymourlaw.net; RWeisler@aol.com; Brian
Gilbert; Lawrence Wiedemann; Alan Fuchsberg
Subject: Re: Psychological evaluations

Are the Osofskys involved also?
Alan L. Fuchsberg
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com
```

EXHIBIT 10

PRIVILEGED AND CONFIDENTIAL    BargePSLCWeisSeym001223