| | |
|---|---|
| Subj: | **Re: Re: A psychologist and a suggestion** |
| Date: | 5/30/2008 11:45:35 A.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | a.fuchsberg@fuchsberg.com, jullion@rickseymourlaw.net, me@mookietex.com, bgilbert@briangilbertlaw.com |
| CC: | MTowns@lsuhsc.edu, jillhayes@cox.net, bgilbert@briangilbertlaw.com, pgriff@lsuhsc.edu, RWeisler@aol.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net, pmbalson@hotmail.com |

When and where are the clients to appear?! What clients?! What
times?! What days?! They are not going to be happy about the
last-minute arrangements!!

Would Karen, Mark Jackowski and Jullion Taylor please contact all such
persons and arrange their appearances as well as transport for those who
truly need it? I am swamped today, and need to be able to delegate
these tasks.

Alan Fuchsberg wrote:
> Mark,
> As for a single point of entry, do you mean among the psychiatrists as
> opposed to between the lawyers?
> If so, my understanding is that there will need to be a principal
> psychiatrist/report author for the class action expert opinion report due
> June 12. This person will need to sign the report and be willing to testify
> as to the nature of the study that the report is about: as to efforts that
> were taken by the group to evaluate class representatives, methodology that
> was followed for these evaluations, the findings as to each class reps
> conditon--ranging from those who continue to be ill to those who were not
> injured to any diagnosable degree, and what are the psychiatric disorders
> found in them associated with Katrina are found and how is this concluded..
>  Then we need a workable supportable defensible plan to evaluate anyone who
> comes forward from the 9th Ward (up to Parish Road) in response to a class
> notice, potentially 5,000 (more or less?) of the 40,000 or so residents;
> abridged evaluations consistant with recognized psychiatric principles, des
> cribing what methodology could be used to screen and then shortly identify
> individuals who suffered or continue to suffer an emotional injury as
> recognized under a standard diagnostic criteria(s). Of course it would be
> best to have a psychiatric consensus on the approach (among the
> psychiatrists involved) gained from this investigation of class rep injuries
> as well as examination and discussion of peer review articles and peer
> accepted methodologies. Whoever can best chair this because of credentials
> and experience--and willingness of course-- should be this point of entry
> person.
>  What do others think?
> Alan L. Fuchsberg
> The Jacob D. Fuchsberg Law Firm
> 500 Fifth Avenue
> New York, NY 10110
> tel: 212 869-3500
> fax: 212 398-1532
> cell: 914 473-5102
> http://www.fuchsberg.com
>
> -----Original Message-----
> From: "Townsend, Mark" <MTowns@lsuhsc.edu>
>
> Date: Thu, 29 May 2008 18:46:42
> To:<jillhayes@cox.net>,"Alan Fuchsberg" <a.fuchsberg@fuchsberg.com>,"Law
> Office of Brian A. Gilbert" <bgilbert@briangilbertlaw.com>,"Griffin, Phillip

**Richard H. Weisler, M.D. Deposition**
**Oct. 9, 2011                    Exhibit 10**


EXHIBIT 11

Sunday, January 04, 2009 AOL: RWeisler