# BARGE CASE

Case #      File #

## Hours through 7/28/08 updated

| DEPOSITIONS / CASE ACTIVITY EXPLANATION | REVIEW DATE | Actual Work Hours | AMOUNT |
|---|---|---|---|
| Review | 5/16/2008 | 3.50 | $2,100.00 |
| Research and literature reading | 5/17/2008 | 5.00 | $3,000.00 |
|  | 5/18/2008 | 3.50 | $2,100.00 |
| As of noon time | 5/19/2008 | 4.00 | $2,400.00 |
| 12:00 - 6:00 pm | | | |
| Research and literature reading | 5/19/2008 | 3.00 | $1,800.00 |
| Review | 5/20/2008 | 2.50 | $1,500.00 |
| Review | 5/21/2008 | 2.00 | $1,200.00 |
| Interview preparation, obtaining scales, & developing study methods | 5/22/2008 | 4.50 | $2,700.00 |
| Travel & scale/methods preparation for New Orleans interviews | 5/23/2008 | 7.00 | $4,200.00 |
| New Orleans client evaluations and preparation | 5/24/2008 | 13.00 | $7,800.00 |
| New Orleans client evaluations and preparation | 5/25/2008 | 15.00 | $9,000.00 |
| Writing preparation | 5/26/2008 | 2.50 | $1,500.00 |
| Review and meeting with Drs.Townsend and Haye | 5/29/2008 | 8.50 | $5,100.00 |
| Review and meeting with Dr. Sheehan | 5/30/2008 | 7.00 | $4,200.00 |
| Review and planning | 5/31/2008 | 7.50 | $4,500.00 |
| Client interviews and data collection and analysis | 6/1/2008 | 13.15 | $7,890.00 |
| Data review, analysis, and meeting with B. Gilbert | 6/2/2008 | 10.00 | $6,000.00 |
| Writing, analyzing, reading & calling | 6/4/2008 | 6.50 | $3,900.00 |
| Writing, analyzing, reading & calling | 6/5/2008 | 5.50 | $3,300.00 |
| Writing, analyzing, reading & calling | 6/6/2008 | 3.50 | $2,100.00 |
| Writing, analyzing, reading & calling | 6/7/2008 | 6.50 | $3,900.00 |
| Writing, analyzing, reading & calling | 6/8/2008 | 13.00 | $7,800.00 |

Richard H. Weisler, M.D.   Deposition
Oct. 9, 2011      Exhibit 38

# Attachment E

| Description | Date | Hours | Amount |
|---|---|---|---|
| Review, research, and writing | 6/9/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/10/2008 | 4.50 | $2,700.00 |
| Review, research, and writing | 6/11/2008 | 6.50 | $3,900.00 |
| Review, research, and writing | 6/12/2008 | 5.00 | $3,000.00 |
| Review, research, and writing | 6/13/2008 | 7.00 | $4,200.00 |
| Review, research, and writing | 6/14/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/15/2008 | 4.00 | $2,400.00 |
| Review, research, and writing | 6/16/2008 | 5.50 | $3,300.00 |
| Review, research, and writing | 6/17/2008 | 5.50 | $3,300.00 |
| Review, research, and writing | 6/23/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/24/2008 | 6.50 | $3,900.00 |
| Review, research, and writing | 6/25/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/26/2008 | 11.50 | $6,900.00 |
| Review, research, and writing | 6/27/2008 | 13.50 | $8,100.00 |
| Review, research, and writing | 6/28/2008 | 12.50 | $7,500.00 |
| Review, research, and writing | 6/29/2008 | 16.00 | $9,600.00 |
| Review, research, and writing | 6/30/2008 | 13.00 | $7,800.00 |
| Review, research, and writing | 7/1/2008 | 9.50 | $5,700.00 |
| Review, research, and writing | 7/2/2008 | 4.50 | $2,700.00 |
| Review, research, and writing | 7/3/2008 | 3.50 | $2,100.00 |
| Review | 7/4/2008 | 0.50 | $300.00 |
| Review | 7/5/2008 | 2.50 | $1,500.00 |
| Review | 7/6/2008 | 2.00 | $1,200.00 |
| | | Subtotal Hrs | Subtotal |
| | | 310.25 | $186,090.00 |
| Data and literature review for deposition preparation | 7/8/2008 | 2.25 | $1,350.00 |
| Data and literature review for deposition preparation | 7/9/2008 | 1.50 | $900.00 |
| Data and literature review for deposition preparation | 7/10/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparation | 7/11/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparation | 7/13/2008 | 4.00 | $2,400.00 |
| Data and literature review for deposition preparation | 7/16/2008 | 5.00 | $3,000.00 |

| | | | |
|---|---|---|---|
| Data and literature review for deposition preparati | 7/19/2008 | 6.25 | $3,750.00 |
| Data and literature review for deposition preparati | 7/23/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparati | 7/24/2008 | 2.50 | $1,500.00 |
| Data and literature review for deposition preparati | 7/25/2008 | 7.50 | $4,500.00 |
| Data and literature review for deposition preparati | 7/26/2008 | 7.00 | $4,200.00 |
| Data and literature review for deposition preparati | 7/27/2008 | 8.50 | $5,100.00 |
| Data and literature review for deposition preparati | 7/28/2008 | 5.50 | $3,300.00 |
| | | **Total Hrs** | **Total** |
| | | 60.50 | $36,300.00 |
| | | **Grand Total Hr** | **Total Due** |
| | | 360.75 | $222,390.00 |

## RATE SUMMARY

| TYPE OF APPEARANCE /SERVICE | CHARGES | CHARGE FOR ADDITIONAL 15 MIN OR PART THEREOF |
|---|---|---|
| Court Appearance and/or Preparation | $ 3,500 / half day or $ 700 hr portal to portal | N/A |
| Deposition and/or Preparation | $ 600 / hr | $150 |
| Medical/Legal Conference | $ 600 / hr | $150 |
| Review of Records | $ 600 / hr | $150 |

Reimburse for all travel related expenses for client evaluations and depositions

*Original*

# BARGE CASE

Case # 7/7/08

File #

| DEPOSITIONS / CASE ACTIVITY | | | | |
|---|---|---|---|---|
| EXPLANATION | REVIEW DATE | Actual Work Hours | AMOUNT |
| Review | 5/16/2008 | 3.50 | $2,100.00 |
| Research and literature reading | 5/17/2008 | 5.00 | $3,000.00 |
| | 5/18/2008 | 3.50 | $2,100.00 |
| **As of noon time** | 5/19/2008 | 4.00 | $2,400.00 |
| **12:00 - 6:00 pm** | | | |
| Research and literature reading | 5/19/2008 | 3.00 | $1,800.00 |
| Review | 5/20/2008 | 2.50 | $1,500.00 |
| | 5/21/2008 | 2.00 | $1,200.00 |
| Interview preparation, obtaining scales, & developing study methods | 5/22/2008 | 4.50 | $2,700.00 |
| Travel & scale/methods preparation for New Orleans interviews | 5/23/2008 | 7.00 | $4,200.00 |
| New Orleans client evaluations and preparation | 5/24/2008 | 13.00 | $7,800.00 |
| New Orleans client evaluations and preparation | 5/25/2008 | 15.00 | $9,000.00 |
| Writing preparation | 5/26/2008 | 2.50 | $1,500.00 |
| Review | 5/28/2008 | 8.50 | $5,100.00 |
| | 5/29/2008 | 7.00 | $4,200.00 |
| | 5/30/2008 | 7.50 | $4,500.00 |
| | 5/31/2008 | 13.15 | $7,890.00 |
| Writing, analyzing, reading & calling | 6/4/2008 | 6.50 | $3,900.00 |
| Writing, analyzing, reading & calling | 6/5/2008 | 5.50 | $3,300.00 |
| Writing, analyzing, reading & calling | 6/6/2008 | 3.50 | $2,100.00 |
| Writing, analyzing, reading & calling | 6/7/2008 | 6.50 | $3,900.00 |
| Writing, analyzing, reading & calling | 6/8/2008 | 13.00 | $7,800.00 |

**Richard H. Weisler, M.D. Deposition**
**Oct. 9, 2011**      Exhibit 4

| | | | |
|---|---|---|---|
| Review | 6/9/2008 | 7.50 | $4,500.00 |
| Research and literature reading | 6/10/2008 | 4.50 | $2,700.00 |
| | 6/11/2008 | 6.50 | $3,900.00 |
| | 6/12/2008 | 5.00 | $3,000.00 |
| | 6/13/2008 | 7.00 | $4,200.00 |
| | 6/14/2008 | 7.50 | $4,500.00 |
| | 6/15/2008 | 4.00 | $2,400.00 |
| | 6/16/2008 | 5.50 | $3,300.00 |
| | 6/17/2008 | 5.50 | $3,300.00 |
| Review | 6/23/2008 | 7.50 | $4,500.00 |
| | 6/24/2008 | 6.50 | $3,900.00 |
| | 6/25/2008 | 7.50 | $4,500.00 |
| | 626/2008 | 11.50 | $6,900.00 |
| | 6/27/2008 | 13.50 | $8,100.00 |
| | 6/28/2008 | 12.50 | $7,500.00 |
| | 6/29/2008 | 16.00 | $9,600.00 |
| | 6/30/2008 | 13.00 | $7,800.00 |
| Review | 7/1/2008 | 9.50 | $5,700.00 |
| | 7/2/2008 | 4.50 | $2,700.00 |
| | 7/3/2008 | 3.50 | $2,100.00 |
| | 7/4/2008 | 0.50 | $300.00 |
| | 7/5/2008 | 2.50 | $1,500.00 |
| | 7/6/2008 | 2.00 | $1,200.00 |

|  | Subtotal Hrs | Subtotal |
|---|---|---|
|  | 300.25 | $180,090.00 |
|  | **TOTAL HRS** | **TOTAL** |
|  | **300.25** | **$180,150.00** |

\*\* See Attached Rate Summary \*\*

## RATE SUMMARY

| TYPE OF APPEARANCE /SERVICE | CHARGES | CHARGE FOR ADDITIONAL 15 MIN OR PART THEREOF |
|---|---|---|
| Court Appearance and/or Preparation | $ 3,500 / half day or $ 700 hr portal to portal | N/A |
| Deposition and/or Preparation | $ 600 / hr | 5/29/1900 |
| Medical/Legal Conference | $ 600 / hr | 5/29/1900 |
| Review of Records | $ 600 / hr | 5/29/1900 |

Page 3

30-Jun-08

Re:

CvS 1734   File# 013396 / 22544

Dear

We are submitting this invoice for time spent on this case. Please see the attached invoice with charges relative to Case# 05 CvS 1734. File No. 013396/22544. Your prompt assistance in this matter is greatly appreciated. Please feel free to give me a call with any questions you may have.

Sincerely,

# BARGE CASE

Case #   File #

## Hours through 7/28/08 updated

*Requested Itemized Time update*

### DEPOSITION PREPARATION & CASE ACTIVITY

| EXPLANATION | REVIEW DATE | Actual Work Hours | AMOUNT |
|---|---|---|---|
| Teleconference with A. Fuchsberg. Teleconference with A. Fuchsberg and Dr. M. Townsend. Research and literature review and Multiple electronic correspondences with J. Hayes, Dr. M. Townsend, A. Fuchsberg, R. Seymour, LD. Wiedemann B. Gilbert) See Individual Table of Contents for detailed description. | 5/16/2008 | 3.50 | $2,100.00 |
| Research and literature review - and (Multiple electronic correspondences with Dr. M. Townsend, A. Fuchsberg, R. Seymour, LD Wiedemann) See Individual Table of Contents for detailed description. | 5/17/2008 | 5.00 | $3,000.00 |
| Research and literature review - and (Multiple electronic correspondences with Dr. M. Townsend, A. Fuchsberg, R. Seymour, LD. Wiedemann, PM. Balson) See Individual Table of Contents for detailed description. | 5/18/2008 | 3.50 | $2,100.00 |
| As of noon time, Multiple electronic correspondences (A. Fuchsberg, Dr. M Townsend, LD Wiedemann) See individual Table of Contents for detailed description. Literature review and draft methods section plus teleconference.B49 | 5/19/2008 | 4.00 | $2,400.00 |
| 12:00 - 6:00 pm Multiple electronic correspondences (Dr M Townsend, R. Seymour, LD Wiedemann, A Fuchsberg) | 5/19/2008 | 3.00 | $1,800.00 |
| Literature review - Multiple electronic correspondences (A. Fuchsberg, Dr. M Townsend, B Gilbert, R Seymour, LD Wiedemann, PM Balson) | 5/20/2008 | 2.50 | $1,500.00 |
| Literature review - Multiple electronic correspondences (Dr. M Townsend, A. Fuchsberg, LD Wiedemann, R. Seymour) | 5/21/2008 | 2.00 | $1,200.00 |
| Interview preparation, obtaining scales, & refining study methods | 5/22/2008 | 4.50 | $2,700.00 |

Richard H. Weisler, M.D.  Deposition
Oct. 9, 2011     Exhibit 7

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/23/2008 | **Travel from Grand Rapids, Michigan to New Orleans** & scale/methods/ records preparation for New Orleans interviews (Multiple electronic correspondences with Dr. J. Hayes, Dr. M. Townsend, A. Fuchsberg, S. Teft, PM Balson, G Butte, B Gilbert, LD Wiedemann, R Seymour. Review with Dr. J. Davidson reference study/methods including SPRINT-E scale) See Individual Table of Contents for detailed description. | 7.00 | $4,200.00 |
| 5/24/2008 | New Orleans client evaluations, and preparation and analyses | 13.00 | $7,800.00 |
| 5/25/2008 | **Travel back to North Carolina from New Orleans** & New Orleans client evaluations, preparation, and analysis | 15.00 | $9,000.00 |
| 5/26/2008 | Writing preparation - (Multiple electronic correspondences with J. Hayes, Dr. M. Townsend, A. Fuchsberg, S. Teft, PM, Balson, B. Gilbert, LD. K. Wiedemann, R. Seymour . See Individual Table of Contents for detailed description. | 2.50 | $1,500.00 |
| 5/29/2008 | Review and meeting with Drs. Townsend and Hayes. (Multiple electronic correspondences with R. Seymour, A. Fuchsberg, Dr. M. Townsend. Dr. J. Hayes, B. Gilbert, LD. Wiedemann, K. Wiedemann, P Griffin, M Tex) See Individual Table of Contents for detailed description. Extensive reading while flying to Phoenix meeting (Barge, PLSC was not charged for my travel time). | 8.50 | $5,100.00 |
| 5/30/2008 | Review and meeting with Dr. Sheehan. Multiple electronic correspondences with R. Seymour, M. Tex, Dr. M. Townsend. J. Hayes, B. Gilbert, LD. Wiedemann, P Griffin) See Individual Table of Contents for detailed description. | 7.00 | $4,200.00 |
| 5/31/2008 | Review and planning (electronic correspondences with R Seymour, P Griffin, B Gilbert, Dr. M Townsend, A Fuchsberg, LD Wiedemann, K Wiedemann, Dr. J. Hayes). **Travel to Phoenix, New Orleans for client interviews.** | 7.50 | $4,500.00 |
| 6/1/2008 | Client interviews and data collection and analysis - (Multiple electronic correspondences with P. Griffin, R Dalton) See Individual Table of Contents for detailed description. | 13.25 | $7,950.00 |
| 6/2/2008 | Data review, analysis alone with Dr. M. Townsend. Meeting with B. Gilbert and R. Seymour. (Multiple electronic correspondences with J. Hayes, A. Fuchsberg, R. Seymour, Dr. M. Townsend, K. Wiedemann, J Osofsky, H Osofsky, R Dalton) See Individual Table of Contents for detailed description. **Includes travel from New Orleans to Raleigh, North Carolina.** | 10.00 | $6,000.00 |

| Description | Date | Hours | Amount |
|---|---|---|---|
| Writing, analyzing, reading & calling - (Multiple electronic correspondences with F. Norris, J. Osofsky, H. Osofsky, D. Sheehan, R. Dalton, J. Hayes, G, Butte, J. Barbee, C. Cole, R. Seymour, A. Fuchsberg, Dr. M. Townsend, LD Wiedemann) See Individual Table of Contents for detailed description. | 6/4/2008 | 6.50 | $3,900.00 |
| Writing, analyzing, reading & calling - (Multiple electronic correspondences with K. Wiedemann, B. Gilbert, F. Norris, J. Osofsky, H. Osofsky, D. Sheehan, R. Dalton, J. Hayes, G, Butte, J. Barbee, C. Cole, R. Seymour, A. Fuchsberg, Dr. M. Townsend, K Koehrn) See Individual Table of Contents for detailed description. | 6/5/2008 | 5.50 | $3,300.00 |
| Writing, analyzing, reading & calling, electronic correspondences with J Osofsky, Dr. M Townsend, H Osofsky, A Fuchsberg, B Gilbert, LD Wiedemann, PM Balson, R Seymour.  See individual Table of Contents for detailed description | 6/6/2008 | 3.50 | $2,100.00 |
| Writing, analyzing, reading & calling | 6/7/2008 | 6.50 | $3,900.00 |
| Writing, analyzing, reading & calling - (Multiple electronic correspondences with B. Gilbert, R. Seymour,  Dr. M. Townsend, K Koehrn) See Individual Table of Contents for detailed description. | 6/8/2008 | 13.00 | $7,800.00 |
| Review, research, and writing - (Multiple electronic correspondences with LD Wiedemann, B. Gilbert, Dr. M Townsend, K Koehrn) See Individual Table of Contents for detailed description. | 6/9/2008 | 7.50 | $4,500.00 |
| Review, research, and writing - (Multiple electronic correspondences with A. Fuchsberg, Dr. M. Townsend, J. Hayes, F Norris, J Osofsky, H Osofsky, K Koehrn) See Individual Table of Contents for detailed description. | 6/10/2008 | 4.50 | $2,700.00 |
| Review, research, and writing - (Multiple electronic correspondences with J. Hamblen, F. Norris, J Osofsky, P Griffin, K Wiedemann, K Koehrn) See Individual Table of Contents for description. | 6/11/2008 | 6.50 | $3,900.00 |
| Review, research, and writing - (Multiple electronic correspondences with H. Osofsky, J. Osofsky, Dr. M Townsend, J Hamblen, Dr. J. Hayes, R Dalton, K Koehrn, F Norris, J Hamblen, K Koehrn) See Individual Table of Contents for detailed description. | 6/12/2008 | 5.00 | $3,000.00 |

| Description | Date | Hours | Amount |
|---|---|---|---|
| Review, research, and writing, electronic correspondences with Dr. M Townsend, J Osofsky, H Osofsky, R Dalton, K Koehrn | 6/13/2008 | 7.00 | $4,200.00 |
| Review, research, and writing - (Multiple electronic correspondences with LD Wiedemann, Dr. M. Townsend, K Koehrn) See Individual Table of Contents for detailed description. | 6/14/2008 | 7.50 | $4,500.00 |
| Review, research, and writing, electronic correspondences with H Osofsky, J Osofsky, A Fuchsberg, K Koehrn) See individual table of contents for detailed description. | 6/15/2008 | 4.00 | $2,400.00 |
| Review, research, and writing, electronic correspondences with J Osofsky, K Koehrn, P Boutte, N Mayberry. See individual table of contents for detailed description. | 6/16/2008 | 5.50 | $3,300.00 |
| Review, research, and writing, electronic correspondences with Dr. M Townsend, B Gilbert, LD Wiedemann, R Seymour, A Fuchsberg, P Griffin, K Koehrn) | 6/17/2008 | 5.50 | $3,300.00 |
| Review, research, and writing, electronic correspondences with Dr. M Townsend, K Koehrn | 6/23/2008 | 7.50 | $4,500.00 |
| Review, research, and writing, electronic correspondences with Dr. M Townsend, R Seymour, K Koehrn | 6/24/2008 | 6.50 | $3,900.00 |
| Review, research, and writing - (Multiple electronic correspondences with Dr. M. Townsend, K. Wiedemann, R. Seymour, B. Gilbert, Dr. J. Hayes, K Wiedemann, K Koehrn, A Fuchsberg) See Individual Table of Contents for detailed description. | 6/25/2008 | 7.50 | $4,500.00 |
| Review, research, and writing - (Multiple electronic correspondences with Dr. M. Townsend, K Wiedemann, R. Seymour, B. Gilbert, P. Griffin, K Koehrn) See Individual Table of Contents for detailed description. | 626/2008 | 11.50 | $6,900.00 |
| Review, research, and writing - (Multiple electronic correspondences with Dr. J. Hayes, Hamblen, F. Norris, Dr. M. Townsend, K Koehrn). See Individual Table of Contents for detailed description. **No charge for review with Dr. M. Townsend and K. Koehrn of electronic article " Most Homeless People in New Orleans Are from City, Survey Finds" (See Barge Reading Documentation Appendices)** | 6/27/2008 | 13.50 | $8,100.00 |

| Description | Date | Hours | Amount |
|---|---|---|---|
| Review, research, and writing - (Multiple electronic correspondences with B. Gilbert, J. Hayes, Hamblen, F. Norris, Dr. M. Townsend, P. Griffin, K Koehrn, PM Balson, L Wilson, R Seymour). See Individual Table of Contents for detailed description. | 6/28/2008 | 12.50 | $7,500.00 |
| Review, research, and writing and (Multiple electronic correspondences with B. Gilbert, J. Hayes, Dr. M. Townsend, H. Osofsky, J. Osofsky, F Norris, P. Griffin, K Koehrn, LD Wiedemann, K Wiedemann) See Individual Table of Contents for detailed description. | 6/29/2008 | 16.00 | $9,600.00 |
| Review, research, and writing - (Multiple electronic correspondences with B. Gilbert, R. Seymour, P. Griffin, Dr. M Townsend, Dr. J. Hayes, H. Osofsky, J. Osofsky, K Koehrn) See Individual Table of Contents for detailed description. | 6/30/2008 | 13.00 | $7,800.00 |
| Review, research, and writing - (Multiple electronic correspondences with B. Gilbert, J. Hayes, H. Osofsky, J. Osofsky, P. Griffin, Dr. M Townsend, K Koehrn) See Individual Table of Contents for detailed description. | 7/1/2008 | 9.50 | $5,700.00 |
| Review, research, and writing | 7/2/2008 | 4.50 | $2,700.00 |
| Review, research, and writing - (Multiple electronic correspondences with B. Gilbert, J. Hayes, H. Osofsky, J. Osofsky, P. Griffin) See Individual Table of Contents for detailed description. Deposition preparation. | 7/3/2008 | 3.50 | $2,100.00 |
| Review, research, and writing (electronic correspondences with K Koehrn) Review of electronic correspondence "Trends in Suicide Risk Associated With Hospitalized Psychiatric Illness". Deposition preparation. | 7/4/2008 | 0.50 | $300.00 |
| Review, research, and writing. Deposition preparation | 7/5/2008 | 2.50 | $1,500.00 |
| Review, research, and writing (electronic correspondences with K Koehrn). Deposition preparation. | 7/6/2008 | 2.00 | $1,200.00 |
| Data and literature review for deposition preparation (electronic correspondences with K Koehrn) **No charge for review of article "Relationship Violence Common Among College Students". (See Barge Reading Documentation Appendices)** | 7/8/2008 | 2.25 | $1,350.00 |

| Description | Date | Hours | Amount |
|---|---|---|---|
| Data and literature review for deposition preparation, electronic correspondences with AEC1@cdc.gov, K Koehrn, B Gilbert, R Seymour. See individual table of contents for detailed description. Deposition Preparation. | 7/9/2008 | 1.50 | $900.00 |
| Data and literature review for deposition preparation. | 7/10/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparation. | 7/11/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparation. | 7/13/2008 | 4.00 | $2,400.00 |
| Data and literature review for deposition preparation. | 7/16/2008 | 5.00 | $3,000.00 |
| Data and literature review for deposition preparation. | 7/19/2008 | 6.25 | $3,750.00 |
| Data and literature review for deposition preparation. (electronic correspondences with R Seymour, B Gilbert, K Wiedemann, LD Wiedemann, PM Balson) | 7/23/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparation. (electronic correspondences B Gilbert, R Seymour, ) | 7/24/2008 | 2.50 | $1,500.00 |
| Data and literature review for deposition preparation. (electronic correspondences with K Koehrn) | 7/25/2008 | 7.50 | $4,500.00 |
| Data and literature review for deposition preparation. (electronic correspondences with K Koehrn) | 7/26/2008 | 7.00 | $4,200.00 |
| Data and literature review for deposition preparation. | 7/27/2008 | 8.50 | $5,100.00 |
| Data and literature review for deposition preparation. (Multiple electronic correspondences with J. Hayes) | 7/28/2008 | 5.50 | $3,300.00 |
| Data and literature review for deposition preparation and (Multiple electronic correspondences with P. Griffin, Dr. M Townsend) See Individual Table of Contents for detailed description | 7/29/2008 | 3.00 | $1,800.00 |
| Data and literature review for deposition preparation and (Multiple electronic correspondences with P. Griffin, R. Seymour, A. Fuchsberg, B. Gilbert, LD. Wiedemann, Dr. M Townsend) See Individual Table of Contents for detailed description | 7/31/2008 | 2.50 | $1,500.00 |