| Description | Date | Hours | Amount |
|---|---|---|---|
| Review and proofing of plaintiff evaluations, scales with corrections noted. Deposition preparation. (Multiple electronic correspondences with B. Gilbert, R. Seymour, A. Fuchsberg, LD. Wiedemann, K. Wiedemann, Dr. M. Townsend, P. Griffin, K Koehrn) See Individual Table of Contents for description. | 8/1/2008 | 8.50 | $5,100.00 |
| Review and proofing of plaintiff evaluations, scales with corrections noted. Deposition preparation. | 8/2/2008 | 9.50 | $5,700.00 |
| Review and proofing of plaintiff evaluations, scales with corrections noted. Deposition preparation. | 8/3/2008 | 7.00 | $4,200.00 |
| Review and proofing of plaintiff evaluations, scales with corrections noted. Deposition preparation. (Multiple electronic correspondences with B. Gilbert, R. Seymour, A. Fuchsberg, LD. Wiedemann, K. Wiedemann, Dr. M. Townsend, P. Griffin, K Koehrn) See Individual Table of Contents for detailed description. | 8/4/2008 | 3.50 | $2,100.00 |
| Disaster and Medical literature review for deposition preparation and Multiple electronic correspondences with S Khorrami, R Seymour, B Gilbert, LD Wiedemann, K Wiedemann, A Fuchsberg, K Ball. See Individual Table of Contents for detailed description. | 8/8/2008 | 4.50 | $2,700.00 |
| Disaster and Medical literature review for deposition preparation and (Multiple electronic correspondences with S. Khorrami, Dr. M. Townsend, R. Seymour, B. Gilbert, LD. Wiedemann, K. Wiedemann, M. Bailey, M. Ravis, H, Sleviant, D. Pollard, J. Osofsky, H Osofsky, K Koehrn, Dr. J. Hayes, P Griffin) See Individual Table of Contents for detailed description. | 8/9/2008 | 7.00 | $4,200.00 |
| Disaster and Medical literature review and deposition teleconference preparation | 8/10/2008 | 9.50 | $5,700.00 |
| Disaster and Medical literature review for deposition preparation (electronic correspondences with Dr. M Townsend, H Osofsky, P Gilbert) | 8/11/2008 | 4.50 | $2,700.00 |
| Review, research, and writing. Deposition preparation. (Electronic correspondences with Dr. M Townsend, P Gilbert) | 8/12/2008 | 2.50 | $1,500.00 |
| Cancelled patients because deposition cancelled at the last minute | 8/14/2008 | 8.00 | $4,800.00 |

| Description | Date | Total Hrs | Total Due |
|---|---|---|---|
| Because of missed work opportunity - Disaster and Medical literature review for deposition preparation and (Multiple electronic correspondences with S. Khorrami, S. Teft, C. Sanchez, B. Kammerling, E. Morena, K. Travis, Dr. M. Townsend, R. Seymour, B. Gilbert, LD. Wiedemann, K. Wiedemann, M. Bailey, M. Ravis, H. Sleviant, D. Pollard, J. Osofsky, H Osofsky) See Individual Table of Contents for detailed description. | 8/15/2008 | 8.00 | $4,800.00 |
| | | 448.75 | $269,250.00 |
| **PREVIOUSLY INVOICED SEPARATELY - BUT STILL OUTSTANDING UNPAID** | | | |
| Expenses from Grand Rapids, Michigan to New Orleans, Louisiana: HOTEL: $173.87, TAXI: $22.00, FLIGHT: $1163.00  - Previously invoiced separately | 5/23/2008 | 0.00 | $1,358.87 |
| Expenses while in New Orleans, Louisiana: HOTEL: $153.24 TAXI: $11.00, MEALS: $96.00  - Previously invoiced separately | 5/24/2008 | 0.00 | $260.24 |
| Expenses from New Orleans, Louisiana to North Carolina MEALS: $37.91, TAXI: $11.00, - Previously invoiced separately | 5/25/2008 | 0.00 | $48.91 |
| Expenses for Drs. Weisler and Townsend to meet with Dr. Hayes in Phoenix, Arizona     TRANSPORTATION: $78.00  - Previously invoiced separately | 5/30/2008 | 0.00 | $78.00 |
| Expenses to New Orleans, Louisiana TAXI: $32.00, MEALS: $56.00  - Previously invoiced separately | 5/31/2008 | 0.00 | $88.00 |
| Expenses to New Orleans, Louisiana TAXI: $12.00, MEALS: $173.00  - Previously invoiced separately | 6/1/2008 | 0.00 | $185.00 |
| Expenses from Phoenix, Arizona to New Orleans, Louisiana and return to Raleigh, North Carolina plus Ticket Change Fees TAXI: $35.00, MEALS: $8.54, FLIGHT: $636.56  - Previously invoiced separately | 6/2/2008 | 0.00 | $680.10 |
| US Air Flight Cancellation -                    Bought travel for flight for 8/14/08 deposition | | | $150.00 |

$2,699.12

TOTAL  $271,949.12

\*\* See Appendices for Articles \*\*

\*\* Approximately 1900 minutes or 31 hours of Barge-related phone calls not including conference calls to Barge attorneys on 800 numbers or toll free numbers. Does not include use of local phones while in New Orleans or hotels or some conference calls with the Center of Disesase Control and the National Center for Post Traumatic Stress Disorder. All calls are already included in the hourly billing except for short calls which were not charged. \*\*

## RATE SUMMARY

| TYPE OF APPEARANCE /SERVICE | CHARGES | CHARGE FOR ADDITIONAL 15 MIN OR PART THEREOF |
|---|---|---|
| | $ 3,500 / half day o<br>$ 700 hr portal to portal | N/A |

| | | |
|---|---|---|
| Court Appearance and/or Preparation | $ 600 / hr | $150 |
| Deposition and/or Preparation | $ 600 / hr | $150 |
| Medical/Legal Conference | $ 600 / hr | $150 |
| Review of Records | $ 600 / hr | |
| Reimburse for all travel related expenses for client evaluations and depositions | | |

2nd update

# BARGE CASE

## Hours through 7/28/08 updated

Case #                File #

### DEPOSITIONS / CASE ACTIVITY

| EXPLANATION | REVIEW DATE | Actual Work Hours | AMOUNT |
|---|---|---|---|
| Review | 5/16/2008 | 3.50 | $2,100.00 |
| Research and literature reading | 5/17/2008 | 5.00 | $3,000.00 |
|  | 5/18/2008 | 3.50 | $2,100.00 |
| **As of noon time** | 5/19/2008 | 4.00 | $2,400.00 |
| **12:00 - 6:00 pm** |  |  |  |
| Research and literature reading | 5/19/2008 | 3.00 | $1,800.00 |
| Review | 5/20/2008 | 2.50 | $1,500.00 |
| Review | 5/21/2008 | 2.00 | $1,200.00 |
| Interview preparation, obtaining scales, & developing study methods | 5/22/2008 | 4.50 | $2,700.00 |
| Travel & scale/methods preparation for New Orleans interviews | 5/23/2008 | 7.00 | $4,200.00 |
| New Orleans client evaluations and preparation | 5/24/2008 | 13.00 | $7,800.00 |
| New Orleans client evaluations and preparation | 5/25/2008 | 15.00 | $9,000.00 |
| Writing preparation | 5/26/2008 | 2.50 | $1,500.00 |
| Review and meeting with Drs. Townsend and Hayes | 5/29/2008 | 8.50 | $5,100.00 |
| Review and meeting with Dr. Sheehan | 5/30/2008 | 7.00 | $4,200.00 |
| Review and planning | 5/31/2008 | 7.50 | $4,500.00 |
| Client interviews and data collection and analysis | 6/1/2008 | 13.25 | $7,950.00 |
| Data review, analysis, and meeting with B. Gilbert and R. Seymour | 6/2/2008 | 10.00 | $6,000.00 |
|  | 6/4/2008 | 6.50 | $3,900.00 |
| Writing, analyzing, reading & calling | 6/5/2008 | 5.50 | $3,300.00 |
| Writing, analyzing, reading & calling | 6/6/2008 | 3.50 | $2,100.00 |
| Writing, analyzing, reading & calling | 6/7/2008 | 6.50 | $3,900.00 |
| Writing, analyzing, reading & calling | 6/8/2008 | 13.00 | $7,800.00 |

Richard H. Weisler, M.D. Deposition
Oct. 9, 2011                Exhibit 6

| EXPLANATION | REVIEW DATE | Actual Work Hours | AMOUNT |
|---|---|---|---|
| Review, research, and writing | 6/9/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/10/2008 | 4.50 | $2,700.00 |
| Review, research, and writing | 6/11/2008 | 6.50 | $3,900.00 |
| Review, research, and writing | 6/12/2008 | 5.00 | $3,000.00 |
| Review, research, and writing | 6/13/2008 | 7.00 | $4,200.00 |
| Review, research, and writing | 6/14/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/15/2008 | 4.00 | $2,400.00 |
| Review, research, and writing | 6/16/2008 | 5.50 | $3,300.00 |
| Review, research, and writing | 6/17/2008 | 5.50 | $3,300.00 |
| Review, research, and writing | 6/23/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/24/2008 | 6.50 | $3,900.00 |
| Review, research, and writing | 6/25/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 626/2008 | 11.50 | $6,900.00 |
| Review, research, and writing | 6/27/2008 | 13.50 | $8,100.00 |
| Review, research, and writing | 6/28/2008 | 12.50 | $7,500.00 |
| Review, research, and writing | 6/29/2008 | 16.00 | $9,600.00 |
| Review, research, and writing | 6/30/2008 | 13.00 | $7,800.00 |
| Review, research, and writing | 7/1/2008 | 9.50 | $5,700.00 |
| Review, research, and writing | 7/2/2008 | 4.50 | $2,700.00 |
| Review, research, and writing | 7/3/2008 | 3.50 | $2,100.00 |
| Review, research, and writing | 7/4/2008 | 0.50 | $300.00 |
| Review, research, and writing | 7/5/2008 | 2.50 | $1,500.00 |
| Review, research, and writing | 7/6/2008 | 2.00 | $1,200.00 |
| | | Subtotal Hrs | Subtotal |
| | | 310.25 | $186,150.00 |

| EXPLANATION | REVIEW DATE | Actual Work Hours | AMOUNT |
|---|---|---|---|
| Data and literature review for deposition preparation | 7/8/2008 | 2.25 | $1,350.00 |
| Data and literature review for deposition preparation | 7/9/2008 | 1.50 | $900.00 |
| Data and literature review for deposition preparation | 7/10/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparation | 7/11/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparation | 7/13/2008 | 4.00 | $2,400.00 |
| Data and literature review for deposition preparation | 7/16/2008 | 5.00 | $3,000.00 |
| Data and literature review for deposition preparation | 7/19/2008 | 6.25 | $3,750.00 |
| Data and literature review for deposition preparation | 7/23/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparation | 7/24/2008 | 2.50 | $1,500.00 |
| Data and literature review for deposition preparation | 7/25/2008 | 7.50 | $4,500.00 |
| Data and literature review for deposition preparation | 7/26/2008 | 7.00 | $4,200.00 |
| Data and literature review for deposition preparation | 7/27/2008 | 8.50 | $5,100.00 |
| Data and literature review for deposition preparation | 7/28/2008 | 5.50 | $3,300.00 |
| | | Total Hrs | Total |
| | | 60.50 | $36,300.00 |
| | | Grand Total Hrs | Total Due |
| | | 370.75 | $222,450.00 |

| EXPLANATION | REVIEW DATE | Actual Work Hours | AMOUNT |
|---|---|---|---|
| Data and literature review for deposition preparation | 7/29/2008 | 3.00 | $1,800.00 |
| Data and literature review for deposition preparation | 7/31/2008 | 2.50 | $1,500.00 |
| Review and proofing of plaintiff evaluations, scales with corrections noted | 8/1/2008 | 8.50 | $5,100.00 |
| Review and proofing of plaintiff evaluations, scales with corrections noted | 8/2/2008 | 9.50 | $5,700.00 |
| Review and proofing of plaintiff evaluations, scales with corrections noted | 8/3/2008 | 7.00 | $4,200.00 |
| Review and proofing of plaintiff evaluations, scales with corrections noted | 8/4/2008 | 3.50 | $2,100.00 |
| Disaster and Medical literature review for deposition preparation | 8/8/2008 | 4.50 | $2,700.00 |
| Disaster and Medical literature review for deposition preparation | 8/9/2008 | 7.00 | $4,200.00 |
| Disaster and Medical literature review and deposition teleconference preparation | 8/10/2008 | 9.50 | $5,700.00 |
| Disaster and Medical literature review for deposition preparation | 8/11/2008 | 4.50 | $2,700.00 |
| Review, research, and writing | 8/12/2008 | 2.50 | $1,500.00 |
| Cancelled patients because deposition cancelled at the last minute | 8/14/2008 | 8.00 | $4,800.00 |
| Because of missed work opportunity | 8/15/2008 | 8.00 | $4,800.00 |
| | | Total hrs 78.00 | Total $46,800.00 |
| | | Total Hrs 448.75 | Total Due $269,250.00 |

**US Air Flight Cancellation**

| | | | |
|---|---|---|---|
| Bought travel for flight for 8/14/08 deposition | | | $150.00 |
| | | | TOTAL $269,400.00 |

# RATE SUMMARY

| TYPE OF APPEARANCE /SERVICE | CHARGES | CHARGE FOR ADDITIONAL 15 MIN OR PART THEREOF |
|---|---|---|
| Court Appearance and/or Preparation | $3,500 / half day or $700 hr portal to portal | N/A |
| Deposition and/or Preparation | $600 / hr | $150 |
| Medical/Legal Conference | $600 / hr | $150 |
| Review of Records | $600 / hr | $150 |

Reimburse for all travel related expenses for client evaluations and depositions

30-Jun-08

Re:

CvS 1734   File# 013396 / 22544

Dear

We are submitting this invoice for time spent on this case.
Please see the attached invoice with charges relative to Case#
File No.           . Your prompt assistance in this matter is greatly
appreciated. Please feel free to give me a call with any questions
you may have.

Sincerely,

Richard H. Weisler, MD