| | |
|---|---|
| Subj: | **Invoice question** |
| Date: | 7/30/2008 10:02:22 A.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | RWeisler@aol.com |
| CC: | fishkat@cox.net, rick@rickseymourlaw.net, karenwiedemann@bellsouth.net, pistols42@aol.com, karlwied@bellsouth.net, ldwiedeman@aol.com |

Dear Rick W,
We are in receipt of your invoice.
It's much more than we expected or can afford.
For example. Mark Townsend's invoice is about one-fifth of yours;
also, his billing rate is one-half.
We are operating on a shoe string budget and if you could
bring this down to Mark's area, it would be much appreciated.
Sincerely
Alan


Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

**Richard H. Weisler, M.D. Deposition**
**Oct. 9, 2011**            **Exhibit 24**

Tuesday, September 16, 2008 America Online: RWeisler

EXHIBIT 25