**Subject:** [Fwd: Barge Cases: Dr. Weisler's Invoice]
**From:** "Brian A. Gilbert" <fishkat@cox.net>
**Date:** Sun, 17 May 2009 12:11:58 -0500
**To:** "Brian A. Gilbert" <fishkat@cox.net>

─ Barge Cases: Dr. Weisler's Invoice.eml ──────────────────

**Subject:** Barge Cases: Dr. Weisler's Invoice
**From:** "Richard T. Seymour" <rick@rickseymourlaw.net>
**Date:** Tue, 29 Jul 2008 18:46:12 -0400
**To:** "'Fuchsberg, Allen'" <a.fuchsberg@fuchsberg.com>
**CC:** "'Law Office of Brian A. Gilbert'" <bgilbert@briangilbertlaw.com>, "Brian Gilbert \(home\)" <fishkat@cox.net>, "Lawrence Wiedemann" <ldwiedeman@aol.com>, "Karen Wiedemann" <karenwiedemann@bellsouth.net>, "Patrick Sanders" <pistols42@aol.com>, "Karl Wiedemann" <karlwied@bellsouth.net>

```
        Alan, Dr. Weisler submitted his invoice today for $216,390 at $600
an hour, and it's fair to say that the amount is a shock.  It's about  five
times what Mark Townsend charged, and twice his rate.

        When you were discussing the case with him or e-mailing with him,
was there a retainer or a budget?  If so, please send it to us.

        Did you ever have a discussion with him about the rate or about the
need to keep expenses low?  If that was memorialized in an e-mail or letter,
please send it to us.

        This is a huge problem, and we need to make sure we're on top of the
facts before the NOLA people and/or I talk to Dr. Weisler about a major
adjustment.

                    Rick


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:   202-862-4320
    Cell:      202-549-1454
    Facsimile:   800-805-1065
    e-mail:  rick@rickseymourlaw.net
    Web Site:    www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently  shown
the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial
Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY:  Please note that (1) e-mail communication is not a  secure
method of communication, (2) any e-mail that is sent to you or by you  may be
copied and held by various computers it passes through as it goes from me to
you or vice versa, (3) persons not participating in our communication may
```

EXHIBIT 26