**Richard T. Seymour**

| | |
|---|---|
| **From:** | Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com] |
| **Sent:** | Tuesday, August 12, 2008 12:29 PM |
| **To:** | 'Townsend, Mark'; rweisler@aol.com |
| **Cc:** | 'Abir, Danny'; 'Bailey, Matt'; 'Gilbert, Brian'; 'Inestroza, Celia'; 'Kammerling, Becki'; 'Khorrami, Shawn'; 'Moreno, Edward'; 'Pollard, Dylan'; 'Ravis, Mark'; 'Sanders, Pat'; 'Seymour, Rick'; 'Tandon, Sonia'; 'Wiedemann, Karen'; 'Wiedemann, Karl'; 'Wiedemann, Larry' |
| **Subject:** | Barge Case - |

Gentlemen:

For the time being, we request that you suspend all work on the Barge Case. We must take stock of the legal backdrop underlying our emotional distress claims, and until we have a clearer picture, we do not want to engage in any effort that might actually hinder compensation. Dr. Weisler's deposition will not take place this week, and no preparation for the deposition would be appropriate at this time. We will advise once we have conferred and reached consensus as to the legal questions that concern us. Thank you for your understanding.

**From:** Townsend, Mark [mailto:MTowns@lsuhsc.edu]
**Sent:** Monday, August 11, 2008 6:13 PM
**To:** Law Office of Brian A. Gilbert; rweisler@aol.com
**Subject:** RE: Please take a look at the census track maps and block group data. Please verify

Brian,
As we mentioned on the phone last night, there were some minor discrepancies and corrections that will make each record consistent. I will clearly indicate that this is a correction by initialing and dating any changes, but I think it will help us if we need to look at this in the future.
At any rate, do you think I should swing by and pick them up and make the corrections? Then, do I return the corrected records to you so?
Thanks,
Mark

**From:** Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
**Sent:** Monday, August 11, 2008 3:54 PM
**To:** rweisler@aol.com; Townsend, Mark
**Subject:** FW: Please take a look at the census track maps and block group data. Please verify


EXHIBIT 27

**From:** RWeisler@aol.com [mailto:RWeisler@aol.com]
**Sent:** Thursday, June 19, 2008 4:08 PM
**To:** rick@rickseymourlaw.net; bgilbert@briangilbertlaw.com; LDWIEDEMAN@aol.com; a.fuchsberg@fuchsberg.com
**Cc:** mtowns@lsuhsc.edu
**Subject:** Please take a look at the census track maps and block group data. Please verify

Rick,

I will give you a call to discuss our search today on Factfinder.census.gov. I needed age, sex, and race data to estimate the number of people who may have been impacted. We came up with roughly 43,000 people living in the area based on the 2000 census. Since one of the census tract block groups is bisected by Paris Road in St. Bernard Parish we will have to do a more refined analysis, but it won't change the overall number much. Are we leaving out any other populations that were impacted by barge related flooding in your opinion?

1

**Richard H. Weisler, M.D. Deposition**
**Oct. 9, 2011        Exhibit 34**

**Attachment H**

Thanks,

Rick Weisler 919 616-4704

---

Gas prices getting you down? Search AOL Autos for fuel-efficient <u>used cars</u>.