## Richard T. Seymour

| | |
|---|---|
| **From:** | RWeisler@aol.com |
| **Sent:** | Friday, September 05, 2008 3:50 PM |
| **To:** | rick@rickseymourlaw.net; bgilbert@briangilbertlaw.com; a.fuchsberg@fuchsberg.com; LDWIEDEMAN@aol.com; karenwiedemann@bellsouth.net |
| **Cc:** | mtowns@lsuhsc.edu; josofs@lsuhsc.edu; hosofs@lsuhsc.edu |
| **Subject:** | Fwd: Whether you have been paid for your work already in the barge case? |

I just resent this as it bounced back from some of you. Rick

---

Mark Townsend called to inform me that has **not** been paid to his knowledge though he will check again with the departmental business manager on Monday to see if check recently arrived. Joy and Howard Osofsky have **not** been paid as is reflected in Joy's email. Jill wrote to say that she has been paid for almost all her work except for a few small charges. I haven't heard from Phil yet. We collectively look forward to talking with you early next week to get this issue resolved.  Rick

From: JOsofs@lsuhsc.edu
To: RWeisler@aol.com
Sent: 9/5/2008 3:16:04 P.M. Eastern Daylight Time
Subj: Re: Whether you have been paid for your work already in the barge case?


Howard and I have not received any payment

Joy
-----------------
Joy D. Osofsky, Ph.D.
Josofs@lsuhsc.edu
(504) 296-9011 (cell)

---

**From:** RWeisler@aol.com <rweisler@aol.com>
**To:** Townsend, Mark; Osofsky, Howard; Osofsky, Joy; Griffin, Phillip T.; jillhayes@cox.net <jillhayes@cox.net>
**Cc:** rick@rickseymourlaw.net <rick@rickseymourlaw.net>; bgilbert@briangilbertlaw.com
<bgilbert@briangilbertlaw.com>; a.fuchsberg@fuchsberg.com <a.fuchsberg@fuchsberg.com>;
LDWIEDEMAN@aol.com <ldwiedeman@aol.com>; karenwiedemann@bellsouth.net
<karenwiedemann@bellsouth.net>
**Sent:** Fri Sep 05 13:58:32 2008
**Subject:** Whether you have been paid for your work already in the barge case?
I just got off the phone with Rick Seymour. I was very surprised when he told me that he was under the impression that many if not all of you had already been paid in the Barge case. That is certainly not my understanding from my conversations with you. I would appreciate it if you would each send a note to everyone on this list if you have already been paid partially or in full for your work. I know Mark did say that he had gotten one small payment to cover supply related expenses. Only Jill Hayes has been paid for services rendered to my knowledge and that was back in June I think.

Thanks for your input, Rick 919 616-4704

> **EXHIBIT**
> **28**

---

Psssst...Have you heard the news? There's a new fashion blog, plus the latest fall trends and hair styles at StyleList.com.

PRIVILEGED AND CONFIDENTIAL        BargePSLCWeisSeym001837