Mark
**From:** Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
**Sent:** Monday, August 11, 2008 3:54 PM
**To:** rweisler@aol.com; Townsend, Mark
**Subject:** FW: Please take a look at the census track maps and block group data. Please verify
**From:** RWeisler@aol.com [mailto:RWeisler@aol.com]
**Sent:** Thursday, June 19, 2008 4:08 PM
**To:** rick@rickseymourlaw.net; bgilbert@briangilbertlaw.com; LDWIEDEMAN@aol.com; a.fuchsberg@fuchsberg.com
**Cc:** mtowns@lsuhsc.edu
**Subject:** Please take a look at the census track maps and block group data. Please verify
Rick,
I will give you a call to discuss our search today on Factfinder.census.gov. I needed age, sex, and race data to estimate
the number of people who may have been impacted. We came up with roughly 43,000 people living in the area based on
the 2000 census. Since one of the census tract block groups is bisected by Paris Road in St. Bernard Parish we will have
to do a more refined analysis, but it won't change the overall number much. Are we leaving out any other populations that
were impacted by barge related flooding in your opinion?
Thanks,
Rick Weisler 919 616-4704
Gas prices getting you down? Search AOL Autos for fuel-efficient used cars.
PRIVILEGED AND CONFIDENTIAL BargePSLCWeisSeym001737

---

OUSTANDING BILLS FROM MULTIPLE GROUPS

**Subject:** FW: Update - Expert Witness Invoices
**From:** "Law Office of Brian A. Gilbert" <bgilbert@briangilbertlaw.com>
**Date:** Wed, 13 Aug 2008 09:16:44 -0500
**To:** "'Brian A. Gilbert'" <fishkat@cox.net>
**From:** Danny Abir [mailto:DAbir@kpalawyers.com]
**Sent:** Tuesday, August 12, 2008 5:03 PM
**To:** Barge Accounting
**Subject:** Update - Expert Witness Invoices
Here is the update on the outstanding invoices for the expert witnesses:
CivilTech Engineering (Total Billed: $398,389.79): A payment arrangement of $100,000 per month has been
negotiated. First payment will be mailed out on August 13, 2008.
G & C Appraisals (Total Billed: $22,523.00): A payment arrangement of $5,630.75 per month has been negotiated.
First payment will be mailed out on August 13, 2008.
Greenfield Advisors, LLC (Total Billed: $98,113.96): A payment arrangement of $24,528.49 per month has been
negotiated. First payment will be mailed out on August 13, 2008.
Helmer Engineering, Inc. (Total Billed: $42,120.00): A payment for $21,060.00 will be mailed out on August 13, 2008.
The remaining balance will be paid out in two payments of $10,530 over September and October 2008.
KDON (Total Billed: $5,862.50): Full payment will be mailed out on August 13, 2008.



EXHIBIT 30

Ocean – Oil Expert Witness, Inc. (Total Billed $67,690.44): A payment arrangement of $16,922.61 per month has
been negotiated. First payment will be mailed out on August 13, 2008.
Bartlett Engineering (Total Billed: $54,793.93): A payment arrangement has been made for two payments of
$27,397.00 to begin in September.
Marino Engineering Associates (Total Billed $100,444.00): A check for $25,000 will be mailed out on August 13,
2008. The remaining balance will be paid over the following two months.
Any payment on the invoices for LSU Health Sciences Center and Rick Weisler, which total in excess of 290,000 will
be on hold pending resolution on the issues pending on the invoices.
CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from
FW: Update - Expert Witness Invoices
1 of 2 10/11/2010 5:17 PM
PRIVILEGED AND CONFIDENTIAL BargePSLCWeisSeym001738
the law firm of Khorrami, Pollard & Abir, LLP, and are
intended solely for the use of the named recipient or
recipients. This e-mail may contain privileged
attorney/client communications or work product. Any
dissemination of this e-mail by anyone other than an
intended recipient is strictly prohibited. If you are not a
named recipient, you are prohibited from any further
viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments. If you believe you have
received this e-mail in error, notify the sender
immediately and permanently delete the e-mail, any
attachments, and all copies thereof from any drives or
storage media and destroy any printouts of the e-mail or
attachments.
FW: Update - Expert Witness Invoices
2 of 2 10/11/2010 5:17 PM
PRIVILEGED AND CONFIDENTIAL BargePSLCWeisSeym001739

---

MARK'S REQUEST FOR PAYMENT TO KHORRAMI

1
**Richard T. Seymour**
**From:** Townsend, Mark [MTowns@lsuhsc.edu]
**Sent:** Friday, August 15, 2008 6:20 PM
**To:** Khorrami, Shawn
**Cc:** Tefft, Stan; Paul Balson; Pollard, Dylan; Ravis, Mark; Sanders, Pat; Seymour, Rick; Tandon, Sonia; Wiedemann, Karen; Wiedemann, Karl; Wiedemann, Larry; Law Office of Brian A. Gilbert; rweisler@aol.com; Abir, Danny; Bailey, Matt; Inestroza, Celia; Kammerling, Becki; Moreno, Edward
**Subject:** Mark Townsend MD second invoice
Dear Mr. Khorrami,
The invoice for the remainder of my work performed on behalf of the firms representing the "barge case" has been
prepared and should be on its way to you. The invoice, along with the first—sent to Ms. Karen Wiedemann and which I
believe you are also in receipt—represents fees for the entirety of my work completed through June 30, 2008, at which