I do not know who has been paid what.  Weisler thought none of them had been paid anything by KPA.

    We need to keep in mind the actual situation.  Weisler had to research fields of expertise that were NOT his own, in order to be able to sign a report that included fields of expertise NOT his own.

    Weisler had to oversee the activities of people in fields of expertise that were NOT his own, for the same reason.

    We asked him to do these things, because of the hard limit on the number of experts.

    Weisler says that he told Alan he wanted to send interim statements, to make sure that all the lawyers knew how much work was being done, and the kind of work that was being done, so they would not be surprised.  He says that Alan told him not to, because we were tied up in other things and could not pay attention to it at the time, and assured him there would be no problem. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    Weisler says that Alan never mentioned a limit, or the need to hold costs down at any point.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    Weisler and Townsend tried a couple of times to get a report-writer into the mix at the end, with the explanation that it would save time to let someone who knew how to do it quickly handle the job.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.  Now we see that, whatever the other concerns, this might have saved money.

    Did they actually work long hours in the last week?  I expect so.  Were they efficient?  Probably not.  We can talk about the lack of detail and we can talk about efficiency (they will respond with the point in the paragraph above), and one can have a civilized conversation that might lead somewhere. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓n.

    As I've said before, I think we will lose as to the bulk of Weisler's bill under these circumstances if there is litigation.

    I do NOT think it was a good idea to call Shawn and ask him to do any negotiation, unless our goal is to guarantee litigation.  We are at risk, not Shawn, and Shawn is far too convinced of perspectives that are contrary to those a judge and jury will take.

    Negotiating this mess is our job, if we want to have any hope of success.

    Rick


-----Original Message-----
From: fishkat@cox.net [mailto:fishkat@cox.net]
Sent: Wednesday, September 03, 2008 4:21 PM
To: 'Karl Wiedemann'; 'Karen Wiedemann'; rick@rickseymourlaw.net; ldwiedeman@aol.com; Pistols42@aol.com; bgilbert@briangilbertlaw.com
Subject: Re: Barge Cases: URGENT re Medical Experts

The letter sent by Danny is a form letter sent to all experts.  It's a CYA letter meant only to clarify that no obligation is established by payment from KPA.  It does not say the any expert will not be paid.  In fact, all but some of the psychs have.  The problems is that Weisler's bill is abusive


EXHIBIT 16

PRIVILEGED AND CONFIDENTIAL    BargePSLCWeisSeym001826