UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel comes, Plaintiff, Dr. Richard H. Weisler, ("Dr. Weisler") and pursuant to ULR 56.1, submits the following statement of material facts as to which there is no genuine issue to be tried.

1. On or about May 16, 2008, Defendant, Alan Fucshburg, acting on behalf of "a small group of attorneys" contacted Plaintiff, Dr. Richard Weisler, and requested that he act as an expert to establish an "emotional injury subclass."

2. Dr. Weisler agreed to work as an expert in this capacity.

3. Dr. Weisler advised Defendant, Alan Fucshburg that his rate was $600.00 per hour.

4. The Defendants directed the activities of Dr. Weisler, as well as other mental healthcare professionals.

5. Dr. Weisler agreed to act as the lead, testifying expert who would write the report requested by the Defendants.

6. Dr. Weisler completed the report which the Defendants accepted.

7. Dr. Weisler billed the Defendants on several occasions for a total amount of $272,049.56.

8. The Defendants have refused to pay Dr. Weisler.

Respectfully submitted,

____/s/ Andrew C. Wilson_____
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Susan F. Clade (1033)
Christopher B. Conley (31674)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999
Attorneys for Plaintiff, Richard H. Weisler, M.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

____/s/ Andrew C. Wilson_____