From: a.fuchsberg@fuchsberg.com
To: MTowns@lsuhsc.edu, jillhayes@cox.net, a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, pgriff@lsuhsc.edu
CC: RWeisler@aol.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net, pmbalson@hotmail.com
Sent: 5/29/2008 10:17:45 P.M. Eastern Daylight Time
Subj: Re: A psychologist and a suggestion

Mark,
As for a single point of entry, do you mean among the psychiatrists as opposed to between the lawyers?
If so, my understanding is that there will need to be a principal psychiatrist/report author for the class action expert opinion report due June 12. This person will need to sign the report and be willing to testify as to the nature of the study that the report is about: as to efforts that were taken by the group to evaluate class representatives, methodology that was followed for these evaluations, the findings as to each class reps conditon--ranging from those who continue to be ill to those who were not injured to any diagnosable degree, and what are the psychiatric disorders found in them associated with Katrina are found and how is this concluded..
    Then we need a workable supportable defensible plan to evaluate anyone who comes forward from the 9th Ward (up to Parish Road) in response to a class notice, potentially 5,000 (more or less?) of the 40,000 or so residents; abridged evaluations consistant with recognized psychiatric principles, des cribing what methodology could be used to screen and then shortly identify individuals who suffered or continue to suffer an emotional injury as recognized under a standard diagnostic criteria(s). Of course it would be best to have a psychiatric consensus

EXHIBIT 2