```
-----Original Message-----
From: "Richard T. Seymour" <rick@rickseymourlaw.net>
Date: Sat, 24 May 2008 12:27:39
To:"Alan \(office\) Fuchsberg" <a.fuchsberg@fuchsberg.com>,"Brian
Gilbert"
<bgilbert@briangilbertlaw.com>,"Brian Gilbert \(home\)"
<fishkat@cox.net>,"Charles Nolet" <cnolet@wgdnlaw1.com>,"Cindy Arias"
<carias@wgdnlaw1.com>,"David Druker" <ddruker@wgdnlaw1.com>,"Edward L.
Moreno" <eleemoreno@gmail.com>,"Jullion Taylor"
<jullion@rickseymourlaw.net>,"Karen Wiedemann"
<karenwiedemann@bellsouth.net>,"Karl Wiedemann"
<karlwied@bellsouth.net>,"Lawrence Wiedemann"
<ldwiedeman@aol.com>,"Lawrence
Wilson" <lwilson@wgdnlaw1.com>,"Leslie Kelmachter"
<l.kelmachter@fuchsberg.com>,"Patrick Sanders" <pistols42@aol.com>
Subject: Barge Cases: Medical Results
```

Highly Confidential:
1. ████████████ is in very poor shape. ████ will be there today, and
has agreed to return tomorrow so that they can finish. ████ meets the
strict
criteria for PTSD, ████ definitely has bipolar disorder, and ████ is in
a
"mixed state." After the flood, ████ had suicidal thoughts and thought
of
killing ████████ and her children. ████ no longer has suicidal thoughts,
but
does have frequently recurring nightmares of drowning. ████ NEEDS
TREATMENT
[Fwd: Barge Cases: Medical Results]
12 of 20 10/11/2010 3:12 PM
PRIVILEGED AND CONFIDENTIAL BargePSLCWeisSeym000358
and is not getting any. Dr. Weisler will give ████ referrals to people
in
Texas. WE'RE ON NOTICE. Can we do anything to help ████ get a treater
in
the ████████ area, which is where ████ is?
2. ████████████ meets the clinical criteria and has a good distress
claim.
3. ████████████ does NOT have a good distress claim; ████ distress is
actually caused by the death of ████ son from a drug overdose a few
months
before the flood, and Katrina has little to do with ████ present
emotional
state. ████ is a class rep for other subclasses, but not emotional
distress.
Note: This is a very useful result, because we need to show that we
can
screen people out.
4. It is taking longer than expected. They will ask the 3:30 people
to come in tomorrow.
5. All of the inevitable interim problems so far have been resolved.
Rick



EXHIBIT
13