**Attachment 16**        **Expert Compensation**

1) Mark H. Townsend, MD is being reimbursed at a rate of $600/hour. He estimates that he has worked over 80 hours to date.

2) Howard J, Osofsky, MD is being reimbursed at a rate of $600/hour. He has billed $13,200 to date.

3) Joy D. Osofsky, PhD is being reimbursed at a rate of $400/hour. She has billed $7,000 to date.

4) Jill S. Hayes, PhD is being reimbursed at a rate of $350/hour. She has billed about $21,000 to date.

5) Philip Griffin, PhD has billed $2400 to date.

6) Richard H. Weisler, MD is being reimbursed at a rate of $600/hour. I estimate that I have worked over 260 hours to date. My work included designing, implementing, and seeing potential class representatives in the pilot evaluation study. I also reviewed the medical literature, talked to consultants and collaborators, and wrote the expert opinion report. I will also be reimbursed about $ 2500 for travel related costs that I have already paid. The travel was related to my going to New Orleans on 2 occasions to evaluate potential class representatives, see impacted neighborhoods, and work on writing up the evaluations.



EXHIBIT 23