privileged and confidential information intended only for the use of the
individual or entity named above. If the reader of this transmission is not
the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this transmission is strictly prohibited. If you
have received this transmission in error, please call (202) 862-4320.
[Fwd: Re: proposed Master Protective Order]
5 of 7 10/11/2010 3:58 PM
PRIVILEGED AND CONFIDENTIAL BargePSLCWeisSeym000551

-----Original Message-----
From: Karen Wiedemann [mailto:karenwiedemann@bellsouth.net]
Sent: Thursday, September 11, 2008 11:43 AM
To: rick@rickseymourlaw.net; Brian Gilbert (home)
Cc: Law Office of Brian A. Gilbert
[Fwd: Re: Weisler, et al]
3 of 13 10/11/2010 4:01 PM
PRIVILEGED AND CONFIDENTIAL BargePSLCWeisSeym001859
Subject: Re: Weisler, et al
If everyone is tied up today but me, then today is not the time to have the
conference. The docs may be upset about not getting paid, but at present we
are not using them and they don't have much leverage against us. I am not
suggesting they don't get paid, but I am not seeing this as a crisis which
must be handled today, with Brian leaving an important depo, and Rick trying
to manage his schedule. When you all are freed up, we will arrange the
call.
Karen

From: "Richard T. Seymour" <rick@rickseymourlaw.net>
To: "'Karen Wiedemann'" <karenwiedemann@bellsouth.net>
Cc: <bgilbert@briangilbertlaw.com>; "'Brian Gilbert (home)'" <fishkat@cox.net>
Sent: Wednesday, July 30, 2008 1:19 PM
Subject: RE: Barge Cases: Mark Townsend's Bill
Page 1 of 2
8/31/2010
Blast! There goes a good argument. Would you please send me copies of all
their bills? I don't want to be wrong again.
-----Original Message-----
From: Karen Wiedemann [mailto:karenwiedemann@bellsouth.net]
Sent: Wednesday, July 30, 2008 11:44 AM
To: rick@rickseymourlaw.net
Subject: Re: Barge Cases: Mark Townsend's Bill
Rick,
I just looked at Townsend's bill. It is 600.00 per hour. Phillip T.
Griffin, PhD, ABPP Professor of Clinical Psychiatry is 300.00 per hour, and
500.00 per hour trial time; Jill Hayes is 350.00 per hour; Howard J. Osofsky
is 600.00 per hour (he is the Chair of the LSUHSC Department of Psychiatry.
----- Original Message -----
From: "Richard T. Seymour" <rick@rickseymourlaw.net>
To: "'Law Office of Brian A. Gilbert'" <bgilbert@briangilbertlaw.com>;



EXHIBIT 29