UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolidated cases |
| | * * * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.*   09-2737 | * * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## SEYMOUR, GILBERT, AND FUCHSBERG DEFENDANTS' APPLICATION TO THE CLERK PURSUANT TO RULE 55(a), FED. R. CIV. PRO., FOR ENTRY OF DEFAULT ON DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF

On May 29, 2009, Defendants filed their "Answer, Affirmative Defenses, Counterclaims And Request For Trial By Jury" (Doc. 18946).[1] This document also set forth three allegations as to the jurisdiction and venue of this Court over the counterclaims, four allegations as to the parties to the counterclaims, and sixteen general allegations.

Plaintiff never answered the Counterclaims and never disputed the allegations specifically underlying the counterclaims.[2]

The deadline for amending pleadings herein expired on May 12, 2011.[3]

---

[1] A copy of Defendants' May 29, 2009 Answer, Affirmative Defenses, Counterclaims And Request For Trial By Jury is attached hereto as Exhibit 1.

[2] Declaration of Richard T. Seymour, attached hereto as Exhibit 2.

[3] Scheduling Order (Doc. 20222), attached hereto as Exhibit 3.

1

WHEREFORE, the Seymour, Gilbert and Fuchsberg defendants request that the Clerk enter default, as provided for in Rule 55(a), Fed. R. Civ. Pro.

Respectfully Submitted,

/s/ Richard T. Seymour
Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.
Washington, D.C.  20006-3307
rick@rickseymourlaw.net
(202) 785-2145 – Telephone
(202) 549-1454 – Cell
(800) 805-1065 – Facsimile

*Attorney for Defendants Richard T. Seymour and [misnamed] "Richard T. Seymour P.L.L.C."*

**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**

*/s/Brian A. Gilbert*
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
bgilbert@briangilbertlaw.com

*Attorney for improperly named individual Defendant Brian A. Gilbert, and Defendant Law Office of Brian A. Gilbert, P.L.C.*

/s/Bradley S. Groce
DAVID V. BATT, #2849
BRADLEY S. GROCE, #26037
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

*Attorneys for Defendants Alan Fuchsberg and the Jacob D. Fuchsberg Law Firm*

Dated: October 18, 2011

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of October, 2011, I served a copy of the Seymour, Gilbert, and Fuchsberg Defendants' Application to the Clerk Pursuant to Rule 55(a), Fed. R. Civ. Pro., for Entry of Default on Defendants' Counterclaims Against Plaintiff, with attachments, on counsel of record for Plaintiff, as shown below, and on all other counsel and parties through the Court's ECF system and, where the party served is not on the ECF system, by e-mail:

      Andrew C. Wilson, Esq.
      Simon, Peragine, Smith & Redfearn, L.L.P.
      30th Floor - Energy Centre
      1l00 Poydras Street
      New Orleans, LA 70163-3000

      /s/ Richard T. Seymour
      Richard T. Seymour
      *Attorney for Defendants Richard T. Seymour and [misnamed]  Seymour P.L.L.C."*