# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * * | SECTION "K" (2) |
| | * * | |
| *Weisler v. Seymour, et al.*    09-2737 | * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

# DECLARATION OF RICHARD T. SEYMOUR IN SUPPORT OF THE SEYMOUR, GILBERT, AND FUCHSBERG DEFENDANTS' APPLICATION TO THE CLERK PURSUANT TO RULE 55(a), FED. R. CIV. PRO., FOR THE CLERK'S ENTRY OF DEFAULT ON DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF

CITY OF WASHINGTON    )
                      ) ss:
DISTRICT OF COLUMBIA  )

I declare that the following statements are true, subject to the penalties for perjury:

1.     I am an adult, over the age of 21.

2.     I have never been served with any Answer to any of the counterclaims in

Defendants May 29, 2009, "Answer, Affirmative Defenses, Counterclaims And Request For

Trial By Jury" (Doc. 18946).

1

2

3. I have never been served with any Answer to any of the allegations in support of the counterclaims in Defendants May 29, 2009, "Answer, Affirmative Defenses, Counterclaims And Request For Trial By Jury" (Doc. 18946).

4. I have examined the docket entries in this case after Defendants filed their counterclaims, and have found no Answer to the counterclaims and no Answer to the numbered allegations supporting the counterclaims.

/s/ Richard T. Seymour
Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.
Washington, D.C.  20006-3307
rick@rickseymourlaw.net
(202) 785-2145 – Telephone
(202) 549-1454 – Cell
(800) 805-1065 – Facsimile

Dated: October 18, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2011, I served a copy of the Declaration of Richard T. Seymour in Support of Defendants' Application to the Clerk Pursuant To Rule 55(a), Fed. R. Civ. Pro., for Entry of Default on Defendants' Counterclaims Against Plaintiff, on counsel of record for Plaintiff, as shown below, and on all other counsel and parties through the Court's ECF system and, where the party served is not on the ECF system, by e-mail:

>Andrew C. Wilson, Esq.
>Simon, Peragine, Smith & Redfearn, L.L.P.
>30th Floor - Energy Centre
>1l00 Poydras Street
>New Orleans, LA 70163-3000

>/s/ Richard T. Seymour
>Richard T. Seymour
>*Attorney for Defendants Richard T. Seymour and [misnamed]"Richard T. Seymour P.L.L.C."*