UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| PERTAINS TO: BARGE | * * | NO. 05-4182 and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| | * | |
| | * | |
| *Weisler v. Seymour, et al.*   09-2737 | * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

# ENTRY OF DEFAULT ON DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF

Pursuant to Rule 55(a), Fed. R. Civ. Pro., the Seymour, Gilbert and Fuchsberg defendants have applied to the Clerk for entry of default on their first, second, and third counterclaims pleaded in their May 29, 2009 "Answer, Affirmative Defenses, Counterclaims And Request For Trial By Jury" (Doc. 18946). It appears that plaintiff never answered the counterclaims.

The conditions of Rule 55(a) having been satisfied, default is hereby ENTERED on the first, second, and third counterclaims.

_____
**Loretta G. Whyte**
**Clerk of Court, U.S. District Court**

Dated: _____

**NOTIFY:**  Hon. Stanwood R. Duval, Jr.
            Hon. Joseph C. Wilkinson, Jr.