UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| **PERTAINS TO: BARGE** | * * | and consolida8ted cases |
| | * | SECTION "K" (2) |
| | * * | |
| *Weisler v. Seymour, et al.*     **09-2737** | * * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING THE SEYMOUR, GILBERT, AND FUCHSBERG DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR DEFAULT JUDGMENT ON THEIR COUNTERCLAIMS, AND TO DEEM THE ALLEGATIONS OF THEIR COUNTERCLAIMS ADMITTED, PURSUANT TO RULES 8(b)(6), 12(c), AND 55(b)(2), FED. R. CIV. PRO.

This matter comes before the Court on the Seymour, Gilbert, and Fuchsberg defendants' Motion (a) that the Court deem General Allegations 2, 5-8 and 12-16 admitted for purposes of this litigation pursuant to Rule 8(b)(6), Fed. R. Civ. Pro.; (b) that the Court enter judgment on the pleadings on defendants' first, second, and third counterclaims pursuant to Rule 12(c), Fed. R. Civ. Pro.; and (c) that the Court enter default judgment on defendants' first, second, and third counterclaims pursuant to Rule 55(b)(2), Fed. R. Civ. Pro.

1

Upon consideration of the Motion and the response of the plaintiff, it appears that the Motion is well taken and should be granted. It is therefore hereby:

ORDERED, that:

(a) General Allegations 2, 5-8 and 12-16 are deemed admitted for purposes of this litigation pursuant to Rule 8(b)(6), Fed. R. Civ. Pro.;

(b) Judgment on the pleadings is hereby entered on defendants' first, second, and third counterclaims pursuant to Rule 12(c), Fed. R. Civ. Pro.; and

(c) default judgment is hereby entered on defendants' first, second, and third counterclaims pursuant to Rule 55(b)(2), Fed. R. Civ. Pro.

This the _____ day of _____, 2011.

_____
STANWOOD R. DUVAL, JR.
Senior Judge, U.S. District Court

**CLERK TO NOTIFY:**

**HON. JOSEPH C. WILKINSON, JR.**