UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO:  ALL BARGE | * * | and consolidated cases |
| AND | * * | SECTION "K" (2) |
| WEISLER V. SEYMOUR, ET AL NO.  09-2737 | * * * | JUDGE STANWOOD R. DUVAL,  JR. |
| | * * * | MAG. JOSEPH C. WILKINSON,  JR. |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COME improperly named individual defendant, Brian A. Gilbert, and Law Office of Brian A. Gilbert, P.L.C., who respectfully move for summary judgment dismissing improperly named individual defendant Brian A. Gilbert from this suit, and additionally, finding there is no open account, finding that agency principles do not expose movers to liability, and granting additional dismissal accordingly, with prejudice, each party to bear its own costs.

So moved this October 18, 2011.


Respectfully submitted,

LAW OFFICE OF BRIAN A. GILBERT, P.L.C.

*/s/Brian A. Gilbert*
2030 St. Charles Avenue
New Orleans, Louisiana 70130

Telephone: (504) 598-1000
Facsimile: (504) 524-1024
bgilbert@briangilbertlaw.com,

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF upload, this 18th day of October 2011.

\s\***Brian A. Gilbert**