UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: ALL BARGE | * | and consolidated cases |
| | * | |
| AND | * | SECTION "K" (2) |
| | * | |
| WEISLER V. SEYMOUR, ET AL | * | |
| NO. 09-2737 | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAG. |
| | * | JOSEPH C. WILKINSON, JR. |

## SUBMISSION NOTICE

The Motion for Summary Judgment of improperly named individual defendant, Brian A. Gilbert, and Law Office of Brian A. Gilbert, P.L.C. will be submitted for decision by the Hon. Stanwood R. Duval, Jr. at 9:30 a.m. on November 2, 2011 at the United States District Courthouse, 500 Poydras Street, Rm. C352, New Orleans, Louisiana.

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF upload, this 18th day of October 2011.

\s\*Brian A. Gilbert*