UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: ALL BARGE | * * * | NO. 05-4182 and consolidated cases |
| AND | * * | SECTION "K" (2) |
| WEISLER V. SEYMOUR, ET AL NO. 09-2737 | * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * | MAG. JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

Before me, the undersigned Notary Public, personally came and appeared:

**Brian A. Gilbert**
**Law Office of Brian A. Gilbert, P.L.C.**

who first being duly sworn, did depose and state:

I practice law exclusively as a professional law corporation, the Law Office of Brian A. Gilbert. This corporation, formed in July 2005 under the laws of the State of Louisiana, has never been modified, terminated, limited, or withdrawn.

The corporation maintains bank accounts separate from personal accounts, and does not commingle corporate with personal assets. Salary for the attorney is transferred into a personal account before being used for any personal transaction. At no times pertinent were personal funds used for corporate transactions or *vice versa*.

1

The corporation files corporate tax returns every year since inception, based upon finances separate and distinct from those of its owner, Brian A. Gilbert. Louisiana Department of Revenue accounts and Federal Taxpayer ID numbers concerning the law practice and its transactions are held only in the name of Law Office of Brian A. Gilbert, P.L.C.

All correspondence, discovery, pleadings, and other writings involved in the practice of law have, since inception of the corporation, borne the name of the corporation, Law Office of Brian A. Gilbert, P.L.C.

The corporation owns no property that Brian A. Gilbert uses personally, such as a vehicle, credit card or any other such "deductible" or "tax sheltered" item.

The corporation does on occasion conduct business at Brian A. Gilbert's residence simply because the cannot cannot be at the office location 24/7, but is too busy not to practice law simply because the attorney is not at the office. The P.L.C. is the form by which the practice of law is conducted regardless of location.

Neither Brian A. Gilbert nor the Law Office of Brian A. Gilbert has ever had a written contract with Fuchsberg or Weisler.

Weisler has never been a client of Brian A. Gilbert or the Law Office of Brian A. Gilbert.

Neither Brian A. Gilbert nor the Law Office of Brian A. Gilbert provided any mandate to Fuchsberg to form a contract with Weisler subject to any of the terms or conditions alleged.

Neither Brian A. Gilbert nor the Law Office of Brian A. Gilbert provided any mandate to Fuchsberg for remission of a debt in the form of, as alleged by Weisler, a broad license to continue to incur time and expense without limitation.

Neither Brian A. Gilbert nor the Law Office of Brian A. Gilbert had any knowledge of Weisler's rates, or the number of hours he alleges having previously spent, until early July 2008 when he presented his Fed. R. Civ. P. 26 disclosures for submission with a report.

Neither Brian A. Gilbert nor Law Office of Brian A. Gilbert, P.L.C. had any inkling that Weisler would undertake to research concepts allegedly already within his field of expertise.

Neither Brian A. Gilbert nor Law Office of Brian A. Gilbert, P.L.C. contemplated any further dealings with Dr. Weisler beyond a singular task in the Barge Litigation.

_____

SWORN TO AND SUBSCRIBED before me, the undersigned Notary Public, this 18th day of October, 2011, in New Orleans, Louisiana.

_____
Alexander Dobrescu, Notary Public (LSBA #        )
My commission is for life.

ALEXANDRU DOBRESCU
NOTARY PUBLIC
ID NO. 86618
STATE OF LOUISIANA
My Commission is for Life.