| Tom Schedler | State of Louisiana | **COMMERCIAL DIVISION** |
|---|---|---|
| Secretary of State | Secretary of State | 225.925.4704 |



**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| LAW OFFICE OF BRIAN A. GILBERT, PROFESSIONAL LAW CORPORATION | Business Corporation | NEW ORLEANS | Active |

| | |
|---|---|
| **Business:** | LAW OFFICE OF BRIAN A. GILBERT, PROFESSIONAL LAW CORPORATION |
| **Charter Number:** | 35974800 D |
| **Registration Date:** | 7/8/2005 |
| **State Of Origin:** | |
| **Domicile Address** | |
| | 2030 ST CHARLES AVE |
| | NEW ORLEANS, LA 70130 |
| **Mailing Address** | |
| | C/O BRIAN A. GILBERT |
| | 2030 ST CHARLES AVE |
| | NEW ORLEANS, LA 70130 |

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **File Date:** | 7/8/2005 |
| **Last Report Filed:** | 8/11/2011 |
| **Type:** | Business Corporation |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | BRIAN A. GILBERT |
| **Address 1:** | 2030 ST CHARLES AVE |
| **City, State, Zip:** | NEW ORLEANS, LA 70130 |
| **Appointment Date:** | 7/8/2005 |

## Officer(s)                                               **Additional Officers: No**

| | |
|---|---|
| **Officer:** | BRIAN A. GILBERT |
| **Title:** | Director |
| **Address 1:** | 2030 ST CHARLES AVE |
| **City, State, Zip:** | NEW ORLEANS, LA 70130 |

## Amendments on File (1)

| Description | Date |
|---|---|
| Domicile, Agent Change or Resign of Agent | 1/26/2007 |

Print