# Form 1120S — U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ See separate instructions.

**2008**

Department of the Treasury
Internal Revenue Service

For calendar year 2008 or tax year beginning _____, 2008, ending _____

| | |
|---|---|
| **A** S election effective date: 7/01/2005 | **D** Employer Identification number: 04-3817___ |
| **B** Business activity code number: 541110 | **E** Date incorporated: 6/28/200_ |
| **C** Check if Sch. M-3 attached ☐ | **F** Total assets $ _____ |

Use the IRS label. Otherwise, print or type.

LAW OFFICE OF BRIAN A GILBERT P L C
821 BARONNE ST
NEW ORLEANS, LA 70113

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No   If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ _____

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | |
|---|---|---|
| 1a | Gross receipts or sales _____  b Less returns and allowances _____  c Bal ▶ | 1c |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 |
| 5 | Other income (loss) (attach statement)                       See Statement 1 | 5 |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 |

### Deductions (see instructions for limitations)

| | | |
|---|---|---|
| 7 | Compensation of officers | 7 |
| 8 | Salaries and wages (less employment credits) | 8 |
| 9 | Repairs and maintenance | 9 |
| 10 | Bad debts | 10 |
| 11 | Rents | 11 |
| 12 | Taxes and licenses | 12 |
| 13 | Interest | 13 |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | 14 |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 |
| 16 | Advertising | 16 |
| 17 | Pension, profit-sharing, etc, plans | 17 |
| 18 | Employee benefit programs | 18 |
| 19 | Other deductions (attach statement)                          See Statement 2 | 19 |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 |

### Tax and Payments

| | | |
|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a |
| b | Tax from Schedule D (Form 1120S) | 22b |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c |
| 23a | 2008 estimated tax payments and 2007 overpayment credited to 2008 | 23a |
| b | Tax deposited with Form 7004 | 23b |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c |
| d | Add lines 23a through 23c | 23d |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 |
| 27 | Enter amount from line 26 Credited to 2009 estimated tax _____ Refunded | 27 |

**Sign Here:** [signature]  Date: 9/14/09   Title: President

**Paid Preparer's Use Only:**
Preparer's signature: Irene S Wachenroth   Date: 9/14/09   Preparer's SSN: P00176051
Firm's name: Econotax of Carrollton Inc.   EIN: 72-_____
1516 S. Carrollton Ave.
New Orleans, LA 70118-2824   Phone: (504) ___-____

BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.




| Contact Us | Privacy Notice | LOG OFF

Tuesday, October 18, 2011

## My Accounts

○ Print  ○ Help with this page

○ Add personal accounts  ○ Add business accounts
○ Access Manager<sup>SM</sup>

**LAW OFFICE OF BRIAN A GILBERT**
bgilbert@briangilbertlaw.com



### Payments & Transfers

- Make a transfer
- Pay bills
- Add a payee
- Wire money
- Go to Payments & Transfers

**Secure Message Center**


▶ Send new message

Access Manager   Payroll

**Account Summary**

| Business Accounts | Present Balance |
|---|---|
| LAW OFFICE OF BRIAN A GILBERT | |
| Deposit Accounts |  |
| LAW OFFICE OF BRIAN A GILBERT | |
| Total Loans Outstanding | |
| LAW OFFICE OF BRIAN A GILBERT | |
| Deposit Accounts | |

### Customer Center

- Account Alerts
- Stop payment on a check
- Edit my profile
- Change mailing address/phone
- Download Center
- Go to Customer Center

**Customize Accounts**

- Add personal accounts
- Create a list of your favorite accounts
- Show/Hide accounts
- Consolidate Bill Pay
- Nickname accounts
- Go Paperless

**Secure Online Session**
Last logged on at 11:28 AM ET on 10/18/2011
See session summary

| Personal Accounts | Present Balance |
|---|---|
| BRIAN ARTHUR GILBERT | |
| Deposit Accounts |  |

Create a list of your favorite accounts

**LAW OFFICE OF BRIAN A GILBERT**

**Deposit Accounts**        Total balance

**Account**

BUSINESS CLASSIC         Present balance       
                         Available balance
Statements  Pay bills  Make a transfer  Deposit checks

BUSINESS CLASSIC         Present balance       
                         Available balance
Statements  Pay bills  Make a transfer  Deposit checks