

HOME | ABOUT | COURT FILINGS | ATTORNEYS | NEWS | FAQ | CONTACT

**Law Office of Brian A Gilbert, P.L.C.**

- Brian A. Gilbert
- Edward Moreno

**Khorrami Pollard & Abir, LLP**
www.kpalawyers.com

- Shawn Khorrami
- Dylan Pollard

**Patrick J. Sanders**

**Law Office of Richard T. Seymour, P.L.L.C.**
www.rickseymourlaw.com

- Richard T. Seymour

**Wiedemann & Wiedemann**
www.wiedemannlaw.com

- Lawrence D. Wiedemann
- Karl Wiedemann

**Wilson, Grochow, Druker & Nolet**
www.wgdnlaw1.com

- Lawrence Wilson
- David Druker

HOME | ABOUT | COURT FILINGS | ATTORNEYS | NEWS | FAQ | CONTACT

DISCLAIMER - Nothing on this site is to be construed as legal advice. The contents of this site are for informational purposes only. The only way to understand and protect your rights is to consult personally with an attorney. This lawsuit does not involve any claims that the levee or floodwalls were defective or damaged by forces other than the barge. It involves only claims concerning the barge. We are not pursuing the Army Corps, Levee Board, Port Commission, or any other governmental entity, or any government contractors for any preexisting condition or other weakness of the levee or floodwall. If you believe that your damages were caused by any events other than the barge breakaway and floodwall/levee collision, you are strongly urged to contact an attorney to represent you in such claims. Recovery is not guaranteed. Recovery, if any, may be limited according to geographic location, types of damages, or other factors. These will be determined by the court.



## CONTACT

As we have done our best to provide a wealth of information on this website, before contacting our offices with questions, please refer to the Latest News and Frequently Asked Questions pages. We expect that you will find answers to your questions there. In this way, we can alleviate the need for many phone calls that take valuable time away from important tasks in handling the case.

Thank you for your cooperation and understanding.

**The Barge Plaintiffs' Subgroup Litigation Committee**

141 Robert E. Lee Boulevard

Suite 420

New Orleans, LA 70124

Tel: 866.546.7266 Fax: 866.546.7377

## REPRESENTATION

Law Office of
Brian A Gilbert, P.L.C.

Khorrami Pollard & Abir, LLP
www.kpalawyers.com

Patrick J. Sanders

Law Office of
Richard T. Seymour, P.L.L.C.
www.rickseymourlaw.com

Wiedemann & Wiedemann
www.wiedemannlaw.com

Wilson, Grochow, Druker & Nolet
www.wgdnlaw1.com

HOME | ABOUT | COURT FILINGS | ATTORNEYS | NEWS | FAQ | CONTACT

DISCLAIMER - Nothing on this site is to be construed as legal advice. The contents of this site are for informational purposes only. The only way to understand and protect your rights is to consult personally with an attorney. This lawsuit does not involve any claims that the levee or floodwalls were defective or damaged by forces other than the barge. It involves only claims concerning the barge. We are not pursuing the Army Corps, Levee Board, Port Commission, or any other governmental entity, or any government contractors for any preexisting condition or other weakness of the levee or floodwall. If you believe that your damages were caused by any events other than the barge breakaway and floodwall/levee collision, you are strongly urged to contact an attorney to represent you in such claims. Recovery is not guaranteed. Recovery, if any, may be limited according to geographic location, types of damages, or other factors. These will be determined by the court.