UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: ALL BARGE | * | and consolidated cases |
| | * | |
| AND | * | SECTION "K" (2) |
| | * | |
| WEISLER V. SEYMOUR, ET AL | * | |
| NO. 09-2737 | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAG. |
| | * | JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION FOR LEAVE TO WITHDRAW INCLUSION IN MOTIONS FOR DEFAULT

Undersigned Defendants have, since initially agreeing to inclusion in the Motions for Default filed October 18, 2011, R. Docs. 20500, 20501, decided that their interests are best served by abstention from these Motions with reservation of rights depending upon the Court's ruling on said Motions. Undersigned therefore moves accordingly for leave to withdraw from inclusion as mover in said motions, without prejudice, and with rights reserved as to future motions based upon the matters addressed in said Motions and/or upon the Court's eventual rulings on same.

So moved, this 18th day of October, 2011.

Respectfully submitted,

**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**

*/s/Brian A. Gilbert*
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
bgilbert@briangilbertlaw.com,

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF upload, this 18th day of October 2011.

\s\*Brian A. Gilbert*