UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:  ALL BARGE | and consolidated cases |
| AND | SECTION "K" (2) |
| WEISLER V. SEYMOUR, ET AL NO.  09-2737 | JUDGE STANWOOD R. DUVAL,  JR. |
| | MAG. JOSEPH C. WILKINSON,  JR. |

## ORDER

Considering the Gilbert Defendants *Ex Parte Motion For Leave To Withdraw Inclusion In Motions For Default,* it is hereby ORDERED that the Motion be, and is hereby GRANTED, without prejudice to, and with reservation of Gilbert Defendants' rights to bring the same or similar motion based thereon and/or upon the Court's rulings on the default motions, R. Docs. 20500 and 20501.

New Orleans, Louisiana, this ___ day of _____, 2011.

                                                        _____
                                                        HON. STANWOOD R. DUVAL, JR.