UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolida8ted cases |
| | * * | SECTION "K" (2) |
| | * | |
| *Weisler v. Seymour, et al.*     09-2737 | * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

# SEYMOUR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S OPEN ACCOUNT CLAIM

The Seymour defendants hereby move for summary judgment on plaintiff's Open Account claim. The Rule 56.1 Statement, a Memorandum and a proposed form of Order are submitted herewith.

Respectfully Submitted,

/s/ Richard T. Seymour
Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.
Washington, DC 20006-3307
rick@rickseymourlaw.net
(202) 785-2145 – Telephone
(202) 549-1454 – Cell
(800) 805-1065 – Facsimile

*Attorney for Defendants Richard T. Seymour and "Richard T. Seymour P.L.L.C*

Dated:  October 18, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2011, Central time, I served a copy of the foregoing document on counsel of record for Plaintiff, as shown below, and on all other counsel and parties through the Court's ECF system and, where the party served is not on the ECF system, by e-mail:

>   Andrew C. Wilson, Esq.
>   Simon, Peragine, Smith & Redfearn, L.L.P.
>   30th Floor - Energy Centre
>   1l00 Poydras Street
>   New Orleans, LA 70163-3000

>                                   /s/ Richard T. Seymour
>                                   Richard T. Seymour
>                                   *Attorney for Defendants Richard T. Seymour and [misnamed] "Richard T. Seymour P.L.L.C."*