# Exhibit 1


ORIGINAL

# BARGE CASE

Case #  File #

**7/7/08**

| DEPOSITIONS / CASE ACTIVITY | EXPLANATION | REVIEW DATE | Actual Work Hours | AMOUNT |
|---|---|---|---|---|
| | Review | 5/16/2008 | 3.50 | $2,100.00 |
| | Research and literature reading | 5/17/2008 | 5.00 | $3,000.00 |
| | | 5/18/2008 | 3.50 | $2,100.00 |
| | **As of noon time** | 5/19/2008 | 4.00 | $2,400.00 |
| | **12:00 - 6:00 pm** | 5/19/2008 | 3.00 | $1,800.00 |
| | Research and literature reading | | | |
| | Review | 5/20/2008 | 2.50 | $1,500.00 |
| | | 5/21/2008 | 2.00 | $1,200.00 |
| | Interview preparation, obtaining scales, & developing study methods | 5/22/2008 | 4.50 | $2,700.00 |
| | Travel & scale/methods preparation for New Orleans interviews | 5/23/2008 | 7.00 | $4,200.00 |
| | New Orleans client evaluations and preparation | 5/24/2008 | 13.00 | $7,800.00 |
| | New Orleans client evaluations and preparation | 5/25/2008 | 15.00 | $9,000.00 |
| | Writing preparation | 5/26/2008 | 2.50 | $1,500.00 |
| | Review | 5/28/2008 | 8.50 | $5,100.00 |
| | | 5/29/2008 | 7.00 | $4,200.00 |
| | | 5/30/2008 | 7.50 | $4,500.00 |
| | | 5/31/2008 | 13.15 | $7,890.00 |
| | Writing, analyzing, reading & calling | 6/4/2008 | 6.50 | $3,900.00 |
| | Writing, analyzing, reading & calling | 6/5/2008 | 5.50 | $3,300.00 |
| | Writing, analyzing, reading & calling | 6/6/2008 | 3.50 | $2,100.00 |
| | Writing, analyzing, reading & calling | 6/7/2008 | 6.50 | $3,900.00 |
| | Writing, analyzing, reading & calling | 6/8/2008 | 13.00 | $7,800.00 |

Richard H. Weisler, M.D.  Deposition
Oct. 9, 2011           Exhibit 4

| | | | |
|---|---|---|---|
| Review | 6/9/2008 | 7.50 | $4,500.00 |
| Research and literature reading | 6/10/2008 | 4.50 | $2,700.00 |
| | 6/11/2008 | 6.50 | $3,900.00 |
| | 6/12/2008 | 5.00 | $3,000.00 |
| | 6/13/2008 | 7.00 | $4,200.00 |
| | 6/14/2008 | 7.50 | $4,500.00 |
| | 6/15/2008 | 4.00 | $2,400.00 |
| | 6/16/2008 | 5.50 | $3,300.00 |
| | 6/17/2008 | 5.50 | $3,300.00 |
| Review | 6/23/2008 | 7.50 | $4,500.00 |
| | 6/24/2008 | 6.50 | $3,900.00 |
| | 6/25/2008 | 7.50 | $4,500.00 |
| | 626/2008 | 11.50 | $6,900.00 |
| | 6/27/2008 | 13.50 | $8,100.00 |
| | 6/28/2008 | 12.50 | $7,500.00 |
| | 6/29/2008 | 16.00 | $9,600.00 |
| | 6/30/2008 | 13.00 | $7,800.00 |
| | 7/1/2008 | 9.50 | $5,700.00 |
| | 7/2/2008 | 4.50 | $2,700.00 |
| Review | 7/3/2008 | 3.50 | $2,100.00 |
| | 7/4/2008 | 0.50 | $300.00 |
| | 7/5/2008 | 2.50 | $1,500.00 |
| | 7/6/2008 | 2.00 | $1,200.00 |

| | Subtotal Hrs | Subtotal |
|---|---|---|
| | 300.25 | $180,090.00 |
| | **TOTAL HRS** | **TOTAL** |
| | **300.25** | **$180,150.00** |

** See Attached Rate Summary **

# RATE SUMMARY

| TYPE OF APPEARANCE /SERVICE | CHARGES | CHARGE FOR ADDITIONAL 15 MIN OR PART THEREOF |
|---|---|---|
| Court Appearance and/or Preparation | $ 3,500 / half day or $ 700 hr portal to portal | N/A |
| Deposition and/or Preparation | $ 600 / hr | 5/29/1900 |
| Medical/Legal Conference | $ 600 / hr | 5/29/1900 |
| Review of Records | $ 600 / hr | 5/29/1900 |

Page 3

30-Jun-08

Re:

    CvS 1734   File# 013396 / 22544

Dear

We are submitting this invoice for time spent on this case.
Please see the attached invoice with charges relative to Case# 05 CvS 1734.
File No. 013396/22544. Your prompt assistance in this matter is greatly
appreciated. Please feel free to give me a call with any questions
you may have.

Sincerely,

Sherry Cofield
Practice/Research Manager