# Exhibit 5

JULY 24

Ms. Karolina Ball
Khorrami, Pollard, and Abir, LLP
444 S. Flower Street, Floor 33
Los Angeles, CA 90071
Fax: 213-596-6010
13 August, 2008

Dear Ms. Ball:
The following invoice represents the remainder of the fees due Mark H Townsend, MD, for his v
of your firm and that of Mr. Fuchsberg, Weidemann and Weidemann, Mr. Richard Seymour and
This invoice is in the format that the firms have already used to sucessfully pay Dr. Jill Hayes, h
Please make the check payable to LSUHSC and return it to me at the address below.
Yours Sincerely,
Stan Tefft
Louisiana State University Health Sciences Center in New Orleans
2020 Gravier Street, 7th Floor
New Orleans, LA
  70112

| CASE NAME | PAYMENT TERMS |
|---|---|
| KATRINA CANAL BREACHES CONSOLIDATED LIT | PAYMENT DUE UPON RECEIPT |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/16/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.50 | @ $600.00/HR | 300.00 |
| 5/16/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Katrina Class Cert Motion;" "RelocationStress.pdf;""Bio-sketch;" and Men's Magazine article | 1.00 | @ $600.00/HR | 600.00 |
| 5/17/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Disaster Mental Health Slide Sets," "after_the_storm," "Predicting Posttraumatic Distress in Hospitalized Trauma Survivors," "Post-Storm Mental Health Worsens," "Industrial Canal Litigation," Wikipedia "Barge," "www.laed.uscorts.gov/CanCases/orders/7724.pdf," "Lafarge First Quarter Results as at March 31, 2008; "barge fleet . . . written plan," "Barge a . . . symbol of Hurricane Katrina." | 1.50 | @ $600.00/HR | 900.00 |
| 5/18/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Trauma, . . . and Saliotosis." | 0.20 | @ $600.00/HR | 120.00 |
| 5/19/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "www.medical-outcomes. . . /MINIPlus500.pdf," Validation of MINI Diagnositic Interviews . . . ," "Some of the news coverage . . . " | 0.50 | @ $600.00/HR | 300.00 |
| 5/19/2008 | ELETRONIC CORRESPONDENCE with Mr. Alan Fuchsberg regarding conduct of potential class members' interviews | 0.20 | @ $600.00/HR | 120.00 |
| 5/20/2008 | ELECTRONIC CORRESPONDENCE with Mr. Richard Seymour regarding conduct of potential class members' interviews | 0.20 | @ $600.00/HR | 120.00 |
| 5/20/2008 | TELEPHONIC CONTACT WITH Dr. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |

**Attachment F**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/21/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| 5/22/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour | 0.05 | No Charge | - |
| 5/23/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 1.00 | @ $600.00/HR | 600.00 |
| 5/23/2008 | SUPERVISED AND ASSISTED the assembly of 12 blank medical charts for potential class members; | 0.50 | @ $600.00/HR | 300.00 |
| 5/23/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "A Psychometric Analysis . . . ," "SCL-90, WPAI, SDS&SVS, HADS," "Impact of Events Scale,"'SPRINTSCALE, SPRINT-E091407,"ltrEnquirer," CD-RISCUSEAGREEMENTJB052308," "Trauma History Screen," DRRIFINAL_Manual," DDRI,"MISScombatrevisedcopy," "MISSscoring," "PCLChecklist," "PCL-S,C,M," and PCLscoring." | 1.50 | @ $600.00/HR | 900.00 |
| 5/24/2008 | ELETRONIC CORRESPONDENCE with Mr. Seymour regarding conduct of potential class members' interviews | 0.05 | No Charge | - |
| 5/24/2008 | ELETRONIC CORRESPONDENCE with Mr. Fuchsberg | 0.05 | No Charge | - |
| 5/25/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler upon his return from New Orleans | 0.20 | @ $600.00/HR | 120.00 |
| 5/27/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| 5/27/2008 | TELELPHONIC CONTACT with Dr. Jill Hayes | 0.20 | @ $600.00/HR | 120.00 |
| 5/27/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour | 0.05 | No Charge | - |
| 5/24/2008 | ELECTRONIC CORRESPONDENCE with Dr. Jill Hayes | 0.05 | No Charge | - |
| 5/27/2008 | ELECTRONIC CORRESPONDENCE with Mr. Fuchsberg | 0.05 | No Charge | - |
| 5/29/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour, Mr. Fuchsberg, and Mr. Gilbert (10 messages received total) | 0.50 | @ $600.00/HR | 300.00 |
| 5/29/2008 | ELETRONIC CORRESPONDENCE with Dr. Jill Hayes and review of attachment "Katrina Canal Breaches Consolidatd Litigation-First Interim Statement" | | No Charge | - |
| 5/29/2008 | TELELPHONIC CONTACT with Dr. Jill Hayes | 0.20 | @ $600.00/HR | 120.00 |
| 5/29/2008 | TELEPHONIC CONTACT with Dr. Philip Griffin | 0.20 | @ $600.00/HR | 120.00 |
| 5/30/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour, Mr. Fuchsberg, Jullion, and Mr. Gilbert (11 messages received total) | 0.50 | @ $600.00/HR | 300.00 |
| 5/31/2008 | PREPARED office at 3450 Chestnut Street for interview of PCR Richardson by Dr. Philip Griffin, and 2. MET with Dr. Griffin at 3450 Chestnut Street, New Orleans, to discuss Townsend\Weisler psychiatric findings | 2.00 | @ $600.00/HR | 1,200.00 |
| 6/1/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "initial draft ideas," "JAMA Mental Health Courts Show Promise," "Barge Report." | 1.00 | @ $600.00/HR | 600.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/1/2008 | ELECTRONIC CORRESPONDENCE with Mr. Fuchsberg | 0.05 | No Charge | - |
| 6/2/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review 11 attachments consisting of scientific reports from www.psychiatrist.com | 1.00 | @ $600.00/HR | 600.00 |
| 6/3/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Some background Industrial Canal Litigation," "In Courage in GBR Treatment for Rico," "Some disaster mental health articles," "MINI" | 1.00 | @ $600.00/HR | 600.00 |
| 6/4/2008 | ELECTRONIC CORRESPONDENCE with Mr. Gilbert and review of attachment "proposed Master Protective Order" | 0.50 | @ $600.00/HR | 600.00 |
| 6/4/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| 6/5/2008 | COMPLETION of scoring of psychiatric evaluations; ASSEMBLY of charts of records of potential class member interviews; DISCUSSION of results with Dr. Griffin | 4.00 | @ $600.00/HR | 2,400.00 |
| 6/6/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Some background Industrial Canal Litigation," "In Courage in GBR Treatment for Rico," "Some disaster mental health articles," "MINI" | 1.00 | @ $600.00/HR | 600.00 |
| 6/6/2008 | WRITING REPORT | 3.00 | @ $600.00/HR | 1,800.00 |
| 6/7/2008 | WRITING REPORT | 4.00 | @ $600.00/HR | 2,400.00 |
| 6/7/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Categories," "More Articles," "60,000 Disaster Victims Speak," "www.ncptsd.va.gov/id25084." | 0.80 | @ $600.00/HR | 480.00 |
| 6/7/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.50 | @ $600.00/HR | 300.00 |
| 6/8/2008 | WRITING REPORT | 4.00 | @ $600.00/HR | 2,400.00 |
| 6/9/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/10/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/10/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler, Dr. Fran Norris, and Dr. Joy Osofsky | 1.00 | @ $600.00/HR | 600.00 |
| 6/11/2008 | ELECTRONIC CORRESPONDENCE WITH Dr. Richard Weisler and review of 3 attachments, including draft of Final Report | 1.00 | @ $600.00/HR | 600.00 |
| 6/12/2008 | WRITING REPORT | 2.00 | @ $600.00/HR | 1,200.00 |
| 6/12/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.50 | @ $600.00/HR | 300.00 |
| 6/13/2008 | ELECTRONIC CORRESPONDENCE WITH Dr. Richard Weisler and review of 5 attachments, including draft of Final Report | 1.00 | @ $600.00/HR | 600.00 |
| 6/13/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/14/2008 | ELECTRONIC CORRESPONDENCE with Mr. Weidemann and review of attachment "Check out PTSD High Among Witnesses to 9/11" | 0.10 | @ $600.00/HR | 60.00 |
| 6/15/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/15/2008 | ELECTRONIC CORRESPONDENCE WITH Dr. Richard Weisler and review of 2 attachments, | 0.30 | @ $600.00/HR | 180.00 |

JULY 24

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/17/2008 | ELECTRONIC CORRESPONDENCE WITH Dr. Richard Weisler and review of 3 attachments, including draft of Final Report | 0.50 | @ $600.00/HR | 300.00 |
| 6/18/2008 | ELECTRONIC CORRESPONDENCE with Mr. Weidemann and review of attachment "Katrina Emotional Injruy" | 0.05 | No Charge | - |
| 6/22/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of 8 attachments, including draft of Final Report | 1.50 | @ $600.00/HR | 900.00 |
| 6/14/2008 | ELECTRONIC CORRESPONDENCE with Mr. Jullion Taylor of Mr. Seymour's office | 0.10 | @ $600.00/HR | 60.00 |
| 6/24/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review draft of Final Report | 0.80 | @ $600.00/HR | 480.00 |
| 6/24/2008 | WRITING REPORT | 2.00 | @ $600.00/HR | 1,200.00 |
| 6/27/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review draft of Final Report | 0.80 | @ $600.00/HR | 480.00 |
| 6/27/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/27/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour and review of attachments "Report," and "Arroyo Report" | 0.80 | @ $600.00/HR | 480.00 |
| 6/28/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| 6/29/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour: "Barge Medical: Expert Report" | 0.80 | @ $600.00/HR | 480.00 |
| 6/29/2008 | ELECTRONIC CORRESPONDENCE with Dr. Jill Hayes with attachment consisting of her revision of Final Barge report given Mr. Seymour's recommendations | 0.50 | @ $600.00/HR | 300.00 |
| 6/29/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review draft of Final Report | 0.80 | @ $600.00/HR | 480.00 |
| 6/29/2008 | WRITING REPORT | 1.00 | @ $600.00/HR | 600.00 |
| 6/29/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review draft of Final Report | 0.80 | @ $600.00/HR | 480.00 |
| 6/29/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.80 | @ $600.00/HR | 480.00 |
| 6/30/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review Final Draft | 1.00 | @ $600.00/HR | 600.00 |
| 6/30/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| | TOTAL DUE UPON RECEIPT | 51.90 | | 31,140.00 |