# Exhibit 7



**BARGE PLAINTIFF'S SUBGROUP LITIGATION COMM. / OPERATING ACCOUNT**

Mark H. Townsend

| Item to be Paid - Description | Amount Paid |
|---|---|
| Expert Fees | |
| 1/2 LSU Expert Invoices | 26,200.0 |

Check Number: 363
Check Date: Feb 2, 2009
Check Amount: $26,200.00



AccountNum: 717217779
Amount: 262.25
CheckNum: 301
Tracer: 18061115
Routing: 065000171
DatePosted: 20080728



AccountNum: 717217779
Amount: 262.25
CheckNum: 301
Tracer: 18061115
Routing: 065000171
DatePosted: 20080728

