# Exhibit 8

**Sherry Cofield**

| | |
|---|---|
| **From:** | RWeisler@aol.com |
| **Sent:** | Tuesday, May 27, 2008 7:09 AM |
| **To:** | mbrown@weislermd.com; scofield@weislermd.com |
| **Subject:** | Barge case billing to be added to previous hours and then billed |

| | | |
|---|---|---|
| 5/22/08 | 4.5 hours | Interview preparation, obtaining scales, and developing study methods |
| 5/23/08 | 7 hours | Travel and scale/methods preparation for New Orleans Interviews |
| 5/24/08 | 13 hours | New Orleans Client evaluations and preparation |
| 5/25/08 | 15 hours | New Orleans Client evaluations, preparation, and travel |
| 5/26/08 | 2.5 hours | writing preparation |

Plus flight from Grand Rapids to New Orleans and return to RDU
One night at W Hotel in New Orleans
One night at Sheraton Hotel in New Orleans
Taxis
Parking at RDU
Meals while traveling

42

---

Get trade secrets for amazing burgers. Watch "Cooking with Tyler Florence" on AOL Food.

---

[Handwritten notes on Zyprexa/Olanzapine notepad:]

as of 5-16-08
5-16-08 Fri — 3½ hrs
5-17-08 Sat — 5 hrs
5-18-08 Sun — 3½ hrs
5-19-08 Mon — 4 hrs - noon as of
       - 3 hrs — @ 12:05 (apx)

Legal Time: Barge Case

See provided full Prescribing Information, including boxed warning.

5-20-08  2 hrs    ½
5-21-08  2 hrs        23.5    Lilly


EXHIBIT 5

| | |
|---|---|
| Subj: | Re: IMPORTANT - Barge Cases: Interview Schedule and Contact Information, May 24 |
| Date: | 5/26/2008 5:41:23 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | MTowns@lsuhsc.edu |
| CC: | rick@rickseymourlaw.net, ldwiedeman@aol.com, a.fuchsberg@fuchsberg.com, RWeisler@aol.com, karenwiedemann@bellsouth.net, pistols42@aol.com |

Please send them to Karen Wiedemann, 821 Baronne Street, NOLA 70113. Thanks to you and your colleagues for your time and effort.

Townsend, Mark wrote:

> Brian,
> Memorial Day is not a holiday for the med school, which might surprise most Northerners, so I'm seeing patients and of course planning for the next phase of interviews. I am lining up a child psychiatrist and psychologist for you to contact, and will be working with my assistant tomorrow to organize the data that Dr. Weisler and I have obtained.
>
> I want to stay current with all of you, as I have purchased office supplies and related materials, and Dr. Weisler and I have spent several hours working on the project.
>
> Where should our office manager Stan Tefft, and for that matter Dr. Weisler's people, send invoices for our work?
> Many thanks,
> Mark

```
No virus found in this incoming message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 269.24.1/1466 - Release Date: 5/25/2008 6:49
```



Subj: **Re: PHONE CONVERSATION TODAY (8/8) Weisler Barge case**
Date: 8/8/2008
To: KBall@kpalawyers.com
CC: scofield@weislermd.com

Karolina,

I have attached an updated invoice through 7-28-08 that includes 6/2/08 hours spent in New Orleans and corrected dates for 5/29/08 through 6/1/08. I have some other hours since then for deposition preparation and teleconferences that I can send you Monday when I am back in town. I also have to book my flights allow time next week for additional deposition preparation, meeting with the attorneys, and my deposition. I need to talk to Shawn today so I can get resolution on this issue before the deposition.

Best wishes and thanks for your assistance,

Rick Weisler  919 616-4704

In a message dated 8/8/2008 3:04:59 P.M. Eastern Daylight Time, KBall@kpalawyers.com writes:

| 213) 596-6539

**Sherry Cofield**

From: RWeisler@aol.com
Sent: Monday, June 09, 2008 12:33 AM
To: scofield@weislermd.com
Subject: Barge case hours writing, analyzing, reading, and

| Date | Hours |
|---|---|
| 6/4/08 | 6.5 hours |
| 6/5/08 | 5.5 hours |
| 6/6/08 | 3.5 hours |
| 6/7/08 | 6.5 hours |
| 6/8/08 | 13.0 hours |

Handwritten annotations:
6/30 -
6:3 AM
10:PM
-2 HRS- Barge
pts
13
Charges Not included in 7/1 total
35

Please see accompanying FULL PRESCRIBING INFORMATION, including Boxed WARNING.
EMSAM 6 mg/24 hr (selegiline transdermal system)

Get trade secrets for amazing burgers. Watch "Cooking with Tyler Florence" on AOL Food.



Handwritten left side:
6/27
VENLAFAXINE HCl EFFEXOR XR
6/24  11.5
6/25  7.5
6/2?  6.0 5
6/23  7.5
5/30 Sat 7.5  Barge
5/31 Sunday 13.00 including travel
36.25

Handwritten right side:
7/1  9.5 ✓  Barge
7/2  4.5 ✓  14
Barge Review
3.5   7/3
.5    7/4
2.5   7/5
2     7/6
8.5

Please see accompanying FULL PRESCRIBING INFORMATION, including Boxed WARNING.
EMSAM 6n (selegiline transdermal system)

Please see accompanying Prescribing Information.

**Sherry Cofield**

**From:** RWeisler@aol.com
**Sent:** Wednesday, June 18, 2008 10:22 AM
**To:** scofield@weislermd.com
**Subject:** Barge case hours 6/9-6/17 updated

| Date | Hours |
|---|---|
| 6/9/08 | 7.5 hours |
| 6/10/08 | 4.5 hours |
| 6/11/08 | 6.5 hours |
| 6/12/08 | 5.0 hours |
| 6/13/08 | 7.0 hours |
| 6/14/08 | 7.5 hours |
| 6/15/08 | 4.0 hours |
| 6/16/08 | 5.5 hours |
| 6/17/08 | 5.5 hours |

53.

Gas prices getting you down? Search AOL Autos for fuel-efficient used cars.

---

Barge case

VENLAFAXINE HCl
**EFFEXOR XR** EXTENDED RELEASE CAPSULES

6/27  13½  Fri
6/28  12½  Sat
6/29  16 hrs Sunday
      4 HRS 42

7/1/2008

## Sherry Cofield

**From:** RWeisler@aol.com
**Sent:** Sunday, July 20, 2008 12:10 PM
**To:** scofield@weislermd.com
**Cc:** RWeisler@aol.com
**Subject:** Additional Barge hours for 7-7-08 and 7-10 thru 7-19-08

Please add 3.5 hours for Monday 7/7/08 and verify Holiday work hours. Add 5.25 hours on 7/10/08 and 3.5 hours on 7/11/08. Add 4 hours for 7/13/08. Add 5 hours on 7/16/08. Add 6.25 hours on 7/19/08  Thanks

---

Get fantasy football with free live scoring. Sign up for FanHouse Fantasy Football today.

## Sherry Cofield

**From:** RWeisler@aol.com
**Sent:** Tuesday, July 29, 2008 2:15 PM
**To:** scofield@weislermd.com
**Subject:** Barge hours 7-25 thru 7-28-08

7/25/08   7.5 hours
7/26/08   7.0 hours
7/27/08   8.5 hours
7/28/08   5.5 hours

---

Get fantasy football with free live scoring. Sign up for FanHouse Fantasy Football today.

2/2/2009

## Sherry Cofield

| | |
|---|---|
| **From:** | Sherry Cofield [scofield@weislermd.com] |
| **Sent:** | Tuesday, July 29, 2008 4:48 PM |
| **To:** | 'karenwiedemann@bellsouth.net' |
| **Cc:** | 'LDWIEDEMAN@aol.com'; 'bgilbert@briangilbertlaw.com'; 'rick@rickseymourlaw.net'; 'a.fuchsberg@fuchsberg.com' |
| **Subject:** | FW: 4th Barge Invoice |

Hi Karen,

Please cut two checks. Ten percent of the billing should go to the Triangle Community Foundation, 324 Blackwell St., Ste. 1220, Durham, NC 27701, tax id is 56-1380796 and earmark it to the Weisler Family Fund. The remaining 90 % plus any expenses should be paid to the practice.

Thanks,
Rick Weisler

Richard H. Weisler, MD,PA & Associates
700 Spring Forest Rd
Ste. 125
Raleigh, NC 27609
(O)919-872-5900
(F)919-872-5315
(emal)scofield@weislermd.com

2/2/2009