# Exhibit 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| | SECTION "K" (2) |
| *Weisler v. Seymour, et al.*   09-2737 | JUDGE STANWOOD R. DUVAL, JR. |
| | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

# DECLARATION OF MATTHEW M. SEYMOUR

CITY OF WASHINGTON   )
                     ) ss:
DISTRICT OF COLUMBIA )

I declare that the following statements are true, subject to the penalties for perjury:

1. I am an adult, over the age of 21.

2. I am employed as a paralegal in the Law Office of Richard T. Seymour, P.L.L.C.

3. I have examined all of the records of time provided to defendants by Plaintiff Richard Weisler, M.D., in support of his invoices, as shown in Exhibit 5 to the February 4, 2009 letter of Andrew Wilson to defendants, and compared them to the time claimed on his invoices.

4. Dr. Weisler's Revised February 3, 2009 statement of time, Exhibit 1 to the February 4, 2009 letter of Andrew Wilson to defendants, claims 106.25 hours for which there are no time records.

5.  I have not included in this total the hours claimed for which Dr. Weisler explained he had put down the wrong day.

6.  The days for which time is claimed without supporting time records are June 2, July 3, July 4, July 5, July 6, July 8, July 9, July 23, July 24, July 29, July 31, August 1, August 2, August 3, August 4, August 8, August 9, August 10, August 11, August 12, August 14, and August 15, 2008.

7.  Dr. Weisler's Revised February 3, 2009 statement of time, Exhibit 1 to the February 4, 2009 letter of Andrew Wilson to defendants, contains 71 time entries.

8.  Of these 71 time entries, I have counted 24 time entries consisting of a whole number of hours. This is 33.8% of the total.

9.  Of these 71 time entries, I have counted 44 time entries ending in half of an hour. This is 62.0% of the total.

10. Of these 71 time entries, I have counted 3 time entries ending in one-quarter of an hour. This is 4.2% of the total.

11. There are no time entries ending in parts of an hour smaller than a quarter hour.

12. Dr. Weisler's Revised February 3, 2009 statement of time, Exhibit 1 to the February 4, 2009 letter of Andrew Wilson to defendants, shows on p. 9 the figure of $150 in the column "CHARGE FOR ADDITIONAL 15 MIN OR PART THEREOF."

_____
Matthew M. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.
Washington, D.C. 20006-3307

Dated: October 18, 2011