UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolida8ted cases |
| | * * | SECTION "K" (2) |
| | * * | |
| *Weisler v. Seymour, et al.*     **09-2737** | * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |
| | * | |

# SEYMOUR DEFENDANTS' NOTICE OF HEARING ON THEIR MOTION FOR SDUMMARY JUDGMENT ON PLAINTIFF'S OPEN ACCOUNT CLAIM

PLEASE TAKE NOTICE that the Seymour defendants will bring their Motion for Summary Judgment on Plaintiff's Open Account claim on for hearing before the Hon. Stanwood R. Duval, Jr., United States Courthouse, 500 Poydras Street, at 9:30 A.M. on the 2nd day of November, 2011.

        Respectfully Submitted,

        /s/ Richard T. Seymour
        Richard T. Seymour
        Law Office of Richard T. Seymour, P.L.L.C.
        Suite 900, Brawner Building
        888 17th Street, N.W.
        Washington, DC 20006-3307
            rick@rickseymourlaw.net
            (202) 785-2145 – Telephone
            (202) 549-1454 – Cell
            (800) 805-1065 – Facsimile

        *Attorney for Defendants Richard T. Seymour and "Richard T. Seymour P.L.L.C."*

Dated:  October 18, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2011, Central time, I served a copy of the foregoing document on counsel of record for Plaintiff, as shown below, and on all other counsel and parties through the Court's ECF system and, where the party served is not on the ECF system, by e-mail:

> Andrew C. Wilson, Esq.
> Simon, Peragine, Smith & Redfearn, L.L.P.
> 30th Floor - Energy Centre
> 1l00 Poydras Street
> New Orleans, LA 70163-3000

>> /s/ Richard T. Seymour
>> Richard T. Seymour
>> *Attorney for Defendants Richard T. Seymour and [misnamed] "Richard T. Seymour P.L.L.C."*