UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolida8ted cases |
| | * * * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.*   09-2737 | * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

# ORDER GRANTING THE SEYMOUR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S OPEN ACCOUNT CLAIM

This matter comes before the Court on the Seymour defendants' Motion for Summary Judgment on plaintiff's Open Account claim.

Upon consideration of the Motion and the response of the plaintiff, it appears that the Motion is well taken and should be granted. It is therefore hereby:

ORDERED, that summary judgment is hereby granted on plaintiff;s Open Account claim, and that claim is DISMISSED.

This the _____ day of _____, 2011.

_____
STANWOOD R. DUVAL, JR.
Senior Judge, U.S. District Court

1

**CLERK TO NOTIFY:**

**HON. JOSEPH C. WILKINSON, JR.**