MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 18, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL |
| | MAG. WILKINSON |

Pursuant to the court's previous order, Record Doc. No. 20435, a telephone conference was conducted before me on this date. Participating were: Kevin Klibert, representing various plaintiffs; Gina Cudiarrof of Chase Chassaignac's office, representing State Farm; Kristen Parnell on behalf of the Road Home Program. The purpose of the conference was to follow up on the status of settlement of the following six (6) claims: George and Margaret Green, Eugene Lefevre, Dennis Morris, Andryetta Yarbrough, Bessie Jones and Archibald Grefer, all involving State Farm.

Counsel reported that all documentation necessary for Road Home approval of the settlements of five of these six claimants (all except Yarbrough) have now been submitted and finalization of Road Home consideration is expected within 30 days. Plaintiff's counsel

MJSTAR:  0 :

advised that Ms. Yarbrough is now deceased, and he is in the process of following up on her case with referral counsel and/or members of her family. Accordingly,

IT IS ORDERED that a follow-up conference, via telephone, will be conducted by me concerning these claims only on November 17, 2011 at 1:30 p.m. Participants must contact my office at 504-589-7630 at that time.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**

**ATTORNEY KEVIN P. KLIBERT**

**ATTORNEY CHASE CHASSAIGNAC**

**DANIEL A. REES, LEGAL COUNSEL**
**OFFICE OF COMMUNITY DEVELOPMENT – DISASTER RECOVERY UNIT**
**DIVISION OF ADMINISTRATION, STATE OF LOUISIANA**
**P.O. BOX 94095**
**BATON ROUGE, LOUISIANA 70804-9095**