UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PRELIMINARY MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS,
FOR DEFAULT JUDGMENT AND FOR ENTRY OF DEFAULT
ON DEFENDANTS' COUNTER-CLAIMS AGAINST PLAINTIFF**

**MAY IT PLEASE THE COURT:**

Plaintiff, Dr. Richard H. Weisler, submits this Preliminary Memorandum in Opposition to the Defendants' various pleadings seeking Entry/Judgment of Default based on the fact that these pleadings are procedurally defective, moot and/or brought in bad faith under Rule 11 of the Federal Rules of Civil Procedure. While Plaintiff will file a more formal opposition, if necessary, Plaintiff files this Preliminary Memorandum to advise the

Clerk of Court of various procedural defects in the relief sought by the Defendants, representing as follows:

1. Prior to the filing of Defendants' Motion, Plaintiff had already filed a Motion for Summary Judgment [D.I. 20499] denying the allegations of the Defendants' Counter-Claims and seeking the dismissal of same on summary judgment;

2. Plaintiff has also filed a formal Answer [D.I. 20506] once again denying the allegations of Defendants' Counter-Claims;

3. Due to Plaintiff's filings, Defendants' Motion is defective and/or moot;

4. The Defendants failed to serve prior written notice of their intentions as required under F.R.C.P. Rule 55(b)(2) since Plaintiff has previously made an "appearance" in filing the original Complaint and Motion for Summary Judgment seeking the dismissal of Defendants' Counter-Claim rendering the Motion defective for this reason as well;

5. Defendants should have been aware that notice should have been provided to Plaintiff prior to the filing of the subject Motion; and

6. This particular pleading filed by the Defendants was brought in bad faith, as were the original Counter-Claims and thus, sanctions and relief under the Federal Rules of Civil Procedure, including Rule 11, is warranted.

Based on the foregoing, Plaintiff submits that there should be no Entry of Default entered by the Clerk of Court.

Respectfully submitted,

___/s/ Andrew C. Wilson_____
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Susan F. Clade (1033)
Christopher B. Conley (31674)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999
Attorneys for Plaintiff, Richard H. Weisler, M.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

___/s/ Andrew C. Wilson_____

N:\DATA\N\50182001\Pleadings\Preliminary Memo in Opp to Defendant's Motion for Judgment.wpd