UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | |
| | JUDGE STANWOOD R. DUVAL, JR. |
| | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**EX PARTE MOTION AND ORDER TO SUPPLEMENT RECORD
ON BEHALF OF DR. RICHARD WEISLER, AND
TO ADD PLAINTIFF'S EXHIBITS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Dr. Richard H. Weisler, who respectfully requests that this Honorable Court allow Plaintiff to add his Exhibits "2, 3, 9,13, 14, 17, 19, 20, 23 and 29, which were omitted from their originally filed Memorandum in Support of Motion for Partial Summary Judgment [20499-1] filed on

October 18, 2011.

                                  Respectfully submitted,

                                ___/s/ Andrew C. Wilson_____
                                Daniel J. Caruso (3941)
                                Andrew C. Wilson (01162)
                                Susan F. Clade (1033)
                                Christopher B. Conley (31674)
                                SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
                                30th Floor - Energy Centre
                                1100 Poydras Street
                                New Orleans, Louisiana 70163
                                Telephone (504) 569-2030
                                Facsimile (504) 569-2999
                                Attorneys for Plaintiff, Richard H. Weisler, M.D.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 19, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


                                ___/s/ Andrew C. Wilson_____

N:\DATA\N\50182001\Pleadings\Ex Parte Motion to Supplement Record.wpd