Cc: 'Richard Weisler'; rick@rickseymourlaw.net; Alan Fuchsberg;
'Lawrence Wiedemann'; 'Wiedemann, Karen'
Subject: RE: Psychological Testing

Invoices should actually be addressed to Barge PSLC, 821 Baronne Street, New
Orleans, LA  70113, not to Karen Wiedemann, as the Barge PSLC is responsible
for expenses, not Karen.

What dates and times are the interviews to be scheduled, and which persons
are to be interviewed?

-----Original Message-----
From: Townsend, Mark [mailto:MTowns@lsuhsc.edu <mailto:MTowns@lsuhsc.edu> ]
Sent: Thursday, May 29, 2008 2:32 PM
To: Jill Hayes; Griffin, Phillip T.
Cc: Richard Weisler; rick@rickseymourlaw.net; Alan Fuchsberg; Brian Gilbert
(Office); Lawrence Wiedemann
Subject: Psychological Testing
Importance: High


Jill and Phil,
Hopefully you have received go-ahead to complete the psychological
evaluation of the four remaining individuals. It is key to the expeditious
completion of our work.

The two of you may have already spoken to establish your methodology.
Jill's office number is 504-400-1919 and Phil can be reached at
504-451-4323.
Invoices for your services should be sent to Ms. Karen Wiedemann.

I have taken the liberty of attaching the names of the four remaining
claimants.

Attorneys Brian Gilbert (here in NOLA) and Rick Seymour in DC will no doubt
set up the interviews.

You see Mr. Seymour's numbers below, but please also do not hesitate to call
me at 504-232-1023 for any issues related to your examinations.
Rick Weisler and I will be meeting this evening.
Thanks,
Mark


-----Original Message-----
From: Richard T. Seymour [mailto:rick@rickseymourlaw.net <mailto:rick@rickseymourlaw.net> ]
Sent: Friday, May 23, 2008 7:55 PM
To: Alan (office) Fuchsberg; Brian Gilbert; Brian Gilbert (home); Lawrence
Wiedemann; Townsend, Mark; Paul Balson; Richard Weisler
Cc: 'Karen Wiedemann'; 'Jullion R. Taylor'
Subject: Barge Cases: Interview Schedule and Contact Information, May 24
Importance: High

Monday, February 09, 2009 America Online: RWeisler

EXHIBIT 9