```
-----Original Message-----
From: "Richard T. Seymour" <rick@rickseymourlaw.net>
Date: Sat, 24 May 2008 12:27:39
To:"Alan \(office\) Fuchsberg" <a.fuchsberg@fuchsberg.com>,"Brian
Gilbert"
<bgilbert@briangilbertlaw.com>,"Brian Gilbert \(home\)"
<fishkat@cox.net>,"Charles Nolet" <cnolet@wgdnlaw1.com>,"Cindy Arias"
<carias@wgdnlaw1.com>,"David Druker" <ddruker@wgdnlaw1.com>,"Edward L.
Moreno" <eleemoreno@gmail.com>,"Jullion Taylor"
<jullion@rickseymourlaw.net>,"Karen Wiedemann"
<karenwiedemann@bellsouth.net>,"Karl Wiedemann"
<karlwied@bellsouth.net>,"Lawrence Wiedemann"
<ldwiedeman@aol.com>,"Lawrence
Wilson" <lwilson@wgdnlaw1.com>,"Leslie Kelmachter"
<l.kelmachter@fuchsberg.com>,"Patrick Sanders" <pistols42@aol.com>
Subject: Barge Cases: Medical Results
```

Highly Confidential:

1. ▓▓▓▓▓ is in very poor shape. ▓▓▓ will be there today, and has agreed to return tomorrow so that they can finish. ▓▓▓ meets the strict criteria for PTSD, ▓▓▓ definitely has bipolar disorder, and ▓▓▓ is in a "mixed state." After the flood, ▓▓▓ had suicidal thoughts and thought of killing ▓▓▓ and her children. ▓▓▓ no longer has suicidal thoughts, but does have frequently recurring nightmares of drowning. ▓▓▓ NEEDS TREATMENT

[Fwd: Barge Cases: Medical Results]
12 of 20 10/11/2010 3:12 PM
PRIVILEGED AND CONFIDENTIAL BargePSLCWeisSeym000358

and is not getting any. Dr. Weisler will give ▓▓▓ referrals to people in Texas. WE'RE ON NOTICE. Can we do anything to help ▓▓▓ get a treater in the ▓▓▓ area, which is where ▓▓▓ is?

2. ▓▓▓▓▓ meets the clinical criteria and has a good distress claim.

3. ▓▓▓▓▓ does NOT have a good distress claim. ▓▓▓ distress is actually caused by the death of ▓▓▓ son from a drug overdose a few months before the flood, and Katrina has little to do with ▓▓▓ present emotional state. ▓▓▓ is a class rep for other subclasses, but not emotional distress.

Note: This is a very useful result, because we need to show that we can screen people out.

4. It is taking longer than expected. They will ask the 3:30 people to come in tomorrow.

5. All of the inevitable interim problems so far have been resolved.

Rick



EXHIBIT 13