UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> PERTAINS TO: BARGE <br> <br> *Weisler v. Seymour, et al.* **09-2737** | * <br> * <br> *    CIVIL ACTION <br> * <br> *    NO. 05-4182 <br> *    and consolidated cases <br> * <br> *    SECTION "K" (2) <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*

## MOTION IN RESPONSE TO SEYMOUR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S OPEN ACCOUNT CLAIM

**NOW INTO COURT,** through undersigned counsel, come defendants, Alan Fuchsberg and the Jacob D. Fuchsberg Law Firm (hereinafter the "Fuchsberg defendants"), which submit this Motion in Response to Seymour Defendants' Motion for Summary Judgment on Plaintiff's Open Account Claim for the reasons stated in the Memorandum in Support thereof.

2

Wherefore, the Fuchsberg defendants pray that summary judgment be granted in their favor, and that the claims of plaintiff be dismissed.

Respectfully submitted,

*s/Bradley S. Groce*

_____

DAVID V. BATT, #2849
BRADLEY S. GROCE, #26037
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

---

*CERTIFICATE OF SERVICE*

I do hereby certify that I have on this 20th day of October, 2011, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

*s/Bradley S. Groce*
_____

---