# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | |

## MEMORANDUM IN SUPPORT OF MOTION IN RESPONSE TO SEYMOUR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S OPEN ACCOUNT CLAIM

**NOW INTO COURT,** through undersigned counsel, come defendants, Alan Fuchsberg and the Jacob D. Fuchsberg Law Firm (hereinafter the "Fuchsberg defendants"), which submit this Memorandum in Support of Motion in Response to Seymour Defendants' Motion for Summary Judgment on Plaintiff's Open Account Claim.

The Fuchsberg defendants adopt and re-urge the arguments made by the Seymour Defendants in the Seymour Defendants' Motion for Summary Judgment on Plaintiff's Open Account Claim, the Memorandum in Support thereof, and the accompanying exhibits filed by the Seymour Defendants.  The Motion for Summary Judgment is set for hearing on November 2, 2011, and the Fuchsberg defendants join in with the Seymour defendants in bringing this Motion for Summary Judgment.

Wherefore, the Fuchsberg defendants pray that summary judgment be granted in their favor, and that the claims of plaintiff be dismissed.

Respectfully submitted,

*s/Bradley S. Groce*

_____

DAVID V. BATT, #2849
BRADLEY S. GROCE, #26037
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

---

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of October, 2011, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

*s/Bradley S. Groce*
_____

2