UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** * | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** * | | |
| * | | **NO. 05-4182** |
| * | | **and consolidated cases** |
| **PERTAINS TO: BARGE** * | | |
| * | | **SECTION "K"(2)** |
| *Boutte v. Lafarge* | 05-5531 * | |
| *Mumford v. Ingram* | 05-5724 * | **JUDGE** |
| *Lagarde v. Lafarge* | 06-5342 * | **STANWOOD R. DUVAL, JR.** |
| *Perry v. Ingram* | 06-6299 * | |
| *Benoit v. Lafarge* | 06-7516 * | **MAG.** |
| *Parfait Family v. USA* | 07-3500 * | **JOSEPH C. WILKINSON. JR.** |
| *Lafarge v. USA* | 07-5178 * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE CONSENT MOTION TO EXTEND BRIEFING DEADLINE

**NOW INTO COURT**, through undersigned counsel, comes Defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc. (the "American Club"), who respectfully requests a seven (7) day extension of the deadline to file its reply memorandum to Barge Plaintiffs' opposition to the American Club's Motion for Summary Judgment, or until October 31, 2011. Undersigned counsel has contacted counsel for Barge Plaintiffs, Brian A Gilbert, who stated that he has no objection to the instant motion.

WHEREFORE, Defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., respectfully requests a seven (7) day extension of the deadline to file its reply memorandum to Barge Plaintiffs' opposition to the American Club's Motion for Summary Judgment, or until October 31, 2011.

Respectfully Submitted,

MONTGOMERY BARNETT, L.L.P.

/s/ *A. Gordon Grant, Jr.*
A GORDON GRANT, JR. (#6221)(T.A.)
PHILIP S. BROOKS, JR. (#21501)
3300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     (504) 585-3200
Facsimile:     (504) 585-7688

*Attorneys for American Steamship Owners*
*Mutual Protection and Indemnity Association, Inc.*

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 21st day of October, 2011, electronically filed a copy of the foregoing and with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to counsel of record.

/s/ *A. Gordon Grant, Jr.*