UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br> and consolidated cases |
| PERTAINS TO: BARGE | * <br> * | <br> SECTION "K"(2) |
| *Boutte v. Lafarge*  05-5531 <br> *Mumford v. Ingram*  05-5724 <br> *Lagarde v. Lafarge*  06-5342 <br> *Perry v. Ingram*  06-6299 <br> *Benoit v. Lafarge*  06-7516 <br> *Parfait Family v. USA*  07-3500 <br> *Lafarge v. USA*  07-5178 | * <br> * <br> * <br> * <br> * <br> * <br> * | <br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON. JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing *Ex Parte Consent Motion to Extend Briefing Deadline* filed by Defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc.;

**IT IS ORDERED** that the *Ex Parte Consent Motion to Extend Briefing Deadline* filed by the American Steamship Owners Mutual Protection and Indemnity Association, Inc. be and same is hereby **GRANTED** and that the American Steamship Owners Mutual Protection and Indemnity Association, Inc. shall file its reply memorandum to Barge Plaintiffs' opposition to the American Club's Motion for Summary Judgment no later than October 31, 2011.

_____
**JUDGE**