UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: BARGE | and consolidated cases |
| | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | |

### EX PARTE MOTION TO JOIN IN THE SEYMOUR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S OPEN ACCOUNT CLAIM

**NOW INTO COURT,** through undersigned counsel, come defendants, Alan Fuchsberg and the Jacob D. Fuchsberg Law Firm (hereinafter the "Fuchsberg defendants"), which submit this Ex Parte Motion to Join in the Seymour Defendants' Motion for Summary Judgment on Plaintiff's Open Account Claim filed as document number 20504 in the record. The Fuchsberg defendants seek the same relief as the relief requested by the Seymour defendants in the Seymour Defendants' Motion for Summary Judgment on Plaintiff's Open Account Claim. The Fuchsberg defendants seek to adopt

2

and re-urge each of the arguments contained in the Seymour Defendants' Motion for Summary Judgment on Plaintiff's Open Account Claim filed in the record as document number 20504, along with the Motions, Memoranda, and Exhibits attached thereto.

Respectfully submitted,

*s/Bradley S. Groce*

_____

DAVID V. BATT, #2849
BRADLEY S. GROCE, #26037
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that I have on this 21 day of October, 2011, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

*s/Bradley S. Groce*
_____

2