UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION |
| PERTAINS TO: BARGE | *<br>*<br>* | NO. 05-4182<br>and consolidated cases |
| | *<br>* | SECTION "K" (2) |
| *Weisler v. Seymour, et al.* **09-2737** | *<br>* | |
| *    *    *    *    *    *    *    * | | |

## O R D E R

Considering the Ex Parte Motion to Join in the Seymour Defendants' Motion for Summary Judgment on Plaintiff's Open Account Claim filed by the defendants, Alan Fuchsberg and the Jacob D. Fuchsberg Law Firm:

**IT IS ORDERED THAT** the defendants, Alan Fuchsberg and the Jacob D. Fuchsberg Law Firm, are permitted to join in and adopt the arguments made in the Seymour Defendants' Motion for Summary Judgment on Plaintiff's Open Account Claim.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**J U D G E**