UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

After considering the foregoing Motion and Order to Supplement Record on behalf of Plaintiff, Dr. Richard H. Weisler,;

IT IS ORDERED, ADJUDGE AND DECREED that Plaintiff, Dr. Richard H. Weisler

be and is hereby allowed to add his omitted Exhibits "2, 3, 9,13, 14, 17, 19, 20, 23 and 29" to be attached to the filed Memorandum in Support of Motion for Partial Summary Judgment [20499-1]filed on October 18, 2011.

New Orleans, Louisiana this 21st day of ___October___, 2011.

_____
JUDGE STANWOOD R. DUVAL, JR.