# Exhibit 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ANSWER TO COUNTER-CLAIM

NOW INTO COURT, through undersigned counsel comes, Plaintiff, Dr. Richard H. Weisler, ("Dr. Weisler"), and improperly named Richard H. Weisler, PA, and for their Answer to the Defendants' Counter-Claims filed in the captioned matter, represent, based upon information and belief, as follows:

## FIRST AFFIRMATIVE DEFENSE

Defendants' Counter-Claims fail to state a right, claim or cause or action upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendants breached their Contract with Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

Defendants' allegations are wholly without merit, brought in bad faith, and warrant sanctions under F.R.C.P. Rule 11.

### FOURTH AFFIRMATIVE DEFENSE

Defendants failed to include the real parties in interest, i.e., the individual Defendants.

### FIFTH AFFIRMATIVE DEFENSE

Richard H. Weisler, PA is not a party to these proceedings and thus cannot be named as a Counter-Defendant.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff and improperly named Richard H. Weisler, PA, reaver and reallege all allegations made in the original Complaint filed in this matter.

### SEVENTH AFFIRMATIVE DEFENSE

AND NOW, responding to the individual allegations of the Counter-Claims, Plaintiff, and improperly named Richard H. Weisler, PA, aver as follows:

### JURISDICTION AND VENUE

Parties.

1. Denied in part and admitted in part insofar as Defendants omitted and/or failed to include the individual Defendants.

2. A. Admitted.

B.  Denied as Richard H. Weisler, PA, is not a party-plaintiff to this proceeding and thus no Counter-Claim may be filed against same. Defendants' pleading is thus defective.

1.

Denied.

2.

Denied in part and admitted in part, as Defendants have no claim and thus lack a jurisdictional amount.

3.

Admitted.

## GENERAL ALLEGATION

1. Denied as written.
2. Denied as written.
3. Denied as written.
4. Denied.
5. Denied as written.
6. Denied.
7. Denied as written.
8. Denied.
9. Denied as written.
10. Denied as written.
11. Denied.
12. Denied.

3

13. Denied.

14. Denied.

15. Denied.

16. Denied.

### FIRST COUNTER-CLAIM

This Counter-Claim states a conclusion of law not requiring an Answer; but insofar as the Court may require an answer, the allegations contained therein are denied.

### SECOND COUNTER-CLAIM

This Counter-Claim states a conclusion of law not requiring an Answer; but insofar as the Court may require an answer, the allegations contained therein are denied.

### THIRD COUNTER-CLAIM

This Counter-Claim states a conclusion of law not requiring an Answer; but insofar as the Court may require an answer, the allegations contained therein are denied.

### FOURTH COUNTER-CLAIM

This Counter-Claim states a conclusion of law not requiring an Answer; but insofar as the Court may require an answer, the allegations contained therein are denied.

### JURY TRIAL REQUEST

This jury trial states a conclusion of law not requiring an Answer.

### RESERVATION OF RIGHTS

This reservation of rights states a conclusion of law not requiring an Answer; but insofar as the Court may require an answer, the allegations contained therein are denied.

WHEREFORE, Plaintiff, Dr. Richard H. Weisler and improperly named Richard H.

Weisler, PA, prays that this Answer be deemed good and sufficient, and that after all legal delays and due proceedings are had, that there be Judgment rendered herein in favor of Plaintiff/Counter-Defendant, Richard H. Weisler, and improperly named Richard H. Weisler, PA, and against the Defendants/Counter-Claimants, dismissing their claims with prejudice and at their costs, and also awarding sanctions, costs and attorney's fees under the Federal Rules of Civil Procedure, including, but not limited to Rule 11, as well as all relief requested in Plaintiff's original Complaint, as well as judicial interest on that Judgment until paid in full, and for all other general and equitable relief.

                              Respectfully submitted,

                              ___/s/ Andrew C. Wilson_____
                              Daniel J. Caruso (3941)
                              Andrew C. Wilson (01162)
                              Susan F. Clade (1033)
                              Christopher B. Conley (31674)
                              SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
                              30th Floor - Energy Centre
                              1100 Poydras Street
                              New Orleans, Louisiana 70163
                              Telephone (504) 569-2030
                              Facsimile (504) 569-2999
                              Attorneys for Plaintiff, Richard H. Weisler, M.D.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 19, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                              ___/s/ Andrew C. Wilson_____

N:\DATA\N\50182001\Pleadings\Answer to Counter-Claim (1).wpd