# Exhibit 3

Table of Contents to and from a.fuchsberg@fuchsberg.com

Subj:   FW: Katrina emotional injuries--seeking consultant expert
Date:   5/14/2008 9:31:41 P.M. Eastern Daylight Time
From:   a.fuchsberg@fuchsberg.com
To:     rweisler@aol.com


Subj:   Re: FW: Katrina emotional injuries--seeking consultant expert
Date:   5/15/2008 4:21:51 P.M. Eastern Daylight Time
From:   a.fuchsberg@fuchsberg.com
To:     RWeisler@aol.com


Subj:   RE: FW: Katrina emotional injuries--seeking consultant expert
Date:   5/15/2008 5:14:38 P.M. Eastern Daylight Time
From:   a.fuchsberg@fuchsberg.com
To:     RWeisler@aol.com


Subj:   Re: FW: Katrina emotional injuries--seeking consultant expert
Date:   5/16/2008
To:     a.fuchsberg@fuchsberg.com


Subj:   Check out http://www.atsdr.cdc.gov/publications/100233-RelocationStress.pdf
Date:   5/16/2008
To:     a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu


Subj:   Weisler Medical News and Perspectives Article with link to Duke web site
Date:   5/16/2008
To:     a.fuchsberg@fuchsberg.com


Subj:   Weisler CV and Bio-sketch that needs updating
Date:   5/16/2008
To:     a.fuchsberg@fuchsberg.com


Subj:   Men's Health Magazine story last year which was a nice surprise
Date:   5/16/2008
To:     a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

Richard H. Weisler, M.D.  Deposition
Oct. 9, 2011            Exhibit 40

Attachment M



EXHIBIT
4

Subj:     Fw: Katrina Class Cert Motion
Date:     5/16/2008 4:20:26 P.M. Eastern Daylight Time
From:     a.fuchsberg@fuchsberg.com
To:       RWeisler@aol.com


Subj:     Re: Check out http://www.atsdr.cdc.gov/publications/100233-RelocationStress.pdf
Date:     5/16/2008 6:07:15 P.M. Eastern Daylight Time
From:     a.fuchsberg@fuchsberg.com
To:       RWeisler@aol.com
CC:       rick@rickseymourlaw.net, ldwledeman@aol.com, bgilberl@brianglibertlaw.com


Subj:     Fw: Barge Cases RE: good news on the emotional health class issue and need to set up
          psych evaluations next saturday for class reps
Date:     5/16/2008 8:07:50 P.M. Eastern Daylight Time
From:     a.fuchsberg@fuchsberg.com
To:       RWeisler@aol.com, MTowns@lsuhsc.edu
CC:       rick@rickseymourlaw.net


Subj:     Weisler Disaster Mental Health slide set Sect I Note slides 52-56 in particular
Date:     5/17/2008
To:       a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu


Subj:     Weisler WPA Disaster Mental Health slide set Section II
Date:     5/17/2008
To:       a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu


Subj:     Weisler ppt slide set from 2007 WPA Section III Please see slides 23-27!
Date:     5/17/2008
To:       a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu


Subj:     Weisler 2007 WPA Disaster Mental Health slide set Section IV
Date:     5/17/2008
To:       a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu


Subj:     Weisler Disaster Mental Health slide set for WPA 2007 Section V Last slides
Date:     5/17/2008
To:       a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu


Subj:     Alan, An old slide set I used to talk to legislators about mental health needs
Date:     5/18/2008
To:       a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

Subj:    **Trauma, Resilience and Sallostasis: Effects of Treatment in Posttraumatic Stress**
Date:    5/18/2008
To:       a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

Subj:    **Re: Retention of Dr Townsend**
Date:    5/18/2008 2:23:62 P.M. Eastern Daylight Time
From:  a.fuchsberg@fuchsberg.com
To:       MTowns@lsuhsc.edu, pmbalson@hotmail.com, a.fuchsberg@fuchsberg.com
CC:      RWeisler@aol.com, STefft@lsuhsc.edu, Rick@RickSeymourLaw.net, ldwiedeman@aol.com

Subj:    **Diagnostic https://www.medical-outcomes.com/HTMLFiles/PrivateAccounts/MINI/Dow**
Date:    5/19/2008
To:       a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

Subj:    **Some pre-Katrina Orlean's CDC Parish death rates by different causes**
Date:    5/19/2008
To:       a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

Subj:    **FYI: 'The Crisis Continues' | Print Article | Newsweek.com**
Date:    5/19/2008
To:       a.fuchsberg@fuchsberg.com

Subj:    =?Windows-1252?B?
          UmJ6lEZZSTogkVRoZSBDcmIzaXMgQ29udGludWVzklB8lFByaW50lEFydGljbGUgfCBOZXZzd2Vlay5jb20=?
         =
Date:    5/19/2008 8:52:47 A.M. Eastern Daylight Time
From:  a.fuchsberg@fuchsberg.com
To:       RWeisler@aol.com, MTowns@lsuhsc.edu

Subj:    **RE:DISCUSSION WITH PSYCHIATRIC CLASS CERTIFICATION MOTION EXPERTS**
Date:    5/19/2008 9:35:52 A.M. Eastern Daylight Time
From:  a.fuchsberg@fuchsberg.com
To:       RWeisler@aol.com, mtowns@lsuhsc.edu, rick@rickseymourlaw.net, ldwiedeman@aol.com
CC:      bgilbert@briangilbertlaw.com, pmbalson@hotmail.com, pistols42@aol.com

Subj:    **RE: DISCUSSION WITH PSYCHIATRIC CLASS CERTIFICATION MOTION EXPERTS**
Date:    5/19/2008 10:05:03 A.M. Eastern Daylight Time
From:  a.fuchsberg@fuchsberg.com
To:       rick@rickseymourlaw.net, RWeisler@aol.com, mtowns@lsuhsc.edu, ldwiedeman@aol.com
CC:      bgilbert@briangilbertlaw.com, pmbalson@hotmail.com, pistols42@aol.com

Subj:    **RE: DISCUSSION WITH PSYCHIATRIC CLASS CERTIFICATION MOTION EXPERTS**
Date:    5/19/2008 11:50:03 A.M. Eastern Daylight Time
From:  a.fuchsberg@fuchsberg.com
To:       rick@rickseymourlaw.net, RWeisler@aol.com, mtowns@lsuhsc.edu, ldwiedeman@aol.com
CC:      pmbalson@hotmail.com

Subj:   RE: DISCUSSION WITH PSYCHIATRIC CLASS CERTIFICATION MOTION EXPERTS
Date:   5/19/2008 7:23:42 P.M. Eastern Daylight Time
From:   a.fuchsberg@fuchsberg.com
To:     MTowns@lsuhsc.edu
CC:     RWeisler@aol.com, pmbalson@hotmail.com, ldwiedeman@aol.com, rick@rickseymourlaw.net


Subj:   RE: Validation of M.I.N.I.Diagnostic Interviews Medical Outcome Systems, Inc.
Date:   5/19/2008 7:24:02 P.M. Eastern Daylight Time
From:   a.fuchsberg@fuchsberg.com
To:     RWeisler@aol.com, mtowns@lsuhsc.edu
CC:     rick@rickseymourlaw.net, ldwiedeman@aol.com


Subj:   RE: Diagnostic https://www.medical-outcomes.com/HTMLFiles/PrivateAccounts/MINI/Dow
Date:   5/19/2008 7:24:48 P.M. Eastern Daylight Time
From:   a.fuchsberg@fuchsberg.com
To:     RWeisler@aol.com, mtowns@lsuhsc.edu
CC:     rick@rickseymourlaw.net, ldwiedeman@aol.com


Subj:   RE: Some of the news coverage from the criminal case that I said I testified in.
Date:   5/19/2008 7:25:56 P.M. Eastern Daylight Time
From:   a.fuchsberg@fuchsberg.com
To:     RWeisler@aol.com, mtowns@lsuhsc.edu
CC:     rick@rickseymourlaw.net, ldwiedeman@aol.com


Subj:   RE: Barge: Class Rep. Availability for Saturday Medical Interviews
Date:   5/19/2008 8:24:49 P.M. Eastern Daylight Time
From:   a.fuchsberg@fuchsberg.com
To:     MTowns@lsuhsc.edu, rick@rickseymourlaw.net, ldwiedeman@aol.com
CC:     RWeisler@aol.com, pmbalson@hotmail.com


Subj:   FW: Barge: Class Rep. Availability for Saturday Medical Interviews
Date:   5/19/2008 7:33:24 P.M. Eastern Daylight Time
From:   a.fuchsberg@fuchsberg.com
To:     rick@rickseymourlaw.net, ldwiedeman@aol.com
CC:     RWeisler@aol.com, MTowns@lsuhsc.edu


Subj:   Some of the news coverage from the criminal case that I said I testified in.
Date:   5/20/2008
To:     a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu


Subj:   cv update
Date:   5/20/2008 12:39:50 P.M. Eastern Daylight Time
From:   a.fuchsberg@fuchsberg.com
To:     RWeisler@aol.com
CC:     rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com

Subj:      **RE: Barge Cases Medical: Interview Space**
Date:      5/21/2006 2:40:28 P.M. Eastern Daylight Time
From:      a.fuchsberg@fuchsberg.com
To:        MTowns@lsuhsc.edu, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com
CC:        pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net,
           karenwiedemann@bellsouth.net

Table of Contents to and from Alex Crosby

Subj:     **Fwd: Katrina Mental Health Issues**
Date:     6/20/2008
To:       AEC1@CDC.GOV


Subj:     **Violence prev in communities**
Date:     6/20/2008 4:01:07 P.M. Eastern Daylight Time
From:     aec1@cdc.gov
To:       RWeisler@aol.com


Subj:     **RE: New York Times article on suicide FYI**
Date:     7/9/2008 3:26:16 P.M. Eastern Daylight Time
From:     aec1@cdc.gov
To:       RWeisler@aol.com

# Table of Contents to and from fishkat@cox.net

Subj:   Re: IMPORTANT - Barge Cases: Interview Schedule and Contact Information, May 24
Date:   5/26/2008 5:41:23 P.M. Eastern Daylight Time
From:   fishkat@cox.net
To:     MTowns@lsuhsc.edu
CC:     rick@rickseymourlaw.net, ldwiedeman@aol.com, a.fuchsberg@fuchsberg.com,
        RWeisler@aol.com, karenwiedemann@bellsouth.net, pistols42@aol.com


Subj:   RE: Psychological Testing
Date:   5/29/2008 5:52:39 P.M. Eastern Daylight Time
From:   bgilbert@briangilbertlaw.com
To:     MTowns@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu
CC:     RWeisler@aol.com, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com,
        LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net, pmbalson@hotmail.com


Subj:   FW: What if we prioritize the testing to suit your schedule?
Date:   5/29/2008 6:24:11 P.M. Eastern Daylight Time
From:   bgilbert@briangilbertlaw.com
To:     mookietex@gmail.com
CC:     rick@rickseymourlaw.net, MTowns@lsuhsc.edu, RWeisler@aol.com


Subj:   Re: Re: A psychologist and a suggestion
Date:   5/30/2008 11:45:35 A.M. Eastern Daylight Time
From:   fishkat@cox.net
To:     a.fuchsberg@fuchsberg.com, jullion@rickseymourlaw.net, me@mookietex.com,
        bgilbert@briangilbertlaw.com
CC:     MTowns@lsuhsc.edu, jillhayes@cox.net, bgilbert@briangilbertlaw.com, pgriff@lsuhsc.edu,
        RWeisler@aol.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com,
        karenwiedemann@bellsouth.net, pmbalson@hotmail.com


Subj:   Re: Re: A psychologist and a suggestion
Date:   5/30/2008 12:11:56 P.M. Eastern Daylight Time
From:   fishkat@cox.net
To:     a.fuchsberg@fuchsberg.com, jullion@rickseymourlaw.net, me@mookietex.com
CC:     MTowns@lsuhsc.edu, jillhayes@cox.net, bgilbert@briangilbertlaw.com, pgriff@lsuhsc.edu,
        RWeisler@aol.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com,
        karenwiedemann@bellsouth.net, pmbalson@hotmail.com


Subj:   Re: proposed Master Protective Order
Date:   6/5/2008 12:28:08 A.M. Eastern Daylight Time
From:   karenwiedemann@bellsouth.net
To:     fishkat@cox.net, fishkat@cox.net
CC:     a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, cnolet@wgdnlaw1.com,
        ddruker@wgdnlaw1.com, kanwied@bellsouth.net, ldwiedeman@aol.com, lwilson@wgdnlaw1.com,
        l.kelmachter@fuchsberg.com, MTowns@lsuhsc.edu, Pistols42@aol.com,
        rick@rickseymourlaw.net, RWeisler@aol.com

Subj: **Mental Health Damages**
Date: 6/8/2008 12:46:40 P.M. Eastern Daylight Time
From: fishkat@cox.net
To: rick@rickseymourlaw.net, RWeisler@aol.com, MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com

Subj: **RE: Background Reports Narayan is the Lead Investigator of the Tulane study**
Date: 6/9/2008 5:29:44 P.M. Eastern Daylight Time
From: bgilbert@briangilbertlaw.com
To: RWeisler@aol.com, a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net,
  LDWIEDEMAN@aol.com, mtowns@lsuhsc.edu

Subj: **Emotional Damages Report - URGENT**
Date: 6/28/2008 5:01:13 P.M. Eastern Daylight Time
From: fishkat@cox.net
To: RWeisler@aol.com, pmbalson@hotmail.com, MTowns@lsuhsc.edu
CC: rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, lwilson@wgdnlaw1.com

Subj: **URGENT - Please call Rick Seymour**
Date: 6/28/2008 5:26:42 P.M. Eastern Daylight Time
From: fishkat@cox.net
To: fishkat@cox.net
CC: RWeisler@aol.com, pmbalson@hotmail.com, MTowns@lsuhsc.edu, rick@rickseymourlaw.net,
  LDWIEDEMAN@aol.com, lwilson@wgdnlaw1.com

Subj: **Re: URGENT - Please call Rick Seymour**
Date: 6/28/2008 8:19:29 P.M. Eastern Daylight Time
From: fishkat@cox.net
To: Rick@RickSeymourLaw.net
CC: RWeisler@aol.com, pmbalson@hotmail.com, MTowns@lsuhsc.edu, LDWIEDEMAN@aol.com,
  lwilson@wgdnlaw1.com

Subj: **Re: Barge Medical: Expert Report**
Date: 6/28/2008 6:44:27 P.M. Eastern Daylight Time
From: fishkat@cox.net
To: a.fuchsberg@fuchsberg.com
CC: rick@rickseymourlaw.net, MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com,
  karenwiedemann@bellsouth.net, ldwiedeman@aol.com, lwilson@wgdnlaw1.com, pmbalson@hotmail.com,
  RWeisler@aol.com, ljullian@rickseymourlaw.net

Subj: **Re: Final Expert Report Weisler Brian I faxed you the signature page as dis...**
Date: 6/30/2008
To: fishkat@cox.net

Subj: **Re: Final Expert Report Weisler Brian I faxed you the signature page as discussed**
Date: 6/30/2008 9:58:37 P.M. Eastern Daylight Time
From: fishkat@cox.net
To: RWeisler@aol.com

Subj:     **Voicemail message re attachments**
Date:     7/1/2008 11:36:10 P.M. Eastern Daylight Time
From:     fishkat@cox.net
To:       RWeisler@aol.com


Subj:     article about suicidality from a federal study inadvertently left out Thanks
Date:     7/3/2008
To:       bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net


Subj:     JAMA -- Role of Professional Organizations in Regulating Physician Expert Witnes
Date:     8/1/2008
To:       bgilbert@briangilbertlaw.com, fishkat@cox.net, rick@rickseymourlaw.net
CC:       mtowns@lsuhsc.edu


Subj:     **Fwd: Sutton If you can contact him the testing would be useful.**
Date:     8/1/2008
To:       fishkat@cox.net


Subj:     Duke Legal fee schedule I have used for over 2 years&national data(bold underlin
Date:     8/4/2008
To:       bgilbert@briangilbertlaw.com, fishkat@cox.net, rick@rickseymourlaw.net,
          a.fuchsberg@fuchsberg.com, LDWIEDEMAN, karenwiedemann@bellsouth.net
CC:       mtowns@lsuhsc.edu


Subj:     **Outstanding Invoice**
Date:     9/8/2008 4:38:39 P.M. Eastern Daylight Time
From:     bgilbert@briangilbertlaw.com
To:       rweisler@aol.com
CC:       karenwiedemann@bellsouth.net, rick@rickseymourlaw.net, Pistols42@aol.com,
          kariwied@bellsouth.net, LDWIEDEMAN@aol.com


Subj:     **Re: Outstanding Invoice**
Date:     9/9/2008
To:       bgilbert@briangilbertlaw.com
CC:       karenwiedemann@bellsouth.net, rick@rickseymourlaw.net, Pistols42@aol.com,
          kariwied@bellsouth.net, LDWIEDEMAN@aol.com, mtowns@lsuhsc.edu, hosofs@lsuhsc.edu,
          josofs@lsuhsc.edu


Subj:     **RE: Outstanding Invoice**
Date:     9/9/2008 4:57:09 P.M. Eastern Daylight Time
From:     bgilbert@briangilbertlaw.com
To:       RWeisler@aol.com
CC:       karenwiedemann@bellsouth.net, rick@rickseymourlaw.net

Subj:    **Fwd: Outstanding Invoice Brian Gilbert's response. Awaiting his return call**
Date:    9/9/2008
To:    bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net
CC:    hpsofs@lsuhsc.edu, josofs@lsuhsc.edu, mtowns@lsuhsc.edu


Subj:    **Proposed conference call**
Date:    9/13/2008 12:27:12 P.M. Eastern Daylight Time
From:    fishkat@cox.net
To: `    RWeisler@aol.com
CC:    karenwiedemann@bellsouth.net, rick@rickseymourlaw.net


Subj:    **Re: Proposed conference call**
Date:    9/14/2008 9:05:46 P.M. Eastern Standard Time
From:    fishkat@cox.net
To:    RWeisler@aol.com, rick@rickseymourlaw.net, karenwiedemann@bellsouth.net

Table of Contents for F Norris

Subj:   Re: Fwd: Death Rates for Orleans Parish An example of our use of CDC Wonder
Date:   6/3/2008 3:32:20 P.M. Eastern Daylight Time
From:   Fran.H.Norris@Dartmouth.EDU
To:     RWeisler@aol.com


Subj:   Re: Let me know if this works any better CDC Wonder search for Orleans Parish
Date:   6/3/2008 3:42:58 P.M. Eastern Daylight Time
From:   Fran.H.Norris@Dartmouth.EDU
To:     RWeisler@aol.com


Subj:   "InCourage" in GBR
Date:   6/3/2008 4:57:16 P.M. Eastern Daylight Time
From:   Fran.H.Norris@Dartmouth.EDU
To:     RWeisler@aol.com


Subj:   Some background Industrial Canal Breach Litigation, Barge Case
Date:   6/4/2008
To:     Fran.H.Norris@Dartmouth.EDU
CC:     mtowns@lsuhsc.edu, josofs@lsuhsc.edu, hosofs@lsuhsc.edu, dsheehan@health.usf.edu,
        david011@mc.duke.edu, rdalton@tulane.edu, chris014@mc.duke.edu, pgriff@lsuhsc.edu,
        jillhayes@cox.net, GButte@lsuhsc.edu, jbarbe@lsuhsc.edu, ccole1@lsuhsc.edu


Subj:   Fwd: Death Rates for Orleans Parish An example of our use of CDC Wonder
Date:   6/4/2008
To:     Fran.H.Norris@Dartmouth.EDU


Subj:   Re: "InCourage" in GBR
Date:   6/4/2008
To:     Fran.H.Norris@Dartmouth.EDU
CC:     mtowns@lsuhsc.edu


Subj:   Let me know if this works any better CDC Wonder search for Orleans Parish
Date:   6/4/2008
To:     Fran.H.Norris@Dartmouth.EDU


Subj:   Re: Request for a section on diagnostic and clinical treatment needs for class
Date:   6/10/2008 1:32:34 P.M. Eastern Daylight Time
From:   Fran.H.Norris@Dartmouth.EDU
To:     RWeisler@aol.com, mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, rdalton@tulane.edu,
        josofs@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net
CC:     david011@notes.duke.edu, Fran.H.Norris@Dartmouth.EDU, dsheehan@health.usf.edu,
        chris014@mc.duke.edu

Subj:    Fwd: Request for a section on diagnostic and clinical treatment needs for class
Date:    6/11/2008
To:    jessica.hamblen@dartmouth.edu
CC:    Fran.H.Norris@Dartmouth.EDU, mtowns@lsuhsc.edu

Subj:    **K6**
Date:    6/11/2008 8:20:21 A.M. Eastern Daylight Time
From:    Fran.H.Norris@Dartmouth.EDU
To:    RWeisler@aol.com

Subj:    RE: Fwd: Request for a section on diagnostic and clinical treatment needs for class
Date:    6/11/2008 10:18:28 A.M. Eastern Daylight Time
From:    Jessica.L.Hamblen@Dartmouth.EDU
To:    MTowns@lsuhsc.edu, Jessica.L.Hamblen@Dartmouth.EDU, RWeisler@aol.com
CC:    Fran.H.Norris@Dartmouth.EDU

Subj:    call
Date:    6/11/2008 10:41:29 A.M. Eastern Daylight Time
From:    Jessica.L.Hamblen@Dartmouth.EDU
To:    RWeisler@aol.com, Jessica.L.Hamblen@Dartmouth.EDU, MTowns@lsuhsc.edu
CC:    Fran.H.Norris@Dartmouth.EDU, Lee-Anne.Chartier@va.gov

Subj:    **columbia study etc.**
Date:    6/28/2006 3:46:50 P.M. Eastern Daylight Time
From:    Fran.H.Norris@Dartmouth.EDU
To:    rweisler@aol.com

Subj:    **Fwd: story in JAMA last January.**
Date:    6/29/2006
To:    Fran.H.Norris@Dartmouth.EDU

Subj:    **SPRINT-E paper**
Date:    6/29/2006 8:18:36 A.M. Eastern Daylight Time
From:    Fran.H.Norris@Dartmouth.EDU
To:    rweisler@aol.com

# Table of Contents for Howard Osofsky

Subj:   **RE: Dr. Howard Osofsky's participation in the Work Group**
Date:   6/10/2008 2:23:35 P.M. Eastern Daylight Time
From:   HOsofs@lsuhsc.edu
To:     a.fuchsberg@fuchsberg.com, RWeisler@aol.com, MTowns@lsuhsc.edu


Subj:   **Fwd: Disaster Intervention Call TODAY I hope you can participate**
Date:   6/12/2008
To:     hosofs@lsuhsc.edu, josofs@lsuhsc.edu


Subj:   **RE: New version:Final report actually submitted removing section P on compensation**
Date:   7/1/2008 10:41:05 A.M. Eastern Daylight Time
From:   HOsofs@lsuhsc.edu
To:     RWeisler@aol.com

Subj:   **Fwd: FW: Please take a look at the census track maps and block group data. Pl...**
Date:   8/23/2008
To:     hosofs@lsuhsc.edu, josofs@lsuhsc.edu


Subj:   **Fwd: PHONE CONVERSATION TODAY (8/8)**
Date:   8/23/2008
To:     hosofs@lsuhsc.edu

Subj:   **Fwd: Barge Case - Stop additional work email that we just got.**
Date:   8/24/2008
To:     hosofs@lsuhsc.edu, josofs@lsuhsc.edu


Subj:   **Fwd: Outstanding Invoice email for tele-conference**
Date:   9/9/2008
To:     hosofs@lsuhsc.edu, josofs@lsuhsc.edu


Subj:   **Re: Fwd: Outstanding Invoice Brian Gilbert's response. Awaiting his return call**
Date:   9/9/2008 7:44:50 P.M. Eastern Daylight Time
From:   HOsofs@lsuhsc.edu
To:     RWeisler@aol.com, MTowns@lsuhsc.edu, JOsofs@lsuhsc.edu

Subj:   **Re: Outstanding Invoice Brian Gilbert's response. Awaiting his return call**
Date:   9/10/2008
To:     HOsofs@lsuhsc.edu, MTowns@lsuhsc.edu, JOsofs@lsuhsc.edu

# Table of Contents to and from Jill Hayes
## (V1)

Subj:   **Temporary Physician License**
Date:   5/23/2008 4:21:24 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     MTowns@lsuhsc.edu, STefft@lsuhsc.edu, rweisler@aol.com, pmbalson@hotmail.com


Subj:   **Re: No need for a temporary license for Richard Weisler, MD**
Date:   5/23/2008 5:49:06 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     RWeisler@aol.com
CC:     mtowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com


Subj:   **Re: Live one**
Date:   5/26/2008 6:14:30 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     MTowns@lsuhsc.edu
CC:     gjbutterbaugh@gmail.com, a.fuchsberg@fuchsberg.com, rweisler@aol.com, rick@rickseymourlaw.net


Subj:   **Re: Arch Gen Psychiatry -- Abstract: Population-Based Study of MDD outcome data**
Date:   5/27/2008 10:35:07 A.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     RWeisler@aol.com


Subj:   **Re: Check out Treatment costs related to bipolar disorder and co...[Psychiatr Ser**
Date:   5/27/2008 10:37:03 A.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     RWeisler@aol.com


Subj:   **Bougere - Part One**
Date:   5/27/2008 11:02:38 A.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     rweisler@aol.com


Subj:   Re: Referral questions and a related article for one of the clients
Date:   5/27/2008 8:32:07 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     a.fuchsberg@fuchsberg.com, RWeisler@aol.com, rick@rickseymourlaw.net, MTowns@lsuhsc.edu, LDWIEDEMAN@aol.com, pgriff@lsuhsc.edu, GButtle@lsuhsc.edu,
        CCbgilbert@brianjgilbertlaw.com/lishkatcox.net/karenwiedemanbellsouth.net/mhtownsmap.com/pmbalsonhotmail.comSTefftlsuhsc.edu


Subj: Re: Referral questions and a related article for one of the clients
Date: 5/27/2008
To:   jillhayes@cox.net, a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, MTowns@lsuhsc.edu, LDWIEDEMAN@aol.com,
      pgriff@lsuhsc.edu, GButtle@lsuhsc.edu,
      CCbgilbert@brianjgilbertlaw.com/lishkatcox.net/karenwiedemanbellsouth.net/mhtownsmap.com/pmbalsonhotmail.comSTefftlsuhsc.edu

Subj:    **Bureau of Justice Statistics Drugs and Crime Facts: Drug use in the**
Date:    5/28/2008
To:    jillhayes@cox.net, mtowns@lsuhsc.edu

Subj:    **Katrina Canal Breaches Consolidated Litigation - First Interim Statement**
Date:    5/28/2008 5:33:48 P.M. Eastern Daylight Time
From:    jillhayes@cox.net
To:    karen@wiedemannlaw.com
CC:    a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, MTowns@lsuhsc.edu, rweisler@aol.com

Subj:    **Re: Referral questions and a related article for one of the clients**
Date:    5/28/2008 12:15:17 A.M. Eastern Daylight Time
From:    jillhayes@cox.net
To:    RWeisler@aol.com

Subj:    **Katrina Canal Breaches Consolidated Litigation - First Interim Statement**
Date:    5/28/2008 4:33:48 P.M. Eastern Standard Time
From:    jillhayes@cox.net
To:    karen@wiedemannlaw.com
CC:    a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, MTowns@lsuhsc.edu, rweisler@aol.com

Subj:    **Barge Report**
Date:    5/30/2008 3:26:48 A.M. Eastern Daylight Time
From:    jillhayes@cox.net
To:    mtowns@lsuhsc.edu, rweisler@aol.com

Subj:    **Re: Barge Report**
Date:    5/30/2008
To:    jillhayes@cox.net

Subj:    **Question about First Interim Statement**
Date:    6/2/2008 4:17:08 P.M. Eastern Daylight Time
From:    jillhayes@cox.net
To:    a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net
CC:    mtowns@lsuhsc.edu, rweisler@aol.com

Subj:    **Re: Question about First Interim Statement**
Date:    6/2/2008 5:21:06 P.M. Eastern Daylight Time
From:    jillhayes@cox.net
To:    rick@rickseymourlaw.net
CC:    a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu, rweisler@aol.com, karenwiedemann@bellsouth.net

Subj:   **Re: Some background Industrial Canal Breach Litigation, Barge Case**
Date:   6/3/2008 3:22:42 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     RWeisler@aol.com


Subj:   **Re: Some background Industrial Canal Breach Litigation, Barge Case**
Date:   6/3/2008 3:38:35 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     RWeisler@aol.com


Subj:   **RE: Request for a section on diagnostic and clinical treatment needs for class**
Date:   6/10/2008 4:24:10 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     RWeisler@aol.com


Subj:   **Re: Kismit update and request for actual CAPS summary sheet and her YMRS form.**
Date:   6/27/2008 5:47:34 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
Reply-to:  JillHayes@cox.net
To:     RWeisler@aol.com, mtowns@lsuhsc.edu, jillhayes@cox.net


Subj:   **Re: Check out http://www.ncptsd.va.gov/ncmain/nc_archives/nc_artics/id23235**
Date:   6/27/2008 7:42:28 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
Reply-to:  JillHayes@cox.net
To:     RWeisler@aol.com


Subj:   **Updated draft version includes Kismit's YMRS and SPRINT-E scores Thanks**
Date:   6/28/2008
To:     jillhayes@cox.net
CC:     mtowns@lsuhsc.edu


Subj:   **Blank MINI PLUS Diagnostic Interview Mark and I used as part of assessment**
Date:   6/28/2008
To:     jillhayes@cox.net, pgriff@lsuhsc.edu


Subj:   **Re: Draft of initial section for review without Appendices of close to a 1000 pages**
Date:   6/28/2008 3:43:46 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     RWeisler@aol.com


Subj:   **Re: part of an addition for the intro section to let the judge know what to expect**
Date:   6/28/2008 5:21:39 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     RWeisler@aol.com

Subj:     **Re: Urgent: Please give me a call tonight&take a look at the Kilpatrick Affadavit.**
Date:     6/28/2008 9:37:25 P.M. Eastern Daylight Time
From:    jillhayes@cox.net
To:      RWeisler@aol.com


Subj:     **Fwd: Barge Medical: Expert Report Alan Fuchsberg's email**
Date:     6/29/2008
To:      jillhayes@cox.net


Subj:     **Fwd: Barge Case Important: New organized set of attorney questions**
Date:     6/29/2008
To:      jillhayes@cox.net, losofs@lsuhsc.edu, hosofs@lsuhsc.edu, mtowns@lsuhsc.edu, pgriff@lsuhsc.edu

... t out in a written format the report will be reorganized
... ut 3 days to accomplis

# Table of Contents to and from Jill Hayes
## (V2)

Subj:   **Re: Barge Case Important: New organized set of attorney questions**
Date:   6/29/2008 11:17:20 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     JOsofs@lsuhsc.edu
CC:     RWeisler@aol.com, HOsofs@lsuhsc.edu, MTowns@lsuhsc.edu, pgriff@lsuhsc.edu


Subj:   **Referral Questions**
Date:   6/29/2008 11:04:01 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     rick@rickseymourlaw.net
CC:     rweisler@aol.com


Subj:   **Re: Barge Case Important: New organized set of attorney questions**
Date:   6/29/2008 9:09:55 A.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     RWeisler@aol.com
CC:     josofs@lsuhsc.edu, hosofs@lsuhsc.edu, mtowns@lsuhsc.edu, pgriff@lsuhsc.edu


Subj:   **Re: Rick Seymour says that you do NOT need to provide testimony history**
Date:   6/30/2008
To:     jillhayes@cox.net


Subj:   **Re: Rick Seymour says that you do NOT need to provide testimony history**
Date:   6/30/2008 2:24:21 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     RWeisler@aol.com


Subj:   **Re: Fwd: Barge Medical: Expert Report Alan Fuchsberg's email**
Date:   7/1/2008 7:25:31 A.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:     RWeisler@aol.com


Subj:       **Re: Fwd: Final Expert Report Weisler Brian I faxed you the signature page as di...**
Date:       7/1/2008 7:38:11 A.M. Eastern Daylight Time
From:       jillhayes@cox.net
Reply-to:   JillHayes@cox.net
To:         RWeisler@aol.com

Subj:   Re: New version:Final report actually submitted removing section P on compensation
Date:   7/1/2008 8:25:53 A.M. Eastern Daylight Time
From:   jillhayes@cox.net
Reply-to:   JillHayes@cox.net
To:   RWeisler@aol.com


Subj:   Re: Final Expert Report Weisler Brian I faxed you the signature page as di...
Date:   7/1/2008 11:12:55 A.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:   MTowns@lsuhsc.edu, RWeisler@aol.com, HOsofs@lsuhsc.edu, JOsofs@LSUHSC.EDU,
        pgriff@lsuhsc.edu


Subj:   RE: Barge case schedule U.S. District Court - Eastern District of Louisiana
Date:   7/28/2008 6:22:11 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:   RWeisler@aol.com


Subj:   Re: Progress and payment Barge Case Mental Health
Date:   9/2/2008
To:   jillhayes@cox.net


Subj:   Re: Progress and payment Barge Case Mental Health
Date:   9/2/2008 2:14:35 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:   RWeisler@aol.com


Subj:   Re: Progress and payment Barge Case Mental Health
Date:   9/2/2008 3:01:25 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:   RWeisler@aol.com


Subj:   Instructions about where to bill
Date:   9/16/2008
To:   jillhayes@cox.net


Subj:   Re: Whether you have been paid for your work already in the barge case?
Date:   9/5/2008 3:02:05 P.M. Eastern Daylight Time
From:   jillhayes@cox.net
To:   RWeisler@aol.com

Subj:       Re: Fwd: Proposed conference call More information. They want to talk to me first
Date:       9/15/2008 12:08:26 A.M. Eastern Daylight Time
From:       jillhayes@cox.net
Reply-to:   JillHayes@cox.net
To:         RWeisler@aol.com


Subj:       Re: Take a look at the bolded sections beginning around page 5. Confidential
Date:       9/22/2008 2:08:53 P.M. Eastern Daylight Time
From:       jillhayes@cox.net
To:         RWeisler@aol.com


Subj:       Fwd: FW: How dare you???
Date:       10/10/2008 11:17:29 A.M. Eastern Daylight Time
From:       jillhayes@cox.net
To:         rweisler@aol.com


Subj:       PTSD Treatment Guidelines from APA
Date:       10/13/2008
To:         jillhayes@cox.net

# Table of Contents for Joy D. Osofsky Ph.D.

Subj:   **RE: Thoughts on Crisis Counseling & Stafford Act after seeing things first hand**
Date:   8/6/2007 10:35:17 P.M. Eastern Daylight Time
From:   JOsofs@lsuhsc.edu
To:     RWeisler@aol.com, HOsofs@lsuhsc.edu


Subj:   **RE: Richard Dalton's section that you can revew and expand upon**
Date:   6/6/2008 4:53:29 P.M. Eastern Daylight Time
From:   JOsofs@lsuhsc.edu
To:     MTowns@lsuhsc.edu, HOsofs@lsuhsc.edu
CC:     CLlull@lsuhsc.edu, RWeisler@aol.com


Subj:   **RE: Vital Statistics - Suicide Rate High in Violent Death Data - NYTime**
Date:   6/11/2008 11:38:05 A.M. Eastern Daylight Time
From:   JOsofs@lsuhsc.edu
To:     RWeisler@aol.com


Subj:   **Re: Vital Statistics - Suicide Rate High in Violent Death Data - NYTime**
Date:   6/12/2008
To:     JOsofs@lsuhsc.edu


Subj:   **CVs and recent papers**
Date:   6/15/2008 6:04:37 P.M. Eastern Daylight Time
From:   JOsofs@lsuhsc.edu
To:     a.fuchsberg@fuchsberg.com
CC:     MTowns@lsuhsc.edu, HOsofs@lsuhsc.edu, rweisler@aol.com, josofs@lsuhc.edu


Subj:   **RE: Dalton article**
Date:   6/16/2008 9:26:56 A.M. Eastern Daylight Time
From:   JOsofs@lsuhsc.edu
To:     RWeisler@aol.com, HOsofs@lsuhsc.edu, MTowns@lsuhsc.edu


Subj:   RE: Outstanding Invoice
Date:   9/9/2008 4:26:10 P.M. Eastern Daylight Time
From:   JOsofs@lsuhsc.edu
To:     RWeisler@aol.com, bgilbert@brianglibertlaw.com
CC:     karenwiedemann@bellsouth.net, rick@rickseymourlaw.net, Pistols42@aol.com, keriwied@bellsouth.net, LDWIEDEMAN@aol.com, MTowns@lsuhsc.edu, HOsofs@lsuhsc.edu


Subj:   **Re: Outstanding Invoice**
Date:   9/9/2008
To:     JOsofs@lsuhsc.edu

Subj:   **Re: Outstanding Invoice Brian Gilbert's response. Awaiting his return call**
Date:   9/10/2008
To:    JOsofs@lsuhsc.edu

Subj:   **RE: Outstanding Invoice Brian Gilbert's response. Awaiting his return call**
Date:   9/10/2008 1:35:50 A.M. Eastern Daylight Time
From:  JOsofs@lsuhsc.edu
To:    RWeisler@aol.com, MTowns@lsuhsc.edu, HOsofs@lsuhsc.edu

## Table of Contents to and from Kara Koehrn
## (VI)

Subj:   Thanks for the articles. Army Corps Responds as Water Tops Levees - NYTimes.com
Date:   9/2/2008
To:     kara.koehrn@duke.edu

Subj:   ER problems We need to get New Orleans data
Date:   8/19/2008
To:     kara.koehrn@duke.edu

Subj:   Check out Leaving the Trailer - Out of FEMA Park, Clinging to a Fraying Life!
Date:   8/4/2008
To:     kara.koehrn@duke.edu

Subj:   Thanks for the articles. Army Corps Responds as Water Tops Levees - NYTimes.com
Date:   9/2/2008
To:     kara.koehrn@duke.edu

Subj:   ER problems We need to get New Orleans data
Date:   8/19/2008
To:     kara.koehrn@duke.edu

Subj:   Risk Charts Show Smokers Should Beware
Date:   7/20/2008
To:     kara.koehrn@duke.edu, avu61@yahoo.com

Subj:   Stressful life events in older bipolar patients
Date:   7/25/2008
To:     kara.koehrn@duke.edu

Subj:   PTSD High Among Witnesses to 9/11
Date:   8/1/2008
To:     kara.koehrn@duke.edu

Subj:   Fwd: article about suicidality from a federal study inadvertently left out T...
Date:   7/9/2008
To:     kara.koehrn@duke.edu

Subj: Differences in incidence of suicide attempts during phases of bipolar I and II d
Date: 7/8/2008
To: kara.koehrn@duke.edu

Subj: Malingering http://www.currentpsychiatry.com/pdf/0411/0411CP_Article1.pdf
Date: 7/8/2008
To: kara.koehrn@duke.edu

Subj: 'Complicated grief' affects the brain differently - Los Angeles Tim
Date: 7/7/2008
To: kara.koehrn@duke.edu

Subj: Check out Textbook of Disaster Psychiatry
Date: 7/8/2008
To: kara.koehrn@duke.edu

Subj: Attachment 15
Date: 7/1/2008
To: kara.koehrn@duke.edu

Subj: Fwd: MINI, MINI KID and SDS information important
Date: 7/1/2008
To: kara.koehrn@duke.edu

Subj: Check out Wiley InterScience :: JOURNALS :: Acta Psychiatrica Scandinavica
Date: 7/1/2008
To: kara.koehrn@duke.edu

Subj: Weisler CV
Date: 7/1/2008
To: kara.koehrn@duke.edu

Subj:       attachment 3 list of cases
Date:       6/30/2008 8:47:00 P.M. Eastern Daylight Time
From:       kakoehrn@gmail.com
To:         rweisler@aol.com


Subj:       final draft
Date:       6/30/2008 9:28:30 P.M. Eastern Daylight Time
From:       kakoehrn@gmail.com
To:         rweisler@aol.com


Subj:       Mark Townsend edits
Date:       6/30/2008
To:         kara.koehrn@duke.edu


Subj:       Updated RHW CV 6-30-08
Date:       6/30/2008
To:         kara.koehrn@duke.edu, mbrown@weislermd.com

# Table of Contents to and from Kara Koehrn
## (V2)

Subj:    **Malingering section from Jill Hayes to add and replace the old section**
Date:    6/30/2008
To:    kara.koehrn@duke.edu

Subj:    **Sentence to add about malingering**
Date:    6/30/2008
To:    kara.koehrn@duke.edu

Subj:    **New Orleans homeless story**
Date:    6/27/2008
To:    kara.koehrn@duke.edu, RWeisler

Subj:    **Fwd: FW: CAPS scores in excell**
Date:    6/27/2008
To:    kara.koehrn@duke.edu

Subj:    **Fwd: Check out http://www.ncptsd.va.gov/ncmain/nc_archives/nc_article/id23235**
Date:    6/27/2008
To:    kara.koehrn@duke.edu

Subj:    **Fwd: Phillip Griffin's CV**
Date:    6/27/2008
To:    kara.koehrn@duke.edu

Subj:    **Fwd: Background Reports Narayan is the Lead Investigator of the Tulane study**
Date:    6/27/2008
To:    kara.koehrn@duke.edu

Subj:    **Fwd: Katrina Mental Health Issues**
Date:    6/25/2008
To:    kara.koehrn@duke.edu

Subj:    **Check out http://www.cqaimh.org/pdf/tool_lof_sds.pdf Sheehan Disability Scale**
Date:    6/25/2008
To:    kara.koehrn@duke.edu

Subj:    Fwd: CVs and recent papers Howard and Joy Osofosky's CV's
Date:    6/25/2008
To:      kara.koehrn@duke.edu


Subj:    access to google docs
Date:    6/25/2008 5:12:33 P.M. Eastern Daylight Time
From:    kakoehrn@gmail.com
To:      rweisler@aol.com


Subj:    revised version of first section of barge document
Date:    6/24/2008 6:57:05 P.M. Eastern Daylight Time
From:    kakoehrn@gmail.com
To:      rweisler@aol.com, mtowns@lsuhsc.edu


Subj:    Check out WHO: China in Mental Health Need - TIME
Date:    6/23/2008
To:      kara.koehrn@duke.edu, RWeisler


Subj:    Fwd: FW: Deliver BHAN minutes from crisis response workgroup
Date:    6/23/2008
To:      kara.koehrn@duke.edu


Subj:    Fwd: Violence prev in communities
Date:    6/20/2008
To:      kara.koehrn@duke.edu, mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu


Subj:    Check out Midwest Flood Victims Feel Misled - AOL News
Date:    6/20/2008
To:      kara.koehrn@duke.edu


Subj:    Check out For Bush, a New Town, a New Disaster, but Always the Memory of New
Date:    6/20/2008
To:      kara.koehrn@duke.edu


Subj:    Fwd: Post-Katrina References and Database
Date:    6/18/2008
To:      kara.koehrn@duke.edu

Subj:    **census data web pages**
Date:    6/19/2008 4:26:45 P.M. Eastern Daylight Time
From:   kakoehrn@gmail.com
To:     rweisler@aol.com

Subj:    **Fwd: Katrina MH issues Dr. Abramson**
Date:    6/18/2008
To:     kara.koehrn@duke.edu

Subj:    **Severe mental illness and substance abuse article.pdf**
Date:    6/17/2008
To:     kara.koehrn@duke.edu, svu81@yahoo.com

Subj:    **Fwd: Some pre-Katrina Orlean's CDC Parish death rates by different causes**
Date:    6/17/2008
To:     kara.koehrn@duke.edu, svu81@yahoo.com

Subj:    **Fwd: Death Rates for Orleans Parish by all causes that an intern and I did**
Date:    6/17/2008
To:     kara.koehrn@duke.edu, svu81@yahoo.com

Subj:    **murder rate article**
Date:    6/17/2008 3:51:58 P.M. Eastern Daylight Time
From:   kakoehrn@gmail.com
To:     rweisler@aol.com

Subj:    **Check out Medical News Today News Article**
Date:    6/16/2008
To:     kara.koehrn@duke.edu

Subj:    **abuse article**
Date:    6/16/2008 12:09:50 P.M. Eastern Daylight Time
From:   kakoehrn@gmail.com
To:     rweisler@aol.com

Subj:   a few articles from Dr. Richard Weisler
Date:   6/16/2008 11:52:08 A.M. Eastern Daylight Time
From:   kara.koehrn@duke.edu
To:     pamela.m.boulte@mvn02.usace.army.mil, nancy.mayberry@mvn02.usace.army.mil
CC:     rweisler@aol.com


Subj:   Fwd: The numbers sans CAPS
Date:   6/16/2008
To:     kara.koehrn@duke.edu


Subj:   Re: Do we have? Pharmacologic treatment of acute and chronic stres...[J Clin Psychi
Date:   6/16/2008 7:49:11 A.M. Eastern Standard Time
From:   kara.koehrn@duke.edu
To:     Rweisler@aol.com

Subj:   Check out Publications, National Mental Health Information Center
Date:   6/13/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: JAMA -- Mental Health Courts Show Promise, April 18, 2007, Kuehn 29
Date:   6/13/2008
To:     kara.koehrn@duke.edu


Subj:   Check out JSTOR: Law and Contemporary Problems, Vol. 27, No. 1 (Winter, 1962
Date:   6/12/2008
To:     kara.koehrn@duke.edu


Subj:   mental health and smoking
Date:   6/12/2008
To:     kara.koehrn@duke.edu, levoniuk@email.unc.edu, agraham@email.unc.edu, svu81@yahoo.com


Subj:   Fwd: osofsky, hurricane katrina - Google News Archive Search
Date:   6/12/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: Disaster Intervention Call TODAY 4 PM today
Date:   6/12/2008
To:     kara.koehrn@duke.edu


Subj:   aerial of st Bernard flooding
Date:   6/11/2008 1:26:39 P.M. Eastern Daylight Time
From:   kakoehrn@gmail.com
To:     rweisler@aol.com

Subj:   Fwd: Request for a section on diagnostic and clinical treatment needs for class
Date:   6/11/2008
To:     kara.koehrn@duke.edu, svu81@yahoo.com


Subj:   Fwd: Shalev http://www.psychiatrist.com/privatepdf/2004/v65s01/v65s0102.pdf
Date:   6/10/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: flooding http://www.psychiatrist.com/privatepdf/2006/v67s02/v67s0209.pdf
Date:   6/10/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: Check out http://www.psychiatrist.com/privatepdf/2000/v61s05/v61s0503.pdf
Date:   6/10/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: Academic Highlig http://www.psychiatrist.com/privatepdf/2001/v62n11/v62n...
Date:   6/10/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: Kessler http://www.psychiatrist.com/privatepdf/2000/v61s05/v61s0502.pdf
Date:   6/10/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: Consensus statementhttp://www.psychiatrist.com/privatepdf/2004/v65s01/v65s...
Date:   6/10/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: Assessing http://www.psychiatrist.com/privatepdf/2004/v65s01/v65s0106.pdf
Date:   6/10/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: Ursano http://www.psychiatrist.com/privatepdf/2006/v67n01/v67n0102.pdf
Date:   6/10/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: Earthquake http://www.psychiatrist.com/privatepdf/2006/v67n06/v67n0604....
Date:   6/10/2008
To:     kara.koehrn@duke.edu

**Subj:**     **murphy oil spill**
**Date:**     6/10/2008 3:50:39 P.M. Eastern Daylight Time
**From:**     kara.koehm@duke.edu
**To:**     rweisler@aol.com


**Subj:**     **contamination articles**
**Date:**     6/10/2008 5:20:04 P.M. Eastern Daylight Time
**From:**     kara.koehm@duke.edu
**To:**     rweisler@aol.com

Table of Contents to and from Kara Koehrn
(V3)

Subj:  Health prof. fact http://www.ncptsd.va.gov/ncmain/ncdocs/handouts/Reactions.pdf
Date:  6/5/2008
To:    kara.koehrn@duke.edu


Subj:  Fwd: Confidential Fwd: Dalton article for pasting in Barge Court Case Document
Date:  6/8/2008
To:    kara.koehrn@duke.edu

Subj:  Fwd: Richard Dalton's section that you can revew and expand upon
Date:  6/8/2008
To:    kara.koehrn@duke.edu

Subj:  Fwd: permission to use electronic sections of the DSM-IV TR for a federal court
Date:  6/9/2008
To:    kara.koehrn@duke.edu, mtowns@lsuhsc.edu


Subj:  Fwd: Confidential Fwd: A psychologist and a suggestion
Date:  6/9/2008
To:    kara.koehrn@duke.edu


Subj:  Draft document
Date:  6/9/2008
To:    kara.koehrn@duke.edu


Subj:  draft of Barge case document
Date:  6/9/2008
To:    kara.koehrn@duke.edu


Subj:  https://www.medical-outcomes.com/HTMLFiles/PrivateAccounts/MINI/PLUS
Date:  6/9/2008
To:    kara.koehrn@duke.edu


Subj:  SPRINT-E
Date:  6/9/2008
To:    kara.koehrn@duke.edu

Subj:   Fwd: Richard Dalton's section that you can revew and expand upon
Date:   6/11/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: A Legacy of the Storm: Depression and Suicide - New York Times
Date:   6/12/2008
To:     kara.koehrn@duke.edu


Subj:   Check out The Storm Lingers On: Katrina's Psychological Toll -- Printout -- T
Date:   6/12/2008
To:     kara.koehrn@duke.edu


Subj:   Check out http://etd.lsu.edu/docs/available/etd-0611102-141208/unrestricted/D
Date:   6/12/2008
To:     kara.koehrn@duke.edu


Subj:   Federal Rule 26 re:report
Date:   6/12/2008
To:     kara.koehrn@duke.edu


Subj:   Treatment of patients with substance use disorders, second edition. American Psy
Date:   6/13/2008
To:     kara.koehrn@duke.edu


Subj:   Check out World Federation of Societies of Biological Psychi...[World J Biol
Date:   6/13/2008
To:     kara.koehrn@duke.edu


Subj:   Check out Evidence-based guidelines for the pharmacological ...[J Psychopharm
Date:   6/13/2008
To:     kara.koehrn@duke.edu


Subj:   Check out Review of treatment recommendations for persons wi...[Psychiatr Ser
Date:   6/13/2008
To:     kara.koehrn@duke.edu


Subj:   Check out Pharmacological management of the psychiatric aspe...[Int Rev Psych
Date:   6/13/2008
To:     kara.koehrn@duke.edu

Subj:   Check out Guidelines for the pharmacologic treatment of neur...[J Neurotrauma
Date:   6/13/2008
To:     kara.koehrn@duke.edu


Subj:   Check out Consensus recommendations for improving adherence,...[CNS Spectr. 2
Date:   6/13/2008
To:     kara.koehrn@duke.edu


Subj:   Check out Consensus statement update on posttraumatic stress...[J Clin Psychi
Date:   6/13/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: Check out Individual and Societal Effects of Mental Disorders on Earning...
Date:   6/13/2008
To:     kara.koehrn@duke.edu


Subj:   Check out MedWire News - Psychiatry - Mental health disorders linked to subst
Date:   6/13/2008
To:     kara.koehrn@duke.edu, rweisler


Subj:   from Dr. Weisler
Date:   6/13/2008 12:05:14 P.M. Eastern Daylight Time
From:   kara.koehrn@duke.edu
To:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, rdalton@tulane.edu
CC:     rweisler@aol.com


Subj:   Fwd: RE: Dr. Weisler
Date:   6/13/2008 11:30:37 A.M. Eastern Daylight Time
From:   kara.koehrn@duke.edu
To:     rweisler@aol.com


Subj:   Fwd: Check out PTSD High Among Witnesses to 9/11 ~ US News and World Report
Date:   6/14/2008
To:     kara.koehrn@duke.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu


Subj:   Fwd: CVs and recent papers from Howard and Joy Osofsky We already have some art.
Date:   6/15/2008
To:     kara.koehrn@duke.edu


Subj:   Do we have? Pharmacologic treatment of acute and chronic stres...[J Clin Psychi
Date:   6/15/2008
To:     kara.koehrn@duke.edu


Subj:   Check out Submerged City - Photos and Images of the great city of New Orleans
Date:   6/16/2008
To:     kara.koehrn@duke.edu

Subj:   Check out ABC News: Judge: Katrina Victims Can Sue Army Corps
Date:   6/16/2008
To:     kara.koehrn@duke.edu, mlowns@lsuhsc.edu, josofs@lsuhsc.edu, josofs@lsuhsc.edu

Subj:   Check out NIMH · Post-Traumatic Stress Disorder, A Real Illness · Complete Pu
Date:   6/16/2008
To:     kara.koehrn@duke.edu

Subj:   a few articles from Dr. Richard Weisler
Date:   6/16/2008 11:52:08 A.M. Eastern Daylight Time
From:   kara.koehrn@duke.edu
To:     pamela.m.boulte@mvn02.usace.army.mil, nancy.mayberry@mvn02.usace.army.mil
CC:     rweisler@aol.com

Subj:   a few articles from Dr. Richard Weisler
Date:   6/16/2008 11:44:12 A.M. Eastern Daylight Time
From:   kara.koehrn@duke.edu
To:     pamela.boulte@USACEArmy.mil, nancy.mayberry@USACEArmy.mil
CC:     rweisler@aol.com

Subj:   Check out MSN Video
Date:   6/17/2008
To:     kara.koehrn@duke.edu

Subj:   Check out Katrina Images Tulane Project
Date:   6/17/2008
To:     kara.koehrn@duke.edu, rweisler

Subj:   Check out Photo: Lower Ninth Ward, St.Bernard, Esplanade Ave., New Orleans LA
Date:   6/17/2008
To:     kara.koehrn@duke.edu

Subj:   Check out Katrina Photographs · 9th Ward
Date:   6/17/2008
To:     kara.koehrn@duke.edu

Subj:   Check out USATODAY.com · Barge a contentious symbol of Hurricane Katrina
Date:   6/17/2008
To:     kara.koehrn@duke.edu

Subj:   Check out Effects of Hurricane Katrina in New Orleans · Wikipedia, the free e
Date:   6/17/2008
To:     kara.koehrn@duke.edu, rweisler

Subj:   Check out Those With Serious Mental Illness Suffer From Lack of Integrated Ca
Date:   6/17/2008
To:     kara.koehrn@duke.edu, mlowns@lsuhsc.edu

Subj:   Check out Mental Illness Mortality, Morbidity Get Medicaid Officials' Attenti
Date:   6/17/2008
To:     kara.koehm@duke.edu, mtowns@lsuhsc.edu

Subj:   **Check out Remembering Katrina**
Date:   6/22/2008
To:     kara.koehm@duke.edu, rweisler

# Table of Contents to and from Kara Koehrn
## (V4)

Subj:   **Check out Natural and Unnatural Disasters » American Scientist**
Date:   6/22/2008
To:     kara.koehrn@duke.edu

Subj:   **Check out Kathryn Cramer: US Army Corp of Engineers Maps Katrina Levee Repair**
Date:   6/22/2008
To:     kara.koehrn@duke.edu

Subj:   **See series Industrial Canal Breach photo - Patrick D. Taylor photos at pbase.c**
Date:   6/22/2008
To:     kara.koehrn@duke.edu

Subj:   **Check out CNN.com - Democrats: Katrina e-mails show levee breaches reported e**
Date:   6/22/2008
To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

Subj:   **Check out Investigating Racial Discrepancies in the Distribution of FEMA-Trai**
Date:   6/22/2008
To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

Subj:   **Check out http://www.fema.gov/pdf/hazard/flood/recoverydata/katrina/maps/katr**
Date:   6/22/2008
To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

Subj:   **Check out Hurricane Katrina Leaves Mental Scars in New Orleans**
Date:   6/22/2008
To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

Subj:   **Check out http://www.nola.com/katrina/graphics/flashflood.swf**
Date:   6/22/2008
To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

Subj:   **Check out Brad Pitt's Make It Right Foundation New Orleans Lower Ninth Ward**
Date:   6/22/2008
To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

Subj:   **http://www.nola.com/katrina/graphics/depths.swf Water depths in flooded areas**
Date:   6/22/2008
To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

Subj:   Check out Call for Change Ignored, Levees Remain Patchy - NYTimes.com
Date:   6/22/2008
To:     kara.koehrn@duke.edu


Subj:   Fwd: University of Michigan population researcher to call today.
Date:   6/26/2008
To:     kara.koehrn@duke.edu

Subj:   Fwd: K6 Include in Scales section for possible use in future study
Date:   6/28/2008
To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu


Subj:   Fwd: call Other Dartmouth NCPTSD consultant
Date:   6/28/2008
To:     kara.koehrn@duke.edu

Subj:   Fwd: Welcome to IBackupThis is what we will need to do on Monday. Enjoy Beaufort
Date:   6/28/2008
To:     kara.koehrn@duke.edu

Subj:   Add:Children of disaster in the second decade: a 17-ye...[J Am Acad Chi
Date:   6/29/2008
To:     kara.koehrn@duke.edu


Subj:   Check out The Relationship Between Depression and Cardiovascular Disease
Date:   7/2/2008
To:     kara.koehrn@duke.edu, kkeaton@weisiermd.com


Subj:   Check out Suicide as an outcome for mental disorders. A meta...[Br J Psychiat
Date:   7/4/2008
To:     kara.koehrn@duke.edu


Subj:   Check out Lifetime risk of suicide for affective disorder, a...[Br J Psychiat
Date:   7/4/2008
To:     kara.koehrn@duke.edu

Subj:   Check out Excess mortality of mental disorder. [Br J Psychiatry. 1998] - PubM
Date:   7/4/2008
To:     kara.koehrn@duke.edu


Subj:   Check out Posttraumatic stress disorder comorbid with major ...[Am J Psychiat
Date:   7/4/2008
To:     kara.koehrn@duke.edu

Subj: Check out Bipolar patients with suicidal behavior: toward th...[J Clin Psychi
Date: 7/4/2008
To: kara.koehrn@duke.edu

Subj: Check out Print Story: FEMA delivers incomplete disaster housing strategy on
Date: 7/21/2008
To: kara.koehrn@duke.edu

Subj: Full New Orleans report http://www.kff.org/kaiserpolls/upload/7631.pdf
Date: 7/26/2008
To: kara.koehrn@duke.edu, rweisler

Subj: Check out http://www.kff.org/kaiserpolls/upload/7631AppendixA.pdf
Date: 7/26/2008
To: kara.koehrn@duke.edu, rweisler

Subj: Check out http://www.kff.org/kaiserpolls/upload/7631ES.pdf
Date: 7/26/2008
To: kara.koehrn@duke.edu, rweisler

Subj: New Orleans Facing Mental Health Crisis CBS 2-19-08
Date: 7/26/2008
To: kara.koehrn@duke.edu, rweisler

Subj: Fwd: New study results PTSD a "Major Cause" of Early Heart Disease Mortality
Date: 8/8/2008
To: kara.koehrn@duke.edu

Subj: Reestablishing mental health services in St. Bernard Parish, Louisiana, followin
Date: 8/9/2008
To: kara.koehrn@duke.edu, kakoehrn@gmail.com, rweisler

Subj: Please pull Southern Medical Journal - userLogin
Date: 8/9/2008
To: kara.koehrn@duke.edu, kakoehrn@gmail.com

Subj: The psychosocial impact of Hurricane Katrina: Contextual differences in psyc.
Date: 8/9/2008
To: kara.koehrn@duke.edu, kakoehrn@gmail.com

Subj: Please pull Connecting Future Evacuation to Current Recovery: Saving the Lives
Date: 8/9/2008
To: kara.koehrn@duke.edu, kakoehrn@gmail.com

Subj: Please pull http://arjournals.annualreviews.org/doi/pdf/10.1146/annurev.ml.08.1
Date: 8/9/2008
To: kara.koehrn@duke.edu, kakoehrn@gmail.com

Subj:   Please Pull Depressive symptoms and risk of mortality in frail...[Am J Geriatr
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:    mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

Subj:   Please pull [Hepatitis C, interferon a and depression: main ph...[Encephale. 20
Date:   8/9/2008
To:     kara.koehrn@duke.edu

Subj:   Please pull MAOA and the "cycle of violence:" childhood abuse ...[Biol Psychiat
Date:   8/9/2008
To:     kara.koehrn@duke.edu

Subj:   Please pull Childhood adversity and combat as predictors of de...[Am J Prev Med
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:    josofs@lsuhsc.edu, hosofs@lsuhsc.edu, mtowns@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu

Subj:   Please pull Early care experiences and HPA axis regulation in ...[Prog Brain Re
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:    josofs@lsuhsc.edu, hosofs@lsuhsc.edu, mtowns@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net

Subj:   Please pull Adverse childhood experiences and suicidal behavio...[Psychiatr Cli
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:    hosofs@lsuhsc.edu, josofs@lsuhsc.edu, mtowns@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net

Subj:   Please pull Platelet and endothelial activity in comorbid majo...[J Thromb Thro
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:    mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

Subj:   Please pull Is there an association between depression and car...[J Cardiovasc
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:    mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

Subj:   Please pull Depression and Heart Disease: Therapeutic Implicat...[Cardiology. 2
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:    mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

Subj:   Check out Impact of briefly-assessed depression on secondary...[BMC Health Se
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:    mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

Subj:    Please pull Effects of antidepressant treatment on heart rate ...[Biopsychosoc
Date:    8/9/2008
To:    kara.koehrn@duke.edu
CC:    mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

Subj:    Please pull Timing is Everything: The Onset of Depression and ...[Biol Psychiat
Date:    8/9/2008
To:    kara.koehrn@duke.edu
CC:    mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

Subj:    Please pull Antidepressive treatment as a modulator of inflamm...[Int J Cardiol
Date:    8/9/2008
To:    kara.koehrn@duke.edu
CC:    mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

Subj:    Please pull Selective serotonin reuptake inhibitors modify the...[J Card Fail.
Date:    8/9/2008
To:    kara.koehrn@duke.edu
CC:    mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

Subj:    Please pull Depression and ischemic heart disease mortality: e...[Am J Psychiat
Date:    8/9/2008
To:    kara.koehrn@duke.edu
CC:    mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net

Subj:    Please pull Mortality in co-morbidity (II)--excess death rates...[J Insur Med.
Date:    8/9/2008
To:    kara.koehrn@duke.edu
CC:    mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

Subj:    Pull for Daniel W. Depression worsens outcomes in elderly patients with CHF
Date:    8/9/2008
To:    kara.koehrn@duke.edu
CC:    mtowns@lsuhsc.edu

Subj:    Please pull American Journal of Cardiology - Depression and the risk of coronar
Date:    8/9/2008
To:    kara.koehrn@duke.edu

Subj:    Please pull Prospective study of posttraumatic stress disorder...[Arch Gen Psyc
Date:    8/9/2008
To:    kara.koehrn@duke.edu

Subj:    Please get Electrocardiogram abnormalities among men with str...[Ann Behav Med
Date:    8/9/2008
To:    kara.koehrn@duke.edu

Table of Contents for Karen Wiedemann

Subj:   Re: Barge Cases: Psychological evaluations
Date:   6/25/2008 5:19:59 P.M. Eastern Daylight Time
From:   karenwiedemann@bellsouth.net
To:     Rick@RickSeymourLaw.net, bgilbert@briangilbertlaw.com, karlwied@bellsouth.net,
        MTowns@lsuhsc.edu
CC:     rick@rickseymourlaw.net, rweisler@aol.com, jullion@rickseymourlaw.net


Subj:   Re: conference calls
Date:   9/11/2008
To:     karenwiedemann@bellsouth.net, bgilbert@briangilbertlaw.com
CC:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu


Subj:   conference call
Date:   9/11/2008 12:12:14 P.M. Eastern Daylight Time
From:   karenwiedemann@bellsouth.net
To:     rweisler@aol.com


Subj:   Re: conference calls
Date:   9/11/2008 12:46:21 P.M. Eastern Daylight Time
From:   karenwiedemann@bellsouth.net
To:     RWeisler@aol.com

# Table of Contents for LD Wiedemann

Subj:     Re: Dalton article Dick is a collaborator now Great article
Date:     6/9/2008 3:06:39 P.M. Eastern Daylight Time
From:     LDWIEDEMAN
To:       RWeisler


Subj:     Check out PTSD High Among Witnesses to 9/11 - US News and World Report
Date:     6/14/2008 11:25:04 A.M. Eastern Daylight Time
From:     LDWIEDEMAN
To:       RWeisler, MTowns@lsuhsc.edu


Subj:     Fwd: Katrina MH issues Dr. Abramson
Date:     6/18/2008
To:       LDWIEDEMAN, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com,
          bgilbert@briangilbertlaw.com
CC:       mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu


Subj:     Re: Katrina Emotional Injury
Date:     6/18/2008
To:       LDWIEDEMAN


Subj:     Re: Katrina Emotional Injury
Date:     6/18/2008
To:       LDWIEDEMAN


Subj:     Re: Katrina Emotional Injury
Date:     6/18/2008 12:10:09 P.M. Eastern Daylight Time
From:     LDWIEDEMAN
To:       RWeisler, MTowns@lsuhsc.edu, jillhayes@cox.net


Subj:     Re: Katrina Emotional Injury
Date:     6/18/2008 3:35:47 P.M. Eastern Daylight Time
From:     LDWIEDEMAN
To:       RWeisler

Table of Contents for Dr. Townsend
(V1)

Subj:     **RE: Retention of Dr Townsend**
Date:     5/18/2008 10:54:42 A.M. Eastern Daylight Time
From:     MTowns@lsuhsc.edu
To:       pmbalson@hotmail.com, a.fuchsberg@fuchsberg.com
CC:       RWeisler@aol.com, STefft@lsuhsc.edu


Subj:     RE: Barge: Class Rep. Availability for Saturday Medical Interviews
Date:     5/19/2008 10:54:30 P.M. Eastern Daylight Time
From:     MTowns@lsuhsc.edu
To:       a.fuchsberg@fuchsberg.com
CC:       pmbalson@hotmail.com, lwledeman@aol.com, rweisler@aol.com


Subj:     RE: A copy of the Diagnostic Interview that Mark and I will use
Date:     5/20/2008 10:24:24 A.M. Eastern Daylight Time
From:     MTowns@lsuhsc.edu
To:       pmbalson@hotmail.com, rweisler@aol.com


Subj:     Last years Duke University Medical Center Legal fee guide
Date:     5/20/2008
To:       mtowns@lsuhsc.edu


Subj:     RE: Barge Cases Medical: Interview Space
Date:     5/21/2008 12:15:18 A.M. Eastern Daylight Time
From:     MTowns@lsuhsc.edu
To:       rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, ldwledeman@aol.com,
          RWeisler@aol.com
CC:       pmbalson@hotmail.com


Subj:     RE: Barge Cases Medical: Interview Space
Date:     5/21/2008 12:21:04 P.M. Eastern Daylight Time
From:     MTowns@lsuhsc.edu
To:       Rick@RickSeymourLaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com,
          RWeisler@aol.com
CC:       pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net,
          karenwiedemann@bellsouth.net

Subj: **RE: Barge Cases Medical: Interview Space**
Date: 5/21/2008 1:53:13 P.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, RWeisler@aol.com
CC: pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net

Subj: **RE: Conference call on Friday 05/23/08**
Date: 5/23/2008 2:21:10 P.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: STefft@lsuhsc.edu, pmbalson@hotmail.com, jillhayes@cox.net, GButte@lsuhsc.edu
CC: RWeisler@aol.com

Subj: **RE: FW: Temporary Physician License**
Date: 5/23/2008 5:21:49 P.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: RWeisler@aol.com

Subj: **RE: IMPORTANT - Barge Cases: Interview Schedule and Contact Information, May 24**
Date: 5/26/2008 5:28:27 P.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: fishkat@cox.net, rick@rickseymourlaw.net, ldwiedeman@aol.com
CC: a.fuchsberg@fuchsberg.com, RWeisler@aol.com

Subj: **Child Psychiatrist and proposed call-in time**
Date: 5/27/2008 1:28:02 P.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com, ccote1@lsuhsc.edu
CC: bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, STefft@lsuhsc.edu, pmbalson@hotmail.com, mhtowns@mac.com

Subj: **Psychologist**
Date: 5/27/2008 3:08:48 P.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com, pgriff@lsuhsc.edu
CC: bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, STefft@lsuhsc.edu, pmbalson@hotmail.com, mhtowns@mac.com

Subj:   **RE: 1)child psych and 2) conference call**
Date:   5/27/2008 3:44:45 P.M. Eastern Daylight Time
From:   MTowns@lsuhsc.edu
To:     a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com,
        RWeisler@aol.com, pgriff@lsuhsc.edu
CC:     bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net,
        mhtowns@mac.com, pmbalson@hotmail.com, STefft@lsuhsc.edu


Subj:   **RE: 1)child psych and 2) conference call**
Date:   5/27/2008 6:22:56 P.M. Eastern Daylight Time
From:   MTowns@lsuhsc.edu
To:     rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com,
        RWeisler@aol.com, pgriff@lsuhsc.edu
CC:     bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net,
        mhtowns@mac.com, pmbalson@hotmail.com, STefft@lsuhsc.edu


Subj:   **RE: 1)child psych and 2) conference call**
Date:   5/27/2008 11:33:48 P.M. Eastern Daylight Time
From:   MTowns@lsuhsc.edu
To:     a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com,
        RWeisler@aol.com, pgriff@lsuhsc.edu
CC:     bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net,
        STefft@lsuhsc.edu, pmbalson@hotmail.com, mhtowns@mac.com


Subj:   **Arch Gen Psychiatry -- Abstract: Population-Based Study of MDD outcome data**
Date:   5/27/2008
To:     mtowns@lsuhsc.edu, jillhayes@cox.net, jbarbe@lsuhsc.edu

Table of Contents for Dr. Townsend
(V2)

Subj:   Check out Treatment costs related to bipolar disorder and co...[Psychiatr Ser
Date:   5/27/2008
To:     mtowns@lsuhsc.edu, jillhayes@cox.net


Subj:   RE: Check out Most Homeless People in New Orleans Are From City, Survey Finds - N
Date:   5/28/2008 8:11:35 A.M. Eastern Daylight Time
From:   MTowns@lsuhsc.edu
To:     RWeisler@aol.com, mhtowns@mac.com, jillhayes@cox.net


Subj:   What if we prioritize the testing to suit your schedule?
Date:   5/29/2008 5:10:26 P.M. Eastern Daylight Time
From:   MTowns@lsuhsc.edu
To:     pgriff@lsuhsc.edu, jillhayes@cox.net
CC:     RWeisler@aol.com, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com,
        bgilbert@briangilbertlaw.com, LDWIEDEMAN@aol.com


Subj:   Trauma and PTSD Among Adolescents With Severe Emotional Disorders !
Date:   6/2/2008
To:     mtowns@lsuhsc.edu, josofs@lsuhsc.edu, hosofs@lsuhsc.edu


Subj:   Fwd: Some background Industrial Canal Breach Litigation, Barge Case
Date:   6/3/2008
To:     mtowns@lsuhsc.edu


Subj:   RE: Dr. Howard Osofsky's participation in the Work Group
Date:   6/4/2008 2:43:06 P.M. Eastern Daylight Time
From:   MTowns@lsuhsc.edu
To:     rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, RWeisler@aol.com
CC:     LDWIEDEMAN@aol.com, bgilbert@briangilbertlaw.com, HOsofs@lsuhsc.edu, pgriff@lsuhsc.edu,
        jillhayes@cox.net


Subj:   FW: Potential Schizophrenia Trial (Dr. Barbee)
Date:   6/4/2008 4:27:37 P.M. Eastern Standard Time
From:   MTowns@lsuhsc.edu
To:     RWeisler@aol.com


Subj:   Fwd: "InCourage" in GBR Possible treatment resource for Rico
Date:   6/4/2008
To:     mtowns@lsuhsc.edu

Subj:    **Fwd: MINI David Sheehan's email**
Date:   6/4/2008
To:     mtowns@lsuhsc.edu


Subj:    **(no subject)**
Date:   6/8/2008 11:59:35 P.M. Eastern Daylight Time
From:  MTowns@lsuhsc.edu
To:     mvanlan@tulane.edu
CC:     rweisler@aol.com


Subj:    **Barge claimants**
Date:   6/9/2008 11:17:23 A.M. Eastern Daylight Time
From:  MTowns@lsuhsc.edu
To:     rweisler@aol.com


Subj:   **RE: Background Reports Narayan is the Lead Investigator of the Tulane study**
Date:  6/9/2008 5:21:38 P.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To:    RWeisler@aol.com


Subj:   **Vital Statistics - Suicide Rate High in Violent Death Data - NYTime**
Date:  6/10/2008
To:    mtowns@lsuhsc.edu, josofs@lsuhsc.edu, hosofs@lsuhsc.edu, jillhayes@cox.net,
      pgriff@lsuhsc.edu


Subj:    **RE: Update**
Date:   6/11/2008 10:17:03 A.M. Eastern Daylight Time
From:  MTowns@lsuhsc.edu
To:     montgomery@jnm4.com
CC:     RWeisler@aol.com


Subj:   **RE: Fwd: Request for a section on diagnostic and clinical treatment needs for class**
Date:  6/11/2008 11:28:37 A.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To:    Jessica.L.Hamblen@Dartmouth.EDU, RWeisler@aol.com
CC:    Fran.H.Norris@Dartmouth.EDU

Subj:    **RE: Fwd: Request for a section on diagnostic and clinical treatment needs for class**
Date:    6/11/2008 1:23:51 P.M. Eastern Daylight Time
From:    MTowns@lsuhsc.edu
To:      Jessica.L.Hamblen@Dartmouth.EDU, RWeisler@aol.com
CC:      Fran.H.Norris@Dartmouth.EDU


Subj:    **Interim invoice**
Date:    6/11/2008 4:22:35 P.M. Eastern Daylight Time
From:    MTowns@lsuhsc.edu
To:      karenwiedemann@bellsouth.net, bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net,
         a.fuchsberg@fuchsberg.com
CC:      RWeisler@aol.com, STefft@lsuhsc.edu, ERivar@lsuhsc.edu


Subj:    **Request for a section on diagnostic and clinical treatment needs for class**
Date:    6/11/2008
To:      mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, rdalton@tulane.edu, josofs@lsuhsc.edu,
         pgriff@lsuhsc.edu, jillhayes@cox.net
CC:      david011@notes.duke.edu, Fran.H.Norris@Dartmouth.EDU, dsheehan@health.usf.edu,
         chris014@mc.duke.edu


Subj:    **Fwd: K6 articles**
Date:    6/11/2008
To:      mtowns@lsuhsc.edu, kara.koehrn@duke.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu,
         david011@notes.duke.edu


Subj:    **NOAA flood depth maps for the New Orleans area after Katrina**
Date:    6/12/2008
To:      mtowns@lsuhsc.edu, Jessica.L.Hamblen@Dartmouth.EDU, Fran.H.Norris@Dartmouth.EDU,
         josofs@lsuhsc.edu, hosofs@lsuhsc.edu

Table of Contents for Dr. Townsend
(V3)

Subj:     from Dr. Weisler
Date:     6/13/2008 12:05:14 P.M. Eastern Daylight Time
From:     kara.koehrn@duke.edu
To:       mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, rdalton@tulane.edu
CC:       rweisler@aol.com


Subj:     Nice review article about violence and mental health
Date:     6/12/2008
To:       mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, jillhayes@cox.net,
          rdalton@tulane.edu, kara.koehrn@duke.edu, Fran.H.Norris@Dartmouth.EDU,
          jessica.hamblen@dartmouth.edu


Subj:     **The numbers sans CAPS**
Date:     6/13/2008 6:27:24 P.M. Eastern Daylight Time
From:     MTowns@lsuhsc.edu
To:       rweisler@aol.com


Subj:     Psychological evaluations
Date:     6/17/2008 11:29:52 A.M. Eastern Daylight Time
From:     MTowns@lsuhsc.edu
To:       RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com,
          rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, pgriff@lsuhsc.edu


Subj:     **CAPS scores in excell**
Date:     6/17/2008 2:54:21 P.M. Eastern Daylight Time
From:     MTowns@lsuhsc.edu
To:       RWeisler@aol.com


Subj:     RE: Psychological evaluations
Date:     6/17/2008 8:30:53 P.M. Eastern Daylight Time
From:     MTowns@lsuhsc.edu
To:       rick@rickseymourlaw.net, RWeisler@aol.com, bgilbert@briangilbertlaw.com,
          ldwiedeman@aol.com, a.fuchsberg@fuchsberg.com, pgriff@lsuhsc.edu

Subj:  **FW: Transcript for Kismit Bougere**
Date:  6/17/2008 9:04:09 P.M. Eastern Daylight Time
From:  MTowns@lsuhsc.edu
To:    RWeisler@aol.com


Subj:  **RE: Psychological evaluations**
Date:  6/17/2008 9:04:33 P.M. Eastern Daylight Time
From:  MTowns@lsuhsc.edu
To:    a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, RWeisler@aol.com,
       bgilbert@briangilbertlaw.com, ldwiedeman@aol.com


Subj:  **RE: Psychological evaluations**
Date:  6/18/2008 12:40:15 P.M. Eastern Daylight Time
From:  MTowns@lsuhsc.edu
To:    rick@rickseymourlaw.net, RWeisler@aol.com, bgilbert@briangilbertlaw.com,
       ldwiedeman@aol.com, a.fuchsberg@fuchsberg.com, pgriff@lsuhsc.edu, ccole1@lsuhsc.edu


Subj:  **FW: CAPS scores in excell**
Date:  6/18/2008 5:09:42 P.M. Eastern Daylight Time
From:  MTowns@lsuhsc.edu
To:    RWeisler@aol.com


Subj:  **RE: Psychological evaluations**
Date:  6/18/2008 5:34:48 P.M. Eastern Daylight Time
From:  MTowns@lsuhsc.edu
To:    a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, RWeisler@aol.com,
       bgilbert@briangilbertlaw.com, ldwiedeman@aol.com
CC:    ccole1@lsuhsc.edu


Subj:  **Barge report finally**
Date:  6/22/2008 11:16:15 P.M. Eastern Daylight Time
From:  MTowns@lsuhsc.edu
To:    rweisler@aol.com


Subj:  **FW: Deliver BHAN minutes from crisis response workgroup**
Date:  6/23/2008 5:37:24 P.M. Eastern Daylight Time
From:  MTowns@lsuhsc.edu
To:    RWeisler@aol.com

Subj:       **Kismet's data**
Date:       6/24/2008 1:08:29 P.M. Eastern Daylight Time
From:       MTowns@lsuhsc.edu
To:         jillhayes@cox.net
CC:         RWeisler@aol.com

Subj:       RE: Barge Cases: Psychological evaluations
Date:       6/24/2008 1:31:04 P.M. Eastern Daylight Time
From:       MTowns@lsuhsc.edu
To:         jullion@rickseymourlaw.net, rick@rickseymourlaw.net
CC:         a.fuchsberg@fuchsberg.com, RWeisler@aol.com, bgilbert@briangilbertlaw.com,
            ldwiedeman@aol.com

Subj:       **RE: Kismet's data**
Date:       6/25/2008 3:40:03 P.M. Eastern Daylight Time
From:       MTowns@lsuhsc.edu
To:         jillhayes@cox.net
CC:         RWeisler@aol.com

Subj:       **RE: Evals**
Date:       6/25/2008 4:20:29 P.M. Eastern Daylight Time
From:       MTowns@lsuhsc.edu
To:         jullion@rickseymourlaw.net, bgilbert@briangilbertlaw.com
CC:         pgriff@lsuhsc.edu, RWeisler@aol.com

Subj:       **RE: Kismet's data**
Date:       6/25/2008 4:55:50 P.M. Eastern Daylight Time
From:       MTowns@lsuhsc.edu
To:         jillhayes@cox.net
CC:         RWeisler@aol.com

Subj:       RE: Barge Cases: Psychological evaluations
Date:       6/25/2008 5:32:37 P.M. Eastern Daylight Time
From:       MTowns@lsuhsc.edu
To:         karenwiedemann@bellsouth.net, Rick@RickSeymourLaw.net, bgilbert@briangilbertlaw.com,
            karlwied@bellsouth.net
CC:         rick@rickseymourlaw.net, rweisler@aol.com, jullion@rickseymourlaw.net, pgriff@lsuhsc.edu

Subj:    **RE: Kismet's data**
Date:    6/27/2008 12:38:32 P.M. Eastern Daylight Time
From:    MTowns@lsuhsc.edu
To:      JillHayes@cox.net
CC:      RWeisler@aol.com

Subj:    **re: Kismit update and request for actual CAPS summary sheet and her YMRS form.**
Date:    6/27/2008
To:      mtowns@lsuhsc.edu, jillhayes@cox.net

Subj:    **Fwd: Final Expert Report Weisler Brian I faxed you the signature page as di...**
Date:    6/30/2008
To:      mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, jillhayes@cox.net,
         pgriff@lsuhsc.edu

Subj:    **RE: New version:Final report actually submitted removing section P on compensation**
Date:    7/1/2008 10:31:31 A.M. Eastern Daylight Time
From:    MTowns@lsuhsc.edu
To:      RWeisler@aol.com

Subj:    **RE: Final Expert Report Weisler Brian I faxed you the signature page as di...**
Date:    7/1/2008 10:34:42 A.M. Eastern Daylight Time
From:    MTowns@lsuhsc.edu
To:      RWeisler@aol.com, HOsofs@lsuhsc.edu, JOsofs@lsuhsc.edu, jillhayes@cox.net,
         pgriff@lsuhsc.edu

Subj:    **New version:Final report actually submitted removing section P on compensation**
Date:    7/1/2008
To:      mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, jillhayes@cox.net,
         pgriff@lsuhsc.edu
CC:      kara.koehrn@duke.edu

Subj:    **RE: Barge Cases: Defendant's Request for All Documents Considered or Relied Upon**
Date:    7/22/2008 1:34:25 P.M. Eastern Daylight Time
From:    MTowns@lsuhsc.edu
To:      rick@rickseymourlaw.net, bgilbert@brianglibertlaw.com, fishkat@cox.net,
         karenwiedemann@bellsouth.net, ldwiedeman@aol.com, pmbalson@hotmail.com,
         RWeisler@aol.com

Subj:    **FW: Barge Cases: Defendant's Request for All Documents Considered or Relied Upon**
Date:    7/22/2008 2:43:28 P.M. Eastern Daylight Time
From:    MTowns@lsuhsc.edu
To:      pgriff@lsuhsc.edu
CC:      RWeisler@aol.com

Subj: **RE: Barge Cases: Defendant's Request for All Documents Considered or Relied Upon**
Date: 7/23/2008 11:53:48 P.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, pmbalson@hotmail.com, RWeisler@aol.com

Subj: **RE: Barge Cases: Defendant's Request for All Documents Considered or Relied Upon**
Date: 7/24/2008 10:09:52 A.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: fishkat@cox.net
CC: rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, pmbalson@hotmail.com, RWeisler@aol.com

Subj: **RE: Confidential**
Date: 7/29/2008 10:10:00 A.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: czibil@lsuhsc.edu
CC: RWeisler@aol.com

Subj: **Ref. Kismit 7/27/08 contact**
Date: 7/29/2008
To: mtowns@lsuhsc.edu

Subj: **re: Daniel W. 7/27/08 contact**
Date: 7/29/2008
To: mtowns@lsuhsc.edu

Subj: **Fwd: Sutton if you can contact him the testing would be useful.**
Date: 7/31/2008
To: mtowns@lsuhsc.edu

Subj: **Fwd: Sutton I think it is worth getting his psych testing completed**
Date: 7/31/2008
To: mtowns@lsuhsc.edu

Subj: **FYI**
Date: 8/11/2008
To: mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

| Subj: | **FW: Please take a look at the census track maps and block group data. Please verify** |
|---|---|
| Date: | 8/11/2008 11:05:02 A.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | Postmaster@lsuhsc.edu |
| CC: | RWeisler@aol.com |

| Subj: | **RE: Please take a look at the census track maps and block group data. Please verify** |
|---|---|
| Date: | 8/11/2008 11:26:22 A.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | ADoskey@lsuhsc.edu |
| CC: | RWeisler@aol.com, rrappo@lsuhsc.edu, BZerin@lsuhsc.edu |

Table of Contents for Dr. Townsend
(V4)

Subj:    **RE: Please take a look at the census track maps and block group data. Please verify**
Date:    8/11/2008 7:13:00 P.M. Eastern Daylight Time
From:    MTowns@lsuhsc.edu
To:    bgilbert@briangilbertlaw.com, rweisler@aol.com


Subj:    **RE: Josephine R corrections to be initialed and current dated**
Date:    8/12/2008 10:38:47 A.M. Eastern Daylight Time
From:    MTowns@lsuhsc.edu
To:    RWeisler@aol.com
CC:    czibil@lsuhsc.edu


Subj:    **RE: Barge Case -**
Date:    8/12/2008 1:27:39 P.M. Eastern Daylight Time
From:    MTowns@lsuhsc.edu
To:    bgilbert@briangilbertlaw.com, rweisler@aol.com
CC:    dabir@kpalawyers.com, mbailey@kpalawyers.com, cinestroza@kpalawyers.com,
    bkammerling@kpalawyers.com, skhorrami@kpalawyers.com, eleemoreno@gmail.com,
    dpollard@kpalawyers.com, mravis@kpalawyers.com, pistols42@aol.com,
    rick@rickseymourlaw.net, standon@kpalawyers.com, karenwiedemann@bellsouth.net,
    karlwied@bellsouth.net, ldwiedeman@aol.com


Subj:    **RE: Barge Case -**
Date:    8/12/2008 1:55:08 P.M. Eastern Daylight Time
From:    MTowns@lsuhsc.edu
To:    bgilbert@briangilbertlaw.com, rweisler@aol.com
CC:    dabir@kpalawyers.com, mbailey@kpalawyers.com, cinestroza@kpalawyers.com,
    bkammerling@kpalawyers.com, skhorrami@kpalawyers.com, eleemoreno@gmail.com,
    dpollard@kpalawyers.com, mravis@kpalawyers.com, pistols42@aol.com,
    rick@rickseymourlaw.net, standon@kpalawyers.com, karenwiedemann@bellsouth.net,
    karlwied@bellsouth.net, ldwiedeman@aol.com


Subj:    **KP&A Khorrami Pollard & Abir, LLP - Providing clients with unparall**
Date:    8/20/2008
To:    mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, jillhayes@cox.net,
    pgriff@lsuhsc.edu


Subj:    **Mark please send me a copy of my old 6-19-08 email and attachment on Census data**
Date:    8/23/2008
To:    mtowns@lsuhsc.edu


Subj:    **Re: FW: Please take a look at the census track maps and block group data. Ple...**
Date:    8/23/2008
To:    MTowns@lsuhsc.edu

Subj:   Re: Please take a look at the census track maps and block group data. Please ...
Date:   8/23/2008
To:     MTowns@lsuhsc.edu


Subj:   FYI:New article http://www.biomedcentral.com/content/pdf/1471-244x-8-68.pdf
Date:   8/26/2008
To:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu


Subj:   RE: Expert Letter - LSU
Date:   9/3/2008 3:06:55 P.M. Eastern Daylight Time
From:   MTowns@lsuhsc.edu
To:     RWeisler@aol.com, HOsofs@lsuhsc.edu, JOsofs@lsuhsc.edu, pgriff@lsuhsc.edu,
        jillhayes@cox.net


Subj:   Check out » Successful Adjustment to 9/11 - Psych Central News
Date:   9/4/2008
To:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu


Subj:   RE: Outstanding Invoice
Date:   9/8/2008 6:26:00 P.M. Eastern Daylight Time
From:   MTowns@lsuhsc.edu
To:     RWeisler@aol.com


Subj:   Fwd: Outstanding Invoice
Date:   9/8/2008
To:     mtowns@lsuhsc.edu


Subj:   Re: Outstanding Invoice
Date:   9/8/2008
To:     MTowns@lsuhsc.edu


Subj:   RE: Outstanding Invoice
Date:   9/8/2008 6:26:16 P.M. Eastern Daylight Time
From:   MTowns@lsuhsc.edu
To:     rweisler@aol.com


Subj:   FYI Guard cites Southern Scrap for unsecured vessels - Breaking N
Date:   9/9/2008
To:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu

# Table of Contents for Miscellaneous Emails

Subj:   Old email from Jonathan Davidson on 5-23-06 about scales
Date:   1/3/2009 9:50:50 A.M. Eastern Standard Time
From:   RWeisler
To:     RWeisler


Subj:   Orleans Parish Death Rates
Date:   5/19/2008 9:20:14 A.M. Eastern Daylight Time
From:   svu81@yahoo.com
To:     rweisler@aol.com


Subj:   Death Rates for Orleans Parish
Date:   5/19/2008 9:42:36 A.M. Eastern Daylight Time
From:   svu81@yahoo.com
To:     rweisler@aol.com


Subj:   Additional Orleans Parish Death Rates
Date:   5/19/2008 10:23:37 A.M. Eastern Daylight Time
From:   svu81@yahoo.com
To:     rweisler@aol.com


Subj:   Re: MINI
Date:   6/3/2008
To:     dsheehan@health.usf.edu
CC:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, david011@notes.duke.edu,
        Fran.H.Norris@Dartmouth.EDU


Subj:   Abramson email 6-18-08
Date:   1/3/2009 9:59:31 A.M. Eastern Standard Time
From:   RWeisler
To:     RWeisler


Subj:   Industrial Canal Breach Litigation, Barge Case
Date:   6/19/2008
To:     JDiaz@lsuhsc.edu


Subj:   Fwd: Check out Those With Serious Mental Illness Suffer From Lack of Integrat...
Date:   6/19/2008
To:     JDiaz@lsuhsc.edu


Subj:   supplement
Date:   7/9/2008 3:32:51 P.M. Eastern Daylight Time
From:   kakoehm@gmail.com
To:     rweisler@aol.com


Subj:   (no subject)
Date:   6/30/2008 3:43:13 P.M. Eastern Daylight Time
From:   kakoehm@gmail.com
To:     rweisler@aol.com

Subj:     adobe pro prices
Date:     6/25/2008 6:40:01 A.M. Eastern Daylight Time
From:     kakoehrn@gmail.com
To:       rweisler@aol.com


Subj:     **Corps off hook for N.O. canal lapses - Breaking News from New Orlea**
Date:     7/27/2008 7:46:07 A.M. Eastern Standard Time
From:     RWeisler
To:       RWeisler


Subj:     **New Orleans Facing Mental Health Crisis CBS 2-19-08**
Date:     7/28/2008 7:18:47 A.M. Eastern Standard Time
From:     RWeisler
To:       kara.koehrn@duke.edu, RWeisler


Subj:     **Check out ING 4727 - Wikipedia, the free encyclopedia**
Date:     7/27/2008 7:35:32 A.M. Eastern Standard Time
From:     RWeisler
To:       RWeisler

Subj:     **Check out Leaving the Trailer - Out of FEMA Park, Clinging to a Fraying Lifel**
Date:     8/4/2008 7:43:46 A.M. Eastern Standard Time
From:     RWeisler
To:       RWeisler


Subj:     **van landingham mvanlan@tulane.edu**
Date:     6/22/2008 12:01:12 P.M. Eastern Standard Time
From:     RWeisler
To:       RWeisler


Narayan Sastry

Displaced New Orleans Residents in
the Aftermath of Hurricane Katrina:
Results from a Pilot Survey

# Table of Contents for Peter Griffin

**Subj:** **RE: Psychological Testing**
**Date:** 5/29/2008 2:42:56 P.M. Eastern Standard Time
**From:** pgriff@lsuhsc.edu
**To:** MTowns@lsuhsc.edu, jillhayes@cox.net
**CC:** RWeisler@aol.com, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, LDWIEDEMAN@aol.com

**Subj:** **Check out Industrial Canal Breach Litigation, Barge Case**
**Date:** 6/1/2008
**To:** pgriff@lsuhsc.edu

**Subj:** **Re: Barge Cases: Psychological evaluations**
**Date:** 6/25/2008 6:28:48 P.M. Eastern Daylight Time
**From:** pgriff@lsuhsc.edu
**To:** MTowns@lsuhsc.edu, karenwiedemann@bellsouth.net, Rick@RickSeymourLaw.net, bgilbert@briangilbertlaw.com, karlwied@bellsouth.net
**CC:** rweisler@aol.com, jullion@rickseymourlaw.net

**Subj:** **urgent: please send us a copy of your cv for the court - thanks!**
**Date:** 6/26/2008
**To:** pgriff@lsuhsc.edu
**CC:** mtowns@lsuhsc.edu

**Subj:** **Re: Fwd: Barge Case Important: New organized set of attorney questions**
**Date:** 6/29/2008 6:40:24 P.M. Eastern Daylight Time
**From:** pgriff@lsuhsc.edu
**To:** RWeisler@aol.com

**Subj:** **Rick Seymour says that you do NOT need to provide testimony history**
**Date:** 6/30/2008
**To:** pgriff@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, mtowns@lsuhsc.edu, jillhayes@cox.net

**Subj:** **Re: Sutton**
**Date:** 7/31/2008
**To:** pgriff@lsuhsc.edu

**Subj:** **Sutton**
**Date:** 7/31/2008 4:55:03 P.M. Eastern Daylight Time
**From:** pgriff@lsuhsc.edu
**To:** rweisler@aol.com

**Subj:** **RE: Sutton**
**Date:** 7/31/2008 5:31:14 P.M. Eastern Daylight Time
**From:** pgriff@lsuhsc.edu
**To:** RWeisler@aol.com

# Table of Contents to and from R Dalton

Subj:    **Web page link Industrial Canal Breach Litigation, Barge Case**
Date:    6/1/2008
To:    rdalton@tulane.edu
CC:    mtowns@lsuhsc.edu

Subj:    see the child section Allan Chrisman wrote in the later part of this document
Date:    6/1/2008
To:    rdalton@tulane.edu
CC:    mtowns@lsuhsc.edu, chris014@mc.duke.edu

Subj:    **Confidential Fwd: A psychologist and a suggestion**
Date:    6/1/2008
To:    rdalton@tulane.edu
CC:    mtowns@lsuhsc.edu

Subj:    **RE: Confidential Fwd: A psychologist and a suggestion**
Date:    6/2/2008 3:54:43 P.M. Eastern Daylight Time
From:    rdalton@tulane.edu
To:    RWeisler@aol.com
CC:    mtowns@lsuhsc.edu

# Table of Contents to and from Richard Seymour

Subj:     **RE: DISCUSSION WITH PSYCHIATRIC CLASS CERTIFICATION MOTION EXPERTS**
Date:     5/19/2008 9:58:25 A.M. Eastern Daylight Time
From:     rick@rickseymourlaw.net
To:       a.fuchsberg@fuchsberg.com, RWeisler@aol.com, mtowns@lsuhsc.edu, ldwiedeman@aol.com
CC:       bgilbert@briangilbertlaw.com, pmbalson@hotmail.com, pistols42@aol.com

Subj:     **RE: DISCUSSION WITH PSYCHIATRIC CLASS CERTIFICATION MOTION EXPERTS**
Date:     5/19/2008 11:44:47 A.M. Eastern Daylight Time
From:     rick@rickseymourlaw.net
To:       a.fuchsberg@fuchsberg.com, RWeisler@aol.com, mtowns@lsuhsc.edu, ldwiedeman@aol.com
CC:       bgilbert@briangilbertlaw.com, pmbalson@hotmail.com, pistols42@aol.com

Subj:     **Barge Cases Medical: Dr. Kilpatrick's Affidavit, and Judge Duval's Daubert Ruling**
Date:     5/20/2008 7:29:33 A.M. Eastern Daylight Time
From:     rick@rickseymourlaw.net
To:       a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net,
          ldwiedeman@aol.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com
CC:       juillon@rickseymourlaw.net

Subj:     **Barge Cases Medical: Interview Space**
Date:     5/20/2008 3:27:04 P.M. Eastern Daylight Time
From:     rick@rickseymourlaw.net
To:       a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net,
          ldwiedeman@aol.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com

Subj:     **Re: Barge Cases Medical: Interview Space**
Date:     5/21/2008 1:07:13 A.M. Eastern Daylight Time
From:     Rick@RickSeymourLaw.net
To:       MTowns@lsuhsc.edu, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com,
          LDWIEDEMAN@aol.com, RWeisler@aol.com
CC:       pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net,
          karenwiedemann@bellsouth.net

Subj:     **Re: Barge Cases Medical: Interview Space**
Date:     5/21/2008 1:07:13 A.M. Eastern Daylight Time
From:     Rick@RickSeymourLaw.net
To:       MTowns@lsuhsc.edu, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com,
          LDWIEDEMAN@aol.com, RWeisler@aol.com
CC:       pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net,
          karenwiedemann@bellsouth.net

Subj:     **RE: Barge Cases Medical: Interview Space**
Date:     5/21/2008 1:05:07 P.M. Eastern Daylight Time
From:     rick@rickseymourlaw.net
To:       MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, RWeisler@aol.com
CC:       pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net,
          karenwiedemann@bellsouth.net

Subj:    **RE: Barge Cases Medical: Interview Space**
Date:    5/21/2008 1:06:07 P.M. Eastern Daylight Time
From:   rick@rickseymourlaw.net
To:     MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, RWeisler@aol.com
CC:     pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net,
        karenwiedemann@bellsouth.net

Subj:    **Barge Cases: Interview Schedule and Contact Information, May 24**
Date:    5/23/2008 9:01:52 P.M. Eastern Daylight Time
From:   rick@rickseymourlaw.net
To:     a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, ldwiedeman@aol.com,
        MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com
CC:     karenwiedemann@bellsouth.net, jullion@rickseymourlaw.net

Subj:    **Barge Cases: Medical Release Form and Saturday Lawyer Contact Information**
Date:    5/23/2008 3:50:07 P.M. Eastern Daylight Time
From:   rick@rickseymourlaw.net
To:     a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net,
        ldwiedeman@aol.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com
CC:     jullion@rickseymourlaw.net

Subj:    **RE: 1)child psych and 2) conference call**
Date:    6/27/2008 4:17:49 P.M. Eastern Daylight Time
From:   rick@rickseymourlaw.net
To:     MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com,
        RWeisler@aol.com, pgriff@lsuhsc.edu
CC:     bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net,
        mhtowns@mac.com, pmbalson@hotmail.com, STefft@lsuhsc.edu

Subj:    **A pharmacoeconomic study and article I worked on in bipolar disorder See bolded**
Date:    5/28/2008
To:     rick@rickseymourlaw.net, MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, LDWIEDEMAN,
        pgriff@lsuhsc.edu, jillhayes@cox.net, GButte@lsuhsc.edu, CC: bgilbert@briangilbertlaw.com
        fishkat@cox.net karenwiedemann@bellsouth.net mhtowns@mac.com pmbalson@hotmail.com
        STefft@lsuhsc.edu

Subj:    **Referral questions and a related article for one of the clients**
Date:    5/28/2008
To:     rick@rickseymourlaw.net, MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, LDWIEDEMAN,
        pgriff@lsuhsc.edu, jillhayes@cox.net, GButte@lsuhsc.edu, CC: bgilbert@briangilbertlaw.com,
        fishkat@cox.net, karenwiedemann@bellsouth.net, mhtowns@mac.com, pmbalson@hotmail.com,
        STefft@lsuhsc.edu

Subj:    **SAMHSA report: Major Depressive Episodes & suicidal thoughts&attempts re:client**
Date:    5/28/2008
To:     rick@rickseymourlaw.net, MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com,
        LDWIEDEMAN@aol.com, pgriff@lsuhsc.edu, jillhayes@cox.net, GButte@lsuhsc.edu
CC:     bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net,
        mhtowns@mac.com, pmbalson@hotmail.com, STefft@lsuhsc.edu

Subj:    **RE: What if we prioritize the testing to suit your schedule?**
Date:    5/29/2008 5:37:07 P.M. Eastern Daylight Time
From:   rick@rickseymourlaw.net
To:     MTowns@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net
CC:     RWeisler@aol.com, a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com,
        LDWIEDEMAN@aol.com, jullion@rickseymourlaw.net

Subj:    **RE: What if we prioritize the testing to suit your schedule?**
Date:    5/29/2008 5:56:19 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    MTowns@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net
CC:    RWeisler@aol.com, a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com,
    LDWIEDEMAN@aol.com, jullion@rickseymourlaw.net

Subj:    **Barge Cases: RE: Psychological Testing NEED TO HEAR FROM DOCTORS**
Date:    5/29/2008 6:25:55 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    bgilbert@briangilbertlaw.com, MTowns@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu
CC:    RWeisler@aol.com, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com,
    karenwiedemann@bellsouth.net, pmbalson@hotmail.com

Subj:    **RE: What if we prioritize the testing to suit your schedule?**
Date:    5/29/2008 6:27:29 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    bgilbert@briangilbertlaw.com, mookietex@gmail.com
CC:    MTowns@lsuhsc.edu, RWeisler@aol.com

Subj:    **Barge Cases: Medical and Psychological Interviews May 31 and June 1**
Date:    5/30/2008 4:39:54 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com, mookietex@gmail.com,
    a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net
CC:    RWeisler@aol.com, jullion@rickseymourlaw.net, pgriff@lsuhsc.edu, jillhayes@cox.net,
    jullion@rickseymourlaw.net

Subj:    **RE: Barge Cases: Medical and Psychological Interviews May 31 and June 1**
Date:    5/30/2008 4:49:19 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com, mookietex@gmail.com,
    a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net
CC:    RWeisler@aol.com, jullion@rickseymourlaw.net, pgriff@lsuhsc.edu, jillhayes@cox.net

Subj:    **RE: Barge Cases: Josephine Richardson**
Date:    5/31/2008 7:56:29 A.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    pgriff@lsuhsc.edu, bgilbert@briangilbertlaw.com, MTowns@lsuhsc.edu, mookietex@gmail.com,
    a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net,
    fishkat@cox.net
CC:    RWeisler@aol.com, jullion@rickseymourlaw.net, jillhayes@cox.net

Subj:    **RE: Question about First Interim Statement**
Date:    6/2/2008 4:36:11 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    jillhayes@cox.net, a.fuchsberg@fuchsberg.com
CC:    mtowns@lsuhsc.edu, rweisler@aol.com, karenwiedemann@bellsouth.net

Subj:   **RE: Question about First Interim Statement**
Date:   6/3/2008 2:53:12 P.M. Eastern Daylight Time
From:   rick@rickseymourlaw.net
To:     jillhayes@cox.net
CC:     a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu, rweisler@aol.com,
        karenwiedemann@bellsouth.net


Subj:   **Re: Question about First Interim Statement**
Date:   6/4/2008
To:     rick@rickseymourlaw.net


Subj:   **Re: Question about First Interim Statement**
Date:   6/4/2008
To:     rick@rickseymourlaw.net


Subj:   **RE: Barge Cases: Conference Call on Draft Report**
Date:   6/6/2008 5:46:26 P.M. Eastern Daylight Time
From:   rick@rickseymourlaw.net
To:     MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com,
        fishkat@cox.net, ldwiedeman@aol.com, pmbalson@hotmail.com, RWeisler@aol.com


Subj:   **RE: Psychological evaluations**
Date:   6/17/2008 4:10:44 P.M. Eastern Daylight Time
From:   rick@rickseymourlaw.net
To:     MTowns@lsuhsc.edu, RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com,
        a.fuchsberg@fuchsberg.com, pgriff@lsuhsc.edu


Subj:   **RE: Psychological evaluations**
Date:   6/18/2008 12:17:47 A.M. Eastern Daylight Time
From:   rick@rickseymourlaw.net
To:     MTowns@lsuhsc.edu, RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com,
        a.fuchsberg@fuchsberg.com, pgriff@lsuhsc.edu


Subj:   **RE: Psychological evaluations**
Date:   6/18/2008 1:00:18 P.M. Eastern Daylight Time
From:   rick@rickseymourlaw.net
To:     MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, a.fuchsberg@fuchsberg.com,
        RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com
CC:     jullion@rickseymourlaw.net


Subj:   **Please take a look at the census track maps and block group data. Please verify**
Date:   6/19/2008
To:     rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, LDWIEDEMAN,
        a.fuchsberg@fuchsberg.com
CC:     mtowns@lsuhsc.edu


Subj:   **Please send me information on PANDA? file sharing. I am having trouble finding**
Date:   6/24/2008
To:     rick@rickseymourlaw.net

Subj:     Re: Please send me information on PANDA? file sharing. I am having trouble finding
Date:     6/24/2008 6:28:40 P.M. Eastern Daylight Time
From:    Rick@RickSeymourLaw.net
To:      RWeisler@aol.com


Subj:     Welcome to Google Docs I think that this approach works best. Give feedback.
Date:     6/25/2008
To:      rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN,
         bgilbert@briangilbertlaw.com, mtowns@lsuhsc.edu


Subj:     Re: Barge Cases: Psychological evaluations
Date:     6/25/2008 4:48:34 P.M. Eastern Daylight Time
From:    Rick@RickSeymourLaw.net
To:      karenwiedemann@bellsouth.net, bgilbert@briangilbertlaw.com, karlwied@bellsouth.net
CC:      rick@rickseymourlaw.net, rweisler@aol.com


Subj:     Re: Welcome to Google Docs I think that this approach works best. Give feedback.
Date:     6/25/2008 6:32:17 P.M. Eastern Daylight Time
From:    Rick@RickSeymourLaw.net
To:      RWeisler@aol.com, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com,
         LDWIEDEMAN@aol.com, bgilbert@briangilbertlaw.com, mtowns@lsuhsc.edu


Subj:     Barge Cases: Creation of Secure Web Storage Area for Medical Expert Reports and
         Appendices
Date:     6/28/2008 7:09:28 A.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:      a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net,
         ldwiedeman@aol.com, lwilson@wgdnlaw1.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com,
         RWeisler@aol.com


Subj:     Barge Cases
Date:     6/28/2008 7:09:45 A.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:      RWeisler@aol.com


Subj:     RE: Barge Cases: Correction
Date:     6/28/2008 7:11:39 A.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:      RWeisler@aol.com


Subj:     RE: Emotional Damages Report - URGENT
Date:     6/28/2008 5:25:52 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:      fishkat@cox.net, RWeisler@aol.com, pmbalson@hotmail.com, MTowns@lsuhsc.edu
CC:      LDWIEDEMAN@aol.com, lwilson@wgdnlaw1.com


Subj:     Re: URGENT - Please call Rick Seymour
Date:     6/28/2008 8:00:21 P.M. Eastern Daylight Time
From:    Rick@RickSeymourLaw.net
To:      fishkat@cox.net
CC:      RWeisler@aol.com, pmbalson@hotmail.com, MTowns@lsuhsc.edu, rick@rickseymourlaw.net,
         LDWIEDEMAN@aol.com, lwilson@wgdnlaw1.com

Subj:    **Barge Cases: Other Examples of Expert Affidavits**
Date:    6/28/2008 9:37:35 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, ldwiedemann@aol.com, iwilson@wgdnlaw1.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com

Subj:    **Barge Medical: The Types of Exposure we tried to cover in lining people up for interviews**
Date:    6/28/2008 10:58:56 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, iwilson@wgdnlaw1.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com

Subj:    **Barge Cases: The Rule Governing Expert Reports**
Date:    6/28/2008 11:40:58 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, iwilson@wgdnlaw1.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com

Subj:    **Barge Medical: Expert Report**
Date:    6/29/2008 1:21:11 A.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, iwilson@wgdnlaw1.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com
CC:    jullion@rickseymourlaw.net

Subj:    **Barge Medical: My Flight Schedule Sunday**
Date:    6/29/2008 1:25:24 A.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    RWeisler@aol.com, MTowns@lsuhsc.edu
CC:    fishkat@cox.net, bgilbert@briangilbertlaw.com

Subj:    **Barge Cases: New Partial Draft of Medical Report**
Date:    6/29/2008 7:53:15 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    RWeisler@aol.com, MTowns@lsuhsc.edu
CC:    bgilbert@briangilbertlaw.com, fishkat@cox.net, ldwiedeman@aol.com, karenwiedemann@bellsouth.net

Subj:    **Barge Cases: RE: Please review draft affadavit for general format and then call**
Date:    6/29/2008 8:12:57 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:    RWeisler@aol.com

Subj:    **Please review draft affadavit for general format and then call**
Date:    6/29/2008
To:    rick@rickseymourlaw.net

Subj:    **Barge Cases: Call me when you can write and take notes**
Date:    6/29/2008 10:49:28 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:      RWeisler@aol.com


Subj:    **Request for brief descriptive material of what class device is. Thanks**
Date:    6/30/2008
To:      rick@rickseymourlaw.net


Subj:    **Barge Cases: RE: Referral Questions**
Date:    6/30/2008 11:49:26 A.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:      jillhayes@cox.net
CC:      rweisler@aol.com, bgilbert@briangilbertlaw.com, fishkat@cox.net


Subj:    **RE: article about suicidality from a federal study inadvertently left out Thanks**
Date:    7/7/2008 10:07:20 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:      RWeisler@aol.com, bgilbert@briangilbertlaw.com


Subj:    **RE: article about suicidality from a federal study inadvertently left out Thanks**
Date:    7/9/2008 10:53:55 A.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:      RWeisler@aol.com, bgilbert@briangilbertlaw.com


Subj:    **Barge Cases: Missing Article**
Date:    7/9/2008 9:07:14 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:      RWeisler@aol.com, fishkat@cox.net, bgilbert@briangilbertlaw.com


Subj:    **Barge Cases: Defendant's Request for All Documents Considered or Relied Upon**
Date:    7/22/2008 1:04:31 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:      bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net,
         ldwiedeman@aol.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com


Subj:    **Barge Cases: Your Deposition**
Date:    7/24/2008 8:36:20 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:      RWeisler@aol.com
CC:      bgilbert@briangilbertlaw.com, fishkat@cox.net


Subj:    **Fwd: Sutton I think it is worth getting his psych testing completed**
Date:    7/31/2008
To:      rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, a.fuchsberg@fuchsberg.com,
         LDWIEDEMAN


Subj:    **RE: Duke Legal fee schedule I have used for over 2 years & national data(bold underline**
Date:    8/4/2008 3:42:34 P.M. Eastern Daylight Time
From:    rick@rickseymourlaw.net
To:      MTowns@lsuhsc.edu, RWeisler@aol.com, bgilbert@briangilbertlaw.com, fishkat@cox.net,
         a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net

| Subj: | RE: Duke Legal fee schedule I have used for over 2 years & national data(bold... |
|---|---|
| Date: | 8/4/2008 7:20:07 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | RWeisler@aol.com, fishkat@cox.net |
| CC: | mtowns@lsuhsc.edu |

| Subj: | **Barge Cases: Call Tomorrow at 8:30 AM Eastern, 7:30 AM Central** |
|---|---|
| Date: | 8/4/2008 11:00:48 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | RWeisler@aol.com |
| CC: | MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com, fishkat@cox.net |

| Subj: | Barge Cases Medical: 8:30 AM Eastern, 7:30 AM Central Call-In No.: 1-866-704-2476, pass code 274-403 |
|---|---|
| Date: | 8/4/2008 11:01:59 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | RWeisler@aol.com, MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com, fishkat@cox.net |

| Subj: | New study results PTSD a "Major Cause" of Early Heart Disease Mortality |
|---|---|
| Date: | 8/8/2008 |
| To: | rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, fishkat@cox.net, LDWIEDEMAN, karenwiedemann@bellsouth.net, a.fuchsberg@fuchsberg.com, skhorrami@kpalawyers.com |

| Subj: | **PHONE CONVERSATION TODAY (8/8)** |
|---|---|
| Date: | 8/8/2008 3:04:59 P.M. Eastern Daylight Time |
| From: | KBall@kpalawyers.com |
| To: | rweisler@aol.com |
| CC: | rweisler@weislermd.com |

| Subj: | Re: PHONE CONVERSATION TODAY (8/8) Weisler Barge case |
|---|---|
| Date: | 8/8/2008 |
| To: | KBall@kpalawyers.com |
| CC: | scofield@weislermd.com |

| Subj: | Recently published article:The Struggle for Mental Healthcare in New Orleans—One |
|---|---|
| Date: | 8/17/2008 |
| To: | rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, skhorrami@kpalawyers.com, LDWIEDEMAN, karenwiedemann@bellsouth.net, a.fuchsberg@fuchsberg.com |

| Subj: | **Fwd: Progress and payment Barge Case Mental Health** |
|---|---|
| Date: | 8/23/2008 |
| To: | rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, LDWIEDEMAN, karenwiedemann@bellsouth.net, skhorrami@kpalawyers.com, KBall@kpalawyers.com |
| CC: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net |

| Subj: | **Expert Letter - LSU** |
|---|---|
| Date: | 9/3/2008 1:59:49 P.M. Eastern Daylight Time |
| From: | KBall@kpalawyers.com |
| To: | rweisler@aol.com |

Subj:   **Re: Expert Letter - LSU Letter that I just received today by mail and email**
Date:   9/3/2008
To:     rick@rickseymourlaw.net


Subj:   **RE: Expert Letter - LSU Letter that I just received today by mail and email**
Date:   9/3/2008 3:20:59 P.M. Eastern Daylight Time
From:   rick@rickseymourlaw.net
To:     RWeisler@aol.com


Subj:   **Fwd: Whether you have been paid for your work already in the barge case?**
Date:   9/5/2008
To:     rick@rickseymourlaw.net ; bgilbert@brianglibertlaw.com ; a.fuchsberg@fuchsberg.com ;
        LDWIEDEMAN@aol.com ; karenwiedemann@bellsouth.net
CC:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu


Subj:   **Re: Proposed conference call**
Date:   9/14/2008 10:36:17 P.M. Eastern Daylight Time
From:   rick@rickseymourlaw.net
To:     fishkat@cox.net, rweisler@aol.com, karenwiedemann@bellsouth.net


Subj:   **Re: Proposed conference call**
Date:   9/15/2008
To:     rick@rickseymourlaw.net, fishkat@cox.net, karenwiedemann@bellsouth.net

# Table of Contents for S Khorrami

Subj:       Re: New study results PTSD a "Major Cause" of Early Heart Disease Mortality
Date:       8/8/2008 10:53:07 P.M. Eastern Daylight Time
From:       SKhorrami@kpalawyers.com
To:         RWeisler@aol.com


Subj:       Scheduling a Conference call this weekend with Rick Weisler and Mark Townsend
Date:       8/8/2008
To:         SKhorrami@kpalawyers.com
CC:         mtowns@lsuhsc.edu


Subj:       Re: Scheduling a Conference call this weekend with Rick Weisler and Mark Townsend
Date:       8/9/2008 2:43:01 P.M. Eastern Daylight Time
From:       SKhorrami@kpalawyers.com
To:         RWeisler@aol.com, SKhorrami@kpalawyers.com
CC:         mtowns@lsuhsc.edu


Subj:       Re: Scheduling a Conference call this weekend with Rick Weisler and Mark Town...
Date:       8/9/2008
To:         SKhorrami@kpalawyers.com
CC:         mtowns@lsuhsc.edu


Subj:       Prevalence and Predictors of Mental Health Distress Post-Katrina: F
Date:       8/9/2008
To:         skhorrami@kpalawyers.com, rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com,
            LDWIEDEMAN, karenwiedemann@bellsouth.net


Subj:       Re: Scheduling a Conference call this weekend with Rick Weisler and Mark Town...
Date:       8/9/2008 6:26:10 P.M. Eastern Daylight Time
From:       SKhorrami@kpalawyers.com
To:         RWeisler@aol.com, SKhorrami@kpalawyers.com
CC:         mtowns@lsuhsc.edu, mbailey@khorrami.com, mravis@kpalawyers.com, hsteviant@kpalawyers.com, dpollard@khorrami.com


Subj:       Re: Scheduling a Conference call this weekend with Rick Weisler and Mark Town...
Date:       8/9/2008 6:27:19 P.M. Eastern Daylight Time
From:       SKhorrami@kpalawyers.com
To:         RWeisler@aol.com, SKhorrami@kpalawyers.com
CC:         mtowns@lsuhsc.edu, mbailey@khorrami.com, mravis@kpalawyers.com, hsteviant@kpalawyers.com, dpollard@khorrami.com


Subj:       Re: Scheduling a Conference call this weekend with Rick Weisler and Mark Town...
Date:       8/9/2008 7:38:31 P.M. Eastern Daylight Time
From:       SKhorrami@kpalawyers.com
To:         RWeisler@aol.com, SKhorrami@kpalawyers.com
CC:         hosok@lsuhsc.edu, jstork@lsuhsc.edu, mkvans@lsuhsc.edu, mbailey@khorrami.com, mravis@kpalawyers.com, hsteviant@kpalawyers.com, dpollard@khorrami.com

Subj:     **RE: Mark Townsend MD second invoice**
Date:     8/15/2008 6:37:02 P.M. Eastern Daylight Time
From:     SKhorrami@kpalawyers.com
To:       MTowns@lsuhsc.edu
CC:       STefft@lsuhsc.edu, pmbalson@hotmail.com, DPollard@kpalawyers.com,
          mravis@kpalawyers.com, pistols42@aol.com, rick@rickseymourlaw.net, Sonja@kpalawyers.com,
          karenwiedemann@bellsouth.net, karlwied@bellsouth.net, LDWIEDEMAN@aol.com,
          bgilbert@briangilbertlaw.com, nwelsler@aol.com, DAblr@kpalawyers.com,
          MBailey@kpalawyers.com, csanchez@kpalawyers.com, BKammerling@kpalawyers.com,
          eleemoreno@gmail.com, hsleviant@kpalawyers.com, ktravis@kpalawyers.com


Subj:     **Fwd: FW: Please take a look at the census track maps and block group data. Pl...**
Date:     8/23/2008
To:       skhorrami@kpalawyers.com