UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolida8ted cases |
| | * * | SECTION "K" (2) |
| | * | |
| *Weisler v. Seymour, et al.*     09-2737 | * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

# SEYMOUR, FUCHSBERG, and GILBERT DEFENDANTS' NOTICE OF HEARING ON THEIR MOTION TO STRIKE PLAINTIFF'S UNTIMELY ANSWER TO DEFENDANTS' COUNTERCLAIMS

PLEASE TAKE NOTICE that the Seymour, Fuchsberg and Gilbert defendants will bring their Motion to Strike Plaintiff's Untimely Answer to Defendants' Counterclaims (Doc. 20506), on for hearing before the Hon. Stanwood R. Duval, Jr., United States Courthouse, 500 Poydras Street, at 9:30 A.M. on the 2nd day of November, 2011.

Respectfully Submitted,

/s/ Richard T. Seymour
Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.
Washington, DC 20006-3307
rick@rickseymourlaw.net
(202) 785-2145 – Telephone
(202) 549-1454 – Cell
(800) 805-1065 – Facsimile

*Attorney for Defendants Richard T. Seymour and [misnamed] "Richard T. Seymour P.L.L.C."*


/s/Bradley S. Groce
DAVID V. BATT, #2849
BRADLEY S. GROCE, #26037
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

*Attorneys for Defendants Alan Fuchsberg and the Jacob D. Fuchsberg Law Firm*

**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**

*/s/Brian A. Gilbert*
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
bgilbert@briangilbertlaw.com

*Attorney for improperly named individual Defendant Brian A. Gilbert, and Defendant Law Office of Brian A. Gilbert, P.L.C.*

Dated:  October 21, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2011, I served a copy of the Seymour, Fuchsberg, and Gilbert defendants' Notice of Motion to Strike Plaintiff's Untimely Answer to Defendants' Counterclaims, on counsel of record for Plaintiff, as shown below, and on all other counsel and parties through the Court's ECF system and, where the party served is not on the ECF system, by e-mail:

> Andrew C. Wilson, Esq.
> Simon, Peragine, Smith & Redfearn, L.L.P.
> 30th Floor - Energy Centre
> 1l00 Poydras Street
> New Orleans, LA 70163-3000

> /s/ Richard T. Seymour
> Richard T. Seymour
> *Attorney for Defendants Richard T. Seymour and [misnamed]"Richard T. Seymour P.L.L.C."*