**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolida8ted cases |
| | * | |
| | * | SECTION "K" (2) |
| | * | |
| | * | |
| *Weisler v. Seymour, et al.*   **09-2737** | * | JUDGE |
| | * | STANWOOD R. DUVAL, |
| | * | JR. |
| | * | |
| | * | MAG. JUDGE |
| | * | JOSEPH C. WILKINSON,  JR. |
| | * | |

# ORDER GRANTING SEYMOUR AND FUCHSBERG DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S UNTIMELY ANSWER TO THEIR COUNTERCLAIMS

This matter comes before the Court on the Seymour, Fuchsberg and Gilbert defendants' Motion to Strike Plaintiff's Untimely Answer to Defendants' Counterclaims.

Upon consideration of the Motion and the response of the plaintiff, it appears that the Motion is well taken and should be granted. It is therefore hereby:

ORDERED, that Plaintiff's untimely Answer (Doc. 20506), is hereby stricken and shall have no force or effect in this litigation.

This the _____ day of _____, 2011.

_____
**STANWOOD R. DUVAL, JR.**
**Senior Judge, U.S. District Court**

**CLERK TO NOTIFY:**

**HON. JOSEPH C. WILKINSON, JR.**