## Richard T. Seymour

| | |
|---|---|
| **From:** | Alan Fuchsberg [a.fuchsberg@fuchsberg.com] |
| **Sent:** | Friday, May 16, 2008 5:22 PM |
| **To:** | rick@rickseymourlaw.net; lwilson@wgdnlaw1.com; Alan Fuchsberg; 'Brian Gilbert'; 'Brian Gilbert (home)'; 'Charles Nolet'; 'Chet Kern'; 'Cindy Arias'; 'Dave Druker'; 'Edward L. Moreno'; 'Jullion Taylor'; 'Karen Wiedemann'; 'Karl Wiedemann'; 'Lawrence WIEDEMAN'; Leslie Kelmachter; 'Pat' 'Sanders' |
| **Subject:** | Re: good news on the emotional health class issue and need to set up psych evaluations next saturday for class reps |

I just got off a conference call with two psychiatrists professors (from LSU school of mental health and Duke University) who together have worked with Katrina victims, and are populist psychiatrists. They have agreed to coauthor a report by June 12. They want to interview the class reps in New Orleans next Saturday. Their names are Dr Mark Townsend and Dr. Richard Weisler. Theu will send a plan summary after the weekend for our review.
Alan
Alan L. Fuchsberg
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

-----Original Message-----
From: "Richard T. Seymour" <rick@rickseymourlaw.net>

Date: Thu, 15 May 2008 22:04:55
To:<lwilson@wgdnlaw1.com>,"'A.Fuchsberg'" <a.fuchsberg@fuchsberg.com>,"'Brian Gilbert'" <bgilbert@briangilbertlaw.com>,"'Brian Gilbert \(home\)'" <fishkat@cox.net>,"'Charles Nolet'" <Cnolet@wgdnlaw1.com>,"'Chet Kern'" <winefly1@aol.com>,"'Cindy Arias'" <carias@wgdnlaw1.com>,"'Dave Druker'" <ddruker@wgdnlaw1.com>,"'Edward L. Moreno'" <eleemoreno@gmail.com>,"'Jullion Taylor'" <jullion@rickseymourlaw.net>,"'Karen Wiedemann'" <karenwiedemann@bellsouth.net>,"'Karl Wiedemann'" <karlwied@bellsouth.net>,"'Lawrence WIEDEMAN'" <ldwiedeman@aol.com>,"'Leslie Kelmachter'" <l.kelmachter@fuchsberg.com>,"'Pat' 'Sanders'" <pistols42@aol.com>
Subject: RE: Barge Cases: Draft Class Cert Motion, version 3


　　　　The motion was filed before we got these, but Brian and I have already put the bulk of these in.

　　　　My understanding is that C.J. Berrigan did not rule on any of the issues outside the limitations proceeding, so that Lafarge and the others cannot take comfort in them, and that the special notice requirements applicable in limitation proceedings do not apply to our other defendants. Whether or not we get a reversal, there's nothing now binding us as to other defendants uninvolved in those proceedings.



1
PRIVILEGED AND CONFIDENTIAL                    BargePSLCWeisSeym000104