## Richard T. Seymour

| | |
|---|---|
| **From:** | Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com] |
| **Sent:** | Thursday, May 29, 2008 3:47 PM |
| **To:** | 'Townsend, Mark'; 'Jill Hayes'; 'Griffin, Phillip T.' |
| **Cc:** | 'Richard Weisler'; rick@rickseymourlaw.net; 'Alan Fuchsberg'; 'Lawrence Wiedemann'; 'Wiedemann, Karen' |
| **Subject:** | RE: Psychological Testing |

Invoices should actually be addressed to Barge PSLC, 821 Baronne Street, New Orleans, LA 70113, not to Karen Wiedemann, as the Barge PSLC is responsible for expenses, not Karen.

What dates and times are the interviews to be scheduled, and which persons are to be interviewed?

-----Original Message-----
From: Townsend, Mark [mailto:MTowns@lsuhsc.edu]
Sent: Thursday, May 29, 2008 2:32 PM
To: Jill Hayes; Griffin, Phillip T.
Cc: Richard Weisler; rick@rickseymourlaw.net; Alan Fuchsberg; Brian Gilbert (Office); Lawrence Wiedemann
Subject: Psychological Testing
Importance: High


Jill and Phil,
Hopefully you have received go-ahead to complete the psychological evaluation of the four remaining individuals. It is key to the expeditious completion of our work.

The two of you may have already spoken to establish your methodology.
Jill's office number is 504-400-1919 and Phil can be reached at
504-451-4323.
Invoices for your services should be sent to Ms. Karen Wiedemann.

I have taken the liberty of attaching the names of the four remaining claimants.

Attorneys Brian Gilbert (here in NOLA) and Rick Seymour in DC will no doubt set up the interviews.

You see Mr. Seymour's numbers below, but please also do not hesitate to call me at 504-232-1023 for any issues related to your examinations.
Rick Weisler and I will be meeting this evening.
Thanks,
Mark


-----Original Message-----
From: Richard T. Seymour [mailto:rick@rickseymourlaw.net]
Sent: Friday, May 23, 2008 7:55 PM
To: Alan (office) Fuchsberg; Brian Gilbert; Brian Gilbert (home); Lawrence

**EXHIBIT**
2

PRIVILEGED AND CONFIDENTIAL        BargePSLCWeisSeym000461