# Table of Contents to and from fishkat@cox.net

Subj: Re: IMPORTANT - Barge Cases: Interview Schedule and Contact Information, May 24
Date: 5/26/2008 5:41:23 P.M. Eastern Daylight Time
From: fishkat@cox.net
To: MTowns@lsuhsc.edu
CC: rick@rickseymourlaw.net, ldwiedeman@aol.com, a.fuchsberg@fuchsberg.com, RWeisler@aol.com, karenwiedemann@bellsouth.net, pistole42@aol.com

Subj: RE: Psychological Testing
Date: 5/29/2008 5:52:39 P.M. Eastern Daylight Time
From: bgilbert@briangilbertlaw.com
To: MTowns@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu
CC: RWeisler@aol.com, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net, pmbalson@hotmail.com

Subj: FW: What if we prioritize the testing to suit your schedule?
Date: 5/29/2008 6:24:11 P.M. Eastern Daylight Time
From: bgilbert@briangilbertlaw.com
To: mookielex@gmail.com
CC: rick@rickseymourlaw.net, MTowns@lsuhsc.edu, RWeisler@aol.com

Subj: Re: Re: A psychologist and a suggestion
Date: 5/30/2008 11:45:35 A.M. Eastern Daylight Time
From: fishkat@cox.net
To: a.fuchsberg@fuchsberg.com, jullion@rickseymourlaw.net, me@mookielex.com, bgilbert@briangilbertlaw.com
CC: MTowns@lsuhsc.edu, jillhayes@cox.net, bgilbert@briangilbertlaw.com, pgriff@lsuhsc.edu, RWeisler@aol.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net, pmbalson@hotmail.com

Subj: Re: Re: A psychologist and a suggestion
Date: 5/30/2008 12:11:56 P.M. Eastern Daylight Time
From: fishkat@cox.net
To: a.fuchsberg@fuchsberg.com, jullion@rickseymourlaw.net, me@mookielex.com
CC: MTowns@lsuhsc.edu, jillhayes@cox.net, bgilbert@briangilbertlaw.com, pgriff@lsuhsc.edu, RWeisler@aol.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net, pmbalson@hotmail.com

Subj: Re: proposed Master Protective Order
Date: 6/5/2008 12:28:08 A.M. Eastern Daylight Time
From: karenwiedemann@bellsouth.net
To: fishkat@cox.net, fishkat@cox.net
CC: a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, cnolet@wgdnlaw1.com, ddruker@wgdnlaw1.com, karlwied@bellsouth.net, ldwiedeman@aol.com, lwilson@wgdnlaw1.com, l.kelmachter@fuchsberg.com, MTowns@lsuhsc.edu, Pistols42@aol.com, rick@rickseymourlaw.net, RWeisler@aol.com

EXHIBIT 4

| | |
|---|---|
| Subj: | Mental Health Damages |
| Date: | 6/8/2008 12:46:40 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | rick@rickseymourlaw.net, RWeisler@aol.com, MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com |

| | |
|---|---|
| Subj: | RE: Background Reports Narayan is the Lead Investigator of the Tulane study |
| Date: | 6/9/2008 5:29:44 P.M. Eastern Daylight Time |
| From: | bgilbert@briangilbertlaw.com |
| To: | RWeisler@aol.com, a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, mtowns@lsuhsc.edu |

| | |
|---|---|
| Subj: | Emotional Damages Report - URGENT |
| Date: | 6/28/2008 5:01:13 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | RWeisler@aol.com, pmbalson@hotmail.com, MTowns@lsuhsc.edu |
| CC: | rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, lwilson@wgdnlaw1.com |

| | |
|---|---|
| Subj: | URGENT - Please call Rick Seymour |
| Date: | 6/28/2008 5:25:42 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | fishkat@cox.net |
| CC: | RWeisler@aol.com, pmbalson@hotmail.com, MTowns@lsuhsc.edu, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, lwilson@wgdnlaw1.com |

| | |
|---|---|
| Subj: | Re: URGENT - Please call Rick Seymour |
| Date: | 6/28/2008 8:19:29 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | Rick@RickSeymourLaw.net |
| CC: | RWeisler@aol.com, pmbalson@hotmail.com, MTowns@lsuhsc.edu, LDWIEDEMAN@aol.com, lwilson@wgdnlaw1.com |

| | |
|---|---|
| Subj: | Re: Barge Medical: Expert Report |
| Date: | 6/29/2008 6:44:27 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | a.fuchsberg@fuchsberg.com |
| CC: | rick@rickseymourlaw.net, MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, lwilson@wgdnlaw1.com, pmbalson@hotmail.com, RWeisler@aol.com, jullion@rickseymourlaw.net |

| | |
|---|---|
| Subj: | Re: Final Expert Report Weisler Brian I faxed you the signature page as dis... |
| Date: | 6/30/2008 |
| To: | fishkat@cox.net |

| | |
|---|---|
| Subj: | Re: Final Expert Report Weisler Brian I faxed you the signature page as discussed |
| Date: | 6/30/2008 9:58:37 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | RWeisler@aol.com |

Subj: **Voicemail message re attachments**
Date: 7/1/2008 11:38:10 P.M. Eastern Daylight Time
From: fishkat@cox.net
To: RWeisler@aol.com

Subj: article about suicidality from a federal study inadvertently left out Thanks
Date: 7/3/2008
To: bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net

Subj: JAMA -- Role of Professional Organizations in Regulating Physician Expert Witnes
Date: 8/1/2008
To: bgilbert@briangilbertlaw.com, fishkat@cox.net, rick@rickseymourlaw.net
CC: mtowns@lsuhsc.edu

Subj: **Fwd: Sutton If you can contact him the testing would be useful.**
Date: 8/1/2008
To: fishkat@cox.net

Subj: Duke Legal fee schedule I have used for over 2 years&national data(bold underlin.
Date: 8/4/2008
To: bgilbert@briangilbertlaw.com, fishkat@cox.net, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN, karenwiedemann@bellsouth.net
CC: mtowns@lsuhsc.edu

Subj: **Outstanding Invoice**
Date: 9/8/2008 4:38:39 P.M. Eastern Daylight Time
From: bgilbert@briangilbertlaw.com
To: rweisler@aol.com
CC: karenwiedemann@bellsouth.net, rick@rickseymourlaw.net, Pistols42@aol.com, karlwied@bellsouth.net, LDWIEDEMAN@aol.com

Subj: Re: Outstanding Invoice
Date: 9/9/2008
To: bgilbert@briangilbertlaw.com
CC: karenwiedemann@bellsouth.net, rick@rickseymourlaw.net, Pistols42@aol.com, karlwied@bellsouth.net, LDWIEDEMAN@aol.com, mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu

Subj: **RE: Outstanding Invoice**
Date: 9/9/2008 4:57:09 P.M. Eastern Daylight Time
From: bgilbert@briangilbertlaw.com
To: RWeisler@aol.com
CC: karenwiedemann@bellsouth.net, rick@rickseymourlaw.net

| | |
|---|---|
| Subj: | Fwd: Outstanding Invoice Brian Gilbert's response. Awaiting his return call |
| Date: | 9/9/2008 |
| To: | bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net |
| CC: | hosofs@lsuhsc.edu, josofs@lsuhsc.edu, mtowns@lsuhsc.edu |

| | |
|---|---|
| Subj: | Proposed conference call |
| Date: | 9/13/2008 12:27:12 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | RWeisler@aol.com |
| CC: | karenwiedemann@bellsouth.net, rick@rickseymourlaw.net |

| | |
|---|---|
| Subj: | Re: Proposed conference call |
| Date: | 9/14/2008 9:06:46 P.M. Eastern Standard Time |
| From: | fishkat@cox.net |
| To: | RWeisler@aol.com, rick@rickseymourlaw.net, karenwiedemann@bellsouth.net |

## Table of Contents for F Norris

Subj: Re: Fwd: Death Rates for Orleans Parish An example of our use of CDC Wonder
Date: 6/3/2008 3:32:20 P.M. Eastern Daylight Time
From: Fran.H.Norris@Dartmouth.EDU
To: RWeisler@aol.com

Subj: Re: Let me know if this works any better CDC Wonder search for Orleans Parish
Date: 6/3/2008 3:42:58 P.M. Eastern Daylight Time
From: Fran.H.Norris@Dartmouth.EDU
To: RWeisler@aol.com

Subj: "InCourage" in GBR
Date: 6/3/2008 4:57:16 P.M. Eastern Daylight Time
From: Fran.H.Norris@Dartmouth.EDU
To: RWeisler@aol.com

Subj: Some background Industrial Canal Breach Litigation, Barge Case
Date: 6/4/2008
To: Fran.H.Norris@Dartmouth.EDU
CC: mtowns@lsuhsc.edu, josofs@lsuhsc.edu, hosofs@lsuhsc.edu, dsheehan@health.usf.edu, david011@mc.duke.edu, rdalton@tulane.edu, chris014@mc.duke.edu, pgriff@lsuhsc.edu, jillhayes@cox.net, GButte@lsuhsc.edu, jbarbe@lsuhsc.edu, ccole1@lsuhsc.edu

Subj: Fwd: Death Rates for Orleans Parish An example of our use of CDC Wonder
Date: 6/4/2008
To: Fran.H.Norris@Dartmouth.EDU

Subj: Re: "InCourage" in GBR
Date: 6/4/2008
To: Fran.H.Norris@Dartmouth.EDU
CC: mtowns@lsuhsc.edu

Subj: Let me know if this works any better CDC Wonder search for Orleans Parish
Date: 6/4/2008
To: Fran.H.Norris@Dartmouth.EDU

Subj: Re: Request for a section on diagnostic and clinical treatment needs for class
Date: 6/10/2008 1:32:34 P.M. Eastern Daylight Time
From: Fran.H.Norris@Dartmouth.EDU
To: RWeisler@aol.com, mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, rdalton@tulane.edu, josofs@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net
CC: david011@notes.duke.edu, Fran.H.Norris@Dartmouth.EDU, dsheehan@health.usf.edu, chris014@mc.duke.edu