Subj: **FW: Katrina emotional injuries--seeking consultant expert**
Date: 5/14/2008 9:31:41 P.M. Eastern Daylight Time
From: a.fuchsberg@fuchsberg.com
To: rweisler@aol.com

Dear Dr Weisler,

I am part of a small group of attorneys co-counseling in a litigation against LaFarge cement company for property loss and personal injuries arising to some 60,000 residents in the 9th Ward, St Bernard's Parish, New Orleans, due to the uniquely swift and traumatic nature of flood damage to their neighborhood because an improperly secured barge broke loose at LaFarge's plant and drifted swiftly across the industrial canal, crashing through the flood wall protecting the 9th Ward, causing sudden flooding several hours before and faster than anywhere else—causing some of the most severe devastation of that awful day of Hurricane Katrina.
We contend that this particular devastation was due to specific acts of negligence.

We are moving for class certification in this Federal Court case. We are alleging that there are certain generic across the board emotional injuries that can be fairly stated to have occurred on a class basis. We need an expert like you to examine this issue and prepare a report. From seeing your paper, I believe you have considerable experience with victims of that day, their injuries and needs, or can point us to the right person.

Please advise.
Thank you.
Sincerely
Alan Fuchsberg


Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

**EXHIBIT 5**

Richard H. Weisler, M.D. Deposition
Oct. 9, 2011                Exhibit 18

Sunday, January 04, 2009 AOL: RWeisler

## Richard T. Seymour

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Tuesday, May 27, 2008 4:17 PM |
| **To:** | 'Townsend, Mark'; 'Alan Fuchsberg'; 'Lawrence Wiedemann'; 'Richard Weisler'; 'Griffin, Phillip T.' |
| **Cc:** | 'Brian Gilbert (Office)'; 'Brian Gilbert (home)'; 'Karen Wiedemann'; 'mhtowns@mac.com'; 'Paul M. Balson'; 'Tefft, Stan' |
| **Subject:** | RE: 1)child psych and 2) conference call |

     1. I just spoke with the investigator, Ronnie Montgomery, and will call him back after taking care of the crisis du jour.

     2. 2:30 P.M. EST works for me, but I think Arizona is on Pacific time (also known as Mountain Standard Time without daylight savings) at this time of year so they'd be three hours behind. It's OK with Mark at 11:30 Arizona time? Or am I off in my reckoning?

         Rick


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
  Voice:  202-862-4320
  Cell:    202-549-1454
  Facsimile:  800-805-1065
  e-mail:  rick@rickseymourlaw.net
  Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY:  Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

   The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call (202) 862-4320.

---

**From:** Townsend, Mark [mailto:MTowns@lsuhsc.edu]
**Sent:** Tuesday, May 27, 2008 3:43 PM
**To:** Alan Fuchsberg; rick@rickseymourlaw.net; Lawrence Wiedemann; Richard Weisler; Griffin, Phillip T.
**Cc:** Brian Gilbert (Office); Brian Gilbert (home); Karen Wiedemann; mhtowns@mac.com; Paul M. Balson; Tefft, Stan
**Subject:** RE: 1)child psych and 2) conference call

Alan,



1
PRIVILEGED AND CONFIDENTIAL    BargePSLCWeisSeym000375