**Richard T. Seymour**

| | |
|---|---|
| **From:** | Townsend, Mark [MTowns@lsuhsc.edu] |
| **Sent:** | Wednesday, May 21, 2008 12:20 PM |
| **To:** | Rick@RickSeymourLaw.net; Alan Fuchsberg; Lawrence Wiedemann; Richard Weisler |
| **Cc:** | Paul M. Balson; Brian Gilbert (Office); Brian Gilbert (home); Karen Wiedemann |
| **Subject:** | RE: Barge Cases Medical: Interview Space |

Rick et al.,

Dr. Barbee will be on the 3:30 call, at least briefly, so he can "speak for himself," but I know he'll have returned to the clinic Friday May 30. A benefit of saving some of the plaintiffs until then is that he could pair up with one of the neuropsychologists (since we only have
two) and we'd be able to replicate the interview conditions precisely.

We'd have back-to-back Saturday interviews, and would begin assembling the report immediately. Not ideal, but interviewing all 12 requires 36 hours of physician time any way we cut it, and with Jim Barbee you'd get another talented, highly qualified "local" who has extensive expert testimony experience. He also writes quickly, efficiently, and most importantly, very well.

I will also be in town May 31, so I could assist in "mop up" if there turns out to be more work that Jim could do in one day.

Thanks--just trying to make this work best for everyone, and I appreciate your bringing me into a brainstorming session, Mark

-----Original Message-----
From: Richard T. Seymour [mailto:Rick@RickSeymourLaw.net]
Sent: Wednesday, May 21, 2008 12:07 AM
To: Townsend, Mark; Richard T. Seymour; Alan Fuchsberg; Lawrence Wiedemann; Richard Weisler
Cc: Paul M. Balson; Brian Gilbert (Office); Brian Gilbert (home); Karen Wiedemann
Subject: Re: Barge Cases Medical: Interview Space


    Thanks for your message. I go by "Rick," by the way.

    This sounds fine.

    We had already had everyone set to come Saturday. Would it be another day? For all twelve on the same day or a smaller number on one day and others elsewhere. We need to tell the interviewees so they can see if they can adjust their schedules.

    Rick


Sent via BlackBerry from Cingular Wireless
Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129


EXHIBIT 7