Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

   The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (202) 862-4320.


-----Original Message-----
From: Townsend, Mark [mailto:MTowns@lsuhsc.edu]
Sent: Thursday, May 29, 2008 5:10 PM
To: Griffin, Phillip T.; Jill Hayes
Cc: Richard Weisler; rick@rickseymourlaw.net; Alan Fuchsberg; Brian Gilbert (Office); Lawrence Wiedemann
Subject: What if we prioritize the testing to suit your schedule?

Phil,
Jill I believe is in the air at the moment. We found that interviewing subjects during the weekend was the best way to go; we had the run of the clinic at 3450 Chestnut Street last weekend, and Rick will be back on Sunday as well.

It would be best if we could interview all four, but if you could interview Ms. R and Mr. W this weekend (in that order, if time is tight


EXHIBIT 8

and you could do only one of them), it would be wonderfully helpful.
A million thanks in advance,
Mark

-----Original Message-----
From: Griffin, Phillip T.
Sent: Thursday, May 29, 2008 2:43 PM
To: Townsend, Mark; 'Jill Hayes'
Cc: 'Richard Weisler'; 'rick@rickseymourlaw.net'; 'Alan Fuchsberg'; 'Brian Gilbert (Office)'; 'Lawrence Wiedemann'
Subject: RE: Psychological Testing

Mark,

Have heard nothing from anyone and am very willing to let Jill handle this if she is available. My schedule is such that I would have to take vacation time to do the assessments during the week.

-----Original Message-----
From: Townsend, Mark
Sent: Thursday, May 29, 2008 2:32 PM
To: 'Jill Hayes'; Griffin, Phillip T.
Cc: 'Richard Weisler'; 'rick@rickseymourlaw.net'; 'Alan Fuchsberg'; 'Brian Gilbert (Office)'; 'Lawrence Wiedemann'
Subject: Psychological Testing
Importance: High



Jill and Phil,
Hopefully you have received go-ahead to complete the psychological evaluation of the four remaining individuals. It is key to the expeditious completion of our work.

The two of you may have already spoken to establish your methodology. Jill's office number is 504-400-1919 and Phil can be reached at 504-451-4323.
Invoices for your services should be sent to Ms. Karen Wiedemann.

I have taken the liberty of attaching the names of the four remaining claimants.

Attorneys Brian Gilbert (here in NOLA) and Rick Seymour in DC will no doubt set up the interviews.

You see Mr. Seymour's numbers below, but please also do not hesitate to call me at 504-232-1023 for any issues related to your examinations.
Rick Weisler and I will be meeting this evening.
Thanks,
Mark

-----Original Message-----
From: Richard T. Seymour [mailto:rick@rickseymourlaw.net]
Sent: Friday, May 23, 2008 7:55 PM
To: Alan (office) Fuchsberg; Brian Gilbert; Brian Gilbert (home);
Lawrence Wiedemann; Townsend, Mark; Paul Balson; Richard Weisler
Cc: 'Karen Wiedemann'; 'Jullion R. Taylor'
Subject: Barge Cases: Interview Schedule and Contact Information, May 24
Importance: High


    Please see the attached. Please call the Edlers in earlier if anyone does not show up.

    Jullion and I are prepared to help with the schedule if adjustments
are needed. My cell number is below; Jullion's is 202-531-4039. We will
both be available Saturday.

    Karen, please note the corrected address for Mr. Webber, who needs
transportation.

    Thanks.

    Rick

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
   Voice:  202-862-4320
   Cell:    202-549-1454
   Facsimile:  800-805-1065
   e-mail:  rick@rickseymourlaw.net
   Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown
the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial
Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure
method of communication, (2) any e-mail that is sent to you or by you