## Andrew Wilson

**From:** RWeisler@aol.com
**Sent:** Wednesday, October 19, 2011 10:34 AM
**To:** Andrew Wilson
**Subject:** Brian and Mark's exchange where Brian asked everyone for a reduction and workout
**Attachments:** GILBER~1.DOC

Information pasted in attached Word Doc for printing

From: Law Office of Brian A. Gilbert
[mailto:bgilbert@briangilbertlaw.com]
Sent: Monday, October 13, 2008 3:45 PM
To: Townsend, Mark
Subject: RE: Where are we?

No misunderstanding.

From: Townsend, Mark [mailto:MTowns@lsuhsc.edu]
Sent: Monday, October 13, 2008 3:35 PM
To: Law Office of Brian A. Gilbert
Cc: LDWIEDEMAN@aol.com; rick@rickseymourlaw.net; Pistols42@aol.com; karenwiedemann@bellsouth.net; karlwied@bellsouth.net; RWeisler@aol.com; Osofsky, Howard; Osofsky, Joy; Griffin, Phillip T.; Tefft, Stan
Subject: RE: Where are we?

Brian,

Just so there's no misunderstanding-when I said "settle," I meant "bring this to a close." I didn't intend to imply that any of us had agreed to either receive or deliver payment for any work performed for the barge report other than the amount stated on the original invoices we sent the legal team.

But I can state with assurance that each of us wants to bring this to a close as soon as possible.

Many thanks,

Mark

---

From: Law Office of Brian A. Gilbert
[mailto:bgilbert@briangilbertlaw.com]
Sent: Monday, October 13, 2008 11:11 AM
To: Townsend, Mark
Cc: LDWIEDEMAN@aol.com; rick@rickseymourlaw.net; Pistols42@aol.com; karenwiedemann@bellsouth.net; karlwied@bellsouth.net
Subject: RE: Where are we?



1

I'd love any suggestions whereby we might settle it by the end of the
month!


From: Townsend, Mark [mailto:MTowns@lsuhsc.edu]
Sent: Monday, October 13, 2008 11:01 AM
To: Law Office of Brian A. Gilbert
Cc: LDWIEDEMAN@aol.com; rick@rickseymourlaw.net; Pistols42@aol.com; karenwiedemann@bellsouth.net; karlwied@bellsouth.net
Subject: RE: Where are we?


Thanks! It almost sounds facetious, but given the slow pace of things,
I'd really like to settle this by the end of the year. It'd be easier
with the Dean's office.

Mark


Mark H. Townsend, MD

Vice Chair for General Adult Psychiatry, LSUHSC NO

Hospital Center Director for Psychiatry, MCLNO

504-568-6009 (o) 504-568-6006 (f)


---

From: Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Monday, October 13, 2008 10:29 AM
To: Townsend, Mark
Cc: LDWIEDEMAN@aol.com; rick@rickseymourlaw.net; Pistols42@aol.com; karenwiedemann@bellsouth.net; karlwied@bellsouth.net
Subject: RE: Where are we?


I haven't heard from anyone either. I was expecting to hear from you or
Rick W. after our request that he approach the rest of your group with
our proposal for a reduction and workout. We are still unresolved our
former venture partners, and hope to get a commitment from them to
contribute to the outstanding expenses. Nonetheless, we hope to further
engage in negotiations with your group.


From: Townsend, Mark [mailto:MTowns@lsuhsc.edu]
Sent: Monday, October 13, 2008 10:02 AM
To: Law Office of Brian A. Gilbert
Subject: Where are we?

Brian, have negotiations stalled on the compensation issue? I haven't heard from anyone in a while. Weren't we working toward some resolution? Please let me know.

Mark


Mark H. Townsend, MD

Vice Chair for General Adult Psychiatry, LSUHSC NO

Hospital Center Director for Psychiatry, MCLNO

504-568-6009 (o) 504-568-6006 (f) 504-232-1023 (c)