UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION |
| PERTAINS TO: BARGE | *<br>*<br>* | NO. 05-4182<br>and consolidated cases |
| Weisler v. Seymour, et al.   09-2737 | *<br>*<br>*<br>*<br>* | SECTION "K" (2)<br><br>JUDGE<br>STANWOOD R. DUVAL, JR. |
| | *<br>* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION OF PLAINTIFF, DR. RICHARD H. WEISLER,
PURSUANT TO L.R. 56.2 TO DEFENDANTS' PURPORTED
STATEMENT OF UNCONTESTED FACTS UNDER L.R. 56.1
ASSOCIATED WITH THE GILBERT DEFENDANTS' MOTION FOR
<u>SUMMARY JUDGMENT [20502]</u>**

**NOW INTO COURT,** through undersigned counsel comes, Plaintiff, Dr. Richard H. Weisler, and for his response to the unidentified listing of facts which appears to be an attempt by Defendants, Brian A. Gilbert, P.L.C., and/or Brian A. Gilbert, individually, to provide a Statement pursuant to L.R. 56.1 of uncontested facts, Plaintiff responds as follows:

    1.    Denied as written.  Plaintiff agrees that he did enter into an oral

1

agreement with Allan Fuchsberg on behalf of a group of attorneys, whose specific identities were not provided at that time, but there was, indeed, a "meeting of the minds."

2. Denied. Defendant, Alan Mr. Fuschberg did inform the Gilbert Defendants of the terms and conditions of the contract with Dr. Weisler, as well as all of the other mental health care providers as is evidenced by the attached e-mail. [Exhibit No. 1]

3. Denied as written. All of the mental healthcare providers were told to send their invoices to the Barge PSLC. [Exhibit No. 2].

4. Denied as written. Defendant, Allan Fuschberg agreed on behalf of a group of attorneys to retain Dr. Weisler at the $600.00 per hour rate. He immediately confirmed his agreement with Dr. Weisler and Dr. Townsend with the other members of the Barge PSLC, including the Gilbert Defendants. [Exhibit No. 1]

5. Denied as written. No formal contract was ever signed between the "group of attorneys" and Dr. Weisler, but numerous e-mails were exchanged confirming the contract, which must be viewed collectively.

6. Denied as written. See attached Memorandum of Understanding. [Exhibit No. 3]

7.  Denied as this is a question of law and not fact inappropriate for consideration under Rule 56 of the Federal Rules of Civil Procedure.

8.  Denied.  Throughout the activities associated with the agreement between and among Mr. Fuschberg and the "group of attorneys" on whose behalf he acted, Defendant, Brian Gilbert, repeatedly used his individual, personal e-mail address of "fishkat@cox.net" and at no time expressed to Dr. Weisler that he was acting solely on behalf of his law firm and not in his individual capacity. [*See*, e.g. Exhibit No. 4]

9.  Denied.  This is a question of law inappropriate for consideration under Rule 56 of the Federal Rules of Civil Procedure.

10. Denied.  This is a question of law inappropriate for consideration under Rule 56 of the Federal Rules of Civil Procedure.

11. Denied.  This is a question of law in appropriate for consideration under Rule 56 of the Federal Rules of Civil Procedure.

12. Denied.  This is a question of law in appropriate for consideration under Rule 56 of the Federal Rules of Civil Procedure.

13. Denied.  This is a question of law in appropriate for consideration under Rule 56 of the Federal Rules of Civil Procedure.  To the extent Plaintiff must respond, however, Plaintiff submits that the actions of Defendant, Brian

Gilbert, may have modified his corporate limited liability status, which actions create additional contested issues of fact.

14. Admitted.

15. Denied as a conclusion of law inappropriate for consideration under Rule 56 of the Federal Rules of Civil Procedure.

                                            Respectfully submitted,

                                            ___/s/ Andrew C. Wilson_____
                                            Daniel J. Caruso (3941)
                                            Andrew C. Wilson (01162)
                                            Susan F. Clade (1033)
                                            Christopher B. Conley (31674)
                                            SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
                                            30th Floor - Energy Centre
                                            1100 Poydras Street
                                            New Orleans, Louisiana 70163
                                            Telephone (504) 569-2030
                                            Facsimile (504) 569-2999
                                            Attorneys for Plaintiff, Richard H. Weisler, M.D.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 25, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            ___/s/ Andrew C. Wilson_____

N:\DATA\N\50182001\Pleadings\Memo in Opposition to Gilbert MSJ.rtf