UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD H. WEISLER, M.D. | * | CIVIL ACTION NO.:  05-4182 (09-2737) |
| | * | |
| VS. | * | DIVISION "K" (2) |
| | * | |
| RICHARD T. SEYMOUR, ESQ., RICHARD | * | JUDGE |
| T. SEYMOUR, P.L.L.C., ALAN L. FUCHSBERG, | * | STANWOOD R. DUVAL, JR. |
| ESQ., THE JACOB D. FUCSHBERG LAW | * | |
| FIRM, BRIAN A. GILBERT, ESQ., LAW OFFICE | * | MAGISTRATE JUDGE |
| OF BRIAN A. GILBERT, P.L.C.,   WIEDEMANN | * | JOSEPH C. WILKINSON, JR. |
| & WIEDEMANN, P.L.C.,  LAWRENCE | * | |
| LAWRENCE WILSON, ESQ.,  AND WILSON, | * | |
| GROCHOW, DRUKER, & NOLET | * | |

**********************************************

<u>**AFFIDAVIT**</u>

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority,  personally came and appeared:

**DR. MARK H. TOWNSEND**

who, upon being first duly sworn, did depose and state that:

1. I am a person of the full age of majority, have practiced in the field of psychiatry

   for 19 years, and, am presently a Professor of Psychiatry at the LSU Health

   Services Center in New Orleans, Louisiana.

1



EXHIBIT

tabbies

2.      In mid-May, 2008,  I was contacted by New York attorney, Alan Fuchsberg, on

behalf of  "a small group of attorneys", who needed a comprehensive expert

report in the field of psychiatry on an immediate basis for use in connection with

those attorneys' efforts in formulating a subclass of "emotional injury" claimants,

who had suffered such injuries as a result of the flooding following Katrina,

which these attorneys sought to relate to a large ocean going-barge these attorneys

believed had broken through a levee in the Industrial Canal.

3.      After receiving an initial e-mail from Mr. Fuchsberg, I eventually participated in a

telephone conference call with Dr. Richard H. Weisler and Mr. Fuchsberg in

which Dr. Weisler and I entered into an agreement with Mr. Fuchsberg on behalf

of the "small group of attorneys" to perform the necessary services to generate

and defend the comprehensive expert report.

4.      After the conference call, Dr. Weisler and I received multiple e-mails from the

group of attorneys and also communicated by phone and by e-mail with

individual attorneys at all hours of the day and night, including a holiday,

Memorial Day, including, by Brian A. Gilbert who often used a fishkat@cox.net

address as well as his law firm address; Richard T. Seymour; Alan Fuchsberg; and

several members of the law firm of Wiedemann and Wiedemann.

2

5.      I performed services pursuant to this agreement  and the directions and
        instructions of these attorneys from mid-May until June 30, 2008, when my
        involvement ended.  In contrast, Dr. Weisler, who actually prepared multiple
        drafts as well as the final draft of the expert and performed and/or supervised all
        necessary research and writing associated with that report and continued to
        perform services under the same agreement.  Consequently, although we were
        paid at the same rate, because of the greater scope of Dr. Weisler's involvement
        which included project management, extreme reading and research, as well as
        travel time to and from New Orleans, the charges for my services were
        substantially less than Dr. Weisler's charges.

6.      In addition, during the preparation of this report, we were requested by some of
        the members of the "group of attorneys" to attach extensive reference materials to
        the report to support its validity but because of the limited time we were given to
        interview the representative Plaintiffs and prepare the report, it was not possible
        for either Dr. Weisler or I to read all of these materials before the report was
        provided on June 30, 2008, and the attachments were provided on July 1, 2008.

7.      These reference medicals which include thousands of pages are identified in the
        attached list. (Exhibit "A").

8.      In Mid-June, 2008, Dr. Weisler and I, as well as other professionals involved in

this project received instructions to direct all invoices to a "Barge PLSC" for

payment, and not to any particular law firm.

9.      The "Barge PLSC" eventually paid my two invoices in full by March 3, 2009,

which invoices are attached as Exhibits "B" and "C".

10.     Out of many of the mental health providers involved in this project, Dr. Weisler

was chosen by the group of attorneys to defend the report in a deposition.

11.     In order to properly prepare for the deposition to defend the report, Dr. Weisler

had to indemnify new articles and/or read all of the articles attached to the report,

as I would have done if I were chosen as the testifying expert witness.

12.     Additionally,  Dr. Weisler was also required to read and review for quality control

all of the medical and psychological testing performed by all of the mental

healthcare providers associated with the project, including materials associated

with evaluations provided after the report.

13.     Examples of e-mails reflecting his efforts which I exchanged with Dr. Weisler in

August 1, 2008 are attached as Exhibit "D".

DR. MARK H. TOWNSEND

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
THIS 25th DAY OF OCTOBER, 2011.

NOTARY PUBLIC
Print Name: ANDREW C NILSEN
My Commission Expires on: 4/14
Bar No./Identification No.: 0162

N:\DATA\N\50182001\Pleadings\Townsend Affidavit (2).doc

5

# Weisler Expert Witness Barge Case Reading List

This list includes most of the identified articles, books, and materials that I reviewed either in full or in part secondary to Barge PLSC Attorney instructed "examination and discussion of peer-review articles and peer accepted methodologies" of the entire area of Disaster Mental Health that also incorporated both medical and psychiatric complications from disasters or traumas.  Unlike in individual legal cases, where issues are much more narrowly focused, many additional materials recommended by other experts that I spoke to or consulted with or that I felt were necessary were also reviewed for the report, attachments, and/or to gaining a clearer undertanding of the problems facing the Barge PLSC estimated "5,000 (more or less?)" potential emotional distress subclass claimants.  Since potential claimants ranged in age from the very young to very old my review had to include literature related to children and geriatric populations as well. Materials related to potential claimants past and current mental health screening, diagnostic, and treatment needs were also reviewed. The literature review below was done only in response to Barge PLSC attorney instructions on behalf of the entire class after being told that I, the attorneys, and the potential members of the emotional distress subclass, would only have one opportunity for me to inform the Judge, be approved as an expert, and then testify if the subclass was to ever be approved.

| Title | Author | Date Published | Type | Pages |
|---|---|---|---|---|
| Symptoms of Posttraumatic Stress in Children after Hurricane Andres:  A Prospective Study. | A. LaGreca | 1996 | Article | 11 |
| Interventions for post-traumatic stress disorder in children and adolescents | Alan Carr | Apr-04 | Article | 14 |
| The University of California at Los Angeles Post-Traumatic Stress Disorder Reaction Index | Alan M Steinberg | 2004 | Article | 5 |



EXHIBIT
_____
ʻpbblesʼ

| Title | Author | Date | Type | Count |
|---|---|---|---|---|
| Posttraumatic Stress Disorder: A Model of the Longitudinal Course and the Role of Risk Factors | Alexander C. McFarlane | 2000 | Article | 6 |
| Resilience in Katrina's Children | Allan Chrisman | | Article | 4 |
| Suggestion of a New Diagnostic Category: Posttraumatic Embitterment Disorder | Alper Hasanoglu | 2008 | Article | 7 |
| Psychological factors after traumatic amputation in landmine survivors: the bridge between physical healing and full recovery | Angela D. Ferguson | 2004 | Article | 8 |
| Ordinary Magic: Resilience Processes in Development | Ann S. Masten | 2001 | Article | 13 |
| Barge a contentious symbol of Hurricane Katrina | Anne Rochell | Feb-06 | Article | 2 |
| The Correspondence between persistent self-reported post-traumatic problems and general practitioners' reports after a major disaster | Annelieke Drogendijk | Oct-06 | Article | 10 |
| Symptoms of Posttraumatic Stress in Children After Hurricane Andrew: A Prospective Study | Annette La Greca | 1996 | Article | 12 |
| KidsCount | Annie Casey Foundation | Jul-06 | Article | |
| Risk Charts Show Smokers Should Be Aware | AP | Jun-08 | Article | 2 |
| APA Practice Guidelines for PTSD | APA | | Article | 95 |

2

| Title | Author/Source | Date | Type | No. |
|---|---|---|---|---|
| APA Practice Guidelines for MDD | APA | | Article | 77 |
| APA Practice Guidelines for Bipolar Disorder | APA | | Article | 81 |
| APA Practice Guidelines for Assessment and Treatment of Patients with Suicidal Behaviors | APA | | Article | 182 |
| APA Practice Guidelines for Substance Use Disorder | APA | | Article | 457 |
| Posttraumatic Stress Disorder as a Result of Mass Trauma. | Arieh Y. Shalev | 2004 | Article | 7 |
| Violent Attacks by Patients: Prevention and Self-Protection | Arline Kaplan | Jun-08 | Article | 2 |
| A Prospective Study of Posttraumatic Stress and Depressive Reactions Among Treated and Untreated Adolescents 5 Years After a Catastrophic Disaster | Armen K Goenjian | 2005 | Article | 7 |
| Adverse childhood experiences and suicidal behavior | Beth S. Brodsky | 2008 | Article | 13 |
| Posttraumatic Stress Disorder in Children: A Review of the Past 10 Years | Betty Pfefferbaum | Nov-97 | Article | 15 |
| Emotional and Behavioral Consequences of Bioterrorism: Planning a Public Health Response | Bradley D. Stein | 2004 | Article | 43 |
| 2006 murder rate tops in the nation | Brendan McCarthy | Jun-07 | Article | 15 |

3

| | | | | |
|---|---|---|---|---|
| Mental health Courts Show Promise | Bridget M. Kuehn | Apr-07 | Article | 3 |
| Instructions for Use: Pediatric Symptom Checklist | Bright Futures | | Article | 3 |
| Results support early screening of all trauma patients | Bruce Jancin | | Article | 2 |
| Remembering Katrina | Bruce Nolan | 2006 | Article | 2 |
| Psychosocial Resource Loss as a Mediator of the Effects of Flood Exposure on Psychological Distress and Physical Symptoms | Bruce Smith | 2000 | Article | 9 |
| A Prospective Study of Coping after Exposure to a Mass Murder Episode. | C. North | 2001 | Article | 6 |
| Judge Rules Army Corps of Engineers can be sued over Katrina Flooding | Cain Burdeau | May-06 | Article | 3 |
| Risk factors of Juvenile Justice System Referral Among children in a Public Mental Health System | Carina C. Evens | Oct-97 | Article | 13 |
| Psychological and Psychopathological Consequences of Disasters | Carol S Fullerton | 2005 | Article | 24 |
| The Course of PTSD, Major Depression, Substance Abuse, and Somatization After a Natural Disaster | Carol S North | Jun-05 | Article | 7 |
| The President's New Freedom Commission: Capitalizing On Opportunities to Advance School-Based Health Services | Carrie Mills | 2006 | Article | 13 |

4

| | | | | |
|---|---|---|---|---|
| The President's New Freedom Commission: Capitalizing on Opportunities to Advance School-Based Mental Health Services | Carrie Mills | Nov-06 | Article | 13 |
| The storm lingers on: Katrina's Psychological Toll | Cathy Booth | Aug-06 | Article | 3 |
| Neurobiological Consequences of Childhood Trauma. | Charles B. Nemeroff | 2004 | Article | 11 |
| Social Cognitive Theory of Posttraumatic Recovery: The Role of Perceived Self-Efficacy | Charles C Benight | 2004 | Article | 20 |
| Multisystemic Treatment of Criminality and Violence in Adolescents | Charles M. Borduin | Mar-99 | Article | 8 |
| Risk Factors for Depression After a Disaster | Cheryl Person | Sep-06 | Article | 8 |
| Children's Mental Health After Disasters: The Impact of the World Trade Center Attack | Christina W Hoven | 2003 | Article | 7 |
| Psychiatric Sequelae of Disasters | Christopher R. Thomas | Oct-06 | Article | 6 |
| Psychosocial Intervention for Postdisaster Trauma Symptoms in Elementary School Children | Claude Chemtob | 2002 | Article | 6 |
| Treatment of Posttraumatic Stress Disorder: An Assessment of the Evidence | Committee on Treatment of PTSD | Jun-05 | Article | 29 |
| Post-Traumatic Stress Disorder in Children and Adolescents | Craig Donnelly | 2002 | Article | 12 |

| Title | Author | Date | Type | Number |
|---|---|---|---|---|
| Nine Months After Hurricane, and Still Living in 240 Squre Feet | Dan Barry | Jun-06 | Article | 2 |
| Toxic and Contaminant Concerns Generated by Hurricane Katrina | Danny D. Reible | Jun-06 | Article | 2 |
| Developmental Perspectives on Trauma: Theory, Research and Intervention | Dante Cicchetti | 2002 | Article | |
| Prevalence and Predictors of Mental Health distress Post-Katrina: Findings From the Gulf Coast Child and Family Health Study | David Abramson | May-08 | Article | 10 |
| Structural and Functional Brain Changes in Posttraumatic Stress Disorder. | David J. Nutt | 2004 | Article | 7 |
| First Responders: Mental Health Consequences of natural and human-made disasters for public health and public safety workers | David M. Benedek | 2007 | Article | 18 |
| Evidence-based guidelines for the pharmacological treatment of anxiety disorders : recommendations from the British Association for Psychopharmacology | David S. Baldwin | 2005 | Article | 30 |
| The NIMH Diagnostic Interview Schedule for Children 2.3 | David Schaffer | Jun-05 | Article | 13 |
| Management of Trauma in Special Populations After a Disaster | Daya J. Somasundaram | 2006 | Article | 10 |
| Nursing Care of children after a traumatic incident | Deanna Mulvihill | Jan-07 | Article | 14 |
| Guidelines for the Pharmacologic Treatment of Neurobehavioral Sequelae of Traumatic Brain Injury | Deborah L. Warden | 2006 | Article | 33 |

6

| Title | Author | Date | Type | Number |
|---|---|---|---|---|
| Executive Summary: Youth Violence: A Report of the Surgeon General | Delbert Elliot | | Article | 15 |
| Effectiveness and medical costs of divalproex versus lithium in the treatment of bipolar disorder: Results of a naturalistic clinical trial | Dennis A. Revicki | Mar-05 | Article | 24 |
| Antidepressive Treatment as a modulator of inflammatory process in patients with heart failure: Effects on proinflammatory cytokines and acute phase protein levels | Dimitris Tousoulis | Feb-08 | Article | 6 |
| Psychosocial Determinants of Relocation in Survivors of the 1999 Earthquake in Turkey | Ebru Salcioglu | Jan-08 | Article | 7 |
| Psychosocial Therapy for Posttraumatic Stress Disorder. | Edna B. Foa | 2006 | Article | 6 |
| Symptomatology and Psychopathology of Mental Health Problems After Disaster | Edna B. Foa | 2006 | Article | 11 |
| Complicated grief affects the brain differently | Elena Conis | Jul-08 | Article | 1 |
| Association of FKBP5 Polymorphisms and Childhood Abuse With Risk of Posttraumatic Stress Disorder Symptoms in Adults | Elisabeth B. Binder | Mar-08 | Article | 15 |
| Prevalence of psychiatric disorders three years after the 1999 earthquake in turkey: marmara earthquake survey (MES) | Emin Onder | 2006 | Article | 7 |
| Study Finds Huge Fraud in the Wake of Hurricanes | Eric Lipton | Jun-06 | Article | 1 |
| Hurricane Katrina "The One We Feared" | Express Publishing Company | | Article | 60 |

7

| Title | Author | Date | Type | Count |
|---|---|---|---|---|
| Disaster Research Methods: Past Progress and Future Directions | Fran H. Norris | Apr-06 | Article | 12 |
| 60,000 Disaster Victims Speak: Part II. Summary and Implications of the disaster Mental Health research | Fran H. Norris | Oct-02 | Article | 21 |
| Range, Magnitude and Duration of the Effects of Disasters on Mental Health: Review Update 2005 | Fran Norris | Mar-05 | Article | |
| Postdisaster PTSD Over Four Waves of a Panel Study of Mexico's 1999 Flood | Fran Norris | Jun-05 | Article | 10 |
| Psychosocial Consequences of Disasters | Fran Norris | Jun-05 | Article | 9 |
| Why Current Medical Management Is Failing Victims of Hurricane Katrina: A Review of Past Successes and Failures in Postdisaster Psychosocial Treatment | Franklin King IV | Oct-07 | Article | 8 |
| Prospective Study to evaluate the efficacy of aripiprazole as a monotherapy in patients with severe chronic posttraumatic stress disorder: an open trial | G Villarreal | 2007 | Article | 1 |
| Post Disaster Stress Following the Oklahoma city Bombing in Survivors. | G. Sprang | 1999 | Article | 14 |
| A Study of Posttraumatic disorders in Children who Experienced an Industrial Disaster in the Briey Region. | G. Vila | 2001 | Article | 8 |
| PTSD Increases Hospitalizations in Primary Care | Gina L. Henderson | Jun-08 | Article | 1 |

| Title | Author | Date | Type | |
|---|---|---|---|---|
| Tsunami: Understanding Mental Health Consequences and the Unprecedented Response | Hamid Ghodse | Jun-06 | Article | 9 |
| Estimated 500,000 Need Mental Help a Year After Katrina | HealthDay News | Aug-06 | Article | 2 |
| Prazosin for treatment of nightmares related to posttraumatic stress disorder | Heather R. Taylor | Apr-08 | Article | 7 |
| Pharmacological management of the psychiatric aspects of traumatic brain injury | Hochang B. Lee | Nov-03 | Article | 11 |
| Viewpoint: Two Years After Katrina, Mental Health Issues Abound | Howard J Osofsky | Aug-07 | Article | |
| Introduction: Update on Posttraumatic Stress Disorder | James C. Ballenger | 2004 | Article | 1 |
| Consensus Statement Update on Posttraumatic Stress Disorder from the international consensus group on depression and anxiety | James C. Ballenger | 2004 | Article | 8 |
| Exploring the Correlates of Suicide Attempts Among Individuals with Major Depressive Disorder: Findings from the national epidemiologic survey on alcohol and related conditions | James M. Bolton | May-08 | Article | 11 |
| Crisis Interventions with Survivors of Natural Disaster: Lessons from Hurricane Andrew | Janine Shelby | Jun-05 | Article | 7 |
| Federal Health Policy Response to Hurricane Katrina | Jeanne M. Lambrew | Sep-06 | Article | 6 |
| Posttraumatic Stress Disorder in rural primary care: improving care for mental health following bioterrorism | Jennie C. Tsao | 2006 | Article | 5 |

| Title | Author | Date | Type | Number |
|---|---|---|---|---|
| Health and the Environment after Hurricane Katrina | Jennifer Wilson | Jan-06 | Article | 4 |
| Separation: Anxiety and Anger | John Bowlby | 1973 | Article | |
| Prevalence, Characteristics, and Long-Term Sequelae of Natural Disaster Exposure in the General Population | John Briere | 2000 | Article | 19 |
| Student Displacement in Lousisana After the Hurricanes of 2005: Experiences of Public Schools and Their Students | John F Pane | 2006 | Article | |
| Stressful Life events in older bipolar patients | John L Beyer | Jul-08 | Article | 4 |
| Post-Katrina Mental health grim, psychiatrists say | John Pope | Aug-06 | Article | 2 |
| Disaster Related Physical and Mental health: A role for the family Physician | John R. Freedy | Mar-07 | Article | 6 |
| Army Corps Responds as Water Tops Levees | John Schwartz | Sep-08 | Article | 2 |
| Children, Adolescents and Trauma | Jon A. Shaw | 2000 | Article | 17 |
| The Extent and Impact of Mental Health Problems After Disaster | Jonathan Davidson | 2006 | Article | 6 |
| Maintenance Therapy With Fluoxetine in Posttraumatic Stress Disorder | Jonathan Davidson | Apr-05 | Article | 4 |

| Title | Author | Date | Type | Number |
|---|---|---|---|---|
| Long-Term Treatment and Prevention of Posttraumatic Stress Disorder. | Jonathan R. T. Davidson | 2004 | Article | 5 |
| Foreword. After the Tsunami:  Mental Health Challenges to the Community for Today and Tomorrow. | Jonathan R. T. Davidson | 2006 | Article | 6 |
| The Long Road Home: Rebuilding Public Impatient Psychiatric Services in Post-Katrina New Orleans | Jose Calderon-Abbo | 2008 | Article | 6 |
| Children in a Violent Society | Joy D Osofsky | Jun-05 | Article | |
| The Impact of Violence on Children | Joy D Osofsky | Jun-05 | Article | 17 |
| Young Children and Trauma: Interventions and Treatment | Joy D Osofsky | Jun-05 | Article | |
| Katrina's Children: Social Policy Considerations for children in Disasters | Joy D. Osofsky | 2007 | Article | 20 |
| The aftermath of hurricane katrina: Mental health considerations and lessons learned | Joy D. Osofsky | Jan-08 | Article | 30 |
| Pharmacologic treatment of acute and chronic stress following trauma: 2006 | JR Davidson | Jun-05 | Article | 1 |
| Lessons in Posttraumatic Stress Disorder From the past: Venezuela Floods and Nairobi Bombing | Juan Carlos Otero | 2006 | Article | 8 |
| For Many of Katrina's young victims, the scars are more than skin deep | Julia Cass | Jun-06 | Article | 3 |

| Title | Author | Date | Type | Count |
|---|---|---|---|---|
| Part 1: Children's Psychological Responses to Disasters | Juliet Vogel | Jun-05 | Article | 21 |
| Smoking and mental illness: A population based prevalence study | K. Lasser | Nov-00 | Article | 2 |
| Giving Voice to the People of New Orleans, The Kaiser Post-Katrina Baseline Survey | Kaiser Family Foundation | 2007 | Article | |
| Kaiser Foundation Post-Katrina Baseline Survey | Kaiser Family Foundation | Jan-08 | Article | |
| Fostering foster care outcomes | Karl Menninger | Jun-08 | Article | 2 |
| "Review of Treatment Recommendations for Persons with a Co-occurring Affective and Anxiety and Substance Use Disorder | Katherine Watkins | Aug-05 | Article | 14 |
| US Army Corp of Engineers Maps Katrina Levee Repairs | Kathryn Cramer | Sep-05 | Article | 9 |
| Assessment of Resilience in the Aftermath of Trauma. | Kathryn M. Connor | 2006 | Article | 4 |
| Practical Assessment and Evaluation of Mental Health Problems After Disaster. | Kathryn M. Connor | 2006 | Article | 8 |
| Mirtazepine vs. Placebo in Posttraumatic Stress Disorder: A Pilot Trial | Kathy M. Connor | 2003 | Article | 4 |
| Internet-Based Intervention for Mental Health and substance use problems in disaster-affected populations: a pilot feasibility study | Kenneth J. Ruggiero | 2006 | Article | 16 |

| Title | Author | Date | Type | Number |
|---|---|---|---|---|
| Excess Mortality in the aftermatth of Hurricane Katrina: A Preliminary Report | Kevin U. Stephens | May-07 | Article | 7 |
| Outpatient Mental Health Services for Children in Foster Care | Laurel K Leslie | 2004 | Article | 16 |
| Depressed Patients With Co-Occurring Alcohol Use Disorder: A Unique Patient Population | Leo Sher | Apr-08 | Article | 9 |
| In Mississippi, Poor Lag in Hurricane Aid | Leslie Eaton | Nov-07 | Article | 4 |
| Mental health disorders linked to substantial societal-level loss of earnings | Liam Davenport | Jun-08 | Article | 1 |
| Posttraumatic Stress Disorder in Children and Adolescents: A Review and Analysis | Lori Davis | 2000 | Article | 20 |
| Maintenance treatment of major depressive disorder and treatment of chronic depressive disorders and subthreshold depressions | M Bauer | | Article | 1 |
| World Federation of Societies of Biological Psychiatry (WFSBP) Guidelines for Biological treatment of Unipolar depressive disorders, Part 2: Maintenance treatment of major depressive disorder and treatment of major depressive disorder and treatment of chronic depressive disorders and subthreshold depressions. | M Bauer | Jul-03 | Article | 2 |
| Post Disaster Psychiatry: Lessons from Katrina | M Townsend | Jan-07 | Article | 13 |
| Reconsideration of Harm's Way:  Onsets and Comorbidity Patterns of Disorders in Preschool Children and their Caregivers Following Hurricane Katrina. | M.S. Scheeringa | Jul-08 | Article | 10 |

| Title | Author | Date | Type | Number |
|---|---|---|---|---|
| Violence and mental illness | Marie E. Rueve | May-08 | Article | 25 |
| Trauma and Stress: Diagnosis and Treatment | Mark H. Pollack | Nov-01 | Article | 8 |
| Those with serious mental illness suffer from lack of integrated care | Mark Moran | 2007 | Article | 3 |
| Murder Rates in New Orleans, LA, 2004-2006 | Mark Vanlandingham | Jul-07 | Article | 2 |
| Coping with Terrorism: Age and Gender Differences in Effortful and Involuntary Responses to September 11th | Martha Wadsworth | Jun-05 | Article | 15 |
| Disasters and Psychosocial Rehabilitation | Martin Gittelman | 2003 | Article | 19 |
| National Child Traumatic Stress Network and National Center for PTSD; Psychological First Aid: Field Operations Guide | Melissa Brymer | Jul-06 | Article | |
| Consensus recommendations for improving adherence, self-management, and outcomes in patients with depression | MH Trivedi | 2008 | Article | 1 |
| Childhood Post-Traumatic Stress Disorder: An Overview | Michael DeBellis | 2005 | Article | 28 |
| Emotional Triggers of Acute Coronary Syndromes: Strength of Evidence, Biological Processes, and Clinical Implications | Mimi. R. Bhattacharyya | Apr-07 | Article | 13 |

| Title | Author | Date | Type | Count |
|---|---|---|---|---|
| First Responders Culture: Implications for Mental health Professionals Providing Services Following a Natural Disaster | Mindy Kronenberg | Feb-08 | Article | 2 |
| Tracing the Effects of Hurricane Katrina on the Population of New Orleans: the Displaced New Orleans Residents Pilot Study | Narayan Sastry | May-08 | Article | 28 |
| Tracing the Effects of Hurricane Katrina on the Population of New Orleans: the Displaced New Orleans Residents Pilot Study | Narayan Sastry | Jun-08 | Article | 28 |
| Israeli Preschool Children Under Scuds: A 30-Month Follow-Up | Nathaniel Laor | 1997 | Article | 8 |
| Hurricane Assessment and Referral Tool for Children and Adolescents | National Child Traumatic Stress Network | 2005 | Article | |
| A real Illness: Posttraumatic Stress disorder | NIMH | 2005 | Article | 10 |
| Natural Course of Posttraumatic Stress Disorder: A 20-month Prospective Study of Turkish Earthquake Survivors | Oguz Karamustafalioglu | Jun-06 | Article | 8 |
| Childhood Adversity and combat as Predictors of Depression and Post-Traumatic Stress in Deployed Troops | Oscar A. Cabrera | Aug-07 | Article | 6 |
| New Orleans Feels Pain of mental health crisis | P. Eisler | Jan-07 | Article | 4 |
| Exposure to War Trauma, War-Related PTSD and Psychological Impact of Subsequent Hurricane | Patricia Sutker | 2002 | Article | 13 |
| Prevalence and consequences of the dual diagnosis of substance abuse and severe mental illness | Peter F. Buckley | 2006 | Article | 5 |

15