| Title | Author | Date | Type | Pages |
|---|---|---|---|---|
| Using genetic variations to predict posttraumatic stress disorder symptoms | Peter M. Crosta | Mar-08 | Article | 2 |
| Diverting Children From a Life of Crime | Peter W. Greenwood | Jun-05 | Article | 7 |
| Anxiety and depression as risk factors for mortality after coronary artery bypass surgery | Phillip J. Tully | Sep-07 | Article | 6 |
| Short Screening Scales to Monitor Population prevalences and trends in non-specific psychological distress | R. C. Kessler | 2002 | Article | 18 |
| Post-Katrina Mental Health Needs Prompt Group to Compile Disaster Medicine Guide | R. Voelker | Jan-06 | Article | 6 |
| Posttraumatic Stress Disorder in the National Comorbidity Study. | R.C. Kessler | 1995 | Article | 12 |
| Posttraumatic Stress Reactions in Children after the 1988 Armenian Earthquake. | R.S. Pynoos | 1993 | Article | 8 |
| Children's Mental Health: Factors for Policy Makers | Rachel Masi | 2006 | Article | 8 |
| Risk and Resilience in Posttraumatic Stress Disorder. | Rachel Yehuda | 2004 | Article | 5 |
| Science for the Community: Assessing Mental Health After 9/11 | Randall D. Marshall | 2004 | Article | 2 |
| Post-Katrina Mental Health Needs Prompt Group to Compile Disaster Medicine Guide | Rebecca Voelker | Jun-05 | Article | |

| Title | Author | Date | Type | Count |
|---|---|---|---|---|
| Post Katrina Mental health Needs Prompt Group to Compile Disaster Medicine Guide | Rebecca Voelker | Jan-06 | Article | 4 |
| In Post-Katrina New Orleans, Efforts Under Way to Build Better Health Care | Rebecca Voelker | Sep-06 | Article | 2 |
| Cultural Sensitivity: Making Trauma Asessment and Treatment Plans Culturally Relevant. | Richard A. Bryant | 2006 | Article | 6 |
| Recovery After the Tsunami: Timeline for Rehabilitation. | Richard A. Bryant | 2006 | Article | 6 |
| Did the Prevalence of PTSD Following Hurricane katrina Match a Rapid needs assessment prediction? | Richard Dalton | Feb-08 | Article | 8 |
| Mental Health and recovery in the gulf coast after hurricanes Katrina and Rita | Richard H. Weisler | Aug-06 | Article | 7 |
| The Crisis Continues | Richard H. Weisler | 2006 | Article | 4 |
| Natural and Unnatural Trigger of Myocardial Infarction | Robert A. Kloner | Feb-06 | Article | 9 |
| The Impact of Disasters and Their Aftermath on Mental health | Robert J Ursano | Jan-06 | Article | 8 |
| Practice Guideline for the treatment of patients with acute stress disorder and posttraumatic stress disorder | Robert J Ursano | Nov-04 | Article | 31 |
| Individual and community responses to disasters | Robert J Ursano | | Article | 7 |

| Title | Author | Date | Type | # |
|---|---|---|---|---|
| Community Structure and Crime: testing social-disorganization theory | Robert J. Sampson | Jan-89 | Article | 29 |
| Traumatic Stress and Developmentsal Psychopathology in Children and Adolescents | Robert Pynoos | Jun-05 | Article | 34 |
| Traumatic Stress in Childhood and Adolescence: Recent Developments and Current Controversies | Robert Pynoos | Jun-05 | Article | 28 |
| A Developmental Psychopathology Model of Childhood Traumatic Stress and Intersections with Anxiety Disorders | Robert Pynoos | Jun-05 | Article | 13 |
| Risk and Protective Factors for Psychopathology Among Older versus Younger Adults after the 2004 Florida Hurricanes | Ron Acierno | Dec-06 | Article | 9 |
| Posttraumatic Stress Disorder: The Burden to the Individual and to Society | Ronald C. Kessler | 2000 | Article | 9 |
| Individual and societal effects of mental disorders on earnings in the united states: Results from the National comorbidity Survey Replication | Ronald C. Kessler | Jun-08 | Article | 7 |
| Mental Illness and Suicidality After Katrina | Ronald Kessler | 2006 | Article | 10 |
| Suicide Risk and Treatments for Patients with Bipolar Disorder | Ross J. Baldessarini | Sep-03 | Article | 4 |
| Helping Children Cope with Public Disasters | Ruth Davidhizar | Mar-02 | Article | 8 |
| Health Status Among Internally Displaced Persons in Louisiana and Mississippi Travel Trailer Parks | Ryan Larrance | May-07 | Article | 12 |

18

| Title | Author | Date | Type | Count |
|---|---|---|---|---|
| The Traumatic Impact of Hurricane Katrina on Children in New Orleans. | S.S. Drury | Jul-08 | Article | 17 |
| World Federation of Societies of Biological Psychiatry (WFSBP) Guidelines for Biological treatment of Personality Disorders | Sabine C. Herpertz | 2007 | Article | 33 |
| Exposure to Hurricane Related Stressors and Mental Illness After Hurricane Katrina | Sandro Galea | 2005 | Article | 8 |
| Who Are America's Poor Children?: The Official Story | Sarah Fass | 2007 | Article | |
| The Flooding of Hat Yai: Predictors of Adverse Emotional Responses to a Natural Disaster | Sawitri Assanangkornchai | 2004 | Article | 9 |
| Comparative study of psychiatric morbidity among the displaced and non-displaced populations in the Andaman and Nicobar Islands following the tsunami | SB Math | 2006 | Article | 2 |
| Out of FEMA Park, Clinging to a Fraying Lifeline | Shaila Dewan | Aug-08 | Article | 4 |
| Hurricane Katrina: A physician's Whirlwind Course in Disaster Psychiatry | Shane Stephen Spicer | Nov-05 | Article | 2 |
| Childhood Abuse, Household Dysfunction, and the risk of Attempted Suicide Throughout the Life Span | Shanta R. Dube | Dec-01 | Article | 8 |
| The Endless Storm | Shaw McCutcheon | Aug-06 | Article | 5 |
| Rebuilding a Gulf Coast Health Care System | Susan J. Landers | Dec-07 | Article | 1 |

| Title | Author | Date | Type | Pages |
|---|---|---|---|---|
| A legacy of the Storm: Depression and Suicide | Susan Saulny | Jun-06 | Article | 3 |
| The Performance of the K6 and K10 screening scales for psychological distress in the Australian National Survey of Mental Health and well-being | TA Furukawa | 2003 | Article | 6 |
| Incarceration of Youth Who are Waiting for Community Mental health Services in the United States | US House of Representatives | Jul-04 | Article | 18 |
| Psychological Trauma, Physical Health and Somatisation | V Ng | 2000 | Article | 1 |
| Psychological Assessment of children in disasters and emergencies | Victor Balaban | 2006 | Article | 21 |
| Treatment and prevention of mental disorders in low-income and middle-income countries | Vikram Patel | Sep-07 | Article | 15 |
| Effects of hurricane katrina in New Orleans | Wikipedia | | Article | 18 |
| Health Care State Rankings 2008: Health Care Across America | www.cqpress.com | Mar-08 | Article | |
| Louisiana Department of Education | www.doe.state.la.us/lde/index.html | Jul-06 | Article | |
| Posttraumatic Stress Disorder in Primary Care: A Hidden Diagnosis. | Yves Lecrubier | 2004 | Article | 6 |
| PTSD High Among Witnesses to 9/11 | | Jun-08 | Article | 1 |

20

| Title | Author | Date | Type | Pages |
|---|---|---|---|---|
| Differences in incidence of suicide attempts during phases of bipolar I and II disorder | | | Article | 1 |
| Australian Guidelines for the Treatment of Adults with Acute Stress Disorder and Posttraumatic Stress Disorder | ACPMH | 2007 | Book | 202 |
| Post-Traumatic Stress Disorder Diagnosis, Management and Treatment | David Nutt | 2000 | Book | 256 |
| Training Manual for mental health and human service workers in major disasters | Deborah J. DeWolfe | 2000 | Book | 142 |
| Breach of Faith | Jed Horne | 2006 | Book | 15 |
| Post-Traumatic and Acute Stress Disorders | Matthew Friedman | 2006 | Book | 109 |
| What Community Members Can Do | National Institute of MH | Aug-07 | Book | 17 |
| Clinician's Manual on Posttraumatic Stress Disorder | R Yehuda | 2000 | Book | 61 |
| National Strategy for Suicide Prevention: Goals and Objectives for Action | US Dept HHS | 2001 | Book | 17 |
| Post-traumatic stress disorder, a real illness | NIMH | | | 4 |
| Sheehan Disability Scale Overview | David Sheehan | | | 68 |

21

| | |
|---|---|
| PTSD DSM IV Criteria used by health professionals to diagnose PTSD | 7 |
| DSM IV TR Diagnostic Criteria used by health professionals to diagnose major depressive episodes | 9 |
| DSM IV TR Diagnostic Criteria used by health professionals to diagnose bipolar disorder | 13 |
| DSM IV TR Diagnostic Criteria used by health professionals to diagnose substance-related disorders | 17 |
| American Psychiatric Association (APA) Guidelines (Executive Summaries) for PTSD, MDD, Bipolar Disorder, Asessment and Treatment of Patients with Suicidal Behaviors, Substance Use Disorder | 36 |
| Total | **3769** |

22

23

## Other Documents

| Activity | Date | (Already incorporated in main invoice) |
|---|---|---|
| Barge Case Psychiatric assessment first draft for diagnostic methodology | 5/23/2008 | |
| Barge case draft paper | 5/29/2008 | |
| Barge Case Psychiatric assessment first draft for diagnostic methodology | 5/30/2008 | |
| Barge Case Court Doc | 6/4/2008 | |
| Barge Case draft court doc | 6/8/2008 | |
| Barge case draft court doc | 6/11/2008 | |
| Barge case draft court doc | 6/13/2008 | |

24

| Description | Date |
|---|---|
| Barge case draft court doc | 6/14/2008 |
| Barge case draft court doc | 6/16/2008 |
| Census map_STB (Census Tract Data St. Bernard) | 6/19/2008 |
| 2000 Census Tract Map Series for New Orleans Metropolitan area | 6/19/2008 |
| Orleans parish census tract data | 6/19/2008 |
| Barge case draft introduction and opinions | 6/22/2008 |
| Flooding videos, flooding clips from leechvideo | 6/22/2008 |
| Barge Claimants Narrative of evaluations | 6/26/2008 |
| Barge Claimants Narrative of evaluations | 6/27/2008 |
| Barge Claimants Narrative of evaluations | 6/28/2008 |
| ING 4727 Encyclopedia Information | 7/27/2008 |

25

Barge Census 2000 FactFinder analysis of Lower Ninth and part of St Bernard    8/11/2008

Barge Census map_stb    8/12/2008

Barge St. Bernard Parish Factfinder.census data 2000    8/12/2008

Barge PSLC

821 Baronne Street

New Orleans, LA 70113

To Whom It May Concern:

This in an invoice for professional services for Mark H. Townsend, MD, a full-time LSUHSC faculty member. This represents the first interim invoice for his work. Dr. Townsend performed the following services, all at $600/hr:

1. May 19 2008 conference call with claimant's attorneys 1.0 hrs     $ 600.00

2. May 21 2008 conference call with claimant's attorneys 1.0 hrs     $ 600.00

3. May 24 2008 class representative psychiatric evaluations

    8AM-7PM at 3450 Chestnut St., New Orleans, LA 11.0 hrs     $6,600.00

4. May 25 2008 class representative psychiatric evaluations

    7:30AM-2PM at 3450 Chestnut St., New Orleans, LA 6.5 hrs   $3,900.00

5. May 28 2008 phone call with Mr. Alan Fuchsberg .25 hrs     $ 150.00

6. May 29 2008 meeting with Drs. Weisler and Hayes to review and

    discuss psychiatric evaluations, Phoenix, AZ 2.0 hours     $1,200.00

7. June 1 2008 class representative psychiatric evaluations,

    follow-up, and report preparation with Dr. Weisler

    8AM-7PM, 3450 Chestnut Street, New Orleans, LA, 11.0 hrs   $6,600.00

8. June 2 2008 meeting with Mr. Brian Gilbert and Dr. Weisler, and

    conference call with Mr. Richard Seymour at 821     Baronne St.,

    New Orleans, LA, 2.25 hrs                                    $1,350.00

9. June 6 2008 conference call with Dr. Weisler and Mr. Seymour

    0.5 hrs                                                      $ 300.00

Total                                                            $ 21,300.00



EXHIBIT B

Please the sum of $21,300 to XXXX at your earliest opportunity.

Sincerely,

Stan Tefft

JULY 24

Ms. Karolina Ball
Khorrami, Pollard, and Abir, LLP
444 S. Flower Street, Floor 33
Los Angeles, CA  90071
Fax: 213-596-6010
13 August, 2008

Dear Ms. Ball:
The following invoice represents the remainder of the fees due Mark H Townsend, MD, for his v
of your firm and that of Mr. Fuchsberg, Weidemann and Weidemann, Mr. Richard Seymour and
This invoice is in the format that the firms have already used to sucessfully pay Dr. Jill Hayes, in
Please make the check payable to LSUHSC and return it to me at the address below.
Yours Sincerely,
Stan Tefft
Louisiana State University Health Sciences Center in New Orleans
2020 Gravier Street, 7th Floor
New Orleans, LA
    70112

| CASE NAME | PAYMENT TERMS |
|---|---|
| KATRINA CANAL BREACHES CONSOLIDATED LIT | PAYMENT DUE UPON RECEIPT |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/16/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.50 | @ $600.00/HR | 300.00 |
| 5/16/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Katrina Class Cert Motion;" "RelocationStress.pdf;""Bio-sketch;" and Men's Magazine article | 1.00 | @ $600.00/HR | 600.00 |
| 5/17/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Disaster Mental Health Slide Sets," "after_the_storm," "Predicting Posttraumatic Distress in Hospitalized Trauma Survivors," "Post-Storm Mental Health Worsens," "Industrial Canal Litigation," Wikipedia "Barge," "www.laed.uscorts.gov/CanCases/orders/7724.pdf," "Lafarge First Quarter Results as at March 31, 2008; "barge fleet . . . written plan," "Barge a . . . symbol of Hurricane Katrina." | 1.50 | @ $600.00/HR | 900.00 |
| 5/18/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Trauma, . . and Saliotosis." | 0.20 | @ $600.00/HR | 120.00 |
| 5/19/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "www.medical-outcomes. . . /MINIPlus500.pdf," Validation of MINI Diagnositic Interviews . . . ," "Some of the news coverage . . . " | 0.50 | @ $600.00/HR | 300.00 |
| 5/19/2008 | ELETRONIC CORRESPONDENCE with Mr. Alan Fuchsberg regarding conduct of potential class members' interviews | 0.20 | @ $600.00/HR | 120.00 |
| 5/20/2008 | ELECTRONIC CORRESPONDENCE with Mr. Richard Seymour regarding conduct of potential class members' interviews | 0.20 | @ $600.00/HR | 120.00 |
| 5/20/2008 | TELEPHONIC CONTACT WITH Dr. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |


EXHIBIT C

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/21/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| 5/22/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour | 0.05 | No Charge | - |
| 5/23/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 1.00 | @ $600.00/HR | 600.00 |
| 5/23/2008 | SUPERVISED AND ASSISTED the assembly of 12 blank medical charts for potential class members; | 0.50 | @ $600.00/HR | 300.00 |
| 5/23/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "A Psychometric Analysis . . . ," "SCL-90, WPAI, SDS&SVS, HADS," "Impact of Events Scale,""SPRINTSCALE, SPRINT-E091407,"ltrEnquirer," CD-RISCUSEAGREEMENTJB052308," "Trauma History Screen," DRRIFINAL_Manual," DDRI,"MISScombatrevisedcopy," "MISSscoring," "PCLChecklist," "PCL-S,C,M," and PCLscoring." | 1.50 | @ $600.00/HR | 900.00 |
| 5/24/2008 | ELETRONIC CORRESPONDENCE with Mr. Seymour regarding conduct of potential class members' interviews | 0.05 | No Charge | - |
| 5/24/2008 | ELETRONIC CORRESPONDENCE with Mr. Fuchsberg | 0.05 | No Charge | - |
| 5/25/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler upon his return from New Orleans | 0.20 | @ $600.00/HR | 120.00 |
| 5/27/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| 5/27/2008 | TELELPHONIC CONTACT with Dr. Jill Hayes | 0.20 | @ $600.00/HR | 120.00 |
| 5/27/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour | 0.05 | No Charge | - |
| 5/24/2008 | ELECTRONIC CORRESPONDENCE with Dr. Jill Hayes | 0.05 | No Charge | - |
| 5/27/2008 | ELECTRONIC CORRESPONDENCE with Mr. Fuchsberg | 0.05 | No Charge | - |
| 5/29/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour, Mr. Fuchsberg, and Mr. Gilbert (10 messages received total) | 0.50 | @ $600.00/HR | 300.00 |
| 5/29/2008 | ELETRONIC CORRESPONDENCE with Dr. Jill Hayes and review of attachment "Katrina Canal Breaches Consolidatd Litigation-First Interim Statement" | | No Charge | - |
| 5/29/2008 | TELELPHONIC CONTACT with Dr. Jill Hayes | 0.20 | @ $600.00/HR | 120.00 |
| 5/29/2008 | TELEPHONIC CONTACT with Dr. Philip Griffin | 0.20 | @ $600.00/HR | 120.00 |
| 5/30/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour, Mr. Fuchsberg, Jullion, and Mr. Gilbert (11 messages received total) | 0.50 | @ $600.00/HR | 300.00 |
| 5/31/2008 | PREPARED office at 3450 Chestnut Street for interview of PCR Richardson by Dr. Philip Griffin, and 2. MET with Dr. Griffin at 3450 Chestnut Street, New Orleans, to discuss Townsend\Weisler psychiatric findings | 2.00 | @ $600.00/HR | 1,200.00 |
| 6/1/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Initial draft ideas," "JAMA Mental Health Courts Show Promise," "Barge Report." | 1.00 | @ $600.00/HR | 600.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/1/2008 | ELECTRONIC CORRESPONDENCE with Mr. Fuchsberg | 0.05 | No Charge | - |
| 6/2/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review 11 attachments consisting of scientific reports from www.psychiatrist.com | 1.00 | @ $600.00/HR | 600.00 |
| 6/3/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Some background Industrial Canal Litigation," "In Courage in GBR Treatment for Rico," "Some disaster mental health articles," "MINI" | 1.00 | @ $600.00/HR | 600.00 |
| 6/4/2008 | ELECTRONIC CORRESPONDENCE with Mr. Gilbert and review of attachment "proposed Master Protective Order" | 0.50 | @ $600.00/HR | 600.00 |
| 6/4/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| 6/5/2008 | COMPLETION of scoring of psychiatric evaluations; ASSEMBLY of charts of records of potential class member interviews; DISCUSSION of results with Dr. Griffin | 4.00 | @ $600.00/HR | 2,400.00 |
| 6/6/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Some background Industrial Canal Litigation," "In Courage in GBR Treatment for Rico," "Some disaster mental health articles," "MINI" | 1.00 | @ $600.00/HR | 600.00 |
| 6/6/2008 | WRITING REPORT | 3.00 | @ $600.00/HR | 1,800.00 |
| 6/7/2008 | WRITING REPORT | 4.00 | @ $600.00/HR | 2,400.00 |
| 6/7/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Categories," "More Articles," "60,000 Disaster Victims Speak," "www.ncptsd.va.gov/id25084." | 0.80 | @ $600.00/HR | 480.00 |
| 6/7/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.50 | @ $600.00/HR | 300.00 |
| 6/8/2008 | WRITING REPORT | 4.00 | @ $600.00/HR | 2,400.00 |
| 6/9/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/10/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/10/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler, Dr. Fran Norris, and Dr. Joy Osofsky | 1.00 | @ $600.00/HR | 600.00 |
| 6/11/2008 | ELECTRONIC CORRESPONDENCE WITH Dr. Richard Weisler and review of 3 attachments, including draft of Final Report | 1.00 | @ $600.00/HR | 600.00 |
| 6/12/2008 | WRITING REPORT | 2.00 | @ $600.00/HR | 1,200.00 |
| 6/12/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.50 | @ $600.00/HR | 300.00 |
| 6/13/2008 | ELECTRONIC CORRESPONDENCE WITH Dr. Richard Weisler and review of 5 attachments, including draft of Final Report | 1.00 | @ $600.00/HR | 600.00 |
| 6/13/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/14/2008 | ELECTRONIC CORRESPONDENCE with Mr. Weidemann and review of attachment "Check out PTSD High Among Witnesses to 9/11" | 0.10 | @ $600.00/HR | 60.00 |
| 6/15/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/15/2008 | ELECTRONIC CORRESPONDENCE WITH Dr. Richard Weisler and review of 2 attachments, | 0.30 | @ $600.00/HR | 180.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/17/2008 | ELECTRONIC CORRESPONDENCE WITH Dr. Richard Weisler and review of 3 attachments, including draft of Final Report | 0.50 | @ $600.00/HR | 300.00 |
| 6/18/2008 | ELECTRONIC CORRESPONDENCE with Mr. Weidemann and review of attachment "Katrina Emotional Injruy" | 0.05 | No Charge | - |
| 6/22/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of 8 attachments, including draft of Final Report | 1.50 | @ $600.00/HR | 900.00 |
| 6/14/2008 | ELECTRONIC CORRESPONDENCE with Mr. Jullion Taylor of Mr. Seymour's office | 0.10 | @ $600.00/HR | 60.00 |
| 6/24/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review draft of Final Report | 0.80 | @ $600.00/HR | 480.00 |
| 6/24/2008 | WRITING REPORT | 2.00 | @ $600.00/HR | 1,200.00 |
| 6/27/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review draft of Final Report | 0.80 | @ $600.00/HR | 480.00 |
| 6/27/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/27/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour and review of attachments "Report," and "Arroyo Report" | 0.80 | @ $600.00/HR | 480.00 |
| 6/28/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| 6/29/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour: "Barge Medical: Expert Report" | 0.80 | @ $600.00/HR | 480.00 |
| 6/29/2008 | ELECTRONIC CORRESPONDENCE with Dr. Jill Hayes with attachment consisting of her revision of Final Barge report given Mr. Seymour's recommendations | 0.50 | @ $600.00/HR | 300.00 |
| 6/29/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review draft of Final Report | 0.80 | @ $600.00/HR | 480.00 |
| 6/29/2008 | WRITING REPORT | 1.00 | @ $600.00/HR | 600.00 |
| 6/29/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review draft of Final Report | 0.80 | @ $600.00/HR | 480.00 |
| 6/29/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.80 | @ $600.00/HR | 480.00 |
| 6/30/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review Final Draft | 1.00 | @ $600.00/HR | 600.00 |
| 6/30/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| | TOTAL DUE UPON RECEIPT | 51.90 | | 31,140.00 |

Subj:     **Ref. Kismit 7/27/08 contact**
Date:    7/29/2008
To:       mtowns@lsuhsc.edu

I was able to reach Kismit by phone on 7/27/08. She reported that she has yet to meet with the Psychiatrist in Texas though she has had her clinical intake and laboratory studies at the center. The labs were within normal limits by her report. **She is scheduled to meet with the psychiatrist on I believe 8/5/08. Kismit will be calling you to tell you the name of her assigned doctor so that we can share with him some of the information we gathered including her past suicidal and homicidal thoughts. We also need to get a copy of her recent labs done this month.**

Kismit also reported that she on her own started taking some of her mother's lithium the day after she felt very stressed because of the interview she had with the defense mental health professionals. She stated that the topics are hard for her to talk about and that the two doctors who were examining her remarked to her that she may need to see someone she thought even while still visiting in New Orleans. Kismit said that she felt badly about taking her mother's lithium, but she related that it clearly helped her mother and she was feeling some better since starting lithium. I encouraged her to call her clinic to see if they might be able to see her sooner as there are risks to abruptly stopping lithium.

She denied any suicidal or violent thoughts. She also denied any drug or ETOH use.

Thanks,

Rick

---

Page 1 of 1

Subj:     **re: Daniel W. 7/27/08 contact**
Date:    7/29/2008
To:       mtowns@lsuhsc.edu

I called Daniel to check on whether he had any recent blood work. He told me that he only recently was discharged from Oschner Hospital after a hospitalization for severe fluid retention. He still sounded anxious and depressed in the conversation. He denied being suicidal. He is being seen at mental health. I am hopeful that we can get the recent records from Oschner including the labs.

Thanks,

Rick



EXHIBIT D

**From:** RWeisler@aol.com [mailto:RWeisler@aol.com]
**Sent:** Monday, August 11, 2008 8:55 PM
**To:** Townsend, Mark
**Subject:** Kismit B. corrections on MINI to be made with current date and initials Thanks


Page 35 Circle answer for A 1 and A 2 yes

Page 36 Circle A 9 no

Page 40 Look at answer to Suicidality section and lets discuss to decide how to answer

Page 48 diagnosis of social phobia needs to checked on diagnostic sheet for MINI Plus

Page 49 Specific phobia needs to be checked on diagnostic sheet for MINI Plus

Page 90 event 1 criterion A 1 and A 2 should be marked yes


10/24/2011

**From:** RWeisler@aol.com [mailto:RWeisler@aol.com]
**Sent:** Monday, August 11, 2008 9:12 PM
**To:** Townsend, Mark
**Subject:** Ethel M. information looks OK

---

**From:** RWeisler@aol.com [mailto:RWeisler@aol.com]
**Sent:** Monday, August 11, 2008 9:34 PM
**To:** Townsend, Mark
**Subject:** Aida K.

Page 38 Fill in face and diagnostic sheet for her for past MDE 296.26 as reflected in MINI Plus answers

Page 42 A1 and A2 circle Yes and circle No for A2 b

Page 54 make a note that you lined through the answers, but forgot to initial and date

Where is her Sprint- E?

**From:** RWeisler@aol.com [mailto:RWeisler@aol.com]
**Sent:** Monday, August 11, 2008 10:08 PM
**To:** Townsend, Mark
**Subject:** Josephine R corrections to be initialed and dated currently

Pages 28 and 29 fill in MINI PLUS diagnostic sheet for MDD and PTSD

Page 35 Mark diagnostic code for MDD recurrent non- psychotic moderate

Page 86 Mark yes to threat to physical integrity to self and others

Page 101 Mark 0 for 1 week and past month derealization

Page 103 Add date of interview and interviewer

Page 117-119 Note patient didn't want to complete as she was tired

---

Looking for a car that's sporty, fun and fits in your budget? Read reviews on AOL Autos.