**JNM & Associates, LLC**
P.O. Box 640526
Kenner, LA  70065
(504) 469-5375 fax (504) 469-2900

Invoice No.

# INVOICE

**Customer**
Name: Richard T. Seymour/ Law Office of Richard T. Seymour
Address: 1150 Connecticut Avenue N. W., Suite 900
City: Washington   State: D.C.   ZIP: 20036-4129
Phone: (202) 862-4320

Date: 9/10/2008
Tax ID #: 72-1450985
RE: **Barge Case**

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 28 | Retrieval of Medical Records From Over 18 Locations | $55.00 | $1,540.00 |
| 232 | Mileage | $0.50 | $116.00 |

Total Expended: $1,656.00
Allocated Amount:

**Payment Details**
Terms - Net 15 Days
Thank You

**TOTAL AMOUNT DUE**  $1,656.00

Office Use Only

*Thank You*



EXHIBIT 3
Blumberg No. 5208