# FEE FOR SERVICE

Wiedemann&Wiedemann　　　　　　　　　　　　　　August 22, 2008
821 Baronne St.
New Orleans, La


Comprehensive Psychological Evaluation
Richardson, May 31, 2008...................................$1200.00

Comprehensive Psychological Evaluation
Webber, May 31, 2008......................................$1200.00

Comprehensive Psychological Evaluation
Sutton, August 5, 2008.....................................$1200.00

Comprehensive Psychological Evaluation
Edler August 9, 2008.......................................$1200.00

　　　　　　　　　　　　　　TOTAL.........$4800.00


Make payable to:
Phillip T. Griffin PhD/LSUHSC-Psychiatry
1035 Calhoun St.- Seton Building
LSUHSC-DePaul Campus
New Orleans La 70118


Phillip T. Griffin, PhD, ABPP
Professor and Chief of Psychology
Department of Psychiatry
LSUHSC


EXHIBIT 4