

# Health Sciences Center
## NEW ORLEANS

School Of Medicine
Department of Psychiatry
1542 Tulane Avenue, 2nd floor
New Orleans, LA 70112
**Phone** (504) 568-6004
**Fax** (504) 568-6006

School of Medicine
School of Dentistry
School of Nursing
School of Allied Health Professions
School of Graduate Studies
School of Public Health

## LSUHSC Department of Psychiatry
## Invoicing Document

June 30, 2008

Barge PSLC
821 Baronne Street
New Orleans, LA 70113
Attention: Ms. Karen Wiedemann

Dear Ms. Wiedemann

| Category | Billable Hours | Cost |
|---|---|---|
| Telephone calls with Dr. Rick Weisler And other consultant | 4.5@$600.00 | $2,700.00 |
| Review of materials requested by Dr. Weisler | 9.5@$600.00 | 5,700.00 |
| Additional research and information Provided to Dr. Weisler | 2.0@$600.00 | 1,200.00 |
| Preparation of Report for Dr. Weisler and review of Dr. Weisler's Final report | 6.0@$600.00 | 3,600.00 |
| | | $ 13,200.00 |

Please remit the amount indicated above to LSUHSC/Dr. Howard J. Osofsky, 719 Camp Street, New Orleans, LA 70130 at your earliest convenience. Should you need more detailed accounting, I will be happy to provide one. Thank you.

_____
Howard J. Osofsky, M. D., Ph. D.
Professor and Chair
LSUHSC Department of Psychiatry
1542 Tulane Avenue, 2nd floor
New Orleans, LA 70112



EXHIBIT 5



**Health Sciences Center**
NEW ORLEANS

School Of Medicine
Department of Psychiatry
1542 Tulane Avenue, 2nd floor
New Orleans, LA 70112
Phone (504) 568-6004
Fax (504) 568-6006

School of Medicine
School of Dentistry
School of Nursing
School of Allied Health Professions
School of Graduate Studies
School of Public Health

## LSUHSC Department of Psychiatry
## Invoicing Document

June 30, 2008

Barge PSLC
821 Baronne Street
New Orleans, LA  70113
Attention:  Ms. Karen Wiedemann

Dear Ms. Wiedemann

| Category | Billable Hours | Cost |
|---|---|---|
| Conference calls | 2.0@$400.00 | $    800.00 |
| Review of materials requested by Dr. Weisler | 7.5@$400.00 | 3,000.00 |
| Preparation of Report for Dr. Weisler and review of Dr. Weisler's Final report | 7.0@$400.00 | 2,800.00 |
| | | **$ 6,600.00** |

Please remit the amount indicated above to LSUHSC/Dr. Joy D. Osofsky, 719 Camp Street, New Orleans, LA 70130 at your earliest convenience. Should you need more detailed accounting, I will be happy to provide one.

Thank you.

_____
Joy D.Osofsky, Ph. D.
Professor
LSUHSC Department of Pediatrics and Psychiatry
1542 Tulane Avenue, 2nd floor
New Orleans, LA  70112