UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | * | **and consolidated cases** |
| | * | |
| | * | **SECTION "K" (2)** |
| *Weisler v. Seymour, et al.*  **09-2737** | * | |
| | * | **JUDGE** |
| | * | **STANWOOD R. DUVAL, JR.** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JOSEPH C. WILKINSON, JR.** |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel comes, Plaintiff, Dr. Richard H. Weisler, and pursuant to Local Rule 78.1 of the Uniform District Court Rules, respectfully requests the opportunity for oral argument of all of the Motions filed in this

1

matter, scheduled for submission on November 2, 2011 [20499, 20500, 20501, 20502 and 20504].

        Respectfully submitted,

        /s/ Andrew C. Wilson
        Daniel J. Caruso (3941)
        Andrew C. Wilson (01162)
        Charles E. Riley, IV (28200)
        Christopher B. Conley (31674)
        30th FloorB Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone (504) 569-2030
        Facsimile (504) 569-2999
        Attorneys for Plaintiff, Richard H. Weisler, M.D.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Andrew C. Wilson

N:\DATA\N\50182001\Pleadings\Request for Oral Argument on all motions 11-2-11wpd.wpd