Affadavit of Richard H. Weisler, MD, DFAPA re: Hurricane Katrina Litigation: Mental Health Consequences of Flooding in the Lower Ninth Ward and St Bernard Parish area in the class 6-29-08 v1

BEFORE ME the undersigned authority personally came and appeared:

RICHARD H. WEISLER, MD, DFAPA

Who after being duly sworn by me. Did depose and say that:

I am Richard H. Weisler, MD. I completed medical school in 1976 at the University of North Carolina at Chapel Hill. I also completed completed my medical internship experience and psychiatry residency at the University of North Carolina at Chapel Hill. I am Board Certified in Psychiatry. I currently practice psychiatry in Raleigh, North Carolina. I am an Adjunct Professor of Psychiatry at the University of North Carolina at Chapel Hill and and Adjunct Associate Professor of Psychiatry at Duke University Medical Center. I have practiced Psychiatry for 31 years and have been recognized as a Distinquised Fellow of the American Psychiatric Association (DFAPA). I have acquired expertise in diagnosing, treating, and/or conducting research on individuals and families who have suffered mood and anxiety disorder as well as other psychiatric disorders after traumatic events. I have published articles in the area of Disaster Mental Health, Post Traumatic Stress Disorders (PTSD), depression, bipolar disorder, general anxiety disorder, social phobia, suicide, dementia, Attention Deficit Disorders, genetics, and pharmaco-economics. I am considered by my peers as an authority in many of these areas. My curriculum vitae can be found in Attachment 1, a description of my disaster related work experiences and some of my writings is found in Attachment 2, and a list of the two cases where I have been deposed in the last 4 years can be found in Attachment 3.

A. The plaintiff's attorneys asked me to examine: Does the class action device provide advantages or disadvantages in addressing any past, current, or ongoing physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area?

It is my opinion that the individuals and families from the Lower Ninth Ward and Northwest section of St. Bernard Parish (class area) will experience further emotional and medical harm as a result of the aftereffects of Hurricane Katrina if left untreated. That is also the consensus opinion of the other mental health professionals working with me in the mental health pilot evaluations or helping to write the child and adolescent mental health section as listed in section D. Such additional emotional and physical harm could come from delays in potentially thousands of class representatives obtaining much needed mental health evaluations and possible

> **Comment:** Don't use words like terribly. You seem too biased in my opinion.

1

referral for effective treatment if each in a non-class approach had to proceed individually through the legal system or if there continues to be a lack of adequate financial and treatment resources for their mental health care. Our pilot evaluations described in heading C indicated that 5 of the 11 potential class representatives still currently require mental health treatment for their serious flooding- related mental health problems. Many of those potential class representatives are still unable to fully recognize or accept their or their families' clinically significant flooding- related mental illnesses. Accordingly, a large number of present and former residents of the Lower Ninth Ward and the Northwest section of St Bernard parish may well be unable to independently seek or even recognize the need to seek legal remedies due to the severity and nature of their own mental illness. For this reason as well, it is my opinion that using a class approach will probably also be more equitable as many potential class representatives are already disadvantaged because of their flooding trauma related mental health disorders. These mental disorders may in some cases compromise cognitive functioning and their judgment.

> **Comment:** Are the attorneys suggesting that you say this? You could be hit on this in a deposition about your knowledge of the legal system. If you're comfortable, leave it in.
>
> **Comment:** Very nice.

Using a class approach to evaluate and resolve these issues is also most likely to be a far safer and less stressful alternative for these already struggling individuals and families whose emotional damages developed or were exacerbated by the severity and in some cases the rapidity of the area flooding. The potential class representatives during our evaluations provided vivid descriptions of losing loved ones, friends, property, and personal memorabilia in flood waters that rose to life threatening levels at times in minutes not hours. The potential class representatives talked of currents so strong that at times their clothes were ripped right off their bodies down to their underwear. Their palpable terror was still apparent in their words, eyes, and faces in some during our pilot evaluations, though at times they and other potential class representatives appeared to be still numbed by their traumatic experiences.

> **Comment:** Are you sure you want to say this? Maybe just flooding.
>
> **Comment:** Too biased. Wayyyyy too biased.
>
> **Comment:** This is not prose. This is an unbiased document where you say what you found.

A class approach would also make it easier to identify or search for former class area residents who evacuated or moved away after Hurricane Katrina as much of the class area in still uninhabitable because of damage to or the destruction of housing. Tulane University's VanLandingham and Michigan University's Sastry recent pilot survey study support my opinion that the commonality of loss of housing being a critical factor as residents were five times more likely to have suffered from severe psychological distress a year after the storm when they lost housing. The housing loss can be expected to have adversely impacted mental health in the class making the expert opinion of Dr. Kilpatrick probably relevant for mental health problems as well.

Using a class approach may disadvantage some individuals with very severe emotional trauma from the area flooding unless steps are taken to factor in their increased treatment related needs in the assessment. It is my opinion that such factors can be incorporated into the evaluations. Additionally, if necessary more detailed treatment assessments of potential class representatives can be relied on if they require referral for more intensive treatment.

2