# SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

COUNSELLORS AT LAW

30TH FLOOR - ENERGY CENTRE

1100 POYDRAS STREET

NEW ORLEANS 70163-3000

TELEPHONE (504) 569-2030

FACSIMILE (504) 569-2999

INTERNET:

HTTP://WWW.SPSR-LAW.COM

H. PAUL SIMON
FRANK J. PERAGINE
GUY W. SMITH
ROBERT L. REDFEARN
THOMAS R. BLUM
H. BRUCE SHREVES
JAMES A. BURTON
CHRISTOPHER M. GUIDROZ^^
DANIEL J. CARUSO
THOMAS J. FISCHER
JAY H. KERN
STEVEN A. JACOBSON
KENNETH R. BOWEN
HERMAN C. HOFFMANN, JR.
SUSAN B. KOHN
JOHN F. SHREVES*^
ROBERT L. REDFEARN, JR.‡**
DENISE C. PUENTE
DOUGLAS W. REDFEARN

*BOARD CERTIFIED
TAX ATTORNEYS
^BOARD CERTIFIED ESTATE PLANNING
AND ADMINISTRATION SPECIALIST
^^A PROFESSIONAL LAW CORPORATION

DAVID F. BIENVENU
M. DAVIS READY
DOUGLAS R. KINLER
MICHAEL D. HAROLD**
BETTY F. MULLIN
WILLIAM M. BLACKSTON
ANDREW C. WILSON
SUSAN F. CLADE
M. CLAIRE DURIO
SUSAN M. CARUSO
JAMES R. GUIDRY
APRIL A. MCQUILLAR
CHARLES E. RILEY, III**
JOSHUA M. HUDSON
CHRISTOPHER B. CONLEY
DOUGLASS F. WYNNE
SHANNON H. HUBER

OF COUNSEL
DONALD J. BRANNAN

**ALSO ADMITTED IN MISSISSIPPI
‡ ALSO ADMITTED IN TEXAS

December 12, 2008

## Via Telecopier and By U.S. Certified Mail, Return Receipt Requested

**Via Telecopier 581-4336**
Brian A. Gilbert, Esq.
Law Office of Brian A. Gilbert, P.L.C.
821 Barone Street
New Orleans, LA. 70113

**Via Telecopier 581-4336**
Lawrence D. Wiedemann Esq.
Karl M. Wiedemann, Esq.
Karen M. Wiedemann, Esq.
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, LA. 70113

**Via Telecopier 835-2401**
Patrick J. Sanders, Esq.
3316 Ridgelake Drive
Suite 100
Metairie, LA. 70002

**Via Telecopier: 1-800-805-1065 or
202-828-4130**
Richard T. Seymour, Esq.
Law Office of Richard T. Seymour,
P.L.L.C.
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036-4129

**Via Telecopier: 212-227-5159**
Lawrence A. Wilson, Esq.
David W. Drucker, Esq.
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 20279-0003

**Via Telecopier: 212-398-1532**
Alan L. Fuchsberg, Esq.
Leslie Kelmachter, Esq.
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue, 45th Floor
New York, NY 10110-002

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

All Counsel of Record
December 12, 2008
Page 2


**Via Telecopier: 213-596-6010**
Shawn Khorrami, Esq.
Khorrami, Pollard, and Arbir, LLP
444 S. Flower Street, Floor 33
Los Angeles, CA 90071


Re:     *In Re: Katrina Canal Breaches Litigation*, CA No. 05-04182 (SRD/JCW)/ c/w
        *Mumford v. Ingram Barge Company, et al*, CA No. 05-057204
        Barge Plaintiffs' Litigation Steering Committee: Outstanding Expert Fees
        **Open Account**
        Our File No.: 50182-001


Dear Counsel:

We have recently been retained to represent the interests of psychiatrists, Dr. Richard H. Weisler and Dr. Mark H. Townsend, who were hired as experts by the Barge Plaintiffs' Litigation Steering Committee ("Barge PLSC") in connection with the captioned litigation. Their efforts involved:

(1)     the development of a medically sound and legally defensible protocol for their intensive individual patient evaluations of 11 of the Plaintiffs/Claimants in this litigation;

(2)     the analysis of evaluations, test results, and applicable medical/scientific literature;

(3)     the coordination of the efforts of several other consultants;

(4)     the preparation and delivery of a comprehensive expert report to be made available to the Barge PLSC, the Court and opposing counsel for the purposes of this litigation; and

(5)     extensive preparation for a deposition that never took place.

Despite having performed all of the tasks requested of them by the Barge PLSC, they have never been fully compensated.

After reviewing the e-mails sent and received by Dr. Weisler and Dr. Townsend to and from the Barge PLSC, we have confirmed that each of you and each of your law firms have all actively participated as members of the Barge PLSC. We also have confirmed that you have all directly and/or indirectly communicated with and/or instructed both Dr. Weisler and Dr.

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

All Counsel of Record
December 12, 2008
Page 3

Townsend in their efforts at various points in time. More specifically, from the date they were originally retained on May 16, 2008 in a telephone call from Alan L. Fuchsberg as confirmed by a subsequent exchange of e-mails with him and other members of the PLSC, until August 12, 2008, when Dr. Weisler's scheduled deposition in New Orleans was belatedly canceled, and Dr. Weisler and Dr. Townsend were told by e-mail to cease further efforts in this litigation, these psychiatrists were in near constant contact by both telephone and e-mail with you.

More specifically, as you know, from May 16, 2008 through June 30, 2008, Dr. Weisler and Dr. Townsend worked at the specific request of the Barge PLSC to develop a more efficient mass mental health diagnostic, screening, and treatment protocol for potentially thousands of plaintiffs if class certification occurred. Next, Dr. Weisler and Dr. Townsend were initially told to prepare a massive report for the litigation in less than one month's time before a brief court extension, working weekends and holidays to meet the Court's deadline. Finally, following the production of their comprehensive expert report, Dr. Weisler was also specifically instructed by multiple Barge PLSC attorneys repeatedly from early July 2008 until he received an email on the afternoon of August 12, 2008 from Mr. Gilbert, to prepare for a full day of extensive deposition preparation in anticipation of an intensive deposition in August 2008 regarding his and the team's several thousand pages of clinical findings, recommendations, and the expert report with attachments.

Significantly, you are no doubt aware that at any point in time, Drs. Weisler and Townsend would have immediately ceased their work had any of the Barge PLSC attorneys conveyed to them verbally or in writing that they should do so, as Mr. Gilbert finally did on August 12, 2008. There was every opportunity to do so, as Drs. Weisler and Townsend had shared in person and/or by telephone and email their primary findings with multiple PLSC attorneys (Fuchsberg, Seymour, Gilbert, and Larry Wiedemann) shortly after their evaluations of the plaintiff claimants in late May and early June, 2008. In addition, some of you were still having some of the Plaintiffs/Claimants complete psychological evaluations with Dr. Phil Griffin for Dr. Weisler and Townsend to use as late as August 2008. You should also note that estimates of the hours both experts had worked and the hourly rates of Drs. Weisler and Townsend were also clearly listed in Attachment 16 of Dr. Weisler's expert witness report of June 30, 2008, well before the eventual deposition preparation. Consequently, the extent of their efforts and cost of some should have come as no surprise to any of you.

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

All Counsel of Record
December 12, 2008
Page 4


        To date, Dr. Weisler and Dr. Townsend have sent several invoices to the designated
address for the Barge PLSC at the Wiedemann & Wiedemann and Khorrami, Pollard, and Abir
law firms as requested, but these invoices, which constitute an Open Account under applicable
Louisiana law[1], remain unpaid. These invoices as well as Dr. Weisler's final invoice, all of which
are attached, reflect the following amounts are still owed:

**Invoices of Dr. Townsend**

| | |
|---|---|
| June 13, 2008 | $21,300 |
| August 13, 2008   [5/14/08-6/30/08] | $31,140 |
| Dr. Townsend Subtotal | $52,440 |

**Invoices of Dr. Weisler**

| | |
|---|---|
| August 8, 2008 update of earlier 7/28/08 invoice   [5/14/08-7/28/08] | $222,390 |
| December 2, 2008 submitted with this letter   [8/01/08-8/15/08] | $ 46,950 |
| Dr. Weisler Subtotal | $269,400 |
| **Total** | **$321,840** |


        At this late date, it is unclear why these invoices should remain unpaid. This is
particularly so where we note from the representations set forth on many of your respective
websites, that your efforts in other litigation have often resulted in multi-million dollar
recoveries. Further, we note in your initial Motion to Certify the Class and Subclasses, to
Appoint Class Counsel, and to Approve Plaintiffs' Proposed Trial Plan filed on May 15, 2008 as
well as the amended version of that Motion filed on September 29, 2008, that in seeking to have
the Barge PLSC appointed as "Class Counsel", you have represented to the Court, pursuant to
FRCP Rule 23(g)(1)(A)(iv), that you all have appropriate "resources" to fulfill the role of Class
Counsel. Finally, we note that in your Witness and Exhibit List of November 20, 2008, you have
listed "mental health expert(s)" as witnesses generally, but more specifically, you have listed as
exhibits the *curricula vitae* of both Dr. Townsend and Dr. Weisler, suggesting to the Court and
opposing counsel that you intend to call them as witnesses, and, that you intend further use of
their comprehensive report beyond the purposes it has served already. All these facts, taken
together, suggest that you should be in a position to pay these two experts in full at this time.

        In any event, as these invoices are long overdue, and since Dr. Weisler and Dr. Townsend
have repeatedly communicated with you by email and telephone over the past few months
requesting payment in full on numerous occasions to no avail, they now seek immediate

---

[1]        Louisiana Open Account Statute, La. R.S. 9:2781, et seq.

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

All Counsel of Record
December 12, 2008
Page 5

payment. Accordingly, unless immediate payment is received within the next 10 days, or, alternatively, a payment plan is arranged within that same timeframe, we have been instructed to intervene in the captioned litigation to recoup these amounts from any recovery had by the Plaintiffs, and/or to file a third-party complaint, incidental demand, and/or separate litigation against your firms and you individually, seeking to recover these outstanding amounts as well as costs, interest and attorney's fees, all of which are available under the Louisiana Open Account Statute. We hope this will not be necessary and ask that you please contact us as soon as possible to make the necessary payment arrangements.

We look forward to hearing from you shortly, and with kind regards, I remain

Very truly yours,

Andrew C. Wilson

ACW/cbm
Attached Invoices
   Dr. Mark Townsend Invoice 6/13/08 - $21,300.00
   Dr. Richard Weisler Invoice Dated – 8/8/08 $222,390.00
   Dr. Mark Townsend Invoice Dated 8/13/08 - $31,140.00
   Dr. Richard Weisler Invoice Dated 12/2/08 - $43,950.00

Barge PSLC

821 Baronne Street

New Orleans, LA 70113


To Whom It May Concern:

This in an invoice for professional services for Mark H. Townsend, MD, a full-time LSUHSC faculty member.  This represents the first interim invoice for his work.

Dr. Townsend performed the following services, all at $600/hr:

1. May 19 2008 conference call with claimant's attorneys 1.0 hrs          $  600.00

2. May 21 2008 conference call with claimant's attorneys 1.0 hrs          $  600.00

3. May 24 2008 class representative psychiatric evaluations

      8AM-7PM at 3450 Chestnut St., New Orleans, LA 11.0 hrs      $6,600.00

4. May 25 2008 class representative psychiatric evaluations

      7:30AM-2PM at 3450 Chestnut St., New Orleans, LA 6.5 hrs    $3,900.00

5. May 28 2008 phone call with Mr. Alan Fuchsberg .25 hrs          $  150.00

6. May 29 2008 meeting with Drs. Weisler and Hayes to review and

      discuss psychiatric evaluations, Phoenix, AZ 2.0 hours

      $1,200.00

7. June 1 2008 class representative psychiatric evaluations,

      follow-up , and report preparation with Dr. Weisler

      8AM-7PM, 3450 Chestnut Street, New Orleans, LA, 11.0 hrs   $6,600.00

8. June 2 2008 meeting with Mr. Brian Gilbert and Dr. Weisler, and

      conference call with Mr. Richard Seymour at 821          Baronne St.,

      New Orleans, LA, 2.25 hrs                    $1,350.00

9. June 6 2008 conference call with Dr. Weisler and Mr. Seymour

      0.5 hrs                              $  300.00


Total                                    $ 21,300.00

Please the sum of $21,300 to XXXX at your earliest opportunity.

Sincerely,

Stan Tefft

# BARGE CASE

Case #                                         File #

## Hours through 7/28/08 updated

| DEPOSITIONS / CASE ACTIVITY | EXPLANATION | REVIEW DATE | Actual Work Hours | AMOUNT |
|---|---|---|---|---|
| | Review | 5/16/2008 | 3.50 | $2,100.00 |
| | Research and literature reading | 5/17/2008 | 5.00 | $3,000.00 |
| | | 5/18/2008 | 3.50 | $2,100.00 |
| | **As of noon time** | 5/19/2008 | 4.00 | $2,400.00 |
| | **12:00 - 6:00 pm** | 5/19/2008 | 3.00 | $1,800.00 |
| | Research and literature reading | | | |
| | Review | 5/20/2008 | 2.50 | $1,500.00 |
| | Review | 5/21/2008 | 2.00 | $1,200.00 |
| | Interview preparation, obtaining scales, & developing study methods | 5/22/2008 | 4.50 | $2,700.00 |
| | Travel & scale/methods preparation for New Orleans interviews | 5/23/2008 | 7.00 | $4,200.00 |
| | New Orleans client evaluations and preparation | 5/24/2008 | 13.00 | $7,800.00 |
| | New Orleans client evaluations and preparation | 5/25/2008 | 15.00 | $9,000.00 |
| | Writing preparation | 5/26/2008 | 2.50 | $1,500.00 |
| | Review and meeting with Drs.Townsend and Haye | 5/29/2008 | 8.50 | $5,100.00 |
| | Review and meeting with Dr. Sheehan | 5/30/2008 | 7.00 | $4,200.00 |
| | Review and planning | 5/31/2008 | 7.50 | $4,500.00 |
| | Client interviews and data collection and analysis | 6/1/2008 | 13.15 | $7,890.00 |
| | Data review, analysis, and meeting with B. Gilbert | 6/2/2008 | 10.00 | $6,000.00 |
| | | 6/4/2008 | 6.50 | $3,900.00 |
| | Writing, analyzing, reading & calling | 6/5/2008 | 5.50 | $3,300.00 |
| | Writing, analyzing, reading & calling | 6/6/2008 | 3.50 | $2,100.00 |
| | Writing, analyzing, reading & calling | 6/7/2008 | 6.50 | $3,900.00 |
| | Writing, analyzing, reading & calling | 6/8/2008 | 13.00 | $7,800.00 |

| | | | |
|---|---|---|---|
| Review, research, and writing | 6/9/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/10/2008 | 4.50 | $2,700.00 |
| Review, research, and writing | 6/11/2008 | 6.50 | $3,900.00 |
| Review, research, and writing | 6/12/2008 | 5.00 | $3,000.00 |
| Review, research, and writing | 6/13/2008 | 7.00 | $4,200.00 |
| Review, research, and writing | 6/14/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/15/2008 | 4.00 | $2,400.00 |
| Review, research, and writing | 6/16/2008 | 5.50 | $3,300.00 |
| Review, research, and writing | 6/17/2008 | 5.50 | $3,300.00 |
| Review, research, and writing | | | |
| Review, research, and writing | 6/23/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/24/2008 | 6.50 | $3,900.00 |
| Review, research, and writing | 6/25/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 626/2008 | 11.50 | $6,900.00 |
| Review, research, and writing | 6/27/2008 | 13.50 | $8,100.00 |
| Review, research, and writing | 6/28/2008 | 12.50 | $7,500.00 |
| Review, research, and writing | 6/29/2008 | 16.00 | $9,600.00 |
| Review, research, and writing | 6/30/2008 | 13.00 | $7,800.00 |
| | | | |
| Review, research, and writing | 7/1/2008 | 9.50 | $5,700.00 |
| Review, research, and writing | 7/2/2008 | 4.50 | $2,700.00 |
| Review, research, and writing | 7/3/2008 | 3.50 | $2,100.00 |
| Review | 7/4/2008 | 0.50 | $300.00 |
| Review | 7/5/2008 | 2.50 | $1,500.00 |
| Review | 7/6/2008 | 2.00 | $1,200.00 |

|  | **Subtotal Hrs** | **Subtotal** |
|---|---|---|
| | 310.25 | $186,090.00 |

| | | | |
|---|---|---|---|
| Data and literature review for deposition preparatio | 7/8/2008 | 2.25 | **$1,350.00** |
| Data and literature review for deposition preparatio | 7/9/2008 | 1.50 | **$900.00** |
| Data and literature review for deposition preparatio | 7/10/2008 | 3.50 | **$2,100.00** |
| Data and literature review for deposition preparatio | 7/11/2008 | 3.50 | **$2,100.00** |
| Data and literature review for deposition preparatio | 7/13/2008 | 4.00 | **$2,400.00** |
| Data and literature review for deposition preparatio | 7/16/2008 | 5.00 | **$3,000.00** |

| | | | |
|---|---|---|---|
| Data and literature review for deposition preparatic | 7/19/2008 | 6.25 | **$3,750.00** |
| Data and literature review for deposition preparatic | 7/23/2008 | 3.50 | **$2,100.00** |
| Data and literature review for deposition preparatic | 7/24/2008 | 2.50 | **$1,500.00** |
| Data and literature review for deposition preparatic | 7/25/2008 | 7.50 | **$4,500.00** |
| Data and literature review for deposition preparatic | 7/26/2008 | 7.00 | **$4,200.00** |
| Data and literature review for deposition preparatic | 7/27/2008 | 8.50 | **$5,100.00** |
| Data and literature review for deposition preparatic | 7/28/2008 | 5.50 | **$3,300.00** |

|  | Total Hrs | Total |
|---|---|---|
|  | **60.50** | **$36,300.00** |

|  | Grand Total Hr | Total Due |
|---|---|---|
|  | **360.75** | **$222,390.00** |

# RATE SUMMARY

| TYPE OF APPEARANCE /SERVICE | CHARGES | CHARGE FOR ADDITIONAL 15 MIN OR PART THEREOF |
|---|---|---|
| Court Appearance and/or Preparation | $ 3,500 / half day or $ 700 hr portal to portal | N/A |
| Deposition and/or Preparation | $ 600 / hr | $150 |
| Medical/Legal Conference | $ 600 / hr | $150 |
| Review of Records | $ 600 / hr | $150 |

Reimburse for all travel related expenses for client evaluations and depositions

*JULY 24*

Ms. Karolina Ball
Khorrami, Pollard, and Abir, LLP
444 S. Flower Street, Floor 33
Los Angeles, CA  90071
Fax: 213-596-6010
13 August, 2008

Dear Ms. Ball:
The following invoice represents the remainder of the fees due Mark H Townsend, MD, for his v
of your firm and that of Mr. Fuchsberg, Weidemann and Weidemann, Mr. Richard Seymour and
This invoice is in the format that the firms have already used to sucessfully pay Dr. Jill Hayes, i
Please make the check payable to LSUHSC and return it to me at the address below.
Yours Sincerely,
Stan Tefft
Louisiana State University Health Sciences Center in New Orleans
2020 Gravier Street, 7th Floor
New Orleans, LA
      70112

| CASE NAME | | PAYMENT TERMS | | |
|---|---|---|---|---|
| KATRINA CANAL BREACHES CONSOLIDATED LIT | | PAYMENT DUE UPON RECEIPT | | |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/16/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.50 | @ $600.00/HR | 300.00 |
| 5/16/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Katrina Class Cert Motion;" "RelocationStress.pdf;""Bio-sketch;" and Men's Magazine article | 1.00 | @ $600.00/HR | 600.00 |
| 5/17/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Disaster Mental Health Slide Sets," "after_the_storm," "Predicting Posttraumatic Distress in Hospitalized Trauma Survivors," "Post-Storm Mental Health Worsens," "Industrial Canal Litigation," Wikipedia "Barge," "www.laed.uscorts.gov/CanCases/ord ers/7724.pdf," "Lafarge First Quarter Results as at March 31, 2008; "barge fleet . . . written plan," "Barge a . . . symbol of Hurricane Katrina." | 1.50 | @ $600.00/HR | 900.00 |
| 5/18/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Trauma, . . and Saliotosis." | 0.20 | @ $600.00/HR | 120.00 |
| 5/19/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "www.medical-outcomes. . . /MINIPlus500.pdf," Validation of MINI Diagnostic Interviews . . . ," "Some of the news coverage . . . " | 0.50 | @ $600.00/HR | 300.00 |
| 5/19/2008 | ELETRONIC CORRESPONDENCE with Mr. Alan Fuchsberg regarding conduct of potential class members' interviews | 0.20 | @ $600.00/HR | 120.00 |
| 5/20/2008 | ELECTRONIC CORRESPONDENCE with Mr. Richard Seymour regarding conduct of potential class members' interviews | 0.20 | @ $600.00/HR | 120.00 |
| 5/20/2008 | TELEPHONIC CONTACT WITH Dr. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/21/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| 5/22/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour | 0.05 | No Charge | - |
| 5/23/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 1.00 | @ $600.00/HR | 600.00 |
| 5/23/2008 | SUPERVISED AND ASSISTED the assembly of 12 blank medical charts for potential class members; | 0.50 | @ $600.00/HR | 300.00 |
| 5/23/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "A Psychometric Analysis . . . ," "SCL-90, WPAI, SDS&SVS, HADS," "Impact of Events Scale,""SPRINTSCALE, SPRINT-E091407,"ltrEnquirer," CD-RISCUSEAGREEMENTJB052308," "Trauma History Screen," DRRIFINAL_Manual," DDRI,"MISScombatrevisedcopy," "MISSscoring," "PCLChecklist," "PCL-S,C,M" and PCLscoring." | 1.50 | @ $600.00/HR | 900.00 |
| 5/24/2008 | ELETRONIC CORRESPONDENCE with Mr. Seymour regarding conduct of potential class members' interviews | 0.05 | No Charge | - |
| 5/24/2008 | ELETRONIC CORRESPONDENCE with Mr. Fuchsberg | 0.05 | No Charge | - |
| 5/25/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler upon his return from New Orleans | 0.20 | @ $600.00/HR | 120.00 |
| 5/27/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| 5/27/2008 | TELELPHONIC CONTACT with Dr. Jill Hayes | 0.20 | @ $600.00/HR | 120.00 |
| 5/27/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour | 0.05 | No Charge | - |
| 5/24/2008 | ELECTRONIC CORRESPONDENCE with Dr. Jill Hayes | 0.05 | No Charge | - |
| 5/27/2008 | ELECTRONIC CORRESPONDENCE with Mr. Fuchsberg | 0.05 | No Charge | - |
| 5/29/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour, Mr. Fuchsberg, and Mr. Gilbert (10 messages received total) | 0.50 | @ $600.00/HR | 300.00 |
| 5/29/2008 | ELECTRONIC CORRESPONDENCE with Dr. Jill Hayes and review of attachment "Katrina Canal Breaches Consolidatd Litigation-First Interim Statement" | | No Charge | |
| 5/29/2008 | TELELPHONIC CONTACT with Dr. Jill Hayes | 0.20 | @ $600.00/HR | 120.00 |
| 5/29/2008 | TELEPHONIC CONTACT with Dr. Philip Griffin | 0.20 | @ $600.00/HR | 120.00 |
| 5/30/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour, Mr. Fuchsberg, Jullion, and Mr. Gilbert (11 messages received total) | 0.50 | @ $600.00/HR | 300.00 |
| 5/31/2008 | PREPARED office at 3450 Chestnut Street for interview of PCR Richardson by Dr. Philip Griffin, and 2. MET with Dr. Griffin at 3450 Chestnut Street, New Orleans, to discuss Townsend\Weisler psychiatric findings | 2.00 | @ $600.00/HR | 1,200.00 |
| 6/1/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Initial draft ideas," "JAMA Mental Health Courts Show Promise," "Barge Report." | 1.00 | @ $600.00/HR | 600.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/1/2008 | ELECTRONIC CORRESPONDENCE with Mr. Fuchsberg | 0.05 | No Charge | - |
| 6/2/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review 11 attachments consisting of scientific reports from www.psychiatrist.com | 1.00 | @ $600.00/HR | 600.00 |
| 6/3/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Some background Industrial Canal Litigation," "In Courage in GBR Treatment for Rico," "Some disaster mental health articles," "MINI" | 1.00 | @ $600.00/HR | 600.00 |
| 6/4/2008 | ELECTRONIC CORRESPONDENCE with Mr. Gilbert and review of attachment "proposed Master Protective Order" | 0.50 | @ $600.00/HR | 600.00 |
| 6/4/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| 6/5/2008 | COMPLETION of scoring of psychiatric evaluations; ASSEMBLY of charts of records of potential class member interviews; DISCUSSION of results with Dr. Griffin | 4.00 | @ $600.00/HR | 2,400.00 |
| 6/6/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Some background Industrial Canal Litigation," "In Courage in GBR Treatment for Rico," "Some disaster mental health articles," "MINI" | 1.00 | @ $600.00/HR | 600.00 |
| 6/6/2008 | WRITING REPORT | 3.00 | @ $600.00/HR | 1,800.00 |
| 6/7/2008 | WRITING REPORT | 4.00 | @ $600.00/HR | 2,400.00 |
| 6/7/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of following attachments: "Categories," "More Articles," "60,000 Disaster Victims Speak," "www.ncptsd.va.gov/id25084." | 0.80 | @ $600.00/HR | 480.00 |
| 6/7/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.50 | @ $600.00/HR | 300.00 |
| 6/8/2008 | WRITING REPORT | 4.00 | @ $600.00/HR | 2,400.00 |
| 6/9/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/10/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/10/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler, Dr. Fran Norris, and Dr. Joy Osofsky | 1.00 | @ $600.00/HR | 600.00 |
| 6/11/2008 | ELECTRONIC CORRESPONDENCE WITH Dr. Richard Weisler and review of 3 attachments, including draft of Final Report | 1.00 | @ $600.00/HR | 600.00 |
| 6/12/2008 | WRITING REPORT | 2.00 | @ $600.00/HR | 1,200.00 |
| 6/12/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.50 | @ $600.00/HR | 300.00 |
| 6/13/2008 | ELECTRONIC CORRESPONDENCE WITH Dr. Richard Weisler and review of 5 attachments, including draft of Final Report | 1.00 | @ $600.00/HR | 600.00 |
| 6/13/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/14/2008 | ELECTRONIC CORRESPONDENCE with Mr. Weidemann and review of attachment "Check out PTSD High Among Witnesses to 9/11" | 0.10 | @ $600.00/HR | 60.00 |
| 6/15/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/15/2008 | ELECTRONIC CORRESPONDENCE WITH Dr. Richard Weisler and review of 2 attachments, | 0.30 | @ $600.00/HR | 180.00 |

JULY 24

| 6/17/2008 | ELECTRONIC CORRESPONDENCE WITH Dr. Richard Weisler and review of 3 attachments, including draft of Final Report | 0.50 | @ $600.00/HR | 300.00 |
|---|---|---|---|---|
| 6/18/2008 | ELECTRONIC CORRESPONDENCE with Mr. Weidemann and review of attachment "Katrina Emotional Injruy" | 0.05 | No Charge | - |
| 6/22/2008 | ELETRONIC CORRESPONDENCE with DR. Richard Weisler and review of 8 attachments, including draft of Final Report | 1.50 | @ $600.00/HR | 900.00 |
| 6/14/2008 | ELECTRONIC CORRESPONDENCE with Mr. Jullion Taylor of Mr. Seymour's office | 0.10 | @ $600.00/HR | 60.00 |
| 6/24/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review draft of Final Report | 0.80 | @ $600.00/HR | 480.00 |
| 6/24/2008 | WRITING REPORT | 2.00 | @ $600.00/HR | 1,200.00 |
| 6/27/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review draft of Final Report | 0.80 | @ $600.00/HR | 480.00 |
| 6/27/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.10 | @ $600.00/HR | 60.00 |
| 6/27/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour and review of attachments "Report," and "Arroyo Report" | 0.80 | @ $600.00/HR | 480.00 |
| 6/28/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| 6/29/2008 | ELECTRONIC CORRESPONDENCE with Mr. Seymour: "Barge Medical: Expert Report" | 0.80 | @ $600.00/HR | 480.00 |
| 6/29/2008 | ELECTRONIC CORRESPONDENCE with Dr. Jill Hayes with attachment consisting of her revision of Final Barge report given Mr. Seymour's recommendations | 0.50 | @ $600.00/HR | 300.00 |
| 6/29/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review draft of Final Report | 0.80 | @ $600.00/HR | 480.00 |
| 6/29/2008 | WRITING REPORT | 1.00 | @ $600.00/HR | 600.00 |
| 6/29/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review draft of Final Report | 0.80 | @ $600.00/HR | 480.00 |
| 6/29/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.80 | @ $600.00/HR | 480.00 |
| 6/30/2008 | ELECTRONIC CORRESPONDENCE with DR. Richard Weisler and review Final Draft | 1.00 | @ $600.00/HR | 600.00 |
| 6/30/2008 | TELEPHONIC CONTACT WITH DR. Richard Weisler | 0.20 | @ $600.00/HR | 120.00 |
| | TOTAL DUE UPON RECEIPT | 51.90 | | 31,140.00 |

# BARGE CASE

## Final Invoice Date: 12/02/08

### Additional hours through 8/01/08 – 08/15/08

| Date | Hours | Explanation | Amount |
|------|-------|-------------|--------|
| 8/1/08 | 8.5 | Review and proofing of plaintiff evaluations, scales with corrections noted | $5,100.00 |
| 8/2/08 | 9.5 | Review and proofing of plaintiff evaluations, scales with corrections noted | $5,700.00 |
| 8/3/08 | 7.0 | Review and proofing of plaintiff evaluations, scales with corrections noted | $4,200.00 |
| 8/4/08 | 3.5 | Review and proofing of plaintiff evaluations, scales with corrections noted | $2,100.00 |
| 8/8/09 | 6.5 | Disaster and Medical Literature review for deposition preparation | $3,900.00 |
| 8/9/08 | 7.0 | Disaster and Medical Literature review for deposition preparation | $4,200.00 |
| 8/10/08 | 7.5 | Disaster and Medical Literature review, as well as deposition and Teleconference call preparation | $4,500.00 |
| 8/11/08 | 4.5 | Disaster and Medical Literature review and deposition | $2,700.00 |
| 8/12/08 | 3.0 | Deposition preparation review prior to notification of cancellation | $1,800.00 |
| 8/14/08 | 8.0 | Canceled patients because deposition being canceled at the last minute | $4,800.00 |
| 8/15/08 | 8.0 | Because of missed work opportunity | $4,800.00 |

**Total Hours: 73**

$150 cancellation fee for US Air flight bought for travel to 8/14/08 deposition          $150.00

**Amount Due:  $43,950.00**