# BARGE PLSC PROPOSED EMOTIONAL DISTRESS SUBCLASS CASE

Case #
File #

**Weisler hours from 5/16/08 through 8/15/08 with enhanced explanations plus all merged travel expenses that are also outstanding**

## DEPOSITION PREPARATION & CASE ACTIVITY

| EXPLANATION | REVIEW DATE | Actual Work Hours | AMOUNT |
|---|---|---|---|
| Teleconference with A. Fuchsberg. Teleconference with A. Fuchsberg and Dr. M. Townsend. Research and literature review and Multiple electronic correspondences with Dr. M. Townsend, A. Fuchsberg, R. Seymour, LD. Wiedemann B. Gilbert) See Individual Table of Contents for detailed description. | 5/16/2008 | 3.50 | $2,100.00 |
| Research and literature review for planning for claimant evaluations - and (Multiple electronic correspondences with Dr. M. Townsend, A. Fuchsberg, R. Seymour, LD Wiedemann) See Individual Table of Contents for detailed description. | 5/17/2008 | 5.00 | $3,000.00 |
| Research and literature review for planning for claimant evaluations - and (Multiple electronic correspondences with Dr. M. Townsend, A. Fuchsberg, R. Seymour, LD. Wiedemann, PM. Balson) See Individual Table of Contents for detailed description. | 5/18/2008 | 3.50 | $2,100.00 |
| As of noon time, Multiple electronic correspondences (A. Fuchsberg, Dr. M Townsend, LD Wiedemann) See Individual Table of Contents for detailed description. Literature review and draft methods section for claimaint evaluations plus teleconference.B49 | 5/19/2008 | 4.00 | $2,400.00 |
| 12:00 - 6:00 pm Multiple electronic correspondences (Dr M Townsend, R. Seymour, LD Wiedemann, A Fuchsberg) | 5/19/2008 | 3.00 | $1,800.00 |
| Literature review for claimant evaluations - Multiple electronic correspondences (A. Fuchsberg, Dr. M Townsend, B Gilbert, R Seymour, LD Wiedemann, PM Balson) | 5/20/2008 | 2.50 | $1,500.00 |
| Literature review for claimant evaluations - Multiple electronic correspondences (Dr. M Townsend, A. Fuchsberg, LD Wiedemann, R. Seymour) | 5/21/2008 | 2.00 | $1,200.00 |
| Interview preparation, obtaining scales, & refining study methods for claimant evaluations | 5/22/2008 | 4.50 | $2,700.00 |
| **Includes travel time from Grand Rapids, Michigan to New Orleans &** scale/methods/ records preparation for New Orleans claimant evaluations, phone calls, and multiple electronic correspondences with Dr. J. Hayes, Dr. M. Townsend, A. Fuchsberg, S. Teft, PM Balson, G Butte, B Gilbert, LD Wiedemann, R Seymour. Review with Dr. J. Davidson evaluation study/methods including SPRINT-E scale for screening. See Individual Table of Contents for detailed description. | 5/23/2008 | 7.00 | $4,200.00 |
| Preparation for and conduction of New Orleans claimant evaluations plus preliminary analysis | 5/24/2008 | 13.00 | $7,800.00 |



EXHIBIT 1

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/25/2008 | New Orleans claimant evaluations, preparation, and analysis. **Includes travel time back to North Carolina from New Orleans.** | 15.00 | $9,000.00 |
| 5/26/2008 | Writing preparation for expert witness report and attachments and preliminary analysis of claimant evaluation findings to date. (Multiple electronic correspondences with J. Hayes, Dr. M. Townsend, A. Fuchsberg, S. Teft, PM, Balson, B. Gilbert, LD. K. Wiedemann, R. Seymour. See Individual Table of . . . . . . . | 2.50 | $1,500.00 |
| 5/29/2008 | Review and meeting with Drs. Townsend and Hayes. (Multiple electronic correspondences with R. Seymour, A. Fuchsberg, Dr. M. Townsend. Dr. J. Hayes, B. Gilbert, LD. Wiedemann, K. Wiedemann, P Griffin, M Tex) See Individual Table of Contents for detailed description. Extensive reading while flying to Phoenix meeting **(Barge PLSC was not charged for my travel time or flight to Phoenix).** | 8.50 | $5,100.00 |
| 5/30/2008 | Review of literature for upcoming as well as earlier claimant evaluations and expert witness report plus attachments. Meeting with Dr. Sheehan reference the pros and cons of using his MINI, MINI Plus, and Sheehan Disability Scales in the claimant evaluations and in possible future large scale emotional distress subclass screening if the class is approved. Multiple electronic correspondences with R. Seymour, M. Tex, Dr. M. Townsend, J. Hayes, B. Gilbert, LD. Wiedemann, P . . . | 7.00 | $4,200.00 |
| 5/31/2008 | Literature review and planning for claimant evaluations and expert witness report and attachments. (electronic correspondences with R Seymour, P Griffin, B Gilbert, Dr. M Townsend, A Fuchsberg, LD Wiedemann, K Wiedemann, Dr. J. Hayes). **Includes Travel time to Phoenix, New Orleans for client interviews.** | 7.50 | $4,500.00 |
| 6/1/2008 | Claimant evaluations in New Orleans, data collection, and analysis – (Multiple electronic correspondences with P. Griffin, R Dalton) See Individual Table of Contents for detailed description. | 13.25 | $7,950.00 |
| 6/2/2008 | Data review, analysis alone with Dr. M. Townsend. Meeting with B. Gilbert and R. Seymour. (Multiple electronic correspondences with J. Hayes, A. Fuchsberg, R. Seymour, Dr. M. Townsend, K. Wiedemann, J Osofsky, H Osofsky, R Dalton) See Individual Table of Contents for detailed description. **Includes travel time from New Orleans to Raleigh, North Carolina.** | 10.00 | $6,000.00 |
| 6/4/2008 | Writing, analyzing, literature review, organizing, and calling for expert witness report and attachments – (Multiple electronic correspondences with F. Norris, J. Osofsky, H Osofsky, D. Sheehan, R. Dalton, J. Hayes, G. Butte, J. Barbee, C. Cole, R. Seymour, A. Fuchsberg, Dr. M. Townsend, LD Wiedemann) See Individual Table of Contents for detailed description. | 6.50 | $3,900.00 |
| 6/5/2008 | Writing, analyzing, literature review, organizing, and calling for expert witness report and attachments – (Multiple electronic correspondences with K. Wiedemann, B. Gilbert, F. Norris, J. Osofsky, H. Osofsky, D. Sheehan, R. Dalton, J. Hayes, G. Butte, J. Barbee, C. Cole, R. Seymour, A. Fuchsberg, Dr. M. Townsend, K Koehrn) See Individual Table of Contents for detailed description. | 5.50 | $3,300.00 |
| 6/6/2008 | Writing, analyzing, literature review, organizing, and calling for expert witness report and attachments; electronic correspondences with J Osofsky, Dr. M Townsend, H Osofsky, A Fuchsberg, B Gilbert, LD Wiedemann, PM Balson, R Seymour. See individual Table of Contents for detailed description | 3.50 | $2,100.00 |
| 6/7/2008 | Writing, analyzing, literature review, organizing, and calling for expert witness report and attachments | 6.50 | $3,900.00 |

| Description | Date | Hours | Amount |
|---|---|---|---|
| Writing, analyzing, literature review, organizing, and calling for expert witness report and attachments - (Multiple electronic correspondences with B. Gilbert, R. Seymour, Dr. M. Townsend, K Koehrn) See Individual Table of Contents for detailed description. | 6/8/2008 | 13.00 | $7,800.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments - (Multiple electronic correspondences with LD Wiedemann, B. Gilbert, Dr. M Townsend, K Koehrn) See Individual Table of Contents for detailed description. | 6/9/2008 | 7.50 | $4,500.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments - (Multiple electronic correspondences with A. Fuchsberg, Dr. M. Townsend, J. Hayes, F Norris, J Osofsky, H Osofsky, K Koehrn) See Individual Table of Contents for detailed description. | 6/10/2008 | 4.50 | $2,700.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments - (Multiple electronic correspondences with J. Hamblen, F. Norris, J Osofsky, P Griffin, K Wiedemann, K Koehrn) See Individual Table of Contents for detailed description. | 6/11/2008 | 6.50 | $3,900.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments - (Multiple electronic correspondences with H. Osofsky, J. Osofsky, Dr. M Townsend, J Hamblen, Dr. J. Hayes, R Dalton, K Koehrn, F Norris, J Hamblen, K Koehrn) See Individual Table of Contents for detailed description. | 6/12/2008 | 5.00 | $3,000.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments - (Multiple electronic correspondences with Dr. M Townsend, J Osofsky, H Osofsky, R Dalton, K Koehrn. Follow-up calls to two claimants. | 6/13/2008 | 7.00 | $4,200.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments - (Multiple electronic correspondences with LD Wiedemann, Dr. M. Townsend, K Koehrn) See Individual Table of Contents for detailed description. | 6/14/2008 | 7.50 | $4,500.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments; electronic correspondences with H Osofsky, J Osofsky, A Fuchsberg, K Koehrn) See individual table of contents for detailed description. | 6/15/2008 | 4.00 | $2,400.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments; electronic correspondences with J Osofsky, K Koehrn, P Boutte, N Maybery. See individual table of contents for detailed description. | 6/16/2008 | 5.50 | $3,300.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments; electronic correspondences with Dr. M Townsend, B Gilbert, LD Wiedemann, R Seymour, A Fuchsberg, P Griffin, K Koehrn) | 6/17/2008 | 5.50 | $3,300.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments; electronic correspondences with Dr. M Townsend, K Koehrn | 6/23/2008 | 7.50 | $4,500.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments; electronic correspondences with Dr. M Townsend, R Seymour, K Koehrn | 6/24/2008 | 6.50 | $3,900.00 |
| Literature review, research, organizing,and writing for expert witness report and attachments; (Multiple electronic correspondences with Dr. M. Townsend, K. Wiedemann, R. Seymour, B. Gilbert, Dr. J. Hayes, K Wiedemann, K Koehrn, A Fuchsberg) See Individual Table of Contents for detailed description. | 6/25/2008 | 7.50 | $4,500.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments; (Multiple electronic correspondences with Dr. M. Townsend K Wiedemann, R. Seymour, B. Gilbert, P. Griffin, K Koehrn) See Individual Table of Contents for detailed description. | 6/26/2008 | 11.50 | $6,900.00 |

| Description | Date | Hours | Amount |
|---|---|---|---|
| Literature review, research, organizing, and writing for expert witness report and attachments; (Multiple electronic correspondences with Dr. J. Hayes, Hamblen, F. Norris, Dr. M. Townsend, K Koehn). See Individual Table of Contents for detailed description. Follow-up phone calls to two claimants. | 6/27/2008 | 13.50 | $8,100.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments; Multiple electronic correspondences with B. Gilbert, J. Hayes, Hamblen, F. Norris, Dr. M. Townsend, P. Griffin, K Koehn, PM Balson, L Wilson, R Seymour). See Individual Table of Contents for detailed description. | 6/28/2008 | 12.50 | $7,500.00 |
| Literature review, research, organizing, and writing plus multiple phone calls for expert witness report and attachments and (Multiple electronic correspondences with B. Gilbert, J. Hayes, Dr. M. Townsend, H. Osofsky, J. Osofsky, F Norris, P. Griffin, K Koehn, LD Wiedemann, K Wiedemann) See Individual Table of Contents for detailed description. | 6/29/2008 | 16.00 | $9,600.00 |
| Literature review, research, organizing, and writing for expert witness report and attachments - (Multiple electronic correspondences with B. Gilbert, R. Seymour, P. Griffin, Dr. M Townsend, Dr. J. Hayes, H. Osofsky, J. Osofsky, K Koehn) See Individual Table of Contents for detailed description. | 6/30/2008 | 13.00 | $7,800.00 |
| Literature review, research, organizing, and writing for expert witness attachments for report submission- (Multiple electronic correspondences with B. Gilbert, J. Hayes, H. Osofsky, J. Osofsky, P. Griffin, Dr. M Townsend, K Koehn) See Individual Table of Contents for detailed description. | 7/1/2008 | 9.50 | $5,700.00 |
| Literature review and research for deposition preparation | 7/2/2008 | 4.50 | $2,700.00 |
| Literature review, research, and written communication for deposition preparation - (Multiple electronic correspondences with B. Gilbert, J. Hayes, H. Osofsky, J. Osofsky, P. Griffin) See Individual Table of Contents for detailed description. Deposition preparation. | 7/3/2008 | 3.50 | $2,100.00 |
| Literature review, research, and written communication (electronic correspondences with K Koehn) Review of electronic correspondence "Trends in Suicide Risk Associated With Hospitalized Psychiatric Illness ". Deposition preparation. | 7/4/2008 | 0.50 | $300.00 |
| Data and literature review for deposition preparation | 7/5/2008 | 2.50 | $1,500.00 |
| Data and literature review plus written communication (electronic correspondences with K Koehn). Deposition preparation. | 7/6/2008 | 2.00 | $1,200.00 |
| Data and literature review for deposition preparation (electronic correspondences with K Koehn) | 7/8/2008 | 2.25 | $1,350.00 |
| Data and literature review for deposition preparation | 7/9/2008 | 1.50 | $900.00 |
| Data and literature review for deposition preparation, electronic correspondences with Alex Crosby, K Koehn, B Gilbert, R Seymour. See Individual table of contents for detailed description. Deposition Preparation. | 7/10/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparation. | 7/11/2008 | 3.50 | $2,100.00 |

| Description | Date | Hours | Amount |
|---|---|---|---|
| Data and literature review for deposition preparation. | 7/13/2008 | 4.00 | $2,400.00 |
| Data and literature review for deposition preparation. | 7/16/2008 | 5.00 | $3,000.00 |
| Data and literature review for deposition preparation. | 7/19/2008 | 6.25 | $3,750.00 |
| Data and literature review for deposition preparation. (electronic correspondences with R Seymour, B Gilbert, K Wiedemann, LD Wiedemann, PM Balson) | 7/23/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparation. (electronic correspondences B Gilbert, R Seymour, ) | 7/24/2008 | 2.50 | $1,500.00 |
| Data and literature review for deposition preparation. (electronic correspondences with K Koehrn) | 7/25/2008 | 7.50 | $4,500.00 |
| Data and literature review for deposition preparation. (electronic correspondences with K Koehrn) | 7/26/2008 | 7.00 | $4,200.00 |
| Data and literature review for deposition preparation. Follow-up phone call to claimant. | 7/27/2008 | 8.50 | $5,100.00 |
| Data and literature review for deposition preparation. (Multiple electronic correspondences with J. Hayes) | 7/28/2008 | 5.50 | $3,300.00 |
| Data and literature review for deposition preparation and (Multiple electronic correspondences with P. Griffin, Dr. M Townsend) See Individual Table of Contents for detailed description | 7/29/2008 | 3.00 | $1,800.00 |
| Data and literature review for deposition preparation and (Multiple electronic correspondences with P. Griffin, R. Seymour, A. Fuchsberg, B. Gilbert, LD. Wiedemann, Dr. M Townsend) See Individual Table of Contents for detailed description | 7/31/2008 | 2.50 | $1,500.00 |
| Review and proofing of plaintiff evaluations and scales with corrections noted. Deposition preparation. (Multiple electronic correspondences with B. Gilbert, R. Seymour, A. Fuchsberg, LD. Wiedemann, K. Wiedemann, Dr. M. Townsend, P. Griffin, K Koehrn) See Individual Table of Contents for description. | 8/1/2008 | 8.50 | $5,100.00 |
| Review and proofing of plaintiff evaluations and scales with corrections noted. Deposition preparation. | 8/2/2008 | 9.50 | $5,700.00 |
| Review and proofing of plaintiff evaluations and scales with corrections noted. Deposition preparation. | 8/3/2008 | 7.00 | $4,200.00 |
| Review and proofing of plaintiff evaluations and scales with corrections noted. Deposition preparation. (Multiple electronic correspondences with B. Gilbert, R. Seymour, A. Fuchsberg, LD. Wiedemann, K. Wiedemann, Dr. M. Townsend, P. Griffin, K Koehrn) See Individual Table of Contents for detailed description. | 8/4/2008 | 3.50 | $2,100.00 |
| Disaster and Medical literature review for deposition preparation and Multiple electronic correspondences with S Khorrami, R Seymour, B Gilbert, LD Wiedemann, K Wiedemann, A Fuchsberg, K Ball. See Individual Table of Contents for detailed description. | 8/8/2008 | 4.50 | $2,700.00 |

| Description | Date | Hours | Amount |
|---|---|---|---|
| Disaster and Medical literature review for deposition preparation and (Multiple electronic correspondences with S. Khorrami, Dr. M. Townsend, R. Seymour, B. Gilbert, LD. Wiedemann, K. Wiedemann, M. Bailey, M. Ravis, H. Sleviant, D. Pollard, J. Osofsky, H Osofsky, K Koehn, Dr. J. Hayes, P Griffin) See Individual Table of Contents for detailed description. | 8/9/2008 | 7.00 | $4,200.00 |
| Disaster and Medical literature review, deposition teleconference preparation and phone calls, plus teleconference with Drs. Townsend, H. Osofsky, and J. Osofsky plus attorneys Khorrami, Gilbert, Seymour, Pollard, and other members of Khorrami, Pollard, and Abir. | 8/10/2008 | 9.50 | $5,700.00 |
| Disaster and Medical literature review for deposition preparation (electronic correspondences with Dr. M Townsend, H Osofsky, P Gilbert) | 8/11/2008 | 4.50 | $2,700.00 |
| Review, research, and written communication for Deposition preparation. (Electronic correspondences with Dr. M Townsend, P Gilbert) | 8/12/2008 | 2.50 | $1,500.00 |
| Cancelled patients because deposition cancelled at the last minute | 8/14/2008 | 8.00 | $4,800.00 |
| Because of missed work opportunities | 8/15/2008 | 8.00 | $4,800.00 |
| | | Total Hrs 448.75 | Total Due $269,250.00 |

## PREVIOUSLY INVOICED SEPARATELY - BUT STILL OUTSTANDING

| Description | Date | Amount Invoiced | Amount |
|---|---|---|---|
| Expenses from Grand Rapids, Michigan to New Orleans, Louisiana: HOTEL: $173.87, TAXI: $22.00, FLIGHT: $1163.00 - Previously invoiced separately | 5/23/2008 | 0.00 | $1,358.87 |
| Expenses while in New Orleans, Louisiana: HOTEL: $153.24 TAXI: $11.00, MEALS: $96.00 - Previously invoiced separately | 5/24/2008 | 0.00 | $260.24 |
| Expenses from New Orleans, Louisiana to North Carolina MEALS: $37.91, TAXI: $11.00, - Previously invoiced separately | 5/25/2008 | 0.00 | $48.91 |
| Expenses for Drs. Weisler and Townsend to meet with Dr. Hayes in Phoenix, Arizona $78.00 - Previously invoiced separately TRANSPORTATION: | 5/30/2008 | 0.00 | $78.00 |
| Expenses Phoenix to New Orleans, Louisiana TAXI: $32.00, MEALS: $56.00 - Previously invoiced separately | 5/31/2008 | 0.00 | $88.00 |
| Expenses in New Orleans, Louisiana TAXI: $12.00, MEALS: $173.00 (includes claimants and doctors lunch during evaluations) - Previously invoiced separately | 6/1/2008 | 0.00 | $185.00 |
| Expenses from Phoenix, Arizona to New Orleans, Louisiana and return to Raleigh, North Carolina including Ticket Change Fee TAXI: $35.00, MEALS: $8.54, FLIGHT: $587.00  - Previously invoiced separately | 6/2/2008 | 0.00 | $630.54 |
| US Air Flight Cancellation Fee- Bought travel for flight to and from New Orleans for 8/14/08 deposition preparation and deposition on 8/15/08 that was cancelled on 8/12/08 | | | $150.00 |
| | | | $2,799.56 |
| | | TOTAL | $272,049.56 |

** See Appendices for Articles **

** Approximately 1900 minutes or 31 hours of Barge-related phone calls not including conference calls to Barge attorneys on 800 numbers or toll free numbers. Does not include use of local phones while in New Orleans or hotels or some conference calls with the Center of Disesase Control and the National Center for Post Traumatic Stress Disorder. All calls are already included in the hourly billing except for short calls which were not charged.
**

## RATE SUMMARY

| TYPE OF APPEARANCE /SERVICE | CHARGES | CHARGE FOR ADDITIONAL 15 MIN OR PART THEREOF |
|---|---|---|
| Court Appearance and/or Preparation | $ 3,500 / half day o<br>$ 700 hr portal to portal | N/A |
| Deposition and/or Preparation | $ 600 / hr | $150 |
| Medical/Legal Conference | $ 600 / hr | $150 |
| Review of Records | $ 600 / hr | $150 |
| Reimburse for all travel related expenses for client evaluations and depositions | | |

30-Jun-08

Re:

**CvS 1734   File# 013396 / 22544**

Dear

We are submitting this invoice for time spent on this case. Please see the attached invoice with charges relative to Case# File No.         . Your prompt assistance in this matter is greatly appreciated. Please feel free to give me a call with any questions you may have.

Sincerely,

Richard H. Weisler, MD