# Exhibit 1

# List of Exhibits Attached to Seymour and Fuchsberg Defendants' Opposition to Plaintiff's Motion for Summary Judgment

| Exhibit No. | Description |
|---|---|
| 1 | List of Exhibits |
| 2 | Declaration of Richard T. Seymour |
| 3 | Excerpts of October 9, 2011 Deposition of Plaintiff |
| 4 | Report of North Carolina Secretary of State on Status of Richard H. Weisler M.D., P.A. |
| 5 | Barge Plaintiffs' May 15, 2008 Motion to Certify the Class (Doc. # 13166) |
| 6 | Detailed statement of Richard Seymour's experience, prepared in January 2008 |
| 7 | Affidavit of Alan Fuchsberg |
| 8 | June 6, 2008 e-mail thread in which the third e-mail states that the aim of the study is not to diagnose anyone |
| 9 | May 27, 2008 e-mail thread discussing Ronnie Montgomery |
| 10 | Mr. Fuchsberg's June 12, 2008 e-mail to Dr. Howard Osofsky on holding costs down |
| 11 | July 29, 2008 e-mail from Sherry Cofield and attached first bill from Dr. Weisler |
| 12 | Mr. Andrew Wilson's December 12, 2008 letter submitting additional bills for plaintiff and Dr. Townsend |
| 13 | Plaintiff's second updated bill, provided to defendants on December 12, 2008 |
| 14 | Plaintiff's third bill dated December 2, 2008 and provided to defendants on December 12, 2008 |
| 15 | Dr. Townsend's undated initial bill for time from May 19, 2008 through June 6, 2008 |
| 16 | Dr. Townsend's undated second bill for time from May 16, 2008 through |

| Exhibit No. | Description |
|---|---|
|  | June 30, 2008 |
| 17 | Mr. Andrew Wilson's February 4, 2009 letter to defendants |
| 18 | Richard Seymour's February 8, 2009 letter to Andrew Wilson, explaining the problems with plaintiff's bills |
| 19 | Plaintiff's complete time "records" |
| 20 | Declaration of Matthew M. Seymour |
| 21 | Plaintiff's April 21, 2008 curriculum vitae |
| 22 | Plaintiff's June 30, 2008 Report |
| 23 | Plaintiff's set of "Subject Line Index/Table of Contents" chopped-off e-mail headers |
| 24 | Plaintiff's response to the Seymour Defendants' Request for Production 4, 10, and 13 |
| 25 | "Barge case Expert Witness Reading List" plaintiff provided to defendants |
| 26a | Plaintiff's June 27, 2008 draft report |
| 27 | Plaintiff's June 29, 2008 second draft report, with comments from Dr. Jill Hayes |
| 28 | Plaintiff's answers to the Seymour defendants' interrogatories |