Elaine F. Marshall, Secretary

North Carolina DEPARTMENT OF THE SECRETARY OF STATE
PO Box 29622 Raleigh, NC 27626-0622 (919)807-2000

Date: 10/25/2011

Click here to:
View Document Filings | Sign Up for E-Notifications |
PC, PLLC, LP and Non-Profit entities are not required to file annual reports.

## Corporation Names

| Name | Name Type |
|---|---|
| NC  RICHARD H. WEISLER, M.D., P.A. | LEGAL |

## Professional Corporation Information

| | |
|---|---|
| SOSID: | 0159456 |
| Status: | PA Suspended |
| Effective Date: | 9/30/1981 |
| Dissolution Date: | |
| Annual Report Due Date: | |
| Citizenship: | DOMESTIC |
| State of Inc.: | NC |
| Duration: | PERPETUAL |

## Registered Agent

| | |
|---|---|
| Agent Name: | WEISLER, RICHARD H |
| Office Address: | 3900 BROWNING PLACE RALEIGH NC 00000 |
| Mailing Address: | 3900 BROWNING PLACE RALEIGH NC 00000 |

## Principal Office

| | |
|---|---|
| Office Address: | NO ADDRESS |
| Mailing Address: | 900 RIDGEFIELD DR STE 32 RALEIGH NC 27609-8524 |

## Officers

## Stock

| Class | Shares | No Par Value | Par Value |
|---|---|---|---|
| COMMON | 100000 | | 1 |

This website is provided to the public as a part of the Secretary of State Knowledge Base (SOSKB) system. Version: 1319