**Richard T. Seymour**

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Friday, June 06, 2008 5:46 PM |
| **To:** | 'Townsend, Mark'; 'Alan (office) Fuchsberg'; 'Brian Gilbert'; 'Brian Gilbert (home)'; 'Lawrence Wiedemann'; 'Paul Balson'; 'Richard Weisler' |
| **Subject:** | RE: Barge Cases: Conference Call on Draft Report |

Please just call me at my office. My call-in card slipped out of my wallet, and I can't lay my hands on it.

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
   Voice: 202-862-4320
   Cell:   202-549-1454
   Facsimile: 800-805-1065
   e-mail: rick@rickseymourlaw.net
   Web Site: www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

   The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (202) 862-4320.

-----Original Message-----
From: Townsend, Mark [mailto:MTowns@lsuhsc.edu]
Sent: Friday, June 06, 2008 5:22 PM
To: rick@rickseymourlaw.net; Alan (office) Fuchsberg; Brian Gilbert; Brian Gilbert (home); Lawrence Wiedemann; Paul Balson; Richard Weisler
Subject: RE: Barge Cases: Conference Call on Draft Report

Richard H. Weisler, M.D. Deposition Exhibit 45
Oct. 9, 2011

1

GED AND CONFIDENTIAL     BargePSLCWeisSeym000594

Sure--I'm in my office working on the report. Hopefully Rick W received this via Blackberry. Just let me know whom to call.
Mark

-----Original Message-----
From: Richard T. Seymour [mailto:rick@rickseymourlaw.net]
Sent: Friday, June 06, 2008 4:10 PM
To: Alan (office) Fuchsberg; Brian Gilbert; Brian Gilbert (home); Lawrence Wiedemann; Townsend, Mark; Paul Balson; Richard Weisler
Subject: Barge Cases: Conference Call on Draft Report
Importance: High


    Can we have a short call with at least Mark or Rick on the draft medical report?

    Would 6:00 PM Eastern work? That's 50 minutes from now.

    There has been a development you need to know about. On Monday, the court will hold a hearing on obtaining information about the claims of the class representatives or named plaintiffs, and come up with a schedule and a plan. That will be the avenue by which diagnoses will be made, on whatever schedule the court decides.

    We never heard back on the details for further screenings or meetings, but time has passed that by. Now it's time for the draft report.

    We need to see the draft this weekend or Monday. Remember, this is not a report to diagnose anyone with anything; it's a report on range and commonality and what makes sense going forward, informed by what you have seen and studied but without needing to pin everything down.

    Rick

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
  Voice: 202-862-4320
  Cell: 202-549-1454
  Facsimile: 800-805-1065
  e-mail: rick@rickseymourlaw.net

PRIVILEGED AND CONFIDENTIAL    BargePSLCWeisSeym000595

Web Site: www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown
the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

    The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (202) 862-4320.

**Tracking:**

| Recipient | Read |
|---|---|
| 'Townsend, Mark' | Read: 6/6/2008 5:57 PM |
| 'Alan (office) Fuchsberg' | |
| 'Brian Gilbert' | |
| 'Brian Gilbert (home)' | |
| 'Lawrence Wiedemann' | |
| 'Paul Balson' | |
| 'Richard Weisler' | |

PRIVILEGED AND CONFIDENTIAL        BargePSLCWeisSeym000597