# Richard T. Seymour

| | |
|---|---|
| **From:** | Townsend, Mark [MTowns@lsuhsc.edu] |
| **Sent:** | Tuesday, May 27, 2008 5:22 PM |
| **To:** | rick@rickseymourlaw.net; Alan Fuchsberg; Lawrence Wiedemann; Richard Weisler; Griffin, Phillip T. |
| **Cc:** | Brian Gilbert (Office); Brian Gilbert (home); Karen Wiedemann; mhtowns@mac.com; Paul M. Balson; Tefft, Stan |
| **Subject:** | RE: 1)child psych and 2) conference call |

Thanks—2:30 Eastern is just fine, but as I say if we are going to speak between 30 minutes and an hour, then 1PM Arizona (4PM Eastern) works as well for me. I have a 5PM Eastern meeting.
Mark

---

**From:** Richard T. Seymour [mailto:rick@rickseymourlaw.net]
**Sent:** Tuesday, May 27, 2008 3:17 PM
**To:** Townsend, Mark; 'Alan Fuchsberg'; 'Lawrence Wiedemann'; 'Richard Weisler'; Griffin, Phillip T.
**Cc:** 'Brian Gilbert (Office)'; 'Brian Gilbert (home)'; 'Karen Wiedemann'; mhtowns@mac.com; 'Paul M. Balson'; Tefft, Stan
**Subject:** RE: 1)child psych and 2) conference call

      1. I just spoke with the investigator, Ronnie Montgomery, and will call him back after taking care of the crisis du jour.

      2. 2:30 P.M. EST works for me, but I think Arizona is on Pacific time (also known as Mountain Standard Time without daylight savings) at this time of year so they'd be three hours behind.  It's OK with Mark at 11:30 Arizona time?  Or am I off in my reckoning?

        Rick


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
  Voice:   202-862-4320
  Cell:     202-549-1454
  Facsimile:   800-805-1065
  e-mail:  rick@rickseymourlaw.net
  Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY:  Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

   The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that

any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call (202) 862-4320.

---

**From:** Townsend, Mark [mailto:MTowns@lsuhsc.edu]
**Sent:** Tuesday, May 27, 2008 3:43 PM
**To:** Alan Fuchsberg; rick@rickseymourlaw.net; Lawrence Wiedemann; Richard Weisler; Griffin, Phillip T.
**Cc:** Brian Gilbert (Office); Brian Gilbert (home); Karen Wiedemann; mhtowns@mac.com; Paul M. Balson; Tefft, Stan
**Subject:** RE: 1)child psych and 2) conference call

Alan,
Dr. Coleman will be our child psychiatrist, and Dr. Griffin will be our all-purpose psychologist.   Phil tells me his neuropsychological examinations can be performed in "about half a day."  Chuck (Coleman) will be your MD, and will administer the child versions of the same battery as did Rick and I to the 16 year old.
The conference call time works for me.
I contacted the investigator Dr. Hayes suggested we use to speed up medical records acquisition:  I don't know whether you have agreed to work with him, but he is happy to be of immediate service.
Mark

---

**From:** Alan Fuchsberg [mailto:a.fuchsberg@fuchsberg.com]
**Sent:** Tuesday, May 27, 2008 2:22 PM
**To:** Townsend, Mark; rick@rickseymourlaw.net; Lawrence Wiedemann; Richard Weisler; Griffin, Phillip T.
**Cc:** Brian Gilbert (Office); Brian Gilbert (home); Karen Wiedemann; Tefft, Stan; Paul M. Balson; mhtowns@mac.com
**Subject:** RE:1)child psych and 2) conference call

Mark, I assume we should contact Dr Griffin, due to his availability as well as talent, over Dr Coleman—not both.

Mark, Rick & Rick, Larry, and Dr Griffin, as for my suggestion we conference, Mark Townsend said he can conference call from Phoenix tomorrow:  the best time would be between 2PM and 4PM Eastern. Therefore, can I suggest a one hr call at 2:30 pm EST, 1:30 pm CST?
Cc's are invited to join us.

Please confirm your availability.
Please use our conference call in number:

**US Toll-Free:**
 **1-866-846-3997**

**Participant Passcode:**
 **755834**

Thanks
Alan


Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
tel:  212 869-3500
fax:  212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

**From:** Townsend, Mark [mailto:MTowns@lsuhsc.edu]
**Sent:** Tuesday, May 27, 2008 3:08 PM
**To:** Alan Fuchsberg; rick@rickseymourlaw.net; Lawrence Wiedemann; Richard Weisler; Griffin, Phillip T.
**Cc:** Brian Gilbert (Office); Brian Gilbert (home); Karen Wiedemann; Tefft, Stan; Paul M. Balson; mhtowns@mac.com
**Subject:** Psychologist

All,
I have more good news.  Dr. Philip Griffin, section chief for LSU Psychology, has extensive experience in neuropsychological evaluation, and is happy to evaluate any individual—adolescent\child to the elderly.   He can do the evaluations as expeditiously as he and you require, and will send you his CV.
He can be reached by cell, as well as e-mail as above: 504 451-4323.
Mark