## Richard T. Seymour

| | |
|---|---|
| **From:** | Alan Fuchsberg [a.fuchsberg@fuchsberg.com] |
| **Sent:** | Thursday, June 12, 2008 12:47 PM |
| **To:** | Osofsky, Howard |
| **Cc:** | Townsend, Mark; RWeisler@aol.com; rick@rickseymourlaw.net; Brian Gilbert; Lawrence Wiedemann; Karen Wiedemann; Leslie Kelmachter |
| **Subject:** | RE: Dr. Howard Osofsky's participation in the Work Group |

Yes, we are excited that you are working on the project with Rick Weisler and Mark Townsend, covering the child and adolescent perspective. Please keep your work to what is needed at this stage as we need to watch our costs.

Your bill should be addressed to
Barge PLSC (Plaintiff's Litigation Steering Committee) and mailed or e-mailed c/o Wiedemann and Wiedemaan,
821 Baronne Street
New Orleans, LA 70113-1102

Sincerely
Alan



Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

-----Original Message-----
From: Osofsky, Howard [mailto:HOsofs@lsuhsc.edu]
Sent: Thursday, June 12, 2008 12:10 PM
To: Alan Fuchsberg
Cc: Osofsky, Howard
Subject: RE: Dr. Howard Osofsky's participation in the Work Group

Dear Alan:

Joy and I have been reviewing the material that Rick sent to us, working with Rick and Mark, and participating in the conference call. We are also planning to provide Rick with additional material as requested and will work together with him on further assessments preparation of the report and implementation strategies. In addition to the Child and Adolescent data, we will provide information related to police calls, EMT calls, and mortality figures to the extent that they are available. If you have additional thoughts, please let us know. We look forward to meeting you in the future.

Howard J. Osofsky, M. D.
Professor and Head

1

**Richard H. Weisler, M.D.  Deposition**
**Oct. 9, 2011                    Exhibit 25**

Carol D. Llull
Administrative Assistant
Office of Dr. Howard Osofsky
Chair of the LSUHSC Department
 of Psychiatry
Lions Eye Clinic
2020 Gravier Street--7th floor
New Orleans, LA  70112
Phone:  504/568-6004
Fax:  504/568-6006
cllull@lsuhsc.edu

-----Original Message-----
From: Alan Fuchsberg [mailto:a.fuchsberg@fuchsberg.com]
Sent: Tuesday, June 10, 2008 4:57 PM
To: Osofsky, Howard; Alan Fuchsberg; RWeisler@aol.com; Townsend, Mark
Subject: Re: Dr. Howard Osofsky's participation in the Work Group

Thank you for your e-mail.
I will get back to you tomorrow.

Alan L. Fuchsberg
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

-----Original Message-----
From: "Osofsky, Howard" <HOsofs@lsuhsc.edu>

Date: Tue, 10 Jun 2008 13:23:02
To:"Alan Fuchsberg" <a.fuchsberg@fuchsberg.com>,<RWeisler@aol.com>,"Townsend, Mark" <MTowns@lsuhsc.edu>
Subject: RE: Dr. Howard Osofsky's participation in the Work Group


Dear Alan:

Joy and I have been working together with Rick and Mark.  Rick and I had an excellent conversation last night. He sent more information for us to review and we will be providing additional data, including new data, that we all believe will be of help.

I gather that we should proceed with this effort. I assume that we should invoice to you for our time.

Howard J. Osofsky, M. D. Ph. D.
Professor and Chair
LSUHSC Department of Psychiatry

2