## Richard T. Seymour

**From:** Karen Wiedemann [karenwiedemann@bellsouth.net]
**Sent:** Tuesday, June 09, 2009 7:58 PM
**To:** rick@rickseymourlaw.net
**Subject:** Fw: 4th Barge Invoice
**Attachments:** BARGE CASE.xls

----- Original Message -----
**From:** Sherry Cofield
**To:** karenwiedemann@bellsouth.net
**Cc:** LDWIEDEMAN@aol.com ; bgilbert@briangilbertlaw.com ; rick@rickseymourlaw.net ; a.fuchsberg@fuchsberg.com
**Sent:** Tuesday, July 29, 2008 3:48 PM
**Subject:** FW: 4th Barge Invoice

Hi Karen,

Please cut two checks. Ten percent of the billing should go to the Triangle Community Foundation, 324 Blackwell St., Ste. 1220, Durham, NC 27701, tax id is 56-1380796 and earmark it to the Weisler Family Fund. The remaining 90 % plus any expenses should be paid to the practice.

Thanks,
Rick Weisler

Richard H. Weisler, MD,PA & Associates
700 Spring Forest Rd
Ste. 125
Raleigh, NC 27609
(O)919-872-5900
(F)919-872-5315
(emal)scofield@weislermd.com

Richard H. Weisler, M.D. Deposition
Oct. 9, 2011                    Exhibit 29

# Attachment B

## BARGE CASE

Case #                                        File #

### 7/7/08

| DEPOSITIONS / CASE ACTIVITY | EXPLANATION | REVIEW DATE | Actual Work Hours | AMOUNT |
|---|---|---|---|---|
| | Review | 5/16/2008 | 3.50 | $2,100.00 |
| | Research and literature reading | 5/17/2008 | 5.00 | $3,000.00 |
| | | 5/18/2008 | 3.50 | $2,100.00 |
| | **As of noon time** | 5/19/2008 | 4.00 | $2,400.00 |
| | **12:00 - 6:00 pm** | 5/19/2008 | 3.00 | $1,800.00 |
| | Research and literature reading | | | |
| | Review | 5/20/2008 | 2.50 | $1,500.00 |
| | | 5/21/2008 | 2.00 | $1,200.00 |
| | Interview preparation, obtaining scales, & developing study methods | 5/22/2008 | 4.50 | $2,700.00 |
| | Travel & scale/methods preparation for New Orleans interviews | 5/23/2008 | 7.00 | $4,200.00 |
| | New Orleans client evaluations and preparation | 5/24/2008 | 13.00 | $7,800.00 |
| | New Orleans client evaluations and preparation | 5/25/2008 | 15.00 | $9,000.00 |
| | Writing preparation | 5/26/2008 | 2.50 | $1,500.00 |
| | Review | 5/28/2008 | 8.50 | $5,100.00 |
| | | 5/29/2008 | 7.00 | $4,200.00 |
| | | 5/30/2008 | 7.50 | $4,500.00 |
| | | 5/31/2008 | 13.15 | $7,890.00 |
| | Writing, analyzing, reading & calling | 6/4/2008 | 6.50 | $3,900.00 |
| | Writing, analyzing, reading & calling | 6/5/2008 | 5.50 | $3,300.00 |
| | Writing, analyzing, reading & calling | 6/6/2008 | 3.50 | $2,100.00 |
| | Writing, analyzing, reading & calling | 6/7/2008 | 6.50 | $3,900.00 |
| | Writing, analyzing, reading & calling | 6/8/2008 | 13.00 | $7,800.00 |

| | | | |
|---|---|---|---|
| Review | 6/9/2008 | 7.50 | $4,500.00 |
| Research and literature reading | 6/10/2008 | 4.50 | $2,700.00 |
| | 6/11/2008 | 6.50 | $3,900.00 |
| | 6/12/2008 | 5.00 | $3,000.00 |
| | 6/13/2008 | 7.00 | $4,200.00 |
| | 6/14/2008 | 7.50 | $4,500.00 |
| | 6/15/2008 | 4.00 | $2,400.00 |
| | 6/16/2008 | 5.50 | $3,300.00 |
| | 6/17/2008 | 5.50 | $3,300.00 |
| Review | 6/23/2008 | 7.50 | $4,500.00 |
| | 6/24/2008 | 6.50 | $3,900.00 |
| | 6/25/2008 | 7.50 | $4,500.00 |
| | 626/2008 | 11.50 | $6,900.00 |
| | 6/27/2008 | 13.50 | $8,100.00 |
| | 6/28/2008 | 12.50 | $7,500.00 |
| | 6/29/2008 | 16.00 | $9,600.00 |
| | 6/30/2008 | 13.00 | $7,800.00 |
| | 7/1/2008 | 9.50 | $5,700.00 |
| | 7/2/2008 | 4.50 | $2,700.00 |
| Review | 7/3/2008 | 3.50 | $2,100.00 |
| | 7/4/2008 | 0.50 | $300.00 |
| | 7/5/2008 | 2.50 | $1,500.00 |
| | 7/6/2008 | 2.00 | $1,200.00 |
| | | **Subtotal Hrs** | **Subtotal** |
| | | **300.25** | **$180,090.00** |

| | | | |
|---|---|---|---|
| Review | 7/8/2008 | 2.25 | **$1,350.00** |
| | 7/9/2008 | 1.50 | **$900.00** |
| | 7/10/2008 | 3.50 | **$2,100.00** |
| | 7/11/2008 | 3.50 | **$2,100.00** |
| | 7/13/2008 | 4.00 | **$2,400.00** |
| | 7/16/2008 | 5.00 | **$3,000.00** |

| Date | Hours | Amount |
|---|---|---|
| 7/19/2008 | 6.25 | $3,750.00 |
| 7/23/2008 | 3.50 | $2,100.00 |
| 7/24/2008 | 2.50 | $1,500.00 |
| 7/25/2008 | 7.50 | $4,500.00 |
| 7/26/2008 | 7.00 | $4,200.00 |
| 7/27/2008 | 8.50 | $5,100.00 |
| 7/28/2008 | 5.50 | $3,300.00 |
| **Total Hrs** | **Total** | |
| 60.50 | $36,300.00 | |
| **Grand Total Hrs** | **Total Due** | |
| 360.75 | $216,390.00 | |

## RATE SUMMARY

| TYPE OF APPEARANCE /SERVICE | CHARGES | CHARGE FOR ADDITIONAL 15 MIN OR PART THEREOF |
|---|---|---|
| Court Appearance and/or Preparation | $ 3,500 / half day or $ 700 hr portal to portal | N/A |
| Deposition and/or Preparation | $ 600 / hr | 5/29/1900 |
| Medical/Legal Conference | $ 600 / hr | 5/29/1900 |
| Review of Records | $ 600 / hr | 5/29/1900 |

Page 3

30-Jun-08

Re:

    CvS 1734   File# 013396 / 22544

Dear

We are submitting this invoice for time spent on this case.
Please see the attached invoice with charges relative to Case# 05 CvS 1734.
File No. 013396/22544. Your prompt assistance in this matter is greatly
appreciated. Please feel free to give me a call with any questions
you may have.

Sincerely,

Sherry Cofield
Practice/Research Manager