## SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

H. PAUL SIMON
FRANK J. PERAGINE
GUY W. SMITH
ROBERT L. REDFEARN
THOMAS R. BLUM
H. BRUCE SHREVES
JAMES A. BURTON
CHRISTOPHER M. GUIDROZ^AA
DANIEL J. CARUSO
THOMAS J. FISCHER
JAY H. KERN
STEVEN A. JACOBSON
KENNETH R. BOWEN
HERMAN C. HOFFMANN, JR.
SUSAN B. KOHN
JOHN F. SHREVES*^
ROBERT L. REDFEARN, JR.‡**
DENISE C. PUENTE
DOUGLAS W. REDFEARN

*BOARD CERTIFIED
 TAX ATTORNEYS
^BOARD CERTIFIED ESTATE PLANNING
 AND ADMINISTRATION SPECIALIST
^AA A PROFESSIONAL LAW CORPORATION

COUNSELLORS AT LAW
30TH FLOOR – ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS 70163-3000

TELEPHONE (504) 569-2030
FACSIMILE (504) 569-2999
INTERNET:
HTTP://WWW.SPSR-LAW.COM

December 12, 2008

DAVID F. BIENVENU
M. DAVIS READY
DOUGLAS R. KINLER
MICHAEL D. HAROLD**
BETTY F. MULLIN
WILLIAM M. BLACKSTON
ANDREW C. WILSON
SUSAN F. CLADE
M. CLAIRE DURIO
SUSAN M. CARUSO
JAMES R. GUIDRY
APRIL A. MCQUILLAR
CHARLES E. RILEY, III**
JOSHUA M. HUDSON
CHRISTOPHER B. CONLEY
DOUGLASS F. WYNNE
SHANNON H. HUBER

OF COUNSEL
DONALD J. BRANNAN

**ALSO ADMITTED IN MISSISSIPPI
‡ALSO ADMITTED IN TEXAS

### Via Telecopier and By U.S. Certified Mail, Return Receipt Requested

**Via Telecopier 581-4336**
Brian A. Gilbert, Esq.
Law Office of Brian A. Gilbert, P.L.C.
821 Barone Street
New Orleans, LA. 70113

**Via Telecopier 835-2401**
Patrick J. Sanders, Esq.
3316 Ridgelake Drive
Suite 100
Metairie, LA. 70002

**Via Telecopier: 212-227-5159**
Lawrence A. Wilson, Esq.
David W. Drucker, Esq.
Wilson, Grochow, Druker & Nolet
Woolworth Building
233 Broadway, 5th Floor
New York, NY 20279-0003

**Via Telecopier 581-4336**
Lawrence D. Wiedemann Esq.
Karl M. Wiedemann, Esq.
Karen M. Wiedemann, Esq.
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, LA. 70113

**Via Telecopier: 1-800-805-1065 or
                  202-828-4130**
Richard T. Seymour, Esq.
Law Office of Richard T. Seymour,
P.L.L.C.
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036-4129

**Via Telecopier: 212-398-1532**
Alan L. Fuchsberg, Esq.
Leslie Kelmachter, Esq.
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue, 45th Floor
New York, NY 10110-002

Richard H. Weisler, M.D. Deposition
Oct. 9, 2011
Exhibit 30

**Attachment C**

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

All Counsel of Record
December 12, 2008
Page 2


**Via Telecopier: 213-596-6010**
Shawn Khorrami, Esq.
Khorrami, Pollard, and Arbir, LLP
444 S. Flower Street, Floor 33
Los Angeles, CA 90071


    Re:    *In Re: Katrina Canal Breaches Litigation*, CA No. 05-04182 (SRD/JCW)/ c/w
              *Mumford v. Ingram Barge Company, et al*, CA No. 05-057204
              Barge Plaintiffs' Litigation Steering Committee: Outstanding Expert Fees
              **Open Account**
              Our File No.: 50182-001

Dear Counsel:

    We have recently been retained to represent the interests of psychiatrists, Dr. Richard H. Weisler and Dr. Mark H. Townsend, who were hired as experts by the Barge Plaintiffs' Litigation Steering Committee ("Barge PLSC") in connection with the captioned litigation. Their efforts involved:

(1) the development of a medically sound and legally defensible protocol for their intensive individual patient evaluations of 11 of the Plaintiffs/Claimants in this litigation;
(2) the analysis of evaluations, test results, and applicable medical/scientific literature;
(3) the coordination of the efforts of several other consultants;
(4) the preparation and delivery of a comprehensive expert report to be made available to the Barge PLSC, the Court and opposing counsel for the purposes of this litigation; and
(5) extensive preparation for a deposition that never took place.

    Despite having performed all of the tasks requested of them by the Barge PLSC, they have never been fully compensated.

    After reviewing the e-mails sent and received by Dr. Weisler and Dr. Townsend to and from the Barge PLSC, we have confirmed that each of you and each of your law firms have all actively participated as members of the Barge PLSC. We also have confirmed that you have all directly and/or indirectly communicated with and/or instructed both Dr. Weisler and Dr.

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

All Counsel of Record
December 12, 2008
Page 3

Townsend in their efforts at various points in time. More specifically, from the date they were originally retained on May 16, 2008 in a telephone call from Alan L. Fuchsberg as confirmed by a subsequent exchange of e-mails with him and other members of the PLSC, until August 12, 2008, when Dr. Weisler's scheduled deposition in New Orleans was belatedly canceled, and Dr. Weisler and Dr. Townsend were told by e-mail to cease further efforts in this litigation, these psychiatrists were in near constant contact by both telephone and e-mail with you.

More specifically, as you know, from May 16, 2008 through June 30, 2008, Dr. Weisler and Dr. Townsend worked at the specific request of the Barge PLSC to develop a more efficient mass mental health diagnostic, screening, and treatment protocol for potentially thousands of plaintiffs if class certification occurred. Next, Dr. Weisler and Dr. Townsend were initially told to prepare a massive report for the litigation in less than one month's time before a brief court extension, working weekends and holidays to meet the Court's deadline. Finally, following the production of their comprehensive expert report, Dr. Weisler was also specifically instructed by multiple Barge PLSC attorneys repeatedly from early July 2008 until he received an email on the afternoon of August 12, 2008 from Mr. Gilbert, to prepare for a full day of extensive deposition preparation in anticipation of an intensive deposition in August 2008 regarding his and the team's several thousand pages of clinical findings, recommendations, and the expert report with attachments.

Significantly, you are no doubt aware that at any point in time, Drs. Weisler and Townsend would have immediately ceased their work had any of the Barge PLSC attorneys conveyed to them verbally or in writing that they should do so, as Mr. Gilbert finally did on August 12, 2008. There was every opportunity to do so, as Drs. Weisler and Townsend had shared in person and/or by telephone and email their primary findings with multiple PLSC attorneys (Fuchsberg, Seymour, Gilbert, and Larry Wiedemann) shortly after their evaluations of the plaintiff claimants in late May and early June, 2008. In addition, some of you were still having some of the Plaintiffs/Claimants complete psychological evaluations with Dr. Phil Griffin for Dr. Weisler and Townsend to use as late as August 2008. You should also note that estimates of the hours both experts had worked and the hourly rates of Drs. Weisler and Townsend were also clearly listed in Attachment 16 of Dr. Weisler's expert witness report of June 30, 2008, well before the eventual deposition preparation. Consequently, the extent of their efforts and cost of some should have come as no surprise to any of you.

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

All Counsel of Record
December 12, 2008
Page 4

      To date, Dr. Weisler and Dr. Townsend have sent several invoices to the designated address for the Barge PLSC at the Wiedemann & Wiedemann and Khorrami, Pollard, and Abir law firms as requested, but these invoices, which constitute an Open Account under applicable Louisiana law[1], remain unpaid. These invoices as well as Dr. Weisler's final invoice, all of which are attached, reflect the following amounts are still owed:

### Invoices of Dr. Townsend

| | | |
|---|---|---|
| June 13, 2008 | | $21,300 |
| August 13, 2008 | [5/14/08-6/30/08] | $31,140 |
| Dr. Townsend Subtotal | | $52,440 |

### Invoices of Dr. Weisler

| | | |
|---|---|---|
| August 8, 2008 update of earlier 7/28/08 invoice | [5/14/08-7/28/08] | $222,390 |
| December 2, 2008 submitted with this letter | [8/01/08-8/15/08] | $ 46,950 |
| Dr. Weisler Subtotal | | $269,400 |
| **Total** | | **$321,840** |

      At this late date, it is unclear why these invoices should remain unpaid. This is particularly so where we note from the representations set forth on many of your respective websites, that your efforts in other litigation have often resulted in multi-million dollar recoveries. Further, we note in your initial Motion to Certify the Class and Subclasses, to Appoint Class Counsel, and to Approve Plaintiffs' Proposed Trial Plan filed on May 15, 2008 as well as the amended version of that Motion filed on September 29, 2008, that in seeking to have the Barge PLSC appointed as "Class Counsel", you have represented to the Court, pursuant to FRCP Rule 23(g)(1)(A)(iv), that you all have appropriate "resources" to fulfill the role of Class Counsel. Finally, we note that in your Witness and Exhibit List of November 20, 2008, you have listed "mental health expert(s)" as witnesses generally, but more specifically, you have listed as exhibits the *curricula vitae* of both Dr. Townsend and Dr. Weisler, suggesting to the Court and opposing counsel that you intend to call them as witnesses, and, that you intend further use of their comprehensive report beyond the purposes it has served already. All these facts, taken together, suggest that you should be in a position to pay these two experts in full at this time.

      In any event, as these invoices are long overdue, and since Dr. Weisler and Dr. Townsend have repeatedly communicated with you by email and telephone over the past few months requesting payment in full on numerous occasions to no avail, they now seek immediate

---

[1] Louisiana Open Account Statute, La. R.S. 9:2781, et seq.

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

All Counsel of Record
December 12, 2008
Page 5

payment. Accordingly, unless immediate payment is received within the next 10 days, or, alternatively, a payment plan is arranged within that same timeframe, we have been instructed to intervene in the captioned litigation to recoup these amounts from any recovery had by the Plaintiffs, and/or to file a third-party complaint, incidental demand, and/or separate litigation against your firms and you individually, seeking to recover these outstanding amounts as well as costs, interest and attorney's fees, all of which are available under the Louisiana Open Account Statute. We hope this will not be necessary and ask that you please contact us as soon as possible to make the necessary payment arrangements.

We look forward to hearing from you shortly, and with kind regards, I remain

Very truly yours,

Andrew C. Wilson

ACW/cbm
Attached Invoices
    Dr. Mark Townsend Invoice 6/13/08 - $21,300.00
    Dr. Richard Weisler Invoice Dated – 8/8/08 $222,390.00
    Dr. Mark Townsend Invoice Dated 8/13/08 - $31,140.00
    Dr. Richard Weisler Invoice Dated 12/2/08 - $43,950.00