# BARGE CASE

**Hours through 7/28/08 updated**            Case #            File #

| DEPOSITIONS / CASE ACTIVITY EXPLANATION | REVIEW DATE | Actual Work Hours | AMOUNT |
|---|---|---|---|
| Review | 5/16/2008 | 3.50 | $2,100.00 |
| Research and literature reading | 5/17/2008 | 5.00 | $3,000.00 |
| | 5/18/2008 | 3.50 | $2,100.00 |
| As of noon time 12:00 - 6:00 pm | 5/19/2008 | 4.00 | $2,400.00 |
| Research and literature reading | 5/19/2008 | 3.00 | $1,800.00 |
| Review | 5/20/2008 | 2.50 | $1,500.00 |
| Review | 5/21/2008 | 2.00 | $1,200.00 |
| Interview preparation, obtaining scales, & developing study methods | 5/22/2008 | 4.50 | $2,700.00 |
| Travel & scale/methods preparation for New Orleans interviews | 5/23/2008 | 7.00 | $4,200.00 |
| New Orleans client evaluations and preparation | 5/24/2008 | 13.00 | $7,800.00 |
| New Orleans client evaluations and preparation | 5/25/2008 | 15.00 | $9,000.00 |
| Writing preparation | 5/26/2008 | 2.50 | $1,500.00 |
| Review and meeting with Drs.Townsend and Haye | 5/29/2008 | 8.50 | $5,100.00 |
| Review and meeting with Dr. Sheehan | 5/30/2008 | 7.00 | $4,200.00 |
| Review and planning | 5/31/2008 | 7.50 | $4,500.00 |
| Client interviews and data collection and analysis | 6/1/2008 | 13.15 | $7,890.00 |
| Data review, analysis, and meeting with B. Gilbert | 6/2/2008 | 10.00 | $6,000.00 |
| Writing, analyzing, reading & calling | 6/4/2008 | 6.50 | $3,900.00 |
| Writing, analyzing, reading & calling | 6/5/2008 | 5.50 | $3,300.00 |
| Writing, analyzing, reading & calling | 6/6/2008 | 3.50 | $2,100.00 |
| Writing, analyzing, reading & calling | 6/7/2008 | 6.50 | $3,900.00 |
| Writing, analyzing, reading & calling | 6/8/2008 | 13.00 | $7,800.00 |

# Attachment E

Richard H. Weisler, M.D. Deposition
Oct. 9, 2011            Exhibit 38

| Task | Date | Hours | Amount |
|---|---|---|---|
| Review, research, and writing | 6/9/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/10/2008 | 4.50 | $2,700.00 |
| Review, research, and writing | 6/11/2008 | 6.50 | $3,900.00 |
| Review, research, and writing | 6/12/2008 | 5.00 | $3,000.00 |
| Review, research, and writing | 6/13/2008 | 7.00 | $4,200.00 |
| Review, research, and writing | 6/14/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/15/2008 | 4.00 | $2,400.00 |
| Review, research, and writing | 6/16/2008 | 5.50 | $3,300.00 |
| Review, research, and writing | 6/17/2008 | 5.50 | $3,300.00 |
| Review, research, and writing | 6/23/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 6/24/2008 | 6.50 | $3,900.00 |
| Review, research, and writing | 6/25/2008 | 7.50 | $4,500.00 |
| Review, research, and writing | 626/2008 | 11.50 | $6,900.00 |
| Review, research, and writing | 6/27/2008 | 13.50 | $8,100.00 |
| Review, research, and writing | 6/28/2008 | 12.50 | $7,500.00 |
| Review, research, and writing | 6/29/2008 | 16.00 | $9,600.00 |
| Review, research, and writing | 6/30/2008 | 13.00 | $7,800.00 |
| Review, research, and writing | 7/1/2008 | 9.50 | $5,700.00 |
| Review, research, and writing | 7/2/2008 | 4.50 | $2,700.00 |
| Review, research, and writing | 7/3/2008 | 3.50 | $2,100.00 |
| Review | 7/4/2008 | 0.50 | $300.00 |
| Review | 7/5/2008 | 2.50 | $1,500.00 |
| Review | 7/6/2008 | 2.00 | $1,200.00 |
|  |  | Subtotal Hrs | Subtotal |
|  |  | 310.25 | $186,090.00 |
| Data and literature review for deposition preparati | 7/8/2008 | 2.25 | $1,350.00 |
| Data and literature review for deposition preparati | 7/9/2008 | 1.50 | $900.00 |
| Data and literature review for deposition preparati | 7/10/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparati | 7/11/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparati | 7/13/2008 | 4.00 | $2,400.00 |
| Data and literature review for deposition preparati | 7/16/2008 | 5.00 | $3,000.00 |

| | | | |
|---|---|---|---|
| Data and literature review for deposition preparati | 7/19/2008 | 6.25 | $3,750.00 |
| Data and literature review for deposition preparati | 7/23/2008 | 3.50 | $2,100.00 |
| Data and literature review for deposition preparati | 7/24/2008 | 2.50 | $1,500.00 |
| Data and literature review for deposition preparati | 7/25/2008 | 7.50 | $4,500.00 |
| Data and literature review for deposition preparati | 7/26/2008 | 7.00 | $4,200.00 |
| Data and literature review for deposition preparati | 7/27/2008 | 8.50 | $5,100.00 |
| Data and literature review for deposition preparati | 7/28/2008 | 5.50 | $3,300.00 |
| | | **Total Hrs** | **Total** |
| | | 60.50 | $36,300.00 |
| | | **Grand Total Hr** | **Total Due** |
| | | 360.75 | $222,390.00 |

## RATE SUMMARY

| TYPE OF APPEARANCE /SERVICE | CHARGES | CHARGE FOR ADDITIONAL 15 MIN OR PART THEREOF |
|---|---|---|
| Court Appearance and/or Preparation | $ 3,500 / half day or $ 700 hr portal to portal | N/A |
| Deposition and/or Preparation | $ 600 / hr | $150 |
| Medical/Legal Conference | $ 600 / hr | $150 |
| Review of Records | $ 600 / hr | $150 |

Reimburse for all travel related expenses for client evaluations and depositions