# BARGE CASE

Final Invoice Date: 12/02/08

Additional hours through 8/01/08 – 08/15/08

| Date | Hours | Explanation | Amount |
|---|---|---|---|
| 8/1/08 | 8.5 | Review and proofing of plaintiff evaluations, scales with corrections noted | $5,100.00 |
| 8/2/08 | 9.5 | Review and proofing of plaintiff evaluations, scales with corrections noted | $5,700.00 |
| 8/3/08 | 7.0 | Review and proofing of plaintiff evaluations, scales with corrections noted | $4,200.00 |
| 8/4/08 | 3.5 | Review and proofing of plaintiff evaluations, scales with corrections noted | $2,100.00 |
| 8/8/09 | 6.5 | Disaster and Medical Literature review for deposition preparation | $3,900.00 |
| 8/9/08 | 7.0 | Disaster and Medical Literature review for deposition preparation | $4,200.00 |
| 8/10/08 | 7.5 | Disaster and Medical Literature review, as well as deposition and Teleconference call preparation | $4,500.00 |
| 8/11/08 | 4.5 | Disaster and Medical Literature review and deposition | $2,700.00 |
| 8/12/08 | 3.0 | Deposition preparation review prior to notification of cancellation | $1,800.00 |
| 8/14/08 | 8.0 | Canceled patients because deposition being canceled at the last minute | $4,800.00 |
| 8/15/08 | 8.0 | Because of missed work opportunity | $4,800.00 |

**Total Hours: 73**

$150 cancellation fee for US Air flight bought for travel to 8/14/08 deposition     $150.00

**Amount Due: $43,950.00**

**Richard H. Weisler, M.D. Deposition**
Oct. 9, 2011           **Exhibit 33**

**Attachment G**