Barge PSLC

821 Baronne Street

New Orleans, LA 70113

To Whom It May Concern:

This in an invoice for professional services for Mark H. Townsend, MD, a full-time LSUHSC faculty member. This represents the first interim invoice for his work.

Dr. Townsend performed the following services, all at $600/hr:

1. May 19 2008 conference call with claimant's attorneys 1.0 hrs     $ 600.00

2. May 21 2008 conference call with claimant's attorneys 1.0 hrs     $ 600.00

3. May 24 2008 class representative psychiatric evaluations

    8AM-7PM at 3450 Chestnut St., New Orleans, LA 11.0 hrs     $6,600.00

4. May 25 2008 class representative psychiatric evaluations

    7:30AM-2PM at 3450 Chestnut St., New Orleans, LA 6.5 hrs     $3,900.00

5. May 28 2008 phone call with Mr. Alan Fuchsberg .25 hrs     $ 150.00

6. May 29 2008 meeting with Drs. Weisler and Hayes to review and

    discuss psychiatric evaluations, Phoenix, AZ 2.0 hours     $1,200.00

7. June 1 2008 class representative psychiatric evaluations,

    follow-up, and report preparation with Dr. Weisler

    8AM-7PM, 3450 Chestnut Street, New Orleans, LA, 11.0 hrs     $6,600.00

8. June 2 2008 meeting with Mr. Brian Gilbert and Dr. Weisler, and

    conference call with Mr. Richard Seymour at 821 Baronne St.,

    New Orleans, LA, 2.25 hrs     $1,350.00

9. June 6 2008 conference call with Dr. Weisler and Mr. Seymour

    0.5 hrs     $ 300.00

Total     $ 21,300.00

**Richard H. Weisler, M.D.** Deposition     **Attachment D**
Oct. 9, 2011     Exhibit 31

Please the sum of $21,300 to XXXX at your earliest opportunity.

Sincerely,

Stan Tefft