## SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

H. PAUL SIMON
FRANK J. PERAGINE
GUY W. SMITH
ROBERT L. REDFEARN
THOMAS R. BLUM
H. BRUCE SHREVES
JAMES A. BURTON
CHRISTOPHER M. GUIDROZ^^
DANIEL J. CARUSO
THOMAS J. FISCHER
JAY H. KERN
STEVEN A. JACOBSON
KENNETH R. BOWEN
HERMAN C. HOFFMANN, JR.
SUSAN B. KOHN
JOHN F. SHREVES°^
ROBERT L. REDFEARN, JR.‡°°
DENISE C. PUENTE

°BOARD CERTIFIED
 TAX ATTORNEYS
^BOARD CERTIFIED ESTATE PLANNING
 AND ADMINISTRATION SPECIALIST
^^ A PROFESSIONAL LAW CORPORATION

COUNSELLORS AT LAW
30TH FLOOR - ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS 70163-3000

TELEPHONE (504) 569-2030
FACSIMILE (504) 569-2999
INTERNET:
HTTP://WWW.SPSR-LAW.COM

February 4, 2009

DOUGLAS W. REDFEARN
DAVID F. BIENVENU
M. DAVIS READY
DOUGLAS R. KINLER
MICHAEL D. HAROLD°°
BETTY F. MULLIN
WILLIAM M. BLACKSTON
ANDREW C. WILSON
SUSAN F. CLADE
M. CLAIRE DURIO
SUSAN M. CARUSO
JAMES R. GUIDRY
APRIL A. MCQUILLAR
CHARLES E. RILEY, IV°°
JOSHUA M. HUDSON
SHANNON H. HUBER

OF COUNSEL
DONALD J. BRANNAN

°°ALSO ADMITTED IN MISSISSIPPI
‡ ALSO ADMITTED IN TEXAS

**By Hand and E-mail**
Brian A. Gilbert, Esq.
Law Office of Brian A. Gilbert, P.L.C.
821 Barone Street
New Orleans, LA. 70113

Re:  *In Re: Katrina Canal Breaches Litigation*, CA No. 05-04182
     (SRD/JCW)/ c/w *Mumford v. Ingram Barge Company, et al*, CA No.
     05-057204
     Barge Plaintiff's' Litigation Steering Committee: Outstanding Expert
     es
     **Open Account**
     Our File No.: 50182-001

Dear Brian:

As promised, Dr. Weisler has spent considerable time gathering contemporaneous documentation for support of his billing/invoices to date. Per your request, he has also added additional details to his invoice which he has now reissued and has generated a summary of his activity to facilitate your understanding of his role and the scope of the services he provided.

Accordingly, enclosed are the following:

1. Revised invoice dated February 3, 2009;
2. Summary of Activity in Narrative Form;
3. A bibliography of the research materials which Dr. Weisler read or relied upon, or to which he referred in connection with the preparation of the comprehensive report provided on June 30, 2008, as well as additional materials he reviewed in anticipation of his scheduled deposition;
4. Subject Line Index/Table of Contents for contemporaneous e-mails evidencing his activity;

Richard H. Weisler, M.D.  Deposition
Oct. 9, 2011              Exhibit 35              **Attachment I**

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

Brian A. Gilbert, Esq.
February 4, 2009
Page 2

     5.    Contemporaneous time entry activity; and
     6.    Travel vouchers/expense items.

As this information is hardly unfamiliar to you and other members of the BPSLC, w trust that you will be able to review this information quickly and on an immediate basis, as Dr. Weisler's present intention is to file suit by the end of this week in Federal Court here in New Orleans if payment arrangements cannot be finalized.

Should you have any questions or require any additional information or documentation concerning Dr. Weisler's efforts, please let us know.

With kind regards, I remain

Very truly yours,

Andrew C. Wilson

ACW/cbm
Enclosure