**Sherry Cofield**

From: RWeisler@aol.com
Sent: Tuesday, May 27, 2008 7:09 AM
To: mbrown@weislermd.com; scofield@weislermd.com
Subject: Barge case billing to be added to previous hours and then billed

| Date | Hours | Description |
|---|---|---|
| 5/22/08 | 4.5 hours | Interview preparation, obtaining scales, and developing study methods |
| 5/23/08 | 7 hours | Travel and scale/methods preparation for New Orleans interviews |
| 5/24/08 | 13 hours | New Orleans Client evaluations and preparation |
| 5/25/08 | 15 hours | New Orleans Client evaluations, preparation, and travel |
| 5/26/08 | 2.5 hours | writing preparation |

Plus flight from Grand Rapids to New Orleans and return to RDU
One night at W Hotel in New Orleans
One night at Sheraton Hotel in New Orleans
Taxis
Parking at RDU
Meals while traveling

42

Get trade secrets for amazing burgers. Watch "Cooking with Tyler Florence" on AOL Food.

---

[handwritten notes:]

AS 0b
5-19-08
5-16-08 Fri — 3½ hrs
5-17-08 Sat — 5 hrs
5-18-08 Sun — 3½ hrs
5-19-08 Mon  4 hrs - noon  as 08
            -3 hrs - @ 12:00 (apx)

Legal Time: Barge Case

5-20-08  2½ hrs   13.5   Lilly
5-21-08  2 hrs

## Attachment N



Richard H. Weisler, M.D.  Deposition
Oct. 9, 2011                Exhibit 41

Feb. 4. 2009 9:55AM                                                                No. 6656  P. 3

| | |
|---|---|
| Subj: | Re: IMPORTANT - Barge Cases: Interview Schedule and Contact Information, May 24 |
| Date: | 5/26/2008 5:41:23 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | MTowns@lsuhsc.edu |
| CC: | rick@rickseymourlaw.net, ldwiedeman@aol.com, a.fuchsberg@fuchsberg.com, RWeisler@aol.com, karenwiedemann@bellsouth.net, pistols42@aol.com |

Please send them to Karen Wiedemann, 821 Baronne Street, NOLA 70113. Thanks to you and your colleagues for your time and effort.

Townsend, Mark wrote:

> Brian,
> Memorial Day is not a holiday for the med school, which might surprise most Northerners, so I'm seeing patients and of course planning for the next phase of interviews. I am lining up a child psychiatrist and psychologist for you to contact, and will be working with my assistant tomorrow to organize the data that Dr. Weisler and I have obtained.
>
> I want to stay current with all of you, as I have purchased office supplies and related materials, and Dr. Weisler and I have spent several hours working on the project.
>
> Where should our office manager Stan Tefft, and for that matter Dr. Weisler's people, send invoices for our work?
> Many thanks,
> Mark

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 269.24.1/1466 - Release Date: 5/25/2008 6:49



(7) Feb. 4, 2009 9:55AM from Kirk Wrigler to Karolina Ball dated No. 66565. P. 4 (margin unclear) with corrected dates. e.g. 2/4/09

5/28 - 7.0 Barge
5/29 - 8.5
5/30 - 7.5
5/31 - 13 (travel)
(total)

Prior errors by 1 day 36

5/29 Thurs  7.0
5/28 Fri    8.5
5/30 Sat    7.5  Barge
5/31 Sunday 13.00 including travel

36.25

Date errors by 1 day

35

7/1  9.5 ✓       Barge
7/2  4.5 ✓  14

1/27

6/24  11.5
6/25   7.5
6/24   6.5
6/23   7.5

6/30 -
1:3 AM - 2 HRS Barge
0:1 PM   13
Changes not included in 7/1/1 total

3.5   7/3
 .5   7/4
2.5   7/5
2.    7/6

8.5

Subj:  Re: PHONE CONVERSATION TODAY (8/8) Weisler Barge case
Date:  8/8/2008
To:    KBall@kpalawyers.com
CC:    scofield@weislermd.com

Karolina,

I have attached an updated invoice through 7-28-08 that includes 6/2/08 hours spent in New Orleans and corrected dates for 5/29/08 through 6/1/08. I have some other hours since then for deposition preparation and teleconferences that I can send you Monday when I am back in town. I also have to book my flights allow time next week for additional deposition preparation, meeting with the attorneys, and my deposition. I need to talk to Shawn today so I can get resolution on this issue before the deposition.

Best wishes and thanks for your assistance,

Rick Weisler  919 616-4704

In a message dated 8/8/2008 3:04:59 P.M. Eastern Daylight Time, KBall@kpalawyers.com writes:

| 213) 596-6539

Feb. 4. 2009 9:56AM                                                                 No. 6656   P. 6

**Sherry Cofield**

From:    RWeisler@aol.com
Sent:    Monday, June 09, 2008 12:33 AM
To:      scofield@weislermd.com
Subject: Barge case hours writing, analyzing, reading, and

| Date    | Hours      |
|---------|------------|
| 6/4/08  | 6.5 hours  |
| 6/5/08  | 5.5 hours  |
| 6/6/08  | 3.5 hours  |
| 6/7/08  | 6.5 hours  |
| 6/8/08  | 13.0 hours |



Please see accompanying FULL PRESCRIBING INFORMATION, including Boxed WARNING.

Get trade secrets for amazing burgers. Watch "Cooking with Tyler Florence" on AOL Food.



Please see accompanying FULL PRESCRIBING INFORMATION including Boxed WARNING.

Please see accompanying Prescribing Information.

Feb. 4. 2009  9:56AM                                                                          No. 6656   P. 7

**Sherry Cofield**

| | |
|---|---|
| From: | RWeisler@aol.com |
| Sent: | Wednesday, June 18, 2008 10:22 AM |
| To: | scofield@weislermd.com |
| Subject: | Barge case hours 6/9-6/17 updated |

| | |
|---|---|
| 6/9/08 | 7.5 hours |
| 6/10/08 | 4.5 hours |
| 6/11/08 | 6.5 hours |
| 6/12/08 | 5.0 hours |
| 6/13/08 | 7.0 hours |
| 6/14/08 | 7.5 hours |
| 6/15/08 | 4.0 hours |
| 6/16/08 | 5.5 hours |
| 6/17/08 | 5.5 hours |

53.

Gas prices getting you down? Search AOL Autos for fuel-efficient used cars.

VENLAFAXINE HCl
**EFFEXOR XR**

Barge case

6/27  13½   Fri
6/28  12½   Sat
6/29  16 hrs  Sunday
       4 HRS  4/2

7/1/2008

## Sherry Cofield

**From:** RWeisler@aol.com
**Sent:** Sunday, July 20, 2008 12:10 PM
**To:** scofield@weislermd.com
**Cc:** RWeisler@aol.com
**Subject:** Additional Barge hours for 7-7-08 and 7-10 thru 7-19-08

Please add 3.5 hours for Monday 7/7/08 and verify Holiday work hours. Add 5.25 hours on 7/10/08 and 3.5 hours on 7/11/08. Add 4 hours for 7/13/08.Add 5 hours on 7/16/08. Add 6.25 hours on 7/19/08  Thanks

Get fantasy football with free live scoring. Sign up for FanHouse Fantasy Football today.

**Sherry Cofield**

**From:** RWeisler@aol.com
**Sent:** Tuesday, July 29, 2008 2:15 PM
**To:** scofield@weislermd.com
**Subject:** Barge hours 7-25 thru 7-28-08

7/25/08  7.5 hours
7/26/08  7.0 hours
7/27/08  6.5 hours
7/28/08  5.5 hours

Get fantasy football with free live scoring. Sign up for FanHouse Fantasy Football today.

## Sherry Cofield

**From:** Sherry Cofield [scofield@weislermd.com]
**Sent:** Tuesday, July 29, 2008 4:48 PM
**To:** 'karenwiedemann@bellsouth.net'
**Cc:** 'LDWIEDEMAN@aol.com'; 'bgilbert@briangilbertlaw.com'; 'rick@rickseymourlaw.net'; 'a.fuchsberg@fuchsberg.com'
**Subject:** FW: 4th Barge Invoice

Hi Karen,

Please cut two checks. Ten percent of the billing should go to the Triangle Community Foundation, 324 Blackwell St., Ste. 1220, Durham, NC 27701, tax id is 56-1380796 and earmark it to the Weisler Family Fund. The remaining 90 % plus any expenses should be paid to the practice.

Thanks,
Rick Weisler

Richard H. Weisler, MD,PA & Associates
700 Spring Forest Rd
Ste. 125
Raleigh, NC 27609
(O)919-872-5900
(F)919-872-5315
(emal)scofield@weislermd.com

2/2/2009