# RICHARD H. WEISLER, M.D.
**700 Spring Forest Road**
**Suite 125**
**Raleigh, North Carolina 27609**

## CURRICULUM VITAE
**Revised  4-21-08**

## PERSONAL DATA

| | |
|---|---|
| **NAME:** | RICHARD H. WEISLER, M.D. |
| **BORN:** | JANUARY 30, 1951,<br>GREENSBORO, NORTH CAROLINA |
| **OFFICE ADDRESS:** | 700 Spring Forest Road, Suite 125<br>Raleigh, North Carolina 27609<br>(919) 872-5900 |
| **MARITAL STATUS**: | MARRIED; THREE CHILDREN |
| **LICENSURE:** | Licensed North Carolina Board of Medical Examiners: 21381<br>Certification, American Board of Psychiatry: 1982<br>DEA Registration: AW 807 0346 |

## EDUCATION

Tulane University, New Orleans, Louisiana   1969-1970, 1971-1972
BS Cum Laude with departmental honors with distinction in psychology, minors in economics and chemistry.

University of Glasgow, Glasgow, Scotland   1970-1971
Junior year abroad program.  Honors in social psychology and political economy.

University of Nairobi and  secondary schools in Kenya, Spring, 1971
Cross-cultural research on future aspirations of children and family and ethnic structure.

University of North Carolina, Chapel Hill, North Carolina   1973-1976
M.D., Honors senior year

## FELLOWSHIPS / SCHOLARSHIPS

U.S. Junior Public Health Fellowship, Summer of 1974.
Worked as assistant to Dr. Sarah Morrow in the Guilford County Health Department.

North Carolina Medical Foundation Scholarship, Spring of 1975.
Worked in Washington, D.C. with Congressman Richardson Preyer and Paul

Rogers on Health Subcommittee on clean air issues and health insurance for unemployed citizens.

## PROFESSIONAL TRAINING

Psychiatry Residency, University of North Carolina, Chapel Hill, North Carolina and Dorothea Dix Hospital, January 1977-June 1980

Senior Resident, outpatient psychiatry clinic, North Carolina Memorial Hospital, March 1979-February 1980.

I coordinated the services of more than thirty residents and thirty psychologists, social workers, and medical students. Co-chaired the multi-disciplinary treatment conference where all referrals and new patients were reviewed and matched for optimal treatment modality and therapist. I co-taught with Roger Spencer, M.D. the year-long course for second year psychiatry residents on diagnostic and treatment interviewing. I helped supervise all medical students and many of the residents in the outpatient clinic on case management.

Senior Resident, inpatient psychiatry, North Carolina Memorial Hospital, January 1980-June 1980. Assist Seymour Halleck, M.D. in running an eighteen-bed acute inpatient ward. Conduct team meetings and supervise all residents, psychology interns, and students.

Consult-liaison psychiatrist for eighteen family practice and eight internal medicine residents at Moses Cone Hospital in Greensboro, North Carolina, 1979-1980.

Supervised by Dr. Morris Lipton on psychopharmacology and treatment, 1978-1980.

Personal psychoanalysis by Dr. Charles Keith, a training and supervisory analyst, with the University of North Carolina-Duke University Psychoanalytic Program.

Psychiatric consultant at the IBM Medical Unit in the Research Triangle Park, North Carolina, with William Hollister, M.D., 1980.

Medical Internship consisting of four months of in- and out-patient medicine and neurology at Dorothea Dix Hospital and one month of family practice and emergency medicine at New Hanover Hospital in Wilmington, North Carolina.

## CONTINUING EDUCATION

GCP Training with the American Academy of Pharmaceutical Physicians (AAPP), & UNC October 1999.

Regular CME programs and presentations at APA (American Psychiatric Association), NCDEU (New Clinical Drug Evaluation Unit), ECNP (European College of Neuropsychopharmacology) ACNP (American Collegium of Neuropsychopharmacologicum , UPMH (U.S. Psychiatric & Mental Health Congress), WCP Congress, WPA (World Psychiatric Association Congress), CINP (Collegium Internationale Neuro-Psychopharmacolegium), NEI (Neuroscience Education Institute) ACRP, grand rounds, and symposiums.

International Pharmaco EEG advanced training course, 1988, Kobe, Japan.

## PROFESSIONAL SOCIETIES

| | |
|---|---|
| (NCMS) | North Carolina Medical Society |
| (AMA) | American Medical Association |
| (APA) | American Psychiatric Association |
| (NCPA) | North Carolina Psychiatric Association |
| (APPI) | Academy of Pharmaceutical Physicians & Investigators Association |
| (ACRP) | Association of Clinical Research Professionals |

## ACADEMIC APPOINTMENTS

Adjunct Professor of Psychiatry, UNC School of Medicine, Chapel Hill, North Carolina, 2002-present.

Chairman UNC Board of Visitors, Department of Psychiatry, 2002-2008.

Adjunct Associate Professor of Psychiatry and Behavioral Sciences, Duke University, Durham, North Carolina, 2006-present

Adjunct Assistant Professor of Psychiatry and Behavioral Sciences, Duke University,  Durham, North Carolina, 2001-2006

Adjunct Associate, Duke University, Durham, North Carolina 1985-2001

Clinical Assistant Professor of Psychiatry, UNC Department of Psychiatry, Chapel Hill, North Carolina, 1980 to 1995.
Supervision of Duke University Nicholas School of Environment undergraduate and graduate students involved in environmental/health research.
Supervision of students training to be certified research coordinators.
I taught a weekly course for psychiatry residents on diagnostic interviews and treatment approaches from 1980-1985: Multiple lectures of anxiety, affective and personality disorders, treatment approaches, community psychiatry, and electroencephalography.

## PROFESSIONAL EXPERIENCE

Private practice and Principal Investigator of Psychiatry, 700 Spring Forest Road, Suite 125, Raleigh, North Carolina 27690: 1980 to present.
As a group, we follow over two thousand patients with a mixture of psychiatric problems.  We have patients in the practice with unipolar and bipolar disorders, generalized anxiety disorder, posttraumatic stress disorder, dementia, obsessive-compulsive disorder, sleep disorders, social phobia, attention deficit hyperactivity disorder, and panic disorder.   Patients range from adolescent to geriatric ages.  We also treat patients with co-morbid drug and/or alcohol abuse.

Attending/consulting Psychiatrist, Holly Hill Hospital, 3019 Falstaff Road Raleigh, North Carolina 27610, 1980-present.

Director of Electrophysiology and Neuroimaging, Holly Hill Hospital, 3019 Falstaff Road Raleigh, North Carolina, 27610, 1987 to 1998.

Psychiatric Consultant, Raleigh Community Hospital, and Rex Hospital, Raleigh, North Carolina, 1980 to present and Wake Medical Center from 1980- 2002.

Alcohol and Drug Rehabilitation Consultant, Charter North Ridge Hospital, Raleigh, North Carolina, 1982 to 1990.

Psychiatric Consultant, Wake County Mental Health Center, Raleigh, North Carolina, 1980-1981.

Psychiatric Consultant, Rockingham County Mental Health Center, Reidsville, North Carolina, 1979- 1980.
I provided diagnostic evaluations, treatment, supervision, and education of the staff.

Emergency Room Physician, Central Prison Hospital, Raleigh, North Carolina, 1978-1980.

Instructor of Psychology and Religion, Livingstone College, Salisbury, North Carolina, Fall of 1972.

**AREAS OF RESEARCH INTERESTS** (basic and applied)

Bipolar disorders, major depressive disorders, anxiety disorders, genetics of psychiatric disorders, sleep disorders, attention deficit disorders, smoking cessation, social phobia, Alzheimer's disease, post-traumatic stress disorder, dementia, psychosis, genetics, suicides and managed care with emphasis on pharmacotherapy, diagnosis and treatment. Other topics include psychotherapy for borderline personality disorders, cognitive therapy, research updates, public health, and environmental public health issues.

## <u>RESEARCH</u>

PRINCIPAL INVESTIGATOR – **Abbott Laboratories – "**Safety and Efficacy of Depakote as Combination Therapy in the Treatment of Psychosis Associated with Schizophrenia". 1999. Protocol# M99-010. **Completed.**

PRINCIPAL INVESTIGATOR – **Abbott Laboratories – "**Comparison of the Safety and Efficacy of Depakote and Zyprexa in the Treatment of Bipolar Disorder". 1999. Protocol # M99-045. **Completed.**

PRINCIPAL INVESTIGATOR – **Abbott Laboratories –** "A Placebo-Controlled Trial of Depakote ER in the Treatment of Acute Manic Stage of Inpatients with Bipolar Disorder." 1998. **Completed.**

PRINCIPAL INVESTIGATOR – **Abbott Laboratories –** "A Double-Blind Study of Valproate vs. Lithium in the Treatment of Patients with Bipolar Disorder." 1994. Protocol # M93-111. **Completed.**

4

PRINCIPAL INVESTIGATOR – **Abbott Laboratories –** "The Safety and Efficacy of Depakote in the Prevention of Mania in Patients with Bipolar Disorder." 1993.   Protocol # M92-822. **Completed**.

PRINCIPAL INVESTIGATOR – **AstraZeneca Pharmaceuticals –**"A Multicenter, Double-Blind, Randomized, Placebo-Controlled Trial of the Safety & Efficacy of Seroquel (Quetiapine Fumarate) as Add-on Therapy with Lithium or Divalproex in the Treatment of Acute Mania." Protocol#: 5077IL/0099. 2000  **Completed.**

PRINCIPAL INVESTIGATOR – **AstraZeneca Pharmaceuticals –** "A Confirmatory Multicenter, Double-Blind, Randomized, Placebo-Controlled Study of the Use of Quetiapine Fumarate (Seroquel) in the Treatment of Patients with Bipolar Depression."     Protocol #: D1447C00135. August 2004 **Completed**

PRINCIPAL INVESTIGATOR – **AstraZeneca Pharmaceuticals –**"An International Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled, Phase III study of the Efficacy and Safety of Quetiapine Fumarate (Seroquel, Single Oral 300 mg or 600 mg Dose) and Paroxetine as Monotherapy in Adult Patients with Bipolar Depression for Eight Weeks and Quetiapine in Continuation Treatment for 26 Up to 52 Weeks. " Protocol #: D1447C00134. March 2005. **Completed  2006.**

PRINCIPAL INVESTIGATOR – **AstraZeneca Pharmaceuticals – "**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients."  Protocol # D1447C00126   December 2005.  **Ongoing**

PRINCIPAL INVESTIGATOR – **AstraZeneca Pharmaceuticals –** "A Multicenter, Randomized, Parallel-Group, Double-Blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar Disorder in Adult Patients." Protocol #: D1447C00127. **Ongoing.**

PRINCIPAL INVESTIGATOR  –  **AstraZeneca Pharmaceuticals -**  "A Multicenter, Double-blind, Randomized, Parallel-group, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate Sustained-released (Seroquel) as Monotherapy in the Treatment of Patients with Major Depressive Disorder (Moonstone Study)". Protocol # 1448C00001. 2/2006 – **Ongoing.**

PRINCIPAL INVESTIGATOR - **AstraZeneca Pharmaceuticals** – "A Multicenter, Randomized Parallel group, Double-blind, Placebo-controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate and Lithium as Monotherapy for up to 104 weeks Maintenance Treatment of Bipolar I Disorder in Adult Patients". Protocol # D1447C00144. 3/2006. – **Ongoing.**

PRINCIPAL INVESTIGATOR – **AstraZeneca Pharmaceuticals** – "A Multicenter, Double-Blind, Placebo-Controlled, Double-DUMMY Trial of the Use of Quetiapine Fumarate

(SEROQUEL) in the Treatment of Patients with Bipolar Depression." Protocol #: 5077US/0049. September 2002 **Completed.**

PETITIONER & RESEARCH COLLABORATOR– **ATSDR (Agency for Toxic Substances & Disease Registry)/Center for Disease Control and North Carolina Department of Health and Human Services.** Public Health Assessments for Toxic Environmental Exposures for Salisbury, Plymouth, and Haywood County North Carolina along with several other North Carolina locations. 2000. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Biovail Laboratories/Ingenix -** "A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety, and Tolerability of 60 mg Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder Who Have Stable Disease Characteristics." Protocol #: B01.CT3.016.BUS P02. 2001 **Completed.**

PRINCIPAL INVESTIGATOR – **Biovail Laboratories –** "A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety, and Tolerability of 30mg and 90mg Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder." Protocol#: B99-CT3.004.BUS.P02. 2000 **Completed.**

PRINCIPAL INVESTIGATOR – **Biovail Laboratories – "**An Open-Label Study of the Safety, Tolerability, and Efficacy of up to 90 mg Buspirone Hydrochloride Extended Release in Patients with Generalized Anxiety Disorder." Protocol#: B99.CT0L.008.BUS.P02. 2000 **Completed.**

PRINCIPAL INVESTIGATOR - **Bristol Myers Squibb Pharmaceuticals –** A Multi-center, Randomized, Double-Blind, Placebo and Escitalpram Controlled Trial of the Safety & Efficacy of BMS-562086 in the Treatment of Outpatients with Major Depressive Disorder. Protocol#: CN148007

PRINCIPAL INVESTIGATOR - **Bristol Myers Squibb Pharmaceuticals** – "Efficacy of Aripiprazole in Combination with Valproate or Lithium in the Treatment of Mania Patients with Bipolar I Disorder Partially Nonresponsive to Valproate or Lithium Monotherapy." Protocol# CN138-134-122. October 2005 –**Ongoing.**

PRINCIPAL INVESTIGATOR - **Bristol Myers Squibb Pharmaceuticals – "**A Multicenter, Long-Term, Open-Label Study to Assess the Safety and Tolerability of Aripiprazole as Adjunctive Therapy in the Treatment of Outpatients With Major Depressive Disorder." Protocol #: CN 138-164-038. November 2004 **Ongoing**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals –** "A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Aripiprazole Monotherapy in the Treatment of Acutely Manic Patients with Bipolar I Disorder." Protocol #: CN 138-135-017. July 2004. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals –** "A Multicenter Randomized, Double-Blind, Placebo-Controlled Study of Aripiprazole in the Treatment of Patients with Bipolar I Disorder with a Major Depressive Episode." Protocol #: CN138096. March 2004. **Ongoing**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals – "**A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of Aripirazole (Abilify) in the Treatment of Institutionalized Patients with Psychosis Associated with Dementia of the Alzheimer's Type". Protocol#: CN138-004-026.   2000 **Completed.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals – "**A Multi-center, Randomized, Double-blind, Placebo Controlled Study of Flexible Doses of Aripiprazole in the Treatment of Hospitalized Patients with Acute Mania"**.**  Protocol #: CN-138-009-021. 2000 **Completed**.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals – "**A Multi-center, Randomized, Double-blind Safety and Tolerability Study of Flexible Doses of Aripiprazole and Olanzapine in the Maintenance Treatment of Patients with Acute Schizophrenia."  Protocol #138-002-035. 2000 **Completed.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals – "**A multi-center, Randomized, Double-blind, Placebo Controlled Study of Aripiprazole in the Maintenance Treatment of Patients with Bipolar Disorder."  Protocol # CN 138-010-069. 2000 **Completed.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals – "**A Multi-center, Double-blind, Randomized, Flexible Dose Safety Trial Comparing Nefazodone ER to Nefazodone IR in the Treatment of Depressed Patients". Protocol # CN104-181-013. 1999 **Completed**.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals – "**An International, Multi-center Trial of Two Dose Ranges of Nefazodone and Placebo in the Treatment of Outpatients with Post-traumatic Stress Disorder." Protocol # CN104-159-023. 1998 and **Completed.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals – "**Double-Blind Study of  Nefazodone in the Treatment of Panic Disorder." - 1997, **Completed.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals – "**A Double Blind, Randomized, Placebo-controlled, Flexible Dose Trial of CM2 Transdermal Buspirone Patches in the Treatment of Anxious Outpatients." Protocol # CN104-138-009/093.  1997. **Completed.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals – "**An Open-label Pilot Study of Nefazodone in Posttraumatic Stress Disorder."– 1996, **Completed.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals – "**A Double-blind Study of Nefazodone vs. Placebo, qd & bid Dosing". 1994 **Completed**.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals -** A prospective, multi-center, open-label study of Nefazodone (Serzone) in the management of patients with symptoms of depression in general psychiatric practices – 1994 **Completed**.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals -** A double-blind, placebo-controlled multi-center trial of the safety and efficacy of Buspar (Buspirone) in anxious patients with co-existing depressive symptoms –1992-1993. **Completed.** Protocol# CN-101-045.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb -** An open-label multi-center non-randomized safety study of Nefazodone in patients with mood disorders –  1992. **Completed.** Protocol # CN-104-138-009.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals -** The safety and efficacy of Nefazodone in preventing relapse of patients with major depression –  1992 **Completed.**

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb Pharmaceuticals -** A placebo-controlled study on Nefazodone vs. placebo in severely depressed inpatients –  1992. **Completed**.  Protocol # CN-105-101.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb -** A double-blind study of Nefazodone comparing once daily and twice daily dosage: 1991,  **Completed**.

PRINCIPAL INVESTIGATOR – **Bristol Myers Squibb -** A placebo-controlled comparison of Nefazodone and Fluoxetine in elderly patients with major depressive disorder:  1991. **Completed**. Protocol # CN 104-056-009.

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co. -** A multi-center evaluation of the safety and efficacy of two flexible doses of Bupropion (Wellbutrin) sustained release vs. placebo in depressed outpatients –  1993 **Completed**.

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co. -** A multi-center evaluation of the safety and efficacy of two flexible doses of Wellbutrin sustained release vs. placebo in depressed outpatients – 1993  **Completed.**

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co. -** A multi–center dose response evaluation of the safety and efficacy of Bupropion HCI sustained-release vs. placebo in depressed outpatients -1992  **Completed**. Protocol  #93

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co. -** Study of the safety and efficacy of Bupropion and Trazodone in depressed patients: 1990-1991.  **Completed.**

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co. -** Wellbutrin plasma level response study, 1989- 1990. **Completed.**

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co. -**Wellbutrin surveillance study, 1988 **Completed**.

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co. -**150 plus patients Wellbutrin humanitarian protocol, 1984-1988. Protocol # 39-A.   **Completed.**

PRINCIPAL INVESTIGATOR – **Burroughs Wellcome Co.** 48 patient double-blind study for Wellbutrin 1987. Study established 300mg. daily dosage as effective. **Completed.**

PRINCIPAL INVESTIGATOR – **Cephalon** – An 8-Week, Double-Blind, Placebo-Controlled, Parallel-Group, Fixed-Dosage Study to Evaluate the Efficacy & Safety of Armodafinil (150 mg/day) as Adjunctive Therapy in Adults With Major Depression Associated With Bipolar I Disorder.  Protocol # C10953/2032/DP/US, October 2007. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Cephalon** – "A 12- Month, Open-Label, Flexible-Dosage Study to Evaluate the Safely and Efficacy of Gabitril Treatment (up to 16mg/day) in Adults With Generalized Anxiety Disorder. Protocol # C6671/3033/AX/US. September 2004 **Completed.**

PRINCIPAL INVESTIGATOR **– Cephalon** – "A 10-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the  Efficacy and Safety of GABITRIL$^{®}$ at 4, 8, and 12 mg/day in the Treatment of Adults With Generalized Anxiety Disorder.  Protocol # C6671/3030/AX/US.  September 2004 **Completed.**

PRINCIPAL INVESTIGATOR – **Cephalon** – A 12-week, randomized, double-blind, placebo-controlled, parallel-group, flexible-dosage study to evaluate the efficacy and safety of Gabitril, at dosages up to 16 mg/day, in the treatment of chronic post-traumatic stress disorder in Adults. Protocol # C6671a/205/PT/US. April 2003 **Completed.**

PRINCIPAL INVESTIGATOR – **Cephalon** – An 8-week, randomized, double-blind, placebo-controlled, parallel-group, flexible-dosage study to evaluate the efficacy and safety of Gabitril, at dosages up to 16 mg/day, in the treatment of generalized anxiety disorder in Adults. Protocol # C6671a/204/AX/US.4/2003. **Completed.**

PRINCIPAL INVESTIGATOR – **Cephalon, Inc. -**   A 12-Month, Open-Label, Flexible-Dosage Study to Evaluate the Safety of GABITRIL® at Dosages up to 16mg/day in Adults with Chronic Post-Traumatic Stress Disorder 2003. **Completed**. Protocol #:  C6671a/302/PT/US

PRINCIPAL INVESTIGATOR -  **Cephalon, Inc. -** A 12-Month, Open-Label, Flexible-Dosage Study to Evaluate the Safety of GABITRIL® at Dosages up to 16mg/day in Adults with Generalized Anxiety Disorder 2003. **Completed.**  Protocol#: C6671a/301/AX/US.

PRINCIPAL INVESTIGATOR – **Ciba-Geigy Pharmaceuticals -** A double-blind, placebo-controlled evaluation of an investigational compound vs. placebo in the treatment of generalized anxiety disorder, 1991 **Completed.**

PRINCIPAL INVESTIGATOR – **Ciba-Geigy Pharmaceuticals –** Clomipramine (Anafranil) for obsessive-compulsive disorder.   Study conducted under humanitarian protocol, 1989 **Completed.**

PRINCIPAL INVESTIGATOR – **Comentis Pharmaceuticals/Duke –** A Double-Blind Randomized, Proof-Of-Concept Crossover Trial To Assess the Effects of GTS-21 on Cognitiven Safety, Efficacy and Cognitive Function, in Adults Diagnosed with Attention-Deficit Hyperactivity Disorder. Protocol# GTS21-202. May 2007. **Ongoing**.

CO-PRINCIPAL INVESTIGATOR with Jonathan Davidson, M.D. – **Duke** "A 12- Week Double-Blind Discontinuation Exploratory Study to Evaluate the Effects of Tiagabine (Gabitril) in Patients with Post Traumatic Stress Disorder (PTSD). 2002. Protocol C6671a/608/ST/US. **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly** "Pilot Study of Duloxetine in Social Anxiety Disorder: Eight Week, Open Label, Flexible-Dosing treatment of SAD with Duloxetine up to 90mg/day. Investigator Initiated Protocol# FIJ-US-X014. October 2005. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Eli Lilly –** "The Study of Olanzapine Plus Fluoxetine in Combination for Treatment-Resistant Depression Without Psychotic Features." 6/2004. Protocol #: H6P-MC-HDAO. **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly –** "Olanzapine/Fluoxetine Combination Vs. Lamotrigine in the Treatment of Bipolar I Depression." 2003 Protocol#: H6P-US-HDAQ. **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly –** BIDES (Bipolar Disorder Effectiveness Study) "Comparing the effectiveness of Olanzapine versus Divalproex for Bipolar Disorder". 2002. **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly –** LY544344 Versus Placebo in Patients with Generalized Anxiety Disorder Who Have Responded to Treatment with LY544344. 2002. Protocol: H7C-MC-LMBC. **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly -** Olanzapine versus Risperidone in the Treatment of Bipolar 1 Disorder, Manic or Mixed. 2002. Protocol: F1J-US-HGJT. **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly -** Efficacy and Safety of "On Demand" Therapy with IC351 (LY450190) Compared with Placebo in Subjects with Female Sexual Arousal Disorder. 2000. **Completed.** Protocol: H6D-MC-LVBR.

PRINCIPAL INVESTIGATOR – **Eli Lilly Pharmaceuticals -** Duloxetine once-daily dosing versus placebo in the acute treatment of major depression, 2000. **Completed**. Protocol No F-15-MC-HMBH.

PRINCIPAL INVESTIGATOR – **Eli Lilly Pharmaceuticals -** Long-term open-label treatment Major Depression with R-Fluoxetine Hydrochloride for evaluation of safety, 1999 and **Completed.**

PRINCIPAL INVESTIGATOR  - **Eli Lilly Pharmaceuticals -** R-Fluoxetine versus Placebo in the treatment of generalized anxiety disorder, 1999 and **Completed.** Protocol # H5Z-MC-LUAH .

PRINCIPAL INVESTIGATOR – **Eli Lilly Pharmaceuticals -** A double-blind, randomized comparison of efficacy and safety of short-acting intramuscular Olanzapine, short-acting

intramuscular Lorazepam and intramuscular placebo in acutely agitated patients diagnosed with mania.1999. **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly Pharmaceuticals** – **"**Randomized, Double-Blind Study with Olanzapine Added to Mood Stabilizers in the Treatment of Bipolar Disorder." Protocol # F1D-MC-HGFU. 1997 **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly Pharmaceuticals** – **"**Clinical Trial of Olanzapine or Placebo in the Treatment of Patients with Bipolar Disorder Inpatient Trial." Protocol #: **FID-MC-HGGW.** 1997 **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly Pharmaceuticals** – **"**Double-blind study of Olanzapine in addition to Lithium or Valproate in the treatment of bipolar disorder." 1997, **Completed. HGFU.**

CO-INVESTIGATOR – **Eli Lilly Pharmaceuticals** - A comparison study of Fluoxetine plus Pindalol vs. Fluoxetine plus placebo in the treatment of major depression in adults – 1996, **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly Laboratories** – **"**Fluoxetine in Depressed Patients who Failed Sertraline." Protocol # B1Y-MC-HCHF. 1994 **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly Laboratories** - A double-blind, placebo-controlled evaluation of an investigational compound vs. Lorazepam in the treatment of generalized anxiety disorder – 1991. **Completed.**

PRINCIPAL INVESTIGATOR – **Eli Lilly Laboratories** – **"**Fluoxetine (Prozac) humanitarian protocol, 1987. **Completed.**

PRINCIPAL INVESTIGATOR – **Forest Laboratories** - One-year open label extension study of extended release oral Physostigmine in the treatment of patients with dementia of the Alzheimer's type – 1995 **Completed**.

PRINCIPAL INVESTIGATOR – **Forest Laboratories, Inc** - Clinical evaluation of extended-release oral Physostigmine in the treatment of patients with dementia of the Alzheimer's type, 1994 **Completed**. Protocol # 1028B

PRINCIPAL INVESTIGATOR – **GlaxoSmithKline Pharmaceuticals** - 8-Month Maintenance Treatment of Bipolar Depression with Lamotrigine or Divalproex ER Plus Lamotrigine." Protocol # . September 2005 **Ongoing.**

PRINCIPAL INVESTIGATOR – **GlaxoSmithKline Pharmaceuticals** – "A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose, Eight-Week Evaluation of the Efficacy & Safety of Lamotrigine in the Treatment of Major Depression in Patients with Type II Bipolar Disorder". Protocol # SCA100223. 2003. **Completed.**

PRINCIPAL INVESTIGATOR – **GlaxoSmithKline Pharmaceuticals** – "A multi-center, Double-Blind, Placebo-Controlled, Fixed-Dose, 8-Week Evaluation of the Efficacy & Safety of

Lamotrigine in the Treatment of Bipolar Disorder Patients Currently Experiencing a Major Depressive Episode". Protocol # SCA30924. **Completed.**

PRINCIPAL INVESTIGATOR -   **GlaxoSmithKline Pharmaceuticals –** "A multi-center, randomized, double-blind, parallel-group, placebo-controlled, flexible-dose study evaluating efficacy, safety, and tolerability of Once-Daily Oral GW353162 (20-40-60mg) versus placebo in subjects with major depressive disorder over an eight-week treatment period". Protocol OHB20002.  **Completed.**

PRINCIPAL INVESTIGATOR - **GlaxoSmithKline Pharmaceuticals –** "A multi-center, double-blind, randomized placebo-controlled Comparison of the Effects on Sexual Functioning of  Extended-Release Bupropion HCL (300-450 mg) and Escitalopram (10-20 mg) in Outpatients with Moderate to Severe Major Depression over an Eight-Week Treatment Period.  Protocol AK130927. 2002. **Completed.**

PRINCIPAL INVESTIGATOR – **GlaxoSmithKline Pharmaceuticals –** A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Fixed Dose Study Evaluating the Efficacy and Safety of Paroxetine CR in Elderly Outpatients Diagnosed with Major Depressive Disorder. **Completed.**

PRINCIPAL INVESTIGATOR – **GlaxoSmithKline Pharmaceuticals -** "A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Study Evaluating Efficacy & Safety of Paroxetine Controlled Release (12.5 & 25mg/day) versus Placebo in Patients with Major Depressive Disorder". 2001. **Completed.** Protocol #SB 29060/810.

PRINCIPAL INVESTIGATOR – **GlaxoSmithKline Pharmaceuticals –** "A Multicenter, Double-Blind, Placebo-Controlled, Randomized, Parallel-Group Evaluation of the Efficacy of a Flexible Dose of Lamotrigine Versus Placebo as Add-on Therapy in Schizophrenia. Protocol #: SCA30926. **Completed.**

PRINCIPAL INVESTIGATOR – **GlaxoSmithKline Pharmaceuticals –** "A Multi-center, Double-Blind, Placebo-Controlled, Fixed Dose Evaluation of the Safety, Efficacy, and Tolerability of Lamictal (Lamotrigine) in the Treatment of Major Depressive Episode in Patients with Type I Bipolar Disorder. 2000. **Completed.**  Protocol # SCA 40910.

PRINCIPAL INVESTIGATOR – **Glaxo Wellcome Pharmaceuticals –** "A Multi-Center, Double-Blind, Placebo Controlled, Flexible-Dose Evaluation of the Safety and Efficacy of Lamictal (Lamotrigine) in the Long Term Treatment of Patients who have Bipolar Disorder with Rapid Cycling". 1998. **Completed.** Protocol # SCAB 2005.

PRINCIPAL INVESTIGATOR – **Glaxo Wellcome Pharmaceuticals -** One-year open label extension study of Lamictal in the treatment of bipolar patients in depressed phase –  1996, **Completed**. Protocol # 105-604.

PRINCIPAL INVESTIGATOR – **Glaxo Wellcome Pharmaceuticals -** A double-blind study of Lamictal in the treatment of bipolar patients in depressed phase – 1995, **Completed**. Protocol # SCAB2002-105-602.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals** Open-label study of oral Ondansetron in the treatment of patients with panic disorder – an additional 18-month study for patients who completed the initial double-blind study – 1995 **Completed.**

PRINCIPAL INVESTIGATOR –**Glaxo Pharmaceuticals -** Double-blind, placebo-controlled fixed dose evaluation of the safety and efficacy of oral Ondansetron (Zofran) in the treatment of patients with panic disorder – 1994 and **Completed**. Protocol # S3AA-3009.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals -** The safety and efficacy of 12.5 and 25 mg. of Sumatriptan suppositories in acute treatment of multiple migraine attacks – 1993 **Completed**. Protocol # S2B-353.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals -** A randomized double-blind, placebo-controlled study of the safety and efficacy of two doses of Ondansetron vs. placebo in the treatment of social phobia – 1992 **Completed**. Protocol # S3A-342.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals  -** A double-blind, placebo-controlled, dose ranging evaluation of Ondansetron vs. Diazepam in the treatment of generalized anxiety disorder, 1991 **Completed.** Protocol S3A-210.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals -** A double-blind, placebo-controlled evaluation of the safety and efficacy of Ondansetron in the treatment of primary degenerative dementia of the Alzheimer's type – 1991. **Completed.**  Protocol # S3A-222.

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals -** A multi-center double-blind evaluation of the safety and efficacy of Fluparoxan in the treatment of patients with major depressive disorder: 1990 **Completed.**

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals -** 36 patient Fluparoxan double-blind study for major depression,  1989-1990. **Completed**

PRINCIPAL INVESTIGATOR – **Glaxo Pharmaceuticals -** 42 patients double-blind study of Ondansetron for generalized anxiety disorder, 1989-1990. **Completed.**

PRINCIPAL INVESTIGATOR - **Hoechst-Roussel Pharmaceuticals -** A placebo-controlled study of Valnacrone vs. placebo in the treatment of Alzheimer's patients – 1992 **Completed**. Protocol # HP029-303.

CO-INVESTIGATOR – with Dr. Eileen P. Ahearn, M.D., Ph.D.  in genetic research study of bipolar patients and their families – 1997, **Completed.** National Alliance for Research on Schizophrenia and Depression.

PRINCIPAL INVESTIGATOR - **Janssen** - "A Double-Blind, Randomized, Prospective, Study to Evaluate Adjunctive Risperidone Versus Adjunctive Placebo in Generalized Anxiety Disorder Sub-optimally Responsive to Standard Psychotropic Therapy." Protocol #: RIS-ANX-301. December 2004 **Completed.**

PRINCIPAL INVESTIGATOR  - **Janssen** – "A Double-Blind, Randomized, Prospective Trial to Evaluate the Efficacy and Safety of Adjunctive Risperidone Versus Placebo in Subjects with Major Depressive Disorder with Suboptimal Response to Standard Antidepressant Therapy". Protocol #: RIS-DEP-401. December 2004 **Completed**

PRINCIPAL INVESTIGATOR -  **Janssen Pharmaceuticals – "**A Study to Evaluate the Efficacy, Safety and Maintenance Effect of Risperidone Augmentation of SSRI Monotherapy in Young and Older Adult Patients with Unipolar Treatment Resistant Depression.." Protocol # RIS-INT-93. January 2003 – March 2003 **Completed.**

PRINCIPAL INVESTIGATOR – **Janssen Pharmaceuticals – "**A Nine-week, Open label, Multi-center, Safety Study of Single Dosage Ranges of Risperidone in the Treatment of Manic Episodes Associated with bipolar I disorder." 2001. **Completed.**

PRINCIPAL INVESTIGATOR – **Janssen Pharmaceuticals – "**The Efficacy and Safety of Flexible Dosage Ranges of Risperidone vs. Placebo in Treatment of Manic Episodes Associated with Bipolar I disorder." Protocol # RIS-USA-239. 2000 **Completed**.

PRINCIPAL INVESTIGATOR -  **McNeil-PPC** – "Open-Label, Dose-Titration, Long-Term Safety Study to Evaluate Concerta at doses of 36 mg, 54 mg, 72 mg, 90 mg, and 108 mg per day in Adults with Attention Deficit Hyperactivity Disorder. 6/7/06. **Ongoing.**

PRINCIPAL INVESTIGATOR        **McNeil-PPC** – "A Placebo-controlled, Double-blind Parallel-group, Dose Titration Study to Evaluate the Efficacy and Safety of Concerta in Adults with Attention Deficit Hyperactivity Disorder at Doses of  36 mg, 54 mg, 90 mg, or 108 mg per day". Protocol# 02-159. 6/7/06 – **Ongoing.**

PRINCIPAL INVESTIGATOR – **MediciNova** – "A Phase II, Randomized, Double-blind, Placebo-controlled, Multi-center Study to Evaluate the Efficacy and Safety of Two Flexible Dosing Regiments of MN-305 in Patients with DSM-IV Defined Generalized Anxiety Disorder (GAD)." Protocol #: MN-305-CL-001.  January 2005. **Completed     06**

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals -**  "A Worldwide, Multicenter, Double-Blind, Parallel, Active-Controlled, Long-Term Safety Study of MK-0869 in Outpatients with Major Depressive Disorder." Protocol 066-00. 2002. **Completed.**

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals – "**A Double-Blind, Placebo-Controlled, Multicenter Study of the Long-Term Efficacy of MK-0869 in the Maintenance of Antidepressant Effect in Geriatric Outpatients with Major Depressive Disorder."  Protocol 068-00. 2002  **Completed.**

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals -** A Double-Blind, Multicenter, Placebo & Active-Controlled Acute & Extension Study of MK-0869 in the Treatment of Patients With Major Depressive Disorder With Melancholic Features. 2001. Protocol# (059-00). **Completed.**
PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals** MK—0966 For The treatment of Mild Cognitive Impairment and prevention of Conversion To Alzheimer's Disease. 2001. Protocol # 078-07. **Completed 4/22/03.**

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals -** A double-blind, multi-center, acute study of two doses of L-830982 vs. Lorazepam and Placebo in the treatment of outpatients with generalized anxiety disorder, 2001. **Completed**. Protocol # 006-01.

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals -** A double-blind, multi-center, acute study of two doses of L-830982 versus Lorazepam and Placebo in the treatment of outpatients with generalized anxiety disorder, 2000 **Completed**. Protocol # 006-00.

PRINCIPAL INVESTIGATOR – **Merck Pharmaceuticals -** Clinical trial of Vioxx (Recoxifib) for treatment of patients with susceptibility for Alzheimer's disease – 1998. **Completed.**

PRINCIPAL INVESTIGATOR – **Merck (KgaA) Pharmaceuticals -** Randomized double-blind, placebo-controlled clinical trial of Velazadone, an investigative compound, for the treatment of major depression in adults – Merck Germany, 1998, **Completed**.  Protocol # 68-843-09.

PRINCIPAL INVESTIGATOR –  **National Institute of Health/Duke University Medical Center –** " Acute Treatment in Late Life Mania". Protocol # GERI-BD. July 2007. **Ongoing.**

SUB-INVESTIGATOR – with Ranga Krishnan, M.D. and Bernard Carroll, M.D.- **National Institute of Mental Health supported study** of late life depression 1997  - 2001. **Completed**.

CO-PRINCIPAL INVESTIGATOR – **National Institute of Health/Duke University Medical Center**. A placebo-controlled clinical trial of standardized extract of Hypericum perforatum in major depressive disorders.  1999 **Completed.**  Protocol # R-0552.

CO-INVESTIGATOR – **National Institute of Health -** Six-month open label treatment with Fluoxetine followed by randomization to Fluoxetine or Placebo for patients with posttraumatic stress disorder, 1997 and **Completed**. NIH grant with Dr. Jonathan R. T. Davidson.

PRINCIPAL INVESTIGATOR – **Neurochem – "**A Phase III Study of Efficacy and Safety of Alzhemed in Patients with Mild to Moderate Alzheimer's Disease."  Protocol#:  CL-758007. June 2004 and **Ongoing.**

PRINCIPAL INVESTIGATOR        **New River Pharmaceuticals** – "A Phase III, Randomized, Double-blind, Multicenter, Placebo-controlled, Parallel-Group, Forced Dose Titration, Safety and Efficacy Study of NRP104 in Adults with Attention-Deficit Hyperactivity Disorder (ADHD)". -  5/24/06– **Ongoing.**

PRINCIPAL INVESTIGATOR -  **Novartis Pharmaceuticals –** " An 8-Week, Randomized, Double-Blind, Fixed Dosage, Placebo-Controlled, Parallel-Group, Multicenter Study of the Efficacy, Safety and Tolerability of Agomelatine 25 mg and 50 mg in the Treatment of Major Depressive Disorder (MDD) followed by a 52-Week, Open-Label Extension. Protocol # AG0178A2301/2302. December 5, 2006 - **Ongoing.**

PRINCIPAL INVESTIGATOR - **Novartis Pharmaceuticals** – "A Randomized, Double-Blind, Placebo-Controlled, Multicenter Study to Evaluate the Efficacy and Tolerability of

Licarbazepine 1000-2500 mg/d in the Treatment of Manic Episodes of Bipolar I Disorder over Three Weeks." Protocol#: CLIC477 D2301.  November 2004. **Ongoing.**

PRINCIPAL INVESTIGATOR - **Novartis Pharmaceuticals -**   "A 52-week, Open-Label Extension Study to Evaluate the Safety and Tolerability of Licarbazepine 750-2500 mg/d in the Treatment of Manic Episodes of Bipolar I Disorder." Protocol No: CLIC477 D2301E1. November 2004. **Ongoing.**

CO-INVESTIGATOR with Jonathan R. T. Davidson – **Organon – "**A Study of Mirtazapine in the Treatment of Posttraumatic Stress Disorder".  2000. **Completed.**

PRINCIPAL INVESTIGATOR – with Dr. Jonathan R. T. Davidson – **Organon Pharmaceuticals – "**Open Label Study of Remeron in the Treatment of Adults with Posttraumatic Stress Disorder – 1997, **Completed**. Protocol #

PRINCIPAL INVESTIGATOR – **Parke Davis Pharmaceuticals – "**Open-label Safety Study of Pregabalin in Patients with Bipolar Disorder." Protocol #: 1008-124-012. 2000. **Completed.**

PRINCIPAL INVESTIGATOR – **Parke Davis Pharmaceuticals – "**A Placebo-controlled Study of Pregabalin and Lorazepam in Patients with Generalized Anxiety Disorder. Protocol # 108-021-004.  1998. **Completed.**

CO-INVESTIGATOR with Jonathan R. T. Davidson – **Parke Davis Pharmaceuticals – "**A Double-blind Study of Gabapentin vs. Placebo in the Treatment of Patients with Social Phobia." Protocol #: 945-203.1996, **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals – "**Phase 2, Randomized, Double-Blind, Parallel-Group, Four Week, Efficacy & Safety Trial of (S,S)-Reboxetine (PNU-165442G) & Atomoxetine in Adults with Attention Deficit Hyperactivity Disorder. Protocol # A6061060. November 2007, Cancelled.

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals** "A Six–Week, Double-Blind, Multicenter, Placebo-Controlled Study Evaluating the Efficacy & Safety of Flexible Doses Oral Ziprasidone in Outpatients with Bipolar I Depression."Protocol #A1281139 1/30/2006. **Ongoing.**

PRINCIPAL INVESTIGATOR – **Pfizer – "**A Double-Blind, 40-Week Continuation Study Evaluating the Safety of Asenapine and Olanzapine in the Treatment of Subjects With Acute Mania". Protocol # A7501007. October 2005. **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer – "**A Phase III, Randomized, Placebo-Controlled, Double-Blind Trial Evaluating the Safety and Efficacy of Sublingual Asenapine vs. Olanzapine and Placebo in In-Patients with an Acute Manic Episode." Protocol #: A7501005. December 2004. **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals – "**A Double-Blind, 9-Week Extension Study Evaluating the Safety and Maintenance of Effect of Asenapine vs. Olanzapine

in the Treatment of Subjects With Acute Mania." Protocol #: A7501006. December 2004. **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals – "**A Phase III, Randomized, Placebo-controlled Study Evaluating the Safety and Outcome of Treatment with Oral Ziprasidone in Subjects  with Mania."  Protocol #A1281083. 2002 **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals –** "A Phase III, Randomized, Placebo-Controlled, Double Dummy Study Evaluating the Safety and Efficacy of Oral Ziprasidone Versus Haloperidol and Placebo in In-Patients with an Acute Manic Episode." Protocol #: A128 1052. 2001.**Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals – "** An open label extension study evaluating the safety and Outcome of 40 –160 mg. Daily of Oral Ziprasidone in the treatment of subjects who have participated in Protocol 602. 1998. **Completed.**  Protocol # 128-602E.

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals -** Double-blind study of the use of Ziprasidone in the use of patients with mania – 1998 **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals -** A phase III, randomized, placebo-controlled study evaluating the safety and outcome of treatment with oral Ziprasidone in subjects with mania who are receiving Lithium. Protocol # 128-602. 1997. **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals -** Double-blind study of Sertraline in the treatment of depression in elderly adults – 1997, **Completed**.

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals -** A ten-week, double-blind, placebo-controlled multi-center study to evaluate the efficacy and safety of oral CP-93,393-1 in outpatients with generalized anxiety disorder 129-110-568 – 1997. **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals - SADHART- "**A Twenty-four week, Double-blind, Placebo-controlled Multi-center Study to Evaluate the Efficacy and Safety of Sertraline in Outpatients with Major Depression Following Recent Myocardial infarction." Protocol #: 96-R-0052.1996, **Completed**.

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals –** A computer-assisted versus clinician-administered behavior therapy for obsessive-compulsive disorder: A multi-center, randomized, controlled trial. 1996. **Completed.**

CO-INVESTIGATOR – **Pfizer Pharmaceuticals -** A double-blind study of E2020 vs. placebo in the treatment of primary dementia of the Alzheimer's type – 1996, **Completed.**

CO-INVESTIGATOR – **Pfizer Pharmaceuticals/ Eisai Inc. -** A double-blind study of E2020 vs. placebo in the treatment of primary dementia of the Alzheimer's type. 1996, **Completed.**

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals -** Double-blind study of Sertraline vs. placebo in the treatment of patients with panic disorder – 1994. **Completed**. Protocol # 93-CE21-0629-030.

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals -** One year open label extension study of Sertraline followed by a double-blind comparison of Sertraline and placebo in outpatients with panic disorder – 1994. **Completed**.  Protocol #1803-95-12R2.

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals -** A double-blind comparison of Sertraline and placebo in outpatients with post-traumatic stress disorder – 1994. **Completed**. Protocol # 93-CE21-0640-0641.

PRINCIPAL INVESTIGATOR – **Pfizer Pharmaceuticals -** A multi-center trial to evaluate the efficacy and safety of Sertraline in the treatment of major depression – 1991-1993. Protocol # R-0198. **Completed.**

PRINCIPAL INVESTIGATOR – Sponsored by **Richard H. Weisler, M.D., PA.** Genetic Research Study of Psychiatric Illness. 2000. **Ongoing.**

PRINCIPAL INVESTIGATOR – With Eileen P. Ahearn, M.D., Ph.D. of genetic research of bipolar illness. 2000 **Completed.** National Association for Research in Schizophrenia & Depression grant.

PRINCIPAL INVESTIGATOR - **Saegis** Pharmaceuticals – "A Multicenter, Randomized, Double-blind, Placebo-controlled, Phase II Study of Efficacy and Safety of SGS742 in Subjects with Mild to Moderate Alzheimer's Disease. Protocol #: SGS742-CL02. January 2005. **Completed.**

PRINCIPAL CO-INVESTIGATOR – **Sandoz Pharmaceuticals -** An open-label study of ENA713 (Exelon), dose titration study in the treatment of primary dementia of the Alzheimer's type - 1996, **Completed.**

PRINCIPAL INVESTIGATOR – **Sanofi Pharmaceuticals –**"An Eight-Week, Multicenter, Double-blind, Placebo-Controlled Study Evaluating the Efficacy, Safety and Tolerability of One Fixed 100 mg Dose of Saredutant in Patients with Major Depressive Disorder."  Protocol No. EFC5571  **March 2005- Ongoing.**

PRINCIPAL INVESTIGATOR – **Sanofi Pharmaceuticals –** "A Four Week Double-blind, Placebo and Active Controlled, Dose-ranging Study of SL 65.1498-00, 3 Doses (5, 15, 50 mg per day) and Lorazepam (3 mg/day) in Out-patients with Generalized Anxiety Disorder (GAD)." Protocol #: DRI 4390. 1997 **Completed.**

PRINCIPAL INVESTIGATOR – **Sanofi-Synthelabo Pharmaceuticals – "**Double-blind Study of an Investigational Compound for the Treatment of Depression in the Adult Population." Protocol #. DRI 2412.  1997 **Completed.**

PRINCIPAL INVESTIGATOR -  **Schwabe/Ingenix Pharmaceuticals – "**Randomized, Double-blind, Placebo-controlled Multi-center Trial to Demonstrate the Clinical Efficacy and Safety of Two Different Doses of Ginkgo Biloba Special Extract Egb 761 in Patients Suffering from Dementia of the Alzheimer's Type According to DSM-IV and NINCDS / ADRDA Criteria." Protocol #: 523001.01.030.  1999 **Completed**.

PRINCIPAL INVESTIGATOR - **Shire Laboratories** – "A Phase III, Multi-center, 12-month, Open-label Safety Study of SPD465 in Adults with Attention-Deficit Hyperactivity Disorder (ADHD)."  Shire Protocol: SPD465-304.  **March, 2005 – Ongoing**

PRINCIPAL INVESTIGATOR - **Shire Laboratories** – **"**A Phase III, Randomized, Double-blind, Multi-center, Placebo-controlled, Parallel-group, Forced Dose Titration, Safety and Efficacy Study of SPD465 in Adults with Attention-Deficit Hyperactivity Disorder (ADHD)." Protocol # SPD465-303.  **March, 2005- Completed**

PRINCIPAL INVESTIGATOR - **Shire Laboratories** – "A Phase III, Randomized, Double-Blind, Multicenter, Placebo-Controlled, Parallel-Group, Safety and Efficacy Study of SPD465 with an Open-Label Extension in Adults with Attention-Deficit Hyperactivity Disorder (ADHD)." Protocol #:  SPD465-301.  January 2005.  **Completed.**

PRINCIPAL INVESTIGATOR  - **Shire Laboratories** – "A Phase IIIb, Randomized, Double-Blind, Parallel-Group Study in Bipolar I Patients to Assess the Efficacy and Safety of SPD417 Administered Once-Daily vs. Twice-Daily in the Treatment of Manic Symptoms." Protocol #: SPD417-306. January 2005.  **Completed.**

PRINCIPAL INVESTIGATOR - **Shire Laboratories** – "A Phase IIIb, Open-label Observational Safety Study of SPD417 Used in Combination with Other Psychotropic Medications for the Treatment of Bipolar I Disorder." Protocol#: SPD417-308. 1/2005. **Completed.**

PRINCIPAL INVESTIGATOR - **Shire Laboratories** – "A Phase III, Randomized, Double-blind, Multi-center, Placebo-controlled, Parallel-group, Safety and Efficacy Study of SPD465 with an Open-label Extension in Adults with Attention-Deficit Hyperactivity Disorder (ADHD)". Protocol #: SPD465-301. August 2004  **Completed.**

PRINCIPAL INVESTIGATOR – **Shire Laboratories**  - "A Phase II Randomized Multi-center, Double-blind, Parallel-group Placebo-controlled Safety & Efficacy Study of SPD473 in Adults Aged 18-55 with Attention Deficit Hyperactivity Disorder (ADHD)." Protocol SPD 473-203. **Completed.**

PRINCIPAL INVESTIGATOR – **Shire Laboratories** – "A Phase III, Multicenter, 18-month, Open-label Safety, Tolerability, & Efficacy Study of Adderall XR in the Treatment of Adolescents Aged 13-18 with Attention Deficit Hyperactivity Disorder ADHD." Protocol #: SL1381-315. **Completed**

PRINCIPAL INVESTIGATOR – **Shire Laboratories -**  "A Phase III, Multi-center, Double-blind, Parallel-group, Placebo-controlled Safety and Efficacy Study of  ADDERALL XR™ in Adolescents Aged 13-17 with Attention Deficit Hyperactivity Disorder (ADHD)."  Protocol #: SLI381.314. 2003. **Completed.**

PRINCIPAL INVESTIGATOR – **Shire Laboratories** – **"**A Phase IIIb, Open-label, Multicenter Study to Assess Safety, Tolerability, and Effectiveness Associated with the Use of Adderall XR in Adults with Attention Deficit Hyperactivity Disorder and Evaluate an ADHD—Specific Novel Quality of Life Measure." Protocol #: SL138.312.  2003 **Completed**

PRINCIPAL INVESTIGATOR – **Shire Laboratories/Cromedica -** "A 12-month Randomized, Double-blind, Placebo-controlled, Parallel-group Study of ADDERALL XR™ in Adults with Attention Deficit Hyperactivity Disorder" Protocol #: 381.303. 2002 **Completed.**

PRINCIPAL INVESTIGATOR – **Shire Laboratories – "**A Phase III, three-week, multicenter, randomized, double-blind, placebo-controlled, parallel-group safety & efficacy study of extended-release Carbamazepine in the treatment of bipolar I disorder. Protocol: 417.304. **Completed** 2002.

PRINCIPAL INVESTIGATOR – **Shire Laboratories -** A 24-Month, Open-Label Study of ADDERALL XR™ in Adults with Attention Deficit Hyperactivity Disorder Protocol#. 381.304. 2001. **Completed.**
PRINCIPAL INVESTIGATOR – **Shire Laboratories -** A three-week, multi-center, randomized, double-blind, placebo-controlled, parallel-group safety and efficacy study of Extended-Release Carbamazepine in patients with bipolar disorder, 1999. Protocol # 105-301. **Completed.**

PRINCIPAL INVESTIGATOR – **Shire Laboratories –** "A Three-week, Multi-Center, Randomized, Double-blind, Placebo-controlled, parallel-group safety & efficacy study of Extended-Release Carbamazepine in Lithium-Failure patients with bipolar disorder, 1999 **Completed**. Protocol #105-302.

PRINCIPAL INVESTIGATOR – **Shire Laboratories -** A six-month, open-label, multi-center study of Extended-Release Carbamazepine in patients with bipolar disorder – An extension of Protocols 105.301 & 105.302, 1999. **Completed**. Protocol # 105-303.

PRINCIPAL INVESTIGATOR – **SmithKline Beecham Laboratories -** Granisetron for the treatment of Paroxetine-associated sexual dysfunction in men: A preliminary open trial, 2000. **Completed**. Protocol # 29060/731.

PRINCIPAL INVESTIGATOR – **SmithKline Beecham Laboratories –** A twelve week, double-blind, placebo controlled, parallel group study to assess the efficacy & tolerability of Paroxetine in patients suffering from post-traumatic stress disorder (PTSD). 1999 **Completed.** Protocol # 29060/648.

PRINCIPAL INVESTIGATOR – **Smithkline Beecham Pharmaceuticals – "**A Randomized, Double-blind, placebo-controlled, fixed dosage trial to evaluate the efficacy & tolerability of 20 & 40 mg/day Paroxetine in patients with generalized anxiety disorder in adults, 1999 **Completed.** Protocol # 29060/641.

PRINCIPAL INVESTIGATOR – **Smithkline Beecham Pharmaceuticals –** A double-blind, placebo controlled, flexible dose trial to evaluate the efficacy of modified release Paroxetine in the treatment of patients with panic disorder – October 1996 and **Completed**. Protocol # 29060-495.

PRINCIPAL INVESTIGATOR – **Solvay Pharmaceuticals–** A multi-center, double-blind, randomized, parallel group study of the efficacy and safety of a flexible dose regimen of Fluvoxamine CR versus placebo in outpatients with obsessive-compulsive disorder. 1999. **Completed**. Protocol # S1143103.

PRINCIPAL INVESTIGATOR – **Solvay Pharmaceuticals –** A multi-center, open-label extension study of the safety of a flexible dose regimen of Fluvoxamine CR in outpatients with obsessive-compulsive disorder. 1999. **Completed.** Protocol # S1143104.

PRINCIPAL INVESTIGATOR – **Solvay Pharmaceuticals –** A twelve-week, randomized, double-blind, placebo controlled, flexible dose study of Fluvoxamine CR in the treatment of generalized social anxiety disorder. 1999. **Completed.**  Protocol # S1143107.

CO-INVESTIGATOR with Jonathan R. T. Davidson – **Solvay Pharmaceuticals -** A comparison study of Flesinoxan vs. Buspirone vs. placebo in the treatment of generalized anxiety disorder – 1995, **Completed**. Protocol # 128-2-07.

PRINCIPAL INVESTIGATOR – **Synaptic Pharmaceutical Corporation/ Lundbeck –** A Multi-Center, Double-Blind, Placebo-Controlled, Phase II, Two-Arm, Safety and Efficacy Trial of SNAP 37889 for Treatment of Outpatients with Major Depression. Protocol No. SNAP-0201. 2002. **Completed.**

PRINCIPAL INVESTIGATOR – **TAP Pharmaceuticals -** Phase II multi-center, randomized comparison of TAK-637 versus Placebo in the treatment of subjects with major depressive disorder, 2000. **Completed**. Protocol # TAK-637-99-301.

PRINCIPAL INVESTIGATOR – **Tikvah Therapeutics/PPD –** A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study of D-Cycloserine (50 and 100 mg) As an Aid to Exposure-Based Psychotherapy in the Treatment of Generalized Social Anxiety Disorder, 6/12/07. **Delayed.**

PRINCIPAL INVESTIGATOR – **UCB Pharma -**. A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Assess the Efficacy and Safety of Levetiracetam Versus Placebo for the Treatment of Social Anxiety Disorder (Generalized Type).  Protocol N01086 . 2003. **Completed**

PRINCIPAL INVESTIGATOR – **UCB Pharma -** A Double-Blind, Randomized, Multicenter, Parallel-Group, Placebo-Controlled, Maximum 134 Day, Add-on Study of the Efficacy and Safety of Flexible Dosing of Oral Levetiracetam (500 mg Tablets/Target Dose of 3000 mg/day) in the Treatment of Adult Subjects With Rapid or Ultra-Rapid Cycling Bipolar Disorder. Protocol N01012 . 2002. **Completed.**

CO-INVESTIGATOR – **Upjohn/Solvay Pharmaceuticals -** An open-label pilot study of Fluvoxamine in the treatment of patients with posttraumatic stress disorder – 1995. **Completed.** Protocol # 114-8-25.

PRINCIPAL INVESTIGATOR – **Upjohn Pharmaceuticals -** Short and long-term discontinuation of Alprazolam in the treatment of panic disorders with agoraphobia – 1992. **Completed**.  Protocol # M2000/0474.

PRINCIPAL INVESTIGATOR – **Vela Pharmaceuticals Inc. –** A Double-Blind, Randomized, Placebo-Controlled Study of VPI-013 in Outpatients with Major Depression. 4/2004. Protocol #: VPI-QUIN-201/VPI-013. **Completed**

PRINCIPAL INVESTIGATOR - **Wyeth-Ayerst -** An acute and continuation phase study of the comparative efficacy of Venlafaxine ER (Effexor XR) And Fluoxetine (Prozac) in achieving and sustaining remission (Wellness) in patients with recurrent unipolar major depression; followed by a long term randomized, placebo-controlled maintenance treatment study in patients treated initially with Venlafaxine ER. 2002. Protocol # 0600B-100469. **Completed**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** A double-blind, placebo-controlled, comparative efficacy study of Venlafaxine ER and Sertraline in producing remission in outpatients with major depressive disorder, 2000. Protocol # 0600B1-414-US. **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** An open-label randomized assessment of the efficacy and tolerability of Venlafaxine extended release in Serotonin-Selective Reuptake Inhibitor (SSRI)-Failure patients with major depression, 2000 in progress. Protocol # 0600B1-915. **Completed.**

PRINCIPAL INVESTIGATOR - **Wyeth-Ayerst** - A double-blind, placebo-controlled study of a flexible dose of Venlafaxine ER in adult outpatients with social anxiety disorder. Protocol # 0600B4-393-US. 2000. **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** Double-blind, placebo-controlled study of Venlafaxine ER in children and adolescents with major depressive disorder. Protocol 0600B1-394-US. **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** Open label long-term safety study of Venlafaxine ER in children and adolescents with major depressive disorder. Protocol # 0600B1-395-US. 2000 **Completed.**

PRINCIPAL INVESTIGATOR - **Wyeth-Ayerst**: - double-blind, placebo controlled study of Venlafaxine ER in children and adolescents with generalized anxiety disorder. Protocol 0600B2-397-US: 2000 Completed.

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** A double-blind, placebo-controlled, parallel-group, flexible-dose study of Venlafaxine ER in adolescent outpatients with social anxiety disorder. Protocol # 0600B4-389-US. 2000 **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** A double-blind study, placebo-controlled study of a flexible dose of Venlafaxine ER in adult outpatients with generalized anxiety disorder. 2000 **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** Protocol 0600B2-396-US: Double-blind, placebo-controlled study of Venlafaxine ER in children and adolescents with generalized anxiety disorder. 2000 **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research** - A double-blind, placebo-controlled, comparative study of an extended release formulation of Venlafaxine and Imipramine on the time onset of antidepressant response in patients with severe major depression. **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research** – A double-blind, placebo-controlled study of Venlafaxine ER in children and adolescents with major depression. 1999. **Completed.** Protocol 0600B1-382-US.

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** Venlafaxine-ER in the treatment of adult patients with generalized anxiety disorder – 1995 **Completed**. Protocol # 0600-B-210-US.

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research –** A randomized double-blind, placebo-controlled, parallel-group, safety, tolerance and efficacy study of 10 and 20 mg Zaleplon in adult out-patients with insomnia. 1995 **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** A phase III, 14 day, multi-center, randomized, double-blind, comparative, placebo-controlled, parallel group, safety, tolerance, and efficacy study of 5 mg and 10 mg of CL 284,846 ( Zaleplon), compared with 5 mg of Zolpidem in elderly patients with insomnia, with a 12 month open-label extension phase. Protocol # W-AR897A1-306-US (formerly ACY D79-22). 1995 **Completed.**

PRINCIPAL INVESTIGATOR – **Wyeth Ayerst Research -** Venlafaxine-ER in the treatment of adult patients with major depressive illness, 1994. **Completed**. Protocol # 0600-B-209-US.

CO-INVESTIGATOR with Dr. Arthur Prange in two studies assessing thyroid function in generalized anxiety disorder and major depression and its effect on treatment outcome, University of North Carolina at Chapel Hill 1989 **Completed.**

CO-INVESTIGATOR with Dr. Charles Nemeroff and Dr. K. Ranga Krishnan in two studies assessing CRF and neurotransmitter receptor sites in generalized anxiety disorder and major depression, Duke University Medical Center, Durham, North Carolina. 1989 **Completed**.

**Hospital Corporation of America** GRANT to evaluate the applicability of evoked potentials and computer enhancement of EEG in psychiatric hospitals. 1989 **Completed.**

## AWARDS / HONORS

Distinguished Fellow of the American Psychiatric Association  December 27, 2007

"America's Top Doctors For Men"  Men's Health Magazine         April 2007 Named as the Top Doc for Psychiatry in the United States

Best Doctors in America  2007-2008

Best Doctors. Information When It Matters Most Award 2002, 2003, 2004. 2005, 2006

Outstanding Teacher Award, University of North Carolina, Department of Psychiatry, Chapel Hill, North Carolina, 1982.

Who's Who Among Medical Professionals Publication
International Who's Who in Medicine.

Triangle Area Who's Who in Medicine

## OFFICES HELD

Chairman: University of North Carolina Psychiatry Department Board of Visitors 2002, 2003, 2004, 2005 University of North Carolina, Chapel Hill Psychiatry Department/ Board of Visitors 2000 and continuing.

Secretary Treasurer/ Wake Medical Staff Foundation   2003

Volunteer Scientific Advisor for the Blue Ridge Environmental Defense League (BREDL)

NC Depressive and Manic-Depressive and now Depressive Bipolar Support Alliance Board of Scientific Advisors since inception of North Carolina Chapter.

Member, Scientific Board of Advisors, North Carolina Depressive and Manic-Depressive Association, 1994 –present.

President, Medical staff – Holly Hill Hospital, Raleigh, North Carolina, 1986-1987.

Chairman, Department of Psychiatry – Wake Medical Center, Raleigh, NC, 1986-1987.

Member, Medical Executive Committee, Wake Medical Center, 1986-1987

Member, Wake Medical Staff Foundation Board of Directors, 1986 – present

Vice-President, Medical Staff – Holly Hill Hospital, Raleigh, North Carolina,  1984.

Secretary, Medical Staff – Holly Hill Hospital, Raleigh, North Carolina, 1984.

Secretary, Raleigh Academy of Psychiatry, 1982-1983.

Member, Medical Executive Committee, Holly Hill Hospital, 1981-1989.

## PRESENTATIONS AND WORKSHOPS

1977- Present – Presented well over a 1000 invited lectures, grand rounds, and case conferences, nationally and internationally.  Lectures include discussion on bipolar disorders, major depressive episodes, anxiety disorders, genetics of psychiatric disorders, sleep disorders, attention deficit disorders, smoking cessation, psychosis, and managed care, with emphasis on pharmacotherapy, diagnosis and treatment of mental disorders, and suicide

prevention. Other topics include psychotherapy for borderline personality disorders, cognitive therapy, research updates, and environmental public health issues. Numerous local and national public radio and television appearances for discussion on depression, bipolar disorder, and anxiety disorders, pharmacotherapy, suicide prevention, PTSD and environmental medicine. Oprah Magazine and Endeavors magazine feature stories in 1/06 on our study of the psychiatric and medical consequences of potentially toxic industrial environmental chemical exposures on nearby residents.

**National Speakers Bureau** – Biovail, GlaxoSmithKline, Bristol Myers Squibb Pharmaceuticals, Pfizer Pharmaceuticals, Abbott Laboratories, Organon Pharmaceuticals, Solvay Pharmaceuticals, Eli Lilly and Company, Wyeth Ayerst, Forest Laboratories, Shire, Astra Zeneca, Cephalon, Sanofi.

**Scientific and/ or Marketing Consultant -** Consulting and/or training for drug development, researchers, pharmaceutical representatives, and marketing departments - Glaxo SmithKline, Burroughs Wellcome Company, Upjohn Pharmaceuticals, Wyeth Ayerst Research, Bristol Myers Squibb, Smith Kline Beecham Pharmaceuticals, Eli Lilly and Company, Organon, Glaxo Wellcome Pharmaceuticals, Cephalon, Pfizer, Solvay, Sanofi-Synthelabo, Forest, Shire, Corcept, Vela, Merck, Novartis, UCB Pharma, TAP Pharmaceuticals, Saegis, Schwabe, Johnson & Johnson, Lundbeck, Synaptic, Eisai, Biovail, Janssen, Neurochem, and Medicinova, McNeil, New River Pharmaceuticals.

## MEDIA:   NEWSPAPER, MAGAZINE, RADIO, TELEVISION, INTERNET INTERVIEWS

### NEWSPAPER - MAGAZINE

Approximately 40 different newspaper stories in the Salisbury Post, Raleigh News and Observer, and Charlotte Observer on public health and the environment from 2000 to present.

**2003**

> **USA Today**
> "Adult ADHD"                                **Author :  Rita Rubin**
>
> **The Charlotte Observer Newspaper**        **Author:  Karen Garloch**
> "Coping with Depression: Out of the Blue"
> Monday, November 3, 2003

**2006**

> **"O" The Oprah Magazine**                                    **Author:  David France**
> "What Happened in Milford Hills—Could your town be next?"
> Oprah feature story January 2006 on our study of the psychiatric and medical consequence of potentially toxic industrial environmental chemical exposures on nearby residents.
>
> **Endeavors Magazine**  (University of North Carolina Chapel Hill)        **Author: Angela Spivey**
> "Life Behind the Dots",  January 2006.
>
> **Time Magazine**                                    **Author: Russell McCulley**
> Is New Orleans Having a Mental Health Breakdown?
> August 1, 2006
>
> **Newsweek Magazine**                                    **Author: Jennifer Barrett**
>  "The Crisis Continues"
> August  24,2006

**Forbes**                                                   Author: Amanda Gardner
"The Human Cry"
August 28,2006

**2007**

**Baylor Innovations** (A publication of Medical Media Holdings     Author: Sara Campbell
" Not Just Kid Stuff " ADHD can have profound impact on the
lives of adults"
Winter 2007

**Triangle Business Journal**          Biz"     Authors: Amanda Jones Hoyle, Chris  Baysden, Leo
                                                      John, Patrick  Hogan

**Men's Health Magazine**                                     Author: Erin Hobday
"America's Top Doctors For Men"
April 2007

### RADIO - TELEVISION

Many national and local talk radio shows including XM radio for discussions on the recognition and treatment of
bipolar disorder and ADHD

**1996**   **"Surviving Depression"** (Program for Television) aired on Community TV, program for the North
         Carolina Depressive & Manic Depressive Association.

**2001**   UNC TV**: Post-traumatic Stress after 9-11**

**2005**   UNC TV: NC Now:  **Suicide,Cancer, and the Environment.**

**2006**   **"Surviving the Highs and Lows Associated with Bipolar Disorder".**  OTSP (On The Scene Productions)
         An eight program radio tour. (Richmond News, National News, Odessa "Morning Magazine" Program,
         Ottawa "Sound Mind", Raleigh "Your Health" Program, New York  "Jim Buchanan Show" Program,
         Seattle "Two O'clock Show" Program, National "The Power Program.

**2008**   **"ADHD Treatment",** Health View Program**".**  2-16-08  Dr. Angela Ruff

### INTERNET/WEB INTERVIEW

**2006**

**"Post-Disaster Psychiatry: Lessons From Katrina".** Richard H. Weisler, MD; Allan Chrisman, M.D.;
Mark Townsend, M.D. Live interview on **Medscape.com** at http://www.medscape.com/psychiatry.

**"In Session with Richard H. Weisler, MD: Treatment of Attention-Deficit Hyperactivity Disorder."**
Interview by Norman Sussman, M.D. on November 2, 2006 at the U.S. Psychiatric Conference in New
Orleans. "Profiles in Psychiatry". **Primary Psychiatry.**

### WEBCASTS

**2005**

| **Title:** | Bipolar Disorder: What's New in Mood Stabilization for Mania & Mixed States? |
|---|---|
| | Terrence A. Ketter, M.D. & Richard H. Weisler, MD   Henry Nasrallah, MD  Moderator |
| **Role:** | **Presenter & Panelist** |
| **Audience:** | Several thousand psychiatrists |
| **Location:** | Live Satellite Broadcast |
| **Date:** | Tuesday, May 24, 2005, 12:00 PM Eastern & 3:00 PM Eastern |

**Title:**          "Do No Harm: Safe Use of New Pharmacologic Agents for Bipolar Disorder"
**Name:**          **ICBD (International Conference on Bipolar Disorder) CME Straight Talk**
**Meeting Site:**   ICBD Conference
**Type:**          **CME Web cast & CD ROM** (contents from ICBD Straight Talk discussion
**Role:**          **Invited Web Discussant/Expert Panelist**
**Sponsor:**       Shire Pharm **-** SUNY Upstate Medical University **&** Precept Medical
**Date:**          June 17, 2005

## PUBLICATIONS

### 2008

Efficacy of Quetipine Monotherapy for the Treatment of Depressive Episodes in Bipolar I Disorder: A Post Hoc Analysis of Combined Results From 2 Double-Blind, Randomized, Placebo-Controlled Studies. Weisler, RH; Calabrese, JR; Thase, ME; Arvekvist, R; Stening, G; Paulsson, B; Suppes, T. **Journal of Clinical Psychiatry.** 2008 May 69:0, 1-14.

Efficacy and Safety of Once versus Twice-Daily Carbamazepine Extended-Release Capsules for the Treatment of Manic Symptoms in Patients with Bipolar I Disorder. Weisler Richard H, Kalali Amir H, Cutler Andrew J, Gazda Thomas D, Ginsberg Lawrence. **Psychiatry 2008.** 2008 Mar: 5;(3): 35-48.

Switching From Other Agents to Extended-Release Carbamazepine in Acute Mania. El-Mallakh RS, Ketter TA, Weisler RH, Hirschfeld R, Cutler AJ, Gazda T, Keck P, Swann AC, Kalali AH. **Psychopharmacology Bulletin** 2008:41(1):52-8.

### 2007

"Discovery & Development of Lamotrigine for Bipolar Disorder: A Story of Serendipity, Clinical Observations, Risk Taking, & Persistence." Weisler RH, Calabrese JR, Bowden CL, Ascher JA, Deveaugh-Geiss J, Evoniuk G. **Journal of Affective Disorder.** 2007; Nov (14).

"Emerging Drugs for Attention-Deficit/Hyperactivity Disorder. Weisler RH. **Expert Opinion Emerging Drugs.** 2007 Sep;12(3): 423-34.

Review of Long-Acting Stimulants in the Treatment of Attention Deficit Hyperactivity Disorder. Weisler RH. **Expert Opinion Pharmacotherapy.** 2007 Apr; 8(6):745-58.

Efficacy of Quetiapine Monotherapy in Bipolar I and II Depression: A Double-Blind, Placebo-Controlled Study (the BOLDER II study). Thase ME, Macfadden W, Weisler RH, Chang W, Paulsson B, Khan A, Calabrese JR; BOLDER II Study Group. Erratum in **Journal of Clinical Psychopharmacology.** 2007. Feb; 27(1): 51.

"In Session with Richard H. Weisler, MD: Treatment of Attention-Deficit Hyperactivity Disorder." Interview by Norman Sussman, M.D. on November 2, 2006. "Profiles in Psychiatry". **Primary Psychiatry.** 2007;14(1):39-42.

### 2006

"The Use of Antiepileptic Drugs in Bipolar Disorders: A Review Based on Evidence From Controlled Trials". Weisler RH, Cutler AJ, Ballenger JC, Post R, Ketter TA.  **CNS Spectrums** 2006 Oct;11(10)788-799.

"Mental Health and Recovery in the Gulf Coast After Hurricanes Katrina and Rita." Weisler RH, Barbee JG IV, Townsend MH. **JAMA** 2006; Aug 2;296(5)585-588.

"Bipolar II  Disorder: Current and Future Treatment Options." El-Mallakh R, Weisler RH, Townsend MH, Ginsberg LD. **Annals Clinical Psychiatry.** 2006. Oct-Dec. 18(4):259-266.

"Mixed Amphetamine Salts Extended-Release in the Treatment of Adult ADHD: A Randomized, Controlled Trial." Weisler RH, Biederman J, Spencer TJ, Wilens TE, Faraone SV, Chrisman AK, Read SC, and Tulloch SJ, on behalf of the SLI381.303 Study Group. **CNS Spectrum.** 2006  Aug 11:8 p 625-639.

"Carbamazepine Extended-Release Capsules in Bipolar Disorder." Weisler RH. **Neuropsychiatric Disease and Treatment**. 2006;2(1):3-11.

"Quetiapine in the Treatment of Anxiety in Patients with Bipolar I or II Depression: A Secondary Analysis From a Randomized, Double-Blind, Placebo-Controlled Study." Hirschfeld RM, Weisler RH, Raines SR, MacFadden W & Bolder Study Group. **Journal of Clinical Psychiatry.** 2006 Mar; 67:355-362.

"Efficacy & Safety of Mixed Amphetamine Salts Extended Release (Adderall XR) in the Management of Attention-Deficit/Hyperactivity Disorder in Adolescent Patients: A 4-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study. Spencer TJ

"Tiagabine for Posttraumatic Stress Disorder: Effects of Open Label and Discontinuation Treatment". Connor KM, Davidson JR, Weisler RH, Zhang W, Abraham K. **Psychopharmacology Journal**. (Berl). 2006 Jan;184(1): 21-5. Epub. 2005. Dec 10.

"Extended-Release Carbamazepine Capsules as Monotherapy in Bipolar Disorder. Pooled Results from Two Randomised, Double-Blind, Placebo-Controlled Trials." Richard H. Weisler, Robert Hirschfeld, Andrew J. Cutler, Thomas Gazda, Terence A. Ketter, Paul E. Keck Jr, Alan Swann,

**2005**
"Long-Term Safety and Effectiveness of Mixed Amphetamine Salts Extended Release in Adults with ADHD. Biederman J. Spencer TJ, Wilens TE, Weisler RH, Read SC, Tulloch SJ, SL1381.304 Study Group. **CNS Spectrums: Academic Supplement.** 2005 Dec;10(12 suppl 20)16-25.

"Extended-Release Carbamazepine Capsules as Monotherapy for Acute Mania In Bipolar Disorder: A Multicenter, Randomized, Double-Blind, Placebo-Controlled Trial". Weisler RH, Keck PE Jr., Swann AC, Cutler AJ, Ketter TA, Kalali AH, SPD417 Study Group.

**Journal of Clinical Psychiatry.** 2005 Mar; 66(3) 323-30. Erratum in **Journal of Clinical Psychiatry.** 2005 May;66(5):659.

"Long-Term Cardiovascular Effects of Mixed Amphetamine Salts Extended Release in Adults with ADHD. Weisler RH, Biederman J, Spencer TJ, Wilens TE. **CNS Spectrums: Academic Supplement.** 2005 Dec;10(12 suppl 20) 35-43.

"Special Report – CME Certified: Do No Harm: Safe Use Of New Pharmacologic Agents For Bipolar Disorder. Richard H. Weisler, MD, Alan C. Swann, M.D., Andrew J. Cutler, M.D., Lawrence D. Ginsberg, M.D., Terence A. Ketter, M.D. Medical Periodical jointly sponsored by Shire & SUNY Upstate Medical University and Precept Educational Sciences. 2005 October pgs 2-12.

"Carbamazepine Extended-Release Capsules: A New Treatment Option for Bipolar I Disorder". Weisler RH. **Expert Review Neurotherapy**. 2005 Sep;5(5):587-95.

"Extended-Release Carbamazepine Capsules: A Viewpoint. Weisler RH. **CNS Drugs.**2005;19(8):717-8.

"Safety, Efficacy and Extended Duration of Action of Mixed Amphetamine Salts Extended-Release Capsules for the Treatment of ADHD. Weisler RH. **Expert Opinion Pharmacotherapy**. 2005 Jun;6(6):1003-18.

"Reassessing Carbamazepine in the Treatment of Bipolar Disorder *Clinical Implications of New Data.* Akiskal HS, Fuller MA, Hirschfeld RM, Keck PE Jr., **CNS Spectrum - Symposium Monograph Supplement.** An Expert Panel Review of Clinical Challenges in Psychiatry. 2005 Jun;10 (6 Suppl): 1-11; discuss 12-3; quiz 14-5.

"Efficacy of Carbamazepine Capsules in Bipolar Disorder. Richard H Weisler, M.D. Published in the journal, **Bipolar Disorders**, volume 7, supplement 2005 – abstract book for the "Sixth International Conference on Bipolar Disorder".

"The Effect of Tiagabine on Sleep in Patients with Posttraumatic Stress Disorder." Published in the journal **SLEEP.** Weisler, Richard H., M.D., Connor K., M.D. and Davidson, Jonathan, RT.

"An Interim Analysis of the Quality of Life, Effectiveness, Safety, and Tolerability (QU.E.S.T.) Evaluation of Mixed Amphetamine Salts Extended Release in Adults with ADHD. Goodman DW, Ginsberg L, Weisler RH, Cutler AJ, Hodgkins P. **CNS Spectrums: Academic Supplement.** 2005 Dec;10(12 suppl 20)26-34.

"Relationship of Mania Symptomatology to Maintenance Treatment Response with Divalproex, Lithium, or Placebo. Bowden CL, Collins MA, McElroy SL, Calabrese JR, Swann AC, Weisler RH, Wozniak PJ. **Neuropsychopharmacology**. 2005 Oct;30(10):1932-9.

"A Randomized, Double-Blind, Placebo-Controlled Trial of Quetiapine in the Treatment of Bipolar I or II Depression. Calabrese JR, Keck PE Jr, Macfadden W, Minkwitz M,

Ketter TA, Weisler, RH, Cutler AJ, McCoy R, Wilson E, Mullen J. **American Journal of Psychiatry.** 2005, July; 162(7):1351-60.

"Effectiveness and Medical Costs of Divalproex Versus Lithium in the Treatment of Bipolar Disorder: Results of a Naturalistic Clinical Trial. Revicki DA, Hirschfeld RM, Ahearn EP, Weisler RH, Palmer C, Keck PE Jr. **Journal of Affective Disorder.** 2005 Jun; 86(2-3):183-93.

"Maintenance Therapy with Fluoxetine in PostTraumatic Stress Disorder". A Placebo-Controlled Discontinuation Study. Davidson JR, Connor KM, Hertzberg MA, Weisler RH, Wilson WH, Payne VM, **Journal of Clinical Psychopharmacology.** 2005; Apr;25(2):166-169.

"Trauma, Resilience and Saliostasis: Effects of Treatment in Posttraumatic Stress Disorder." Davidson JR, Payne VM, Connor KM, Foa EB, Rothbaum BO, Hertzberg M, Weisler RH. **International Clinical Psychopharmacology.** 2005 Jan;20(1):43-8.

## 2004

"Quetiapine with Lithium or Divalproex for the Treatment of Bipolar Mania: A Randomized, Double-Blind, Placebo-Controlled Study. Sachs G, Chengappa KNR, Suppes T, Mullen JA, Brecher M, Devine NA, Sweitzer DE. **Bipolar Disorders (An International Journal of Psychiatry and Neurosciences.** 2004 June (3) 213-223.

"Adult Attention Deficit Hyperactivity Disorder". Weisler RH. **Child & Adolescent Psychopharmacology News.** 2004 Dec; Vol 9, Iss 8; p1-7.

"A Multi-Center, Randomized, Double-blind, Placebo-Controlled Trial of Extended-Release Carbamazepine Capsules (beaded ERC-CBZ; SPD417) as Monotherapy for Bipolar Disorder Patients with Manic or Mixed Episodes. Weisler RH, Kalali AH, Ketter TA, SPD417 Study Group. **Journal of Clinical Psychiatry.** 2004 Apr;65(4):478-484.

"A 6-Month, Multicenter, Open-Label Evaluation of Beaded, Extended-Release Carbamazepine Capsule Monotherapy in Bipolar Disorder Patients with Manic or Mixed Episodes". Ketter TA, Kalali AH, Weisler RH. SPD417 Study Group. **Journal of Clinical Psychiatry.** 2004 May;65(5):668-673.

## 2003

"Ziprasidone in Adjunctive Treatment of Acute Bipolar Mania: Randomized, Double-Blind, Placebo-Controlled Trial, Judith Dunn and Patricia English. supplement of **European Neuropsychopharmacology (ENCP).**

"Pregabalin in Generalized Anxiety Disorder: A Placebo-Controlled Trial". Pande AC, Crockatt JG, Feltner DE, Janney CA, Smith WT, Weisler R, Londborg PD, Bielski RJ, Zimbroff DL, Davidson JR, Liu-Dumaw M. **American Journal of Psychiatry** 2003 Mar;160:(3) 533-540.

"Randomized, Placebo-Controlled Trial of the Effects of Donepezil on Neuronal Markers and Hippocampal Volumes in Alzheimer's Disease." Krishnan KR, Doraiswamy PM,

Mintzer J, Weisler R, Yu X, Perdomo C, Ieni JR, Rogers S.  **American Journal of Psychiatry** 2003 Nov;160(11):2003-11.

"Mirtazapine vs Placebo in Posttraumatic Stress Disorder:  A Pilot Trial". Davidson JR, Weisler RH, Butterfield MI, Casat CD, Connor KM, Barnett S, Van Meter S.  **Biological Psychiatry.** 2003 Jan 15;53(2):188-91.

**2002**

"Rapid Onset of Antidepressant Activity With Venlafaxine". Weisler RH, Van Meter S. **Journal of Clinical Psychiatry**.  2002 June 63(6):534-5; author reply 535-6.

"A Comparison of the Efficacy, Safety, and Tolerability of Divalproex Sodium and Olanzapine in the Treatment of Bipolar Disorder". Zajecka JM, Weisler RH, Sachs G, Swann AC, Wozniak P, Sommerville KW. **Journal Clinical Psychiatry** 2002 Dec;63(12):1148-1155.

"Investigation of Notch3 as a Candidate Gene for Bipolar Disorder Using Brain Hyperintensities as an Endophenotype". Ahearn EP, Speer MC, Chen YT, Steffens DC, Cassidy F, Van Meter S, Provenzale, JM, Weisler RH, Krishnan KR. **American Journal Medical Genetics,** 2002 August 8;114(6)652-8.

Effect of Hypericum Perforatum (St . John's Wort) in Major Depression." A Randomized Controlled Trial. **JAMA.**  2002;287:(14):1807-1814.

"Rapid Onset of Antidepressant Activity With Venlafaxine". Weisler RH, Van Meter S. **Journal of Clinical Psychiatry**.  2002 June 63(6):534-5; author reply 535-6.

**2001**

"Multi-Center, Double-blind Comparison of Sertraline and Placebo in the Treatment of Posttraumatic Stress Disorder". Jonathan R.T.  Davidson, M.D.; Barbara O. Rothbaum, Ph.D.; Bessel A. van der Kolk, M.D., Carolyn R. Sikes, Ph.D., Gail M. Farfel, Ph.D. **Archives of General Psychiatry**. 2001;58:(5) p485-492.

"MRI Correlates of Suicide Attempt History in Unipolar Depression". Ahearn EP, Jamison KR, Steffens DC, Cassidy F, Provenzale JM, Lehman A Weisler RH, Carroll BJ, Krishnan KR. **Biological Psychiatry**. 2001 Aug. 15;50(4) 266-70.

"Dimensions of Self-Rated Mood in Depressed, Manic, and Normal Subjects". Ahearn EP, Cassidy F, Kelley L, Weisler RH, Carroll BJ. **Comprehensive Psychiatry.** 2001 May-June;42(3): 196-201.

**2000**

"Dr. Ahearn and Colleagues Reply".  Ahearn EP, Steffens DC, Cassidy F, Van Meter S, Provenzale, JM, Weisler RH, Krishnan KR. **American Journal of Psychiatry.** 2000 Feb;157(2):307.

"Behavior Therapy for Obsessive-Compulsive Disorder Guided by a Computer or by a Clinician Compared with Relaxation as a Control". Greist JH, Marks IM, Baer L, Kobak KA, Wenzel KW, Hirsch MJ, Mantle JM.

"Psychometric Properties of the Social Phobia Inventory (SPIN)": A New Self-Rating Scale. Connor KM, Davidson JR, Churchill LE, Sherwood A, Foa E, Weisler RH. **British Journal of Psychiatry**, London, United Kingdom. 2000 Apr;176:379-86.

**1999**

"A Pilot Study of Mirtazapine in Posttraumatic Stress Disorder". Connor KM, Davidson JR, Weisler RH, Ahearn EP. **International Clinical Psychopharmacology.** 1999 Jan; 14(1) 29-31

"Treatment of Social Phobia with Gabapentin: A Placebo-Controlled Study". Pande AC, Davidson JR, Jefferson JW, Janney CA, Katzelnick DJ, Weisler RH, Greist JH, Sutherland SM, **Journal of Clinical Psychopharmacology**. 1999 Aug;19(4):341-8.

"Social Phobia: Issues in Assessment and Management". Conner KM, Davidson JR, Sutherland S, Weisler RH. **Epilepsia** 1999;40 Suppl. 6(S)60-5; discussion S73-4. Review.

"Nefazodone in Post-Traumatic Stress Disorder: Results from Six Open-Label Trials". Hidalgo R, Hertzberg MA, Mellman T, Tucker P, Weisler R, Zisook S, Chen S, Churchill E, Davidson J. **International Clinical Psychopharmacology**, 1999 Mar;14(2):61-8.

"Alternative Therapy Use by Psychiatric Outpatients" Knaudt PR, Connor KM, Weisler RH, Churchill LE, Davidson JR. **Journal of Nervous and Mental Disease**, . 1999 Nov;187(11): p692-95.

**1998**

"Fluvoxamine in Civilians with Post Traumatic Stress Disorder". Davidson JR, Weisler RH, Malik M, Tupler LA. **Journal of Clinical Psychopharmacology** 1998 Feb;18(1)93-5.

"Familial Leukoencephalopathy in Bipolar Disorder" Ahearn EP, Steffens DC, Cassidy F, Van Meter SA, Provenzale JM, Seldin MF, Weisler RH, Krishnan KR. **American Journal of Psychiatry** 1998 Nov;155(11)1605-7.

"Treatment of Post Traumatic Stress Disorder with Nefazodone". Davidson JR, Weisler RH, Malik ML, Connor KM. **International Clinical Psychopharmacology** 1998 May;13(3):111-3 .

"Sertraline in the Treatment of Panic Disorder " – A Flexible-Dose Multicenter Trial. Pollack M, Otto MW, Worthington JJ, Manfro GG, Wolkow R. **Archives of General Psychiatry**. 1998 Nov;55:1010-1016.

**1997**

"Adjunctive Use of Olanzapine in Mood Disorders: 5 Case Reports". Weisler RH, Ahearn EP, Davidson JR, Wallace CD, **Annals of Clinical Psychiatry** . 1997 Dec; 9(4):259-62.

"Fluoxetine Treatment of Patients With Major Depressive Disorder Who Failed Initial Treatment With Sertraline". Thase ME,  Blomgren S, Birkett MA, Apter JT, Tepner RG. **Journal of Clinical Psychiatry** 1997; 58:16-21.

**1996**

"Understanding and Treating Mania and Depression in Bipolar Disorder" Case Study. Husain M, Weisler RH. **Primary Psychiatry**, June 1996; 21-25.

"Efficacy of Buspirone in Generalized Anxiety Disorder with Co-Existing Depressive Symptoms." JJ Sramek, Tansman M, Suri A, Hornig-Rohan M, Amsterdam JD, Stahl SM, Weisler RH, Cutler NR. **Journal of Clinical Psychiatry** 1996 Jul;57 (7)287-91.

**1995**

"Economic Evaluation of Drug Treatment for Psychiatric Disorders:  The New Clinical Trial Protocol" Zarkin GA, Grabowski H, Mauskopf JA, Luckey H, Bannerman MPA. **Psychopharmacology: The Fourth Generation of Progress** 1995,  p1897-1905. Book Chapter

**1994**

"Comparison of Bupropion and Trazodone for the Treatment of Major Depression": Weisler RH, Johnston JA, Lineberry CG, Samara B, Branconnier RJ, Billow AA. **Journal of Clinical Psychopharmacology**, 1994 Jun; 14(3): p170-9.

**1992**

"Treatment Strategies for Lithium-Resistant Bipolar Depression".Weisler RH. **Journal of Clinical Psychiatry Monograph**,  1992 May;10 (1) p27-32.

**1991**

"Roundtable Discussion Comparing Currently Available Antidepressants and an Ideal Antidepressant", **Journal of Clinical Psychiatry: Evolving Standards of Antidepressant Therapy-Monograph Series.** May, 1991, Vol. 9, No. 1.

"A Profile of Bupropion: A Nonserotonergic Alternative". Weisler RH   **Journal of Clinical Psychiatry Monograph Series**:  May, 1991, Vol. 9, No. 1.

**1990**

"A Fixed Dose (300 mg) Efficacy Study of Bupropion and Placebo in Depressed Outpatients. Lineberry CG, Johnston JA, Raymond RN, Samara B, Feighner JP, Harto NE, Granacher RP Jr, Weisler RH, Carman JS, Boyer WF.   **Journal of Clinical Psychopharmacology**,  1990 May; 51 (5) p194-9.

**1972** Honors Thesis – Tulane University, "Role Relevant Skills Variable as a Predictor of Hypnotic Susceptibility" Richard H. Weisler.

## STUDY-GROUP CONTRIBUTORY PUBLICATIONS:

**2004**

"Rapid Antimanic Effect of Risperidone Monotherapy: A 3-Week Multicenter, Double-Blind, Placebo-Controlled Trial". Robert M.A. Hirschfeld, M.D; Paul E. Keck, Jr., M.D; Michelle Kramer, M.D; Keith Karcher, M.S.; Carla Canuso, M.D; Marielle Eerdekens, M.D; Fred Grossman, D.O; and investigators on the RIS-USA-239 Trial. **American Journal of Clinical Psychiatry.** 161:6, 1057-1065, June 2004.

**2003**

"Effect of Divalproex Combined with Olanzapine or Risperidone in Patients with an Acute Exacerbation of Schizophrenia. Daniel E. Casey, David G. Daniel, Adel A. Wassef, Katherine A. Tracy, Patricia Wozniak and Kenneth W. Sommerville. Co-authored with other members of Depakote Psychosis Group. **Neuropsychopharmacology** 2003; 28:, 182-192.

**2002**

"Efficacy of Olanzapine in Combination With Valproate or Lithium in the Treatment of Mania in Patients Partially Nonresponsive to Valproate or Lithium Monotherapy". Tohen, et al for HGFU Study Group. **Archives of General Psychiatry**, Vol. 59, January 2002 p. 62-69.

"Sertraline Treatment of Major Depression in Patients with Acute MI or Unstable Angina". AH Glassman, CM O'Connor, RM Califf, K Swedberg, P Schwartz, JT Bigger, Jr., KRR Krishnan, LT Van Zyl, JR Swenson, MS Finkel, C Lauden, PA Shapiro, CJ Pepine, J Mardekian, WM Harrison for the Sertraline Antidepressant Heart Attack Randomized Trial (SADHART) Group/Investigators. **JAMA.** August 2002 .

**2000**

"Efficacy of Extended-Release Venlafaxine in Nondepressed Outpatients with Generalized Anxiety Disorder. Written in collaboration with Karl Rickels, M.D., Mark H. Pollack, M.D., David V Sheehan, M.D., J. Thomas Haskins, Ph.D., and members of the 210-U.S. Study Group. **American Journal of Psychiatry.** 2000; 157:968-974.

"Randomized, Placebo-Controlled 12-Month Trial of Divalproex and Lithium in Treatment of Outpatients With Bipolar I Disorder". Written by CL Bowden, JR Calabrese, SL McElroy, L Gyulai, A Wassef, F Petty, HG Pope, Jr., J C Chou, PE Keck, Jr., LJ Rhodes, AC Swann, RMA Hirschfeld, PJ Woniak and coauthored with other members of the Divalproex Maintenance Study Group. May 2000 issue of **Archives of General Psychiatry**, 2000;57: 481-489.

"Efficacy of Olanzapine in Acute Bipolar Mania" – A Double-blind, Placebo-Controlled Study. Mauricio Tohen, M.D., Thomas G. Jacobs, MAS; Starr L. Grundy, BscPharm; Susan L. McElroy, M.D.; Michael C. Banov, M.D; Philip G. Janicak, M.D. Todd Sanger, Ph.D, R Risser, F Zang, for Olanzapine HGGW Study Group. **Archives of General Psychiatry**. September 2000;57:841-849.

**1999**

"Zaleplon, A Novel Nonbenzodine Hypnotic, Effectively Treats Insomnia in Elderly Patients Without Causing Rebound Effects". Sonia Ancoli-Israel, Ph.D., James K. Walsh, Ph.D., Richard M. Mangano, Ph.D., and Masamoto Fujimori, M.D., for the Zaleplon

Clinical Study Group. The **Primary Care Companion to The Journal of Clinical Psychiatry**, Vol. 1, No. 4, pp. 114-120, August 1999.

"A Double-Blind Placebo-Controlled Study of Lamotrigine Monotherapy in Outpatients with Bipolar I Depression " J.R. Calabrese, M.D; C. L. Bowden, M.D.; G. S. Sachs M.D.; J. A. Ascher; M.D.; E. Monaghan; G. D.; Rudd; MS PharmD for the Lamictal 602 Study Group. **Journal Clinical Psychiatry** 1999;60:79-88.

"Safety Profile of Sustained-Release Bupropion in Depression: Results of Three Clinical Trials. EC Settle, SM Stahl, SR Batey, JA Johnston, JA Ascher for study group. **Clinical Therapy**. March 1999, 21 (3): p454-63.

**1998**

"Sertraline in the Treatment of Panic Disorder " – A Flexible-Dose Multicenter Trial. Mark Pollack, M.D., Michael W. Otto, Ph.D., John J. Worthington, M.D., Gisele Gus Manfro, M.D. Robert Wolkow, M.D. **Archives of General Psychiatry**. November 1998;55:1010-1016.

**1997**

"Efficacy and Tolerability of Once-Daily Venlafaxine Extended Release (XR) in Outpatients with Major Depression. Michael Thase for the Venlafaxine XR 209 Study Group. **Journal of Clinical Psychiatry**, 58:9, September 1997.

**1991**

"A 10-Center Prospective Study of Seizure in Association with Bupropion". JA Johnston, CG Lineberry, JA Ascher, J Davidson, MA Khayrallah, JP Feighner, P. Stark .**Journal of Clinical Psychiatry**, 1991 Nov; 52(11): 450-6.

**INVITED CONTRIBUTIONS**

1.   Special Report – CME Certified: Do No Harm: Safe Use Of New Pharmacologic Agents For Bipolar Disorder. Richard H. Weisler, MD, Alan C. Swann, M.D., Andrew J. Cutler, M.D., Lawrence D. Ginsberg, M.D., Terence A. Ketter, M.D. Medical Periodical jointly sponsored by Shire & SUNY Upstate Medical University and Precept Educational Sciences.

**CHAPTERS IN BOOKS:**

1.   "Economic Evaluation of Drug Treatment for Psychiatric Disorders:  The New Clinical Trial Protocol". Gary A. Zarkin, Ph.D., Henry  Grabowski,, Ph.D., Josephine A. Mauskopf, Ph.D. and Heather Luckey, M.P.A Bannerman**. Psychopharmacology: The Fourth Generation of Progress** 1995,  p1897-1905. (Book Chapter)

**JOURNAL/ PEER REVIEWER**

Agency for Toxic Substances and Disease Registry/ Centers for Disease Control & Prevention Journal of Clinical Psychiatry

Biological Psychiatry
Future Drugs
Expert Opinion on Pharmacotherapy
CNS Spectrum
CNS Drugs
Neuropsychiatric Disease and Treatment
Journal of the American Medical Association (JAMA)

## ABSTRACTS/POSTERS

1.   Weisler RH, Risner ME, Ascher JA, Hauser TL. "Use of Lamotrigine in the Treatment of Bipolar Disorder":  New Psychiatric Research Program & Abstracts. Presented at the 147th Annual Meeting for the American Psychiatric Association (APA), Philadelphia, PA.
**Initial report of Lamotrigine use in Bipolar Disorder**. Abstract 1994 NR 6111:206.
**May 26, 1994**

2.   Managed Care Article abstract in Psychiatric Times.                                    **1996**

3.   "Use of Venlafaxine in Generalized Anxiety". Study Group. Presented at the American College of Neuropsychopharmacology (ACNP).                          **1996**

4.    "Venlafaxine XR for Use in Major Depressive Episodes". Study Group. Presented at the American College of Neuropsychopharmacology (ACNP).                   **1996**

5.   Weisler RH, Davidson JRT. "Pilot Study of Fluoxamine in PTSD". Presented at the New Clinical Drug Evaluation Unit ( NCDEU).                                 **1996**

6.   Wolkow R, Apter J, Clayton A, Coryell W, Cunningham L, McEntee W, O'Hair D, Pollack M,  Rausch J,  Stewart R. "Double-Blind Flexible Dose Study of Sertraline and Placebo in Patients with Panic Disorder. Presented at the XX Congress of the Collegium Internationale Neuro-Psychopharmacologicum (CINP). Melbourne, Australia.
**June 23-27, 1996**

7.   Feighner, John for study principal investigators. "Efficacy of Once-Daily Venlafaxine Extended Release (XR) for Symptoms of Anxiety in Depressed Outpatients." Poster abstract presented at the American Psychiatric Association (APA).                 **1997**

8.   "Sometimes It Isn't Easy". North Carolina Depressive and Manic-Depressive Association Brochure for teens about Depressive Illness. Abstract presented at the American College of Neuropsychopharmcology (ACNP).                                **1997**

9.   Weisler, RH, Pande A, Davidson JRT, Greist J, Jefferson JW, Sutherland S. " A Placebo-Controlled Study of Gabapentin in Social Phobia" Trial results published in the **Journal of Clinical Psychiatry**  and presented as a poster at the American College of Neuropsychopharmacology (ACNP).                          **1997**

10.   Weisler RH, Davidson JRT, Londborg P, Pearlstein T, Sikes C, Farfel G.  "Double-Blind
      Comparison of Sertrali ne and Placebo in Patients with Post Traumatic Stress Disorder
      (PTSD)" Poster presented at the American College of Neuropsychopharmacology
      Meeting (ACNP), Kanuela, Hawaii.                                **December 1997**

11.   Weisler RH, Revici DA, Hirschfeld RM , Keck PE Jr., Sommerville , Palmer C, Ahearn
      EP. "Cost Effectiveness of Divalproex Sodium vs. Lithium in Long-Term Therapy for
      Bipolar Disorder".    Poster abstract presented at the American College of
      Neuropsychopharmacology (ACNP).                                **1998**

12.   RH Weisler, J Apter, J Downs, D Goldstein, I Kolin, B. Lydiard, S McElroy, D Rudd, T.
      Shiovitz, T Suppes, H Udelman, C Zarate." Lamotrigine: Evidence for Antidepressant
      Activity in Bipolar Disorder". Poster abstract presented at the American College of
      Neuropsychopharmacology (ACNP).                                **1998**

13.   Richard H. Weisler, K Ranga Rama Krishnan, H Cecil Charles, P Murali Doraiswamy,
      Jacob Mintzer,  Xin Yu, Carlos Perdomo, John R Ieni, Sharon Rogers; "Donepezil's
      Effect on N-acetyl Aspartate Levels of Patients with Alzheimer's Disease Using Proton
      Magnetic Resonance Spectroscopy. Presented at (ISMRM).          **1999**

14.   K Ranga Rama Krishnan, H Cecil Charles, P Murali Doraiswamy Jacob Mintzer, Richard
      Weisler, Xin Yu, Carlos Perdomo, John R Ieni, Sharon Rogers; "Donepezil's Effect on
      N-acetyl Aspartate Levels of Patients with Alzheimer's Disease Using Proton Magnetic
      Resonance Spectroscopy. Presented at BRAIN.                     **1999**

15.   Weisler RH, Hirshfield RMA, Keck PEJ, et al."Cost Effectiveness Evaluation of
      Divalproex vs. Lithium in the Treatment of Bipolar Disorder". New Research Program &
      Abstracts. 152nd Annual Meeting of American Psychiatric Association (APA).
      Washington, D.C. Abstract NR 686:262-263.              **May   1999**

16.   Weisler RH, Davidson JRT, Connors Kathy."A Pilot Study of Mirtazapine in Post
      traumatic Stress Disorder". Poster presentation.               **1999**

17.   RH Weisler, EP Ahearn, KR Jamison, DC Steffens, F Cassidy, JM Provenzale, A
      Lehman, BJ Carroll, KR Krishnan. "MRI Correlates of Suicide Attempt History in
      Unipolar Depression".  Poster presentation.                    **2000**

18.   RH Weisler, EP Ahearn, MC Speer, YT Chen, DC Steffens, F Cassidy, S VanMeter, JM
      Provenzale, KR Krishnan."Investigation of Notch3 as a Candidate Gene for Bipolar
      Disorder Using Brain Hyperintensities as an Endophenotype". Poster presentation.
      (ACNP).                                                         **2000**

19.   J Zajecka, J Davidson, KW Sommerville, G Sachs, RH Weisler, A Swann, P Wozniak.
      "A Comparison of the Safety and Efficacy of Divalproex Sodium and Olanzapine in the
      Treatment of Bipolar Disorder". (ACNP) Meeting poster presentation.        **2000**

20.   Weisler RH, AC Pande, J Crockatt, DE Feltner, CA Janney, WT Smith, PD Londborg, RJ
      Bielski, DL Zimbroff, JRT Davidson, ML Dumaw.  "Pregabalin, A Novel Agent in the

Treatment of Generalized Anxiety Disorder: A Placebo-Controlled Trial" Poster presented at the American Collegium of Neuropsychopharmacologicum (ACNP) Meeting.                                                                                    **2000**

21.    Weisler RH, Casey DE, Daniel D, Tracy K, Wozniak P, Summerville K & participating investigators. "Improved Antipsychotic Effect of Divalproex Combined with Risperidone or Olanzapine for Schizophrenia". Presented at the American Collegium of Neuropsychopharmacologicum (ACNP).                                              **2000**

22.    JRT Davidson, RH Weisler, K Abraham, W Zhang. "Tiagabine for Posttraumatic Stress Disorder. Poster presented at the American Psychiatric Association (APA).       **2002**

23.    KM Connor, RH Weisler, JRT Davidson, MI Butterfield, CD Casat. "Mirtazepine in Posttraumatic Stress Disorder: Results of a Placebo-Controlled Trial". Poster presented at the European Congress of Neuropsypharmacology (ECNP).                          **2002**

24.    "A Multi-center, Randomized, Double-Blind, Placebo-Controlled Trial of Extended Release Carbamazepine Capsules (Carbatrol) Monotherapy in Patients with Manic or Mixed Bipolar Disorder. Poster presented at the North Carolina American Epilepsy Meeting.                                                                **December 9, 2002**

25.    H. Kalali, A.J. Cutler, T.A. Ketter, R.H. Weisler. "A 3-Week, Double-Blind, Placebo-Controlled Study of Extended Release Carbamazepine in the Treatment of Acute Mania in Bipolar Disorder. Poster presentation 43rd Annual New Clinical Drug Evaluation Unit (NCDEU) Meeting. Boca Raton, Florida.                              **May 27-30, 2003**

26.    "Protocol #: 128-602E:  An Open Extension Study Evaluating the Safety and Outcome of 40-160 mg Daily of Oral Ziprasidone in the Treatment of Subjects Who Have Participated in Protocol # 602".                                           **August 15, 2003**

27.    Protocol #: 128-602:  A Phase III, Randomized, Placebo-Controlled Study Evaluating the Safety and Outcome of Treatment with Oral Ziprasidone in Subjects with Mania Who Are Receiving Lithium".                                               **September 2003**

28.    Judith Dunn, Ph.D. and Patricia English DrPH. "Ziprasidone in Adjunctive Treatment of Acute Bipolar Mania: A Randomized, Double-Blind, Placebo-Controlled Trial". Poster presented at the 16th ECNP Congress, Prague, Czech Republic.  **September 20-24, 2003**

29.    Weisler, Richard H., M.D., Connor K., M.D. and Davidson. "The Effect of Tiagabine on Sleep in Patients with Posttraumatic Stress Disorder." Poster presentation 16th Congress of the European College of Neuropsychopharmacology (ECNP). Prague, Czech Republic.
                                                                    **September 20-24, 2003**

30.    Weisler, et al for 387.303 study group. "Adderall XR Adult ADHD- Long-Term Safety and Efficacy of Once-Daily Adderall XR in Adults with ADHD. Research poster American Psychiatric Association (APA).                                          **2003**

31.   A.H. Kalali, A.J. Cutler, R.H. Weisler, T.A. Ketter. "Beaded-Extended-Release Carbamazepine (SPD417) in Bipolar Disorder: A 6-Month Open Trial." Poster presentation                                                                                        **2003**

32.   Richard Weisler, Joseph Biederman, Allan K. Chrisman,  Timothy E. Wilens, Thomas Spencer,  Simon J. Tulloch,  et. al for 387.303 study group. "Long-Term Safety and Efficacy of Once-daily Adderall XR in Adults with ADHD". Presented at the 16th Annual U.S. Psychiatric & Mental Health Congress (USPMH), Orlando, Florida.
                                                                                        **November 8, 2003**

33.    JRT Davidson, K. Connor, W Zhang, K. Abraham, & M. Darwish. "Tiagabine for PostTraumatic Stress Disorder:  A Placebo-Controlled Trial." Poster presented 42nd Meeting of the American College of Neuropsychopharmacology (ACNP), San Juan, Puerto Rico.                                                 **December 7-11, 2003**

34.   RH Weisler, L Warrington, J Dunn, EL Giller, F Mandel. "Adjunctive Ziprasidone in Bipolar Mania: Short & Long-Term Data". Presented at 2004 Annual Meeting of the Society of Biological Psychiatry Meeting. New York New York.
                                                                                        **April 29 – May 1, 2004**

35.   Weisler, Richard H., M.D, Ketter, Terence A., M.D. and Kalali, Amir H., M.D. "Carbamazepine Extended Release Treatment of Manic and Mixed Symptoms". Poster presented at the 157 Annual American Psychiatric Association Meeting.
                                                                                        **May 1-6, 2004**

36.   "Treatment of Manic and Mixed Patients with Carbamazepine Extended. Poster presented at the 157 Annual American Psychiatric Association meeting, New York, New York. Authored by Weisler, Richard H., M.D. Co-authors Keck, Jr., Paul E., M.D.and Swann, Alan C., M.D.                                          **May 1-6, 2004**

37.   Biederman, Joseph, M.D., Weisler, Richard, M.D., Tulloch, Simon  J., M.D., Wilens, Timothy E., M.D., Chrisman, Allan K., M.D. "Long-Term Safety and Efficacy of Mixed Amphetamine Salts Extended for Adult ADHD. Poster presented at the 157 Annual American Psychiatric Association Meeting (APA).          **May 1-6, 2004**

38.   Patricia English, Ph.D, Lewis Warrington, and Judith Ann, Ph.D. "Adjunctive Ziprasidone in Bipolar Mania: Short-Term and Long-Term Data". Poster presented at the 157 Annual American Psychiatric Association meeting (APA).      **May 1-6, 2004**

39.   Faraone, Stephen V., M.D., Biederman, Joseph, M.D., Spencer, Thomas J., M.D., Wilens, Timothy E., M.D., Read, Stephanie C., M.S., Zhang, Yuxin, Ph.D., Tulloch, Simon J., M.D. "Dose-Response Efficacy of Mixed Amphetamine Salts Extended for Adult ADHD". Poster presented at the 157 Annual American Psychiatric Association meeting
                                                                                        **May 1-6, 2004**

40.   "Three-Bead    Extended-Release   Carbamazepine   Capsule   (SPD417)   Continue Maintenance Therapy in Bipolar Disorder. Poster presented at the 157 Annual American

Psychiatric Association meeting. Ketter, Terence A., M.D. Weisler, Richard H., M.D., Kalali, Amir H., M.D.                                                     **May 1-6, 2004**

41.   K Connor, J. Davidson, R Weisler, W Zhang, K. Abraham. "Tiagabine for Posttraumatic Stress Disorder: Effects of Open-Label & Double Blind Discontinuation Treatment." Poster presented at the APSS 18th Annual Meeting, Philadelphia, Pennsylvania.
                                                                      **June 5-10 2004**

42.   Richard H. Weisler, MD, Lewis Warrington, M.D., Judith Dunn, Ph.D., Patricia English, DrPH, Francine S. Mandel, Ph.D. "Adjunctive Ziprasidone for Bipolar Mania: Long-Term Data". Presented at the (CINP) 2004 XXIV Congress of the Collegium Internationale Neuro-Psychopharmacologicum, Paris, France.   **June 20-24, 2004**

43.   RH Weisler, M.D., L Warrington, FS. Mandel. "Adjunctive Ziprasidone for Bipolar Mania: Long-Term Data". Presented at the 56th Institute on Psychiatric Services (IPS). Atlanta, Georgia.                                             **October 6-10, 2004**

44.   "Cardiovascular Effects of Mixed Amphetamine Salts XR in Adult ADHD." Poster presented at the Annual Meeting of the American Academy of Child & Adolescent Psychiatry (AACAP)  , Washington, D.C. Authored by Weisler, Richard H, M.D; Read, Stephanie C, M.S; Sea, Daniel, M.S., M.D.; Mays, David A., Pharm.D.; Tulloch, M.D.
                                                                      **October 19-24, 2004**

45.   "Adjunctive Ziprasidone for Bipolar Mania":   Short- and Long-Term Data. Poster abstract presented at the World Psychiatric Association (WPA) Congress. Florence, Italy.
                                                                      **November 10-13, 2004**

46.   K Connor, J Davidson, R Weisler, W Zhang, K Abraham "Tiagabine for PostTraumatic Stress Disorder: Effects of Open-Label and Double-Blind Discontinuation Treatment". Presented at the World Psychiatric Association International Congress; (WPA); Florence, Italy.                                               **November 10-13, 2004**

47.   Richard Weisler, M.D., Judith Dunn, Ph.D., Francine S. Mandel, Ph.D. "Adjunctive Ziprasidone in Bipolar Mania: Long-Term Data". Presented at the World Psychiatric Association International Congress; (WPA)  Florence, Italy.
                                                                      **November 10-13, 2004**

48.   "Efficacy of Extended-Release Carbamazepine in Bipolar Disorder: Results of Two Pooled Clinical Trials" Poster presented at the 2004 U.S. Psychiatric & Mental Health Congress. San Diego, California. Weisler RH, Hirschfeld R, Cutler AJ, Gazda T, Ketter T, Keck P, Kalali.                                          **November 18, 2004**

49.   "Safety and Tolerability of Extended-Release Carbamazepine in Bipolar Disorder: Results of Two Pooled Clinical Trials" Poster presented at the (UPMH) 2004 U.S. Psychiatric & Mental Health Congress, San Diego, California. Weisler RH, Hirschfeld R, Cutler AJ, Gazda T, Ketter T, Keck P, Kalali.          **November 18, 2004**

50.   "Elevated Resident Suicide Rates and Toxin Release From Nearby Plants: A Potential Link". Poster presented at the 2004 U.S. Psychiatric & Mental Health Congress,  San Diego, California. Weisler, RH, Davidson, JRT, Zeller, L, Taylor-Guevera, H, Singlton, SS, LM, Fiffer, MR, Tsougas,                                              **November 19, 2004**

51.   "Cardiovascular Effects of Adderall XR in Adult ADHD". Poster presented at the 2004 U.S. Psychiatric & Mental Health Congress, San Diego, California. Weisler RH, Hirschfeld R, Cutler AJ, Gazda T, Ketter T, Keck P, Kalali.        **November 19, 2004**

52.   Weisler RH, Hirschfeld R, Cutler AJ, Gazda T, Ketter TA, Keck PE. "Efficacy of Switching to Extended-Release Carbamazepine in Bipolar Disorder". Poster presentation at the 158th Annual Meeting of the American Psychiatric Association (APA) Atlanta, Georgia.                                                                              **May 21-26, 2005**

53.   Richard H. Weisler, M.D. "Predictors of Response to Treatment of Bipolar Disorder with Extended-Release Carbamazepine Capsules in Two Double-Blind, Randomized, Placebo-Controlled Trials". Presented at the 45th Annual Meeting of the New Clinical Drug Evaluation Unit (NCDEU) 2005 meeting, Boca Raton, Florida      **June 6-9, 2005**

54.   RH Weisler. "Switching from Other Agents to Extended-Release Carbamazepine in Bipolar Disorder".    Abstract accepted for presentation at the Sixth International Conference on Bipolar Disorder (IBCD)      Pittsburgh, PA.        **June 16-18, 2005**

55.   "Extended-Release Carbamazepine for Manic Episodes in Bipolar I Disorder". Richard H. Weisler, MD. Poster presentation 57th IPS (Institute on Psychiatric Services), San Diego, California.                                                              **October 5-9, 2005**

56.    "Extended-Release Carbamazepine in Bipolar I Disorder: Young Mania Rating Scale Breakdown". Richard H. Weisler, MD. Poster presentation 57th IPS (Institute on Psychiatric Services), San Diego, California.        **October 5-9, 2005**.

57.   Biederman Joseph, Spencer Thomas,  Wilens Timothy, Weisler Richard, Read Stephanie, Hodgkins Paul, Tulloch Simon, & SLI1381.304 Study Group. "Long-Term Safety & Effectiveness of MAS XR in Adults with ADHD". Presented at the 18th Annual U.S. Psychiatric & Mental Health Congress, Las Vegas, Nevada.        **November 2005**

58.   Richard H. Weisler, MD, Robert Hirschfeld, MD, Andrew J. Cutler, MD, Thomas Gazda, MD, Terence Ketter, MD, Paul Keck MD, Alan Swann MD, and Amir Kalali, MD. "Efficacy of Extended-Release Carbamazepine in Bipolar Disorder: Short and Long Term Results." Poster presented 2005 USMH ( US Psychiatric & Mental Health Congress.                                                                              **November 2005**

59**.**   "Elevated Suicides in Residential Neighborhoods & Chemical Releases from Nearby Industries: A Potential Link Seen in a Second Study?" Weisler, RH, Davidson, JRT, Zeller, L, Taylor-Guevera, H, Singleton, SS, Turner, LM, Fiffer, MR, Tsougas, SM, Goelz, GM. Presented at the 18th Annual U.S. Psychiatric & Mental Health Congress, Las Vegas, Nevada.                                                              N**ovember 2005**

**2006**

60.     "The Safety of Combination Therapy with Carbamazepine Extended-Release Capsules for Bipolar I Disorder." Presented at the 2006 APA Annual Meeting.          **May 2006**

61.     "Comparative Efficacy of Twice-Daily and Once-Daily Extended-Release Carbamazepine in Bipolar Disorder: Results from a Double-Blind, Parallel-Group Trial". Presented at the 2006 NCDEU Mtg **,** Boca Raton Resort & Club, Boca Raton, Florida.
                                                                                            **June 13, 2006**

62.     "Efficacy of Quetiapine Monotherapy in Bipolar I Depression: Combined Results From Two Double-Blind, Placebo-Controlled Studies. Richard H. Weisler, MD, Robert Arvekvist, M.D., Goran Stening, M.D. Presented at the 2006 CINP (Congress of the Collegium Internationale of Neuropsychopharmacologicum). Lakeside Center, McCormick Place in Chicago, Illinois, USA.          **July 9-13, 2006**

63.     "Quetiapine Monotherapy is Efficacious for Depressive Episodes of Bipolar I Disorder: Combined Results from Two Double Blind Placebo-Controlled Studies."Richard H. Weisler, Robert Arvekvist, Goran Stening. Presented at the Fifth European Conference on Bipolar Disorder, Auditori Sant Joan de Deu Esplugues, Barcelonia, Catalonia, Spain.
                                                                                            **October 5-7, 2006**

64.     "Quetiapine Monotherapy is Efficacious for Depressive Episodes of Bipolar I Disorder: Combined Results from Two Double Blind Placebo-Controlled Studies."Richard H. Weisler, Robert Arvekvist, Goran Stening. Poster presented at the 2006 U.S. Psychiatric & Mental Health Congress, New Orleans, Louisiana.          **November 17-19, 2006**

**2007**

65.     "Linking Symptoms to Circuits in ADHD".
        "The Psychopharmacology of ADHD". Presented at the Neuroscience Education Institute. RH Weisler.

|  |  |
|---|---|
| Washington D.C. | **June 9-10, 2007** |
| San Diego, CA | **July 14-15, 2007** |
| Dallas TX | **October 6-7, 2007** |

66.     "Bipolar Depression: Diagnosis, Recognition, and Treatment Experience With Quetiapine". S. Levy,  RH Weisler. Presented at the American Osteopathic Association 112th Annual Convention and Scientific Seminar, San Diego, California.
                                                                                            **September 30, - October 4, 2007**

67.     "10 Years of Quetiapine in Clinical Practice". RH Weisler, A. Lazarus. Presented at the 59th Institute  of Psychiatric Services Conference, New Orleans, Louisiana.
                                                                                            **October 11-13, 2007**

68.     "Quetiapine Monotherapy for Treating Depressive Episodes of Bipolar Disorder". RH Weisler, A Lazarus. Presented at the (IPS) 59th Institute  of Psychiatric Services Conference, New Orleans, Louisiana.          **October 11-14, 2007**

69. "The Role of Quetiapine in the Management of Acute Bipolar Depression: A New Option for Both Bipolar I and Bipolar II Patients." Presented at the (WPA) "Working Together for Mental Health.. Partnerships for Policy/ Practice 2007 World Psychiatric Association International Congress, Melbourne, Australia.      **November 28 – December 1, 2007**

70. "Analysis of Suicidality in Pooled Data from Two Double-Blind, Placebo-Controlled Aripiprazole Adjunctive Therapy Trials in Major Depressive Disorder" (Studies CN138-139 & CN138-163. RH Weisler, M.D; R. Swanink, MS; A Pikalov, M.D, PhD; RD McQuade, Ph.D; BX Carlson, Ph.D; B. West, Ph.D; R. Gutierrez-Esteinou, M.D; RN Marcus, M.D, RM Berman, M.D. Presented at the  (ACNP) 46th American College of Neuropsychopharmacology Annual Meeting, Boca Raton Resort & Club, Florida.
      **December 9-13, 2007**

71. Presented at the Neuroscience Education Institute. RH Weisler.
      Seattle, Washington   **April 19-20, 2008**

72. "Extended Release Quetiapine Fumarate (Quetiapine XR) Monotherapy for Major Depressive Disorder (MDD): A Double-Blind, Placebo-Controlled Study" (D1448C0001). Poster has been accepted for presentation at the 2008 APA Annual Meeting in Washington, DC, Washington Convention Center.
      **May 3-8, 2008**

73. "Efficacy and Safety of Once-Daily Extended Release Quetiapine Fumarate (Quetiapine XR) as Monotherapy for Major Depressive Disorder: A Randomized, Placebo-Controlled Study". Abstract to be presented at the NCDEU Meeting, Boca Raton Resort & Club.
      **May 30-June 2, 2008**

I confirm that the attached is my curriculum vitae and that all information contained within is accurate and current as of this date.

_____
Printed Name

_____
Signature

_____
Date