Expert Report by Richard H. Weisler, MD, DFAPA

I make the following declaration subject to the penalties for perjury under the laws of the United States of America.

RICHARD H. WEISLER, MD, DFAPA

I am Richard H. Weisler, MD, DFAPA.  I graduated from Tulane University with a BS cum laude with Departmental Honors with Distinction in Psychology in 1972.  In 1974 I completed a US Junion Public Health Summer Fellowship. I completed medical school in 1976 at the University of North Carolina at Chapel Hill with honors my senior year. I also completed my medical internship experience and psychiatry residency at the University of North Carolina at Chapel Hill. I am Board Certified in Psychiatry, and currently practice psychiatry in Raleigh, North Carolina. I am also an Adjunct Professor of Psychiatry at the University of North Carolina at Chapel Hill and Adjunct Associate Professor of Psychiatry at Duke University Medical Center. I have practiced Psychiatry for 31 years and have been recognized as a Distinquised Fellow of the American Psychiatric Association (DFAPA). I have acquired expertise in diagnosing, treating, and conducting clinical research studies with  individuals and families who have suffered mood and anxiety disorder as well as other psychiatric disorders after traumatic events. I have published articles in the area of Disaster Mental Health, Post Traumatic Stress Disorders (PTSD), depression, bipolar disorder, general anxiety disorder, social phobia, suicide, dementia, Attention Deficit Disorders, genetics, and pharmaco-economics. I am

Richard H. Weisler, M.D. Deposition
Exhibit 21
Oct. 9, 2011

1

**Attachment A**

considered by my peers as an authority in many of these areas. My curriculum vitae

including publications can be found in Attachment 1. A descriptiion of my disaster

related work experiences and copies of my writings in this area is found in Attachment 2.

A list of the two cases where I have been deposed in the last 4 years can be found in

Attachment 3.

A.   The plaintiff's attorneys asked me to examine the following question: Does the class
action device provide advantages or disadvantages in addressing any past, current, or
ongoing physical or emotional distress arising from the flooding of the Lower Ninth
Ward of New Orleans and the part of St. Bernard Parish within the Class Area?

It is my expert opinion that some of the individuals and families from the Lower Ninth Ward

and   Northwest section of St. Bernard Parish (class area) will experience further emotional and

medical harm as a result of the flooding related aftereffects of Hurricane Katrina if they remain

untreated. That is also the consensus opinion of the other mental health professionals working

with me in the mental health pilot evaluations and who are helping to write the child and

adolescent mental health section as listed in section C.  Additional emotional and physical harm

may result from delays in up to thousands of potential class members obtaining much needed

mental health screening evaluations and possible referral for effective treatment.  Currently, each

potential class member would have to proceed individually through the legal system in a non-

class approach. Moreover, I am concerned that there continues to be a lack of adequate financial

and treatment resources for potential class members' mental health treatment.


Our pilot screening evaluations described in section D indicate that 5 of the 11 potential class

members still currently require mental health treatment for their serious flooding- related mental

health problems. Many of those potential class members are still unable to fully recognize or

2

accept their, or their families', clinically significant flooding- related mental illnesses. Consequently, a large number of present and former residents of the Lower Ninth Ward and the Northwest section of St Bernard parish may be unable to independently seek, or even recognize the need to seek, legal remedies due to the severity and nature of their own mental illness. For this reason as well, it is my opinion that using a class approach will probably be more equitable as many potential class members are already disadvantaged both emotionally and financially because of their flooding trauma related mental health disorders. Their mental disorders may in some cases compromise cognitive functioning, work performance, and judgment.

Using a class approach to evaluate and resolve these issues is also most likely to be a far safer and less stressful alternative for these already struggling individuals and families whose emotional damages developed or were exacerbated by the severity and in some cases the rapidity of the area flooding. During our evaluations the potential class members provided vivid descriptions of losing loved ones, friends, property, and personal memorabilia in flood waters that rose to life threatening levels at times in minutes, not hours, thus greatly limiting their ability to reach safety. The potential class members talked of currents so strong that at times their clothes were ripped off their bodies. Their terror was still apparent in their words, eyes, and faces during our pilot evaluations as they talked about their losses, and at times they and other potential class members appeared to still be numbed by their traumatic experiences.

A class approach would also make it easier to identify or search for former class area residents who evacuated or moved away after Hurricane Katrina as much of the class area in still uninhabitable due to damage to, or the destruction of, housing. Because of the large number of potential class members who moved away from the area, efforts like those described in the following survey study may have to be employed to identify where they currently reside.

3

Locating or notifying individuals would be far more difficult to accomplish in a non-class approach.

Using a one size fits all class approach may disadvantage some individuals with very severe emotional trauma from the area flooding as well as those at those who may have milder symptoms or mental disorders that have resolved unless steps are taken to factor in their increased treatment related needs in the assessment. It is my opinion that such individual factors must be taken into account if they are incorporated into the mental health evaluations. Additionally, if necessary, more detailed treatment assessments of potential class members can be relied on if they require referral for more intensive treatment. Also, if potential class members appear to be minimizing their symptoms other clinician rated scales can be employed to better ascertain disease severity.

It is also possible that some individuals may try to take advantage of the use of a class approach even though they or their families were not personally mentally impacted by the flooding that followed Hurricane Katrina. In such cases there is often a disincentive if mental health treatment is one of the conditions of the awards. Psychological testing can also be used to assess when people are malingering.

In our pilot study 4 of the 11 individuals referred by their attorneys failed to meet criteria during evaluations to support a diagnosis of flooding trauma related mental health problems. Included among the 4 individuals who did not show evidence of trauma related mental disorders were 2 of the proposed potential representatives of the sub-class of potential class members with emotional disorders related to their flooding related traumas. A third proposed potential class representative

4

of the sub-class did provide a clear history of flooding trauma related major depressive disorder, which resolved spontaneously before our evaluation of him.

It is my opinion that the clinical approaches that we used as detailed in the study methods section and what we propose to use in screening evaluations in the future will be able to reliably discern trauma-related mental disorders in the vast majority of cases. As the full data on our evaluations, medical history, laboratory studies, and the remaining psychological testing and other information becomes available we reserve the right to further refine our proposed screening methods.

B.  Independent studies

Along with Drs. Mark Townsend and James Barbee I wrote an invited commentary article in the Journal of the American Medical Association (JAMA) that was published on 8/2/06. The title of the article was "Mental Health and Recovery in the Gulf Coast after Hurricanes Katrina and Rita". In that article which is included in its entirety in Attachment 2, we reviewed some of the independent studies, which had been conducted at that time that were related to the above question.

In the "Physical Health" section of the JAMA article we wrote that "As of July 2006, more than 1800 deaths were reported, including 1577 in Louisiana, and 231 in Mississippi." from hurricane- related reasons. We also noted that, "Although obtaining reliable data has been difficult, the mortality rate appears to have increased, due to suicide and other medical causes as suggested by a 25% increase in the number of death notices published in the *Times-Picayune* for January 2006 vs January 2005.9 The Deputy Coroner of New Orleans recently reported a near 3-fold increase in the suicide rate in Orleans Parish, from 9 to 26 per 100 000, in the first 4 months after Katrina."

Stephens, et al (2007) found in attachment 2 reported that "The post-Katrina mortality rate for the first 6 months of 2006 was approximately 91.37 deaths per 100,000 population; compared to the pre-Katrina population mortality rate of 62.17 deaths per 100,000 population, this represents

5

an average 47% increase from the baseline mortality, suggesting a marked increase in indirect (excess) deaths post-disaster (Figure 2). Although the confidence interval around the 2006 mean is wide, there is little overlap with the 2002 to 2003 confidence interval, suggesting a significant difference in the mortality distributions between the 2 populations."

We know that the suicide and murder rates have increased dramatically in New Orleans post Hurricane Katrina, as have mortality rates from medical conditions as reported above in some studies. At around 56/100,000 person-years New Orleans murder rate was about 4 times the national rate for comparably sized cities before Katrina hit in 2004. In the last two quarters of 2006 the Orleans parish murder rate peaked at about 111/100,000 person-years. A murder rate of 111/100,000 person-years is about 20 times the United States rate of about 5.3/ 100.000 person years and a comparable sized city rate of about 13/100,000 person-years. A murder rate of 111/100,000 person-years roughly equaled the total death rate from lung, breast, and colon cancer or almost twice as high as the death rate from the combination of myocardial infarctions (heart attacks) pre Hurricane Katrina in 2004 as seen in tables 1.b.-d. Heart disease and cancer are usually the most common causes of death in the United States. Thus, a murder rate of about 111/100,000 and 105/100,000 person-years respectively for those two quarters is highly unusual in the United States, as was the 2006 yearly rate of 96.6 seen in table 1.a. In 2007 a JAMA article titled "Mental Health Courts Show Promise" reports that "[b]etween 35% and 54% of these individuals reported symptoms of mania, between 16% and 30% reported symptoms of major depression and 10% to 24% reported symptoms of psychotic disorder, such as delusions or hallucinations." These numbers came from a representative sample of about 25,000 inmates (see attachment 6).

The following tables show death rates in New Orleans Parish including deaths due to homicide, myocardial infarctions and breast, colon or lung cancer. Note the death rate for homicides after the hurricane is about the same as the mortality rate for breast, colon and lung cancer combined before Hurricane Katrina.

Table 1.a. Homicide rates for New Orleans, LA for 2004-2006 (VanLandingham, 2007)

| Year | Source of Population Estimates | No. of Homicides | Person-Years of Exposure | Homicide Rate per 100 000 Person-Years | Relative to 2004 Level, % | Relative to 2005 Level, % |
|------|-------------------------------|------------------|--------------------------|----------------------------------------|---------------------------|---------------------------|
| 2004 | Census | 264 | 462 269 | 57.1 | ... | ... |
| 2005 | US Census/Emergency Operations Center/ Rand Corp | 210 | 321 351 | 65.3 | 114 | ... |
| 2006 | Emergency Operations Center/Louisiana Recovery Authority[a] | 162 | 190 971 | 84.8 | 149 | 130 |
| 2006 | Rand Corp/Louisiana Recovery Authority[b] | 162 | 167 709 | 96.6 | 169 | 148 |

*Note.* The 2 basic scenarios of repopulation during 2006 are (1) a more optimistic one based on early estimates by the Emergency Operations Center and (2) a more conservative one (the best estimate) based on early estimates by Rand Corp. The conservative trajectory inspires confidence because of the close correspondence between Rand Corp's subsequent projection of 198 000 for September 2006 and the Louisiana Recovery Authority's estimate of 200 000 for November 2006. The Emergency Operations Center–based estimate provides a very useful basis for an upper-bound figure for exposure and a reasonable lower-bound figure for the 2006 murder rate.
[a]Optimistic-estimate population trajectory.
[b]Best-estimate population trajectory.

Table 1.b. Homicide rates for Orleans Parish for 1999-2004 as extracted from CDC WONDER datasets

| Year | Count | Population | Crude Rate Per 100,000 | Age Adjusted Rate Per 100,000 |
|------|-------|-----------|------------------------|-------------------------------|
| 1999 | 145 | 485,511 | 29.9 | 28.4 |
| 2000 | 187 | 484,674 | 38.6 | 36.6 |
| 2001 | 193 | 477,142 | 40.4 | 38.4 |
| 2002 | 240 | 471,440 | 50.9 | 49.2 |
| 2003 | 245 | 465,884 | 52.6 | 51.4 |
| 2004 | 247 | 459,048 | 53.8 | 51.9 |
| Total | 1,257 | 2,843,699 | 44.2 | 42.4 |

Table 1.c. Death rates for Orleans Parish due to acute myocardial infarction and subsequent infarction for 1999-2004 as extracted from CDC WONDER datasets

Death rate in Orleans Parish due to acute myocardial infarction and subsequent myocardial infarction, 1999-2004

| Year | Count | Population | Crude Rate Per 100,000 | Age Adjusted Rate Per 100,000 |
|------|-------|-----------|------------------------|-------------------------------|
| 1999 | 289 | 485,511 | 59.5 | 63.5 |
| 2000 | 288 | 484,674 | 59.4 | 63.4 |
| 2001 | 264 | 477,142 | 55.3 | 58 |
| 2002 | 271 | 471,440 | 57.5 | 60 |
| 2003 | 238 | 465,884 | 51.1 | 51.9 |
| 2004 | 220 | 459,048 | 47.9 | 48.5 |
| Total | 1,570 | 2,843,699 | 55.2 | 57.6 |

Table 1.d. Death rates for Orleans Parish due to indicated neoplasms for 1999-2004 as extracted from CDC WONDER datasets

| Cause of death | Count | Population | Crude Rate Per 100,000 | Age Adjusted Rate Per 100,000 |
|---|---|---|---|---|
| C18.9 (Colon, unspecified) | 642 | 2,843,699 | 22.6 | 23.8 |
| C34.9 (Bronchus or lung, unspecified) | 1,781 | 2,843,699 | 62.6 | 66.4 |
| C50.9 (Breast, unspecified) | 599 | 2,843,699 | 21.1 | 22 |
| Total | 3022 | 2,843,699 | 106.3 | 112.2 |

It is my opinion that these murder rates reflect in part the major loss of social support and community infrastructure as well as the lack of mental health treatment after Hurricane Katrina continuing to some degree into the last two quarters of 2006 in the New Orleans area. I believe drug and alcohol abuse and dependence from self-medication of flooding-/hurricane- related emotional problems also contributed increased the rates of suicides, assaults, and murders.

Medical mortality from all other causes also increased significantly in the New Orleans area after the hurricane as described in Kevin Stephens, MD, JD et al., found in attachment 2. It is my opinion that mortality rates increased in part because of the impact on overall health that Post Traumatic Stress Disorder (PTSD), major depression, bipolar disorder, other anxiety disorders, and substance use disorders have. Depression is a known major risk factor for increased mortality due to heart attacks and strokes, much like high cholesterol and smoking are known risk factors. Unfortunately, many of those who developed PTSD, depression, and other psychiatric disorders after the flooding in the Lower Ninth Ward and the Northwest section of St Bernard parish, like others with these disorders, probably began smoking and drinking more, eating the wrong foods, exercising less, and gaining weight. Many potential class representatives probably found they developed diabetes or had greater difficulty controlling their blood sugars because of the above problems and the bi-directional nature of depression and diabetes compounded by disruptions of their basic medical care.

In my opinion possible explanations for the increased mortality rates can also be found in attachment 6 and in the medical consequences of mental disorders article section found in attachment 2.

**The section "Mental Health Problems" in the JAMA article states** "After the initial crisis, the health care focus appropriately shifted from emergency response to caring for individuals developing or living with more chronic illness. Residents, rescuers, and health care workers were expected to develop high rates of mental health disorders, including posttraumatic stress disorder

8

(PTSD), depression, anxiety, and substance abuse. About 7 weeks after the hurricane, between October 17 and October 22, 2005, the Centers for Disease Control and Prevention (CDC) conducted a rapid-needs-assessment survey of returning New Orleans area residents for the Louisiana Office of Mental Health.6 Interviewers randomly selected households from 24 census blocks in Orleans Parish and 21 in Jefferson Parish, contacted 224 adult members (1 per household), and successfully interviewed 166 (74%), using Short Post-Traumatic Disorder Rating Interview-Expanded (SPRINT-E), a self-reported, post disaster assessment that screens for symptoms of PTSD, depression, and impaired functioning to assess the need for mental health services. Of the survey respondents, 56% reported having a chronically ill member in their household, 23% reported problems obtaining medical care, and 9% reported difficulty obtaining prescription medications. Only 35% reported being employed at the time of the survey compared with 73% who reported employment before the disaster. Fifty percent of survey respondents' answers indicated possible need for mental health assistance, and 33% had probable need for mental health needs assistance. Moreover, nearly 26% of respondents indicated that at least 1 household member needed mental health counseling, yet only 1.6% of those residents who were reportedly in need were receiving counseling."

Seven to 13 weeks after the hurricane, the CDC conducted an assessment of members of the New Orleans Police Department and New Orleans Fire Department using the Center for Epidemiologic Studies Depression Scale and the Veterans Administration checklist to identify symptoms of PTSD. A total of 912 police officers completed the questionnaire, resulting in an estimated overall participation rate of 65% to 76% based on an estimated 1200 to 1400 police officers on duty at the time of the interviews. Of the participating police officers, 170 (19%)

9

reported PTSD symptoms and 227 (26%) of the 888 who responded to such questions reported major depressive symptoms.

Fire department officials reported that of the 683 firefighters on its most recent (pre-hurricane) roster, 525 (77%) completed the same questionnaire. Of those, 114 (22%) reported symptoms consistent with PTSD, and 133 (27%) of the 494 who responded to such questions reported major depressive symptoms.

The Federal Substance Abuse and Mental Health Service Administration released a statement in April 2006 saying, "Clinicians are seeing significant symptoms of traumatic stress among survivors. Calls to local suicide hotlines are up 60% post Katrina. SAMHSA estimates that up to 500,000 people may be in need of assistance...a number that is likely to grow as "Katrina-weariness" sets in, making the survivors even more vulnerable to depression and other problems. Growing anxiety over the upcoming hurricane season...heightened by skepticism over the state of readiness...is taking a heavy toll on the nation's mental well-being

The severity of the flooding- related damage in New Orleans and in particular in the potential class area suggests that high rates of mental illness would be expected to develop. Kessler, et.al in 2008 reported, "Contrary to results in other disaster studies, where post-disaster mental disorder typically decreases with time, prevalence increased significantly in the [Community Advisory Group] CAG for [Post-traumatic Stress Disorder] PTSD (20.9 vs 14.9% at baseline), serious mental illness (SMI; 14.0 vs 10.9%), suicidal ideation (6.4 vs 2.8%) and suicide plans (2.5 vs 1.0%). The increases in PTSD-SMI were confined to respondents not from the New Orleans Metropolitan Area, while the increases in suicidal ideation-plans occurred both in the New Orleans sub-sample and in the remainder of the sample. Unresolved hurricane-related

stresses accounted for large proportions of the inter-temporal increases in [Standard Mortality Index] SMI (89.2%), PTSD (31.9%) and suicidality (61.6%). Differential hurricane-related stress did not explain the significantly higher increases among respondents from areas other than New Orleans, though, as this stress was both higher initially and decreased less among respondents from the New Orleans Metropolitan Area than from other areas affected by the hurricane." They concluded that "high prevalence of hurricane-related mental illness remains widely distributed in the population nearly 2 years after the hurricane."


Tulane University's Dr. Mark VanLandingham and the University of Michigan's Dr. Narayan Sastry pilot study survey's June 2008 report included in attachment 7 also supports our groups' concerns. Their study shows that individuals in New Orleans who lost their homes were five times more likely to have suffered from severe psychological distress a year after the storm than those who didn't lose their home. VanLandingham and Sastry also noted that those who were economically and educationally disadvantaged prior to the Hurricane or black were at the greatest risk of developing emotional distress.  Data we obtained from a search of www.factfinder.census.gov supports the observation that many of the potential class members impacted by rapidity and severity of the post hurricane flooding in the Lower Ninth Ward and some in St Bernard parish belonged to the same disadvantaged groups identified as being at greatest risk for severe emotional distress by VanLandingham and Sastry. In the Lower Ninth Ward 6443 of the 6802, or roughly 95%, of households are African American households.

Child and Adolescent Mental Health Studies

Researchers from Louisiana State University Health Science Center, Tulane University, and Columbia University have conducted a number of larger-scale surveys and other studies in the New Orleans area since Hurricane Katrina for children and adolescents. These findings are described in much more detail in the formal child and adolescent section that can be found in section I and attachment 9 In general, those studies found that very large numbers of children, adolescents, and their caregivers in the New Orleans area developed or had exacerbations of emotional problems that in many cases have persisted following Hurricane Katrina.

C.  Collaborators and consultants:

To accomplish this project I felt it scientifically and clinically necessary to include as **collaborators**:

1.  Mark Harold Townsend, MD is the Vice-Chair for General Psychiatry at Louisiana State University Health Sciences Center. Dr. Townsend is a practicing psychiatrist, a teacher, and a medical researcher in New Orleans who's CURRICULUM VITAE can be found in Attachment 4. Dr. Townsend was involved in almost all aspects of the design and implementation of the pilot class representative evaluations and review of their medical histories. He also was involved in the formulation of possible future evaluation and treatment needs based on his and the Universities practice experiences, the medical literature, our pilot study evaluations, and his extensive knowledge of

12

past, current, and planned future local mental health treatment resources in New

Orleans and St Bernard Parish.

2.  Howard J. Osofsky, MD, PhD is the Chair of the Department of Psychiatry at
    Louisiana State University Health Science Center in New Orleans and an expert in
    the area of Child and Adolescent Psychiatry. Dr. Howard Osofsky assisted in the
    assessment of estimated diagnostic and treatment needs of children and adolescents in
    the class area. He was given "Tribute to Katrina Heroes" by New Orleans City
    Council for outstanding work helping children and families. His full curriculum vitae
    can be found in Attachment 5.

3.  Joy D. Osofsky, PhD. is also a Professor of Pediatrics and Psychiatry at Louisiana

    State University Health Science Center. Her curriculum vitae can be found in

    Attachment 6. Like her husband Howard Osofsky, Joy Osofsky is a recognized

    authority on Disaster Mental Health for children and adolescents. Together the

    Osofsky's have led a team of professionals that has already conducted mental health

    screenings on over 10,000 New Orleans area children since Hurricane Katrina hit.

    The Osofsky's have also worked very closely with the School Systems of Orleans and

    St Bernard Parish screening many children and adolescents from the Lower Ninth

    Ward and the St Bernard Parish class area. Dr. Joy Osofsky assisted in the analysis of

    child and adolescent diagnostic and treatment needs for the impacted class area. Her

    extensive local knowledge and community service is evident by her being recognized

    by the following:

    November, 2007 - Awarded the Sarah Haley Award for Clinical Excellence in work

    with trauma by the International Society for Traumatic Stress Studies.

    November, 2007 - Proclamation from the St. Bernard School Board for outstanding

    and continuing service.

13

October, 2007 -Award from Family Services of New Orleans for Outstanding Service.

August 29, 2006- honored with a Proclamation from the New Orleans City Council recognizing her work helping children and families in the aftermath of Hurricane Katrina.

4.  Jill S. Hayes, PhD is a Louisiana psychologist who is an Adjunct Associate Professor of Psychiatry at Louisiana State University Department of Psychiatry. She also completed a fellowship in forensic psychology and is considered an expert in that area. Her curriculum vitae can be found in attachment 7. Dr. Hayes assisted us in the design and implementation of psychological evaluations for potential class members in the pilot study. In addition, she assisted in editing, writing, and organizing this report.

5.  Philip T. Griffin, PhD, ABPP (CI) is a Professor of Clinical Psychiatry at Louisiana State University Health Sciences Center and Chief, Section of Psychology Department of Psychiatry Louisiana State University Health Sciences Center.  Dr. Griffin is also Emeritus Professor of Clinical Psychology in the Department of Psychiatry and Neurology Tulane University School of Medicine. Dr. Griffin assisted in the psychological testing of potential class members in the pilot study. His curriculum vitae can be found in attachment 8.

Other experts who served as **consultants** for us include:

6.   Richard Dalton, MD, a Tulane University professor of Psychiatry, and the new Louisiana State Medical Director of the Louisiana Department of Mental Health.  Dr. Dalton helped write and provide material on child and adolescent mental health concerns and prevalence estimates after Hurricane Katrina for the group.

7.   Jonathan Davidson, MD, is a Professor of Psychiatry at Duke University Medical Center and the developer of the Davidson Trauma Scale, the SPRINT, and co-Developer of the Short Post-Traumatic Disorder Rating Interview-Expanded (SPRINT-E) screening instrument with Fran Norris, PhD.

8.   David Sheehan, MD, an internationally renowned psychiatrist, created the Mini International Neuropsychiatric Interview (MINI) PLUS and the MINI 6.0 as well as the Sheehan Disability Scale. He advised as to the use of these scales in this pilot study and in possible future class representative mental health large scale screening evaluations and studies.

9.   Allan Chrisman, MD at Duke University Medical Center expert in child and adolescent Psychiatry who provided guidance about the needs of children and information on disaster mental health.

10. Fran Norris, PhD is a professor at the National Center for PTSD/Dartmouth University also consulted with us on mental health screening and disaster mental health issues. Dr. Norris also provided material for the methods section attachment about the (SPRINT-E) and its use in screening post-disaster populations.

15

11. Jessica Hamblen, PhD. at the National Center for PTSD/ Dartmouth University also provided us information about a cognitive therapy program that she and Dr. Norris consulted on in the Baton Rouge area for evacuees from New Orleans or other parts of Louisiana who developed psychiatric problems.

12. Narayan Sastry, PhD at University of Michigan/Rand Corporation and expert in population studies. He provided us with additional information regarding the impact of property damage, educational levels, and ethnic background from work that he and VanLandingham did in New Orleans after the hurricane. Dr. VanLandingham was out of the country, but he also sent us a reply and encouraged us to call Dr. Sastry.

13. Kara Koehrn, B.S., and Masters of Environmental Management Candidate 2009 at Duke University and a Stanback Intern; Assisted greatly in editing,  gathering of articles, and data searches of public health records.

### D. Pilot Evaluation Screening of Potential Class Members

Drs. Townsend and Weisler examined 11 of the potential class members referred by their attorneys with the understanding that they would, as we requested, have a mix of traumatic exposure intensity, age group, evacuation status, and loss of loved ones, physical property, and/or jobs.  In order to screen for the presence of mental illness, each potential class member was examined using similar methodology as much as possible. Drs. Townsend and Weisler then collaboratively administered more focused well-validated disease-rating instruments to better characterize these five individuals' trauma history, symptoms, and disease severity. Dr. Weisler

16

and Townsend met with each of the 11 referred potential class members and achieved consensus about their diagnostic findings. Further, individuals with current mental illness were referred for psychological testing to determine cognitive functioning, to determine potential malingering/response bias and to further validate our diagnostic and disease severity findings. At this time psychological testing hasn't been completed on all of the referred potential class members. The attorneys included for evaluation 5 individuals previously identified as potential class representatives for the emotional distress sub-class. The availability of some individuals to be seen of the specific days available for evaluations also impacted who was referred.

We also made a concerted effort to obtain medical history documentation that was still available despite the New Orleans area flooding and destruction. Medical evaluations and laboratory studies may be required in the future for some of the potential class representatives when more complete data is available.

E. Diagnostic Instruments and Ratings Scales Used:

To elaborate upon the methods utilized, each individual completed release forms and short questionnaires about their health and treatment. Subsequently, they each received the following diagnostic or rating instruments found in —attachment 4. 1), the Short Post-Traumatic Disorder Rating Interview-Expanded (SPRINT-E), is a widely used and well-validated screening tool, used in the New Orleans region post-Katrina by the U.S. Centers for Disease Control and Prevention (CDC) in their rapid mental health needs assessment report study and in post 9/11 mental health studies. A score of 3 or more on the SPRINT-E is indicative of the possible presence of psychiatric illness requiring treatment; a score of 7 or more indicates the likely presence of illness.

17

Each individual also received 2), a semi-structured psychiatric evaluation; and 3), the Mini International Neuropsychiatric Interview-Plus (MINI-Plus), a highly structured interview that determines whether criteria for major, Axis I psychiatric diagnoses have been met.

Potential class members who demonstrated the presence of an anxiety, mood, and/or addictive disorder on the above measures were then presented with the following additional rating scales: 1) the National Center for Post-Traumatic Stress Disorder/Clinician-Administered PTSD Scale for DSM-IV (CAPS DX); 2) the Montgomery-Åsberg Depression Rating Scale (MADRS); 3) the Hamilton Anxiety Scale (Ham-A); 4), the Sheehan Disability Scale (SDS); 5), the Work Productivity and Activity Index (WPAI), 6), the Trauma History Screen, and, in one instance, a Young Mania Rating Scale (YMRS). Additionally, our consulting psychologists Drs. Philip Griffin and Jill Hayes performed further psychological testing batteries on 3 of the potential class members to date.

F.  General Study Conclusions

Our study group believes that a potentially large number of present or former residents of the Lower Ninth Ward or the section of St Bernard parish northwest of Paris Road at the time of Hurricane Katrina can be screened for mental health problems much more efficiently as a class than as individuals in tort actions.  Moreover, it is our belief that these class mental health screenings of all ages (sections G, H, and I) can be conducted in a relatively efficient manner for those still residing in or able to commute to the New Orleans area.

We believe that in the vast majority of cases based on our findings in our pilot evaluation study that potential class members who did not have significant emotional damages can be ruled out during the evaluation process. For example, 4 of the 11 potential class members were found not

18

to have experienced significant emotional consequences based on our use of the Sprint E and MINI diagnostic instruments. This was despite the fact that all 4 had some exposures to traumas in many ways similar to other potential class members who experienced trauma related mental disorders.

At the same time we found it is possible through our screening methods to identify those at high risk for future relapses even though their past significant anxiety and mood disorder episodes post Hurricane Katrina flooding- related emotional traumas had resolved by the time of our evaluations.

G. Evidence of past physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area

The initial focus of this will be for adults first and then I will generalize to estimate the evidence based on my collaborators and consultants from other New Orleans' area studies. The child and adolescent analysis is contained in a complete independent section. Our adult pilot study evaluation gave us the following information about adults to help form my opinion on this question.

**Preliminary Pilot Screening Evaluation Findings**

Seven of the 11 individuals referred by their attorneys at our request for evaluation demonstrated psychiatric signs and symptoms that are consistent with those reported to occur in the literature and our clinical experience with greater frequency in survivors of traumatic events. While the individuals we examined were clearly not a random sample of those living in the area prior to the levee breaches, which we will refer to as "the flooding" or the "flood," their symptoms and

19

mental health disorders nevertheless reflect previous published reports. Four of the potential class members reported no psychiatric illness since the flooding, although they experienced life events similar to those subsequently psychiatrically ill. Two of the proposed members of the emotional health sub-class showed no evidence of flood-related emotional distress or disorders, and a third proposed members had major depressive disorder that had resolved prior to the time of our evaluations. This quality of resistance to mood or anxiety disorders after major trauma has been described as "resiliency," and may be due to a combination of favorable genetic traits and positive social support. You may wish to refer to an article I helped author with Dr. Davidson, Foa, and others titled "Trauma, resilience and saliostasis: effects of treatment in post-traumatic stress disorder," which can be found in attachment 2.

According to the methods described above, five individuals met criteria for current psychiatric illness. Two other potential class members had psychiatric illnesses that developed shortly after levee breaches, which have subsequently remitted. Four of the potential class members were found not to have any psychiatric disorders with the exception of one with a distant past history of substance dependence.

In order to more efficiently present our preliminary findings, we grouped the potential clas members into 3 categories using Ghodse and Galea's convention (attachment 4) when working with Asian Tsunami survivors. Category 3 consists of five potential class members who presently fulfill full diagnostic criteria for anxiety, mood, or addictive disorders. They are of 1), a African-American man in his 30's; 2), a African-American man in his 50's; 3), a African-American woman in her 30's; 4) an African-American woman in her 80's; and 5), a Caucasian woman in her 30's. Potential class members 1, 3 and 5 evacuated their neighborhoods and in New Orleans prior to the flooding, yet have equivalent symptoms to potential class members 2

20

and 4, who did not evacuate and personally witnessed or had to cope with the deaths of family members.

Category 2 consists of two potential class members who developed psychiatric illnesses that have subsequently remitted: 6), a woman in her 60's, a naturalized US citizen born in Mexico and 7), a Caucasian man in his 70's. Each fulfilled diagnostic criteria for major depressive disorder for several weeks in 2005 after the flooding, but are now in good psychiatric health. Potential class member 6, however, has developed significant cardiovascular illness since Hurricane Katrina. She reported she has had two myocardial infarctions. Subsequent to her interview on May 24, Dr. Townsend examined her medical records, which are consistent with her reports of myocardial infarctions.

Category 1 includes the remaining four, who experienced no psychiatric illness since the flooding: 8), an African-American woman in her 80s; 9), a Caucasian man in his 30s; 10), a Caucasian man in his 50s; and 11), an African-American man in his 40s. Individuals in this resilient group, nevertheless, share important characteristics with those in Groups One and Two. For example, potential class members 4 and 8 are both African-American women who had experienced numerous losses, including the violent and/or unexpected deaths of loved ones prior to the flooding event; yet only potential class member 4 developed symptoms. Potential class members 5 and 9 are a married couple who evacuated together prior to the flooding with only potential class member 5 developing psychiatric illnesses after the flooding.

The SPRINT-E had great predictive value regarding the presence of current psychiatric illness. Each member of Group One had a SPRINT-E score of 3 or greater, which corresponds to

published data associating the possible need for treatment for such individuals.  Each of the remaining potential class members, including those in Category 2, had a score of zero.

The current psychiatric illnesses within Category 3 potential class members are consistent with published literature regarding trauma survivors found in attachment 2 and 7.  Each has anxiety that negatively affects their current functioning at work or in personal relationships, but each also has current symptoms of mood disorders.  Potential class member 1 also reports excessive alcohol use, which frequently co-occurs with anxiety and depression among individuals who have experienced traumatic events.  This group contains the only potential class members who witnessed the deaths of family members in the flooding, 2 and 4. However, potential class representative 5, who was present with her husband when he was speaking with her father by phone as the flooding occurred, also meets criteria for current psychiatric illness. She subsequently learned that her mother drowned shortly after their conversation, but was unable to view her body until November of 2005 which made mourning more difficult. According to a New York Times article, published on August 27, 2006, some families waited as long as eight months for bodies of their family members to be released to them.

**H. Confidential summary data from individual potential class members is found in attachment. Summary Data from Individual Potential class members (can be found in CONFIDENTIAL attachment 15)**

**I.      Expert Opinions on the Mental Health Evaluation and Treatment Needs of Children and Adolescents**

22

While, as an adult psychiatrist, I am familiar with most of the medical literature in this area but I elected to enhance my expertise by collaborating with Joy Osofsky, PhD, and Howard Osofsky, MD as well as Richard Dalton, MD. All three of these professors are very highly regarded, internationally known child mental health experts from New Orleans who were involved in post-Hurricane Katrina evaluation and treatment of the areas children. Drs. Joy and Howard Osofsky were the primary authors of this section. My expert opinion on the topic of child and adolescent mental health need takes advantage of their collective expertise. I believe that it is necessary to take into account the background information about damage and destruction of schools, neighborhoods, places of worship, homes, and changes in family life because of their impact on children and adolescents.

Hurricane Katrina displaced 650,000 people from their homes in Louisiana alone and many more from Mississippi and the Gulf Coast. Not only were homes destroyed by the wind and flooding, but also 875 schools in Louisiana were damaged and 40 were totally destroyed. The Rand Corporation Report documented the displacement of approximately 200,000 public school students in Louisiana. The experiences of children and families during Hurricane Katrina, the flooding that resulted from the breach of the levees, the evacuation, and the aftermath are unprecedented.

Almost three years after one of the worst disasters in United States history, much devastation remains, and recovery continues to be slow. Children and families are experiencing secondary adversities including ongoing stress and demoralization, economic losses, persistent problems with living arrangements, friends and family members who have not returned, and uncertainties about the future.

23

One example of the stress families endure relates to schooling. In October 2006, schools in New Orleans had to accommodate more than double the number of students from the previous year. Confusion and frustration concerning where students could enroll and stay was a hallmark of school openings. One public school in New Orleans was designed as an evening school for students who had to work during the day and needed later afternoon and evening classes; however, 40% of the students attending the school are not working and had to go to this school initially because of limited availability of other schools. In St. Bernard Parish, with extreme devastation, the courageous Superintendent of Schools opened a temporary facility with doublewide trailers, and within a year rebuilt one school even before obtaining FEMA funding. In an area with still limited rebuilding, the school district has opened 5 schools with plans for an additional three this fall.  School personnel have to recognize the crucial need for de-stigmatizing mental health services to help children fulfill their potential.

<u>Mental Health Services in Metropolitan New Orleans</u>

*Rebuilding Psychiatry Post-Katrina*

Not surprisingly, post-Hurricane Katrina there was an increase in demand for mental health services in New Orleans with a decrease in mental health providers. In January 2007, SAMHSA estimated that 25-30% of individuals in the affected areas would have significant needs for mental health services and that another 10-20% would have sub-clinical conditions that would also require care (Calderon-Abbo 2008; Voelker 2006). The first large empirical study done after Hurricane Katrina indicated that mental illness had doubled after the disaster, especially anxiety and mood-related mental illness (Kessler, et al. 2006). Further, Galea, et al (2007) reported that 49% of respondents who lived in New Orleans before the storm reported a mood or anxiety

24

disorder compared with 26% among residents in other areas. Posttraumatic stress disorder rates were reported as high as 30% among New Orleanians, but less than 13% of those in other areas. The destruction of the mental health infrastructure by Hurricane Katrina resulted in a loss of resources that impacted service delivery at all levels, including lack of psychiatric hospital beds, acute crisis intervention units, intermediate care after discharge from the hospital, substance abuse treatment, and outpatient services (Calderon-Abbo 2008). Just as teachers have been impacted by the trauma, mental health providers have also suffered losses, displacement, and other traumas. The support networks for the providers are less available.  The usual structures within communities that support recovery have also been impacted, including family and social support. With much of the Metropolitan area being impacted and because of economic, family, or personal reasons, many providers made the decision to not return. Although the overall picture related to mental health reactions of impacted citizens and availability of mental health supportive services is not positive, it is important to recognize that resilience building is possible, and with change, there may be new opportunities for growth as well as changes in the mental health system.


The Need for Trauma Informed Services

Currently, services are still limited for trauma-exposed child and family treatment programs in Orleans, St. Bernard and Plaquemines Parishes. Louisiana Spirit offers brief sessions, crisis intervention, and psychosocial groups, but not diagnostic and therapeutic services. The latter services are provided by the LSUHSC Department of Psychiatry, Family Services of Greater New Orleans, Children's Bureau, Fleur-de-Lis of Catholic Charities, New Orleans Adolescent Hospital

Clinics, and Metropolitan Human Services District; however, the needs are far greater than the currently available mental health services.

In school settings, not only are the children affected, but teachers, school nurses, counselors, social workers and administrative staff have also been impacted by displacement, economic, personal and family stress. School personnel need to learn how best to cope with children's behavioral problems and learning difficulties that have been exacerbated by trauma in the aftermath of Hurricanes Katrina, even as many themselves are coping with loss of their homes and assets, family members, neighbors, and familiar routines. In addition, many must deal with recovery issues involving mountains of paperwork and an unyielding bureaucracy. Children's psychological issues affect their learning, classroom environment and prospects for the future. About 5% of staff in area schools served by LSUHSC mental health professionals self- refer for mental health treatment.

Symptoms of continuing trauma experienced by children and adolescents are not necessarily diagnosable according to traditional mental health criteria, but, with training, high-risk behaviors can be identified earlier so that preventive measures can be implemented. Including training in school settings on Psychological First Aid (Brymer, et al. 2006), Psychological First Aid for Schools (NCTSN and NCPTSC, 2008), and trauma and the effects on children, adolescents, and families would be very important and helpful. Psychological First Aid (PFA) is an evidence-informed intervention model used to assist people in the acute aftermath of disaster. The goal is to reduce initial distress caused by traumatic events and to foster short- and long-term adaptive functioning and coping. PFA for Schools is an adaptation of the PFA Field Operations Guide to use in school settings (NCTSN and NCPTSC PFA for Schools Field Operations Guide, 2008)

26

The Effects of Poverty on Mental Health and Impact on Children in Louisiana:

Louisiana ranks 49th in the nation in a recent state-by-state study on the wellbeing of America's children  (KidsCount 2005) and 50th in percentage of population lacking access to quality health and mental health care (Congressional Quarterly, March 2008). New Orleans, the hub of the region, has a tradition of being a community with much history and character, but also a legacy of racism and continuing poverty. When Hurricane Katrina devastated New Orleans in August 2005, the reported poverty level was 23.2%, twice the national average of 12.7% Thirty-eight percent of New Orleans children live in poverty (Fass and Cauthen 2007).  Two-thirds of families living below the poverty level are headed by a single mother. Unfortunately, children who live in poor families often experience increased levels of trauma as compared with children whose families are more advantaged, placing them at increased risk for mental health problems. Not only are these children at greater risk, but also they are less likely to have access to and receive mental health services that can prevent more serious problems over time. A number of early intervention programs, including evidence from Head Start, Early Head Start, and LA-4 indicate that early interventions enhance cognitive and emotional development and academic outcomes for children living in poverty.

With poverty as an obstacle, the needs of children in New Orleans were great prior to Hurricane Katrina.  For example, due to poor performance, the majority of New Orleans Public Schools were taken over by the State of Louisiana under the Recovery School District before the hurricane.  The resulting lack of quality schools, hospitals, clinics, and housing as a result of the storm, has only increased stress and worsened problems. While public schools are currently being reconstituted, quality education and trauma-informed services to help this underserved population are desperately needed.

27

While availability of mental health resources was limited before Katrina, in the impacted parishes, the situation at this time is worse. Because of the response to the storm, there has been more training in evidence based trauma-informed services for some mental health providers and agencies; but much more is needed. LSUHSC Department of Psychiatry in collaboration with the National Child Traumatic Stress Network has carried out two learning collaboratives for providers on trauma-informed evidence based interventions.  One is called Strength After Trauma (StArT), an adaptation of the Florida ACT program modified, together with NCTSN, for cultural sensitivity to Louisiana's needs and FOCUS, a family based program developed for military families and adapted collaboratively with NCTSN for first responder families. Further, LSUHSC and other agencies have provided trainings on additional evidence based trauma informed interventions.

To increase resilience, the types of support that are needed include family support and community cohesion; however, with the fragmentation resulting from children and families being geographically separated due to economic and housing constraints, these supports are less available to children. Access to mental health services remains limited due to both economic and infrastructure problems. In devastated communities, many businesses have still not re-opened, unemployment is high, the available schools and preschools are crowded, and children and families have lost both extended family and community support (Kaiser Foundation Survey 2007).  Much effort is ongoing to re-establish the mental health infrastructure and to have services available in a non-stigmatized fashion in school and community settings; however, more trauma-informed training and providers are needed.

The childcare situation in New Orleans is also stressed. It is critical to provide support for young children and their parents and to allow parents to be able to go to work to support their

28

families.   Pre-Katrina, 271 childcare centers were operating in New Orleans including Head Start and Early Head Start.  Currently, approximately 900 children; ages 3-5 are enrolled in 11 Head Start and Early Head Start Centers (again, about one-fifth to one-fourth of the pre-Katrina enrollment). Discussions are underway to establish additional Head Start and Early Head Start centers in New Orleans as part of a unified, comprehensive school plan. Replacement of over 200 childcare centers is a huge task.

LSUHSC Department of Psychiatry  -- Work with children and families since Hurricane Katrina

The LSUHSC Department of Psychiatry faculty began working in heavily devastated St. Bernard Parish in 2005 and in Orleans and Plaquemines Parishes school districts in 2006 to implement mental health services in schools, beginning with screenings in collaboration with schools using the National Child Traumatic Stress Network Hurricane Assessment and Referral Measure (NCTSN, 2005). Over 12,000 students were screened ranging in age from one to 18 years. About 65% of the children had damaged homes; 70% had moved or transferred to new schools, 50% of the children had a parent who was unemployed, and 26% were separated from their caregivers. In addition, many children and adolescents experience continued displacement, disruptions, and cumulative traumatic exposure in the aftermath of Hurricane Katrina. The results of the screenings indicated elevated levels of mental health symptoms compared with nationally established prevalence figures (Hoven, et al. 2003; Schaffer, et al. 1996) and an increased need for trauma-focused services. Forty-five percent of 4th-12[th] graders in Orleans, St. Bernard and Plaquemine Parishes, met the cut-off for mental health referral; 12% independently requested counseling. Twenty-five percent of younger children (ages 1-8 years) met cut-off for mental health services based on parent reports and 34% of the parents requested counseling.

29

Symptoms most commonly reported were those of depression and post-traumatic stress. These findings are consistent with the Hoven et al (2003) data following 9/11. LSUHSC's post-Katrina screenings also indicated that 37% of children had experienced previous trauma (e.g., violence, close proximity to death), placing them at even greater risk for mental health problems with the likelihood of exacerbated current symptoms. In the professional literature about disaster, the level of symptomatology is associated with presence of physical injury, fear of death, and property loss (Assanangkornchai, Tangboonngam and Edwards 2004; Briere and Elliot 2000) as well as degree of personal and economic loss and displacement.

The limited literature on reactions of children after hurricanes and flooding also showed that living in shelters and under stress for an extended period of time further predicts increased emotional difficulties (Gittelman 2003). In Louisiana, not only have many children and families had to live in transitional communities, but also they have been forced to move with uncertainty about where they will be going for almost 3 years. Data from a number of studies demonstrate higher incidences of emotional, behavioral, developmental, and academic difficulties following trauma exposure (Chemtob, et al 2002; Cicchetti and Toth 1997; DeBellis and Van Dillen 2005; Fullerton and Ursano 2005; Goenjian, et al. 2005; LaGreca, et al, 1996; Norris, 2002; 2005; Osofsky 1997; Osofsky 1999; Osofsky 2004; Pynoos, et al 1999; Osofsky, et al 2007). Separation of both younger and older children from their primary caregivers contributed to increased number of symptoms being reported (Osofsky, et al 2007; Osofsky and Osofsky 2007).

Cumulative trauma and secondary adversities are of major concern in transitional communities in devastated areas. From LSU's data, half of the children whose homes were destroyed met criteria for mental health referral as compared with 36% of children whose homes were not destroyed. Students whose homes were destroyed reported significantly higher scores

on PTSD and depression. These symptoms were also higher among children separated from caregivers during the evacuation and displacement. This is compounded by the limited availability of accessible behavioral and mental health services due to the heavily impacted infrastructure and out-migration of professionals. Further, Metropolitan New Orleans had a high rate of violent crime before Hurricane Katrina with problems further exacerbated by the hurricane, the flooding, and difficulties of recovery. Of great concern for public health is the risk of increased incidence and severity of substance abuse issues for stress-impacted families within heavily devastated areas. Such circumstances can increase the risk for psychological, physical, and sexual abuse as well as family violence.

In schools, there are increases in behavioral problems, fighting, bullying, risk-taking behaviors, alcohol and substance use, and serious mental health problems. Family members continue to live apart or in difficult situations. Higher percentages of income are being spent for rent and other living necessities (Personal communication, Dr. Anthony Speier, Louisiana Spirit, December 2007). Parental stress and family problems, including indications of increases in family violence and divorce, are prominent and contribute to additional problems for children. It is also notable that both students and parents of younger children are asking for help.

Children who have experienced previous trauma or loss are at higher risk for mental health problems than those who have not experienced trauma or loss (Bowlby 1973; Laor, et al. 1997; Osofsky 2004; Osofsky and Osofsky 2007; Pynoos 1993; Pynoos, et al, 1996; Vogel and Venberg 1993). Thirty-seven percent of the children and youth in New Orleans reported previous trauma or loss. (This figure is likely to be an underestimate since many of the children and families who were still displaced and did not have the resources to return to New Orleans may represent an even higher risk group).

31

<u>Children's Responses to Disaster and Trauma</u>

Surveys of 8,226 children and adolescents carried out 6 months after 9/11 focused national attention on the impact of trauma exposure on children. Data showed considerably elevated rates of mental health problems, including PTSD, major depression, separation anxiety, agoraphobia, conduct disorder, and alcohol use when compared to nationally established prevalence figures (Hoven, et al. 2003; Schaffer, et al. 1996). The New York Survey data further indicated that nearly two-thirds of children had experienced exposure to trauma prior to 9/11 and that such exposure contributed to current symptoms. The limited literature on reactions of children after hurricanes and flooding is particularly relevant to understand the aftermath of Hurricanes Katrina and Rita for children. Previous exposure to trauma predicts increased symptoms following a hurricane (Sutker, et al. 2002; Smith and Freedy 2000). Living in shelters and under stress for an extended period of time further predicts increased emotional difficulties (Gittelman 2003), higher incidences of posttraumatic stress disorder, major depressive disorder, and symptoms consistent with both disorders are seen following hurricanes and flooding (North, et al. 2004; Norris, et al. 2004). Common symptoms of anxiety, sadness, numbness, anger, disorientation, grief, and overwhelming loss of control also are evident (Shelby and Tredinnick 1995). This literature, especially related to the impact on children, provides a more complete perspective on factors that contribute to resilience and, alternatively, those that may lead to more mental health symptoms.

Drs. Joy and Howard Osofsky's experience of the past 20 years with exposure of children and adolescents to different types of trauma and, in the past decade, work with the National Child Traumatic Stress Network has provided much important information about how children and youth respond to disasters and trauma.

32

First, developmentally specific responses to disasters and trauma vary for children of different ages. Younger children commonly express new fears, separation anxiety, clinginess, and show regressive behaviors. School age children frequently describe difficulty concentrating or having fun. Learning and behavioral problems in school are common with aggressive behaviors and withdrawal frequently reported. Adolescents are at particularly high risk as their reactions can include increased risk taking behaviors such as fighting, substance and alcohol abuse, heightened sexual activity, and suicidal thoughts.

Second, children appear more vulnerable if they have experienced previous trauma, loss, or mental health difficulties. Unfortunately in the New Orleans Metropolitan area, many of our children and adolescents have experienced previous trauma.

Third, children with greater proximity to the event and those who experience direct traumatic impact are more likely to demonstrate a greater number of symptoms and distress. In New Orleans, most children were displaced, many were separated from caretakers, and many lost their homes.

Fourth, common worries of children reported include those related to safety and security, loss of friends, adjustment to new schools, missing relatives who used to live nearby, and residence in new communities.

Fifth, if parents or caregivers are also traumatized, which has occurred with so many adults in our community, due to the circumstances of their own lives, depression, other mental disorders, or prior exposure to violence, children and adolescents may experience increased distress and symptoms. Based on both our data and clinical work, parents report higher incidences of marital conflict and divorce, and a desire for services for their children and

33

themselves.   Parents and teachers further report that because of what they have experienced, at times they do not have the energy or patience for the children and it is difficult to be emotionally available to them. It is crucial that support and services be provided for parents, families, and other adults in children's lives, such as teachers, to build resilience in children.

Resilience and Recovery after Trauma

Despite the difficulties, most children and adolescents cope successfully and demonstrate adaptive skills following traumatic exposure.  Masten describes the "ordinary magic" of resilience (Masten 2001) and Benight and Bandura (2004) refer to such responses as defining "self-efficacy."  Strategies to enhance resilience and positive coping have been described by these and other authors (Norris, et al. 2002; Wadsworth, et al. 2004). LSUHSC Department of Psychiatry has participated in a resilience-building program with the St. Bernard Parish Unified Schools including a leadership program and a Leadership Summit, which will also be introduced in Orleans and Plaquemines Parish Schools.  In New Orleans, LSUHSC Department of Psychiatry has partnered with the New Orleans Police and Justice Foundation (NOPJF) to support the summer, Cops for Kids Program designed to build character, self esteem and support resilience in children, ages 7-16. This year, LSUSHC is also participating with NOPJF in developing a new program for high- risk adolescents called "Be Your Best."

Implications for Children's Mental Health

The National Center for Children in Poverty has summarized major policy concerns for children's mental health that are very relevant in understanding, responding to, and building the needed supports and services in this post-disaster mental health situation in the New Orleans Metropolitan area (Masi and Cooper 2006). Mental health systems are inadequate to meet the

needs of children and youth, and most children and youth with mental health problems do not receive needed services. Therefore, it is not unexpected that most children and youth with mental health problems struggle to succeed. Developmental concerns including social and emotional development and mental health issues contribute to negative outcomes for children of different ages. Children and youth with mental problems are more likely to do poorly at school, be absent, suspended or expelled. Youth in high school with mental health problems are more likely to engage in risk taking behaviors, fail or drop out of school.

It is my opinion based on the consensus of the group that the following recommendations would be beneficial and could be implemented as part of a class rather than individual action. These recommendations are made to address the issues, concerns, and problems described above as they relate to flooding after Hurricane Katrina in the Lower Ninth Ward and St Bernard Parish class area:

1) Implement a strategy to screen for traumatic hurricane-related or exacerbated mental illness in as many children and adolescents as possible that still live or lived in these areas at the time of Hurricane Katrina.

2) .Improve access to mental health consultation and services with a specific focus on the needs of children to prevent more serious problems as they grow and develop.

3) Coordinate services for children across child- serving systems, community centers, and schools and hold child-serving systems accountable.

4) Educate school personnel and child-serving agencies on psychological first aid to prepare them to respond most helpfully to children exposed to trauma.

5) Educate providers of mental health services and supports about the developmental needs of children.

6)  Provide training for providers on evidence based, trauma-focused services.

7)  Implement concrete strategies in schools, preschools, Head Start, and Early Head Start programs to prevent and identify mental health problems and intervene as early as possible.

8)  Improve access to mental health services in school and community settings to increase use and decrease stigmatization.

References for Child and Adolescent Section (Can be found in the section U)

**J.**  Assessment of trauma-related development or exacerbation of medical disorders

It is my opinion based on our pilot study evaluations that the pre-Katrina physical and/or emotional distress can be separated from conditions that developed or were exacerbated by the destruction of life and property by the flooding. Such a determination could be somewhat complicated if prior medical records are not available or were destroyed in the New Orleans area flooding. Prescription records, interviews with family or significant others, and employment records could be used to help answer whether the emotional or physical problems predated and were not exacerbated by the flooding. Psychological testing methods could also be used if there is a question of malingering. School records and other materials, which could be used in screenings of both children and adolescents are better described in that section of this opinion.

36

Medical testing is often useful in evaluating psychiatric disorders, because of the overlap with hypothyroidism, diabetes, vitamin deficiencies, and other medical conditions. Standard laboratory screening test records may be available from past evaluations or new laboratory tests may need to be ordered. Cardiac, respiratory, and infectious disorders among other may also be elevated in these populations, and may need to be assessed to determine whether they were developed or exacerbated by the traumas associated with the flooding.

**K.** Determining past physical and emotional distress even when symptoms are not currently present

In our pilot study evaluations 2 individuals were determined to have experienced episodes of major depressive disorder secondary to Hurricane Katrina-related flooding. Despite the fact that their depressive episodes had resolved long before we evaluated them we were able to make a diagnosis of a past episode of illness. On a daily basis health professionals take medical histories, review medical records, and conduct patient interviews and examinations in order to assess past physical or emotional distress. For most mental illnesses this is also possible. It can be more challenging to determine past histories of mania or hypomania as they maybe unrecognized by those with bipolar disorder. Additional information from families or significant others frequently helps clarify the answer regarding bipolar symptoms.

**L.** Assessing severity of past mental and physical illnesses

Much like my answer just given in section 2, good clinical interviewing and examination skills allow health professionals in the majority of cases to determine the severity of past episodes of illness. For example, was hospitalization, Emergency Room, medical visits, or treatment either required or indicated? Was there any impairment identified or reported by the potential class member? What does their work, service, driving record, school records, etc. reveal?

For example, the CAPS DX has been validated and it is widely used by the Armed Services and Veterans Administration in assessing PTSD. One set of questions in the CAPS DX is based on the "worse" lifetime ratings after a trauma that may have occurred years to many decades earlier. However, the answers to those worst ever questions are usually reliable.

**M.** Determining the duration of past episodes of illness

In general, like my answer in the prior opinion, good clinicians support the view that you can usually make fairly accurate assessments of past episodes of illness duration. For example, with bipolar disorder the National Institute of Mental Health developed Life Charting, which requires the patient, with the help of their family and health providers, to chart the onset and duration of past episodes of depression and mania. Such an approach is frequently relatively accurate though omissions and commissions can occur. These issues can

often be resolved once the patient recovers sufficiently from their illness. Meaden et al. (2000) states, "While the use of heterogeneous methods maximizes differences between measures, it also appears that bipolar patients are less consistent in reporting functional impairment due to mania than due to depression. [. . . ] Life chart dysfunction due to depression shows higher construct validity."

**N.** Evidence of current physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area

Five of the 11 potential class members have evidence of current diagnosable mental disorders. Other screening studies and medical literature supports the view that after catastrophic flooding like that which occurred in the class area many individuals will have a prolonged or chronic illness course. For example, after the Buffalo Creek 1972 dam disaster Green, et al in 1990 reported a follow-up study of 120 adult survivors of the Buffalo Creek disaster, which showed group changes 14 years after the event. Decreased symptoms were noted in all areas, although significant psychopathology remained in about one-quarter of the survivors. Green's study group identified a small group with delayed onset of symptoms.

Green, et al also reported in 1994 that 17 years after the 1974 flooding most of the children they had studied previously "recovered" from the event and by the time of long-term follow-up. PTSD was down to 7 % from a post flood rate of 32%.

**O.** Malingerers

Good clinicians can fairly reliably determine when people are malingering during examinations and interviews. If necessary, the validity of information provided by potential class members and the interview, scales, and test results can be examined through evaluating 1) performance on psychological tests, 2) performance on a symptom validity test, 3) the consistency of self-report information and/or test results, and 4) behavioral observations.

The psychologists that we worked with in our evaluations also used the Miller Forensic Assessment of Symptoms Test (M-FAST) to assess whether they found evidence of malingering. In the three potential class members that had full psychological testing there was no evidence of malingering was seen. Sometimes clinical evaluations may suggest malingering, as well, if clinicians are alert to the possibility. In such cases it may be helpful to employ a test like the M-FAST. A description of the M-FAST sensitivity follows from Vitacco et al. (2008). "Two of the most widely used measures for the assessment of malingering in forensic populations are the Miller Forensic Assessment of Symptoms Test (M-FAST) and the Structured Interview of Reported Symptoms (SIRS)." It has also been studied in psychiatric inpatients, and Veazey et al (2008) reports that "[b]ased on this cut-score of 8, 16% of the population was classified as malingering. The M-FAST appears to be an excellent rapid screen for symptom exaggeration in this population and setting." Despite all these methods occasionally people are able to take advantage of the system, although this is usually a very small minority.

40

**P.**  Patterns of disease vs. individual presentations

While there are individual differences in the final presentations of emotional disorders, the diseases we expect to see and have seen in New Orleans share common and typical symptom clusters as described in the DSM-IV TR diagnostic manual. The individuals that we evaluated as well as those evaluated in independent studies in the New Orleans area clearly share many common mental health disorders that arose from their traumatic experiences. The typical clinical presentations involved both anxiety and depressive symptoms that in many cases rose to levels that fulfilled diagnostic criteria for PTSD or other anxiety disorders, major depressive disorder, bipolar disorder, and substance use disorder. This is despite the fact that each individual had a different genetic makeup as well as different mental, physical, financial, and spiritual resources to rely on when the traumatic flooding experiences occurred.

**Q.**  Advantages of screening for past, current, or ongoing physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area

As most individuals who are exposed to even catastrophic disasters do not develop mental health disorders it is critical that screening evaluations be completed to separate those who are coping normally with a difficult situation and those who find in very difficult or impossible to cope. The following cases briefly highlight the potential gravity of the extent of

41

some of the mental health impacts observed in our pilot evaluations of class members. A more complete description can be found earlier in this section.

One of the potential class members we evaluated developed serious anxiety and mood disorders after post Hurricane Katrina flooding destroyed her home and neighborhood as well as eliminated her job. That potential class member developed PTSD and Bipolar Disorder which progressed to her having a period of storm-related suicidal and homicidal planning about taking her own life and the life of her 4 children so that they would not have to suffer alone if she died a number of months after the hurricane. While she is not currently having any suicidal or homicidal thoughts she will need lifelong psychiatric treatment in order to control and prevent episodes of illness. She is currently out of work on psychiatric disability, and only just recently resumed psychiatric care at Drs. Townsend, Hayes, and Weisler's recommendation. She reported that her attorneys and many family members were totally unaware of her past period of suicidal and homicidal planning.

Another potential class member currently shows significant storm-related PTSD and Major Depression in addition to alcohol dependence that developed after his neighborhood flooded and he lost his business.

A third potential class member we evaluated briefly attempted to drown himself during the flooding after his wife drowned further increasing his lifetime suicidal risks by about 38 fold. He is still suffering from severe PTSD and Major Depression, which also significantly increase suicide risk up to 8 fold for PTSD and up to 20 fold for Major Depressive Disorders. These mental disorders have greatly limited his functioning and adversely impacted his

medical and emotional health. His mortality risks from heart attacks and strokes is increased several fold by his depression and anxiety. He currently remains out of work on disability.

Another individual's husband died in their attic following the flooding. PTSD and Major Depression still significantly burden her though the intensity of her symptoms has diminished.

A young mother whom we evaluated is still trying to cope with the drowning death of her own mother. She still shows symptoms of PTSD that impacts her, and thus her family, on a daily basis. She avoids many activities, people, and places that would have formerly given her pleasure. She has been able to return to work in a less intensive setting after having felt unable to work for many months following the flooding of her home the death of her mother.

It is my opinion that large-scale screenings will identify many other examples of potential class members like these who are in need of mental health treatment. There has always been a tendency to under-diagnosed and under-recognized mental health disorders. Similarly there has been significant in social stigma against people seeking treatment for emotional disorders. These stigmas are beginning to diminish in intensity but nonetheless are still present. In a class approach, public education about mental illness can be more readily accomplished which will further decrease stigmatization allowing more potential class members to engage in treatment. Many individuals and families have lacked the transportation, financial or insurance resources, or convenient treatment facilities that are necessary to be evaluated.

**R.** Additional advantages of mental health treatment

I wish to highlight again the medical consequences of untreated mental health disorders that I commented on previously. Suicides, homicides, and accidental drug overdoses would likely remain elevated. Stress-related medical deaths as well as exacerbations of other medical conditions such as respiratory problems, diabetes, and hypertension will most likely remain higher than desired. In many cases appropriate mental health treatment can decreases these risks and improve adherence to standard medical therapy.

**S.** Advantages of common approaches to treatment with regard to cost-effectiveness and research needs

Due to the very large number of potential class members that I believe currently require evaluation and treatment; it will be difficult if not impossible for the existing mental health resources in the New Orleans area to address their needs. Our pilot study evaluations showed a significant number of potential class members are still not getting necessary treatment. In addition, use of class-wide assessments may permit the collection of critical health outcome information to better inform the government and health professionals about mental health problems following catastrophic disasters. It may be also possible for this work to lead to new or more effective treatment strategies for treating disaster victims. Broader program development may also be less expensive in the long-run than trying to accomplish this on an individual basis.

44

From a quality-control perspective, treating providers can be taught the most updated diagnostic in treatment strategies. Clinical outcomes can be monitored more effectively using a class approach, and additional group psychotherapy programs are more easily accomplished.

**T.** 10. Need for communication and evaluation/treatment resources for potential class members

There is a general lack of financial resources both at the individual, family, and community level in the New Orleans and St Bernard Parish area in light of the increased numbers of potential class members that I believe require mental health treatment. As class members, individuals in need could be identified and arrangements can be made for evaluation and treatment. If financial resources are available necessary programs/facilities can be developed to both screen and treat those with flood related traumatic disorders. Dalton et al. (2008) states, "Practice implications include that clinicians must focus on PTSD in their own training to be prepared for competent screening, assessment and treatment of patients. They must be able to recognize the various ways in which clinical signs and symptoms of PTSD present. Evidence-based practices exist for treating PTSD for all ages and those who are willing to treat disaster victims are obligated to use modern practices." I am concerned, as are my other collaborators that a significant number of potential class members still in need of evaluation and mental health treatment will go without. Those potential class members and society will most likely continue to pay a price if that occurs. It is my opinion that there is also a critical need for the area to train and provide for increased numbers of mental health

45

providers that will be required to care for many of these potential class members long-term. Such training could be accomplished using class status.

U.  List of all documents and materials reviewed or considered.

The documents reviewed to date are provided for you in Attachments 2-14. In addition I reviewed the 2000 SAMHSA "Training Manual for Mental Health and Human Service Workers in Major Disasters" second editions well as sections of the American Psychiatric Association Practice Guidelines, Compendium 2006 and sections of the American Psychiatric Association's Diagnostic and Statistical Manual, IV Text Revision. (I included some this information in attachment 14.) I also reviewed two textbooks, "Post-Traumatic Stress Disorder: Diagnosis, Management, and Treatment edited by Nutt, Davidson, and Zohar published in 2000 and "Post-Traumatic and Acute Stress Disorders: The latest assessment and treatment strategies" by Matthew Friedman, MD., Ph.D. published in 2006.

References for Child and Adolescent Section of this Report (Some of these articles can be found in our other attachments.)

Assanangkornchai, Sawitri, Sa-nguansri Tangboonngam, and Guy J Edwards. 2004. The Flooding of Hat Yai: Predictors of Adverse Emotional Responses to a Natural Disaster." *Stress and Health* 20: 81-89.

Benight, Charles C, and Albert Bandura. 2004. Social Cognitive Theory of Posttraumatic Recovery: The Role of Perceived Self-Efficacy. *Behaviour Research and Therapy* 42: 1129-1148.

Bowlby, John. 1973. *Separation: Anxiety & Anger. Vol 2 of Attachment and Loss.* London; New York; Harmondsworth: Hogarth Press; Basic Books; Penguin.

Briere, John, and Diana Elliot. 2000. Prevalence, Characteristics, and Long-Term Sequelae of Natural Diaster Exposure in the General Population. *Journal of Traumatic Stress* 13: 661-679.

Brymer, Melissa, et al. (National Child Traumatic Stress Network and National Center for PTSD), Psychological First Aid: Field Operations Guide, 2nd Edition.  Available on www.nctsn.org and www.ncptsd.va.gov, July 2006.

Calderon-Abbo, Jose. 2008. The Long Road Home: Rebuilding Public Inpatient Psychiatric Services in Post-Katrina New Orleans. *Psychiatric Services* 59: 304-309.

Chemtob, Claude M, Joanne P Nakashima, and Roger S Hamada. 2002. Psychosocial Intervention for Postdisaster Trauma Symptoms in Elementary School Children. *Archives of Pediatrics and Adolescent Medicine* 156: 221-216.

Cicchetti, Dante, and Sheree L Toth. 1997. *Developmental Perspectives on Trauma: Theory, Research and Intervention.* New York: University of Rochester Press.

DeBellis, Michael D, and Thomas Van Dillen. 2005. Childhood Post-Traumatic Stress Disorder: An Overview." *Child and Adolescent Psychiatry of North America* 14: 745-772.

Fass, Sarah, and Nancy K Cauthen. 2007. *Who Are America's Poor Children?: The Official Story.* Columbia University Mailman School of Public Health: National Center for Children in Poverty.

Fullerton, Carol S and Robert J Ursano. 2005. "Psychological and Psychopathological Consequences of Disasters." In *Disasters and Mental Health,* ed. Juan Jose Lopez-Ibor, George Christodoulou, Mario Maj, Norman Satorius and Ahmed Okasha, 13-36. New York, NY: John Wiley and Sons Ltd.

Galea, Sandro, et al. 2007. Exposure to Hurricane-Related Stressors and Mental Illness After Hurricane Katrina. *Archives of General Psychiatry* 64: 1427-1434. http://archpsyc.ama-assn.org/cgi/content/abstract/64/12/1427 (accessed June 18, 2008)

Gittelman, Martin. 2003. Disasters and Psychosocial Rehabilitation. *International Journal of Mental Health*, 32: 51-69.

*Giving Voice to the People of New Orleans, The Kaiser Post-Katrina Baseline Survey.* 2007. Henry Kaiser Family Foundation.

Goenjian, Armen K, David Walling, Alan M Steinberg, Ida Karayan, and Louis M, Pynoos, Robert Najarian. 2005. A Prospective Study of Posttraumatic Stress and Depressive Reactions Among Treated and Untreated Adolescents 5 Years After a Catastrophic Disaster. *The American Journal of Psychiatry*, 162: 2302-2308.

Health Care State Rankings 2008: Health Care Across America. Congressional Quarterly. http://www.cqpress.com/product/Health-Care-State-Rankings-2008.html. (Accessed March 2008).

Hoven, Christina W, Cristiane S Duarte, and Donald J Mandell. 2003. Children's Mental Health After Disasters: The Impact of the World Trade Center Attack. *Current Psychiatry Reports*, 5: 101-7.

Kaiser Foundation Post-Katrina Baseline Survey.2007. Giving Voice to the People of New Orleans. www.kff.org/kaiserpolls/upload/7631.pdf. (accessed January 2008)

Kessler, Ronald C, Sandro Galea, Russell T Jones, and Holly A Parker. 2006. Mental Illness and Suicidality After Katrina. *Bulletin of the World Health Organization*, 84: 930-939.

KidsCount. 2005. *Annie Casey Foundation.* www.aecf.org/kidscountJuly2006 (accessed June 18, 2008).

La Greca, Annette, Wendy Silverman, Eric Vernberg, and Mitchell Prinstein. 1996. Symptoms of Posttraumatic Stress in Children After Hurricane Andrew: A Prospective Study. *Journal of Consulting and Clinical Psychology* 64: 712-723.

Laor, Nathaniel, Leo Wolmer, Linda Mayes, Avner Gershon, Ronit Weizman, and Donald Cohen. 1997. Israeli Preschool Children Under Scuds: A 30-Month Follow-Up. *Journal of the American Academy of Child & Adolescent Psychiatry* 36: 349-356.

50

Leslie, Laurel K., Michael S. Hurlburt, John Landsverk, Richard Barth, and Donald Slyman.2004. Outpatient mental health services for children in foster care. A national perspective. *Child Abuse and Neglect* 28:697-712

*Louisiana Department of Education.* July 2006. www.doe.state.la.us/lde/index.html.

Masi, Rachel, and Janice L Cooper. 2006. *Children's Mental Health: Factors for Policy Makers.* Columbia University, Mailman School of Public Health: National Center for Children in Poverty.

Masten, Ann S. 2001. Ordinary Magic: Resilience Processes in Development. *American Psychologist* 56: 227-238.

Mills, Carrie, Sharon H Stephan, Elizabeth Moore, Mark D Weist, Brian Daly, and Michele Edward. 2006. The President's New Freedom Commission: Capitalizing On Opportunities to Advance School-Based Health Services. *Clinical Child and Family Psychology Review* 9: 149-161.

National Child Traumatic Stress Network. 2005. Hurricane Assessment and Referral Tool for Children and Adolescents. [Electronic version]. Retrieved

http://www.nctsnet.org/nctsn_assets/pdfs/intervention_manuals/referraltool.pdf (Accessed September 15, 2005)


Norris, Fran H. Range, Magnitude and Duration of the Effects of Disasters on Mental Health: Review Update 2005. March 2005. *Research Education Disaster Mental Health.*


Norris, Fran H, Arthur D Murphy, Charlene, K Baker, and Julia L Perilla. 2004. Postdisaster PTSD Over Four Waves of a Panel Study of Mexico's 1999 Flood. *Journal of Traumatic Stress* 17: 283-292.


Norris, Fran H, Matthew J Friedman, and Patricia J Watson. 2002. 60,000 Disaster Victims Speak: Part II. Summary and Implications of the Disaster Mental Health Research. *Psychiatry* 65: 240-260.


Norris, Fran H. 2002. Psychosocial Consequences of Disasters." *PTSD Research Quarterly* 13: 1-8.

North, Carol S, Aya Kawasaki, Edward L Spitznagel, and Barry A Hong.  The Course of PTSD, Major Depression, Substance Abuse, and Somatization After a Natural Disaster. 2004. *The Journal of Nervous and Mental Disease* 192: 823-829.

Osofsky, Joy D. 1997. *Children in a Violent Society.* New York: Guilford.

Osofsky, Joy D. 1999.  The Impact of Violence on Children.  *The Future of Children: Domestic Violence and Children* 9: 33-49.

Osofsky, Joy D. 2004. *Young Children and Trauma: Interventions and Treatment.* New York: Guilford Publishers.

Osofsky, Howard J, and Joy D Osofsky. August 2007. Viewpoint: Two Years After Katrina, Mental Helath Issues Abound.  *Association of American Medical Colleges Reporter.* http://www.aamc.org/newsroom/reporter/aug07/viewpoint.htm (accessed June 20, 2008).

Osofsky, Joy D, Howard J Osofsky, and William Harris. 2007. Katrina's Children: Social Policy Considerations for Children in Disasters. *Social Policy Report*, 21: 3-18.

Pane, John F, Tharp-Taylor, Shannah McCaffrey, Gary J Asmus, and Billy R Stokes. 2006. *Student Displacement in Louisiana After the Hurricanes of 2005: Experiences of Public Schools and Their Students.* Pittsburgh: RAND Corporation. http://www.rand.org/pubs/technical_reports/2006/RAND_TR430.pdf (Accessed June 20, 2008)

Pynoos, Robert S. 1993. Traumatic Stress and Developmental Psychopathology in Children and Adolescents." *American Psychiatric Press Review of Psychiatry* 12: 205-238.

Pynoos, Robert S, Alan M Steinberg, and Armen Goenjian. "Traumatic Stress in Childhood and Adolescence: Recent Developments and Current Controversies." In *Traumatic Stress: The Effects of Overwhelming Experience on the Mind, Body, and Society*, edited by Bessel A van der Kolk, Alexander C McFarlane and Lars L Weisaeth, 331-358. New York: Guilford Publishers, 1996.

Pynoos, Robert S, Alan M Steinberg, and John C Piacentini.1999. A Developmental Psychopathology Model of Childhood Traumatic Stress and Intersection with Anxiety Disorders. *Biological Psychiatry* 46: 1542-1554.

Psychological First Aid for Schools. 2008. National Child Traumatic Stress Network and National Center for Posttraumatic Stress Disorder, Psychological First Aid for Schools Field Operations Guide.

Schaffer, David, et al. 1996. The NIMH Diagnostic Interview Schedule for Children 2.3 (DISC-2.3): Description, Acceptability, Prevalence Rates and Performance in the MECA Study. *Journal of the American Academy of Child and Adolescent Psychiatry*, 35: 865-77.

Shelby, Janine S, and Michael G Tredinnick. "Crisis Interventions with Survivors of Natural Disaster: Lessons from Hurricane Andrew." *Journal of Counseling and Development* 73 (1995): 491-497.

Smith, Bruce W, and John R Freedy. 2000. Psychosocial Resource Loss as a Mediator of the Effects of Flood Exposure on Psychological Distress and Physical Symptoms. *Journal of Traumatic Stress* 13: 349-357.

Sutker, Patricia B, Sheila A Corrigan, Kirsten Sundgaard-Riise, Madeline Uddo, and Albert N Allain. 2002. Exposure to War Trauma, War-Related PTSD, and Psychological Impact of Subsequent Hurricane. *Journal of Psychopathology and Behavioral Assessment* 24: 25-37.

Voelker, Rebecca. 2006. Post-Katrina Mental Health Needs Prompt Group to Compile Disaster Medicine Guide. *Journal of the American Medical Association*, 295: 259-260.

Vogel, Juliet M, and Eric M Venberg.1993. Part 1: Children's Psychological Responses to Disasters." *Journal of Clinical Child Psychology* 22: 464-484.

Wadsworth, Martha E, et al. 2004. Coping with Terrorism: Age and Gender Differences in Effortful and Involuntary Responses to September 11th." *Applied Developmental Science* 8: 143-157.

56

57