

EXHIBIT

## Weisler Expert Witness Barge Case Reading List

This list includes most of the identified articles, books, and materials that I reviewed either in full or in part secondary to Barge PLSC Attorney instructed "examination and discussion of peer-review articles and peer accepted methodologies" of the entire area of Disaster Mental Health that also incorporated both medical and psychiatric complications from disasters or traumas. Unlike in individual legal cases, where issues are much more narrowly focused, many additional materials recommended by other experts that I spoke to or consulted with or that I felt were necessary were also reviewed for the report, attachments, and/or to gaining a clearer undertanding of the problems facing the Barge PLSC estimated "5,000 (more or less?)" potential emotional distress subclass claimants. Since potential claimants ranged in age from the very young to very old my review had to include literature related to children and geriatric populations as well. Materials related to potential claimants past and current mental health screening, diagnostic, and treatment needs were also reviewed. The literature review below was done only in response to Barge PLSC attorney instructions on behalf of the entire class after being told that I, the attorneys, and the potential members of the emotional distress subclass, would only have one opportunity for me to inform the Judge, be approved as an expert, and then testify if the subclass was to ever be approved.

| Title | Author | Date Published | Type | Pages |
|---|---|---|---|---|
| Symptoms of Posttraumatic Stress in Children after Hurricane Andres: A Prospective Study. | A. LaGreca | 1996 | Article | 11 |
| Interventions for post-traumatic stress disorder in children and adolescents | Alan Carr | Apr-04 | Article | 14 |
| The University of California at Los Angeles Post-Traumatic Stress Disorder Reaction Index | Alan M Steinberg | 2004 | Article | 5 |

Richard H. Weisler, M.D.  Deposition
Oct. 9, 2011        Exhibit 39

# Attachment L

| Title | Author | Date | Type | Number |
|---|---|---|---|---|
| Posttraumatic Stress Disorder: A Model of the Longitudinal Course and the Role of Risk Factors | Alexander C. McFarlane | 2000 | Article | 6 |
| Resilience in Katrina's Children | Allan Chrisman | | Article | 4 |
| Suggestion of a New Diagnostic Category: Posttraumatic Embitterment Disorder | Alper Hasanoglu | 2008 | Article | 7 |
| Psychological factors after traumatic amputation in landmine survivors: the bridge between physical healing and full recovery | Angela D. Ferguson | 2004 | Article | 8 |
| Ordinary Magic: Resilience Processes in Development | Ann S. Masten | 2001 | Article | 13 |
| Barge a contentious symbol of Hurricane Katrina | Anne Rochell | Feb-06 | Article | 2 |
| The Correspondence between persistent self-reported post-traumatic problems and general practitioners' reports after a major disaster | Annelieke Drogendijk | Oct-06 | Article | 10 |
| Symptoms of Posttraumatic Stress in Children After Hurricane Andrew: A Prospective Study | Annette La Greca | 1996 | Article | 12 |
| KidsCount | Annie Casey Foundation | Jul-06 | Article | |
| Risk Charts Show Smokers Should Be Aware | AP | Jun-08 | Article | 2 |
| APA Practice Guidelines for PTSD | APA | | Article | 95 |

| Title | Author | Date | Type | No. |
|---|---|---|---|---|
| APA Practice Guidelines for MDD | APA | | Article | 77 |
| APA Practice Guidelines for Bipolar Disorder | APA | | Article | 81 |
| APA Practice Guidelines for Assessment and Treatment of Patients with Suicidal Behaviors | APA | | Article | 182 |
| APA Practice Guidelines for Substance Use Disorder | APA | | Article | 457 |
| Posttraumatic Stress Disorder as a Result of Mass Trauma. | Arieh Y. Shalev | 2004 | Article | 7 |
| Violent Attacks by Patients: Prevention and Self-Protection | Arline Kaplan | Jun-08 | Article | 2 |
| A Prospective Study of Posttraumatic Stress and Depressive Reactions Among Treated and Untreated Adolescents 5 Years After a Catastrophic Disaster | Armen K Goenjian | 2005 | Article | 7 |
| Adverse childhood experiences and suicidal behavior | Beth S. Brodsky | 2008 | Article | 13 |
| Posttraumatic Stress Disorder in Children: A Review of the Past 10 Years | Betty Pfefferbaum | Nov-97 | Article | 15 |
| Emotional and Behavioral Consequences of Bioterrorism: Planning a Public Health Response | Bradley D. Stein | 2004 | Article | 43 |
| 2006 murder rate tops in the nation | Brendan McCarthy | Jun-07 | Article | 15 |

| Title | Author | Date | Type | Count |
|---|---|---|---|---|
| Mental health Courts Show Promise | Bridget M. Kuehn | Apr-07 | Article | 3 |
| Instructions for Use: Pediatric Symptom Checklist | Bright Futures | | Article | 3 |
| Results support early screening of all trauma patients | Bruce Jancin | 2006 | Article | 2 |
| Remembering Katrina | Bruce Nolan | 2006 | Article | 2 |
| Psychosocial Resource Loss as a Mediator of the Effects of Flood Exposure on Psychological Distress and Physical Symptoms | Bruce Smith | 2000 | Article | 9 |
| A Prospective Study of Coping after Exposure to a Mass Murder Episode. | C. North | 2001 | Article | 6 |
| Judge Rules Army Corps of Engineers can be sued over Katrina Flooding | Cain Burdeau | May-06 | Article | 3 |
| Risk factors of Juvenile Justice System Referral Among children in a Public Mental Health System | Carina C. Evens | Oct-97 | Article | 13 |
| Psychological and Psychopathological Consequences of Disasters | Carol S Fullerton | 2005 | Article | 24 |
| The Course of PTSD, Major Depression, Substance Abuse, and Somatization After a Natural Disaster | Carol S North | Jun-05 | Article | 7 |
| The President's New Freedom Commission: Capitalizing On Opportunities to Advance School-Based Health Services | Carrie Mills | 2006 | Article | 13 |

| Title | Author | Date | Type | Number |
|---|---|---|---|---|
| The President's New Freedom Commission: Capitalizing on Opportunities to Advance School-Based Mental Health Services | Carrie Mills | Nov-06 | Article | 13 |
| The storm lingers on: Katrina's Psychological Toll | Cathy Booth | Aug-06 | Article | 3 |
| Neurobiological Consequences of Childhood Trauma. | Charles B. Nemeroff | 2004 | Article | 11 |
| Social Cognitive Theory of Posttraumatic Recovery: The Role of Perceived Self-Efficacy | Charles C Benight | 2004 | Article | 20 |
| Multisystemic Treatment of Criminality and Violence in Adolescents | Charles M. Borduin | Mar-99 | Article | 8 |
| Risk Factors for Depression After a Disaster | Cheryl Person | Sep-06 | Article | 8 |
| Children's Mental Health After Disasters: The Impact of the World Trade Center Attack | Christina W Hoven | 2003 | Article | 7 |
| Psychiatric Sequelae of Disasters | Christopher R. Thomas | Oct-06 | Article | 6 |
| Psychosocial Intervention for Postdisaster Trauma Symptoms in Elementary School Children | Claude Chemtob | 2002 | Article | 6 |
| Treatment of Posttraumatic Stress Disorder: An Assessment of the Evidence | Committee on Treatment of PTSD | Jun-05 | Article | 29 |
| Post-Traumatic Stress Disorder in Children and Adolescents | Craig Donnelly | 2002 | Article | 12 |

| Title | Author | Date | Type | Number |
|---|---|---|---|---|
| Nine Months After Hurricane, and Still Living in 240 Squre Feet | Dan Barry | Jun-06 | Article | 2 |
| Toxic and Contaminant Concerns Generated by Hurricane Katrina | Danny D. Reible | Jun-06 | Article | 2 |
| Developmental Perspectives on Trauma: Theory, Research and Intervention | Dante Cicchetti | 2002 | Article | |
| Prevalence and Predictors of Mental Health distress Post-Katrina: Findings From the Gulf Coast Child and Family Health Study | David Abramson | May-08 | Article | 10 |
| Structural and Functional Brain Changes in Posttraumatic Stress Disorder. | David J. Nutt | 2004 | Article | 7 |
| First Responders: Mental Health Consequences of natural and human-made disasters for public health and public safety workers | David M. Benedek | 2007 | Article | 18 |
| Evidence-based guidelines for the pharmacological treatment of anxiety disorders : recommendations from the British Association for Psychopharmacology | David S. Baldwin | 2005 | Article | 30 |
| The NIMH Diagnostic Interview Schedule for Children 2.3 | David Schaffer | Jun-05 | Article | 13 |
| Management of Trauma in Special Populations After a Disaster | Daya J. Somasundaram | 2006 | Article | 10 |
| Nursing Care of children after a traumatic incident | Deanna Mulvihill | Jan-07 | Article | 14 |
| Guidelines for the Pharmacologic Treatment of Neurobehavioral Sequelae of Traumatic Brain Injury | Deborah L. Warden | 2006 | Article | 33 |

| Title | Author | Date | Type | Number |
|---|---|---|---|---|
| Executive Summary: Youth Violence: A Report of the Surgeon General | Delbert Elliot | | Article | 15 |
| Effectiveness and medical costs of divalproex versus lithium in the treatment of bipolar disorder: Results of a naturalistic clinical trial | Dennis A. Revicki | Mar-05 | Article | 24 |
| Antidepressive Treatment as a modulator of inflammatory process in patients with heart failure: Effects on proinflammatory cytokines and acute phase protein levels | Dimitris Tousoulis | Feb-08 | Article | 6 |
| Psychosocial Determinants of Relocation in Survivors of the 1999 Earthquake in Turkey | Ebru Salcioglu | Jan-08 | Article | 7 |
| Psychosocial Therapy for Posttraumatic Stress Disorder. | Edna B. Foa | 2006 | Article | 6 |
| Symptomatology and Psychopathology of Mental Health Problems After Disaster | Edna B. Foa | 2006 | Article | 11 |
| Complicated grief affects the brain differently | Elena Conis | Jul-08 | Article | 1 |
| Association of FKBP5 Polymorphisms and Childhood Abuse With Risk of Posttraumatic Stress Disorder Symptoms in Adults | Elisabeth B. Binder | Mar-08 | Article | 15 |
| Prevalence of psychiatric disorders three years after the 1999 earthquake in turkey: marmara earthquake survey (MES) | Emin Onder | 2006 | Article | 7 |
| Study Finds Huge Fraud in the Wake of Hurricanes | Eric Lipton | Jun-06 | Article | 1 |
| Hurricane Katrina "The One We Feared" | Express Publishing Company | | Article | 60 |

| | | | | |
|---|---|---|---|---|
| Disaster Research Methods: Past Progress and Future Directions | Fran H. Norris | Apr-06 | Article | 12 |
| 60,000 Disaster Victims Speak: Part II.  Summary and Implications of the disaster Mental Health research | Fran H. Norris | Oct-02 | Article | 21 |
| Range, Magnitude and Duration of the Effects of Disasters on Mental Health:  Review Update 2005 | Fran Norris | Mar-05 | Article | |
| Postdisaster PTSD Over Four Waves of a Panel Study of Mexico's 1999 Flood | Fran Norris | Jun-05 | Article | 10 |
| Psychosocial Consequences of Disasters | Fran Norris | Jun-05 | Article | 9 |
| Why Current Medical Management Is Failing Victims of Hurricane Katrina: A Review of Past Successes and Failures in Postdisaster Psychosocial Treatment | Franklin King IV | Oct-07 | Article | 8 |
| Prospective Study to evaluate the efficacy of aripiprazole as a monotherapy in patients with severe chronic posttraumatic stress disorder: an open trial | G Villarreal | 2007 | Article | 1 |
| Post Disaster Stress Following the Oklahoma city Bombing in Survivors. | G. Sprang | 1999 | Article | 14 |
| A Study of Posttraumatic disorders in Children who Experienced an Industrial Disaster in the Briey Region. | G. Vila | 2001 | Article | 8 |
| PTSD Increases Hospitalizations in Primary Care | Gina L. Henderson | Jun-08 | Article | 1 |

| Title | Author | Date | Type | |
|---|---|---|---|---|
| Tsunami: Understanding Mental Health Consequences and the Unprecedented Response | Hamid Ghodse | Jun-06 | Article | 9 |
| Estimated 500,000 Need Mental Help a Year After Katrina | HealthDay News | Aug-06 | Article | 2 |
| Prazosin for treatment of nightmares related to posttraumatic stress disorder | Heather R. Taylor | Apr-08 | Article | 7 |
| Pharmacological management of the psychiatric aspects of traumatic brain injury | Hochang B. Lee | Nov-03 | Article | 11 |
| Viewpiont: Two Years After Katrina, Mental Health Issues Abound | Howard J Osofsky | Aug-07 | Article | |
| Introduction:  Update on Posttraumatic Stress Disorder | James C. Ballenger | 2004 | Article | 1 |
| Consensus Statement Update on Posttraumatic Stress Disorder from the international consensus group on depression and anxiety | James C. Ballenger | 2004 | Article | 8 |
| Exploring the Correlates of Suicide Attempts Among Individuals with Major Depressive Disorder: Findings from the national epidemiologic survey on alcohol and related conditions | James M. Bolton | May-08 | Article | 11 |
| Crisis Interventions with Survivors of Natural Disaster: Lessons from Hurricane Andrew | Janine Shelby | Jun-05 | Article | 7 |
| Federal Health Policy Response to Hurricane Katrina | Jeanne M. Lambrew | Sep-06 | Article | 6 |
| Posttraumatic Stress Disorder in rural primary care: improving care for mental health following bioterrorism | Jennie C. Tsao | 2006 | Article | 5 |

| Title | Author | Date | Type | Count |
|---|---|---|---|---|
| Health and the Environment after Hurricane Katrina | Jennifer Wilson | Jan-06 | Article | 4 |
| Separation: Anxiety and Anger | John Bowlby | 1973 | Article | |
| Prevalence, Characteristics, and Long-Term Sequelae of Natural Disaster Exposure in the General Population | John Briere | 2000 | Article | 19 |
| Student Displacement in Louisiana After the Hurricanes of 2005: Experiences of Public Schools and Their Students | John F Pane | 2006 | Article | |
| Stressful Life events in older bipolar patients | John L Beyer | Jul-08 | Article | 4 |
| Post-Katrina Mental health grim, psychiatrists say | John Pope | Aug-06 | Article | 2 |
| Disaster Related Physical and Mental health: A role for the family Physician | John R. Freedy | Mar-07 | Article | 6 |
| Army Corps Responds as Water Tops Levees | John Schwartz | Sep-08 | Article | 2 |
| Children, Adolescents and Trauma | Jon A. Shaw | 2000 | Article | 17 |
| The Extent and Impact of Mental Health Problems After Disaster | Jonathan Davidson | 2006 | Article | 6 |
| Maintenance Therapy With Fluoxetine in Posttraumatic Stress Disorder | Jonathan Davidson | Apr-05 | Article | 4 |

| Title | Author | Year | Type | Number |
|---|---|---|---|---|
| Long-Term Treatment and Prevention of Posttraumatic Stress Disorder. | Jonathan R. T. Davidson | 2004 | Article | 5 |
| Foreword. After the Tsunami: Mental Health Challenges to the Community for Today and Tomorrow. | Jonathan R. T. Davidson | 2006 | Article | 6 |
| The Long Road Home: Rebuilding Public Impatient Psychiatric Services in Post-Katrina New Orleans | Jose Calderon-Abbo | 2008 | Article | 6 |
| Children in a Violent Society | Joy D Osofsky | Jun-05 | Article | |
| The Impact of Violence on Children | Joy D Osofsky | Jun-05 | Article | 17 |
| Young Children and Trauma: Interventions and Treatment | Joy D Osofsky | Jun-05 | Article | |
| Katrina's Children: Social Policy Considerations for children in Disasters | Joy D. Osofsky | 2007 | Article | 20 |
| The aftermath of hurricane katrina: Mental health considerations and lessons learned | Joy D. Osofsky | Jan-08 | Article | 30 |
| Pharmacologic treatment of acute and chronic stress following trauma: 2006 | JR Davidson | Jun-05 | Article | 1 |
| Lessons in Posttraumatic Stress Disorder From the past: Venezuela Floods and Nairobi Bombing | Juan Carlos Otero | 2006 | Article | 8 |
| For Many of Katrina's young victims, the scars are more than skin deep | Julia Cass | Jun-06 | Article | 3 |

| | | | | |
|---|---|---|---|---|
| Part 1: Children's Psychological Responses to Disasters | Juliet Vogel | Jun-05 | Article | 21 |
| Smoking and mental illness: A population based prevalence study | K. Lasser | Nov-00 | Article | 2 |
| Giving Voice to the People of New Orleans, The Kaiser Post-Katrina Baseline Survey | Kaiser Family Foundation | 2007 | Article | |
| Kaiser Foundation Post-Katrina Baseline Survey | Kaiser Family Foundation | Jan-08 | Article | |
| Fostering foster care outcomes | Karl Menninger | Jun-08 | Article | 2 |
| "Review of Treatment Recommendations for Persons with a Co-occurring Affective of Anxiety and Substance Use Disorder | Katherine Watkins | Aug-05 | Article | 14 |
| US Army Corp of Engineers Maps Katrina Levee Repairs | Kathryn Cramer | Sep-05 | Article | 9 |
| Assessment of Resilience in the Aftermath of Trauma. | Kathryn M. Connor | 2006 | Article | 4 |
| Practical Assessment and Evaluation of Mental Health Problems After Disaster. | Kathryn M. Connor | 2006 | Article | 8 |
| Mirtazepine vs. Placebo in Posttraumatic Stress Disorder: A Pilot Trial | Kathy M. Connor | 2003 | Article | 4 |
| Internet-Based Intervention for Mental Health and substance use problems in disaster-affected populations: a pilot feasibility study | Kenneth J. Ruggiero | 2006 | Article | 16 |

| Title | Author | Date | Type | # |
|---|---|---|---|---|
| Excess Mortality in the aftermath of Hurricane Katrina: A Preliminary Report | Kevin U. Stephens | May-07 | Article | 7 |
| Outpatient Mental Health Services for Children in Foster Care | Laurel K Leslie | 2004 | Article | 16 |
| Depressed Patients With Co-Occurring Alcohol Use Disorder: A Unique Patient Population | Leo Sher | Apr-08 | Article | 9 |
| In Mississippi, Poor Lag in Hurricane Aid | Leslie Eaton | Nov-07 | Article | 4 |
| Mental health disorders linked to substantial societal-level loss of earnings | Liam Davenport | Jun-08 | Article | 1 |
| Posttraumatic Stress Disorder in Children and Adolescents: A Review and Analysis | Lori Davis | 2000 | Article | 20 |
| Maintenance treatment of major depressive disorder and treatment of chronic depressive disorders and subthreshold depressions | M Bauer | | Article | 1 |
| World Federation of Societies of Biological Psychiatry (WFSBP) Guidelines for Biological treatment of Unipolar depressive disorders, Part 2: Maintenance treatment of major depressive disorder and treatment of major depressive disorder and treatment of chronic depressive disorders and subthreshold depressions. | M Bauer | Jul-03 | Article | 2 |
| Post Disaster Psychiatry: Lessons from Katrina | M Townsend | Jan-07 | Article | 13 |
| Reconsideration of Harm's Way:  Onsets and Comorbidity Patterns of Disorders in Preschool Children and their Caregivers Following Hurricane Katrina. | M.S. Scheeringa | Jul-08 | Article | 10 |

13

| Title | Author | Date | Type | No. |
|---|---|---|---|---|
| Violence and mental illness | Marie E. Rueve | May-08 | Article | 25 |
| Trauma and Stress: Diagnosis and Treatment | Mark H. Pollack | Nov-01 | Article | 8 |
| Those with serious mental illness suffer from lack of integrated care | Mark Moran | 2007 | Article | 3 |
| Murder Rates in New Orleans, LA, 2004-2006 | Mark Vanlandingham | Jul-07 | Article | 2 |
| Coping with Terrorism: Age and Gender Differences in Effortful and Involuntary Responses to September 11th | Martha Wadsworth | Jun-05 | Article | 15 |
| Disasters and Psychosocial Rehabilitation | Martin Gittelman | 2003 | Article | 19 |
| National Child Traumatic Stress Network and National Center for PTSD; Psychological First Aid: Field Operations Guide | Melissa Brymer | Jul-06 | Article | |
| Consensus recommendations for improving adherence, self-management, and outcomes in patients with depression | MH Trivedi | 2008 | Article | 1 |
| Childhood Post-Traumatic Stress Disorder: An Overview | Michael DeBellis | 2005 | Article | 28 |
| Emotional Triggers of Acute Coronary Syndromes: Strength of Evidence, Biological Processes, and Clinical Implications | Mimi. R. Bhattacharyya | Apr-07 | Article | 13 |

14

| Title | Author | Date | Type | Count |
|---|---|---|---|---|
| First Responders Culture: Implications for Mental health Professionals Providing Services Following a Natural Disaster | Mindy Kronenberg | Feb-08 | Article | 2 |
| Tracing the Effects of Hurricane Katrina on the Population of New Orleans: the Displaced New Orleans Residents Pilot Study | Narayan Sastry | May-08 | Article | 28 |
| Tracing the Effects of Hurricane Katrina on the Population of New Orleans: the Displaced New Orleans Residents Pilot Study | Narayan Sastry | Jun-08 | Article | 28 |
| Israeli Preschool Children Under Scuds: A 30-Month Follow-Up | Nathaniel Laor | 1997 | Article | 8 |
| Hurricane Assessment and Referral Tool for Children and Adolescents | National Child Traumatic Stress Network | 2005 | Article | |
| A real Illness: Posttraumatic Stress disorder | NIMH | 2005 | Article | 10 |
| Natural Course of Posttraumatic Stress Disorder: A 20-month Prospective Study of Turkish Earthquake Survivors | Oguz Karamustafalioglu | Jun-06 | Article | 8 |
| Childhood Adversity and combat as Predictors of Depression and Post-Traumatic Stress in Deployed Troops | Oscar A. Cabrera | Aug-07 | Article | 6 |
| New Orleans Feels Pain of mental health crisis | P. Eisler | Jan-07 | Article | 4 |
| Exposure to War Trauma, War-Related PTSD and Psychological Impact of Subsequent Hurricane | Patricia Sutker | 2002 | Article | 13 |
| Prevalence and consequences of the dual diagnosis of substance abuse and severe mental illness | Peter F. Buckley | 2006 | Article | 5 |

| | | | | |
|---|---|---|---|---|
| Using genetic variations to predict posttraumatic stress disorder symptoms | Peter M. Crosta | Mar-08 | Article | 2 |
| Diverting Children From a Life of Crime | Peter W. Greenwood | Jun-05 | Article | 7 |
| Anxiety and depression as risk factors for mortality after coronary artery bypass surgery | Phillip J. Tully | Sep-07 | Article | 6 |
| Short Screening Scales to Monitor Population prevalences and trends in non-specific psychological distress | R. C. Kessler | 2002 | Article | 18 |
| Post-Katrina Mental Health Needs Prompt Group to Compile Disaster Medicine Guide | R. Voelker | Jan-06 | Article | 6 |
| Posttraumatic Stress Disorder in the National Comorbidity Study. | R.C. Kessler | 1995 | Article | 12 |
| Posttraumatic Stress Reactions in Children after the 1988 Armenian Earthquake. | R.S. Pynoos | 1993 | Article | 8 |
| Children's Mental Health: Factors for Policy Makers | Rachel Masi | 2006 | Article | |
| Risk and Resilience in Posttraumatic Stress Disorder. | Rachel Yehuda | 2004 | Article | 8 |
| Science for the Community: Assessing Mental Health After 9/11 | Randall D. Marshall | 2004 | Article | 5 |
| Post-Katrina Mental Health Needs Prompt Group to Compile Disaster Medicine Guide | Rebecca Voelker | Jun-05 | Article | 2 |

| Title | Author | Date | Type | Count |
|---|---|---|---|---|
| Post Katrina Mental health Needs Prompt Group to Compile Disaster Medicine Guide | Rebecca Voelker | Jan-06 | Article | 4 |
| In Post-Katrina New Orleans, Efforts Under Way to Build Better Health Care | Rebecca Voelker | Sep-06 | Article | 2 |
| Cultural Sensitivity: Making Trauma Asessment and Treatment Plans Culturally Relevant. | Richard A. Bryant | 2006 | Article | 6 |
| Recovery After the Tsunami:  Timeline for Rehabilitation. | Richard A. Bryant | 2006 | Article | 6 |
| Did the Prevalence of PTSD Following Hurricane katrina Match a Rapid needs assessment prediction? | Richard Dalton | Feb-08 | Article | 8 |
| Mental Health and recovery in the gulf coast after hurricanes Katrina and Rita | Richard H. Weisler | Aug-06 | Article | 7 |
| The Crisis Continues | Richard H. Weisler | 2006 | Article | 4 |
| Natural and Unnatural Trigger of Myocardial Infarction | Robert A. Kloner | Feb-06 | Article | 9 |
| The Impact of Disasters and Their Aftermath on Mental health | Robert J Ursano | Jan-06 | Article | 8 |
| Practice Guideline for the treatment of patients with acute stress disorder and posttraumatic stress disorder | Robert J Ursano | Nov-04 | Article | 31 |
| Individual and community responses to disasters | Robert J Ursano | | Article | 7 |

| Title | Author | Date | Type | Number |
|---|---|---|---|---|
| Community Structure and Crime: testing social-disorganization theory | Robert J. Sampson | Jan-89 | Article | 29 |
| Traumatic Stress and Developmentsal Psychopathology in Children and Adolescents | Robert Pynoos | Jun-05 | Article | 34 |
| Traumatic Stress in Childhood and Adolescence: Recent Developments and Current Controversies | Robert Pynoos | Jun-05 | Article | 28 |
| A Developmental Psychopathology Model of Childhood Traumatic Stress and Intersections with Anxiety Disorders | Robert Pynoos | Jun-05 | Article | 13 |
| Risk and Protective Factors for Psychopathology Among Older versus Younger Adults after the 2004 Florida Hurricanes | Ron Acierno | Dec-06 | Article | 9 |
| Posttraumatic Stress Disorder: The Burden to the Individual and to Society | Ronald C. Kessler | 2000 | Article | 9 |
| Individual and societal effects of mental disorders on earnings in the united states: Results from the National comorbidity Survey Replication | Ronald C. Kessler | Jun-08 | Article | 7 |
| Mental Illness and Suicidality After Katrina | Ronald Kessler | 2006 | Article | 10 |
| Suicide Risk and Treatments for Patients with Bipolar Disorder | Ross J. Baldessarini | Sep-03 | Article | 4 |
| Helping Children Cope with Public Disasters | Ruth Davidhizar | Mar-02 | Article | 8 |
| Health Status Among Internally Displaced Persons in Louisiana and Mississippi Travel Trailer Parks | Ryan Larrance | May-07 | Article | 12 |

| Title | Author | Date | Type | # |
|---|---|---|---|---|
| The Traumatic Impact of Hurricane Katrina on Children in New Orleans. | S.S. Drury | Jul-08 | Article | 17 |
| World Federation of Societies of Biological Psychiatry (WFSBP) Guidelines for Biological treatment of Personality Disorders | Sabine C. Herpertz | 2007 | Article | 33 |
| Exposure to Hurricane Related Stressors and Mental Illness After Hurricane Katrina | Sandro Galea | 2005 | Article | 8 |
| Who Are America's Poor Children?: The Official Story | Sarah Fass | 2007 | Article | |
| The Flooding of Hat Yai: Predictors of Adverse Emotional Responses to a Natural Disaster | Sawitri Assanangkornchai | 2004 | Article | 9 |
| Comparative study of psychiatric morbidity among the displaced and non-displaced populations in the Andaman and Nicobar Islands following the tsunami | SB Math | 2006 | Article | 2 |
| Out of FEMA Park, Clinging to a Fraying Lifeline | Shaila Dewan | Aug-08 | Article | 4 |
| Hurricane Katrina: A physician's Whirlwind Course in Disaster Psychiatry | Shane Stephen Spicer | Nov-05 | Article | 2 |
| Childhood Abuse, Household Dysfunction, and the risk of Attempted Suicide Throughout the Life Span | Shanta R. Dube | Dec-01 | Article | 8 |
| The Endless Storm | Shaw McCutcheon | Aug-06 | Article | 5 |
| Rebuilding a Gulf Coast Health Care System | Susan J. Landers | Dec-07 | Article | 1 |

| Title | Author/Source | Date | Type | No. |
|---|---|---|---|---|
| A legacy of the Storm: Depression and Suicide | Susan Saulny | Jun-06 | Article | 3 |
| The Performance of the K6 and K10 screening scales for psychological distress in the Australian National Survey of Mental Health and well-being | TA Furukawa | 2003 | Article | 6 |
| Incarceration of Youth Who are Waiting for Community Mental health Services in the United States | US House of Representatives | Jul-04 | Article | 18 |
| Psychological Trauma, Physical Health and Somatisation | V Ng | 2000 | Article | 1 |
| Psychological Assessment of children in disasters and emergencies | Victor Balaban | 2006 | Article | 21 |
| Treatment and prevention of mental disorders in low-income and middle-income countries | Vikram Patel | Sep-07 | Article | 15 |
| Effects of hurricane katrina in New Orleans | Wikipedia | | Article | 18 |
| Health Care State Rankings 2008: Health Care Across America | www.cqpress.com | Mar-08 | Article | |
| Louisiana Department of Education | www.doe.state.la.us/lde/index.html | Jul-06 | Article | |
| Posttraumatic Stress Disorder in Primary Care:  A Hidden Diagnosis. | Yves Lecrubier | 2004 | Article | 6 |
| PTSD High Among Witnesses to 9/11 | | Jun-08 | Article | 1 |

| Title | Author | Year | Article | Number |
|---|---|---|---|---|
| Differences in incidence of suicide attempts during phases of bipolar I and II disorder | | | Article | 1 |
| Australian Guidelines for the Treatment of Adults with Acute Stress Disorder and Posttraumatic Stress Disorder | ACPMH | 2007 | Book | 202 |
| Post-Traumatic Stress Disorder Diagnosis, Management and Treatment | David Nutt | 2000 | Book | 256 |
| Training Manual for mental health and human service workers in major disasters | Deborah J. DeWolfe | 2000 | Book | 142 |
| Breach of Faith | Jed Horne | 2006 | Book | 15 |
| Post-Traumatic and Acute Stress Disorders | Matthew Friedman | 2006 | Book | 109 |
| What Community Members Can Do | National Institute of MH | Aug-07 | Book | 17 |
| Clinician's Manual on Postraumatic Stress Disorder | R Yehuda | 2000 | Book | 61 |
| National Strategy for Suicide Prevention: Goals and Objectives for Action | US Dept HHS | 2001 | Book | 17 |
| Post-traumatic stress disorder, a real illness | NIMH | | | 4 |
| Sheehan Disability Scale Overview | David Sheehan | | | 68 |

| | |
|---|---|
| PTSD DSM IV Criteria used by health professionals to diagnose PTSD | 7 |
| DSM IV TR Diagnostic Criteria used by health professionals to diagnose major depressive episodes | 9 |
| DSM IV TR Diagnostic Criteria used by health professionals to diagnose bipolar disorder | 13 |
| DSM IV TR Diagnostic Criteria used by health professionals to diagnose substance-related disorders | 17 |
| American Psychiatric Association (APA) Guidelines (Executive Summaries) for PTSD, MDD, Bipolar Disorder, Asessment and Treatment of Patients with Suicidal Behaviors, Substance Use Disorder | 36 |
| **Total** | **3769** |

22

# Other Documents

(Already incorporated in main invoice)

| Activity | Date |
|---|---|
| Barge Case Psychiatric assessment first draft for diagnostic methodology | 5/23/2008 |
| Barge case draft paper | 5/29/2008 |
| Barge Case Psychiatric assessment first draft for diagnostic methodology | 5/30/2008 |
| Barge Case Court Doc | 6/4/2008 |
| Barge Case draft court doc | 6/8/2008 |
| Barge case draft court doc | 6/11/2008 |
| Barge case draft court doc | 6/13/2008 |

| | |
|---|---|
| Barge case draft court doc | 6/14/2008 |
| Barge case draft court doc | 6/16/2008 |
| Census map_STB (Census Tract Data St. Bernard) | 6/19/2008 |
| 2000 Census Tract Map Series for New Orleans Metropolitan area | 6/19/2008 |
| Orleans parish census tract data | 6/19/2008 |
| Barge case draft introduction and opinions | 6/22/2008 |
| Flooding videos, flooding clips from leechvideo | 6/22/2008 |
| Barge Claimants Narrative of evaluations | 6/26/2008 |
| Barge Claimants Narrative of evaluations | 6/27/2008 |
| Barge Claimants Narrative of evaluations | 6/28/2008 |
| ING 4727 Encyclopedia Information | 7/27/2008 |

25

Barge Census 2000 FactFinder analysis of Lower Ninth and part of St Bernard   8/11/2008

Barge Census map_stb   8/12/2008

Barge St. Bernard Parish Factfinder.census data 2000   8/12/2008