## 1. Introduction

In the interest of decreasing the need for lengthy debate about the underpinnings and merits of my medical and scientific opinions in this case, I have elected to provide the Court primarily with information on disaster mental health articles which have already been published in peer-reviewed journals or presented at major conferences.  Many of the medical articles that I included for your review were authored by me, other members of, or consultants to our recently formed "Hurricane Katrina Ninth Ward and Northwest Section of Saint Bernard Parish Disaster Mental Health Evaluation and Methodology Group," hereafter called the team.  It may be helpful for you to refer to appendix ? for relevant sections of the American Psychiatric Association's DSM IV TR Diagnostic Manual for descriptions of the more common disaster-related mental health disorders. I have also included for the Court's edification additional government-created and/or released documents related to handling disasters. Also included are widely accepted writings about diagnosis and treatment for common disaster related mental disease states. In addition, disaster mental health training manuals, practice guidelines for providers of mental healthcare, and scientific articles related to disaster mental health outcomes are included at the end of this document.

## 2. Expert qualifications

After obtaining my Bachelors of Science degree in Psychology (with departmental honors and Distinction in Psychology) from Tulane University in 1972, I completed medical school with honors at the University of North Carolina at Chapel Hill in, 1976.  As a part of my medical training, I also completed a U.S. Junior Public Health Fellowship in 1974. I completed my medical internship experience and psychiatry residency at the University of North Carolina at Chapel Hill in June, 1980. I received Board Certification in Psychiatry from the American Board of Psychiatry and Neurology in 1982.   I have had a private psychiatric clinical practice in Raleigh, NC since 1980. Since 1980, I have also taught as an adjunct faculty member at both Duke and UNC. I am currently an Adjunct Professor of Psychiatry at the University of North Carolina at Chapel Hill and an Adjunct Associate Professor of Psychiatry at Duke University Medical Center. I have been

Principal or Sub-Investigator for approximately 200 clinical research trials since I began doing research in 1983.  Many of these clinical trials examined the effectiveness and safety of new or existing treatments for Post Traumatic Stress Disorder, Generalized Anxiety Disorder, Major Depression, Treatment Resistant Depression, Bipolar Mania, Bipolar Depression, Treatment Resistant Bipolar Depression, Obsessive Compulsive Disorder, Alzheimer's disease, Attention Deficit Disorder, Social Phobia, Panic Disorder, Sleep Disorders, and Schizophrenia. Many of these medications have now been used by many millions of people suffering with these diseases around the world. I have been involved in research exploring genetics, suicidality, neuro-imaging, and pharmaco-economics in psychiatric disorders and have given numerous lectures, classes, workshops, and scientific and poster presentations, both nationally and internationally. I have published over 60 scientific articles and CME materials as well as book chapter on many of the above psychiatric areas. (All are listed in my attached Curriculum Vitae.)

In April, 2007 I was honored to be chosen as the Top Psychiatrist for Men in the United States by Men's Health Magazine in conjunction with Castle Connolly. That same year I was nominated and elected to be a Distinguished Fellow of the American Psychiatric Association. I previously received the Outstanding Teacher award by the Psychiatry Residents at the University of North Carolina at Chapel Hill. I have also been selected as one of America's Best Doctors and North Carolina's Best Physicians. I am credited with having helped to initially identify the clinical utility of Lamotrigine in bipolar disorder.  When Lamotrigine was approved by the FDA in 2003 it became the first new maintenance treatment for bipolar disorder since the approval of Lithium in 1970.

My initial disaster-related work began in November, 1988 when a tornado hit near my psychiatric office in Raleigh, NC.  Soon thereafter I began caring for individuals and families who were harmed and/or traumatized by the tornado.  I also volunteered in tornado clean-up efforts in my community. From this experience, I began a collaboration with Dr. Jonathan Davidson, a world renowned psychiatrist at Duke University who specializes in the area of PTSD, mood, and anxiety disorders.  Collaborating with colleagues at Duke University Medical Center and around the world, Dr. Davidson and I conducted a number of

pivotal as well as informative pilot studies of new treatments for PTSD, mood, and other anxiety disorders seen after traumas and disasters.

In 1996 my community experienced another natural disaster when the area was hit by Hurricane Fran, a major hurricane causing extensive damage both in the Raleigh area and throughout the North Carolina coast. In my private practice, we once again began treating large numbers of individuals who suffered physical, emotional, and/or financial losses secondary to the hurricane.

In 1999 North Carolina was hit by another major storm, Hurricane Floyd, which caused extensive flooding in some Eastern North Carolina communities.  I gained further experience in dealing with the mental health problems of hurricane and flood-related disaster victims. In addition, I have personally treated some individuals who were impacted by 9/11, and others who were dealing with Hurricane Katrina related emotional disorders.

I have spent a significant portion of my professional career diagnosing, treating, researching, and teaching about mood and anxiety disorders.  Thousands of the patients that I have evaluated and treated in my career have suffered from many of the same basic underlying mental disorders that we see with greater frequency after disasters like the catastrophic flooding in New Orleans from Hurricane Katrina. Disaster-related mental diseases are simply variants of the mental disorders that I see on a routine basis independently of disasters.

Almost immediately after Hurricane Katrina hit the Gulf Coast I volunteered to assist the Agency for Toxic Substances and Disease Registry/Centers for Disease Control and Prevention (ATSDR/CDC) with relief efforts.  Drs. Alden Henderson and Pamela Tucker with ATSDR/ CDC suggested that I would best assist them by writing and editing a document titled "Helping Families Deal With the Stress of Relocation After a Disaster."  The document's aim was to inform individuals and families forced to move by Hurricane Katrina related damages about how to cope with the resulting stress. In collaboration with Dr. Tucker we began working as a group on a brief Disaster Mental Health Treatment Guide for Primary Care, since there was a growing shortage of mental health providers in the Hurricane Katrina- and Rita-impacted areas. (This document can be found in appendix ??.)

Our group's volunteer work was later featured in an article in the January 2006 Journal of the American Medical Association Medical News and Perspectives. The article entitled "Post Katrina Mental Health Needs Prompts Group to Compile Disaster Medicine Guide" cites the following statistics:

- 45% of 166 of the individuals interviewed scored high enough on a rating scale for posttraumatic stress disorder (PTSD)  that they would be expected to accept referral for mental health services

- 25% to 30% of individuals living in areas hit hard by Katrina will have clinically significant mental health needs and another 10% to 20% will have important, subclinical mental health needs. All told, that adds up to about 500 000 who may require mental health services.

- In early December, the LSU Health Sciences Center laid off 127 physicians; a week later Tulane University School of Medicine in New Orleans laid off 180 clinical faculty members. At the time of the layoffs, five hospitals where LSU and Tulane physicians practice remained closed.

The Guide serves as a fact sheet for primary care physicians as well as mental health professionals and offers practical, comprehensive yet concise information on PTSD and other post-disaster stress reactions.  With enhanced ability to identify those suffering from Posttraumatic Stress Syndrome (PTSD) practitioners are better able to prevent suicides, homicides and other associated effects.

The article also points out the need for healthcare workers to be able to identify the symptoms of PTSD not only for their patients but for themselves.

The Guide can be accessed at
http://psychiatry.mc.duke.edu/Clinical/DisasterMentalHealth.html

Some of my Hurricane Katrina related work was done collaboratively with Jonathan Davidson, M.D., and Allan Chrisman, M.D. (Duke University Medical Center Department of Psychiatry), Edna Foa, Ph.D. (University of Pennsylvania Department of Psychiatry) and others. It is posted on the Duke University Medical Center web site link
http://psychiatry.mc.duke.edu/Clinical/DisasterMentalHealth.html.  At that time we collectively sought to organize a practical, concise, up-to-date, and referenced mental health guide which would be a useful resource for both primary care and mental health providers to refer to after any type of natural or

man-made disaster. In this site we included links to some key resources on how to diagnose and deal with PTSD and other anxiety disorders, stress associated with relocation, bipolar disorder, depression, as well as suicide prevention. Links were also provided for other psychiatric consequences, including substance abuse, which frequently follows natural disasters and terrorist attacks. We also introduced links to psychotherapy approaches and pharmacotherapy treatment options, which could be implemented by primary care and mental health providers after disasters.

In the spring of 2005 prior to Hurricane Katrina Jonathan Davidson, MD and I volunteered to assist Pamela Tucker, M.D. from the  ATSDR/CDC in the editing of her section of a web based training course for first responders to disasters located at  http://www.phppo.cdc.gov/phtn/webcast/stress-05/. (More on first responder stress after Hurricane Katrina can be found in appendix ?? in this document.)  Drs. Foa and Chrisman joined the authors as volunteers in assisting Dr. Tucker on the previously described Relocation Stress Guide for those impacted by disasters, included in appendix ??, but is also available at http://www.atsdr.cdc.gov/publications/100233-RelocationStress.pdf.

After the severe damage inflicted by the recent hurricanes including Katrina and Rita among others, all of the authors immediately realized that the frequency of significant and often debilitating mental health problems would most likely eventually equal, or surpass, the disaster related morbidity and mortality associated with physical problems. Collectively we began to work on developing an article that could be a brief guide to mental health treatment following disasters.

I then authored along with Drs. Mark Townsend and James G. Barbee an August 2, 2006 invited commentary article which follows in the Journal of the American Medical Association titled "Mental Health and Recovery in the Gulf Coast after Hurricanes Katrina and Rita," found in the basic information section that follows my opinion. In writing this article we spoke with many officials from the Substance Abuse and Mental Health Services Administration, Federal Emergency Management Administration, Louisiana state mental health officials, officials, clinicians, and volunteers involved with Louisiana Spirit, New Orleans area psychiatrists, and officials with the ATSDR/CDC who were intimately involved in the mental health needs, assessments or treatment of individuals and groups including those from the Ninth Ward and Saint Bernard Parish area. The article points out the urgent need for provision of psychiatric services to this devastated group of people. The loss of their ability to meet basic needs leaves them highly predisposed to psychiatric disorders that may impact their ability to regain their

place in society thus possibly increasing rates of mortality, homicide and suicide. In order for successful rebuilding of the Gulf Coast, priority must be given to the healthcare infrastructure including healthcare workers and the patients they serve.

In January of 2007, along with my collaborator, Drs. Townsend, and Duke University colleague, Dr. Chrisman, I wrote a continuing medical education program on Medscape that is provided in our basic information section. Thousands of doctors read the program and many obtained CME credits for the activity. The goal of this activity is to provide psychiatrists, primary care providers, nurses and public health specialists with information that enhances their ability to improve the health and well-being of those impacted by natural and manmade disasters.

The program discusses the significant problems created by the lack of flexibility in using disaster mental health crisis funds for actual treatment of residents and first responders in need; these they attributed to restrictions contained in the Stafford Act (Robert T. Stafford Disaster Relief and Emergency Assistance Act, Section 416, Public Law 93-288, as amended; 42 U.S.C. 5182, Crisis Counseling Assistance and Training Act, Public Law 100-707) In the section on "Uses and Use Restrictions,"

The Stafford Act provides funds for identifying mental health needs, but it is interpreted as restricting funding for treatment, as follows:

*Grants to States to provide immediate crisis counseling services including screening, diagnostic, and counseling techniques, as well as outreach services such as public information, community networking, consultation and education which can be applied to meet mental health needs immediately after a major Federal disaster declaration. Mental health workers specified in the grant are eligible for training that will enable them to provide crisis counseling services.* **The grant may not be used to provide treatment for substance abuse, mental illnesses, developmental disabilities, or any pre-existing mental health conditions.** [Editor's emphasis]

The program also points out that historically, murder rates have been high in the New Orleans area, but they have risen even further since Hurricane Katrina. In 2004 in Orleans parish, 264 people had been murdered during the last full year before Katrina (population est. 471,057), yielding a murder rate of about 56/100,000 persons, which was significantly higher than the FBI-reported national average of about 13.2 murders/100,000 residents for comparably sized cities. During the last 6 months of 2006 in Orleans parish, 110 people were

murdered, yielding an annualized crude murder rate for post-Katrina New Orleans (with approximately 200,000 residents) of about 110 murders/100,000 inhabitants - roughly double the pre-Katrina rate and almost 20 times higher than the 2005 FBI national average of 5.6/100,000 residents.

In addition, I have given Grand Rounds at Duke University Medical Center and conducted an 11-07 Workshop on Lessons Learned from Hurricane Katrina at the World Psychiatric Association meeting in Australia. I have attached a slide set from our Duke University Psychiatry Grand Rounds presentation for your later review the basic information section.

For your background I have also attached to this document my Curriculum Vitae as well as the Curriculum Vitae of all of my other very accomplished and hard working members of our newly formed Hurricane Katrina Ninth Ward and Saint Bernard's Parish Disaster Mental Health Study and Methodology work group. Each of these named mental health professionals also acted as experts whom I relied on as I formed my opinions in this case. Collaborators or expert that I consulted with helped me in the examination of potential class representatives, the pilot study design for evaluating the mental health need of some potential class member, the estimate of treatment needs and resources. We were fortunate to consult with the developers of two of the major diagnostic interments that we used, who provided insights. It would be impossible for any expert to take on a task of this magnitude without doing it as part of a team.  I clearly am familiar with most of the material in this report in the appendices. I was directly involved in the evaluations of the 11 pilot class representative evaluations, and I authored and helped guide this report.

My Curriculum Vitae and that of each contributing members of the pilot evaluation **study and mental health needs team can be found in appendix ___. Include Drs. Townsend, Howard and Joy Osofsky, Jill**

Hayes, and Phil Griffin. Other experts that we consulted with include Richard Dalton, MD, a Tulane University professor of psychiatry, and the Louisiana State medical director of the Louisiana Department of Mental Health; we also relied on information from conversations and information exchanges with professors Jonathan Davidson, MD, and Allan Chrisman, MD from Duke University Medical Center.  Fran Norris, PhD from the National Center for PTSD also consulted with and provided us a section about the Sprint-E and its use in screening post-disaster populations. Drs. Norris and Jennifer ___ also gave us information about a cognitive therapy program that they consulted on in the Baton Rouge area for evacuees from New Orleans who developed psychiatric problems.  David Sheehan, MD is an internationally renowned psychiatrist who created the Mini International Neuropsychiatric Interview (MINI) and the Sheehan Disability Scale. He advised us on the use of these scales in this study as well as possible future class representative studies. I also spoke with Narayan Sastry, PhD at University of Michigan/Rand Corporation and expert in population studies. He provided us with additional information regarding the impact of property damage, educational levels, and ethnic background from work that he and VanLandingham did in New Orleans after the hurricane.

The SPRINT-E screening instrument that we used helps identify those possibly or probably needing treatment for PTSD, Depression, anxiety, and suicidality. The SPRINT-E was created and validated by colleagues I frequently consulted with Jonathan RT Davidson, MD and Fran H. Norris, PhD. Their Sprint-E scale has already been used by in federal and state studies following 9/11, internationally after disasters, and by the Centers for Disease Control and Prevention in their Post Hurricane Katrina Rapids Needs Assessment that was published in the Morbidity and Mortality section of the Journal of the American Medical Association.  The structured Mini Neuropsychiatric Interview (MINI PLUS) used was developed and validated by David Sheehan, MD another colleague I

consulted with on a number of occasions.  Both of these mental health screening instruments were employed by Mark Townsend, MD and me in our pilot screening evaluations of potential class representatives. These scales were chosen based on their abilities to provide both a reasonably quick and complete psychological evaluations. The complete SPRINT-E and MINI PLUS scales, description, and validation information are included in appendix _ in our methods section found later in this document.

In conclusion, I feel that I am qualified to provide an expert opinion on the issue of emotional damages from the flooding which submerged and destroyed the Lower Ninth Ward and the section of St Bernard Parish northwest of Paris Road. I felt compelled to engage local mental health experts in the New Orleans area who were intimately involved in the evaluation and treatment of area residents beginning immediately after Hurricane Katrina. Drs. Townsend, Howard and Joy Osofsky have guided the reestablishment of mental health treatment facilities and hospital units in the New Orleans area throughout the post-hurricane period. I relied on the collective wisdom of other members of the team who assisted me in this area as well as information gained from discussions with some federal officials, state health officials, area psychiatric and medical providers and other experts in the field with whom I consulted. While I speak for the work group, the opinions expressed on this issue clearly reflect my own expert opinion which also happens to be the team's opinion.

### 3. Identifying mental health problems post-disaster:

### What mental health problems would be expected to follow a disaster?

There are two basic information chapters which are included in the basic information section that follows my opinion. If needed, you can refer to it at this time. These self-explanatory

chapters are taken directly from the Department of Health and Human Services' Substance Abuse and Mental Health Service Administration disaster training manual.  Their training manual is widely used by community mental health and human service workers as well as emergency management and Red Cross organizations. These two training manual chapters illustrate fairly succinctly typical emotional responses to disasters by different age groups and sub-groups.

## 4. Expert Opinion on Nature and Scope of Mental Health Flooding-related Trauma Problems in the Potential Class Representatives

Hurricane Katrina was not a disaster, but rather a catastrophe for the residents of the Lower Ninth Ward of New Orleans and Saint Bernard's Parish northwest of Paris Rd., as the area was decimated by severe post-Hurricane flooding. These New Orleans' area neighborhoods experienced significant loss of life and injuries along with massive destruction and/or damage to the majority of the housing units, schools, medical and mental health facilities, churches, commercial stores, and employers in the area. The entire framework of these communities was devastated to such a degree that large numbers of past area residents, even to this day, have no place in their neighborhoods to call home or return to.  This section of Saint Bernard Parish and the Ninth Ward suffered from their entire social frameworks being destroyed due to disruption of family, friend, work, spiritual, and community relationships by what many perceive as being from both a man-made and natural disaster.

Man-made disasters typically cause greater emotional damage for those adversely impacted than purely natural disasters.  This is because of the belief that the catastrophic damage potential class representatives suffered could have been prevented or at the very least minimized.  It will obviously take many, many years for physical structures and community relationships to be rebuilt. This is despite the progress and significant efforts that have been made, including those of the class and other representatives. However, it is likely to take far longer for the mental health of many members of the impacted communities to begin to improve and hopefully normalize for some.

I have formed my opinions about the type, rates, and severity of flooding-related trauma mental health problems in these neighborhood's present and former residents based on my many years of clinical and research work in the mental health field.  My opinion was also formed following an extensive medical literature review that I did.  I have had discussions with New Orleans area, Louisiana area, and national mental health, medical, and/or public health officials. I also took into account my recent clinical interviews and assessments conducted jointly with Mark Townsend, MD, a Professor of Psychiatry at the Louisiana State University Health Sciences Center in New Orleans.  Dr. Townsend and I examined, for the purposes of this court report, a total of 11 individuals to date.  These evaluations include the 11 potential class representatives, all of whom were identified by their plaintiff's attorneys who are participating in this case.


In the future we will describe the full findings from those psychiatric evaluations for you in detail, but I will provide some summary information now based on our preliminary evaluations.  Our flooding-related post-Hurricane Katrina mental health pilot study involved Dr. Townsend and I personally conducting psychiatric evaluations and ratings of these 11 individuals in late May and early June 2008. Some of our psychiatric evaluations were also complemented by the use of extensive psychological evaluations by Jill Hayes, PhD. or Philip Griffin, PhD of the Louisiana State University Health Sciences Center. Their psychological evaluations are only partially completed at this time and we have the benefit of only verbal reports at this time.

The formal forensic psychological evaluations of some of the class representatives by Drs. Hayes and Griffin were conducted in the hopes of gaining further insight into how effective our use of the SPRINT-E and MINI scales were as potential mental health class screening instruments almost 3 years after Hurricane Katrina related flooding. Importantly, the psychological testing also examined these representatives' cognitive functioning and helped confirm our sense of the truthfulness of the plaintiffs' responses to Drs. Townsend and me during our

interactions with them.  Additional psychological evaluations are still being scheduled for some of the other potential class representatives at this time.

## 5. Psychiatric Signs and Symptoms Identified During Pilot Evaluation Screening of Potential Class Representatives

Drs. Townsend and Weisler examined 11 of the class members, referred by their attorneys with the presumption that they may have emotional damages.  In order to screen for the presence of mental illness, each claimant was examined using similar methodology as much as possible. According to the methods described below, five individuals met criteria for current psychiatric illness. Two other potential class representatives had psychiatric illnesses that developed shortly after levee breaches, which have subsequently remitted. Drs. Townsend and Weisler then collaboratively administered more focused well-validated disease-rating instruments to better characterize these five individuals' trauma history, symptoms, and disease severity. Dr. Weisler and Townsend met with each of the 11referred potential class representatives and achieved consensus about their diagnostic findings. Further, individuals with current mental illness were referred for psychological testing to determine cognitive functioning, to determine potential malingering and to further validate our diagnostic and disease severity findings.

We relied on the article by Weathers, Keane and Davidson, included in appendix ??, to help estimate PTSD symptomatology severity for the CAPS. To elaborate upon the methods utilized, each individual completed release forms and short questionnaires about their health and treatment. Subsequently, they each received 1), the Short Post-Traumatic Disorder Rating Interview-Expanded (SPRINT-E), a widely used and well-validated screening tool, used in the New Orleans region post-Katrina by the U.S. Centers for Disease Control and Prevention (CDC) in two mental health needs assessment reports (refs). A score of 3 or more on the SPRINT-E is indicative of the possible presence of psychiatric illness requiring treatment; a score of 7 or more indicates the likely presence of illness.

Each individual also received 2), a semi-structured psychiatric evaluation; and 3), the Mini International Neuropsychiatric Interview-Plus (MINI-Plus), a highly structured interview that determines whether criteria for major, Axis I psychiatric diagnoses have been met.

Claimants who demonstrated the presence of an anxiety, mood, and/or addictive disorder on the above measures were then presented with the following additional rating scales: 1) the

National Center for Post-Traumatic Stress Disorder/Clinician-Administered PTSD Scale for DSM-IV (CAPS DX); 2) the Montgomery-Åsberg Depression Rating Scale (MADRS); 3) the Hamilton Anxiety Scale (Ham-A); 4), the Sheehan Disability Scale (SDS); 5), the Work Productivity and Activity Index (WPAI), 6), the Trauma History Screen, and, in one instance, a Young Mania Rating Scale (YMRS). Additionally, our consulting psychologists Drs. Philip Griffin and Jill Hayes performed further testing, described separately.

**Preliminary Findings**

Seven of the 11 individuals referred by their attorneys demonstrated psychiatric signs and symptoms that are consistent with those reported by other survivors of traumatic events. While the individuals we examined were clearly not a random sample of those living in the area prior to the levee breaches, which we will refer to as "the flooding" or the "flood," their symptoms nevertheless reflect previous published reports.  Four of the claimants reported no symptoms of psychiatric illness since the flooding, although they experienced life events similar to those subsequently psychiatrically ill.  This quality of resistance to mood or anxiety disorders after major trauma has been described as "resiliency," and may be due to a combination of favorable genetic traits and positive social support.

In order to more efficiently present our preliminary findings, we grouped the claimants into 3 categories, using Ghodse and Galea's convention (Appendix XXX) when working with Asian Tsunami survivors.  Category 3 consists of five claimants who presently fulfill full diagnostic criteria for anxiety, mood, or addictive disorders.  They are of 1), a 31-year-old African-American man; 2), a 55-year-old African-American man; 3), a 38-year-old African-American woman; 4) an 80-year-old African-American woman; and 5), a 37-year-old white woman. Claimants 1, 3 and 5 evacuated their neighborhoods and New Orleans prior to the flooding, yet have equivalent symptoms to claimants 2 and 4, who remained and who personally witnessed or had to cope with the deaths of family members.

Category 2 consists of two claimants who developed psychiatric illnesses that have subsequently remitted: 6), a 66-year-old woman, a naturalized US citizen born in Mexico and 7), a 70-year-old white man.  Each fulfilled diagnostic criteria for major depressive disorder for several weeks in late 2005, but are now in good psychiatric health.  Claimant 6, however, has developed significant cardiovascular illness since Hurricane Katrina. She reported she has had two myocardial infarctions.  Subsequent to her interview on May 24, Dr. Townsend has examined her medical records, which are consistent with her reports of myocardial infarctions.

Category 1 includes the remaining four, who experienced no psychiatric illness since the flooding: 8), an 80-year-old African-American woman; 9), a 38-year-old white man; 10), a 53-year-old white man; and 11), a 41-year-old African-American man.  Individuals in this resilient group, nevertheless, share important characteristics with those in Groups One and Two. For example, claimants 4 and 8 are both African-American women who had experienced numerous losses, including the violent and/or unexpected deaths of loved ones prior to the flooding, yet only claimant 4 developed symptoms.  Claimants 5 and 9 are a married couple who evacuated together prior to the flooding with only claimant 5 developing psychiatric illnesses after the flooding.

The SPRINT-E had great predictive value regarding the presence of current psychiatric illness. Each member of Group One had a SPRINT-E score of 3 or greater, which corresponds to published data associating the possible need for treatment for such individuals.  Each of the remaining claimants, including those in Category 2, had a score of zero.

The current psychiatric illnesses within Category 3 claimants are consistent with published literature regarding trauma survivors.  Each has anxiety that negatively affects their current functioning at work or in personal relationships, but each also has current symptoms of mood disorders.  Claimant 1 also reports excessive alcohol use, which frequently co-occurs with anxiety and depression among individuals who have experienced traumatic events (see appendix XXX).  This group contained the only claimants who witnessed the deaths of family members in the flooding, 2 and 4, however, also contains claimant 5, who was present with her husband when he was speaking with her father by phone as the flooding occurred. She subsequently learned that her mother drowned shortly after their conversation.

**Summary Data from Individual Claimants**

**Need to add sprint E scores to all 5 potential class representatives and YMRS for #3**

We will present abridged summaries of Drs. Townsend and Weisler's findings from their interviews with each of the five potential class representatives with Category 3 presentations. Psychological evaluations and further psychiatric testing are in progress at the time of this report. We will list them in the same order as above.

1. Potential class representative 1 was evaluated by Drs. Townsend and Weisler at the LSU Behavioral Sciences Center in New Orleans on Saturday May 24 between about 1 and 5 PM. He is a 38-year-old African-American man who lost his business during the flooding,

but evacuated with his fiancé and their children prior to the storm. His mother and brother remained behind in their flooded house. He is now living in rural Livingston Parish, Louisiana, with this family. At our examination, the SPRINT-E and the MINI-Plus were administered as outlined above.  He fulfilled diagnostic criteria for post-traumatic stress disorder (PTSD), major depression, single episode, and alcohol dependence.  His CAPS DX Total Score now is 61, indicating marked to severe PTSD symptomatology, and his worst lifetime post-Katrina flooding-related total of 71 also indicates marked to severe PTSD symptomatology.  His MADRS score was 36, which represents significant depression symptoms.

   a. Potential class representative 1 reports his alcohol use increased markedly after the storm.   He states he is currently drinking two six packs of beer each night. This was not surprising to us, because excessive alcohol and substance use frequently occurs among trauma survivors.  Potential class representative 1 has not been in psychiatric treatment and we referred him to mental health centers in East Baton Rouge and Pontchatoula Parishes for treatment of these co-occurring conditions, his anxiety, mood, and addictive disorder.  The parish where he currently lives lacks community mental health centers. He has reported difficulty returning to New Orleans, both due to excessive anxiety and his inability to work in his previous business.

2. Potential class representative 2 was evaluated Drs. Townsend and Weisler on Saturday May 24 between about 7:30 AM and 1PM and by psychologist Dr. Phil Griffin on Sunday May 30 between 1PM and 6PM at the LSU Behavioral Sciences Center in New Orleans. Dr. Griffin's written report is pending. Potential class representative 2 is a 55-year-old African American man who witnessed the drowning death of his wife in the flooding. He reports that in the early morning of August 29, 2005, his house quickly filled with water and within minutes he witnessed his disabled wife being swept away by the surging water.  In desperation he dove into the rushing, dark water filled with debris searching frantically for his wife before briefly reaching her. Moments later all that he was left holding was his wife's blouse as the "strong currents sucked her away" from him, forever.  He reports that the water then carried him away from their house and into storm debris, where he became pinned. He admits to trying to drown himself that day in the same flood waters that had just taken his wife, but he was unable to do so because of debris pinning him to safety. He denies having prior or further suicidal behaviors or being suicidal currently, and he has never been homicidal.

   a. With the MINI interview, he fulfilled criteria for PTSD and major depression.  His CAPS DX Total Score now is 79 consistent with severe PTSD symptomatology, while his worst lifetime post-Katrina flooding scale was 97 indicating extreme PTSD symptomatology previously. His MADRS score was 39, which represents severe depression. He reports he has become morbidly obese, and has

hypertension.  Potential class representative 2 fell at work prior to Katrina in 2005, and then had developed limited mobility due to a leg injury. He reports that he has become increasingly obese since the flooding, and has hypertension(choose one of these).  He reports he has an open case at a local mental health center, but has not kept appointments regularly due to limited bus service and the discomfort he experiences with ambulation.

    b.   Potential class representative 2's psychiatric records from the Chartres-Pontchartrain Mental Health Center substantiate his description of his psychiatric history. Notably, the Lower Ninth Ward does not currently have a community mental health center.  The area had been served by the Desire-Florida Mental Health Center, which was destroyed by the flood and has not been rebuilt.

3.   Potential class representative 3 was evaluated by Drs. Townsend and Weisler at the LSU Behavioral Sciences Center in New Orleans on Saturday May 24 from 9 to 2 PM and on Sunday May 25 from 8 AM to 12 Noon.  Additionally, psychologist Jill Hayes, PhD, evaluated her on May 26. Potential class representative 3 is a 38-year-old African-American woman who evacuated first to Meridian, MS, then to Dallas, TX, where she currently resides. The SPRINT-E and the MINI-Plus were administered as outlined above by Drs. Townsend and Weisler. She fulfilled diagnostic criteria for post-traumatic stress disorder (PTSD) and bipolar disorder, most recent episode mixed (both manic and depressed at the same time).  Her CAPS DX Total Score now is 81 indicating to me severe PTSD symptomatology, while her worst lifetime post-Katrina flooding scale was 109 indicating extreme PTSD previously. Her MADRS score was 34, indicating significant depression. Her YMRS score of __ indicates concurrent manic symptoms.  Her Hamilton Anxiety Score was 22, indicating significant anxiety. She acknowledged thoughts of wanting to take her own life and that of her four children in order to spare them the pain they were going through for a very brief period about a few months after the flooding destroyed her neighborhood and cost her job. She denies any suicidal or homicidal thoughts on intensive probing since that earlier time. Drs. Townsend and Weisler also met with her mother to verify history, further assess suicide and homicide risk, and to obtain family encouragement and support for the potential class representative to resume psychiatric treatment. Such past suicidal and homicidal thoughts reflect the desperation that often accompanies untreated or partially treated PTSD and depressive periods seen in bipolar disorder.  Drs. Weisler and Townsend strongly encouraged her to resume treatment at her local Texas mental health center and/or be seen at the University Hospital there.

    a.   Claimant 3's PTSD and bipolar disorder began after the flooding. Further, her presentation is notable for her marked deterioration in functioning. Prior to the flooding, she was a full-time manager at a local casino.  Her PTSD-related anxiety limits both her mobility and her ability to refrain from outward symptoms of

anxiety. She now receives disability, but earlier financial and insurance coverage issues she felt limited her ability to continue to easily access psychiatric care within her current neighborhood.

b. Dr. Hayes' evaluation validated that of Drs. Townsend and Weisler in that it documented significant mood and anxiety symptoms. In addition, Dr. Hayes determined that potential class representative 3 was not exaggerating her symptoms.

c. Psychiatric records obtained from Collin County, Texas, show that potential class representative 3 first obtained treatment for bipolar disorder in the spring of 2006, and was placed on a mood stabilizer at that time. She did have a prior history of being treated with antidepressant medications prior to the hurricane for anxiety and mild depressive symptoms. She was not requiring psychiatric treatment at the time of the hurricane.

4. Claimant 4 was evaluated by Drs. Townsend and Weisler at the LSU Behavioral Sciences Center in New Orleans on Saturday, May 24, between 10 AM and 2PM. Psychologist Phillip Griffin, PhD, whose report is pending, also examined her. She is an 80-year-old African-American woman who lost her husband when he died trapped in their attic as their house rapidly filled with flood waters. She currently meets diagnostic criteria for PTSD and major depressive disorder, single episode. Her CAPS DX Total Score now is 37 indicating mild/subthreshold to perhaps moderate PTSD symptomatology, while her worst lifetime post-Katrina flooding scale was 79 which is consistent with marked to severe PTSD symptomatology previously. Her MADRS score was 18, indicating moderate depression. Her Hamilton Anxiety score was 9, consistent with mild generalized anxiety symptoms.

a. Claimant 4 was brought to the Louisiana Superdome after the flooding, where she reports she became disoriented and confused. She states she was prescribed an antidepressant at some point after Katrina, but is not now receiving psychiatric treatment.

b. Claimant 4 reports that although she had experienced past trauma, such as the murders of her grandson and daughter-in-law many years ago, she had not experienced severe and long-lasting anxiety symptoms until Hurricane Katrina.

5. Claimant 5 was evaluated by Drs. Townsend and Weisler at the LSU Behavioral Sciences Center in New Orleans on Saturday May 24 between 12 Noon and 5 PM. She is a 37-year-old white woman from St Bernard Parish who safely evacuated with her husband and four children. In the morning of August 29, her husband and the claimant were speaking to her mother on her cell phone when she told them that five feet of water had suddenly appeared at her back patio door and that she "had to go." Claimant 5 and her husband lost contact with her family and only later learned from her father and brother who survived that her mother had drowned shortly after their conversation. The water had risen so forcefully that her father was only able to propel her brother out

of their front door and into the current before he found himself bobbing against his ceiling.  Her father, she said, was strong enough to be able to break into his attic and save himself, but he was unable to locate his wife, potential class representative 5's mother, even though he could hear her screams from the room below.  Although her father and brother were subsequently rescued, her mother's corpse remained in the house and she was not able to view her mother's decomposed body until November, 2005. Need to add length of time for the other representatives to have love-ones' bodies identified and returned to them.

   a.  Potential class representative 5 fulfills criteria for PTSD and past major
       depressive disorder on the MINI.  Her PTSD symptoms include intrusive
       recollections of these last conversations with her mother, as well as vivid images
       of her mother's last moments.  She was only recently able to move back into her
       previously flooding damaged home with her family in the impacted St Bernard
       Parish. Her CAPS DX Total Score now is 37 indicating mild/subthreshold to
       perhaps moderate PTSD symptomatology, while her worst lifetime post-Katrina
       flooding scale was 71 which is consistent with marked to severe PTSD
       symptomatology. Her MADRS score is 11 and her Hamilton Anxiety score is 9,
       indicating only mild general anxiety and depression symptoms currently.

   b.  Claimant 5 was a critical care healthcare worker prior to Katrina.  She has
       resumed employment as a nurse, but reports she is unable to work as intensively
       as before. For a number of months after the loss of her mother she felt unable to
       work because of her emotional state. She is still limited with regard to activities
       that she can participate in with her family because of trauma related emotional
       symptoms.

## 6. Expert Opinions on the Mental Health Evaluation and Treatment Needs of Children and Adolescents

While, as an adult psychiatrist, I am familiar with most of the medical literature in this area, I elected to enhance my expertise by collaborating with Joy Osofsky, PhD, and Howard Osofsky, MD as well as Richard Dalton, MD. All three of these professors are very highly regarded, internationally known child mental health experts from New Orleans who were involved in post-Hurricane Katrina evaluation and treatment of the areas children. Drs. Osofsky were the primary authors of this section. I feel very comfortable giving an expert opinion on the topic based in part on their assistance.

Hurricane Katrina displaced 650,000 people from their homes in Louisiana alone and many more from Mississippi and the Gulf Coast. Not only were homes destroyed by the wind and flooding, but also 875 schools in Louisiana were damaged and 40 were totally destroyed. The Rand Corporation Report documented the displacement of approximately 200,000 public school students in Louisiana. The experiences of children and families during Hurricane Katrina, the flooding that resulted from the breach of the levees, the evacuation, and the aftermath are unprecedented.

Almost three years after one of the worst disasters in United States history, much devastation remains, and recovery continues to be slow. Children and families are experiencing secondary adversities including ongoing stress and demoralization, economic losses, persistent problems with living arrangements, friends and family members who have not returned, and uncertainties about the future. One example of the stress families endure relates to schooling. In October 2006, schools in New Orleans had to accommodate more than double the number of students from the previous year, and confusion and frustration concerning where students could enroll and stay was one hallmark of school openings. One public school in New Orleans was designed as an evening school for students who had to work during the day and needed later afternoon and evening classes; however, 40% of the students attending the school are not working and had to go to this school initially because of limited availability of other schools. In St. Bernard Parish, with extreme devastation, the courageous Superintendent of Schools opened a temporary facility with double-wide trailers, and within a year rebuilt one school even before obtaining FEMA funding. In an area with still limited rebuilding, the school district has opened 5 schools with plans for an additional three this Fall.  School personnel recognize the crucial need for destigmatizing evidence based mental health services to help children fulfill their potential.

<u>Mental Health Services in Metropolitan New Orleans</u>

*Rebuilding Psychiatry Post-Katrina*

Not surprisingly, post-Hurricane Katrina, there was an increase in demand for mental health services in New Orleans with a decrease in mental health providers. In January 2007, SAMHSA estimated that 25-30% of individuals in the affected areas would have significant needs for mental health services and that another 10-20% would have subclinical conditions that would also require care (Calderon-Abbo 2008; Voelker 2006). The first large empirical study done after Hurricane Katrina indicated that mental illness had doubled after the disaster, especially anxiety and mood-related mental illness (Kessler, et al. 2006). Further, Galea, et al (2007) reported that 49% of respondents who lived in New Orleans before the storm reported a mood or anxiety disorder compared with 26% among residents in other areas. Posttraumatic stress disorder rates were reported as high as 30% among New Orleanians, but less than 13% of those in other areas. The destruction of the mental health infrastructure by Hurricane Katrina resulted in a loss of resources that impacted service delivery at all levels, including lack of psychiatric hospital beds, acute crisis intervention units, intermediate care after discharge from the hospital, substance abuse treatment, and outpatient services (Calderon-Abbo 2008). Just as teachers have been impacted by the trauma, mental health providers have also suffered losses, displacement, and other traumas. The support networks for the providers are less available. The usual structures within communities that support recovery have also been impacted, including family and social support. With much of the Metropolitan area being impacted and because of economic, family, or personal reasons, many providers made the decision to not return. Although the overall picture related to mental health reactions of impacted citizens and availability of mental health supportive services is not positive, it is important to recognize that resilience building is possible, and with change, there may be new opportunities for growth as well as changes in the mental health system.

*The Need for Trauma Informed Services*

Currently, services are still limited for trauma-exposed child and family treatment programs in Orleans, St. Bernard and Plaquemines Parishes. Louisiana Spirit offers brief sessions, crisis intervention, and psychosocial groups, but not diagnostic and therapeutic services. The latter services are provided by the LSUHSC Department of Psychiatry, Family Services of Greater New Orleans, Children's Bureau, Fleur-de-Lis of Catholic Charities, New Orleans Adolescent Hospital Clinics, and Metropolitan Human Services District; however, the needs are far greater than the currently available mental health services.

In school settings, not only are the children affected, but teachers, school nurses, counselors, social workers and administrative staff have also been impacted by displacement, economic, personal and family stress.  School personnel need to learn how best to cope with children's behavioral problems and learning difficulties that have been exacerbated by trauma in the aftermath of Hurricanes Katrina, even as many themselves are coping with loss of their homes and assets, family members, neighbors, and familiar routines. In addition, many must deal with recovery issues involving mountains of paperwork and an unyielding bureaucracy. Children's psychological issues affect their learning, classroom environment and prospects for the future.  About 5% of staff in area schools served by LSUHSC mental health professionals self- refer for mental health treatment.

Symptoms of continuing trauma experienced by children and adolescents are not necessarily diagnosable according to traditional mental health criteria, but, with training, high risk behaviors can be identified earlier so that preventive measures can be implemented. Including training in school settings on Psychological First Aid (Brymer, et al. 2006), Psychological First Aid for Schools (NCTSN and NCPTSC, 2008), and trauma and the effects

on children, adolescents, and families would be very important and helpful. Psychological First Aid (PFA) is an evidence-informed intervention model used to assist people in the acute aftermath of disaster. The goal is to reduce initial distress caused by traumatic events and to foster short- and long-term adaptive functioning and coping.  PFA for Schools is an adaptation of the PFA Field Operations Guide to use in school settings (NCTSN and NCPTSC PFA for Schools Field Operations Guide, 2008)

The Effects of Poverty on Mental Health and Impact on Children in Louisiana:

Louisiana ranks 49th in the nation in a recent state-by-state study on the well-being of America's children  (KidsCount 2005) and 50th in percentage of population lacking access to quality health and mental health care (Congressional Quarterly, March 2008). New Orleans, the hub of the region, has a tradition of being a community with much history and character, but also a legacy of racism and continuing poverty. When Hurricane Katrina devastated New Orleans in August 2005, the reported poverty level was 23.2%, twice the national average of 12.7% Thirty-eight percent of New Orleans children live in poverty (Fass and Cauthen 2007).  Two-thirds of families living below the poverty level are headed by a single mother. Unfortunately, children who live in poor families often experience increased levels of trauma as compared with children whose families are more advantaged, placing them at increased risk for mental health problems. Not only are these children at greater risk, but also they are less likely to have access to and receive mental health services that can prevent more serious problems over time. A number of early intervention programs, including evidence from Head Start, Early Head Start, and LA-4 indicate that early interventions enhance cognitive and emotional development and academic outcomes for children living in poverty.

With poverty as an obstacle, the needs of children in New Orleans were great prior to Hurricane Katrina.  For example, due to poor performance, the majority of New Orleans Public Schools were taken over by the State of Louisiana under the Recovery School District before the hurricane.  The resulting lack of quality schools, hospitals, clinics, and housing as a result of the storm, has only increased stress and worsened problems. While public schools are currently being reconstituted, quality education and trauma-informed services to help this underserved population are desperately needed.

While availability of mental health resources was limited before Katrina, in the impacted parishes, the situation at this time is worse. Because of the response to the storm, there has been more training in evidence based trauma-informed services for some mental health providers and agencies; but much more is needed. LSUHSC Department of Psychiatry in collaboration with the National Child Traumatic Stress Network has carried out two learning collaboratives for providers on trauma-informed evidence based interventions.  One is called Strength After Trauma (StArT), an adaptation of the Florida ACT program modified, together with NCTSN, for cultural sensitivity to Louisiana's needs and FOCUS, a family based program developed for military families and adapted collaboratively with NCTSN for first responder families. Further, LSUHSC and other agencies have provided trainings on additional evidence based trauma informed interventions.

To increase resilience, the types of support that are needed include family support and community cohesion; however, with the fragmentation resulting from children and families being geographically separated due to economic and housing constraints, these supports are less available to children. Access to mental health services remains limited due to both economic and infrastructure problems. In devastated communities, many businesses have still not re-opened, unemployment is high, the available schools and preschools are crowded, and children and families have lost both extended family and community support  (Kaiser Foundation Survey

2007).  Much effort is ongoing to re-establish the mental health infrastructure and to have services available in a non-stigmatized fashion in school and community settings; however, more trauma-informed training and providers are needed.

The child care situation in New Orleans is also stressed. It is critical to provide support for young children and their parents and to allow parents to be able to go to work to support their families.  Pre-Katrina, 271 child care centers were operating in New Orleans including Head Start and Early Head Start.  Currently, approximately 900 children; ages 3-5 are enrolled in 11 Head Start and Early Head Start Centers (again, about one-fifth to one-fourth of the pre-Katrina enrollment). Discussions are underway to establish additional Head Start and Early Head Start centers in New Orleans as part of a unified, comprehensive school plan. Replacement of over 200 child care centers is a huge task.

**LSUHSC Department of Psychiatry  -- Work with children and families since Hurricane Katrina**

The LSUHSC Department of Psychiatry faculty began working in heavily devastated St. Bernard Parish in 2005 and in Orleans and Plaquemines Parishes school districts in 2006 to implement mental health services in schools, beginning with screenings in collaboration with schools using the National Child Traumatic Stress Network Hurricane Assessment and Referral Measure (NCTSN, 2005). Over 12,000 students were screened ranging in age from one to 18 years. About 65% of the children had damaged homes; 70% had moved or transferred to new schools, 50% of the children had a parent who was unemployed, and 26% were separated from their caregivers. In addition, many children and adolescents experience continued displacement, disruptions, and cumulative traumatic exposure in the aftermath of Hurricane Katrina. The results of the screenings indicated elevated levels of mental health symptoms compared with

nationally established prevalence figures (Hoven, et al. 2003; Schaffer, et al. 1996) and an increased need for trauma-focused services. Forty-five percent of 4th-12[th] graders in Orleans, St. Bernard and Plaquemine Parishes, met the cut-off for mental health referral; 12% independently requested counseling. Twenty-five percent of younger children (ages 1-8 years) met cut-off for mental health services based on parent reports and 34% of the parents requested counseling.

Symptoms most commonly reported were those of depression and post-traumatic stress. These findings are consistent with the Hoven et al (2003) data following 9/11. LSUHSC's post-Katrina screenings also indicated that 37% of children had experienced previous trauma (e.g., violence, close proximity to death), placing them at even greater risk for mental health problems with the likelihood of exacerbated current symptoms. In the professional literature about disaster, the level of symptomatology is associated with presence of physical injury, fear of death, and property loss (Assanangkornchai, Tangboonngam and Edwards 2004; Briere and Elliot 2000) as well as degree of personal and economic loss and displacement.

The limited literature on reactions of children after hurricanes and flooding also showed that living in shelters and under stress for an extended period of time further predicts increased emotional difficulties (Gittelman 2003). In Louisiana, not only have many children and families had to live in transitional communities, but also they have been forced to move with uncertainty about where they will be going for almost 3 years. Data from a number of studies demonstrate higher incidences of emotional, behavioral, developmental, and academic difficulties following trauma exposure (Chemtob, et al 2002; Cicchetti and Toth 1997; DeBellis and Van Dillen 2005; Fullerton and Ursano 2005; Goenjian, et al. 2005; LaGreca, et al, 1996; Norris, 2002; 2005; Osofsky 1997; Osofsky 1999;  Osofsky 2004; Pynoos, et al 1999; Osofsky, et al 2007). Separation of both younger and older children from their primary caregivers contributed to increased number of symptoms being reported (Osofsky, et al 2007; Osofsky and Osofsky 2007).

Cumulative trauma and secondary adversities are of major concern in transitional communities in devastated areas. From our data, half of the children whose homes were destroyed met criteria for mental health referral as compared with 36% of children whose homes were not destroyed. Students whose homes were destroyed reported significantly higher scores on PTSD and depression. These symptoms were also higher among children separated from caregivers during the evacuation and displacement. This is compounded by the limited availability of accessible behavioral and mental health services due to the heavily impacted infrastructure and out-migration of professionals. Further, Metropolitan New Orleans had a high rate of violent crime before Hurricane Katrina with problems further exacerbated by the hurricane, the flooding, and difficulties of recovery. Of great concern for public health is the risk of increased incidence and severity of substance abuse issues for stress-impacted families within heavily devastated areas. Such circumstances can increase the risk for psychological, physical, and sexual abuse as well as family violence.

In schools, there are increases in behavioral problems, fighting, bullying, risk-taking behaviors, alcohol and substance use, and serious mental health problems. Family members continue to live apart or in difficult situations. Higher percentages of income are being spent for rent and other living necessities (Personal communication, Dr. Anthony Speier, Louisiana Spirit, December 2007). Parental stress and family problems, including indications of increases in family violence and divorce, are prominent and contribute to additional problems for children. It is also notable that both students and parents of younger children are asking for help.

Children who have experienced previous trauma or loss are at higher risk for mental health problems than those who have not experienced trauma or loss (Bowlby 1973; Laor, et al. 1997; Osofsky 2004; Osofsky and Osofsky 2007; Pynoos 1993; Pynoos, et al, 1996; Vogel and Venberg 1993). Thirty-seven percent of the children and youth in New Orleans reported previous trauma or loss. (this figure is likely to be an underestimate since many of the children

and families who were still displaced and did not have the resources to return to New Orleans may represent an even higher risk group).

Children's Responses to Disaster and Trauma

Surveys of 8,226 children and adolescents carried out 6 months after 9/11 focused national attention on the impact of trauma exposure on children. Data showed considerably elevated rates of mental health problems, including PTSD, major depression, separation anxiety, agoraphobia, conduct disorder, and alcohol use when compared to nationally established prevalence figures (Hoven, et al. 2003; Schaffer, et al. 1996). The New York Survey data further indicated that nearly two-thirds of children had experienced exposure to trauma prior to 9/11 and that such exposure contributed to current symptoms.  The limited literature on reactions of children after hurricanes and flooding is particularly relevant to understand the aftermath of Hurricanes Katrina and Rita for children. Previous exposure to trauma predicts increased symptoms following a hurricane (Sutker, et al. 2002; Smith and Freedy 2000). Living in shelters and under stress for an extended period of time further predicts increased emotional difficulties  (Gittelman 2003),  higher incidences of posttraumatic stress disorder, major depressive disorder, and symptoms consistent with both disorders are seen following hurricanes and flooding  (North, et al. 2004; Norris, et al. 2004). Common symptoms of anxiety, sadness, numbness, anger, disorientation, grief, and overwhelming loss of control also are evident (Shelby and Tredinnick 1995). This literature, especially related to the impact on children, provides a more complete perspective on factors that contribute to resilience and, alternatively, those that may lead to more mental health symptoms.

Our experience of the past 20 years with exposure of children and adolescents to different types of trauma and, in the past decade, work with the National Child Traumatic Stress

Network has provided much important information about how children and youth respond to disasters and trauma.

First, developmentally-specific responses to disasters and trauma vary for children of different ages. Younger children commonly express new fears, separation anxiety, clinginess, and show regressive behaviors. School age children frequently describe difficulty concentrating or having fun.  Learning and behavioral problems in school are common with aggressive behaviors and withdrawal frequently reported. Adolescents are at particularly high risk as their reactions can include increased risk taking behaviors such as fighting, substance and alcohol abuse, heightened sexual activity, and suicidal thoughts.

Second, children appear more vulnerable if they have experienced previous trauma, loss, or mental health difficulties. Unfortunately in the New Orleans Metropolitan area, many of our children and adolescents have experienced previous trauma.

Third, children with greater proximity to the event and those who experience direct traumatic impact are more likely to demonstrate a greater number of symptoms and distress. In New Orleans, most children were displaced, many were separated from caretakers, and many lost their homes.

Fourth, common worries of children reported include those related to safety and security, loss of friends, adjustment to new schools, missing relatives who used to live nearby, and residence in new communities.

Fifth, if parents or caregivers are also traumatized, which has occurred with so many adults in our community, due to the circumstances of their own lives, depression, other mental disorders, or prior exposure to violence, children and adolescents may experience increased distress and symptoms. Based on both our data and clinical work, parents report higher incidences of marital conflict and divorce, and a desire for services for their children and

themselves.   Parents and teachers further report that because of what they have experienced, at times they do not have the energy or patience for the children and it is difficult to be emotionally available to them. It is crucial that support and services be provided for parents, families, and other adults in children's lives, such as teachers, to build resilience in children.

Resilience and Recovery after Trauma

Despite the difficulties, most children and adolescents cope successfully and demonstrate adaptive skills following traumatic exposure.  Masten describes the "ordinary magic" of resilience (Masten 2001) and Benight and Bandura (2004) refer to such responses as defining "self-efficacy."  Strategies to enhance resilience and positive coping have been described by these and other authors (Norris, et al. 2002; Wadsworth, et al. 2004). LSUHSC Department of Psychiatry has participated in a resilience building program with the St. Bernard Parish Unified Schools including a leadership program and a Leadership Summit which will also be introduced in Orleans and Plaquemines Parish Schools.  In New Orleans, LSUHSC Department of Psychiatry has partnered with the New Orleans Police and Justice Foundation (NOPJF) to support the summer, Cops for Kids Program designed to build character, self esteem and support resilience in children, ages 7-16. This year, LSUSHC is also participating with NOPJF in developing a new program for high risk adolescents called "Be Your Best."

Implications for Children's Mental Health

The National Center for Children in Poverty has summarized major policy concerns for children's mental health that are very relevant in understanding, responding to, and building the needed supports and services in this post-disaster mental health situation in the New Orleans Metropolitan area (Masi and Cooper 2006). Mental health systems are inadequate to meet the needs of children and youth, and most children and youth with mental health problems do not receive needed services. Therefore, it is not unexpected that most children and youth with

mental health problems struggle to succeed. Developmental concerns including social and emotional development and mental health issues contribute to negative outcomes for children of different ages. Children and youth with mental problems are more likely to do poorly at school, be absent, suspended or expelled. Youth in high school with mental health problems are more likely to engage in risk taking behaviors, fail or drop out of school.

The following recommendations are made to address the issues, concerns, and problems described above:

1) improve access to mental health consultation and services with a specific focus on the needs of children to prevent more serious problems as they grow and develop

2) Coordinate services for children across child- serving systems, community centers, and schools and hold child-serving systems accountable

3) Educate school personnel and child-serving agencies on psychological first aid to prepare them to respond most helpfully to children exposed to trauma

4) Educate providers of mental health services and supports about the developmental needs of children

5) Provide training for providers on evidence based, trauma-focused services

6) Implement concrete strategies in schools, preschools, Head Start, and Early Head Start programs to prevent and identify mental health problems and intervene as early as possible

7) Improve access to mental health services in school and community settings to increase use and decrease stigmatization

References for Child and Adolescent Section

Assanangkornchai, Sawitri, Sa-nguansri Tangboonngam, and Guy J Edwards. 2004. The Flooding of Hat Yai: Predictors of Adverse Emotional Responses to a Natural Disaster." *Stress and Health* 20: 81-89.

Benight, Charles C, and Albert Bandura. 2004. Social Cognitive Theory of Posttraumatic Recovery: The Role of Perceived Self-Efficacy. *Behaviour Research and Therapy* 42: 1129-1148.

Bowlby, John. 1973. *Separation: Anxiety & Anger. Vol 2 of Attachment and Loss.* London; New York; Harmondsworth: Hogarth Press; Basic Books; Penguin.

Briere, John, and Diana Elliot. 2000. Prevalence, Characteristics, and Long-Term Sequelae of Natural Diaster Exposure in the General Population. *Journal of Traumatic Stress* 13: 661-679.

Brymer, Melissa, et al. (National Child Traumatic Stress Network and National Center for PTSD), Psychological First Aid: Field Operations Guide, 2nd Edition.  Available on www.nctsn.org and www.ncptsd.va.gov, July 2006.

Calderon-Abbo, Jose. 2008. The Long Road Home: Rebuilding Public Inpatient Psychiatric Services in Post-Katrina New Orleans. *Psychiatric Services* 59: 304-309.

Chemtob, Claude M, Joanne P Nakashima, and Roger S Hamada. 2002. Psychosocial Intervention for Postdisaster Trauma Symptoms in Elementary School Children.  *Archives of Pediatrics and Adolescent Medicine* 156: 221-216.

Cicchetti, Dante, and Sheree L Toth. 1997. *Developmental Perspectives on Trauma: Theory, Research and Intervention.* New York: University of Rochester Press.

DeBellis, Michael D, and Thomas Van Dillen. 2005. Childhood Post-Traumatic Stress Disorder: An Overview." *Child and Adolescent Psychiatry of North America* 14: 745-772.

Fass, Sarah, and Nancy K Cauthen. 2007. *Who Are America's Poor Children?: The Official Story.* Columbia University Mailman School of Public Health: National Center for Children in Poverty.

Fullerton, Carol S and Robert J Ursano. 2005.  "Psychological and Psychopathological Consequences of Disasters." In *Disasters and Mental Health*, ed. Juan Jose Lopez-Ibor, George Christodoulou, Mario Maj, Norman Satorius and Ahmed Okasha, 13-36. New York, NY: John Wiley and Sons Ltd.

Galea, Sandro, et al. 2007. Exposure to Hurricane-Related Stressors and Mental Illness After Hurricane Katrina.  *Archives of General Psychiatry* 64: 1427-1434.  http://archpsyc.ama-assn.org/cgi/content/abstract/64/12/1427 (accessed June 18, 2008)

Gittelman, Martin. 2003.  Disasters and Psychosocial Rehabilitation. *International Journal of Mental Health*, 32: 51-69.

*Giving Voice to the People of New Orleans, The Kaiser Post-Katrina Baseline Survey.* 2007. Henry Kaiser Family Foundation.

Goenjian, Armen K, David Walling, Alan M Steinberg, Ida Karayan, and Louis M, Pynoos, Robert Najarian. 2005. A Prospective Study of Posttraumatic Stress and Depressive Reactions Among Treated and Untreated Adolescents 5 Years After a Catastrophic Disaster. *The American Journal of Psychiatry*, 162: 2302-2308.

Health Care State Rankings 2008: Health Care Across America. Congressional Quarterly. http://www.cqpress.com/product/Health-Care-State-Rankings-2008.html. (Accessed March 2008).

Hoven, Christina W, Cristiane S Duarte, and Donald J Mandell. 2003. Children's Mental Health After Disasters: The Impact of the World Trade Center Attack. *Current Psychiatry Reports*, 5: 101-7.

Kaiser Foundation Post-Katrina Baseline Survey.2007. Giving Voice to the People of New Orleans. www.kff.org/kaiserpolls/upload/7631.pdf. (accessed January 2008)

Kessler, Ronald C, Sandro Galea, Russell T Jones, and Holly A Parker. 2006. Mental Illness and Suicidality After Katrina. *Bulletin of the World Health Organization*, 84: 930-939.

KidsCount. 2005.  *Annie Casey Foundation.* www.aecf.org/kidscountJuly2006 (accessed June 18, 2008).

La Greca, Annette, Wendy Silverman, Eric Vernberg, and Mitchell Prinstein. 1996. Symptoms of Posttraumatic Stress in Children After Hurricane Andrew: A Prospective Study. *Journal of Consulting and Clinical Psychology* 64: 712-723.

Laor, Nathaniel, Leo Wolmer, Linda Mayes, Avner Gershon, Ronit Weizman, and Donald Cohen. 1997. Israeli Preschool Children Under Scuds: A 30-Month Follow-Up. *Journal of the American Academy of Child & Adolescent Psychiatry* 36: 349-356.

Leslie, Laurel K., Michael S. Hurlburt, John Landsverk, Richard Barth, and Donald Slyman.2004. Outpatient mental health services for children in foster care. A national perspective. *Child Abuse and Neglect* 28:697-712

*Louisiana Department of Education.* July 2006. www.doe.state.la.us/lde/index.html.

Masi, Rachel, and Janice L Cooper. 2006. *Children's Mental Health: Factors for Policy Makers.* Columbia University, Mailman School of Public Health: National Center for Children in Poverty.

Masten, Ann S. 2001. Ordinary Magic: Resilience Processes in Development. *American Psychologist* 56: 227-238.

Mills, Carrie, Sharon H Stephan, Elizabeth Moore, Mark D Weist, Brian Daly, and Michele Edward. 2006. The President's New Freedom Commission: Capitalizing On Opportunities to Advance School-Based Health Services. *Clinical Child and Family Psychology Review* 9: 149-161.

National Child Traumatic Stress Network.  2005. Hurricane Assessment and Referral Tool for Children and Adolescents.  [Electronic version]. Retrieved http://www.nctsnet.org/nctsn_assets/pdfs/intervention_manuals/referraltool.pdf (Accessed September 15, 2005)

Norris, Fran H. Range, Magnitude and Duration of the Effects of Disasters on Mental Health: Review Update 2005. March 2005. *Research Education Disaster Mental Health.*

Norris, Fran H, Arthur D Murphy, Charlene, K Baker, and Julia L Perilla. 2004. Postdisaster PTSD Over Four Waves of a Panel Study of Mexico's 1999 Flood.  *Journal of Traumatic Stress* 17: 283-292.

Norris, Fran H, Matthew J Friedman, and Patricia J Watson. 2002. 60,000 Disaster Victims Speak: Part II. Summary and Implications of the Disaster Mental Health Research.  *Psychiatry* 65: 240-260.

Norris, Fran H. 2002. Psychosocial Consequences of Disasters." *PTSD Research Quarterly* 13: 1-8.

North, Carol S, Aya Kawasaki, Edward L Spitznagel, and Barry A Hong.  The Course of PTSD, Major Depression, Substance Abuse, and Somatization After a Natural Disaster. 2004. *The Journal of Nervous and Mental Disease* 192: 823-829.

Osofsky, Joy D. 1997. *Children in a Violent Society.* New York: Guilford.

Osofsky, Joy D. 1999.  The Impact of Violence on Children.  *The Future of Children: Domestic Violence and Children* 9: 33-49.

Osofsky, Joy D. 2004. *Young Children and Trauma: Interventions and Treatment.* New York: Guilford Publishers.

Osofsky, Howard J, and Joy D Osofsky. August 2007. Viewpoint: Two Years After Katrina, Mental Helath Issues Abound. *Association of American Medical Colleges Reporter.* http://www.aamc.org/newsroom/reporter/aug07/viewpoint.htm (accessed June 20, 2008).

Osofsky, Joy D, Howard J Osofsky, and William Harris. 2007. Katrina's Children: Social Policy Considerations for Children in Disasters. *Social Policy Report*, 21: 3-18.

Pane, John F, Tharp-Taylor, Shannah McCaffrey, Gary J Asmus, and Billy R Stokes. 2006. *Student Displacement in Louisiana After the Hurricanes of 2005: Experiences of Public Schools and Their Students.* Pittsburgh: RAND Corporation.
http://www.rand.org/pubs/technical_reports/2006/RAND_TR430.pdf (Accessed June 20, 2008)

Pynoos, Robert S. 1993. Traumatic Stress and Developmental Psychopathology in Children and Adolescents." *American Psychiatric Press Review of Psychiatry* 12: 205-238.

Pynoos, Robert S, Alan M Steinberg, and Armen Goenjian. "Traumatic Stress in Childhood and Adolescence: Recent Developments and Current Controversies." In *Traumatic Stress: The Effects of Overwhelming Experience on the Mind, Body, and Society*, edited by Bessel A van der Kolk, Alexander C McFarlane and Lars L Weisaeth, 331-358. New York: Guilford Publishers, 1996.

Pynoos, Robert S, Alan M Steinberg, and John C Piacentini.1999. A Developmental Psychopathology Model of Childhood Traumatic Stress and Intersection with Anxiety Disorders. *Biological Psychiatry* 46: 1542-1554.

Psychological First  Aid for Schools. 2008. National Child Traumatic Stress Network and National Center for Posttraumatic Stress Disorder, Psychological First Aid for Schools Field Operations Guide.

Schaffer, David, et al. 1996. The NIMH Diagnostic Interview Schedule for Children 2.3 (DISC-2.3): Description, Acceptability, Prevalence Rates and Performance in the MECA Study. *Journal of the American Academy of Child and Adolescent Psychiatry*, 35: 865-77.

Shelby, Janine S, and Michael G Tredinnick. "Crisis Interventions with Survivors of Natural Disaster: Lessons from Hurricane Andrew." *Journal of Counseling and Development* 73 (1995): 491-497.

Smith, Bruce W, and John R Freedy.  2000. Psychosocial Resource Loss as a Mediator of the Effects of Flood Exposure on Psychological Distress and Physical Symptoms. *Journal of Traumatic Stress* 13: 349-357.

Sutker, Patricia B, Sheila A Corrigan, Kirsten Sundgaard-Riise, Madeline Uddo, and Albert N Allain. 2002. Exposure to War Trauma, War-Related PTSD, and Psychological Impact of Subsequent Hurricane. *Journal of Psychopathology and Behavioral Assessment* 24: 25-37.

Voelker, Rebecca. 2006. Post-Katrina Mental Health Needs Prompt Group to Compile Disaster Medicine Guide. *Journal of the American Medical Association*, 295: 259-260.

Vogel, Juliet M, and Eric M Venberg.1993. Part 1: Children's Psychological Responses to Disasters." *Journal of Clinical Child Psychology* 22: 464-484.

Wadsworth, Martha E, et al. 2004. Coping with Terrorism: Age and Gender Differences in Effortful and Involuntary Responses to September 11th." *Applied Developmental Science* 8: 143-157.

## 7. Conclusions

It is both my and the study team's belief that mental health disorders related to the trauma of the flooding of the Ninth Ward and St. Bernard's Parish after Hurricane Katrina can be studied most efficiently using established scientific methods.  Our knowledge about Disaster Mental Health as a field is in large part due to seminal works in Disaster Mental Health by two of my consulting colleagues, Drs. Jonathan R.T. Davidson and Fran H. Norris, as seen in some of their attached articles.  Most psychiatric experts would clearly agree that among the most common mental disorders exacerbated or triggered by a catastrophic disaster of this magnitude in the Ninth Ward and Saint Bernard Parish are Post Traumatic Stress Disorder (PTSD), Major Depression, Substance Use Disorder, and other significant mental disorders like Bipolar Disorder, Generalized Anxiety Disorder, Panic Disorder, and Social Phobia.

These same disorders were indeed what Drs. Townsend, Griffin, Hayes and I identified as currently significantly impacting functioning adversely in 5 of the potential class representatives in our preliminary evaluations. Two of the other 6 potential class representatives, without any current mental health symptoms, endorsed past histories of Major Depressive Disorder that have fully resolved spontaneously at this time. Their episodes of depression have been triggered by

the flooding related aftermath of Hurricane Katrina in their neighborhoods.  Given the largely recurrent nature of Major Depressive Disorders, the two potential class representatives are likely to experience additional episodes of Major Depressive Disorder given their age.  As Major Depressive Disorders can also adversely impact cardiovascular health, mortality, and general medical health, these two individuals would benefit from additional long-term mental health monitoring though they do not currently require treatment.

You may want to reference the slides about medical consequences of for untreated or poorly controlled mental disorders in the basic information section.

## 8. Experts' Concerns and Recommendations:

Our study group believes that a potentially large number of present or former residents of the Lower Ninth Ward or the section of St Bernard parish northwest of Paris Road at the time of Hurricane Katrina can be screened for mental health problems much more efficiently as a class than as individuals in tort actions. Moreover, it is our belief that these class mental health screenings can be conducted in a relatively efficient manner for those still residing in or able to commute to the New Orleans area.

We believe that in the vast majority of cases based on our findings in our pilot evaluation study that potential class representatives who did not have significant emotional damages can be ruled out during the evaluation process. For example, 4 of the 11 potential class representatives were found not to have had significant emotional consequences based on our use of the Sprint E and MINI diagnostic instruments. This was despite the fact that all 4 had been referred by their attorneys who believed that they had emotional damages.

At the same time we found it is possible through screening to identify those at high risk for future relapses even though their past significant anxiety and mood disorder episodes post Hurricane Katrina flooding- related emotional traumas resolved. Former residents who have moved away are going to be more difficult to psychologically assess, but we feel it is possible perhaps by using telemedicine

techniques currently implemented by the Veteran's Administration or a combination of approaches.

We estimate that it will take up to 1.5 to 2 hours to complete most of these proposed initial class psychiatric screening evaluations.  At the conclusion of their screening potential class representatives hopefully will have a very good sense of whether they need or could benefit from formal mental health treatment or possible referral for other medical or community services.  Obviously, some of the more complicated and more severely impaired individuals of the potential class would require far more extensive screening evaluations prior to being referred for intensive treatment.

We, as a study group, believe that the combination of a SPRINT-E rating instrument interview (and/or K6 screening instrument, another alternative instrument) with a shortened structured electronic version of the Mini International Neuropsychiatric Interview (MINI) 6.0, and a medical history/ mental status examination will identify the vast majority of those representatives of the proposed class who clearly need medical and/or psychological treatment or monitoring. Five of the 11 potential representatives that we examined recently clearly met diagnostic criteria for treatable serious mental disorders which noticeably impaired their optimal occupational, social, and/or home functioning while also adversely impacted their quality of life. In some of these cases the representative's medical health had also been adversely impacted by their hurricane aftermath related mental disorders. Medical evaluations and laboratory blood and urine testing have yet to be completed in the pilot study. Thus supplemental material may need to be added at a later date.

The following cases briefly summarize the extent of the mental health impact observed. A more complete description can be found earlier in this section.

 One of the potential class representatives we evaluated developed serious anxiety and mood disorders after post Hurricane Katrina flooding destroyed her home and neighborhood as well as eliminated her job. That potential class member's PTSD and Bipolar Disorder progressed to her having a period of storm-related suicidal and homicidal thoughts and planning a number of months after

the hurricane.  While she is not currently having any suicidal or homicidal thoughts she will need lifelong psychiatric treatment in order to control and prevent episodes of illness. She is currently out of work on psychiatric disability, and only just recently resumed psychiatric care in Texas.

Another potential class member currently shows significant storm-related PTSD and Major Depression in addition to alcohol dependence that developed after his neighborhood flooded and he lost his business.

A third potential class member we evaluated briefly attempted to drown himself during the flooding after his wife drowned. He is still suffering from severe PTSD and Major Depression that has greatly limited his functioning and adversely impacted his medical and emotional health. He currently remains on disability.

Another individual's husband died in their attic following the flooding. She is still significantly burdened by PTSD and Major Depression though the intensity of her symptoms has diminished.

A young mother whom we evaluated is still trying to cope with the drowning death of her own mother. She still shows symptoms of PTSD that impacts her, and thus her family, on a daily basis. She avoids many activities, people, and places that would have formerly given her pleasure. She has been able to return to work in a less intensive setting after having felt unable to work for many months following the flooding of her home the death of her mother.

We are also very concerned that some, and perhaps many, of the individuals burdened by the most severe ongoing mental health disorders will be incapable of effectively advocating for themselves. Some potential class representatives will even be incapable of recognizing that they have significant mental disorders. The inability to advocate for oneself and at times to recognize ones emotional problems, were issues which extended to some of the potential class representatives that Dr. Townsend and I evaluated. Some of them found it difficult, and at times impossible, to pursue appropriate care for their mental problems due to the severity of their disease and/or due to problems accessing care.

There are very significant risks for both individuals and society created by further delays in potential class representatives obtaining needed mental health care. Some of the potential class representatives have already faced possible life threatening consequences from their untreated mental illness.  In some instances there were risks of suicide or even murder/ suicides involving family members secondary to their severe psychological trauma from their neighborhoods being flooded and loss of loved ones.  Additional health risks and threat to life come from the potential of future accidental overdoses or driving-related accidents caused, at least in part, by self-medication with alcohol and drugs of abuse for flooding-related emotional diseases.

We know that the suicide and murder rates have increased dramatically in New Orleans post Hurricane Katrina, as have mortality rates from medical conditions as reported in some studies. At around 54/100,000 person -years New Orleans murder rate was about 4 times the national rate for comparably sized cities before Katrina hit in 2004. Shockingly, in the last two quarters of 2006 the Orleans parish murder rate peaked at about 111/100,000 person-years.  A murder rate of 111/100,000 person-years is about 20 times the United States rate of about 5.3/ 100.000 person years and a comparable sized city rate of about 13/100,000 person-years.  A murder rate of 111/100,000 person-years roughly equaled the total death rate from lung, breast, and colon cancer or the death rate from the combination of myocardial infarctions (heart attacks) and congestive heart failure pre Hurricane Katrina in 2004 as seen in tables 1.b.-d.  A murder rate of about 111/100,000 person-years was unheard of in the United States, as was the 2006 yearly rate of 96.6 seen in table 1.a.

The following tables show death rates in New Orleans Parish including deaths due to homicide, myocardial infarctions and breast, colon or lung cancer. Note the death rate for homicides after the hurricane is about the same as the rate for breast, colon and lung cancer combined. Katherine power

Table 1.a. Homicide rates for New Orleans, LA for 2004-2006 (VanLandingham, 2007)

| Year | Source of Population Estimates | No. of Homicides | Person-Years of Exposure | Homicide Rate per 100 000 Person-Years | Relative to 2004 Level, % | Relative to 2005 Level, % |
|---|---|---|---|---|---|---|
| 2004 | Census | 264 | 462 269 | 57.1 | ... | ... |
| 2005 | US Census/Emergency Operations Center/ Rand Corp | 210 | 321 351 | 65.3 | 114 | ... |
| 2006 | Emergency Operations Center/Louisiana Recovery Authority[a] | 162 | 190 971 | 84.8 | 149 | 130 |
| 2006 | Rand Corp/Louisiana Recovery Authority[b] | 162 | 167 709 | 96.6 | 169 | 148 |

*Note.* The 2 basic scenarios of repopulation during 2006 are (1) a more optimistic one based on early estimates by the Emergency Operations Center and (2) a more conservative one (the best estimate) based on early estimates by Rand Corp. The conservative trajectory inspires confidence because of the close correspondence between Rand Corp's subsequent projection of 198 000 for September 2006 and the Louisiana Recovery Authority's estimate of 200 000 for November 2006. The Emergency Operations Center–based estimate provides a very useful basis for an upper-bound figure for exposure and a reasonable lower-bound figure for the 2006 murder rate.
[a]Optimistic-estimate population trajectory.
[b]Best-estimate population trajectory.

Table 1.b. Homicide rates for New Orleans Parish for 1999-2004

| Year | Count | Population | Crude Rate Per 100,000 | Age Adjusted Rate Per 100,000 |
|---|---|---|---|---|
| 1999 | 145 | 485,511 | 29.9 | 28.4 |
| 2000 | 187 | 484,674 | 38.6 | 36.6 |
| 2001 | 193 | 477,142 | 40.4 | 38.4 |
| 2002 | 240 | 471,440 | 50.9 | 49.2 |
| 2003 | 245 | 465,884 | 52.6 | 51.4 |
| 2004 | 247 | 459,048 | 53.8 | 51.9 |
| **Total** | **1,257** | **2,843,699** | **44.2** | **42.4** |

Table 1.c. Death rates for New Orleans Parish due to acute myocardial infarction and subsequent infarction for 1999-2004

| Year | Count | Population | Crude Rate Per 100,000 | Age Adjusted Rate Per 100,000 |
|---|---|---|---|---|
| 1999 | 289 | 485,511 | 59.5 | 63.5 |
| 2000 | 288 | 484,674 | 59.4 | 63.4 |
| 2001 | 264 | 477,142 | 55.3 | 58 |
| 2002 | 271 | 471,440 | 57.5 | 60 |
| 2003 | 238 | 465,884 | 51.1 | 51.9 |
| 2004 | 220 | 459,048 | 47.9 | 48.5 |
| **Total** | **1,570** | **2,843,699** | **55.2** | **57.6** |

Table 1.d. Death rates for New Orleans Parish due to indicated neoplasms for 1999-2004

| Cause of death | Count | Population | Crude Rate Per 100,000 | Age Adjusted Rate Per 100,000 |
|---|---|---|---|---|
| **C18.9** (Colon, unspecified) | 642 | 2,843,699 | 22.6 | 23.8 |
| **C34.9** (Bronchus or lung, unspecified) | 1,781 | 2,843,699 | 62.6 | 66.4 |
| **C50.9** (Breast, unspecified) | 599 | 2,843,699 | 21.1 | 22 |
| **Total** | **3022** | **2,843,699** | **106.3** | **112.2** |

We suspect that these shocking murder rates reflect in part the major loss of social support and community infrastructure as well as the lack of mental health treatment after Hurricane Katrina continuing to some degree into the last two quarters of 2006 in the New Orleans area. We believe drug and alcohol abuse and dependence from self-medication of flooding-/hurricane- related emotional problems also increased the rates of suicides, assaults, and murders.

Medical mortality from all other causes also increased significantly in the New Orleans area after the hurricane as described in Kevin Stephens, MD, JD et al., found in appendix ??. I think that mortality rates increased in part because of the impact on overall health that PTSD, major depression, bipolar disorder, other anxiety disorders, and substance use disorders have.  Depression, as we showed in a slide in the basic information section, is a known major risk factor for increased mortality due to heart attacks and strokes, much like high cholesterol and smoking are known risk factors. Unfortunately, many of those who developed PTSD, depression, and other psychiatric disorders after the flooding in the Lower Ninth Ward and the Northwest section of St Bernard parish, like others with these disorders, probably began smoking and drinking more, eating the wrong foods, exercising less, and gaining weight. Many potential class representatives probably found they developed diabetes or had greater difficulty controlling their blood sugars because of the above problems and the bidirectional nature of depression and diabetes compounded by disruptions of their basic medical care.

 Like most things in medicine, recognizing and treating serious illnesses earlier in their course is almost always the best approach.  With mental illness we know that each episode of depression, mania, psychosis, and suicidality increases the long-term risks of new episodes of illness, disease severity, and suicidality/death

by suicide. As can be seen in the results of a long-term bipolar disorder study I was involved in a few years ago, considerable savings for society also can occur with continued medical treatment. During the course of our study bipolar patients continuing on mood stabilizer therapy at 3 months had slightly better health outcomes and substantially lower total medical costs than those who discontinued therapy (USD 10,091 versus USD 34,432, respectively over the year period).  Unfortunately, some of the potential class representatives that Dr. Townsend and I evaluated have stopped or not sought mental health treatment partly for financial reasons thus jeopardizing their health and raising the treatment costs for society and themselves in the process.

Having parents, grandparents, or significant others who are themselves impaired by serious mental health disorders greatly increases the risk of future generations of children and adolescents underperforming in school or life and even being incarcerated. The many emotional consequences to the area children and adolescents are described in more detail previously. Resources spent to treat the mental health needs of children and adolescents are far cheaper for society to bear than the costs of caring for impaired adults who may have problems working, raising healthy families, and contributing positively to society. My opinion about emotional disorders in potential child and adolescent class representatives largely reflects the work of my study collaborators Drs. Howard and Joy Osofsky as well as Richard Dalton, MD.

This table was created from our data search of the 2000 US census on factfinder.census.gov. It represents an estimate of the number of children and adults who resided in the Lower Ninth Ward and the section of St. Bernard Parish northwest of Paris Rd. Thus 12256 children and adolescents (0-19 years old) were potentially at risk. We estimate 30,293 adults were at risk.

|                | Total |
|----------------|-------|
| Male:          | 6261  |
| Under 5 years  | 1440  |
| 5 to 9 years   | 1558  |
| 10 to 14 years | 1609  |
| 15 to 17 years | 1046  |
| 18 and 19 years | 608  |
| Female:        | 5995  |

| Under 5 years | 1422 |
|---|---|
| 5 to 9 years | 1488 |
| 10 to 14 years | 1569 |
| 15 to 17 years | 926 |
| 18 and 19 years | 590 |
| | |
| **Total population of children (0 through 19)** | **12256** |
| | |
| **Total population (adults included)** | **42549** |

For all of these potential class representatives there was almost complete destruction of their property and community.  Some lost a loved one or friend, or they had to be rescued or have a family member or friend rescued due to the rapid flooding of their neighborhoods.  All lost personal items, social community support, and often employment due to the flooding in the Ninth Ward and the north-west section of Saint Bernard Parish. Because of all of the above our study group expects very large numbers of people have potential emotional damage claims to assert.  Middle-aged adults with greater life and child rearing responsibilities appear to have a greater risk than most other groups after disasters. In some studies women also appear to be at greater risk of developing depression or PTSD. Other issues to be addressed are where potential class representatives going to go if they or their family need mental health treatment? Transportation problems and the lack of area mental health treatment providers and facilities greatly impair peoples' ability to get needed evaluation and treatment. As a class, needed expansion or creation of evaluation and treatment facilities could be created unlike with individual tort solutions.

Our fear is that PTSD incidence and prevalence rate estimates that have been reported will turn out to be accurate.  My collaborators in this effort, Drs. Howard and Joy Osofsky, led teams that screened literally thousands of children in the Orleans and St Bernard parish school systems, identifying large numbers of children and adolescents who could benefit from treatment following Hurricane Katrina.  Another consultant to our workgroup, Tulane's Richard Dalton, MD and colleagues, wrote an excellent 2008 review article (in the basic information section) about the accuracy of rapid mental health estimates in the Annals of

Psychiatry. Drs. Townsend and Barbee at the LSU Health Science Center helped evaluate and/or treat large numbers of adults with Katrina -related flooding emotional problems.

Tulane University's Dr. Mark Van Landingham and the University of Michigan's Dr. Narayan Sastry pilot study survey's news release included in the basic information section supports our groups' concerns. Their study shows that individuals in New Orleans who lost their homes were five times more likely to have suffered from severe psychological distress a year after the storm than those who didn't lose their home. It supports the view that Dr. Kilpatric's (the potential class representative's property damage expert) estimates of property, housing unit and financial losses in the impacted areas in this case are also relevant with regard to class emotional damages as well. VanLandingham and Sastry also noted that those who were economically and educationally disadvantaged prior to the Hurricane or black were at the greatest risk of developing emotional distress. Data we obtained from a search of factfinder.census. gov supports the observation that many of the potential class representatives  impacted by rapidity and severity of the post hurricane flooding in the Lower Ninth Ward and some in St Bernard parish belonged to the same disadvantaged groups identified by VanLandingham and Sastry.

Insert table of ethnic makeup of impacted groups from factfinder.census

In closing, I along with the rest of our study group, are terribly concerned about any further emotional and medical harm that could come to individuals, their families, and society. Such harm could come from additional legal-related delays in potential class representatives obtaining much needed mental health evaluations and possible referral for treatment. We believe that many of the potential class representatives still currently require mental health treatment for their flooding- related mental health problems. Many of those potential class representatives are still unable to fully recognize their or their families serious flooding- related mental illnesses. Accordingly, a large number of present and former residents of the Lower Ninth Ward and the Northwest section of St Bernard parish may well be unable on their own to effectively seek or recognize

the need to seek legal remedies due to severity and nature of their own mental illness. **We feel using a class approach will probably be more equitable many of the already handicapped potential class representatives with emotional damages, while also being a safer and less stressful alternative for already impacted individuals and their families who had emotional damages from the rapidity and severity of the area flooding. The potential class representatives gave still vivid and heart wrenching descriptions of losing loved ones and property in waters that rose to life threatening levels at times in minutes not hours. They talked of currents so strong that they literally tore the clothes right off people. The palpable and visible terror still apparent to this day in their words, eyes, and faces are quite literally imprinted forever in my memory following our pilot evaluations. It is my expert opinion that the mental health evaluation and treatment needs of this potential class are both pressing and enormous.  Appropriate scientific methods currently exist and potential clinical resources can be identified or developed to screen and when needed to properly treat potential class representatives who are clearly suffered or are still suffering from trauma related mental disorders. Individuals, families, and society will all suffer greatly if there is a failure to act to address these emotional disorders.**

We also suspect that the court system itself could become flooded with a potentially large number of individual plaintiffs from the Lower Ninth Ward and the northwest section of St Bernard Parish who experienced post Hurricane Katrina related emotional damages.

As additional information becomes available we will need to supplement this document with additional references and opinions, and my opinions may need to be revised or expanded.

## 9.  Claimant Pilot Study Evaluation Methods Section:

Crucially, using a clinical interview, medical history, SPRINT-E, and MINI Plus, our mental health screening methods effectively ruled out any hurricane trauma related psychiatric disorders

in four of the 11 representatives. These patients had been referred by their attorneys for evaluation because of presumed trauma related mental health. However it should be noted that we clearly know that we did not evaluate a random sample in our pilot evaluation project, so it is hard to know exactly what the mental health disease rates will be in the larger samples.

 We have elected to be guided for prevalence and incidence rate estimates by the extensive work of our collaborators, Richard Dalton, MD of Tulane University Medical Center and the current Medical Director for Mental Health for the State of Louisiana, and Howard Osofsky, MD, PhD and Joy Osofsky with extensive field and clinical work and studies of New Orleans area children and adolescents post Katrina. We have pasted two of their articles below.

Insert articles

We tried as much when possible to employ the similar methods to examine each claimant.  After informing each individual that they were being evaluated for the court rather than for medical treatment Drs. Townsend and Weisler presented all 11 claimants referred to them with well-validated instruments to screen for the presence of mental illness.  Five individuals met criteria for current psychiatric illness. Drs. Townsend and Weisler then collaboratively administered more focused disease-rating instruments to better characterize these five individuals' trauma history, emotional symptoms, and psychiatric disease severity. Dr. Weisler and Townsend met with each of them and together agreed upon the findings summarized in this report. Further, individuals with current psychiatric illness were referred to psychologists Drs. Griffin and Hayes to determine cognitive functioning, potential malingering and to further validate our diagnostic and disease severity findings.

 To further elaborate upon our methods, each individual completed release forms and short questionnaires about their health and treatment. A general psychiatric interview was conducted and each received 1), the Short Post-Traumatic Disorder Rating Interview-Expanded (SPRINT-E), a widely used and very well-validated screening tool, used in the New Orleans and Baton Rouge region post-Katrina including by the U.S. Centers for Disease Control and Prevention (CDC)  mental health rapid needs assessment study (refs). A score of 3 or more on the SPRINT-E is indicative of the possible presence of psychiatric illness requiring treatment; a score of 7 or more indicates the likely presence of mental illness and the probable need for treatment.

 Each individual also received 2), a semi-structured psychiatric evaluation; and 3), the Mini International Neuropsychiatric Interview-Plus (MINI-Plus), a highly structured interview that determines whether criteria for major, Axis I psychiatric diagnoses have been met.

 The SPRINT-E scores greater than 3 indicate that treatment may be needed; scores of 7 or more indicate a probable need for mental health treatment.

 Claimants who demonstrated the presence of an anxiety, mood, and/or addictive disorder on the above measures were then presented with the following additional rating scales: 1) the National Center for Post-Traumatic Stress Disorder\Clinician-Administered PTSD Scale for DSM-IV (CAPS); 2) the Montgomery-Åsberg Depression Rating Scale (MADRS); 3) the Hamilton Anxiety Scale (Ham-A); 4), the Sheehan Disability Scale (SDS); 5), the Work Productivity and Activity Index (WPAI), 6), the Trauma History Screen, and 7) in one case a Young Mania Rating Scale. Additionally, our consulting psychologists performed further testing, described separately.

A written description of the SPRINT-E by Fran Norris, PhD and approved by Jonathan Davidson, MD who both are developers of the scale collaborators in our Katrina evaluation group is pasted below as is a copy of their scale.

**The Sprint-E:**

An expanded 12-item version of the 8-item Short Post-Traumatic Stress Disorder Rating Interview (SPRINT), the "Sprint-E" was created as a measure of postdisaster distress and treatment need. "Postdisaster distress" refers to range of cognitive, behavioral, and emotional reactions to disaster, including symptoms of PTSD, depression, stress vulnerability, and functional difficulties. Postdisaster distress is not a psychiatric diagnosis. Within certain limits, distress is perfectly natural and normal and can be expected to improve on its own. Sometimes, however, this distress becomes severe and/or prolonged enough to interfere with quality of life.

   The Sprint-E has several important attributes for psychological screening purposes. First, (like the original SPRINT), the first four questions explicitly assess core symptoms of PTSD (intrusion, avoidance, numbing, and arousal) as they relate to a target event. PTSD is the most prevalent mental health problem after disasters. Both the original SPRINT and the Sprint-E have shown strong concurrent validity with other measures of PTSD, such as the Davidson Trauma Scale and the PTSD Checklist.
   However, the Sprint-E is not solely a measure of PTSD. Despite its primacy, PTSD does not capture the full range of postdisaster psychological problems. The Sprint-E augments the assessment of PTSD in three complementary ways. First, it assesses other important stress reactions, such as depression, health behavior concerns, and suicidality. Second, it gives considerable attention to functional impairment, reflected in questions about stress tolerance, role functioning, and social functioning. Dysfunction is often thought of as the bridge between symptoms and treatment need, and this may be especially relevant in the case of disasters where some distress is normative. Third, the Sprint-E has two items that assess perceived need for help.
   The Sprint-E is scored as the number of "intense" reactions when used as an assessment and referral tool in the field. An intense reaction is defined as a score of 4 (*quite a bit*) or 5 (*very much*) on a 5-point scale. (The measure can be scored as a continuous scale, with full range of 11 to 55, in other contexts.) This focus yields both conceptual and practical advantages. As for the former, the focus on intense reactions, as opposed to reactions of moderate strength, addresses the concern that moderate levels of distress are expected after disasters and may resolve on their own or with less intensive interventions, such as crisis counseling. As for the latter, the focus on intense reactions makes the measure simple to score.
   Many of the attributes of the Sprint-E (brevity, simplicity of administration, focus on intense reactions, emphasis on function and subjective need) emerged because it was developed collaboratively between researchers and leaders of *Project Liberty*, New York's crisis counseling program related to the

September 11th terrorist attacks. In a study of 800 adults in crisis counseling two years after 9/11, the Sprint-E was found to be equally reliable ($\alpha$ = .93) across ethnic groups in the sample. A criterion of 3 intense reactions was set as the initial guideline for referral to treatment in New York. Referral acceptance increased linearly with the number of intense reactions until it peaked and stabilized at 7 intense reactions (85% acceptance). This result led to a working "3/7 rule" for the Sprint-E, with 3 suggesting possible and 7 probable treatment need (see, for example, the New Orleans needs assessment of CDC). The validity of the "3-7" rule was supported in a sample of help-seeking adults in Florida after the 2004 hurricanes. Tested against the PTSD Checklist, the Sprint-E performed well in ROC analyses (area under the curve = .87); a score of 7 achieved sensitivity of 78% and specificity of 79%.

 The Sprint-E was recently used in a treatment program for Katrina survivors sponsored by the Baton Rouge Area Foundation, in collaboration with the Baton Rouge Crisis Intervention Center and the National Center for PTSD. The Sprint-E was administered at the point of referral and at four subsequent time-points. Participants' scores decreased greatly during the course of treatment, and improvements were maintained at 4-month follow-up.

References

Centers for Disease Control. Assessment of health-related needs after Hurricanes Katrina and Rita – Orleans and Jefferson Parishes, New Orleans Area, Louisiana, October 17-22, 2005. *MMWR*. 2006; 55: 38-41.

Connor K, Davidson J. SPRINT: A brief global assessment of post-traumatic stress disorder. *Int Clin Psychopharmacol*. 2001; 16: 279-284.

Norris F, Donahue S, Felton C, Watson P, Hamblen J, Marshall R. A psychometric analysis of Project Liberty's Adult Enhanced Services Referral Tool. *Psychiatric Serv*. 2006; 57: 1328-1334.

Norris F, Friedman M, Watson P, Byrne C, Diaz E, Kaniasty K. 60,000 disaster victims speak: part I, an empirical review of the empirical literature, 1981 – 2001. *Psychiatry*. 2002; 65: 207-239.

Norris F, Hamblen J, Brown L, Schinka J. Validation of the Short Post-Traumatic Stress Disorder Rating Interview (Expanded Version, Sprint-E) as a measure of postdisaster distress and treatment need. *Am J Disaster Med*. 2008; In press.

Pincus H, Zarin D, First M. Clinical significance and DSM-IV. *Arch Gen Psychiatry*. 1998; 55: 1145-1146.

**Short Post-Traumatic Stress Disorder Rating Interview - Expanded (SPRINT-E)[a]**

**NOTE:  INTERVIEWER INSTRUCTIONS ARE IN CAPS AND ARE NOT READ TO THE CLIENT.**

These questions are about the reactions you have experienced *in the past month.* By *reactions,* I mean feelings, emotions, or thoughts about what happened during the event or since.

**READ RESPONSE OPTIONS FOR EACH QUESTION UNLESS IT IS CLEAR YOU DON'T NEED TO:**
**(1) Not at all     (2) A little bit     (3) Moderately     (4) Quite a bit     (5) Very Much**

**CIRCLE THE NUMBER THAT CORRESPONDS TO THE RESPONDENT'S ANSWER.**

| QUESTION TO BE READ | RESPONDENT'S ANSWER | | | | |
|---|---|---|---|---|---|
| S1. How much have you been bothered by unwanted memories, nightmares, or reminders of what happened? | 1 | 2 | 3 | 4 | 5 |
| S2. How much effort have you made to avoid thinking or talking about what happened or doing things that remind you of what happened? | 1 | 2 | 3 | 4 | 5 |
| S3. To what extent have you lost enjoyment in things, kept your distance from people, or found it difficult to experience feelings because of what happened? | 1 | 2 | 3 | 4 | 5 |
| S4. How much have you been bothered by poor sleep, poor concentration, jumpiness, irritability or feeling watchful around you because of what happened? | 1 | 2 | 3 | 4 | 5 |
| S5. How down or depressed have you been because of what happened? | 1 | 2 | 3 | 4 | 5 |
| S6. Has your ability to handle other stressful events or situations been harmed? | 1 | 2 | 3 | 4 | 5 |
| S7. Have your reactions interfered with how well you take care of your physical health? For example, are you eating poorly, not getting enough rest, smoking more, or finding that you have increased your use of alcohol or other substances? | 1 | 2 | 3 | 4 | 5 |
| S8. How distressed or bothered are you about your reactions? | 1 | 2 | 3 | 4 | 5 |
| S9. How much have your reactions interfered with your ability to work or carry out your daily activities, such as housework or schoolwork? | 1 | 2 | 3 | 4 | 5 |
| S10. How much have your reactions affected your relationships with your family or friends or interfered with your social, recreational, or community activities? | 1 | 2 | 3 | 4 | 5 |
| S11. How concerned have you been about your ability to overcome problems you may face without further assistance? | 1 | 2 | 3 | 4 | 5 |
| **NUMBER OF ANSWERS CIRCLED IN LAST COLUMN (THIS IS RESPONDENT'S SCORE). WRITE NUMBER IN THE BOX TO THE RIGHT.** | | | | | |
| S12.  I also need to ask: Is there any possibility that you might hurt or kill yourself? IF YES, REFER FOR IMMEDIATE PSYCHIATRIC INTERVENTION. IF NO, CONTINUE ON BACK OF THIS FORM. | 0            1<br><br>NO         YES | | | | |

[a] Connor, K., & Davidson, J. (2001). SPRINT: A brief global assessment of post-traumatic stress disorder. *International Clinical Psychopharmacology, 16,* 279-284.

Norris, F., Donahue, S., Felton, C., Watson, P., Hamblen, J., & Marshall, R. (2006). A psychometric analysis of Project Liberty's Adult Enhanced Services Referral Tool. *Psychiatric Services, 57, 1328-1334.*

*Copyright Fran H. Norris, PhD, and Jonathan Davidson, MD, 2006*

Another study group collaborator is David Sheehan, MD who led the development of the Mini International Neuropsychiatric Interview (MINI) PLUS 5.00 instrument used in our evaluations to date and the shorter electronic version of the MINI 6.0 which we envision using should additional mental health screenings occur. The MINI PLUS is pasted below along with validation information.

For the sake of space we left out the rest of the methods section which includes copies of the scales and validation information.