Affadavit of Richard H. Weisler, MD, DFAPA re: Hurricane Katrina Litigation: Mental Health
Consequences of Flooding in the Lower Ninth Ward and St Bernard Parish area in the class   6-
29-08 v1

BEFORE ME the undersigned authority personally came and appeared:

RICHARD H. WEISLER, MD, DFAPA

Who after being duly sworn by me. Did depose and say that:

> I am Richard H. Weisler, MD. I completed medical school in 1976 at the University of
> North Carolina at Chapel Hill. I also completed completed my medical internship
> experience and psychiatry residency at the University of North Carolina at Chapel Hill. I
> am Board Certified in Psychiatry. I currently practice psychiatry in Raleigh, North
> Carolina. I am an Adjunct Professor of Psychiatry at the University of North Carolina at
> Chapel Hill and and Adjunct Associate Professor of Psychiatry at Duke University
> Medical Center. I have practiced Psychiatry for 31 years and have been recognized as a
> Distinquised Fellow of the American Psychiatric Association (DFAPA). I have acquired
> expertise in diagnosing, treating, and/or conducting research on individuals and families
> who have suffered mood and anxiety disorder as well as other psychiatric disorders after
> traumatic events. I have published articles in the area of Disaster Mental Health, Post
> Traumatic Stress Disorders (PTSD), depression, bipolar disorder, general anxiety
> disorder, social phobia, suicide, dementia, Attention Deficit Disorders, genetics, and
> pharmaco-economics. I am considered by my peers as an authority in many of these
> areas. My curriculum vitae can be found in Attachment 1, a description of my disaster
> related work experiences and some of my writings is found in Attachment 2, and a list of
> the two cases where I have been deposed in the last 4 years can be found in Attachment
> 3.

A. The plaintiff's attorneys asked me to examine: Does the class action device provide
   advantages or disadvantages in addressing any past, current, or ongoing physical or
   emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans
   and the part of St. Bernard Parish within the Class Area?

It is my opinion that the individuals and families from the Lower Ninth Ward and Northwest
section of St. Bernard Parish (class area) will experience further emotional and medical harm as
a result of the aftereffects of Hurricane Katrina if left untreated. That is also the consensus
opinion of the other mental health professionals working with me in the mental health pilot
evaluations or helping to write the child and adolescent mental health section as listed in section
D. Such additional emotional and physical harm could come from delays in potentially
thousands of class representatives obtaining much needed mental health evaluations and possible

> **Comment [JH1]:** Don't use words like terribly.
> You seem too biased in my opinion.

1

referral for effective treatment if each in a non-class approach had to proceed individually through the legal system or if there continues to be a lack of adequate financial and treatment resources for their mental health care. Our pilot evaluations described in heading C indicated that 5 of the 11 potential class representatives still currently require mental health treatment for their serious flooding- related mental health problems. Many of those potential class representatives are still unable to fully recognize or accept their or their families' clinically significant flooding- related mental illnesses. Accordingly, a large number of present and former residents of the Lower Ninth Ward and the Northwest section of St Bernard parish may well be unable to independently seek or even recognize the need to seek legal remedies due to the severity and nature of their own mental illness. For this reason as well, it is my opinion that using a class approach will probably also be more equitable as many potential class representatives are already disadvantaged because of their flooding trauma related mental health disorders. These mental disorders may in some cases compromise cognitive functioning and their judgment.

Using a class approach to evaluate and resolve these issues is also most likely to be a far safer and less stressful alternative for these already struggling individuals and families whose emotional damages developed or were exacerbated by the severity and in some cases the rapidity of the area flooding. The potential class representatives during our evaluations provided vivid descriptions of losing loved ones, friends, property, and personal memorabilia in flood waters that rose to life threatening levels at times in minutes not hours. The potential class representatives talked of currents so strong that at times their clothes were ripped right off their bodies down to their underwear. Their palpable terror was still apparent in their words, eyes, and faces in some during our pilot evaluations, though at times they and other potential class representatives appeared to be still numbed by their traumatic experiences.

A class approach would also make it easier to identify or search for former class area residents who evacuated or moved away after Hurricane Katrina as much of the class area in still uninhabitable because of damage to or the destruction of housing. Tulane University's VanLandingham and Michigan University's Sastry recent pilot survey study support my opinion that the commonality of loss of housing being a critical factor as residents were five times more likely to have suffered from severe psychological distress a year after the storm when they lost housing. The housing loss can be expected to have adversely impacted mental health in the class making the expert opinion of Dr. Kilpatrick probably relevant for mental health problems as well.

Using a class approach may disadvantage some individuals with very severe emotional trauma from the area flooding unless steps are taken to factor in their increased treatment related needs in the assessment. It is my opinion that such factors can be incorporated into the evaluations. Additionally, if necessary more detailed treatment assessments of potential class representatives can be relied on if they require referral for more intensive treatment.

2

---

**Comment [JH2]:** Are the attorneys suggesting that you say this? You could be hit on this in a deposition about your knowledge of the legal system. If you're comfortable, leave it in.

**Comment [JH3]:** Very nice.

**Comment [JH4]:** Are you sure you want to say this? Maybe just flooding.

**Comment [JH5]:** Too biased. Wayyyyy too biased.

**Comment [JH6]:** This is not prose. This is an unbiased document where you say what you found.

It is also possible that some individuals may try to take advantage of the use of a class approach even though they or their families were not personally mentally impacted by the flooding that followed Hurricane Katrina. In such cases there is often a disincentive if mental health treatment is one of the conditions of the awards. Psychological testing can also be used to assess when people are malingering. In our pilot study 4 of the 11 individuals referred by their attorneys failed to meet criteria during evaluations to support a diagnosis of flooding trauma related mental health problems. Additionally, 3 of the 5 potential class representatives who have completed psychological evaluations showed no evidence during their testing that they were malingering.

```
    B. Have independent studies been made of any patterns of physical or
       mental health problems caused by Katrina?  What did they say?
```

```
Along with Drs. Mark Townsend and James Barbee I wrote a commentary article
in the Journal of the American Medical Association that was published on
8/2/06. The title of the article was "Mental Health and Recovery in the Gulf
Coast after Hurricanes Katrina and Rita". In that article which is included
in entirety in Attachment 2, we reviewed some of the independent studies
which had been conducted at that time related to the above question.
```

```
For Physical Health in the JAMA article we wrote that "As of July 2006, more than 1800
deaths were reported, including 1577 in Louisiana, and 231 in Mississippi." from hurricane related reasons. We also
noted, "Although obtaining reliable data has been difficult, the mortality rate appears to have increased, due to
suicide and other medical causes as suggested by a 25% increase in the number of death notices published in the
```
*Times-Picayune* for January 2006 vs January 2005.[9] The Deputy Coroner of New Orleans recently reported a near 3-fold increase in the suicide rate in Orleans Parish, from 9 to 26 per 100 000, in the first 4 months after Katrina."[10]
Stephen's et al also more recently reported on the findings insert

**For Mental Health Problems we wrote in that JAMA article,** "After the initial crisis, the health care focus appropriately shifted from emergency response to caring for individuals developing or living with more chronic illness. Residents, rescuers, and health care workers were expected to develop high rates of mental health disorders, including posttraumatic stress disorder (PTSD), depression, anxiety, and substance abuse. About 7 weeks after the hurricane, between October 17 and October 22, 2005, the Centers for Disease Control and Prevention (CDC) conducted a rapid-needs-assessment survey of returning New Orleans area residents for the Louisiana Office of Mental Health.[4] Interviewers randomly selected households from 24 census blocks in Orleans Parish and 21 in Jefferson Parish, contacted 224 adult representatives (1 per household), and successfully interviewed 166 (74%), using Short Post-Traumatic Disorder Rating Interview-Expanded (SPRINT-E), a self-reported, post disaster assessment that screens for symptoms of PTSD, depression, and impaired functioning to assess the need for mental health services. Of the survey respondents, 56% reported having a chronically ill member in their household, 23% reported problems obtaining medical care, and 9% reported difficulty obtaining prescription medications. Only 35% reported being employed at the time of the survey compared with 73% who reported employment before the disaster. Fifty percent of survey respondents' answers indicated possible need for mental health assistance, and 33% had probable need for mental health needs assistance. Moreover, nearly 26% of respondents indicated that at least 1 household member needed mental health counseling, yet only 1.6% of those residents who were reportedly in need were receiving counseling." Seven to 13 weeks after the hurricane, the CDC conducted an assessment of members of the New Orleans Police Department and New Orleans Fire Department using the Center for Epidemiologic

3

Studies Depression Scale and the Veterans Administration checklist to identify symptoms of PTSD.[8] A total of 912 police officers completed the questionnaire, resulting in an estimated overall participation rate of 65% to 76% based on an estimated 1200 to 1400 police officers on duty at the time of the interviews. Of the participating police officers, 170 (19%) reported PTSD symptoms and 227 (26%) of the 888 who responded to such questions reported major depressive symptoms.[8] Fire department officials reported that of the 683 firefighters on its most recent (prehurricane) roster, 525 (77%) completed the same questionnaire. Of those, 114 (22%) reported symptoms consistent with PTSD, and 133 (27%) of the 494 who responded to such questions reported major depressive symptoms.[8~]

Tulane University's Dr. Mark Van Landingham and the University of Michigan's Dr. Narayan Sastry pilot study survey's June 2008 report included in ==attachment _== also supports our groups' concerns. Their study shows that individuals in New Orleans who lost their homes were five times more likely to have suffered from severe psychological distress a year after the storm than those who didn't lose their home. VanLandingham and Sastry also noted that those who were economically and educationally disadvantaged prior to the Hurricane or black were at the greatest risk of developing emotional distress.  Data we obtained from a search of factfinder.census. gov supports the observation that many of the potential class representatives  impacted by rapidity and severity of the post hurricane flooding in the Lower Ninth Ward and some in St Bernard parish belonged to the same disadvantaged groups identified as being at risk by VanLandingham and Sastry.

==Insert table of ethnic makeup of impacted groups from factfinder.census==

Add additional adult studies from Dalton, et al, in his article.

Child and Adolscent Mental Health Studies
A number of large scale survey and studies in the New Orleans area since Hurricane Katrina have been conducted by researchers from Louisiana State University Health Science Center, Tulane University, Columbia University for children and adolescents. These findings are revealed in much more detail in the formal child and adolescent section that can be found in ==section ---.== In general, those studies found that very large numbers of children, adolescents, and their caregivers in the New Orleans area developed or had exacerbations of emotional problems that in many cases have persisted following Hurricane Katrina.

C.     To answer these questions I felt it necessary to include as **collaborators**:

4

1.  Mark Harold Townsend, MD is the Vice-Chair for General Psychiatry at Louisiana State University Health Sciences Center. Dr. Townsend is a practicing psychiatrist, a teacher, and medical researcher in New Orleans and his CV can be found in Attachment 4. Dr. Townsend was involved in almost all aspects of the design and implementation of the pilot class representative evaluations and review of their medical histories. He also was involved in the formulation of possible future evaluation and treatment needs based on his and the Universities practice experiences, the medical literature, our pilot study evaluations, and his extensive knowledge of past, current, and planned future local mental health treatment resources in New Orleans and St Bernard Parish.

2.  Howard J. Osofsky, MD, PhD is the Chair of the Department of Psychiatry at Louisiana State University Health Science Center in New Orleans and an expert in the area of Child and Adolescent Psychiatry. Dr. Howard Osofsky assisted in the assessment of estimated diagnostic and treatment needs of children and adolescents in the class area. He was given "Tribute to Katrina Heroes" by New Orleans City Council for outstanding work helping children and families. His full CV can be found in Attachment 5.

3.  Joy D. Osofsky, PhD. is also a Professor of Pediatrics and Psychiatry at Louisiana State University Health Science Center and her CV can be found in Attachment 6. Like her husband Howard Osofsky, Joy Osofsky is a recognized authority on Disaster Mental Health for children and adolescents. Together the Osofsky's have led a team of professionals that has already conducted mental health screenings on over 10,000 New Orleans area children since Hurricane Katrina hit. The Osofsky's have also worked very closely with the School Systems of Orleans and St Bernard Parish screening many children and adolescents from the Lower Ninth Ward and the St Bernard Parish class area. Dr. Joy Osofsky assisted in the analysis of child and adolescent diagnostic and treatment needs for the impacted class area.Her extensive local knowledge and community service is evident by her being recognized by:
    November, 2007 - Awarded the Sarah Haley Award for Clinical Excellence in work with trauma by the International Society for Traumatic Stress Studies.
    November 2007 - Proclamation from the St. Bernard School Board for outstanding and continuing service.
    Award from Family Services of New Orleans for Outstanding Service, October 2007.
    August 29, 2006, honored with a Proclamation from the New Orleans City Council recognizing her work helping children and families in the aftermath of Hurricane Katrina.

4.  Jill S. Hayes, PhD is a Louisiana psychologist who is an Adjunct Associate Professor of Psychiatry at Louisiana State University Department of Psychiatry. She also completed a fellowship in forensic psychology and is considered an expert in that area. Her CV can be found in attachment 7. Dr. Hayes assisted us in the design and implementation of psychological evaluations for potential class representatives in the pilot study. In addition, she assisted in editing, writing, and organizing this report.

5

5.                                              Philip
T. Griffin, PhD, ABPP (CI) is a Professor of Clinical Psychiatry at Louisiana State
University Health Sciences Center and Chief, Section of Psychology Department of
Psychiatry Louisiana State University Health Sciences Center.  Dr. Griffin is also
Emeritus Professor of Clinical Psychology in the Department of Psychiatry and
Neurology Tulane University School of Medicine. Dr. Griffin assisted in the
psychological testing of potential class representatives in the pilot study. His CV can
be found in attachment 8.

Other experts who served as **consultants** for us include:

6.  Richard Dalton, MD, a Tulane University professor of Psychiatry, and the
new Louisiana State Medical Director of the Louisiana Department of
Mental Health.  Dr. Dalton helped write and provide material on child
and adolescent mental health concerns and prevalence estimates after
Hurricane Katrina for the group.

7. Jonathan Davidson, MD, is a Professor of Psychiatry at Duke University
Medical Center and the developer of the Davidson Trauma Scale, the
SPRINT, and co-Developer of the Short Post-Traumatic Disorder Rating
Interview-Expanded (SPRINT-E) screening instrument with Fran Norris, PhD.

8.  David Sheehan, MD, an internationally renowned psychiatrist, created the Mini
International Neuropsychiatric Interview (MINI) PLUS and the MINI 6.0 as well as the
Sheehan Disability Scale. He advised as to the use of these scales in this pilot study
and in possible future class representative mental health large scale screening
evaluations and studies.

9. Allan Chrisman, MD from Duke University Medical Center expert in child
and adolescent Psychiatry.

10. Fran Norris, PhD is a professor from the National Center for
PTSD/Dartmouth University also consulted with us on mental health
screening issues. Dr. Norris also provided a section about the (SPRINT-E)
and its use in screening post-disaster populations.

11. Jessica Hamblen, PhD. at the National Center for PTSD/ Dartmouth University also
provided us information about a cognitive therapy program that she and Dr. Norris
consulted on in the Baton Rouge area for evacuees from New Orleans or other parts
of Louisiana who developed psychiatric problems.

6

12. Narayan Sastry, PhD at University of Michigan/Rand Corporation and expert in population studies. He provided us with additional information regarding the impact of property damage, educational levels, and ethnic background from work that he and VanLandingham did in New Orleans after the hurricane.

D. Have you performed any studies that would, at least at this stage, either tend to reject or corroborate or confirm these independent studies? What did you do, in general?

### Psychiatric Signs and Symptoms Identified During Pilot

### Evaluation Screening of Potential Class Representatives

Drs. Townsend and Weisler examined 11 of the class members, referred by their attorneys with the understanding that they would have a mix of traumatic exposures based on whether they had evacuated before Hurricane Katrina or remained behind or did or did not lose loved ones, physical property, and or jobs.  In order to screen for the presence of mental illness, each claimant was examined using similar methodology as much as possible. Drs. Townsend and Weisler then collaboratively administered more focused well-validated disease-rating instruments to better characterize these five individuals' trauma history, symptoms, and disease severity. Dr. Weisler and Townsend met with each of the 11 referred potential class representatives and achieved consensus about their diagnostic findings. Further, individuals with current mental illness were referred for psychological testing to determine cognitive functioning, to determine potential malingering/response bias and to further validate our diagnostic and disease severity findings.

F. What instruments or rating scales were used?

To elaborate upon the methods utilized, each individual completed release forms and short questionnaires about their health and treatment. Subsequently, they each received the following diagnostic or rating instruments found in attachment Methods appendices-- 1), the Short Post-Traumatic Disorder Rating Interview-Expanded (SPRINT-E), a widely used and well-validated screening tool, used in the New Orleans region post-Katrina by the U.S. Centers for Disease Control and Prevention (CDC) in their rapid mental health needs assessment report study . A score of 3 or more on the SPRINT-E is indicative of the possible presence of psychiatric illness requiring treatment; a score of 7 or more indicates the likely presence of illness.

7

Each individual also received 2), a semi-structured psychiatric evaluation; and 3), the Mini International Neuropsychiatric Interview-Plus (MINI-Plus), a highly structured interview that determines whether criteria for major, Axis I psychiatric diagnoses have been met.

Potential class representatives who demonstrated the presence of an anxiety, mood, and/or addictive disorder on the above measures were then presented with the following additional rating scales: 1) the National Center for Post-Traumatic Stress Disorder/Clinician-Administered PTSD Scale for DSM-IV (CAPS DX); 2) the Montgomery-Åsberg Depression Rating Scale (MADRS); 3) the Hamilton Anxiety Scale (Ham-A); 4), the Sheehan Disability Scale (SDS); 5), the Work Productivity and Activity Index (WPAI), 6), the Trauma History Screen, and, in one instance, a Young Mania Rating Scale (YMRS). Additionally, our consulting psychologists Drs. Philip Griffin and Jill Hayes performed further psychological testing batteries that will be described separately in reports.

G. What are your broad conclusions as to the studies you performed?

Our study group believes that a potentially large number of present or former residents of the Lower Ninth Ward or the section of St Bernard parish northwest of Paris Road at the time of Hurricane Katrina can be screened for mental health problems much more efficiently as a class than as individuals in tort actions. Moreover, it is our belief that these class mental health screenings of all ages (descriptions of child and adolescent screening approaches are in section ) can be conducted in a relatively efficient manner for those still residing in or able to commute to the New Orleans area.

We believe that in the vast majority of cases based on our findings in our pilot evaluation study that potential class representatives who did not have significant emotional damages can be ruled out during the evaluation process. For example, 4 of the 11 potential class representatives were found not to have had significant emotional consequences based on our use of the Sprint E and MINI diagnostic instruments. This was despite the fact that all 4 had been referred by their attorneys who believed that they had exposures to traumas in many ways similar to other potential class representatives who experienced emotional damages.

**Comment [JH7]:** Nicely done.

At the same time we found it is possible through our screening methods to identify those at high risk for future relapses even though their past significant anxiety and mood disorder episodes post Hurricane Katrina flooding- related emotional traumas had resolved by the time of our evaluations.

8

    H. Is there evidence of past physical or emotional distress arising
from the flooding of the Lower Ninth Ward of New Orleans and the part of St.
Bernard Parish within the Class Area?

**Preliminary Findings**

Seven of the 11 individuals referred by their attorneys demonstrated psychiatric signs and symptoms that are consistent with those reported with greater frequency by other survivors of traumatic events.  While the individuals we examined were clearly not a random sample of those living in the area prior to the levee breaches, which we will refer to as "the flooding" or the "flood," their symptoms nevertheless reflect previous published reports.  Four of the claimants reported no symptoms of psychiatric illness since the flooding, although they experienced life events similar to those subsequently psychiatrically ill.  This quality of resistance to mood or anxiety disorders after major trauma has been described as "resiliency," and may be due to a combination of favorable genetic traits and positive social support.

> Comment [JH8]: Given that you say this here, do you also need it in the above section?

According to the methods described above, five individuals met criteria for current psychiatric illness. Two other potential class representatives had psychiatric illnesses that developed shortly after levee breaches, which have subsequently remitted. Four of the potential class representatives were found not to have any psychiatric disorders  with the exception of one with a distant past history of substance dependence.

> Comment [JH9]: So four people didn't have anything?  If this is the case, then you need to say it. Isn't this consistent with national estimates of PTSD occurring post disaster?

In order to more efficiently present our preliminary findings, we grouped the claimants into 3 categories, using Ghodse and Galea's convention (Appendix XXX) when working with Asian Tsunami survivors.  Category 3 consists of five claimants who presently fulfill full diagnostic criteria for anxiety, mood, or addictive disorders.  They are of 1), a 31-year-old African-American man; 2), a 55-year-old African-American man; 3), a 38-year-old African-American woman; 4) an 80-year-old African-American woman; and 5), a 37-year-old white woman.  Claimants 1, 3 and 5 evacuated their neighborhoods and New Orleans prior to the flooding, yet have equivalent symptoms to claimants 2 and 4, who did not evacuate and personally witnessed or had to cope with the deaths of family members.

Category 2 consists of two claimants who developed psychiatric illnesses that have subsequently remitted: 6), a 66-year-old woman, a naturalized US citizen born in Mexico and 7), a 70-year-old white man.  Each fulfilled diagnostic criteria for major depressive disorder for several weeks in late 2005, but are now in good psychiatric health.  Claimant 6, however, has developed significant cardiovascular illness since Hurricane Katrina. She reported she has had

two myocardial infarctions.  Subsequent to her interview on May 24, Dr. Townsend examined her medical records, which are consistent with her reports of myocardial infarctions.

Category 1 includes the remaining four, who experienced no psychiatric illness since the flooding: 8), an 80-year-old African-American woman; 9), a 38-year-old caucasian man; 10), a 53-year-old white man; and 11), a 41-year-old African-American man.  Individuals in this resilient group, nevertheless, share important characteristics with those in Groups One and Two. For example, claimants 4 and 8 are both African-American women who had experienced numerous losses, including the violent and/or unexpected deaths of loved ones prior to the flooding, yet only claimant 4 developed symptoms.  Claimants 5 and 9 are a married couple who evacuated together prior to the flooding with only claimant 5 developing psychiatric illnesses after the flooding.

Comment [JH10]: Do you want to use Caucasian rather than white?

The SPRINT-E had great predictive value regarding the presence of current psychiatric illness. Each member of Group One had a SPRINT-E score of 3 or greater, which corresponds to published data associating the possible need for treatment for such individuals.  Each of the remaining claimants, including those in Category 2, had a score of zero.

The current psychiatric illnesses within Category 3 potential class representatives are consistent with published literature regarding trauma survivors found in appendix _.  Each has anxiety that negatively affects their current functioning at work or in personal relationships, but each also has current symptoms of mood disorders.  Potential class representative 1 also reports excessive alcohol use, which frequently co-occurs with anxiety and depression among individuals who have experienced traumatic events.  This group contained the only potential class representatives who witnessed the deaths of family members in the flooding, 2 and 4, however, also contains potential class representative 5, who was present with her husband when he was speaking with her father by phone as the flooding occurred. She subsequently learned that her mother drowned shortly after their conversation.

**Summary Data from Individual Claimants**

We will present abridged summaries of Drs. Townsend and Weisler's findings from their interviews with each of the five potential class representatives with Category 3 presentations. We relied on the article by Weathers, Keane and Davidson, included in appendix ??, to help estimate PTSD symptomatology severity for the CAPS.DX  Psychological evaluations for some of

Comment [JH11]: You're blending the methodology and the findings a good bit in the document.  To the extent possible, I would separate these out.

10

these potential class representatives and further psychiatric and medical testing are in progress at the time of this report.  Additional material will be provided as a later supplement.

1.  Potential class representative 1 was evaluated by Drs. Townsend and Weisler at the LSU Behavioral Sciences Center in New Orleans on Saturday May 24 between about 1 and 5 PM. He is a 38-year-old African-American man who lost his business during the flooding, but evacuated with his fiancé and their children prior to the storm. His mother and brother remained behind in their flooded house. He is now living in rural Livingston Parish, Louisiana, with this family. At our examination, the SPRINT-E and the MINI-Plus were administered as outlined above.  His SPRINT-E score was 10, predicting a likely need for PTSD treatment. On the MINI PLUS he fulfilled diagnostic criteria for post-traumatic stress disorder (PTSD), major depression, single episode, and alcohol dependence.  His CAPS DX Total Score now is 61, indicating marked to severe PTSD symptomatology, and his worst lifetime post-Katrina flooding-related total of 71 also indicates marked to severe PTSD symptomatology.  His MADRS score was 36, which represents significant depression symptoms.

    a.  Potential class representative 1 reports his alcohol use increased markedly after the storm.   He states he is currently drinking two six packs of beer each night. This was not surprising to us, because excessive alcohol and substance use frequently occurs among trauma survivors.  Potential class representative 1 has not been in psychiatric treatment and we referred him to mental health centers in East Baton Rouge and Pontchatoula Parishes for treatment of these co-occurring conditions, his anxiety, mood, and addictive disorder.  The parish where he currently lives lacks community mental health centers. He has reported difficulty returning to New Orleans, both due to excessive anxiety and his inability to work in his previous business.

2.  Potential class representative 2 was evaluated Drs. Townsend and Weisler on Saturday May 24 between about 7:30 AM and 1PM and by psychologist Dr. Philip Griffin on Sunday May 30 between 1PM and 6PM at the LSU Behavioral Sciences Center in New Orleans. Dr. Griffin's written report is pending. Potential class representative 2 is a 55-year-old African American man who witnessed the drowning death of his wife in the flooding. He reports that in the early morning of August 29, 2005, his house quickly filled with water and within minutes he witnessed his disabled wife being swept away by the surging water.  In desperation he dove into the rushing, dark water filled with debris searching frantically for his wife before briefly reaching her. Moments later all that he was left holding was his wife's blouse as the "strong currents sucked her away" from him..  He reports that the water then carried him away from their house and into storm debris, where he became pinned. He admits to trying to drown himself that day in the same flood waters that had just taken his wife, but he was unable to do so because of debris pinning him to safety. He denies having prior or further suicidal behaviors or being suicidal currently, and he has never been homicidal.

11

a. His SPINT-E score was 11, predicting the likely need for PTSD treatment. With the MINI Plus interview, he fulfilled criteria for PTSD and major depression.  His CAPS DX Total Score now is 79 consistent with severe PTSD symptomatology, while his worst lifetime post-Katrina flooding scale was 97 indicating extreme PTSD symptomatology previously. His MADRS score was 39, which represents severe depression.  Potential class representative ==2 fell at work prior to Katrina in 2005, and then had developed limited mobility due to a leg injury. He reports that he has become morbidlyobese since the flooding, and has hypertension==(choose one of these).  He reports he has an open case at a local mental health center, but has not kept appointments regularly due to limited bus service and the discomfort he experiences with ambulation.

b. Potential class representative 2's psychiatric records from the Chartres-Pontchartrain Mental Health Center substantiate his description of his psychiatric history. Notably, the Lower Ninth Ward does not currently have a community mental health center.  The area had been served by the Desire-Florida Mental Health Center, which was destroyed by the flood and has not been rebuilt.

3) Potential class representative 3 was evaluated by Drs. Townsend and Weisler at the LSU Behavioral Sciences Center in New Orleans on Saturday May 24 from 9 to 2 PM and on Sunday May 25 from 8 AM to 12 Noon.  Additionally, psychologist Jill Hayes, PhD, evaluated her on May 26. Potential class representative 3 is a 38-year-old African-American woman who evacuated first to Meridian, MS, then to Dallas, TX, where she currently resides. Her SPRINT-E score was 9, predicting the likely need for PTSD treatment.  The MINI-Plus were administered as outlined above by Drs. Townsend and Weisler. On the MINI PLUS she fulfilled diagnostic criteria for post-traumatic stress disorder (PTSD) and bipolar disorder, most recent episode mixed (both manic and

depressed at the same time).  Her CAPS DX Total Score now is 81

indicating to me severe PTSD symptomatology, while her worst lifetime

post-Katrina flooding scale was 109 indicating extreme PTSD previously.

Her MADRS score was 34, indicating a marked to severe level of

depression. Because this potential class representative also

demonstrated signs and symptoms of mixed mania during our

evaluation, Drs. Townsend and Weisler administered the Young Mania

Rating Scale (YMRS), which is used internationally to determine the

severity of mania symptoms (SEE APPENDIX XXX). Her score was

19, indicating moderate mania symptoms. To put this in context, many

clinical trials studying new medications for mania require subjects to

have a score of at least 14. Her Hamilton Anxiety Score was 22,

indicating significant anxiety.

3.   Approximately one month after Hurricane Katrina, she acknowledged strong thoughts of wanting to take her own life and that of her four children in order to spare them the pain they were going through.  These thoughts occurred for a few months after the flooding destroyed her neighborhood and she lost  her job, home, and nearby family support. She denies any suicidal or homicidal thoughts on intensive probing since that earlier time. Drs. Townsend and Weisler also met with her mother to verify history, further assess suicide and homicide risk, and to obtain family encouragement and support for the potential class representative to resume psychiatric treatment. Such past suicidal and homicidal thoughts reflect the desperation that often accompanies untreated or partially treated PTSD and depressive periods seen in bipolar disorder or major depressive disorders.  Drs. Weisler and Townsend strongly encouraged her to resume treatment at her local Texas mental health center and/or be seen at the University Hospital there near where she evacuated to prior to Hurricane Katrina. She reports that she has reestablished contact with her Texas area Mental Health Center on 6/17/08.

    a.   Claimant 3's PTSD and bipolar disorder began after the flooding. Further, her presentation is notable for her marked deterioration in functioning. Prior to the flooding, she was a full-time manager at a local buisness.  Her PTSD-related

anxiety limits both her mobility and her ability to refrain from outward symptoms of anxiety.  She now receives disability, but earlier financial and insurance coverage issues she felt limited her ability to continue to easily access psychiatric care within her current neighborhood.

   b. Dr. Hayes' evaluation validated that of Drs. Townsend and Weisler in that it documented significant mood and anxiety symptoms. In addition, Dr. Hayes determined that potential class representative 3 was not exaggerating her symptoms (See Appendix *** for a copy of Dr. Hayes' report).

   c. Psychiatric records obtained from Collin County, Texas, show that potential class representative 3 first obtained treatment for bipolar disorder in the spring of 2006, and was placed on a mood stabilizer at that time. She did have a  history of being treated with antidepressant medications prior to the hurricane for anxiety and mild depressive symptoms. She was not requiring psychiatric treatment at the time of the hurricane. She also reported a family history of bipolar disorder in a number of relatives, which suggests to me that the flooding related traumatic stressors exacerbated her underlying mood disorder strongly contributing to the development of Bipolar I disorder.

4. Claimant 4 was evaluated by Drs. Townsend and Weisler at the LSU Behavioral Sciences Center in New Orleans on Saturday, May 24, between 10 AM and 2PM. Psychologist Phillip Griffin, PhD, whose report is pending, also examined her. She is an 80-year-old African-American woman who lost her husband when he died trapped in their attic as their house rapidly filled with flood waters. Her SPRINT-E score was 8, predicting the likely need for PTSD treatment. She currently meets diagnostic criteria for PTSD and major depressive disorder, single episode. Her CAPS DX Total Score now is 37 indicating mild/sub-threshold to perhaps moderate PTSD symptomatology, while her worst lifetime post-Katrina flooding scale was 79 which is consistent with marked to severe PTSD symptomatology previously. Her MADRS score was 18, indicating moderate depression. Her Hamilton Anxiety score was 9, consistent with mild generalized anxiety symptoms. These above disorders were identified during the MINI PLUS interview.

   a. Claimant 4 was brought to the Louisiana Superdome after the flooding, where she reports she became disoriented and confused. She states she was prescribed an antidepressant at some point after Katrina, but is not now receiving psychiatric treatment.

   b. Claimant 4 reports that although she had experienced past trauma, such as the murders of her grandson and daughter-in-law many years ago, she had not experienced severe and long-lasting anxiety or depressive symptoms until Hurricane Katrina.

5. Claimant 5 was evaluated by Drs. Townsend and Weisler at the LSU Behavioral Sciences Center in New Orleans on Saturday May 24 between 12 Noon and 5 PM. She is a 37-year-old white woman from St Bernard Parish who safely evacuated with her husband

14

and four children. In the morning of August 29, her husband and the claimant were speaking to her mother on her cell phone when she told them that five feet of water had suddenly appeared at her back patio door and that she "had to go."  Claimant 5 and her husband lost contact with her family and only later learned from her father and brother who survived that her mother had drowned shortly after their conversation. The water had risen so forcefully that her father was only able to propel her brother out of their front door and into the current before he found himself bobbing against his ceiling.  Her father, she said, was strong enough to be able to break into his attic and save himself, but he was unable to locate his wife, potential class representative 5's mother, even though he could hear her screams from the room below.  Although her father and brother were subsequently rescued, her mother's corpse remained in the house and she was not able to view her mother's decomposed body until November, 2005. ==Need to add length of time for the other representatives to have love-ones' bodies identified and returned to them.==

  a. Potential class representative 5 SPRINT-E score was 3, which indicates the possibility that her PTSD requires treatment.  She fulfills criteria for PTSD and past major depressive disorder on the MINI PLUS.  Her PTSD symptoms include intrusive recollections of these last conversations with her mother, as well as vivid images of her mother's last moments.  She was only recently able to move back into her previously flooding damaged home with her family in the impacted St Bernard Parish. Her CAPS DX Total Score now is 37 indicating mild/subthreshold to perhaps moderate PTSD symptomatology, while her worst lifetime post-Katrina flooding scale was 71 which is consistent with marked to severe PTSD symptomatology. Her MADRS score is 11 and her Hamilton Anxiety score is 9, indicating only mild general anxiety and depression symptoms currently.

  b. Claimant 5 was a critical care healthcare worker prior to Katrina.  She has resumed employment as a nurse, but reports she is unable to work as intensively as before. For a number of months after the loss of her mother she felt unable to work because of her emotional state. She is still limited with regard to activities that she can participate in with her family because of trauma related emotional symptoms.

**Comment [JH12]:** You may want to put in that I interviewed the few people that I did when I showed up to the office on that Saturday – the adult older male and Ms. Richardson.

## 1. Expert Opinions on the Mental Health Evaluation and Treatment Needs of Children and Adolescents

While, as an adult psychiatrist, I am familiar with most of the medical literature in this area, I

elected to enhance my expertise by collaborating with Joy Osofsky, PhD, and Howard Osofsky,

MD as well as Richard Dalton, MD. All three of these professors are very highly regarded,

internationally known child mental health experts from New Orleans who were involved in post-

Hurricane Katrina evaluation and treatment of the areas children. Drs. Osofsky were the primary

15

authors of this section. My expert opinion on the topic of child and adolescent mental health need takes advantage of their collective expertise..

Hurricane Katrina displaced 650,000 people from their homes in Louisiana alone and many more from Mississippi and the Gulf Coast. Not only were homes destroyed by the wind and flooding, but also 875 schools in Louisiana were damaged and 40 were totally destroyed. The Rand Corporation Report documented the displacement of approximately 200,000 public school students in Louisiana. The experiences of children and families during Hurricane Katrina, the flooding that resulted from the breach of the levees, the evacuation, and the aftermath are unprecedented.

Almost three years after one of the worst disasters in United States history, much devastation remains, and recovery continues to be slow. Children and families are experiencing secondary adversities including ongoing stress and demoralization, economic losses, persistent problems with living arrangements, friends and family members who have not returned, and uncertainties about the future. One example of the stress families endure relates to schooling. In October 2006, schools in New Orleans had to accommodate more than double the number of students from the previous year, and confusion and frustration concerning where students could enroll and stay was one hallmark of school openings. One public school in New Orleans was designed as an evening school for students who had to work during the day and needed later afternoon and evening classes; however, 40% of the students attending the school are not working and had to go to this school initially because of limited availability of other schools. In St. Bernard Parish, with extreme devastation, the courageous Superintendent of Schools opened a temporary facility with double-wide trailers, and within a year rebuilt one school even before obtaining FEMA funding. In an area with still limited rebuilding, the school district has opened 5 schools with plans for an additional three this Fall.  School personnel recognize the

16

crucial need for destigmatizing evidence based mental health services to help children fulfill their potential.

Mental Health Services in Metropolitan New Orleans

*Rebuilding Psychiatry Post-Katrina*

Not surprisingly, post-Hurricane Katrina, there was an increase in demand for mental health services in New Orleans with a decrease in mental health providers. In January 2007, SAMHSA estimated that 25-30% of individuals in the affected areas would have significant needs for mental health services and that another 10-20% would have subclinical conditions that would also require care (Calderon-Abbo 2008; Voelker 2006). The first large empirical study done after Hurricane Katrina indicated that mental illness had doubled after the disaster, especially anxiety and mood-related mental illness (Kessler, et al. 2006). Further, Galea, et al (2007) reported that 49% of respondents who lived in New Orleans before the storm reported a mood or anxiety disorder compared with 26% among residents in other areas. Posttraumatic stress disorder rates were reported as high as 30% among New Orleanians, but less than 13% of those in other areas. The destruction of the mental health infrastructure by Hurricane Katrina resulted in a loss of resources that impacted service delivery at all levels, including lack of psychiatric hospital beds, acute crisis intervention units, intermediate care after discharge from the hospital, substance abuse treatment, and outpatient services (Calderon-Abbo 2008). Just as teachers have been impacted by the trauma, mental health providers have also suffered losses, displacement, and other traumas. The support networks for the providers are less available. The usual structures within communities that support recovery have also been impacted, including family and social support. With much of the Metropolitan area being impacted and because of economic, family, or personal reasons, many providers made the decision to not

**Comment [JH13]:** Are you attaching all these articles in the Appendix?

17

return. Although the overall picture related to mental health reactions of impacted citizens and availability of mental health supportive services is not positive, it is important to recognize that resilience building is possible, and with change, there may be new opportunities for growth as well as changes in the mental health system.

*The Need for Trauma Informed Services*

Currently, services are still limited for trauma-exposed child and family treatment programs in Orleans, St. Bernard and Plaquemines Parishes. Louisiana Spirit offers brief sessions, crisis intervention, and psychosocial groups, but not diagnostic and therapeutic services. The latter services are provided by the LSUHSC Department of Psychiatry, Family Services of Greater New Orleans, Children's Bureau, Fleur-de-Lis of Catholic Charities, New Orleans Adolescent Hospital Clinics, and Metropolitan Human Services District; however, the needs are far greater than the currently available mental health services.

In school settings, not only are the children affected, but teachers, school nurses, counselors, social workers and administrative staff have also been impacted by displacement, economic, personal and family stress.  School personnel need to learn how best to cope with children's behavioral problems and learning difficulties that have been exacerbated by trauma in the aftermath of Hurricanes Katrina, even as many themselves are coping with loss of their homes and assets, family members, neighbors, and familiar routines. In addition, many must deal with recovery issues involving mountains of paperwork and an unyielding bureaucracy. Children's psychological issues affect their learning, classroom environment and prospects for the future.  About 5% of staff in area schools served by LSUHSC mental health professionals self- refer for mental health treatment.

18

Symptoms of continuing trauma experienced by children and adolescents are not necessarily diagnosable according to traditional mental health criteria, but, with training, high risk behaviors can be identified earlier so that preventive measures can be implemented. Including training in school settings on Psychological First Aid (Brymer, et al. 2006), Psychological First Aid for Schools (NCTSN and NCPTSC, 2008), and trauma and the effects on children, adolescents, and families would be very important and helpful. Psychological First Aid (PFA) is an evidence-informed intervention model used to assist people in the acute aftermath of disaster. The goal is to reduce initial distress caused by traumatic events and to foster short- and long-term adaptive functioning and coping.  PFA for Schools is an adaptation of the PFA Field Operations Guide to use in school settings (NCTSN and NCPTSC PFA for Schools Field Operations Guide, 2008)

The Effects of Poverty on Mental Health and Impact on Children in Louisiana:

Louisiana ranks 49th in the nation in a recent state-by-state study on the well-being of America's children  (KidsCount 2005) and 50th in percentage of population lacking access to quality health and mental health care (Congressional Quarterly, March 2008). New Orleans, the hub of the region, has a tradition of being a community with much history and character, but also a legacy of racism and continuing poverty. When Hurricane Katrina devastated New Orleans in August 2005, the reported poverty level was 23.2%, twice the national average of 12.7% Thirty-eight percent of New Orleans children live in poverty (Fass and Cauthen 2007).  Two-thirds of families living below the poverty level are headed by a single mother. Unfortunately, children who live in poor families often experience increased levels of trauma as compared with children whose families are more advantaged, placing them at increased risk for mental health problems. Not only are these children at greater risk, but also

19

they are less likely to have access to and receive mental health services that can prevent more serious problems over time. A number of early intervention programs, including evidence from Head Start, Early Head Start, and LA-4 indicate that early interventions enhance cognitive and emotional development and academic outcomes for children living in poverty.

With poverty as an obstacle, the needs of children in New Orleans were great prior to Hurricane Katrina.  For example, due to poor performance, the majority of New Orleans Public Schools were taken over by the State of Louisiana under the Recovery School District before the hurricane.  The resulting lack of quality schools, hospitals, clinics, and housing as a result of the storm, has only increased stress and worsened problems. While public schools are currently being reconstituted, quality education and trauma-informed services to help this underserved population are desperately needed.

While availability of mental health resources was limited before Katrina, in the impacted parishes, the situation at this time is worse. Because of the response to the storm, there has been more training in evidence based trauma-informed services for some mental health providers and agencies; but much more is needed. LSUHSC Department of Psychiatry in collaboration with the National Child Traumatic Stress Network has carried out two learning collaboratives for providers on trauma-informed evidence based interventions.  One is called Strength After Trauma (StArT), an adaptation of the Florida ACT program modified, together with NCTSN, for cultural sensitivity to Louisiana's needs and FOCUS, a family based program developed for military families and adapted collaboratively with NCTSN for first responder families. Further, LSUHSC and other agencies have provided trainings on additional evidence based trauma informed interventions.

To increase resilience, the types of support that are needed include family support and community cohesion; however, with the fragmentation resulting from children and families being

20

geographically separated due to economic and housing constraints, these supports are less available to children. Access to mental health services remains limited due to both economic and infrastructure problems. In devastated communities, many businesses have still not re-opened, unemployment is high, the available schools and preschools are crowded, and children and families have lost both extended family and community support (Kaiser Foundation Survey 2007).  Much effort is ongoing to re-establish the mental health infrastructure and to have services available in a non-stigmatized fashion in school and community settings; however, more trauma-informed training and providers are needed.

The child care situation in New Orleans is also stressed. It is critical to provide support for young children and their parents and to allow parents to be able to go to work to support their families.   Pre-Katrina, 271 child care centers were operating in New Orleans including Head Start and Early Head Start.  Currently, approximately 900 children; ages 3-5 are enrolled in 11 Head Start and Early Head Start Centers (again, about one-fifth to one-fourth of the pre-Katrina enrollment). Discussions are underway to establish additional Head Start and Early Head Start centers in New Orleans as part of a unified, comprehensive school plan. Replacement of over 200 child care centers is a huge task.

**LSUHSC Department of Psychiatry  -- Work with children and families since Hurricane Katrina**

The LSUHSC Department of Psychiatry faculty began working in heavily devastated St. Bernard Parish in 2005 and in Orleans and Plaquemines Parishes school districts in 2006 to implement mental health services in schools, beginning with screenings in collaboration with schools using the National Child Traumatic Stress Network Hurricane Assessment and Referral Measure (NCTSN, 2005). Over 12,000 students were screened ranging in age from one to 18 years.

21

About 65% of the children had damaged homes; 70% had moved or transferred to new schools, 50% of the children had a parent who was unemployed, and 26% were separated from their caregivers. In addition, many children and adolescents experience continued displacement, disruptions, and cumulative traumatic exposure in the aftermath of Hurricane Katrina. The results of the screenings indicated elevated levels of mental health symptoms compared with nationally established prevalence figures (Hoven, et al. 2003; Schaffer, et al. 1996) and an increased need for trauma-focused services. Forty-five percent of 4th-12[th] graders in Orleans, St. Bernard and Plaquemine Parishes, met the cut-off for mental health referral; 12% independently requested counseling. Twenty-five percent of younger children (ages 1-8 years) met cut-off for mental health services based on parent reports and 34% of the parents requested counseling.

Symptoms most commonly reported were those of depression and post-traumatic stress. These findings are consistent with the Hoven et al (2003) data following 9/11. LSUHSC's post-Katrina screenings also indicated that 37% of children had experienced previous trauma (e.g., violence, close proximity to death), placing them at even greater risk for mental health problems with the likelihood of exacerbated current symptoms. In the professional literature about disaster, the level of symptomatology is associated with presence of physical injury, fear of death, and property loss (Assanangkornchai, Tangboonngam and Edwards 2004; Briere and Elliot 2000) as well as degree of personal and economic loss and displacement.

The limited literature on reactions of children after hurricanes and flooding also showed that living in shelters and under stress for an extended period of time further predicts increased emotional difficulties (Gittelman 2003). In Louisiana, not only have many children and families had to live in transitional communities, but also they have been forced to move with uncertainty about where they will be going for almost 3 years. Data from a number of studies demonstrate higher incidences of emotional, behavioral, developmental, and academic difficulties following trauma exposure (Chemtob, et al 2002; Cicchetti and Toth 1997; DeBellis and Van Dillen 2005;

22

Fullerton and Ursano 2005; Goenjian, et al. 2005; LaGreca, et al, 1996; Norris, 2002; 2005; Osofsky 1997; Osofsky 1999;  Osofsky 2004; Pynoos, et al 1999; Osofsky, et al 2007). Separation of both younger and older children from their primary caregivers contributed to increased number of symptoms being reported (Osofsky, et al 2007; Osofsky and Osofsky 2007).

Cumulative trauma and secondary adversities are of major concern in transitional communities in devastated areas. From our data, half of the children whose homes were destroyed met criteria for mental health referral as compared with 36% of children whose homes were not destroyed. Students whose homes were destroyed reported significantly higher scores on PTSD and depression. These symptoms were also higher among children separated from caregivers during the evacuation and displacement. This is compounded by the limited availability of accessible behavioral and mental health services due to the heavily impacted infrastructure and out-migration of professionals. Further, Metropolitan New Orleans had a high rate of violent crime before Hurricane Katrina with problems further exacerbated by the hurricane, the flooding, and difficulties of recovery. Of great concern for public health is the risk of increased incidence and severity of substance abuse issues for stress-impacted families within heavily devastated areas. Such circumstances can increase the risk for psychological, physical, and sexual abuse as well as family violence.

In schools, there are increases in behavioral problems, fighting, bullying, risk-taking behaviors, alcohol and substance use, and serious mental health problems. Family members continue to live apart or in difficult situations. Higher percentages of income are being spent for rent and other living necessities (Personal communication, Dr. Anthony Speier, Louisiana Spirit, December 2007). Parental stress and family problems, including indications of increases in family violence and divorce, are prominent and contribute to additional problems for children. It is also notable that both students and parents of younger children are asking for help.

23

Children who have experienced previous trauma or loss are at higher risk for mental health problems than those who have not experienced trauma or loss (Bowlby 1973; Laor, et al. 1997; Osofsky 2004; Osofsky and Osofsky 2007; Pynoos 1993; Pynoos, et al, 1996; Vogel and Venberg 1993). Thirty-seven percent of the children and youth in New Orleans reported previous trauma or loss. (this figure is likely to be an underestimate since many of the children and families who were still displaced and did not have the resources to return to New Orleans may represent an even higher risk group).

<u>Children's Responses to Disaster and Trauma</u>

Surveys of 8,226 children and adolescents carried out 6 months after 9/11 focused national attention on the impact of trauma exposure on children. Data showed considerably elevated rates of mental health problems, including PTSD, major depression, separation anxiety, agoraphobia, conduct disorder, and alcohol use when compared to nationally established prevalence figures (Hoven, et al. 2003; Schaffer, et al. 1996). The New York Survey data further indicated that nearly two-thirds of children had experienced exposure to trauma prior to 9/11 and that such exposure contributed to current symptoms.  The limited literature on reactions of children after hurricanes and flooding is particularly relevant to understand the aftermath of Hurricanes Katrina and Rita for children. Previous exposure to trauma predicts increased symptoms following a hurricane (Sutker, et al. 2002; Smith and Freedy 2000). Living in shelters and under stress for an extended period of time further predicts increased emotional difficulties  (Gittelman 2003),  higher incidences of posttraumatic stress disorder, major depressive disorder, and symptoms consistent with both disorders are seen following hurricanes and flooding  (North, et al. 2004; Norris, et al. 2004). Common symptoms of anxiety, sadness, numbness, anger, disorientation, grief, and overwhelming loss of control also are evident (Shelby and Tredinnick 1995). This literature, especially related to the impact on children,

24

provides a more complete perspective on factors that contribute to resilience and, alternatively, those that may lead to more mental health symptoms.

Our experience of the past 20 years with exposure of children and adolescents to different types of trauma and, in the past decade, work with the National Child Traumatic Stress Network has provided much important information about how children and youth respond to disasters and trauma.

First, developmentally-specific responses to disasters and trauma vary for children of different ages. Younger children commonly express new fears, separation anxiety, clinginess, and show regressive behaviors. School age children frequently describe difficulty concentrating or having fun.  Learning and behavioral problems in school are common with aggressive behaviors and withdrawal frequently reported. Adolescents are at particularly high risk as their reactions can include increased risk taking behaviors such as fighting, substance and alcohol abuse, heightened sexual activity, and suicidal thoughts.

Second, children appear more vulnerable if they have experienced previous trauma, loss, or mental health difficulties. Unfortunately in the New Orleans Metropolitan area, many of our children and adolescents have experienced previous trauma.

Third, children with greater proximity to the event and those who experience direct traumatic impact are more likely to demonstrate a greater number of symptoms and distress. In New Orleans, most children were displaced, many were separated from caretakers, and many lost their homes.

Fourth, common worries of children reported include those related to safety and security, loss of friends, adjustment to new schools, missing relatives who used to live nearby, and residence in new communities.

25

Fifth, if parents or caregivers are also traumatized, which has occurred with so many adults in our community, due to the circumstances of their own lives, depression, other mental disorders, or prior exposure to violence, children and adolescents may experience increased distress and symptoms. Based on both our data and clinical work, parents report higher incidences of marital conflict and divorce, and a desire for services for their children and themselves.   Parents and teachers further report that because of what they have experienced, at times they do not have the energy or patience for the children and it is difficult to be emotionally available to them. It is crucial that support and services be provided for parents, families, and other adults in children's lives, such as teachers, to build resilience in children.

<u>Resilience and Recovery after Trauma</u>

Despite the difficulties, most children and adolescents cope successfully and demonstrate adaptive skills following traumatic exposure.  Masten describes the "ordinary magic" of resilience (Masten 2001) and Benight and Bandura (2004) refer to such responses as defining "self-efficacy."  Strategies to enhance resilience and positive coping have been described by these and other authors (Norris, et al. 2002; Wadsworth, et al. 2004). LSUHSC Department of Psychiatry has participated in a resilience building program with the St. Bernard Parish Unified Schools including a leadership program and a Leadership Summit which will also be introduced in Orleans and Plaquemines Parish Schools.  In New Orleans, LSUHSC Department of Psychiatry has partnered with the New Orleans Police and Justice Foundation (NOPJF) to support the summer, Cops for Kids Program designed to build character, self esteem and support resilience in children, ages 7-16. This year, LSUSHC is also participating with NOPJF in developing a new program for high risk adolescents called "Be Your Best."

<u>Implications for Children's Mental Health</u>

26

The National Center for Children in Poverty has summarized major policy concerns for children's mental health that are very relevant in understanding, responding to, and building the needed supports and services in this post-disaster mental health situation in the New Orleans Metropolitan area (Masi and Cooper 2006). Mental health systems are inadequate to meet the needs of children and youth, and most children and youth with mental health problems do not receive needed services. Therefore, it is not unexpected that most children and youth with mental health problems struggle to succeed. Developmental concerns including social and emotional development and mental health issues contribute to negative outcomes for children of different ages. Children and youth with mental problems are more likely to do poorly at school, be absent, suspended or expelled. Youth in high school with mental health problems are more likely to engage in risk taking behaviors, fail or drop out of school.

 It is my opinion based on the consensus of the group that the following recommendations would be beneficial and could be implemented as part of a class rather than individual action. These recommendations are made to address the issues, concerns, and problems described above as they relate to flooding after Hurricane Katrina in the Lower Ninth Ward and St Bernard Parish class area:

1) Implement a strategy to screen for traumatic hurricane related or exacerbated mental illness as many children and adolescents as possible who still live or lived in these area at the time of Hurricane Katrina.
2) .improve access to mental health consultation and services with a specific focus on the needs of children to prevent more serious problems as they grow and develop
3) Coordinate services for children across child- serving systems, community centers, and schools and hold child-serving systems accountable
4) Educate school personnel and child-serving agencies on psychological first aid to prepare them to respond most helpfully to children exposed to trauma

27

5) Educate providers of mental health services and supports about the developmental needs of children

6) Provide training for providers on evidence based, trauma-focused services

7) Implement concrete strategies in schools, preschools, Head Start, and Early Head Start programs to prevent and identify mental health problems and intervene as early as possible

8) Improve access to mental health services in school and community settings to increase use and decrease stigmatization

References for Child and Adolescent Section

**Comment [JH14]:** You may want to do this as an Appendix.

Assanangkornchai, Sawitri, Sa-nguansri Tangboonngam, and Guy J Edwards. 2004. The Flooding of Hat Yai: Predictors of Adverse Emotional Responses to a Natural Disaster." *Stress and Health* 20: 81-89.

Benight, Charles C, and Albert Bandura. 2004. Social Cognitive Theory of Posttraumatic Recovery: The Role of Perceived Self-Efficacy. *Behaviour Research and Therapy* 42: 1129-1148.

Bowlby, John. 1973. *Separation: Anxiety & Anger. Vol 2 of Attachment and Loss.* London; New York; Harmondsworth: Hogarth Press; Basic Books; Penguin.

Briere, John, and Diana Elliot. 2000. Prevalence, Characteristics, and Long-Term Sequelae of Natural Diaster Exposure in the General Population. *Journal of Traumatic Stress* 13: 661-679.

Brymer, Melissa, et al. (National Child Traumatic Stress Network and National Center for PTSD), Psychological First Aid: Field Operations Guide, 2nd Edition.  Available on www.nctsn.org and www.ncptsd.va.gov, July 2006.

Calderon-Abbo, Jose. 2008. The Long Road Home: Rebuilding Public Inpatient Psychiatric Services in Post-Katrina New Orleans. *Psychiatric Services* 59: 304-309.

Chemtob, Claude M, Joanne P Nakashima, and Roger S Hamada. 2002. Psychosocial Intervention for Postdisaster Trauma Symptoms in Elementary School Children.  *Archives of Pediatrics and Adolescent Medicine* 156: 221-216.

Cicchetti, Dante, and Sheree L Toth. 1997. *Developmental Perspectives on Trauma: Theory, Research and Intervention.* New York: University of Rochester Press.

DeBellis, Michael D, and Thomas Van Dillen. 2005. Childhood Post-Traumatic Stress Disorder: An Overview." *Child and Adolescent Psychiatry of North America* 14: 745-772.

Fass, Sarah, and Nancy K Cauthen. 2007. *Who Are America's Poor Children?: The Official Story.* Columbia University Mailman School of Public Health: National Center for Children in Poverty.

Fullerton, Carol S and Robert J Ursano. 2005.  "Psychological and Psychopathological Consequences of Disasters." In *Disasters and Mental Health*, ed. Juan Jose Lopez-Ibor, George Christodoulou, Mario Maj, Norman Satorius and Ahmed Okasha, 13-36. New York, NY: John Wiley and Sons Ltd.

Galea, Sandro, et al. 2007. Exposure to Hurricane-Related Stressors and Mental Illness After Hurricane Katrina.  *Archives of General Psychiatry* 64: 1427-1434.  http://archpsyc.ama-assn.org/cgi/content/abstract/64/12/1427 (accessed June 18, 2008)

Gittelman, Martin. 2003.  Disasters and Psychosocial Rehabilitation. *International Journal of Mental Health*, 32: 51-69.

*Giving Voice to the People of New Orleans, The Kaiser Post-Katrina Baseline Survey.* 2007. Henry Kaiser Family Foundation.

29

Goenjian, Armen K, David Walling, Alan M Steinberg, Ida Karayan, and Louis M, Pynoos, Robert Najarian. 2005. A Prospective Study of Posttraumatic Stress and Depressive Reactions Among Treated and Untreated Adolescents 5 Years After a Catastrophic Disaster. *The American Journal of Psychiatry*, 162: 2302-2308.


Health Care State Rankings 2008: Health Care Across America. Congressional Quarterly. http://www.cqpress.com/product/Health-Care-State-Rankings-2008.html. (Accessed March 2008).


Hoven, Christina W, Cristiane S Duarte, and Donald J Mandell. 2003. Children's Mental Health After Disasters: The Impact of the World Trade Center Attack. *Current Psychiatry Reports*, 5: 101-7.


Kaiser Foundation Post-Katrina Baseline Survey.2007. Giving Voice to the People of New Orleans. www.kff.org/kaiserpolls/upload/7631.pdf. (accessed January 2008)


Kessler, Ronald C, Sandro Galea, Russell T Jones, and Holly A Parker. 2006. Mental Illness and Suicidality After Katrina. *Bulletin of the World Health Organization*, 84: 930-939.


KidsCount. 2005. *Annie Casey Foundation.* www.aecf.org/kidscountJuly2006 (accessed June 18, 2008).


La Greca, Annette, Wendy Silverman, Eric Vernberg, and Mitchell Prinstein. 1996. Symptoms of Posttraumatic Stress in Children After Hurricane Andrew: A Prospective Study. *Journal of Consulting and Clinical Psychology* 64: 712-723.


Laor, Nathaniel, Leo Wolmer, Linda Mayes, Avner Gershon, Ronit Weizman, and Donald Cohen. 1997. Israeli Preschool Children Under Scuds: A 30-Month Follow-Up. *Journal of the American Academy of Child & Adolescent Psychiatry* 36: 349-356.

30

Leslie, Laurel K., Michael S. Hurlburt, John Landsverk, Richard Barth, and Donald Slyman.2004. Outpatient mental health services for children in foster care. A national perspective. *Child Abuse and Neglect* 28:697-712

*Louisiana Department of Education.* July 2006. www.doe.state.la.us/lde/index.html.

Masi, Rachel, and Janice L Cooper. 2006. *Children's Mental Health: Factors for Policy Makers.* Columbia University, Mailman School of Public Health: National Center for Children in Poverty.

Masten, Ann S. 2001. Ordinary Magic: Resilience Processes in Development. *American Psychologist* 56: 227-238.

Mills, Carrie, Sharon H Stephan, Elizabeth Moore, Mark D Weist, Brian Daly, and Michele Edward. 2006. The President's New Freedom Commission: Capitalizing On Opportunities to Advance School-Based Health Services. *Clinical Child and Family Psychology Review* 9: 149-161.

National Child Traumatic Stress Network.  2005. Hurricane Assessment and Referral Tool for Children and Adolescents.  [Electronic version]. Retrieved

http://www.nctsnet.org/nctsn_assets/pdfs/intervention_manuals/referraltool.pdf
(Accessed September 15, 2005)

Norris, Fran H. Range, Magnitude and Duration of the Effects of Disasters on Mental Health: Review Update 2005. March 2005. *Research Education Disaster Mental Health.*

Norris, Fran H, Arthur D Murphy, Charlene, K Baker, and Julia L Perilla. 2004. Postdisaster PTSD Over Four Waves of a Panel Study of Mexico's 1999 Flood.  *Journal of Traumatic Stress* 17: 283-292.

Norris, Fran H, Matthew J Friedman, and Patricia J Watson. 2002. 60,000 Disaster Victims Speak: Part II. Summary and Implications of the Disaster Mental Health Research.  *Psychiatry* 65: 240-260.

Norris, Fran H. 2002. Psychosocial Consequences of Disasters." *PTSD Research Quarterly* 13: 1-8.

North, Carol S, Aya Kawasaki, Edward L Spitznagel, and Barry A Hong.  The Course of PTSD, Major Depression, Substance Abuse, and Somatization After a Natural Disaster. 2004. *The Journal of Nervous and Mental Disease* 192: 823-829.

Osofsky, Joy D. 1997. *Children in a Violent Society.* New York: Guilford.

Osofsky, Joy D. 1999.  The Impact of Violence on Children.  *The Future of Children: Domestic Violence and Children* 9: 33-49.

Osofsky, Joy D. 2004. *Young Children and Trauma: Interventions and Treatment.* New York: Guilford Publishers.

Osofsky, Howard J, and Joy D Osofsky. August 2007. Viewpoint: Two Years After Katrina, Mental Helath Issues Abound.  *Association of American Medical Colleges Reporter.* http://www.aamc.org/newsroom/reporter/aug07/viewpoint.htm (accessed June 20, 2008).

Osofsky, Joy D, Howard J Osofsky, and William Harris. 2007. Katrina's Children: Social Policy Considerations for Children in Disasters. *Social Policy Report*, 21: 3-18.

Pane, John F, Tharp-Taylor, Shannah McCaffrey, Gary J Asmus, and Billy R Stokes. 2006. *Student Displacement in Louisiana After the Hurricanes of 2005: Experiences of Public Schools and Their Students.* Pittsburgh: RAND Corporation.  http://www.rand.org/pubs/technical_reports/2006/RAND_TR430.pdf (Accessed June 20, 2008)

Pynoos, Robert S. 1993. Traumatic Stress and Developmental Psychopathology in Children and Adolescents." *American Psychiatric Press Review of Psychiatry* 12: 205-238.

Pynoos, Robert S, Alan M Steinberg, and Armen Goenjian. "Traumatic Stress in Childhood and Adolescence: Recent Developments and Current Controversies." In *Traumatic Stress: The Effects of Overwhelming Experience on the Mind, Body, and Society*, edited by Bessel A van der Kolk, Alexander C McFarlane and Lars L Weisaeth, 331-358. New York: Guilford Publishers, 1996.

Pynoos, Robert S, Alan M Steinberg, and John C Piacentini.1999. A Developmental Psychopathology Model of Childhood Traumatic Stress and Intersection with Anxiety Disorders. *Biological Psychiatry* 46: 1542-1554.

Psychological First Aid for Schools. 2008. National Child Traumatic Stress Network and National Center for Posttraumatic Stress Disorder, Psychological First Aid for Schools Field Operations Guide.

Schaffer, David, et al. 1996. The NIMH Diagnostic Interview Schedule for Children 2.3 (DISC-2.3): Description, Acceptability, Prevalence Rates and Performance in the MECA Study. *Journal of the American Academy of Child and Adolescent Psychiatry*, 35: 865-77.

Shelby, Janine S, and Michael G Tredinnick. "Crisis Interventions with Survivors of Natural Disaster: Lessons from Hurricane Andrew." *Journal of Counseling and Development* 73 (1995): 491-497.

Smith, Bruce W, and John R Freedy. 2000. Psychosocial Resource Loss as a Mediator of the Effects of Flood Exposure on Psychological Distress and Physical Symptoms. *Journal of Traumatic Stress* 13: 349-357.

Sutker, Patricia B, Sheila A Corrigan, Kirsten Sundgaard-Riise, Madeline Uddo, and Albert N Allain. 2002. Exposure to War Trauma, War-Related PTSD, and Psychological Impact of Subsequent Hurricane. *Journal of Psychopathology and Behavioral Assessment* 24: 25-37.

Voelker, Rebecca. 2006. Post-Katrina Mental Health Needs Prompt Group to Compile Disaster Medicine Guide. *Journal of the American Medical Association*, 295: 259-260.

33

Vogel, Juliet M, and Eric M Venberg.1993. Part 1: Children's Psychological Responses to Disasters."
*Journal of Clinical Child Psychology* 22: 464-484.

Wadsworth, Martha E, et al. 2004. Coping with Terrorism: Age and Gender Differences in Effortful and
Involuntary Responses to September 11th." *Applied Developmental Science* 8: 143-157.

```
1. Can pre-Katrina physical or emotional distress be separated
   out, so that we are dealing with only the physical or emotional
   distress, or with the aggravation of past physical or mental
   conditions, caused by the destruction of life and property by
   the flooding?

   It is my opinion based on our pilot study evaluations that the
   pre-Katrina physical and/or emotional distress can be separated
   from conditions that developed or were exacerbated by the
   destruction of life and property by the flooding. Such a
   determination could be complicated if prior medical records are
   not available or were destroyed in the New Orleans area
   flooding. Prescription records, interviews with family or
   significant others, and employment records could be used to
   help answer whether the emotional or physical problems predated
   and were not exacerbated by the flooding. Psychological testing
   could also be used if there is a question of malingering.
   School records and other materials could be used in screenings
   of children and adolescents better described in that section of
   this opinion.


2. Is there a reliable means of determining that the person in
   question suffered some past physical or emotional distress,
   given that none is now manifest?
```

In our pilot study evaluations 2 individuals were determined to have experienced
Hurricane Katrina related flooding episodes of major depressive disorder. Despite the
fact that their depressive episodes had resolved long before we evaluated them we
were able to make a diagnosis of a past episode of illness. On a daily basis health
professionals take medical histories, review medical records, and conduct patient
interviews and examinations in order to assess past physical or emotional distress.
For most mental illnesses this is possible though it can be more challenging to
determine past histories of mania or hypomania as they maybe unrecognized by
those with bipolar disorder. Additional information from families of significant others
frequently clarifies the answer regarding bipolar symptoms.

3. Is there a reliable means of determining the degree or intensity of the person's past physical or emotional distress, given that none is now manifest?

Much like my answer just given to question 2 good clinical interviewing and examination skills allow health professionals in the majority of cases to determine the severity of past episodes of illness. For example, was hospitalization, Emergency Room or medical visits, or treatment required or indicated? Was there any impairment identified or reported by the potential representative?  What does their work, service, driving record, school records, etc. reveal?
The CAPS DX has been validated and it is widely used by the Armed Services and Veterans Administration in assessing PTSD. One set of questions is based on the worst ever ratings after a trauma that may have occurred years to many decades earlier. The answers to those worst ever questions are usually reliable.

4. Is there a reliable means of determining the duration of the person's past physical or emotional distress, given that none is now manifest? In general, like my answer to the prior question good clinicians can usually make accurate assessments of past episodes of illness duration. For example, with bipolar disorder the National Institute of Mental Health developed Life Charting which requires the patient often with the help or their family and health providers to chart the onset and duration of past episodes of depression and mania. Such an approach is frequently relatively accurate though omissions and commissions can occur. These issues can often be resolved once the patient recovers sufficiently from their illness.

I. Is there evidence of current physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area?

1. Can pre-Katrina physical or emotional distress be separated out, so that we are dealing with only the physical or emotional distress, or with the aggravation of past physical or mental conditions, caused by the destruction of life and property by the flooding?

2. Is there a reliable means of determining that the person in question suffered some past physical or emotional distress, given that it may have been reduced as time went by?

35

3. Is there a reliable means of determining the degree or intensity of the person's physical or emotional distress, given that it may have been reduced as time went by?

4. Is there a reliable means of determining the duration of the person's physical or emotional distress, given that it may have been reduced as time went by?

J. Is there evidence of ongoing physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area?

1. Can pre-Katrina physical or emotional distress be separated out, so that we are dealing with only the physical or emotional distress, or with the aggravation of past physical or mental conditions, caused by the destruction of life and property by the flooding?

2. Is there a reliable means of determining that the person in question suffered some past physical or emotional distress, given that it may have been reduced as time went by?

3. Is there a reliable means of determining the degree or intensity of the person's physical or emotional distress, given that it may have been reduced as time went by?

4. Is there a reliable means of determining the past and future duration of the person's physical or emotional distress, given that it may have been reduced as time went by?

K. Is there evidence that some people did not suffer ongoing physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area?

1. Explain.

36

2. Can malingerers and dishonest people, claiming injury where there was none, be identified?  How?

L. Did you find any patterns among the people you have evaluated to date, or was it all individual?

M. Do persons in the Class Area need to be screened for past, current, or ongoing physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area?

      1. Why?

      2. Hasn't everyone who needs to be screened already been screened?

      3. Is it more effective to leave this to individuals who feel injured and whomever they consult, or to develop a system for screening large numbers of people under a common procedure and with common rating scales?

      4. Is it more cost-effective to leave this to individuals who feel injured and whomever they consult, or to develop a system for screening large numbers of people under a common procedure and with common rating scales?

      5. Without the structure of a class, for communications with class members and to obtain funding from one or more defendants if plaintiffs win the case, do you think unscreened people will get screened?

N. Do persons in the Class Area need to be treated for past, current, or ongoing physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area?

37

    1. Why?

    2. Hasn't everyone who needs to be treated already been treated?

    3. Is it more effective to leave this to individuals who feel injured and whomever they consult, or to develop a system for screening large numbers of people under a common procedure and with common rating scales?

    5. Is it more cost-effective to leave this to individuals who feel injured and whomever they consult, or to develop a system for screening large numbers of people under a common procedure and with common rating scales?

    6. Without the structure of a class, for communications with class members and to obtain funding from one or more defendants if plaintiffs win the case, do you think untreated people will get treated?

O. List of all documents and materials reviewed or considered.

P. Compensation for you and for the team.

38