UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolida8ted cases |
| | * * * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.*     09-2737 | * * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

# SEYMOUR AND FUCHSBERG DEFENDANTS' CONSENTED *EX PARTE* / CONSENT MOTION TO SUBSTITUTE THEIR CORRECTED MEMORANDUM OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR THE MEMORANDUM OF OPPOSITION FILED ON OCTOBER 25, 2011

With the consent of all parties, the Seymour and Fuchsberg defendants move to substitute Exhibit 1 hereto, their Corrected Memorandum of Opposition to Plaintiff's Motion for Partial Summary Judgment, in lieu of their October 25, 2011 Opposition memorandum (Doc. 20526). Plaintiff's Motion for Partial Summary Judgment is Doc. 20499.

The reason for the substitution is to correct errors on the first page of the Opposition memorandum. The date of the document and the Certificate of Service bear today's date. There is no substantive change in the Opposition, and there is no change in any of the attachments.

WHEREFORE, the Seymour and Fuchsberg defendants pray that their Motion be granted.  A proposed form of Order is attached.

Respectfully Submitted,

/s/ Richard T. Seymour
Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.
Washington, DC 20006-3307
rick@rickseymourlaw.net
(202) 785-2145 – Telephone
(202) 549-1454 – Cell
(800) 805-1065 – Facsimile

*Attorney for Defendants Richard T. Seymour and "Richard T. Seymour P.L.L.C."*


/s/Bradley S. Groce
DAVID V. BATT, #2849
BRADLEY S. GROCE, #26037
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

*Attorneys for Defendants Alan Fuchsberg and the Jacob D. Fuchsberg Law Firm*

Dated:  October 26, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2011, I served a copy of the Seymour And Fuchsberg Defendants' Consented *Ex Parte* / Consent Motion To Substitute Their Corrected Memorandum Of Opposition To Plaintiff's Motion For Partial Summary Judgment For The Memorandum Of Opposition Filed On October 25, 2011, on counsel of record for Plaintiff, as shown below, and on all other counsel and parties through the Court's ECF system and, where the party served is not on the ECF system, by e-mail:

>Andrew C. Wilson, Esq.
>Simon, Peragine, Smith & Redfearn, L.L.P.
>30th Floor - Energy Centre
>1l00 Poydras Street
>New Orleans, LA 70163-3000

>/s/ Richard T. Seymour
>Richard T. Seymour
>*Attorney for Defendants Richard T. Seymour and [misnamed] "Richard T. Seymour P.L.L.C."*