UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolida8ted cases |
| | * * * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.*     09-2737 | * * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING SEYMOUR AND FUCHSBERG DEFENDANTS' CONSENTED *EX PARTE* / CONSENT MOTION TO SUBSTITUTE THEIR CORRECTED MEMORANDUM OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR THE MEMORANDUM OF OPPOSITION FILED ON OCTOBER 25, 2011

This matter comes before the Court on the Seymour and Fuchsberg defendants' *Ex Parte* / Consent Motion to substitute a Corrected Memorandum of Opposition to Plaintiff's Motion for Partial Summary Judgment (Doc. 20499), in lieu of their October 25, 2011 Opposition memorandum (Doc. 20526).  The Corrected Memorandum of Opposition is Exhibit 1 to the motion.  All parties have consented to the grant of the Motion.  It is therefore

ORDERED, that the Motion be granted; and it is further

1

2

ORDERED, that the Clerk shall file the Corrected Memorandum of Opposition attached to the *Ex Parte* / Consent Motion.

This the _____ day of _____, 2011.

_____
**STANWOOD R. DUVAL, JR.**
Senior Judge, U.S. District Court

**CLERK TO NOTIFY:**

**HON. JOSEPH C. WILKINSON, JR.**