UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>* CIVIL ACTION<br>*<br>* NO. 05-4182 |
| PERTAINS TO: BARGE | * and consolidated cases<br>*<br>* SECTION "K" (2) |
| *Weisler v. Seymour, et al. 09-2737* | *<br>* JUDGE<br>* STANWOOD R. DUVAL, JR.<br>* MAGISTRATE JUDGE<br>* JOSEPH C. WILKINSON, JR. |

******************* *** **** *** **********************

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN EXCESS OF TEN (10) PAGES ON
<u>BEHALF OF PLAINTIFF, DR. RICHARD H. WEISLER,</u>**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Dr. Richard H. Weisler, and moves this Honorable Court for leave to file a Reply Memorandum in support of his pending Motion for Partial Summary Judgment [20499], based upon a showing of the following:

1.  Multiple Motions are presently set for hearing/submission on November 2, 2011, for which Plaintiff has requested oral argument;

1

2. One of the Defendants has just filed an Opposition Memorandum [20526/20527]] with over five hundred (500) pages of Exhibits supposedly related to Plaintiff's pending Motion for Partial Summary Judgment [20499];

3. This Opposition Memorandum, as well as the attached "Declaration of Richard T. Seymour" contains numerous factual assertions many of which are completely false and/or misleading and should be subject to FRCP Rule 11 Sanctions;

4. Plaintiff wishes to file a reply brief which would likely exceed ten (10) pages to address the most egregious assertions by Defendants which proposed Reply Memorandum will not exceed twenty-five (25) pages;

5. In the proposed Reply Memorandum, Plaintiffs wish to make reference to number of the Defendants' own e-mails which completely belie such false factual assertions by the Defendants, which will help clarify the issues; and

6. The interests of fairness, equity, justice and judicial economy would be best served by the filing of the Plaintiff's proposed Reply Memorandum in excess of ten (10) pages.

Based on the foregoing, Plaintiff seeks leave to file the attached Reply Memorandum.

Respectfully submitted,

  /s/ Andrew C. Wilson
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Susan F. Clade (1033)
Christopher B. Conley (31674)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999
Attorneys for Plaintiff, Richard H. Weisler, M.D.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

  /s/ Andrew C. Wilson

N:\DATA\N\50182001\Pleadings\Motion for Leave to file Reply Memorandum.wpd