UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *   *   CIVIL ACTION   *   *   NO. 05-4182 |
| PERTAINS TO: BARGE | *   and consolidated cases   *   *   SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | *   *   JUDGE   *   STANWOOD R. DUVAL, JR.   *   *   MAGISTRATE JUDGE   *   JOSEPH C. WILKINSON, JR. |

### ORDER

CONSIDERING THE FOREGOING Motion for Leave to File Reply Memorandum in excess of ten (10) pages and the Court finding the Motion good and sufficient,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, Richard H. Weisler be and is hereby is granted leave to file his Reply Memorandum in excess of ten (10) pages but not more than twenty-five (25) pages.

New Orleans, this ___ day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

1