UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: ALL BARGE | * * | and consolidated cases |
| AND | * * | SECTION "K" (2) |
| WEISLER V. SEYMOUR, ET AL NO. 09-2737 | * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * | MAG. JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO REPLY

NOW COME Gilbert Defendants who respectfully move for leave to file the Reply Memorandum submitted herewith in support of Gilbert Defendants Motion for Summary Judgment.

So moved this 30th day of October, 2011.

Respectfully submitted,

**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**

*/s/Brian A. Gilbert*
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
bgilbert@briangilbertlaw.com,

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF upload, this 30th day of October 2011.

\s\*Brian A. Gilbert*