UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:  ALL BARGE | and consolidated cases |
| AND | SECTION "K" (2) |
| WEISLER V. SEYMOUR, ET AL NO.  09-2737 | JUDGE STANWOOD R. DUVAL, JR. |
| | MAG. JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Gilbert Defendants' Motion for Leave to Reply, it is hereby ORDERED that the motion be and is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**STANWOOD R. DUVAL, JR.**