clinic at 3450 Chestnut Street in New Orleans.
 A suggestion: in the psychiatric world we have a concept of Single Point of Entry, where one professional is the contact for all. It would be essential to have a similar template with this case, in the spirit of helpful communication in the face of the complexity of the situation.
 Please let me know who that person should be.
 Thanks,
 Mark


 -----Original Message-----
 From: jillhayes@cox.net [mailto:jillhayes@cox.net <mailto:jillhayes@cox.net> ]
 Sent: Thu 5/29/2008 6:09 PM
 To: Alan Fuchsberg; Law Office of Brian A. Gilbert; Townsend, Mark; Griffin, Phillip T.
 Cc: Richard Weisler; rick@rickseymourlaw.net; Lawrence Wiedemann; Wiedemann, Karen; Paul M. Balson
 Subject: Re: Psychological Testing

 Hi. I emailed and mailed out my first invoice already. Does this need to be revised and resent?  Thanks. Jill
 Sent from my Verizon Wireless BlackBerry


 -----Original Message-----
 From: "Alan Fuchsberg" <a.fuchsberg@fuchsberg.com>

 Date: Thu, 29 May 2008 16:09:34
 To:"Law Office of Brian A. Gilbert" <bgilbert@briangilbertlaw.com>,"Townsend, Mark" <MTowns@lsuhsc.edu>,"Jill Hayes" <jillhayes@cox.net>,"Griffin, Phillip T." <pgriff@lsuhsc.edu>
 Cc:"Richard Weisler" <RWeisler@aol.com>,<rick@rickseymourlaw.net>,"Lawrence Wiedemann" <LDWIEDEMAN@aol.com>,"Wiedemann, Karen" <karenwiedemann@bellsouth.net>,"Paul M. Balson" <pmbalson@hotmail.com>
 Subject: RE: Psychological Testing


 Obviously there is the go ahead to complete the psychological evaluation of the four remaining individuals.
 If there are any questions as to methodology that Mark or Rick Weisler cannot address, or that Paul Balson cannot address, I trust they or you will be in touch with either myself or Rick Seymour.

 Alan L. Fuchsberg, member
 The Jacob D. Fuchsberg Law Firm
 500 Fifth Avenue
 New York, New York 10110
 tel:  212 869-3500
 fax:  212 398-1532
 cell: 914 473-5102
 http://www.fuchsberg.com <http://www.fuchsberg.com>

 -----Original Message-----
 From: Law Office of Brian A. Gilbert
 [mailto:bgilbert@briangilbertlaw.com <mailto:bgilbert@briangilbertlaw.com>
 ]
 Sent: Thursday, May 29, 2008 3:47 PM

Barge PSLC000032