bgilbert

**From:** Alan Fuchsberg [a.fuchsberg@fuchsberg.com]
**Sent:** Tuesday, June 03, 2008 4:31 PM
**To:** rick@rickseymourlaw.net
**Cc:** Leslie Kelmachter
**Subject:** RE: Question about First Interim Statement

**Categories:** Red Category

Rick,
We spoke with Chet and he has to see if DiNardo is still interested in finding funding, which Chet will know in a day or so.
If so, then I think that you, Leslie, Chet and I should talk before you go down
to New Orleans and then hopefully you can get this back on track with our NOLA friends.
And perhaps Chet and I would follow you down if we thought closure was possible.


Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

**From:** Richard T. Seymour [mailto:rick@rickseymourlaw.net]
**Sent:** Tuesday, June 03, 2008 2:52 PM
**To:** 'Jill Hayes'
**Cc:** Alan Fuchsberg; 'Townsend, Mark'; rweisler@aol.com; 'Karen Wiedemann'
**Subject:** RE: Question about First Interim Statement

Jill, a check paying your bill is going out to you today.


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
   Voice: 202-862-4320
   Cell:   202-549-1454
   Facsimile: 800-805-1065
   e-mail: rick@rickseymourlaw.net
   Web Site: www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to

1

Barge PSLC000038