## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | * |  |
| IN RE: KATRINA CANAL BREACHES | * |  |
| CONSOLIDATED LITIGATION | * | **CIVIL ACTION** |
|  | * |  |
|  | * | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | * | **and consolida8ted cases** |
|  | * |  |
|  | * | **SECTION "K" (2)** |
|  | * |  |
|  | * |  |
| *Weisler v. Seymour, et al.*  **09-2737** | * | **JUDGE** |
|  | * | **STANWOOD R. DUVAL,** |
|  | * | **JR.** |
|  | * |  |
|  | * | **MAG. JUDGE** |
|  | * | **JOSEPH C. WILKINSON, JR.** |
|  | * |  |

## ORDER GRANTING SEYMOUR AND FUCHSBERG DEFENDANTS' CONSENTED *EX PARTE* / CONSENT MOTION TO SUBSTITUTE THEIR CORRECTED MEMORANDUM OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR THE MEMORANDUM OF OPPOSITION FILED ON OCTOBER 25, 2011

This matter comes before the Court on the Seymour and Fuchsberg defendants' *Ex Parte* / Consent Motion to substitute a Corrected Memorandum of Opposition to Plaintiff's Motion for Partial Summary Judgment (Doc. 20499), in lieu of their October 25, 2011 Opposition memorandum (Doc. 20526).  The Corrected Memorandum of Opposition is Exhibit 1 to the motion.  All parties have consented to the grant of the Motion.  It is therefore

ORDERED, that the Motion be granted; and it is further

ORDERED, that the Clerk shall SUBSTITUE the Corrected Memorandum of Opposition attached

to the *Ex Parte* / Consent Motion.

This the _____31st_____ day of _____October_____, 2011.

_____

**STANWOOD R. DUVAL, JR.**
Senior Judge, U.S. District Court


**CLERK TO NOTIFY:**

**HON. JOSEPH C. WILKINSON, JR.**