UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: BARGE | SECTION "K"(2) |

*Weisler v. Seymour, et al.*  C.A. No. 09-2737

### ORDER

Before the Court is a Request for Oral Argument concerning motions filed and scheduled for submission on November 2, 2011 (Doc. 20499, 20500, 20501, 20502 and 20504). The Court has determined that as the Motion to Strike Counterclaim set for November 16, 2011 is interrelated to these other motions, the Court will not entertain oral argument on November 2, 2011. After reviewing an opposition that is to be filed by November 2, 2011, the Court will then determine whether oral argument is necessary. Accordingly, at this time, the Request for Oral Argument on November 2, 2011 is **DENIED**.

New Orleans, Louisiana, this 31st day of October, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE