**From:** Griffin, Phillip T. [mailto:pgriff@lsuhsc.edu]
**Sent:** Friday, May 30, 2008 5:05 PM
**To:** Law Office of Brian A. Gilbert; rick@rickseymourlaw.net; Townsend, Mark; Mark Jackowski; Alan Fuchsberg; Lawrence Wiedemann; Wiedemann, Karen
**Cc:** Richard Weisler; Jullion Taylor; Jill Hayes
**Subject:** RE: Barge Cases: Medical and Psychological Interviews May 31 and June 1

In both cases I expect to be finished between 4:30 and 5:00. Thank you very much for coordinating this.

---

**From:** Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
**Sent:** Friday, May 30, 2008 3:58 PM
**To:** rick@rickseymourlaw.net; Townsend, Mark; 'Mark Jackowski'; 'Alan Fuchsberg'; 'Lawrence Wiedemann'; 'Wiedemann, Karen'
**Cc:** 'Richard Weisler'; 'Jullion Taylor'; Griffin, Phillip T.; 'Jill Hayes'
**Subject:** RE: Barge Cases: Medical and Psychological Interviews May 31 and June 1

Webber agrees to Sunday beginning at 12:30. He needs transport to and from. We need to know how long the session will last in order to arrange transport.

Josephine agrees to 12:30 Saturday. She needs transport to the session, and Mark Jackowski will bring lunch to her during, and will pick her up after. Same question re session length.

---

**From:** Richard T. Seymour [mailto:rick@rickseymourlaw.net]
**Sent:** Friday, May 30, 2008 3:39 PM
**To:** 'Townsend, Mark'; 'Law Office of Brian A. Gilbert'; 'Mark Jackowski'; 'Alan Fuchsberg'; 'Lawrence Wiedemann'; 'Wiedemann, Karen'
**Cc:** 'Richard Weisler'; 'Jullion Taylor'; 'Griffin, Phillip T.'; 'Jill Hayes'; Jullion Taylor
**Subject:** Barge Cases: Medical and Psychological Interviews May 31 and June 1
**Importance:** High

  1. Mark and Rick, we are trying to line up people on Sunday, but they are checking work schedules. We need to know the start time, and how late you can take someone. I added Jullion to this e-mail, so one "Reply All" reaches everyone.

  2. For Dr. Griffin's 12:30 availability Saturday and Sunday (one person each time): Ms. Richardson is not feeling well. She feels depressed from last week's session. She does not think she will feel well enough by Sunday. We will try to work with her. Mr. Webber is also reporting not feeling well and feeling unavailable. We will try to work with him.

  3. If Richardson and Webber can be brought around, we will try to find out transportation needs. I added Karen to this e-mail, so one "Reply All" reaches everyone.

  I am about to leave for a meeting, but this should work in my absence.

      Rick


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
  Voice:  202-862-4320
  Cell:    202-549-1454
  Facsimile:  800-805-1065
  e-mail: rick@rickseymourlaw.net