**Richard T. Seymour**

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Saturday, May 31, 2008 9:36 AM |
| **To:** | 'Griffin, Phillip T.' |
| **Subject:** | RE: Barge Cases: Josephine Richardson |

Thank you very much.


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
   Voice:  202-862-4320
   Cell:    202-549-1454
   Facsimile:  800-805-1065
   e-mail: rick@rickseymourlaw.net
   Web Site: www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

   The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (202) 862-4320.

---

**From:** Griffin, Phillip T. [mailto:pgriff@lsuhsc.edu]
**Sent:** Saturday, May 31, 2008 9:33 AM
**To:** rick@rickseymourlaw.net
**Subject:** RE: Barge Cases: Josephine Richardson

I am very much aware of that and wanted to clarify a few points so that I might avoid that situation. It is really not necessary for me to cover the exact ground that someone else covered. Tell me whether or not one of the psychiatrists will pull the final report together, incorporating my test results with everything else. If that is the case I do not need to do such a comprehensive interview because they will rely on their own. My need to touch on the trauma material will only apply to my test material. It is straightfoward and I have no need to probe.
Reaction to...and desire to avoid such material is part of the syndrome and is diagnostic.

Phillip T. Griffin PhD, ABPP
Professor and Chief of Psychology
Department of Psychiatry, LSUHSC
LSU Behavioral Health/DePaul Campus
1035 Calhoun St, Seton Bldg