## Richard T. Seymour

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Tuesday, May 27, 2008 4:17 PM |
| **To:** | 'Townsend, Mark'; 'Alan Fuchsberg'; 'Lawrence Wiedemann'; 'Richard Weisler'; 'Griffin, Phillip T.' |
| **Cc:** | 'Brian Gilbert (Office)'; 'Brian Gilbert (home)'; 'Karen Wiedemann'; 'mhtowns@mac.com'; 'Paul M. Balson'; 'Tefft, Stan' |
| **Subject:** | RE: 1)child psych and 2) conference call |

{
1. I just spoke with the investigator, Ronnie Montgomery, and will call him back after taking care of the crisis du jour.

2. 2:30 P.M. EST works for me, but I think Arizona is on Pacific time (also known as Mountain Standard Time without daylight savings) at this time of year so they'd be three hours behind. It's OK with Mark at 11:30 Arizona time? Or am I off in my reckoning?
}

    Rick


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
  Voice: 202-862-4320
  Cell: 202-549-1454
  Facsimile: 800-805-1065
  e-mail: rick@rickseymourlaw.net
  Web Site: www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

    The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (202) 862-4320.

---

**From:** Townsend, Mark [mailto:MTowns@lsuhsc.edu]
**Sent:** Tuesday, May 27, 2008 3:43 PM
**To:** Alan Fuchsberg; rick@rickseymourlaw.net; Lawrence Wiedemann; Richard Weisler; Griffin, Phillip T.
**Cc:** Brian Gilbert (Office); Brian Gilbert (home); Karen Wiedemann; mhtowns@mac.com; Paul M. Balson; Tefft, Stan
**Subject:** RE: 1)child psych and 2) conference call

Alan,