**Subject:** Barge Cases: Draft Medical Report
**From:** "Richard T. Seymour" <rick@rickseymourlaw.net>
**Date:** Fri, 6 Jun 2008 18:54:45 -0400
**To:** "Alan \(office\) Fuchsberg" <a.fuchsberg@fuchsberg.com>, "Brian Gilbert" <bgilbert@briangilbertlaw.com>, "Brian Gilbert \(home\)" <fishkat@cox.net>, "Charles Nolet" <cnolet@wgdnlaw1.com>, "Cindy Arias" <carias@wgdnlaw1.com>, "David Druker" <ddruker@wgdnlaw1.com>, "Edward L. Moreno" <eleemoreno@gmail.com>, "Jullion Taylor" <jullion@rickseymourlaw.net>, "Karen Wiedemann" <karenwiedemann@bellsouth.net>, "Karl Wiedemann" <karlwied@bellsouth.net>, "Lawrence Wiedemann" <ldwiedeman@aol.com>, "Lawrence Wilson" <lwilson@wgdnlaw1.com>, "Leslie Kelmachter" <l.kelmachter@fuchsberg.com>, "Patrick Sanders" <pistols42@aol.com>

```
     I just got off a conference call with Drs. Townsend and Weisler.
Their report will not include individual diagnoses, but will include general
descriptions such as "among the persons interviewed."  Still in progress for
a number of individuals, which helps.  No names in the report, but general
descriptions such as class reps.

     The report will shape up to be very useful, and will have elements
in it on why using a structure to address the emotional distress screening
is much superior to an individual approach.

     There will be a lot of peer-reviewed attachments.  This report is
the likeliest to be involved in a Rule 23(f) appeal from the grant or denial
of class cert, and we know we're going to be making new law, so we want it
as bullet-proofed as possible.

     They're shooting for a draft to us by Monday afternoon.

          Rick


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:   202-862-4320
    Cell:       202-549-1454
    Facsimile:   800-805-1065
    e-mail:   rick@rickseymourlaw.net
    Web Site:   www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown
the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial
Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY:  Please note that (1) e-mail communication is not a secure
method of communication, (2) any e-mail that is sent to you or by you may be
copied and held by various computers it passes through as it goes from me to
you or vice versa, (3) persons not participating in our communication may
intercept our communications by improperly accessing your computer or my
computer or some computer unconnected to either of us which this e-mail
passed through. I am communicating to you via e-mail because you have
consented to receive communications via this medium. If you change your mind
and want future communications to be sent in a different fashion, please let
```

PRIVILEGED AND CONFIDENTIAL     BargePSLCWeisSeym000604

1 of 2                                        Exhibit 47            10/11/2010 4:57 PM