# UPDATED RECORDED TELECONFERENCE

September 15, 2008

**Teleconference Participants:**      Rick Seymour, Karen Weidemann, Brian Gilbert, Richard H. Weisler, MD

**\*\*Approximation/Estimation of voices and statements by the participants heard on this tape. \*\***

The Updated Transcript done 11/1/2011 of the September 15, 2008 teleconference was possible once the original tape was processed using Adobe Auditions 3, Digital Clip. The overall quality of sound and clarity was improved enabling unrecognized previous words and phrases to be typed reducing noise reduction and sounds.

**Teleconference starts:**

**Phone Recording:**      _____ at any time. (Beeps)

**Dr. Weisler:**      Hello.

**Rick Seymour:**      Who is this?  Is someone just joining?

**Dr. Weisler:**      Yeah this Rick Weisler, Rick.

**Brian Gilbert:**      Hi Rick.

**Rick Seymour:**      So Karen is the one we are waiting for.

**Dr. Weisler:**      Okay.

**Brian Gilbert:**      Yeah, I just got off the phone with her. She is calling in.

**Rick Seymour:**      Okay.

**Brian Gilbert:**      Rick Seymour, were you by a television yesterday?

**Rick Seymour:**      I was not.

**Brian Gilbert:**      Oh, good.

**Rick Seymour:**      Because of Ike?

**Brian Gilbert:**      No, because of the Saint's/ Redskins game.

**Rick Seymour:**      Aah!

1

**Exhibit 50**

**Dr. Weisler:**   Huh (laughs). A little rivalry there.

**Brian Gilbert:**   Uuh. Whatever and barely any rivalry when your team can't, can't hang on to a lead in the last three minutes of the game.

**Dr. Weisler:**   Uh huh. I tell ya, Ike is a real mess though, I've been talking with some folks there so, say it's a disaster too.

**Brian Gilbert:**   I got a friend in Chicago that is starting to get it. Ike, Ike is a disaster. Get on line and look at uh, look at video over flights of Galveston. It is a mess!

**Dr. Weisler:**   Yeah. That Crystal Beach Place doesn't exist hardly anymore. It's a lot like the Biloxi Coast.

**Brian Gilbert:**   Yeah and it looks bad. It is bad and the problem is man they had 100,000 people to stay.

**Dr. Weisler:**   Yeah. I think actually one of them I saw Brian was 120,000.

**Brian Gilbert:**   I, I just, I just don't get it. I mean after they saw what happened to us. I don't know why they would do it.

**Dr. Weisler:**   The medical school, it sounds, like most of it is okay but some of it was under water.

**Brian Gilbert:**   That's not okay.

**Dr. Weisler:**   Nope. That's not okay. Some of it had like a few feet of water in the floor but you know the question is what about the generators and all the other stuff and.

**Brian Gilbert:**   That's pretty much what happened to the LSU system here.

**Dr. Weisler:**   Right.

**Brian Gilbert:**   Uh.

**Dr. Weisler:**   It actually just happened to the system up at, aah, uhm, I forget the name of the hospital but Long hospital up there in Baton Rouge is still without power. They can't accept power yet.

**Brian Gilbert:**   You know. That doesn't surprise me.

**Dr. Weisler:**   They have 200 beds that uhm have no power or you know only generator power, I guess basically.

2

**Brian Gilbert:**   Yeah.

**Rick Seymour:**   Brian, do you want to put us on hold and call Karen and make sure she's got the right call-in number and password.

**Brian Gilbert:**   Umh. I don't know if I'm able to do that. I don't know if my cell phone will allow me to do that. I just got off the phone with her before, before I dialed in. Uh, I see that your message did go to her and if she didn't she would call me on her break or actually, I don't know. Let me, let me try. Uh, I don't know whether it is going to disconnect me or not. If it does.

**Rick Seymour:**   If you have the number where Karen is I can try calling her on my cell phone, I am not using for this call.

**Brian Gilbert:**   Uhm, I would have to also risk disconnecting in order to get the number.

**Rick Seymour:**   Well, let's not do that. Ohm,

**Brian Gilbert:**   Well, I mean I'll send her another email.

**Brian Gilbert:**   I'm wondering if she dialed the other conference call number. Let me, let me try and call her. I'll be right back.

**Dr. Weisler:**   Okay.

**Background sounds, noises, telephone pad key sounds.**

**Brian Gilbert:**   Okay. She's coming on.

**Rick Seymour:**   Okay. What was the hold up?

**Brian Gilbert:**   Umh. **Loud ring sounds**. Getting her email up. **Loud ring sounds.**

**Karen Weidemann:**      Hello.

**Brian Gilbert:**   There ya go.

**Dr. Weisler:**   Hey Karen, this is Rick.

**Karen Weidemann:**      Hey, how are you?

**Dr. Weisler**   Good.

**Brian Gilbert:**   Are we are all here.

3

**Dr. Weisler:**          I'm here.

**Brian Gilbert:**        (Asking) Rick Seymour.

**Karen Weidemann:**          I don't know

**Brian Gilbert:**        Yes we did.

**Karen Weidemann:**          Conferences are always easy.

**Rick Seymour:**         Getting a call on the other line.

**Rick Seymour:**         Okay, that call on the other line was the  Democratic Senate Campaign Committee.

**Brian Gilbert:**        (snicker/laugh sound). Okay.

**Dr. Weisler:**          Well, at least it wasn't the Federal Reserve. Ya' know. (laughs)

**Brian Gilbert:**        laughs uh, huh. They don't, they don't call, they just act and then tell you after the fact that we have  **attacked ?** your bank account.

**Dr. Weisler:**          Yeah.

**Brian Gilbert:**        Ohm, Rick Seymour would you lead this discussion?

**Rick Seymour:**         Okay. One of the things that, ohm.

**Dr. Weisler:**          I can't, I can't  hear you, Rick.

**Rick Seymour:**         Oh, can you hear me now?

**Dr. Weisler:**          It's muffled.

**Brian Gilbert:**        You're very muffled.

**Rick Seymour:**         Let me turn the volume up. How's that?

**Dr. Weisler:**          It's still not very good for me.

_____          **(It may be better with speaker off) ?**

**Rick Seymour:**         Okay, how's that?

**Dr. Weisler:**          That's good.

**Brian Seymour:**        Better.

4

**Dr. Weisler:**          That's dramatically better.

**Rick Seymour:**        It's even frustrating with the handset. Uh, so here is the practical situation. At the end of the day everything that is submitted as an expense in a case has got to be approved by the court because it is paid out of the class recovery so that every dollar and ah expenses is something that comes out of the class recovery and the judge has an obligation to scrutinize the stuff. We are going to have a huuuge! problem with respect to all of the medical invoices for the work that was done. We've got over a 1/3 of the million.

**Dr. Weisler:**          Yeah, it sure would have been nice for ya'll to talked about this stuff and to have Alan keep telling us to keep working and doing all this other stuff, all along keep seeing more people, read more papers, annotated bibliography, talk to more researchers and ya know uh, Brian, the people you told me to get in touch with, Larry told me to get in touch with, we did, but all that took time. And, ya know, this couldn't be handled much worse to be having a discussion like this now.

**Rick Seymour:**        Alright, there's no question that uh, uh, well Alan will not be involved with the case in the future and this is one of the major reasons why, but we still have a situation because when a judge looks at the work product, which is always something you gauge by, uh, uh, there is no way that we would be able to persuade the judge that this is a work product that looks as if a 1/3 of the million dollars was properly spent on it. Uh, uh it looks much too small for that. It looks uhm. The judge is going to look at that and say this looks like a week or two's work.

**Dr. Weisler:**          Well, it clearly is not a week or two's work. Seeing the people took that long and you paid. Ohm, ya know you can look at for example Dr. Hayes' work and just doing the one person, how many hours it took to do it in a very complete fashion, just the testing. And Karen, you saw that and I think she's the only one who has been paid. Is that right Karen?

**Karen Weidemann:**     Yes. Her bill was $14,000.

**Dr. Weisler:**          I don't think that's right.

**Rick Seymour:**        The usual uhm.

**Rick Seymour:**        Uh, uh what the court, what the court is going to look at is uh a model and uh what you ordinarily see in individual cases when somebody gets a full work-up is that it costs between $5000 and $10,000 for both the psychologist and the psychiatrist.

**Dr. Weisler:**     Well, I, I think that's not exactly right. I think actually what you paid for, if my memory is correct, Karen, and what we put down in the expert compensation section was around $20 some thousand dollars just for the testing and some help with some other people too in terms of briefly.meeting with them. It takes a lot of time and ohm I don't think that that is correct, Rick, and you're talking about not just that you're talking about pulling together all the literature, talking to people trying to come up with a plan as doing something that hadn't been done before and having to be an expert, like we talked about the other day on multiple areas.

Alan made a mistake and ya'll contributed to the mistake because ya'll got copies of this stuff too. We've been talking to ya'll through this as well. This is the first time that we're having this discussion and briefly in July you said something late in July but prior to that, it was keep working on it, do everything you can possibly do to try to build a strong case for treating this, ya know, ya know evaluate the people, take a look at the literature, see if there is a case for building as a class. **(unsure ? possible recording error/tape error)** literally reading thousands and thousands and thousands of pages of material, much of which we didn't charge you for. Ohm, traveling time alone just to get down in New Orleans to see these people. Alan had, ya know, said go on down there do what you need to do, I've already paid out for all the flights, I've paid out for all the time. Ya'll really messed me up big time, ah when we had our teleconference, the joint one, and you said prepare for the trial the weekend before. Go ahead and put in another 20/30 hours whatever it takes to get ready. Don't overdo it but put 20/30 hours. I had to read all those cases for everybody. I haven't sent that bill yet. I had to read all the cases for all the material for everybody, look at some of the key literature, cancel two days of patients and options and then 30 hours or so before I am supposed to leave, I get an email don't come.

**Karen Weidemann:**     When was that?

**Multiple people talking:**     (Unsure ? )_____

**Dr. Weisler:**     That was when I was suppose to meet all day early in the morning, beginning on the 14th, Karen,

**Rick Seymour:**     ( unsure ?that was Saturday, that was a discussion that Brian and I had with Rick Weisler ohm.

**Dr. Weisler:**     And all the other participants, Howard and Joy Osofsky and Mark Townsend and Shawn Khorami and they said definitely keep going, prepare for it and we want you down in New Orleans. Come on down. Aah, you got to be here all day on the 14th, meeting with

Rick and Brian to prepare. Deposition all day on the 15th. Ohm and virtually no notice and I actually called Rick and left messages that day because I knew you said ya'll had a teleconference on Monday at 11, so we had our conference call on Sunday. Just to be sure I didn't get an answer, and so finally I had to book a flight, now I'm stuck with the flight. Ya know, I got stuck with a hotel bill.

**Brian Gilbert:**    Traveling expenses are not really the issue (still talking –can't make out)

**Dr. Weisler:**    Yeah, but uh I'm also talking about the fact that I lost two full days of work and plus all the preparation time there. I haven't even billed for that yet. Ya'll told me to do the work.

**Brian Gilbert:**    Days lost of work are not really, not really, uh don't really need that much discussion, and, and, travel arrangements and all that. That's, that's not really the problem. The problem is the amount of the uh, bill, uh for the preparation, the report, aah the amount of the bill for evaluation of 11 people and writing a report and that's where we are going to run into real problems with the court.

**Dr. Weisler:**    Well I mean.

**Rick Seymour:**    Particularly because of a lack of any uh description, you've got uh huge amounts of money involved with virtually no indication of uh, clear indication of how the time was spent.

**Dr. Weisler:**    Well, I think actually you've got loads of material as far as. You've got 1500 pages of material on patients or more than that it's 2000 pages of material on patient material, Rick.

**Rick Seymour:**    I'm talking about the statement of time in consideration to the bill. Uh, when uh, uh lawyers have to submit their own time support, uh, what happens is that the time limit is a summary of that, uh, simply gets excluded because of other compensation by the court because you have to provide the details of uh what it is that you were doing. I have the bills up on the screen here in front of me that uh, uh.

**Dr. Weisler:**    Well if you want me to go back and pull every email, all the other sort of stuff, all the articles. I will be happy to kinda go back and look at that stuff, but this is really a terrible time and when we were doing this stuff a lot of this stuff went to ya'll back and I been carrying on conversations with Alan throughout. He kept saying keep working on this stuff. You gave us virtually no time to do it. Okay, so May whatever, the middle of May, you give us a call we had to drop everything to do this stuff for you guys. And for

7

**Brian Gilbert:**     Rick if you pardon my audacity, I'm gonna, I'm gonna cut to the chase. We're looking for a break. We need one.

**Dr. Weisler:**     What we're doing. We'll do as a group. I mean I don't know what to say. Uhm.

**Brian Gilbert:**     Well as a group, I mean I don't, I don't know that this necessarily pertains to the group. I don't know that you would want us necessarily to share our discussions with the group. This is really between us and you because your bill is by far the largest.

**Dr. Weisler:**     Yeah, but I did most of the work. I did far more work than anybody else did and I was encouraged to do more work.

**Brian Gilbert:**     Like I said, I mean ya know. If I can be so forward as to put it forward, I mean, without regard to

**Dr. Weisler:**     Sigh.

**Brian Gilbert**     Uh, what was done, what was not done. I, I think what we're asking for is to negotiate some sort of break with you. I don't mean, I mean, I mean some sort of lenience on the bill.

**Dr. Weisler:**     And the leniency is basically to just cut out money, give you more time to pay it. What are you talking about?

**Brian Gilbert:**     I'm asking for both.

**Background noise:**

**Dr. Weisler:**     And what sort of proposal cause ya know we kept saying, Alan kept saying don't worry in June. Ya know I'm telling him how much time I'm putting in and he said don't worry it will be paid. We will definitely pay the bill. Keep working on it. It is very, very important to get it done and ya know.

**Karen Weidemann:**     Well quite frankly Alan is not paying anything, so.

**Brian Gilbert:**     Alan did this (cut off. Karen starts talking)

**Karen Weidemann:**     Alan did the same thing to us, Rick.

**Brian Gilbert:**     (talking at the same time as Karen can't make out but says something) Laughs.

**Karen Weidemann:**     If I wanna be, I'll be frank with you. Alan did the same thing to us.

8

**Brian Gilbert:**     Alan pulled, pulled some money out from underneath us.

**Dr. Weisler:**     Well, I mean I still feel like he is responsible. I hate to tell you. Laughs.

**Karen Weidemann:**     I do too.

**Brian Gilbert:**     I do too.

**Dr. Weisler:**     I mean he is, he is responsible.

**Brian Gilbert:**     So the fact of the matter if we push it, it's, it's just gonna delay and complicate, uh.

**Dr. Weisler:**     Yeah, but I mean I feel like I put in a lot of time, I paid people to cover me while I was doing this other work.

**Brian Gilbert:**     **(unsure ?)**                .

**Dr. Weisler:**     I lost revenue.

**Brian Gilbert:**      It's not

**Dr. Weisler:**      I turned down loads of things that were, unquestionably I would have been paid for. I wouldn't be negotiating about.

**Brian Gilbert:**     I, I understand.

**Dr. Weisler:**     And kept getting reassured constantly by Alan that this would be paid and as a group. And even if

**Brian Gilbert**     I'm sure, I'm sure that he did that.

**Dr. Weisler:**     Ya know. He left a message for Mark telling him the same thing because we were worried in June were we going get paid. Don't worry definitely as a group we're gone pay you. Then he, uh ya know, in terms of even when I turned all this stuff in, which all of ya'll got copies, I was told to prepare for the deposition, finish reading all the materials, particularly the areas which I was not an expert in, which is in the child area and on some of the medical areas, spending even more hours after we finished turning the stuff in and then I put in more hours.  Brian and Rick, after ya'll told me to spend another time preparing for the deposition and after the conference with Shawn I put in more hours.

**Brian Gilbert:**     We, we had to have you, I mean, obviously ya know, uh, able to talk about these things if in fact it comes to that but, but in the

9

|  |  |
|---|---|
|  | meantime we, we've come to understand that there's no way that that based on the findings that we can certify this class. |
| **Dr. Weisler:** | And I , I understood that as what had came across in the conference call with Shawn. He disagreed with ya'll's opinion on it. That  was our take on it. And that's what I think this is about. (**unsure ?)**laughs) Ohm but I put in a bunch of time. |
| **Brian Gilbert:** | Well, it's also about the amount of money. (interrupted) |
| **Dr. Weisler:** | I understand but I, if you keep (interrupted). |
| **Brian Gilbert:** | And on the fact that , in the fact that, that, that the money that, that Alan was operating under the assumption that he'd be in a position to spend, turns out to have been baseless. And ya' know, he did it to us too. Uhm. |
| **Dr. Weisler:** | I'm sorry to hear that for ya'll as well, but if. |
| **Brian Gilbert:** | Ya' know, we've got, we've got a lot of problems because of what Alan did. This, this what we're talking about today is just one of them. |
| **Dr. Weisler:** | Well, this is uh obviously a major problem for us, all of us, because none of us have been paid. |
| **Brian Gilbert:** | I would expect so |
| **Dr. Weisler:** | And. |
| **Brian Gilbert:** | But, nonetheless I mean, I'm, I'm asking for some type of relief whether it be uh a reduction or uh the ability to pay over a long stretch of time or ideally both, uh because we've still gotta try and get it through the court. |
| **Dr. Weisler:** | Yeah and what sort of time period are you talking about, Brian? |
| **Brian Gilbert:** | Rick Seymour, would you have some idea as to what the answer to that question might be? |
| **Rick Seymour:** | Uh, uh, uh, ssh, no I don't. I said uh, uh, uh, you guys have talked with Shawn on the financial side of the page but uhm I've not been part of that. |
| **Brian Gilbert:** | I've been told by Shawn that if I can, if, if the three of us can negotiate with you some other arrangement that it'd be easier for him to pay it. Ohm, the thing is ya' know he is. I don't know what |

word to use but, but kinda put off by the amount of money that there is and he is our funding source at present.

**Dr. Weisler:** Yeah, he may be put off but at the same time in contrast to the letter he wrote, a lot of, some of the work I did was after the (laughs) phone call including the 2 days that I  (interrupted) was told it was cancelled.

**Brian Gilbert:** **(Talking at the same time)** No, there, there's no dispute as to the timing of every thing. I mean that's, that's, that's not really the issue. I mean, it's, it's just a practical matter of what can we do?

**Dr. Weisler:** Well, that's, that's what I'm talking about. When, I had first talked to them they were saying they were going to start making payments later that month or early September and we were told originally by ya'll that hopefully we would get a check in early August.

**Brian Gilbert:** But, but by them being?

**Dr. Weisler:** I'm sorry what.

**Brian Gilbert:** You said you were told by them. They being.

**Dr. Weisler:** Sean **(Talking at the same time)**

**Brian Gilbert:** Khorami. **(Talking at the same time)**

**Dr. Weisler:** Yeah, yeah, that we, they were working on paying the bill and I was also told by ya'll and by Alan that we would get paid in early August, that we would start getting payments. They were taking over and they were the funding and they would pay and again to keep plugging away and read all this stuff, so uhm I, I hate that it turned out this way. I mean I think that

**Brian Gilbert:** Likewise.

**Dr. Weisler:** Yeah and I, I certainly believe that, that the real findings we relayed back to Alan and ya'll after our first weekend of seeing patients, that not everybody was sick. Some of the people who, ya' know, had losses clearly had resiliency, didn't have problems. Now a lot of people individually were clearly damaged and I still believe a class, my definition of class still makes more sense but if, if it's what Shawn described in the telephone conference it wouldn't apply where everybody would have to be impacted. Ohm, so, are you talking

11

**Brian Gilbert:**     We're, we're not happy about this either. I mean, you, you see that we're in a difficult position.

**Dr. Weisler:**     Aah, I understand you're in a difficulty position.

**Brian Gilbert:**     This is not, this is not just about trying to cut losses or, or increase our profit. It's about trying to come up with a solution to a problem that has to be dealt with.

**Dr. Weisler:**     Right. Well I know, I don't know, as I said, I, I personally feel like Alan is partially responsible, or is largely responsible, as well as ya'll for this.

**Brian Gilbert:**     We, we feel the same but uh, but it is almost neither here nor there because he cannot be counted on.

**Dr. Weisler:**     Uhm and you are talking about six months, four months, what are you talking about to pay it?

**Brian Gilbert:**     Say again.

**Dr. Weisler:**     Are you talking about four months, six months, what, what are we talking about? Because what they had indicated at one point. (Khorami and them, Carolina, Karolina, I think had mentioned may be like over four payments or something, but she said she wudn't sure.

**Brian Gilbert:**     Karen can you speak to that?

**Karen Weidemann:**     I mean. Ohm, ohm. I, I have no idea of what the arrangement is. I think, I think the idea is to figure out the price and tend to get an arrangement is my understanding of it. We have no guarantee at this point, uh, that Shawn is going to pay us. I mean that's the truth. Uhm, we're trying to work that out. I mean, I, I, ya' know.

**Dr. Weisler:**     I mean is this something, I guess, the courts are gonna be involved any way. Do they need to be involved as far as getting the payment part straightened out? Uh, I don't understand.

**Karen Weidemann:**     Well, they're always involved in the payment part, not in the payment part, but I mean they're always involved in the determination.

**Rick Seymour:**     At the back end, the court gets involved in uh, uh says what it thinks.

**Karen Weidemann:**     Right. They're always involved.

12

**Dr. Weisler:**         Right.

**Karen Weidemann:**         And, and so I mean they are not involved in the front end but they are involved in the back end.  In other words, they can say ya' know this isn't part of the case, which is I think what's Shawn, what Khorami's worried about. That this won't be covered by the cost of the case. It won't be (interrupted).

**Dr. Weisler**:         Yeah, but that, but (interrupted)

**Karen Weidemann:**         As beneficial to the class.

**Dr. Weisler:**         Right, but that is not my fault and that's not the group's fault, ya' know.

**Karen Weidemann:**         I, I mean I'm not some. I'm just saying that's what the concern is. I'm not, I'm not.

**Dr. Weisler:**         Oh, I understand what the concern is, but I'm saying if ya'll ya' know made a judgment and it turns out ya' know for whatever reason not to be correct then I don't see that it's really our fault that that happened. I mean we.

**Brian Gilbert:**         It doesn't, it' doesn't, it doesn't need to be your fault in order for the problems to arise.

**Karen Weidemann:**         I, I that's what I'm saying, I don't, I don't know whose fault it is. I, all I'm saying is, that's, that's what happened. Ohm, ya' know, uhm.

**Dr. Weisler:**         But if ya'll, if ya'll as a group knew that you didn't have the resources to pay (**quiet chuckle and continues to speak**) for this you shouldn't have done it.

**Karen Weidemann:**         No, we had the resources. (**talking at the same time as Brian).**

**Brian Gilbert:**         Oh know, we did know we had the resources. (**Brian and     Karen talking – can't make out)**

**Karen Weidemann:**         We had financing through Alan, which was pulled. That's that's what happened.

**Rick Seymour:**         There's, there's really two problems. One of them is that Alan should have kept a very tight reign on expenditures and did not do that and did not pass on, uh, uh anything about the conversations

13

that you were having about how much this was costing, so that, uh letting things, uh, uh, run up much, much too high is one problem. Another problem is that the funds that were supposed to be available to pay for this, uh, were under the control of a group of people and that group of people pulled the funding and Alan may have been involved in that pull-up. And that, that's something that uh (**Karen starts talking at the same time as Rick continues**)

**Karen Weidemann:**   While at the same time, not telling us.

**Rick Seymour:**   (**continues sentence**) On one hand, you got uh, uh no hand keeping the expenses down and the other hand taking away the resources with which to pay.

**Dr. Weisler**   So you mean, Alan was negotiating separately with another group that was suppose to pay this stuff.

**Rick Seymour:**   No. He was.

**Brian Gilbert:**   Provided funding but, but he interposed certain demands that basically shut the funding down. He's, he's, he's at both ends of this problem.

**Dr. Weisler:**   Well, maybe it sounds like what I need to do is talk to Alan as well, because I, I was talking to. We were all talking and negotiating with him as well as with ya'll, so Ohm what I probably need to is think about it and uh, I think we need to have our group conference call and I need to talk to Alan, so I will try to see if (**Rick Seymour starts talking**)

**Rick Seymour:**   You're not going to get anywhere with Alan. We've been talking with Alan for some time.

**Dr. Weisler:**   Do we have to go to court to get Alan to pay? (**Everyone quiet**).

**Rick Seymour:**   It's, it's not very satisfactory for anybody because you're talking about years' worth of litigation and a great deal of additional expense, so uh, uh what we're trying to do is to avoid all that by coming to an agreement uh, uh, for uh, uh a significant reduction because I th ink it is going to be very hard to persuade the court that a project could have cost reasonably 1/3 of a million dollars.

**Dr. Weisler:**   Part of it is because of whatever, everybody, our going rate nationally for everything, which was agreed upon in advance with Alan. And there are a lot of hours and then a lot of it is, if you're able to do it and you don't earn much. It doesn't amount to as much but when you have, ya' know health professionals and all of them are getting paid, this rate it adds up fast.

**Karen Weidemann:**   I don't have the bill in front of me but how much of the time is spent with actual, on the bill is actual patient work or how much of it is research.

**Dr. Weisler:**   A good chunk of it was patient work and I don't have it right in front of me either, but ya' know I went down

**Karen Weidemann:**   Because, I, I'm just saying, I , from my perspective, I mean the reason experts, you know you have experts that are $600 an hour and you have experts that are $150 an hour

**Dr. Weisler:**   Exactly. But part of that

**Karen Weidemann:**   $600 an hour experts have a body of knowledge.

**Dr. Weisler:**   Right.

**Karen Weidemann:**   Which is why you hire the pricier expert.

**Dr. Weisler:**   Right.

**Karen Weidemann:**   That's why I asked the question.

**Dr. Weisler:**   It's a reasonable question. What we talked about though, is Rick told me I had to be an expert in multiple areas because there was only one expert that would be allowed to talk about the class, so that meant reading the areas, and he told me I need to do this. Ya' know I had to be an expert in child psychiatry, child and adolescent, which I'm not an expert in, Karen, so I had to read that literature to prepare. Also areas of medical health related to, uh cause you also asked to talk about physical health as an expert, so a lot of those areas I had to read and I also was asked to create an annotated bibliography of the literature, which took time.

**Unknown:**   Can't make out sounds or words.

**Dr. Weisler:**   That means to do an annotated bibliography; you have to read the literature. **(laughs)** Ohm, some of it I knew. I didn't charge you for all the time and there are loads of hours I didn't charge but let me, let me think about it. But, this is obviously very distressing and very disturbing to hear.

**Rick Seymour:**   Sure.

**Brian Gilbert:**   For us too.

15

**Dr. Weisler:**     Yeah and again I don't know if ya' know litigation isn't the best way, if Alan is just walking away from this stuff after he solicits us. Ya know and ya'll did this as a group to do this work and then just walk away from it when you realize it dudn't work. That's not appropriate.

**Karen Weidemann:**     Well, I, I don't

**Brian Gilbert:**     That's not, that's not the intention. We, we had no intention of walking away from it. We just need help.

**Dr. Weisler:**     This means a significant cut in what we're charging and

**Brian Gilbert:**     Mercy, lenience, mercy

**Dr. Weisler:**     Yeah, and then also time but that means that for us, especially for me when I turn down other things that I would have been paid for and I paid for staff. This created a great deal of hardship that I didn't ask for and I would have done it differently had I known and I think actually at the beginning we told you what we were finding. Why did, why did Shawn think it wouldn't work? What's his rationale as far as why class doesn't work?

**Karen Weidemann:**     It doesn't work because it leaves too many individual issues left for the courts to decide afterwards.

**Dr. Weisler:**     Right and that's (**interrupted**).
**Karen Weidemann:**     Which then defeats class certification.

**Dr. Weisler:**     Right, and there are definitely individual issues. Like I said

**Karen Weidemann:**     Right.

**Dr. Weisler:**     Resiliency issues, all the other stuff (**interrupted**)

**Karen Weidemann:**     PTSD is, is only, ya' know, an individualized diagnosis.

**Dr. Weisler:**     Right.

**Karen Weidemann:**     Individualized diagnosis don't win themselves class certification.

**Dr. Weisler:**     Right. But Rick, you thought this would work or had the potential of working, but I think we were clear at the beginning like when we were talking about, ya' know a couple of proposed uh, ya' know class representatives not having the disorder but ya'll, you felt like that that would

16

actually help the case in some respect in that it showed we
could separate out people who had

## Tape runs out