**Subject:** Barge Cases: Go Ahead
**From:** "Richard T. Seymour" <rick@rickseymourlaw.net>
**Date:** Wed, 28 May 2008 14:35:46 -0400
**To:** <montgomery@jnm4.com>
**CC:** <bgilbert@briangilbertlaw.com>, "'Brian Gilbert \(home\)'" <fishkat@cox.net>, "'Lawrence Wiedemann'" <LDWIEDEMAN@aol.com>, "'Karen Wiedemann'" <karenwiedemann@bellsouth.net>

```
        Ronnie, this is to confirm the statement I just gave you on the
phone.  I've asked for approval to hire you to get the medical records at
$55 an hour and 50 cents a mile and actual charges for the records.

        To enable you to start, I will personally guarantee your fees and
expenses until and unless I hear otherwise from co-counsel.  My contact
information is below.

        Please contact Jill Hayes, Mark Townsend (on his way to Phoenix
right now), and their staff so you can get started.

                Rick Seymour

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
   Voice:   202-862-4320
   Cell:    202-549-1454
   Facsimile:  800-805-1065
   e-mail:  rick@rickseymourlaw.net
   Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown
the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial
Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY:  Please note that (1) e-mail communication is not a secure
method of communication, (2) any e-mail that is sent to you or by you may be
copied and held by various computers it passes through as it goes from me to
you or vice versa, (3) persons not participating in our communication may
intercept our communications by improperly accessing your computer or my
computer or some computer unconnected to either of us which this e-mail
passed through. I am communicating to you via e-mail because you have
consented to receive communications via this medium. If you change your mind
and want future communications to be sent in a different fashion, please let
me know AT ONCE.

     The information contained in this e-mail transmission may be legally
privileged and confidential information intended only for the use of the
individual or entity named above.  If the reader of this transmission is not
the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this transmission is strictly prohibited.  If you
have received this transmission in error, please call (202) 862-4320.
```