## JNM & Associates, LLC

P.O. Box 640526
Kenner, LA 70065
(504) 469-5375 fax (504) 469-2900

**Invoice No.**

## INVOICE

**Customer**

| | |
|---|---|
| Name | Richard T. Seymour/ Law Office of Richard T. Seymour |
| Address | 1150 Connecticut Avenue N. W., Suite 900 |
| City | Washington   State D.C.   ZIP 20036-4129 |
| Phone | (202) 862-4320 |

| | |
|---|---|
| Date | 9/10/2008 |
| Tax ID # | 72-1450985 |
| RE: | Barge Case |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 28 | Retrieval of Medical Records From Over 18 Locations | $55.00 | $1,540.00 |
| 232 | Mileage | $0.50 | $116.00 |

| | | |
|---|---|---|
| | Total Expended | $1,656.00 |
| | Allocated Amount | |

**Payment Details**

Terms - Net 15 Days
Thank You

**TOTAL AMOUNT DUE**   $1,656.00

Office Use Only

*Thank You*

**Exhibit 58**