**Subject:** [Fwd: Barge Cases: URGENT re Jill Hayes' Bill]
**From:** "Brian A. Gilbert" <fishkat@cox.net>
**Date:** Sun, 17 May 2009 12:01:35 -0500
**To:** "Brian A. Gilbert" <fishkat@cox.net>

---Barge Cases: URGENT re Jill Hayes' Bill.eml---

**Subject:** Barge Cases: URGENT re Jill Hayes' Bill
**From:** "Richard T. Seymour" <rick@rickseymourlaw.net>
**Date:** Mon, 2 Jun 2008 16:41:13 -0400
**To:** "Karen Wiedemann" <karenwiedemann@bellsouth.net>
**CC:** "'Law Office of Brian A. Gilbert'" <bgilbert@briangilbertlaw.com>, "'Brian A. Gilbert'" <fishkat@cox.net>, <a.fuchsberg@fuchsberg.com>, "'Larry Wilson'" <lwilson@wgdnlaw1.com>, "'David Druker'" <ddruker@wgdnlaw1.com>

```
        I keep hearing from the medical experts that they need Jill Hayes to
get paid so that they can get her input, and I get the sense they are
worried they won't have her input.

        How much was her first interim statement for?  Can that be paid
right away?

        If the account is flat, is there some way to funnel some more money
in?  I personally guaranteed Ronnie Montgomery's fees so he could get the
medical records to the doctors in time for their report, and never heard
from anyone in NOLA that it would be covered by the Barge PSLC.  It had to
be done, so I did it.  When I get his bill, absent some NOLA acceptance of
it I'll send the bill with a check to the Barge PSLC and it can be paid from
the check I send.

        Can someone take care of Hayes, if the situation is that we can't
pay her from the account?

                        Rick

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:   202-862-4320
    Cell:    202-549-1454
    Facsimile:   800-805-1065
    e-mail:  rick@rickseymourlaw.net
    Web Site:   www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown
the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial
Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY:  Please note that (1) e-mail communication is not a secure
method of communication, (2) any e-mail that is sent to you or by you may be
copied and held by various computers it passes through as it goes from me to
```