```
----- Original Message ----- From: "Karen Wiedemann" <karenwiedemann@bellsouth.net>
To: <rick@rickseymourlaw.net>
Cc: "'Law Office of Brian A. Gilbert'" <bgilbert@briangilbertlaw.com>; "'Brian A.
Gilbert'" <fishkat@cox.net>; <a.fuchsberg@fuchsberg.com>; "'Larry Wilson'"
<lwilson@wgdnlaw1.com>; "'David Druker'" <ddruker@wgdnlaw1.com>
Sent: Monday, June 02, 2008 4:40 PM
Subject: Re: Barge Cases: URGENT re Jill Hayes' Bill
Rick,
I trust that you received the statement from Jill. Her bill is around 6,600.00. I
would love to tell you I have the money..............but, I don't. What I am spending
now is remaining amount of funds that Wilson and Druker advanced two weeks ago. I
have been using that money to pay salaries(Mark, Carrie and Edward), postage,
transportation costs and incidentals(like the hard drive we had to buy to send stuff
to Marino). I wish I had an answer, but I am afraid all I have is a stack of bills.
Karen
----- Original Message ----- From: "Richard T. Seymour" <rick@rickseymourlaw.net>
To: "Karen Wiedemann" <karenwiedemann@bellsouth.net>
Cc: "'Law Office of Brian A. Gilbert'" <bgilbert@briangilbertlaw.com>; "'Brian A.
Gilbert'" <fishkat@cox.net>; <a.fuchsberg@fuchsberg.com>; "'Larry Wilson'"
<lwilson@wgdnlaw1.com>; "'David Druker'" <ddruker@wgdnlaw1.com>
Sent: Monday, June 02, 2008 3:41 PM
Subject: Barge Cases: URGENT re Jill Hayes' Bill
I keep hearing from the medical experts that they need Jill Hayes to
get paid so that they can get her input, and I get the sense they are
worried they won't have her input.
How much was her first interim statement for? Can that be paid
right away?
If the account is flat, is there some way to funnel some more money
in? I personally guaranteed Ronnie Montgomery's fees so he could get the
medical records to the doctors in time for their report, and never heard
from anyone in NOLA that it would be covered by the Barge PSLC. It had to
be done, so I did it. When I get his bill, absent some NOLA acceptance of
it I'll send the bill with a check to the Barge PSLC and it can be paid from
the check I send.
Can someone take care of Hayes, if the situation is that we can't
pay her from the account?
Rick
Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
Voice: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065
e-mail: rick@rickseymourlaw.net
```

1

**Exhibit 62**