**New Orleans, Louisiana 70113**
**Phone: 504/885-7700**
**Phone: 504/581-6180**
**Facsimile: 504/581-4336**
**www.bargecase.com**

---

VERY IMPORTANT FOR GILBERT AGREEING I SHOULD GET PAID AND KHORRAMI SAYING I AM A FRAUD, yet interestingly still continuing to list me as an expert

**Subject:** FW: [Fwd: FW: PLEASE READ AND RESPOND TO ME PROMPTLY]
**From:** "Law Office of Brian A. Gilbert" <bgilbert@briangilbertlaw.com>
**Date:** Thu, 28 Aug 2008 11:08:48 -0500
**To:** <fishkat@cox.net>

```
-----Original Message-----
From: Shawn Khorrami [mailto:SKhorrami@kpalawyers.com]
Sent: Thursday, August 28, 2008 11:04 AM
To: Barge Litigation
Subject: Re: [Fwd: FW: PLEASE READ AND RESPOND TO ME PROMPTLY]
We fundamentally differ on this issue -- it may seem unrealistic, but it
definitely isn't wrong. What Weisler has done is as fraudulent as it gets.
He's wrong. And his work is a fraud too. He could've produced the same
work w/ $30k. That's why I suggested the conference call.
-----Original Message-----
From: "Brian A. Gilbert" <fishkat@cox.net>
Date: Thu, 28 Aug 2008 10:58:49
To: <BargeLitigation@KPAlawyers.com>; 'Mark Ravis'<mravis@kpalawyers.com>;
Shawn Khorrami<skhorrami@KPAlawyers.com>
Subject: [Fwd: FW: PLEASE READ AND RESPOND TO ME PROMPTLY]
```
<u>It is entirely unrealistic and fundamentally wrong to suggest or believe that we can simply tell Weisler "piss off, you get nothing." Whether we are satisfied with the result or not, he did what we considered to be the proper approach to emotional damages. We don't agree with his fees, but we assume risk anytime we engage an expert that the expert will reach conclusions we don't like, or that we later second-guess.</u> This has nothing to do with whether he is entitled to some fee. His fee must be reduced in plain view of the fact that the amount undermines his credibility and the fact that the Court will not stick the class or Lafarge with this exorbitant amount. But either way, it is high time that we make some movement toward compromise because the merits of the case depend on it. I give more credence to this type of malpractice than I do obtaining expert results that we don't like.

**Exhibit 65**