Dr. Coleman will be our child psychiatrist, and Dr. Griffin will be our all-purpose psychologist.   Phil tells me his neuropsychological examinations can be performed in "about half a day."  Chuck (Coleman) will be your MD, and will administer the child versions of the same battery as did Rick and I to the 16 year old.
The conference call time works for me.
I contacted the investigator Dr. Hayes suggested we use to speed up medical records acquisition:  I don't know whether you have agreed to work with him, but he is happy to be of immediate service.
Mark

---

**From:** Alan Fuchsberg [mailto:a.fuchsberg@fuchsberg.com]
**Sent:** Tuesday, May 27, 2008 2:22 PM
**To:** Townsend, Mark; rick@rickseymourlaw.net; Lawrence Wiedemann; Richard Weisler; Griffin, Phillip T.
**Cc:** Brian Gilbert (Office); Brian Gilbert (home); Karen Wiedemann; Tefft, Stan; Paul M. Balson; mhtowns@mac.com
**Subject:** RE:1)child psych and 2) conference call

Mark, I assume we should contact Dr Griffin, due to his availability as well as talent, over Dr Coleman—not both.

Mark, Rick & Rick, Larry, and Dr Griffin, as for my suggestion we conference, Mark Townsend said he can conference call from Phoenix tomorrow:  the best time would be between 2PM and 4PM Eastern. Therefore, can I suggest a one hr call at 2:30 pm EST, 1:30 pm CST?
Cc's are invited to join us.

Please confirm your availability.
Please use our conference call in number:

```
US Toll-Free:
 1-866-846-3997

Participant Passcode:
 755834
```

Thanks
Alan


Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
tel:  212 869-3500
fax:  212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

---

**From:** Townsend, Mark [mailto:MTowns@lsuhsc.edu]
**Sent:** Tuesday, May 27, 2008 3:08 PM
**To:** Alan Fuchsberg; rick@rickseymourlaw.net; Lawrence Wiedemann; Richard Weisler; Griffin, Phillip T.
**Cc:** Brian Gilbert (Office); Brian Gilbert (home); Karen Wiedemann; Tefft, Stan; Paul M. Balson; mhtowns@mac.com
**Subject:** Psychologist

All,

Exhibit 70

I have more good news.  Dr. Philip Griffin, section chief for LSU Psychology, has extensive experience in neuropsychological evaluation, and is happy to evaluate any individual—adolescent\child to the elderly.   He can do the evaluations as expeditiously as he and you require, and will send you his CV.
He can be reached by cell, as well as e-mail as above: 504 451-4323.
Mark

**Tracking:**

PRIVILEGED AND CONFIDENTIAL      BargePSLCWeisSeym000377