**Subject:** [Fwd: Barge Cases: Class Certification Question]
**From:** "Brian A. Gilbert" <fishkat@cox.net>
**Date:** Sat, 16 May 2009 15:32:49 -0500
**To:** "Brian A. Gilbert" <fishkat@cox.net>

---Barge Cases: Class Certification Question.eml---

**Subject:** Barge Cases: Class Certification Question
**From:** "Richard T. Seymour" <rick@rickseymourlaw.net>
**Date:** Sun, 11 May 2008 14:13:04 -0400
**To:** "Alan \(office\) Fuchsberg" <a.fuchsberg@fuchsberg.com>, "Brian Gilbert" <bgilbert@briangilbertlaw.com>, "Brian Gilbert \(home\)" <fishkat@cox.net>, "Charles Nolet" <cnolet@wgdnlaw1.com>, "Chet Kern" <winefly1@aol.com>, "Cindy Arias" <carias@wgdnlaw1.com>, "David Druker" <ddruker@wgdnlaw1.com>, "Edward L. Moreno" <eleemoreno@gmail.com>, "Jullion Taylor" <jullion@rickseymourlaw.net>, "Karen Wiedemann" <karenwiedemann@bellsouth.net>, "Karl Wiedemann" <karlwied@bellsouth.net>, "Lawrence Wiedemann" <ldwiedeman@aol.com>, "Lawrence Wilson" <lwilson@wgdnlaw1.com>, "Leslie Kelmachter" <l.kelmachter@fuchsberg.com>, "Patrick Sanders" <pistols42@aol.com>

```
        This is in conjunction with the memo I just sent.

        NOLA Larry sent the following article, which suggested to me that one possible form of class relief might be
paid the creation of a program of paid mental-health assessment and therapy, to be available to all class members.

        This is not at all a sure shot, because a number of courts have rejected medical-monitoring claims in the
context of toxic exposures.  It seems to me a shot worth taking.
```

1: J Clin Psychiatry. 2006;67 Suppl 2:26-33. [Click here to] Links

### Practical assessment and evaluation of mental health problems following a mass disaster.

Connor KM, Foa EB, Davidson JR.

Department of Psychiatry and Behavioral Science, Duke University Medical Center, Durham, NC 27710, USA. conno004@mc.duke.edu

Almost all individuals who experience a severe trauma will develop symptoms of posttraumatic stress disorder (PTSD) shortly after the traumatic event. Although the natural history of PTSD varies according to the type of trauma, most people do not develop enduring PTSD, and, in many of those who do, it resolves within 1 year without treatment. To the extent that is possible, maintenance of normal daily activities is believed to help patients cope more successfully in the aftermath of major trauma. In the case of a disaster such as the Asian tsunami, the whole community is involved, and it is impossible to continue with normal daily activities. To improve overall outcome after trauma, it would be optimal to identify individuals at increased risk for developing PTSD. This article describes screening and assessment tools for posttrauma mental health problems, particularly PTSD, and examines in more detail instruments that can be used in rapid field assessment of individuals who may be affected or who have already been identified and require monitoring. Self-rated instruments are most appropriate, but the choice of instrument will depend on the local situation and availability of appropriately validated questionnaires. The article also addresses important aspects of training nonmedical personnel in screening and assessment.

```
Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:   202-862-4320
    Cell:    202-549-1454
    Facsimile:   800-805-1065
    e-mail:  rick@rickseymourlaw.net
    Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY:  Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail
that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to
you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly
accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed
through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.
If you change your mind and want future communications to be sent in a different fashion, please let me know AT
```

PRIVILEGED AND CONFIDENTIAL         BargePSLCWeisSeym000072