intercept our communications by improperly accessing your computer or my
computer or some computer unconnected to either of us which this e-mail
passed through. I am communicating to you via e-mail because you have
consented to receive communications via this medium. If you change your mind
and want future communications to be sent in a different fashion, please let
me know AT ONCE.

   The information contained in this e-mail transmission may be legally
privileged and confidential information intended only for the use of the
individual or entity named above.  If the reader of this transmission is not
the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this transmission is strictly prohibited.  If you
have received this transmission in error, please call (202) 862-4320.

─Barge Cases: Dr. Weisler's Invoice.eml─────────────────────────────

**Subject:** RE: Barge Cases: Dr. Weisler's Invoice
**From:** "Alan Fuchsberg" <a.fuchsberg@fuchsberg.com>
**Date:** Wed, 30 Jul 2008 10:33:01 -0400
**To:** <rick@rickseymourlaw.net>
**CC:** "Law Office of Brian A. Gilbert" <bgilbert@briangilbertlaw.com>, "Brian Gilbert \(home\)" <fishkat@cox.net>, "Lawrence Wiedemann" <ldwiedeman@aol.com>, "Karen Wiedemann" <karenwiedemann@bellsouth.net>, "Patrick Sanders" <pistols42@aol.com>, "Karl Wiedemann" <karlwied@bellsouth.net>

Rick W just called and says that Mark Townsend's rate and his is the
same;
He has put in much more time because he had to spend two weekends in New
Orleans (he did not bill for all of the travel time), he designed the
study, came up with a scale, wrote the report and did virtually all of
the research. Then there was the patient material to review. His billing
rate is the typical rate and standard Duke rate.
This was a major undertaking because he had to view a number of
considerations/factors concerning this illness.
He has spent over 300 hours. We did not cap his time or the cost of the
project.
He is resistant to discounting but perhaps if we were ready to pay we
would have more leverage.




Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
tel:  212 869-3500
fax:  212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

-----Original Message-----
From: Richard T. Seymour [mailto:rick@rickseymourlaw.net]
Sent: Tuesday, July 29, 2008 6:46 PM

```
        consented to receive communications via this medium.  If you change your
mind
        and want future communications to be sent in a different fashion, please
let
        me know AT ONCE.

                The information contained in this e-mail transmission may be
legally
        privileged and confidential information intended only for the use of the
        individual or entity named above.  If the reader of this transmission is
not
        the intended recipient, you are hereby notified that any dissemination,
        distribution or copying of this transmission is strictly prohibited.  If
you
        have received this transmission in error, please call (202) 862-4320.
```

—Barge Cases: Dr. Weisler's Invoice.eml—

**Subject:** RE: Barge Cases: Dr. Weisler's Invoice
**From:** "Alan Fuchsberg" <a.fuchsberg@fuchsberg.com>
**Date:** Wed, 30 Jul 2008 12:51:52 -0400
**To:** <rick@rickseymourlaw.net>
**CC:** "Law Office of Brian A. Gilbert" <bgilbert@briangilbertlaw.com>, "Brian Gilbert \(home\)" <fishkat@cox.net>, "Lawrence Wiedemann" <ldwiedeman@aol.com>, "Karen Wiedemann" <karenwiedemann@bellsouth.net>, "Patrick Sanders" <pistols42@aol.com>, "Karl Wiedemann" <karlwied@bellsouth.net>

```
There was no agreement except that he indicated that his hourly rate was
$600.

Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
tel:  212 869-3500
fax:  212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

-----Original Message-----
From: Richard T. Seymour [mailto:rick@rickseymourlaw.net]
Sent: Wednesday, July 30, 2008 10:39 AM
To: Alan Fuchsberg
Cc: 'Law Office of Brian A. Gilbert'; 'Brian Gilbert (home)'; 'Lawrence
Wiedemann'; 'Karen Wiedemann'; 'Patrick Sanders'; 'Karl Wiedemann'
Subject: RE: Barge Cases: Dr. Weisler's Invoice
Importance: High

        Alan, I sent you an e-mail solely to get information from you
that
the NOLA team or I would use in oral discussions with Dr. Weisler, not
in an
e-mail that is potentially discoverable.

        There are a number of specific things to be said, and there was
a
```

PRIVILEGED AND CONFIDENTIAL        BargePSLCWeisSeym001452