From: Richard T. Seymour [rick@rickseymourlaw.net]
Sent: Sunday, May 18, 2008 10:20 PM
To: Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Brian Gilbert (bgilbert@briangilbertlaw.com); Brian Gilbert (home) (fishkat@cox.net); Charles Nolet (cnolet@wgdnlaw1.com); Cindy Arias (carias@wgdnlaw1.com); David Druker (ddruker@wgdnlaw1.com); Edward L. Moreno (eleemoreno@gmail.com); Jullion Taylor (jullion@rickseymourlaw.net); Karen Wiedemann (karenwiedemann@bellsouth.net); Karl Wiedemann (karlwied@bellsouth.net); Lawrence Wiedemann (ldwiedeman@aol.com); Lawrence Wilson (lwilson@wgdnlaw1.com); Leslie Kelmachter (l.kelmachter@fuchsberg.com); Patrick Sanders (pistols42@aol.com)
Subject: Barge Cases re FW: Retention of Dr Townsend

Attachments: FirmLogic Site Map.pdf; FirmLogic - technology and litigation support services for th...pdf; FirmLogic Medical Records Collection, Nurse Analysis, and Med...pdf; FirmLogic Profile.pdf; FirmLogic.doc

   Alan, I have some questions:

   1. I did a Louisiana State and Federal court search on WestLaw, and could not find any cases mentioning Mark Townsend or Paul Balson. Do I have it right (from the subject line) that Townsend would be the one testifying?

   2. I expanded my search to the ALLCASES file covering nationwide State and Federal courts, and still did not come across anything.

   3. Do any of these people have CV's? If we have them, could you please circulate them?

   4. Do any of these people have publication lists? If we have them, could you please circulate them?

   5. Have any of these people testified in court before? Do they have case lists? If we have them, could you please circulate them?

   6. Have any of these people ever been rejected as an expert?

   7. They talk about a "legal research firm," which I assume is "Firm Logic." I've attached some info from the www.firmlogic.net web site. They represent a lot of companies. We need to know what this connection is all about, and conflicts and confidentiality, before we involve a private firm.

   8. We need to talk seriously to them about psychological testing.

   9. At least one of the persons in question is available at 10:30 A.M. Central. Is that the person who will testify? If not, when will the testifying person be available? I'd really like to be part of that conversation.

              Rick

PRIVILEGED AND CONFIDENTIAL        BargePSLCWeisSeym000122

Exhibit 35