**Richard T. Seymour**

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Saturday, June 28, 2008 10:58 PM |
| **To:** | Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Brian Gilbert (bgilbert@briangilbertlaw.com); Brian Gilbert (home) (fishkat@cox.net); Karen Wiedemann (karenwiedemann@bellsouth.net); Lawrence Wiedemann (ldwiedeman@aol.com); Lawrence Wilson (lwilson@wgdnlaw1.com); Mark Townsend (MTowns@lsuhsc.edu); Paul Balson (pmbalson@hotmail.com); Richard Weisler (RWeisler@aol.com) |
| **Subject:** | Barge Medical: The Types of Exposure we tried to cover in lining people up for interviews |

   As we discussed in calls at the time, we tried to line up people for interviews based on different exposures to the events, and based on different ages.

Evacuated and did NOT lose family members or close friends - Old Evacuated and did NOT lose family members or close friends - Younger Evacuated and DID lose family members or close friends - Old Evacuated and DID lose family members or close friends - Younger

Did not evacuate and did NOT lose family members or close friends - Old Did not evacuate and did NOT lose family members or close friends - Younger Did not evacuate and DID lose family members or close friends - Old Did not evacuate and DID lose family members or close friends - Younger

   Our mutual goal was to get as full a range as possible of the experiences of the potential class members, without any preconceived idea of who had past emotional distress and who did not, who had current emotional distress and who did not.  We expected that some would have no ongoing emotional distress and some would.

   While this was not a statistical random sample, it was at least a range of exposures and experiences.

   Rick


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:  202-862-4320
    Cell:    202-549-1454
    Facsimile:  800-805-1065
    e-mail:  rick@rickseymourlaw.net
    Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

**Exhibit 36**