```
From: Richard T. Seymour [rick@rickseymourlaw.net]
Sent: Tuesday, May 20, 2008 7:21 AM
To: Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Brian Gilbert
(bgilbert@briangilbertlaw.com); Brian Gilbert (home) (fishkat@cox.net);
Lawrence Wiedemann (ldwiedeman@aol.com); Mark Townsend
(MTowns@lsuhsc.edu); Paul Balson (pmbalson@hotmail.com); Richard Weisler
(RWeisler@aol.com)
Cc: 'Jullion R. Taylor'
Subject: Barge Cases Medical: Dr. Kilpatrick's Affidavit, and Judge
Duval's Daubert Ruling

Attachments: Kilpatrick Affidavit.pdf; In re Katrina Canal Breaches
Daubert Ruling on Dr Kilpatrick.doc; Provisions of Rule 26(a)(2),
Federal Rules of Civil Procedure.doc
```

These are the materials I promised in our call yesterday.

I have also attached a copy of the provisions of Rule 26(a)(2) of the Federal Rules of Civil Procedure. Your June 12 report will need to comply with these requirements.

It is always a good idea to start compiling early the lists required by the rule, so that things can be added to it as they are consulted. Doing it at the end is far less pleasant.

Rick Seymour

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:  202-862-4320
    Cell:      202-549-1454
    Facsimile:   800-805-1065
    e-mail:  rick@rickseymourlaw.net
    Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail