**Subject:** Barge Cases: Other Examples of Expert Affidavits
**From:** "Richard T. Seymour" <rick@rickseymourlaw.net>
**Date:** Sat, 28 Jun 2008 21:36:36 -0400
**To:** "Alan \(office\) Fuchsberg" <a.fuchsberg@fuchsberg.com>, "Brian Gilbert" <bgilbert@briangilbertlaw.com>, "Brian Gilbert \(home\)" <fishkat@cox.net>, "Karen Wiedemann" <karenwiedemann@bellsouth.net>, "Lawrence Wiedemann" <ldwiedeman@aol.com>, "Lawrence Wilson" <lwilson@wgdnlaw1.com>, "Mark Townsend" <MTowns@lsuhsc.edu>, "Paul Balson" <pmbalson@hotmail.com>, "Richard Weisler" <RWeisler@aol.com>

    Dr. Weisler thought it would be useful to have other examples of the structure of expert affidavits in Federal court, so I have attached two expert reports I did in wage & hour class or collective actions. The judges accepted and relied on the reports in each instance.

    The first large part of the report is the statement of experience. In the medical report, we really need to get to the essence quickly, so we need all statements of experience to be in separate attachments for each person, including Dr. Weisler. The corresponding section would then describe the team, Dr. Weisler's oversight and general knowledge of the team, and refer in the paragraph describing each team member and his or her contribution to the attachments showing the person's qualifications. Dr. Weisler's CV, list of publications (if separate), and list of cases in which he has testified in the last four years, would be Attachments 1-3. In the paragraph discussing the role of each team member, the attachment number for the person's CV should be stated.

    In preparing these things, I find it useful to create a separate document listing attachments. It is then the first document after the report itself. It helps keep attachment numbers straight and avoid mistakes.

    The files constituting the attachments should be uploaded as soon as they are listed with a final number, and the attachment number and content should both be indicated in the file name, such as "Att 15 - CV of Jill Hayes". This flags what we have and what we don't.

                                Rick

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:   202-862-4320
    Cell:    202-549-1454
    Facsimile:   800-805-1065
    e-mail:  rick@rickseymourlaw.net
    Web Site:   www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY:  Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may

**Subject:** RE: Emotional Damages Report - URGENT
**From:** "Richard T. Seymour" <rick@rickseymourlaw.net>
**Date:** Sat, 28 Jun 2008 17:25:17 -0400
**To:** "'Brian A. Gilbert'" <fishkat@cox.net>, "'Richard Weisler'" <RWeisler@aol.com>, "'Paul Balson'" <pmbalson@hotmail.com>, "'Mark Townsend'" <MTowns@lsuhsc.edu>
**CC:** "'Lawrence Wiedemann'" <LDWIEDEMAN@aol.com>, "'Lawrence A. Wilson'" <lwilson@wgdnlaw1.com>

```
        Please see the Kilpatrick report in the other lawsuit as a model of
what the court usually expects.

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:    202-862-4320
    Cell:     202-549-1454
    Facsimile:   800-805-1065
    e-mail:   rick@rickseymourlaw.net
    Web Site:  www.rickseymourlaw.com
```

PRIVILEGED AND CONFIDENTIAL        BargePSLCWeisSeym001246