## Richard T. Seymour

| | |
|---|---|
| **From:** | Townsend, Mark [MTowns@lsuhsc.edu] |
| **Sent:** | Sunday, June 29, 2008 2:07 PM |
| **To:** | rick@rickseymourlaw.net; Alan (office) Fuchsberg; Brian Gilbert; Brian Gilbert (home); Karen Wiedemann; Lawrence Wiedemann; Lawrence Wilson; Paul Balson; Richard Weisler |
| **Cc:** | Jullion R. Taylor |
| **Subject:** | RE: Barge Medical: Expert Report |

Rick S.,
I don't recall whether you all said you were amenable to using a third-party to assist us in gathering and assembling documents, e.g. FirmLogic? Although Rick, Jill and I have no reason not to believe we cannot complete the work report by COB tomorrow, FirmLogic would work with us (under separate contract with you) to re-sort and re-compile the information.
Thanks,
Mark

---

**From:** Richard T. Seymour [mailto:rick@rickseymourlaw.net]
**Sent:** Sunday, June 29, 2008 12:21 AM
**To:** Alan (office) Fuchsberg; Brian Gilbert; Brian Gilbert (home); Karen Wiedemann; Lawrence Wiedemann; Lawrence Wilson; Townsend, Mark; Paul Balson; Richard Weisler
**Cc:** 'Jullion R. Taylor'
**Subject:** Barge Medical: Expert Report
**Importance:** High


```
        Here are the questions I expect the judge would like to see information about in
the medical report, whether or not complete answers are in:

        A. The Major Question: Does the class action device provide advantages or
disadvantages in addressing any past, current, or ongoing physical or emotional distress
arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St.
Bernard Parish within the Class Area?

        B. Have independent studies been made of any patterns of physical or mental health
problems caused by Katrina?  What did they say?

        C. Have you performed any studies that would, at least at this stage, either tend
to reject or corroborate or confirm these independent studies?

        D. Who are the people who worked with you, and their qualifications?

        E. What did you do, in general?

        F. What instruments or rating scales were used?

        G. What are your broad conclusions as to the studies you performed?

        H. Is there evidence of past physical or emotional distress arising from the
flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within
the Class Area?

                1. Can pre-Katrina physical or emotional distress be separated out, so that
        we are dealing with only the physical or emotional distress, or with the
        aggravation of past physical or mental conditions, caused by the destruction of
        life and property by the flooding?
```

  2. Is there a reliable means of determining that the person in question suffered some past physical or emotional distress, given that none is now manifest?

  3. Is there a reliable means of determining the degree or intensity of the person's past physical or emotional distress, given that none is now manifest?

  4. Is there a reliable means of determining the duration of the person's past physical or emotional distress, given that none is now manifest?

I. Vs there evidence of current physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area?

  1. Can pre-Katrina physical or emotional distress be separated out, so that we are dealing with only the physical or emotional distress, or with the aggravation of past physical or mental conditions, caused by the destruction of life and property by the flooding?

  2. Is there a reliable means of determining that the person in question suffered some past physical or emotional distress, given that it may have been reduced as time went by?

  3. Is there a reliable means of determining the degree or intensity of the person's physical or emotional distress, given that it may have been reduced as time went by?

  4. Is there a reliable means of determining the duration of the person's physical or emotional distress, given that it may have been reduced as time went by?

J. Is there evidence of ongoing physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area?

  1. Can pre-Katrina physical or emotional distress be separated out, so that we are dealing with only the physical or emotional distress, or with the aggravation of past physical or mental conditions, caused by the destruction of life and property by the flooding?

  2. Is there a reliable means of determining that the person in question suffered some past physical or emotional distress, given that it may have been reduced as time went by?

  3. Is there a reliable means of determining the degree or intensity of the person's physical or emotional distress, given that it may have been reduced as time went by?

  4. Is there a reliable means of determining the past and future duration of the person's physical or emotional distress, given that it may have been reduced as time went by?

K. Is there evidence that some people did not suffer ongoing physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area?

  1. Explain.

  2. Can malingerers and dishonest people, claiming injury where there was none, be identified? How?

L. Did you find any patterns among the people you have evaluated to date, or was it all individual?

PRIVILEGED AND CONFIDENTIAL  BargePSLCWeisSeym001269

    M. Do persons in the Class Area need to be screened for past, current, or ongoing physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area?

        1. Why?

        2. Hasn't everyone who needs to be screened already been screened?

        3. Is it more effective to leave this to individuals who feel injured and whomever they consult, or to develop a system for screening large numbers of people under a common procedure and with common rating scales?

        4. Is it more cost-effective to leave this to individuals who feel injured and whomever they consult, or to develop a system for screening large numbers of people under a common procedure and with common rating scales?

        5. Without the structure of a class, for communications with class members and to obtain funding from one or more defendants if plaintiffs win the case, do you think unscreened people will get screened?

    N. Do persons in the Class Area need to be treated for past, current, or ongoing physical or emotional distress arising from the flooding of the Lower Ninth Ward of New Orleans and the part of St. Bernard Parish within the Class Area?

        1. Why?

        2. Hasn't everyone who needs to be treated already been treated?

        3. Is it more effective to leave this to individuals who feel injured and whomever they consult, or to develop a system for screening large numbers of people under a common procedure and with common rating scales?

        5. Is it more cost-effective to leave this to individuals who feel injured and whomever they consult, or to develop a system for screening large numbers of people under a common procedure and with common rating scales?

        6. Without the structure of a class, for communications with class members and to obtain funding from one or more defendants if plaintiffs win the case, do you think untreated people will get treated?

    O. List of all documents and materials reviewed or considered.

    P. Compensation for you and for the team.

        Rick

Richard T. Seymour  
Law Office of Richard T. Seymour, P.L.L.C.  
1150 Connecticut Avenue N.W.  
Suite 900  
Washington, D.C.  20036-4129  
    Voice:  202-862-4320  
    Cell:    202-549-1454  
    Facsimile:  800-805-1065  
    e-mail:  rick@rickseymourlaw.net  
    Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY:  Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

   The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call (202) 862-4320.

PRIVILEGED AND CONFIDENTIAL     BargePSLCWeisSeym001271