**Subject:** Barge Cases: Creation of Secure Web Storage Area for Medical Expert Reports and Appendices
**From:** "Richard T. Seymour" <rick@rickseymourlaw.net>
**Date:** Sat, 28 Jun 2008 07:08:55 -0400
**To:** "Alan \(office\) Fuchsberg" <a.fuchsberg@fuchsberg.com>, "Brian Gilbert" <bgilbert@briangilbertlaw.com>, "Brian Gilbert \(home\)" <fishkat@cox.net>, "Lawrence Wiedemann" <ldwiedeman@aol.com>, "Lawrence Wilson" <lwilson@wgdnlaw1.com>, "Mark Townsend" <MTowns@lsuhsc.edu>, "Paul Balson" <pmbalson@hotmail.com>, "Richard Weisler" <RWeisler@aol.com>

```
I've set up an account with i-Backup that can be used to upload and download
the report and all appendices.

Rick Weisler and Mark Townsend are already set up to upload and download
directly using their own user names and passwords.  If others from their
teams need to be able to upload and download directly, I think they can use
the same user name and password.  If not, send me their names and e-mail
addresses.

Brian (both e-mail accounts), NOLA Larry, Karen, Pat, NY Larry, and Alan are
also already set up.

I will e-mail you separately with your user names and passwords.  All are
lower case.

Here is the drill:

        1. Go to https://www4.ibackup.com.

        2. Log on.

        3. When you log on, click on "RSeymour TPAD" if you see it.

        4. Click on "Medical" if you see it.

        5. You will then see a list of files.  You can click on any file,
open it,and save it to your hard drive.  DO MOT save it to the secure area
unless you want everyone to see it.

        6. The medical team can upload files into this area.

        7. IF ANYONE IS USING WORD 2007, SAVE THE FILES IN WORD 2003 FORMAT
AND UPLOAD THEM IN THAT FORMAT.

                Rick

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:   202-862-4320
    Cell:    202-549-1454
    Facsimile:  800-805-1065
    e-mail:  rick@rickseymourlaw.net
    Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown
the door."

Mediation
```