you or vice versa, (3) persons not participating in our communication may
intercept our communications by improperly accessing your computer or my
computer or some computer unconnected to either of us which this e-mail
passed through. I am communicating to you via e-mail because you have
consented to receive communications via this medium. If you change your mind
and want future communications to be sent in a different fashion, please let
me know AT ONCE.

The information contained in this e-mail transmission may be legally
privileged and confidential information intended only for the use of the
individual or entity named above. If the reader of this transmission is not
the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this transmission is strictly prohibited. If you
have received this transmission in error, please call (202) 862-4320.

---Barge Cases: Class Certification Question.eml---

**Subject:** Barge Cases RE: good news on the emotional health class issue and need to set up psych evaluations next saturday for class reps
**From:** "Richard T. Seymour" <rick@rickseymourlaw.net>
**Date:** Fri, 16 May 2008 18:16:22 -0400
**To:** <a.fuchsberg@fuchsberg.com>, <lwilson@wgdnlaw1.com>, "'Brian Gilbert'" <bgilbert@briangilbertlaw.com>, "'Brian Gilbert \(home\)'" <fishkat@cox.net>, "'Charles Nolet'" <Cnolet@wgdnlaw1.com>, "'Chet Kern'" <winefly1@aol.com>, "'Cindy Arias'" <carias@wgdnlaw1.com>, "'Dave Druker'" <ddruker@wgdnlaw1.com>, "'Edward L. Moreno'" <eleemoreno@gmail.com>, "'Jullion Taylor'" <jullion@rickseymourlaw.net>, "'Karen Wiedemann'" <karenwiedemann@bellsouth.net>, "'Karl Wiedemann'" <karlwied@bellsouth.net>, "'Lawrence WIEDEMAN'" <ldwiedeman@aol.com>, "'Leslie Kelmachter'" <l.kelmachter@fuchsberg.com>, "'Pat' 'Sanders'" <pistols42@aol.com>

Two of the class reps are in New Orleans. One class rep for
emotional damages is Kismit Bougere, who is in Plano, Texas. That's 530
miles from New Orleans. She appears to have by far the most severe damage.
I do not know how she is about travel, but we can find out.

Another is Michael Joseph Riche, in Lacombe, Louisiana, about 50
miles away.

A third is Herman Koch, in Picayune, Mississippi, about 50 miles
away.

An admissible diagnosis will have to be differential, to exclude
other causes, even if this is a tentative or "starter" diagnosis. That
means psychological testing by a psychologist. The psychiatrist can rely on
this testing without the psychologist having to testify.

This will need to be lined up and explained to them in advance by
counsel.

Allen, let's you and I talk on Monday morning about this, with Brian
or another NOLA person joining if possible. My office now has contact with
these people because of the class cert motion, and if we have a consensus
Jullion and I can take care of the explanations.

We will need a psychologist and location for them to go to before
the interview (I assume before is best), and we will need a location for the
interviews.

We will also need to arrange time off from work, for those who are
working. Saturdays are not necessarily free days for them.

All of which is to say that scheduling may be a challenge.

         Rick


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:    202-862-4320
    Cell:     202-549-1454
    Facsimile:   800-805-1065
    e-mail:   rick@rickseymourlaw.net
    Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown
the door."

Mediation

PRIVILEGED AND CONFIDENTIAL       BargePSLCWeisSeym000075