-----Original Message-----
From: "Richard T. Seymour" <rick@rickseymourlaw.net>
Date: Sat, 24 May 2008 12:27:39
To:"Alan \(office\) Fuchsberg" <a.fuchsberg@fuchsberg.com>,"Brian Gilbert"
<bgilbert@briangilbertlaw.com>,"Brian Gilbert \(home\)"
<fishkat@cox.net>,"Charles Nolet" <cnolet@wgdnlaw1.com>,"Cindy Arias"
<carias@wgdnlaw1.com>,"David Druker" <ddruker@wgdnlaw1.com>,"Edward L. Moreno" <eleemoreno@gmail.com>,"Jullion Taylor"
<jullion@rickseymourlaw.net>,"Karen Wiedemann"
<karenwiedemann@bellsouth.net>,"Karl Wiedemann"
<karlwied@bellsouth.net>,"Lawrence Wiedemann"
<ldwiedeman@aol.com>,"Lawrence
Wilson" <lwilson@wgdnlaw1.com>,"Leslie Kelmachter"
<l.kelmachter@fuchsberg.com>,"Patrick Sanders" <pistols42@aol.com>
Subject: Barge Cases: Medical Results
Highly Confidential:
1. ▮▮▮▮▮▮▮▮ is in very poor shape. ▮▮ will be there today, and has agreed to return tomorrow so that they can finish. ▮▮ meets the strict
criteria for PTSD, ▮▮ definitely has bipolar disorder, and ▮▮ is in a
"mixed state." After the flood, ▮▮ had suicidal thoughts and thought of
killing ▮▮ and her children. ▮▮ no longer has suicidal thoughts, but
does have frequently recurring nightmares of drowning. ▮▮ NEEDS TREATMENT
[Fwd: Barge Cases: Medical Results]
12 of 20 10/11/2010 3:12 PM
PRIVILEGED AND CONFIDENTIAL BargePSLCWeisSeym000358
and is not getting any. Dr. Weisler will give ▮▮ referrals to people in
Texas. WE'RE ON NOTICE. Can we do anything to help ▮▮ get a treater in
the ▮▮ area, which is where ▮▮ is?
2. ▮▮▮▮▮▮ meets the clinical criteria and has a good distress claim.
3. ▮▮▮▮▮▮ does NOT have a good distress claim ▮▮ distress is
actually caused by the death of ▮▮ son from a drug overdose a few months
before the flood, and Katrina has little to do with ▮▮ present emotional
state. ▮▮ is a class rep for other subclasses, but not emotional distress.
Note: This is a very useful result, because we need to show that we can
screen people out.
4. It is taking longer than expected. They will ask the 3:30 people to come in tomorrow.
5. All of the inevitable interim problems so far have been resolved.
Rick

EXHIBIT

Exhibit 49