**Subject:** Current Deposition Schedule
**From:** "Law Office of Brian A. Gilbert" <bgilbert@briangilbertlaw.com>
**Date:** Mon, 8 Sep 2008 16:18:49 -0500
**To:** <bargelitigation@kpalawyers.com>

To be sure that everyone is on the same page the following is the deposition schedule.

-----Original Message-----
From: Brian A. Gilbert [mailto:fishkat@cox.net]
Sent: Friday, September 05, 2008 10:36 AM
To: Walker, Derek; BargeLitigation@KPAlawyers.com
Cc: Blanchard, Charles; Fisher, Robert; Forbes, Tom; Meza, Marina; Henry, Mark; pistols42@aol.com
Subject: Re: FW: Hurricane Status Reports

Derek:

Lexie and I are home.  No damage that we know of yet.  Uptown looks pretty good.

We confirm the following depositions:

Weds. 9/10 -  Thomassie as scheduled
Thurs. 9/11 -  Kilpatrick as scheduled
Fri. 9/12 -  Marino as scheduled
Mon 9/15 - Ragas as scheduled;
Tues 9/16 - Boudreaux
Thurs 9/25 - depose Spinks as scheduled

Pat Sanders will coordinate with you and Don Green concerning the following:

Weds 9/17 or Thurs 9/18 or Weds 9/24.

Will advise re Weisler Mon 9/22, Suhayda  Fri 9/26 and Benedek Tues 9/23 once I am able to access the calendar and coordinate with my co-counsel.

We do not oppose reasonable continuance of hearings set for 9/17.  9/24 for filing of oppositions is a bit long when we've only lost a week due to the storm, but if we can agree to extend the entire Daubert schedule in order to accommodate sufficient time for Plaintiffs to draft and file Daubert motions after all depositions, we would agree to 9/24 for your oppositions to motions currently set for 9/17.

We will seek as well to continue class cert, hopefully with Lafarge's consent, but to preserve the sequence of class cert before trials.  Please consult with your team as to any aspect of class cert continuance on which we can agree before we put the matter before the Court.

I am available by cell phone all day today and this weekend should you wish to confer concerning any of the above.

I hope that you have a good trip back into the area.  My advice is to get as much traffic info as possible before planning your route.  It may be easier by Saturday, but I heard yesterday of some bad areas of I-55 and bottlenecks well before the I-55 I-10 junction.  I-10 was also pretty bad around Laplace according to some reports.  Have spare gasoline, ice, etc., as there may not be any until you get into the city.  Good luck.

Brian

PRIVILEGED AND CONFIDENTIAL        BargePSLCWeisSeym001851