individual or entity named above. If the reader of this transmission is not
the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this transmission is strictly prohibited. If you
have received this transmission in error, please call (202) 862-4320.
Barge Cases: URGENT re Jill Hayes' Bill.eml

**Subject:** Re: Barge Cases: URGENT re Jill Hayes' Bill

**From:** "Karen Wiedemann" <karenwiedemann@bellsouth.net>

**Date:** Mon, 2 Jun 2008 16:40:25 -0500

**To:** <rick@rickseymourlaw.net>

**CC:** "'Law Office of Brian A. Gilbert'" <bgilbert@briangilbertlaw.com>, "'Brian A. Gilbert'"
<fishkat@cox.net>, <a.fuchsberg@fuchsberg.com>, "'Larry Wilson'"
<lwilson@wgdnlaw1.com>, "'David
Druker'" <ddruker@wgdnlaw1.com>

Rick,
I trust that you received the statement from Jill. Her bill is around
6,600.00. I
would love to tell you I have the money..............but, I don't. What I am
spending
now is remaining amount of funds that Wilson and Druker advanced two weeks
ago. I have
been using that money to pay salaries(Mark, Carrie and Edward), postage,
transportation
costs and incidentals(like the hard drive we had to buy to send stuff to
Marino). I
wish I had an answer, but I am afraid all I have is a stack of bills.
Karen
----- Original Message ----- From: "Richard T. Seymour"
<rick@rickseymourlaw.net>
To: "Karen Wiedemann" <karenwiedemann@bellsouth.net>
Cc: "'Law Office of Brian A. Gilbert'" <bgilbert@briangilbertlaw.com>;
"'Brian A.
Gilbert'" <fishkat@cox.net>; <a.fuchsberg@fuchsberg.com>; "'Larry Wilson'"
<lwilson@wgdnlaw1.com>; "'David Druker'" <ddruker@wgdnlaw1.com>
Sent: Monday, June 02, 2008 3:41 PM
Subject: Barge Cases: URGENT re Jill Hayes' Bill
I keep hearing from the medical experts that they need Jill Hayes to
get paid so that they can get her input, and I get the sense they are
worried they won't have her input.
How much was her first interim statement for? Can that be paid
right away?
If the account is flat, is there some way to funnel some more money
in? I personally guaranteed Ronnie Montgomery's fees so he could get the
medical records to the doctors in time for their report, and never heard
from anyone in NOLA that it would be covered by the Barge PSLC. It had to
be done, so I did it. When I get his bill, absent some NOLA acceptance of
it I'll send the bill with a check to the Barge PSLC and it can be paid from
the check I send.
[Fwd: Barge Cases: URGENT re Jill Hayes' Bill]
2 of 5 10/11/2010 3:14 PM
PRIVILEGED AND CONFIDENTIAL BargePSLCWeisSeym000530
Can someone take care of Hayes, if the situation is that we can't
pay her from the account?
Rick
Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.

EXHIBIT

Exhibit 57