| | |
|---|---|
| **From:** | "Richard T. Seymour" <rick@rickseymourlaw.net> |
| **To:** | "'Karen Wiedemann'" <karenwiedemann@bellsouth.net>; "'Karl Wiedemann'" <karlwied@bellsouth.net>; <LDWIEDEMAN@aol.com> |
| **Sent:** | Sunday, September 07, 2008 8:56 PM |
| **Subject:** | Barge Cases: FW: Whether you have been paid for your work already in the barge case? |

It appears that, unless checks were =ied up in transit because of Gustav, no one but Jill has been paid for any =f their work in the case.


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
   Voice:  =02-862-4320
   Cell:    202-549-1454
   Facsimile:  800-805-1065
   e-mail:  rick@rickseymourlaw.net        &n=sp;       &nb=p;
   Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives =ecently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial =rbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not = secure method of communication, (2) any e-mail that is sent to you or by =ou may be copied and held by various computers it passes through as it goes =rom me to you or vice versa, (3) persons not participating in our =ommunication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail =assed through. I am communicating to you via e-mail because you have consented =o receive communications via this medium. If you change your mind and want =uture communications to be sent in a different fashion, please let me know AT =NCE.

   The information contained in this e-mail =ransmission may be legally privileged and confidential information intended only for =he use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that =ny dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, =lease call (202) 862-4320.

---

**From:** =Weisler@aol.com [mailto:RWeisler@aol.com]
**Sent:** Friday, September =5, 2008 3:50 PM
**To:** =ick@rickseymourlaw.net; bgilbert@briangilbertlaw.com; a.fuchsberg@fuchsberg.com; =DWIEDEMAN@aol.com; karenwiedemann@bellsouth.net
**Cc:** mtowns@lsuhsc.edu; josofs@lsuhsc.edu; hosofs@lsuhsc.edu
**Subject:** Fwd: Whether you =ave been paid for your work already in the barge case?

I just resent this as it bounced =ack from some of you. Rick
_____=_____

Mark Townsend called to =nform me that has **not** been paid to his knowledge though he will check again with the =epartmental business manager on Monday to see if check recently arrived. Joy and =oward Osofsky have **not** been paid as is reflected in Joy's email. Jill wrote to say that she has =een paid for almost all her work except for a few small charges. I haven't =eard from Phil yet. We collectively look forward to talking with you early =ext week to get this issue resolved. Rick

From: JOsofs@lsuhsc.edu
To: RWeisler@aol.com
Sent: 9/5/2008 3:16:04 P.M. Eastern Daylight Time
Subj: Re: Whether you have been paid for your work already in the barge =ase?

Howard and I have not received any payment

Joy

------------------
Joy D. Osofsky, Ph.D.
Josofs@lsuhsc.edu
(504) 296-9011 (cell)

---

: RWeisler@aol.com <rweisler@aol.com>
To: Townsend, Mark; =sofsky, Howard; Osofsky, Joy; Griffin, Phillip T.; jillhayes@cox.net <jillhayes@cox.net>
Cc: =ick@rickseymourlaw.net <rick@rickseymourlaw.net>; bgilbert@briangilbertlaw.com <bgilbert@briangilbertlaw.com>; a.fuchsberg@fuchsberg.com <a.fuchsberg@fuchsberg.com>; LDWIEDEMAN@aol.com <ldwiedeman@aol.com>; karenwiedemann@bellsouth.net <karenwiedemann@bellsouth.net>
Sent: Fri Sep 05 13:58:32 =008
Subject: Whether you have =een paid for your work already in the barge case?

I just got off the phone with Rick Seymour. I was very surprised when he told me that he was under the impression that many if not all of you had already been paid in the =arge case. That is certainly not my understanding from my =onversations with you. I would appreciate it if you would each send a note to =veryone on this list if you have already been paid partially or in full for =our work. I know Mark did say that he had gotten one small =ayment to cover supply related expenses. Only Jill Hayes has been paid for =ervices rendered to my knowledge and that was back in June I =hink.

Thanks for your input, Rick 919 =16-4704

---

Psssst...Have you heard the news? The=e's a new fashion blog, plus the latest fall trends and hair styles at =tyleList.com.

---

Psssst...Have you heard the news? The=e's a new fashion blog, plus the latest fall trends and hair styles at =tyleList.com.