**From:** Townsend, Mark [mailto:MTowns@lsuhsc.edu]
**Sent:** Sunday, June 29, 2008 2:07 PM
**To:** rick@rickseymourlaw.net; Alan (office) Fuchsberg; Brian Gilbert; Brian Gilbert (home); Karen Wiedemann; Lawrence Wiedemann; Lawrence Wilson; Paul Balson; Richard Weisler
**Cc:** Jullion R. Taylor
**Subject:** RE: Barge Medical: Expert Report

Rick S.,

I don't recall whether you all said you were amenable to using a third-party to assist us in gathering and assembling documents, e.g. FirmLogic? Although Rick, Jill and I have no reason not to believe we cannot complete the work report by COB tomorrow, FirmLogic would work with us (under separate contract with you) to re-sort and re-compile the information.
Thanks,
Mark

---

### Richard T. Seymour

**From:** Richard T. Seymour [rick@rickseymourlaw.net]
**Sent:** Sunday, June 29, 2008 2:34 PM
**To:** 'Townsend, Mark'; 'Alan (office) Fuchsberg'; 'Brian Gilbert'; 'Brian Gilbert (home)'; 'Karen Wiedemann'; 'Lawrence Wiedemann'; 'Lawrence Wilson'; 'Paul Balson'; 'Richard Weisler'
**Cc:** 'Jullion R. Taylor'
**Subject:** RE: Barge Medical: Expert Report

I do not understand what but complication and chance for error would arise from injecting a new person or persons at this stage. You know what you considered and relied upon, and would have to spend time teaching someone else who knows nothing of the case or your work so far. What is needed is from one to "X" paragraphs addressing each of the questions, saying what you did, and what you have so far concluded. Sending a paralegal to North Carolina or hiring a company at this stage sounds unworkable. Misstatements might creep in inadvertently

You have the substance, and just need to organize it to address the questions.


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
   Voice: 202-862-4320
   Cell:   202-549-1454
   Facsimile:  800-805-1065
   e-mail: rick@rickseymourlaw.net
   Web Site: www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

**Exhibit 67**

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

   The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (202) 862-4320.