UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## THE MRGO PLAINTIFFS' THIRD PRELIMINARY EXHIBIT LIST

Pursuant to the Court's Minute Entry dated March 17, 2011, as modified by the Court's Order dated July 25, 2011 (Docket No. 20200), The MRGO Plaintiffs' ("Plaintiffs'") submits this third preliminary list of exhibits that may or will be introduced at trial in the above-referenced action.

While Plaintiffs have endeavored in good faith to prepare a exhibits lists, it is necessarily limited, and subject to further change and modification considering that discovery and investigation in this case is ongoing and discovery in this case will not close until February 10, 2012. Plaintiffs' will supplement this on the 1st of each month, as directed by the the Court's Order dated July 25, 2011.

Subject to these qualifications, Plaintiffs hereby submit their preliminary exhibit list:

49  Dr. Sherwood Gagliano's photographs showing the development of a marshy swamp on the eastside of the IHNC floodwall in the Lower 9th Ward.

1

50. IHNC Lock Replacement Project - Design Documentation Report No. 3 Lock Foundation Report -  March 13, 2002; NED-149-000001435.

51. Basis of Decision for No Further Action - Saucer Marine; WGI078184, WGI078185, WGI078186.

52. Basis of Decision for No Further Action - Mayer Yacht; WGI078189, WGI078190, WGI078191, WGI078191, WGI078192.

53. Basis of Decision for No Further Action - Indian Towing; WGI078194, WGI078195, WGI078196.

54. Basis of Decision for No Further Action - International Tank Terminal; WGI078199, WGI078200, WGI078201.

55. Basis of Decision for No Further Action - McDonough Marine; WGI078206, WGI078207

56. Basis of Decision for No Further Action - Boland Marine; WGI078209, WGI078210, WGI078211.

57. Oct. 2000 - Project Work Plan Project Site Development and Remedial Action - EBIA - IHNC_Lock Replacement Project; WGI MSJ Exh. 4

PLAINTIFFS' LIAISON COUNSEL

s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 1st day of November, 2011.

/s/ *Joseph M. Bruno*
Joseph M. Bruno