UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## THE MRGO PLAINTIFFS' THIRD PRELIMINARY WITNESS LIST

Pursuant to the Court's Minute Entry dated March 17, 2011, as modified by the Court's Order dated July 25, 2011 (Docket No. 20200), The MRGO Plaintiffs' ("Plaintiffs'") submits this third preliminary list of witnesses that may or will be introduced at trial in the above-referenced action.

While Plaintiffs have endeavored in good faith to prepare a witness lists, it is necessarily limited, and subject to further change and modification considering that discovery and investigation in this case is ongoing and discovery in this case will not close until February 10, 2012. Plaintiffs' will supplement this on the 1st of each month, as directed by the the Court's Order dated July 25, 2011.

| | | |
|---|---|---|
| 32. | Sherwood Gagliano, Ph.D.<br>1260 Main Street<br>Baton Rouge, La 70802 | Expert witness; Dr. Gagliano's is an expert in the field of Geology and Geomorphology with extensive experience in sedimentology, environmental process, hydrologic and geoforensic investigation and historical reconstruction.<br><br>Dr. Gagliano will testify as to post-Katrina photos |

1

he took in the Lower 9th Ward and the EBIA and personal observations he made during his tours of the area. Dr. Gagliano will offer opinions regarding the fault of Defendants' and cause of the levee failures in the IHNC; he may also be called upon to rebut certain issues which Plaintiffs anticipate Defendants' experts will raise.

PLAINTIFFS' LIAISON COUNSEL

s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 1st day of November, 2011.

                                                  /s/ *Joseph M. Bruno*
                                                     Joseph M. Bruno