UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION |
| PERTAINS TO: BARGE | *<br>*<br>* | NO. 05-4182<br>and consolidated cases |
| Weisler v. Seymour, et al.  09-2737 | *<br>*<br>*<br>*<br>*<br>* | SECTION "K" (2)<br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EX PARTE MOTION AND ORDER TO SUPPLEMENT RECORD
ON BEHALF OF DR. RICHARD WEISLER, AND
<u>TO ADD PLAINTIFF'S EXHIBITS</u>**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Dr. Richard H. Weisler, who respectfully requests that this Honorable Court allow Plaintiff to add his Exhibits "31,32, 33, 34, 35, 36, 39, 41, 42, 43, 44, 45, 46, 48, 49, 51, 53, 54, 55, 57, 59, 60, 63, 64, 66, 67, 68 and 71", which were omitted from their originally filed Reply Memorandum in Support of Motion for Partial Summary Judgment [20541-1] filed

yesterday, November 1, 2011.

        Respectfully submitted,

        ___/s/ Andrew C. Wilson_____
        Daniel J. Caruso (3941)
        Andrew C. Wilson (01162)
        Susan F. Clade (1033)
        Christopher B. Conley (31674)
        SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
        30th Floor - Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone (504) 569-2030
        Facsimile (504) 569-2999
        Attorneys for Plaintiff, Richard H. Weisler, M.D.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on November 2, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        ___/s/ Andrew C. Wilson_____

N:\DATA\N\50182001\Pleadings\Second Ex Parte Motion to Supplement Record.wpd