From: Richard T. Seymour [rick@rickseymourlaw.net]
Sent: Tuesday, May 20, 2008 7:21 AM
To: Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Brian Gilbert
(bgilbert@briangilbertlaw.com); Brian Gilbert (home) (fishkat@cox.net);
Lawrence Wiedemann (ldwiedeman@aol.com); Mark Townsend
(MTowns@lsuhsc.edu); Paul Balson (pmbalson@hotmail.com); Richard Weisler
(RWeisler@aol.com)
Cc: 'Jullion R. Taylor'
Subject: Barge Cases Medical: Dr. Kilpatrick's Affidavit, and Judge
Duval's Daubert Ruling

Attachments: Kilpatrick Affidavit.pdf; In re Katrina Canal Breaches
Daubert Ruling on Dr Kilpatrick.doc; Provisions of Rule 26(a)(2),
Federal Rules of Civil Procedure.doc


    These are the materials I promised in our call yesterday.

    I have also attached a copy of the provisions of Rule 26(a)(2) of
the Federal Rules of Civil Procedure.  Your June 12 report will need to
comply with these requirements.

    It is always a good idea to start compiling early the lists
required by the rule, so that things can be added to it as they are
consulted.  Doing it at the end is far less pleasant.

        Rick Seymour

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:  202-862-4320
    Cell:     202-549-1454
    Facsimile:   800-805-1065
    e-mail:  rick@rickseymourlaw.net
    Web Site:  www.rickseymourlaw.com


"We represent the dispossessed of the Earth, and executives recently
shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial
Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY:  Please note that (1) e-mail communication is not a
secure method of communication, (2) any e-mail that is sent to you or by
you may be copied and held by various computers it passes through as it
goes from me to you or vice versa, (3) persons not participating in our
communication may intercept our communications by improperly accessing
your computer or my computer or some computer unconnected to either of us
which this e-mail passed through. I am communicating to you via e-mail

**Exhibit 41**