UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION |
| PERTAINS TO: BARGE | * <br> * <br> * | NO. 05-4182<br>and consolidated cases |
| Weisler v. Seymour, et al.  09-2737 | * <br> * <br> * <br> * <br> * <br> * | SECTION "K" (2)<br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

After considering the foregoing Motion and Order to Supplement Record on behalf of Plaintiff, Dr. Richard H. Weisler;

IT IS ORDERED, ADJUDGE AND DECREED that Plaintiff, Dr. Richard H. Weisler be and is hereby allowed to add his omitted Exhibits "31,32, 33, 34, 35, 36, 39, 41, 42, 43, 44, 45, 46, 48, 49, 51, 53, 54, 55, 57, 59, 60, 63, 64, 66, 67, 68 and 71" to be attached to the filed Memorandum in Support of Motion for Partial Summary Judgment [20541-1] filed on November 1, 2011.

New Orleans, Louisiana this ___ day of _____, 2011.

_____
JUDGE STANWOOD R. DUVAL, JR.