UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO:   BARGE | SECTION "K"(2) |

| | |
|---|---|
| *Boutte v. Lafarge* | C.A. No. 05-5531 |
| *Mumford v. Ingram* | C.A. No. 05–5724 |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 |
| *Benoit v. Lafarge* | C.A. No. 06-7516 |
| *Weber v. Lafarge* | C.A. No. 08-4459 |

## ORDER

As provided in the Court's previous minute entry (Doc. 20463), the Court has reviewed the filings concerning American Steamship Owners Mutual Protection and Indemnity Associations's Motion for Summary Judgment (Doc. 20404) and has determined that oral argument will not aid the Court.  Accordingly,

**IT IS ORDERED** that there shall be no oral argument on the Motion for Summary Judgment (Doc. 20404).

New Orleans, Louisiana, this 2nd day of November, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE