# LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.

1150 CONNECTICUT AVENUE N.W. • SUITE 900 • WASHINGTON, DC 20036-4129
www.rickseymourlaw.com  FAX: (800) 805-1065 AND (202) 828-4130
RICHARD T. SEYMOUR, PRINCIPAL: (202) 862-4320, CELL: (202) 549-1454, Rick@RickSeymourLaw.net*
MATTHEW M. SEYMOUR, PARALEGAL: (202) 862-4370, Matthew@RickSeymourLaw.net

September 9, 2011

Andrew C. Wilson, Esq.
Simon, Peragine, Smith & Redfearn, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000

Re:   **Weisler v. Seymour et al.**
      **C.A. No. 09-2737 (E.D. La.)**

Dear Andrew:

      This letter is to see if we can work out dates for depositions in this case. I suggest any day within the week of October 10-14, 2011 for Dr. Weisler's video deposition in Raleigh, North Carolina, starting at 8:30 A.M. This is the starting time specified in the Case Management Orders, but we could start by agreement at a different time if that would be more convenient.

      If Dr. Weisler would prefer to avoid any change in his normal office hours by having his deposition taken on a Saturday or Sunday, either the 8th or 9th, or the following weekend on either the 15th or 16th, I would be willing to do that but need to know of such a preference as soon as possible so that I can arrange for a court reporter willing to work on the weekend.

      I normally like to arrange dates by agreement, but looking at the calendar does not leave much room for alternatives on this occasion.

      Please let me know whether Dr. Weisler will agree to be deposed without the need for a subpoena. If he requires a subpoena, please let me know whether you will accept service of the subpoena.

      We will also need to take the Rule 30(b)(6) deposition of the Duke University Medical School in Durham, North Carolina, on the day before or after Dr. Weisler's deposition, starting at 8:30 A.M. This would be at most a half-day deposition. At 1:30 P.M. on the same day, we will take the Rule 30(b)(6) deposition of the University of North Carolina Medical School in Chapel Hill, North Carolina. Since I need to set these up with the institutions in question, I need to know your and Dr. Weisler's preference for

* LICENSED IN D.C. AND MARYLAND; ON COMMERCIAL ARBITRATOR AND EMPLOYMENT ARBITRATOR PANELS, AMERICAN ABRITRATION ASSOCIATION

**Exhibit 5**

Andrew C. Wilson, Esq.
Simon, Peragine, Smith & Redfearn, L.L.P.
September 9, 2011
Page 2 of 2 —

his date of deposition as soon as possible.

    I also intend to take the Rule 30(b)(6) deposition of the Centers for Disease Control, most likely in Atlanta but wherever their deponent needs to have the deposition taken, on a mutually convenient date.

    These depositions will all be taken for all purposes permissible under the Federal Rules of Civil Procedure.

    Additional depositions may be taken in this case.

    Please note that, as of Monday, September 12, 2011, my address and telephone number will change as follows:

> Richard T. Seymour
> Law Office of Richard T. Seymour, P.L.L.C.
> Suite 900, Brawner Building
> 888 17th Street, N.W.
> Washington, DC 20006-3307
>     Voice: 202-785-2145
>     Cell:   202-549-1454
>     Facsimile:  800-805-1065
>     e-mail: rick@rickseymourlaw.net

    With best wishes,

Very truly yours,

Richard T. Seymour

Cc: Co-Counsel and Co-Defendants