## WILSON GROCHOW DRUKER
ATTORNEYS AT LAW
WOOLWORTH BUILDING
233 BROADWAY, FIFTH FLOOR
NEW YORK, NY 10279-0003
WWW.WGDNLAW1.COM
(212) 608-4400
FAX #: (212)608-0746

November 1, 2011

Honorable Justice Stanwood R. Duval, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street Room C368
New Orleans, LA 70130

RE: WEISLER V. SEYMOUR, ET AL
Civil Case No. 09-2737

Dear Hon. Justice Stanwood Duval:

This letter is to inform the court that a settlement has been reached between Lawrence A. Wilson, Wilson, Grochow, Druker and Nolet and Dr. Richard Weisler. Attached hereto, please find a copy of the release signed by the plaintiff, Dr. Richard Weisler.

Thank you for attention to this matter.

Very truly yours,

Lawrence A. Wilson

LAW/cga
Enclosure
cc:   Andrew Wilson, Esq.
      Simon, Peragine, Smith & Redfearn, L.L.P.
      1100 Poydras St., 30th Floor
      New Orleans, LA 70163

TO ALL WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT, Richard H. Weisler, M.D. being over the age of 18 years and whose place of business is Raleigh, North Carolina,

as RELEASOR(S),

in consideration of the sum of TEN THOUSAND DOLLARS

$10,000.00,

received from LAWRENCE A. WILSON AND WILSON GROCHOW, DRUKER & NOLET,
as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges,

LAWRENCE A. WILSON AND WILSON, GROCHOW, DRUKER & NOLET,

the RELEASEE, as well as RELEASEE'S heirs, executors, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, executions, claims, and demands whatsoever, in law, admiralty or equity, asserted in the matter entitled, *Richard Weisler v. Richard Seymour, et al.*, CA No. 09-2737(K)(2) on the docket of the United States District Court for the Eastern District of Louisiana, against the RELEASEE, by or on behalf of RELEASOR and/or RELEASOR'S heirs, executors, administrators, successors and assigns which Dr. Weisler ever had, now has or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of the RELEASE, and more particularly, for any claim, demand and/or cause of action arising out of the aforementioned litigation, including any claim, demand and/or cause of action for Breach of Contract and/or Open Account under the Louisiana Open Account Statute La. R.S. 9:2781 et seq. asserted in the aforementioned matter by Richard H. Weisler, M.D., who hereby specifically preserves, reserves and retains all rights, claims, and/or causes of action against the remaining Defendants in that litigation, Richard T. Seymour; Richard T. Seymour, P.L.L.C.; Alan J. Fuchsberg; The Jacob D. Fuchsberg Law Firm, L.L.P.; Brian A. Gilbert; The Law Office of Brian A. Gilbert, P.L.C.; and, Wiedemann & Wiedemann, P.L.C., as well as any other party to that litigation, now or in the future, and all defenses to the counter-claims asserted in the aforementioned litigation.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

IT IS AGREED BY THE UNDERSIGNED THAT SIGNATURES TO THIS STIPULATION BY FACSIMILE OR EMAIL SHALL HAVE THE SAME FORCE AND EFFECT AS ORIGINAL SIGNATURES.

IN WITNESS WHEREOF, the RELEASOR has hereunto set RELEASOR'S hand and seal on the day of   October 21, 2011.

In presence of

_____
Richard H. Weisler, M.D.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: unknown     Page: 2/2     Date: 10/21/2011 4:56:29 PM

COUNTY OF Wake          SS:

On October 21          2011, before me personally came Richard H. Weisler, M.D., to me known, and known to me to be the individual(s) described in, and who executed the foregoing RELEASE, and duly acknowledged to me that they executed the same.

*[signature]*
Notary Public

```
VICKIE L HANN
NOTARY PUBLIC
WAKE COUNTY, NC
My Commission Expires 2-6-2012
```

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com