UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: BARGE | * <br> * | and consolidated cases |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * <br> * <br> * <br> * <br> * <br> * | JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAGISTRATE JUDGE <br> JOSEPH C. WILKINSON, JR. |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

_____
Stanwood R. Duval, Jr.
United States District Judge

After considering the foregoing Motion and Order to Supplement Record on behalf of Plaintiff, Dr. Richard H. Weisler;

IT IS ORDERED, ADJUDGE AND DECREED that Plaintiff, Dr. Richard H. Weisler be and is hereby allowed to add his omitted Exhibits "31, 32, 33, 34, 35, 36, 39, 41, 42, 43, 44, 45, 46, 48, 49, 51, 53, 54, 55, 57, 59, 60, 63, 64, 66, 67, 68 and 71" to be attached to the filed Memorandum in Support of Motion for Partial Summary Judgment [20541-1] filed on November 1, 2011.

New Orleans, Louisiana this 3rd day of _____November_____, 2011.

_____
JUDGE STANWOOD R. DUVAL, JR.