UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO: MRGO<br>*Armstrong*, No. 10-866 | |

**PLAINTIFFS' MOTION FOR EXPEDITED HEARING AND INCORPORATED MEMORANDUM ON THEIR MOTION TO AMEND SCHEDULING ORDER REGARDING EXPERT DEADLINES**

**NOW INTO COURT,** through undersigned counsel, come the Armstrong Plaintiffs, who respectfully moves this Honorable Court for an Order granting an expedited hearing of their Motion to Amend Scheduling Order Regarding Expert Deadlines for a period of not more than six weeks, for the following reasons:

Plaintiffs' proposed schedule will preserve the Trial Date but adjust only certain deadlines preceding trial. Expedited consideration of this extension request will conserve what time remains for pretrial efforts, saving the delays inherent in waiting for these Motions to be heard on the next available motion date. Further, economic considerations justify expedited consideration since a payment of $1,600.00 per diem will be likely required by Fugro (the independent testing contractor) to keep the test well instrumentation in place. By keeping the equipment in place, Plaintiffs can immediately begin preparing the well for the further testing requested by the Plaintiffs should this Court grant the relief requested without the cost and delay remobilization would require. Plaintiffs respectfully suggest that such a waste of both time and money is a compelling reason to grant expedited consideration.

**WHEREFORE**, Plaintiffs pray that this Motion for Expedited Hearing be granted.

Dated:  November 3, 2011

        **Respectfully Submitted,**
        **PLAINTIFFS LIAISON COUNSEL**

               /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (La. Bar # 3604)
        Bruno & Bruno, LLP
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@brunobrunolaw.com

        **MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

               /s/ James Parkerson Roy
        JAMES PARKERSON ROY
        MR-GO PSLC Liaison Counsel
        LA. Bar Roll Number: 11511
        Domengeaux Wright Roy & Edwards LLC
        P.O.Box 3668
        Lafayette, LA. 70502
        Telephone: (337) 593-4190 or (337) 233-3033
        Facsimile: 337-233-2796
        Email: jimr@wrightroy.com

        **MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

        Jonathan Andry (The Andry Law Firm, New Orleans, LA)
        Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
        James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on November 3, 2011.

          /s/ Joseph M. Bruno