UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER:  05-4182 "K"(2) JUDGE Duval MAG. Wilkinson |
| PERTAINS TO:   MRGO *Armstrong*, No. 10-866 | |

## ORDER ON MOTION TO EXPEDITE

WHEREAS, Plaintiffs filed a Motion to Expedite Consideration of Plaintiffs' Motion to Amend Scheduling Order Regarding Expert Deadlines;

WHEREAS, the Court finds that there is an urgency for the consideration of Plaintiffs' motion due to the current schedule for expert deadlines;

IT IS HEREBY ORDERED that that the Court will expedite consideration of Plaintiffs' Motion to Amend Scheduling Order Regarding Expert Deadlines.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

1