UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO: MRGO<br>                 *Armstrong*, No. 10-866 | |

**PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER REGARDING EXPERT DEADLINES**

PLAINTIFFS hereby move the Court for an order amending the current scheduling order regarding expert deadlines for an additional six weeks to complete additional testing in the vicinity of the IHNC breach locations and to complete Dr. Bea's expert report.

1. With respect to completing additional testing, Plaintiffs contend that Defendants' pump tests at their selected locations near the IHNC were improper because they violated the parties' agreed upon standard operating procedure and would produce unreliable results. Plaintiffs requested from Defendants a joint extension of the testing deadline in order for Plaintiffs to complete additional pump tests at these locations after the test wells had been properly developed pursuant to the joint testing protocol, but Defendants declined. This additional round of pump tests will yield information that is crucial to the rebuttal of Defendants' expert opinions.

In addition to the dispute regarding pump tests, the parties have also reached an impasse regarding Plaintiffs' request to excavate certain wells that were installed at a site that is in the vicinity of the EBIA referred to as the School site. The School site excavation will create a

1

trench that will permit Plaintiffs' experts to (1) visually inspect the soil stratigraphy that surrounds the excavated well, (2) supplement the information that the parties obtained from the soil borings that were performed at the School site over the summer, and (3) aid in rebutting criticisms that defense experts may offer with respect to the School site data.  While Defendant's representative indicated initially that they wished to participate in the excavation, they have since reversed course and opposed the excavation.

2. With respect to additional time to complete Dr. Bea's expert report, there have been several unforeseen events involving the sampling program that resulted in weeks of delay. Despite the significant delays encountered during the sampling program, Plaintiffs' experts can still complete their reports under the current schedule, with the exception of Dr. Bea.  Because Dr. Bea bases his opinions in part on the work of Plaintiffs' other experts, his report may not be completed until after the reports of the other experts are finalized and he has had time to analyze and incorporate their findings into his final report.

3. Granting the extension will not require any delay in the trial of this matter. Rather, the only substantive change to the scheduling order is that the briefing and hearing on any Daubert motions will be postponed, but will still occur well in advance of the trial setting.

4. Plaintiffs have met and conferred with Defendants in good faith regarding Plaintiffs' request for an extension.  Defendants will not consent to an extension at this time, and Plaintiffs have no choice but to move for an extension in light of the current deadline of November 3, 2011 for the completion of geotechnical testing.  The parties, however, will continue their attempts at reaching an informal resolution.

WHEREFORE, Plaintiffs seek an order amending the current scheduling order with the proposed scheduling order attached to the accompanying memorandum as Exhibit "A."

Dated:  November 3, 2011

            **Respectfully Submitted,**
            **PLAINTIFFS LIAISON COUNSEL**

              /s/ Joseph M. Bruno
            JOSEPH M. BRUNO (La. Bar # 3604)
            Bruno & Bruno, LLP
            855 Baronne Street
            New Orleans, Louisiana 70113
            Telephone: (504) 525-1335
            Facsimile: (504) 561-6775
            Email: jbruno@brunobrunolaw.com

            **MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

              /s/ James Parkerson Roy
            JAMES PARKERSON ROY
            MR-GO PSLC Liaison Counsel
            LA. Bar Roll Number: 11511
            Domengeaux Wright Roy & Edwards LLC
            P.O.Box 3668
            Lafayette, LA. 70502
            Telephone: (337) 593-4190 or (337) 233-3033
            Facsimile: 337-233-2796
            Email: jimr@wrightroy.com

            **MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

            Jonathan Andry (The Andry Law Firm, New Orleans, LA)
            Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
            James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on November 3, 2011.

                        /s/ Joseph M. Bruno