EXHIBIT "A"

In Re:  Katrina Canal Breaches Consolidated Litigation

| Court Deadlines | Current | Proposed – Bea Only | Proposed - Testing |
|---|---|---|---|
| Deadline for obtaining soil borings | Aug. 8, 2011 | Aug. 8, 2011 | No Change |
| Deadline for completion of geotechnical testing | Nov. 3, 2011 | Nov. 3, 2011 | Dec. 15, 2011 |
| Deadline for sharing of geotechnical testing results | Nov. 17, 2011 | Nov. 17, 2011 | Dec. 29, 2011 |
| Deadline for production of Plaintiffs' geotechnical and/or hydrological expert reports (except Bea) | Dec. 15, 2011 | Dec. 15, 2011 | Jan. 27, 2011 |
| Deadline for Bea report | Dec. 15, 2011 | Jan. 27, 2012 | Jan. 27, 2011 |
| Deadline for the production of Defendants' geotechnical and/or hydrological expert reports | Jan. 19, 2012 | Feb. 24, 2012 | Mar. 2, 2012 |
| Deadline for the production of Plaintiffs' rebuttal geotechnical and/or hydrological expert reports | Feb. 2, 2012 | Mar. 16, 2012 | Mar. 16, 2012 |
| Deadline for the completion of depositions and discovery | Feb. 24, 2012 | Apr. 6, 2012 | Apr. 6, 2012 |
| Deadline for the filing of Daubert motions | Mar. 12, 2012 | Apr. 20, 2012 | Apr. 20, 2012 |
| Deadline for the filing of oppositions to Daubert motions | Apr. 3, 2012 | May 11, 2012 | May 11, 2012 |
| Deadline for the filing of reply briefs in support of Daubert motions | Apr. 10, 2012 | May 25, 2012 | May 25, 2012 |
| Hearing on Daubert motions | Apr. 19, 2012 | Early June | Early June |
| Pretrial Order | Jun. 1, 2012 | No Change | No Change |
| Pretrial Conference | Jun. 6, 2012 | No Change | No Change |
| Pretrial memoranda and motions in limine | Jun. 15, 2012 | No Change | No Change |
| Response to pretrial motions | Jun. 20, 2012 | No Change | No Change |
| Trial | July 23, 2012 | No Change | No Change |