UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:   MRGO<br>               *Armstrong*, No. 10-866 | |

### ORDER ON MOTION TO AMEND SCHEDULING ORDER
### REGARDING EXPERT DEADLINES

Considering Plaintiffs' Motion to Amend Scheduling Order and any briefs filed in support or opposition thereto;

**IT IS ORDERED** that the motion is **GRANTED** and that the Court's March 17, 2011 Order (Rec. Doc. No. 20200) and the Court's June 9, 2011 Order (Rec. Doc. No. 20272) and September 12, 2011 (Rec. Doc. No. 20424) are amended as set forth below:

1. Deadline for completion of geotechnical testing shall be December 15, 2011.

2. Deadline for sharing of geotechnical testing results shall be December 29, 2011.

3. Deadline for production of Plaintiffs' geotechnical and/or hydrological expert reports (except Bea) shall be January 27, 2012.

4. Deadline for Bea report shall be January 27, 2012.

5. Deadline for the production of Defendants' geotechnical and/or hydrological expert reports shall be March 2, 2012.

6. Deadline for the production of Plaintiffs' rebuttal geotechnical and/or hydrological expert reports shall be Mar. 16, 2012.

7. Deadline for the completion of depositions and discovery shall be April 6, 2012.

1

8. Deadline for the filing of Daubert motions shall be April 20, 2012.

9. Deadline for the filing of oppositions to Daubert motions shall be May 11, 2012.

10. Deadline for the filing of reply briefs in support of Daubert motions shall be May 25, 2012.

11. Hearing on Daubert motions shall be June _____, 2012.

This relief is being granted on the condition that the trial date of July 23, 2012 will remain unchanged. All other dates contained in the March 17, 2011 Order, as amended by the June 9, 2011 and September 12, 2011 Orders will remain the same.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**