UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO: BARGE | * * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*         06-6299 | * | STANWOOD R. DUVAL, |
| *Benoit v. Lafarge*      06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Weber v. Lafarge*      08-4459 | * | JOSEPH C. WILKINSON |

**MOTION FOR ADMISSION *PRO HAC VICE***

Comes now the undersigned, Brian A. Gilbert, counsel of record for Plaintiffs in the above-referenced matters, Barge Plaintiffs' Liaison Counsel, and a member of good standing of the bar of this Court, and Patrick J. Sanders and Lawrence D. Wiedemann, counsel of record for Plaintiffs in the above-referenced matters, also members in good standing of the bar of this Court, and move this Honorable Court to admit attorney, David M. Barshay, *pro hac vice*, to enroll and appear before the Court in this matter on behalf of Plaintiffs. Mr. Barshay is a member of Baker, Sanders, Barshay, Grossman, Fass, Muhlstock & Neuwirth, LLC, and will be assisting in the handling of this matter, with undersigned counsel as local counsel. Mr. Barshay is duly licensed to practice in the State of New York and is a member in good standing of the State Bar of New York.

An affidavit and Certificate of Good Standing from the State Bar of New York are attached as Exhibit 1, respectively.

**WHEREFORE**, premises considered, the undersigned respectfully requests that this Honorable Court admit David M. Barshay, *pro hac vice*, for the purpose of representing Plaintiffs in the above-captioned matters, and for all other relief as is just and proper.

This, the 3rd day of November 2011.

Respectfully submitted,

 */s/Brian A. Gilbert*
Brian A. Gilbert (21297)
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com,

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
**WIEDEMANN LAWFIRM**
100 Veterans Memorial Blvd., Ste.
Metairie, Louisiana 70005
Telephone: 504-581-6180
e-mail: ldwiedemann@gmail.com
karlwiedemannlaw@gmail.com

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 3rd day of November, 2011.

*/s/ Brian A.Gilbert*