# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | * * * | CIVIL ACTION |
| | | * | |
| | | * | NO. 05-4182 |
| PERTAINS TO: BARGE | | * | and consolidated cases |
| | | * | |
| | | * | SECTION "K" (2) |
| *Boutte v. Lafarge* | 05-5531 | * | |
| *Mumford v. Ingram* | 05-5724 | * | |
| *Lagarde v. Lafarge* | 06-5342 | * | JUDGE |
| *Perry v. Ingram* | 06-6299 | * | STANWOOD R. DUVAL, |
| *Benoit v. Lafarge* | 06-7516 | * | |
| *Parfait Family v. USA* | 07-3500 | * | MAG. |
| *Weber v. Lafarge* | 08-4459 | * | JOSEPH C. WILKINSON |

## AFFIDAVIT OF DAVID M. BARSHAY

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, David M. Barshay, who after first being duly sworn did state as follows:

1. I am over 18 years of age and competent to give testimony. The facts set forth herein are based upon my personal knowledge.

2. I make this declaration in support of the Petition to admit me *pro hac vice* to appear and participate in the above-captioned civil action on behalf of the Plaintiffs in the above matters.

3. I am an active member in good standing of the State Bar of New York (Registration No. 3018033) and a member of the law firm of Baker, Sanders, Barshay, Grossman, Fass, Muhlstock &

Neuwirth, LLC. My business address is 100 Garden City Plaza, Suite 500, Garden City, New York 11530.

4. I have been admitted to practice before the State Court of New York and I am eligible and in good standing to practice.

5. I have never sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis.

6. I have not previously requested *pro hac vice* admission in the State of Louisiana.

7. I am qualified to practice before this Court, am of good moral character, and am not subject to any pending suspension, disbarment or professional discipline in any other court.

8. I have never been convicted of a crime.

9. I request permission of the Court to appear as counsel *pro hac vice* in this matter in association with the attorneys of record, Brian A. Gilbert, Larry D. Wiedemann, Karl Wiedemann, Karen Wiedemann, Patrick Sanders, and Richard Seymour (admitted *pro hac*).

I declare under the penalty of perjury under the laws of the State of Louisiana and the United States of America, that the foregoing is true and correct.

DAVID M. BARSHAY, Applicant

State of New York     )
County of Nassau      )

Subscribed and sworn to (or affirmed) before me on this 31 day of October, 2011, by David M. Barshay proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Angelique Lambert-Watkins
Notary Public - State of New York
No. 01LA6232133
Qualified in Nassau County
Commission Expires December 6, 2014



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Matthew G. Kiernan**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **David Michael Barshay** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **9th** day of **February 2000**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 21, 2011.

Matthew G. Kiernan
Clerk of the Court