**Exhibit A**

**Treeby, William D.**

---

| | |
|---|---|
| From: | Francisco Silva [silva@alum.mit.edu] |
| Sent: | Thursday, November 03, 2011 3:33 PM |
| To: | Treeby, William D.; Gulotta, James C.; Christopher Thatch |
| Subject: | [FS#321077] Fw: FW: Instrumentation of Wells at Pump Test Sites |

Sent on the Sprint® Now Network

-----Original Message-----
From: "Francisco Silva" <silva@alum.mit.edu>
Date: Thu, 3 Nov 2011 19:59:58
To: W. Allen Marr<wam@geocomp.com>
Reply-To: silva@alum.mit.edu
Subject: Re: FW: Instrumentation of Wells at Pump Test Sites

Ok with us too.
Sent on the Sprint® Now Network

-----Original Message-----
From: "Marr, Allen" <wam@geocomp.com>
Date: Thu, 03 Nov 2011 19:55:47
To: 'MAlfortish@fugro.com'<MAlfortish@fugro.com>;
'BCotton@fugro.com'<BCotton@fugro.com>; 'silva@alum.mit.edu'<silva@alum.mit.edu>;
'tbrandon@pemtel.net'<tbrandon@pemtel.net>; 'tstark32@gmail.com'<tstark32@gmail.com>
Subject: Fw: FW: Instrumentation of Wells at Pump Test Sites

See Rune's ok.

Allen

----- Original Message -----
From: Rune Storesund [mailto:rune@storesundconsulting.com]
Sent: Thursday, November 03, 2011 03:52 PM
To: Marr, Allen;   silva@alum.mit.edu <silva@alum.mit.edu>
Subject: Re: FW: Instrumentation of Wells at Pump Test Sites

Ok on our end.

"Marr, Allen" <wam@geocomp.com> wrote:

1

**Treeby, William D.**

| | |
|---|---|
| **From:** | francisco silvatulla [silvatulla@verizon.net] |
| **Sent:** | Monday, November 07, 2011 2:37 PM |
| **To:** | Treeby, William D. |
| **Subject:** | FW: Close out of pumping tests |

FYI

---

**From:** Marr, Allen [mailto:wam@geocomp.com]
**Sent:** Thursday, 03 November, 2011 11:40 AM
**To:** rune@storesundconsulting.com; silva@alum.mit.edu; Marr, Allen
**Cc:** tbrandon@vt.edu; tstark32@gmail.com; TNaymik@Geosyntec.com
**Subject:** Close out of pumping tests

Gentlemen:

Please review the following work activities for Fugro to complete work at the site at this time. We need to finalize these instructions and get them to Fugro today.

Closeout steps for the field data gathering activities at EBIA in connection with Class Action Litigation filed against the United States and Washington Group International.

November 3, 2011

1. Complete data collection and retrieval by midnight November 3rd.
2. On November 4th, remove all pump test and readout equipment from the site. Secure the pump wells and monitoring wells for possible future access. Lock all wells with Fugro holding the only access key to these wells. All wells are to be left in a secure and operating condition until further notice from the Department of Justice.
3. Recover any data from vibrating wire piezometer strings by midnight November 3rd. Leave the data loggers in place and recording data until the disposition of this equipment can be determined. Lock and secure the systems with Fugro holding the only access key to these wells until further notice from the Department of Justice.
4. Remove all supporting equipment from the site and restore site to prior condition on a reasonable pace to be completed by the end of November.

Allen Marr

1(a)

11/7/2011

>Rune:
>
>This activity is consistent with the statement of work I sent out an hour or so ago. Are you on board with these activities? Fugro needs to hear from us today.
>
>
>
>Allen
>
>From: Alfortish, Michael FCLNO [mailto:MAlfortish@fugro.com]
>Sent: Thursday, November 03, 2011 1:33 PM
>To: Marr, Allen
>Cc: Cotton, Blake FCLNO
>Subject: Re: Instrumentation of Wells at Pump Test Sites
>
>Allen - have the POCs decided we can pull the transducers tomorrow morning? If they have, we can begin de-instrumenting in the event the formal document you are preparing is not available.
>
>Thanks,
>Michael
>
>From: Marr, Allen [mailto:wam@geocomp.com]
>Sent: Thursday, November 03, 2011 07:53 AM
>To: Alfortish, Michael FCLNO
>Cc: Cotton, Blake FCLNO
>Subject: RE: Instrumentation of Wells at Pump Test Sites
>
>Gentlemen:
>
>I am trying to coordinate a complete statement of work to close out the field work and secure the site. Do the following instructions cover all aspects?
>
>Closeout steps for the field data gathering activities at EBIA in connection with Class Action Litigation filed against the United States and Washington Group International.
>
>November 3, 2011
>
>1. Complete data collection and retrieval by midnight November 3rd.
>2. On November 4th, remove all pump test and readout equipment from the site. Secure the pump wells and monitoring wells for possible future access. Lock all wells with Fugro holding the only access key to these wells. All wells are to be left in a secure and operating condition until further notice from the Department of Justice.

(2)


>3. Recover any data from vibrating wire piezometer strings by midnight November 3rd. Leave the data loggers in place and recording data until the disposition of this equipment can be determined. Lock and secure the systems with Fugro holding the only access key to these wells until further notice from the Department of Justice.
>4. Remove all supporting equipment from the site and restore site to prior condition on a reasonable pace to be completed by the end of November.
>
>
>Allen Marr
>
>
>From: Alfortish, Michael FCLNO [mailto:MAlfortish@fugro.com]
>Sent: Wednesday, November 02, 2011 2:45 PM
>To: TNaymik@Geosyntec.com; rune@storesundconsulting.com; Marr, Allen;
>silva@alum.mit.edu; rogersda@mst.edu; bea@ce.berkeley.edu;
>kpope@reliable-env.com; tbrandon@vt.edu; tstark32@gmail.com;
>phil@morrisonengineers.com; mark.worthington@underground-energy.com
>Cc: wtreeby@stonepigman.com; robin.doyle.smith@usdoj.gov;
>tsims@baronbudd.com; Cotton, Blake FCLNO; Nicely, Tim [FCL]; D'Anna,
>Michael [FCL]
>Subject: RE: Instrumentation of Wells at Pump Test Sites
>
>Tom,
>
>Thanks. I wanted to receive feedback from members of each group on how to proceed. I received notice to proceed with de-instrumenting the wells on Friday morning from the Plaintiffs (Kevin Pope) and US DOJ (Tom Naymik). I have yet to hear from WGI. Unless we hear otherwise, we will de-instrument on Friday morning and at that time we will export (download) all data through 11/3 at 11:59 pm (CST).
>
>Regards,
>Michael K. Alfortish, E.I.
>Project Professional
>
>Fugro Consultants, Inc.
>15 Veterans Memorial Blvd.
>Kenner, LA 70062
>Office: 504.464.5355; Cell: 504.390.2508
>malfortish@fugro.com<mailto:malfortish@fugro.com> /
>www.fugroconsultants.com
>
>From: TNaymik@Geosyntec.com [mailto:TNaymik@Geosyntec.com]

(3)

>Sent: Wednesday, November 02, 2011 12:16 PM
>To: Alfortish, Michael FCLNO; rune@storesundconsulting.com;
>wam@geocomp.com; silva@alum.mit.edu; rogersda@mst.edu;
>bea@ce.berkeley.edu; kpope@reliable-env.com; tbrandon@vt.edu;
>tstark32@gmail.com; phil@morrisonengineers.com;
>mark.worthington@underground-energy.com
>Cc: wtreeby@stonepigman.com; robin.doyle.smith@usdoj.gov;
>tsims@baronbudd.com; Cotton, Blake FCLNO; Nicely, Tim [FCL]; D'Anna,
>Michael [FCL]
>Subject: RE: Instrumentation of Wells at Pump Test Sites
>
>Michael,
>
>I believe that yesterday morning when you, Kevin & I spoke we agreed that November 3rd at midnight would be the end of the recovery data collection. Unless there is other guidance removing the remaining well instrumentation on the 4th would be fine.
>
>Tom
>
>Thomas G. Naymik, Ph.D., P.G.
>Senior Consultant
>PLEASE NOTE: NEW CONTACT INFORMATION
>-------------------------------------------------------
>150 East Wilson Bridge Road
>Suite 232, Worthington, Ohio 43085
>Direct Office: 614.468.0420
>Mobile: 509.546.1364
>
>
>[Description: Geosyntec_logoV10_USE-THIS]
>
>

>This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.
>
>

4

>
>From: Alfortish, Michael FCLNO [mailto:MAlfortish@fugro.com]
>Sent: Wednesday, November 02, 2011 12:28 PM
>To: rune@storesundconsulting.com; wam@geocomp.com; silva@alum.mit.edu;
>rogersda@mst.edu; bea@ce.berkeley.edu; kpope@reliable-env.com;
>tbrandon@vt.edu; tstark32@gmail.com; Tom Naymik;
>phil@morrisonengineers.com; mark.worthington@underground-energy.com
>Cc: wtreeby@stonepigman.com; robin.doyle.smith@usdoj.gov;
>tsims@baronbudd.com; Cotton, Blake FCLNO; Nicely, Tim [FCL]; D'Anna,
>Michael [FCL]
>Subject: RE: Instrumentation of Wells at Pump Test Sites
>
>Gentlemen, can the group provide an update on this matter?
>
>Thanks,
>Michael K. Alfortish, E.I.
>Project Professional
>
>Fugro Consultants, Inc.
>15 Veterans Memorial Blvd.
>Kenner, LA 70062
>Office: 504.464.5355; Cell: 504.390.2508
>malfortish@fugro.com<mailto:malfortish@fugro.com> /
>www.fugroconsultants.com
>
>From: Alfortish, Michael FCLNO
>Sent: Tuesday, November 01, 2011 4:01 PM
>To: rune@storesundconsulting.com; wam@geocomp.com; 'francisco
>silvatulla' (silva@alum.mit.edu); 'rogersda@mst.edu'
>(rogersda@mst.edu); 'Robert Bea' (bea@ce.berkeley.edu);
>kpope@reliable-env.com; 'tbrandon@vt.edu' (tbrandon@vt.edu);
>tstark32@gmail.com; TNaymik@Geosyntec.com; 'phil@morrisonengineers.com'
>(phil@morrisonengineers.com); mark.worthington@underground-energy.com
>Cc: 'wtreeby@stonepigman.com' (wtreeby@stonepigman.com);
>'robin.doyle.smith@usdoj.gov' (robin.doyle.smith@usdoj.gov);
>tsims@baronbudd.com; Cotton, Blake FCLNO; Nicely, Tim [FCL]; D'Anna,
>Michael [FCL]
>Subject: Instrumentation of Wells at Pump Test Sites
>
>Gentlemen,
>
>The pumping tests at the North EBIA and South EBIA Breach sites ended yesterday around

6:00 pm (CST), and we finished the pumping tests at the South EBIA this morning (about 8:00 am CST). At this moment, we are only monitoring groundwater levels at the four pump test sites and we will do so through Thursday (11/3). Since we do not anticipate performing any other testing at the pump test sites, we are requesting guidance from the expert team on when to proceed with removing the well instrumentation at the pump test sites. We are expecting a daily cost of about $3,200 for police detail to provide security at the pump test sites, plus the equipment rental fees. Obviously, these costs are significant and should be terminated as soon as the experts provide approval.

>
>Regards,
>Michael K. Alfortish, E.I.
>Project Professional
>
>Fugro Consultants, Inc.
>15 Veterans Memorial Blvd.
>Kenner, LA 70062
>Office: 504.464.5355; Cell: 504.390.2508
>malfortish@fugro.com<mailto:malfortish@fugro.com> /
>www.fugroconsultants.com
>
>