Treeby, William D.

**Exhibit B**

| | |
|---|---|
| From: | Thomas Sims [tsims@baronbudd.com] |
| Sent: | Friday, November 04, 2011 10:58 AM |
| To: | Blake Cotton; Michael Alfortish |
| Cc: | Treeby, William D.; robin.doyle.smith@usdoj.gov; Frank Dudenhefer; Elwood Stevens; Bruno, Joseph |
| Subject: | [FS#321479] pump test equipment |

Blake and Michael, thank you for speaking with me this morning. As I shared with you on the phone, Plaintiffs have asked the court to grant an extension of the testing deadline so that Plaintiffs may conduct additional pump tests at the EBIA-N and EBIA-SB sites. We also asked for expedited consideration of this request. We don't yet know when the court will rule on Plaintiffs' request, and it could be anywhere from next week to next month. As a result, we discussed the costs associated with leaving the pump test equipment at the site (with associated security costs), removing the equipment and storing it with Fugro, or returning the equipment to the rental company. You told me that the daily rental cost of the equipment for both sites is $400/day. You also estimated that the security cost for maintaining the equipment at both sites was in the range on $1000-$1500 per day. Based on this information, I requested that Fugro remove the equipment from the EBIA-N and EBIA-SB sites and store it at a Fugro facility. I also said that we would wait to hear from the court on when it might rule on Plaintiffs' extension request before deciding if we wanted the equipment to stay with Fugro or be returned to the rental company.

By this email, I am asking counsel for WGI and DOJ to notify me if they have a different plan they want to propose for the removal/storage/return of the pump test equipment at the EBIA-SB and EBIA-N sites.

Thank you.


**CONFIDENTIALITY NOTICE**
The information in this E-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 214-521-3605. Thank you.

11/7/2011