UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE<br><br><br>*Weisler v. Seymour, et al. 09-2737* | *<br>*   CIVIL ACTION<br>*<br>*   NO. 05-4182<br>*   and consolidated cases<br>*<br>*   SECTION "K" (2)<br>*<br>*   JUDGE<br>*   STANWOOD R. DUVAL, JR.<br>*   MAGISTRATE JUDGE<br>*   JOSEPH C. WILKINSON, JR. |

******************* *** **** *** **********************

**MOTION IN LIMINE ON BEHALF OF PLAINTIFF,
DR. RICHARD H. WEISLER, RELATED TO
DOCUMENTATION ASSOCIATED WITH SETTLEMENT NEGOTIATIONS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Dr. Richard H. Weisler, and moves this Honorable Court for relief, *in limine,* excluding any evidence offered by the Defendants related to settlement negotiations, all as is set forth in the

1

attached Memorandum in Support of this Motion.

                                        Respectfully submitted,

                                          /s/ Andrew C. Wilson
                                   Daniel J. Caruso (3941)
                                   Andrew C. Wilson (01162)
                                   Susan F. Clade (1033)
                                   Christopher B. Conley (31674)
                                   SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
                                   30th Floor - Energy Centre
                                   1100 Poydras Street
                                   New Orleans, Louisiana 70163
                                   Telephone (504) 569-2030
                                   Facsimile (504) 569-2999
                                   Attorneys for Plaintiff, Richard H. Weisler, M.D.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 8, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                           /s/ Andrew C. Wilson

N:\DATA\N\50182001\Pleadings\Motion in Limine.wpd