UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| Weisler v. Seymour, et al.  09-2737 | * | |
| | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

After considering the foregoing Motion in Limine;

IT IS ORDERED, ADJUDGE AND DECREED that, all evidence offered by the Defendants associated with settlement negotiations pending this litigation, be and is hereby, excluded.

New Orleans, Louisiana this ___ day of _____, 2011.

_____
JUDGE STANWOOD R. DUVAL, JR.