UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * | NO. 05-4182 and consolida8ted cases |
| | * * * | SECTION "K" (2) |
| | * | |
| *Weisler v. Seymour, et al.*     09-2737 | * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

# SEYMOUR DEFENDANTS' CONSENTED *EX PARTE* / CONSENT MOTION TO ALLOW THEIR PARTICIPATION IN THE NOVEMBER 15, 2011 PRETRIAL CONFERENCE BY TELEPHONE, AND ALTERNATIVE CONSENTED MOTION TO RESCHEDULE THE PRETRIAL CONFERENCE FOR NOVEMBER 16, 2011 AT 3:00 P.M. OR LATER, OR TO RESCHEDULE THE PRETRIAL CONFERENCE FOR NOVEMBER 17, 2011

With the consent of all parties, the Seymour defendants move to allow their participation by telephone in the November 15, 2011 Pretrial Conference.  In the alternative, and with the consent of all parties, the Seymour defendants move to re-schedule the Pretrial Conference to 3:00 P.M. or later on November 16, 2011, or to re-schedule it to any time on November 17, 2011.

The grounds for this Motion are as follows:

1. The April 13, 2011 Scheduling Order herein (Doc. # 20222) set the Pretrial Conference for November 15, 2011, at 3:00 P.M. Central time.

2. The undersigned attorney has a longstanding commitment to appear on a panel of the Federal Bar Council in the Southern District of New York, with Chief Judge Loretta A. Preska and other attorneys, in the Ceremonial Courtroom of the Southern District, starting at 5:30 P.M. Eastern time on November 15, 2011.

3. If the court were to allow participation in the Pretrial Conference by telephone, the undersigned can participate.

4. The Court has notified the parties that it may or may not wish to hear oral argument on the pending motions on November 16, 2011.

5. The undersigned can be in New Orleans for an oral argument on November 16, but there is no flight that can be taken on November 15 after the end of the New York proceedings that will arrive in New Orleans that night. There are currently available sets of three flight segments with connections in both Raleigh, North Carolina and Atlanta, Georgia, that leave New York on the evening of the 15th and arrive in New Orleans at the gate at 8:54 A.M. Central time on the 16th if all flights are on time. Even if all flights were on time, it would be difficult to get from the airport to the courtroom by 9:30 A.M. If anything happened to the Raleigh connection, the next flight— if available—would not arrive at the gate in New Orleans until 10:23 A.M. Central time.

6. There is no flight that can be take from either the New York area or the Washington, D.C. area that can be taken in the early morning of November 16, 2011 that would arrive in New Orleans in time for a 9:30 A.M. hearing. The earliest available flight from Newark on the morning of November 16 would not arrive at the gate in New Orleans until 9:15 A.M.

even if the flight is on time.  The earliest available flight from Baltimore or from Washington on the morning of November 16 would not arrive at the gate in New Orleans until 9:23 A.M. even if the flight is on time.

      7. Andrew Wilson, counsel for Plaintiff, has a speaking engagement in New Orleans that will take his time from shortly after noon until 3:00 P.M. on November 16, 2011.

      8. All counsel can appear for the Pretrial Conference or a hearing at 3:00 P.M. or later on November 16, 2011.

      9. All counsel can appear for the Pretrial Conference or a hearing on November 17, 2011.

      10. In the event that the Court is not disposed to allow telephonic participation in the Pretrial Conference and is not disposed to reschedule the Pretrial Conference, the Seymour defendants will ask other counsel for defendants to cover their interests at the Pretrial Conference.

    WHEREFORE, the Seymour defendants pray that their Motion be granted.  A proposed form of Order is attached.

                                Respectfully Submitted,

                                /s/ Richard T. Seymour
                                Richard T. Seymour
                                Law Office of Richard T. Seymour, P.L.L.C.
                                Suite 900, Brawner Building
                                888 17th Street, N.W.
                                Washington, DC 20006-3307
                                      rick@rickseymourlaw.net
                                  (202) 785-2145 – Telephone
                                  (202) 549-1454 – Cell
                                  (800) 805-1065 – Facsimile

                              *Attorney for Defendants Richard T. Seymour and*
                              *"Richard T. Seymour P.L.L.C."*

Dated:  November 9, 2011

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 9th day of November, 2011, I served a copy of the Seymour Defendants' Consented *Ex Parte* / Consent Motion To Allow Their Participation in the November 15, 2011 Pretrial Conference by Telephone, and Alternative Consented Motion to Reschedule the Pretrial Conference for November 16, 2011 at 3:00 P.M. or Later, Or to Reschedule the Pretrial Conference for November 17, 2011, and proposed form of Order, on counsel of record for Plaintiff, as shown below, and on all other counsel and parties through the Court's ECF system and, where the party served is not on the ECF system, by e-mail:

    Andrew C. Wilson, Esq.
    Simon, Peragine, Smith & Redfearn, L.L.P.
    30th Floor - Energy Centre
    1l00 Poydras Street
    New Orleans, LA 70163-3000

        /s/ Richard T. Seymour
        Richard T. Seymour
        *Attorney for Defendants Richard T. Seymour and [misnamed] "Richard T. Seymour P.L.L.C."*