UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * | NO. 05-4182 and consolida8ted cases |
| | * * * * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.*   09-2737 | * * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING SEYMOUR DEFENDANTS' CONSENTED *EX PARTE* / CONSENT MOTION TO ALLOW THEIR PARTICIPATION IN THE NOVEMBER 15, 2011 PRETRIAL CONFERENCE BY TELEPHONE, AND ALTERNATIVE CONSENTED MOTION TO RESCHEDULE THE PRETRIAL CONFERENCE FOR NOVEMBER 16, 2011 AT 3:00 P.M. OR LATER, OR TO RESCHEDULE THE PRETRIAL CONFERENCE FOR NOVEMBER 17, 2011

This matter comes before the Court on the Seymour defendants' Consented *Ex Parte* / Consent Motion to Allow Their Participation in the November 15, 2011 Pretrial Conference by Telephone, and Alternative Consented Motion to Reschedule the Pretrial Conference for November 16, 2011 at 3:00 P.M. or Later, Or to Reschedule the Pretrial Conference for November 17, 2011.  Upon considering the Motion, it appears to be well taken.  It is therefore hereby:

1

2

ORDERED, that:

\_\_\_\_\_ The Seymour defendants may participate in the November 15, 2011 Pretrial Conference by telephone.

\_\_\_\_\_ The Pretrial Conference is rescheduled for November \_\_\_\_, 2011 at _____.

This the _____ day of _____, 2011.

_____
**STANWOOD R. DUVAL, JR.**
Senior Judge, U.S. District Court

**CLERK TO NOTIFY:**

**HON. JOSEPH C. WILKINSON, JR.**