OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

SCANNED
11-4-2011

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 NOV -4  PM 4: 18
LORETTA G. WHYTE
CLERK

Date: ~~August 15, 2011~~

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

vs.

PERTAINS TO C. ABADIE, 06-5164

This pleading only applies to Demetrius Temple

Case No. 05-4182     Section  K (2)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ____ amended complaint) (third party complaint) (other : CrossClaim in Interpleader - doc# 20360) to the following: Louisiana State —

1. (name) Louisiana Recovery Authority - DRU; c/o Tom Brennan, 150 N. 3rd. Street,
   (address) Suite 500, Baton Rouge, LA 70801

2. (name) Joseph M. Bruno, The Law Office of Joseph M. Bruno, APLC,
   (address) 855 Baronne Street, New Orleans, LA  70113

3. (name) Chase Manhattan Mortgage Corporation, through its agent for service of process:
   (address) CT CORPORATION SYSTEM, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for   Lexington Insurance Company
               Eric C. Walton, Esq. (#29471)
               GIEGER, LABORDE & LAPEROUSE, LLC
               701 Poydras St., Suite 4800
               New Orleans, LA 70139-4800

__Fee _____
✓ Process _____
x Dktd _____
__ CtRmDep _____
__ Doc. No. _____