OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 NOV -4 PM 4: 18

LORETTA G. WHYTE
CLERK

11-4-2011

Date: 8/25/11

In Re: Katrina Canal Breaches Consolidation Litigation

PERTAINS TO: CONNIE ABADIE, #06-5164

THIS PLEADING APPLIES ONLY TO CLAIM OF AUSTRA ZAPATA RE: 4717 MILES DR., NOLA 70122

Case No. 05-4182 Section K(2)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other) CROSS CLAIM in Interpleader - doc# 20389 to the following:

1. (name) Mr. Tom Brennan, OCD, Div of Adm - LRA, DRU — Louisiana State
   (address) 150 North 3rd St., Ste. 500, B.R., LA 70801
2. (name) Melissa DeBarbieris, Esq., Jos. M. Bruno, APLC — Law Office of Joseph M. Bruno
   (address) 855 Baronne St., NOLA 70113
3. (name) USA, SBA, through Alan Wells, Esq.
   (address) 365 Canal St., Ste. 2820, NOLA 70130
4. (name) _____
   (address) _____

Very truly yours,
"Signature"

Attorney for Lexington Ins. Co.
Address 701 Poydras St., Ste 4800, NOLA 70139

___ Fee
✓ Process
x  Dktd
___ CtRmDep
___ Doc. No.