OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

SCANNED 11-4-2011

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 NOV -4 PM 4:07
LORETTA G. WHYTE
CLERK

Date: ~~10/07/11~~

In Re: Katrina Canal Breaches Consolidation Litigation.
Pertains to Connie Abadie, #06-5164

vs.

This pleading applies **only** to the claim of Wendell Youngblood, 11120 Idlewood Ct., New Orleans, LA

Case No. 05-4182   Section K (2)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other : Crossclaim in Interpleader - doc# 20394) to the following:

1. (name) Joseph M. Bruno, Esq., Law Office of Joseph M. Bruno
   (address) 855 Baronne Street, New Orleans, LA 70113

2. (name) U.S Bank, c/o Firstar Home Mortgage, through the Louisiana Secretary of State — Louisiana State
   (address) POB 94125, Baton Rouge, LA 70804-9125

3. (name) Mr. Tom Brennan, Office of Community Development, Div of Adm, St of LA, LRA,
   (address) 150 North Third Street, Suite 500, Baton Rouge, LA 70801

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for   Lexington Insurance Company
               Eric C. Walton, Esq. #(29471)
Address        ~~GIEGER, LABORDE & LAPEROUSE, LLC~~
               701 Poydras St., Ste 4800
               New Orleans, LA 70139-4800

Fee _____
✓ Process (1 (Bruno))
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____