UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: MRGO<br>*Armstrong,* No. 10-866 | SECTION "K"(2) |

## ORDER

**IT IS ORDERED** that a telephone status conference shall be held on **THURSDAY, November 10, 2011 at 3:00 p.m. (CST)**.  The Court will initiate the call.

New Orleans, Louisiana, this 9th day of November, 2011.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE