UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO:  ALL BARGE | * | and consolidated cases |
| | * | |
| AND | * | SECTION "K" (2) |
| | * | |
| WEISLER V. SEYMOUR, ET AL | * | |
| NO.  09-2737 | * | JUDGE |
| | * | STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAG. |
| | * | JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Gilbert Defendants' Motion for Leave to Reply, it is hereby ORDERED that the motion be and is hereby GRANTED.

New Orleans, Louisiana, this  9th  day of    November           , 2011.

_____
Stanwood R. Duval, Jr.
United States District Judge