**bgilbert**

| | |
|---|---|
| **From:** | Alan Fuchsberg [a.fuchsberg@fuchsberg.com] |
| **Sent:** | Sunday, June 01, 2008 11:35 AM |
| **To:** | Townsend, Mark; jullion@rickseymourlaw.net; Rick; Griffin, Phillip T.; Law Office of Brian A. Gilbert; Mark Jackowski; Lawrence Wiedemann; Wiedemann, Karen |
| **Cc:** | Richard Weisler; Jill Hayes |
| **Subject:** | RE: Barge Cases: Medical and Psychological Interviews May 31 and June 1 |

That's great. You must be exhausted.

As you sit down to plan the report, please consider whether there are common and typical symptoms that can be said in your opinion are likely to be characteristic of certain sub-groups in the class:
(for instance, those there that morning, those who lost family members, for example).

-----Original Message-----
From: Townsend, Mark [mailto:MTowns@lsuhsc.edu]
Sent: Sun 6/1/2008 12:02 AM
To: jullion@rickseymourlaw.net; Rick; Griffin, Phillip T.; Law Office of Brian A. Gilbert; Mark Jackowski; Alan Fuchsberg; Lawrence Wiedemann; Wiedemann, Karen
Cc: Richard Weisler; Jill Hayes
Subject: RE: Barge Cases: Medical and Psychological Interviews May 31 and June 1

Jullion,

Thank you for making these arrangements. Today, I opened the LSU offices, briefly met with Dr. Griffin, showed him ▒▒▒▒▒▒▒ source documents, copied and oriented to him the short self-rated instrument Rick and I hoped she could complete (the SDS), if in his clinical judgment she was up to it. Then I left before seeing her again: we want a completely fresh evaluation.

Dr. Weisler has just landed in New Orleans and we will meet with ██████8AM. The three of us--Rick, Phil, and I--can discuss our current status before Dr. Griffin starts ██████exam.

Dr. Weisler and I will then continue our work Monday--although my time will be more constrained due to my regular administrative duties--we can interview at least one other claimant. Our assistant will also be working in earnest to gather medical records. We hope to complete the template that will guide the remainder of the report.

Thanks once more for your assistance,
Mark

Mark H Townsend, MD, DFAPA
Professor and Vice Chair for General Psychiatry
LSU Health Sciences Center
2020 Gravier Street, New Orleans, LA 70112
Office: 504-568-6009 Fax: 504-568-6006

-----Original Message-----
From: Jullion [mailto:jullion@rickseymourlaw.net]
Sent: Sat 5/31/2008 10:00 PM
To: Townsend, Mark; Rick; Griffin, Phillip T.; Law Office of Brian A. Gilbert; Mark Jackowski; Alan Fuchsberg; Lawrence Wiedemann; Wiedemann, Karen
Cc: Richard Weisler; Jill Hayes
Subject: Re: Barge Cases: Medical and Psychological Interviews May 31 and June 1

██████ is the only one that I have been in contact with that will be coming in at 8:00 am tomorrow.

1

Barge PSLC000036