bgilbert

| | |
|---|---|
| From: | Karen Wiedemann [karenwiedemann@bellsouth.net] |
| Sent: | Tuesday, May 20, 2008 12:27 PM |
| To: | Alan Fuchsberg; Law Office of Brian A. Gilbert; rick@rickseymourlaw.net |
| Cc: | Wilson, Larry |
| Subject: | Re: Barge: URGENT re Problems with Medical Interviews |

Follow Up Flag: Follow up
Flag Status: Flagged

Alan and Rick,
Please send me an invoice to keep for the records. Thanks, Karen
----- Original Message -----
From: "Alan Fuchsberg" <a.fuchsberg@fuchsberg.com>
To: "Law Office of Brian A. Gilbert" <bgilbert@briangilbertlaw.com>;
<rick@rickseymourlaw.net>
Cc: "Karen Wiedemann" <karenwiedemann@bellsouth.net>; "Wilson, Larry"
<lwilson@wgdnlaw1.com>
Sent: Tuesday, May 20, 2008 12:23 PM
Subject: RE: Barge: URGENT re Problems with Medical Interviews


Rick
I will e-mail you my office credit card info for this purpose

Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
tel:  212 869-3500
fax:  212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

-----Original Message-----
From: Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Tuesday, May 20, 2008 12:39 PM
To: rick@rickseymourlaw.net; Alan Fuchsberg
Cc: 'Karen Wiedemann'; 'Wilson, Larry'
Subject: RE: Barge: URGENT re Problems with Medical Interviews

Rick, Alan, if the office space is a suitable arrangement, so be it.  Use your judgment, and make the necessary arrangements.  The PSLC has no credit card, but will ultimately need to bear these costs.  Funding hangs in the balance, though, so I suggest if we do this, we have a defined plan as to how to pay for it.  This is critical to the case, so it might be time for those who are able to step up and contribute to the cause - Alan, Larry Wilson.


-----Original Message-----
From: Richard T. Seymour [mailto:rick@rickseymourlaw.net]
Sent: Tuesday, May 20, 2008 11:18 AM
To: 'Law Office of Brian A. Gilbert'; a.fuchsberg@fuchsberg.com
Subject: RE: Barge: URGENT re Problems with Medical Interviews


AND we need to come to closure on space right away or it may not be available.

1

Barge PSLC000020

```
-----Original Message-----
From: Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Tuesday, May 20, 2008 12:21 PM
To: a.fuchsberg@fuchsberg.com
Cc: rick@rickseymourlaw.net
Subject: RE: Barge: URGENT re Problems with Medical Interviews
```

Alan, what are the doctors' names - I need to file a witness list today and to supplement discovery responses. I need their cv's ASAP

```
-----Original Message-----
From: Alan Fuchsberg [mailto:a.fuchsberg@fuchsberg.com]
Sent: Monday, May 19, 2008 8:46 PM
To: rick@rickseymourlaw.net; Alan Fuchsberg; 'Law Office of Brian A.
Gilbert'; ldwiedeman@aol.com
Subject: Re: Barge: URGENT re Problems with Medical Interviews
```

I called Rick W with your request.
At best he might be able to add an hour or so Sunday morning. Friday he lectures. The following weekend he chairs a conference all weekend.
With this short time frame, he doesn't have the time. He will forward pre-select questionaires to help pre-screen. He can deal with some extra people on Saturday at least to screen. If there are a couple of good holdovers, then probably Mark Townsend could follow up with a full blown evaluation..
This should work. It must.
Alan L. Fuchsberg
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

```
-----Original Message-----
From: "Richard T. Seymour" <rick@rickseymourlaw.net>

Date: Mon, 19 May 2008 21:18:01
To:<a.fuchsberg@fuchsberg.com>,"'Law Office of Brian A. Gilbert'"
<bgilbert@briangilbertlaw.com>,<ldwiedeman@aol.com>
Subject: RE: Barge:  URGENT re Problems with Medical Interviews
```

I do not think ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ We talked on our call about expanding the number from that low base to all the ten class reps, then adding some people who are not class reps, so this change to five ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

I do not think ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ That's one of the reason to exclude the study.  There has to be a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ reasons we need ▓▓▓▓▓▓▓▓▓▓▓▓.

Can we expand the days?  This may be critical to getting the number of people we need.

Barge PSLC000021

No one person has to sit in on all sessions to be able to testify, as long as they use a common plan and the testifier circulates a little and stays in touch.

I have a broker who will be calling tomorrow about the locations on the referenced sheet, for Friday and Saturday, May 25-26. Thursday and Friday would be better, except for people's work. Getting the days expanded and pinned down will help, but it has to happen very, very fast.

Brian, are there reasonable hotels with 3 to 4 meeting rooms? My paralegal can scout them out if we get some names.

Rick

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:  202-862-4320
    Cell:     202-549-1454
    Facsimile:  800-805-1065
    e-mail:  rick@rickseymourlaw.net
    Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

    The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (202) 862-4320.

-----Original Message-----
From: Alan Fuchsberg [mailto:a.fuchsberg@fuchsberg.com]
Sent: Monday, May 19, 2008 9:05 PM
To: rick@rickseymourlaw.net; Alan Fuchsberg; 'Law Office of Brian A. Gilbert'
Subject: Re: Barge: URGENT re Problems with Medical Interviews

I just spoke to Rick Weisler.

He is planning to come in Friday night and leave Sunday morning. He will give it all day Saturday. Since we are looking for 5 ultimately, we should be sure to prioritize our best. So that if someone says they were not too emotionally affected, not important. They also can screen themselves. So if someone is not a good example, they will know in 45 minutes.
Of course Mark will be around on another day for follow up.
Alan L. Fuchsberg
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, NY 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

-----Original Message-----
From: "Richard T. Seymour" <rick@rickseymourlaw.net>

Date: Mon, 19 May 2008 20:47:11
To:<a.fuchsberg@fuchsberg.com>,"'Law Office of Brian A. Gilbert'" <bgilbert@briangilbertlaw.com>
Subject: RE: Barge:  URGENT re Problems with Medical Interviews


What number of offices do they need?

What facilities?

Can some be done on Friday?

Can some be done on Thursday, and others on Friday?  That opens up availability.

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:  202-862-4320
    Cell:      202-549-1454
    Facsimile:   800-805-1065
    e-mail:  rick@rickseymourlaw.net
    Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY:  Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive

4

Barge PSLC000023

communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (202) 862-4320.

-----Original Message-----
From: Alan Fuchsberg [mailto:a.fuchsberg@fuchsberg.com]
Sent: Monday, May 19, 2008 8:44 PM
To: Law Office of Brian A. Gilbert; Alan Fuchsberg
Cc: rick@rickseymourlaw.net
Subject: Re: Barge: URGENT re Problems with Medical Interviews

The docs at a state facility and doesn't want to involve his employer even tangentially. But let me ask if he knows someone with a private clinical office available on saturday Alan L. Fuchsberg The Jacob D. Fuchsberg Law Firm 500 Fifth Avenue New York, NY 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

-----Original Message-----
From: "Law Office of Brian A. Gilbert" <bgilbert@briangilbertlaw.com>

Date: Mon, 19 May 2008 19:27:49
To:"'Alan Fuchsberg'" <a.fuchsberg@fuchsberg.com> Cc:<rick@rickseymourlaw.net>
Subject: RE: Barge:  URGENT re Problems with Medical Interviews


God, I don't know where we could do this on such short notice. Maybe I could call the ACORN lady, but making people travel to the Lower Nine could skew the results, so that probably won't work. Don't the docs have privileges at any hospitals? Or is this too extracurricular? Do they have any friends in any of the local universities psychiatry or psychology departments? Friends at any clinics? And so on... I don't know what to suggest.



From: Alan Fuchsberg [mailto:a.fuchsberg@fuchsberg.com]
Sent: Monday, May 19, 2008 7:26 PM
To: Law Office of Brian A. Gilbert
Cc: rick@rickseymourlaw.net
Subject: RE: Barge: URGENT re Problems with Medical Interviews

I agree
Anywhere else to suggest or should I ask the doctors/



Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110

Barge PSLC000024

tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com

---------------

From: Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Monday, May 19, 2008 8:22 PM
To: Alan Fuchsberg
Cc: rick@rickseymourlaw.net
Subject: RE: Barge: URGENT re Problems with Medical Interviews

I would rather, and I presume the doctor's would rather, that they be done in a clinical and neutral setting, rather than the office of the attorneys advocating on behalf of the emotional damages class and paying the doctors.
I really think that this office should be an absolute last resort, as we want the jury to perceive the doctors as absolutely impartial, as opposed to seeming to be in cahoots with plaintiff counsel. Rick, please weigh-in.


From: Alan Fuchsberg [mailto:a.fuchsberg@fuchsberg.com]
Sent: Monday, May 19, 2008 7:18 PM
To: Law Office of Brian A. Gilbert
Subject: RE: Barge: URGENT re Problems with Medical Interviews

I will ask if your office is ok.


Alan L. Fuchsberg, member
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110
tel: 212 869-3500
fax: 212 398-1532
cell: 914 473-5102
http://www.fuchsberg.com


---------------

From: Law Office of Brian A. Gilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Monday, May 19, 2008 7:59 PM
To: rick@rickseymourlaw.net; Alan Fuchsberg; 'Brian Gilbert (home)'; 'Charles Nolet'; 'Cindy Arias'; 'David Druker'; 'Edward L. Moreno'; 'Jullion Taylor'; 'Karen Wiedemann'; 'Karl Wiedemann'; 'Lawrence Wiedemann'; 'Lawrence Wilson'; Leslie Kelmachter; 'Patrick Sanders'
Subject: RE: Barge: URGENT re Problems with Medical Interviews

If need be, we can probably arrange for the interviews to happen at this office. We have many unoccupied offices over weekends, and many more unoccupied ever.


From: Richard T. Seymour [mailto:rick@rickseymourlaw.net]
Sent: Monday, May 19, 2008 6:44 PM

6

Barge PSLC000025

To: Alan (office) Fuchsberg; Brian Gilbert; Brian Gilbert (home); Charles Nolet; Cindy Arias; David Druker; Edward L. Moreno; Jullion Taylor; Karen Wiedemann; Karl Wiedemann; Lawrence Wiedemann; Lawrence Wilson; Leslie Kelmachter; Patrick Sanders
Subject: RE: Barge: URGENT re Problems with Medical Interviews
Importance: High

Number of People:

This morning, they were not talking about limiting the number to a half dozen. We talked about the five emotional-distress class reps, the other five class reps, and a couple more. I had thought from the conversation that a dozen was close to an ideal number.

There will also be psychological testing, with two psychologists administering a test. They said this could go on while the psychiatric interviews of others were taking place.

I did not have the impression that a neuropsychiatrist was going to take three hours with each. There is only one, and he could not do more than two or three.

This needs to be straightened out ASAP. If we need to have two weekends, we need to make corrective phone calls in a hurry.

Please Do Not Forward Our E-Mails:

Alan, please do NOT forward our internal e-mails to the doctors. There is no need for them to know transportation arrangements, etc., and I would write differently for anything going to them. Our e-mails, to the extent they contain information on which reliance is placed, could become evidentiary by some ill stroke. Best not to take chances.

This, too, should not be forwarded to them.

Space Problems:

Alan, I assume Touro is unavailable.

NOLA colleagues:

Is there a community center in a safe area with a half-dozen completely private rooms to rent with desks or tables, open on Saturday?

Is there a temporary-office place available in NOLA with Saturday hours?

Is there a court-reporter place available with a half-dozen completely private rooms to rent with desks or tables and Saturday hours?

Is there a church with a half-dozen completely private rooms to rent and desks or tables, open on Saturday?

Rick


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
 Voice: 202-862-4320

Barge PSLC000026