UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO: MRGO<br>*Armstrong*, No. 10-866 | |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

**NOW COME**, Plaintiffs, MR-GO Plaintiffs Sub-Group Litigation Committee ("Plaintiffs"), and respectfully move this Honorable Court for leave to file the attached Reply Brief regarding Plaintiffs' Motion to Expedite.

Plaintiffs desire to file the attached Reply Brief to respond to claims asserted by WGI and the United States in their opposition briefs and to update the Court on recent developments.

**WHEREFORE**, Plaintiffs move this Court for leave to file the attached Reply Brief regarding Plaintiffs' Motion to Expedite.

Dated: November 10, 2011                    **Respectfully Submitted,**

                                            **PLAINTIFFS LIAISON COUNSEL**

                                            /s/ Joseph M. Bruno
                                            JOSEPH M. BRUNO (La. Bar # 3604)
                                            Bruno & Bruno, LLP
                                            855 Baronne Street
                                            New Orleans, Louisiana 70113
                                            Telephone: (504) 525-1335
                                            Facsimile: (504) 561-6775
                                            Email: jbruno@brunobrunolaw.com

1

**MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE**

    /s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

**MR-GO PLAINTIFFS SUB GROUP
LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on November 10, 2011.

    /s/ Joseph M. Bruno

2