UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*      05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Weber v. Lafarge*       08-4459 | * | JOSEPH C. WILKINSON |

## ORDER

Considering the application to enroll and admit Jennifer L. Zeidner *pro hac vice* on behalf of Plaintiff, it is hereby ORDERED that the Motion be, and is hereby, GRANTED.

New Orleans, Louisiana, this 9th day of November, 2011.

_____
Stanwood R. Duval, Jr.
United States District Judge