**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | * | |
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | * | **and consolida8ted cases** |
| | * | |
| | * | **SECTION "K" (2)** |
| | * | |
| | * | |
| *Weisler v. Seymour, et al.*     **09-2737** | * | **JUDGE** |
| | * | **STANWOOD R. DUVAL,** |
| | * | **JR.** |
| | * | |
| | * | **MAG. JUDGE** |
| | * | **JOSEPH C. WILKINSON,  JR.** |
| | * | |

# ORDER GRANTING SEYMOUR DEFENDANTS' CONSENTED *EX PARTE* / CONSENT MOTION TO ALLOW THEIR PARTICIPATION IN THE NOVEMBER 15, 2011 PRETRIAL CONFERENCE BY TELEPHONE, AND ALTERNATIVE CONSENTED MOTION TO RESCHEDULE THE PRETRIAL CONFERENCE FOR NOVEMBER 16, 2011 AT 3:00 P.M. OR LATER, OR TO RESCHEDULE THE PRETRIAL CONFERENCE FOR NOVEMBER 17, 2011

This matter comes before the Court on the Seymour defendants' Consented *Ex Parte* /

Consent Motion to Allow Their Participation in the November 15, 2011 Pretrial Conference by

Telephone, and Alternative Consented Motion to Reschedule the Pretrial Conference for

November 16, 2011 at 3:00 P.M. or Later, Or to Reschedule the Pretrial Conference for

November 17, 2011.  Upon considering the Motion, it appears to be well taken.  It is therefore

hereby:

1

ORDERED, that:

The Pretrial Conference is rescheduled for November __17__, 2011 at __2:00__ p.m. .

This the _____9th_____ day of __November__, 2011.

_____

**STANWOOD R. DUVAL, JR.**
Senior Judge, U.S. District Court

**CLERK TO NOTIFY:**

**HON. JOSEPH C. WILKINSON, JR.**