MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 10, 2011

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
      CONSOLIDATED LITIGATION
                                                            NO. 05-4182 "K" (2)

                                                            JUDGE DUVAL
PERTAINS TO:    MRGO                         MAG. WILKINSON
                       Armstrong, 10-866

      At the request of Judge Duval and all counsel, a telephone conference was conducted on this date. Participating were: Joseph M. Bruno, counsel for plaintiffs; William Treeby, representing defendant Washington Group International, Inc.; and Robin Smith, counsel for the United States. The purpose of the conference was to plan further proceedings concerning Judge Duval's referral of a portion of plaintiffs' motion for additional testing to me.

      **IT IS ORDERED** that counsel must confer concerning the identity of their expert participants (one (1) each) in the planned conference or hearing before me; the nature, scope and manner of the presentation to be made by their experts; and the specific date during the week of November 28, 2011 on which the proposed proceedings will occur. Counsel were

MJSTAR:  0 : 15

advised that I will reserve a full morning (9 a.m. to noon) any day during the week of November 28th for their presentations, which will be limited to no more than one (1) hour and one (1) expert for each of the three presentations. A telephone conference will be conducted by me on **November 16, 2011 at 10 a.m.** to finalize plans for this session. Counsel must contact my office at that time to participate in the conference.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**