UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER:  05-4182 "K"(2) JUDGE Duval MAG. Wilkinson |
| PERTAINS TO:   MRGO *Armstrong*, No. 10-866 | |

## ORDER

Considering MR-GO Plaintiffs Sub-Group Litigation Committee's Motion for Leave to File Reply Brief Regarding Plaintiffs' Motion to Expedite.

**IT IS HEREBY ORDERED** that MR-GO Plaintiffs Sub-Group Litigation Committee's Motion for Leave to File Reply Brief Regarding Plaintiffs' Motion to Expedite is granted and that MR-GO Plaintiffs Sub-Group Litigation Committee may file the Reply Brief attached to the above-referenced Motion.

NEW ORLEANS, LOUISIANA, this 10th day of November 2011.

_____
THE HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1