# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
|  | * * | SECTION "K" (2) |
|  | * * |  |
| *Weisler v. Seymour, et al.*   **09-2737** | * * * * | JUDGE STANWOOD R. DUVAL, JR. |
|  | * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

### JOINT MOTION OF PARTIAL DISMISSAL WITH PREJUDICE

NOW COME Plaintiff, Richard H. Weisler, M.D., and Defendants, Lawrence A. Wilson, and Wilson, Druker, Grochow and Nolet, who, upon suggesting that any and all claims, demands and controversies between the parties to this motion have been resolved, respectfully move for issuance of an Order dismissing with prejudice any and all claims, demands and controversies between Plaintiff, Richard H. Weisler, M.D., and Defendants, Lawrence A. Wilson, and/or Wilson, Druker, Grochow and Nolet, each party to bear its own costs.

So moved, this 14th day of November, 2011.

Respectfully submitted,

*/s/Andrew C. Wilson*
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Charles E. Riley, IV (28200)
Christopher B. Conley (31674)
30th FloorB Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999

*Attorneys for Plaintiff, Richard H. Weisler, M.D.*

*/s/Lawrence A. Wilson*
Lawrence A. Wilson (#9584)
WILSON GROCHOW DRUKER
233 Broadway, 5th Floor
Telephone: (212) 608-4400
Facsimile: (212) 608-0746
lwilson@wgdnlaw1.com

*For Lawrence A. Wilson and Wilson,*
*Druker, Grochow and Nolet*

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via United States Mail, first class postage prepaid and properly addressed, and/or via facsimile, and/or via electronic mail, and/or via hand delivery, and/or via ECF upload, this 14th day of November, 2011.

*/s/Lawrence A. Wilson*