UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * * | SECTION "K" (2) |
| | * * | |
| *Weisler v. Seymour, et al.*    09-2737 | * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the above and foregoing, it is hereby ORDERED that the Joint Motion to Dismiss of Richard H. Weisler, Lawrence A. Wilson, and Wilson, Grochow, Druker and Nolet be, and is hereby, GRANTED, dismissing with prejudice any and all claims, demands and controversies herein between the foregoing parties, each party to bear its own costs.

New Orleans, Louisiana, this ___ day of _____, 2011.

HON. STANWOOD R. DUVAL, JR.