**MINUTE ENTRY**
**DUVAL, J.**
**November 10, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"**(2) |
| *Armstrong*, C.A. No. 10-866 | |

Attending a status conference held this day concerning Plaintiffs' Motion to Amend Scheduling Order Regarding Expert Deadlines (Doc. 20550) and Plaintiffs' Motion for Expedited Hearing (20549) were:

Joseph Bruno, Thomas Sims, and James P. Roy for plaintiffs;

Robin Smith for the United States; and

William Treeby for Washington Group International, Inc.

A lengthy discussion concerning the Court's concerns with respect to the proposed amendments to the scheduling order ensued. Plaintiffs seek a six week extension of the scheduling order as to expert deadlines in order to allow for: (1) additional time for the expert report of Dr. Robert Bea to be produced which plaintiffs contend is the most needed relief; (2) the completion of additional "pump tests"; and (3) the execution of the "School site" excavation. Defendants made clear that any extension is opposed.

The Court indicated that a six week extension of the deadlines would result in a six week extension of the trial date. To that end, the United States was given until **Thursday, November 17, 2011**, to inform the Court whether such a trial continuance would result in any scheduling difficulties for its experts. The Court also concluded that as to the necessity for the extension of

time for additional testing, the matter would be referred to Magistrate Judge Jay Wilkinson for decision.  Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Expedited Hearing (20549) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Amend Scheduling Order Regarding Expert Deadlines is **REFERRED** to Magistrate Judge Jay Wilkinson for a determination as to whether such additional testing is necessary and can actually be accomplished within the six week period contemplated.  The Court will render a decision concerning the extension requested with respect to Dr. Bea's expert report upon the receipt of the Government's response as outlined above.

JS-10: 1:15