MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 16, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: MRGO                                JUDGE DUVAL
              Armstrong C.A. No. 10-866          MAG. WILKINSON

A telephone conference was conducted on this date by me. Participating were: Joseph M. Bruno, Tom Sims and Jim Roy, counsel for plaintiffs; William Treeby, representing defendant Washington Group International, Inc. ("WGI"); and Robin Smith, counsel for the United States. The purpose of the conference was to plan further proceedings concerning Judge Duval's referral of a portion of plaintiffs motion for additional testing to me. Record Doc. No. 20576.

Counsel have conferred among themselves and with their experts and, considering their agreement and the record, further proceedings will be conducted as follows:

MJSTAR: **0:15**

...
...
...

No later than November 22, 2011, (1) WGI and the United States must file and serve their memoranda in opposition to the referred portion of plaintiffs' motion for additional testing, and (2) all parties must exchange and submit to me curriculum vitae of the single expert for each party whose testimony will be submitted in connection with the motion.

No later than November 28, 2011, plaintiffs may file a memorandum in reply to defendants' opposition memoranda.

A hearing will be conducted before me on November 30, 2011 beginning at 9:00 a.m. At that hearing, plaintiffs may present the testimony, on direct examination only, of a single expert in support of their motion. WGI may then present the testimony, on direct examination only, of a single expert in opposition to the motion. The United States may then present the testimony, on direct examination only, of a single expert in opposition to the motion. The testimony of each of the three experts must be limited to no more than one (1) hour. As agreed by the parties, <u>no</u> cross-examination will be permitted.

No hearing or appearance before Judge Duval in connection with this motion will be necessary on November 30th.

All parties were encouraged to direct their experts to continue their informal discussions toward reaching a possible agreed resolution of the additional testing issue.

                                                                    JOSEPH C. WILKINSON, JR.
                                                            UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

MJSTAR: **0:15**