MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 17, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>          (Misc. State Farm Cases) | JUDGE DUVAL<br>M A G . W I L K I N S O N |

  A conference was conducted on this date to address the status of Road Home approval of the settlement of certain claims asserted against defendant State Farm. Participating were: Kevin Klibert, representing certain plaintiffs (by phone); Charles Chassaignac, representing defendant State Farm (in person); and Dan Rees, representing the Road Home Program (by phone).

  Counsel reported that all remaining issues concerning the six subject claims (including those of George and Margaret Green, Eugene Lefevre, Dennis Morris, Andryetta Yarbrough, Bessie Jones and Archibald Grefer, all against State Farm) have

MJSTAR: **0:10**

been resolved; all outstanding documentation necessary to the Road Home approval process has now been submitted; and Road Home approval is anticipated shortly.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.