UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * | NO. 05-4182 and consolidated cases |
| | * * | SECTION "K" (2) |
| *Weisler v. Seymour, et al.*   09-2737 | * * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

**MOTION FOR RELIEF FROM ORDER**

NOW INTO COURT, through undersigned counsel, come Plaintiff, Richard H. Weisler, M.D., and Defendants, Lawrence A. Wilson, and Wilson, Druker, Grochow and Nolet, and pursuant to Rule 60 of the Federal Rules of Civil Procedure, respectfully move for relief from the Order previously issued by the Court on November 15, 2011, upon suggesting that:

1. They previously informed the Court that any and all claims, demands and controversies between the parties to this motion have been resolved and moved for issuance of an Order dismissing with prejudice any and all claims, demands and controversies between Plaintiff, Richard H. Weisler, M.D., and Defendants, Lawrence A. Wilson, and/or Wilson, Druker, Grochow and Nolet, each party to bear its own costs;

2. That Order issued on November 15, 2011;

3. Plaintiff and Defendant suggest that this Order did not include necessary language related to the subject settlement agreement, specifically Plaintiff's reservation of all rights against the remaining Defendants, and any other unnamed parties;

4. Plaintiff, Richard H. Weisler, M.D., wishes to revise the Order to specifically preserve, reserve and retain all of his rights, claims and/or causes of action against the remaining Defendants in the litigation, including Richard T. Seymour; Richard T. Seymour, P.L.L.C; Alan J. Fuchsberg; The Jacob D. Fuchsberg Law Firm, L.L.P.; Brian A. Gilbert; The Law Office of Brian A. Gilbert, P.L.C; and, Wiedemann & Wiedemann, P.L.C., as well as any other party to the litigation and presently unnamed

parties, now or in the future, and all defenses to the Counter-Claims asserted in the aforementioned litigation.

So moved, this 18th day of November, 2011.

Respectfully submitted,

*/s/Andrew C. Wilson*
Daniel J. Caruso (3941)
Andrew C. Wilson (01162)
Charles E. Riley, IV (28200)
Christopher B. Conley (31674)
Simon, Peragine Smith & Redfearn, LLP
30th Floor Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone (504) 569-2030
Facsimile (504) 569-2999
*Attorneys for Plaintiff, Richard H. Weisler, M.D.*

*/s/Lawrence A. Wilson*
Lawrence A. Wilson (#9584)
WILSON GROCHOW DRUKER
233 Broadway, 5th Floor
Telephone: (212) 608-4400
Facsimile: (212) 608-0746
lwilson@wgdnlaw1.com
*For Lawrence A. Wilson and Wilson, Druker, Grochow and Nolet*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via United States Mail, first class postage prepaid and properly addressed, and/or via facsimile, and/or via electronic mail, and/or via hand delivery, and/or via ECF upload, this 18th day of November, 2011.

*/s/Lawrence A. Wilson*