## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * * | SECTION "K" (2) |
| | * * | |
| *Weisler v. Seymour, et al.*   09-2737 | * * * | JUDGE STANWOOD R. DUVAL, JR. |
| | * * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## AMENDED ORDER OF DISMISSAL WITH PREJUDICE

CONSIDERING THE ABOVE AND FOREGOING, IT IS HEREBY ORDERED that the Motion for Relief from the Court's Order of November 15, 2011, granting the Motion to Dismiss of Richard H. Weisler, Lawrence A. Wilson, and Wilson, Grochow, Druker and Nolet be, and hereby GRANTED, dismissing with prejudice any and all claims, demands and controversies herein between the foregoing parties, each party to bear its own costs; and

FURTHER IT IS ORDERED that Plaintiff, Richard H. Weisler, M.D., has specifically preserved, reserved and retained all rights, claims and/or causes of action against the remaining Defendants in the litigation, Richard T. Seymour; Richard T. Seymour, P.L.L.C; Alan J. Fuchsberg; The Jacob D. Fuchsberg Law Firm, L.L.P.; Brian A. Gilbert; The Law Office of Brian A. Gilbert, P.L.C; and, Wiedemann & Wiedemann, P.L.C., as well as any other party to

the litigation and presently unnamed parties, now or in the future, and all defenses to the Counter-Claims asserted in the aforementioned litigation.

New Orleans, Louisiana, this 21st day of November, 2011.

_____
Stanwood R. Duval, Jr.
United States District Judge