UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> <br> PERTAINS TO: BARGE <br> <br> <br> Weisler v. Seymour, et al.  09-2737 | CIVIL ACTION <br> <br> NO. 05-4182 <br> and consolidated cases <br> <br> SECTION "K" (2) <br> <br> JUDGE <br> STANWOOD R. DUVAL, JR. <br> <br> MAGISTRATE JUDGE <br> JOSEPH C. WILKINSON, JR. |

## JOINT EXHIBIT LIST ON BEHALF OF ALL PARTIES

**NOW INTO COURT** on behalf of all parties who submit the following Exhibit List in this matter.   All parties reserve the right to supplement this list.


1.  E-mails exchanged between and among the parties, as well as with third- party witnesses related to "Emotional Injury Subclass" Project.

1

**Addendum A**

**A.     E-mails to and from Alan Fuchsberg a.fuchsberg@fuchsberg.com**

1.
   Subj:   **FW: Katrina emotional injuries--seeking consultant expert**
   Date:   5/14/2008 9:31:41 P.M. Eastern Daylight Time
   From:   a.fuchsberg@fuchsberg.com
   To:     rweisler@aol.com

2.
   Subj:   **Re: FW: Katrina emotional injuries--seeking consultant expert**
   Date:   5/15/2008 4:21:51 P.M. Eastern Daylight Time
   From:   a.fuchsberg@fuchsberg.com
   To:     RWeisler@aol.com

3.
   Subj:   **RE: FW: Katrina emotional injuries--seeking consultant expert**
   Date:   5/15/2008 5:14:38 P.M. Eastern Daylight Time
   From:   a.fuchsberg@fuchsberg.com
   To:     RWeisler@aol.com

4.
   Subj:   **Re: FW: Katrina emotional injuries--seeking consultant expert**
   Date:   5/16/2008
   To:     a.fuchsberg@fuchsberg.com

5.
   Subj:   **Check out http://www.atsdr.cdc.gov/publications/100233-RelocationStress.pdf**
   Date:   5/16/2008
   To:     a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

6.
   Subj:   **Weisler Medical News and Perspectives Article with link to Duke web site**
   Date:   5/16/2008
   To:     a.fuchsberg@fuchsberg.com

2

7.

    Subj:    **Weisler CV and Bio-sketch that needs updating**
    Date:   5/16/2008
    To:      a.fuchsberg@fuchsberg.com

8.

    Subj:    **Men's Health Magazine story last year which was a nice surprise**
    Date:   5/16/2008
    To:      a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

9.

    Subj:    **Fw: Katrina Class Cert Motion**
    Date:   5/16/2008 4:20:26 P.M. Eastern Daylight Time
    From:  a.fuchsberg@fuchsberg.com
    To:      RWeisler@aol.com

10.

    Subj:    **Re: Check out http://www.atsdr.cdc.gov/publications/100233-RelocationStress.pdf**
    Date:   5/16/2008 6:07:15 P.M. Eastern Daylight Time
    From:  a.fuchsberg@fuchsberg.com
    To:      RWeisler@aol.com
    CC:     rick@rickseymourlaw.net, ldwiedeman@aol.com, bgilbert@briangilbertlaw.com

11.

    Subj:    **Fw: Barge Cases RE: good news on the emotional health class issue and need to set up psych evaluations next saturday for class reps**
    Date:   5/16/2008 8:07:50 P.M. Eastern Daylight Time
    From:  a.fuchsberg@fuchsberg.com
    To:      RWeisler@aol.com, MTowns@lsuhsc.edu
    CC:     rick@rickseymourlaw.net

12.

    Subj:    **Weisler Disaster Mental Health slide set Sect I Note slides 52-56 in particular**
    Date:   5/17/2008
    To:      a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

13.

    Subj: **Weisler WPA Disaster Mental Health slide set Section II**
    Date: 5/17/2008
    To: a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

14.

    Subj: **Weisler ppt slide set from 2007 WPA Section III Please see slides 23-27!**
    Date: 5/17/2008
    To: a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu


    Subj: **Weisler 2007 WPA Disaster Mental Health slide set Section IV**
    Date: 5/17/2008
    To: a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

15.

    Subj: **Weisler Disaster Mental Health slide set for WPA 2007 Section V Last slides**
    Date: 5/17/2008
    To: a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

16.

    Subj: **Alan, An old slide set I used to talk to legislators about mental heatlh needs**
    Date: 5/18/2008
    To: a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

17.

    Subj: **Trauma, Resilience and Saliostasis: Effects of Treatment in Posttraumatic Stress**
    Date: 5/18/2008
    To: a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

18.

    Subj: **Re: Retention of Dr Townsend**
    Date: 5/18/2008 2:23:52 P.M. Eastern Daylight Time
    From: a.fuchsberg@fuchsberg.com
    To: MTowns@lsuhsc.edu, pmbalson@hotmail.com, a.fuchsberg@fuchsberg.com
    CC: RWeisler@aol.com, STefft@lsuhsc.edu, Rick@RickSeymourLaw.net, ldwiedeman@aol.com

19.

Subj: **Diagnostic https://www.medical-outcomes.com/HTMLFiles/PrivateAccounts/MINI/Dow**
Date: 5/19/2008
To: a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

20.

Subj: **Some pre-Katrina Orlean's CDC Parish death rates by different causes**
Date: 5/19/2008
To: a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu

21.

Subj: **FYI: 'The Crisis Continues' | Print Article | Newsweek.com**
Date: 5/19/2008
To: a.fuchsberg@fuchsberg.com

22.

Subj: =?Windows-1252?B?
UmU6IEZZSTogkVRoZSBDcmlzaXMgQ29udGludWVzkIB8IFByaW50IEFydGljbGUgfCBOZXdzd2Vlay5jb20=?=
Date: 5/19/2008 8:52:47 A.M. Eastern Daylight Time
From: a.fuchsberg@fuchsberg.com
To: RWeisler@aol.com, MTowns@lsuhsc.edu

23.

Subj: **RE:DISCUSSION WITH PSYCHIATRIC CLASS CERTIFICATION MOTION EXPERTS**
Date: 5/19/2008 9:35:52 A.M. Eastern Daylight Time
From: a.fuchsberg@fuchsberg.com
To: RWeisler@aol.com, mtowns@lsuhsc.edu, rick@rickseymourlaw.net, ldwiedeman@aol.com
CC: bgilbert@briangilbertlaw.com, pmbalson@hotmail.com, pistols42@aol.com

24.

Subj: **RE: DISCUSSION WITH PSYCHIATRIC CLASS CERTIFICATION MOTION EXPERTS**
Date: 5/19/2008 10:05:03 A.M. Eastern Daylight Time
From: a.fuchsberg@fuchsberg.com
To: rick@rickseymourlaw.net, RWeisler@aol.com, mtowns@lsuhsc.edu, ldwiedeman@aol.com
CC: bgilbert@briangilbertlaw.com, pmbalson@hotmail.com, pistols42@aol.com

25.

Subj: **RE: DISCUSSION WITH PSYCHIATRIC CLASS CERTIFICATION MOTION EXPERTS**
Date: 5/19/2008 11:50:03 A.M. Eastern Daylight Time
From: a.fuchsberg@fuchsberg.com
To: rick@rickseymourlaw.net, RWeisler@aol.com, mtowns@lsuhsc.edu, ldwiedeman@aol.com
CC: pmbalson@hotmail.com

26.

| | |
|---|---|
| Subj: | **RE: DISCUSSION WITH PSYCHIATRIC CLASS CERTIFICATION MOTION EXPERTS** |
| Date: | 5/19/2008 7:23:42 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | MTowns@lsuhsc.edu |
| CC: | RWeisler@aol.com, pmbalson@hotmail.com, ldwiedeman@aol.com, rick@rickseymourlaw.net |

27.

| | |
|---|---|
| Subj: | **RE: Validation of M.I.N.I.Diagnostic Interviews Medical Outcome Systems, Inc.** |
| Date: | 5/19/2008 7:24:02 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | RWeisler@aol.com, mtowns@lsuhsc.edu |
| CC: | rick@rickseymourlaw.net, ldwiedeman@aol.com |

28.

| | |
|---|---|
| Subj: | **RE: Diagnostic https://www.medical-outcomes.com/HTMLFiles/PrivateAccounts/MINI/Dow** |
| Date: | 5/19/2008 7:24:48 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | RWeisler@aol.com, mtowns@lsuhsc.edu |
| CC: | rick@rickseymourlaw.net, ldwiedeman@aol.com |

29.

| | |
|---|---|
| Subj: | **RE: Some of the news coverage from the criminal case that I said I testified in.** |
| Date: | 5/19/2008 7:25:56 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | RWeisler@aol.com, mtowns@lsuhsc.edu |
| CC: | rick@rickseymourlaw.net, ldwiedeman@aol.com |

30.

| | |
|---|---|
| Subj: | **RE: Barge: Class Rep. Availability for Saturday Medical Interviews** |
| Date: | 5/19/2008 8:24:49 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | MTowns@lsuhsc.edu, rick@rickseymourlaw.net, ldwiedeman@aol.com |
| CC: | RWeisler@aol.com, pmbalson@hotmail.com |

31.

| | |
|---|---|
| Subj: | **FW: Barge: Class Rep. Availability for Saturday Medical Interviews** |
| Date: | 5/19/2008 7:33:24 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | rick@rickseymourlaw.net, ldwiedeman@aol.com |
| CC: | RWeisler@aol.com, MTowns@lsuhsc.edu |

32.

| | |
|---|---|
| Subj: | **Some of the news coverage from the criminal case that I said I testified in.** |
| Date: | 5/20/2008 |
| To: | a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu |

33.

| | |
|---|---|
| Subj: | **cv update** |
| Date: | 5/20/2008 12:39:50 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | RWeisler@aol.com |
| CC: | rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com |

34.

| | |
|---|---|
| Subj: | **RE: Barge Cases Medical: Interview Space** |
| Date: | 5/21/2008 2:40:28 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | MTowns@lsuhsc.edu, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com |
| CC: | pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net |

35.

| | |
|---|---|
| Subj: | **RE: Barge Cases Medical: Interview Space** |
| Date: | 5/21/2008 2:40:28 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | MTowns@lsuhsc.edu, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com |
| CC: | pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net |

36.

| | |
|---|---|
| Subj: | **RE: tel conf call info for 3:30 CST today** |
| Date: | 5/21/2008 2:46:22 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | MTowns@lsuhsc.edu, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com |
| CC: | pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net |

37.

| | |
|---|---|
| Subj: | **RE: tel conf call info for 3:30 CST today** |
| Date: | 5/21/2008 4:34:35 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | a.fuchsberg@fuchsberg.com, MTowns@lsuhsc.edu, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com |
| CC: | pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net |

38.

| | |
|---|---|
| Subj: | **RE: IMPORTANT - Barge Cases: Interview Schedule and Contact Information, May 24** |
| Date: | 5/27/2008 12:04:19 A.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | MTowns@lsuhsc.edu, fishkat@cox.net, rick@rickseymourlaw.net, ldwiedeman@aol.com |
| CC: | RWeisler@aol.com |

### 39.

| | |
|---|---|
| Subj: | RE:1)child psych and 2) conference call |
| Date: | 5/27/2008 3:22:54 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | MTowns@lsuhsc.edu, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com, pgriff@lsuhsc.edu |
| CC: | bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, STefft@lsuhsc.edu, pmbalson@hotmail.com, mhtowns@mac.com |

### 40.

| | |
|---|---|
| Subj: | Re: 1)child psych and 2) conference call |
| Date: | 5/28/2008 |
| To: | a.fuchsberg@fuchsberg.com |

### 41.

| | |
|---|---|
| Subj: | RE: 1)child psych and 2) conference call |
| Date: | 5/28/2008 2:38:03 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | a.fuchsberg@fuchsberg.com, MTowns@lsuhsc.edu, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com, pgriff@lsuhsc.edu |
| CC: | bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, STefft@lsuhsc.edu, pmbalson@hotmail.com, mhtowns@mac.com |

### 42.

| | |
|---|---|
| Subj: | Re: A psychologist and a suggestion |
| Date: | 5/29/2008 10:17:45 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | MTowns@lsuhsc.edu, jillhayes@cox.net, a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, pgriff@lsuhsc.edu |
| CC: | RWeisler@aol.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net, pmbalson@hotmail.com |

### 43

| | |
|---|---|
| Subj: | Fwd: JAMA -- Mental Health Courts Show Promise, April 18, 2007, Kuehn 29 |
| Date: | 6/1/2008 |
| To: | a.fuchsberg@fuchsberg.com, fishkat@cox.net, rick@rickseymourlaw.net, ldwiedeman@aol.com |

### 44.

| | |
|---|---|
| Subj: | RE: Barge Cases: Medical and Psychological Interviews May 31 and June 1 |
| Date: | 6/1/2008 12:35:11 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | MTowns@lsuhsc.edu, jullion@rickseymourlaw.net, rick@rickseymourlaw.net, pgriff@lsuhsc.edu, bgilbert@briangilbertlaw.com, mookielex@gmail.com, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net |
| CC: | RWeisler@aol.com, jillhayes@cox.net |

### 45.

| | |
|---|---|
| Subj: | **RE: Dr. Howard Osofsky's participation in the Work Group** |
| Date: | 6/3/2008 5:50:37 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | MTowns@lsuhsc.edu, RWeisler@aol.com |
| CC: | LDWIEDEMAN@aol.com, bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net, HOsofs@lsuhsc.edu |

### 46.

| | |
|---|---|
| Subj: | **RE: Dr. Howard Osofsky's participation in the Work Group** |
| Date: | 6/4/2008 3:11:05 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | MTowns@lsuhsc.edu, RWeisler@aol.com |
| CC: | LDWIEDEMAN@aol.com, bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net, HOsofs@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net |

### 47.

| | |
|---|---|
| Subj: | **Fwd: Sprint-E description and references for the document that Fran Norris wr...** |
| Date: | 6/5/2008 |
| To: | a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net |

### 48.

| | |
|---|---|
| Subj: | **Re: Fwd: Sprint-E description and references for the document that Fran Norris wr...** |
| Date: | 6/5/2008 7:45:31 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | RWeisler@aol.com, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net |

### 49.

| | |
|---|---|
| Subj: | **http://www.ncptsd.va.gov/ncmain/nc_archives/nc_artics/id25084.pdf** |
| Date: | 6/7/2008 |
| To: | a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, mtowns@lsuhsc.edu |

### 50.

| | |
|---|---|
| Subj: | **Fwd: Dalton article Dick is a collaborator now Great article** |
| Date: | 6/8/2008 |
| To: | a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com |

### 51.

| | |
|---|---|
| Subj: | **Fwd: Background Reports Narayan is the Lead Investigator of the Tulane study** |
| Date: | 6/9/2008 |
| To: | a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, LDWIEDEMAN, mtowns@lsuhsc.edu |

### 52.

| | |
|---|---|
| Subj: | **Re: Fwd: Dalton article Dick is a collaborator now Great article** |
| Date: | 6/9/2008 9:04:36 A.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | RWeisler@aol.com |

9

53.

| | |
|---|---|
| Subj: | osofsky, hurricane katrina - Google News Archive Search |
| Date: | 6/12/2008 |
| To: | a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net, LDWIEDEMAN |

54.

| | |
|---|---|
| Subj: | Some of Joy & Howard Osofsky's work with children and adolescents after Katrina |
| Date: | 6/12/2008 |
| To: | a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, LDWIEDEMAN |

55.

| | |
|---|---|
| Subj: | RE: Dr. Howard Osofsky's participation in the Work Group |
| Date: | 6/12/2008 12:48:08 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | HOsofs@lsuhsc.edu |
| CC: | MTowns@lsuhsc.edu, RWeisler@aol.com, rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com, karenwiedemann@bellsouth.net, l.kelmachter@fuchsberg.com |

56.

| | |
|---|---|
| Subj: | RE: Psychological evaluations |
| Date: | 6/17/2008 4:22:33 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | rick@rickseymourlaw.net, MTowns@lsuhsc.edu, RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com, pgriff@lsuhsc.edu |

57.

| | |
|---|---|
| Subj: | Re: Psychological evaluations |
| Date: | 6/17/2008 8:34:29 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | MTowns@lsuhsc.edu, rick@rickseymourlaw.net, RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com, a.fuchsberg@fuchsberg.com |

58.

| | |
|---|---|
| Subj: | Re: Fwd: Katrina MH issues Dr. Abramson |
| Date: | 6/19/2008 7:56:21 A.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | RWeisler@aol.com |

59.

| | |
|---|---|
| Subj: | Re: Welcome to Google Docs I think that this approach works best. Give feedb... |
| Date: | 6/25/2008 |
| To: | a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net |

### 60.

| | |
|---|---|
| Subj: | Re: Welcome to Google Docs I think that this approach works best. Give feedback. |
| Date: | 6/25/2008 6:29:00 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | RWeisler@aol.com |

### 61.

| | |
|---|---|
| Subj: | Re: part of an addition for the intro section to let the judge know what to expect |
| Date: | 6/28/2008 5:02:03 P.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | RWeisler@aol.com, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, mtowns@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu |
| CC: | a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, bgilbert@briangilbertlaw.com |

### 62.

| | |
|---|---|
| Subj: | RE: Barge Medical: Expert Report |
| Date: | 6/29/2008 10:11:02 A.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, lwilson@wgdnlaw1.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com |
| CC: | jullion@rickseymourlaw.net |

### 63.

| | |
|---|---|
| Subj: | RE: Barge Medical: Expert Report |
| Date: | 6/30/2008 9:02:45 A.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | fishkat@cox.net |
| CC: | rick@rickseymourlaw.net, MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, lwilson@wgdnlaw1.com, pmbalson@hotmail.com, RWeisler@aol.com, jullion@rickseymourlaw.net |

### 64.

| | |
|---|---|
| Subj: | Re: Final Expert Report Weisler Brian I faxed you the signature page as discussed |
| Date: | 7/1/2008 8:13:56 A.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | RWeisler@aol.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com |

### 65.

| | |
|---|---|
| Subj: | invoice question |
| Date: | 7/30/2008 10:02:22 A.M. Eastern Daylight Time |
| From: | a.fuchsberg@fuchsberg.com |
| To: | RWeisler@aol.com |
| CC: | fishkat@cox.net, rick@rickseymourlaw.net, karenwiedemann@bellsouth.net, pistols42@aol.com, karlwied@bellsouth.net, ldwiedeman@aol.com |

11

66.

Subj: Fwd: Example of a legal retainer. See rate and last section
Date: 8/4/2008
To: a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com
CC: mtowns@lsuhsc.edu

## B. E-mails to and from Dr. Mark Townsend

1.

Subj: **RE: Retention of Dr Townsend**
Date: 5/18/2008 10:54:42 A.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: pmbalson@hotmail.com, a.fuchsberg@fuchsberg.com
CC: RWeisler@aol.com, STefft@lsuhsc.edu

2.

Subj: **RE: Barge: Class Rep. Availability for Saturday Medical Interviews**
Date: 5/19/2008 10:54:30 P.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: a.fuchsberg@fuchsberg.com
CC: pmbalson@hotmail.com, lwiedeman@aol.com, rweisler@aol.com

3.

Subj: **RE: A copy of the Diagnostic Interview that Mark and I will use**
Date: 5/20/2008 10:24:24 A.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: pmbalson@hotmail.com, rweisler@aol.com

4.

Subj: **Last years Duke University Medical Center Legal fee guide**
Date: 5/20/2008
To: mtowns@lsuhsc.edu

5.

Subj: **RE: Barge Cases Medical: Interview Space**
Date: 5/21/2008 12:15:18 A.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, ldwiedeman@aol.com, RWeisler@aol.com
CC: pmbalson@hotmail.com

12

6.

| | |
|---|---|
| Subj: | **RE: Barge Cases Medical: Interview Space** |
| Date: | 5/21/2008 12:21:04 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | Rick@RickSeymourLaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, RWeisler@aol.com |
| CC: | pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net |

7.

| | |
|---|---|
| Subj: | **RE: Barge Cases Medical: Interview Space** |
| Date: | 5/21/2008 1:53:13 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, RWeisler@aol.com |
| CC: | pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net |

8.

| | |
|---|---|
| Subj: | **RE: Conference call on Friday 05/23/08** |
| Date: | 5/23/2008 2:21:10 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | STefft@lsuhsc.edu, pmbalson@hotmail.com, jillhayes@cox.net, GButte@lsuhsc.edu |
| CC: | RWeisler@aol.com |

9.

| | |
|---|---|
| Subj: | **RE: FW: Temporary Physician License** |
| Date: | 5/23/2008 5:21:49 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com |

10.

| | |
|---|---|
| Subj: | **RE: IMPORTANT - Barge Cases: Interview Schedule and Contact Information, May 24** |
| Date: | 5/26/2008 5:28:27 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | fishkat@cox.net, rick@rickseymourlaw.net, ldwiedeman@aol.com |
| CC: | a.fuchsberg@fuchsberg.com, RWeisler@aol.com |

13

11.

| | |
|---|---|
| Subj: | **Child Psychiatrist and proposed call-in time** |
| Date: | 5/27/2008 1:28:02 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com, ccole1@lsuhsc.edu |
| CC: | bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, STefft@lsuhsc.edu, pmbalson@hotmail.com, mhtowns@mac.com |

12.

| | |
|---|---|
| Subj: | **Psychologist** |
| Date: | 5/27/2008 3:08:48 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com, pgriff@lsuhsc.edu |
| CC: | bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, STefft@lsuhsc.edu, pmbalson@hotmail.com, mhtowns@mac.com |

13.

| | |
|---|---|
| Subj: | **RE: 1)child psych and 2) conference call** |
| Date: | 5/27/2008 3:44:45 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com, pgriff@lsuhsc.edu |
| CC: | bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, mhtowns@mac.com, pmbalson@hotmail.com, STefft@lsuhsc.edu |

14.

| | |
|---|---|
| Subj: | **RE: 1)child psych and 2) conference call** |
| Date: | 5/27/2008 5:22:56 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, RWeisler@aol.com, pgriff@lsuhsc.edu |
| CC: | bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, mhtowns@mac.com, pmbalson@hotmail.com, STefft@lsuhsc.edu |

15.

| | |
|---|---|
| Subj: | **RE: 1)child psych and 2) conference call** |
| Date: | 5/27/2008 11:33:48 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, RWeisler@aol.com, pgriff@lsuhsc.edu |
| CC: | bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, STefft@lsuhsc.edu, pmbalson@hotmail.com, mhtowns@mac.com |

16.

| | |
|---|---|
| Subj: | **Arch Gen Psychiatry -- Abstract: Population-Based Study of MDD outcome data** |
| Date: | 5/27/2008 |
| To: | mtowns@lsuhsc.edu, jillhayes@cox.net, jbarbe@lsuhsc.edu |

17.

| | |
|---|---|
| Subj: | **Check out Treatment costs related to bipolar disorder and co...[Psychiatr Ser** |
| Date: | 5/27/2008 |
| To: | mtowns@lsuhsc.edu, jillhayes@cox.net |

18.

| | |
|---|---|
| Subj: | **RE: Check out Most Homeless People in New Orleans Are From City, Survey Finds - N** |
| Date: | 5/28/2008 8:11:35 A.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com, mhtowns@mac.com, jillhayes@cox.net |

19.

| | |
|---|---|
| Subj: | **What if we prioritize the testing to suit your schedule?** |
| Date: | 5/29/2008 5:10:26 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | pgriff@lsuhsc.edu, jillhayes@cox.net |
| CC: | RWeisler@aol.com, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, LDWIEDEMAN@aol.com |

20.

| | |
|---|---|
| Subj: | **Trauma and PTSD Among Adolescents With Severe Emotional Disorders i** |
| Date: | 6/2/2008 |
| To: | mtowns@lsuhsc.edu, josofs@lsuhsc.edu, hosofs@lsuhsc.edu |

21.

| | |
|---|---|
| Subj: | **Fwd: Some background Industrial Canal Breach Litigation, Barge Case** |
| Date: | 6/3/2008 |
| To: | mtowns@lsuhsc.edu |

22.

| | |
|---|---|
| Subj: | **RE: Dr. Howard Osofsky's participation in the Work Group** |
| Date: | 6/4/2008 2:43:08 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, RWeisler@aol.com |
| CC: | LDWIEDEMAN@aol.com, bgilbert@briangilbertlaw.com, HOsofs@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net |

23.

| | |
|---|---|
| Subj: | **FW: Potential Schizophrenia Trial (Dr. Barbee)** |
| Date: | 6/4/2008 4:27:37 P.M. Eastern Standard Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com |

24.

| | |
|---|---|
| Subj: | **Fwd: "InCourage" in GBR Possible treatment resource for Rico** |
| Date: | 6/4/2008 |
| To: | mtowns@lsuhsc.edu |

25.

| | |
|---|---|
| Subj: | **Fwd: MINI David Sheehan's email** |
| Date: | 6/4/2008 |
| To: | mtowns@lsuhsc.edu |

26.

| | |
|---|---|
| Subj: | **(no subject)** |
| Date: | 6/8/2008 11:59:35 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | mvanlan@tulane.edu |
| CC: | rweisler@aol.com |

27.

| | |
|---|---|
| Subj: | **Barge claimants** |
| Date: | 6/9/2008 11:17:23 A.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | rweisler@aol.com |

28.

| | |
|---|---|
| Subj: | **RE: Background Reports Narayan is the Lead Investigator of the Tulane study** |
| Date: | 6/9/2008 5:21:38 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com |

29.

| | |
|---|---|
| Subj: | **Vital Statistics - Suicide Rate High in Violent Death Data - NYTime** |
| Date: | 6/10/2008 |
| To: | mtowns@lsuhsc.edu, josofs@lsuhsc.edu, hosofs@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu |

30.

| | |
|---|---|
| Subj: | **RE: Update** |
| Date: | 6/11/2008 10:17:03 A.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | montgomery@jnm4.com |
| CC: | RWeisler@aol.com |

17

31.

| | |
|---|---|
| Subj: | **RE: Fwd: Request for a section on diagnostic and clinical treatment needs for class** |
| Date: | 6/11/2008 11:28:37 A.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | Jessica.L.Hamblen@Dartmouth.EDU, RWeisler@aol.com |
| CC: | Fran.H.Norris@Dartmouth.EDU |

32.

| | |
|---|---|
| Subj: | **RE: Fwd: Request for a section on diagnostic and clinical treatment needs for class** |
| Date: | 6/11/2008 1:23:51 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | Jessica.L.Hamblen@Dartmouth.EDU, RWeisler@aol.com |
| CC: | Fran.H.Norris@Dartmouth.EDU |

33.

| | |
|---|---|
| Subj: | **Interim invoice** |
| Date: | 6/11/2008 4:22:35 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | karenwiedemann@bellsouth.net, bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com |
| CC: | RWeisler@aol.com, STefft@lsuhsc.edu, ERivar@lsuhsc.edu |

34.

| | |
|---|---|
| Subj: | **Request for a section on diagnostic and clinical treatment needs for class** |
| Date: | 6/11/2008 |
| To: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, rdalton@tulane.edu, josofs@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net |
| CC: | david011@notes.duke.edu, Fran.H.Norris@Dartmouth.EDU, dsheehan@health.usf.edu, chris014@mc.duke.edu |

35.

| | |
|---|---|
| Subj: | **Fwd: K6 articles** |
| Date: | 6/11/2008 |
| To: | mtowns@lsuhsc.edu, kara.koehrn@duke.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, david011@notes.duke.edu |

36.

| | |
|---|---|
| Subj: | **NOAA flood depth maps for the New Orleans area after Katrina** |
| Date: | 6/12/2008 |
| To: | mtowns@lsuhsc.edu, Jessica.L.Hamblen@Dartmouth.EDU, Fran.H.Norris@Dartmouth.EDU, josofs@lsuhsc.edu, hosofs@lsuhsc.edu |