37.

| | |
|---|---|
| Subj: | **from Dr. Weisler** |
| Date: | 6/13/2008 12:05:14 P.M. Eastern Daylight Time |
| From: | kara.koehrn@duke.edu |
| To: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, rdalton@tulane.edu |
| CC: | rweisler@aol.com |

38.

| | |
|---|---|
| Subj: | **Nice review article about violence and mental health** |
| Date: | 6/12/2008 |
| To: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, jillhayes@cox.net, rdalton@tulane.edu, kara.koehrn@duke.edu, Fran.H.Norris@Dartmouth.EDU, jessica.hamblen@dartmouth.edu |

39.

| | |
|---|---|
| Subj: | **The numbers sans CAPS** |
| Date: | 6/13/2008 6:27:24 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | rweisler@aol.com |

40.

| | |
|---|---|
| Subj: | **Psychological evaluations** |
| Date: | 6/17/2008 11:29:52 A.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, pgriff@lsuhsc.edu |

41.

| | |
|---|---|
| Subj: | **CAPS scores in excell** |
| Date: | 6/17/2008 2:54:21 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com |

42.

| | |
|---|---|
| Subj: | **RE: Psychological evaluations** |
| Date: | 6/17/2008 8:30:53 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | rick@rickseymourlaw.net, RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com, a.fuchsberg@fuchsberg.com, pgriff@lsuhsc.edu |

43.

| | |
|---|---|
| Subj: | **FW: Transcript for Kismit Bougere** |
| Date: | 6/17/2008 9:04:09 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com |

44.

| | |
|---|---|
| Subj: | **RE: Psychological evaluations** |
| Date: | 6/17/2008 9:04:33 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com |

45.

| | |
|---|---|
| Subj: | **RE: Psychological evaluations** |
| Date: | 6/18/2008 12:40:15 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | rick@rickseymourlaw.net, RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com, a.fuchsberg@fuchsberg.com, pgriff@lsuhsc.edu, ccole1@lsuhsc.edu |

46.

| | |
|---|---|
| Subj: | **FW: CAPS scores in excell** |
| Date: | 6/18/2008 5:09:42 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com |

47.

| | |
|---|---|
| Subj: | **RE: Psychological evaluations** |
| Date: | 6/18/2008 5:34:48 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com |
| CC: | ccole1@lsuhsc.edu |

48.

| | |
|---|---|
| Subj: | **Barge report finally** |
| Date: | 6/22/2008 11:15:15 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | rweisler@aol.com |

49.

| | |
|---|---|
| Subj: | **FW: Deliver BHAN minutes from crisis response workgroup** |
| Date: | 6/23/2008 5:37:24 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com |

50.

| | |
|---|---|
| Subj: | **Kismet's data** |
| Date: | 6/24/2008 1:08:29 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | jillhayes@cox.net |
| CC: | RWeisler@aol.com |

51.

| | |
|---|---|
| Subj: | **RE: Barge Cases: Psychological evaluations** |
| Date: | 6/24/2008 1:31:04 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | jullion@rickseymourlaw.net, rick@rickseymourlaw.net |
| CC: | a.fuchsberg@fuchsberg.com, RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com |

52.

| | |
|---|---|
| Subj: | **RE: Kismet's data** |
| Date: | 6/25/2008 3:40:03 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | jillhayes@cox.net |
| CC: | RWeisler@aol.com |

53.

| | |
|---|---|
| Subj: | **RE: Evals** |
| Date: | 6/25/2008 4:20:29 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | jullion@rickseymourlaw.net, bgilbert@briangilbertlaw.com |
| CC: | pgriff@lsuhsc.edu, RWeisler@aol.com |

54.

| | |
|---|---|
| Subj: | **RE: Kismet's data** |
| Date: | 6/25/2008 4:55:50 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | jillhayes@cox.net |
| CC: | RWeisler@aol.com |

55.

| | |
|---|---|
| Subj: | **RE: Barge Cases: Psychological evaluations** |
| Date: | 6/25/2008 5:32:37 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | karenwiedemann@bellsouth.net, Rick@RickSeymourLaw.net, bgilbert@briangilbertlaw.com, karlwied@bellsouth.net |
| CC: | rick@rickseymourlaw.net, rweisler@aol.com, jullion@rickseymourlaw.net, pgriff@lsuhsc.edu |

56.

| | |
|---|---|
| Subj: | **RE: Kismet's data** |
| Date: | 6/27/2008 12:38:32 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | JillHayes@cox.net |
| CC: | RWeisler@aol.com |

57.

| | |
|---|---|
| Subj: | **re: Kismit update and request for actual CAPS summary sheet and her YMRS form.** |
| Date: | 6/27/2008 |
| To: | mtowns@lsuhsc.edu, jillhayes@cox.net |

22

58.

| | |
|---|---|
| Subj: | **Fwd: Final Expert Report Weisler Brian I faxed you the signature page as di...** |
| Date: | 6/30/2008 |
| To: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu |

59.

| | |
|---|---|
| Subj: | **RE: New version:Final report actually submitted removing section P on compensation** |
| Date: | 7/1/2008 10:31:31 A.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com |

60.

| | |
|---|---|
| Subj: | **RE: Final Expert Report Weisler Brian I faxed you the signature page as di...** |
| Date: | 7/1/2008 10:34:42 A.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com, HOsofs@lsuhsc.edu, JOsofs@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu |

61.

| | |
|---|---|
| Subj: | **New version:Final report actually submitted removing section P on compensation** |
| Date: | 7/1/2008 |
| To: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu |
| CC: | kara.koehrn@duke.edu |

62.

| | |
|---|---|
| Subj: | **RE: Barge Cases: Defendant's Request for All Documents Considered or Relied Upon** |
| Date: | 7/22/2008 1:34:25 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, pmbalson@hotmail.com, RWeisler@aol.com |

63.

| | |
|---|---|
| Subj: | **FW: Barge Cases: Defendant's Request for All Documents Considered or Relied Upon** |
| Date: | 7/22/2008 2:43:28 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | pgriff@lsuhsc.edu |
| CC: | RWeisler@aol.com |

64.

| | |
|---|---|
| Subj: | **RE: Barge Cases: Defendant's Request for All Documents Considered or Relied Upon** |
| Date: | 7/23/2008 11:53:48 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, pmbalson@hotmail.com, RWeisler@aol.com |

65.

Subj: **RE: Barge Cases: Defendant's Request for All Documents Considered or Relied Upon**
Date: 7/24/2008 10:09:52 A.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: fishkat@cox.net
CC: rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, pmbalson@hotmail.com, RWeisler@aol.com

66.

Subj: **RE: Confidential**
Date: 7/29/2008 10:10:00 A.M. Eastern Daylight Time
From: MTowns@lsuhsc.edu
To: czibil@lsuhsc.edu
CC: RWeisler@aol.com

67.

Subj: **Ref. Kismit 7/27/08 contact**
Date: 7/29/2008
To: mtowns@lsuhsc.edu

68.

Subj: **re: Daniel W. 7/27/08 contact**
Date: 7/29/2008
To: mtowns@lsuhsc.edu

69.

Subj: **Fwd: Sutton If you can contact him the testing would be useful.**
Date: 7/31/2008
To: mtowns@lsuhsc.edu

70.

Subj: **Fwd: Sutton I think it is worth getting his psych testing completed**
Date: 7/31/2008
To: mtowns@lsuhsc.edu

71.

Subj: **FYI**
Date: 8/11/2008
To: mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

24

72.

| | |
|---|---|
| Subj: | **FW: Please take a look at the census track maps and block group data. Please verify** |
| Date: | 8/11/2008 11:05:02 A.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | Postmaster@lsuhsc.edu |
| CC: | RWeisler@aol.com |

73.

| | |
|---|---|
| Subj: | **RE: Please take a look at the census track maps and block group data. Please verify** |
| Date: | 8/11/2008 11:26:22 A.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | ADoskey@lsuhsc.edu |
| CC: | RWeisler@aol.com, rrappo@lsuhsc.edu, BZerin@lsuhsc.edu |

74.

| | |
|---|---|
| Subj: | **RE: Please take a look at the census track maps and block group data. Please verify** |
| Date: | 8/11/2008 7:13:00 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | bgilbert@briangilbertlaw.com, rweisler@aol.com |

75.

| | |
|---|---|
| Subj: | **RE: Josephine R corrections to be initialed and current dated** |
| Date: | 8/12/2008 10:38:47 A.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com |
| CC: | czibil@lsuhsc.edu |

76.

| | |
|---|---|
| Subj: | **RE: Barge Case -** |
| Date: | 8/12/2008 1:27:39 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | bgilbert@briangilbertlaw.com, rweisler@aol.com |
| CC: | dabir@kpalawyers.com, mbailey@kpalawyers.com, cinestroza@kpalawyers.com, bkammerling@kpalawyers.com, skhorrami@kpalawyers.com, eleemoreno@gmail.com, dpollard@kpalawyers.com, mravis@kpalawyers.com, pistols42@aol.com, rick@rickseymourlaw.net, standon@kpalawyers.com, karenwiedemann@bellsouth.net, karlwied@bellsouth.net, ldwiedeman@aol.com |

25

77.

| | |
|---|---|
| Subj: | **RE: Barge Case -** |
| Date: | 8/12/2008 1:55:08 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | bgilbert@briangilbertlaw.com, rweisler@aol.com |
| CC: | dabir@kpalawyers.com, mbailey@kpalawyers.com, cinestroza@kpalawyers.com, bkammerling@kpalawyers.com, skhorrami@kpalawyers.com, eleemoreno@gmail.com, dpollard@kpalawyers.com, mravis@kpalawyers.com, pistols42@aol.com, rick@rickseymourlaw.net, standon@kpalawyers.com, karenwiedemann@bellsouth.net, karlwied@bellsouth.net, ldwiedeman@aol.com |

78.

| | |
|---|---|
| Subj: | **KP&A Khorrami Pollard & Abir, LLP - Providing clients with unparall** |
| Date: | 8/20/2008 |
| To: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu |

79.

| | |
|---|---|
| Subj: | **Mark please send me a copy of my old 6-19-08 email and attachment on Census data** |
| Date: | 8/23/2008 |
| To: | mtowns@lsuhsc.edu |

80.

| | |
|---|---|
| Subj: | **Re: FW: Please take a look at the census track maps and block group data. Ple...** |
| Date: | 8/23/2008 |
| To: | MTowns@lsuhsc.edu |

81.

| | |
|---|---|
| Subj: | **Re: Please take a look at the census track maps and block group data. Please ...** |
| Date: | 8/23/2008 |
| To: | MTowns@lsuhsc.edu |

82.

| | |
|---|---|
| Subj: | **FYI:New article http://www.biomedcentral.com/content/pdf/1471-244x-8-68.pdf** |
| Date: | 8/26/2008 |
| To: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu |

83

| | |
|---|---|
| Subj: | **RE: Expert Letter - LSU** |
| Date: | 9/3/2008 3:06:55 P.M. Eastern Daylight Time |
| From: | MTowns@lsuhsc.edu |
| To: | RWeisler@aol.com, HOsofs@lsuhsc.edu, JOsofs@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net |

84.

  Subj:   Check out » Successful Adjustment to 9/11 - Psych Central News
  Date:   9/4/2008
  To:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu

85.

  Subj:   **RE: Outstanding Invoice**
  Date:   9/8/2008 6:26:00 P.M. Eastern Daylight Time
  From:   MTowns@lsuhsc.edu
  To:     RWeisler@aol.com

86.

  Subj:   **Fwd: Outstanding Invoice**
  Date:   9/8/2008
  To:     mtowns@lsuhsc.edu

87.

  Subj:   **Re: Outstanding Invoice**
  Date:   9/8/2008
  To:     MTowns@lsuhsc.edu

88.

  Subj:   **RE: Outstanding Invoice**
  Date:   9/8/2008 6:26:18 P.M. Eastern Daylight Time
  From:   MTowns@lsuhsc.edu
  To:     rweisler@aol.com

89.

  Subj:   **FYI Guard cites Southern Scrap for unsecured vessels - Breaking N**
  Date:   9/9/2008
  To:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu

## C.   E-mails to and from Richard Seymour

**1.**

| | |
|---|---|
| Subj: | RE: DISCUSSION WITH PSYCHIATRIC CLASS CERTIFICATION MOTION EXPERTS |
| Date: | 5/19/2008 9:58:25 A.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | a.fuchsberg@fuchsberg.com, RWeisler@aol.com, mtowns@lsuhsc.edu, ldwiedeman@aol.com |
| CC: | bgilbert@briangilbertlaw.com, pmbalson@hotmail.com, pistols42@aol.com |

**2.**

| | |
|---|---|
| Subj: | RE: DISCUSSION WITH PSYCHIATRIC CLASS CERTIFICATION MOTION EXPERTS |
| Date: | 5/19/2008 11:44:47 A.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | a.fuchsberg@fuchsberg.com, RWeisler@aol.com, mtowns@lsuhsc.edu, ldwiedeman@aol.com |
| CC: | bgilbert@briangilbertlaw.com, pmbalson@hotmail.com, pistols42@aol.com |

**3.**

| | |
|---|---|
| Subj: | Barge Cases Medical: Dr. Kilpatrick's Affidavit, and Judge Duval's Daubert Ruling |
| Date: | 5/20/2008 7:29:33 A.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, ldwiedeman@aol.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com |
| CC: | jullion@rickseymourlaw.net |

**4.**

| | |
|---|---|
| Subj: | Barge Cases Medical: Interview Space |
| Date: | 5/20/2008 3:27:04 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, ldwiedeman@aol.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com |

**5.**

| | |
|---|---|
| Subj: | Re: Barge Cases Medical: Interview Space |
| Date: | 5/21/2008 1:07:13 A.M. Eastern Daylight Time |
| From: | Rick@RickSeymourLaw.net |
| To: | MTowns@lsuhsc.edu, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, RWeisler@aol.com |
| CC: | pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net |

28

**6.**

Subj: **RE: Barge Cases Medical: Interview Space**
Date: 5/21/2008 1:05:07 P.M. Eastern Daylight Time
From: rick@rickseymourlaw.net
To: MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, RWeisler@aol.com
CC: pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net

Subj: **RE: Barge Cases Medical: Interview Space**
Date: 5/21/2008 1:05:07 P.M. Eastern Daylight Time
From: rick@rickseymourlaw.net
To: MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, RWeisler@aol.com
CC: pmbalson@hotmail.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net

**7.**

Subj: **Barge Cases: Interview Schedule and Contact Information, May 24**
Date: 5/23/2008 9:01:52 P.M. Eastern Daylight Time
From: rick@rickseymourlaw.net
To: a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, ldwiedeman@aol.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com
CC: karenwiedemann@bellsouth.net, jullion@rickseymourlaw.net

**8.**

Subj: **Barge Cases: Medical Release Form and Saturday Lawyer Contact Information**
Date: 5/23/2008 3:50:07 P.M. Eastern Daylight Time
From: rick@rickseymourlaw.net
To: a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, ldwiedeman@aol.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com
CC: jullion@rickseymourlaw.net

**9.**

Subj: **RE: 1)child psych and 2) conference call**
Date: 5/27/2008 4:17:49 P.M. Eastern Daylight Time
From: rick@rickseymourlaw.net
To: MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, RWeisler@aol.com, pgriff@lsuhsc.edu
CC: bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, mhtowns@mac.com, pmbalson@hotmail.com, STefft@lsuhsc.edu

29

**10.**

| | |
|---|---|
| Subj: | **A pharmacoeconomic study and article I worked on in bipolar disorder See bolded** |
| Date: | 5/28/2008 |
| To: | rick@rickseymourlaw.net, MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, LDWIEDEMAN, pgriff@lsuhsc.edu, jillhayes@cox.net, GButte@lsuhsc.edu, CC: bgilbert@briangilbertlaw.com fishkat@cox.net karenwiedemann@bellsouth.net mhtowns@mac.com pmbalson@hotmail.com STefft@lsuhsc.edu |

**11.**

| | |
|---|---|
| Subj: | **Referral questions and a related article for one of the clients** |
| Date: | 5/28/2008 |
| To: | rick@rickseymourlaw.net, MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, LDWIEDEMAN, pgriff@lsuhsc.edu, jillhayes@cox.net, GButte@lsuhsc.edu, CC: bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, mhtowns@mac.com, pmbalson@hotmail.com, STefft@lsuhsc.edu |

**12.**

| | |
|---|---|
| Subj: | **SAMHSA report: Major Depressive Episodes & suicidal thoughts&attempts re:client** |
| Date: | 5/28/2008 |
| To: | rick@rickseymourlaw.net, MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, pgriff@lsuhsc.edu, jillhayes@cox.net, GButte@lsuhsc.edu |
| CC: | bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, mhtowns@mac.com, pmbalson@hotmail.com, STefft@lsuhsc.edu |

**13.**

| | |
|---|---|
| Subj: | **RE: What if we prioritize the testing to suit your schedule?** |
| Date: | 5/29/2008 5:37:07 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | MTowns@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net |
| CC: | RWeisler@aol.com, a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, LDWIEDEMAN@aol.com, jullion@rickseymourlaw.net |

**14.**

| | |
|---|---|
| Subj: | **RE: What if we prioritize the testing to suit your schedule?** |
| Date: | 5/29/2008 5:56:19 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | MTowns@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net |
| CC: | RWeisler@aol.com, a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, LDWIEDEMAN@aol.com, jullion@rickseymourlaw.net |

**15.**

| | |
|---|---|
| Subj: | **Barge Cases: RE: Psychological Testing NEED TO HEAR FROM DOCTORS** |
| Date: | 5/29/2008 6:25:55 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | bgilbert@briangilbertlaw.com, MTowns@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu |
| CC: | RWeisler@aol.com, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net, pmbalson@hotmail.com |

**16.**

| | |
|---|---|
| Subj: | RE: What if we prioritize the testing to suit your schedule? |
| Date: | 5/29/2008 6:27:29 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | bgilbert@briangilbertlaw.com, mookietex@gmail.com |
| CC: | MTowns@lsuhsc.edu, RWeisler@aol.com |

**17.**

| | |
|---|---|
| Subj: | Barge Cases: Medical and Psychological Interviews May 31 and June 1 |
| Date: | 5/30/2008 4:39:54 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com, mookietex@gmail.com, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net |
| CC: | RWeisler@aol.com, jullion@rickseymourlaw.net, pgriff@lsuhsc.edu, jillhayes@cox.net, jullion@rickseymourlaw.net |

**18.**

| | |
|---|---|
| Subj: | RE: Barge Cases: Medical and Psychological Interviews May 31 and June 1 |
| Date: | 5/30/2008 4:49:19 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com, mookietex@gmail.com, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net |
| CC: | RWeisler@aol.com, jullion@rickseymourlaw.net, pgriff@lsuhsc.edu, jillhayes@cox.net |

**19.**

| | |
|---|---|
| Subj: | RE: Barge Cases: Josephine Richardson |
| Date: | 5/31/2008 7:56:29 A.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | pgriff@lsuhsc.edu, bgilbert@briangilbertlaw.com, MTowns@lsuhsc.edu, mookietex@gmail.com, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net, fishkat@cox.net |
| CC: | RWeisler@aol.com, jullion@rickseymourlaw.net, jillhayes@cox.net |

**20.**

**21.**

| | |
|---|---|
| Subj: | RE: Question about First Interim Statement |
| Date: | 6/3/2008 2:53:12 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | jillhayes@cox.net |
| CC: | a.fuchsberg@fuchsberg.com, mtowns@lsuhsc.edu, rweisler@aol.com, karenwiedemann@bellsouth.net |

**22.**

| | |
|---|---|
| Subj: | Re: Question about First Interim Statement |
| Date: | 6/4/2008 |
| To: | rick@rickseymourlaw.net |

## 23.

| | |
|---|---|
| Subj: | **RE: Psychological evaluations** |
| Date: | 6/17/2008 4:10:44 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | MTowns@lsuhsc.edu, RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com, a.fuchsberg@fuchsberg.com, pgriff@lsuhsc.edu |

## 24.

| | |
|---|---|
| Subj: | **RE: Psychological evaluations** |
| Date: | 6/18/2008 1:00:18 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | MTowns@lsuhsc.edu, a.fuchsberg@fuchsberg.com, a.fuchsberg@fuchsberg.com, RWeisler@aol.com, bgilbert@briangilbertlaw.com, ldwiedeman@aol.com |
| CC: | jullion@rickseymourlaw.net |

## 25.

| | |
|---|---|
| Subj: | **Please send me information on PANDA? file sharing. I am having trouble finding** |
| Date: | 6/24/2008 |
| To: | rick@rickseymourlaw.net |

## 26.

| | |
|---|---|
| Subj: | **Re: Barge Cases: Psychological evaluations** |
| Date: | 6/25/2008 4:48:34 P.M. Eastern Daylight Time |
| From: | Rick@RickSeymourLaw.net |
| To: | karenwiedemann@bellsouth.net, bgilbert@briangilbertlaw.com, karlwied@bellsouth.net |
| CC: | rick@rickseymourlaw.net, rweisler@aol.com |

## 27.

| | |
|---|---|
| Subj: | **Barge Cases: Creation of Secure Web Storage Area for Medical Expert Reports and Appendices** |
| Date: | 6/28/2008 7:09:28 A.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, ldwiedeman@aol.com, lwilson@wgdnlaw1.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com |

## 28.

| | |
|---|---|
| Subj: | **RE: Barge Cases: Correction** |
| Date: | 6/28/2008 7:11:39 A.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | RWeisler@aol.com |

32

### 29.

| | |
|---|---|
| Subj: | **Re: URGENT - Please call Rick Seymour** |
| Date: | 6/28/2008 8:00:21 P.M. Eastern Daylight Time |
| From: | Rick@RickSeymourLaw.net |
| To: | fishkat@cox.net |
| CC: | RWeisler@aol.com, pmbalson@hotmail.com, MTowns@lsuhsc.edu, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, lwilson@wgdnlaw1.com |

### 30.

| | |
|---|---|
| Subj: | **Barge Medical: The Types of Exposure we tried to cover in lining people up for interviews** |
| Date: | 6/28/2008 10:58:56 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, lwilson@wgdnlaw1.com, MTowns@lsuhsc.edu, pmbalson@hotmail.com, RWeisler@aol.com |

### 31.

| | |
|---|---|
| Subj: | **Barge Medical: My Flight Schedule Sunday** |
| Date: | 6/29/2008 1:25:24 A.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | RWeisler@aol.com, MTowns@lsuhsc.edu |
| CC: | fishkat@cox.net, bgilbert@briangilbertlaw.com |

### 32.

| | |
|---|---|
| Subj: | **Barge Cases: RE: Please review draft affadavit for general format and then call** |
| Date: | 6/29/2008 8:12:57 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | RWeisler@aol.com |

### 33.

| | |
|---|---|
| Subj: | **Barge Cases: Call me when you can write and take notes** |
| Date: | 6/29/2008 10:49:28 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | RWeisler@aol.com |

### 34.

| | |
|---|---|
| Subj: | **RE: article about suicidality from a federal study inadvertently left out Thanks** |
| Date: | 7/7/2008 10:07:20 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | RWeisler@aol.com, bgilbert@briangilbertlaw.com |

## 35.

| | |
|---|---|
| Subj: | **Barge Cases: Missing Article** |
| Date: | 7/9/2008 9:07:14 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | RWeisler@aol.com, fishkat@cox.net, bgilbert@briangilbertlaw.com |

## 36.

| | |
|---|---|
| Subj: | **Barge Cases: Your Deposition** |
| Date: | 7/24/2008 8:36:20 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | RWeisler@aol.com |
| CC: | bgilbert@briangilbertlaw.com, fishkat@cox.net |

## 37.

| | |
|---|---|
| Subj: | **RE: Duke Legal fee schedule I have used for over 2 years & national data(bold underline** |
| Date: | 8/4/2008 3:42:34 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | MTowns@lsuhsc.edu, RWeisler@aol.com, bgilbert@briangilbertlaw.com, fishkat@cox.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net |

## 38.

| | |
|---|---|
| Subj: | **Barge Cases: Call Tomorrow at 8:30 AM Eastern, 7:30 AM Central** |
| Date: | 8/4/2008 11:00:48 P.M. Eastern Daylight Time |
| From: | rick@rickseymourlaw.net |
| To: | RWeisler@aol.com |
| CC: | MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com, fishkat@cox.net |

## 39.

| | |
|---|---|
| Subj: | **New study results PTSD a "Major Cause" of Early Heart Disease Mortality** |
| Date: | 8/8/2008 |
| To: | rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, fishkat@cox.net, LDWIEDEMAN, karenwiedemann@bellsouth.net, a.fuchsberg@fuchsberg.com, skhorrami@kpalawyers.com |

## 40.

| | |
|---|---|
| Subj: | **Re: PHONE CONVERSATION TODAY (8/8) Weisler Barge case** |
| Date: | 8/8/2008 |
| To: | KBall@kpalawyers.com |
| CC: | scofield@weislermd.com |

34

**41.**

| | |
|---|---|
| Subj: | **Fwd: Progress and payment Barge Case Mental Health** |
| Date: | 8/23/2008 |
| To: | rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, LDWIEDEMAN, karenwiedemann@bellsouth.net, skhorrami@kpalawyers.com, KBall@kpalawyers.com |
| CC: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net |

**42.**

| | |
|---|---|
| Subj: | **Expert Letter - LSU** |
| Date: | 9/3/2008 1:59:49 P.M. Eastern Daylight Time |
| From: | KBall@kpalawyers.com |
| To: | rweisler@aol.com |

**43.**

| | |
|---|---|
| Subj: | **Re: Expert Letter - LSU Letter that I just received today by mail and email** |
| Date: | 9/3/2008 |
| To: | rick@rickseymourlaw.net |

**44.**

| | |
|---|---|
| Subj: | **Fwd: Whether you have been paid for your work already in the barge case?** |
| Date: | 9/5/2008 |
| To: | rick@rickseymourlaw.net ; bgilbert@briangilbertlaw.com ; a.fuchsberg@fuchsberg.com ; LDWIEDEMAN@aol.com ; karenwiedemann@bellsouth.net |
| CC: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu |

**45.**

| | |
|---|---|
| Subj: | **Re: Proposed conference call** |
| Date: | 9/15/2008 |
| To: | rick@rickseymourlaw.net, fishkat@cox.net, karenwiedemann@bellsouth.net |

### D.     E-mails to and from R. Richard H. Weisler

1.     Email to Dr. Weisler from Alan Fuchsberg
       Subj:   **"Discussion with Psychiatric Class Certification Motion Experts and conference call"**

35

2.       Email from Dr. Weisler to the BSPLC
   Dated: 8/4/2008
   Subj: **Duke Legal Fee Schedule I've used for over two years & National Data ($600.00)**

### E.    *E-mails to and from Brian Gilbert/fischkat@cox.net*

1.
   | | |
   |---|---|
   | Subj: | **Re: IMPORTANT - Barge Cases: Interview Schedule and Contact Information, May 24** |
   | Date: | 5/26/2008 5:41:23 P.M. Eastern Daylight Time |
   | From: | fishkat@cox.net |
   | To: | MTowns@lsuhsc.edu |
   | CC: | rick@rickseymourlaw.net, ldwiedeman@aol.com, a.fuchsberg@fuchsberg.com, RWeisler@aol.com, karenwiedemann@bellsouth.net, pistols42@aol.com |

2.
   | | |
   |---|---|
   | Subj: | **RE: Psychological Testing** |
   | Date: | 5/29/2008 5:52:39 P.M. Eastern Daylight Time |
   | From: | bgilbert@briangilbertlaw.com |
   | To: | MTowns@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu |
   | CC: | RWeisler@aol.com, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net, pmbalson@hotmail.com |

3.
   | | |
   |---|---|
   | Subj: | **FW: What if we prioritize the testing to suit your schedule?** |
   | Date: | 5/29/2008 6:24:11 P.M. Eastern Daylight Time |
   | From: | bgilbert@briangilbertlaw.com |
   | To: | mookietex@gmail.com |
   | CC: | rick@rickseymourlaw.net, MTowns@lsuhsc.edu, RWeisler@aol.com |

4.
   | | |
   |---|---|
   | Subj: | **Re: Re: A psychologist and a suggestion** |
   | Date: | 5/30/2008 11:45:35 A.M. Eastern Daylight Time |
   | From: | fishkat@cox.net |
   | To: | a.fuchsberg@fuchsberg.com, jullion@rickseymourlaw.net, me@mookietex.com, bgilbert@briangilbertlaw.com |
   | CC: | MTowns@lsuhsc.edu, jillhayes@cox.net, bgilbert@briangilbertlaw.com, pgriff@lsuhsc.edu, RWeisler@aol.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net, pmbalson@hotmail.com |

5.

Subj:   **Re: Re: A psychologist and a suggestion**
Date:   5/30/2008 12:11:56 P.M. Eastern Daylight Time
From:   fishkat@cox.net
To:     a.fuchsberg@fuchsberg.com, jullion@rickseymourlaw.net, me@mookietex.com
CC:     MTowns@lsuhsc.edu, jillhayes@cox.net, bgilbert@briangilbertlaw.com, pgriff@lsuhsc.edu, RWeisler@aol.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, karenwiedemann@bellsouth.net, pmbalson@hotmail.com

6.

Subj:   **Re: proposed Master Protective Order**
Date:   6/5/2008 12:28:08 A.M. Eastern Daylight Time
From:   karenwiedemann@bellsouth.net
To:     fishkat@cox.net, fishkat@cox.net
CC:     a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com, cnolet@wgdnlaw1.com, ddruker@wgdnlaw1.com, karlwied@bellsouth.net, ldwiedeman@aol.com, lwilson@wgdnlaw1.com, l.kelmachter@fuchsberg.com, MTowns@lsuhsc.edu, Pistols42@aol.com, rick@rickseymourlaw.net, RWeisler@aol.com

7.

Subj:   **Mental Health Damages**
Date:   6/8/2008 12:45:40 P.M. Eastern Daylight Time
From:   fishkat@cox.net
To:     rick@rickseymourlaw.net, RWeisler@aol.com, MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com

8.

Subj:   **RE: Background Reports Narayan is the Lead Investigator of the Tulane study**
Date:   6/9/2008 5:29:44 P.M. Eastern Daylight Time
From:   bgilbert@briangilbertlaw.com
To:     RWeisler@aol.com, a.fuchsberg@fuchsberg.com, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, mtowns@lsuhsc.edu

9.

Subj:   **Emotional Damages Report - URGENT**
Date:   6/28/2008 5:01:13 P.M. Eastern Daylight Time
From:   fishkat@cox.net
To:     RWeisler@aol.com, pmbalson@hotmail.com, MTowns@lsuhsc.edu
CC:     rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, lwilson@wgdnlaw1.com

10.

Subj:   **URGENT - Please call Rick Seymour**
Date:   6/28/2008 5:25:42 P.M. Eastern Daylight Time
From:   fishkat@cox.net
To:     fishkat@cox.net
CC:     RWeisler@aol.com, pmbalson@hotmail.com, MTowns@lsuhsc.edu, rick@rickseymourlaw.net, LDWIEDEMAN@aol.com, lwilson@wgdnlaw1.com

37