11.

| | |
|---|---|
| Subj: | **Re: URGENT - Please call Rick Seymour** |
| Date: | 6/28/2008 8:19:29 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | Rick@RickSeymourLaw.net |
| CC: | RWeisler@aol.com, pmbalson@hotmail.com, MTowns@lsuhsc.edu, LDWIEDEMAN@aol.com, lwilson@wgdnlaw1.com |

12.

| | |
|---|---|
| Subj: | **Re: Barge Medical: Expert Report** |
| Date: | 6/29/2008 6:44:27 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | a.fuchsberg@fuchsberg.com |
| CC: | rick@rickseymourlaw.net, MTowns@lsuhsc.edu, bgilbert@briangilbertlaw.com, karenwiedemann@bellsouth.net, ldwiedeman@aol.com, lwilson@wgdnlaw1.com, pmbalson@hotmail.com, RWeisler@aol.com, julion@rickseymourlaw.net |

13.

| | |
|---|---|
| Subj: | **Re: Final Expert Report Weisler Brian I faxed you the signature page as dis...** |
| Date: | 6/30/2008 |
| To: | fishkat@cox.net |

14.

| | |
|---|---|
| Subj: | **Re: Final Expert Report Weisler Brian I faxed you the signature page as discussed** |
| Date: | 6/30/2008 9:58:37 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | RWeisler@aol.com |

15.

| | |
|---|---|
| Subj: | **Voicemail message re attachments** |
| Date: | 7/1/2008 11:38:10 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | RWeisler@aol.com |

16.

| | |
|---|---|
| Subj: | **article about suicidality from a federal study inadvertently left out Thanks** |
| Date: | 7/3/2008 |
| To: | bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net |

17.

Subj: **JAMA -- Role of Professional Organizations in Regulating Physician Expert Witnes**
Date: 8/1/2008
To: bgilbert@briangilbertlaw.com, fishkat@cox.net, rick@rickseymourlaw.net
CC: mlowns@lsuhsc.edu

18.

Subj: **Fwd: Sutton If you can contact him the testing would be useful.**
Date: 8/1/2008
To: fishkat@cox.net

19.

| | |
|---|---|
| Subj: | **Duke Legal fee schedule I have used for over 2 years&national data(bold underlin** |
| Date: | 8/4/2008 |
| To: | bgilbert@briangilbertlaw.com, fishkat@cox.net, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, LDWIEDEMAN, karenwiedemann@bellsouth.net |
| CC: | mtowns@lsuhsc.edu |

20.

| | |
|---|---|
| Subj: | **Outstanding Invoice** |
| Date: | 9/8/2008 4:38:39 P.M. Eastern Daylight Time |
| From: | bgilbert@briangilbertlaw.com |
| To: | rweisler@aol.com |
| CC: | karenwiedemann@bellsouth.net, rick@rickseymourlaw.net, Pistols42@aol.com, karlwied@bellsouth.net, LDWIEDEMAN@aol.com |

21.

| | |
|---|---|
| Subj: | **Re: Outstanding Invoice** |
| Date: | 9/9/2008 |
| To: | bgilbert@briangilbertlaw.com |
| CC: | karenwiedemann@bellsouth.net, rick@rickseymourlaw.net, Pistols42@aol.com, karlwied@bellsouth.net, LDWIEDEMAN@aol.com, mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu |

22.

| | |
|---|---|
| Subj: | **RE: Outstanding Invoice** |
| Date: | 9/9/2008 4:57:09 P.M. Eastern Daylight Time |
| From: | bgilbert@briangilbertlaw.com |
| To: | RWeisler@aol.com |
| CC: | karenwiedemann@bellsouth.net, rick@rickseymourlaw.net |

23.

| | |
|---|---|
| Subj: | **Fwd: Outstanding Invoice Brian Gilbert's response. Awaiting his return call** |
| Date: | 9/9/2008 |
| To: | bgilbert@briangilbertlaw.com, rick@rickseymourlaw.net |
| CC: | hosofs@lsuhsc.edu, josofs@lsuhsc.edu, mtowns@lsuhsc.edu |

24.

| | |
|---|---|
| Subj: | **Proposed conference call** |
| Date: | 9/13/2008 12:27:12 P.M. Eastern Daylight Time |
| From: | fishkat@cox.net |
| To: | RWeisler@aol.com |
| CC: | karenwiedemann@bellsouth.net, rick@rickseymourlaw.net |

40

25.

    Subj:    **Re: Proposed conference call**
    Date:   9/14/2008 9:05:46 P.M. Eastern Standard Time
    From:  fishkat@cox.net
    To:     RWeisler@aol.com, rick@rickseymourlaw.net, karenwiedemann@bellsouth.net

## G. E-mails to and from LD Wiedemann

1.

    Subj:    **Re: Dalton article Dick is a collaborator now Great article**
    Date:   6/9/2008 3:06:39 P.M. Eastern Daylight Time
    From:  LDWIEDEMAN
    To:     RWeisler

2.

    Subj:    **Check out PTSD High Among Witnesses to 9/11 - US News and World Report**
    Date:   6/14/2008 11:25:04 A.M. Eastern Daylight Time
    From:  LDWIEDEMAN
    To:     RWeisler, MTowns@lsuhsc.edu

3.

    Subj:    **Fwd: Katrina MH issues Dr. Abramson**
    Date:   6/18/2008
    To:     LDWIEDEMAN, rick@rickseymourlaw.net, a.fuchsberg@fuchsberg.com, bgilbert@briangilbertlaw.com
    CC:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu

4.

    Subj:    **Re: Katrina Emotional injury**
    Date:   6/18/2008
    To:     LDWIEDEMAN

5.

    Subj:    **Re: Katrina Emotional injury**
    Date:   6/18/2008
    To:     LDWIEDEMAN

6.

| | |
|---|---|
| Subj: | **Re: Katrina Emotional injury** |
| Date: | 6/18/2008 12:10:09 P.M. Eastern Daylight Time |
| From: | LDWIEDEMAN |
| To: | RWeisler, MTowns@lsuhsc.edu, jillhayes@cox.net |

7.

| | |
|---|---|
| Subj: | **Re: Katrina Emotional injury** |
| Date: | 6/18/2008 3:35:47 P.M. Eastern Daylight Time |
| From: | LDWIEDEMAN |
| To: | RWeisler |

## H. E-mails to and from Karen Wiedemann

1.

| | |
|---|---|
| Subj: | **Re: Barge Cases: Psychological evaluations** |
| Date: | 6/25/2008 5:19:59 P.M. Eastern Daylight Time |
| From: | karenwiedemann@bellsouth.net |
| To: | Rick@RickSeymourLaw.net, bgilbert@briangilbertlaw.com, karlwied@bellsouth.net, MTowns@lsuhsc.edu |
| CC: | rick@rickseymourlaw.net, rweisler@aol.com, jullion@rickseymourlaw.net |

2.

| | |
|---|---|
| Subj: | **Re: conference calls** |
| Date: | 9/11/2008 |
| To: | karenwiedemann@bellsouth.net, bgilbert@briangilbertlaw.com |
| CC: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu |

3.

| | |
|---|---|
| Subj: | **conference call** |
| Date: | 9/11/2008 12:12:14 P.M. Eastern Daylight Time |
| From: | karenwiedemann@bellsouth.net |
| To: | rweisler@aol.com |

42

4.

    Subj:    **Re: conference calls**
    Date:    9/11/2008 12:46:21 P.M. Eastern Daylight Time
    From:   karenwiedemann@bellsouth.net
    To:      RWeisler@aol.com

## I.    E-mails to and from S Khorrami

1.

    Subj:    Re: New study results PTSD a "Major Cause" of Early Heart Disease Mortality
    Date:    8/8/2008 10:53:07 P.M. Eastern Daylight Time
    From:   SKhorrami@kpalawyers.com
    To:      RWeisler@aol.com

2.

    Subj:    Scheduling a Conference call this weekend with Rick Weisler and Mark Townsend
    Date:    8/9/2008
    To:      SKhorrami@kpalawyers.com
    CC:      mtowns@lsuhsc.edu

3.

    Subj:    Re: Scheduling a Conference call this weekend with Rick Weisler and Mark Townsend
    Date:    8/9/2008 2:43:01 P.M. Eastern Daylight Time
    From:   SKhorrami@kpalawyers.com
    To:      RWeisler@aol.com, SKhorrami@kpalawyers.com
    CC:      mtowns@lsuhsc.edu

4.

    Subj:    Re: Scheduling a Conference call this weekend with Rick Weisler and Mark Town...
    Date:    8/9/2008
    To:      SKhorrami@kpalawyers.com
    CC:      mtowns@lsuhsc.edu

5.

    Subj:    **Prevalence and Predictors of Mental Health Distress Post-Katrina: F**
    Date:    8/9/2008
    To:      skhorrami@kpalawyers.com, rick@rickseymourlaw.net, bgilbert@briangilbertlaw.com, LDWIEDEMAN, karenwiedemann@bellsouth.net

6.

| | |
|---|---|
| Subj: | Re: Scheduling a Conference call this weekend with Rick Weisler and Mark Town... |
| Date: | 8/9/2008 6:26:10 P.M. Eastern Daylight Time |
| From: | SKhorrami@kpalawyers.com |
| To: | RWeisler@aol.com, SKhorrami@kpalawyers.com |
| CC: | mtowns@lsuhsc.edu, mbailey@khorrami.com, mravis@kpalawyers.com, hsleviant@kpalawyers.com, dpollard@khorrami.com |

7.

| | |
|---|---|
| Subj: | Re: Scheduling a Conference call this weekend with Rick Weisler and Mark Town... |
| Date: | 8/9/2008 6:27:19 P.M. Eastern Daylight Time |
| From: | SKhorrami@kpalawyers.com |
| To: | RWeisler@aol.com, SKhorrami@kpalawyers.com |
| CC: | mtowns@lsuhsc.edu, mbailey@khorrami.com, mravis@kpalawyers.com, hsleviant@kpalawyers.com, dpollard@khorrami.com |

8.

| | |
|---|---|
| Subj: | Re: Scheduling a Conference call this weekend with Rick Weisler and Mark Town... |
| Date: | 8/9/2008 7:39:31 P.M. Eastern Daylight Time |
| From: | SKhorrami@kpalawyers.com |
| To: | RWeisler@aol.com, SKhorrami@kpalawyers.com |
| CC: | hosofs@lsuhsc.edu, josofs@lsuhsc.edu, mtowns@lsuhsc.edu, mbailey@khorrami.com, mravis@kpalawyers.com, hsleviant@kpalawyers.com, dpollard@khorrami.com |

9.

| | |
|---|---|
| Subj: | RE: Mark Townsend MD second invoice |
| Date: | 8/15/2008 6:37:02 P.M. Eastern Daylight Time |
| From: | SKhorrami@kpalawyers.com |
| To: | MTowns@lsuhsc.edu |
| CC: | STefft@lsuhsc.edu, pmbalson@hotmail.com, DPollard@kpalawyers.com, mravis@kpalawyers.com, pistols42@aol.com, rick@rickseymourlaw.net, Sonia@kpalawyers.com, karenwiedemann@bellsouth.net, karlwied@bellsouth.net, LDWIEDEMAN@aol.com, bgilbert@briangilbertlaw.com, rweisler@aol.com, DAbir@kpalawyers.com, MBailey@kpalawyers.com, csanchez@kpalawyers.com, BKammerling@kpalawyers.com, eleemoreno@gmail.com, hsleviant@kpalawyers.com, ktravis@kpalawyers.com |

10.

| | |
|---|---|
| Subj: | Fwd: FW: Please take a look at the census track maps and block group data. Pl... |
| Date: | 8/23/2008 |
| To: | skhorrami@kpalawyers.com |

## L.        E-mails to and from Joy D. Osofsky Ph.D.

1.

| | |
|---|---|
| Subj: | RE: Thoughts on Crisis Counseling & Stafford Act after seeing things first hand |
| Date: | 8/6/2007 10:35:17 P.M. Eastern Daylight Time |
| From: | JOsofs@lsuhsc.edu |
| To: | RWeisler@aol.com, HOsofs@lsuhsc.edu |

44

2.

| | |
|---|---|
| Subj: | **RE: Richard Dalton's section that you can revew and expand upon** |
| Date: | 6/6/2008 4:53:29 P.M. Eastern Daylight Time |
| From: | JOsofs@lsuhsc.edu |
| To: | MTowns@lsuhsc.edu, HOsofs@lsuhsc.edu |
| CC: | CLlull@lsuhsc.edu, RWeisler@aol.com |

3.

| | |
|---|---|
| Subj: | **RE: Vital Statistics - Suicide Rate High in Violent Death Data - NYTime** |
| Date: | 6/11/2008 11:38:05 A.M. Eastern Daylight Time |
| From: | JOsofs@lsuhsc.edu |
| To: | RWeisler@aol.com |

4.

| | |
|---|---|
| Subj: | **Re: Vital Statistics - Suicide Rate High in Violent Death Data - NYTime** |
| Date: | 6/12/2008 |
| To: | JOsofs@lsuhsc.edu |

5.

| | |
|---|---|
| Subj: | **CVs and recent papers** |
| Date: | 6/15/2008 6:04:37 P.M. Eastern Daylight Time |
| From: | JOsofs@lsuhsc.edu |
| To: | a.fuchsberg@fuchsberg.com |
| CC: | MTowns@lsuhsc.edu, HOsofs@lsuhsc.edu, rweisler@aol.com, josofs@lsuhc.edu |

6.

| | |
|---|---|
| Subj: | **RE: Dalton article** |
| Date: | 6/16/2008 9:26:56 A.M. Eastern Daylight Time |
| From: | JOsofs@lsuhsc.edu |
| To: | RWeisler@aol.com, HOsofs@lsuhsc.edu, MTowns@lsuhsc.edu |

7.

| | |
|---|---|
| Subj: | **RE: Outstanding Invoice** |
| Date: | 9/9/2008 4:26:10 P.M. Eastern Daylight Time |
| From: | JOsofs@lsuhsc.edu |
| To: | RWeisler@aol.com, bgilbert@briangilbertlaw.com |
| CC: | karenwiedemann@bellsouth.net, rick@rickseymourlaw.net, Pistols42@aol.com, karlwied@bellsouth.net, LDWIEDEMAN@aol.com, MTowns@lsuhsc.edu, HOsofs@lsuhsc.edu |

45

8.

   Subj:      **Re: Outstanding Invoice**
   Date:     9/9/2008
   To:       JOsofs@lsuhsc.edu

9.

   Subj:     **Re: Outstanding Invoice Brian Gilbert's response. Awaiting his return call**
   Date:     9/10/2008
   To:       JOsofs@lsuhsc.edu

10.

   Subj:     **RE: Outstanding Invoice Brian Gilbert's response. Awaiting his return call**
   Date:     9/10/2008 1:35:50 A.M. Eastern Daylight Time
   From:    JOsofs@lsuhsc.edu
   To:       RWeisler@aol.com, MTowns@lsuhsc.edu, HOsofs@lsuhsc.edu

## M.   E-mails to and from Howard Osofsky

1.

   Subj:     **RE: Dr. Howard Osofsky's participation in the Work Group**
   Date:     6/10/2008 2:23:35 P.M. Eastern Daylight Time
   From:    HOsofs@lsuhsc.edu
   To:       a.fuchsberg@fuchsberg.com, RWeisler@aol.com, MTowns@lsuhsc.edu

2.

   Subj:     **Fwd: Disaster Intervention Call TODAY I hope you can participate**
   Date:     6/12/2008
   To:       hosofs@lsuhsc.edu, josofs@lsuhsc.edu

3.

   Subj:     **RE: New version:Final report actually submitted removing section P on compensation**
   Date:     7/1/2008 10:41:05 A.M. Eastern Daylight Time
   From:    HOsofs@lsuhsc.edu
   To:       RWeisler@aol.com

4.
- Subj: Fwd: FW: Please take a look at the census track maps and block group data. Pl...
- Date: 8/23/2008
- To: hosofs@lsuhsc.edu, josofs@lsuhsc.edu

5.
- Subj: Fwd: PHONE CONVERSATION TODAY (8/8)
- Date: 8/23/2008
- To: hosofs@lsuhsc.edu

6.
- Subj: Fwd: Outstanding Invoice email for tele-conference
- Date: 9/9/2008
- To: hosofs@lsuhsc.edu, josofs@lsuhsc.edu

7.
- Subj: Re: Fwd: Outstanding Invoice Brian Gilbert's response. Awaiting his return call
- Date: 9/9/2008 7:44:50 P.M. Eastern Daylight Time
- From: HOsofs@lsuhsc.edu
- To: RWeisler@aol.com, MTowns@lsuhsc.edu, JOsofs@lsuhsc.edu

8.
- Subj: Re: Outstanding Invoice Brian Gilbert's response. Awaiting his return call
- Date: 9/10/2008
- To: HOsofs@lsuhsc.edu, MTowns@lsuhsc.edu, JOsofs@lsuhsc.edu

## O. E-mails to and from Kara Koehrn

1.
- Subj: Thanks for the articles. Army Corps Responds as Water Tops Levees - NY Times.com
- Date: 09/2/2008
- To: kara.koehrn@duke.edu

2.
- Subj: ER problems We need to got New Orleans data
- Date: 8/19/2008
- To: kara.koehrn@duke.edu

47

3.
Subj: **Check out Leaving the Trailer - Out of FEMA Park, Clinging to a Fraying Life**
Date: 8/19/2000
To:     kara.koehrn@duke.edu

4.
Subj: **Thanks for the articles. Army Corps Responds as Water Tops Levees - NY Times.com**
Date: 9/2/2008
To:     kara.koehrn@duke.edu

5.
Subj: **ER problems We need to get New Orleans data**
Date: 8/19/2008
To:     kara.koehrn@duke.edu

6.
Subj: **Risk Charts Show Smokers Should Beware**
Date: 7/20/2008
To:     kara.koehrn@duke.edu, svu81@yahoo.com

7.
       Subj:  **Stressful life events in older bipolar patients**
Date: 7/25/2008
To:     kara.koehrn@duke.edu

8.     Subj:  **PTSD High Among Witnesses to 9/11**
Date: 8/1/2008
To:     kara.koehrn@duke.edu

9.
Subj:   **Fwd: article about suicidality from a federal study Inadvertently left out T...**
Date: 7/9/2006
       To:kara.koehrn@duke.edu

10.
   Sub:   Differences in Incidence of suicide attempts during phases of bipolar
   I and II
   d
   Date: 7/8/2008
   To:kara.koehrn@duke.edu

11.
   Subj:   **Malingering**
   http://www.currentpsychiatry.corn/pdf/0411CP_Article1.pdf
   Date:  7/8/2008
   To:kara.koehrn@duke.edu

12.
   Subj:   **'Complicated grief' affects the brain differently - Los Angeles Tim**
   Date:  7/7/2008
   To:kara.koehrn@duke.edu

13.
   Subj:   **Check out Textbook of Disastor Psychiatry**
   Date:  7/6/2008
   To:     kara.koehrn@duke.edu

14.
   Subj:   **Attachment 16**
   Date:  7/1/2008
   To:kara.koehrn@duke.edu

15.
   Subj;   **Fwd: MINI, MINI KID and SDS information Important**
   Date:  7/1/2006
   To:kara.koehrn@duke.edu

16.
   Subj:   **Check out Wiley InterScience :: JOURNALS :: Acta Psychiatrica
   Scandinavica**
   Date:  7/1/2008
   To: kara.koehrn@duke.edu

17.
    Subj: **Welsier CV**
    Date: 7/1/2008
    To: kara.koehrn@duke.edu

18.
    Subj: **attachment 3 list of cases**
    Date: 6/3012008 9:47:00 PM, Eastern Daylight Time
    From: kakoehrn@gmail.com
    To: rweilser@aol.com

19.
    Subj: **final draft**
    Date: 6/30/2008 9:28:30 PM. Eastern Daylight Time
    From: kakoehrn@duke.edu
    To:   rweisler@aol.com

20.
    Subj: **Mark Townsend edits**
    Date: 6/30/2008
    To:   kara.koehrn@duke.edu

21.
    Subj: **Updated RHW CV 6-30-08**
    Date: 6/30/2008
    To:   kara.koehrn@duke.edu, mbrown@weisiermd.com

22.
    Subj: **Malingering section from Jill Hayes to add and replace the old section**
    Date: 6/30/2008
    To:   kara.koehrn@duke.edu

23.
    Subj: **Sentence to add about malingering**
    Date: 6/30/2008
    To:   kara.koehrn@duke.edu

50

24.

| | |
|---|---|
| Subj: | **New Orleans homeless story** |
| Date: | 6/27/2008 |
| To: | kara.koehrn@duke.edu, RWeisler |

25.

| | |
|---|---|
| Subj: | **Fwd: FW: CAPS scores in excell** |
| Date: | 6/27/2008 |
| To: | kara.koehrn@duke.edu |

26.

| | |
|---|---|
| Subj: | **Fwd: Check out http://www.ncptsd.va.gov/ncmain/nc_archives/nc_artics/id23235** |
| Date: | 6/27/2008 |
| To: | kara.koehrn@duke.edu |

27.

| | |
|---|---|
| Subj: | **Fwd: Phillip Griffin's CV** |
| Date: | 6/27/2008 |
| To: | kara.koehrn@duke.edu |

28.

| | |
|---|---|
| Subj: | **Fwd: Background Reports Narayan is the Lead Investigator of the Tulane study** |
| Date: | 6/27/2008 |
| To: | kara.koehrn@duke.edu |

29.

| | |
|---|---|
| Subj: | **Fwd: Katrina Mental Health Issues** |
| Date: | 6/25/2008 |
| To: | kara.koehrn@duke.edu |

30.

| | |
|---|---|
| Subj: | **Check out http://www.cqaimh.org/pdf/tool_lof_sds.pdf Sheehan Disability Scale** |
| Date: | 6/25/2008 |
| To: | kara.koehrn@duke.edu |

31.

   Subj:    **Fwd: CVs and recent papers Howard and Joy Osofosky's CV's**
   Date:   6/25/2008
   To:      kara.koehrn@duke.edu

32.

   Subj:    **access to google docs**
   Date:   6/25/2008 5:12:33 P.M. Eastern Daylight Time
   From:  kakoehrn@gmail.com
   To:      rweisler@aol.com

33.

   Subj:    **revised version of first section of barge document**
   Date:   6/24/2008 6:57:05 P.M. Eastern Daylight Time
   From:  kakoehrn@gmail.com
   To:      rweisler@aol.com, mtowns@lsuhsc.edu

34.

   Subj:    **Check out WHO: China in Mental Health Need - TIME**
   Date:   6/23/2008
   To:      kara.koehrn@duke.edu, RWeisler

35.

   Subj:    **Fwd: FW: Deliver BHAN minutes from crisis response workgroup**
   Date:   6/23/2008
   To:      kara.koehrn@duke.edu

36.

   Subj:    **Fwd: Violence prev in communities**
   Date:   6/20/2008
   To:      kara.koehrn@duke.edu, mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu

37.

   Subj:    **Check out Midwest Flood Victims Feel Misled - AOL News**
   Date:   6/20/2008
   To:      kara.koehrn@duke.edu

38.

    Subj:   Check out For Bush, a New Town, a New Disaster, but Always the Memory of New
    Date:   6/20/2008
    To:     kara.koehrn@duke.edu

39.

    Subj:   Fwd: Post-Katrina References and Database
    Date:   6/19/2008
    To:     kara.koehrn@duke.edu

40.

    Subj:   census data web pages
    Date:   6/19/2008 4:26:45 P.M. Eastern Daylight Time
    From:  kakoehrn@gmail.com
    To:     rweisler@aol.com

41.

    Subj:   Fwd: Katrina MH issues Dr. Abramson
    Date:   6/18/2008
    To:     kara.koehrn@duke.edu

42.

    Subj:   Severe mental illness and substance abuse article.pdf
    Date:   6/17/2008
    To:     kara.koehrn@duke.edu, svu81@yahoo.com

43.

    Subj:   Fwd: Some pre-Katrina Orlean's CDC Parish death rates by different causes
    Date:   6/17/2008
    To:     kara.koehrn@duke.edu, svu81@yahoo.com

44.

    Subj:   Fwd: Death Rates for Orleans Parish by all causes that an intern and I did
    Date:   6/17/2008
    To:     kara.koehrn@duke.edu, svu81@yahoo.com

45.

| | |
|---|---|
| Subj: | **murder rate article** |
| Date: | 6/17/2008 3:51:58 P.M. Eastern Daylight Time |
| From: | kakoehrn@gmail.com |
| To: | rweisler@aol.com |

46.

| | |
|---|---|
| Subj: | **Check out Medical News Today News Article** |
| Date: | 6/16/2008 |
| To: | kara.koehrn@duke.edu |

47.

| | |
|---|---|
| Subj: | **abuse article** |
| Date: | 6/16/2008 12:09:50 P.M. Eastern Daylight Time |
| From: | kakoehrn@gmail.com |
| To: | rweisler@aol.com |

48.

| | |
|---|---|
| Subj: | **a few articles from Dr. Richard Weisler** |
| Date: | 6/16/2008 11:52:08 A.M. Eastern Daylight Time |
| From: | kara.koehrn@duke.edu |
| To: | pamela.m.boutte@mvn02.usace.army.mil, nancy.mayberry@mvn02.usace.army.mil |
| CC: | rweisler@aol.com |

49.

| | |
|---|---|
| Subj: | **Fwd: The numbers sans CAPS** |
| Date: | 6/16/2008 |
| To: | kara.koehrn@duke.edu |

50.

| | |
|---|---|
| Subj: | **Re: Do we have? Pharmacologic treatment of acute and chronic stres...[J Clin Psychi** |
| Date: | 6/16/2008 7:49:11 A.M. Eastern Standard Time |
| From: | kara.koehrn@duke.edu |
| To: | RWeisler@aol.com |

51.

| | |
|---|---|
| Subj: | **Check out Publications, National Mental Health Information Center** |
| Date: | 6/13/2008 |
| To: | kara.koehrn@duke.edu |

54