52.

    Subj:    **Fwd: JAMA -- Mental Health Courts Show Promise, April 18, 2007, Kuehn 29**
    Date:   6/13/2008
    To:     kara.koehrn@duke.edu

53.

    Subj:    **Check out JSTOR: Law and Contemporary Problems, Vol. 27, No. 1 (Winter, 1962**
    Date:   6/12/2008
    To:     kara.koehrn@duke.edu

54.

    Subj:    **mental health and smoking**
    Date:   6/12/2008
    To:     kara.koehrn@duke.edu, levoniuk@email.unc.edu, agraham@email.unc.edu, svu81@yahoo.com

55.

    Subj:    **Fwd: osofsky, hurricane katrina - Google News Archive Search**
    Date:   6/12/2008
    To:     kara.koehrn@duke.edu

56.

    Subj:    **Fwd: Disaster Intervention Call TODAY 4 PM today**
    Date:   6/12/2008
    To:     kara.koehrn@duke.edu

57.

    Subj:    **aerial of st Bernard flooding**
    Date:   6/11/2008 1:26:39 P.M. Eastern Daylight Time
    From:  kakoehrn@gmail.com
    To:     rweisler@aol.com

58.

    Subj:    **Fwd: Request for a section on diagnostic and clinical treatment needs for class**
    Date:   6/11/2008
    To:     kara.koehrn@duke.edu, svu81@yahoo.com

59.

    Subj:    **Fwd: Shalev http://www.psychiatrist.com/privatepdf/2004/v65s01/v65s0102.pdf**
    Date:   6/10/2008
    To:     kara.koehrn@duke.edu

60.

    Subj:      Fwd: flooding http://www.psychiatrist.com/privatepdf/2006/v67s02/v67s0209.pdf
    Date:     6/10/2008
    To:       kara.koehrn@duke.edu

61.

    Subj:      Fwd: Check out http://www.psychiatrist.com/privatepdf/2000/v61s05/v61s0503.pdf
    Date:     6/10/2008
    To:       kara.koehrn@duke.edu

62.

    Subj:      Fwd: Academic Highlig http://www.psychiatrist.com/privatepdf/2001/v62n11/v62n...
    Date:     6/10/2008
    To:       kara.koehrn@duke.edu

63.

    Subj:      Fwd: Kessler http://www.psychiatrist.com/privatepdf/2000/v61s05/v61s0502.pdf
    Date:     6/10/2008
    To:       kara.koehrn@duke.edu

64.

    Subj:      Fwd: Consensus statemehttp://www.psychiatrist.com/privatepdf/2004/v65s01/v65s...
    Date:     6/10/2008
    To:       kara.koehrn@duke.edu

65.

    Subj:      Fwd: Assessing http://www.psychiatrist.com/privatepdf/2004/v65s01/v65s0106.pdf
    Date:     6/10/2008
    To:       kara.koehrn@duke.edu

66.

    Subj:      Fwd: Ursano http://www.psychiatrist.com/privatepdf/2006/v67n01/v67n0102.pdf
    Date:     6/10/2008
    To:       kara.koehrn@duke.edu

67.

    Subj:      Fwd: Earthquake http://www.psychiatrist.com/privatepdf/2006/v67n06/v67n0604....
    Date:     6/10/2008
    To:       kara.koehrn@duke.edu

68.

| | |
|---|---|
| Subj: | **murphy oil spill** |
| Date: | 6/10/2008 3:50:39 P.M. Eastern Daylight Time |
| From: | kara.koehrn@duke.edu |
| To: | rweisler@aol.com |

69.

| | |
|---|---|
| Subj: | **contamination articles** |
| Date: | 6/10/2008 5:20:04 P.M. Eastern Daylight Time |
| From: | kara.koehrn@duke.edu |
| To: | rweisler@aol.com |

70.

| | |
|---|---|
| Subj: | **Health prof. fact http://www.ncptsd.va.gov/ncmain/ncdocs/handouts/Reactions.pdf** |
| Date: | 6/5/2008 |
| To: | kara.koehrn@duke.edu |

71.

| | |
|---|---|
| Subj: | **Fwd: Confidential Fwd: Dalton article for pasting in Barge Court Case Document** |
| Date: | 6/8/2008 |
| To: | kara.koehrn@duke.edu |

72.

| | |
|---|---|
| Subj: | **Fwd: Richard Dalton's section that you can revew and expand upon** |
| Date: | 6/8/2008 |
| To: | kara.koehrn@duke.edu |

73.

| | |
|---|---|
| Subj: | **Fwd: permission to use electronic sections of the DSM-IV TR for a federal court** |
| Date: | 6/9/2008 |
| To: | kara.koehrn@duke.edu, mtowns@lsuhsc.edu |

74.

| | |
|---|---|
| Subj: | **Fwd: Confidential Fwd: A psychologist and a suggestion** |
| Date: | 6/9/2008 |
| To: | kara.koehrn@duke.edu |

75.

    Subj:    **Draft document**
    Date:    6/9/2008
    To:    kara.koehrn@duke.edu

76.

    Subj:    **draft of Barge case document**
    Date:    6/9/2008
    To:    kara.koehrn@duke.edu

77.

    Subj:    **https://www.medical-outcomes.com/HTMLFiles/PrivateAccounts/MINI/PLUS**
    Date:    6/9/2008
    To:    kara.koehrn@duke.edu

78.

    Subj:    **SPRINT-E**
    Date:    6/9/2008
    To:    kara.koehrn@duke.edu

79.

    Subj:    **Fwd: Richard Dalton's section that you can revew and expand upon**
    Date:    6/11/2008
    To:    kara.koehrn@duke.edu

80.

    Subj:    **Fwd: A Legacy of the Storm: Depression and Suicide - New York Times**
    Date:    6/12/2008
    To:    kara.koehrn@duke.edu

81.

    Subj:    **Check out The Storm Lingers On: Katrina's Psychological Toll -- Printout -- T**
    Date:    6/12/2008
    To:    kara.koehrn@duke.edu

82.

Subj:   Check out http://etd.lsu.edu/docs/available/etd-0611102-141208/unrestricted/D
Date:   6/12/2008
To:   kara.koehrn@duke.edu

83.

Subj:   **Federal Rule 26 re:report**
Date:   6/12/2008
To:   kara.koehrn@duke.edu

84.

Subj:   Treatment of patients with substance use disorders, second edition. American Psy
Date:   6/13/2008
To:   kara.koehrn@duke.edu

85.

Subj:   Check out World Federation of Societies of Biological Psychi...[World J Biol
Date:   6/13/2008
To:   kara.koehrn@duke.edu

86.

Subj:   Check out Evidence-based guidelines for the pharmacological ...[J Psychopharm
Date:   6/13/2008
To:   kara.koehrn@duke.edu

87.

Subj:   Check out Review of treatment recommendations for persons wi...[Psychiatr Ser
Date:   6/13/2008
To:   kara.koehrn@duke.edu

88.

Subj:   Check out Pharmacological management of the psychiatric aspe...[Int Rev Psych
Date:   6/13/2008
To:   kara.koehrn@duke.edu

89.

Subj:   Check out Guidelines for the pharmacologic treatment of neur...[J Neurotrauma
Date:   6/13/2008
To:   kara.koehrn@duke.edu

90.

    Subj:    Check out Consensus recommendations for improving adherence,...[CNS Spectr. 2
    Date:   6/13/2008
    To:     kara.koehrn@duke.edu

91.

    Subj:    Check out Consensus statement update on posttraumatic stress...[J Clin Psychi
    Date:   6/13/2008
    To:     kara.koehrn@duke.edu

92.

    Subj:    Fwd: Check out Individual and Societal Effects of Mental Disorders on Earning...
    Date:   6/13/2008
    To:     kara.koehrn@duke.edu

93.

    Subj:    Check out MedWire News - Psychiatry - Mental health disorders linked to subst
    Date:   6/13/2008
    To:     kara.koehrn@duke.edu, rweisler

94.

    Subj:    from Dr. Weisler
    Date:   6/13/2008 12:05:14 P.M. Eastern Daylight Time
    From:  kara.koehrn@duke.edu
    To:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, rdalton@tulane.edu
    CC:    rweisler@aol.com

95.

    Subj:    Fwd: RE: Dr. Weisler
    Date:   6/13/2008 11:30:37 A.M. Eastern Daylight Time
    From:  kara.koehrn@duke.edu
    To:     rweisler@aol.com

96.

    Subj:    Fwd: Check out PTSD High Among Witnesses to 9/11 - US News and World Report
    Date:   6/14/2008
    To:     kara.koehrn@duke.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu

97.

Subj: Fwd: CVs and recent papers from Howard and Joy Osofsky We already have some art.
Date: 6/15/2008
To: kara.koehrn@duke.edu

98.

Subj: Do we have? Pharmacologic treatment of acute and chronic stres...[J Clin Psychi
Date: 6/15/2008
To: kara.koehrn@duke.edu

99.

Subj: Check out Submerged City - Photos and images of the great city of New Orleans
Date: 6/16/2008
To: kara.koehrn@duke.edu

100.

Subj: Check out ABC News: Judge: Katrina Victims Can Sue Army Corps
Date: 6/16/2008
To: kara.koehrn@duke.edu, mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu

101.

Subj: Check out NIMH · Post-Traumatic Stress Disorder, A Real Illness · Complete Pu
Date: 6/16/2008
To: kara.koehrn@duke.edu

102.

Subj: a few articles from Dr. Richard Weisler
Date: 6/16/2008 11:52:08 A.M. Eastern Daylight Time
From: kara.koehrn@duke.edu
To: pamela.m.boutte@mvn02.usace.army.mil, nancy.mayberry@mvn02.usace.army.mil
CC: rweisler@aol.com

103.

Subj: a few articles from Dr. Richard Weisler
Date: 6/16/2008 11:44:12 A.M. Eastern Daylight Time
From: kara.koehrn@duke.edu
To: pamela.boutte@USACEArmy.mil, nancy.mayberry@USACEArmy.mil
CC: rweisler@aol.com

104.

    Subj:    **Check out MSN Video**
    Date:   6/17/2008
    To:     kara.koehrn@duke.edu

105.

    Subj:    **Check out Katrina Images Tulane Project**
    Date:   6/17/2008
    To:     kara.koehrn@duke.edu, rweisler

106.

    Subj:    Check out Photo: Lower Ninth Ward, St.Bernard, Esplanade Ave., New Orleans LA
    Date:   6/17/2008
    To:     kara.koehrn@duke.edu

107.

    Subj:    Check out Katrina Photographs - 9th Ward
    Date:   6/17/2008
    To:     kara.koehrn@duke.edu

108.

    Subj:    Check out USATODAY.com - Barge a contentious symbol of Hurricane Katrina
    Date:   6/17/2008
    To:     kara.koehrn@duke.edu

109.

    Subj:    Check out Effects of Hurricane Katrina in New Orleans - Wikipedia, the free e
    Date:   6/17/2008
    To:     kara.koehrn@duke.edu, rweisler

110.

    Subj:    Check out Those With Serious Mental Illness Suffer From Lack of Integrated Ca
    Date:   6/17/2008
    To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

111.

    Subj:    Check out Mental Illness Mortality, Morbidity Get Medicaid Officials' Attenti
    Date:   6/17/2008
    To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

112.

    Subj:    **Check out Remembering Katrina**
    Date:   6/22/2008
    To:     kara.koehrn@duke.edu, rweisler

113.

    Subj:     Check out Natural and Unnatural Disasters » American Scientist
    Date:     6/22/2008
    To:     kara.koehrn@duke.edu

114.

    Subj:     Check out Kathryn Cramer: US Army Corp of Engineers Maps Katrina Levee Repair
    Date:     6/22/2008
    To:     kara.koehrn@duke.edu

115.

    Subj:     See series Industrial Canal Breach photo - Patrick D. Taylor photos at pbase.c
    Date:     6/22/2008
    To:     kara.koehrn@duke.edu

116.

    Subj:     Check out CNN.com - Democrats: Katrina e-mails show levee breaches reported e
    Date:     6/22/2008
    To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

117.

    Subj:     Check out Investigating Racial Discrepancies in the Distribution of FEMA-Trai
    Date:     6/22/2008
    To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

118.

    Subj:     Check out http://www.fema.gov/pdf/hazard/flood/recoverydata/katrina/maps/katr
    Date:     6/22/2008
    To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

119.

    Subj:     Check out Hurricane Katrina Leaves Mental Scars in New Orleans
    Date:     6/22/2008
    To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

120.

    Subj:     Check out http://www.nola.com/katrina/graphics/flashflood.swf
    Date:     6/22/2008
    To:     kara.koehrn@duke.edu, mtowns@lsuhsc.edu

121.

Subj: Check out Brad Pitt's Make It Right Foundation New Orleans Lower Ninth Ward
Date: 6/22/2008
To: kara.koehrn@duke.edu, mtowns@lsuhsc.edu

122.

Subj: http://www.nola.com/katrina/graphics/depths.swf Water depths in flooded areas
Date: 6/22/2008
To: kara.koehrn@duke.edu, mtowns@lsuhsc.edu

123.

Subj: Check out Call for Change Ignored, Levees Remain Patchy - NYTimes.com
Date: 6/22/2008
To: kara.koehrn@duke.edu

124.

Subj: Fwd: University of Michigan population researcher to call today.
Date: 6/26/2008
To: kara.koehrn@duke.edu

125.

Subj: Fwd: K6 Include in Scales section for possible use in future study
Date: 6/28/2008
To: kara.koehrn@duke.edu, mtowns@lsuhsc.edu

126.

Subj: Fwd: call Other Dartmouth NCPTSD consultant
Date: 6/28/2008
To: kara.koehrn@duke.edu

127.

Subj: Fwd: Welcome to IBackupThis is what we will need to do on Monday. Enjoy Beaufort
Date: 6/28/2008
To: kara.koehrn@duke.edu

128.

Subj: Add:Children of disaster in the second decade: a 17-ye...[J Am Acad Chi
Date: 6/29/2008
To: kara.koehrn@duke.edu

64

129.

Subj: Check out The Relationship Between Depression and Cardiovascular Disease
Date: 7/2/2008
To: kara.koehrn@duke.edu, kkeaton@weislermd.com

130.

Subj: Check out Suicide as an outcome for mental disorders. A meta...[Br J Psychiat
Date: 7/4/2008
To: kara.koehrn@duke.edu

131.

Subj: Check out Lifetime risk of suicide for affective disorder, a...[Br J Psychiat
Date: 7/4/2008
To: kara.koehrn@duke.edu

132.

Subj: Check out Excess mortality of mental disorder. [Br J Psychiatry. 1998] - PubM
Date: 7/4/2008
To: kara.koehrn@duke.edu

133.

Subj: Check out Posttraumatic stress disorder comorbid with major ...[Am J Psychiat
Date: 7/4/2008
To: kara.koehrn@duke.edu

134.

Subj: Check out Bipolar patients with suicidal behavior: toward th...[J Clin Psychi
Date: 7/4/2008
To: kara.koehrn@duke.edu

135.

Subj: Check out Print Story: FEMA delivers incomplete disaster housing strategy on
Date: 7/21/2008
To: kara.koehrn@duke.edu

136.

    Subj: **Full New Orleans report http://www.kff.org/kaiserpolls/upload/7631.pdf**
    Date: 7/26/2008
    To: kara.koehrn@duke.edu, rweisler

137.

    Subj: **Check out http://www.kff.org/kaiserpolls/upload/7631AppendixA.pdf**
    Date: 7/26/2008
    To: kara.koehrn@duke.edu, rweisler

138.

    Subj: **Check out http://www.kff.org/kaiserpolls/upload/7631ES.pdf**
    Date: 7/26/2008
    To: kara.koehrn@duke.edu, rweisler

139.

    Subj: **New Orleans Facing Mental Health Crisis CBS 2-19-08**
    Date: 7/26/2008
    To: kara.koehrn@duke.edu, rweisler

140.

    Subj: **Fwd: New study results PTSD a "Major Cause" of Early Heart Disease Mortality**
    Date: 8/8/2008
    To: kara.koehrn@duke.edu

141.

    Subj: **Reestablishing mental health services in St. Bernard Parish, Louisiana, followin**
    Date: 8/9/2008
    To: kara.koehrn@duke.edu, kakoehrn@gmail.com, rweisler

142.

    Subj: **Please pull Southern Medical Journal - userLogin**
    Date: 8/9/2008
    To: kara.koehrn@duke.edu, kakoehrn@gmail.com

143.

    Subj: **The psychosocial impact of Hurricane Katrina: Contextual differences in psyc.**
    Date: 8/9/2008
    To: kara.koehrn@duke.edu, kakoehrn@gmail.com

144.

| | |
|---|---|
| Subj: | Please pull Connecting Future Evacuation to Current Recovery: Saving the Lives |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu, kakoehrn@gmail.com |

145.

| | |
|---|---|
| Subj: | Please pull http://arjournals.annualreviews.org/doi/pdf/10.1146/annurev.mi.08.1 |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu, kakoehrn@gmail.com |

146.

| | |
|---|---|
| Subj: | Please Pull Depressive symptoms and risk of mortality in frail...[Am J Geriatr |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu |
| CC: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu |

147.

| | |
|---|---|
| Subj: | Please pull [Hepatitis C, interferon a and depression: main ph...[Encephale. 20 |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu |

148.

| | |
|---|---|
| Subj: | Please pull MAOA and the "cycle of violence:" childhood abuse ...[Biol Psychiat |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu |

149.

| | |
|---|---|
| Subj: | Please pull Childhood adversity and combat as predictors of de...[Am J Prev Med |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu |
| CC: | josofs@lsuhsc.edu, hosofs@lsuhsc.edu, mtowns@lsuhsc.edu, jillhayes@cox.net, pgriff@lsuhsc.edu |

150.

| | |
|---|---|
| Subj: | Please pull Early care experiences and HPA axis regulation in ...[Prog Brain Re |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu |
| CC: | josofs@lsuhsc.edu, hosofs@lsuhsc.edu, mtowns@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net |


151.

| | |
|---|---|
| Subj: | Please pull Adverse childhood experiences and suicidal behavio...[Psychiatr Cli |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu |
| CC: | hosofs@lsuhsc.edu, josofs@lsuhsc.edu, mtowns@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net |

152.

| | |
|---|---|
| Subj: | Please pull Platelet and endothelial activity in comorbid majo...[J Thromb Thro |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu |
| CC: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu |

153.

| | |
|---|---|
| Subj: | Please pull Is there an association between depression and car...[J Cardiovasc |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu |
| CC: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu |

154.

| | |
|---|---|
| Subj: | Please pull Depression and Heart Disease: Therapeutic Implicat...[Cardiology. 2 |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu |
| CC: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu |

155.

| | |
|---|---|
| Subj: | Check out Impact of briefly-assessed depression on secondary...[BMC Health Se |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu |
| CC: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu |

156.

| | |
|---|---|
| Subj: | Please pull Effects of antidepressant treatment on heart rate ...[Biopsychosoc |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu |
| CC: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu |

157.

| | |
|---|---|
| Subj: | Please pull Timing Is Everything: The Onset of Depression and ...[Biol Psychiat |
| Date: | 8/9/2008 |
| To: | kara.koehrn@duke.edu |
| CC: | mtowns@lsuhsc.edu, hosofs@lsuhsc.edu |

158.

Subj:   Please pull Antidepressive treatment as a modulator of inflamm...[Int J Cardiol
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

159.

Subj:   Please pull Selective serotonin reuptake inhibitors modify the...[J Card Fail.
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

160.

Subj:   Please pull Depression and ischemic heart disease mortality: e...[Am J Psychiat
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, josofs@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net

161.

Subj:   Please pull Mortality in co-morbidity (II)--excess death rates...[J Insur Med.
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:     mtowns@lsuhsc.edu, hosofs@lsuhsc.edu

162.

Subj:   Pull for Daniel W. Depression worsens outcomes in elderly patients with CHF
Date:   8/9/2008
To:     kara.koehrn@duke.edu
CC:     mtowns@lsuhsc.edu

163.

Subj:   Please pull American Journal of Cardiology - Depression and the risk of coronar
Date:   8/9/2008
To:     kara.koehrn@duke.edu

164.

Subj:   Please pull Prospective study of posttraumatic stress disorder...[Arch Gen Psyc
Date:   8/9/2008
To:     kara.koehrn@duke.edu

165.

    Subj:    Please get Electrocardiogram abnormalities among men with str...[Ann Behav Med
    Date:    8/9/2008
    To:    kara.koehrn@duke.edu

## P. E-mails to and from F Norris

1.

    Subj:    Re: Fwd: Death Rates for Orleans Parish An example of our use of CDC Wonder
    Date:    6/3/2008 3:32:20 P.M. Eastern Daylight Time
    From:    Fran.H.Norris@Dartmouth.EDU
    To:    RWeisler@aol.com

2.

    Subj:    Re: Let me know if this works any better CDC Wonder search for Orleans Parish
    Date:    6/3/2008 3:42:58 P.M. Eastern Daylight Time
    From:    Fran.H.Norris@Dartmouth.EDU
    To:    RWeisler@aol.com

3.

    Subj:    Some background Industrial Canal Breach Litigation, Barge Case
    Date:    6/4/2008
    To:    Fran.H.Norris@Dartmouth.EDU
    CC:    mtowns@lsuhsc.edu, josofs@lsuhsc.edu, hosofs@lsuhsc.edu, dsheehan@health.usf.edu, david011@mc.duke.edu, rdalton@tulane.edu, chris014@mc.duke.edu, pgriff@lsuhsc.edu, jillhayes@cox.net, GButte@lsuhsc.edu, jbarbe@lsuhsc.edu, ccole1@lsuhsc.edu

4.

    Subj:    Fwd: Death Rates for Orleans Parish An example of our use of CDC Wonder
    Date:    6/4/2008
    To:    Fran.H.Norris@Dartmouth.EDU

5.

    Subj:    **Re: "InCourage" in GBR**
    Date:    6/4/2008
    To:    Fran.H.Norris@Dartmouth.EDU
    CC:    mtowns@lsuhsc.edu

6.

    Subj:    Let me know if this works any better CDC Wonder search for Orleans Parish
    Date:    6/4/2008
    To:    Fran.H.Norris@Dartmouth.EDU

7.

| | |
|---|---|
| Subj: | **Re: Request for a section on diagnostic and clinical treatment needs for class** |
| Date: | 6/10/2008 1:32:34 P.M. Eastern Daylight Time |
| From: | Fran.H.Norris@Dartmouth.EDU |
| To: | RWeisler@aol.com, mtowns@lsuhsc.edu, hosofs@lsuhsc.edu, rdalton@tulane.edu, josofs@lsuhsc.edu, pgriff@lsuhsc.edu, jillhayes@cox.net |
| CC: | david011@notes.duke.edu, Fran.H.Norris@Dartmouth.EDU, dsheehan@health.usf.edu, chris014@mc.duke.edu |

8.

| | |
|---|---|
| Subj: | **Fwd: Request for a section on diagnostic and clinical treatment needs for class** |
| Date: | 6/11/2008 |
| To: | jessica.hamblen@dartmouth.edu |
| CC: | Fran.H.Norris@Dartmouth.EDU, mtowns@lsuhsc.edu |

9.

| | |
|---|---|
| Subj: | **K6** |
| Date: | 6/11/2008 8:20:21 A.M. Eastern Daylight Time |
| From: | Fran.H.Norris@Dartmouth.EDU |
| To: | RWeisler@aol.com |

10.

| | |
|---|---|
| Subj: | **RE: Fwd: Request for a section on diagnostic and clinical treatment needs for class** |
| Date: | 6/11/2008 10:16:28 A.M. Eastern Daylight Time |
| From: | Jessica.L.Hamblen@Dartmouth.EDU |
| To: | MTowns@lsuhsc.edu, Jessica.L.Hamblen@Dartmouth.EDU, RWeisler@aol.com |
| CC: | Fran.H.Norris@Dartmouth.EDU |

11.

| | |
|---|---|
| Subj: | **call** |
| Date: | 6/11/2008 10:41:29 A.M. Eastern Daylight Time |
| From: | Jessica.L.Hamblen@Dartmouth.EDU |
| To: | RWeisler@aol.com, Jessica.L.Hamblen@Dartmouth.EDU, MTowns@lsuhsc.edu |
| CC: | Fran.H.Norris@Dartmouth.EDU, Lee-Anne.Chartier@va.gov |

12.

| | |
|---|---|
| Subj: | **columbia study etc.** |
| Date: | 6/28/2006 3:46:50 P.M. Eastern Daylight Time |
| From: | Fran.H.Norris@Dartmouth.EDU |
| To: | rweisler@aol.com |

71

13.

| | |
|---|---|
| Subj: | **Fwd: story in JAMA last January.** |
| Date: | 6/29/2006 |
| To: | Fran.H.Norris@Dartmouth.EDU |

14.

| | |
|---|---|
| Subj: | **SPRINT-E paper** |
| Date: | 6/29/2006 8:18:36 A.M. Eastern Daylight Time |
| From: | Fran.H.Norris@Dartmouth.EDU |
| To: | rweisler@aol.com |

### Q.   E-mails to and from Alex Crosby

1.

| | |
|---|---|
| Subj: | **Fwd: Katrina Mental Health Issues** |
| Date: | 6/20/2008 |
| To: | AEC1@CDC.GOV |

2.

| | |
|---|---|
| Subj: | **Violence prev in communities** |
| Date: | 6/20/2008 4:01:07 P.M. Eastern Daylight Time |
| From: | aec1@cdc.gov |
| To: | RWeisler@aol.com |

3.

| | |
|---|---|
| Subj: | **RE: New York Times article on suicide FYI** |
| Date: | 7/9/2008 3:28:16 P.M. Eastern Daylight Time |
| From: | aec1@cdc.gov |
| To: | RWeisler@aol.com |