## R. E-MAILS TO AND FROM MISCELLANEOUS

1.
Subj: **Old email from Jonathan Davidson about scales**
Date: 5/23/08
From: RWeisler
To: RWeisler

2.
Subj: **Orleans Parish Death Rates**
Date: 5/19/2008 9:20:14 A.M. Eastern Daylight Time
From: svu81@yahoo.com
To: rweisler@aol.com

3.
Subj: **Death Rates for Orleans Parish**
Date: 5/19/2008 9:42:36 A.M. Eastern Daylight Time
From: svu81@yahoo.com
To: rweisler@aol.com

4.
Subj: **Additional Orleans Parish Death Rates**
Date: 5/19/2008 10:23:37 A.M. Eastern Daylight Time
From: svu81@yahoo.com
To: rweisler@aol.com

5.
Subj: **Re: MINI**
Date: 6/3/2008
To: dsheehan@health.usf.edu
CC: mtowns@lsuhsc.edu, bosofs@lsuhsc.edu, david011@notes.duke.edu, Fran.H.Norris@Dartmouth.EDU

6.
Subj: **Abramson email 6-18-08**
Date: 1/3/2009 9:59:31 A.M. Eastern Standard Time
From: RWeisler
To: RWeisler

7.
Subj: **Industrial Canal Breach Litigation, Barge Case**
Date: 6/19/2008
To: JDiaz@lsuhsc.edu

8.
Subj: **Fwd: Check out Those With Serious Mental Illness Suffer From Lack of Integrat...**
Date: 6/19/2008
To: JDiaz@lsuhsc.edu

73

9.

Subj: **supplement**
Date: 7/9/2008 3:32:51 P.M. Eastern Daylight Time
From: kakoehrn@gmail.com
To: rweisler@aol.com

10.

Subj: **(no subject)**
Date: 6/30/2008 3:43:13 P.M. Eastern Daylight Time
From: kakoehrn@gmail.com
To: rweisler@aol.com

11.

Subj: **adobe pro prices**
Date: 6/25/2008 8:40:01 A.M. Eastern Daylight Time
From: kakoehrn@gmail.com
To: rweisler@aol.com

12.

Subj: **Corps off hook for N.O. canal lapses - Breaking News from New Orlea**
Date: 7/27/2008 7:49:07 A.M. Eastern Standard Time
From: RWeisler
To: RWeisler

13.

Subj: **New Orleans Facing Mental Health Crisis CBS 2-19-08**
Date: 7/26/2008 7:18:47 A.M. Eastern Standard Time
From: RWeisler
To: kara.koehrn@duke.edu, RWeisler

14.

Subj: **Check out ING 4727 - Wikipedia, the free encyclopedia**
Date: 7/27/2008 7:35:32 A.M. Eastern Standard Time
From: RWeisler
To: RWeisler

15.

Subj: **van landingham mvanlan@tulane.edu**
Date: 6/22/2008 12:01:12 P.M. Eastern Standard Time
From: RWeisler
To: RWeisler

16.

Narayan Sastry

Displaced New Orleans Residents in
the Aftermath of Hurricane Katrina:
Results from a Pilot Survey

74

## S.   E-MAILS BETWEEN AND AMONG THE DEFENDANTS AND MEMBERS OF THEIR FIRM

1.
   From:  Leslie Kelmachter
   Date: 4/28/2008
   Subj:  **Forwarding copies of medical literature pertaining to the emotional impact of catastrophic incidents**

2.
   Memorandum of Law from Richard Seymour
   Dated: 5/11/2008
   Subj:  **"Barge Cases Class Mental – Health Assessment and Monitoring Claims"**

3.   E-mail from:  Richard Seymour
     Dated: 5/11/2008
     Subj:  **"This is not at all a sure shot."**

4.   E-mail from:  Richard Seymour
     Dated: 5/11/2008
     Subj:  **"Mental-Health Expert Affidavit"**

5.   Email exchange between Dr. Phillip Griffin and Richard Seymour
     Dated: 5/30-31/2008
     Subj:  **Psychological Evaluations**

6.   Email from: Alan Fuchsberg
     Dated: 5/16/2008
     Subj:  **"Good News on the emotional health class issue"**

7.   Email from Brian Gilberg
     Dated: 5/16/2008
     Subj:  **Communications to "Chet Kern"**

8.   Email from:  Brian Gilbert
     Dated: 5/16/2008
     Subj:  **"Jocking for a fee share, though he did not get the money"**

9.  Email from:  Richard Seymour
    Dated: 5/15-16/2008
    Subj:  **Scheduling class representatives and class representative descriptions for Motion for Class Certification**

10. Email from:  Richard Seymour
    Dated: 5/18/2008
    Subj:  **Beting expert's backgrounds and scheduling conference call related to FirmLogic**

11. Email from:  Alan Fuchsberg
    Dated: 5/19/2008
    Subj:  **"Availability for Saturday medical interviews"**

12. Email from:  Richard Seymour
    Dated: 5/20/2008
    Subj:  **Forwarding "FRCP Rule 26 information"**

13. Email from:  Richard Seymour
    Dated: 5/20-21/2008
    Subj:  **Space at LSU for Saturday and involvement of Dr. James Barbee and "getting a dozen done"**

14. Email from:  Richard Seymour
    Dated: 5/20/2008
    Subj:  **"Weisler isn't probably the important one to add" and disclosure of experts**

15. Email from:  Richard Seymour
    Dated: 5/21/2008
    Subj:  **"My office is coordinating with the clients"/Barge Cases Medical: Interview Space**

16. Email exchange between Richard Seymour and Dr. Mark Townsend
    Dated: 5/23/2008
    Subj:  **"Barge Cases: Interview Schedule and contact information 5/24th"**

17.  Email from: Richard Seymour
     Dated:
     Subj: **Reporting Systems of representatives**

18.  Email from:  Richard Seymour
     Dated: 5/25/2008
     Subj: **IMPT - Kisimit - ASAP !!!!**

19.  Email from:  Richard Seymour
     Dated: 5/22/2008
     Subj: **"We have a 16 year old"**

20.  Email from:  Richard Seymour
     Dated: 5/22/2008
     Subj: **Medical Release Form**

21.  Email from:  Richard Seymour
     Dated: 5/22/2008
     Subj: **"Interviews: Rico Sutto and Transportation"**

22.  Memorandum from Richard Seymour
     Dated: 5/23/2008
     Subj: **Interview and Contact List for Saturday, May 24, 2008**

23.  Email from:  Richard Seymour
     Dated: 5/23/2008
     Subj: **forwarding "Authorizations Release Health Information"**

24.  Email from:  Richard Seymour
     Dated: 5/23/2008
     Subj: **"We have children we can schedule for next weekend"**

25.  Email from:  Richard Seymour
     Dated: 5/23/2008
     Subj: **"Julien and I are prepared to help with the schedule"**

26.  Email exchange between Brian Gilbert and Dr. Mark Townsend
     Dated:
     Subj: **"thanks to you and your colleagues for your time and effort."**

27. Email from:  Richard Seymour
    Dated: 5/27/2008
    Subj: "I just spoke with the investigator, Ronnie Montgomery and will call him back after taking care of the crisis du juor."

28. Email from:  Alan Fuchsberg to Mark Townsend
    Dated:
    Subj: "Rick is a very capable oxy for me and agrees with my assessment."

29. Email exchange with Dr. Mark Towsend
    Dated: 5/27/2008
    Subj: "Dr. Koehlman will be our child psychiatrist, and Dr. Griffin will be our all-purpose pscyhologist."

30. Email exchange with Dr. Mark Towsend
    Dated:
    Subj: "Electronic introduction for Dr. Charles Koehlman, a child psychiatrist"

31. Email exchange with Dr. Mark Townsend
    Dated: 5/27/2008
    Subj: "more good news" and "Dr. Phillip Griffin"

32. Email exchange with Dr. Richard Weisler
    Dated: 5/27/2008
    Subj: "APHARMACOECONOMIC STUDY"

33. Email exchange with Dr. Richard Weisler
    Dated:
    Subj: "referral questions and a related article for one of the clients."

34. Email exchange with Dr. Richard Weisler
    Dated: 5/27/2008
    Subj: SAMAHASA report: major depressive episodes and suicidal thoughts

35. Email from:  Richard Seymour
    Dated: 5/27/2008
    Subj: "medical team routinely uses a guy named Ronnie Montgomery"

78

36. Email from:   Richard Seymour to Ronnie Montgomery
    Dated: 5/28/2008
    Subj:  "**I will personally guarantee your fees and expenses**"

37. Email from:   Alan Fuchsberg
    Dated: 5/28/2008
    Subj:  **Contact with Dr. Griffin over Dr. Coleman**

38. Email from:   Richard Seymour to medical experts
    Dated:
    Subj:  "**What if we prioritize the testing to suit your schedule?**"

39. Email from:   Richard Seymour
    Dated: 5/29/2008
    Subj:  **Related to 16 year old daughter named, Shantil Handy**

40. Email from:   Brian Gilbert to medical experts
    Dated: 5/29/2008
    Subj:  "**psychological testing**" **and invoices addressed to Barge PSLC**

41. Email from:   Dr. Mark Townend to Richard Seymour and Alan Fuchsberg
    Dated:
    Subj:  **enclosing CAPSCA Scale info**

42. Email exchange between Brian Gilbert and medical experts
    Dated: 5/29/20908
    Subj:  "**June 12th deadline is not something any of us would have chosen.**

43. Email from:   Dr. Mark Townsend
    Dated: 5/29/2008
    Subj:  "**A psychologist and a suggestion**"/ "**Single Point of Entry**"

44. Email from:   Richard Seymour
    Dated: 5/30/2008
    Subj:  "**medical and psychological interviews 5/31 and 6/1**"

45. Email from:   Richard Seymour
    Dated: 5/30/2008
    Subj:  **scheduling interviews with Dr. Griffin**

79

46. Email from: Richard Seymour
    Dated: 5/30/2008
    Subj: **scheduling "Sunday interviews can begin at 8:00 a.m."**

47. Email from: Mark Jackowski to Brian Gilbert
    Dated:
    Subj: **Glasers and son who was 4 at the time of the flood.**

48. Email from: Richard Seymour
    Dated: 5/30/2008
    Subj: **Scheduling representatives with Dr. Griffin**

49. Email from: Richard Seymour
    Dated: 5/30/2008
    Subj: **Scheduling representatives with Dr. Weisler**

50. Email from: Richard Seymour
    Dated: 5/31/2008
    Subj: **"Barge Cases: Josephine Richardson"**

51. Email exchange with Dr. Mark Towsend
    Dated: 5/31/2008
    Subj: **scheduling appointment times on Sunday**

52. Email exchange between Richard Seymour and medical experts
    Dated: 5/29-30/2008
    Subj: **scheduling representatives and discussing meeting of medical experts in Phoenix.**

53. Email from: Dr. Mark Towsend
    Dated: 6/1/2008
    Subj: **related to "short self-rated instrument"/SDS**

54. Email from: Dr. Mark Townsend to Karen Wiedemann and Richard Seymour
    Dated: 6/2/2008
    Subj: **"question about first interim statement"**

55. Email from: Dr. Mark Townsend
    Dated: 6/2/2008
    Subj: **medical records gathered by Craig Zibilich**

56. Email from:   Karen Wiedemann
    Dated: 6/2/2008
    Subj:   **sending medical records**

57. Email from:   Richard Seymour to Dr. Jill Hayes
    Dated: 6/2/2008
    Subj:   **Statements of accounting**

58. Email from:   Richard Seymour
    Dated: 6/2/2008
    Subj:   **"I keep hearing from the medical experts that they need Jill Hayes to get paid."**

59. Email from:   Richard Seymour
    Dated: 6/2-3/2008
    Subj:   **Jill, I check paying your bill is going out to you today."**

60. Email from:   Karen Wiedemann
    Dated: 6/3/2008
    Subj:   **"I received a check this morning from Pat Sanders to cover Jill Hayes' bill." "I would love to tell you I have them money . . . . . . . but, I don't."**

61. Email from:   Richard Seymour
    Dated: 6/3/2008
    Subj:   **With medical experts "Rick is the lead"**

62. Email from:   Richard Seymour
    Dated: 6/4/2008
    Subj:   **"master protective order"**

63. Email from:   Richard Seymour
    Dated: 6/6/2008
    Subj:   **"barge cases: conference call on draft report."**

64. Email from:   Karen Wiedemann
    Dated: 6/6/2008
    Subj:   **"second interim statement" of Jill Hayes**

65. Email from:   Karen Wiedemann with Dr. Jill Hayes
    Dated: 6/6/2008
    Subj:   "I dropped off the check at the front desk at 4:30"

66. Email from:   Dr. Mark Towsend
    Dated:
    Subj:   "VanLindingham's findings"

67. Email from: Richard Seymour
    Dated: 6/6/2008
    Subj:   "We know we are going to be making _____, so we wanted as bullet-proof as possible."

68. Email exchange from Richard Seymour with Mark Towsend
    Dated:
    Subj:   **related to conference call on draft report "see the draft the weekend"**

69. Email exchange with Richard Weisler
    Dated: 6/9/2008
    Subj:   **related to Tulane vacation/Narayan/VanLandinghman**

70. Motion to Certify Class filed May 15, 2008
    Email from Karen Widemann to Dr. Jill Hayes
    Dated: 6/10/2008
    Subj:   **enclosing pleadings from class action**

71. Email from:   Karen Wiedemann to Jill Hayes
    Dated: 6/11/2008
    Subj:   **scheduling conference call "an interview"/**

72. Email to Dr. Mark Townsend
    Dated:
    Subj:   **I have received your invoice. It is our policy within 30 days of receipt of the invoice."**

73. Email from Dr. Mark Townsend to Karen and Seymour
    Date:
    Subj:   **my first interim invoice with your office yesterday**

82

74. Email from:   Karen Wiedemann to Dr. Jill Hayes
    Dated:6/12/2008
    Subj:  **"third interim statement"**

75. Email from:   Dr. Richard Weisler
    Dated:6/12/2008
    Subj:  **involvement of Howard and Joy Osofosky's work with children**

76. Now stream coming first - Tim first 6/12/2008 with Dr. Weisler BLC
    Subj:  **enrolls of medical experts**

77. Email exchanged between Karen Wiedemann and Mark Townsend and copied to BSPLC
    Dated:
    Subj:  **interim invoice [2] accrued expenses**

78. Email from:   Karen Wiedemann to Mark Townsend
    Dated:6/12/2008
    Subj:  **invoice "I will be on top of the invoice."**

79. Email from:   Richard Seymour
    Dated:6/17/2008
    Subj:  **6/2008**

80. Email from:   Richard Seymour
    Dated:6/19/2008
    Subj:  **"psychological evaluations"**

81. Email from:   Richard Seymour
    Dated:6/18/208
    Subj:  **"people with children are the hardest to schedule."**

82. Email from:   Richard Seymour
    Dated:6/19/2008
    Subj:  **"LNAMOT Sanctions, individual trials, support staff."**

83. Email from:   Dr. Richard Weisler
    Dated:6/19/2008
    Subj:  **"roughly 43,000 people living in the area"**

83

84. Email from:   Richard Seymour
    Date:  6/17/2008
    Subj:  **"one time for the child evaluation"**

85. Email exchange between Karen Wiedemann and Dr. Jill Hayes
    Dated:6/23/2008
    Subj:  **related to "third interim statement"**

86. Email from:   Karen Wiedmann to Dr. Jill Hayes
    Dated:6/23/2008
    Subj:  **"I will put in the mailbox"**

87. Email from:   Richard Seymour
    Dated:6/25/2008
    Subj:  **related to appointment for Rico Sutton**

88. Email from:   Richard Weisler
    Dated:
    Subj:  **"Draft of initial section for review without appendices close to 1000 pages."**

89. Email from:   Richard Seymour
    Dated:6/28/2008
    Subj:  **"creation of secured web storage area for medical expert reports and appendices"**

90. Email from:   Richard Seymour
    Dated:6/28/2008
    Subj:  **"barge cases: correction"** providing user name and password

91. Email from:   Richard Seymour
    Dated:6/28/2008
    Subj:  **"this is not a statistical random sample"**

92. Email from:   Richard Seymour
    Dated:6/28/2008
    Subj:  **"with the rule governing expert reports."**

93. Email exchange between and among Brian Gilbert, Richard Seymour and medical experts
    Dated: 6/28/2008
    Subj: "Dr. Weisler and I have just talked and I think we are getting back on the right track. I'll be working with him very close."

94. Email from: Richard Seymour
    Dated: 6/28/2008
    Subj: **enclosing Kilpatrick report**

95. Email from: Richard Seymour
    Dated: 6/28/2008
    Subj: "Dr. Weisler thought it would be useful to have other examples of the structure of expert affidavits in federal court."

96. Email from: Richard Seymour
    Dated: 6/28/2008
    Subj: "I've set up an account with I-backup that can be used to upload and download the report and all appendices."

97. Email from: Dr. Richard Weisler
    Dated: 6/28/2008
    Subj: **attaching "barge draft intro and opinion without articles"**

99. Email from: Richard Seymour
    Dated: 6/29/2008
    Subj: "Barge medical: expert report"/ "I do not understand what but complication and chance for error would arise from injecting a new person or persons at this stage."

100. Email from: Richard Seymour
     Dated: 6/29/2008 9:12 p.m.
     Subj: "please review draft affidavit for general format and then call"/ "my wife has dinner ready, and this will be item no. 1 right afterwards."

101. Email from: Richard Seymour
     Dated: 6/29/2008
     Subj: **"formatting in Word 2000/Word 2007"**

102. Email from:   Richard Seymour
Dated: 6/29/2008
Subj:   **1:21 a.m. - barge medical: Expert report/ "here are the questions I expect the judge would like to see information about in the medical report."**

103. Email from:   Mark Townsend to Richard Seymour
Dated: 6/28/2008
Subj:   **"amenable to using . . . FirmLogic"**

104. Email from:   Richard Seymour to BPSLC
Dated:
Subj:   **attach Dr. Weisler's report/this just arrived. I'll look at it and get back to you.**

105. Email from:   Alan Fuchsberg to BPSCL
Dated: 6/29/2008
Subj:   **"The expert conceives a centralized efficient process that will allow for many individual evaluations capable of producing reliable diagnostic opinions of Katrina related mental health injury, or not."**

106. Email from:   Richard Seymour
Dated: 6/29/2008
Subj:   **"Dr. Weisler, I look forward to seeing the new partial draft."**

107. Email from:   Richard Seymour
Dated: 6/29/2008
Subj:   **"I think we are getting this report back on tract . . . please make any suggestions to me without ccing the doctors, and let me handle it from them."**

108. Email from:   Richard Seymour
Dated: 6/30/2008
Subj:   **"Dr. Weisler, you need to write the report based on your own conclusions and thoughts."**

109.  Email exchange between Dr. Richard Weisler and Richard Seymour
      Dated:
      Subj: "thanks and please pitch in to get this in by today."

110.  Email from: Richard Seymour to Dr. Richard Weisler
      Dated: 6/30/2008
      Subj: "Class Actions - Federal Civil Rules Handbook"

111.  Email from: Dr. Richard Weisler to BSPLC
      Dated:
      Subj: "The attachments will be coming as a CD or e-mail as we discussed in the am.

112.  Email from: Richard Seymour
      Dated: 6/30/2008
      Subj: "89 minutes on the line with Dr. Weisler tonight. Very good progress."

113.  Email exchange with Dr. Weisler and Alan Fuchsberg/BSPLC
      Date:
      Subj: "thank you Rick W. Your work, and that of the team, for this report is important and reminds us how people are still suffering from the inside and need help."

114.  Email from: Richard Seymour
      Dated: 6/30/2008
      Subj: "No time to look at this immediately. What do you think?"

115.  Email from: Brian Gilbert to Richard Seymour
      Dated: 6/30/2008
      Subj: "Rule 23 essentials we are looking for. Do you agree?"

116.  Email from: Richard Seymour
      Dated: 6/30/2008
      Subj: "Blast! There goes a good argument."

117.  Email from: Dr. Richard Weisler to Brian Gilbert
      Dated: 6/30/2008
      Subj: "Weisler legal expert depositions over the last four years."

87

118. Email from:   Dr. Richard Weisler to Brian Gilbert
     Dated: 6/30/2008
     Subj:  **"updated RHW CV 6-30-08"**

119. Email from:   Dr. Richard Weisler to Brian Gilbert and Richard Seymour
     Dated:
     Subj:  **"article about suicidality from the federal study inadvertenly left out."**

120. Email from:   Richard Seymour
     Dated: 7/9/2008
     Subj:  **"Barge cases: missing article."**

121. Email from:   Dr. Richard Weisler to BPSLC
     Dated: 7/9/2008
     Subj:  **"there may be additional help for articles that we may find or that will be published in the future."**

122. Email from:   Dr. Mark Townsend to Karen Wiedemann
     Dated: 7/18/2008
     Subj:  **"interim invoice." Its been 30 days, so I'm checking in about the status of my first invoice.**

123. BPSLC's outline of case
     Dated: 7/21/2008

124. Email from:   Karen Wiedemann to Dr. Mark Townsend
     Dated: 7/22/2008
     Subj:  **"I did mail you a check yesterday for your out-of-pocket expenses. We are working on paying the two outstanding invoices."**

125. Email exchange between Karen Wiedemann and Dr. Mark Townsend
     Dated: 7/22/2008
     Subj:  **"Everything is original, hard copy and under lock and key at my LSU office."**

126. 127   Email from:   Mark Townsend to Karen Wiemann
     Dated:
     Subj:  **"Defendants request for all documents considered are relied upon."**

127. Email exchange between Karen Wiedemann to Alan Fuchsberg
     Dated: 7/22/2008
     Subj: **"have you received any bill from Dr. Weisler?"**

128. Email from: Richard Seymour
     Dated: 7/23/2008
     Subj: **"The instructions are listed in my opening email in this thread."**

129. Email from Dr. Mark Townsend to Richard Seymour
     Dated:
     Subj: **"Dr. Griffin's psychological report."**

130. Email from: Dr. Mark Townsend to Brian Gilbert
     Dated: 7/24/2008
     Subj: **delivery of Dr. Griffin's reports**

131. Email from: Richard Seymour to Dr. Richard Weisler
     Dated: 7/24/2008
     Subj: **"the defendants would like to take your deposition on August 7th."**

132. Email from: Karen Wiedemann to BSPLC/Brian Gilbert
     Dated:
     Subj: **"about the expert depos, we need to be able to tell these guys, when we call to schedule their depo, that there bills will soon be paid. I have put them off, but the natives do grow restless."**

133. Email from: Richard Seymour
     Dated: 7/27/2008
     Subj: **"Dr. Weisler just reached me and said that August 7th would be difficult because of other commitments."**

134. Excel Spreadsheet
     Dated: 7/29/2008
     From: Sherry Cofield to Karen Wiedemann
     Subj: **setting out initial invoice from Dr. Richard Weisler**

135. Email exchanged from Karen Wiedemann to Richard Seymour
     Dated:
     Subj: **forwarding "fourth barge invoice" and with payment instructions**

89