136. Email stream from: Richard Seymour to BSPLC
     Dated: 7/29-30/2008
     Subj: **"Dr. Weisler submitted his invoice today for $216,390 at $600 an hour."**

137. Email from: Alan Fuchsberg
     Dated: 7/30/2008
     Subj: **"we are operating on a shoestring budget."**

138. Email from: Richard Seymour to BSPLC
     Dated:
     Subj: **would you please send me a copy of this bill . . .?"**

139. Email from: Dr. Richard Weisler to BSPLC
     Dated: 7/31/2008
     Subj: **"sudden I think, it is worth getting his pysch testing completed."**

140. Email from: Richard Seymour
     Dated: 8/1/2008
     Subj: **"barge cases JAMA Article"/ "I do not see much that is directly pertinent, except for the ethical obligation to review the files."**

141. Email from: Dr. Richard Wesiler to BSPLC
     Dated:
     Subj: **forwarding JAMA article on physician expert witness testimony**

142. Email form: Dr. Richard Weisler to Brian Gilbert
     Dated:
     Subj: **Sutton**

143. Email from: Dr. Griffin's office
     Dated:
     Subj: **scheduling Rico Sutton for Tuesday at 1:00 p.m. (August 5th)**

144. Email from: Richard Seymour to BSPLC
     Dated: 8/1/2008
     Subj: **conference call with Dr. Weisler**

90

145.  Email stream from:  Richard Seymour to BSPLC
      Dated: 8/2/2008
      Subj:  "stunned by our call with Dr. Weisler yesterday."

146.  Email from:  Richard Seymour to Dr. Richard Weisler and Dr. Mark Townsend
      Dated: 8/4/2008
      Subj:  "Duke legal fee schedule I have used for over two years and national data."

147.  Fee Schedule from Dr. Richard Weisler
      Dated: 8/4/2008
      Subj:  Fee Schedule

148.  Email from: Dr. Richard Weisler
      Dated: 8/4/2008
      Subj:  enclosing legal fee guide Duke

149.  Email from:  Patrick Sander to Brian Gilbert
      Dated: 8/4/2008
      Subj:  "Weisler bill"/ MOU with Shawn Khorrami

150.  Email from:  Richard Seymour to BSPLC
      Dated: 8/8/2008
      Subj:  "there is no question in any of our minds that Dr. Weisler needs good preparation for his testimony.  The timing allowed virtually no time to refine and reshape the report, but it is still useful for us."

151.  Email from:  Shawn Khorrami
      Dated: 8/8/2008
      Subj:  Weisler

152.  Email from:  Brian Gilbert to Shawn Khorrami
      Dated: 8/8/2008
      Subj:  "I've received a call from Weisler who has asked what is happening."

153.  Email from:  Richard Seymour
      Dated: 8/8/2008
      Subj:  "I have substantially e-mail memo on this issue"

91

154. Email from:   Dr. Richard Weisler
     Dated: 8/8/2008
     Subj:   **"new study results PTSDA 'major cause' of early heart disease mortality'"**

155. Email from:   Dr. Richard Weisler
     Dated: 8/9/2008
     Subj:   **"prevalence and predictors of mental health distress post-Katrina"**.

156. Email from:   Richard Seymour to BSPLC
     Dated: 8/9/2008
     Subj:   **Barge cases "update" and class certification**

157. Email from:   Richard Seymour to Brian Gilbert and Shawn Khorrami
     Dated: 8/9/2008
     Subj:   **"Fifth Circuit decisions" and "unpublished ED LA decisions."**

158. Email from:   Richard Weisler to Dr. Mark Townsend and Brian Gilbert
     Dated:
     Subj:   **Report on Michael R. Josephine R. And Michael K.**

159. Email from:   Shawn Khorrami to BSPLC
     Dated: 8/10/2008
     Subj:   **"Will talk to them a little and see what they think"**

160. Email from:   Richard Seymour to BSPLC
     Dated: 8/10/2008
     Subj:   **"shooting from the hip on horseback looks fine in the movies"**

161. Email from:   Richard Seymour
     Dated:
     Subj:   **estimated cost for Kilpatrick Report**

162. Email from:   Shawn Khorrami to Brian Gilbert
     Dated:
     Subj:   **scheduling of depositions, including Dr. Weisler for August 15th per stream with barge defendant lead counsel, Derek Walker.**

163. Email exchange between Brian Gilbert and Mark Townsend
     Dated:
     Subj: **hard copy records of the interviews.**

164. Email from: Danny Abir
     Dated: 8/12/2008
     Subj: **"update - expert witness invoices."**

165. Email from: Dr. Mark Townsend to Shawn Khorrami and BSPLC
     Dated:
     Subj: **nonpayment of invoices**

166. Email from: Richard Seymour to Dr. Richard Weisler
     Dated:
     Subj: **"reminder" to stop working**

167. Email from: Richard Seymour to Alan Fuchsberg and Leslie Kelmachter
     Dated: 8/20/2008
     Subj: **"Withdrawal and Agreement"**

168. Email from: Brian Gilbert to BSPLC
     Dated:
     Subj: **final class certification witness list**

169. Email from: Dr. Richard Weisler to BSPLC
     Dated:
     Subj: **regarding "progress and payment barge case mental health"**

170. KTNA Memoranda to Matt Bailey
     Dated: 8/25/2008
     Subj: **emotional injury subclass issues**

171. Cover E-mail from Matt Bailey to BSPLC
     Dated: 8/25/2008
     Subj: **memo**

172. Email from: Shawn Khorrami to BSPLC
     Dated: 8/28/2008
     Subj: **substitution of expert witnesses**

93

173. Email from:   Shawn Khorrami to BSPLC
     Dated:
     Subj:  **including Brian Gilbert stream "please read and respond to me promptly".**

174. Email stream from Mark Ravis of KPA
     Dated: 8/28/2008
     Subj:  **"concerned about our chances of substituting Townsend for Weisler."**

175. Email from:   Lead Barge Defendants Counsel, Derek Walker
     Dated: 8/29/2008
     Subj:  **requesting deposition dates for Dr. Weisler**

176. Email from:   Richard Seymour to Dr. Weisler
     Dated:
     Subj:  **regarding expert letter - LSU**

177. Email from:   Richard Seymour
     Dated: 9/3/2008
     Subj:  **"Rick Weisler called the office today"**

178. Email from:   Dr. Richard Weisler to BSPLC
     Dated: 9/5/2008
     Subj:  **"whether you have been paid for your work already in the barge case?"**

179. Email from:   Lead Barge Defendants Counsel, Derek Walker, to Brian Gilbert
     Dated: 9/6/2008
     Subj:  **scheduling Dr. Weisler's deposition for Monday, September 22nd**

180. Email from:   Richard Seymour
     Dated: 9/7/2008
     Subj:  **"unless checks were tied up in transit because of Gustav"**

181. Email from:   Dr. Richard Weisler to BSPLC
     Dated:
     Subj:  **"outstanding invoice"**

182. Email from: Dr. Richard Weisler to Brian Gilbert and Rick Seymour
     Dated: 9/9/2008
     Subj: **"outstanding invoice Brian Gilbert's response. Awaiting his return call.**

183. Email from: Dr. Richard Weisler to Karen Wiedemann
     Dated:
     Subj: **scheduling conference call to discuss invoice**

184. Email stream from: Brian Gilbert
     Dated: 9/11/2008
     Subj: **"we need to arrange this conference with Weisler, and the one with he and the other psychs, all of whom are 'upset' about the bills."**

185. Email from: Richard Seymour to BSPLC
     Dated:
     Subj: **"leverage, sometimes unpaid experts write to the court, detailing contradictory statements made by counsel."**

186. Email from: Dr. Richard Weisler to Rick Seymour and Karen Wiedemann and Brian Gilbert
     Dated: 9/14/2008
     Subj: **scheduling conference call for September 15, 2008.**

187. Email from: Dr. Mark Townsend to Brian Gilbert
     Dated: 9/16/2008
     Subj: **picking up records**

188. Email from: Dr. Mark Townsend to Brian Gilbert
     Dated: 9/17/2008
     Subj: **patient records**

189. Email stream to BSPLC involving communications with lead barge defendant's counsel, Derek Walker
     Dated: 9/17/2008
     Subj: **cancelling Dr. Weisler's deposition due to withdrawal of the emotional distress claim.**

190. BSPLC's amended Witness List
     Dated: 9/18/2008
     Subj: **setting out both Dr. Mark Townsend and Dr. Richard Weisler as expert witnesses**

191. E-mail from: Brian Gilbert to Richard Seymour
     Dated: 9/19/2008
     Subj: **"representative plaintiff Kismit Bourgre"**

192. Email from: Brian Gilbert to Rick Seymour
     Dated: 9/20/2008
     Subj: **"Arcola replaces both Rico and Kismit"**

193. Email stream between Brian Gilbert and Rick Seymour
     Dated:
     Subj: **"I do not believe the psychologist and psychiatrist that this was a serious effort or that there was ever a serious intent." Undated "medical planning" setting forth role of Dr. Weisler and Dr. Townsend**

194. Correspondence
     Dated: 5/22/2008
     From: Richard Seymour to representatives

195. Memorandum of Richard Seymour
     Dated: 8/10/2008
     Subj: **"conference call on August 10, 2008"**

196. Memorandum of Richard Seymour
     Dated: 8/12/2008
     Subj: **"notes of conference call August 12, 2008"**

197. Sample Retainer Agreement for Preventative Psychiatry Associates Medical Group, Inc.

198. Memorandum of Rick Seymour
     Dated: 2/8/2008
     Subj: **"thoughts on class wide emotional-distress damages"**

96

199. Email from:   LD Wiedemann
Dated: 8/4/2008
Subj:  **Weisler bill**

200. Email from:   Brian Gilbert to BSPLC
Dated: 5/16/2008
Subj:  **"barge cases re: good news on the emotional health class issue and need to set up psych evaluations. "Class Reps" (and admissible diagnosis will have to be differential)**

201. Email exchange between Dr. Weisler and Alan Fuchsberg
Dated:
Subj:  **Validation of M.I.N.I. Diagnostic Interviews Medical Outcome Systems, Inc.**

202. Email from: Brian Gilbert to BSPLC and Dr. Weisler
Dated: 5/30/2008
Subj:  **"a psychologist and a suggestion" (they are not going to be happy about the last – minue arrangements!!")**

203. Email from Richard Seymour to Medical Professionals, including Dr. Weisler
Dated:  6/29/2008
Subj:  **Barge Medical:  Expert Report ("I do not understand what but complication and chance for error would arise . . .")**

204  Email from Richard Seymour
Dated: 9/3/2008
Subj:  **(Weisler had to research fields of expertise that were NOT his own . . ..)**

205  Email from Richard Seymour to Medical Professionals and BSPLC
Dated: 6/29/2008
Subj:  **Barge Medical: Expert Report ("here are the questions I expect the judge would like to see")**

206  Email from Karen Wiedemann to Richard Seymour
Dated: 6/2/2008
Subj:  **Barge Cases:  Urgent re: Jill Hayes' Bill "I would love to tell you I have the money . . .")**

207     Email from Alan Fuchsberg to Dr. Weisler
        Dated:7/30/2008
        Subj:   **Invoice Question "we are operating on a shoestring budget"**

208     Email from Richard Seymour to BSPLC
        Dated:  7/29/2008
        Subj:   **Barge Cases: Dr. Weisler's Invoice ("when you were discussing the case with him or emailing with him, was there a retainer or budget?")**

209     Email from Brian Gilbert to Medical Professionals, including Dr. Weisler
        Dated:8/12/2008
        Subj:   **Barge Case: ("Suspend all work")**

210     Email from Dr. Weisler to BSPLC
        Dated:9/5/2008
        Subj:   **"Whether you have been paid for your work already in the barge case?") ("Mark Townsend called to inform me that he has not been paid.")**

211     Email from Brian Gilbert to Khorrami lawfirm
        Dated:
        Subj:   **"Update – expert witness invoices"**

212     Email from Brian Gilbert to Dr. Weisler and the Medical Team
        Dated:5/29/2008
        Subj:   **Psychological testing ("invoices should actually be addressed to Barge PSLC")**

213     Email from Dr. Mark Townsend to BSPLC
        Dated:
        Subj:   **Barge Cases Medical: Interview space ("Dr. Barbee will be on the 3:30 call")**

214     Email from Richard Seymour to BSPLC
        Dated:6/6/2008
        Subj:   **Barge Cases Draft Medical Report ("we wanted as bullet-proofed as possible.")**

215    Email from Richard Seymour to Ronnie Montgomery
       Dated: 5/28/2008
       Subj:  ("I will personally guarantee your fees and expense")

216    Email from Richard Seymour to Shawn Khorrami
       Dated: 8/8/2008
       Subj:  **Barge Cases: re: Dr. Weisler** ("there is no question in any of our minds that Dr. Weisler needs good preparation for his testimony.")

217    KP&A Memorandum Dated August 25, 2008 to Katrina Barge Class Certification Committee from Matt Bailey
       Date: 8/23/2008
       Subj:  **Emotional Injury Subclass Issues**

218    Cover Memorandum/Email from Matt Bailey to BSPLC
       Subj:  **KP&A Memo**

3.     **Expert report of Dr. Richard H. Weisler with attachments.**

   A.      **Attachment 1: Curriculum Vitae and Correspondence**

   A. **1.)** Richard H. Weisler

   B. **P. 67.)** Mark Harold Townsend

   C. **P. 81.)** Joy D. Osofsky

   D. **P. 108.)** Howard J. Osofsky

   E. **P. 141.)** Jill S. Hayes

   F. **P. 161.)** Phillip Talmadge Griffin

   G. **P. 169.)** David V. Sheehan correspondence about the Mini International Neuropsychiatric Interview (MINI) and Sheehan Disability Scale

   H. **P. 170.)** Fran H. Norris correspondence referenced the Short Post-Traumatic Disorder Rating Interview-Expanded (SPRINT-E) screening element for post-traumatic events

B. **Attachment 2: Richard H. Weisler's Disaster Mental Health Experience and Mental Health Consequences**

  A. Richard H. Weisler's Disaster Mental Health Experience and Mental Health Consequences

  i. **P. 1.)** Summary of Experience

  ii. **P. 6.)** R. Voelker. "Post-Katrina Mental Health Needs Prompt Group to Compile Disaster Medicine Guide": Describes the need for mental health care support after Katrina and how Dr. Weisler along with collaborators coordinated to create a disaster medicine guide to help health care providers better handle post-disaster mental health needs.

  iii. **P. 12.)** R. Weisler, J. Barbee, M. Townsend. "Mental health and Recovery in the Gulf Coast After Hurricane Katrina": JAMA commentary article discussed body of paper.

  iv. **P. 25.)** M. Townsend and R. Weisler. "Post Disaster Psychiatry: Lessons From Katrina": Medscape article mentioned in body of paper.

  B. Medical Consequences Materials

  i. **P. 38.)** Slides on medical consequences created by Dr. Weisler: Describes some of the medical consequences associated with mood disorders

  ii. **P. 45.)** R. Kloner. "Natural and Unnatural Triggers of Myocardial Infarction": Investigates the causes of increased rates of myocardial infarction after both natural and unnatural triggering events such as natural disasters and the 9/11 terrorist attacks.

  iii. **P. 61.)** R. Acierno et al. "Risk and Protective Factors for Psychopathology Among Older Adults After the 2004 Florida Hurricanes": Found that older adults exhibited fewer symptoms of psychiatric illnesses compared to younger adults after the hurricanes, but illness was more closely correlated to economic hardship caused by the disasters in older adults than younger adults.

  iv. **P. 70.)** R. Larrance et al. "Health Status Among Internally Displaced Persons in Louisiana and Mississippi Travel Trailer Parks": Identified shelter, transportation, security and lack of financial means as the

    worst problems after displacement. Rates of domestic violence, major depression, suicides, and attempted suicides all increased. Overall conclusions state that Mississippi and Louisiana are in need of assistance with their health care infrastructure in order to assist recovery efforts in these areas.

   v. **P. 94.)** Stephens et al. "Excess Mortality in the Aftermath of Hurricane Katrina: A Preliminary Report": Found a significant increase in mortality after Hurricane Katrina that requires "immediate preventative actions and intervention."

   vi. **P. 101.)** P. Eisler. "New Orleans Feels Pain of Mental Health Crisis": USA Today article that highlights the increase New Orleans has seen in suicide, stroke, stress-related deaths, depression, PTSD and anxiety disorders.

   vii. **P. 105.)** Duke Grand Rounds Slides created by Dr. Weisler et al. outlining the disaster mental health lessons learned after 9/11 and Hurricanes Katrina, Rita and Floyd

   viii. **P. 208.)** "The Crisis Continues": Newsweek article with interview of Dr. Weisler

**C.**   **Attachment 3: List of Cases in which Dr. Weisler has been Deposed in the Last Four Years**

**D.**   **Attachment 4: Methods**

 A. **P. 1.)** Methods Introduction

   i. **P. 2.)** J. Osofsky et al. "Katrina's Children: Social Policy Considerations for Children in Disasters": An example of Howard Osofsky, MD, and Joy Osofsky's, PhD, extensive field and clinical work and studies of New Orleans area children and adolescents post Katrina.

  ii. **P. 22.)** J. Osofsky et al. "The Aftermath of Hurricane Katrina: Mental Health Considerations and Lessons Learned": An additional example of Howard Osofsky, MD, and Joy Osofsky's, PhD, extensive field and clinical work and studies of New Orleans area children and adolescents post Katrina.