B. **P. 51.)** Methods Description

i. **P. 52.)** The Short Post-traumatic Stress Disorder Rating Interview-Extended (SPRINT-E), a self-reported, post disaster assessment that screens for symptoms of PTSD, depression, and impaired functioning to assess the need for mental health services.

ii. **P. 56.)** Mini International Neuropsychiatric Interview (MINI) Plus, a highly structured interview that determines whether criteria for major, Axis I psychiatric diagnoses have been met.

iii. a. **P. 166.)** The Clinician-Administered PTSD Scale (CAPS Dx), a rating scale produced by the National Center for Post-Traumatic Stress Disorder/Clinician-Administered PTSD Scale for DSM-IV

b. **P. 188.)** Weathers et al. (2001) CAPS Review Article

iv. **P. 188.)** The Sheehan Disability Scale, a patient-rated, discretized analog measure of functional disability in work, social, and family life.

v. **P. 256.)** Young Mania rating Scale (YMRS), one of the most frequently utilized ratings scales to assess manic symptoms, and is based on the patient's subjective report of his or her clinical condition.

vi. **P. 261.)** Hamilton Anxiety Rating Scale (HAM-A), one of the first rating scales developed to measure the severity of anxiety symptoms. It consists of 14 items, each defined by a series of symptoms, and measures both psychic anxiety and somatic anxiety.

vii. **P. 264.)** Montgomery-Asberg Depression Rating Scale MADRS, a widely used depression scale designed to be sensitive to treatment changes, is briefer and more uniform than the HAM-A.

**E. Attachment 5: Mental Health Disease References**

**A. 1.)** Post-traumatic Stress Disorder (PTSD)

i. **P. 1.)** PTSD DSM-IV-TR Diagnostic Criteria used by health professionals to diagnose PTSD

ii. **P. 8.)** J. Ballenger et al. "Consensus Statement Update on Posttraumatic Stress disorder From the International Consensus group on

Depression and Anxiety": Provides updates in the on PTSD, reporting that awareness about the disease has increased and scientific advancements have improved treatment strategies.

iii. **P. 16.)** R. Kessler. "Posttraumatic Stress Disorder: The Burden to the Individual and to Society": Concludes that PTSD can be a very debilitating disease and only a minority of the people with it receives adequate treatment resulting in large costs to society as a whole.

iv. **P. 25.)** A. McFarlane. Posttraumatic Stress Disorder: A Model of the Longitudinal Course and the Role of Risk Factors": Reviews what is known about PTSD's emergence after exposure to a traumatic event.

v. **P. 31.)** Dalton et al. **"**Did the Prevalence of PTSD Following Hurricane Katrina Match a Rapid Needs Assessment Prediction?": Gives suggestions for how to handle future large-scale disasters after Hurricane Katrina.

vi. **P. 39.)** National Institute of Mental Health **(**NIMH). "A Real Illness: Posttraumatic Stress Disorder": A pamphlet from the NIMH outlining a definition, and signs and symptoms of PTSD.

vii. **P. 49.)** A. Drogendijk, et al. "The correspondence between persistent self-reported post-traumatic problems and general practitioners' reports after a major disaster": Concludes that there is a high correlation between self-reported disaster-related psychological problems and these problems reported by general practitioners (GPs.)

viii. **P. 59.)** G. Villarreal. "Prospective study to evaluate the efficacy of aripiprazole as a monotherapy in patients with severe chronic posttraumatic stress disorder: an open trial": Abstract from the article reporting the conclusions of a drug test, finding that aripiprazole was effective in about two thirds of subjects that tolerated this medication for PTSD.

ix. **P. 60.)** Baldwin, et al. "Evidence-based guidelines for the pharmacological treatment of anxiety disorders : recommendations from the British Association for Psychopharmacology": Guidelines covering "the diagnosis of anxiety disorders and key steps in clinical management, including acute treatment, relapse prevention and approaches for patients who do not respond to first-line treatments."

x. **P. 90.)** B. Jancin. "Results Support early Screening of All Trauma Patients": Recent news story from *Clinical Psychiatry News*.

**B.** **P. 92.)** Major Depressive Episodes

i. **P. 92.)** DSM-IV TR Diagnostic Criteria used by health professionals to diagnose major depressive episodes

ii. **P. 101.)** C. Person, et al. "Risk Factors for Depression After a Disaster": Examined the probable risk factors associated with depression following the 9/11 terrorist attacks.

iii. **P. 109.)** M. Trivedi. "Consensus recommendations for improving adherence, self-management, and outcomes in patients with depression": An abstract of an article that "demonstrates the importance of factors other than antidepressant medication per se for achieving treatment effectiveness." It also notes that "the health care system must undergo major transformation to effectively treat depression, along with other chronic illnesses."

iv. **P. 110.)** M. Bauer, et al. "World Federation of Societies of Biological Psychiatry (WFSBP) Guidelines for Biological Treatment of Unipolar Depressive Disorders, Part 2: Maintenance treatment of major depressive disorder and treatment of chronic depressive disorders and subthreshold depressions": Abstract from the article that outlines guidelines primarily concerned with the biological treatment of young adults with depression but also, to a lesser extent, children, adolescents and older adults with depression.

**C.** **P. 111.)** Bipolar Disorder

i. **P. 111.)** DSM-IV TR Diagnostic Criteria used by health professionals to diagnose bipolar disorder

ii. **P. 124.)** D. Revicki, R. Weisler, et al. "Effectiveness and medical costs of divalproex versus lithium in the treatment of bipolar disorder: Results of a naturalistic clinical trial"**:** Researchers found that "Divalproex maintenance treatment for bipolar disorder resulted in comparable medical costs, clinical and QOL [or quality of life] outcomes compared

with lithium. Patients remaining on mood stabilizer therapy had substantially lower total medical costs and better health outcomes compared with those who discontinued therapy."

D. **P. 146.)** Suicide

i. **P. 146.)** Columbia University Teen Screen Program for suicide

ii. **P. 149.)** S. Dube, et al. "Childhood Abuse, Household Dysfunction, and the risk of Attempted Suicide Throughout the Life Span": A study that looks into adverse childhood experiences and finds a "powerful graded relationship [ . . .] between adverse childhood experiences and risk of attempted suicide throughout the life span."

iii. **P. 157.)** R. Baldessarini and L. Tondo. "Suicide Risk and Treatments for Patients with Bipolar Disorder": Gives a general outline of the risks and treatments associated with Bipolar Disorder and suicide. It notes that the percent of bipolar patients who commit suicide (0.40% per year) is much higher than the percent for the general population (0.017% per year.)

E. **P. 160.)** Substance-Related Disorder

i. **P. 160.)** DSM-IV TR Diagnostic Criteria used by health professionals to diagnose substance-related disorders

ii. **P. 177.)** K. Watkins, et al. "Review of Treatment Recommendations for Persons with a Co-occurring Affective of Anxiety and Substance Use Disorder": States that there has been a shift from treating substance abuse first in patients with co-occurring disorders to treating the disorders at the same time. However authors of the article conclude that this treatment may not be administered correctly due to a lack of adequate information regarding treatments administered simultaneously.

**F. Attachment 6: Increased Violence Post-Katrina**

A. **P. 1.)** M. VanLandingham. "Murder Rates in New Orleans, LA, 2004-2006": Found that murder rates in New Orleans increase post-Katrina, with the highest

rate reaching about 111/100,000 person-years on quarter of 2006, mentioned in the body of the paper.

B. **P. 3.)** B. Kuehn. "Mental Health Courts Show Promise": Describes how mental health courts can help mental health patients get the care they need, preventing them from becoming incarcerated.

C. **P. 6.)** R. Sampson and W. Groves. "Community Structure and Crime: Testing Social-Disorganization Theory": Supports the idea that social disorganization affects criminal activity.

D. **P. 35.)** M. Rueve and R. Welton. "Violence and Mental Illness": Investigates whether violence and mental illness synonymous, connected, or just coincidental phenomena.

E. **P. 59.)** A. Kaplan. "Violent Attacks by Patients: Prevention and self-Protection": Article from the Psychiatric Times on how to prevent violent attacks from patients with mental health illnesses.

F. **P. 61.)** C. Borduin. "Multisystemic Treatment of Criminality and Violence in Adolescents": Multisystemic therapy (MST) was found to decrease long-term criminal activity, violence, drug-related arrests and incarceration.

G. **P. 69.)** C. Evens and A. Stoep. "Risk factors of Juvenile Justice System Referral Among children in a Public Mental Health System": Identifies various risk factors that increase the likelihood of a child entering the juvenile justice system. The study found that children who enter community-based public mental health programs are more likely to have a juvenile justice referral if they have parents with a history of incarceration and drug abuse. They were also more likely to have referrals to the juvenile justice system if they have experienced physical abuse.

**G. Attachment 7: Identifying Problems Post-disaster**

A. **P. 2. )** Department of Health and Human Services. "Training Manual for Mental Health and Human Service Workers In Major Disasters, Second Edition." Compiled by the Department of Health and Human Services, Substance Abuse and Mental Health Service Administration, and Center for Mental Health Services.

Section 2 focuses on the different types of responses in a community to various disaster situations.

Section 3 discusses groups commonly found within communities in following a disaster and provides suggestions or mental health interventions.

B. **P. 28.)** R. Ursano et al. "The Impact of Disasters and Their Aftermath on Mental Health."

This article discusses by physicians and public health officials on the impact of Hurricanes Katrina and Rita have had on the mental health of those affected.

C. **P. 36.)** S. Spicer. "Hurricane Katrina: A Physicians Course in Disaster Psychiatry."

This article is a description of a physician's personal experience aiding victims of Hurricane Katrina.

D. **P. 38.)** E. Foa et al. "Symptomatology and Psychopathology of Mental Health Problems After a Disaster."

This article discusses of presentation, treatment and ongoing symptoms experienced by those experiencing traumatic events (Post Traumatic Stress Syndrome).

E. **P. 49.)** H. Ghodse and S. Galea. "Tsunami: Understanding Mental Health Consequences and the Unprecedented Response."

This article discusses of the global mental health consequences and the global response to a disaster.

F. **P. 59.)** F. King and W. Steinmann. "Why Current Medical Management is Failing Victims of Hurricane Katrina: A Review of Past Successes and Failures in Postdisaster Psychosocial Treatment."

This article discusses the significant risk victims of the hurricane are at for low levels of psychosocial health.

G. **P. 67.)** C. Thomas. "Psychiatric Sequelae of Disasters."

This article discusses how the mental anguish of experiencing a disaster can complicate the recovery and rehabilitation process.

H. **P. 71.)** R. Marshall and S. Galea. "Science for the Community: Assessing Mental Health After 9/11."

This article discusses surveys showing the increased substance abuse, Major Depressive Disorder and Post Traumatic Stress Syndrome after this event.

I. **P. 79.)** N. Sastry. "Displaced New Orleans Residents in the Aftermath of Hurricane Katrina: Results from a Pilot Survey."

This survey discusses the loss of housing and jobs and the impact these have on whether residents can return to the area.

J. **P. 103.)** D. Abramson, et al. "Prevalence and Predictors of Mental Health Distress Post-Katrina: Findings from the Gulf Coast Family Health Study."

This article discusses how social and psychological factors may play greater roles in accelerating or impeding recovery in affected populations.

K. **P. 114.)** R. Kessler, et al. "Individual and Societal Effects of Mental Disorders on Earnings in the United States: Results from the National Comorbidity Survey Replication."

This report discusses how mental disorders are associated with substantial societal level impairments.

**H. Attachment 8: Floodwater Map as of Sept. 1, 2005**

**I. Attachment 9: Impact of Disasters on Children and Adolescents**

A. **P. 1.)** A. Chrisman. "Resilience in Katrina's Children": Discusses the impact Hurricane Katrina has had on the social, psychological and developmental functioning of children in the area and the unusual challenges these children face due to the chronic state of crisis.

B. **P. 6.)** Norris et al. "60,000 Disaster Victims Speak": The authors of this article recommend early intervention following disasters, especially when the disaster is associated with "extreme and widespread damage to property, ongoing financial problems for the stricken community, violence that resulted from human intent, and a high prevalence of trauma[.]"

C. **P. 28.)** F. Norris. "Disaster Research Methods: Past Progress and Future Directions": Gives general overview of appropriate research methods in epidemiological research for post-disaster situations.

D. **P. 46.)** National Institute of Mental Health. "Helping Children and Adolescence Cope with Violence and Disaster: What Community Members Can Do": A pamphlet created by the National Institute of Mental Health (NIMH) on how to help children cope with traumatic events such as violence and disasters.

E. **P. 65.)** Bright Futures. "Instructions for Use: Pediatric Symptom Checklist": Psychological screening test designed for children.

F. **P. 68.)** J. Cass. "For Many of Katrina's Young Victims, the Scars are more than Skin Deep": Washington Post article about how children in New Orleans are dealing with the stresses of the hurricane.

G. **P. 71.)** K. Menninger. "Fostering Foster Care Outcomes": A commentary article from the American Medical Association (APA) discussing how both genetic and environmental factors influence the onset of mental illness.

H. **P. 73.)** United States House of Representatives. "Incarceration of Youth Who are Waiting for Community Mental health Services in the United States": Addresses the issue that there is a need for more immediate mental health services, and that many children waiting for these services are committing crimes that leave them incarcerated.

## J. Attachment 10: Hurricane Katrina and the Environment

A. **P. 1.)** J. Wilson. "Health and the Environment after Hurricane Katrina": Gives a general overview of the effects the environment can have on health after a natural disaster, and highlights the need for improved standards for reporting data to the public after a disaster has occurred.

B. **P. 5.)** D. Reible et al. "Toxic and Contaminant Concerns Generated by Hurricane Katrina": Outlines the chemical concerns associated with Hurricane Katrina and makes suggestions for how to handle toxic chemical spills caused by natural disasters in the future.

**K. Attachment 11: Role of the Community**

A. **P. 1.)** Mill, Carrie, et al, The President's New Freedom Commission: Capitalizing on Opportunities to Advance School-Based Mental Health Services. The report from President George W. Bush's New Freedom Commission on Mental Health proposes goals and recommendations for improving mental health services.

B. **P. 15.)** Voelker, Rebecca, In Post-Katrina New Orleans, Efforts Underway to Build Better Health Care. Challenges of reassembling health care systems, jobs, and homes after Hurricane Katrina.

**L. Attachment 12: Full American Psychiatric Association (APA) Practice Guidelines for Treating PTSD, Major Depression, Bipolar Disorder, Substance Use Disorders, and Suicidality**

**M. Attachment 13: Impact of Disasters on First Responders**

A. **P. 1.)** First Responder Culture: Implications for Mental Health Professionals Providing Services Following a Disaster

This CME program discusses the effects of Hurricane Katrina on evacuees, first responders, physicians and other survivors.

B. **P. 8.)** First Responders: Mental Health Consequences of Natural and Human-Made Disasters for Public Health and Public Safety Workers

This article discusses the range of health and mental health consequences for first responders.

C. **P. 22.)** New Orleans Police Struggle to Right Their World

This MSNBC article discusses the personal and professional upheavals the New Orleans Police Department has experienced as a result of Hurricane Katrina.

**N. Attachment 14: Treating Psychiatric Illnesses According to the American Psychiatric Association (APA) and Supplemental Articles**

A. **P. 1.)** American Psychiatric Association (APA) Guidelines

i. **P. 1.)** Post-traumatic Stress Syndrome (PTSD)

ii. **P. 7.)** Major Depressive Disorder

iii. **P. 16.)** Bipolar Disorder

iv. **P. 20.)** Assessment and Treatment of Patients with Suicidal Behaviors

v. **P. 30.)** Substance Use Disorder

B. **P. 37.)** Some Pharmacologic Treatment Articles for Several Psychiatric Disorders

i. **P. 37.)** Warden et al. "Guidelines for the Pharmacologic Treatment of Neurobehavioral Sequelae of Traumatic Brain Injury": A literature review of pharmacological treatment for traumatic brain injury looking at aggression, cognitive disorders and affective disorders/anxiety/psychosis.

ii. **P. 70.)** S. Herpertz et al. "World Federation of Societies of Biological Psychiatry (WFSBP) Guidelines for Biological treatment of Personality Disorders": Practical guidelines on personality disorders (borderline, schizotpal, and anxious/avoidant personality disorder) developed by the WFSBP after a review of current clinical and scientific evidence.

**iii. P. 103.)** H. Lee, et al. "Pharmacological management of the psychiatric aspects of traumatic brain injury": Overview of traumatic brain injury treatment strategies to help improve people's lives who, for example, suffer from cognitive deficits, depression, mania, anxiety, psychosis, apathy, and sleep disturbance.

**O. Attachment 15: Confidential Individual Summary Data from Pilot Potential Class Member Screening Evaluations**

**P. Attachment 16: Expert Compensation**

3. Recorded conference call of September 15, 2008.

    a. Recording
    b. Transcript

4. Motion to Certify Class [13166] 5/15/08.

5. Invoices for the following:

   g. Dr. Richard H. Weisler.

      1. 7/21/08
      2. 8/8/08
      3. 12/2/08
      4. 2/9/09

      a. List of Literature reviewed;
      b. Narrative summary;
      c. Itemization

6. Emails exchanged with Astra Zeneca on or about July 3-13, 2008.

7. July 29, 2008 e-mail from Sherry Cofield transmitting Plaintiff's message, instructions for payment, and the attached invoice Plaintiff submitted to Defendants, bearing the date "7/7/08."

8. August 12, 2008, e-mail sent by Brian Gilbert to Plaintiff and Dr. Townsend at 11:29 P.M. Central Daylight Time, asking them to suspend all work on the case (redacted).

10. Attachment to Plaintiff's August 4, 2008 e-mail, and entitled "Private Diagnostic Clinic, PLLC / Medical-Legal Fee Guide."

11. Attachment to Plaintiff's August 4, 2008 e-mail, and entitled "Private Diagnostic Clinic, PLLC / Medical-Legal Fee Guide."

12. Plaintiff's Responses to Seymour defendants' Interrogatories to Plaintiff, or any of them

13. Plaintiff's Responses to Seymour defendants' Requests for Production from Plaintiff, or any of them

14. Plaintiff's Initial Disclosures, or any of them

15. Exhibit 25 to Plaintiff's Deposition – June 12, 2008 E-mail from Alan Fuchsberg asking medical team to hold expenses down

16. Exhibit 26 to Plaintiff's Deposition – May 16, 2008 E-mail from Alan Fuchsberg introducing Drs. Weisler & Townsend to other counsel

17. Other exhibits from plaintiff's deposition

18. Plaintiff's Responses to the Gilbert defendants' discovery requests

19. August 4, 2008 thread, Weisler at top, with SEAK information aslo, Barge PSLC000055-59.

21. August 12, 2008, Gilbert to Townsend and Weisler, Barge Case (stop working), Barge PSLC000063

22. August 20, 2008 Seymour to Fuchsberg and Kelmachter, Barge Cases: Withdrawal and Agreement, BargePSLCWeisSeym001772-001775

23. Law Office of Brian A. gilbert, P.L.C. Articles of Incorporation, Registration Forms, Corporate Filings.

24. Law Office of Brian A. Gilbert, P.L.C. corporate income tax return (signature page) & Summary of law Office of Brian A. Gilbert, P.L.C. Bank Accounts.

25. webcontent from www.bargecase.com

26. 2008-8-17 Bates 1741-51.SecondStopWorkOrder.pdf

27. Form of Memorandum of Understanding with "the Fuchsberg team"

28. Screen capture of MS Word document properties as to the above Form of MOU

29. Memorandum of Understanding with Khorrami, Pollard & Abir, L.L.P.