UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * CIVIL ACTION * * NO. 05-4182 |
| PERTAINS TO: BARGE | * and consolidated cases * * SECTION "K" (2) * * |
| *Weisler v. Seymour, et al.*    09-2737 | * JUDGE * STANWOOD R. DUVAL, * JR. * * MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## LIST OF EXHIBITS TO WHICH OBJECTIONS ARE RAISED

1. The Fuschberg Defendants object on the basis of relevancy to Plaintiff's Exhibits 5(a) – (f) as follows:

    5. Invoices for the following:

        a. Dr. Mark Townsend
            1. Expenses (6/11/08)
            2. 6/13/08
            3. 8/13/08

        b. Dr. Jill Hayes
            1. 5/28/08
            2. 6/5/08
            3. 6/12/08

        c. Dr. Howard Osofsky
            1. 6/30/08

        d. Dr. Joy Osofsky
            1. 6/30/08

        e. Dr. Philip Griffin

**Addendum B**

     1. 8/22/08

  f. Ronnie Montgomery
    1. 9/10/08

2. Plaintiff object to the Exhibits of the Seymour, Fuchsberg and Wiedemann and Wiedemann, APLC, Defendants as follows:

  a. SFW 4
  b. SFW 10
  c. SFW 16,

  On the basis of relevance, prejudice, lack of probative, hearsay and as admissible evidence of settlement negotiations, pursuant to FRE 401, 403, 408 and 801 in accordance with the Motion in Limine previously filed by Plaintiff [20555].

3. Plaintiff objects to Exhibits 9, 10 and 11 of Gilbert Defendants

  10. August 10, 2008, Ravis to Khorrami, Conference Call Today, Barge PSLC000082.
  11. August 11, 2008, Khorrami to Seymour Dr. Weisler, Barge PSLC000081
  12. August 11, 2008, Khorrami to Seymour, et al, Dr. Weisler, Barge PSLC000083.

  Plaintiff submits these e-mails are unduly prejudicial and thus inadmissible under FRE 403.

4. The Fuchsberg Defendants object to the Gilbert Exhibits No. 22-25, on the basis of relevancy. These Exhibits are as follows:

  22. 2008-8-17 Bates 1741-51.SecondStopWorkOrder.pdf
  23. Form of Memorandum of Understanding with "the Fuchsberg team;"
  24. Screen capture of MS Word document properties as to the above Form of MOU;
  25. Memorandum of Understanding with Khorrami, Pollard & Abir, L.L.P.