## Richard T. Seymour

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Sunday, November 20, 2011 4:07 PM |
| **To:** | Andrew Wilson (andreww@spsr-law.com) |
| **Cc:** | Alan (home) Fuchsberg (elialanemm@aol.com); Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Bradley Groce (BSG@LCBA-LAW.COM); Brian Gilbert (Office) (bgilbert@briangilbertlaw.com); David V. Batt (dvb@lcba-law.com); Karl Wiedemann (karlwiedemannlaw@gmail.com); Larry Wiedemann (ldwiedemann@gmail.com); Matt Seymour (office) (Matthew@RickSeymourLaw.net); Richard Seymour (Rick@RickSeymourLaw.net) |
| **Subject:** | Weisler: Seymour, Fuchsberg and Wiedemann Exhibits - First Part - Exhibits 1-6 |
| **Attachments:** | SFW Exhibit 001 - Weisler Report, without Attachments.pdf; SFW Exhbit 002 - 07-29-2008 E-Mail from Sherry Cofield Transmitting Invoice with 7-7-08  Date.pdf; SFW Exhbit 005 - Townsend Invoice attached to AW 12-12-2008 Letter.pdf; SFW Exhibit 006 - Weisler Invoice updated through 07-28-2008, attached to Andrew Wilson 12-12-2008 Letter.pdf |

| **Tracking:** | Recipient | Read |
|---|---|---|
| | Andrew Wilson (andreww@spsr-law.com) | |
| | Alan (home) Fuchsberg (elialanemm@aol.com) | |
| | Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com) | |
| | Bradley Groce (BSG@LCBA-LAW.COM) | Read: 11/20/2011 4:44 PM |
| | Brian Gilbert (Office) (bgilbert@briangilbertlaw.com) | |
| | David V. Batt (dvb@lcba-law.com) | |
| | Karl Wiedemann (karlwiedemannlaw@gmail.com) | |
| | Larry Wiedemann (ldwiedemann@gmail.com) | |
| | Matt Seymour (office) (Matthew@RickSeymourLaw.net) | Read: 11/21/2011 11:34 AM |
| | Richard Seymour (Rick@RickSeymourLaw.net) | |

We are withdrawing exhibits 3 and 4.


PLEASE NOTE MY NEW ADDRESS AND TELEPHONE NUMBER:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.*
Washington, DC 20006-3307
  Voice: 202-785-2145
  Cell:   202-549-1454
  Facsimile:  800-805-1065
  e-mail: rick@rickseymourlaw.net
  Web Site: www.rickseymourlaw.com

*Across the street from the Farragut West Metro station on the Orange and Blue Lines, and one block South of the Farragut North Metro station on the Red Line.

---------------------------

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

Caution: E-mail may not be secure or confidential.

## Richard T. Seymour

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Sunday, November 20, 2011 4:09 PM |
| **To:** | Andrew Wilson (andreww@spsr-law.com) |
| **Cc:** | Alan (home) Fuchsberg (elialanemm@aol.com); Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Bradley Groce (BSG@LCBA-LAW.COM); Brian Gilbert (Office) (bgilbert@briangilbertlaw.com); David V. Batt (dvb@lcba-law.com); Karl Wiedemann (karlwiedemannlaw@gmail.com); Larry Wiedemann (ldwiedemann@gmail.com); Matt Seymour (office) (Matthew@RickSeymourLaw.net); Richard Seymour (Rick@RickSeymourLaw.net) |
| **Subject:** | Weisler: SFW Exhibits, Second Part: Exhibits 7-12 |
| **Attachments:** | SFW Exhibit 007 - Townsend 08-13-2008 Invoice attached to AW 12-12-2008 Letter.pdf; SFW Exhbit 008 - Weisler 12-02-2008 Final Invoice attached to AW 12-12-2008 Letter.pdf; SFW Exhibit 009 - Gilbert 08-12-2008 Stop-Work E-Mail, Redacted.pdf; SFW Exhibit 010 - Andrew Wilson 02-04-2009 Letter without attachments_Redacted.pdf; SFW Exhibit 011 - Weisler updated statement of time, attached to Andrew Wilson 02-04-2009 Letter as Exhibit 1.pdf; SFW Exhibit 012 - Weisler Case Reading List, attached to Andrew Wilson 02-04-2009 Letter as Exhibit 3.pdf |

| **Tracking:** | Recipient | Read |
|---|---|---|
| | Andrew Wilson (andreww@spsr-law.com) | |
| | Alan (home) Fuchsberg (elialanemm@aol.com) | |
| | Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com) | |
| | Bradley Groce (BSG@LCBA-LAW.COM) | Read: 11/20/2011 4:44 PM |
| | Brian Gilbert (Office) (bgilbert@briangilbertlaw.com) | |
| | David V. Batt (dvb@lcba-law.com) | |
| | Karl Wiedemann (karlwiedemannlaw@gmail.com) | |
| | Larry Wiedemann (ldwiedemann@gmail.com) | |
| | Matt Seymour (office) (Matthew@RickSeymourLaw.net) | Read: 11/21/2011 11:34 AM |
| | Richard Seymour (Rick@RickSeymourLaw.net) | |

FYI.


PLEASE NOTE MY NEW ADDRESS AND TELEPHONE NUMBER:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.*
Washington, DC 20006-3307
  Voice: 202-785-2145
  Cell:   202-549-1454
  Facsimile:  800-805-1065
  e-mail: rick@rickseymourlaw.net
  Web Site: www.rickseymourlaw.com

*Across the street from the Farragut West Metro station on the Orange and Blue Lines, and one block South of the Farragut North Metro station on the Red Line.

---------------------------

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

Caution: E-mail may not be secure or confidential.

## Richard T. Seymour

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Sunday, November 20, 2011 4:10 PM |
| **To:** | Andrew Wilson (andreww@spsr-law.com) |
| **Cc:** | Alan (home) Fuchsberg (elialanemm@aol.com); Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Bradley Groce (BSG@LCBA-LAW.COM); Brian Gilbert (Office) (bgilbert@briangilbertlaw.com); David V. Batt (dvb@lcba-law.com); Karl Wiedemann (karlwiedemannlaw@gmail.com); Larry Wiedemann (ldwiedemann@gmail.com); Matt Seymour (office) (Matthew@RickSeymourLaw.net); Richard Seymour (Rick@RickSeymourLaw.net) |
| **Subject:** | Weisler: SFW Exhibits, Third Part: Exhibit 13 |
| **Attachments:** | SFW Exhibit 013 - Weisler Table of Contents List of E-Mails, attached to Andrew Wilson 02-04-2009 Letter as Exhibit 4.pdf |

| **Tracking:** | Recipient | Read |
|---|---|---|
| | Andrew Wilson (andreww@spsr-law.com) | |
| | Alan (home) Fuchsberg (elialanemm@aol.com) | |
| | Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com) | |
| | Bradley Groce (BSG@LCBA-LAW.COM) | Read: 11/20/2011 4:44 PM |
| | Brian Gilbert (Office) (bgilbert@briangilbertlaw.com) | |
| | David V. Batt (dvb@lcba-law.com) | Read: 11/21/2011 12:00 PM |
| | Karl Wiedemann (karlwiedemannlaw@gmail.com) | |
| | Larry Wiedemann (ldwiedemann@gmail.com) | |
| | Matt Seymour (office) (Matthew@RickSeymourLaw.net) | Read: 11/21/2011 11:34 AM |
| | Richard Seymour (Rick@RickSeymourLaw.net) | |

FYI.


PLEASE NOTE MY NEW ADDRESS AND TELEPHONE NUMBER:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.*
Washington, DC 20006-3307
  Voice: 202-785-2145
  Cell:   202-549-1454
  Facsimile:  800-805-1065
  e-mail: rick@rickseymourlaw.net
  Web Site: www.rickseymourlaw.com

*Across the street from the Farragut West Metro station on the Orange and Blue Lines, and one block South of the Farragut North Metro station on the Red Line.


----------------------------

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

Caution: E-mail may not be secure or confidential.

**Richard T. Seymour**

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Sunday, November 20, 2011 4:11 PM |
| **To:** | Andrew Wilson (andreww@spsr-law.com) |
| **Cc:** | Alan (home) Fuchsberg (elialanemm@aol.com); Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Bradley Groce (BSG@LCBA-LAW.COM); Brian Gilbert (Office) (bgilbert@briangilbertlaw.com); David V. Batt (dvb@lcba-law.com); Karl Wiedemann (karlwiedemannlaw@gmail.com); Larry Wiedemann (ldwiedemann@gmail.com); Matt Seymour (office) (Matthew@RickSeymourLaw.net); Richard Seymour (Rick@RickSeymourLaw.net) |
| **Subject:** | Weisler: SFW Exhibits, Fourth Part: Exhibits 14-15 |
| **Attachments:** | SFW Exhibit 014 - Weisler Time Records, attached to Andrew Wilson 02-04-2009 Letter as Exhibit 5.pdf; SFW Exhibit 015 - Weisler expense documentation, attached to Andrew Wilson 02-04-2009 Letter as Exhibit 6.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Andrew Wilson (andreww@spsr-law.com) | |
| | Alan (home) Fuchsberg (elialanemm@aol.com) | |
| | Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com) | |
| | Bradley Groce (BSG@LCBA-LAW.COM) | Read: 11/20/2011 4:43 PM |
| | Brian Gilbert (Office) (bgilbert@briangilbertlaw.com) | |
| | David V. Batt (dvb@lcba-law.com) | |
| | Karl Wiedemann (karlwiedemannlaw@gmail.com) | |
| | Larry Wiedemann (ldwiedemann@gmail.com) | |
| | Matt Seymour (office) (Matthew@RickSeymourLaw.net) | Read: 11/21/2011 11:34 AM |
| | Richard Seymour (Rick@RickSeymourLaw.net) | |

PLEASE NOTE MY NEW ADDRESS AND TELEPHONE NUMBER:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.*
Washington, DC 20006-3307
 Voice: 202-785-2145
 Cell:   202-549-1454
 Facsimile:  800-805-1065
 e-mail: rick@rickseymourlaw.net
 Web Site: www.rickseymourlaw.com

*Across the street from the Farragut West Metro station on the Orange and Blue Lines, and one block South of the Farragut North Metro station on the Red Line.

----------------------------

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

1

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

Caution: E-mail may not be secure or confidential.

**Richard T. Seymour**

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Sunday, November 20, 2011 4:12 PM |
| **To:** | Andrew Wilson (andreww@spsr-law.com) |
| **Cc:** | Alan (home) Fuchsberg (elialanemm@aol.com); Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Bradley Groce (BSG@LCBA-LAW.COM); Brian Gilbert (Office) (bgilbert@briangilbertlaw.com); David V. Batt (dvb@lcba-law.com); Karl Wiedemann (karlwiedemannlaw@gmail.com); Larry Wiedemann (ldwiedemann@gmail.com); Matt Seymour (office) (Matthew@RickSeymourLaw.net); Richard Seymour (Rick@RickSeymourLaw.net) |
| **Subject:** | Weisler: SFW Exhibits, Fifth Part: Exhibit 16 |
| **Attachments:** | SFW Exhibit 016 - 2009-02-08 RTS Letter to Andrew Wilson_Redacted.pdf |

| **Tracking:** | Recipient | Read |
|---|---|---|
| | Andrew Wilson (andreww@spsr-law.com) | |
| | Alan (home) Fuchsberg (elialanemm@aol.com) | |
| | Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com) | |
| | Bradley Groce (BSG@LCBA-LAW.COM) | Read: 11/20/2011 4:43 PM |
| | Brian Gilbert (Office) (bgilbert@briangilbertlaw.com) | |
| | David V. Batt (dvb@lcba-law.com) | Read: 11/21/2011 12:00 PM |
| | Karl Wiedemann (karlwiedemannlaw@gmail.com) | |
| | Larry Wiedemann (ldwiedemann@gmail.com) | |
| | Matt Seymour (office) (Matthew@RickSeymourLaw.net) | Read: 11/21/2011 11:34 AM |
| | Richard Seymour (Rick@RickSeymourLaw.net) | |

Andy, I have substantially redacted this exhibit. Please let me know if this reduction resolves your objection, or if you still maintain it.

Rick

PLEASE NOTE MY NEW ADDRESS AND TELEPHONE NUMBER:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.*
Washington, DC 20006-3307
  Voice: 202-785-2145
  Cell:   202-549-1454
  Facsimile: 800-805-1065
  e-mail: rick@rickseymourlaw.net
  Web Site: www.rickseymourlaw.com

*Across the street from the Farragut West Metro station on the Orange and Blue Lines, and one block South of the Farragut North Metro station on the Red Line.

---------------------------

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

1

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

Caution: E-mail may not be secure or confidential.

## Richard T. Seymour

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Sunday, November 20, 2011 8:07 PM |
| **To:** | Andrew Wilson (andreww@spsr-law.com) |
| **Cc:** | Alan (home) Fuchsberg (elialanemm@aol.com); Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Bradley Groce (BSG@LCBA-LAW.COM); Brian Gilbert (Office) (bgilbert@briangilbertlaw.com); David V. Batt (dvb@lcba-law.com); Karl Wiedemann (karlwiedemannlaw@gmail.com); Larry Wiedemann (ldwiedemann@gmail.com); Matt Seymour (office) (Matthew@RickSeymourLaw.net); Richard Seymour (Rick@RickSeymourLaw.net) |
| **Subject:** | Weisler: SFW Exhibits, Sixth Part: Exhibits 17-22 |
| **Attachments:** | SFW Exhibit 017 - 2008-05-29 E-Mail thread, top from Brian Gilbert Letter-Redacted_Redacted.pdf; SFW Exhibit 018 - May 29, 2008 E-Mail Thread, top sent by Dr Townsend, including May 23 thread_Redacted.pdf; SFW Exhibit 020 - June 2, 2008 E-Mail thread on billings going to PSLC.pdf; SFW Exhibit 021 - May 29, 2008 E-mail thread, top from Dr Townsend at 7-47 PM, with May 23 thread at bottom.pdf; SFW Exhibit 022 - June 3, 2008 E-mail, RTS to Hayes, cc Townsend & Weisler, re a check going out today to pay revised invoice to Barge PSLC_Redacted.pdf |

| **Tracking:** | Recipient | Read |
|---|---|---|
| | Andrew Wilson (andreww@spsr-law.com) | |
| | Alan (home) Fuchsberg (elialanemm@aol.com) | |
| | Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com) | |
| | Bradley Groce (BSG@LCBA-LAW.COM) | Read: 11/20/2011 8:45 PM |
| | Brian Gilbert (Office) (bgilbert@briangilbertlaw.com) | |
| | David V. Batt (dvb@lcba-law.com) | Read: 11/21/2011 12:03 PM |
| | Karl Wiedemann (karlwiedemannlaw@gmail.com) | |
| | Larry Wiedemann (ldwiedemann@gmail.com) | |
| | Matt Seymour (office) (Matthew@RickSeymourLaw.net) | Read: 11/21/2011 12:05 PM |
| | Richard Seymour (Rick@RickSeymourLaw.net) | |

Exhibit 19 was duplicative, and is withdrawn.

   Rick

PLEASE NOTE MY NEW ADDRESS AND TELEPHONE NUMBER:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.*
Washington, DC 20006-3307
 Voice: 202-785-2145
 Cell:   202-549-1454
 Facsimile:  800-805-1065
 e-mail: rick@rickseymourlaw.net
 Web Site: www.rickseymourlaw.com

*Across the street from the Farragut West Metro station on the Orange and Blue Lines, and one block South of the Farragut North Metro station on the Red Line.

---------------------------

1

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

Caution: E-mail may not be secure or confidential.

**Richard T. Seymour**

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Sunday, November 20, 2011 8:08 PM |
| **To:** | Andrew Wilson (andreww@spsr-law.com) |
| **Cc:** | Alan (home) Fuchsberg (elialanemm@aol.com); Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Bradley Groce (BSG@LCBA-LAW.COM); Brian Gilbert (Office) (bgilbert@briangilbertlaw.com); David V. Batt (dvb@lcba-law.com); Karl Wiedemann (karlwiedemannlaw@gmail.com); Larry Wiedemann (ldwiedemann@gmail.com); Matt Seymour (office) (Matthew@RickSeymourLaw.net); Richard Seymour (Rick@RickSeymourLaw.net) |
| **Subject:** | Weisler: Exhibits, Seventh Part: Exhibits 23-26 |
| **Attachments:** | SFW Exhibit 026 - Private Diagnostic Clinic Fee Guide, attached to August 4, 2008 E-Mail from Dr Weisler.pdf; SFW Exhibit 023 - June 6, 2008 E-Mails on Call re draft Report.pdf; SFW Exhibit 024 - June 29, 2008 E-Mail Thread on Expert Report.pdf; SFW Exhibit 025 - Weisler E-Mail August 4, 2008.pdf |

| Tracking: | Recipient | Read |
|---|---|---|
| | Andrew Wilson (andreww@spsr-law.com) | |
| | Alan (home) Fuchsberg (elialanemm@aol.com) | |
| | Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com) | |
| | Bradley Groce (BSG@LCBA-LAW.COM) | Read: 11/20/2011 8:45 PM |
| | Brian Gilbert (Office) (bgilbert@briangilbertlaw.com) | |
| | David V. Batt (dvb@lcba-law.com) | |
| | Karl Wiedemann (karlwiedemannlaw@gmail.com) | |
| | Larry Wiedemann (ldwiedemann@gmail.com) | |
| | Matt Seymour (office) (Matthew@RickSeymourLaw.net) | Read: 11/21/2011 12:05 PM |
| | Richard Seymour (Rick@RickSeymourLaw.net) | |

FYI.

      Rick

PLEASE NOTE MY NEW ADDRESS AND TELEPHONE NUMBER:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.*
Washington, DC 20006-3307
  Voice: 202-785-2145
  Cell:   202-549-1454
  Facsimile:  800-805-1065
  e-mail: rick@rickseymourlaw.net
  Web Site: www.rickseymourlaw.com

*Across the street from the Farragut West Metro station on the Orange and Blue Lines, and one block South of the Farragut North Metro station on the Red Line.

----------------------------

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

Caution: E-mail may not be secure or confidential.

**Richard T. Seymour**

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Sunday, November 20, 2011 8:10 PM |
| **To:** | Andrew Wilson (andreww@spsr-law.com) |
| **Cc:** | Alan (home) Fuchsberg (elialanemm@aol.com); Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Bradley Groce (BSG@LCBA-LAW.COM); Brian Gilbert (Office) (bgilbert@briangilbertlaw.com); David V. Batt (dvb@lcba-law.com); Karl Wiedemann (karlwiedemannlaw@gmail.com); Larry Wiedemann (ldwiedemann@gmail.com); Matt Seymour (office) (Matthew@RickSeymourLaw.net); Richard Seymour (Rick@RickSeymourLaw.net) |
| **Subject:** | Weisler: Exhibits, Eighth Part: Exhibits 38-40 |
| **Attachments:** | SFW Exhibit 040 - May 27, 2008 E-Mail Thread mentioning Ronnie Montgomery.pdf; SFW Exhibit 038 - August 12, 2008 Townsend & BG  & Weisler Thread on Hard Copies of Interviews and Stop-Work Order from BG_Redacted.pdf; SFW Exhibit 039 - August 15, 200 Townsend E-mail re Second Invoice and his Compliance with Stop-Work Order_Redacted.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Andrew Wilson (andreww@spsr-law.com) | |
| | Alan (home) Fuchsberg (elialanemm@aol.com) | |
| | Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com) | |
| | Bradley Groce (BSG@LCBA-LAW.COM) | Read: 11/20/2011 8:44 PM |
| | Brian Gilbert (Office) (bgilbert@briangilbertlaw.com) | |
| | David V. Batt (dvb@lcba-law.com) | |
| | Karl Wiedemann (karlwiedemannlaw@gmail.com) | |
| | Larry Wiedemann (ldwiedemann@gmail.com) | |
| | Matt Seymour (office) (Matthew@RickSeymourLaw.net) | Read: 11/21/2011 12:05 PM |
| | Richard Seymour (Rick@RickSeymourLaw.net) | |

FYI.


PLEASE NOTE MY NEW ADDRESS AND TELEPHONE NUMBER:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.*
Washington, DC 20006-3307
  Voice: 202-785-2145
  Cell:   202-549-1454
  Facsimile:  800-805-1065
  e-mail: rick@rickseymourlaw.net
  Web Site: www.rickseymourlaw.com

*Across the street from the Farragut West Metro station on the Orange and Blue Lines, and one block South of the Farragut North Metro station on the Red Line.

---------------------------

"We represent the dispossessed of the Earth, and executives recently shown the door."

1

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

Caution: E-mail may not be secure or confidential.

## Richard T. Seymour

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Monday, November 21, 2011 1:50 AM |
| **To:** | Andrew Wilson (andreww@spsr-law.com) |
| **Cc:** | Alan (home) Fuchsberg (elialanemm@aol.com); Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Bradley Groce (BSG@LCBA-LAW.COM); Brian Gilbert (Office) (bgilbert@briangilbertlaw.com); David V. Batt (dvb@lcba-law.com); Karl Wiedemann (karlwiedemannlaw@gmail.com); Larry Wiedemann (ldwiedemann@gmail.com); Matt Seymour (office) (Matthew@RickSeymourLaw.net); Richard Seymour (Rick@RickSeymourLaw.net) |
| **Subject:** | Weisler: Exhibits, Ninth Part: Exhibits 27, 31-1, 31-2, and 41 |
| **Attachments:** | SFW Exhibit 027 CDC Sprint-E Instrument.pdf; SFW Exhibit 031-1 - Weisler Dep Exhibit 25 - June 12, 2008 E-mail from AF on Holding Down Expenses.pdf; SFW Exhibit 031-2 Weisler Dep Exhibit 26 - May 16, 2008 E-mail from AF introducing Drs Weisler & Townsend.pdf; SFW Exhibit 041 - 2008-08-17 22-57 E-mail, RTS to Weisler & Co-Counsel, reminding him to stop work, responding to RW's 08-17-2008 e-mail.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Andrew Wilson (andreww@spsr-law.com) | |
| | Alan (home) Fuchsberg (elialanemm@aol.com) | |
| | Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com) | |
| | Bradley Groce (BSG@LCBA-LAW.COM) | |
| | Brian Gilbert (Office) (bgilbert@briangilbertlaw.com) | |
| | David V. Batt (dvb@lcba-law.com) | |
| | Karl Wiedemann (karlwiedemannlaw@gmail.com) | |
| | Larry Wiedemann (ldwiedemann@gmail.com) | |
| | Matt Seymour (office) (Matthew@RickSeymourLaw.net) | Read: 11/21/2011 12:05 PM |
| | Richard Seymour (Rick@RickSeymourLaw.net) | |

FYI.

      Rick

PLEASE NOTE MY NEW ADDRESS AND TELEPHONE NUMBER:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.*
Washington, DC 20006-3307
  Voice: 202-785-2145
  Cell:  202-549-1454
  Facsimile: 800-805-1065
  e-mail: rick@rickseymourlaw.net
  Web Site: www.rickseymourlaw.com

*Across the street from the Farragut West Metro station on the Orange and Blue Lines, and one block South of the Farragut North Metro station on the Red Line.

---------------------------

"We represent the dispossessed of the Earth, and executives recently shown the door."

1

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

Caution: E-mail may not be secure or confidential.

## Richard T. Seymour

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Monday, November 21, 2011 1:52 AM |
| **To:** | Andrew Wilson (andreww@spsr-law.com) |
| **Cc:** | Alan (home) Fuchsberg (elialanemm@aol.com); Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Bradley Groce (BSG@LCBA-LAW.COM); Brian Gilbert (Office) (bgilbert@briangilbertlaw.com); David V. Batt (dvb@lcba-law.com); Karl Wiedemann (karlwiedemannlaw@gmail.com); Larry Wiedemann (ldwiedemann@gmail.com); Matt Seymour (office) (Matthew@RickSeymourLaw.net); Richard Seymour (Rick@RickSeymourLaw.net) |
| **Subject:** | Weisler: Exhibit List - SFW.doc |
| **Attachments:** | Exhibit List - SFW.doc |

Please see the attached, subject to revision.

       Rick

## Richard T. Seymour

| | |
|---|---|
| **From:** | Richard T. Seymour [rick@rickseymourlaw.net] |
| **Sent:** | Monday, November 21, 2011 9:42 PM |
| **To:** | Andrew Wilson (andreww@spsr-law.com) |
| **Cc:** | Alan (home) Fuchsberg (elialanemm@aol.com); Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com); Bradley Groce (BSG@LCBA-LAW.COM); Brian Gilbert (Office) (bgilbert@briangilbertlaw.com); David V. Batt (dvb@lcba-law.com); Karl Wiedemann (karlwiedemannlaw@gmail.com); Larry Wiedemann (ldwiedemann@gmail.com); Matt Seymour (office) (Matthew@RickSeymourLaw.net); Richard Seymour (Rick@RickSeymourLaw.net) |
| **Subject:** | Weisler: Exhibits, Tenth Part: Exhibits 28 and 29; Substitute Exhibits |
| **Attachments:** | SFW Exhibit 28 - March 25, 2011 Weisler Responses to RTS First Interogatories_Redacted.pdf; SFW Exhibit 29 - March 25, 2011 Weisler Responses to RTS First RFP_Redacted.pdf; SFW Exhbit 007 - Townsend 08-13-2008 Invoice attached to AW 12-12-2008 Letter_Redacted.pdf; SFW Exhibit 013 - Weisler Table of Contents List of E-Mails, attached to Andrew Wilson 02-04-2009 Letter as Exhibit 4_Redacted.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Andrew Wilson (andreww@spsr-law.com) | |
| | Alan (home) Fuchsberg (elialanemm@aol.com) | |
| | Alan (office) Fuchsberg (a.fuchsberg@fuchsberg.com) | |
| | Bradley Groce (BSG@LCBA-LAW.COM) | Read: 11/21/2011 10:50 PM |
| | Brian Gilbert (Office) (bgilbert@briangilbertlaw.com) | |
| | David V. Batt (dvb@lcba-law.com) | |
| | Karl Wiedemann (karlwiedemannlaw@gmail.com) | |
| | Larry Wiedemann (ldwiedemann@gmail.com) | |
| | Matt Seymour (office) (Matthew@RickSeymourLaw.net) | |
| | Richard Seymour (Rick@RickSeymourLaw.net) | |

Please see Exhibits 28 and 29.

Substitute exhibits 7 and 13 have had the names of interviewees redacted.  If anyone else is putting in such exhibits, the same redactions need to be made.

Seymour, Fuchsberg and Weisler exhibit 30 (Plaintiff's initial disclosures and attachments) has been withdrawn.


PLEASE NOTE MY NEW ADDRESS AND TELEPHONE NUMBER:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.*
Washington, DC 20006-3307
  Voice: 202-785-2145
  Cell:   202-549-1454
  Facsimile:  800-805-1065
  e-mail: rick@rickseymourlaw.net
  Web Site: www.rickseymourlaw.com

*Across the street from the Farragut West Metro station on the Orange and Blue Lines, and one block South of the Farragut North Metro station on the Red Line.

---------------------------

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

Caution: E-mail may not be secure or confidential.