**Exhibits of the Seymour, Fuchsberg, and Wiedemann & Wiedemann, APLC, defendants**

| Number | Description | Will or May Use | Objections (Party and Basis for Objection) | Ruling |
|---|---|---|---|---|
| SFW 1 | Expert report submitted by Plaintiff in the Barge case | Will use | | |
| SFW 2 | July 29, 2008 e-mail from Sherry Cofield transmitting Plaintiff's message, instructions for payment, and the attached invoice Plaintiff submitted to Defendants, bearing the date "7/7/08." | Will use | | |
| SFW 3 | Withdrawn | | | |
| SFW 4 | December 12, 2008 Letter from Plaintiff's counsel, Andrew Wilson, to Brian Gilbert | Will use | | |
| SFW 5 | Invoice for the time of Dr. Mark Townsend for his work in the Barge case, originally attached to the December 12, 2008 letter from Andrew Wilson to Brian Gilbert | Will use | | |
| SFW 6 | Plaintiff's Invoice for work in the Barge case, updated through July 28, 2008, originally attached to the December 12, 2008 letter from Andrew Wilson to Brian Gilbert | Will use | | |
| SFW 7 | August 13, 2008 invoice for the work Dr. Townsend performed in the Barge case, originally attached to the December 12, 2008 letter from Andrew Wilson to Brian Gilbert | Will use | | |

| Number | Description | Will or May Use | Objections (Party and Basis for Objection) | Ruling |
|---|---|---|---|---|
| SFW 8 | "Final Invoice" dated "12/02/08" invoice for the work Dr. Townsend purportedly performed in the Barge case identified in ¶ 6 of Plaintiff's Complaint, updated through August 15, 2008, originally attached to the December 12, 2008 letter from Andrew Wilson to Brian Gilbert | Will use | | |
| SFW 9 | August 12, 2008, e-mail sent by Brian Gilbert to Plaintiff and Dr. Townsend at 11:29 P.M. Central Daylight Time, asking them to suspend all work on the case (redacted). | Will use | | |
| SFW 10 | February 4, 2009 letter from Andrew Wilson to Brian Gilbert (redacted) | Will use | | |
| SFW 11 | Statement of Plaintiff's purported compensable time and expenses in the Barge case identified in ¶ 6 of Plaintiff's Complaint, from the start of his involvement through August 15, 2008, Exhibit 1 to February 4, 2009 letter of Andrew Wilson to Brian Gilbert | Will use | | |
| SFW 12 | List of "most of the identified articles, books and materials" that Plaintiff contends he "reviewed either in full or in part secondary [sic] to Barge PSLC Attorney instructed "examination and discussion of peer-review | Will use | | |

| Number | Description | Will or May Use | Objections (Party and Basis for Objection) | Ruling |
|---|---|---|---|---|
|  | articles and peer accepted methodologies of the entire area of Disaster Mental Health . . . .", Exhibit 3 to February 4, 2009 letter of Andrew Wilson to Brian Gilbert |  |  |  |
| SFW 13 | "Table of Contents" consisting of excerpts of e-mail messages from and to various persons, with everything omitted except a subject line, a date (sometimes with, and sometimes without, time), sometimes with, and sometimes without, a "from" line, sometimes with, and sometimes without, a "CC" line, always without the body of the message if any, always without an indication of any attachment, and always without any attachment, Exhibit 4 to February 4, 2009 letter of Andrew Wilson to Brian Gilbert. | Will use |  |  |
| SFW 14 | Plaintiff's time records for the time he spent working in the Barge case identified in ¶ 6 of Plaintiff's Complaint, from the start of his involvement through August 15, 2008, Exhibit 5 to February 4, 2009 letter of Andrew Wilson to Brian Gilbert. | Will use |  |  |
| SFW 15 | Plaintiff's documentation of expenses incurred by Plaintiff while working on the Barge case, Exhibit 6 to February 4, 2009 letter of Andrew Wilson to Brian Gilbert. | Will use |  |  |

| Number | Description | Will or May Use | Objections (Party and Basis for Objection) | Ruling |
|---|---|---|---|---|
| SFW 16 | February 8, 2009 letter from Richard T. Seymour to Andrew Wilson (redacted) | Will use | | |
| SFW 17 | E-mail thread, with the top e-mail sent by Brian Gilbert at 3:47 P.M. on May 29, 2008, to Plaintiff and others on the medical team and co-counsel, and the second e-mail sent by Dr. Mark Townsend on May 29, 2008, at 2:32 P.M. | May use | | |
| SFW 18 | E-mail thread, with the top e-mail sent by Mark Townsend at 5:26 P.M. on May 29, 2008, with Plaintiff and others addressed or cc'd. | May use | | |
| SFW 19 | Withdrawn | | | |
| SFW 20 | E-mail thread Bates-numbered, with the top e-mail sent by Karen Wiedemann addressed to Dr. Mark Townsend, and co-counsel at 5:18 P.M. on June 2, 2008 | May use | | |
| SFW 21 | E-mail thread with the top e-mail sent by Dr. Mark Townsend and addressed or copied to Dr. Jill Hayes, Plaintiff, others on the medical team, and counsel at 7:47 P.M. on May 29, 2008. | May use | | |
| SFW 22 | E-mail thread with the top e-mail sent by Richard Seymour and addressed or copied to Dr. Jill Hayes, Plaintiff, Dr. Mark Townsend, | May use | | |

| Number | Description | Will or May Use | Objections (Party and Basis for Objection) | Ruling |
|---|---|---|---|---|
|  | and co-counsel at 2:52 P.M. on June 3, 2008. |  |  |  |
| SFW 23 | E-mail thread with the top e-mail sent by Richard Seymour and addressed or copied to Dr. Mark Townsend, Plaintiff, others on the medical team, and co-counsel at 5:46 P.M. on June 6, 2008, with the subject line "Re: Barge Cases: Conference Call on Draft Report." | May use |  |  |
| SFW 24 | E-mail thread with the top e-mail sent by Richard Seymour and addressed or copied to Dr. Mark Townsend, Plaintiff, others on the medical team, and co-counsel at 2:34 P.M. Eastern time on June 29, 2008, with the subject line "Re: Barge Medical: Expert Report." | May use |  |  |
| SFW 25 | E-mail Plaintiff sent on August 4, 2008 at 12:31 P.M. to counsel on the Barge case, and to Dr. Mark Townsend, containing information about expert witness fees | May use |  |  |
| SFW 26 | Attachment to Plaintiff's August 4, 2008 e-mail, and entitled "Private Diagnostic Clinic, PLLC / Medical-Legal Fee Guide." | May use |  |  |
| SFW 27 | Centers for Disease Control and Prevention, Mental Health Survey Instrument, and materials thereon | May use |  |  |

| Number | Description | Will or May Use | Objections (Party and Basis for Objection) | Ruling |
|---|---|---|---|---|
| SFW 28 | Plaintiff's Responses to Seymour defendants' Interrogatories to Plaintiff, or any of them | May use | | |
| SFW 29 | Plaintiff's Responses to Seymour defendants' Requests for Production from Plaintiff, or any of them | May use | | |
| SFW 30 | Plaintiff's Initial Disclosures, or any of them | May use | | |
| SFW 31-1 | Exhibit 25 to Plaintiff's Deposition – June 12, 2008 E-mail from Alan Fuchsberg asking medical team to hold expenses down | Will use | | |
| SFW 31-2 | Exhibit 26 to Plaintiff's Deposition – May 16, 2008 E-mail from Alan Fuchsberg introducing Drs. Weisler & Townsend to other counsel | Will use | | |
| SFW 31 | Other exhibits from plaintiff's deposition | May use | | |
| SFW 32 | Plaintiff's Responses to the Gilbert defendants' discovery requests | May use | | |
| SFW 33 | E-mail threads in which the top e-mail was sent June 2, 2008 | May use | | |
| SFW 34 | E-mail threads in which the top e-mail was sent June 3, 2008 | May use | | |
| SFW 35 | E-mail threads in which the top e-mail was | May use | | |

| Number | Description | Will or May Use | Objections (Party and Basis for Objection) | Ruling |
|---|---|---|---|---|
|  | sent June 6, 2008 |  |  |  |
| SFW 36 | E-mail threads in which the top e-mail was sent June 29, 2008 | May use |  |  |
| SFW 37 | E-mail threads in which the top e-mail was sent July 29, 2008 | May use |  |  |
| SFW 38 | E-mail threads in which the top e-mail was sent August 12, 2008 | May use |  |  |
| SFW 39 | E-mail threads in which the top e-mail was sent August 15, 2008 | May use |  |  |
| SFW 40 | May 27, 2008 e-mail threads discussing Ronnie Montgomery | May use |  |  |
| SFW 41 | August 17, 2008 E-mail from Seymour to Weisler telling him again to stop work | Will use |  |  |
| SFW 42 | Any exhibit listed by any other party | May use |  |  |
| SFW 43 | Any documents appropriate for impeachment or for rebuttal | May use |  |  |