List of Files on Plaintiff's CD labeled "Plaintiff's Exhibits 1 & 2, Delivered to Seymour Defendants on the Evening of November 21, 2011 (two screens) with last two files on each screen overlapping with the next screen.  The last screen necessarily has a larger overlap.  The files are:





The contents of the folder labeled Doc. Prod. 11-16-10 are set forth below in 15 screens, with the last two files of each screen overlapped on the next screen and the last screen necessarily having a larger overlap:































The contents of the folder labeled "Priv as to Weisler REDACTED" are as follows:

