UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER: 05-4182 "K" (2) |
| * | | |
| * | | JUDGE DUVAL |
| * | | |
| PERTAINS TO: INSURANCE * | | MAG. WILKINSON |
| (Mass Joinder Cases) * | | |
| <u>Abadie I</u>    06-5164 * | | |
| <u>Abadie II</u>   07-5112 * | | |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE FOREGOING**, it is **ORDERED** that Plaintiffs' Motion to Extend Dismissal Order be and hereby is **GRANTED**.  The Court hereby extends its February 4, 2009 Dismissal Order (Rec. Doc. 70, Case No. 07-5112) and subsequent May 1, 2009 (Rec. Doc. 18746, Case No. 05-4182) August 3, 2009 (Rec. Doc. 19189, Case No. 05-4182), November 2, 2009 (Rec. Doc. 19349, Case No. 05-4182), April, 5, 2010 (Rec. Doc. 19711, Case No. 05-4182), August 13, 2010 (Rec. Doc. 20002, Case No. 05-4182), November 22, 2010 (Rec. Doc. 20127, Case No. 05-4182), March 9, 2011 (Rec. Doc. 20182, Case No. 05-4182) and  July 7, 2011(Rec. Doc. 20306, Case No. 05-4182) for an additional ninety (90) days to allow the parties to continue consummating final resolution of these matters.

New Orleans, Louisiana, this _____ day of November, 2011

_____
**District Judge**