# EXHIBIT A

IHNC-EBIA Pump Test Protocol

## 1.0   Introduction

This standard operating procedure (SOP) has been developed for hydraulic testing of organic-rich subsurface strata, referred to as swamp/marsh deposit, that have been identified at the Inner Harbor Navigation Canal (IHNC) East Bank Industrial Area (EBIA) of New Orleans, Louisiana.  This hydraulic testing is being overseen by experts from the IHNC-EBIA litigation team under a cost sharing agreement, and this procedure is intended to be agreed to and used by experts for the Plaintiffs and for the Defense prior to implementation and during installation of any equipment.  As of the date of this document (August 8, 2011) five separate sites at the IHNC-EBIA have been identified for hydraulic testing via pumping tests; Plaintiff's experts will have primary responsibility for design of field activities at sites 1 through 3 but in consultation and agreement with Defense experts, while Defense experts will have primary responsibility for design of field activities at sites 4 and 5 but in consultation and agreement with Plaintiff's experts.

This document outlines general procedures for installing and developing control and observation wells, for performing the pumping tests and for collecting hydraulic head data prior to, during and after proposed pumping tests.  Specific information will be provided to all parties prior to equipment purchase, installation, and operation.  For example, a diagram showing the location of proposed control and observation wells, relevant soil profile, screen location and sand pack, and other installation and testing parameters will be submitted to all parties for review and comment before start of installation or testing as stated below.

This SOP is not intended to specify techniques used to analyze the pumping test data, as the selection of an appropriate analytical methodology will be a decision made independently and separately by Plaintiff and Defense experts in accordance with ASTM D4043-96 "Standard Guide for Selection of Aquifer Test Method in Determining Hydraulic Properties by Well Techniques" after data has been collected.

This SOP has been developed to reference applicable American Society for Testing and Materials (ASTM) standard test methods, practices, and guidance as appropriate.  It is the intent of this SOP to follow relevant ASTM standards except as noted differently herein.  Preliminary sampling and testing at the IHNC-EBIA sites has characterized the swamp/marsh deposits as having organic material and high-moisture content, overlain and underlain by fine grained plastic clay material.  As a result, portions of the swamp/marsh deposit may have limited ability to yield appreciable volumes of water to a control well.  Because most of the ASTM methods have been developed for granular soils, many of the ASTM methods have limited applicability to the kind of pumping tests that are proposed at the IHNC-EBIA sites.  Therefore, this document specifies certain site-specific operations and procedures that may depart from or not be referenced in the ASTM methods.

### 4.1   Roles and Responsibilities
Fugro will be responsible for installation of all control and observation wells.  Fugro will provide experienced personnel, as approved by experts for Plaintiff's and Defense, who will be responsible for the Performance of the pumping test with the assistance of plaintiff's and defense experts.  It is anticipated that all parties to the IHNC-EBIA litigation will be on-site or otherwise represented during the performance of field activities associated with the pumping tests.  Any modifications to this SOP or field changes regarding the construction of wells,

duration of testing, or determination or alteration of pumping rate will be made only after joint consultation among the experts for plaintiffs, DOJ and WGI.

## 2.0   Objective

The objective of this SOP is to conduct pumping test to measure hydraulic properties of a more pervious soil layer that is bounded by upper and lower soil layers of lower permeability. To the extent practicable, the work will be performed in accordance with applicable standard test methods, practices and guidance specified in pertinent ASTM methods as referenced in this document.

## 3.0   Definitions

**3.1 Aquifer, Confined:** an aquifer bounded above and below by confining beds and in which the static head is above the top of the aquifer and remains so for the duration of the test.

**3.2 BGS:** below ground surface

**3.3 Confining Bed:** a hydro geologic unit of less permeable material bounding a more permeable layer.

**3.4 Control Well:** well by which water is added to or removed from the aquifer.

**3.5 Drawdown:** vertical distance the static head is lowered due to the removal of water from the control well.

**3.6 DTB:** depth to bottom

**3.7 DTW:** depth to water

**3.8 Hydraulic Conductivity:** the volume of water at the existing kinematic viscosity that will move in a unit time under a unit hydraulic gradient through a unit area measured at right angles to direction of flow.

**3.9 Observation Well:** a well open to part of an aquifer that is used to measure hydraulic head.

**3.10 Pre Pack Well Screen:** a well screen that is constructed of an inner PVC screen surrounded by fine mesh stainless steel screen that is pre packed with an environmental grade filter sand before being deployed into a formation.

**3.11 Side Port Tremie Method:** a method of delivering grout to the annulus without intrusion into the sand filter. Usually achieved by cutting a notch in the side of the tremie tubing about one inch from the bottom and sealing off the bottom of the tubing so no grout is aimed straight down into the sand.

**3.12 TOC:** top of casing

**3.13 VRP:** vertical reference point

## 4.0 Site-Specific Procedures

This procedure describes the field process of using constant discharge pumping tests to be conducted in a swamp/marsh zone of a fine-grained/clay soil unit at five separate locations sites within the IHNC-EBIA site to measure hydraulic properties of the soil.  Generalized site stratigraphy and proposed well screen intervals are depicted in Figure 1.  This SOP describes field procedures for installing the control and observation wells, controlling discharge rates, and measuring water levels used to analyze the hydraulic properties of an aquifer. This document was drafted to be in general conformance with "ASTM D4050-96 Standard Test Method for (Field Procedure) for Withdrawal and Injection Well Tests for Determining Hydraulic Properties of Aquifer Systems".  Site-specific procedures that have been agreed upon by the plaintiff's and defense experts are described in this section.

> 4.1     Control Well Installation
> The location and screened interval of the control wells at the five sites will be selected by the Plaintiff's experts for Sites 1 through 3 and by the Defense experts for Sites 4 and 5.  Each control well will be constructed of 2-inch diameter by 60-inch long PVC casing and 3-foot screen Section with a slot size of .010-inches.  In general, there will be 6 inches of sand below the screen and 6 inches of sand above the screen.  The bottom of the screened interval screen will be placed at the bottom of a swamp/marsh zone within a confined aquifer. The depth and thickness of the swamp/marsh zone will be determined on the basis of previous subsurface investigation activities that have identified a characteristic increase in moisture content associated with the swamp/marsh deposits.  The Control well will be installed in accordance with ASTM D5092-04 "Standard practice for Design and Installation of Groundwater Monitoring Wells" using rotary methods with water as the drilling fluid.  A six-inch diameter rotary boring will be drilled to install the 2 inch diameter control well.
>
> Based on prior subsurface investigation results, the soil stratigraphy varies at each of the five sites.  A diagram showing the relevant soil profile, screen location and sand pack, and other control well installation parameters for each of the five sites will be submitted to all parties for review and comment before start of installation.  A similar diagram will be developed for each of the observation wells and the distance from the control well.  Plaintiff experts will provide these diagrams for Sites 1, 2 and 3.  Defense experts will provide these diagrams for Sites 4 and 5.
>
> Once a well installation is completed, the well protection system will be installed and the well locked by Fugro.  Figure 2 shows the approved well protection system.  Fugro will have the only key to open the lock until the completion of the field work at which time all keys will be turned over to the Government. Once the well is installed and developed properly it may be used to produce accurate water levels and as a Control Well.
>
> 4.2     Observation Well Installation
> The location and screened interval of the observation wells at the five sites will be selected by the plaintiff's experts for sites 1 through 3 and by the defense experts for sites 4 and 5. However, a diagram showing the relevant soil profile, screen location and sand pack, distance from control well, and other observation well installation parameters will be submitted to defendants for review and comment before start of installation because of the joint nature of this investigation.  At all sites, six observation well locations will be selected and two observation wells in close proximity (screened at different depth intervals) will be installed at

each observation well location, i.e., installation of twelve observation wells at each of the three plaintiff sites. The observation wells will be constructed using 2.4-inch O.D. pre-pack well screen 24-inches in length. The pre-pack well screen is constructed of 1.5-inch Schedule 40 PVC with a .010-inch slot size. The inner PVC well screen will be 24-inches in length with a flush plug on one end and ASTM F480 flush thread on the other. The ASTM F480 flush thread will be either male or female. The outer component of the screen is stainless steel wire mesh with a pore size of .011-inch and is packed with 20/40 environmental grade sand.  In general, there will be six inches of sand above the screen.

Each observation well location will consist of two pre-packed screens in adjacent holes. One pre-pack will be placed at the lower portion of the swamp/marsh zone as determined by soil sampling and CPT data collected at each pumping test site location. The second, top screen section is to be placed in the upper portion of the swamp/marsh zone as determined by soil sampling and CPT data collected at each pumping test site location. Both pre-pack well screens will be placed using direct push in accordance with ASTM Method D6724-04 "Standard Guide for Installation of Direct Push Ground Water Monitoring Wells".

Once the wells are set, above ground well protection will be installed as described in Section 4.1 to prevent tampering and damage to the well heads. Once the wells are installed and developed properly they may be used to produce representative water levels prior to, during and after the pumping tests.

    **4.3**    **Well Development**

If granular subsurface materials are encountered, the control wells will be developed in accordance with ASTM D5521-05 "Standard Guide for Development of Groundwater Monitoring Wells in Granular Aquifers."  However, preliminary subsurface sampling and testing activities to date have not identified granular soils at the five pumping test sites. Section 7.1 of ASTM D5521-05 states that "*Well development should be applied with great care to wells installed in predominantly fine-grained formation materials (that is, in formations dominated by fine sand, silt or clay). If vigorous development is attempted in such wells, the turbidity of water removed from the well may actually increase many times over. In some fine-grained formation materials, no amount of development will measurably improve formation hydraulic conductivity or the hydraulic efficiency of the well.*"  Accordingly, development of the wells will be performed by gentle manual surging.

The efficacy of well development will be evaluated by conducting a slug test on each well following installation in accordance with either ASTM D4044-96 "Standard Test Method for (Field Procedure) for Instantaneous Change in Head (Slug) Tests for Determining Hydraulic Properties of Aquifers" or D7242-06 "Standard Practice for Field Pneumatic Slug (Instantaneous Change in Head) Tests to Determine Hydraulic Properties of Aquifers with Direct Push Ground Water Samplers."  Following the initial slug test, the Control Well and Observation Wells will be developed and then allowed to recover such that head in the well recovers to within 90% of the displaced static level measured prior to the first slug test.  A second slug test will then be performed and analyzed in a similar manner as the previous slug test, and the results of that slug test will be compared to

the first slug test to evaluate efficacy of development.  If the calculated hydraulic conductivity value of the control well from the second test is within 30% of the first test then the well may be considered adequately developed.  This procedure may be repeated with additional development/slug test cycles to verify that the control and observation wells are adequately developed.

The well development procedures may need to be modified in the field with the consensus of the experts in order to meet schedule requirements.

### 4.3     Water Level Measurement and Datalogging

Water levels in control and observation wells will initially be measured manually with a test-site designated electronic water level indicator.

Each control well and observation well will be equipped with a pressure transducer and datalogger that will be used to monitor water levels prior to, during and after pumping tests.  Pressure transducers will be calibrated in accordance with manufacturer's directions and the calibration will be verified in the field in accordance with Section 6.6.2 of ASTM D4050-96.  To provide for accurate readings, the maximum pressure rating of any transducer used for water level monitoring will be 30 psi.  All monitoring well casings or caps will be vented to atmospheric pressure by drilling at least one 1/8" or larger hole through the PVC riser or locking cap.

The water level in the IHNC will be monitored at a point located within one mile of all pumping test sites.  Barometric pressure will also be monitored using a pressure transducer and datalogger

#### 4.3.1    Water Level Monitoring Frequency

All electronic dataloggers will be programmed to sample water level at a frequency of at least one reading every 15 minutes.  Logarithmic water level monitoring at the start of pumping and at the start of recovery may be performed or alternatively a higher frequency sampling rate may be used.  Water levels in the control and observation wells will be sampled at a frequency of at least one reading per 30 seconds during the first 10 minutes of pumping or recovery; a frequency of at least one reading every 1 minutes for the next 20 minutes following the start of pumping or recovery; a frequency of at least one reading every 5 minutes for the next 60 minutes following the start of pumping or recovery.

#### 4.3.2    Water Level Monitoring Duration

For each test site, water levels will be monitored every 15 minutes in the control and observation wells in the absence of pumping for a period of at least 48 hours prior to the start of the pumping test.  The duration of each pumping test will be at least 48 hours and not more than 72 hours, unless otherwise agreed upon in the field by both Plaintiff and Defense experts.  The duration of water level recovery monitoring will be at least as long as the duration of the pumping test.

### 4.4     Selection and Measurement of Pumping Rate

Preliminary subsurface sampling and hydraulic testing performed by dependents has indicated that some of the swamp/marsh deposits may yield low flow rates to a pumping well. Accordingly, the pumping tests will likely require the use of a peristaltic pump using a flow rate of 100 ml/min or less.  If higher flow rates are encountered then flow measurement will be performed in accordance with ASTM D5737-95 "Standard Guide for Methods for measuring Well Discharge;" otherwise, flow rate will be measured by measuring the volume of water discharged to a graduated cylinder or other measuring device over a 5-minute interval.  The flow rate will be measured in this manner every 15 minutes for the first two hours of the test, hourly until the conclusion of each pumping test.  Pumping rates should be maintained within 5% of the selected flow rate.

A sustainable flow rate for each Control Well will be calculated and agreed upon by Plaintiff and Defense experts based on either step-drawdown tests or on short-duration pumping tests, accounting for well bore storage.  These tests to evaluate sustainable flow rate will be completed prior to initiation of the 48-hour pre-test monitoring period.

## 5.0    References

American Society for Testing and Materials (ASTM), 2010. ASTM D 6724-04 Standard Guide for Installation of Direct Push Ground Water Monitoring Wells

American Society for Testing and Materials (ASTM), 2010. ASTM D 5092-04 Standard Practice for Design and Installation of Ground Water Monitoring Wells in Aquifers

American Society for Testing and Materials (ASTM), 2008. D4044-96 Standard Test Method for (Field Procedure) for Instantaneous Change in Head (Slug) Tests for Determining Hydraulic Properties of Aquifers

American Society for Testing and Materials (ASTM), 2008, ASTM D4050-96 Standard Test Method for (Field Procedure) for Withdrawal and Injection Well Tests for Determining Hydraulic Properties of Aquifer Systems

American Society for Testing and Materials (ASTM), 2006. ASTM D5737-95 Standard Guide for Methods for measuring Well Discharge

American Society for Testing and Materials (ASTM), 2006. D7242-06 Standard Practice for Field Pneumatic Slug (Instantaneous Change in Head) Tests to Determine Hydraulic Properties of Aquifers with Direct Push Ground Water Samplers

American Society for Testing and Materials (ASTM), 2005. ASTM D 5521-05 Standard Practice for Development of Ground Water Monitoring Wells in Granular Aquifers

American Society for Testing and Materials (ASTM), 2004, ASTM D4043 Standard Guide Selection of Aquifer Test Method in Determining Hydraulic Properties by Well Techniques

American Society for Testing and Materials (ASTM), 1993. ASTM D4750-87 Standard Test Method for Determining Subsurface Liquid Levels in a Borehole or Monitoring Well (Observation Well)

Geoprobe Systems, 1999, "Geoprobe 1.0-in. x 2.5-in. OD Pre-Pack Screen Monitoring Well", Technical Bulletin No. 99-2500, August, 1999.

Louisiana Department of Environmental Quality and Louisiana Department of Transportation and Development, Construction of Geotechnical Boreholes and Groundwater Monitoring Systems (Handbood), December 2000

Fletcher G. Driscoll, 1989, "Groundwater and Wells" Second Edition

Environmental Protection Agency, 1994, Controlled Pumping Test SOP

Environmental Protection Agency, 1996, Monitor Well Installation SOP

Environmental Protection Agency, 1994, Well Development SOP

Robert W. Stallman, USGS, 1976, "Aquifer-Test Design, Observation and Data Analysis", Book 3 Applications of Hydraulics, Second Edition