# EXHIBIT B

**Follow up on EBIA Joint Experts Call of November 9, 2011**

J. David Rogers, Rune Storesund, Francisco Silva-Tulla, and Allen Marr

**Most of the discussion focused on what could realistically be accomplished during a 6 week extension period in the way of additional field testing at the EBIA-N and EBIA-SB sites**

Rogers suggested that Fugro use well water (brines) from their pump well to replenish the water pumped out of the adjacent observation wells during development (maybe 5 gallons of water). This technique is loosely referred to as "borrow bailing" of water. In this way the salinity of the well water would be maintained and the required recovery time optimized.

Defendants expressed concern about how much recovery time will be required during development of their observation wells. They felt that recovery times could be as much as 2 to 3 weeks after each development. Rogers responded that we didn't have to wait more than 2 or 3 days for recovery on any of the S-EBIA observation wells. Fugro was able to obtain this rapid recovery through use of the borrow bailing technique. Review of existing slug test data at the EBIA-N and EBIA-SB sites indicates that recovery of the wells following a slug test was on the order of 2 to 4 days. Recovery at these sites following development took substantially longer, but Fugro was not using the borrow bailing technique at those sites.

We have proposed a schedule that allows 4 days recovery between each slug test for the defense observation wells. Additionally, under our proposal, the pump tests will take place ten days prior to the end of the six week period. We feel that this should allow sufficient "cushion' for whatever peculiarities might exist at those sites.

**Proposed Technical Procedures for Development of EBIA-N and EBIA-SB Wells**

The technical procedures proposed by Plaintiffs are summarized below, but are subject to further refinement.

1. Measure Depth to Water (DTW) and Depth to Screen Bottom (DTB) in well with dedicated water level indicator.
   - DTB measurements will allow evaluation of potential sediment accumulation in boring.
   - Calculate height of water column above top of well screen.
2. Using the brush system method, surge each six inch section of screen for five minutes working from the bottom of the screen to the top of the screen.
   - Quickly raise and lower the brush.
3. Remove fines and turbid water from bottom of well with peristaltic pump with inlet tubing set at bottom of well
   - Collect water from control well to be used as recharge water.
   - Maintain constant head in wells while removing fines using water from control well.
   - Qualitatively assess turbidity and sediment removed.

**Exploratory trenches at School site**

Rogers began by stating the idea for the trenches or test pits was to examine the surficial stratigraphy and see if we could observe any evidence of past site disturbance, which might be engendering abnormally high infiltration, such as old storm drains, broken pipes, or trench backfill. These possibilities were raised by Mark Worthington in regards to the rapid infiltration observed in some of the wells at the school site.

Silva-Tulla and Marr expressed a number of safety concerns about excavating and logging trenches at the school site.  Silva-Tulla would also like to use the test pits or test trenches for simple/crude percolation testing, by filling them with a modest quantity of water and observing how rapidly the water percolates into the ground.  Rogers mentioned that this may not be representative of hydraulic conductivity in the shallow excavations, above the present water table, but was not opposed to their being performed.

Silva suggested that the pits could be excavated "nearby" on the school site, maybe 100 yards away (to be beyond the influence of the test array).  That would place the trenches/test pits at a significant distance from the wells, so that the plaintiffs' original purpose of verifying site conditions around the pump test array would be nullified (would not necessarily be representative of the test site).

Rogers stated that it was his recollection that the upper peat member at the school site was located between 5 and 10 feet below grade.  Marr reminded us that structural shoring would be required for narrow excavations greater than 5 feet deep (structural shoring was noted in the Trench SOPs supplied to Defense Experts).  Silva-Tulla suggested we consider excavating square test pits with 1:1 (horizontal to vertical) side slopes, so that shoring would not be required.  Marr noted that the critical height, $H_c$, in that material is probably something like 13 feet.  The water table is around 6.4 feet, so we may not be able to excavate much past 9 feet below grade without battling to maintain short-term side slope and pit floor stability, sufficient to allow the side slopes of the excavation to be cleaned off and examined, before filling the excavation floor with maybe a foot of water and noting how fast it percolates into the ground (it may not percolate at depths > 6.5 feet).

Rogers said he would sketch some possible configurations for test pits of varying depths (between 3 and 9 feet) and pass these along for comment by Silva-Tulla and Marr.  The test pit concept would seem to become unwieldy and large at depths greater than 6 feet, because steps would have to be cut on one side or a ladder could be used. The sketches below show possible configurations for square test pits 3 and 6 feet deep, and a series of trenches, 3, 6, and 9 feet deep, the latter two requiring temporary aluminum trench shores (which are available for rent, locally).





2) 6 ft deep pit with 2 ft sq floor and acess steps on one side

14'   ~4'
1st pit
6'
$V \cong 478 \, ft^3$
2'

rim
slope   floor   steps

flare one end 4' outward to provide access steps in face of excavation



3) 3 ft deep trench, 3 ft wide

$V = 65 \text{ ft}^3$

4) 6 ft deep trench, 3 ft wide, shored

$V = 200 \text{ ft}^3$

assumes 3 sets of hydraulic shores for depths > 5 ft, approx 3 ft apart

5) 9 ft deep trench, 3 ft wide, shored

$V = 513 \text{ ft}^3$

assumes 6 sets of hydraulic shores, spaced ~ 4' apart