# EXHIBIT C

Geosyntec▷
consultants

**THOMAS G. NAYMIK, Ph.D., P.G.**                          **Expert Witness Testimony**
                                                                           **Hydrogeology**
                                                           **Groundwater Hydrology**
                                                                           **Water Supply**
                                                                      **Site Remediation**

## EDUCATION

Ph.D., Geology (Hydrogeology Program), Ohio State University, Columbus, Ohio, 1977
M.S., Geology, Louisiana State University, Baton Rouge, Louisiana, 1974
B.S., Geology, Ohio State University, Columbus, Ohio, 1972

## PROFESSIONAL REGISTRATIONS/CERTIFICATIONS

Licensed Professional Geologist, State of Illinois, #196-000120
Certified Professional Geologist, State of Indiana, #1695
Certified Ground Water Professional, National Ground Water Association, #288
Certified Professional Geologist, American Institute of Professional Geologists, #6030

## TESTIMONY IN PAST FOUR YEARS

- Raymond Thomas et al. versus Ashley Investment Co, et al. 5th JDC No. 38839, Division C, Delhi Field, Parish of Richland, Louisiana. (Expert report), 2009.

- Noretta Thomas, et. al. versus A. Wilbert's Sons, L.L.C., et. al, No. 55,127, Division "B", 18th Judicial District Court, Parish of Iberville, State of Louisiana. (Expert report & deposition), 2007.

- Troy Robichaux et. al. versus State of Louisiana, through the Department of Health and Hospitals and through the Department of Environmental Quality, et al., No. 56803, 18th Judicial District Court, State of Louisiana. (Expert report & deposition), 2004.

- Vollers Excavating & Construction, Inc., a New Jersey Corporation versus AIG Baker Mount Olive, LLC; AIG Baker Shopping Center Properties, LLC; AIG Baker Real Estate, LLC; Bank of America, N.A.; et al., Superior Court of New Jersey Law Division: Morris County Docket No; MRS-L-2203-02. (Deposition), 2008.

- Tyanna Cannata, et al., versus Forest Preserve District of DuPage Couny, et al., Case No. 06cv2196, U.S. District Court, Northern District of Illinois, Eastern Division. (Expert report & affidavit), 2008.

k:\outlook\naymik_thomas_full_resume january 2011.doc

Thomas G. Naymik, Ph.D., P.G.
Page 2



Geosyntec▷
consultants

## CAREER SUMMARY

Dr. Naymik has been active in consulting, research, teaching, and project management in the environmental remediation field for thirty years. His technical experience includes most regions of the United States involving fieldwork, as well as expert witness testimony. Dr. Naymik's consultation and expert witness experience includes multinational petroleum refining and petrochemical firms, electronics companies, paints and paint solvent producers, agrochemical firms, as well as the U.S. EPA and U.S. Departments of Defense, Justice and Energy. Early in his career, Dr. Naymik was employed as a hydrogeologist with the Illinois State Water Survey where he was involved in the initial research for groundwater sampling protocol and artificial recharge technology development and application. During the late 1970s and early 80s, he participated in the development of a widely used solute transport model commonly known as "Random-Walk." In 1981, he and others published the Random-Walk Model in Bulletin 65 of the Water Survey, which became a landmark tool for hydrogeologists for the following two decades. These technology advances created invitations to teach at the International Ground Water Modeling Center and as an adjunct professor at the University of Illinois in both the Engineering and Geology Departments. Dr. Naymik was employed by Battelle in Columbus, Ohio and at the Pacific Northwest National Laboratory in Richland, Washington for 23 years. During those years, he worked in the areas of groundwater hydrology, site remediation, risk assessment, and environmental clean-up technology development where he blended his contributions between consulting, research, and research management. These efforts also created opportunities to teach short courses for the past 21 years at the National Ground Water Association and an appointment as an adjunct professor in the School of Earth Science at the Ohio State University. The combination of these experiences created opportunities to serve on a Blue Ribbon Commission for low-level nuclear waste, the Columbus, Ohio Well Field Protection Board, and to teach, mediate and testify in public hearings and legal proceedings.

## KEY PROJECT EXPERIENCE

- **Projects Involving Litigation.** Since 2004, Dr. Naymik has been involved in several projects as an expert witness or consultant. All of those projects are currently active and confidential. The scope covered in the projects involves groundwater flow systems and the subsurface transport of petroleum hydrocarbons, metals, radionuclides and chlorinated solvents, such as PCE, TCE and vinyl chloride. The contaminants are present as LNAPL, DNAPL and/or in the dissolved phase. Issues include remediation feasibility, threatened drinking water supplies, affects of groundwater pumping, depreciation of property, etc. with suites brought forward by classes.

Thomas G. Naymik, Ph.D., P.G.
Page 3


Geosyntec▷
consultants

- **Update of Conceptual Site Model for Ellender Ferry Site, Hackberry, Louisiana.** In 2009, Dr. Naymik reinterpreted the surface water and groundwater data for a site operated by BFI Services Group, Inc. in an area south of Lake Charles, Louisiana. The main issue at the site was the connectivity of flow paths via surface water and groundwater that could create a complete pathway for contamination to migrate along. However, incomplete pathways dominate the site due to the nature of the geological deposits. Results of the update were submitted to Louisiana DEQ.

- **Update of Geological Interpretation, Ville Platte, Louisiana.** The Geosyntec Baton rouge Office had conducted an additional drilling campaign at a site north of Lafayette, Louisiana. The site operates four surface water impoundments classified as Type I by the Louisiana DEQ. The ponds are monitored for water quality regularly as are surrounding groundwater monitoring wells. At the request of LDEQ additional subsurface characterization was conducted in 2009. Dr. Naymik provided the updated site analysis for submission to LDEQ.

- **Hanford Site Focused Feasibility Studies for Five Operable Units.** In 2004, Dr. Naymik transferred to Pacific Northwest National Laboratory, a component of Battelle Memorial Institute, and primarily provided environmental support in the areas of groundwater and environmental management, to the Department of Energy (DOE-RL). He managed environmental restoration activities involving 5 CERCLA regulated operable units. These sites, located within the Hanford Reservation, involve groundwater and soil contamination related to the production of plutonium.

- **U. S. Department of Justice.** Under contract to the South Carolina U. S. Attorney's Office Dr. Naymik had reviewed and evaluated appropriate designs for environmental remediation of the former Myrtle Beach, AFB. Litigation has been brought against the United States by private interest that involves the rate of clean-up of soils and groundwater contaminated by pesticides and volatile organic compounds.

- **ConocoPhillips Canada.** The water supply for the town of Port Loring, Ontario had been contaminated by leaking underground fuel tanks. Litigation was brought against the petroleum company. Dr. Naymik was contracted to evaluate the situation, meet and explain his assessment with the citizens of the town and recommend a course of action for clean-up of the fuel. In addition, recommendations were proposed for a viable alternative water supply for the town.

Thomas G. Naymik, Ph.D., P.G.
Page 4



Geosyntec▷

consultants

- **West Jefferson Facility.** Early in 2002, Dr. Naymik evaluated the environmental conditions influencing the potential for groundwater contamination at the Battelle West Jefferson North facility. Subsequently, a program plan was developed to supplement existing and previously planned environmental activities. He prepared the strategy and the budget elements for the West Jefferson North Site groundwater plan that later became an element of the overall BCLDP baseline. For the following year and a half, Dr. Naymik managed the execution of the program.

- **Office of Environment, Safety and Health Oversight, U. S. Department of Energy (1999-2000).** The uranium enrichment facilities, PGDP (Paducah), PORTS (Portsmouth) and ETTP (Oak Ridge) were the focus of DOE Office of Oversight, Environmental, Safety and Health (EH-2) during these two years. Dr. Naymik supported Office in the areas of environmental remediation and sampling. In addition to evaluating current and past environmental practices, he planned and directed Oversight's independent sampling efforts in all environmental media, surface water, groundwater, sediment and soil, at each enrichment facility. The main constituents of concern were radionuclides, dioxins, SVOCs and VOCs. This work contributed to the Independent Investigation Reports for all three enrichment facilities and provided background for the formulation of the Nuclear Workers Compensation Act.

- **Office of Independent Oversight and Performance Assurance, U. S. Department of Energy (2002).** Under contract to the DOE headquarters Dr. Naymik was a member of comprehensive oversight teams reviewing the ES&H aspects of Los Alamos National Laboratory and Lawrence Livermore National Laboratory. At both locations, Dr. Naymik was asked to assess the environmental remediation programs of the laboratories. Also, in 2002 Dr. Naymik contributed significantly to a Performance Analysis document on remediation, monitoring, surveillance, and control programs within the DOE by analyzing trends from years of experience assessing DOE laboratories.

- **Office of Environment, Safety and Health Oversight, U. S. Department of Energy (2001).** As a contract member of DOE oversight teams Dr. Naymik conducted environmental assessments at three DOE laboratory facilities; Savannah River Site, Argonne National Laboratory and Lawrence Berkeley Laboratory. As a member of small teams (about six members), Dr. Naymik audited certain ES&H functions of the laboratories. Common focus areas included; environmental remediation, monitoring adequacy of selected facilities, the rigor and interface with the environmental restoration programs, relationships between corporate and facility ES&H functions, data systems, GIS capability and

Thomas G. Naymik, Ph.D., P.G.
Page 5


consultants

effectiveness, site-wide and off-site monitoring, as well as other focus areas, e.g. environmental security

- **Remediation at the Greece National Refinery (Hellenic Petroleum).** Crude oil, diesel fuel, kerosene and several blends of gasoline had leaked into the subsurface of the refinery forming an unusual hydrocarbon plume mixture. Dr. Naymik assessed the situation for the refinery management and recommended a course of action to arrest the migration of the plume and to initiate clean-up of the subsurface.

- **Indiana Office of the Attorney General.** As part of an overall investigation into environmental crimes committed in and around Indianapolis, Dr. Naymik managed a full-scale risk evaluation in support of the Indiana Attorney General. The project involved all aspects of risk assessment from sampling soil, water, and air to subsequent toxicological evaluations. Investigative sample media included, for example, floor tile, woodwork, sofa foam, indoor air and vacuum cleaner dust.

- **U.S. Department of Justice.** Dr. Naymik conducted independent analyses in support of the Environment and Natural Resource Division, USDOJ in a suit brought against the Department of Energy. Under contract to the Department of Justice, hydrogeologic calculations involving several remediation designs were performed in preparation for testimony in the U.S. District Court of Appeals, Cincinnati. Dr. Naymik presented the analysis both in deposition and in testimony to the court.

- **Well Field Evaluation for Contaminant Containment, Dayton, Ohio.** Fire destroyed a warehouse storing an estimated 1.5 million gallons of paints and paint solvents at the south end of the Miami River Well Field, Dayton, Ohio. Groundwater flow and solute transport modeling techniques were used to analyze the flow system at the accident site and on the surrounding several acres. The results from his analysis showed the remediation system to be effective in containing contaminants within the immediate vicinity of the warehouse pad. Ten years of water quality-monitoring data has validated the modeling calculations.

- **Underground Injection Facilities.** On separate occasions, Dr. Naymik conducted reviews of databases and formulated hydrogeologic interpretations for two deep well injection facilities. Geological knowledge of the areas coupled with a background in fluid dynamics allowed for complete yet confidential assessments of subsurface information available for each facility.

- **Pesticide Fate and Transport Study.** A commercially available pesticide was applied to several acres of crops and monitored to better understand the behavior of the chemical and its residual by-products. Dr. Naymik prepared a water

Thomas G. Naymik, Ph.D., P.G.
Page 6



Geosyntec<sup>▷</sup>

consultants

balance for the field dissipation study and subsequently compiled and interpreted the distribution of residues over time in different environmental compartments.

- **Pathway Analysis and Risk Assessment.** As part of the effort to prioritize remediation activities at federal facilities, Dr. Naymik managed pathway analyses and risk assessments for the Strategic Petroleum Reserves Operations, Fermi National Accelerator Laboratory, National Institute of Petroleum and Energy Research, Princeton Plasma Physics Laboratory, Ames Laboratory, Santa Susanna Field Laboratory, and the Component Development and Integration Facility. Approximately 100 environmental and 150 exposure pathways were analyzed during the course of the 8-month project.

- **Hydrologic Assessments of Solid Waste and Hazardous Waste Landfills.** Reviews were conducted on remediation systems for several solid wastes and secure landfills in the eastern United States. Environmentally sensitive watersheds containing recreational water bodies or wildlife sanctuaries precipitated the request for further technical review from state regulatory agencies.

- **Portsmouth Uranium Enrichment Facility.** As part of an overall need for subsequent remediation efforts, Dr. Naymik formulated the initial site-wide interpretation of the groundwater flow system for the facility. Through particle tracking techniques and a series of presentations, he conveyed the system to the Ohio EPA and Region V USEPA, the Department of Energy, and their legal representatives. This work supported the drafting of the Federal Facility Agreement for the site.

- **Site-Wide Facility Investigation and Risk Assessment.** Both metal and organic contaminants were discovered at an industrial complex where electronic components were manufactured. Data collection efforts at individual RCRA facilities located on the site were incorporated into one, economical, site-wide monitoring network. Remediation strategies were then formulated for the clean-up of the site.

- **Engineering Support to USAF Environics Division.** In a program management capacity, Dr. Naymik directed a five-year, task-order research and development contract with the Air Force. Several diverse tasks were completed under the program. They included, for example, an ion exchange pilot plant design and construction at Tinker AFB, OK, an evaluation of external monitoring devices to detect leaks from underground jet-fuel tanks, and the development an aboveground biological treatment system for TCE-contaminated water.

- **Office of Nuclear Waste Isolation.** Dr. Naymik's first assignment at Battelle was manager of the Hydrogeology Section, in the nuclear waste "Salt Program."

Thomas G. Naymik, Ph.D., P.G.
Page 7



# Geosyntec▷
consultants

He managed personnel and programmatic elements and as such was responsible for planning the deep well drilling and testing programs in Texas and Utah.

**Prior Professional Experience**

- **Illinois State Water Survey.** As a Hydrologist in the Groundwater Section, Dr. Naymik conducted controlled, field scale, groundwater tracer studies. He developed and applied numerical groundwater flow and solute transport models for controlled tracer experiments and site contamination problems, investigated the feasibility of artificial recharge in areas of northeastern Illinois and supported the Illinois EPA deep well injection permitting program.

- **University of Illinois, Department of Geology.** Concurrent to his research at the Water Survey, Dr. Naymik taught a graduate level course on hydrogeology as an adjunct associate professor in the Department of Geology; a graduate/undergraduate level course on groundwater as a visiting assistant professor in the Department of Civil Engineering; and the use of the Illinois State Water Survey flow and solute transport codes at the International Groundwater Modeling Center, Holcomb Research Institute, Indianapolis, Indiana.

- **Lawrence Livermore National Laboratory.** While a hydrogeologist in the Earth Sciences Division, Dr. Naymik applied finite-element flow and solute transport models to simulate the release of contaminants from deeply buried waste repositories, conducted site investigations of the groundwater hydraulics at the Hoe Creek, Wyoming, in situ coal gasification experiment, and worked on projects testing deep brine wells in the Salton Sea area of California.

## PROFESSIONAL EXPERIENCE

Geosyntec Consultants, Columbus, Ohio, Senior Consultant, 2006-Present

Battelle, Columbus, Ohio and Richland, Washington, Senior Scientist, 1984 – 2006

Illinois State Water Survey, Champaign-Urbana, Illinois, Senior Hydrogeologist, 1979 – 1984

Lawrence-Livermore National Laboratory, Livermore, California, Hydrogeologist, 1977 – 1979

## REPRESENTATIVE PUBLICATIONS

05-01    DOE. 2005. *Work Plan for Phase III Feasibility Study 300-FF-5 Operable Unit.* DOE/RL-2005-41, Rev. 0, U. S. Department of Energy, Richland, Washington.

naymik_thomas_full_resume.january 2011

Thomas G. Naymik, Ph.D., P.G.
Page 8

**Geosyntec**▷

consultants

05-02    DOE 2005.  *300-FF-5 Operable Unit Limited Field Investigation Plan.*
DOE/RL-2005-47, Rev. 0. U.     S.  Department  of  Energy,  Richland,
Washington.

03-01    West Jefferson North Site Progress Report, Groundwater Flow Directions and
Unnatural pH Levels in Groundwater, May 14, 2003 (presentation).

03-02    BCLDP Groundwater Plan, West Jefferson North Site, Revision 3, May 7,
2003 (report).

03-03    BCLDP Groundwater Plan, West Jefferson North Site, Revision 2, March 12,
2003 (report).

03-04    InStreem Technology Briefing, March 6, 2003 (presentation).

03-05    Groundwater Plan Progress Update, February 6, 2003 (presentation).

03-06    Potential Containment Scenarios, West Jefferson North Site, January 24, 2003
(presentation).

02-01    BCLDP Groundwater Plan, West Jefferson North Site, Revision 1, December
4, 2002 (report).

02-02    Battelle West Jefferson North Site 2002 Groundwater Update, September 27,
2002 (presentation).

02-06    Volume I, Inspection of the Environment, Safety, and Health Management at
the Los Alamos National Laboratory, April 2002 (report).

01-01    InStreem Calculation System, Battelle Internal Research and Development,
Project # C355GOVT-ERS22, September 30, 2001.

01-02    Independent Inspection of the Savannah River Site Environmental Monitoring
and Surveillance Programs, April 2001 (report).

01-05    Inspection  of  the  Argonne  National  Laboratory-East  Environmental
Monitoring and Surveillance Programs, August 2001 (report).

00-01    Independent Investigation of the East Tennessee Technology Park, Volume 1:
Past Environment, Safety, and Health Practices, October 2000 (report).

00-02    Independent Investigation of the East Tennessee Technology Park, Volume 2:
Current Environment, Safety, and Health Programs and Issues, October 2000
(report).

00-03    Independent Investigation of the Portsmouth Gaseous Diffusion Plant, Volume
1: Past Environment, Safety, and Health Practices, May 2000 (report).

00-04    Independent Investigation of the Portsmouth Gaseous Diffusion Plant, Volume
2: Current Environment, Safety, and Health Programs and Issues, May 2000
(report).

Thomas G. Naymik, Ph.D., P.G.
Page 9

**Geosyntec**▷
consultants

99-02    Independent Investigation of the Paducah Gaseous Diffusion Plant, Volume 2: Current Environment, Safety, and Health Programs and Issues, December 1999 (report).

98-01    Stout, S.A., Uhler, A.D., Naymik, T.G. and K.J. McCarthy.   1998. "Environmental Forensics:   Unraveling Site Liability."   Environmental Science and Technology, 3(6): 260-264.

98-02    Brookhaven National Laboratory, Groundwater Protection Management Program Plan, December 23, 1998 (report). p.46.

98-03    Naymik. T.G., Uhler, A.D., Stout, S.A. and K.J. McCarthy.   1998. "Environmental Forensics—Fate and Transport Analysis is a Critical Component in Investigations." Soil and Groundwater Cleanup, June.

97-03    Interim Report on the Office of Environment, Safety and Health Oversight of Groundwater Tritium Plume recovery Activities at the Brookhaven National Laboratory, February 1997 (report).

96-01    Solute Transport Code Listing for RWLK3D Version 1.0, Battelle Internal Research and Development, Project #C3553172-01, March 21, 1996.

96-02    Solute Transport Code Listing for RWLK3D/GUI Version 1.0, Battelle Internal Research and Development, Project #C3553172-01. July 8, 1996.

96-03    Reference Manual for Random-Walk Solute Transport Codes, RWLK3D/GUI and RWLK3D Version 1.0, Battelle Internal Research and Development, Project #C3553172-01, December 20, 1996.

95-01    Solute Transport Code Verification report for RWLK3D, Battelle Internal Research and Development, Project # C3553172-01, October 31, 1995.

95-02    Plenary, International High Level Radioactive Waste Management Meeting, Las Vegas, December 1995 (presentation).

94-02    EPA Enforcement/Compliance Routes, Acceptable Risk and Chemical Monitoring Standards, New Mexico Wool Growers Association, July 15, 1994 (presentation).

93-01    Plan for Risk-Based Closure of Waste Ponds at BP Chemicals.  October 1993, contract report for BP Chemicals.

93-02    Naymik, T. G. 1993.  Review of *Contaminant Hydrogeology* by C. W. Fetter in *Geochimica et Cosmochimica Acta*. July.

92-01    Characterization of Residual Hydrocarbon Contamination in the Area of the Former Boiler Room and at Tank T-10. November 1992, contract report for Philips Display Components Company.

Thomas G. Naymik, Ph.D., P.G.
Page 10

**Geosyntec▷**
consultants

92-02    Characterization of the Soil Contamination in the Area of the Nitric Acid Tank Storage Sump.  August 1992, contract report for Philips Display Components Company.

91-01    Beard, T. C., C. J. Perry, T. C. Fox, and T. G. Naymik. 1991. "Iterative Approach to Groundwater Flow Modeling of the Martinsville Alternative Site, under Consideration for Low-Level Radioactive Waste Storage in Clark County, Illinois, U.S.A." *Environ. Geol. Sci.*, 18(3):195-207.

91-04    Illinois Department of Nuclear Safety: Testimony on the Martinsville Alternative Site for the Illinois Low-Level Radioactive Waste Disposal Facility Siting Commission Hearings.  June 1991, contract report for the Illinois Department of Nuclear Safety.

90-01    Illinois Low-Level Radioactive Waste Disposal Facility Siting Project: Alternative Site Investigation Studies, Martinsville Alternative Site, Clark County, Illinois: Volume 3 –Hydrological Studies.  December 1990, contract report to the Illinois Department of Nuclear Safety.

90-02    Site Characterization: West Jefferson North Site Groundwater Monitoring, Well Testing and Hydraulic Analysis.  December 1990, Battelle.

90-03    Supplemental Subsurface Characterization and Risk Assessment in the Area of the Excavated Waste Pile/Drying Beds.  January 1990, contract report for the Philips Display Components Company.

90-04    Supplemental Subsurface Characterization: Former Incinerator Area. January 1990, contract report for the Philips Display Components Company.

89-01    Naymik, T.G., T.C. Beard, A.R. Gavaskar, and L.N. Reddi.   1989. "Groundwater Flow and Solute Transport Modeling Applied to Contaminant Migration in a Well Field in Dayton, Ohio." *Proceedings of the Fourth International Conference on the Use of Models to Analyze and Find Working Solutions to Groundwater Problems: Solving Ground Water Problems with Models*, pp. 1045-1057. National Well Water Association, Dublin, OH.

88-01    Facility-Wide Investigation and Risk Assessment.  December 1988, contract report for the Philips Display Component Company.

88-02    Groundwater Flow and Solute Transport at the Sherwin-Williams Distribution Center Study Area-Miami South Well Field, Dayton, Ohio.  July 1988, contract report for the Sherwin-Williams Company.

87-01    Naymik, T.G. 1987. "Mathematical Modeling of Solute Transport in the Subsurface." *CRC Critical Reviews in Environmental Control, 17*(3): 229-251.

87-02    Aquifer Test: CW-9, CW-18, and SWR-1, Slug Test Analysis and Recovery of

Thomas G. Naymik, Ph.D., P.G.
Page 11


**Geosyntec**
consultants

City Will #11 and Industrial Well #3—Miami Well field, Dayton, Ohio. December 1987, contract report for the Sherwin-Williams Company.

87-03   Investigation of the Extent of Saturation of Glacial Tills at the York road Study Area.  October 1987, contract report for Envirosafe Services of Ohio, Inc.

86-01   Literature Review of the Environmental Fate and Human Health Effects of Benzene.  July 1986, contract report for Vorys, Sater, Seymour, and Pease, LLP.

86-02   Benzene—Fact Sheet. July 1986, contract report for Vorys, Sater, Seymour, and Pease, LLP.

86-03   Evaluation of Analytical Detection Limits and Regulatory Review for Groundwater Monitoring.  October 1986, contract report for Fondessy Enterprises, Inc.

86-04   Investigation of Benzene Dilution in Aquifers from Brine Spreading Practices Using a Random-Walk Solute Transport Model.  October 1986, contract report for Vorys, Sater, Seymour, and Pease, LLP.

86-05   Evaluation of Regulatory and Technical Issues related to the Seasonal High-Water Table.  September 1986, contract report for Fondessy Enterprises, Inc.

85-01   Naymik, T.G., and M.E. Sievers.  1985.  "Characterization of Dye Tracer Plumes: In Situ Field Experiments." *Ground Water, 23*(6): 746-752.

84-01   Barcelona, M.J., and T.G. Naymik.  1984.  "Dynamics of a Fertilizer Contaminant Plume in Groundwater."  *Environmental Science and Technology, 18*(4): 257-261.

84-02   Naymik, T.G., T.L. Larson, and M.R. Schock. 1984. *Water Reuse Through Groundwater Recharge in Northeastern Illinois.*  Report UILU-WRC-84-184. University of Illinois, Urbana, IL.

84-03   Parker, J.C., T.G. Naymik, and M.E. Sievers.  1984.  "Evaluation of Solute Transport Parameters from a Natural Gradient Groundwater Tracer Experiment." *EOS, 65*(16): 207.

83-01   Naymik, T.G., and M.E. Sievers. 1983. *Groundwater Tracer Experiment (II) at Sand Ridge State Forest, Illinois.*  Illinois State Water Survey Contract, Report 334.

83-02   Naymik, T.G., and M.E. Sievers. 1983. Groundwater tracer Experiment (I) at Sand Ridge State Forest, Illinois.  Illinois State Water Survey Contract, Report 317.

82-01   Naymik, T.G.  1982.  "Modeling as a Tool in Monitoring Well Network

Thomas G. Naymik, Ph.D., P.G.
Page 12



Geosyntec▷
consultants

Design." *Proceedings of Second National Symposium on Aquifer Restoration and Ground Water Monitoring*, pp. 151-155.   National Well Water Association, Worthington, OH.

81-01   Naymik, T.G., and M.J. Barcelona. 1981. "Characterization of Contaminant Plume in Groundwater, Meredosia, Illinois." *Ground Water, 19*(5): 517-526.

81-02   Prickett, T.A., T.G. Naymik, and C.G. Lonnquist.   1981.   "A RANDOM-WALK Solute Transport Model for Selected Groundwater Quality Evaluations." Illinois State Water Survey, Bulletin 65. p. 103.

80-01   Naymik. T.G., and L.D. Thorson. 1980. "Mass Transport in Regional Ground Water Basins."   In G. Ashton (Ed.), *Proceedings of ASCE Specialty Conference, Computer and Physical Modeling in Hydraulic Engineering*, pp. 407-418. American Society of Civil Engineers, New York, NY.

79-01   Naymik, T.G. 1979. "The Application of a Digital Model for Evaluating the Bedrock Water Resources of Maumee River Basin, Northwestern Ohio." *Ground Water, 17(5)*: 438-445.

78-01   Naymik, T.G. 1978. *An Application of a Method for Comparing One-Dimensional and Two-Dimensional Models of a Groundwater Flow System.* UCRL-52541. Lawrence Livermore National Laboratory, Livermore, CA.

77-01   Naymik, T.G. 1977, A Digital Model for Estimating Bedrock Water Resources, Maumee River Basin, NW Ohio.   PhD dissertation, Ohio State University.

76-01   Naymik, T.G., L.P. Wilding, and T.J. Logan. 1976. *"Variability of Selected Heavy Metals, Maumee River Basin, NW Ohio."* Presented at International Association of Great Lakes Research, 19th Conference.

74-01   Naymik, T.G. 1974. *"The Effects of Drying Techniques on Clay-Rich Soil Textures."*   Proceedings, Electron Microscope Society of America, 32nd Annual Meeting. Pp 466-467.

74-02   Naymik, T.G. 1974. Scanning Electron Microscope Study of Copper and Its Soil Reaction Products. Master's thesis, Louisiana State University.

73-01   Naymik, T.G., and R.E. Ferrell. 1973. *"The Fabric of Clay Materials from Louisiana Wetlands."* Presented at Clay Minerals Society, 10th Meeting.

73-02   Naymik, T.G. 1973.   "A Fabric Study of Clay Floccules." *Proceedings, Electron Microscope Society of America*, 31st Annual Meeting. pp. 202-203.

73-03   Naymik, T.G. 1973. "A Fabric Study of Clay Materials." *Proceedings of Louisiana Society for Electron Microscopy*, Vol. IV, No. 1.

Thomas G. Naymik, Ph.D., P.G.
Page 13

# Geosyntec▷
consultants

72-01   Naymik, T.G. 1972.  The Reconstruction of Ancient Shorelines of the Salem
Limestone (Indiana).  Senior thesis, Ohio State University.

## AFFILIATIONS

Member of the American Geophysical Union, and Sigma Xi (University of Illinois Chapter)

Former Chairman, Well field Protection Board, City of Columbus

Adjunct Professor, Department of Geological Sciences, School of Earth Sciences, Ohio State University, 1985-present.

Instructor, *Principles of Ground Water* and *Analysis and Design of Aquifer Tests*, short courses, Association of Ground-Water Scientists and Engineers (NGWA), 1986-present.

Commissioner, Ohio Commission for Siting Criteria; Regional Low-Level Radioactive Waste Disposal Facility in Ohio, 1992-1993.

Editorial Board, *Ground Water*, 1980-1983.