MINUTE ENTRY
DUVAL, J.
November 22, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                         CIVIL ACTION
         CONSOLIDATED LITIGATION
                                                       NO. 05-4182

PERTAINS TO:    BARGE                                  SECTION "K"(2)

   *Weisler v. Seymour, et al*.  C.A. No. 09-2737

   Attending a settlement conference held this day were:

   Andrew Wilson for Richard Weisler and Richard Weisler;

   Bradley Groce for Alan Fuchsberg and the Jacob D. Fushsberg Law Firm, and Alan Fuchsberg;

   Richard Seymour for Richard T. Seymour and Richard T. Seymour, P.L.L.C.;

   Brian Gilbert and Alexis Bevis for Brian Gilbert and the Law Office of Brian A. Gilbert, P.L.C.; and

   Lawrence D. Wiedemann for Wiedemann& Wiedemann, P.L.C.

The Court conducted a successful conference which resulted in the resolution of this case with the compromise being placed on the record.

   All named defendants agreed to pay to plaintiff the amount of $160,000.00 to be paid by December 22, 2011, that being thirty days from this day.  This obligation is an *in solido* obligation.  Accordingly,

   **IT IS ORDERED** that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 (thirty) days, to reopen the

action or seek summary judgment enforcing the compromise if settlement is not consummated by December 22, 2011.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties as well as resolving any dispute among the defendants with respect to payment of the settlement as between themselves.

**IT IS FURTHER ORDERED** that all pending motions in this matter are **MOOT**.

**IT IS FURTHER ORDERED** that the transcript of the compromise shall be transcribed and entered into the record.

JS-10: 6 HOURS