UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br><br>MAG. WILKINSON |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

### NOTICE OF VIDEOTAPED DEPOSITION AND SUBPOENA DUCES TECUM

To:    All Plaintiffs' Counsel
through Plaintiffs' Liaison Counsel,
Joseph M. Bruno, Esq.
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana  70113
(504) 525-1335
*jbruno@jbrunolaw.com*

**PLEASE TAKE NOTICE** that URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), through their counsel, will take the videotaped deposition of Sherwood Gagliano, Ph.D., on Wednesday, December 14, 2011 at 9:30am at Stone Pigman Walter Wittmann, 546 Carondelet Street, New Orleans, Louisiana 70130.  The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony.  The deposition will be recorded on video and stenographically.  A copy of the subpoena is attached hereto as

Exhibit "1".  As set forth in Exhibit 1, the requested documents are due no later than December 14, 2011.

Dated:  November 23, 2011                              Respectfully submitted,

                                                                                */s/Heather S. Lonian*
William D. Treeby, 12901
Jay C. Gulotta, 6590
Heather S. Lonian, 29956
      Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel
Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
Christopher Farrell
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Deposition has been served upon Plaintiffs' Liaison Counsel via e-mail and the Courts CM/ECF system, this 23nd day of November, 2011.

/s/Heather S. Lonian

1076638v.1