UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Armstrong*, C.A. No. 10-866 | SECTION "K"(2) |

Having been informed by the United States that a short trial continuance would not result in any scheduling difficulties for its experts,

**IT IS ORDERED** that the trial of this matter is **CONTINUED** to **September 10, 2012** to commence at 9:00 a.m.

**IT IS FURTHER ORDERED** that the following deadlines are hereby established:

| | |
|---|---|
| Deadline for Bea Report | February 3, 2012 |
| Deadline for production of Defendants' geotechnical and/or hydrological expert reports | March 8, 2012 |
| Deadline for production of Plaintiffs' rebuttal geotechnical and/or hydrological expert reports | March 22, 2012 |
| Deadline for the completion of depositions and discovery | April 13, 2012 |
| Deadline for the filing of Daubert motions | April 23, 2012 |
| Deadline for the filing of oppositions to Daubert motions | May 14, 2012 |
| Deadline for filing of reply briefs in support of Daubert motions | May 23, 2012 |
| Hearing on Daubert motions | June 28, 2012 at 10:00 a.m. |
| Pretrial Order to be filed | July 23, 2012 |

| Pretrial Conference | July 26, 2012 at 10:30 a.m. |
| --- | --- |
| Pretrial memoranda and motions in limine | August 10, 2012 |
| Response to pretrial motions | August 17, 2012 |
| Trial | September 10, 2012 |

**IT IS FURTHER ORDERED** that as to Plaintiffs' Motion to Amend Scheduling Order Regarding Expert Deadlines that has been referred to Magistrate Judge Jay Wilkinson for a determination as to whether the requested additional testing is necessary and can actually be accomplished, the deadlines herein established **SHALL NOT BE CHANGED AND ANY ADDITIONAL TESTING AND REPORTING MUST BE COMPLETED WITHIN THAT PERIOD.**

New Orleans, Louisiana, this 23rd day of November, 2011.

```
_____
         STANWOOD R. DUVAL, JR.
    UNITED STATES DISTRICT COURT JUDGE
```