|  | Fugro Crew One | Fugro Crew 2 |
|---|---|---|
| Day -8 | Transducers ordered for Fed Ex delivery before day one. | |
| Day -1 | Mobile Mini Office on Site | Mobile Mini Office on Site |
| Day 1 | Develop N EBIA Wells | Develop EBIA SB Wells |
| Day 2 | Develop  N EBIA Wells | Develop EBIA SB Wells |
| Day 3 | Install Data Loggers All Wells | Install Data Loggers All Wells |
| Day 4 | Slug Test N. EBIA Wells (deep) | Slug Test EBIA-SB Wells (deep) |
| Day 5 | Slug Test N. EBIA Wells (shallow) | Slug Test EBIA-SB Wells (shallow) |
| Day 6 | Recovery | Recovery |
| Day 7 | Recovery | Recovery |
| Day 8 | Recovery | Recovery |
| Day 9 | Recovery | Recovery |
| Day 10 | Develop N EBIA Wells | Develop EBIA SB Wells |
| Day 11 | Develop  N EBIA Wells | Develop EBIA SB Wells |
| Day 12 | Slug Test N. EBIA Wells (deep) | Slug Test EBIA-SB Wells (deep) |
| Day 13 | Slug Test N. EBIA Wells (shallow) | Slug Test EBIA-SB Wells (shallow) |
| Day 14 | Recovery | Recovery |
| Day 15 | Recovery | Recovery |
| Day 16 | Recovery | Recovery |
| Day 17 | Recovery | Recovery |
| Day 18 | Develop N EBIA Wells | Develop EBIA SB Wells |
| Day 19 | Develop  N EBIA Wells | Develop EBIA SB Wells |
| Day 20 | Slug Test N. EBIA Wells (deep) | Slug Test EBIA-SB Wells (deep) |
| Day 21 | Slug Test N. EBIA Wells (shallow) | Slug Test EBIA-SB Wells (shallow) |
| Day 22 | Recovery | Recovery |
| Day 23 | Recovery | Recovery |
| Day 24 | Recovery | Recovery |
| Day 25 | Recovery | Recovery |
| Day 26 | Background | Background |
| Day 27 | Background | Background |
| Day 28 | Background | Background |
| Day 29 | Pumping Test | Pumping Test |
| Day 30 | Pumping Test | Pumping Test |
| Day 31 | Pumping Test | Pumping Test |
| Day 32 | Pumping Test | Pumping Test |
| Day 33 | Pumping Test | Pumping Test |
| Day 34 | Recovery | Recovery |
| Day 35 | Recovery | Recovery |
| Day 36 | Recovery | Recovery |
| Day 37 | Recovery | Recovery |
| Day 38 | SPARE | SPARE |
| Day 39 | SPARE | SPARE |
| Day 40 | SPARE | SPARE |
| Day 41 | SPARE | SPARE |
| Day 42 | SPARE | SPARE |