MINUTE ENTRY
WILKINSON, M. J.
NOVEMBER 30, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  MRGO<br>Armstrong C.A. No. 10-866 | JUDGE DUVAL<br>MAG. WILKINSON |

**HEARING AND ORDER ON MOTION**

APPEARANCES:   Joseph M. Bruno and Tom Sims, counsel for plaintiffs; William Treeby and Jay Gulotta, representing defendant Washington Group International, Inc. ("WGI"); Robin Smith and Rupert Mitsch, counsel for the United States (all via telephone)

MOTION:   Plaintiffs' Motion to Amend Scheduling Order Regarding Expert Deadlines, Record Doc. No. 20550 (portion referred to me regarding additional testing)

O R D E R E D:

 XXX : DISMISSED AS MOOT. As to the first referred issue, plaintiffs concede that the proposed additional pump testing can<u>not</u> be completed within the six-week extension period contemplated by Judge Duval's order. As to the second referred issue, all parties have reached a stipulation that will be reduced to writing and executed by all counsel, rendering the proposed excavation or trenching unnecessary. Based upon the parties' agreement, the evidentiary hearing scheduled for today is CANCELLED as unnecessary, and the referred portion of this motion is moot. None of the dates or deadlines set in Judge Duval's scheduling order, Record Doc. No. 20592, are altered in any way.

**CLERK TO NOTIFY:**                                                     JOSEPH C. WILKINSON, JR.
**HON. STANWOOD R. DUVAL, JR.**                        UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 10