UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | NO.  05-4182 |
| | * * | SECTION "K"(2) |
| PERTAINS TO:  MRGO       *Armstrong*, No. 10-866 | * * | JUDGE DUVAL |
| | * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S PRELIMINARY WITNESS LIST

Pursuant to the Court's Minute Order dated March 17, 2011, as modified by the Court's Order dated July 25, 2011, Defendant Washington Group International, Inc. ("WGII")[1] submits this preliminary list of fact and expert witnesses that may or will be called to testify at trial in the above-referenced action.

Although WGII has endeavored in good faith to prepare this preliminary witness list, it is necessarily limited, because discovery in this case is not complete, and will not close until April 13, 2012.  Consequently, WGII has prepared this preliminary list on the basis of its best efforts and the information currently available, and submits this list in accordance with the Court's March 17 and July 25 Orders.

---

[1]  Subsequent to the activities alleged in Plaintiffs' Complaint, WGII was acquired by URS Corporation, a Delaware Corporation.  WGII, now known as URS Energy & Construction, Inc., is a subsidiary of URS E&C Holdings, Inc., a Delaware Corporation.  URS E&C Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation.  URS Holdings Inc. is a subsidiary of URS Corporation.

**FACT WITNESSES**

Alex Brogna
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA 70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter:  Washington Group International, Inc.'s ("WGII") work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between 1999 and May 2005, pursuant Task Order 26

Alvin Clouatre
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA 70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: Washington Group International, Inc.'s ("WGII") work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between 1999 and May 2005, pursuant to Task Order 26

Gerald J. Dicharry, Jr.
Retired Project Manager for Lock Replacement Project
1813 Francis Ave.
Metairie, LA  70003-4653
Subject matter:  The Lock Replacement Project

John Grieshaber, Ph.D.
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  the IHNC

Geneva Grille, P.E.
110 Noble Drive
Belle Chasse, LA  70037
<u>Subject Matter</u>:  The engineering interface between the U.S. Army Corps of Engineers and the Louisiana Department of Transportation, Lake Borgne Levee District ("L.B.L.D."), Orleans Levee District ("O.L.D.") and various contractors regarding the LPVHPP

Lee A. Guillory, P.E.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Washington Group International, Inc.'s ("WGII") work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between 1999 and May 2005, pursuant to Task Order 26

James A. Montegut
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between early 2000 and May 2005, pursuant to Task Order 26

Dennis O'Conner
35745 Calle Nopal
Temecula, CA 92592
<u>Subject matter</u>:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between July 2000 and April 2005, pursuant to Task Order 26

Michael O'Dowd
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Personal experience and observations from IHNC lock during Hurricane Katrina

Richard Pinner
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Geotechnical analysis of soil in the EBIA

Stephen C. Roe
14054 West Cornell Avenue
Lakewood, CO  80228
<u>Subject matter</u>:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between July 1999 and June 2001, pursuant to Task Order 26

Stevan G. Spencer, P.E.
Executive Director - Orleans Levee District
New Orleans, LA 70122
<u>Subject matter</u>:  The operation and maintenance of the IHNC levees and floodwalls pre-Katrina

Phillip L. Staggs
225 S. Tropical Trail
Meritt Island, FL  32952
<u>Subject matter</u>:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between July 2000 and April 2005, pursuant to Task Order 26

Dennis Trocchiano
Orleans Levee District
New Orleans, LA 70122
<u>Subject matter</u>:  The operation and maintenance of the IHNC levees and floodwalls pre-Katrina

-5-

**EXPERT WITNESSES**

| EXPERT | SUBJECT MATTER/ EXPERTISE |
|---|---|
| **Prof. Robert A. Dalrymple**<br>Civil Engineering Department<br>210 Latrobe Hall<br>Johns Hopkins University<br>Baltimore, MD  21218 | civil and coastal engineering (including storm surge, waves, water flow, overtopping and tides) in connection with the breaches along the eastside of the Industrial Canal |
| **James Danner**<br>Denson Engineers, Inc.<br>2030 Dickory Avenue, Suite 104<br>Harahan , LA 70123 | civil engineering relating to plaintiffs' damage claims |
| **Jean-Prieur Du Plessis**<br>Madsen, Kneppers & Associates, Inc.<br>650 Poydras Street, Suite 1150<br>New Orleans, LA 70130 | plaintiffs' claims for real property damage |
| **Karl G. Schneider**<br>Madsen, Kneppers & Associates, Inc.<br>3300 Irvine Avenue, Suite 370<br>Newport Beach, CA 92660 | plaintiffs' claims for movable property damage and additional living expenses |
| **Holly Sharp**<br>LaPorte Sehrt Romig Hand<br>111 Veterans Memorial Blvd., Heritage Plaza Suite 600<br>Metairie, Louisiana 70005 | plaintiffs' claims for loss of income |
| **Francisco Silva-Tulla, Sc.D., P.E.**<br>GeoEngineering and Environment<br>12 Baskin Road<br>Lexington, MA  02421 | civil and geotechnical engineering relating to the cause of failure of the levee/ floodwalls along the eastside of the Industrial Canal |
| **David W. Sykora, Ph.D., P.E.**<br>Exponent<br>9 Strathmore Road<br>Natick, MA 01760 | government contractor defense and standard of care governing WGII's work performed pursuant to Task Order 26 |
| **Michael W. Truax, MAI**<br>Truax, Robles & Baldwin, LLC<br>3045 Ridgelake Drive<br>Suite 100<br>Metairie, LA  70002 | commercial and private real estate appraisal |

1077386v.1

Dated:       December 1, 2011                  Respectfully submitted,


                */s/William D. Treeby*
                William D. Treeby, Bar No. 12901
                James C. Gulotta, Jr., Bar No. 6590
                Heather S. Lonian, Bar No. 29956
                STONE PIGMAN WALTHER WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, LA 70130
                Phone:  504-581-3200
                Fax:  504-581-3361

                Adrian Wager-Zito
                Debra S. Clayman
                JONES DAY
                51 Louisiana Avenue, N.W.
                Washington, D.C. 20001-2113
                Phone:  1-202-879-3939
                Fax: 1-202-626-1700

                *Attorneys for Defendant*
                *Washington Group International, Inc.*


# **C E R T I F I C A T E**

    I hereby certify that a copy of the above and foregoing Preliminary Witness List has been served upon all counsel of record through the Court's CM/ECF electronic filing system this 1st day of December, 2011.


                */s/William D. Treeby*

1077386v.1