UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S PRELIMINARY EXHIBIT LIST

Pursuant to the Court's Minute Order dated March 17, 2011, as modified by the Court's Order dated July 25, 2011, Defendant Washington Group International, Inc. ("WGII")[1] submits this preliminary list of exhibits that may or will be introduced at trial in the above-referenced action.

Although WGII has endeavored in good faith to prepare this preliminary exhibit list, it is necessarily limited, because discovery in this case is not complete, and will not close until April 13, 2012. Consequently, WGII has prepared this preliminary list on the basis of its best efforts and the information currently available, and submits this list in accordance with the Court's March 17 and July 25 Orders.

1. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data

---

[1] Subsequent to the activities alleged in Plaintiffs' Complaint, WGII was acquired by URS Corporation, a Delaware Corporation. WGII, now known as URS Energy & Construction, Inc., is a subsidiary of URS E&C Holdings, Inc., a Delaware Corporation. URS E&C Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation. URS Holdings Inc. is a subsidiary of URS Corporation.

2. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data

3. American Society of Civil Engineers External Review Panel, <u>The New Orleans Hurricane Protection System:  What Went Wrong and Why</u> (2007), including underlying data

4. "Team Louisiana" Final Report:  The Failure of the New Orleans Levee System during Hurricane Katrina

5. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report

6. Maps of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish

7. Amended "MR-GO" Master Consolidated Class Action Complaint and Complaint in Intervention filed by Kenneth Armstrong, *et al*.

8. An Act to Authorize Construction of the Mississippi River-Gulf Outlet, Pub. L. No. 84-455, 70 Stat. 65, 65 (1956)

9. H.R. Doc. No. 89-231 (1965)

10. Water Resources Development Act of 1986, Pub. L. No. 99-662, § 844(a)-(b), 100 Stat. 4082, 4177 (1986)

11. Water Resources Development Act of 1996, Pub. L. No. 104-303, § 326(b) 110 Stat. 3658, 3717 (1996)

12. Woolley, Douglas and Leonard Shabman, "Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project," Draft Final Report for the Headquarters, U.S. Army Corps of Engineers, June 2007

13. J. Westerink, B. Ebersole, and H. Winer, Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity (February 21, 2006)

14. URS Corp., The Direct Impact of the Mississippi River Gulf Outlet on Hurricane Storm Surge (prepared for Louisiana Department of Natural Resources) (2006)

15. U.S. Army Corps of Engineers, New Orleans District, Numerical Modeling of Storm Surge Effect of MRGO Closure (2003)

16. C.L. Bretschneider and J.I. Collins, Storm Surge Effects of the Mississippi River Gulf Outlet, Study A, National Engineering Science Company Report No. SN 326-A (1966)

17. March 1997 Final Evaluation Report for Mississippi River-Gulf Outlet, New Lock and Connecting Channels
 (http://www.mvn.usace.army.mil/prj/ihnc/EvaluationReport/ihnc_eval.htm)

18. U.S. Army Corps of Engineers IHNC Project Fact Sheet

19. Total Environmental Restoration Contract, DACA56-94-D-0021

20. Task Order 26 of Total Environmental Restoration Contract, DACA56-94-D-0021, and all accompanying modifications and Statements of Work

21. Project Work Plan for Project Site Development and Remedial Action of East Bank Industrial Area, Oct. 2000

22. Design Documentation Rep. No. 1, Feb. 1999, Vol. 1.

23. Project Execution Plan, Jun. 1, 1999

24. USACE Comments on MK's Outline for Recommendation Report , Aug. 6, 1999

25. Letter from A. Smith to L. Guillory, COR Designation Letter, Aug. 18, 1999

26. USACE Comments and MK Response for Draft Recommendation Report, Oct. 15, 1999

27. Comment Submittal for Draft - Revision B., Recommendation Report, Nov. 5, 1999

28. Recommendation Report, Dec. 1999

29. Recommendation Report for Demolition and Site Preparation Activities of the East Bank Industrial Area, Dec. 2, 1999

30. Field Sampling Plan for Project Site Development and Remedial Action of East Bank Industrial Area

31. Contractor Quality Control Plan, Oct. 2000

32. Transmittal and Comments, Final Project Work Plan, Nov. 1, 2000

33. Storm Water Pollution Prevention Plan (Approval Page), Nov. 14, 2000

34. Hurricane Preparedness Plan (Approval Page), Nov. 14, 2000

35. Perimeter Monitoring Plan (Approval Page), Nov. 14, 2000

36. Statement of Work for Project Site Development and Remedial Action, Aug. 28, 2000

37. Sampling and Analysis Plan, Jan. 2001

38. Comment Submittal, Refined Sampling and Analysis Plan, Feb. 1, 2001

39. RECAP Submittal Report – Criteria Document, Apr. 2001

40. RECAP Submittal Report. - Criteria Document, June 2001

41. Comment Submittal, Borrow Pit RECAP Submittal Report, July 3, 2001

42. RECAP Submittal Report - Borrow Pit, Aug. 2001

43. Transmittal, Borrow Pit RECAP Submittal Report, Sep. 7, 2001

44. RECAP Submittal Report – Saucer Marine

45. RECAP Submittal Report – Boland Marine

46. RECAP Comment Submittal – Saucer Marine

47. RECAP Corrective Action Plan - Saucer Marine, May 2002

48. RECAP Corrective Action Plan - Boland Marine, Nov. 2002

49. RECAP Corrective Action Plan - McDonough Marine, Jan. 2002

50. Transmittal Form for RECAP Corrective Action Plan - McDonough Marine, Feb. 26, 2002

51. RECAP Workplan Amendment - Bank Remediation, June 2002

52. NFAATT Submittal Report - McDonough Marine, Dec. 2004

53. NFAATT Submittal Report - Saucer Marine, May 2003

54. NFAATT Submittal Report - Boland Marine, June 2005

55. Transmittal and Comments, NFAATT Submittal Report - McDonough Marine, Mar. 9. 2006

56. Any and all Risk Evaluation and Corrective Action Program ("RECAP") Corrective Action Plans, RECAP Submittal Reports, and RECAP No Further Action At This Time Submittals for the East Bank Industrial Area between 2001-2005, and all amendments thereto, not otherwise listed above

57. Letter from J. Weatherly to J. Montegut, COR Designation Letter, Jan. 30, 2001

58. Email from D. O'Conner to E. Romano et al re: IHNC Turnover, June 2, 2004

59. Org. Chart, June 19, 2002

60. LDEQ Meeting Minutes

61. Technical Completion Report and Record Drawings, IHNC – East Bank Industrial Area, August 2005

62. Work Plan General Discussion Mtg., Aug. 3, 2000

63. Work Plan LDEQ Meeting Minutes, Aug. 21, 2000

64. Work Plan General Discussion Meeting, Oct. 17, 2000

65. USACE Comments on Draft Project Work Plan, Oct. 27, 2000

66. Letter from J. Sensebe to W. Purdum, Program Manager Change, May 20, 2001

67. Technical Analysis of Proposal #113, Aug. 31, 2001

68. WGII Revised – Final Proposal #113 for Excavation and Disposal of Additional Subsurface Foundations, Sept. 24, 2001 Monthly Photo Log, Nov. 20, 2001

69. Inspectors Quality Assurance Report #183, Sept. 18, 2001

70. Inspectors Quality Assurance Report #221, Nov. 7, 2001

71. Inspectors Quality Assurance Report #225, Nov. 13, 2001

72. Inspectors Quality Assurance Report #245, Dec. 13, 2001

73. Inspectors Quality Assurance Report #267, Jan. 26, 2002

74. Inspectors Quality Assurance Report #297, Feb. 22, 2002

75. Inspectors Quality Assurance Report #299, Feb. 24-25, 2002

76. Inspectors Quality Assurance Report #318, Mar. 19, 2002

77. Inspectors Quality Assurance Report #324, Mar. 26, 2002

78. Inspectors Quality Assurance Report #340, Apr. 16, 2002

79. Inspectors Quality Assurance Report #389, June 21, 2002

80. Inspectors Quality Assurance Report #430, Aug. 18, 2002

81. Inspectors Quality Assurance Report #471, Oct. 23, 2002

82. Inspectors Quality Assurance Report #483, Nov. 7, 2002

83. Inspectors Quality Assurance Report #759, Jan. 21, 2004

84. Inspectors Quality Assurance Report #948, Oct. 29, 2004

85. Inspectors Quality Assurance Report #949, Oct. 30-Nov. 1, 2004

86. Inspectors Quality Assurance Report #999, Jan. 18, 2005

87. Letter from L. Guillory to D. O'Conner, EBIA Right-of-Entry, Nov. 1, 2002

88. Memo. for Constr. Div., IHNC Acquisition, Dec. 16, 2002

89. Monthly Photo Log, Nov. 29, 2004

90. Email from L. Guillory to D. O'Conner re: Comments on Subcontractor Excavation Statement of Work

91. Preparatory Phase Meeting Minutes (Demolition), Mar. 29, 2001

92. Supervisory Coordination Meeting Minutes (Demolition), Apr. 11, 2001

93. Hamp's Demolition Work Plan, Apr. 12, 2001

94. Initial Phase Inspection Checklist Form for Demolition, Apr. 23, 2001

95. Final Acceptance Reports (Demolition), May-Nov., 2001

96. Pre-Final Inspection Reports (Demolition), Aug.-Sept., 2001

97. Preparatory Phase Inspection Meeting B55 (Demolition), Aug. 8, 2001

98. Final Acceptance Report (Demolition) McDonough Marine, Sept. 18, 2001

99. Lift Station Revised Work Plan, Oct. 1, 2001

100. Preparatory Phase Inspection Checklist, Sewer Lift Station, Oct. 3, 2001

101. Lift Station Removal Plan (Revision 1), Oct. 10, 2001

102. Lift Station Removal Plan (Revised-Addendum 1), Oct. 12, 2001

103. Lift Station Removal Plan (Revised), Oct. 19, 2001

104. Initial Phase Inspection (Lift Station), Oct. 30, 2001

105. Preparatory Phase Meeting Minutes (Concrete Blocks), Nov. 14, 2001

106. Wedding Cake Final Work Plan, Dec. 11, 2001

107. Sketch 1 – Boland Marine Subsurface Foundations

108. Stewart Submittal for Removal/Disposal of Barge and Tanker, Dec. 2001

109. Borrow Pit Extension Application, Rev. Jan. 8, 2002

110. Transmittal and Comments, Borrow Pit Extension App. - Feb. 4, 2002

111. Pre-Final Inspection Report (Concrete Blocks) Mar. 21, 2002

112. Memo for Engineering Division, Geotechnical Stability Analysis, Apr. 15, 2002

113. Fax from J. Montegut to L. Guillory attaching Borrow Pit Design Template, June 10, 2002

114. Email from L. Guillory to D. O'Conner et al. re: Draft Bank Material Remediation, June 25, 2002

115. Letter from J. Montegut to WGII re: Final Site Visit, May 26, 2005

116. Email from J. Agan to C. Burdine re: EBIA Field Visit, Aug. 9, 2005

117. Deposition of George Bacuta, Ph.D., July 2, 2008, and exhibits

118. Declaration of Robert Bea, Apr. 16, 2006, and exhibits

119. Deposition of Alvin Clouatre, June 20, 2008, and exhibits

120. Deposition of Gerald Dicharry, Oct. 2, 2008, and exhibits

121. Deposition of John Grieshaber, Vol. I, June 27, 2008, and exhibits

122. Deposition of John Grieshaber, Vol. II, Aug. 21, 2008, and exhibits

123. Deposition of Lee Guillory, Vol. I, June 30, 2008, and exhibits

124. Deposition of Lee Guillory, Vol. II, Aug. 22, 2008, and exhibits

125. Summary of Experience for L. Guillory

126. Deposition of James Montegut, Aug. 8, 2008, and exhibits

127. Deposition of Dennis O'Conner, Aug. 13, 2008, and exhibits

128. Deposition of Stephen Roe, Apr. 17, 2008, and exhibits

129. Declaration of Stevan G. Spencer

130. Deposition of Phillip Lee Staggs, Apr. 26, 2008, and exhibits

131. Amended 30(b)(6) Dep. Notice for Washington Group International, Inc., Mar. 20, 2008

132. Deposition of Anne Veigel, April 17, 2008, and exhibits

133. Depositions of Jeannine Armstrong, July 9, 2007 and September 13, 2011, and exhibits

134. Depositions of Kenneth Armstrong, July 9, 2007 and September 12, 2011, and exhibits
135. Deposition of Ethel Mae Coats, July 11, 2007, and exhibits
136. Deposition of Fred Holmes, September 24, 2011, and exhibits
137. Deposition of Jeneen Holmes, September 25, 2011, and exhibits
138. Deposition of Alvin Livers, September 14, 2011, and exhibits
139. Deposition of Barbara Livers, September 15, 2011, and exhibits
140. Deposition of Nathan Morgan, September 24, 2011, and exhibits
141. Deposition of Clifford Washington, September 28, 2011, and exhibits
142. Deposition of Patricia Washington, September 27, 2011, and exhibits
143. Deposition of Sherwood Gagliano, June 18, 2008, and exhibits
144. Deposition of Walter Baumy in *Robinson v. United States*, April 9, 2008, and exhibits
145. Deposition of Gerald Colletti in *Robinson v. United States*, April 2, 2008, and exhibits
146. Deposition of Richard Varuso in *Robinson v. United States*, April 1, 2008, and exhibits
147. Deposition of William Villavasso in *BARGE*, December 18, 2007, and exhibits
148. June 2, 2006 photographs by Dr. Francisco Silva-Tulla

149. Expert Report of Robert Bea filed in *Robinson v. United States*, No. 06-2268, on July 14, 2008

150. Soils data and hydrological data relating to the EBIA and/or IHNC that has previously been produced in this matter by: (1) WGII; (2) the United States Army Corps of Engineers ("USACE"); (3) the Interagency Performance Task-Force ("IPET"); and/or (4) the Independent Levee Investigation Team ("ILIT") and the University of California, Berkeley
151. Soils data and hydrological data relating to the EBIA and/or IHNC from: (1) IPET; (2) ILIT and the University of California, Berkeley; (3) the National Geodetic Survey ("NGA"); and/or (4) the U.S. Geological Survey ("USGS") and Louisiana State University that is publicly available, including but not limited to the data available at the following websites:
    a. http://nolarisk.usace.army.mil/index.htm
    b. http://www.usace.army.mil/CECW/Pages/ipetrep_drafts.aspx
    c. http://www.ce.berkeley.edu/projects/neworleans
    d. http://www.ngs.noaa.gov
    e. http://seamless.usgs.gov/website/seamless.view.htm
    f. http://atlas.lsu.edu
152. Soils data and other hydrological data relating to the EBIA and/or IHNC admitted at trial in *In re: Katrina Canal Breaches Consolidated Litigation* (Pertains to: MRGO, Robinson, BARGE)
153. Infrastructure information from the City of New Orleans GIS Department that is publicly available at http://giswe.cityofno.com/cnogis/
154. Plaintiffs' Exhibit 2121 in *Robinson v. United States*
155. Defendants' Exhibit 035 in *BARGE*
156. Road Home claim file for Kenneth and Jeannine Armstrong
157. Road Home claim file for Ethel Mae Coats
158. Road Home claim file for Fred Holmes

1077390v.1

159. Road Home claim file for Alvin Livers
160. Road Home claim file for Clifford Washington
161. Alliance claim file for Ethel Mae Coats
162. Allstate Insurance claim file for Kenneth and Jeannine Armstrong
163. Auto Club Family Insurance Company claim file for Fred Holmes
164. Liberty Mutual claim file for Kenneth and Jeannine Armstrong
165. Louisiana Citizens claim file for Clifford Washington
166. State Farm claim file for Alvin Livers

Dated:     December 1, 2011              Respectfully submitted,

/s/William D. Treeby
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
Washington Group International, Inc.

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Preliminary Exhibit List has been served upon all counsel of record through the Court's CM/ECF electronic filing system this 1st day of December, 2011.

/s/William D. Treeby

1077390v.1