UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| MRGO | * | |
| CIV NO. 10-866 | * | |

*******************************************************************************

**JOINT STIPULATION REGARDING SCHOOL YARD PUMPING TEST**

Counsel for Defendants WGII and the Department of Justice hereby agree that the trenching operation proposed by Plaintiffs (as described in the School Site Trench SOP, forwarded to the Defense Experts by Plaintiffs Experts on October 29, 2011) would not uncover any pipes or man-made structures, and that Defendants' experts' opinions criticizing the validity of the School Yard pumping tests will not be based on any pipes or man-made structures that would be exposed or revealed by those trenching operations.  This agreement does not foreclose Defense experts from using any information they have learned or may develop from other sources or from the joint soils-investigation program.

**Respectfully Submitted,**

/s/ Robin Doyle Smith
Robin Doyle Smith
Senior Trial Counsel, Torts Branch
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044
robin.doyle.smith@usdoj.gov
(202) 616-4289
*Attorney For Defendant United States of America*

/s/ William D. Treeby
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, La 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (201) 879-3939
Facsimile: (202) 626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

***and***

/s/ Joseph M. Bruno
Joseph M. Bruno (La. Bar # 3604)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com
*Attorney For Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing JOINT STIPULATION upon all counsel of record by ECF this 2nd day of December, 2011.

/s/Joseph M. Bruno
Joseph M. Bruno