UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

## JOINT MOTION TO AMEND SCHEDULING ORDERS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, the United States, and Washington Group International, Inc. ("WGI"), and respectfully move to amend the Court's March 17, 2011 Scheduling Order (Rec. Doc. No. 20200), as subsequently amended, and to supplement the Court's Order of November 23, 2011 (Rec. Doc. No. 20592), in order to extend the deadline for the final witness and exhibit lists from January 13, 2012 to March 30, 2012, in light of the Court's extension of various deadlines, including the deadline for completion of depositions and discovery, which is set for April 13, 2012.

The parties respectfully submit that granting the relief sought herein will not affect the hearing date for the *Daubert* hearing or the trial date in this matter.

**WHEREFORE**, Plaintiffs, the United States and Washington Group International, Inc., respectfully move to amend the Court's March 17, 2011 Scheduling Order as previously amended by the Court's Order of November 23, 2011 (Rec. Doc. No. 20592).

1078010v.1

- 2 -

| | |
|---|---|
| Dated:  December 8, 2011 | Respectfully submitted, |

| | |
|---|---|
| /s/Robin D. Smith | /s/William D. Treeby |
| Robin D. Smith | William D. Treeby, 12901 |
| Senior Trial Counsel | James C. Gulotta, Jr., 6590 |
| Torts Branch, Civil Division | Heather S. Lonian, 29956 |
| United States Department of Justice | Of |
| Benjamin Franklin Station | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| P.O. Box 888 | 546 Carondelet Street |
| Washington, D.C.  20044 | New Orleans, Louisiana  70130 |
| (202) 616-4289 | Telephone:  (504) 581-3200 |
| (202) 616-5200 (fax) | Facsimile:  (504) 581-3361 |
| | |
| Attorney for the United States | and |
| | |
| and | Adrian Wager-Zito |
| | Debra S. Clayman |
| /s/Joseph M. Bruno | JONES DAY |
| Joseph M. Bruno, 3604 | 51 Louisiana Avenue, N.W. |
| Law Offices of Joseph M. Bruno | Washington, D.C. 20001-2113 |
| 855 Baronne Street | Telephone:  (202) 879-3891 |
| New Orleans, Louisiana  70113 | Facsimile:  (202) 626-1700 |
| Telephone: (504) 525-1335 | |
| Facsimile: (504) 561-6775 | Attorneys for Washington Group International, Inc., a division of URS Corporation |
| Plaintiffs' Liaison Counsel | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion to Amend Scheduling Orders has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 8th day of December, 2011.

                                                            /s/William D. Treeby

1078010v.1