UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| IN RE:  KATRINA CANAL BREACHES | * CIVIL ACTION |
| CONSOLIDATED LITIGATION | * |
| | * NO. 05-4182 |
| | * |
| PERTAINS TO:  MRGO | * SECTION "K" (2) |
| | * |
| | * JUDGE DUVAL |
| | * |
| | * MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## O R D E R

Considering the foregoing Joint Motion to Amend Scheduling Order;

**IT IS ORDERED** that the motion is **GRANTED** and that the Court's March 17,

2011 Order, as subsequently amended, is amended and supplemented as set forth below:

1.  Each party is to file Final Witness and Exhibit Lists on March 30, 2012

2.  This relief is being granted on the condition that the trial date and *Daubert*
    hearing date will not be affected.

New Orleans, Orleans, Louisiana, this _____ day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

1078015v.1