UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * | SECTION "K" (2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |

**O R D E R**

Considering the foregoing Joint Motion to Amend Scheduling Order;

**IT IS ORDERED** that the motion is **GRANTED** and that the Court's March 17, 2011 Order, as subsequently amended, is amended and supplemented as set forth below:

1. Each party is to file Final Witness and Exhibit Lists on March 30, 2012

2. This relief is being granted on the condition that the trial date and *Daubert* hearing date will not be affected.

New Orleans, Orleans, Louisiana, this __9th__ day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

1078015v.1