UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S
### MOTION TO EXCLUDE EVIDENCE REGARDING ECONOMIC LOSS CLAIMS

For the reasons set forth in the accompanying memorandum in support, Washington Group International, Inc.[1] ("WGII") respectfully moves to exclude evidence pertaining to the economic loss claims of plaintiffs Fred Holmes, Jeneen Holmes[2], and Jeannine Armstrong as irrelevant.

**WHEREFORE**, Washington Group International, Inc. respectfully moves to exclude evidence pertaining to the economic loss claims of plaintiffs Fred Holmes, Jeneen Holmes, and Jeannine Armstrong as irrelevant.

---

[1] Subsequent to the activities alleged in Plaintiffs' Complaint, WGII was acquired by URS Corporation, a Delaware Corporation. WGII, now known as URS Energy & Construction, Inc., is a subsidiary of URS E&C Holdings, Inc., a Delaware Corporation. URS E&C Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation. URS Holdings Inc. is a subsidiary of URS Corporation.

[2] For ease of reference, Jeneen Holmes is referred to as a "plaintiff" herein; however, Mrs. Holmes has never been added as a party to this litigation.

1077486v.1

Dated:  December 13, 2011

Respectfully submitted,

*/s/ William D. Treeby*
William D. Treeby, 12901
James C. Gulotta, Jr., 6594
Heather S. Lonian, 29956
     Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
James E. Gauch
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Exclude Evidence Regarding Economic Loss Claims has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 13th day of December, 2011.

*/s/ William D. Treeby*

1077486v.1