**JEANNINE ARMSTRONG, SR.** — **September 13, 2011**

---

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION                NO. 05-4182 K2
                JUDGE DUVAL
PERTAINS TO MRGO          MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
    05-6314, 05-6324, 05-6327, 05-6359,
    06-0225, 06-0886, 06-1885, 06-2152,
    06-2278, 06-2287, 06-2824, 06-4024,
    06-4065, 06-4066, 06-4389, 06-4634,
    06-4931, 06-5032, 06-5155, 06-5159,
    06-5156, 06-5162, 06-5260, 06-5771,
    06-5786, 06-5937, 07-0206, 07-0621,
    07-1073, 07-1271, 07-1285

* * *

Deposition of JEANNINE ARMSTRONG, given at the offices of Bruno & Bruno, 855 Baronne Street, New Orleans, Louisiana 70113, on September 13th, 2011.

REPORTED BY:
    JOSEPH A. FAIRBANKS, JR., CCR, RPR
    CERTIFIED COURT REPORTER #75005

---

Page 2

APPEARANCES:

REPRESENTING THE PLAINTIFFS:
    LAW OFFICE OF GERALD N. ANDRY, JR.
    (BY: GERALD N. ANDRY, JR., ESQUIRE)
    710 Carondelet Street
    New Orleans, Louisiana 70130
    504-581-4334
- AND -
    DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE, L.L.P.
    (BY: JOSHUA M. PALMINTIER, ESQUIRE)
    618 Main Street
    Baton Rouge, Louisiana 70801-1910
    225-344-3735

REPRESENTING THE UNITED STATES OF AMERICA:
    U.S. DEPARTMENT OF JUSTICE
    (BY: JAMES F. MCCONNON, JR., ESQUIRE)
    Torts Branch, Civil Division
    P.O. Box 888
    Benjamin Franklin Station
    Washington, D.C. 20044
    202-616-4289

---

Page 3

REPRESENTING WASHINGTON GROUP INTERNATIONAL, INC.:
    JONES DAY
    (BY: DEBRA S. CLAYMAN, ESQUIRE)
    51 Louisiana Avenue, N.W.
    Washington, D.C. 20001-2113
    202-879-4645
- and -
    STONE PIGMAN WALTHER WITTMANN, L.L.C.
    (BY: WILLIAM D. TREEBY, ESQUIRE)
    546 Carondelet Street
    New Orleans, Louisiana 70130
    504-581-3200

VIDEOGRAPHER:
    KEN HART (HART VIDEO)

ALSO PRESENT:
    KENNETH PAUL ARMSTRONG, SR.

---

Page 4

E X A M I N A T I O N   I N D E X

EXAMINATION BY:                          PAGE
MS. CLAYMAN  ..............................10
MR. MCCONNON ..............................164
MR. ANDRY    ..............................166

E X H I B I T   I N D E X

EXHIBIT NO.                              PAGE
Exhibit 1    ..............................84
Exhibit 2    ..............................89
Exhibit 3    ..............................111
Exhibit 4    ..............................116
Exhibit 5    ..............................132
Exhibit 6    ..............................136
Exhibit 7    ..............................140
Exhibit 8    ..............................147
Exhibit 9    ..............................150
Exhibit 10   ..............................154
Exhibit 11   ..............................163

---

Page 49

1   A. No.
2   Q. Have you received any other job
3   opportunities?
4   A. No. I was very content.
5   Q. Had you considered going part-time
6   before you left the medical center in August of
7   2005?
8   A. No.
9   Q. Following Hurricane Katrina, what is
10  the first job that you obtained outside of your
11  home?
12  A. Um -- at a facility called Houma
13  Outpatient Surgery Center, in Metairie,
14  Louisiana.
15  Q. And when did you begin working there?
16  A. In August of '07.
17  Q. Did you have a contract -- did you
18  sign a contract with Houma Outpatient Surgery
19  Center?
20  A. No.
21  Q. What is your position at Houma?
22  A. I'm an OR nurse.
23  Q. And is that a part-time position?
24  A. Part-time.
25  Q. How many hours a week?

Page 50

1   A. About 24.
2   Q. And what is your hourly wage?
3   A. 28 and some change.
4   Q. Per hour?
5   A. Yes.
6   Q. And do you ever work overtime?
7   A. No.
8   Q. Is there an option available to you to
9   work overtime if you wanted to?
10  A. No.
11  Q. Do you ever have to take call on the
12  weekends?
13  A. No.
14  Q. What type of -- what are the hours of
15  the surgical center?
16  A. Um -- we don't have set hours because
17  we work different -- different doctors start at
18  different times. Um -- you can start either at
19  6:00 in the morning, 7:00 or 8:00 in the
20  morning, and usually go to 2:00, 3:00 in the
21  afternoon.
22  Q. If you wanted to work more than 24
23  hours per week at Houma Medical Center, is
24  there any opportunity for you to do so?
25  A. Um -- there is not a full-time

Page 51

1   position available, um -- so I guess no.
2   Q. Has there ever been -- following
3   Hurricane Katrina, did you look for full-time
4   employment?
5   A. No.
6   Q. Why not?
7   A. Well, right after, there was no
8   full-time employment. The hospital where I
9   worked was gone. We really didn't know where
10  we were going to be. You know, we were -- we
11  were lost.
12  Q. At any time between August 2005 and
13  today, have you ever looked for full-time
14  employment outside of Houma Outpatient Surgery
15  Center?
16  A. No.
17  Q. Why not?
18  A. Um -- as of now?
19  Q. Yes.
20  A. I want to work part-time.
21  Q. And what's your rationale for wanting
22  to work part-time?
23  A. Um -- I only have one child that's
24  still at home, so if I can work part-time I'm
25  going to work part-time.

Page 52

1   Q. Fair enough. Has your -- I may have
2   asked you this, but what is your position --
3   what position did you begin at, at Houma
4   Outpatient Center in August 2007?
5   A. An OR nurse.
6   Q. OR nurse. And what were your
7   responsibilities as an OR nurse?
8   A. Pre-oping the patient in the morning
9   getting them ready for surgery, in the
10  operating room with them, and then getting them
11  to recovery.
12  Q. Has your job responsibilities changed
13  since you began in August 2007 and today?
14  A. No.
15  Q. Have you gotten any kind of promotion
16  since you started in August 2007?
17  A. No.
18  Q. Have you received any raises since you
19  started in August 2007?
20  A. Yes.
21  Q. What are the amounts of the raises you
22  received?
23  A. Um -- I'm not sure, but I believe when
24  I started I was at $27 an hour.
25  Q. Okay.

Page 61

1    A.  About $200 a week.
2    Q.  And this was food for you, your
3  husband and all three of your children?
4    A.  Yes.
5    Q.  This was before Katie went off to
6  college; correct?
7    A.  Yes.
8    Q.  Does that include any dinners you may
9  have had outside your house?
10   A.  No.
11   Q.  So that would be an additional
12  expense?
13   A.  Yes.
14   Q.  About how much would you estimate per
15  month you spent going out for meals?
16   A.  We didn't go out very much.
17   Q.  Okay.
18   A.  We would like order pizza or
19  something.
20   Q.  And what was your mortgage payment per
21  month in 2005, while you were still living on
22  Hamlet Drive?
23   A.  I believe it was seven ninety
24  something.
25   Q.  Did you have regular dry cleaning

Page 62

1  costs in 2005 before Katrina hit?
2   A.  Um -- yes.
3   Q.  What kind of costs were those per
4  month?
5   A.  Um -- a hundred bucks a month.
6   Q.  Any other monthly living expenses
7  before Katrina that I may have missed, that you
8  can think of?
9   A.  Not that I can think of.
10   Q.  Okay.  Yesterday your husband
11  mentioned that your daughter Renee 's tuition
12  in private school, he considered that a living
13  expense.  Do you know how much her tuition was
14  at St. Michael's in Baton Rouge after Katrina
15  hit?
16   A.  Um -- I'm not sure.
17   Q.  Do you know if it was more than the
18  tuition that you paid when she was going to
19  private school in St. Bernard Parish?
20   A.  I'm really not sure.
21   Q.  How long did Renee attend school at
22  St. Michael's?
23   A.  Until May of '06.
24   Q.  Is now a good time to take like a
25  five-minute break?

Page 63

1   A.  It's up to you.  I'm good.
2      MR. ANDRY:
3        Sure.  If you want.
4  EXAMINATION BY MS. CLAYMAN:
5   Q.  We can keep going.
6   A.  Let's go.
7   Q.  All right.  We're going to go through
8  a timeline following Katrina.  We're going to
9  start with the evacuation day.
10      You evacuated your house on Hamlet
11  Drive on Sunday, August 28th, at about
12  3:00 a.m.; is that right?
13   A.  Yes.
14   Q.  You and your son were in one car; is
15  that right?
16   A.  Yes.
17   Q.  Your husband and daughter were in the
18  other car?
19   A.  Yes.
20   Q.  And your mother and your sister
21  followed behind you in a third car?
22   A.  They were in another car, yes.
23   Q.  And whose car were they in?
24   A.  My sister.
25   Q.  Okay.  And so when you evacuated early

Page 64

1  Sunday morning, you went to your daughter
2  Katie 's apartment in Baton Rouge?
3   A.  Yes.
4   Q.  Do you remember how long you stayed
5  with Katie?
6   A.  We only stayed there a little while
7  because we checked into the hotel that day.
8   Q.  When you say a little while, do you
9  mean a few hours?
10   A.  I mean until lunchtime.
11   Q.  Okay.  So you probably arrived in
12  Baton Rouge around 6:00 in the morning --
13   A.  Yes.
14   Q.  -- and stayed till lunchtime.
15   A.  Yes.
16   Q.  Okay.  I believe we looked at hotel
17  receipts yesterday, and I can show them to you
18  later but it looked like it indicated that you
19  checked into the hotel at LSU on September 1st.
20      Does the sound right to you?
21   A.  No.  That's not right.
22   Q.  It's not.  When did you check in?
23   A.  We checked in that Sunday.
24   Q.  Okay.  The 28th?
25   A.  28th.

Page 73

1  Q. Was that a six-month lease or longer?
2  A. I believe it was six months, because
3  we left at the end of May of '06.
4  Q. Okay. And Lakeside Oaks is located in
5  Gonzales, Louisiana?
6  A. Yes.
7  Q. That's right next to Prairieville,
8  right?
9  A. Like a block apart.
10 Q. Okay. So we'll refer to it as the
11 Prairieville apartment.
12 A. That's fine. That's fine.
13 Q. Do you recall if you received rental
14 assistance during the period that you were
15 living in the Prairieville apartment?
16 A. I believe we did.
17 Q. And from whom did receive that
18 assistance?
19 A. FEMA.
20 Q. Do you know how much that was a month?
21 A. I'm not sure.
22 Q. Do you have any records relating to
23 the assistance you received?
24 A. Um -- I'm sure we turned them in.
25 Q. And how long did you live in the

Page 74

1  apartment in Prairieville?
2  A. We moved out in, um -- the end of May
3  of '06.
4  Q. And I believe you said a little while
5  ago that you started feeling symptoms from your
6  radiation treatment in about April of 2006?
7  A. Yes.
8  Q. What kind of symptoms were those?
9  A. Headaches.
10 Q. Anything else?
11 A. Nope.
12 Q. Was there any reason that you could
13 not work between April 2006 and May 2006?
14 A. No.
15 Q. Did you look for work at all while you
16 were living in your apartment in Prairieville?
17 A. No.
18 Q. Why is that?
19 A. Because we weren't going to stay.
20 Q. Okay. While you were living in the
21 apartment in Prairieville, did you make trips
22 down to your house on Hamlet Drive?
23 A. Yes.
24 Q. How frequently did you go down there?
25 A. I'm not sure. We went a few times.

Page 75

1  Q. While you were physically at the
2  location of your house, did you make any lists
3  of contents that were in the house?
4  A. While we were at the house?
5  Q. Yeah.
6  A. No.
7  Q. By the time you left the Lakeside Oaks
8  apartment in June 2006, could you have moved
9  back to Chalmette if you had wanted to?
10 A. No.
11 Q. It was not open for long-term
12 residency at that time?
13 A. There was no place to stay.
14 Q. At that time, during 2006, had you
15 decided that you did not want to rebuild your
16 house?
17 A. No. We hadn't made that decision.
18 Q. Do you know when you made that
19 decision?
20 A. Not exactly sure.
21 Q. After you left Prairieville in
22 June 2006, you moved to Covington, right?
23 A. Yes.
24 Q. And your residence was 28 Park Place,
25 is that right?

Page 76

1  A. Yes.
2  Q. And you moved to Covington in time for
3  your daughter Katie to start school at Hannan,
4  is that right?
5  A. Renee started school in August at
6  Hannan, yes.
7  Q. Is that the only reason you decided to
8  move to Covington?
9  A. Yes.
10 Q. How much was your rent at the
11 apartment in Covington?
12 A. Um -- I think it was eight hundred and
13 something a month.
14 Q. How long did you live in that
15 apartment on Park Place?
16 A. We lived there from, say, June of '06
17 until February '08.
18 Q. Why did you leave in February '08?
19 A. Um -- my daughter Katie was -- moved
20 back in with us, and we needed a third bedroom.
21 Q. Were you diagnosed with pneumonia
22 before or after you moved to Covington?
23 A. After.
24 Q. And how did that diagnosis come about?
25 A. I started having chest pain.

Page 77

1  Q. When did you seek treatment for the
2  chest pain?
3  A. In June.
4  Q. And what kind of treatment did you
5  receive?
6  A. Antibiotics.
7  Q. And at some point did the infection or
8  the pneumonia spread to your back?
9  A. Yes.
10 Q. When was that?
11 A. I was diagnosed with that in
12 September -- August or September of '06.
13 Q. Okay. Between June of 2006 and August
14 of 2006, before you were diagnosed with an
15 infection in your back, was there any medical
16 reason why you could not work?
17 A. I'm sorry. Can you say that again?
18 Q. When you moved to Covington, did you
19 look for full-time employment?
20 A. No.
21 Q. Did you look for any kind of
22 employment?
23 A. No.
24 Q. Why not?
25 A. Well, we were just getting settled in

Page 78

1  a place, we, um -- were trying to get Renee --
2  make sure she was registered at school and all
3  of that.
4  Q. Okay. Was there any medical reason
5  why when you moved to Covington in June 2006
6  that you were not looking for work?
7  A. No.
8  Q. Okay. When you were diagnosed with
9  the -- I don't know what to call the infection
10 that spread to your vertebrae in your back.
11 What is that called?
12 A. Osteomyelitis.
13 Q. When you were diagnosed with
14 osteomyelitis, what kind of treatment did you
15 seek?
16 A. I went to the doctor.
17 Q. And what kind of treatment did he
18 prescribe?
19 A. I was put in the hospital.
20 Q. And that was in September of 2006?
21 A. Yes.
22 Q. How long did you stay in the hospital?
23 A. Four or five weeks.
24 Q. So you got out of the hospital in
25 early November 2006?

Page 79

1  A. Early October.
2  Q. And did you have surgery while you
3  were in the hospital?
4  A. Yes.
5  Q. So was that at West Jefferson?
6  A. Yes.
7  Q. How many surgeries did you have?
8  A. Two.
9  Q. When you were released from the
10 hospital in early 2006, did the doctor place
11 any restrictions on your physical activities?
12 A. In early 2006?
13 Q. I'm sorry. In early October 2006. Or
14 in October -- you were released from the
15 hospital in October 2006?
16 A. Yes.
17 Q. When in October 2006? Do you know?
18 A. The beginning of October, like around
19 October -- the first two weeks of October.
20 Q. Okay. When you were released from
21 West Jefferson, did the doctor put any
22 restrictions on your physical activities?
23 A. Yes.
24 Q. What kind of restrictions were those?
25 A. I had just gotten out the hospital

Page 80

1  after five weeks. Two back surgeries -- I
2  couldn't do much.
3  Q. At what point after the surgery were
4  you able to work again?
5  A. Um --
6  Q. If you wanted to?
7  A. In the summer of '07.
8  Q. As of your July 9th, 2007 deposition
9  you had testified that you had not started
10 looking for work as of July 9. Do you remember
11 that?
12 A. Yes.
13 Q. Do you know how long after the
14 deposition on July 9th that you began looking
15 for work?
16 A. Um -- I'm not sure, but I started
17 working at Houma in August of '07.
18 Q. And how would you describe your job
19 search when you began looking for a job, was it
20 difficult?
21 A. I started looking in the newspaper.
22 Q. And how many jobs did you apply to?
23 A. Um -- I sent my résumé to a few.
24 There really wasn't that many jobs available.
25 Q. Were you only looking for a part-time

Page 81

1  job?
2     A.  Um -- yes.
3     Q.  And did you interview at any other
4  places besides Houma?
5     A.  No.
6     Q.  Besides looking in the newspaper, what
7  other efforts did you make to look for work?
8     A.  That was it.
9     Q.  So as soon as you were able to go back
10 to work, physically, after your back surgery,
11 you looked for work and went back to work, is
12 that right?
13    A.  Yes.
14    Q.  While you were living in the Park
15 Place apartment in Covington, did you decide to
16 demolish your house on Hamlet Drive?
17    A.  I believe so.
18    Q.  I believe in your prior testimony you
19 said that was -- your decision to demolish the
20 apartment [sic] was probably at the end of
21 November 2006.  Does that sound right to you
22 now?
23    A.  It could be.
24    Q.  You don't have any better recollection
25 now than you did in July 2007?

Page 82

1     A.  No.  But I'm going to tell you what,
2  my house had water to the roof.  You can't just
3  go back to that.
4     Q.  Did you hire any professionals to give
5  you an estimate for repairs to your house
6  before you decided to demolish it?
7     A.  Um -- I believe so, yes.
8     Q.  Do you know who those professionals
9  were?
10    A.  Um -- we seen the papers yesterday
11 that you had.
12    Q.  Okay.  And we'll look at those again
13 today when I get back to this.
14        Okay.  After you left Covington in I
15 believe you said February 2008, where did you
16 go next?
17    A.  We went to Mandeville.
18    Q.  You lived in a townhouse in
19 Mandeville?
20    A.  Yeah.  A condo.
21    Q.  Condo.  Do you remember what the
22 street address was in Mandeville?
23    A.  I was 108 W. Brighton Place.
24    Q.  And was this address still close to
25 your daughter Renee's school?

Page 83

1     A.  Yeah.
2     Q.  How much per month did you pay in
3  rent?
4     A.  I think it was $1200 a month.
5     Q.  When did Renee graduate from high
6  school?
7     A.  In May of '09.
8     Q.  After Renee graduated in May 2009, did
9  you continue to stay in Mandeville?
10    A.  Um -- yes.
11    Q.  Why is that?
12    A.  We stayed there from May of '09 until
13 beginning of June 2010.  We were looking for a
14 house, to come back to the south shore.
15    Q.  And how long was your commute to Houma
16 while you were living in Mandeville?
17    A.  About five minutes.
18    Q.  I think we need to change the tape, so
19 now is a good time for a break.
20    A.  Sounds good.
21        (Brief recess.)
22 EXAMINATION BY MS. CLAYMAN:
23    Q.  Hi, Mrs. Armstrong.  I'm going to hand
24 you the next -- the first exhibit in this
25 deposition which is going to be marked Exhibit

Page 84

1  Number 1.  (Tendering.)  And this is a
2  document entitled Plaintiffs' Responses to
3  Defendant Washington Group International,
4  Inc.'s First Set of Interrogatories, Requests
5  for Production of Documents and Requests for
6  Admissions.  On the last page of the document,
7  it has a date of August 5th, 2011.
8         Mrs. Armstrong, have you ever seen
9  this document before?
10        (Exhibit 1 was marked for
11 identification and is attached hereto.)
12    A.  I believe so.
13 EXAMINATION BY MS. CLAYMAN:
14    Q.  When was that?
15    A.  I'm not sure.
16    Q.  Were you ever asked to review and
17 verify that the responses, at least as those
18 responses pertain to you, were accurate?
19    A.  I don't remember.
20    Q.  Okay.  Would you turn to Page 5 of 54.
21 I direct your attention to Interrogatory Number
22 5 in the middle of the page.  And it says,
23 Identify and describe each separate type of
24 injury alleged by every plaintiff in this
25 lawsuit, include in your response the nature of

Page 93

```
 1   turned in a list or you turned in receipts?
 2      A.  Receipts.
 3      Q.  Okay.  Your husband had mentioned
 4   yesterday that he believed there were
 5   relocation costs associated with moving
 6   vehicles when going from apartment to apartment
 7   after the storm.  Do you remember that?
 8      A.  Moving vehicles?
 9      Q.  Yeah.  Like moving vans.
10      A.  Okay.
11      Q.  Do you recall using moving vans when
12   you moved from Prairieville to Covington?
13      A.  No.
14      Q.  Did you have a moving van when you
15   moved from Covington to Mandeville?
16      A.  Yes.
17      Q.  All right.  Are you claiming the cost
18   of that moving van as relocation costs in this
19   case?
20      A.  If that's a relocation cost, then yes.
21      Q.  Do you have any receipts for that?
22      A.  Um -- not that I know of.
23      Q.  Do you know how much that cost?
24      A.  No.
25      Q.  Your husband also mentioned that you
```

Page 94

```
 1   are claiming rent payments after the storm as a
 2   cost of relocation.  And I believe we have, in
 3   your insurance file, your receipts for rent in
 4   the Prairieville apartment.  Do you remember
 5   seeing those yesterday?
 6      A.  Yes.  Yes.
 7      Q.  Do you have receipts for any other
 8   rental payments you may have made following
 9   Katrina other than this Prairieville apartment?
10      A.  I'm not sure.
11      Q.  If you have any other receipts, would
12   you have turned them over to your attorney?
13      A.  I'm sure I would have.
14      Q.  The next type of injury listed in
15   plaintiffs' response to Interrogatory Number 5
16   is loss of business opportunities and business
17   interruption.
18          You don't have a claim in this case
19   for either loss of business opportunity or
20   business interruption; right?
21      A.  Well, the hospital where I work wasn't
22   there anymore.
23      Q.  Right.  So you are making a claim for
24   business interruption?
25      A.  Um -- if that's considered business
```

Page 95

```
 1   interruption.  I don't own the business.
 2      Q.  Do you know how much money you would
 3   be claiming?
 4      A.  I don't know.
 5      Q.  Is this a separate claim from your
 6   loss of income claim?
 7      A.  I'm really confused.  I'm really not
 8   sure how it --
 9      Q.  That's fine.  Let's move on to the
10   next one.  The next type of injury listed in
11   plaintiffs' response to Interrogatory Number 5
12   is evacuation expenses.
13          You're claiming evacuation expenses in
14   this case; correct?
15      A.  Yes.
16      Q.  And you have turned over the receipts
17   for any evacuation costs you are seeking to
18   your attorneys, is that right?
19      A.  Yes.
20      Q.  Are there any evacuation expenses that
21   you are seeking where you have not turned over
22   the supporting documentation to your attorneys?
23      A.  Not that I know of.
24      Q.  The next item in Interrogatory Number
25   5 is personal injury.
```

Page 96

```
 1          You don't have claim in this case for
 2   personal injury; is that correct?
 3      A.  Correct.
 4      Q.  You don't have a claim for wrongful
 5   death or survival damages?
 6      A.  No.
 7      Q.  You don't have a claim for fear or
 8   fright?
 9      A.  No.
10      Q.  You don't have a claim for emotional
11   distress, grief or mental anguish?
12      A.  No.
13      Q.  Do you have a claim for inconvenience?
14      A.  Yes.
15      Q.  Do you know how much that -- the
16   amount of that claim?
17      A.  I don't think you can put a value on
18   it.  You can't put a number.  Inconvenience is,
19   um -- started the day we left, until now.
20      Q.  Do you have a claim in this case for
21   pain and suffering?
22      A.  No.
23      Q.  And you don't have a claim in this
24   case for loss of capacity to enjoy life, is
25   that right?
```