00001
1     UNITED STATES DISTRICT COURT
2     EASTERN DISTRICT OF LOUISIANA
3
4  IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
   CONSOLIDATED LITIGATION
5                   NO. 05-4182 "K"(2)
6  PERTAINS TO: MRGO         JUDGE DUVAL
7  FILED IN: 05-4181, 05-4182,    MAG. WILKINSON
   05-5237, 05-6073, 05-6314,
8  05-6324, 05-6327, 05-6359,
   06-0225, 06-0886, 06-1885,
9  06-2152, 06-2278, 06-2287,
   06-2824, 06-4024, 06-4065,
10 06-4066, 06-4389, 06-4634,
   06-4931, 06-5032, 06-5155,
11 06-5159, 06-5161, 06-5162,
   06-5260, 06-5771, 06-5786,
12 06-5937, 07-0206, 07-0621,
   07-1073, 07-1271, 07-1285
13
14
15
   Videotaped deposition of JEANNINE B. ARMSTRONG,
16 28 Park Place Drive, Apartment 601, Covington,
   Louisiana  70433, taken in the offices of Bruno &

Page 1

00002
1 APPEARANCES CONTINUED:
2    LABORDE & NEUNER
     (BY: GREGORY A. KOURY)
3    Suite 200
     One Petroleum Center
4    1001 West Pinhook Road
     Lafayette, Louisiana  70503
5
       ATTORNEYS FOR THE BOARD OF
6      COMMISSIONERS FOR THE
       ORLEANS LEVEE DISTRICT
7
8    DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER
      & WEINSTOCK
9    (BY: JOSEPH E. BEARDEN, III)
     Suite 2900
10   3838 North Causeway Boulevard
     Metairie, Louisiana  70002
11
       ATTORNEYS FOR THE BOARD OF
12     COMMISSIONERS FOR THE LAKE BORGNE
       BASIN LEVEE DISTRICT
13
14   STONE PIGMAN WALTHER WITTMANN
     (BY: CARMELITE M. BERTAUT)

Page 2

00003
1 APPEARANCES CONTINUED:
2 VIDEOTAPED BY:
3    TODD MEAUX
     Depo-Vue, Inc.
4    Suite 205
     3200 Ridgelake Drive
5    Metairie, Louisiana  70002
     (504) 828-8856 or (888) 337-6883
6
7
  REPORTED BY:
8
     CAROL VALLETTE SLATER
9    Certified Court Reporter
     Registered Professional Reporter
10
11
12
13
14
15
16
17
18
19

Page 3

00004
1            I N D E X
2
3 EXAMINATION BY:              PAGE
4 MR. DOAK                     5
5 MR. BEARDEN                  131
6
7
8 EXHIBITS:
9 Jeannine Armstrong Exhibit Number 1    37
     Document entitled "Plaintiffs'
10   Response to MRGO Defendants' First
     Set of Joint Class-Certification
11   Requests for Admission,
     Interrogatories, and Requests for
12   Production of Documents"
13 Jeannine Armstrong Exhibit Number 2    37
     Document entitled "Plaintiffs'
14   Response to MRGO Defendants' First
     Set of Joint Interrogatories,
15   Requests for Production of
     Documents and Requests for
16   Admissions to Plaintiffs Regarding
     Common Liability Issues"
17
  Jeannine Armstrong Exhibit Number 3    104

EXHIBIT D

Page 4

00009
1  Q. What was your maiden name?
2  A. Broggi, B-R-O-G-G-I.
3  Q. And do you have children?
4  A. Yes.
5  Q. And their names and ages?
6  A. I have a son, Kenneth, who's 23; a
7 daughter Katie, who's 21; and a daughter Rene,
8 who's 16.
9  Q. And were any of those children
10 living with you before -- shortly before
11 Hurricane Katrina?
12  A. They all were living with us.
13  Q. Were any other people residing in
14 your house besides you and your husband and your
15 three children?
16  A. No.
17  Q. And what is your current address?
18  A. 28 Park Place Drive, Apartment 601,
19 in Covington.
20  Q. And how long have you been at that
21 address?
22  A. Last June, we moved in.
23  Q. I believe I recall seeing that you
24 all evacuated before the storm.
25  A. Yes.

Page 9

00010
1  Q. Just very briefly -- we'll come back
2 to the details -- but about what time did you
3 leave and what time did you come back to the
4 area?
5  A. We left at about 4:00 a.m. on
6 Sunday.
7  Q. And what day was Sunday? Was that
8 the day of the storm?
9  A. That was the day before the storm.
10  Q. Before. And where did you go?
11  A. To Baton Rouge.
12  Q. And how long were you in Baton
13 Rouge?
14  A. How long?
15  Q. Yes.
16  A. Until June of last year.
17  Q. And as soon as you returned to the
18 New Orleans area, then you began living in this
19 apartment in Covington, where you still reside.
20  A. That's where -- yes.
21  Q. And prior to Hurricane Katrina, you
22 lived at what address?
23  A. 4016 Hamlet Place.
24  Q. And you had been there since 1985?
25  A. Yes.

Page 10

00011
1  Q. And would you describe your
2 educational background, please?
3  A. I'm a registered nurse, graduated
4 from LSU Nursing School.
5  Q. In what year?
6  A. 1994.
7  Q. And would you describe your
8 employment history briefly, please?
9  A. When I first got out of school, I
10 worked at Charity, Labor and Delivery. Then, in
11 November of '94, I went to Chalmette Medical
12 Center, worked in the operating room for nine
13 years there. Then, from the operating room, I
14 transferred to another department, Special
15 Procedures, and worked there till Friday before
16 the hurricane.
17  Q. How far is that Chalmette hospital
18 from your Hamlet house?
19  A. Less than a mile.
20  Q. Can you briefly describe the
21 occasions where there were hurricanes before
22 Hurricane Katrina while you all were living in
23 the Hamlet house, what your experience was with
24 them.
25  A. We only really evacuated maybe twice

Page 11

00012
1 before. The last time was for Hurricane Georges.
2  Q. Do you recall what year that was?
3  A. No.
4  Q. What was the level of damage, if
5 any, to your house on Hamlet?
6  A. Nothing. Not even water in the
7 street.
8  Q. And what about the second
9 evacuation?
10  A. Second evacuation was for Katrina.
11  Q. We will spend the rest of the day,
12 hopefully not all day, but the rest of the time
13 that we're here talking about the details, but I
14 really don't have a lot of background on you yet.
15 Could you just give me a introductory, brief
16 overview of your experience before, during and
17 after Hurricane Katrina?
18  A. We were planning on leaving at --
19 early Sunday morning. Get up in the morning, see
20 exactly where the hurricane was, what it was
21 doing. Some friends of ours called about 2:00 in
22 the morning, you know, saying it was a
23 hurricane -- it was a Class 5, we got to get out
24 of here. You know, so, we woke up and, you know,
25 started getting our stuff together and woke up --

Page 12

00081
1  the effect on your liver.  So, we went to a lab
2  on the north shore to get that done every week,
3  and the results were sent to the infectious
4  disease doctor.  I had to see the back surgeon,
5  Dr. Steck, maybe, like, in November and then
6  December, I seen him again.  I seen him in March.
7       Q.   So, you had a regular series of
8  ongoing follow-up --
9       A.   Yes.
10      Q.   -- visits with some of those doctors
11 through the end of 2006, and some of them even
12 into 2007?
13      A.   Yes.  Yes.
14      Q.   How has that experience affected
15 your daily routine now?  Are you recovered now?
16      A.   I'm doing a lot better than I was.
17      Q.   Sure.
18      A.   Trying to build my strength up to go
19 back to work.  The work I did was pretty
20 physical, moving patients, pulling patients.
21      Q.   How long were you out of work?
22      A.   I haven't worked since the
23 hurricane.
24      Q.   Now, are you -- that's not on our
25 list of four.  You're not seeking relief for

Page 81

00082
1  being out of work as part of this lawsuit?
2       A.   As in loss of wages?
3       Q.   Yes.  I'm asking you.  I'm not
4  trying to put things on your work, I'm not trying
5  to trick you, but I want to be real clear --
6       A.   Well, the hospital I used to work
7  at's not there any longer.
8       Q.   All right.
9       A.   So, you know, that doesn't exist
10 anymore.
11      Q.   I'm just asking you a question:  Are
12 you seeking any type of relief in this lawsuit
13 because you've been out of work?
14      A.   I don't know how to answer that.
15      Q.   Okay.  Not clear to you that you are
16 seeking relief for that.
17           MR. EXNICIOS:
18               It's been asked and
19           answered.
20 EXAMINATION BY MR. DOAK:
21      Q.   Other than those follow-on visits
22 that you described through 2006, some into 2007,
23 have there been any additional surgeries or
24 procedures as a result of the pneumonia or
25 infected spine?

Page 82

00083
1       A.   I have x-rays -- like, when I go to
2  the doctor, they x-ray me, if that's what you
3  meant.
4       Q.   Are you still on medications?
5       A.   No.
6       Q.   Let's switch now to the detailed
7  circumstances surrounding the mental distress
8  that we discussed some earlier.  Why didn't you
9  ever seek professional assistance, go to
10 psychiatrists, a counselor, a psychologist,
11 someone to help you?  Did you not feel that it
12 would be worthwhile?
13      A.   Everybody's going through the same
14 thing.
15      Q.   Well, perhaps, though, not everybody
16 has submitted a Form 95 saying that they were
17 making a claim for $500,000 on mental distress.
18 I understand it's hard to value mental distress,
19 but that's also a lot of money.
20      A.   Right.
21      Q.   So, I'm trying to see why you, as a
22 registered nurse, would not have gone and sought
23 professional medical care to assist with mental
24 distress, is my question to you.
25      A.   I go to enough medical doctors now,

Page 83

00084
1  you know, constantly, you know, still.  I
2  don't -- I don't like to go to the doctor.
3  Basically, nurses are the worst patients.
4       Q.   You didn't believe that they could
5  do anything for you that you couldn't do for
6  yourself?
7       A.   I think you have to deal with it.
8  Everybody has to deal with it.  And everybody's
9  dealing with it the best way they can.  I don't
10 think somebody telling me, you know, you've lost
11 everything, you've got to get over it -- I know
12 that.
13      Q.   Did you have any friends or family
14 who were seriously injured, bodily injury, died
15 or serious bodily injury as a result of Hurricane
16 Katrina?
17      A.   No.
18      Q.   Have you ever, before this mental
19 distress arising from Hurricane Katrina, had any
20 mental health issues?
21      A.   No.
22      Q.   Have you ever sought medical
23 treatment by a psychologist or psychiatrist?
24      A.   No.
25      Q.   How does your mental distress

Page 84