# G. Randolph Rice, Ph. D.

ECONOMICS
7048 MONITEAU COURT
BATON ROUGE, LOUISIANA 70809

Professor Emeritus
Economics
Louisiana State University
Baton Rouge, Louisiana

(225) 927-4546
(225) 921-7071
Fax (225) 927-2568
grrice12@yahoo.com

September 19, 2011

Mr. Elwood C. Stevens, Jr.
Attorney at Law
P.O. Box 3668
Lafayette, LA 70502

Re: *Fred N. Holmes, Jr., and*
    *Ms. Jeneen B. Holmes*

Dear Mr. Stevens:

  Please accept this correspondence as presenting the preliminary economic calculations as requested in the above captioned case. In particular, we have looked at the "loss of earnings" experienced by Mr. Holmes as he transitioned jobs from The University of New Orleans in 2006 to his current employment with Rice University; it is unclear whether a similar type calculation is appropriate for Ms. Holmes inasmuch as her actual W-2's for 2006-2007 with User-Friendly Phone Book, LLC, are not available.

  Using Mr. Holmes' 2005 UNO wages $29,867.11 (noting that he was paid for the full calendar year) versus the actual amounts received until he began working with Rice University and considering that he was paid "unemployment compensation" in 2006, an estimate of his "loss of earnings" is $17,152.00.

  Mr. Holmes was not vested by the Louisiana State Employees' Retirement System when he left UNO. Had he maintained his employment in this system until that point-in-time when his years of service would total thirty (30), we can anticipate his "defined benefit" retirement income. Mr.

EXHIBIT
G

Mr. Elwood C. Stevens, Jr.
September 19, 2011
Page 2

Holmes" life-expectancy at the time of trial (July 20, 2011) is given as +36.29 years. The present value of this anticipated retirement benefit…approximately $41,408.00 per annum…to commence in 2028 (with 30 years of "service")…to continue thereafter for the balance of life-expectancy…but viewed (discounted) as of the trial date is $381,164.00. Of course, those "retirement counterparts" that will accrue via the Rice University employment would serve as an "offset" to this amount.

Ms. Holmes is "vested" in the Teachers' Retirement System of Louisiana; she will receive $435.00 per month at age 60 (4/18/2033). Had she maintained her employment with Delgado College for this time period, her estimated retirement income (2033) would have been approximately $4,500.00 per month. Ms. Holmes' life-expectancy at the time of trial is +42.65 years. The present value of the difference in the benefit amounts..as of age 60, etc…is $362,544.00. As with Mr. Holmes, any "offset" from the Rice University employment plan is an appropriate consideration.

I hope this information is useful. Please give me a call with any questions.

Sincerely,

*Randy Rice*

G. Randolph Rice