UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Washington Group International, Inc.'s Motion to Exclude Evidence Regarding Economic Loss Claims is hereby set for submission before the Honorable Stanwood R. Duval, Jr. at 500 Poydras Street, New Orleans, Louisiana, 70130 on the 28th day of December 2011, at 9:30 a.m.

1078349v.1

- 2 -

Dated:  December 13, 2011	Respectfully submitted,

/s/William D. Treeby
William D. Treeby, 12901
James C. Gulotta, Jr., 6594
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
James E. Gauch
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2011, a copy of the above and foregoing Notice of Submission was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States Mail, properly addressed and postage prepaid.

/s/William D. Treeby

1078349v.1