UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  CIVIL ACTION<br>*<br>*  NO. 05-4182<br>* |
| PERTAINS TO:  MRGO | *  SECTION "K" (2)<br>*<br>*  JUDGE DUVAL<br>*<br>*  MAGISTRATE JUDGE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

**PLEASE TAKE NOTICE** that Defendant, Washington Group International, Inc. ("WGII") requests oral argument on its Motion to Exclude Evidence Regarding Economic Loss Claims.  WGII respectfully asserts that oral argument will assist the Court with its disposition of this Motion.

Dated:  December 13, 2011

Respectfully submitted,

*/s/William D. Treeby*
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
      Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

1077862v.1

- 2 -

AND

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3891
Facsimile: (202) 626-1700

*Attorneys for Washington Group International, Inc., a division of URS Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 13th day of December, 2011.

/s/William D. Treeby