UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION  NO. 05-4182 "K" (2)  JUDGE DUVAL  MAG. J. WILKINSON |
| PERTAINS TO: MRGO | | |

## PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING DATE AND INCORPORATED MEMORANDUM IN SUPPORT

NOW INTO COURT come Plaintiffs, who move to continue Defendant Washington Group International, Inc.'s ("WGII"), *Motion to Exclude Evidence Regarding Economic Loss Claims*. WGII filed their motion on December 12, 2011. (Dkt. 20611). In the accompanying Notice of Submission, this matter was set for hearing on December 28, 2011. (Dkt. 20611.10). Under the Federal Rules, Plaintiff's opposition to Defendant's motion is due December 20, 2011.

Considering the brief window to respond to Defendant's motion, and the impending holiday season, Plaintiffs requested Defendant's consent to continue this matter until January 25, 2012. Via telephone, on December 19, 2011 James Gulotta, Jr., counsel for Defendant affirmed that Defendant WGII has no objection to the continuance of the hearing of this matter to January 25, 2012.

**WHEREFORE**, Plaintiffs respectfully move this Court to continue the hearing date for Defendant's *Motion to Exclude Evidence Regarding Economic Loss Claims* to January 25, 2012.

Respectfully submitted,

PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO (LA Bar No. 03604)
Bruno & Bruno, L.L.C.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this December 20, 2011.

s/ Joseph M. Bruno
JOSEPH M. BRUNO (LA Bar No. 03604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775