UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. J. |
| PERTAINS TO: MRGO<br><br>WILKINSON | | |

## ORDER

Considering the foregoing motion to continue,

**IT IS ORDERED** that the hearing of Defendant Washington Group International, Inc.'s, *Motion to Exclude Evidence Regarding Economic Loss Claims* is continued to January 25, 2011.

SO ORDERED, this _____ day of December, 2011, in New Orleans, Louisiana.

_____
**United States District Judge**