UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| PERTAINS TO: MRGO | § § | MAG. J. |
| WILKINSON | § | |

## ORDER

Considering the foregoing motion to continue,

**IT IS ORDERED** that the hearing of Defendant Washington Group International, Inc.'s, *Motion to Exclude Evidence Regarding Economic Loss Claims* is continued to January 25, 2012.

SO ORDERED, this  21st  day of December, 2011, in New Orleans, Louisiana.

_____
Stanwood R. Duval, Jr.
United States District Judge