UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____§ | | |

NOTICE OF PRODUCTION

In response to Armstrong Plaintiffs' Second Set of Requests for Production of Documents to Defendant United States, (Doc. Rec. No. 20609), the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

MEB-436-000000001     to     MEB-436-000000230.

The United States' Production Log is attached.

                                Respectfully submitted,

TONY WEST
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: January 3, 2012

## **CERTIFICATE OF SERVICE**

  I, James F. McConnon, Jr., hereby certify that on January 3, 2012, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

              _s/ James F. McConnon, Jr._
              JAMES F. McCONNON, JR.