**US Production for MRGO EBIA**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 436 | MEB-436-000000001 | MEB-436-000000230 | USACE; MVD; MVN; Natural and Cultural Resources Analysis Section Enviromental Planning Branch Regional Planning and Environment Division | Swanda, Michael | ME010 | 1/3/12 | MRGO/EBIA | A Land Use History of Areas Adjacent to The Inner Harbor Navigation Canal Lock, New Orleans |