UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

**UNITED STATES' PRELIMINARY LIST OF EXHIBITS**

Pursuant to the Court's March 17, 2011, Minute Entry (Doc. Rec. No. 20200), as modified by the Court's November 23, 2011, (Doc. Rec. No. 20592), and December 9, 2011, (Doc. Rec. No. 20608), Orders, Defendant United States of America, through undersigned counsel, hereby submits this updated Preliminary List of Exhibits.  As discovery in this case will not close until April 13, 2012, this Preliminary List has been prepared in good faith on the basis

/ / /

/ / /

/ / /

of the information currently available.

Dated: January 3, 2012                                       Respectfully submitted,

                                                                  TONY WEST
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 3, 2012, the foregoing United States' Preliminary Exhibit List was filed electronically.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

            /s/ James F. McConnon, Jr.
            JAMES F. MCCONNON, JR.