UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## THE MRGO PLAINTIFFS' FIFTH PRELIMINARY WITNESS LIST

Pursuant to the Court's Minute Entry dated March 17, 2011, as modified by the Court's Order dated July 25, 2011 (Docket No. 20200), The MRGO Plaintiffs' ("Plaintiffs'") submits this fifth preliminary list of witnesses that may or will be introduced at trial in the above-referenced action.

While Plaintiffs have endeavored in good faith to prepare a witness lists, it is necessarily limited, and subject to further change and modification considering that discovery and investigation in this case is ongoing and discovery in this case will not close until February 10, 2012.  Plaintiffs' will supplement this on the 1st of each month, as directed by the  the Court's Order dated July 25, 2011.

| EXPERT/FACT WITNESS | SUBJECT MATTER/ EXPERTISE |
|---|---|
| Kenneth & Jennnie Armstrong<br>2400 Armis Drive<br>Meraux, LA 70075 | Fact testimony regarding personal experiences and losses. |

1

| | |
|---|---|
| Succession of Ethel Mae Coates<br>Nathan Morgan<br>756 Louisiana Ave.<br>New Orleans, LA 70115 | Fact testimony regarding personal experiences and losses. |
| Alvin Livers<br>13492 Paces Point<br>Gonzales, LA 70737 | Fact testimony regarding personal experiences and losses. |
| Clifford Washington<br>1910 Charbonnet Street<br>New Orleans, LA 70117 | Fact testimony regarding personal experiences and losses. |
| Fred Holmes<br>30321 Glenboro Drive<br>Spring, TX 77386 | Fact testimony regarding personal experiences and losses. |
| Chad A. Morris, P.L.S.<br>545 Shady Lake Pkwy.<br>Baton Rouge, LA 70810 | Expert witness. Mr. Morris's testimony will address geographic mapping/surveying. |
| G. Paul Kemp, Ph.D.<br>633 Magnolia Wood Ave.<br>Baton Rouge, LA 70808 | Expert witness. Dr. Kemp's testimony will address input data regarding the model of the August/September 2005 metropolitan New Orleans innundation. |
| Matthijs Kok, Ph.D<br>Delft University of Technology<br>Postbus 5<br>2600 AA Delft<br>The Netherlands | Expert witness. Dr. Kok's testimony will illustrate the August/ September 2005 metropolitan New Orleans innundation. |
| Professor Johannes Vrijling<br>Delft University of Technology<br>Postbus 5<br>2600 AA Delft<br>The Netherlands | Expert witness. Professor Vrijling's testimony will illustrate the August/September 2005 metropolitan New Orleans innundation. |
| Robert Bea, Ph.D., P.E.<br>60 Shuey Drive<br>Moraga, CA 94556 | Expert witness. Dr. Bea's testimony will address forensic engineering and causation analysis for the north and south breaches. |
| Dr. Rune Storesund, P.E., G.E.<br>555 Pierce Street<br>Albany, CA 94706 | Expert witness. Dr. Storesund testimony will address geo-technical engineering |

| | |
|---|---|
| David Rogers, Ph.D.<br>157 McNutt Hall<br>1400 N. Bishop Ave.<br>Missouri University of Science & Technology<br>Rolla, MO 65409-0230 | Expert witness. Dr. Rogers testimony will address the developmental history of the area, site geology, and site characterization |
| Kevin Pope<br>Reliable Environmental Service<br>1448 W. Kramer Ridge Rd.<br>Reedly, CA 93654 | Expert Witness; Mr. Pope testimony will address the site geology, and site characterization. |
| Scott Taylor | Expert witness. Mr. Taylor's testimony will address the damage appraisal's. |
| John Crawford | Expert witness. Mr. Crawford's testimony will address the structural damage to plaintiffs' properties |
| G. Randolph Rice.<br>Professor Emeritus, LSU<br>7048 Moniteau Court<br>Baton Rouge, LA 70809 | Expert Witness, Mr. Rice's testimony will calculate the value of Plaintiffs' Armstrong and Holmes', loss of income, fringe benefits and retirement benefits. |
| Sherwood Gagliano, Ph.D.<br>Coastal Environment, Inc.<br>1260 Main Street<br>Baton Rouge, LA 70802 | Expert Witness; Dr. Gagliano is an expert in the filed of Geology and Gemorphology with extensive experience in sedimentology, environmental process, hydrologic and geoforensic investigation and historical reconstruction.<br><br>Dr. Gagliano will testify as to post-Katrina photos he took in the Lower $9_{th}$ Ward and the EBIA and personal observations he made during his tours of the area. Dr.Gagliano will offer opinions regarding the fault of Defendants' and cause of the levee failures in the IHNC; he may also be called upon to rebut certain issues which Plaintiffs anticipate Defendants' experts will raise. |

| | |
|---|---|
| Cajun Industries, LLC<br>Jamey Sandefur<br>15635 Airline Highway<br>Baton Rouge, LA 70817 | Cajun Industries, LLC's employees' and agents' knowledge includes, without limitation, the demolition, removal, construction, remediation, replacement, repairs, analyses, surveys, designs, installations, investigations, and studies performed along the east side of the IHNC after Hurricanes Katrina and Rita. |
| Reda M. Bakeer, Ph.D., P.E.<br>Consulting Engineer<br>4624 Pike Drive<br>Metairie, LA 70003 | Dr. Bakeer's knowledge includes, without limitation. his findings, opinions, conclusions and results of his analyses relative to the causes of the two breaches (North and South Breach) that occurred in the floodwall along the east bank of the Inner Harbor Navigation Canal (IHNC) during Hurricane Katrina. |
| McElwee Constructions<br>Melvin M.L. McElwee<br>14154 Rev. Joseph White Rd.<br>Independence, LA 70443 | Soils conductivity observations along the eastern side of the IHNC. |
| Ivor Van Heerden, Ph.D | Dr. Van Heerden's testimony will address the creation and genesis ILIT Report and the Team Louisiana Report. |
| Terry Adams | Mr. Adams' knowledge includes, without limitation, his eyewitness account of the timing and location of water coming over and under the levee and floodwalls along the east-side of the IHNC during Hurricane Katrina. |
| John Greishaber<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Greishaber's knowledge includes, without limitation, the Corps's process and procedure for analyzing and offsetting the potential impact of EBIA excavations, on the adjacent IHNC floodwalls, including underseepage, wall and global stability |
| Walter Baumy<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Baumy's knowledge includes, without limitation, analyzing design aspects of particular projects, preparing plans and specifications, and determining whether excavations would have impacts on adjacent flood control structures. |

| | |
|---|---|
| Gerald Colletti<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Colletti's knowledge includes, without limitation, the Corps's practice and procedure for analyzing a project's potential impact on adjacent flood control structures. |
| Richard Varuso<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Varuso's knowledge includes, without limitation, EBIA excavations and backfill and the Corps's geotechnical division's role in Task Order 26. |
| Lee Guillory<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Guillory's knowledge includes, without limitation, the EBIA and all related excavations and analyses, including underseepage analyses, the TERC and Task Order 26, and any and all changes and modifications thereto. |
| Gerarld DiCharry, Jr.<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 7011<br>alternatively<br>1813 Francis Ave.<br>Metairie, Louisiana 70003 | Mr. DiCharry, Jr.'s knowledge includes, without limitation, the IHNC Lock Replacement Project and the project's potential impact on the adjacent floodwalls' stability. |
| James Montegut<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118<br>alternatively<br>6190 Tezcuco Court<br>Gonzales, Louisiana 70737. | Mr. Montegut's knowledge includes, without limitation, on-site quality assurance, inspections and reporting of Task Order 26 as well as the oversight of WGI's performance on Task Order 26. |

| | |
|---|---|
| Alvin Clouatre<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118,<br>alternatively<br>655 Plantation Boulevard<br>Mandeville, Louisiana 70448 | Mr. Clouatre's knowledge includes, without limitation, the quality assurance aspects of Task Order 26, including the on-site monitoring of WGI and its subcontractors. |
| Michael O' Dowd<br>Army Corps. of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Personal experience during and after Hurricane Katrina. |
| Sara Alvey<br>URS Energy & Construction, Inc. (formerly Washington Group International, Inc.)<br>600 Montgomery Street, 26th Fl.<br>San Francisco, CA 94111-2728 | Ms. Alvey's knowledge includes, without limitation, the quality control aspects of Task Order 26, including on-site monitoring. |
| Stephen Clay Roe<br>URS Energy & Construction, Inc. (formerly Washington Group International, Inc.)<br>600 Montgomery Street, 26th Fl.<br>San Francisco, CA 94111-2728<br>alternatively<br>14054 West Cornell Ave.<br>Lakewood, Colorado 80228 | Mr. Roe's knowledge includes, without limitation, the management of WGI's employees and subcontractors who worked on Task Order 26. |

| | |
|---|---|
| Phillip Lee Staggs<br>URS Energy & Construction, Inc.<br>(formerly Washington Group International, Inc.)<br>600 Montgomery St., 26th Fl.<br>San Francisco, CA 94111<br>alternatively<br>225 South Tropical Trail,<br>Merritt Island, Florida 32952. | Mr. Staggs's knowledge includes, without limitation, the EBIA excavations and the backfill materials used therein, the supervision of WGI and it's subcontractors with respect to demolition, remediation and site restoration, well as the daily subcontractor reports and coordinated field activities with the Corps. |
| Dennis O'Connor<br>URS Energy & Construction, Inc.<br>(formerly Washington Group International, Inc.)<br>600 Montgomery St., 26th Fl.<br>San Francisco, CA 94111<br>alternatively<br>35745 Calle Nopal<br>Temecula, CA 92592 | Mr. O'Conner knowledge includes, without limitation, the Saucer Marine excavation, the use of off-site material for backfill, the performance aspects of the Task Order 26, including on-site supervision of WGI and its subcontractors, as well as the project's cost, schedule, safety and overall quality and technical management. |
| Anne Patten Veigel<br>URS Energy & Construction, Inc.<br>(formerly Washington  Group International, Inc.)<br>600 Montgomery St. 26th Fl.<br>San Francisco, CA 94111 | Ms. Veigel's knowledge includes, without limitation, the Indefinite Delivery-Indefinite Quantity Contract for the remediation of various hazardous, toxic, and radioactive waste, including the general requirements for all of WGI's anticipated work on the EBIA. |
| George Bacuta,<br>U.S. Nuclear Regulatory Commission<br>One Whiteflint North<br>11555 Rockville Pike<br>Mail Stop 0-12-E-1<br>Rockville, Maryland 20852 | Mr. Bacuta's knowledge includes, without limitation, geotechnical, geological, geochemical, and chemical testing data reviewed by the Corps and/or its contractors during the execution of Task Order 26. |

PLAINTIFFS' LIAISON COUNSEL

s/ *Joseph M. Bruno*

JOSEPH M. BRUNO (La. Bar No. 3604)

BRUNO & BRUNO, L.L.P.

855 Baronne Street

New Orleans, Louisiana 70113

Telephone: (504) 525-1335

Facsimile: (504) 561-6775

Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*

JAMES PARKERSON ROY (La. Bar No. 11511)

MR-GO PSLC Liaison Counsel

Domengeaux Wright Roy & Edwards LLC

P.O. Box 3668

Lafayette, LA. 70502

Telephone: (337) 593-4190 or (337) 233-3033

Facsimile: 337-233-2796

Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)

Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)

James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 3rd day of January, 2012.

/s/ *Joseph M. Bruno*
Joseph M. Bruno