UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO.  05-4182 |
| | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO:  MRGO | * | |
| *Armstrong*, No. 10-866 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S**
**PRELIMINARY EXHIBIT LIST**

Pursuant to the Court's Minute Order dated March 17, 2011, as modified by the Court's Orders dated July 25 and December 9, 2011, Defendant Washington Group International, Inc. ("WGII")[1] submits this preliminary list of exhibits that may or will be introduced at trial in the above-referenced action.

Although WGII has endeavored in good faith to prepare this preliminary exhibit list, it is necessarily limited, because discovery in this case is not complete, and will not close until April 13, 2012.  Consequently, WGII has prepared this preliminary list on the basis of its best efforts and the information currently available, and submits this list in accordance with the Court's March 17, July 25, and December 9 Orders.

---

[1]  Subsequent to the activities alleged in Plaintiffs' Complaint, WGII was acquired by URS Corporation, a Delaware Corporation.  WGII, now known as URS Energy & Construction, Inc., is a subsidiary of URS E&C Holdings, Inc., a Delaware Corporation. URS E&C Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation. URS Holdings Inc. is a subsidiary of URS Corporation.

1080502v1

-2-

1. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data

2. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data

3. American Society of Civil Engineers External Review Panel, The New Orleans Hurricane Protection System: What Went Wrong and Why (2007), including underlying data

4. Team Louisiana Final Report: The Failure of the New Orleans Levee System during Hurricane Katrina

5. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report

6. Maps of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish

7. Amended "MR-GO" Master Consolidated Class Action Complaint and Complaint in Intervention filed by Kenneth Armstrong, et al.

8. An Act to Authorize Construction of the Mississippi River Gulf Outlet, Pub. L. No. 84 455, 70 Stat. 65, 65 (1956)

9. H.R. Doc. No. 89 231 (1965)

10. Water Resources Development Act of 1986, Pub. L. No. 99 662, § 844(a)-(b), 100 Stat. 4082, 4177 (1986)

11. Water Resources Development Act of 1996, Pub. L. No. 104-303, § 326(b) 110 Stat. 3658, 3717 (1996)

12. Woolley, Douglas and Leonard Shabman, "Decision-Making Chronology For the Lake Pontchartrain & Vicinity Hurricane Protection Project," Draft Final Report for the Headquarters, U.S. Army Corps of Engineers, June 2007

13. J. Westerink, B. Ebersole, and H. Winer, Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity (February 21, 2006)

14. URS Corp., The Direct Impact of the Mississippi River Gulf Outlet on Hurricane Storm Surge (prepared for Louisiana Department of Natural Resources) (2006)

15. U.S. Army Corps of Engineers, New Orleans District, Numerical Modeling of Storm Surge Effect of MRGO Closure (2003)

16. C.L. Bretschneider and J.I. Collins, Storm Surge Effects of the Mississippi River Gulf Outlet, Study A, National Engineering Science Company Report No. SN 326-A (1966)

17. March 1997 Final Evaluation Report for Mississippi River-Gulf Outlet, New Lock and Connecting Channels (http://www.mvn.usace.army.mil/prj/ihnc/EvaluationReport/ihnc_eval.htm)

| | | |
|---|---|---|
| 18. | U.S. Army Corps of Engineers IHNC Project Fact Sheet | WGII MSJ Ex. 003 |
| 19. | Total Environmental Restoration Contract, DACA56-94-D-0021 | WGII MSJ Ex. 015 |
| 20. | Task Order 26 of Total Environmental Restoration Contract, DACA56-94-D-0021, and all accompanying modifications and Statements of Work | WGII MSJ Ex. 025 |
| 21. | Project Work Plan for Project Site Development and Remedial Action of East Bank Industrial Area, Oct. 2000 | WGII MSJ Ex. 004 |
| 22. | Design Documentation Rep. No. 1, Feb. 1999, Vol. 1. | WGII MSJ Ex. 012 |
| 23. | Project Execution Plan, Jun. 1, 1999 | WGII MSJ Ex. 018 |
| 24. | USACE Comments on MK's Outline for Recommendation Report, Aug. 6, 1999 | WGII MSJ Ex. 045 |
| 25. | Letter from A. Smith to L. Guillory, COR Designation Letter, Aug. 18, 1999 | WGII MSJ Ex. 033 |

1080502v1

| | | |
|---|---|---|
| 26. | USACE Comments and MK Response for Draft Recommendation Report, Oct. 15, 1999 | WGII MSJ Ex. 026 |
| 27. | Comment Submittal for Draft - Revision B., Recommendation Report, Nov. 5, 1999 | WGII MSJ Ex. 046 |
| 28. | Recommendation Report for Demolition and Site Preparation Activities of the East Bank Industrial Area, Dec. 2, 1999 | WGII MSJ Ex. 044 |
| 29. | Field Sampling Plan for Project Site Development and Remedial Action of East Bank Industrial Area | |
| 30. | Contractor Quality Control Plan, Oct. 2000 | WGII MSJ Ex. 053 |
| 31. | Transmittal and Comments, Final Project Work Plan, Nov. 1, 2000 | WGII MSJ Ex. 047 |
| 32. | Storm Water Pollution Prevention Plan (Approval Page), Nov. 14, 2000 | WGII MSJ Ex. 054 |
| 33. | Hurricane Preparedness Plan (Approval Page), Nov. 14, 2000 | WGII MSJ Ex. 055 |
| 34. | Perimeter Monitoring Plan (Approval Page), Nov. 14, 2000 | WGII MSJ Ex. 056 |
| 35. | Statement of Work for Project Site Development and Remedial Action, Aug. 28, 2000 | WGII MSJ Ex. 088 |
| 36. | Sampling and Analysis Plan, Jan. 2001 | WGII MSJ Ex. 008 |
| 37. | Comment Submittal, Refined Sampling and Analysis Plan, Feb. 1, 2001 | WGII MSJ Ex. 089 |
| 38. | RECAP Submittal Report - Criteria Document, Apr. 2001 | WGII MSJ Ex. 013 |
| 39. | RECAP Submittal Report. - Criteria Document, June 2001 | WGII MSJ Ex. 090 |
| 40. | Comment Submittal, Borrow Pit RECAP Submittal Report, July 3, 2001 | WGII MSJ Ex. 106 |
| 41. | RECAP Submittal Report - Borrow Pit, Aug. 2001 | WGII MSJ Ex. 105 |
| 42. | Transmittal, Borrow Pit RECAP Submittal Report, Sep. 7, 2001 | WGII MSJ Ex. 107 |
| 43. | RECAP Submittal Report - Saucer Marine | |
| 44. | RECAP Submittal Report - Boland Marine | |

1080502v1

| | | | |
|---|---|---|---|
| 45. | RECAP Comment Submittal - Saucer Marine | | |
| 46. | RECAP Corrective Action Plan - Saucer Marine, May 2002 | WGII Ex. 091 | MSJ |
| 47. | RECAP Corrective Action Plan - Boland Marine, Nov. 2002 | WGII Ex. 092 | MSJ |
| 48. | RECAP Corrective Action Plan - McDonough Marine, Jan. 2002 | WGII Ex. 112 | MSJ |
| 49. | Transmittal Form for RECAP Corrective Action Plan - McDonough Marine, Feb. 26, 2002 | WGII Ex. 113 | MSJ |
| 50. | RECAP Workplan Amendment - Bank Remediation, June 2002 | WGII Ex. 094 | MSJ |
| 51. | NFAATT Submittal Report - McDonough Marine, Dec. 2004 | WGII Ex. 114 | MSJ |
| 52. | NFAATT Submittal Report - Saucer Marine, May 2003 | WGII Ex. 103 | MSJ |
| 53. | NFAATT Submittal Report - Boland Marine, June 2005 | WGII Ex. 104 | MSJ |
| 54. | Transmittal and Comments, NFAATT Submittal Report - McDonough Marine, Mar. 9, 2006 | WGII Ex. 115 | MSJ |
| 55. | Any and all Risk Evaluation and Corrective Action Program ("RECAP") Corrective Action Plans, RECAP Submittal Reports, and RECAP No Further Action At This Time Submittals for the East Bank Industrial Area between 2001-2005, and all amendments thereto, not otherwise listed above | | |
| 56. | Letter from J. Weatherly to J. Montegut, COR Designation Letter, Jan. 30, 2001 | WGII Ex. 034 | MSJ |
| 57. | Email from D. O'Conner to E. Romano et al re: IHNC Turnover, June 2, 2004 | WGII Ex. 042 | MSJ |
| 58. | Org. Chart, June 19, 2002 | WGII Ex. 043 | MSJ |
| 59. | LDEQ Meeting Minutes | WGII Ex. 057 | MSJ |
| 60. | Technical Completion Report and Record Drawings, IHNC - East Bank Industrial Area, August 2005 | WGII Ex. 24 | MSJ |
| 61. | Work Plan General Discussion Mtg., Aug. 3, 2000 | WGII Ex. 049 | MSJ |
| 62. | Work Plan LDEQ Meeting Minutes, Aug. 21, 2000 | WGII Ex. 050 | MSJ |

-6-

| | | |
|---|---|---|
| 63. | Work Plan General Discussion Meeting, Oct. 17, 2000 | WGII MSJ Ex. 051 |
| 64. | USACE Comments on Draft Project Work Plan, Oct. 27, 2000 | WGII MSJ Ex. 052 |
| 65. | Letter from J. Sensebe to W. Purdum, Program Manager Change, May 20, 2001 | WGII MSJ Ex. 040 |
| 66. | Technical Analysis of Proposal #113, Aug. 31, 2001 | WGII MSJ Ex. 028 |
| 67. | WGII Revised - Final Proposal #113 for Excavation and Disposal of Additional Subsurface Foundations, Sept. 24, 2001 Monthly Photo Log, Nov. 20, 2001 | WGII MSJ Ex. 029 |
| 68. | Inspectors Quality Assurance Report #183, Sept. 18, 2001 | WGII MSJ Ex. 069 |
| 69. | Inspectors Quality Assurance Report #221, Nov. 7, 2001 | WGII MSJ Ex. 080 |
| 70. | Inspectors Quality Assurance Report #225, Nov. 13, 2001 | WGII MSJ Ex. 081 |
| 71. | Inspectors Quality Assurance Report #245, Dec. 13, 2001 | WGII MSJ Ex. 071 |
| 72. | Inspectors Quality Assurance Report #267, Jan. 26, 2002 | WGII MSJ Ex. 067 |
| 73. | Inspectors Quality Assurance Report #297, Feb. 22, 2002 | WGII MSJ Ex. 084 |
| 74. | Inspectors Quality Assurance Report #299, Feb. 24-25, 2002 | WGII MSJ Ex. 085 |
| 75. | Inspectors Quality Assurance Report #318, Mar. 19, 2002 | WGII MSJ Ex. 038 |
| 76. | Inspectors Quality Assurance Report #324, Mar. 26, 2002 | WGII MSJ Ex. 039 |
| 77. | Inspectors Quality Assurance Report #340, Apr. 16, 2002 | WGII MSJ Ex. 093 |
| 78. | Inspectors Quality Assurance Report #389, June 21, 2002 | WGII MSJ Ex. 097 |
| 79. | Inspectors Quality Assurance Report #430, Aug. 18, 2002 | WGII MSJ Ex. 095 |
| 80. | Inspectors Quality Assurance Report #471, Oct. 23, 2002 | WGII MSJ Ex. 101 |
| 81. | Inspectors Quality Assurance Report #483, Nov. 7, 2002 | WGII MSJ Ex. 102 |
| 82. | Inspectors Quality Assurance Report #759, Jan. 21, 2004 | WGII MSJ Ex. 098 |
| 83. | Inspectors Quality Assurance Report #948, Oct. 29, 2004 | WGII MSJ Ex. 120 |

-7-

| | | | |
|---|---|---|---|
| 84. | Inspectors Quality Assurance Report #949, Oct. 30-Nov. 1, 2004 | WGII Ex. 099 | MSJ |
| 85. | Inspectors Quality Assurance Report #999, Jan. 18, 2005 | WGII Ex. 100 | MSJ |
| 86. | Letter from L. Guillory to D. O'Conner, EBIA Right-of-Entry, Nov. 1, 2002 | WGII Ex. 009 | MSJ |
| 87. | Memo. for Constr. Div., IHNC Acquisition, Dec. 16, 2002 | WGII Ex. 010 | MSJ |
| 88. | Monthly Photo Log, Nov. 29, 2004 | WGII Ex. 060 | MSJ |
| 89. | Email from L. Guillory to D. O'Conner re: Comments on Subcontractor Excavation Statement of Work | WGII Ex. 061 | MSJ |
| 90. | Preparatory Phase Meeting Minutes (Demolition), Mar. 29, 2001 | WGII Ex. 065 | MSJ |
| 91. | Supervisory Coordination Meeting Minutes (Demolition), Apr. 11, 2001 | WGII Ex. 066 | MSJ |
| 92. | Hamp's Demolition Work Plan, Apr. 12, 2001 | WGII Ex. 062 | MSJ |
| 93. | Initial Phase Inspection Checklist Form for Demolition, Apr. 23, 2001 | WGII Ex. 068 | MSJ |
| 94. | Final Acceptance Reports (Demolition), May-Nov., 2001 | WGII Ex. 073 | MSJ |
| 95. | Pre-Final Inspection Reports (Demolition), Aug.-Sept., 2001 | WGII Ex. 072 | MSJ |
| 96. | Preparatory Phase Inspection Meeting B55 (Demolition), Aug. 8, 2001 | WGII Ex. 067 | MSJ |
| 97. | Final Acceptance Report (Demolition) McDonough Marine, Sept. 18, 2001 | WGII Ex. 069 | MSJ |
| 98. | Lift Station Revised Work Plan, Oct. 1, 2001 | WGII Ex. 075 | MSJ |
| 99. | Preparatory Phase Inspection Checklist, Sewer Lift Station, Oct. 3, 2001 | WGII Ex. 076 | MSJ |
| 100. | Lift Station Removal Plan (Revision 1), Oct. 10, 2001 | WGII Ex. 077 | MSJ |
| 101. | Lift Station Removal Plan (Revised-Addendum 1), Oct. 12, 2001 | WGII Ex. 078 | MSJ |
| 102. | Lift Station Removal Plan (Revised), Oct. 19, 2001 | WGII Ex. 064 | MSJ |
| 103. | Initial Phase Inspection (Lift Station), Oct. 30, 2001 | WGII Ex. 079 | MSJ |

| # | Description | Reference |
|---|---|---|
| 104. | Preparatory Phase Meeting Minutes (Concrete Blocks), Nov. 14, 2001 | WGII MSJ Ex. 083 |
| 105. | Wedding Cake Final Work Plan, Dec. 11, 2001 | WGII MSJ Ex. 063 |
| 106. | Sketch 1 - Boland Marine Subsurface Foundations | WGII MSJ Ex. 082 |
| 107. | Stewart Submittal for Removal/Disposal of Barge and Tanker, Dec. 2001 | WGII MSJ Ex. 087 |
| 108. | Borrow Pit Extension Application, Rev. Jan. 8, 2002 | WGII MSJ Ex. 108 |
| 109. | Transmittal and Comments, Borrow Pit Extension App. - Feb. 4, 2002 | WGII MSJ Ex. 109 |
| 110. | Pre-Final Inspection Report (Concrete Blocks) Mar. 21, 2002 | WGII MSJ Ex. 086 |
| 111. | Memo for Engineering Division, Geotechnical Stability Analysis, Apr. 15, 2002 | WGII MSJ Ex. 110 |
| 112. | Fax from J. Montegut to L. Guillory attaching Borrow Pit Design Template, June 10, 2002 | WGII MSJ Ex. 111 |
| 113. | Email from L. Guillory to D. O'Conner et al. re: Draft Bank Material Remediation, June 25, 2002 | WGII MSJ Ex. 096 |
| 114. | Letter from J. Montegut to WGII re: Final Site Visit, May 26, 2005 | WGII MSJ Ex. 116 |
| 115. | Email from J. Agan to C. Burdine re: EBIA Field Visit, Aug. 9, 2005 | WGII MSJ Ex. 117 |
| 116. | Deposition of George Bacuta, Ph.D., July 2, 2008, and exhibits | WGII MSJ Ex. 019 |
| 117. | Declaration of Robert Bea, Apr. 16, 2006, and exhibits | WGII MSJ Ex. 014 |
| 118. | Deposition of Alvin Clouatre, June 20, 2008, and exhibits | WGII MSJ Ex. 035 |
| 119. | Deposition of Gerald Dicharry, Oct. 2, 2008, and exhibits | WGII MSJ Ex. 002 |
| 120. | Deposition of John Grieshaber, Vol. I, June 27, 2008, and exhibits | WGII MSJ Ex. 119 |
| 121. | Deposition of John Grieshaber, Vol. II, Aug. 21, 2008, and exhibits | WGII MSJ Ex. 058 |
| 122. | Deposition of Lee Guillory, Vol. I, June 30, 2008, and exhibits | WGII MSJ Ex. 017 |
| 123. | Deposition of Lee Guillory, Vol. II, Aug. 22, 2008, and exhibits | WGII MSJ Ex. 006 |

| | | |
|---|---|---|
| 124. | Summary of Experience for L. Guillory | WGII MSJ Ex. 032 |
| 125. | Deposition of James Montegut, Aug. 8, 2008, and exhibits | WGII MSJ Ex. 023 |
| 126. | Deposition of Dennis O'Conner, Aug. 13, 2008, and exhibits | WGII MSJ Ex. 021 |
| 127. | Deposition of Stephen Roe, Apr. 17, 2008, and exhibits | WGII MSJ Ex. 022 |
| 128. | Declaration of Stevan G. Spencer | WGII MSJ Ex. 121 |
| 129. | Deposition of Phillip Lee Staggs, Apr. 26, 2008, and exhibits | WGII MSJ Ex. 036 |
| 130. | Amended 30(b)(6) Dep. Notice for Washington Group International, Inc., Mar. 20, 2008 | WGII MSJ Ex. 041 |
| 131. | Deposition of Anne Veigel, April 17, 2008, and exhibits | WGII MSJ Ex. 016 |
| 132. | Deposition of Jeannine Armstrong, July 9, 2007, and exhibits | |
| 133. | Deposition of Jeannine Armstrong, September 13, 2011, and exhibits | |
| 134. | Deposition of Kenneth Armstrong, July 9, 2007, and exhibits | |
| 135. | Deposition of Kenneth Armstrong, September 12, 2011, and exhibits | |
| 136. | Deposition of Ethel Mae Coats, July 11, 2007, and exhibits | |
| 137. | Deposition of Fred Holmes, September 24, 2011, and exhibits | |
| 138. | Deposition of Jeneen Holmes, September 25, 2011, and exhibits | |
| 139. | Deposition of Alvin Livers, September 14, 2011, and exhibits | |
| 140. | Deposition of Barbara Livers, September 15, 2011, and exhibits | |
| 141. | Deposition of Nathan Morgan, September 24, 2011, and exhibits | |
| 142. | Deposition of Clifford Washington, September 28, 2011, and exhibits | |
| 143. | Deposition of Patricia Washington, September 27, 2011, and exhibits | |
| 144. | Deposition of Sherwood Gagliano, June 18, 2008, and exhibits | |
| 145. | Deposition of Walter Baumy in *Robinson v. United States*, April 9, 2008, and exhibits | |

1080502v1

146. Deposition of Gerald Colletti in *Robinson v. United States*, April 2, 2008, and exhibits

147. Deposition of Richard Varuso in *Robinson v. United States*, April 1, 2008, and exhibits

148. Deposition of William Villavasso in *BARGE*, December 18, 2007, and exhibits

149. June 2, 2006 photographs by Dr. Francisco Silva-Tulla

150. Expert Report of Robert Bea filed in *Robinson v. United State*s, No. 06-2268, on July 14, 2008

151. Soils data and hydrological data relating to the EBIA and/or IHNC that has previously been produced in this matter by: (1) WGII; (2) the United States Army Corps of Engineers ("USACE"); (3) the Interagency Performance Task-Force ("IPET"); and/or (4) the Independent Levee Investigation Team ("ILIT") and the University of California, Berkeley

152. Soils data and hydrological data relating to the EBIA and/or IHNC from: (1) IPET; (2) ILIT and the University of California, Berkeley; (3) the National Geodetic Survey ("NGA"); and/or (4) the U.S. Geological Survey ("USGS") and Louisiana State University that is publicly available, including but not limited to the data available at the following websites:

    a. http://nolarisk.usace.army.mil/index.htm
    b. http://www.usace.army.mil/CECW/Pages/ipetrep_drafts.aspx
    c. http://www.ce.berkeley.edu/projects/neworleans
    d. http://www.ngs.noaa.gov
    e. http://seamless.usgs.gov/website/seamless.view.htm
    f. http://atlas.lsu.edu

153. Soils data and other hydrological data relating to the EBIA and/or IHNC admitted at trial in In re: Katrina Canal Breaches Consolidated Litigation (Pertains to: MRGO, Robinson, BARGE)

154. Infrastructure information from the City of New Orleans GIS Department that is publicly available at http://giswe.cityofno.com/cnogis/

155. Plaintiffs' Exhibit 2121 in Robinson v. United States

1080502v1

-11-

156. Defendants' Exhibit 035 in BARGE

157. Road Home claim file for Kenneth and Jeannine Armstrong

158. Road Home claim file for Ethel Mae Coats

159. Road Home claim file for Fred Holmes

160. Road Home claim file for Alvin Livers

161. Road Home claim file for Clifford Washington

162. Alliance claim file for Ethel Mae Coats

163. Allstate Insurance claim file for Kenneth and Jeannine Armstrong

164. Auto Club Family Insurance Company claim file for Fred Holmes

165. Liberty Mutual claim file for Kenneth and Jeannine Armstrong

166. Louisiana Citizens claim file for Clifford Washington

167. State Farm claim file for Alvin Livers

1080502v1

Dated: January 3, 2012         Respectfully submitted,


  /s/ William D. Treeby
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Washington Group International, Inc.'s Preliminary Exhibit List has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 3rd day of January, 2012.


   /s/ William D. Treeby