UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

## NOTICE OF PRODUCTION

In response to Armstrong Plaintiffs' First Request for Production to Defendant United States dated May 16, 2011, the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

MEB-437-000000001  to  MEB-437-000000039;
MEB-437-000000040  to  MEB-437-000000076;
MEB-437-000000077  to  MEB-437-000000120;
MEB-437-000000121  to  MEB-437-000000149;
MEB-437-000000150  to  MEB-437-000000188;
MEB-437-000000189  to  MEB-437-000000229;
MEB-437-000000230  to  MEB-437-000000266;

MEB-437-000000267   to   MEB-437-000000284;
NCS-041-000000632   to   NCS-041-000000633;
NCS-041-000000634   to   NCS-041-000000636;
NCS-041-000000637   to   NCS-041-000000637;
NCS-041-000000638   to   NCS-041-000000638;
NCS-041-000000639   to   NCS-041-000000639;
NCS-041-000000640   to   NCS-041-000000640;
NCS-041-000000641   to   NCS-041-000000641;
NCS-041-000000642   to   NCS-041-000000643;
NCS-041-000000644   to   NCS-041-000000645;
NCS-041-000000646   to   NCS-041-000000647;
NCS-041-000000648   to   NCS-041-000000650;
NCS-041-000000651   to   NCS-041-000000651;
NCS-041-000000652   to   NCS-041-000000654;
NCS-041-000000655   to   NCS-041-000000655;
NCS-041-000000656   to   NCS-041-000000656;
NCS-041-000000657   to   NCS-041-000000657;
NCS-041-000000658   to   NCS-041-000000658;
NCS-041-000000659   to   NCS-041-000000659;
NCS-041-000000660   to   NCS-041-000000660;
NCS-041-000000661   to   NCS-041-000000662;
NCS-041-000000663   to   NCS-041-000000665;
NCS-041-000000666   to   NCS-041-000000666;
NCS-041-000000667   to   NCS-041-000000668;
NCS-041-000000669   to   NCS-041-000000669;
NCS-041-000000670   to   NCS-041-000000670;
NCS-041-000000671   to   NCS-041-000000671;
NCS-041-000000672   to   NCS-041-000000672;
NCS-041-000000673   to   NCS-041-000000674;
NCS-041-000000675   to   NCS-041-000000676;
NCS-041-000000677   to   NCS-041-000000678;
NCS-041-000000679   to   NCS-041-000000679;
NCS-041-000000680   to   NCS-041-000000681;
NCS-041-000000682   to   NCS-041-000000684;
NCS-041-000000685   to   NCS-041-000000685;
NCS-041-000000686   to   NCS-041-000000688;
NCS-041-000000689   to   NCS-041-000000689;
NCS-041-000000690   to   NCS-041-000000692;
NCS-041-000000693   to   NCS-041-000000693;
NCS-041-000000694   to   NCS-041-000000694;
NCS-041-000000695   to   NCS-041-000000695;
NCS-041-000000696   to   NCS-041-000000696;
NCS-041-000000697   to   NCS-041-000000697;

NCS-041-000000698   to   NCS-041-000000699;
NCS-041-000000700   to   NCS-041-000000702;
NCS-041-000000703   to   NCS-041-000000703;
NCS-041-000000704   to   NCS-041-000000704;
NCS-041-000000705   to   NCS-041-000000706;
NCS-041-000000707   to   NCS-041-000000707;
NCS-041-000000708   to   NCS-041-000000709;
NCS-041-000000710   to   NCS-041-000000710;
NCS-041-000000711   to   NCS-041-000000711;
NCS-041-000000712   to   NCS-041-000000712;
NCS-041-000001328   to   NCS-041-000001329;
NCS-041-000001330   to   NCS-041-000001332;
NCS-041-000001333   to   NCS-041-000001333;
NCS-041-000001334   to   NCS-041-000001334;
NCS-041-000001335   to   NCS-041-000001335;
NCS-041-000001336   to   NCS-041-000001336;
NCS-041-000001337   to   NCS-041-000001337;
NCS-041-000001338   to   NCS-041-000001338;
NCS-041-000001339   to   NCS-041-000001339;
NCS-041-000001340   to   NCS-041-000001340;
NCS-041-000001341   to   NCS-041-000001341;
NCS-041-000001342   to   NCS-041-000001344;
NCS-041-000001345   to   NCS-041-000001345;
NCS-041-000001346   to   NCS-041-000001346;
NCS-041-000001347   to   NCS-041-000001347;
NCS-041-000001348   to   NCS-041-000001349;
NCS-041-000001350   to   NCS-041-000001350;
NCS-041-000001351   to   NCS-041-000001354;
NCS-041-000001355   to   NCS-041-000001355;
NCS-041-000001356   to   NCS-041-000001357;
NCS-041-000001358   to   NCS-041-000001360;
NCS-041-000001361   to   NCS-041-000001361;
NCS-041-000001362   to   NCS-041-000001363;
NCS-041-000001364   to   NCS-041-000001364;
NCS-041-000001365   to   NCS-041-000001365;
NCS-041-000001366   to   NCS-041-000001367;
NCS-041-000001368   to   NCS-041-000001368;
NCS-041-000001369   to   NCS-041-000001370;
NCS-041-000001371   to   NCS-041-000001373;
NCS-041-000001374   to   NCS-041-000001374;
NCS-041-000001375   to   NCS-041-000001375;
NCS-041-000001376   to   NCS-041-000001376;
NCS-041-000001377   to   NCS-041-000001377;

3

NCS-041-000001378   to   NCS-041-000001378;
NCS-041-000001379   to   NCS-041-000001380;
NCS-041-000001381   to   NCS-041-000001381;
NCS-041-000001382   to   NCS-041-000001383;
NCS-041-000001384   to   NCS-041-000001386;
NCS-041-000001387   to   NCS-041-000001387;
NCS-041-000001388   to   NCS-041-000001388;
NCS-041-000001389   to   NCS-041-000001389;
NCS-041-000001390   to   NCS-041-000001391;
NCS-041-000001392   to   NCS-041-000001392;
NCS-041-000001393   to   NCS-041-000001394;
NCS-041-000001395   to   NCS-041-000001397;
NCS-041-000001398   to   NCS-041-000001398;
NCS-041-000001399   to   NCS-041-000001399;
NCS-041-000001400   to   NCS-041-000001400;
NCS-041-000001401   to   NCS-041-000001402;
NCS-041-000001403   to   NCS-041-000001405;
NCS-041-000001406   to   NCS-041-000001406;
NCS-041-000001407   to   NCS-041-000001407;
NCS-041-000001408   to   NCS-041-000001408;
NCS-041-000001409   to   NCS-041-000001409;
NCS-041-000001410   to   NCS-041-000001410;
NCS-041-000001411   to   NCS-041-000001411;
NCS-041-000001412   to   NCS-041-000001412;
NCS-041-000001413   to   NCS-041-000001414;
NCS-041-000001415   to   NCS-041-000001417;
NCS-041-000001418   to   NCS-041-000001418;
NCS-041-000001419   to   NCS-041-000001419;
NCS-041-000001420   to   NCS-041-000001420;
NCS-041-000001421   to   NCS-041-000001421;
NCS-041-000001422   to   NCS-041-000001423;
NCS-041-000001424   to   NCS-041-000001426;
NCS-041-000001427   to   NCS-041-000001428;
NCS-041-000001429   to   NCS-041-000001429;
NCS-041-000001430   to   NCS-041-000001430;
NCS-041-000001431   to   NCS-041-000001431;
NCS-041-000001432   to   NCS-041-000001432;
NCS-041-000001433   to   NCS-041-000001433;
NCS-041-000001434   to   NCS-041-000001435;
NCS-041-000001436   to   NCS-041-000001438;
NCS-041-000001439   to   NCS-041-000001439;
NCS-041-000001440   to   NCS-041-000001440;
NCS-041-000001441   to   NCS-041-000001442;

4

NCS-041-000001443   to   NCS-041-000001445;
NCS-041-000001446   to   NCS-041-000001446;
NCS-041-000001447   to   NCS-041-000001447;
NCS-041-000001448   to   NCS-041-000001450;
NCS-041-000001451   to   NCS-041-000001451;
NCS-041-000001452   to   NCS-041-000001452;
NCS-041-000001453   to   NCS-041-000001453;
NCS-041-000001454   to   NCS-041-000001454;
NCS-041-000001455   to   NCS-041-000001455;
NCS-041-000001456   to   NCS-041-000001456;
NCS-041-000001457   to   NCS-041-000001457;
NCS-041-000001458   to   NCS-041-000001458;
NCS-041-000001459   to   NCS-041-000001459;
NCS-041-000001460   to   NCS-041-000001462;
NCS-041-000001463   to   NCS-041-000001463;
NCS-041-000001464   to   NCS-041-000001464;
NCS-041-000001465   to   NCS-041-000001465;
NCS-041-000001466   to   NCS-041-000001466;
NCS-041-000001467   to   NCS-041-000001468;
NCS-041-000001469   to   NCS-041-000001471;
NCS-041-000001472   to   NCS-041-000001472;
NCS-041-000001473   to   NCS-041-000001473;
NCS-041-000001474   to   NCS-041-000001474;
NCS-041-000001475   to   NCS-041-000001475;
NCS-041-000001476   to   NCS-041-000001476;
NCS-041-000001477   to   NCS-041-000001477;
NCS-041-000001478   to   NCS-041-000001479;
NCS-041-000001480   to   NCS-041-000001480;
NCS-041-000001481   to   NCS-041-000001483;
NCS-041-000001484   to   NCS-041-000001484;
NCS-041-000001485   to   NCS-041-000001485;
NCS-041-000001486   to   NCS-041-000001486;
NCS-041-000001487   to   NCS-041-000001488;
NCS-041-000001489   to   NCS-041-000001491;
NCS-041-000001492   to   NCS-041-000001492;
NCS-041-000001493   to   NCS-041-000001494;
NCS-041-000001495   to   NCS-041-000001495;
NCS-041-000001496   to   NCS-041-000001496;
NCS-041-000001497   to   NCS-041-000001497;
NCS-041-000001498   to   NCS-041-000001498;
NCS-041-000001499   to   NCS-041-000001499;
NCS-041-000001500   to   NCS-041-000001500;
NCS-041-000001501   to   NCS-041-000001501;

NCS-041-000001502   to   NCS-041-000001502;
NCS-041-000001503   to   NCS-041-000001504;
NCS-041-000001505   to   NCS-041-000001507;
NCS-041-000001508   to   NCS-041-000001508;
NCS-041-000001509   to   NCS-041-000001510;
NCS-041-000001511   to   NCS-041-000001512;
NCS-041-000001513   to   NCS-041-000001514;
NCS-041-000001515   to   NCS-041-000001515;
NCS-041-000001516   to   NCS-041-000001516;
NCS-041-000001517   to   NCS-041-000001517;
NCS-041-000001518   to   NCS-041-000001518;
NCS-041-000001519   to   NCS-041-000001520;
NCS-041-000001521   to   NCS-041-000001521;
NCS-041-000001522   to   NCS-041-000001524;
NCS-041-000001525   to   NCS-041-000001525;
NCS-041-000001526   to   NCS-041-000001526;
NCS-041-000001527   to   NCS-041-000001527;
NCS-041-000001528   to   NCS-041-000001528;
NCS-041-000001529   to   NCS-041-000001530;
NCS-041-000001531   to   NCS-041-000001533;
NCS-041-000001534   to   NCS-041-000001534;
NCS-041-000001535   to   NCS-041-000001535;
NCS-041-000001536   to   NCS-041-000001536;
NCS-041-000001537   to   NCS-041-000001538;
NCS-041-000001539   to   NCS-041-000001540;
NCS-041-000001541   to   NCS-041-000001543;
NCS-041-000001544   to   NCS-041-000001544;
NCS-041-000001545   to   NCS-041-000001545;
NCS-041-000001546   to   NCS-041-000001546;
NCS-041-000001547   to   NCS-041-000001547;
NCS-041-000001548   to   NCS-041-000001549;
NCS-041-000001550   to   NCS-041-000001552;
NCS-041-000001553   to   NCS-041-000001553;
NCS-041-000001554   to   NCS-041-000001555;
NCS-041-000001556   to   NCS-041-000001556;
NCS-041-000001557   to   NCS-041-000001558;
NCS-041-000001559   to   NCS-041-000001561;
NCS-041-000001562   to   NCS-041-000001566;
NCS-041-000001567   to   NCS-041-000001567;
NCS-041-000001568   to   NCS-041-000001568;
NCS-041-000001569   to   NCS-041-000001571;
NCS-041-000001572   to   NCS-041-000001573;
NCS-041-000001574   to   NCS-041-000001575;

NCS-041-000001576   to   NCS-041-000001578;
NCS-041-000001579   to   NCS-041-000001579;
NCS-041-000001580   to   NCS-041-000001580;
NCS-041-000001581   to   NCS-041-000001582;
NCS-041-000001583   to   NCS-041-000001583;
NCS-041-000001584   to   NCS-041-000001584;
NCS-041-000001585   to   NCS-041-000001586;
NCS-041-000001587   to   NCS-041-000001589;
NCS-041-000001590   to   NCS-041-000001590;
NCS-041-000001591   to   NCS-041-000001595;
NCS-041-000001596   to   NCS-041-000001597;
NCS-041-000001598   to   NCS-041-000001598;
NCS-041-000001599   to   NCS-041-000001599;
NCS-041-000001600   to   NCS-041-000001600;
NCS-041-000001601   to   NCS-041-000001601;
NCS-041-000001602   to   NCS-041-000001603;
NCS-041-000001604   to   NCS-041-000001606;
NCS-041-000001607   to   NCS-041-000001607;
NCS-041-000001608   to   NCS-041-000001608;
NCS-041-000001609   to   NCS-041-000001609;
NCS-041-000001610   to   NCS-041-000001610;
NCS-041-000001611   to   NCS-041-000001611;
NCS-041-000001612   to   NCS-041-000001612;
NCS-041-000001613   to   NCS-041-000001614;
NCS-041-000001615   to   NCS-041-000001617;
NCS-041-000001618   to   NCS-041-000001618;
NCS-041-000001619   to   NCS-041-000001620;
NCS-041-000001621   to   NCS-041-000001621;
NCS-041-000001622   to   NCS-041-000001622;
NCS-041-000001623   to   NCS-041-000001623;
NCS-041-000001624   to   NCS-041-000001624;
NCS-041-000001625   to   NCS-041-000001627;
NCS-041-000001628   to   NCS-041-000001628;
NCS-041-000001629   to   NCS-041-000001629;
NCS-041-000001630   to   NCS-041-000001631;
NCS-041-000001632   to   NCS-041-000001634;
NCS-041-000001635   to   NCS-041-000001636;
NCS-041-000001637   to   NCS-041-000001637;
NCS-041-000001638   to   NCS-041-000001639;
NCS-041-000001640   to   NCS-041-000001642;
NCS-041-000001643   to   NCS-041-000001643;
NCS-041-000001644   to   NCS-041-000001645;
NCS-041-000001646   to   NCS-041-000001646;

NCS-041-000001647  to  NCS-041-000001647;
NCS-041-000001648  to  NCS-041-000001648;
NCS-041-000001649  to  NCS-041-000001649;
NCS-041-000001650  to  NCS-041-000001650;
NCS-041-000001651  to  NCS-041-000001652;
NCS-041-000001653  to  NCS-041-000001655;
NCS-041-000001656  to  NCS-041-000001656;
NCS-041-000001657  to  NCS-041-000001657;
NCS-041-000001658  to  NCS-041-000001659;
NCS-041-000001660  to  NCS-041-000001660;
NCS-041-000001661  to  NCS-041-000001661;
NCS-041-000001662  to  NCS-041-000001662;
NCS-041-000001663  to  NCS-041-000001664;
NCS-041-000001665  to  NCS-041-000001667;
NCS-041-000001668  to  NCS-041-000001668;
NCS-041-000001669  to  NCS-041-000001670;
NCS-041-000001671  to  NCS-041-000001671;
NCS-041-000001672  to  NCS-041-000001672;
NCS-041-000001673  to  NCS-041-000001673;
NCS-041-000001674  to  NCS-041-000001674;
NCS-041-000001675  to  NCS-041-000001676;
NCS-041-000001677  to  NCS-041-000001679;
NCS-041-000001680  to  NCS-041-000001680;
NCS-041-000001681  to  NCS-041-000001681;
NCS-041-000001682  to  NCS-041-000001682;
NCS-041-000001683  to  NCS-041-000001683;
NCS-041-000001684  to  NCS-041-000001685;
NCS-041-000001686  to  NCS-041-000001688;
NCS-041-000001689  to  NCS-041-000001689;
NCS-041-000001690  to  NCS-041-000001690;
NCS-041-000001691  to  NCS-041-000001692;
NCS-041-000001693  to  NCS-041-000001693;
NCS-041-000001694  to  NCS-041-000001696;
NCS-041-000001697  to  NCS-041-000001697;
NCS-041-000001698  to  NCS-041-000001698;
NCS-041-000001699  to  NCS-041-000001699;
NCS-041-000001700  to  NCS-041-000001700;
NCS-041-000001701  to  NCS-041-000001702;
NCS-041-000001703  to  NCS-041-000001705;
NCS-041-000001706  to  NCS-041-000001706;
NCS-041-000001707  to  NCS-041-000001708;
NCS-041-000001709  to  NCS-041-000001709;
NCS-041-000001710  to  NCS-041-000001711;

8

NCS-041-000001712  to  NCS-041-000001712;
NCS-041-000001713  to  NCS-041-000001713;
NCS-041-000001714  to  NCS-041-000001714;
NCS-041-000001715  to  NCS-041-000001715;
NCS-041-000001716  to  NCS-041-000001716;
NCS-041-000001717  to  NCS-041-000001719;
NCS-041-000001720  to  NCS-041-000001720;
NCS-041-000001721  to  NCS-041-000001721;
NCS-041-000001722  to  NCS-041-000001722;
NCS-041-000001723  to  NCS-041-000001723;
NCS-041-000001724  to  NCS-041-000001725;
NCS-041-000001726  to  NCS-041-000001728;
NCS-041-000001729  to  NCS-041-000001729;
NCS-041-000001730  to  NCS-041-000001731;
NCS-041-000001732  to  NCS-041-000001733;
NCS-041-000001734  to  NCS-041-000001735;
NCS-041-000001736  to  NCS-041-000001736;
NCS-041-000001737  to  NCS-041-000001737;
NCS-041-000001738  to  NCS-041-000001738;
NCS-041-000001739  to  NCS-041-000001739;
NCS-041-000001740  to  NCS-041-000001742;
NCS-041-000001743  to  NCS-041-000001745;
NCS-041-000001746  to  NCS-041-000001746;
NCS-041-000001747  to  NCS-041-000001748;
NCS-041-000001749  to  NCS-041-000001751;
NCS-041-000001752  to  NCS-041-000001753;
NCS-041-000001754  to  NCS-041-000001754;
NCS-041-000001755  to  NCS-041-000001755;
NCS-041-000001756  to  NCS-041-000001757;
NCS-041-000001758  to  NCS-041-000001759;
NCS-041-000001760  to  NCS-041-000001762;
NCS-041-000001763  to  NCS-041-000001763;
NCS-041-000001764  to  NCS-041-000001764;
NCS-041-000001765  to  NCS-041-000001765;
NCS-041-000001766  to  NCS-041-000001766;
NCS-041-000001767  to  NCS-041-000001767;
NCS-041-000001768  to  NCS-041-000001769;
NCS-041-000001770  to  NCS-041-000001772;
NCS-041-000001773  to  NCS-041-000001773;
NCS-041-000001774  to  NCS-041-000001774;
NCS-041-000001775  to  NCS-041-000001775;
NCS-041-000001776  to  NCS-041-000001777;
NCS-041-000001778  to  NCS-041-000001780;

```
NCS-041-000001781  to  NCS-041-000001781;
NCS-041-000001782  to  NCS-041-000001782;
NCS-041-000001783  to  NCS-041-000001783;
NCS-041-000001784  to  NCS-041-000001784;
NCS-041-000001785  to  NCS-041-000001785;
NCS-041-000001786  to  NCS-041-000001786;
NCS-041-000001787  to  NCS-041-000001787;
NCS-041-000001788  to  NCS-041-000001789;
NCS-041-000001790  to  NCS-041-000001792;
NCS-041-000001793  to  NCS-041-000001793;
NCS-041-000001794  to  NCS-041-000001795;
NCS-041-000001796  to  NCS-041-000001797;
NCS-041-000001798  to  NCS-041-000001800;
NCS-041-000001801  to  NCS-041-000001801;
NCS-041-000001802  to  NCS-041-000001802;
NCS-041-000001803  to  NCS-041-000001803;
NCS-041-000001804  to  NCS-041-000001804;
NCS-041-000001805  to  NCS-041-000001806;
NCS-041-000001807  to  NCS-041-000001809;
NCS-041-000001810  to  NCS-041-000001810;
NCS-041-000001811  to  NCS-041-000001811;
NCS-041-000001812  to  NCS-041-000001812.
```

The United States' Production Log is attached.

Respectfully submitted,

TONY WEST
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: January 13, 2012

<u>**CERTIFICATE OF SERVICE**</u>

I, James F. McConnon, Jr., hereby certify that on January 13, 2012, I served a true copy

of the United States' Notice of Production upon the Plaintiffs by ECF.


    <u>s/ James F. McConnon, Jr.</u>
    JAMES F. McCONNON, JR.