UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5162, 06-5260, 06-5771 06-5786, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | |

**NOTICE OF DEPOSITION WITH**
**REQUEST FOR PRODUCTION OF DOCUMENTS**

To:  All Plaintiffs' Counsel
through Plaintiffs' Liaison Counsel,
Joseph M. Bruno, Esq.
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana  70113
(504) 525-1335
*jbruno@jbrunolaw.com*

**PLEASE TAKE NOTICE** that URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), through their counsel, will take the videotaped deposition of John Crawford, on Wednesday, February 15, 2012 at 9:00am at Stone Pigman Walther Wittmann, 546 Carondelet Street, New Orleans, Louisiana 70130.  Deponent is requested to produce the documents listed in Exhibit A as soon as possible, but not later than February 9, 2012.  The deposition will be taken for all purposes allowed under the Federal Rules of Civil

1082755v.1

Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony.  The deposition will be recorded on video and stenographically.

Dated:  January 25, 2012					Respectfully submitted,

						/s/Heather S. Lonian
						William D. Treeby, 12901
						Jay C. Gulotta, 6590
						Heather S. Lonian, 29956
							Of
						Stone Pigman Walther Wittmann L.L.C.
						546 Carondelet Street
						New Orleans, Louisiana  70130
						Telephone:  (504) 581-3200
						Facsimile:   (504) 581-3361

						Attorneys for Washington Group
						International, Inc.

						Of counsel
						Adrian Wager-Zito
						Debra S. Clayman
						Christopher Thatch
						Christopher Farrell
						Jones Day
						51 Louisiana Avenue, N.W.
						Washington, D.C. 20001-2113
						Telephone:  (202) 879-4645
						Facsimile:  (202) 626-1700

2

1082755v.1

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Deposition has been served upon Plaintiffs' Liaison Counsel via e-mail and the Courts CM/ECF system, this 25th day of January, 2011.

                                                   */s/Heather S. Lonian*

1082755v.1