## **EXHIBIT A**

1. Any and all documents[1] reviewed by Mr. Crawford and/or his staff in the preparation of his Flood Damage Assessment reports, including, but not limited to:

   A. The "miscellaneous file documents" referred to in the "Observations" section of his reports;

   B. Any and all "weather records" cited, referenced, or relied upon by Mr. Crawford and/or his staff.

2. The attachment to Mr. Crawford's report for Fred Holmes entitled "Attachment A: Weather". (Although this attachment is referenced in Mr. Crawford's report, no such attachment has been produced to Washington Group.)

3. Any and all photos and videos[2] relied upon by Mr. Crawford and/or his staff in the preparation of his report, including but not limited to those referenced in the last paragraph of each of his reports. (*See, e.g.,* Report for Jeanine and Kenneth Armstrong, at 5: "Photographs taken during our work are retained in our files and are available to you upon request."

---

[1] For the purposes of this Exhibit, "documents" shall refer to and include all documents, whether printed, typed, handwritten, photocopied, computerized, recorded, stored, or produced or reproduced by any process or means, mechanical, manual, or otherwise.

[2] For the purposes of this Exhibit, "photos" and "videos" shall refer to and include all photos and videos, whether taken by you or by others, printed, photocopied, computerized, recorded, stored, produced or reproduced by any process or means, mechanical, manual, or otherwise.

1082791v1