# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN     05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

## NOTICE OF DEPOSITION

To:   All Plaintiffs' Counsel
        through Plaintiffs' Liaison Counsel,
        Joseph M. Bruno, Esq.
        The Law Office of Joseph M. Bruno
        855 Baronne Street
        New Orleans, Louisiana  70113
        (504) 525-1335
        *jbruno@jbrunolaw.com*

**PLEASE TAKE NOTICE** that URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), through their counsel, will take the videotaped deposition of Scott Taylor, on Thursday, February 9, 2012 at 9:00am at Stone Pigman Walter Wittmann, 546 Carondelet Street, New Orleans, Louisiana 70130.  The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony.  The deposition will be recorded stenographically.

1082754v.1

Dated:  January 25, 2012

Respectfully submitted,

*/s/Heather S. Lonian*
William D. Treeby, 12901
Jay C. Gulotta, 6590
Heather S. Lonian, 29956
     Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel
Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
Christopher Farrell
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Deposition has been served upon Plaintiffs' Liaison Counsel via e-mail and the Courts CM/ECF system, this 25th day of January, 2011.

                                                                */s/Heather S. Lonian*

1082754v.1