UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES          §        CIVIL ACTION
        CONSOLIDATED LITIGATION          §        NO. 05-4182 "K" (2)
                                         §        JUDGE DUVAL
_____      §        MAG. WILKINSON
                                         §
PERTAINS TO:                             §
    ARMSTRONG, C.A. No. 10-866           §
_____      §

NOTICE OF PRODUCTION

In response to Armstrong Plaintiffs' First Request for Production to Defendant United States dated May 16, 2011, the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

NCS-031-000002895  to  NCS-031-000002896;
NCS-031-000002897  to  NCS-031-000002899;
NCS-031-000002900  to  NCS-031-000002901;
NCS-031-000002902  to  NCS-031-000002903;
NCS-031-000002904  to  NCS-031-000002905;
NCS-031-000002906  to  NCS-031-000002906;
NCS-031-000002907  to  NCS-031-000002907;

NCS-031-000002908 to NCS-031-000002908;
NCS-031-000002909 to NCS-031-000002909;
NCS-031-000002910 to NCS-031-000002911;
NCS-031-000002912 to NCS-031-000002912;
NCS-031-000002913 to NCS-031-000002913;
NCS-031-000002914 to NCS-031-000002914;
NCS-031-000002915 to NCS-031-000002917;
NCS-031-000002918 to NCS-031-000002918;
NCS-031-000002919 to NCS-031-000002919;
NCS-031-000002920 to NCS-031-000002920;
NCS-031-000002921 to NCS-031-000002921;
NCS-031-000002922 to NCS-031-000002923;
NCS-031-000002924 to NCS-031-000002926;
NCS-031-000002927 to NCS-031-000002927;
NCS-031-000002928 to NCS-031-000002929;
NCS-031-000002930 to NCS-031-000002930;
NCS-031-000002931 to NCS-031-000002931;
NCS-031-000002932 to NCS-031-000002932;
NCS-031-000002933 to NCS-031-000002933;
NCS-031-000002934 to NCS-031-000002935;
NCS-031-000002936 to NCS-031-000002938;
NCS-031-000002939 to NCS-031-000002939;
NCS-031-000002940 to NCS-031-000002940;
NCS-031-000002941 to NCS-031-000002941;
NCS-031-000002942 to NCS-031-000002942;
NCS-031-000002943 to NCS-031-000002943;
NCS-031-000002944 to NCS-031-000002944;
NCS-031-000002945 to NCS-031-000002947;
NCS-031-000002948 to NCS-031-000002948;
NCS-031-000002949 to NCS-031-000002949;
NCS-031-000002950 to NCS-031-000002950;
NCS-031-000002951 to NCS-031-000002951;
NCS-031-000002952 to NCS-031-000002952;
NCS-031-000002953 to NCS-031-000002953;
NCS-031-000002954 to NCS-031-000002956;
NCS-031-000002957 to NCS-031-000002958;
NCS-031-000002959 to NCS-031-000002959;
NCS-031-000002960 to NCS-031-000002960;
NCS-031-000002961 to NCS-031-000002961;
NCS-031-000002962 to NCS-031-000002962;
NCS-031-000002963 to NCS-031-000002963;
NCS-031-000002964 to NCS-031-000002964;
NCS-031-000002965 to NCS-031-000002965;

NCS-031-000002966 to NCS-031-000002967;
NCS-031-000002968 to NCS-031-000002970;
NCS-031-000002971 to NCS-031-000002973;
NCS-031-000002974 to NCS-031-000002974;
NCS-031-000002975 to NCS-031-000002975;
NCS-031-000002976 to NCS-031-000002976;
NCS-031-000002977 to NCS-031-000002977;
NCS-031-000002978 to NCS-031-000002980;
NCS-031-000002981 to NCS-031-000002981;
NCS-031-000002982 to NCS-031-000002982;
NCS-031-000002983 to NCS-031-000002983;
NCS-031-000002984 to NCS-031-000002984;
NCS-031-000002985 to NCS-031-000002985;
NCS-031-000002986 to NCS-031-000002988;
NCS-031-000002989 to NCS-031-000002989;
NCS-031-000002990 to NCS-031-000002991;
NCS-031-000002992 to NCS-031-000002994;
NCS-031-000002995 to NCS-031-000002995;
NCS-031-000002996 to NCS-031-000002996;
NCS-031-000002997 to NCS-031-000002997;
NCS-031-000002998 to NCS-031-000002998;
NCS-031-000002999 to NCS-031-000002999;
NCS-031-000003000 to NCS-031-000003002;
NCS-031-000003003 to NCS-031-000003003;
NCS-031-000003004 to NCS-031-000003004;
NCS-031-000003005 to NCS-031-000003005;
NCS-031-000003006 to NCS-031-000003007;
NCS-031-000003008 to NCS-031-000003008;
NCS-031-000003009 to NCS-031-000003009;
NCS-031-000003010 to NCS-031-000003010;
NCS-031-000003011 to NCS-031-000003012;
NCS-031-000003013 to NCS-031-000003015;
NCS-031-000003016 to NCS-031-000003016;
NCS-031-000003017 to NCS-031-000003017;
NCS-031-000003018 to NCS-031-000003018;
NCS-031-000003019 to NCS-031-000003019;
NCS-031-000003020 to NCS-031-000003020;
NCS-031-000003021 to NCS-031-000003021;
NCS-031-000003022 to NCS-031-000003022;
NCS-031-000003023 to NCS-031-000003023;
NCS-031-000003024 to NCS-031-000003026;
NCS-031-000003027 to NCS-031-000003027;
NCS-031-000003028 to NCS-031-000003028;

NCS-031-000003029 to NCS-031-000003029;
NCS-031-000003030 to NCS-031-000003031;
NCS-031-000003032 to NCS-031-000003035;
NCS-031-000003036 to NCS-031-000003037;
NCS-031-000003038 to NCS-031-000003038;
NCS-031-000003039 to NCS-031-000003040;
NCS-031-000003041 to NCS-031-000003043;
NCS-031-000003044 to NCS-031-000003044;
NCS-031-000003045 to NCS-031-000003045;
NCS-031-000003046 to NCS-031-000003046;
NCS-031-000003047 to NCS-031-000003047;
NCS-031-000003048 to NCS-031-000003048;
NCS-031-000003049 to NCS-031-000003049;
NCS-031-000003050 to NCS-031-000003052;
NCS-031-000003053 to NCS-031-000003053;
NCS-031-000003054 to NCS-031-000003054;
NCS-031-000003055 to NCS-031-000003055;
NCS-031-000003056 to NCS-031-000003056;
NCS-031-000003057 to NCS-031-000003058;
NCS-031-000003059 to NCS-031-000003060;
NCS-031-000003061 to NCS-031-000003061;
NCS-031-000003062 to NCS-031-000003062;
NCS-031-000003063 to NCS-031-000003063;
NCS-031-000003064 to NCS-031-000003064;
NCS-031-000003065 to NCS-031-000003066;
NCS-031-000003067 to NCS-031-000003067;
NCS-031-000003068 to NCS-031-000003068;
NCS-031-000003069 to NCS-031-000003069;
NCS-031-000003070 to NCS-031-000003070;
NCS-031-000003071 to NCS-031-000003072;
NCS-031-000003073 to NCS-031-000003075;
NCS-031-000003076 to NCS-031-000003076;
NCS-031-000003077 to NCS-031-000003077;
NCS-031-000003078 to NCS-031-000003078;
NCS-031-000003079 to NCS-031-000003079;
NCS-031-000003080 to NCS-031-000003080;
NCS-031-000003081 to NCS-031-000003081;
NCS-031-000003082 to NCS-031-000003082;
NCS-031-000003083 to NCS-031-000003083;
NCS-031-000003084 to NCS-031-000003085;
NCS-031-000003086 to NCS-031-000003088;
NCS-031-000003089 to NCS-031-000003089;
NCS-031-000003090 to NCS-031-000003090;

NCS-031-000003091 to NCS-031-000003091;
NCS-031-000003092 to NCS-031-000003092;
NCS-031-000003093 to NCS-031-000003094;
NCS-031-000003095 to NCS-031-000003095;
NCS-031-000003096 to NCS-031-000003096;
NCS-031-000003097 to NCS-031-000003097;
NCS-031-000003098 to NCS-031-000003098;
NCS-031-000003099 to NCS-031-000003099;
NCS-031-000003100 to NCS-031-000003100;
NCS-031-000003101 to NCS-031-000003101;
NCS-031-000003102 to NCS-031-000003102;
NCS-031-000003103 to NCS-031-000003105;
NCS-031-000003106 to NCS-031-000003107;
NCS-031-000003108 to NCS-031-000003110;
NCS-031-000003111 to NCS-031-000003111;
NCS-031-000003112 to NCS-031-000003112;
NCS-031-000003113 to NCS-031-000003113;
NCS-031-000003114 to NCS-031-000003114;
NCS-031-000003115 to NCS-031-000003115;
NCS-031-000003116 to NCS-031-000003116;
NCS-031-000003117 to NCS-031-000003117;
NCS-031-000003118 to NCS-031-000003118;
NCS-031-000003119 to NCS-031-000003119;
NCS-031-000003120 to NCS-031-000003122;
NCS-031-000003123 to NCS-031-000003123;
NCS-031-000003124 to NCS-031-000003124;
NCS-031-000003125 to NCS-031-000003125;
NCS-031-000003126 to NCS-031-000003126;
NCS-031-000003127 to NCS-031-000003127;
NCS-031-000003128 to NCS-031-000003128;
NCS-031-000003129 to NCS-031-000003129;
NCS-031-000003130 to NCS-031-000003130;
NCS-031-000003131 to NCS-031-000003131;
NCS-031-000003132 to NCS-031-000003135;
NCS-031-000003136 to NCS-031-000003136;
NCS-031-000003137 to NCS-031-000003138;
NCS-031-000003139 to NCS-031-000003141;
NCS-031-000003142 to NCS-031-000003143;
NCS-031-000003144 to NCS-031-000003144;
NCS-031-000003145 to NCS-031-000003145;
NCS-031-000003146 to NCS-031-000003146;
NCS-031-000003147 to NCS-031-000003147;
NCS-031-000003148 to NCS-031-000003148;

NCS-031-000003149 to NCS-031-000003149;
NCS-031-000003150 to NCS-031-000003150;
NCS-031-000003151 to NCS-031-000003151;
NCS-031-000003152 to NCS-031-000003152;
NCS-031-000003153 to NCS-031-000003155;
NCS-031-000003156 to NCS-031-000003156;
NCS-031-000003157 to NCS-031-000003157;
NCS-031-000003158 to NCS-031-000003159;
NCS-031-000003160 to NCS-031-000003160;
NCS-031-000003161 to NCS-031-000003163;
NCS-031-000003164 to NCS-031-000003164;
NCS-031-000003165 to NCS-031-000003165;
NCS-031-000003166 to NCS-031-000003166;
NCS-031-000003167 to NCS-031-000003167;
NCS-031-000003168 to NCS-031-000003168;
NCS-031-000003169 to NCS-031-000003170;
NCS-031-000003171 to NCS-031-000003173;
NCS-031-000003174 to NCS-031-000003174;
NCS-031-000003175 to NCS-031-000003175;
NCS-031-000003176 to NCS-031-000003176;
NCS-031-000003177 to NCS-031-000003177;
NCS-031-000003178 to NCS-031-000003178;
NCS-031-000003179 to NCS-031-000003179;
NCS-031-000003180 to NCS-031-000003180;
NCS-031-000003181 to NCS-031-000003181;
NCS-031-000003182 to NCS-031-000003182;
NCS-031-000003183 to NCS-031-000003183;
NCS-031-000003184 to NCS-031-000003186;
NCS-031-000003187 to NCS-031-000003187;
NCS-031-000003188 to NCS-031-000003188;
NCS-031-000003189 to NCS-031-000003189;
NCS-031-000003190 to NCS-031-000003190;
NCS-031-000003191 to NCS-031-000003192;
NCS-031-000003193 to NCS-031-000003193;
NCS-031-000003194 to NCS-031-000003194;
NCS-031-000003195 to NCS-031-000003195;
NCS-031-000003196 to NCS-031-000003196;
NCS-031-000003197 to NCS-031-000003197;
NCS-031-000003198 to NCS-031-000003198;
NCS-031-000003199 to NCS-031-000003199;
NCS-031-000003200 to NCS-031-000003201;
NCS-031-000003202 to NCS-031-000003202;
NCS-031-000003203 to NCS-031-000003203;

NCS-031-000003204 to NCS-031-000003205;
NCS-031-000003206 to NCS-031-000003208;
NCS-031-000003209 to NCS-031-000003210;
NCS-031-000003211 to NCS-031-000003211;
NCS-031-000003212 to NCS-031-000003212;
NCS-031-000003213 to NCS-031-000003213;
NCS-031-000003214 to NCS-031-000003214;
NCS-031-000003215 to NCS-031-000003215;
NCS-031-000003216 to NCS-031-000003218;
NCS-031-000003219 to NCS-031-000003219;
NCS-031-000003220 to NCS-031-000003220;
NCS-031-000003221 to NCS-031-000003221;
NCS-031-000003222 to NCS-031-000003222;
NCS-031-000003223 to NCS-031-000003223;
NCS-031-000003224 to NCS-031-000003225;
NCS-031-000003226 to NCS-031-000003226;
NCS-031-000003227 to NCS-031-000003227;
NCS-031-000003228 to NCS-031-000003228;
NCS-031-000003229 to NCS-031-000003229;
NCS-031-000003230 to NCS-031-000003231;
NCS-031-000003232 to NCS-031-000003232;
NCS-031-000003233 to NCS-031-000003233;
NCS-031-000003234 to NCS-031-000003234;
NCS-031-000003235 to NCS-031-000003235;
NCS-031-000003236 to NCS-031-000003236;
NCS-031-000003237 to NCS-031-000003237;
NCS-031-000003238 to NCS-031-000003238;
NCS-031-000003239 to NCS-031-000003239;
NCS-031-000003240 to NCS-031-000003240;
NCS-031-000003241 to NCS-031-000003242;
NCS-031-000003243 to NCS-031-000003245;
NCS-031-000003246 to NCS-031-000003247;
NCS-031-000003248 to NCS-031-000003248;
NCS-031-000003249 to NCS-031-000003249;
NCS-031-000003250 to NCS-031-000003250;
NCS-031-000003251 to NCS-031-000003251;
NCS-031-000003252 to NCS-031-000003254;
NCS-031-000003255 to NCS-031-000003255;
NCS-031-000003256 to NCS-031-000003256;
NCS-031-000003257 to NCS-031-000003257;
NCS-031-000003258 to NCS-031-000003258;
NCS-031-000003259 to NCS-031-000003259;
NCS-031-000003260 to NCS-031-000003260;

NCS-031-000003261 to NCS-031-000003261;
NCS-031-000003262 to NCS-031-000003262;
NCS-031-000003263 to NCS-031-000003263;
NCS-031-000003264 to NCS-031-000003266;
NCS-031-000003267 to NCS-031-000003267;
NCS-031-000003268 to NCS-031-000003268;
NCS-031-000003269 to NCS-031-000003269;
NCS-031-000003270 to NCS-031-000003270;
NCS-031-000003271 to NCS-031-000003272;
NCS-031-000003273 to NCS-031-000003275;
NCS-031-000003276 to NCS-031-000003277;
NCS-031-000003278 to NCS-031-000003278;
NCS-031-000003279 to NCS-031-000003279;
NCS-031-000003280 to NCS-031-000003280;
NCS-031-000003281 to NCS-031-000003281;
NCS-031-000003282 to NCS-031-000003282;
NCS-031-000003283 to NCS-031-000003283;
NCS-031-000003284 to NCS-031-000003286;
NCS-031-000003287 to NCS-031-000003287;
NCS-031-000003288 to NCS-031-000003288;
NCS-031-000003289 to NCS-031-000003289;
NCS-031-000003290 to NCS-031-000003290;
NCS-031-000003291 to NCS-031-000003291;
NCS-031-000003292 to NCS-031-000003292;
NCS-031-000003293 to NCS-031-000003295;
NCS-031-000003296 to NCS-031-000003296;
NCS-031-000003297 to NCS-031-000003297;
NCS-031-000003298 to NCS-031-000003298;
NCS-031-000003299 to NCS-031-000003299;
NCS-031-000003300 to NCS-031-000003300;
NCS-031-000003301 to NCS-031-000003301;
NCS-031-000003302 to NCS-031-000003302;
NCS-031-000003303 to NCS-031-000003303;
NCS-031-000003304 to NCS-031-000003304;
NCS-031-000003305 to NCS-031-000003306;
NCS-031-000003307 to NCS-031-000003309;
NCS-031-000003310 to NCS-031-000003310;
NCS-031-000003311 to NCS-031-000003311;
NCS-031-000003312 to NCS-031-000003313;
NCS-031-000003314 to NCS-031-000003314;
NCS-031-000003315 to NCS-031-000003315;
NCS-031-000003316 to NCS-031-000003316;
NCS-031-000003317 to NCS-031-000003317;

NCS-031-000003318 to NCS-031-000003318;
NCS-031-000003319 to NCS-031-000003319;
NCS-031-000003320 to NCS-031-000003320;
NCS-031-000003321 to NCS-031-000003321;
NCS-031-000003322 to NCS-031-000003324;
NCS-031-000003325 to NCS-031-000003325;
NCS-031-000003326 to NCS-031-000003326;
NCS-031-000003327 to NCS-031-000003327;
NCS-031-000003328 to NCS-031-000003328;
NCS-031-000003329 to NCS-031-000003329;
NCS-031-000003330 to NCS-031-000003331;
NCS-031-000003332 to NCS-031-000003335;
NCS-031-000003336 to NCS-031-000003336;
NCS-031-000003337 to NCS-031-000003337;
NCS-031-000003338 to NCS-031-000003338;
NCS-031-000003339 to NCS-031-000003339;
NCS-031-000003340 to NCS-031-000003340;
NCS-031-000003341 to NCS-031-000003341;
NCS-031-000003342 to NCS-031-000003342;
NCS-031-000003343 to NCS-031-000003343;
NCS-031-000003344 to NCS-031-000003344;
NCS-031-000003345 to NCS-031-000003345;
NCS-031-000003346 to NCS-031-000003346;
NCS-031-000003347 to NCS-031-000003348;
NCS-031-000003349 to NCS-031-000003351;
NCS-031-000003352 to NCS-031-000003353;
NCS-031-000003354 to NCS-031-000003355;
NCS-031-000003356 to NCS-031-000003356;
NCS-031-000003357 to NCS-031-000003357;
NCS-031-000003358 to NCS-031-000003358;
NCS-031-000003359 to NCS-031-000003359;
NCS-031-000003360 to NCS-031-000003360;
NCS-031-000003361 to NCS-031-000003361;
NCS-031-000003362 to NCS-031-000003362;
NCS-031-000003363 to NCS-031-000003363;
NCS-031-000003364 to NCS-031-000003366;
NCS-031-000003367 to NCS-031-000003367;
NCS-031-000003368 to NCS-031-000003368;
NCS-031-000003369 to NCS-031-000003369;
NCS-031-000003370 to NCS-031-000003372;
NCS-031-000003373 to NCS-031-000003373;
NCS-031-000003374 to NCS-031-000003374;
NCS-031-000003375 to NCS-031-000003375;

```
NCS-031-000003376  to  NCS-031-000003376;
NCS-031-000003377  to  NCS-031-000003377;
NCS-031-000003378  to  NCS-031-000003378;
NCS-031-000003379  to  NCS-031-000003380;
NCS-031-000003381  to  NCS-031-000003381;
NCS-031-000003382  to  NCS-031-000003383;
NCS-031-000003384  to  NCS-031-000003386;
NCS-031-000003387  to  NCS-031-000003387;
NCS-031-000003388  to  NCS-031-000003389;
NCS-031-000003390  to  NCS-031-000003390;
NCS-031-000003391  to  NCS-031-000003391;
NCS-031-000003392  to  NCS-031-000003392;
NCS-031-000003393  to  NCS-031-000003393;
NCS-031-000003394  to  NCS-031-000003394;
NCS-031-000003395  to  NCS-031-000003395;
NCS-031-000003396  to  NCS-031-000003396;
NCS-031-000003397  to  NCS-031-000003397;
NCS-031-000003398  to  NCS-031-000003399;
NCS-031-000003400  to  NCS-031-000003402;
NCS-031-000003403  to  NCS-031-000003403;
NCS-031-000003404  to  NCS-031-000003405;
NCS-031-000003406  to  NCS-031-000003406;
NCS-031-000003407  to  NCS-031-000003407;
NCS-031-000003408  to  NCS-031-000003408;
NCS-031-000003409  to  NCS-031-000003409;
NCS-031-000003410  to  NCS-031-000003410;
NCS-031-000003411  to  NCS-031-000003411;
NCS-031-000003412  to  NCS-031-000003414;
NCS-031-000003415  to  NCS-031-000003415;
NCS-031-000003416  to  NCS-031-000003416;
NCS-031-000003417  to  NCS-031-000003418;
NCS-031-000003419  to  NCS-031-000003421;
NCS-031-000003422  to  NCS-031-000003422;
NCS-031-000003423  to  NCS-031-000003424;
NCS-031-000003425  to  NCS-031-000003425;
NCS-031-000003426  to  NCS-031-000003426;
NCS-031-000003427  to  NCS-031-000003427;
NCS-031-000003428  to  NCS-031-000003428;
NCS-031-000003429  to  NCS-031-000003429;
NCS-031-000003430  to  NCS-031-000003432;
NCS-031-000003433  to  NCS-031-000003433;
NCS-031-000003434  to  NCS-031-000003434;
NCS-031-000003435  to  NCS-031-000003435;
NCS-031-000003436  to  NCS-031-000003436;
NCS-031-000003437  to  NCS-031-000003438;
NCS-031-000003439  to  NCS-031-000003439;
```

        NCS-031-000003440  to  NCS-031-000003441;
        NCS-031-000003442  to  NCS-031-000003442;
        NCS-031-000003443  to  NCS-031-000003443;
        NCS-031-000003444  to  NCS-031-000003444;
        NCS-031-000003445  to  NCS-031-000003445;
        NCS-031-000003446  to  NCS-031-000003446;
        NCS-031-000003447  to  NCS-031-000003447;
        NCS-031-000003448  to  NCS-031-000003448;
        NCS-031-000003449  to  NCS-031-000003450;
        NCS-031-000003451  to  NCS-031-000003453;
        NCS-031-000003454  to  NCS-031-000003454;
        NCS-031-000003455  to  NCS-031-000003455;
        NCS-031-000003456  to  NCS-031-000003456;
        NCS-031-000003457  to  NCS-031-000003457;
        NCS-031-000003458  to  NCS-031-000003458;
        NCS-031-000003459  to  NCS-031-000003461;
        NCS-031-000003463  to  NCS-031-000003463.

The United States' Production Log is attached.

                                          Respectfully submitted,
                                          TONY WEST
                                          Assistant Attorney General

                                          PHYLLIS J. PYLES
                                          Director, Torts Branch

                                          JAMES G. TOUHEY, JR.
                                          Assistant Director, Torts Branch

                                           s/ James F. McConnon, Jr.
                                          JAMES F. McCONNON, JR.
                                          Trial Attorney, Torts Branch, Civil Division
                                          U.S. Department of Justice
                                          Benjamin Franklin Station, P.O. Box 888
                                          Washington, D.C.  20044
                                          (202) 616-4400 / (202) 616-5200 (Fax)
                                          Attorneys for the United States

Dated: January 27, 2012

## **CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on January 27, 2012, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                                                                    s/ James F. McConnon, Jr.
                                                              JAMES F. McCONNON, JR.