UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

**PERTAINS TO:**

**LEVEE and MRGO:**

**Kmart Corp., No. 11-2062**

**O R D E R**

Considering the Stipulation of Dismissal with Prejudice of Claims against Defendant Board of Commissioners of the Port of New Orleans entered into by plaintiffs, Kmart Corporation and Sears, Roebuck and Co., and defendant Board of Commissioners of the Port of New Orleans [the "Dock Board"]; and for the reasons set forth in this Court's Orders and Reasons: No. 05-4182, Order and Reasons (entered Oct. 12, 2007) [Rec. Doc. 8389]; No. 05-4182, Order and Reasons (entered Nov. 7, 2007) [Rec. Doc. 8913]; No. 05-4182, Order and Reasons (entered Oct. 28, 2008) [Rec. Doc. 16192]; No. 05-4182, Order and Reasons (entered Nov. 12, 2008) [Rec. Doc. 16352], and for those reasons set forth in the February 6, 2009 Per Curiam Opinion of the United States Fifth Circuit Court of Appeals in No. 08-30234 [Rec. Doc. 18125],

After considering the pleadings, memoranda, and law, which include the same arguments raised by the Dock Board in its motions and the same arguments raised by various plaintiffs in opposition to those motions,

IT IS ORDERED that the claims against the Dock Board are hereby dismissed with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

IT IS FURTHER ORDERED that this Order operates as an adjudication on the merits of the claims against the Dock Board, but without waiver of the parties' rights to review or appeal the claims dismissed or not reached, and the parties are allowed their rights of review or appeal regarding this Order whenever this order may become appealable.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
JUDGE STANWOOD R. DUVAL, JR.