UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re

**KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION**

_____

**PERTAINS TO:**

LEVEE and MRGO:

Kmart Corp., No. 11-2062

_____

CIVIL ACTION NO. 05-4182

SECTION "K" (2)

JUDGE DUVAL

MAGISTRATE JUDGE WILKINSON

## STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT CSX TRANSPORTATION, INC.

Plaintiffs, Kmart Corporation and Sears, Roebuck and Co., and Defendant, CSX Transportation, Inc. ("CSXT"), stipulate as follows:

1. On September 16, 2011, CSXT filed a motion to dismiss Plaintiffs' Complaint against CSXT under Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 20439). CSXT argued that the allegations against CSXT in Plaintiffs' Complaint are virtually identical to the allegations in 119 other civil actions filed in the consolidated Katrina litigation, No. 05-4182, that have all been dismissed by this Court. This Court has repeatedly held that CSXT owed no duty to protect similarly situated plaintiffs from flooding and that those plaintiffs' claims are preempted by federal railroad law. *See* No. 05-4182, Order and Opinion (entered Dec. 27, 2007) (Dkt. No. 9856); *see also* No. 05-4182, Order and Opinion (entered Jan. 26, 2009) (Dkt. No. 17352); and *Pere Marquette Hotel Partners, L.L.C. v. United States*, No. 09-5921, Order and Opinion (entered March 10, 2010, Dkt.

1

No. 34) (consolidated into this litigation by order entered on March 10, 2010, Dkt. No. 19663 in No. 05-4182).  *And compare* No. 11-2062, Compl. ¶ 90 (Sep. 19, 2011) (Dkt. No. 1) with *Pere Marquette*, No. 09-5921, Compl. ¶ 90 (Aug. 8, 2009) (Dkt. No. 1).

2. On September 20, this Court administratively terminated CSXT's motion to dismiss in light of an existing stay (*see* Dkt. Nos. 20439-40) (citing No. 05-4182, Stay Order (entered Jan. 17, 2008, Dkt. No. 10620); *see also* No. 05-4182, Amended Stay Order (entered Jan. 22, 2008, Dkt. No. 10723)).  Similarly, the Court terminated the motion to dismiss filed by the Board of Commissioners of the Port of New Orleans, but noted the parties' willingness to enter into a stipulation that would alleviate the need for motion practice.  *See* Order (entered Oct. 13, 2011) (Dkt. No. 20478).

3. In opposition to CSXT's motion to dismiss (Dkt. 20439), Plaintiffs would rely on the same arguments advanced in the opposition briefs filed by the plaintiffs in the cases dismissed as to CSXT by the following court orders and opinions:  No. 05-4182, Order and Opinion (entered Dec. 27, 2007) (Dkt. No. 9856); No. 05-4182, Order and Opinion (entered Jan. 26, 2009) (Dkt. No. 17352); and *Pere Marquette Hotel Partners, L.L.C. v. United States*, No. 09-5921, Order and Opinion (entered March 10, 2010, Dkt. No. 34) (consolidated into this litigation by order entered on March 10, 2010, Dkt. No. 19663 in No. 05-4182).  Further, Plaintiffs adopt and incorporate said arguments and opposition briefs and assert them herein as if filed herein *in extenso*.

4. For the reasons set forth above and in this Court's Orders and Opinions entered December 27, 2007, January 26, 2009, and March 10, 2010, the claims against CSXT should be dismissed with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

5. Given that this dismissal is on grounds of lack of duty and federal railroad preemption, the Court does not reach the timeliness issues raised in CSXT's motion to dismiss. Dkt. No. 20439.

6. Said dismissal, agreed to and accepted by the Court, operates as an adjudication on the merits of the claims against CSXT, but without waiver of the parties' rights to review or appeal the claims dismissed or not reached. Each party specifically reserves and maintains its rights of review or appeal of all issues herein, and any reversal of the court orders and opinions pertaining to CSXT's dismissal, referenced above, will act as a reversal and nullity of this stipulation and the corresponding order.

7. Plaintiffs reserve any and all rights related to all other defendants in this matter.

/s/ James M. Garner
_____
JAMES M. GARNER #19589, T.A.
JOHN T. BALHOFF, II #24288
ASHLEY G. COKER #30446
**SHER GARNER CAHILL RICHTER
  KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Email: jgarner@shergarner.com
**ATTORNEYS FOR KMART
CORPORATION and SEARS,
ROEBUCK AND CO.**

/s/ Brent A. Talbot
_____
BRENT A. TALBOT (#19174)
JONATHAN C. McCALL (#9227)
    -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 544-6095
Email: talbot@chaffe.com
**ATTORNEYS FOR CSX
TRANSPORTATION, INC.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2012 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James M. Garner
_____
JAMES M. GARNER