UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | CIVIL ACTION NO. 05-4182 |
| **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | SECTION "K" (2) |
| | JUDGE DUVAL |
| | MAGISTRATE JUDGE WILKINSON |

_____

**PERTAINS TO:**

LEVEE and MRGO:

Kmart Corp., No. 11-2062

_____

## ORDER

Considering the Stipulation of Dismissal with Prejudice of Claims against Defendant CSX Transportation, Inc., entered into by plaintiffs, Kmart Corporation and Sears, Roebuck and Co., and Defendant CSX Transportation, Inc.; and for the reasons set forth in this Court's Orders and Opinions, No. 05-4182, Order and Opinion (entered Dec. 27, 2007) (Dkt. No. 9856); No. 05-4182, Order and Opinion (entered Jan. 26, 2009) (Dkt. No. 17352); and *Pere Marquette Hotel Partners, L.L.C. v. United States*, No. 09-5921, Order and Opinion (entered March 10, 2010, Dkt. No. 34) (consolidated into this litigation by order entered on March 10, 2010, Dkt. No. 19663 in No. 05-4182),

1756558-1

1

After considering the pleadings, memoranda, and law, which include the same arguments raised by CSX Transportation, Inc. in its Motions to Dismiss and the same arguments raised by various plaintiffs in opposition to those motions,

IT IS ORDERED that the claims against CSX Transportation, Inc. are hereby dismissed with prejudice for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

IT IS FURTHER ORDERED that given that this dismissal is on grounds of lack of duty and federal railroad preemption, this Order does not address the timeliness issues raised in CSX Transportation, Inc.'s motion to dismiss.

IT IS FURTHER ORDERED that this Order operates as an adjudication on the merits of the claims against CSX Transportation, Inc., but without waiver of the parties' rights to review or appeal the claims dismissed or not reached, and the parties are allowed their rights of review or appeal regarding this Order whenever this order may become appealable, and any reversal of the court orders and opinions pertaining to CSX Transportation's dismissal, referenced above, will act as a reversal and nullity of the parties' stipulation and this Order.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
JUDGE STANWOOD R. DUVAL, JR.