MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 1, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182 "K" (2)

PERTAINS TO:   MRGO                      JUDGE DUVAL
               Armstrong C.A. No. 10-866 MAG. WILKINSON


As requested by counsel, a conference was conducted on this date to discuss the sufficiency of expert disclosures to date and the timing of expert depositions. Participating were: Joseph M. Bruno, counsel for plaintiffs; William Treeby and Jay Gulotta, representing defendant Washington Group International, Inc. ("WGI"); Robin Smith, Rupert Mitsch and Conor Kells, counsel for the United States. Considering the record and the representations of counsel, **IT IS ORDERED** that:

(1) All dates and deadlines established in Judge Duval's scheduling order, Record Doc. No. 20592, remain unaltered and are in no way revised by this order.

(2) Counsel must confer with each other as soon as possible to identify specifically any alleged deficiencies in any expert's report concerning the disclosure of

MJSTAR: 0 : 35

facts, data or assumptions that the expert considered or relied upon in forming opinions in a good faith effort to cure any deficiencies <u>before</u> the experts' depositions.

(3) Except as otherwise agreed by counsel, all experts who have provided their reports by March 8, 2012 must be deposed between March 9 and April 13, 2012, with plaintiffs' experts being deposed first.

(4) Any person who provides "rebuttal geotechnical and/or hydrological expert reports" as contemplated by Judge Duval's scheduling order by March 22, 2012 must be deposed between March 23 and April 13, 2012. Any expert who provides a rebuttal report after having already provided an original report will be subject to being redeposed a second time concerning the subject matter of any later report.

(5) Counsel must confer as soon as possible among themselves and with their experts to schedule all desired depositions within the deadlines set by the court.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**