UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * | SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## MOTION TO STRIKE

**NOW INTO** COURT, through undersigned counsel, comes Washington Group International, Inc. ("WGI"), which respectfully moves to strike the claims of Ethel Mae Coats for the reasons set forth in the accompanying memorandum.

**WHEREFORE**, Washington Group International, Inc. hereby moves the Court for an Order striking the Claims of Ethel Mae Coats.

Dated:  February 11, 2012

Respectfully submitted,

/s/ Heather S. Lonian
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Strike has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 11th day of February, 2012.

/s/ Heather S. Lonian