C Obituaries Orleans Parish Louisiana
Sbmitted by N.O.V.A. (New Orleans Volunteer Association)
Updated April 2005

**************************************************
Submitted to the LAGenWeb Archives
**************************************************
Copyright. All rights reserved.
http://www.usgwarchives.net/copyright.htm

http:/www.usgwarchives.net/la/lafiles.htm
**************************************************

004201   Clinkscales - Jefferson G. Clinkscales, A Retired Chief Engineer For Delta Steamship Co., Died Sunday Of Heart Failure At Northshore Regional Medical Center. He Was 86. Mr. Clinkscales Was Born In Greenville, S.C., And Lived In Slidell For The Past 36 Years. He Was In The Merchant Marine During World War Ii. Survivors Include His Wife, Valentina K. Clinkscales; Three Sons, William A. Clinkscales Of Valencia, Calif., Perry G. Clinkscales Of Keller, Texas, And Paul K. Clinkscales; A Brother, Julian Edgar Clinkscales; Four Sisters, Emma F. Clinkscales, Mary C. White, Maria J. Chiepalich And Elizabeth C. Graves; And Seven Grandchildren. A Memorial Service Will Be Held Thursday At 3 P.M. At Christ Episcopal Church, 1534 Seventh St., Slidell. Visitation Will Begin At 2 P.M. Burial Will Be In The Church Vigil Garden. Honaker Funeral Home In Slidell Is In Charge Of Arrangements. 07-15-1998 Times Picayune
**********

004202   Clinkscales - Marvin Wayne Clinkscales, A Retired Agent With Allstate, On Friday, May 6, 2005. Beloved Father Of Kelly Marie Verdin, Ali Rae, Robert K. And Amie Lee Clinkscales. Stepfather Of Angelina Tully. Brother Of Susan C. Hihar And The Late Thomas William 'Bill' Clinkscales. Son Of Lea 'Lee' Ray Clinkscales And The Late Thomas Orr Clinkscales. Age 55 Years. A Native Of Houston, Tx And A Resident Of The Westbank For The Past 42 Years. Relatives And Friends Of The Family Are Invited To Attend A Funeral Service In The Chapel Of Mothe Funeral Homes, 2100 Westbank Expressway, Harvey, La On Tuesday, May 10, 2005 At 9:00 A.M. Interment New Hope Cemetery, Elmer, La. Parlors Will Be Open Monday, May 9, 2005 From 6:00 P.M. Until 8:00 P.M. And Tuesday 7:00 A.M. Until Service Time. Commital Service 2:30 P.M. New Hope Cemetery, Elmer, La. Times Picayune 05-8-2005
**********

004203   Clinton - Velma Jones Clinton, A Retired Nurse With West Jefferson Medical Center, On Tuesday, November 1, 2005. Beloved Wife Of Alvin Jim Clinton. Mother Of Debbie Mcmillon And Ronnie Grutzmacher. Step-Mother Of Julie Roper, Laurie Nielsen And The Late Daniel Clinton. Sister Of Jene Shambley. Survived By Grandchildren And Great-Grandchildren. Age 82 Years, A Native Of Lufkin, Tx And A Resident Of Avondale, La. Visitation At Good Shepherd Lutheran Church, 6700-A Westbank Expressway, Marrero, La On Friday, November 4, 2005 From 10:00 Am Until 11 Am. Religious Services Will Follow. Interment: Westlawn Memorial Park. Mothe Funeral Home In Charge Of Arrangements. Call 366-4343. Times Picayune 11-3-2005
**********

004204   Clivens - Carlos Juan Clivens On Saturday, December 28, 2002. Beloved Father Of Jasmine And Raven Clivens. Son Of Patricia And Albert Clivens. Brother Of Albert Clivens Iii, Anthony Mcclendon, Neijah, And Gidget Clivens. Grandson Of Joseph And Vivian Claiborne, And Rose Honore. Companion Of Danielle Howard. Also Survived By Aunts, Uncles, Cousins, Nieces, Nephews, And A Host Of Other Relatives And Friends. A Native And Resident Of New Orleans For 27 Years. Relatives And Friends Of The Family, Also Pastors, Officers, And Members Of Second Free Mission Baptist Church, True Vine Baptist Church, And All Neighboring Churches, Also Employees Of Overnight Transportation, American Corrugated, Bally Casino, Communication Department Of N.O. Police Department, N.O. Main Post Office, Usda-Nfc-Tsp, Veterans Administration, And Loomis Fargo Are Invited To Attend The Funeral Service On Saturday, January 4, 2003 At 10 Am At Littlejohn Funeral Home, 7818 Earhardt Blvd., Reverend Doctor Warren J. Ray, Jr., Pastor, Officiating. Interment Carrollton Cemetery. Viewing Of Remains From 9 Am Until 10 Am. Arrangements By Dennis Mortuary 1812 Louisiana Avenue ... 899-8252 Times Picayune 01-03-2003
**********

004205   Clivens - Melvin 'Pap' Clivens Sr., A Retired Barber, Died Wednesday Of Cancer At Touro Infirmary. He Was 63. Mr. Clivens Was A Lifelong Resident Of New Orleans. He Was A Parishioner Of St. Maria Goretti Catholic Church. Mr. Clivens Was A Member Of Census Bowling League, Saturday Night Live Bowling League, Tnba Bowling League, Town And Country Squire Social And Pleasure Club, And The American Association Of Retired Persons. He Was An Army Veteran Of The Korean War. Survivors Include His Wife, Audrey Smith Clivens; Four Sons, Melvin Jr., Kevin Sr., Andrew And Renwick Clivens; Seven Daughters, Diane Clivens, Melva Coleman, Andrea Jackson, Deidra Holmes, Celeste Williams, Kathleen Marighy And Terryl Smith; Two Sisters, Carolyn Journee And Henrietta Nicholas; And A Number Of Grandchildren And Great-Grandchildren. A Mass Will Be Said Today At Noon At St. Maria Goretti Catholic Church, 7300 Crowder Blvd. Burial Will Be Private. Tharp-Sontheimer-Laudumiey Funeral Home Is In Charge Of Arrangements. 07-08-1994 Times Picayune
**********

004206   Clofer - Beulah Corine Steib Clofer, Of Garyville, La. At Riverland Health Care, Lutcher, La. On Tuesday, March 2, 2004. Wife Of The Late Algernon Clofer, Sr. Daughter Of The Late Corine Cooper Steib And Leonard Steib. Mother Of The Harold Clofer, Lanne Haywood Clofer Of L.A., Ca., Milton Laplace, La., Velma Poche Of Wallace, La. Betty Love, Hazel Clofer Of Marrero, La., Eva Se

EXHIBIT A

\*\*\*\*\*\*\*\*\*\*

004260   Coates - Recorded At The Office Of The Board Of Health December 22, 1882: Lilly Coates, 6 Years, 404 S. Liberty. Submitted By Rosemary Ermis Source The Daily Picayune December 22, 1882 'Vital Statistics' Deaths
\*\*\*\*\*\*\*\*\*\*

004261   Coats - Jimmie Lee Coats Sr., A Former Employee Of Adams Junior High School In Metairie, Died Monday Of Cancer At His Home. He Was 53. Mr. Coats Was Born In Centreville, Miss., And Lived In New Orleans All His Life. He Was An Army Veteran And A Member Of Branch Bell Baptist Church. Survivors Include His Wife, Ethel Mae Coats; Three Sons, Cedric, James And Jimmie Coats Jr.; A Daughter, Danielle Coats; His Mother, Lula Coats; Two Brothers, Charles Edward And Jesse L. Coats Jr.; And A Grandchild. A Funeral Will Be Held Saturday At 10 A.M. At Cooper-Glapion Funeral Home, 2201 Caffin Ave. Visitation Will Begin Saturday At 9 A.M. Burial Will Be In Resthaven Memorial Park. Times Picayune 02-18-1999
\*\*\*\*\*\*\*\*\*\*

004262   Coats - Mr. William T. Coats, Jr., Age 85, Of Mckinney, Tx, Passed Away On Saturday, April 12, 2003, In Mckinney. He Was Born On April 5, 1918, To William Thomas And Ada 'Keller' Coats, Sr., In New Orleans, La. On January 11, 1943, He Married Valerie Sequin, In Dallas. He Was A Retired Financial Investor And Served As Captain In The Engineering Division Of The U.S. Army During Wwii. He Survived By His Wife, Valerie; Son, Tom Coats And Wife, Marcy, Of Mckinney; Granddaughter, Kirby Coats, Of Mckinney, And Sister, Charlotte Fanz, Of Covington, La. His Parents Preceded Him In Death. Memorial Services Will Be Held At 10:00 A.M., Wednesday, April 16, 2003, At The St. Peter's Episcopal Church, In Mckinney, Tx. Arrangements Are Under The Direction Of Turrentine-Jackson-Morrow Funeral Home Times Picayune 04-15-2003.
\*\*\*\*\*\*\*\*\*\*

004263   Coats - Patricia Elaine Randolph Coats, A Licensed Vocational Nurse, Died Monday Of Inflammatory Breast Cancer At Downey Regional Medical Center In Los Angeles, Ca. She Was 45. Mrs. Coats Was Born In Chicago, Il And Lived Many Years In New Orleans. She Attended William O. Rogers Elementary School And Joseph S. Clark High School, And Graduated From Pacific Coast College In Los Angeles, Ca. Pat Was A Tireless Fighter With A Zest For Life. Always Lending A Helping Hand, She Took In Friends, Patients, Visitors And Anyone. She Was Affectionately Known To Many As 'Mama Pat.' She Leaves A Legacy Of Love And Memories To Her Husband, Leonard Coats Of Los Angeles, Ca; Son, Leonard Coats, Jr. Of Los Angeles, Ca; Daughters, Lisa Coats Rainey And Tiffany Coats Of Los Angeles, Ca; Mother, Barbara Neville Madison Of Los Angeles; Father, James Randolph; Stepfather, Leonard Madison Of Los Angeles, Ca; Brothers, Anthony Randolph And Darryl Lawrence Of Zachary, La; Sister, Alisa Randolph Of Las Vegas, Nv; Grandmother, Josephine Neville; Son-In-Law, Marcus Rainey Of Los Angeles, Ca; Granddaughters, Michelle And Mia-Patricia Rainey; Twin Grandsons, Marcus And Michael Rainey Of Los Angeles, Ca; And A Host Of Other Aunts, Uncles, Cousins, Nieces, Nephews, And Friends. Relatives And Friends Are Invited To Attend Her Memorial Service On Saturday, April 2, 2005 At 12:00 Noon At St. James Methodist Church Of Louisiana, 1925 Ursulines Ave., New Orleans. Times Picayune 04-1-2005.
\*\*\*\*\*\*\*\*\*\*

004264   Coats - The Rev. Jesse Lee Coats Sr., A Retired Employee Of Metro Contract Hardware, Died Friday At His Home. He Was 75. The Rev. Coats Was Born In Coffeeville, Ala., And Lived In New Orleans For The Past 50 Years. He Was An Associate Minister Of Branch Bell Baptist Church, Superintendent Of Its Sunday School And A Member Of The First District Baptist Association. He Was An Army Veteran Of World War Ii. Survivors Include His Wife, Lula Stewart Coats; Three Sons, Jimmie L., Charles E. And Jesse L. Coats Jr.; Four Brothers, Issac, Clyde, Eddie And Herman Coats; Two Sisters, Ruby Coats And Lonia Patterson; Seven Grandchildren; And Four Great-Grandchildren. A Funeral Will Be Held Saturday At 10 A.M. At Greater Liberty Baptist Church, 1230 Desire St. Visitation Will Begin At 9 A.M. Burial Will Be In Resthaven Memorial Park. Tharp-Sontheimer-Tharp Funeral Home Is In Charge Of Arrangements. 09-19-1996 Times Picayune
\*\*\*\*\*\*\*\*\*\*

004265   Cobb - Adrian J. Cobb, A Former Manager Of A Payless Shoe Store, Died Sunday Of An Asthma Attack At Charity Hospital In New Orleans. He Was 25. Mr. Cobb Was Born In Marrero And Lived For A Short Time In Harvey. He Attended John Ehret High School. Survivors Include His Wife, Tammy Cobb; His Parents, Elbert Cobb Sr. And Gail Smith Cobb; Two Sons, Adrian Jr. And Jerime Cobb; Four Brothers, Elbert Jr., Ryan, Emon And Brian Cobb; A Sister, Deon Williams; And His Grandparents, Mattie And Paul Jones. The Funeral Will Be Held Saturday At 10 A.M. At Davis Mortuary, 6820 West Bank Expressway In Marrero. Visitation Will Be Saturday From 8 A.M. Until The Funeral. Burial Will Be In Restlawn Memorial Park In Avondale. 09-08-1994 Times Picayune
\*\*\*\*\*\*\*\*\*\*

004266   Cobb - Alfred David Cobb, Of Atlanta And St. Simons Island, Ga, Died On Saturday, 6 July, 2002, After A Brave Battle With Lymphoma. He Was Born In Alexandria, La On 13 March 1938, And Lived In Jena, La, Where He Graduated From Jena High School And Achieved The Rank Of Eagle Scout. He Enrolled In The Georgia Institute Of Technology, Where He Earned A B.Se. In Industrial Engineering. After Graduation He Served In The United States Navy From 1961 To 1965, As Lieutenant, J.G. Aboard The Uss Saratoga. After His Naval Service He Accepted A Position With Citizens & Southern National Bank, And Retired As Senior Vice President In 1998. His Father, Alfred Montgomery Cobb Of Jena, La Preceded In Death. He Is Survived By His Mother, Louise Thompson Cobb Of Jena, La; His Sister, Miriam Cobb Slocum Of Covington, La; His Nephew, Jere Randal Slocum, Jr. Of Aruba, Dutch Antilles; His Niece, Jeanne Michells Slocum Of Baton Rouge, La; And His Great-Nephews, Christopher Michael Hill Of Tyler, Tx And Sean Hamil Jones Of Baton Rouge, La. Visitation Will Be From 3 To 4 Pm Tuesday, 9 July 2002, At The Patterson And Sons Funeral Home, 1020 Spring St., N.W., Atlanta, Ga, With A Memorial Service At 4 Pm. Funeral And Burial Will Be In Jena, La On Friday, 12 July 2002, With Visitation From 8 Am Till 1:30 Pm At Kenner Stevens