Case 2:05-cv-04182-SRD-JCW Document 20640-3 Filed 02/11/12 Page 1 of 7

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILE NO. 2010 - 501           DIVISION "

SUCCESSION

OF

ETHEL NELSON COATS

SECTION 14

FILED: _____

                                                             DEPUTY CLERK

### PETITION FOR PROBATE OF TESTAMENT AND ADMINISTRATION

The petition of Jerald N. Andry, Jr., a person of the full age of majority and a resident of this Parish, with respect represents:

1.

That Ethel Nelson Coats, herein after referred to as "decedent" departed this life in Orleans Parish where she was domiciled on January 29, 2009.

2.

Decedent died testate leaving a Last Will and Testament, statutory in form, date October 22, 2008, before Jerald N. Andry, Notary Public, which petitioner presents to the Court in accordance with law and desires that same be filed for probate.

3.

The decedent was married but once, and then to Jimmy Coats, who predeceased her. The decedent only had three children, Larry and Latrice Franklin and Lintoi Franklin-Alexis. The decedent never had any other children nor did she ever adopt anyone.

4.

Decedent owned movable and immovable property situated in this parish, which property is more fully described on the Sworn Detailed Descriptive List filed herein in accordance with law.

5.

The decedent's Last Will and Testament named and appointed Jerald N. Andry, Jr., petitioner herein, as the Independent Administrator for her estate, with full seizin and without bond.



JAN 1 4 2010

6.

Petitioner states that there is a need for and Administrator of the deceased's estate and he prays that he, Jerald N. Andry, Jr., be named and appointed Independent Administrator, and that Letters of Administration be issued to him upon his taking the Oath of Administration as required by law.

**WHEREFORE,** petitioner prays:

A. That the Last Will and Testament of Ethel Nelson Coats dated October 22, 2008 be filed for probate forthwith;

B. That Jerald N. Andry, Jr., be named and appointed Independent Administrator of the Succession of Ethel Nelson Coats, upon his taking the Oath of Administration as required by law; and,

C. That Letters of Administration be issued to him upon his taking the Oath of Administration forthwith.

**JERALD N. ANDRY**
710 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-4334

## CERTIFICATION

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

**JERALD N. ANDRY**

who after being duly sworn, did depose and say:

That he is the attorney in the above and foregoing pleading and that all of the allegations contained therein are true and correct to the best of his knowledge, information, and belief.

JERALD N. ANDRY

SWORN TO AND SUBSCRIBED

BEFORE ME, THIS 14 DAY

OF January, 2010.

NOTARY PUBLIC
JEANNE ANDRY LANDRY
ID # 19463



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILE NO.                                                                                        DIVISION " "

## SUCCESSION

## OF

## ETHEL NELSON COATS

FILED: _____

_____
DEPUTY CLERK

### VERIFICATION OF PETITION FOR PROBATE AND ADMINISTRATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, a Notary Public, duly qualified and commissioned and commissioned and authorized to administer oaths in and for the several Parishes of the State of Louisiana, personally came and appeared:

**JERALD N. ANDRY, JR..**

who, after being duly sworn deposed and stated that he has read the foregoing Petition for Probate and Administration of the Succession of Ethel Nelson Coats, and that all of the allegations contained therein are true and correct to the best of his knowledge, information, and belief.

_____
JERALD N. ANDRY, JR

SWORN TO AND SUBSCRIBED

BEFORE ME THIS _14_ DAY

OF ___January___, 2010.

_____
NOTARY PUBLIC
JEANNE ANDRY LANDRY
ID #19463

VERIFIED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILE NO.                                                                               DIVISION " "

SUCCESSION

OF

ETHEL NELSON COATS

FILED:_____                 _____

                                                                                               DEPUTY CLERK

## ORDER

**CONSIDERING THE FOREGOING** verified petition and the notarial testament executed by Ethel Nelson Coats, before Jerald N. Andry, Notary Public, on October 22, 2008.

**IT IS ORDERED** that the Testament of Ethel Nelson Coats, be filed and executed in accordance with its terms.

New Orleans, Louisiana, this _____ day of _____ JAN 1 4 2010 , 2010.

_____
                                   JUDGE



ENTERED ON MINUTES
JAN 19 2010

VERIFIED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILE NO.                                                                          DIVISION

SUCCESSION

OF

**ETHEL NELSON COATS**

FILED: _____                               _____

                                                                                 DEPUTY CLERK

## **DETAILED DESCRIPTIVE LIST**

STATE OF LOUISIANA

PARISH OF ORLEANS

      BEFORE ME, the undersigned authority, personally came and appeared:

**JERALD N. ANDRY, JR.., and JERALD N. ANDRY**

who, after being duly sworn deposed and stated that in accordance with the provisions of Article 3136 of the Louisiana Code of Civil Procedure, they present to the Court the following Detailed Descriptive List of all of the property and the fair market value of each item as of the date of death of decedent, to wit:

| Assets | Decedent's Interest |
|---|---|
| 1. 1020 Charbonnet St., New Orleans, LA | $ 135,000 |
| 2. 756 Louisiana Ave., New Orleans, LA | 70,000 |
| 3. Chose in Action against Agency of Federal Government U.S. Corps of Engineers | Unknown |
| Total | $205,000 |

                                                                    _____
                                                                    JERALD N. ANDRY, JR.

                                                                    _____
                                                                    JERALD N. ANDRY

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 14th DAY

OF January, 2010.

_____
NOTARY PUBLIC
JEANNE ANDRY LANDRY
ID #19463

VERIFIED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILE NO. DIVISION " "

## SUCCESSION

## OF

## ETHEL NELSON COATS

FILED: _____    _____
DEPUTY CLERK

### LETTERS OF ADMINISTRATION

This shall certify to all whom it may concern, that on the __4th__ day of __January__, the year of our Lord two thousand ten an application was made to the Honorable __PIPER D. GRIFFIN__, Judge of the Civil District Court for the Parish of Orleans, Division __I__, by Jerald N. Andry, Jr., praying that he be confirmed as Independent Administrator of the Succession of Ethel Nelson Coats, a succession under an Administration, by this Honorable Court.

**NOW, KNOW YE, THAT**

**JERALD N. ANDRY, JR.**

Has been and he hereby is confirmed, named and appointed Independent Administrator of the Succession of Ethel Nelson Coats, a Testate Succession under Administration, and that Jerald N. Andry, Jr., has fulfilled all requisites of law.

Witness our hand and seal of said Court at __New Orleans__, Louisiana on this __JAN 14 2010__

_____
JUDGE

ENTERED ON MINUTES
JAN 19 2010

VERIFIED

# Last Will and Testament
## OF

### ETHEL NELSON COATS

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF ORLEANS

October 22, 2008

**I, ETHEL NELSON COATS,** being of sound mind, make this my last will and testament. hereby revoking all prior wills or codicils thereto.

I will and bequeath unto Nathan Morgan, my house at 756 Louisiana Avenue, New Orleans, Louisiana, and the usufruct on the house at 1020 Charbonnet Street, New Orleans, Louisiana, for the remainder of his life.

The remainder of my estate, I will and bequeath unto my daughter, Lintoi Franklin.

I name and appoint Jerald N. Andry, Jr., as the Independent Administrator of my estate, with full seizen and without bond.

IN WITNESS WHEREOF, I have signed this my last will and testament in the presence of the witnesses hereinafter named and undersigned.

_Ethel Coats_
ETHEL NELSON COATS

This testament has been read aloud by the Notary in our presence, and in the presence of the Testatrix, Ethel Nelson Coats, said reading having been followed on copies of the testament by the witnesses and in our presence the Testatrix has declared and signified that she heard the reading, that although she can read, because of physical infirmity she is unable to read today and that the instrument is her Testament, she signed her name at the end of the Testament; and in the presence of the Testatrix, and each other we have subscribed our names on the day hereinabove written in the Parish of Orleans, State of Louisiana.

_Ethel Coats_
ETHEL NELSON COATS

WITNESSES:

_S.M. Quinlan_

_Jessica M. Edwards_

NOTARY PUBLIC
Jerald N. Andry
LA Bar # 2489