UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  CIVIL ACTION<br>*<br>*  NO. 05-4182<br>* |
| PERTAINS TO: MRGO | *  SECTION "K" (2)<br>*<br>*  JUDGE DUVAL<br>*<br>*  MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that, the undersigned will bring the foregoing Motion to Stike before the Honorable Stanwood R. Duval, Jr. at 500 Poydras Street, New Orleans, Louisiana, 70130 on the 7th day of March, 2012, at 9:00 a.m.

Dated: February 11, 2012         Respectfully submitted,

/s/ Heather S. Lonian
William D. Treeby, 12901
James C. Gulotta, Jr., 6594
Heather S. Lonian, 29956
   Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

- 2 -

and

Adrian Wager-Zito
James E. Gauch
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Attorneys for Washington Group
International, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2012, a copy of the above and foregoing Notice of Submission was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by e-mail.

/s/ Heather S. Lonian