UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES          §          CIVIL ACTION
            CONSOLIDATED LITIGATION          §          NO. 05-4182 "K" (2)
                                                                    §          JUDGE DUVAL
_____ §          MAG. WILKINSON
                                                                    §
PERTAINS TO:                                             §
            ARMSTRONG, C.A. No. 10-866       §
_____ §

NOTICE OF PRODUCTION

In response to Armstrong Plaintiffs' First Request for Production to Defendant United

States dated May 16, 2011, the United States has produced the following Bates ranges in the

manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc.

Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in

this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in

accordance with the Court's Order Authorizing and Requiring the United States to Produce

Personal Identifying Information Contained Within Electronically Stored Information and

Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No.

10293):

                            NCS-043-000000630  to  NCS-043-000000631;
                            NCS-043-000000632  to  NCS-043-000000634;
                            NCS-043-000000635  to  NCS-043-000000635;
                            NCS-043-000000636  to  NCS-043-000000636;
                            NCS-043-000000637  to  NCS-043-000000637;
                            NCS-043-000000638  to  NCS-043-000000638;
                            NCS-043-000000639  to  NCS-043-000000640;

NCS-043-000000641   to   NCS-043-000000641;
NCS-043-000000642   to   NCS-043-000000642;
NCS-043-000000643   to   NCS-043-000000643;
NCS-043-000000644   to   NCS-043-000000644;
NCS-043-000000645   to   NCS-043-000000645;
NCS-043-000000646   to   NCS-043-000000646;
NCS-043-000000647   to   NCS-043-000000647;
NCS-043-000000648   to   NCS-043-000000649;
NCS-043-000000650   to   NCS-043-000000652;
NCS-043-000000653   to   NCS-043-000000654;
NCS-043-000000655   to   NCS-043-000000655;
NCS-043-000000656   to   NCS-043-000000656;
NCS-043-000000657   to   NCS-043-000000657;
NCS-043-000000658   to   NCS-043-000000659;
NCS-043-000000660   to   NCS-043-000000660;
NCS-043-000000661   to   NCS-043-000000661;
NCS-043-000000662   to   NCS-043-000000662;
NCS-043-000000663   to   NCS-043-000000663;
NCS-043-000000664   to   NCS-043-000000665;
NCS-043-000000666   to   NCS-043-000000668;
NCS-043-000000669   to   NCS-043-000000669;
NCS-043-000000670   to   NCS-043-000000670;
NCS-043-000000671   to   NCS-043-000000671;
NCS-043-000000672   to   NCS-043-000000672;
NCS-043-000000673   to   NCS-043-000000673;
NCS-043-000000674   to   NCS-043-000000675;
NCS-043-000000676   to   NCS-043-000000678;
NCS-043-000000679   to   NCS-043-000000679;
NCS-043-000000680   to   NCS-043-000000680;
NCS-043-000000681   to   NCS-043-000000681;
NCS-043-000000682   to   NCS-043-000000682;
NCS-043-000000683   to   NCS-043-000000683;
NCS-043-000000684   to   NCS-043-000000684;
NCS-043-000000685   to   NCS-043-000000686;
NCS-043-000000687   to   NCS-043-000000689;
NCS-043-000000690   to   NCS-043-000000690;
NCS-043-000000691   to   NCS-043-000000691;
NCS-043-000000692   to   NCS-043-000000692;
NCS-043-000000693   to   NCS-043-000000693;
NCS-043-000000694   to   NCS-043-000000694;
NCS-043-000000695   to   NCS-043-000000695;
NCS-043-000000696   to   NCS-043-000000698;
NCS-043-000000699   to   NCS-043-000000699;

NCS-043-000000700   to   NCS-043-000000700;
NCS-043-000000701   to   NCS-043-000000701;
NCS-043-000000702   to   NCS-043-000000702;
NCS-043-000000703   to   NCS-043-000000703;
NCS-043-000000704   to   NCS-043-000000704;
NCS-043-000000705   to   NCS-043-000000705;
NCS-043-000000706   to   NCS-043-000000706;
NCS-043-000000707   to   NCS-043-000000708;
NCS-043-000000709   to   NCS-043-000000709;
NCS-043-000000710   to   NCS-043-000000710;
NCS-043-000000711   to   NCS-043-000000712;
NCS-043-000000713   to   NCS-043-000000715;
NCS-043-000000716   to   NCS-043-000000717;
NCS-043-000000718   to   NCS-043-000000718;
NCS-043-000000719   to   NCS-043-000000719;
NCS-043-000000720   to   NCS-043-000000720;
NCS-043-000000721   to   NCS-043-000000723;
NCS-043-000000724   to   NCS-043-000000724;
NCS-043-000000725   to   NCS-043-000000725;
NCS-043-000000726   to   NCS-043-000000726;
NCS-043-000000727   to   NCS-043-000000728;
NCS-043-000000729   to   NCS-043-000000730;
NCS-043-000000731   to   NCS-043-000000731;
NCS-043-000000732   to   NCS-043-000000732;
NCS-043-000000733   to   NCS-043-000000734;
NCS-043-000000735   to   NCS-043-000000737;
NCS-043-000000738   to   NCS-043-000000738;
NCS-043-000000739   to   NCS-043-000000739;
NCS-043-000000740   to   NCS-043-000000740;
NCS-043-000000741   to   NCS-043-000000741;
NCS-043-000000742   to   NCS-043-000000742;
NCS-043-000000743   to   NCS-043-000000744;
NCS-043-000000745   to   NCS-043-000000747;
NCS-043-000000748   to   NCS-043-000000748;
NCS-043-000000749   to   NCS-043-000000749;
NCS-043-000000750   to   NCS-043-000000750;
NCS-043-000000751   to   NCS-043-000000751;
NCS-043-000000752   to   NCS-043-000000752;
NCS-043-000000753   to   NCS-043-000000753;
NCS-043-000000754   to   NCS-043-000000755;
NCS-043-000000756   to   NCS-043-000000758;
NCS-043-000000759   to   NCS-043-000000760;
NCS-043-000000761   to   NCS-043-000000761;

3

NCS-043-000000762   to   NCS-043-000000762;
NCS-043-000000763   to   NCS-043-000000763;
NCS-043-000000764   to   NCS-043-000000764;
NCS-043-000000765   to   NCS-043-000000765;
NCS-043-000000766   to   NCS-043-000000767;
NCS-043-000000768   to   NCS-043-000000768;
NCS-043-000000769   to   NCS-043-000000769;
NCS-043-000000770   to   NCS-043-000000770;
NCS-043-000000771   to   NCS-043-000000772;
NCS-043-000000773   to   NCS-043-000000775;
NCS-043-000000776   to   NCS-043-000000776;
NCS-043-000000777   to   NCS-043-000000777;
NCS-043-000000778   to   NCS-043-000000778;
NCS-043-000000779   to   NCS-043-000000779;
NCS-043-000000780   to   NCS-043-000000780;
NCS-043-000000781   to   NCS-043-000000782;
NCS-043-000000783   to   NCS-043-000000785;
NCS-043-000000786   to   NCS-043-000000786;
NCS-043-000000787   to   NCS-043-000000787;
NCS-043-000000788   to   NCS-043-000000788;
NCS-043-000000789   to   NCS-043-000000789;
NCS-043-000000790   to   NCS-043-000000790;
NCS-043-000000791   to   NCS-043-000000791;
NCS-043-000000792   to   NCS-043-000000793;
NCS-043-000000794   to   NCS-043-000000796;
NCS-043-000000797   to   NCS-043-000000798;
NCS-043-000000799   to   NCS-043-000000799;
NCS-043-000000800   to   NCS-043-000000800;
NCS-043-000000801   to   NCS-043-000000801;
NCS-043-000000802   to   NCS-043-000000802;
NCS-043-000000803   to   NCS-043-000000804;
NCS-043-000000805   to   NCS-043-000000807;
NCS-043-000000808   to   NCS-043-000000809;
NCS-043-000000810   to   NCS-043-000000810;
NCS-043-000000811   to   NCS-043-000000811;
NCS-043-000000812   to   NCS-043-000000812;
NCS-043-000000813   to   NCS-043-000000814;
NCS-043-000000815   to   NCS-043-000000815;
NCS-043-000000816   to   NCS-043-000000820;
NCS-043-000000821   to   NCS-043-000000824;
NCS-043-000000825   to   NCS-043-000000825;
NCS-043-000000826   to   NCS-043-000000826;
NCS-043-000000827   to   NCS-043-000000828;

NCS-043-000000829   to   NCS-043-000000831;
NCS-043-000000832   to   NCS-043-000000832;
NCS-043-000000833   to   NCS-043-000000833;
NCS-043-000000834   to   NCS-043-000000834;
NCS-043-000000835   to   NCS-043-000000835;
NCS-043-000000836   to   NCS-043-000000836;
NCS-043-000001292   to   NCS-043-000001293;
NCS-043-000001294   to   NCS-043-000001296;
NCS-043-000001297   to   NCS-043-000001297;
NCS-043-000001298   to   NCS-043-000001298;
NCS-043-000001299   to   NCS-043-000001299;
NCS-043-000001300   to   NCS-043-000001300;
NCS-043-000001301   to   NCS-043-000001301;
NCS-043-000001302   to   NCS-043-000001302;
NCS-043-000001303   to   NCS-043-000001303;
NCS-043-000001304   to   NCS-043-000001305;
NCS-043-000001306   to   NCS-043-000001308;
NCS-043-000001309   to   NCS-043-000001309;
NCS-043-000001310   to   NCS-043-000001310;
NCS-043-000001311   to   NCS-043-000001311;
NCS-043-000001312   to   NCS-043-000001313;
NCS-043-000001314   to   NCS-043-000001314;
NCS-043-000001315   to   NCS-043-000001315;
NCS-043-000001316   to   NCS-043-000001316;
NCS-043-000001317   to   NCS-043-000001317;
NCS-043-000001318   to   NCS-043-000001318;
NCS-043-000001319   to   NCS-043-000001319;
NCS-043-000001320   to   NCS-043-000001320;
NCS-043-000001321   to   NCS-043-000001323;
NCS-043-000001324   to   NCS-043-000001324;
NCS-043-000001325   to   NCS-043-000001325;
NCS-043-000001326   to   NCS-043-000001326;
NCS-043-000001327   to   NCS-043-000001327;
NCS-043-000001328   to   NCS-043-000001329;
NCS-043-000001330   to   NCS-043-000001332;
NCS-043-000001333   to   NCS-043-000001333;
NCS-043-000001334   to   NCS-043-000001334;
NCS-043-000001335   to   NCS-043-000001335;
NCS-043-000001336   to   NCS-043-000001336;
NCS-043-000001337   to   NCS-043-000001337;
NCS-043-000001338   to   NCS-043-000001338;
NCS-043-000001339   to   NCS-043-000001340;
NCS-043-000001341   to   NCS-043-000001341;

NCS-043-000001342   to   NCS-043-000001342;
NCS-043-000001343   to   NCS-043-000001343;
NCS-043-000001344   to   NCS-043-000001345;
NCS-043-000001346   to   NCS-043-000001348;
NCS-043-000001349   to   NCS-043-000001349;
NCS-043-000001350   to   NCS-043-000001350;
NCS-043-000001351   to   NCS-043-000001351;
NCS-043-000001352   to   NCS-043-000001352;
NCS-043-000001353   to   NCS-043-000001353;
NCS-043-000001354   to   NCS-043-000001354;
NCS-043-000001355   to   NCS-043-000001356;
NCS-043-000001357   to   NCS-043-000001359;
NCS-043-000001360   to   NCS-043-000001360;
NCS-043-000001361   to   NCS-043-000001361;
NCS-043-000001362   to   NCS-043-000001362;
NCS-043-000001363   to   NCS-043-000001363;
NCS-043-000001364   to   NCS-043-000001365;
NCS-043-000001366   to   NCS-043-000001368;
NCS-043-000001369   to   NCS-043-000001370;
NCS-043-000001371   to   NCS-043-000001371;
NCS-043-000001372   to   NCS-043-000001372;
NCS-043-000001373   to   NCS-043-000001373;
NCS-043-000001374   to   NCS-043-000001375;
NCS-043-000001376   to   NCS-043-000001376;
NCS-043-000001377   to   NCS-043-000001377;
NCS-043-000001378   to   NCS-043-000001378;
NCS-043-000001379   to   NCS-043-000001379;
NCS-043-000001380   to   NCS-043-000001380;
NCS-043-000001381   to   NCS-043-000001381;
NCS-043-000001382   to   NCS-043-000001382;
NCS-043-000001383   to   NCS-043-000001383;
NCS-043-000001384   to   NCS-043-000001384;
NCS-043-000001385   to   NCS-043-000001385;
NCS-043-000001386   to   NCS-043-000001386;
NCS-043-000001387   to   NCS-043-000001388;
NCS-043-000001389   to   NCS-043-000001389;
NCS-043-000001390   to   NCS-043-000001390;
NCS-043-000001391   to   NCS-043-000001391;
NCS-043-000001392   to   NCS-043-000001392;
NCS-043-000001393   to   NCS-043-000001393;
NCS-043-000001394   to   NCS-043-000001395;
NCS-043-000001396   to   NCS-043-000001398;
NCS-043-000001399   to   NCS-043-000001400;

6

NCS-043-000001401    to    NCS-043-000001401;
NCS-043-000001402    to    NCS-043-000001402;
NCS-043-000001403    to    NCS-043-000001403;
NCS-043-000001404    to    NCS-043-000001404;
NCS-043-000001405    to    NCS-043-000001405;
NCS-043-000001406    to    NCS-043-000001407;
NCS-043-000001408    to    NCS-043-000001410;
NCS-043-000001411    to    NCS-043-000001412;
NCS-043-000001413    to    NCS-043-000001413;
NCS-043-000001414    to    NCS-043-000001414;
NCS-043-000001415    to    NCS-043-000001415;
NCS-043-000001416    to    NCS-043-000001416;
NCS-043-000001417    to    NCS-043-000001418;
NCS-043-000001419    to    NCS-043-000001421;
NCS-043-000001422    to    NCS-043-000001422;
NCS-043-000001423    to    NCS-043-000001423;
NCS-043-000001424    to    NCS-043-000001424;
NCS-043-000001425    to    NCS-043-000001425;
NCS-043-000001426    to    NCS-043-000001426;
NCS-043-000001427    to    NCS-043-000001428;
NCS-043-000001429    to    NCS-043-000001429;
NCS-043-000001430    to    NCS-043-000001430;
NCS-043-000001431    to    NCS-043-000001431;
NCS-043-000001432    to    NCS-043-000001432;
NCS-043-000001433    to    NCS-043-000001433;
NCS-043-000001434    to    NCS-043-000001434;
NCS-043-000001435    to    NCS-043-000001435;
NCS-043-000001436    to    NCS-043-000001436;
NCS-043-000001437    to    NCS-043-000001438;
NCS-043-000001439    to    NCS-043-000001441;
NCS-043-000001442    to    NCS-043-000001442;
NCS-043-000001443    to    NCS-043-000001443;
NCS-043-000001444    to    NCS-043-000001444;
NCS-043-000001445    to    NCS-043-000001445;
NCS-043-000001446    to    NCS-043-000001446;
NCS-043-000001447    to    NCS-043-000001447;
NCS-043-000001448    to    NCS-043-000001449;
NCS-043-000001450    to    NCS-043-000001452;
NCS-043-000001453    to    NCS-043-000001453;
NCS-043-000001454    to    NCS-043-000001454;
NCS-043-000001455    to    NCS-043-000001455;
NCS-043-000001456    to    NCS-043-000001456;
NCS-043-000001457    to    NCS-043-000001457;

NCS-043-000001458   to   NCS-043-000001458;
NCS-043-000001459   to   NCS-043-000001459;
NCS-043-000001460   to   NCS-043-000001461;
NCS-043-000001462   to   NCS-043-000001464;
NCS-043-000001465   to   NCS-043-000001465;
NCS-043-000001466   to   NCS-043-000001466;
NCS-043-000001467   to   NCS-043-000001467;
NCS-043-000001468   to   NCS-043-000001468;
NCS-043-000001469   to   NCS-043-000001469;
NCS-043-000001470   to   NCS-043-000001470;
NCS-043-000001471   to   NCS-043-000001471;
NCS-043-000001472   to   NCS-043-000001473;
NCS-043-000001474   to   NCS-043-000001474;
NCS-043-000001475   to   NCS-043-000001476;
NCS-043-000001477   to   NCS-043-000001479;
NCS-043-000001480   to   NCS-043-000001481;
NCS-043-000001482   to   NCS-043-000001482;
NCS-043-000001483   to   NCS-043-000001483;
NCS-043-000001484   to   NCS-043-000001484;
NCS-043-000001485   to   NCS-043-000001486;
NCS-043-000001487   to   NCS-043-000001487;
NCS-043-000001488   to   NCS-043-000001488;
NCS-043-000001489   to   NCS-043-000001489;
NCS-043-000001490   to   NCS-043-000001490;
NCS-043-000001491   to   NCS-043-000001491;
NCS-043-000001492   to   NCS-043-000001492;
NCS-043-000001493   to   NCS-043-000001493;
NCS-043-000001494   to   NCS-043-000001495;
NCS-043-000001496   to   NCS-043-000001498;
NCS-043-000001499   to   NCS-043-000001500;
NCS-043-000001501   to   NCS-043-000001501;
NCS-043-000001502   to   NCS-043-000001502;
NCS-043-000001503   to   NCS-043-000001503;
NCS-043-000001504   to   NCS-043-000001504;
NCS-043-000001505   to   NCS-043-000001505;
NCS-043-000001506   to   NCS-043-000001507;
NCS-043-000001508   to   NCS-043-000001510;
NCS-043-000001511   to   NCS-043-000001511;
NCS-043-000001512   to   NCS-043-000001512;
NCS-043-000001513   to   NCS-043-000001513;
NCS-043-000001514   to   NCS-043-000001514;
NCS-043-000001515   to   NCS-043-000001515;
NCS-043-000001516   to   NCS-043-000001516;

NCS-043-000001517   to   NCS-043-000001517;
NCS-043-000001518   to   NCS-043-000001519;
NCS-043-000001520   to   NCS-043-000001522;
NCS-043-000001523   to   NCS-043-000001524;
NCS-043-000001525   to   NCS-043-000001525;
NCS-043-000001526   to   NCS-043-000001526;
NCS-043-000001527   to   NCS-043-000001527;
NCS-043-000001528   to   NCS-043-000001529;
NCS-043-000001530   to   NCS-043-000001531;
NCS-043-000001532   to   NCS-043-000001532;
NCS-043-000001533   to   NCS-043-000001533;
NCS-043-000001534   to   NCS-043-000001534;
NCS-043-000001535   to   NCS-043-000001535;
NCS-043-000001536   to   NCS-043-000001536;
NCS-043-000001537   to   NCS-043-000001537;
NCS-043-000001538   to   NCS-043-000001538;
NCS-043-000001539   to   NCS-043-000001539;
NCS-043-000001540   to   NCS-043-000001541;
NCS-043-000001542   to   NCS-043-000001544;
NCS-043-000001545   to   NCS-043-000001545;
NCS-043-000001546   to   NCS-043-000001546;
NCS-043-000001547   to   NCS-043-000001547;
NCS-043-000001548   to   NCS-043-000001548;
NCS-043-000001549   to   NCS-043-000001549;
NCS-043-000001550   to   NCS-043-000001550;
NCS-043-000001551   to   NCS-043-000001552;
NCS-043-000001553   to   NCS-043-000001555;
NCS-043-000001556   to   NCS-043-000001557;
NCS-043-000001558   to   NCS-043-000001558;
NCS-043-000001559   to   NCS-043-000001559;
NCS-043-000001560   to   NCS-043-000001560;
NCS-043-000001561   to   NCS-043-000001562;
NCS-043-000001563   to   NCS-043-000001563;
NCS-043-000001564   to   NCS-043-000001564;
NCS-043-000001565   to   NCS-043-000001565;
NCS-043-000001566   to   NCS-043-000001566;
NCS-043-000001567   to   NCS-043-000001567;
NCS-043-000001568   to   NCS-043-000001568;
NCS-043-000001569   to   NCS-043-000001570;
NCS-043-000001571   to   NCS-043-000001571;
NCS-043-000001572   to   NCS-043-000001572;
NCS-043-000001573   to   NCS-043-000001573;
NCS-043-000001574   to   NCS-043-000001575;

NCS-043-000001576   to   NCS-043-000001578;
NCS-043-000001579   to   NCS-043-000001580;
NCS-043-000001581   to   NCS-043-000001581;
NCS-043-000001582   to   NCS-043-000001582;
NCS-043-000001583   to   NCS-043-000001583;
NCS-043-000001584   to   NCS-043-000001584;
NCS-043-000001585   to   NCS-043-000001585;
NCS-043-000001586   to   NCS-043-000001587;
NCS-043-000001588   to   NCS-043-000001590;
NCS-043-000001591   to   NCS-043-000001592;
NCS-043-000001593   to   NCS-043-000001593;
NCS-043-000001594   to   NCS-043-000001594;
NCS-043-000001595   to   NCS-043-000001595;
NCS-043-000001596   to   NCS-043-000001596;
NCS-043-000001597   to   NCS-043-000001598;
NCS-043-000001599   to   NCS-043-000001599;
NCS-043-000001600   to   NCS-043-000001600;
NCS-043-000001601   to   NCS-043-000001601;
NCS-043-000001602   to   NCS-043-000001602;
NCS-043-000001603   to   NCS-043-000001603;
NCS-043-000001604   to   NCS-043-000001604;
NCS-043-000001605   to   NCS-043-000001605;
NCS-043-000001606   to   NCS-043-000001606;
NCS-043-000001607   to   NCS-043-000001608;
NCS-043-000001609   to   NCS-043-000001611;
NCS-043-000001612   to   NCS-043-000001612;
NCS-043-000001613   to   NCS-043-000001613;
NCS-043-000001614   to   NCS-043-000001614;
NCS-043-000001615   to   NCS-043-000001615;
NCS-043-000001616   to   NCS-043-000001616;
NCS-043-000001617   to   NCS-043-000001617;
NCS-043-000001618   to   NCS-043-000001619;
NCS-043-000001620   to   NCS-043-000001622;
NCS-043-000001623   to   NCS-043-000001623;
NCS-043-000001624   to   NCS-043-000001624;
NCS-043-000001625   to   NCS-043-000001625;
NCS-043-000001626   to   NCS-043-000001626;
NCS-043-000001627   to   NCS-043-000001627;
NCS-043-000001628   to   NCS-043-000001628;
NCS-043-000001629   to   NCS-043-000001630;
NCS-043-000001631   to   NCS-043-000001631;
NCS-043-000001632   to   NCS-043-000001632;
NCS-043-000001633   to   NCS-043-000001633;
NCS-043-000001634   to   NCS-043-000001635;
NCS-043-000001636   to   NCS-043-000001638;
NCS-043-000001639   to   NCS-043-000001640;

NCS-043-000001641   to   NCS-043-000001641;
NCS-043-000001642   to   NCS-043-000001642;
NCS-043-000001643   to   NCS-043-000001643;
NCS-043-000001644   to   NCS-043-000001644;
NCS-043-000001645   to   NCS-043-000001645;
NCS-043-000001646   to   NCS-043-000001648;
NCS-043-000001649   to   NCS-043-000001649;
NCS-043-000001650   to   NCS-043-000001650;
NCS-043-000001651   to   NCS-043-000001651;
NCS-043-000001652   to   NCS-043-000001652;
NCS-043-000001653   to   NCS-043-000001653;
NCS-043-000001654   to   NCS-043-000001654;
NCS-043-000001655   to   NCS-043-000001657;
NCS-043-000001658   to   NCS-043-000001658;
NCS-043-000001659   to   NCS-043-000001659;
NCS-043-000001660   to   NCS-043-000001660;
NCS-043-000001661   to   NCS-043-000001661;
NCS-043-000001662   to   NCS-043-000001662;
NCS-043-000001663   to   NCS-043-000001665;
NCS-043-000001666   to   NCS-043-000001666;
NCS-043-000001667   to   NCS-043-000001667;
NCS-043-000001668   to   NCS-043-000001668;
NCS-043-000001669   to   NCS-043-000001669;
NCS-043-000001670   to   NCS-043-000001671;
NCS-043-000001672   to   NCS-043-000001674;
NCS-043-000001675   to   NCS-043-000001675;
NCS-043-000001676   to   NCS-043-000001676;
NCS-043-000001677   to   NCS-043-000001677;
NCS-043-000001678   to   NCS-043-000001678;
NCS-043-000001679   to   NCS-043-000001679;
NCS-043-000001680   to   NCS-043-000001680;
NCS-043-000001681   to   NCS-043-000001681;
NCS-043-000001682   to   NCS-043-000001684;
NCS-043-000001685   to   NCS-043-000001685;
NCS-043-000001686   to   NCS-043-000001686;
NCS-043-000001687   to   NCS-043-000001687;
NCS-043-000001688   to   NCS-043-000001688;
NCS-043-000001689   to   NCS-043-000001690;
NCS-043-000001691   to   NCS-043-000001691;
NCS-043-000001692   to   NCS-043-000001692;
NCS-043-000001693   to   NCS-043-000001694;
NCS-043-000001695   to   NCS-043-000001695;
NCS-043-000001696   to   NCS-043-000001696;
NCS-084-000000001   to   NCS-084-000000002;
NCS-084-000000003   to   NCS-084-000000005;
NCS-084-000000006   to   NCS-084-000000006;

NCS-084-000000007   to   NCS-084-000000007;
NCS-084-000000008   to   NCS-084-000000008;
NCS-084-000000009   to   NCS-084-000000009;
NCS-084-000000010   to   NCS-084-000000010;
NCS-084-000000011   to   NCS-084-000000011;
NCS-084-000000012   to   NCS-084-000000012;
NCS-084-000000013   to   NCS-084-000000013;
NCS-084-000000014   to   NCS-084-000000014;
NCS-084-000000015   to   NCS-084-000000015;
NCS-084-000000016   to   NCS-084-000000016;
NCS-084-000000017   to   NCS-084-000000017;
NCS-084-000000018   to   NCS-084-000000019;
NCS-084-000000020   to   NCS-084-000000020;
NCS-084-000000021   to   NCS-084-000000022;
NCS-084-000000023   to   NCS-084-000000024;
NCS-084-000000025   to   NCS-084-000000027;
NCS-084-000000028   to   NCS-084-000000028;
NCS-084-000000029   to   NCS-084-000000029;
NCS-084-000000030   to   NCS-084-000000030;
NCS-084-000000031   to   NCS-084-000000031;
NCS-084-000000032   to   NCS-084-000000032;
NCS-084-000000033   to   NCS-084-000000033;
NCS-084-000000034   to   NCS-084-000000034;
NCS-084-000000035   to   NCS-084-000000035;
NCS-084-000000036   to   NCS-084-000000037;
NCS-084-000000038   to   NCS-084-000000038;
NCS-084-000000039   to   NCS-084-000000040;
NCS-084-000000041   to   NCS-084-000000041;
NCS-084-000000042   to   NCS-084-000000042;
NCS-084-000000043   to   NCS-084-000000043;
NCS-084-000000044   to   NCS-084-000000045;
NCS-084-000000046   to   NCS-084-000000047;
NCS-084-000000048   to   NCS-084-000000050;
NCS-084-000000051   to   NCS-084-000000051;
NCS-084-000000052   to   NCS-084-000000052;
NCS-084-000000053   to   NCS-084-000000053;
NCS-084-000000054   to   NCS-084-000000054;
NCS-084-000000055   to   NCS-084-000000055;
NCS-084-000000056   to   NCS-084-000000056;
NCS-084-000000057   to   NCS-084-000000057;
NCS-084-000000058   to   NCS-084-000000060;
NCS-084-000000061   to   NCS-084-000000062;
NCS-084-000000063   to   NCS-084-000000063;
NCS-084-000000064   to   NCS-084-000000065;
NCS-084-000000066   to   NCS-084-000000066;
NCS-084-000000067   to   NCS-084-000000067;

NCS-084-000000068   to   NCS-084-000000069;
NCS-084-000000070   to   NCS-084-000000072;
NCS-084-000000073   to   NCS-084-000000073;
NCS-084-000000074   to   NCS-084-000000074;
NCS-084-000000075   to   NCS-084-000000075;
NCS-084-000000076   to   NCS-084-000000076;
NCS-084-000000077   to   NCS-084-000000077;
NCS-084-000000078   to   NCS-084-000000078;
NCS-084-000000079   to   NCS-084-000000079;
NCS-084-000000080   to   NCS-084-000000080;
NCS-084-000000081   to   NCS-084-000000081;
NCS-084-000000082   to   NCS-084-000000083;
NCS-084-000000084   to   NCS-084-000000084;
NCS-084-000000085   to   NCS-084-000000085;
NCS-084-000000086   to   NCS-084-000000086;
NCS-084-000000087   to   NCS-084-000000087;
NCS-084-000000088   to   NCS-084-000000089;
NCS-084-000000090   to   NCS-084-000000092;
NCS-084-000000093   to   NCS-084-000000093;
NCS-084-000000094   to   NCS-084-000000094;
NCS-084-000000095   to   NCS-084-000000095;
NCS-084-000000096   to   NCS-084-000000096;
NCS-084-000000097   to   NCS-084-000000097;
NCS-084-000000098   to   NCS-084-000000098;
NCS-084-000000099   to   NCS-084-000000102;
NCS-084-000000103   to   NCS-084-000000103;
NCS-084-000000104   to   NCS-084-000000105;
NCS-084-000000106   to   NCS-084-000000106;
NCS-084-000000107   to   NCS-084-000000107;
NCS-084-000000108   to   NCS-084-000000109;
NCS-084-000000110   to   NCS-084-000000112;
NCS-084-000000113   to   NCS-084-000000113;
NCS-084-000000114   to   NCS-084-000000114;
NCS-084-000000115   to   NCS-084-000000115;
NCS-084-000000116   to   NCS-084-000000116;
NCS-084-000000117   to   NCS-084-000000117;
NCS-084-000000118   to   NCS-084-000000118;
NCS-084-000000119   to   NCS-084-000000121;
NCS-084-000000122   to   NCS-084-000000122;
NCS-084-000000123   to   NCS-084-000000124;
NCS-084-000000125   to   NCS-084-000000125;
NCS-084-000000126   to   NCS-084-000000126;
NCS-084-000000127   to   NCS-084-000000127;
NCS-084-000000128   to   NCS-084-000000129;
NCS-084-000000130   to   NCS-084-000000132;
NCS-084-000000133   to   NCS-084-000000134;

NCS-084-000000135   to   NCS-084-000000135;
NCS-084-000000136   to   NCS-084-000000136;
NCS-084-000000137   to   NCS-084-000000137;
NCS-084-000000138   to   NCS-084-000000138;
NCS-084-000000139   to   NCS-084-000000139;
NCS-084-000000140   to   NCS-084-000000140;
NCS-084-000000141   to   NCS-084-000000144;
NCS-084-000000145   to   NCS-084-000000145;
NCS-084-000000146   to   NCS-084-000000146;
NCS-084-000000147   to   NCS-084-000000147;
NCS-084-000000148   to   NCS-084-000000149;
NCS-084-000000150   to   NCS-084-000000150;
NCS-084-000000151   to   NCS-084-000000152;
NCS-084-000000153   to   NCS-084-000000154;
NCS-084-000000155   to   NCS-084-000000157;
NCS-084-000000158   to   NCS-084-000000158;
NCS-084-000000159   to   NCS-084-000000159;
NCS-084-000000160   to   NCS-084-000000160;
NCS-084-000000161   to   NCS-084-000000161;
NCS-084-000000162   to   NCS-084-000000162;
NCS-084-000000163   to   NCS-084-000000164;
NCS-084-000000165   to   NCS-084-000000166;
NCS-084-000000167   to   NCS-084-000000168;
NCS-084-000000169   to   NCS-084-000000169;
NCS-084-000000170   to   NCS-084-000000170;
NCS-084-000000171   to   NCS-084-000000173;
NCS-084-000000174   to   NCS-084-000000174;
NCS-084-000000175   to   NCS-084-000000175;
NCS-084-000000176   to   NCS-084-000000176;
NCS-084-000000177   to   NCS-084-000000180;
NCS-084-000000181   to   NCS-084-000000182;
NCS-084-000000183   to   NCS-084-000000184;
NCS-084-000000185   to   NCS-084-000000187;
NCS-084-000000188   to   NCS-084-000000188;
NCS-084-000000189   to   NCS-084-000000189;
NCS-084-000000190   to   NCS-084-000000190;
NCS-084-000000191   to   NCS-084-000000191;
NCS-084-000000192   to   NCS-084-000000192;
NCS-084-000000193   to   NCS-084-000000193;
NCS-084-000000194   to   NCS-084-000000194;
NCS-084-000000195   to   NCS-084-000000195;
NCS-084-000000196   to   NCS-084-000000196;
NCS-084-000000197   to   NCS-084-000000197;
NCS-084-000000198   to   NCS-084-000000198;
NCS-084-000000199   to   NCS-084-000000199;
NCS-084-000000200   to   NCS-084-000000200;

NCS-084-000000201  to  NCS-084-000000201;
NCS-084-000000202  to  NCS-084-000000202;
NCS-084-000000203  to  NCS-084-000000205;
NCS-084-000000206  to  NCS-084-000000206;
NCS-084-000000207  to  NCS-084-000000207;
NCS-084-000000208  to  NCS-084-000000208;
NCS-084-000000209  to  NCS-084-000000209;
NCS-084-000000210  to  NCS-084-000000210;
NCS-084-000000211  to  NCS-084-000000211;
NCS-084-000000212  to  NCS-084-000000212;
NCS-084-000000213  to  NCS-084-000000213;
NCS-084-000000214  to  NCS-084-000000214;
NCS-084-000000215  to  NCS-084-000000216;
NCS-084-000000217  to  NCS-084-000000218;
NCS-084-000000219  to  NCS-084-000000219;
NCS-084-000000220  to  NCS-084-000000221;
NCS-084-000000222  to  NCS-084-000000224;
NCS-084-000000225  to  NCS-084-000000225;
NCS-084-000000226  to  NCS-084-000000226;
NCS-084-000000227  to  NCS-084-000000227;
NCS-084-000000228  to  NCS-084-000000228;
NCS-084-000000229  to  NCS-084-000000229;
NCS-084-000000230  to  NCS-084-000000230;
NCS-084-000000231  to  NCS-084-000000233;
NCS-084-000000234  to  NCS-084-000000235;
NCS-084-000000236  to  NCS-084-000000236;
NCS-084-000000237  to  NCS-084-000000237;
NCS-084-000000238  to  NCS-084-000000239;
NCS-084-000000240  to  NCS-084-000000242;
NCS-084-000000243  to  NCS-084-000000243;
NCS-084-000000244  to  NCS-084-000000244;
NCS-084-000000245  to  NCS-084-000000245;
NCS-084-000000246  to  NCS-084-000000246;
NCS-084-000000247  to  NCS-084-000000249;
NCS-084-000000250  to  NCS-084-000000250;
NCS-084-000000251  to  NCS-084-000000251;
NCS-084-000000252  to  NCS-084-000000252;
NCS-084-000000253  to  NCS-084-000000253;
NCS-084-000000254  to  NCS-084-000000254;
NCS-084-000000255  to  NCS-084-000000255;
NCS-084-000000256  to  NCS-084-000000256;
NCS-084-000000257  to  NCS-084-000000258;
NCS-084-000000259  to  NCS-084-000000259;
NCS-084-000000260  to  NCS-084-000000260;
NCS-084-000000261  to  NCS-084-000000261;
NCS-084-000000262  to  NCS-084-000000263;

NCS-084-000000264  to  NCS-084-000000266;
NCS-084-000000267  to  NCS-084-000000267;
NCS-084-000000268  to  NCS-084-000000268;
NCS-084-000000269  to  NCS-084-000000269;
NCS-084-000000270  to  NCS-084-000000270;
NCS-084-000000271  to  NCS-084-000000271;
NCS-084-000000272  to  NCS-084-000000272;
NCS-084-000000273  to  NCS-084-000000273;
NCS-084-000000274  to  NCS-084-000000274;
NCS-084-000000275  to  NCS-084-000000275;
NCS-084-000000276  to  NCS-084-000000276;
NCS-084-000000277  to  NCS-084-000000277;
NCS-084-000000278  to  NCS-084-000000279;
NCS-084-000000280  to  NCS-084-000000282;
NCS-084-000000283  to  NCS-084-000000283;
NCS-084-000000284  to  NCS-084-000000284;
NCS-084-000000285  to  NCS-084-000000285;
NCS-084-000000286  to  NCS-084-000000286;
NCS-084-000000287  to  NCS-084-000000287;
NCS-084-000000288  to  NCS-084-000000288;
NCS-084-000000289  to  NCS-084-000000289;
NCS-084-000000290  to  NCS-084-000000290;
NCS-084-000000291  to  NCS-084-000000291;
NCS-084-000000292  to  NCS-084-000000292;
NCS-084-000000293  to  NCS-084-000000294;
NCS-084-000000295  to  NCS-084-000000297;
NCS-084-000000298  to  NCS-084-000000298;
NCS-084-000000299  to  NCS-084-000000299;
NCS-084-000000300  to  NCS-084-000000300;
NCS-084-000000301  to  NCS-084-000000301;
NCS-084-000000302  to  NCS-084-000000302;
NCS-084-000000303  to  NCS-084-000000303;
NCS-084-000000304  to  NCS-084-000000304;
NCS-084-000000305  to  NCS-084-000000305;
NCS-084-000000306  to  NCS-084-000000306;
NCS-084-000000307  to  NCS-084-000000308;
NCS-084-000000309  to  NCS-084-000000311;
NCS-084-000000312  to  NCS-084-000000312;
NCS-084-000000313  to  NCS-084-000000313;
NCS-084-000000314  to  NCS-084-000000314;
NCS-084-000000315  to  NCS-084-000000315;
NCS-084-000000316  to  NCS-084-000000316;
NCS-084-000000317  to  NCS-084-000000317;
NCS-084-000000318  to  NCS-084-000000318;
NCS-084-000000319  to  NCS-084-000000319;
NCS-084-000000320  to  NCS-084-000000320;

NCS-084-000000321   to   NCS-084-000000321;
NCS-084-000000322   to   NCS-084-000000323;
NCS-084-000000324   to   NCS-084-000000324;
NCS-084-000000325   to   NCS-084-000000326;
NCS-084-000000327   to   NCS-084-000000329;
NCS-084-000000330   to   NCS-084-000000330;
NCS-084-000000331   to   NCS-084-000000331;
NCS-084-000000332   to   NCS-084-000000332;
NCS-084-000000333   to   NCS-084-000000333;
NCS-084-000000334   to   NCS-084-000000334;
NCS-084-000000335   to   NCS-084-000000335;
NCS-084-000000336   to   NCS-084-000000336;
NCS-084-000000337   to   NCS-084-000000337;
NCS-084-000000338   to   NCS-084-000000339;
NCS-084-000000340   to   NCS-084-000000341;
NCS-084-000000342   to   NCS-084-000000344;
NCS-084-000000345   to   NCS-084-000000345;
NCS-084-000000346   to   NCS-084-000000346;
NCS-084-000000347   to   NCS-084-000000347;
NCS-084-000000348   to   NCS-084-000000348;
NCS-084-000000349   to   NCS-084-000000349;
NCS-084-000000350   to   NCS-084-000000350;
NCS-084-000000351   to   NCS-084-000000353;
NCS-084-000000354   to   NCS-084-000000354;
NCS-084-000000355   to   NCS-084-000000356;
NCS-084-000000357   to   NCS-084-000000358;
NCS-084-000000359   to   NCS-084-000000359;
NCS-084-000000360   to   NCS-084-000000361;
NCS-084-000000362   to   NCS-084-000000364;
NCS-084-000000365   to   NCS-084-000000365;
NCS-084-000000366   to   NCS-084-000000366;
NCS-084-000000367   to   NCS-084-000000367;
NCS-084-000000368   to   NCS-084-000000368;
NCS-084-000000369   to   NCS-084-000000369;
NCS-084-000000370   to   NCS-084-000000370;
NCS-084-000000371   to   NCS-084-000000371;
NCS-084-000000372   to   NCS-084-000000374;
NCS-084-000000375   to   NCS-084-000000375;
NCS-084-000000376   to   NCS-084-000000377;
NCS-084-000000378   to   NCS-084-000000379;
NCS-084-000000380   to   NCS-084-000000382;
NCS-084-000000383   to   NCS-084-000000384;
NCS-084-000000385   to   NCS-084-000000385;
NCS-084-000000386   to   NCS-084-000000386;
NCS-084-000000387   to   NCS-084-000000387;
NCS-084-000000388   to   NCS-084-000000388;

NCS-084-000000389   to   NCS-084-000000389;
NCS-084-000000390   to   NCS-084-000000390;
NCS-084-000000391   to   NCS-084-000000394;
NCS-084-000000395   to   NCS-084-000000396;
NCS-084-000000397   to   NCS-084-000000399;
NCS-084-000000400   to   NCS-084-000000400;
NCS-084-000000401   to   NCS-084-000000402;
NCS-084-000000403   to   NCS-084-000000403;
NCS-084-000000404   to   NCS-084-000000404;
NCS-084-000000405   to   NCS-084-000000405;
NCS-084-000000406   to   NCS-084-000000406;
NCS-084-000000407   to   NCS-084-000000407;
NCS-084-000000408   to   NCS-084-000000411;
NCS-084-000000412   to   NCS-084-000000412;
NCS-084-000000413   to   NCS-084-000000413;
NCS-084-000000414   to   NCS-084-000000414;
NCS-084-000000415   to   NCS-084-000000416;
NCS-084-000000417   to   NCS-084-000000419;
NCS-084-000000420   to   NCS-084-000000420;
NCS-084-000000421   to   NCS-084-000000421;
NCS-084-000000422   to   NCS-084-000000422;
NCS-084-000000423   to   NCS-084-000000423;
NCS-084-000000424   to   NCS-084-000000424;
NCS-084-000000425   to   NCS-084-000000425;
NCS-084-000000426   to   NCS-084-000000426;
NCS-084-000000427   to   NCS-084-000000431;
NCS-084-000000432   to   NCS-084-000000433;
NCS-084-000000434   to   NCS-084-000000436;
NCS-084-000000437   to   NCS-084-000000437;
NCS-084-000000438   to   NCS-084-000000438;
NCS-084-000000439   to   NCS-084-000000439;
NCS-084-000000440   to   NCS-084-000000440;
NCS-084-000000441   to   NCS-084-000000441;
NCS-084-000000442   to   NCS-084-000000442;
NCS-084-000000443   to   NCS-084-000000443;
NCS-084-000000444   to   NCS-084-000000444;
NCS-084-000000445   to   NCS-084-000000446;
NCS-084-000000447   to   NCS-084-000000447;
NCS-084-000000448   to   NCS-084-000000448;
NCS-084-000000449   to   NCS-084-000000450;
NCS-084-000000451   to   NCS-084-000000453;
NCS-084-000000454   to   NCS-084-000000454;
NCS-084-000000455   to   NCS-084-000000455;
NCS-084-000000456   to   NCS-084-000000456;
NCS-084-000000457   to   NCS-084-000000457;
NCS-084-000000458   to   NCS-084-000000458;

NCS-084-000000459   to   NCS-084-000000459;
NCS-084-000000460   to   NCS-084-000000460;
NCS-084-000000461   to   NCS-084-000000461;
NCS-084-000000462   to   NCS-084-000000462;
NCS-084-000000463   to   NCS-084-000000464;
NCS-084-000000465   to   NCS-084-000000465;
NCS-084-000000466   to   NCS-084-000000468;
NCS-084-000000469   to   NCS-084-000000470;
NCS-084-000000471   to   NCS-084-000000473;
NCS-084-000000474   to   NCS-084-000000474;
NCS-084-000000475   to   NCS-084-000000475;
NCS-084-000000476   to   NCS-084-000000476;
NCS-084-000000477   to   NCS-084-000000477;
NCS-084-000000478   to   NCS-084-000000478;
NCS-084-000000479   to   NCS-084-000000479;
NCS-084-000000480   to   NCS-084-000000480;
NCS-084-000000481   to   NCS-084-000000481;
NCS-084-000000482   to   NCS-084-000000482;
NCS-084-000000483   to   NCS-084-000000483;
NCS-084-000000484   to   NCS-084-000000485;
NCS-084-000000486   to   NCS-084-000000488;
NCS-084-000000489   to   NCS-084-000000489;
NCS-084-000000490   to   NCS-084-000000490;
NCS-084-000000491   to   NCS-084-000000491;
NCS-084-000000492   to   NCS-084-000000492;
NCS-084-000000493   to   NCS-084-000000493;
NCS-084-000000494   to   NCS-084-000000494;
NCS-084-000000495   to   NCS-084-000000495;
NCS-084-000000496   to   NCS-084-000000497;
NCS-084-000000498   to   NCS-084-000000500;
NCS-084-000000501   to   NCS-084-000000501;
NCS-084-000000502   to   NCS-084-000000503;
NCS-084-000000504   to   NCS-084-000000504;
NCS-084-000000505   to   NCS-084-000000505;
NCS-084-000000506   to   NCS-084-000000506;
NCS-084-000000507   to   NCS-084-000000507;
NCS-084-000000508   to   NCS-084-000000508;
NCS-084-000000509   to   NCS-084-000000509;
NCS-084-000000510   to   NCS-084-000000511;
NCS-084-000000512   to   NCS-084-000000512;
NCS-084-000000513   to   NCS-084-000000514;
NCS-084-000000515   to   NCS-084-000000517;
NCS-084-000000518   to   NCS-084-000000518;
NCS-084-000000519   to   NCS-084-000000519;
NCS-084-000000520   to   NCS-084-000000520;
NCS-084-000000521   to   NCS-084-000000521;

NCS-084-000000522   to   NCS-084-000000522;
NCS-084-000000523   to   NCS-084-000000524;
NCS-084-000000525   to   NCS-084-000000527;
NCS-084-000000528   to   NCS-084-000000528;
NCS-084-000000529   to   NCS-084-000000529;
NCS-084-000000530   to   NCS-084-000000530;
NCS-084-000000531   to   NCS-084-000000531;
NCS-084-000000532   to   NCS-084-000000532;
NCS-084-000000533   to   NCS-084-000000533;
NCS-084-000000534   to   NCS-084-000000534;
NCS-084-000000535   to   NCS-084-000000536;
NCS-084-000000537   to   NCS-084-000000537;
NCS-084-000000538   to   NCS-084-000000539;
NCS-084-000000540   to   NCS-084-000000542;
NCS-084-000000543   to   NCS-084-000000543;
NCS-084-000000544   to   NCS-084-000000544;
NCS-084-000000545   to   NCS-084-000000545;
NCS-084-000000546   to   NCS-084-000000546;
NCS-084-000000547   to   NCS-084-000000547;
NCS-084-000000548   to   NCS-084-000000548;
NCS-084-000000549   to   NCS-084-000000549;
NCS-084-000000550   to   NCS-084-000000551;
NCS-084-000000552   to   NCS-084-000000554;
NCS-084-000000555   to   NCS-084-000000555;
NCS-084-000000556   to   NCS-084-000000556;
NCS-084-000000557   to   NCS-084-000000557;
NCS-084-000000558   to   NCS-084-000000558;
NCS-084-000000559   to   NCS-084-000000559;
NCS-084-000000560   to   NCS-084-000000560;
NCS-084-000000561   to   NCS-084-000000561;
NCS-084-000000562   to   NCS-084-000000562;
NCS-084-000000563   to   NCS-084-000000563;
NCS-084-000000564   to   NCS-084-000000564;
NCS-084-000000565   to   NCS-084-000000565;
NCS-084-000000566   to   NCS-084-000000566;
NCS-084-000000567   to   NCS-084-000000567;
NCS-084-000000568   to   NCS-084-000000568;
NCS-084-000000569   to   NCS-084-000000569;
NCS-084-000000570   to   NCS-084-000000570;
NCS-084-000000571   to   NCS-084-000000571;
NCS-084-000000572   to   NCS-084-000000572;
NCS-084-000000573   to   NCS-084-000000576;
NCS-084-000000577   to   NCS-084-000000577;
NCS-084-000000578   to   NCS-084-000000579;
NCS-084-000000580   to   NCS-084-000000582;
NCS-084-000000583   to   NCS-084-000000583;

NCS-084-000000584   to   NCS-084-000000584;
NCS-084-000000585   to   NCS-084-000000585;
NCS-084-000000586   to   NCS-084-000000586;
NCS-084-000000587   to   NCS-084-000000587;
NCS-084-000000588   to   NCS-084-000000589;
NCS-084-000000590   to   NCS-084-000000590;
NCS-084-000000591   to   NCS-084-000000593;
NCS-084-000000594   to   NCS-084-000000594;
NCS-084-000000595   to   NCS-084-000000595;
NCS-084-000000596   to   NCS-084-000000596;
NCS-084-000000597   to   NCS-084-000000597;
NCS-084-000000598   to   NCS-084-000000598;
NCS-084-000000599   to   NCS-084-000000599;
NCS-084-000000600   to   NCS-084-000000600;
NCS-084-000000601   to   NCS-084-000000601;
NCS-084-000000602   to   NCS-084-000000602;
NCS-084-000000603   to   NCS-084-000000603;
NCS-084-000000604   to   NCS-084-000000604;
NCS-084-000000605   to   NCS-084-000000605;
NCS-084-000000606   to   NCS-084-000000606;
NCS-084-000000607   to   NCS-084-000000607;
NCS-084-000000608   to   NCS-084-000000608;
NCS-084-000000609   to   NCS-084-000000609;
NCS-084-000000610   to   NCS-084-000000610;
NCS-084-000000611   to   NCS-084-000000611;
NCS-084-000000612   to   NCS-084-000000612;
NCS-084-000000613   to   NCS-084-000000613;
NCS-084-000000614   to   NCS-084-000000614;
NCS-084-000000615   to   NCS-084-000000615;
NCS-084-000000616   to   NCS-084-000000616;
NCS-084-000000617   to   NCS-084-000000617;
NCS-084-000000618   to   NCS-084-000000618;
NCS-084-000000619   to   NCS-084-000000620;
NCS-084-000000621   to   NCS-084-000000623;
NCS-084-000000624   to   NCS-084-000000624;
NCS-084-000000625   to   NCS-084-000000625;
NCS-084-000000626   to   NCS-084-000000626;
NCS-084-000000627   to   NCS-084-000000627;
NCS-084-000000628   to   NCS-084-000000628;
NCS-084-000000629   to   NCS-084-000000629;
NCS-084-000000630   to   NCS-084-000000631;
NCS-084-000000632   to   NCS-084-000000634;
NCS-084-000000635   to   NCS-084-000000635;
NCS-084-000000636   to   NCS-084-000000636;
NCS-084-000000637   to   NCS-084-000000637;
NCS-084-000000638   to   NCS-084-000000638;

NCS-084-000000639   to   NCS-084-000000639;
NCS-084-000000640   to   NCS-084-000000640;
NCS-084-000000641   to   NCS-084-000000642;
NCS-084-000000643   to   NCS-084-000000645;
NCS-084-000000646   to   NCS-084-000000647;
NCS-084-000000648   to   NCS-084-000000649;
NCS-084-000000650   to   NCS-084-000000651;
NCS-084-000000652   to   NCS-084-000000652;
NCS-084-000000653   to   NCS-084-000000653;
NCS-084-000000654   to   NCS-084-000000654;
NCS-084-000000655   to   NCS-084-000000656;
NCS-084-000000657   to   NCS-084-000000657;
NCS-084-000000658   to   NCS-084-000000658;
NCS-084-000000659   to   NCS-084-000000659;
NCS-084-000000660   to   NCS-084-000000660;
NCS-084-000000661   to   NCS-084-000000661;
NCS-084-000000662   to   NCS-084-000000662;
NCS-084-000000663   to   NCS-084-000000663;
NCS-084-000000664   to   NCS-084-000000665;
NCS-084-000000666   to   NCS-084-000000668;
NCS-084-000000669   to   NCS-084-000000669;
NCS-084-000000670   to   NCS-084-000000670;
NCS-084-000000671   to   NCS-084-000000671;
NCS-084-000000672   to   NCS-084-000000672;
NCS-084-000000673   to   NCS-084-000000673;
NCS-084-000000674   to   NCS-084-000000675;
NCS-084-000000676   to   NCS-084-000000678;
NCS-084-000000679   to   NCS-084-000000679;
NCS-084-000000680   to   NCS-084-000000680;
NCS-084-000000681   to   NCS-084-000000681;
NCS-084-000000682   to   NCS-084-000000682;
NCS-084-000000683   to   NCS-084-000000683;
NCS-084-000000684   to   NCS-084-000000685;
NCS-084-000000686   to   NCS-084-000000686;
NCS-084-000000687   to   NCS-084-000000687;
NCS-084-000000688   to   NCS-084-000000688;
NCS-084-000000689   to   NCS-084-000000690;
NCS-084-000000691   to   NCS-084-000000693;
NCS-084-000000694   to   NCS-084-000000694;
NCS-084-000000695   to   NCS-084-000000695;
NCS-084-000000696   to   NCS-084-000000696;
NCS-084-000000697   to   NCS-084-000000697;
NCS-084-000000698   to   NCS-084-000000698;
NCS-084-000000699   to   NCS-084-000000699;
NCS-084-000000700   to   NCS-084-000000700;
NCS-084-000000701   to   NCS-084-000000701;

NCS-084-000000702   to   NCS-084-000000702;
NCS-084-000000703   to   NCS-084-000000703;
NCS-084-000000704   to   NCS-084-000000704;
NCS-084-000000705   to   NCS-084-000000705;
NCS-084-000000706   to   NCS-084-000000707;
NCS-084-000000708   to   NCS-084-000000708;
NCS-084-000000709   to   NCS-084-000000709;
NCS-084-000000710   to   NCS-084-000000711;
NCS-084-000000712   to   NCS-084-000000714;
NCS-084-000000715   to   NCS-084-000000716;
NCS-084-000000717   to   NCS-084-000000717;
NCS-084-000000718   to   NCS-084-000000719;
NCS-084-000000720   to   NCS-084-000000720;
NCS-084-000000721   to   NCS-084-000000721;
NCS-084-000000722   to   NCS-084-000000722;
NCS-084-000000723   to   NCS-084-000000723;
NCS-084-000000724   to   NCS-084-000000724;
NCS-084-000000725   to   NCS-084-000000726;
NCS-084-000000727   to   NCS-084-000000727;
NCS-084-000000728   to   NCS-084-000000728;
NCS-084-000000729   to   NCS-084-000000729;
NCS-084-000000730   to   NCS-084-000000731;
NCS-084-000000732   to   NCS-084-000000734;
NCS-084-000000735   to   NCS-084-000000736;
NCS-084-000000737   to   NCS-084-000000737;
NCS-084-000000738   to   NCS-084-000000738;
NCS-084-000000739   to   NCS-084-000000739;
NCS-084-000000740   to   NCS-084-000000740;
NCS-084-000000741   to   NCS-084-000000741;
NCS-084-000000742   to   NCS-084-000000742;
NCS-084-000000743   to   NCS-084-000000743;
NCS-084-000000744   to   NCS-084-000000744;
NCS-084-000000745   to   NCS-084-000000745;
NCS-084-000000746   to   NCS-084-000000746;
NCS-084-000000747   to   NCS-084-000000747;
NCS-084-000000748   to   NCS-084-000000748;
NCS-084-000000749   to   NCS-084-000000750;
NCS-084-000000751   to   NCS-084-000000751;
NCS-084-000000752   to   NCS-084-000000752;
NCS-084-000000753   to   NCS-084-000000754;
NCS-084-000000755   to   NCS-084-000000757;
NCS-084-000000758   to   NCS-084-000000759;
NCS-084-000000760   to   NCS-084-000000760;
NCS-084-000000761   to   NCS-084-000000761;
NCS-084-000000762   to   NCS-084-000000762;
NCS-084-000000763   to   NCS-084-000000763;

NCS-084-000000764   to   NCS-084-000000764;
NCS-084-000000765   to   NCS-084-000000765;
NCS-084-000000766   to   NCS-084-000000766;
NCS-084-000000767   to   NCS-084-000000768;
NCS-084-000000769   to   NCS-084-000000769;
NCS-084-000000770   to   NCS-084-000000771;
NCS-084-000000772   to   NCS-084-000000774;
NCS-084-000000775   to   NCS-084-000000776;
NCS-084-000000777   to   NCS-084-000000777;
NCS-084-000000778   to   NCS-084-000000778;
NCS-084-000000779   to   NCS-084-000000779;
NCS-084-000000780   to   NCS-084-000000780;
NCS-084-000000781   to   NCS-084-000000781;
NCS-084-000000782   to   NCS-084-000000782;
NCS-084-000000783   to   NCS-084-000000783;
NCS-084-000000784   to   NCS-084-000000785;
NCS-084-000000786   to   NCS-084-000000786;
NCS-084-000000787   to   NCS-084-000000787;
NCS-084-000000788   to   NCS-084-000000789;
NCS-084-000000790   to   NCS-084-000000792;
NCS-084-000000793   to   NCS-084-000000795;
NCS-084-000000796   to   NCS-084-000000799;
NCS-084-000000800   to   NCS-084-000000800;
NCS-084-000000801   to   NCS-084-000000801;
NCS-084-000000802   to   NCS-084-000000802;
NCS-084-000000803   to   NCS-084-000000803;
NCS-084-000000804   to   NCS-084-000000804;
NCS-084-000000805   to   NCS-084-000000805;
NCS-084-000000806   to   NCS-084-000000806;
NCS-084-000000807   to   NCS-084-000000807;
NCS-084-000000808   to   NCS-084-000000808;
NCS-084-000000809   to   NCS-084-000000810;
NCS-084-000000811   to   NCS-084-000000811;
NCS-084-000000812   to   NCS-084-000000812;
NCS-084-000000813   to   NCS-084-000000814;
NCS-084-000000815   to   NCS-084-000000817;
NCS-084-000000818   to   NCS-084-000000820;
NCS-084-000000821   to   NCS-084-000000823;
NCS-084-000000824   to   NCS-084-000000824;
NCS-084-000000825   to   NCS-084-000000825;
NCS-084-000000826   to   NCS-084-000000826;
NCS-084-000000827   to   NCS-084-000000827;
NCS-084-000000828   to   NCS-084-000000828;
NCS-084-000000829   to   NCS-084-000000829;
NCS-084-000000830   to   NCS-084-000000830;
NCS-084-000000831   to   NCS-084-000000831;

NCS-084-000000832    to    NCS-084-000000833;
NCS-084-000000834    to    NCS-084-000000834;
NCS-084-000000835    to    NCS-084-000000835;
NCS-084-000000836    to    NCS-084-000000837;
NCS-084-000000838    to    NCS-084-000000840;
NCS-084-000000841    to    NCS-084-000000843;
NCS-084-000000844    to    NCS-084-000000844;
NCS-084-000000845    to    NCS-084-000000845;
NCS-084-000000846    to    NCS-084-000000846;
NCS-084-000000847    to    NCS-084-000000847;
NCS-084-000000848    to    NCS-084-000000848;
NCS-084-000000849    to    NCS-084-000000849;
NCS-084-000000850    to    NCS-084-000000851;
NCS-084-000000852    to    NCS-084-000000852;
NCS-084-000000853    to    NCS-084-000000853;
NCS-084-000000854    to    NCS-084-000000854;
NCS-084-000000855    to    NCS-084-000000856;
NCS-084-000000857    to    NCS-084-000000859;
NCS-084-000000860    to    NCS-084-000000862;
NCS-084-000000863    to    NCS-084-000000863;
NCS-084-000000864    to    NCS-084-000000864;
NCS-084-000000865    to    NCS-084-000000865;
NCS-084-000000866    to    NCS-084-000000867;
NCS-084-000000868    to    NCS-084-000000868;
NCS-084-000000869    to    NCS-084-000000869;
NCS-084-000000870    to    NCS-084-000000870;
NCS-084-000000871    to    NCS-084-000000871;
NCS-084-000000872    to    NCS-084-000000873;
NCS-084-000000874    to    NCS-084-000000876;
NCS-084-000000877    to    NCS-084-000000879;
NCS-084-000000880    to    NCS-084-000000880;
NCS-084-000000881    to    NCS-084-000000882;
NCS-084-000000883    to    NCS-084-000000883;
NCS-084-000000884    to    NCS-084-000000884;
NCS-084-000000885    to    NCS-084-000000885;
NCS-084-000000886    to    NCS-084-000000886;
NCS-084-000000887    to    NCS-084-000000887;
NCS-084-000000888    to    NCS-084-000000889;
NCS-084-000000890    to    NCS-084-000000890;
NCS-084-000000891    to    NCS-084-000000892;
NCS-084-000000893    to    NCS-084-000000895;
NCS-084-000000896    to    NCS-084-000000897;
NCS-084-000000898    to    NCS-084-000000898;
NCS-084-000000899    to    NCS-084-000000899;
NCS-084-000000900    to    NCS-084-000000900;
NCS-084-000000901    to    NCS-084-000000903;

NCS-084-000000904    to    NCS-084-000000904;
NCS-084-000000905    to    NCS-084-000000905;
NCS-084-000000906    to    NCS-084-000000906;
NCS-085-000000812    to    NCS-085-000000813;
NCS-085-000000814    to    NCS-085-000000816;
NCS-085-000000817    to    NCS-085-000000817;
NCS-085-000000818    to    NCS-085-000000819;
NCS-085-000000820    to    NCS-085-000000820;
NCS-085-000000821    to    NCS-085-000000821;
NCS-085-000000822    to    NCS-085-000000822;
NCS-085-000000823    to    NCS-085-000000823;
NCS-085-000000824    to    NCS-085-000000824;
NCS-085-000000825    to    NCS-085-000000825;
NCS-085-000000826    to    NCS-085-000000827;
NCS-085-000000828    to    NCS-085-000000830;
NCS-085-000000831    to    NCS-085-000000833;
NCS-085-000000834    to    NCS-085-000000834;
NCS-085-000000835    to    NCS-085-000000835;
NCS-085-000000836    to    NCS-085-000000836;
NCS-085-000000837    to    NCS-085-000000837;
NCS-085-000000838    to    NCS-085-000000838;
NCS-085-000000839    to    NCS-085-000000839;
NCS-085-000000840    to    NCS-085-000000841;
NCS-085-000000842    to    NCS-085-000000844;
NCS-085-000000845    to    NCS-085-000000847;
NCS-085-000000848    to    NCS-085-000000848;
NCS-085-000000849    to    NCS-085-000000849;
NCS-085-000000850    to    NCS-085-000000850;
NCS-085-000000851    to    NCS-085-000000851;
NCS-085-000000852    to    NCS-085-000000852;
NCS-085-000000853    to    NCS-085-000000853;
NCS-085-000000854    to    NCS-085-000000854;
NCS-085-000000855    to    NCS-085-000000855;
NCS-085-000000856    to    NCS-085-000000856;
NCS-085-000000857    to    NCS-085-000000857;
NCS-085-000000858    to    NCS-085-000000858;
NCS-085-000000859    to    NCS-085-000000859;
NCS-085-000000860    to    NCS-085-000000860;
NCS-085-000000861    to    NCS-085-000000861;
NCS-085-000000862    to    NCS-085-000000863;
NCS-085-000000864    to    NCS-085-000000864;
NCS-085-000000865    to    NCS-085-000000867;
NCS-085-000000868    to    NCS-085-000000868;
NCS-085-000000869    to    NCS-085-000000870;
NCS-085-000000871    to    NCS-085-000000871;
NCS-085-000000872    to    NCS-085-000000876;

NCS-085-000000877   to   NCS-085-000000877;
NCS-085-000000878   to   NCS-085-000000879;
NCS-085-000000880   to   NCS-085-000000880;
NCS-085-000000881   to   NCS-085-000000884;
NCS-085-000000885   to   NCS-085-000000885;
NCS-085-000000886   to   NCS-085-000000886;
NCS-085-000000887   to   NCS-085-000000887;
NCS-085-000000888   to   NCS-085-000000888;
NCS-085-000000889   to   NCS-085-000000891;
NCS-085-000000892   to   NCS-085-000000892;
NCS-085-000000893   to   NCS-085-000000894;
NCS-085-000000895   to   NCS-085-000000895;
NCS-085-000000896   to   NCS-085-000000896;
NCS-085-000000897   to   NCS-085-000000900;
NCS-085-000000901   to   NCS-085-000000901;
NCS-085-000000902   to   NCS-085-000000902;
NCS-085-000000903   to   NCS-085-000000903;
NCS-085-000000904   to   NCS-085-000000904;
NCS-085-000000905   to   NCS-085-000000905;
NCS-085-000000906   to   NCS-085-000000906;
NCS-085-000000907   to   NCS-085-000000907;
NCS-085-000000908   to   NCS-085-000000908;
NCS-085-000000909   to   NCS-085-000000909;
NCS-085-000000910   to   NCS-085-000000910;
NCS-085-000000911   to   NCS-085-000000912;
NCS-085-000000913   to   NCS-085-000000915;
NCS-085-000000916   to   NCS-085-000000916;
NCS-085-000000917   to   NCS-085-000000919;
NCS-085-000000920   to   NCS-085-000000920;
NCS-085-000000921   to   NCS-085-000000921;
NCS-085-000000922   to   NCS-085-000000922;
NCS-085-000000923   to   NCS-085-000000923;
NCS-085-000000924   to   NCS-085-000000924;
NCS-085-000000925   to   NCS-085-000000925;
NCS-085-000000926   to   NCS-085-000000928;
NCS-085-000000929   to   NCS-085-000000929;
NCS-085-000000930   to   NCS-085-000000930;
NCS-085-000000931   to   NCS-085-000000931;
NCS-085-000000932   to   NCS-085-000000933;
NCS-085-000000934   to   NCS-085-000000934;
NCS-085-000000935   to   NCS-085-000000935;
NCS-085-000000936   to   NCS-085-000000936;
NCS-085-000000937   to   NCS-085-000000937;
NCS-085-000000938   to   NCS-085-000000939;
NCS-085-000000940   to   NCS-085-000000942;
NCS-085-000000943   to   NCS-085-000000945;

NCS-085-000000946   to   NCS-085-000000946;
NCS-085-000000947   to   NCS-085-000000947;
NCS-085-000000948   to   NCS-085-000000948;
NCS-085-000000949   to   NCS-085-000000949;
NCS-085-000000950   to   NCS-085-000000950;
NCS-085-000000951   to   NCS-085-000000951;
NCS-085-000000952   to   NCS-085-000000952;
NCS-085-000000953   to   NCS-085-000000953;
NCS-085-000000954   to   NCS-085-000000954;
NCS-085-000000955   to   NCS-085-000000955;
NCS-085-000000956   to   NCS-085-000000956;
NCS-085-000000957   to   NCS-085-000000957;
NCS-085-000000958   to   NCS-085-000000959;
NCS-085-000000960   to   NCS-085-000000961;
NCS-085-000000962   to   NCS-085-000000962;
NCS-085-000000963   to   NCS-085-000000964;
NCS-085-000000965   to   NCS-085-000000965;
NCS-085-000000966   to   NCS-085-000000966;
NCS-085-000000967   to   NCS-085-000000967;
NCS-085-000000968   to   NCS-085-000000969;
NCS-085-000000970   to   NCS-085-000000972;
NCS-085-000000973   to   NCS-085-000000974;
NCS-085-000000975   to   NCS-085-000000975;
NCS-085-000000976   to   NCS-085-000000978;
NCS-085-000000979   to   NCS-085-000000979;
NCS-085-000000980   to   NCS-085-000000980;
NCS-085-000000981   to   NCS-085-000000983;
NCS-085-000000984   to   NCS-085-000000985;
NCS-085-000000986   to   NCS-085-000000986;
NCS-085-000000987   to   NCS-085-000000987;
NCS-085-000000988   to   NCS-085-000000988;
NCS-085-000000989   to   NCS-085-000000989;
NCS-085-000000990   to   NCS-085-000000990;
NCS-085-000000991   to   NCS-085-000000991;
NCS-085-000000992   to   NCS-085-000000992;
NCS-085-000000993   to   NCS-085-000000993;
NCS-085-000000994   to   NCS-085-000000994;
NCS-085-000000995   to   NCS-085-000000995;
NCS-085-000000996   to   NCS-085-000000996;
NCS-085-000000997   to   NCS-085-000000997;
NCS-085-000000998   to   NCS-085-000000998;
NCS-085-000000999   to   NCS-085-000000999;
NCS-085-000001000   to   NCS-085-000001001;
NCS-085-000001002   to   NCS-085-000001004;
NCS-085-000001005   to   NCS-085-000001006;
NCS-085-000001007   to   NCS-085-000001007;

NCS-085-000001008   to   NCS-085-000001008;
NCS-085-000001009   to   NCS-085-000001009;
NCS-085-000001010   to   NCS-085-000001010;
NCS-085-000001011   to   NCS-085-000001011;
NCS-085-000001012   to   NCS-085-000001012;
NCS-085-000001013   to   NCS-085-000001013;
NCS-085-000001014   to   NCS-085-000001014;
NCS-085-000001015   to   NCS-085-000001015;
NCS-085-000001016   to   NCS-085-000001017;
NCS-085-000001018   to   NCS-085-000001020;
NCS-085-000001021   to   NCS-085-000001021;
NCS-085-000001022   to   NCS-085-000001022;
NCS-085-000001023   to   NCS-085-000001023;
NCS-085-000001024   to   NCS-085-000001024;
NCS-085-000001025   to   NCS-085-000001026;
NCS-085-000001027   to   NCS-085-000001029;
NCS-085-000001030   to   NCS-085-000001030;
NCS-085-000001031   to   NCS-085-000001033;
NCS-085-000001034   to   NCS-085-000001034;
NCS-085-000001035   to   NCS-085-000001035;
NCS-085-000001036   to   NCS-085-000001043;
NCS-085-000001044   to   NCS-085-000001044;
NCS-085-000001045   to   NCS-085-000001045;
NCS-085-000001046   to   NCS-085-000001046;
NCS-085-000001047   to   NCS-085-000001047;
NCS-085-000001048   to   NCS-085-000001048;
NCS-085-000001049   to   NCS-085-000001050;
NCS-085-000001051   to   NCS-085-000001053;
NCS-085-000001054   to   NCS-085-000001054;
NCS-085-000001055   to   NCS-085-000001056;
NCS-085-000001057   to   NCS-085-000001057;
NCS-085-000001058   to   NCS-085-000001058;
NCS-085-000001059   to   NCS-085-000001059;
NCS-085-000001060   to   NCS-085-000001060;
NCS-085-000001061   to   NCS-085-000001061;
NCS-085-000001062   to   NCS-085-000001064;
NCS-085-000001065   to   NCS-085-000001065;
NCS-085-000001066   to   NCS-085-000001066;
NCS-085-000001067   to   NCS-085-000001067;
NCS-085-000001068   to   NCS-085-000001069;
NCS-085-000001070   to   NCS-085-000001072;
NCS-085-000001073   to   NCS-085-000001073;
NCS-085-000001074   to   NCS-085-000001074;
NCS-085-000001075   to   NCS-085-000001075;
NCS-085-000001076   to   NCS-085-000001076;
NCS-085-000001077   to   NCS-085-000001081;

NCS-085-000001082   to   NCS-085-000001082;
NCS-085-000001083   to   NCS-085-000001083;
NCS-085-000001084   to   NCS-085-000001085;
NCS-085-000001086   to   NCS-085-000001086;
NCS-085-000001087   to   NCS-085-000001087;
NCS-085-000001088   to   NCS-085-000001088;
NCS-085-000001089   to   NCS-085-000001090;
NCS-085-000001091   to   NCS-085-000001091;
NCS-085-000001092   to   NCS-085-000001101;
NCS-085-000001102   to   NCS-085-000001102;
NCS-085-000001103   to   NCS-085-000001105;
NCS-085-000001106   to   NCS-085-000001106;
NCS-085-000001107   to   NCS-085-000001107;
NCS-085-000001108   to   NCS-085-000001108;
NCS-085-000001109   to   NCS-085-000001109;
NCS-085-000001110   to   NCS-085-000001111;
NCS-085-000001112   to   NCS-085-000001113;
NCS-085-000001114   to   NCS-085-000001116;
NCS-085-000001117   to   NCS-085-000001117;
NCS-085-000001118   to   NCS-085-000001118;
NCS-085-000001119   to   NCS-085-000001119;
NCS-085-000001120   to   NCS-085-000001120;
NCS-085-000001121   to   NCS-085-000001121;
NCS-085-000001122   to   NCS-085-000001122;
NCS-085-000001123   to   NCS-085-000001123;
NCS-085-000001124   to   NCS-085-000001124;
NCS-085-000001125   to   NCS-085-000001125;
NCS-085-000001126   to   NCS-085-000001126;
NCS-085-000001127   to   NCS-085-000001127;
NCS-085-000001128   to   NCS-085-000001129;
NCS-085-000001130   to   NCS-085-000001132;
NCS-085-000001133   to   NCS-085-000001133;
NCS-085-000001134   to   NCS-085-000001134;
NCS-085-000001135   to   NCS-085-000001135;
NCS-085-000001136   to   NCS-085-000001136;
NCS-085-000001137   to   NCS-085-000001137;
NCS-085-000001138   to   NCS-085-000001139;
NCS-085-000001140   to   NCS-085-000001140;
NCS-085-000001141   to   NCS-085-000001141;
NCS-085-000001142   to   NCS-085-000001142;
NCS-085-000001143   to   NCS-085-000001143;
NCS-085-000001144   to   NCS-085-000001145;
NCS-085-000001146   to   NCS-085-000001146;
NCS-085-000001147   to   NCS-085-000001147;
NCS-085-000001148   to   NCS-085-000001148;
NCS-085-000001149   to   NCS-085-000001149;

NCS-085-000001150  to  NCS-085-000001151;
NCS-085-000001152  to  NCS-085-000001154;
NCS-085-000001155  to  NCS-085-000001155;
NCS-085-000001156  to  NCS-085-000001156;
NCS-085-000001157  to  NCS-085-000001157;
NCS-085-000001158  to  NCS-085-000001158;
NCS-085-000001159  to  NCS-085-000001159;
NCS-085-000001160  to  NCS-085-000001160;
NCS-085-000001161  to  NCS-085-000001161;
NCS-085-000001162  to  NCS-085-000001162;
NCS-085-000001163  to  NCS-085-000001164;
NCS-085-000001165  to  NCS-085-000001167;
NCS-085-000001168  to  NCS-085-000001169;
NCS-085-000001170  to  NCS-085-000001170.

The United States' Production Log is attached.

Respectfully submitted,
TONY WEST
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: February 13, 2012

<u>**CERTIFICATE OF SERVICE**</u>

I, James F. McConnon, Jr., hereby certify that on February 13, 2012, I served a true copy

of the United States' Notice of Production upon the Plaintiffs by ECF.


    <u>   s/ James F. McConnon, Jr.    </u>
    JAMES F. McCONNON, JR.