UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> PERTAINS TO: * <br> C. ABADIE, 06-5164 * <br> * | CIVIL ACTION NO.: 05-4182 K(2) <br><br> JUDGE: STANWOOD R. DUVAL, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER TO CROSS-CLAIM IN INTERPLEADER

**NOW INTO COURT**, through undersigned counsel, comes JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation ("Chase"), which for purposes of this Answer to Cross-Claim in Interpleader, respectfully represents that:

1. Chase admits the allegations of Paragraph 1 of the cross-claim in interpleader.

2. Chase admits the allegations of Paragraph 2 of the cross-claim in interpleader.

3. Paragraph 3 does not require an answer.

4. Chase admits the allegations of Paragraph 4 of the cross-claim in interpleader.

5. For lack of information to justify a belief therein, Chase denies the allegations of Paragraph 5 of the cross-claim in interpleader.

6. For lack of information to justify a belief therein, Chase denies the allegations of Paragraph 6 of the cross-claim in interpleader.

7. For lack of information to justify a belief therein, Chase denies the allegations of Paragraph 7 of the cross-claim in interpleader.

8. For lack of information to justify a belief therein, Chase denies the allegations of Paragraph 8 of the cross-claim in interpleader.

9. For lack of information to justify a belief therein, Chase denies the allegations of Paragraph 9 of the cross-claim in interpleader.

10. Chase as ultimate successor to Chase Manhattan Mortgage Corporation is the mortgagee. Chase admits the allegations of Paragraph 10 of the cross-claim in interpleader.

11. Chase admits the allegations of Paragraph 11 of the cross-claim in interpleader.

12. For lack of information to justify a belief therein, Chase denies the allegations of Paragraph 12 of the cross-claim in interpleader.

13. Chase admits the allegations of Paragraph 13 of the cross-claim in interpleader.

14. Chase admits the allegations of Paragraph 14 of the cross-claim in interpleader.

15. Chase admits the allegations of Paragraph 15 of the cross-claim in interpleader.

16. Chase admits the allegations of Paragraph 16 of the cross-claim in interpleader.

17. Chase admits the allegations of Paragraph 17 of the cross-claim in interpleader.

18. Chase admits the allegations of Paragraph 18 of the cross-claim in interpleader.

19. Chase avers that its mortgage is in full force and effect and that it should be paid out of preference and priority of the funds held in the Court's registry. Further, Chase avers that any funds to which it is entitled shall be governed by the contractual relationship of borrower and Chase including, but not limited to, the express terms of the mortgage.

WHEREFORE, JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation, prays that after due proceedings be had there be judgment rendered in its favor with all funds deposited by Lexington Insurance Company and held in the Court's registry be paid to Chase our

of preference and priority and that the applicable contracts, including, but not limited to, the mortgage, govern the application of said funds.

Respectfully submitted,

TAGGART MORTON, L.L.C.

*/s/ Barry H. Grodsky*

BARRY H. GRODSKY (#1388)
2100 Energy Centre
1100 Poydras Street.
New Orleans, Louisiana 70163-2100
Telephone: (504)-599-8500
Facsimile: (504)-599-8501

**COUNSEL FOR JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon all counsel of record through the CM-ECF Filing System for the United States District Court for the Eastern District of the State of Louisiana this 14th day of February, 2012.

*/s/ Barry H. Grodsky*
BARRY H. GRODSKY
