UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**             **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

                                                                                **NO. 05-4182**

**PERTAINS TO:**                                         **SECTION "K"(2)**
     *Armstrong*, C.A. No. 10-866

As a result of the Court's scheduling conflicts,

**IT IS ORDERED** that Defendant Washington Group International, Inc's Motion to Exclude Evidence Regarding Economic Loss Claims is **CONTINUED** to **Wednesday, February 22, 2012.**

Having determined that oral argument will not be necessary,

**IT IS FURTHER ORDERED** that the Request for Oral Argument (Doc. 20612) is **DENIED**.

New Orleans, Louisiana, this 15th day of February, 2012.

                                                           **STANWOOD R. DUVAL, JR.**
                                      **UNITED STATES DISTRICT COURT JUDGE**