# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

## NOTICE OF VIDEOTAPED DEPOSITION

To:   All Plaintiffs' Counsel
       through Plaintiffs' Liaison Counsel,
       Joseph M. Bruno, Esq.
       The Law Office of Joseph M. Bruno
       855 Baronne Street
       New Orleans, Louisiana  70113
       (504) 525-1335
       *jbruno@jbrunolaw.com*

**PLEASE TAKE NOTICE** that URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), through their counsel, will take the videotaped deposition of Robert Glenn Bea, on Tuesday, March 13, 2012 at 9:00 a.m., continuing as necessary on Wednesday, March 14, 2012 at 9:00 a.m., at the offices of Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130.  The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other

1085038v.1

official duly authorized to administer oaths and record oral testimony.  The deposition will be recorded on video and stenographically.

Dated:  February 15, 2012

Respectfully submitted,

*/s/Heather S. Lonian*
William D. Treeby, 12901
Jay C. Gulotta, 6590
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel
Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
Christopher Farrell
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

1085038v.1

3

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing *Notice of Videotaped Deposition* has been served upon Plaintiffs' Liaison Counsel via e-mail and the Courts CM/ECF system, this 15th day of February, 2011.

                                                                                         */s/Heather S. Lonian*

1085038v.1