UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

## NOTICE OF VIDEOTAPED DEPOSITION

To:   All Plaintiffs' Counsel
      through Plaintiffs' Liaison Counsel,
      Joseph M. Bruno, Esq.
      The Law Office of Joseph M. Bruno
      855 Baronne Street
      New Orleans, Louisiana  70113
      (504) 525-1335
      *jbruno@jbrunolaw.com*

**PLEASE TAKE NOTICE** that URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), through their counsel, will take the videotaped deposition of J. David Rogers, on Friday, March 16, 2012 at 9:00 a.m., continuing as necessary on Saturday, March 17, 2012 at 9:00 a.m., at the offices of Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130.  The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly

1085045v.1

authorized to administer oaths and record oral testimony.  The deposition will be recorded on video and stenographically.

Dated:  February 15, 2012                           Respectfully submitted,

          */s/Heather S. Lonian*
          William D. Treeby, 12901
          Jay C. Gulotta, 6590
          Heather S. Lonian, 29956
              Of
          Stone Pigman Walther Wittmann L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana  70130
          Telephone:  (504) 581-3200
          Facsimile:  (504) 581-3361

          Attorneys for Washington Group International, Inc.

          Of counsel
          Adrian Wager-Zito
          Debra S. Clayman
          Christopher Thatch
          Christopher Farrell
          Jones Day
          51 Louisiana Avenue, N.W.
          Washington, D.C. 20001-2113
          Telephone:  (202) 879-4645
          Facsimile:  (202) 626-1700

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing *Notice of Videotaped Deposition* has been served upon Plaintiffs' Liaison Counsel via e-mail and the Courts CM/ECF system, this 15th day of February, 2011.

                                                  */s/Heather S. Lonian*

1085045v.1