**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: MRGO

FILED IN    05-4181, 05-4182, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359,
            06-0225, 06-0886, 06-1885, 06-2152,
            06-2278, 06-2287, 06-2824, 06-4024,
            06-4065, 06-4066, 06-4389, 06-4634,
            06-4931, 06-5032, 06-5155, 06-5159,
            06-5161, 06-5162, 06-5260, 06-5771
            06-5786, 06-5937, 07-0206, 07-0621,
            07-1073, 07-1271, 07-1285

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL

MAG. WILKINSON

**NOTICE OF DEPOSITION**

To:    All Plaintiffs' Counsel
       through Plaintiffs' Liaison Counsel,
       Joseph M. Bruno, Esq.
       The Law Office of Joseph M. Bruno
       855 Baronne Street
       New Orleans, Louisiana  70113
       (504) 525-1335
       *jbruno@jbrunolaw.com*

        **PLEASE TAKE NOTICE** that URS Energy & Construction, Inc. (formerly

Washington Group International, Inc.), through their counsel, will take the deposition of Chad

Morris, on Friday, March 9, 2012 at 9:00 a.m. at the offices of Stone Pigman Walther Wittmann

L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130.  The deposition will be taken for

all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other

official duly authorized to administer oaths and record oral testimony.  The deposition will be

recorded stenographically.

1085046v.1

Dated:  February 15, 2012                          Respectfully submitted,


                                        */s/Heather S. Lonian*
                                        William D. Treeby, 12901
                                        Jay C. Gulotta, 6590
                                        Heather S. Lonian, 29956
                                                Of
                                        Stone Pigman Walther Wittmann L.L.C.
                                        546 Carondelet Street
                                        New Orleans, Louisiana  70130
                                        Telephone:  (504) 581-3200
                                        Facsimile:  (504) 581-3361

                                        Attorneys for Washington Group
                                        International, Inc.

                                        Of counsel
                                        Adrian Wager-Zito
                                        Debra S. Clayman
                                        Christopher Thatch
                                        Christopher Farrell
                                        Jones Day
                                        51 Louisiana Avenue, N.W.
                                        Washington, D.C. 20001-2113
                                        Telephone:  (202) 879-4645
                                        Facsimile:  (202) 626-1700

1085046v.1

3

# **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing *Notice of Deposition* has been served upon Plaintiffs' Liaison Counsel via e-mail and the Courts CM/ECF system, this 15th day of February, 2011.

/s/Heather S. Lonian

3

1085046v.1