UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION (2)<br>_____<br><br>PERTAINS TO: MRGO<br><br>*Armstrong,* No. 10-866<br>_____ | CIVIL ACTION<br>NO. 05-4182 "K"<br><br>§   JUDGE DUVAL<br>§   MAG. J.<br>§   WILKINSON<br>§<br>§ |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED OPPOSITION TO DEFENDANT WASHINGTON GROUPS INTERNATIONAL, INC.'S MOTION TO EXCLUDE EVIDENCE REGARDING ECONOMIC LOSS CLAIMS**

Pursuant to Federal Rule of Civil Procedure 7(b), Plaintiffs move the Court for an Order granting Plaintiffs leave to file Plaintiffs' Corrected Opposition to Defendant Washington Groups International, Inc.'s, Motion to Exclude Evidence Regarding Economic Loss Claims. This order is requested to allow the correction of software conversion complications and typographical errors in the original brief. Correcting these matters will avoid confusion and assist the Court in its ruling on this issue. Opposing counsel have been contacted and indicated that they have no opposition to this filing.

For these reasons, the Court should grant the motion for leave to file this document.

Respectfully submitted,

PLAINTIFFS' LIAISON COUNSEL

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

**MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 16th day of February, 2012.

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO