UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION (2) | | CIVIL ACTION NO. 05-4182 "K" |
| _____ | § | JUDGE DUVAL |
| PERTAINS TO: MRGO | § | MAG. J. WILKINSON |
| *Armstrong,* No. 10-866 | § | |
| _____ | § | |

## ORDER

Having considered Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' Corrected Opposition to Defendant Washington Groups International, Inc.'s, Motion to Exclude Evidence Regarding Economic Loss Claims, and for good cause shown, it is hereby **ORDERED** that the Motion for Leave to File is **GRANTED**. Plaintiffs may file their Corrected Opposition to Defendant Washington Groups International, Inc.'s, Motion to Exclude Evidence Regarding Economic Loss Claims.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana