UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br>    ARMSTRONG, C.A. No. 10-866<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

NOTICE OF PRODUCTION

In response to Armstrong Plaintiffs' First Request for Production to Defendant United States dated May 16, 2011, the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

NCS-084-000002896  to  NCS-084-000002897;
NCS-084-000002898  to  NCS-084-000002900;
NCS-084-000002901  to  NCS-084-000002902;
NCS-084-000002903  to  NCS-084-000002904;
NCS-084-000002905  to  NCS-084-000002906;
NCS-084-000002907  to  NCS-084-000002907;
NCS-084-000002908  to  NCS-084-000002908;

NCS-084-000002909 to NCS-084-000002909;
NCS-084-000002910 to NCS-084-000002910;
NCS-084-000002911 to NCS-084-000002912;
NCS-084-000002913 to NCS-084-000002913;
NCS-084-000002914 to NCS-084-000002914;
NCS-084-000002915 to NCS-084-000002915;
NCS-084-000002916 to NCS-084-000002918;
NCS-084-000002919 to NCS-084-000002919;
NCS-084-000002920 to NCS-084-000002920;
NCS-084-000002921 to NCS-084-000002921;
NCS-084-000002922 to NCS-084-000002922;
NCS-084-000002923 to NCS-084-000002924;
NCS-084-000002925 to NCS-084-000002927;
NCS-084-000002928 to NCS-084-000002928;
NCS-084-000002929 to NCS-084-000002930;
NCS-084-000002931 to NCS-084-000002931;
NCS-084-000002932 to NCS-084-000002932;
NCS-084-000002933 to NCS-084-000002933;
NCS-084-000002934 to NCS-084-000002934;
NCS-084-000002935 to NCS-084-000002936;
NCS-084-000002937 to NCS-084-000002939;
NCS-084-000002940 to NCS-084-000002940;
NCS-084-000002941 to NCS-084-000002941;
NCS-084-000002942 to NCS-084-000002942;
NCS-084-000002943 to NCS-084-000002943;
NCS-084-000002944 to NCS-084-000002944;
NCS-084-000002945 to NCS-084-000002945;
NCS-084-000002946 to NCS-084-000002948;
NCS-084-000002949 to NCS-084-000002949;
NCS-084-000002950 to NCS-084-000002950;
NCS-084-000002951 to NCS-084-000002951;
NCS-084-000002952 to NCS-084-000002952;
NCS-084-000002953 to NCS-084-000002953;
NCS-084-000002954 to NCS-084-000002954;
NCS-084-000002955 to NCS-084-000002957;
NCS-084-000002958 to NCS-084-000002959;
NCS-084-000002960 to NCS-084-000002960;
NCS-084-000002961 to NCS-084-000002961;
NCS-084-000002962 to NCS-084-000002962;
NCS-084-000002963 to NCS-084-000002963;
NCS-084-000002964 to NCS-084-000002964;
NCS-084-000002965 to NCS-084-000002965;
NCS-084-000002966 to NCS-084-000002966;

```
NCS-084-000002967  to  NCS-084-000002968;
NCS-084-000002969  to  NCS-084-000002971;
NCS-084-000002972  to  NCS-084-000002974;
NCS-084-000002975  to  NCS-084-000002975;
NCS-084-000002976  to  NCS-084-000002976;
NCS-084-000002977  to  NCS-084-000002977;
NCS-084-000002978  to  NCS-084-000002978;
NCS-084-000002979  to  NCS-084-000002981;
NCS-084-000002982  to  NCS-084-000002982;
NCS-084-000002983  to  NCS-084-000002984;
NCS-084-000002985  to  NCS-084-000002985;
NCS-084-000002986  to  NCS-084-000002986;
NCS-084-000002987  to  NCS-084-000002989;
NCS-084-000002990  to  NCS-084-000002990;
NCS-084-000002991  to  NCS-084-000002992;
NCS-084-000002993  to  NCS-084-000002995;
NCS-084-000002996  to  NCS-084-000002996;
NCS-084-000002997  to  NCS-084-000002997;
NCS-084-000002998  to  NCS-084-000002998;
NCS-084-000002999  to  NCS-084-000002999;
NCS-084-000003000  to  NCS-084-000003000;
NCS-084-000003001  to  NCS-084-000003003;
NCS-084-000003004  to  NCS-084-000003004;
NCS-084-000003005  to  NCS-084-000003005;
NCS-084-000003006  to  NCS-084-000003006;
NCS-084-000003007  to  NCS-084-000003008;
NCS-084-000003009  to  NCS-084-000003009;
NCS-084-000003010  to  NCS-084-000003010;
NCS-084-000003011  to  NCS-084-000003011;
NCS-084-000003012  to  NCS-084-000003013;
NCS-084-000003014  to  NCS-084-000003016;
NCS-084-000003017  to  NCS-084-000003017;
NCS-084-000003018  to  NCS-084-000003018;
NCS-084-000003019  to  NCS-084-000003019;
NCS-084-000003020  to  NCS-084-000003020;
NCS-084-000003021  to  NCS-084-000003021;
NCS-084-000003022  to  NCS-084-000003022;
NCS-084-000003023  to  NCS-084-000003023;
NCS-084-000003024  to  NCS-084-000003024;
NCS-084-000003025  to  NCS-084-000003027;
NCS-084-000003028  to  NCS-084-000003028;
NCS-084-000003029  to  NCS-084-000003029;
NCS-084-000003030  to  NCS-084-000003030;
```

NCS-084-000003031 to NCS-084-000003032;
NCS-084-000003033 to NCS-084-000003036;
NCS-084-000003037 to NCS-084-000003038;
NCS-084-000003039 to NCS-084-000003039;
NCS-084-000003040 to NCS-084-000003041;
NCS-084-000003042 to NCS-084-000003044;
NCS-084-000003045 to NCS-084-000003045;
NCS-084-000003046 to NCS-084-000003046;
NCS-084-000003047 to NCS-084-000003047;
NCS-084-000003048 to NCS-084-000003048;
NCS-084-000003049 to NCS-084-000003049;
NCS-084-000003050 to NCS-084-000003050;
NCS-084-000003051 to NCS-084-000003053;
NCS-084-000003054 to NCS-084-000003054;
NCS-084-000003055 to NCS-084-000003055;
NCS-084-000003056 to NCS-084-000003056;
NCS-084-000003057 to NCS-084-000003057;
NCS-084-000003058 to NCS-084-000003059;
NCS-084-000003060 to NCS-084-000003061;
NCS-084-000003062 to NCS-084-000003062;
NCS-084-000003063 to NCS-084-000003063;
NCS-084-000003064 to NCS-084-000003064;
NCS-084-000003065 to NCS-084-000003065;
NCS-084-000003066 to NCS-084-000003067;
NCS-084-000003068 to NCS-084-000003069;
NCS-084-000003070 to NCS-084-000003070;
NCS-084-000003071 to NCS-084-000003071;
NCS-084-000003072 to NCS-084-000003073;
NCS-084-000003074 to NCS-084-000003076;
NCS-084-000003077 to NCS-084-000003077;
NCS-084-000003078 to NCS-084-000003078;
NCS-084-000003079 to NCS-084-000003079;
NCS-084-000003080 to NCS-084-000003080;
NCS-084-000003081 to NCS-084-000003081;
NCS-084-000003082 to NCS-084-000003082;
NCS-084-000003083 to NCS-084-000003083;
NCS-084-000003084 to NCS-084-000003084;
NCS-084-000003085 to NCS-084-000003086;
NCS-084-000003087 to NCS-084-000003089;
NCS-084-000003090 to NCS-084-000003090;
NCS-084-000003091 to NCS-084-000003091;
NCS-084-000003092 to NCS-084-000003092;
NCS-084-000003093 to NCS-084-000003093;

NCS-084-000003094 to NCS-084-000003095;
NCS-084-000003096 to NCS-084-000003096;
NCS-084-000003097 to NCS-084-000003097;
NCS-084-000003098 to NCS-084-000003098;
NCS-084-000003099 to NCS-084-000003099;
NCS-084-000003100 to NCS-084-000003100;
NCS-084-000003101 to NCS-084-000003101;
NCS-084-000003102 to NCS-084-000003102;
NCS-084-000003103 to NCS-084-000003103;
NCS-084-000003104 to NCS-084-000003106;
NCS-084-000003107 to NCS-084-000003108;
NCS-084-000003109 to NCS-084-000003111;
NCS-084-000003112 to NCS-084-000003112;
NCS-084-000003113 to NCS-084-000003113;
NCS-084-000003114 to NCS-084-000003114;
NCS-084-000003115 to NCS-084-000003115;
NCS-084-000003116 to NCS-084-000003116;
NCS-084-000003117 to NCS-084-000003117;
NCS-084-000003118 to NCS-084-000003118;
NCS-084-000003119 to NCS-084-000003119;
NCS-084-000003120 to NCS-084-000003120;
NCS-084-000003121 to NCS-084-000003123;
NCS-084-000003124 to NCS-084-000003124;
NCS-084-000003125 to NCS-084-000003125;
NCS-084-000003126 to NCS-084-000003126;
NCS-084-000003127 to NCS-084-000003127;
NCS-084-000003128 to NCS-084-000003128;
NCS-084-000003129 to NCS-084-000003129;
NCS-084-000003130 to NCS-084-000003130;
NCS-084-000003131 to NCS-084-000003131;
NCS-084-000003132 to NCS-084-000003132;
NCS-084-000003133 to NCS-084-000003136;
NCS-084-000003137 to NCS-084-000003137;
NCS-084-000003138 to NCS-084-000003139;
NCS-084-000003140 to NCS-084-000003142;
NCS-084-000003143 to NCS-084-000003144;
NCS-084-000003145 to NCS-084-000003145;
NCS-084-000003146 to NCS-084-000003146;
NCS-084-000003147 to NCS-084-000003147;
NCS-084-000003148 to NCS-084-000003148;
NCS-084-000003149 to NCS-084-000003149;
NCS-084-000003150 to NCS-084-000003151;
NCS-084-000003152 to NCS-084-000003152;

NCS-084-000003153 to NCS-084-000003153;
NCS-084-000003154 to NCS-084-000003156;
NCS-084-000003157 to NCS-084-000003157;
NCS-084-000003158 to NCS-084-000003158;
NCS-084-000003159 to NCS-084-000003160;
NCS-084-000003161 to NCS-084-000003161;
NCS-084-000003162 to NCS-084-000003164;
NCS-084-000003165 to NCS-084-000003165;
NCS-084-000003166 to NCS-084-000003166;
NCS-084-000003167 to NCS-084-000003167;
NCS-084-000003168 to NCS-084-000003168;
NCS-084-000003169 to NCS-084-000003169;
NCS-084-000003170 to NCS-084-000003171;
NCS-084-000003172 to NCS-084-000003174;
NCS-084-000003175 to NCS-084-000003175;
NCS-084-000003176 to NCS-084-000003177;
NCS-084-000003178 to NCS-084-000003178;
NCS-084-000003179 to NCS-084-000003179;
NCS-084-000003180 to NCS-084-000003180;
NCS-084-000003181 to NCS-084-000003181;
NCS-084-000003182 to NCS-084-000003182;
NCS-084-000003183 to NCS-084-000003183;
NCS-084-000003184 to NCS-084-000003184;
NCS-084-000003185 to NCS-084-000003187;
NCS-084-000003188 to NCS-084-000003188;
NCS-084-000003189 to NCS-084-000003189;
NCS-084-000003190 to NCS-084-000003190;
NCS-084-000003191 to NCS-084-000003191;
NCS-084-000003192 to NCS-084-000003193;
NCS-084-000003194 to NCS-084-000003194;
NCS-084-000003195 to NCS-084-000003195;
NCS-084-000003196 to NCS-084-000003196;
NCS-084-000003197 to NCS-084-000003197;
NCS-084-000003198 to NCS-084-000003198;
NCS-084-000003199 to NCS-084-000003199;
NCS-084-000003200 to NCS-084-000003200;
NCS-084-000003201 to NCS-084-000003202;
NCS-084-000003203 to NCS-084-000003203;
NCS-084-000003204 to NCS-084-000003204;
NCS-084-000003205 to NCS-084-000003206;
NCS-084-000003207 to NCS-084-000003209;
NCS-084-000003210 to NCS-084-000003211;
NCS-084-000003212 to NCS-084-000003212;

NCS-084-000003213 to NCS-084-000003213;
NCS-084-000003214 to NCS-084-000003214;
NCS-084-000003215 to NCS-084-000003215;
NCS-084-000003216 to NCS-084-000003216;
NCS-084-000003217 to NCS-084-000003219;
NCS-084-000003220 to NCS-084-000003220;
NCS-084-000003221 to NCS-084-000003221;
NCS-084-000003222 to NCS-084-000003222;
NCS-084-000003223 to NCS-084-000003223;
NCS-084-000003224 to NCS-084-000003224;
NCS-084-000003225 to NCS-084-000003226;
NCS-084-000003227 to NCS-084-000003228;
NCS-084-000003229 to NCS-084-000003229;
NCS-084-000003230 to NCS-084-000003230;
NCS-084-000003231 to NCS-084-000003232;
NCS-084-000003233 to NCS-084-000003233;
NCS-084-000003234 to NCS-084-000003234;
NCS-084-000003235 to NCS-084-000003235;
NCS-084-000003236 to NCS-084-000003236;
NCS-084-000003237 to NCS-084-000003237;
NCS-084-000003238 to NCS-084-000003238;
NCS-084-000003239 to NCS-084-000003239;
NCS-084-000003240 to NCS-084-000003240;
NCS-084-000003241 to NCS-084-000003241;
NCS-084-000003242 to NCS-084-000003243;
NCS-084-000003244 to NCS-084-000003246;
NCS-084-000003247 to NCS-084-000003248;
NCS-084-000003249 to NCS-084-000003249;
NCS-084-000003250 to NCS-084-000003250;
NCS-084-000003251 to NCS-084-000003251;
NCS-084-000003252 to NCS-084-000003252;
NCS-084-000003253 to NCS-084-000003255;
NCS-084-000003256 to NCS-084-000003256;
NCS-084-000003257 to NCS-084-000003257;
NCS-084-000003258 to NCS-084-000003258;
NCS-084-000003259 to NCS-084-000003259;
NCS-084-000003260 to NCS-084-000003260;
NCS-084-000003261 to NCS-084-000003261;
NCS-084-000003262 to NCS-084-000003262;
NCS-084-000003263 to NCS-084-000003263;
NCS-084-000003264 to NCS-084-000003264;
NCS-084-000003265 to NCS-084-000003267;
NCS-084-000003268 to NCS-084-000003268;

NCS-084-000003269 to NCS-084-000003269;
NCS-084-000003270 to NCS-084-000003270;
NCS-084-000003271 to NCS-084-000003271;
NCS-084-000003272 to NCS-084-000003273;
NCS-084-000003274 to NCS-084-000003276;
NCS-084-000003277 to NCS-084-000003278;
NCS-084-000003279 to NCS-084-000003279;
NCS-084-000003280 to NCS-084-000003280;
NCS-084-000003281 to NCS-084-000003281;
NCS-084-000003282 to NCS-084-000003282;
NCS-084-000003283 to NCS-084-000003283;
NCS-084-000003284 to NCS-084-000003284;
NCS-084-000003285 to NCS-084-000003287;
NCS-084-000003288 to NCS-084-000003288;
NCS-084-000003289 to NCS-084-000003289;
NCS-084-000003290 to NCS-084-000003290;
NCS-084-000003291 to NCS-084-000003291;
NCS-084-000003292 to NCS-084-000003292;
NCS-084-000003293 to NCS-084-000003293;
NCS-084-000003294 to NCS-084-000003296;
NCS-084-000003297 to NCS-084-000003297;
NCS-084-000003298 to NCS-084-000003298;
NCS-084-000003299 to NCS-084-000003299;
NCS-084-000003300 to NCS-084-000003300;
NCS-084-000003301 to NCS-084-000003301;
NCS-084-000003302 to NCS-084-000003302;
NCS-084-000003303 to NCS-084-000003303;
NCS-084-000003304 to NCS-084-000003304;
NCS-084-000003305 to NCS-084-000003305;
NCS-084-000003306 to NCS-084-000003307;
NCS-084-000003308 to NCS-084-000003310;
NCS-084-000003311 to NCS-084-000003311;
NCS-084-000003312 to NCS-084-000003312;
NCS-084-000003313 to NCS-084-000003314;
NCS-084-000003315 to NCS-084-000003315;
NCS-084-000003316 to NCS-084-000003316;
NCS-084-000003317 to NCS-084-000003317;
NCS-084-000003318 to NCS-084-000003318;
NCS-084-000003319 to NCS-084-000003319;
NCS-084-000003320 to NCS-084-000003320;
NCS-084-000003321 to NCS-084-000003321;
NCS-084-000003322 to NCS-084-000003322;
NCS-084-000003323 to NCS-084-000003325;

NCS-084-000003326 to NCS-084-000003326;
NCS-084-000003327 to NCS-084-000003327;
NCS-084-000003328 to NCS-084-000003328;
NCS-084-000003329 to NCS-084-000003329;
NCS-084-000003330 to NCS-084-000003330;
NCS-084-000003331 to NCS-084-000003332;
NCS-084-000003333 to NCS-084-000003336;
NCS-084-000003337 to NCS-084-000003337;
NCS-084-000003338 to NCS-084-000003338;
NCS-084-000003339 to NCS-084-000003339;
NCS-084-000003340 to NCS-084-000003340;
NCS-084-000003341 to NCS-084-000003341;
NCS-084-000003342 to NCS-084-000003342;
NCS-084-000003343 to NCS-084-000003343;
NCS-084-000003344 to NCS-084-000003344;
NCS-084-000003345 to NCS-084-000003345;
NCS-084-000003346 to NCS-084-000003347;
NCS-084-000003348 to NCS-084-000003349;
NCS-084-000003350 to NCS-084-000003352;
NCS-084-000003353 to NCS-084-000003354;
NCS-084-000003355 to NCS-084-000003356;
NCS-084-000003357 to NCS-084-000003357;
NCS-084-000003358 to NCS-084-000003358;
NCS-084-000003359 to NCS-084-000003359;
NCS-084-000003360 to NCS-084-000003360;
NCS-084-000003361 to NCS-084-000003361;
NCS-084-000003362 to NCS-084-000003362;
NCS-084-000003363 to NCS-084-000003363;
NCS-084-000003364 to NCS-084-000003364;
NCS-084-000003365 to NCS-084-000003367;
NCS-084-000003368 to NCS-084-000003368;
NCS-084-000003369 to NCS-084-000003369;
NCS-084-000003370 to NCS-084-000003370;
NCS-084-000003371 to NCS-084-000003373;
NCS-084-000003374 to NCS-084-000003374;
NCS-084-000003375 to NCS-084-000003375;
NCS-084-000003376 to NCS-084-000003376;
NCS-084-000003377 to NCS-084-000003377;
NCS-084-000003378 to NCS-084-000003378;
NCS-084-000003379 to NCS-084-000003379;
NCS-084-000003380 to NCS-084-000003381;
NCS-084-000003382 to NCS-084-000003382;
NCS-084-000003383 to NCS-084-000003384;

NCS-084-000003385 to NCS-084-000003387;
NCS-084-000003388 to NCS-084-000003388;
NCS-084-000003389 to NCS-084-000003390;
NCS-084-000003391 to NCS-084-000003391;
NCS-084-000003392 to NCS-084-000003392;
NCS-084-000003393 to NCS-084-000003393;
NCS-084-000003394 to NCS-084-000003394;
NCS-084-000003395 to NCS-084-000003395;
NCS-084-000003396 to NCS-084-000003396;
NCS-084-000003397 to NCS-084-000003397;
NCS-084-000003398 to NCS-084-000003398;
NCS-084-000003399 to NCS-084-000003400;
NCS-084-000003401 to NCS-084-000003403;
NCS-084-000003404 to NCS-084-000003404;
NCS-084-000003405 to NCS-084-000003406;
NCS-084-000003407 to NCS-084-000003407;
NCS-084-000003408 to NCS-084-000003408;
NCS-084-000003409 to NCS-084-000003409;
NCS-084-000003410 to NCS-084-000003410;
NCS-084-000003411 to NCS-084-000003411;
NCS-084-000003412 to NCS-084-000003412;
NCS-084-000003413 to NCS-084-000003415;
NCS-084-000003416 to NCS-084-000003416;
NCS-084-000003417 to NCS-084-000003417;
NCS-084-000003418 to NCS-084-000003419;
NCS-084-000003420 to NCS-084-000003422;
NCS-084-000003423 to NCS-084-000003423;
NCS-084-000003424 to NCS-084-000003425;
NCS-084-000003426 to NCS-084-000003426;
NCS-084-000003427 to NCS-084-000003428;
NCS-084-000003429 to NCS-084-000003429;
NCS-084-000003430 to NCS-084-000003430;
NCS-084-000003431 to NCS-084-000003433;
NCS-084-000003434 to NCS-084-000003434;
NCS-084-000003435 to NCS-084-000003435;
NCS-084-000003436 to NCS-084-000003436;
NCS-084-000003437 to NCS-084-000003437;
NCS-084-000003438 to NCS-084-000003439;
NCS-084-000003440 to NCS-084-000003440;
NCS-084-000003441 to NCS-084-000003442;
NCS-084-000003443 to NCS-084-000003443;
NCS-084-000003444 to NCS-084-000003444;
NCS-084-000003445 to NCS-084-000003445;
NCS-084-000003446 to NCS-084-000003446;
NCS-084-000003447 to NCS-084-000003447;
NCS-084-000003448 to NCS-084-000003448;

    NCS-084-000003449 to NCS-084-000003449;
    NCS-084-000003450 to NCS-084-000003451;
    NCS-084-000003452 to NCS-084-000003454;
    NCS-084-000003455 to NCS-084-000003455;
    NCS-084-000003456 to NCS-084-000003456;
    NCS-084-000003457 to NCS-084-000003457;
    NCS-084-000003458 to NCS-084-000003458;
    NCS-084-000003459 to NCS-084-000003459;
    NCS-084-000003460 to NCS-084-000003462;
    NCS-084-000003463 to NCS-084-000003463;
    NCS-084-000003464 to NCS-084-000003464.

 The United States' Production Log is attached.

              Respectfully submitted,
              TONY WEST
              Assistant Attorney General

              PHYLLIS J. PYLES
              Director, Torts Branch

              JAMES G. TOUHEY, JR.
              Assistant Director, Torts Branch

               s/ James F. McConnon, Jr.
              JAMES F. McCONNON, JR.
              Trial Attorney, Torts Branch, Civil Division
              U.S. Department of Justice
              Benjamin Franklin Station, P.O. Box 888
              Washington, D.C.  20044
              (202) 616-4400 / (202) 616-5200 (Fax)
              Attorneys for the United States

Dated: February 17, 2012

## **CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on February 17, 2012, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                                                         s/ James F. McConnon, Jr.
                                                         JAMES F. McCONNON, JR.