UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to Armstrong Plaintiffs' First Request for Production to Defendant United

States dated May 16, 2011, the United States has produced the following Bates ranges in the

manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc.

Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in

this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in

accordance with the Court's Order Authorizing and Requiring the United States to Produce

Personal Identifying Information Contained Within Electronically Stored Information and

Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No.

10293):

NCS-039-000000001  to  NCS-039-000000002;
NCS-039-000000003  to  NCS-039-000000006;
NCS-039-000000007  to  NCS-039-000000007;
NCS-039-000000008  to  NCS-039-000000008;
NCS-039-000000009  to  NCS-039-000000010;
NCS-039-000000011  to  NCS-039-000000011;
NCS-039-000000012  to  NCS-039-000000012;

NCS-039-000000013   to   NCS-039-000000013;
NCS-039-000000014   to   NCS-039-000000014;
NCS-039-000000015   to   NCS-039-000000017;
NCS-039-000000018   to   NCS-039-000000018;
NCS-039-000000019   to   NCS-039-000000019;
NCS-039-000000020   to   NCS-039-000000021;
NCS-039-000000022   to   NCS-039-000000023;
NCS-039-000000024   to   NCS-039-000000027;
NCS-039-000000028   to   NCS-039-000000028;
NCS-039-000000029   to   NCS-039-000000029;
NCS-039-000000030   to   NCS-039-000000031;
NCS-039-000000032   to   NCS-039-000000032;
NCS-039-000000033   to   NCS-039-000000033;
NCS-039-000000034   to   NCS-039-000000034;
NCS-039-000000035   to   NCS-039-000000035;
NCS-039-000000036   to   NCS-039-000000036;
NCS-039-000000037   to   NCS-039-000000037;
NCS-039-000000038   to   NCS-039-000000039;
NCS-039-000000040   to   NCS-039-000000040;
NCS-039-000000041   to   NCS-039-000000043;
NCS-039-000000044   to   NCS-039-000000044;
NCS-039-000000045   to   NCS-039-000000045;
NCS-039-000000046   to   NCS-039-000000047;
NCS-039-000000048   to   NCS-039-000000049;
NCS-039-000000050   to   NCS-039-000000053;
NCS-039-000000054   to   NCS-039-000000054;
NCS-039-000000055   to   NCS-039-000000055;
NCS-039-000000056   to   NCS-039-000000056;
NCS-039-000000057   to   NCS-039-000000057;
NCS-039-000000058   to   NCS-039-000000058;
NCS-039-000000059   to   NCS-039-000000059;
NCS-039-000000060   to   NCS-039-000000060;
NCS-039-000000061   to   NCS-039-000000061;
NCS-039-000000062   to   NCS-039-000000062;
NCS-039-000000063   to   NCS-039-000000065;
NCS-039-000000066   to   NCS-039-000000066;
NCS-039-000000067   to   NCS-039-000000067;
NCS-039-000000068   to   NCS-039-000000068;
NCS-039-000000069   to   NCS-039-000000069;
NCS-039-000000070   to   NCS-039-000000070;
NCS-039-000000071   to   NCS-039-000000072;
NCS-039-000000073   to   NCS-039-000000076;
NCS-039-000000077   to   NCS-039-000000077;

NCS-039-000000078  to  NCS-039-000000078;
NCS-039-000000079  to  NCS-039-000000079;
NCS-039-000000080  to  NCS-039-000000080;
NCS-039-000000081  to  NCS-039-000000081;
NCS-039-000000082  to  NCS-039-000000082;
NCS-039-000000083  to  NCS-039-000000085;
NCS-039-000000086  to  NCS-039-000000087;
NCS-039-000000088  to  NCS-039-000000088;
NCS-039-000000089  to  NCS-039-000000089;
NCS-039-000000090  to  NCS-039-000000091;
NCS-039-000000092  to  NCS-039-000000092;
NCS-039-000000093  to  NCS-039-000000093;
NCS-039-000000094  to  NCS-039-000000095;
NCS-039-000000096  to  NCS-039-000000099;
NCS-039-000000100  to  NCS-039-000000100;
NCS-039-000000101  to  NCS-039-000000101;
NCS-039-000000102  to  NCS-039-000000103;
NCS-039-000000104  to  NCS-039-000000104;
NCS-039-000000105  to  NCS-039-000000105;
NCS-039-000000106  to  NCS-039-000000106;
NCS-039-000000107  to  NCS-039-000000107;
NCS-039-000000108  to  NCS-039-000000108;
NCS-039-000000109  to  NCS-039-000000109;
NCS-039-000000110  to  NCS-039-000000112;
NCS-039-000000113  to  NCS-039-000000114;
NCS-039-000000115  to  NCS-039-000000118;
NCS-039-000000119  to  NCS-039-000000119;
NCS-039-000000120  to  NCS-039-000000120;
NCS-039-000000121  to  NCS-039-000000121;
NCS-039-000000122  to  NCS-039-000000122;
NCS-039-000000123  to  NCS-039-000000123;
NCS-039-000000124  to  NCS-039-000000124;
NCS-039-000000125  to  NCS-039-000000125;
NCS-039-000000126  to  NCS-039-000000127;
NCS-039-000000128  to  NCS-039-000000128;
NCS-039-000000129  to  NCS-039-000000131;
NCS-039-000000132  to  NCS-039-000000133;
NCS-039-000000134  to  NCS-039-000000137;
NCS-039-000000138  to  NCS-039-000000138;
NCS-039-000000139  to  NCS-039-000000139;
NCS-039-000000140  to  NCS-039-000000140;
NCS-039-000000141  to  NCS-039-000000141;
NCS-039-000000142  to  NCS-039-000000142;

NCS-039-000000143   to   NCS-039-000000144;
NCS-039-000000145   to   NCS-039-000000145;
NCS-039-000000146   to   NCS-039-000000146;
NCS-039-000000147   to   NCS-039-000000147;
NCS-039-000000148   to   NCS-039-000000148;
NCS-039-000000149   to   NCS-039-000000149;
NCS-039-000000150   to   NCS-039-000000151;
NCS-039-000000152   to   NCS-039-000000155;
NCS-039-000000156   to   NCS-039-000000156;
NCS-039-000000157   to   NCS-039-000000157;
NCS-039-000000158   to   NCS-039-000000158;
NCS-039-000000159   to   NCS-039-000000159;
NCS-039-000000160   to   NCS-039-000000160;
NCS-039-000000161   to   NCS-039-000000162;
NCS-039-000000163   to   NCS-039-000000163;
NCS-039-000000164   to   NCS-039-000000165;
NCS-039-000000166   to   NCS-039-000000166;
NCS-039-000000167   to   NCS-039-000000167;
NCS-039-000000168   to   NCS-039-000000168;
NCS-039-000000169   to   NCS-039-000000169;
NCS-039-000000170   to   NCS-039-000000171;
NCS-039-000000172   to   NCS-039-000000173;
NCS-039-000000174   to   NCS-039-000000177;
NCS-039-000000178   to   NCS-039-000000178;
NCS-039-000000179   to   NCS-039-000000179;
NCS-039-000000180   to   NCS-039-000000181;
NCS-039-000000182   to   NCS-039-000000184;
NCS-039-000000185   to   NCS-039-000000185;
NCS-039-000000186   to   NCS-039-000000186;
NCS-039-000000187   to   NCS-039-000000187;
NCS-039-000000188   to   NCS-039-000000189;
NCS-039-000000190   to   NCS-039-000000190;
NCS-039-000000191   to   NCS-039-000000192;
NCS-039-000000193   to   NCS-039-000000196;
NCS-039-000000197   to   NCS-039-000000197;
NCS-039-000000198   to   NCS-039-000000198;
NCS-039-000000199   to   NCS-039-000000199;
NCS-039-000000200   to   NCS-039-000000200;
NCS-039-000000201   to   NCS-039-000000201;
NCS-039-000000202   to   NCS-039-000000202;
NCS-039-000000203   to   NCS-039-000000204;
NCS-039-000000205   to   NCS-039-000000208;
NCS-039-000000209   to   NCS-039-000000209;

NCS-039-000000210   to   NCS-039-000000210;
NCS-039-000000211   to   NCS-039-000000212;
NCS-039-000000213   to   NCS-039-000000213;
NCS-039-000000214   to   NCS-039-000000214;
NCS-039-000000215   to   NCS-039-000000215;
NCS-039-000000216   to   NCS-039-000000217;
NCS-039-000000218   to   NCS-039-000000221;
NCS-039-000000222   to   NCS-039-000000222;
NCS-039-000000223   to   NCS-039-000000223;
NCS-039-000000224   to   NCS-039-000000224;
NCS-039-000000225   to   NCS-039-000000225;
NCS-039-000000226   to   NCS-039-000000226;
NCS-039-000000227   to   NCS-039-000000227;
NCS-039-000000228   to   NCS-039-000000228;
NCS-039-000000229   to   NCS-039-000000232;
NCS-039-000000233   to   NCS-039-000000233;
NCS-039-000000234   to   NCS-039-000000235;
NCS-039-000000236   to   NCS-039-000000239;
NCS-039-000000240   to   NCS-039-000000240;
NCS-039-000000241   to   NCS-039-000000241;
NCS-039-000000242   to   NCS-039-000000243;
NCS-039-000000244   to   NCS-039-000000244;
NCS-039-000000245   to   NCS-039-000000246;
NCS-039-000000247   to   NCS-039-000000250;
NCS-039-000000251   to   NCS-039-000000251;
NCS-039-000000252   to   NCS-039-000000252;
NCS-039-000000253   to   NCS-039-000000253;
NCS-039-000000254   to   NCS-039-000000255;
NCS-039-000000256   to   NCS-039-000000256;
NCS-039-000000257   to   NCS-039-000000258;
NCS-039-000000259   to   NCS-039-000000259;
NCS-039-000000260   to   NCS-039-000000260;
NCS-039-000000261   to   NCS-039-000000263;
NCS-039-000000264   to   NCS-039-000000267;
NCS-039-000000268   to   NCS-039-000000269;
NCS-039-000000270   to   NCS-039-000000270;
NCS-039-000000271   to   NCS-039-000000271;
NCS-039-000000272   to   NCS-039-000000272;
NCS-039-000000273   to   NCS-039-000000273;
NCS-039-000000274   to   NCS-039-000000274;
NCS-039-000000275   to   NCS-039-000000277;
NCS-039-000000278   to   NCS-039-000000278;
NCS-039-000000279   to   NCS-039-000000279;

NCS-039-000000280   to   NCS-039-000000280;
NCS-039-000000281   to   NCS-039-000000282;
NCS-039-000000283   to   NCS-039-000000285;
NCS-039-000000286   to   NCS-039-000000286;
NCS-039-000000287   to   NCS-039-000000287;
NCS-039-000000288   to   NCS-039-000000288;
NCS-039-000000289   to   NCS-039-000000289;
NCS-039-000000290   to   NCS-039-000000291;
NCS-039-000000292   to   NCS-039-000000294;
NCS-039-000000295   to   NCS-039-000000295;
NCS-039-000000296   to   NCS-039-000000296;
NCS-039-000000297   to   NCS-039-000000298;
NCS-039-000000299   to   NCS-039-000000301;
NCS-039-000000302   to   NCS-039-000000302;
NCS-039-000000303   to   NCS-039-000000303;
NCS-039-000000304   to   NCS-039-000000304;
NCS-039-000000305   to   NCS-039-000000305;
NCS-039-000000306   to   NCS-039-000000307;
NCS-039-000000308   to   NCS-039-000000310;
NCS-039-000000311   to   NCS-039-000000311;
NCS-039-000000312   to   NCS-039-000000314;
NCS-039-000000315   to   NCS-039-000000315;
NCS-039-000000316   to   NCS-039-000000316;
NCS-039-000000317   to   NCS-039-000000317;
NCS-039-000000318   to   NCS-039-000000319;
NCS-039-000000320   to   NCS-039-000000322;
NCS-039-000000323   to   NCS-039-000000323;
NCS-039-000000324   to   NCS-039-000000324;
NCS-039-000000325   to   NCS-039-000000325;
NCS-039-000000326   to   NCS-039-000000326;
NCS-039-000000327   to   NCS-039-000000327;
NCS-039-000000328   to   NCS-039-000000329;
NCS-039-000000330   to   NCS-039-000000333;
NCS-039-000000334   to   NCS-039-000000334;
NCS-039-000000335   to   NCS-039-000000335;
NCS-039-000000336   to   NCS-039-000000336;
NCS-039-000000337   to   NCS-039-000000337;
NCS-039-000000338   to   NCS-039-000000339;
NCS-039-000000340   to   NCS-039-000000343;
NCS-039-000000344   to   NCS-039-000000344;
NCS-039-000000345   to   NCS-039-000000345;
NCS-039-000000346   to   NCS-039-000000346;
NCS-039-000000347   to   NCS-039-000000348;

NCS-039-000000349   to   NCS-039-000000352;
NCS-039-000000353   to   NCS-039-000000353;
NCS-039-000000354   to   NCS-039-000000354;
NCS-039-000000355   to   NCS-039-000000355;
NCS-039-000000356   to   NCS-039-000000357;
NCS-039-000000358   to   NCS-039-000000361;
NCS-039-000000362   to   NCS-039-000000362;
NCS-039-000000363   to   NCS-039-000000363;
NCS-039-000000364   to   NCS-039-000000364;
NCS-039-000000365   to   NCS-039-000000366;
NCS-039-000000367   to   NCS-039-000000370;
NCS-039-000000371   to   NCS-039-000000371;
NCS-039-000000372   to   NCS-039-000000372;
NCS-039-000000373   to   NCS-039-000000373;
NCS-039-000000374   to   NCS-039-000000374;
NCS-039-000000375   to   NCS-039-000000376;
NCS-039-000000377   to   NCS-039-000000380;
NCS-039-000000381   to   NCS-039-000000381;
NCS-039-000000382   to   NCS-039-000000382;
NCS-039-000000383   to   NCS-039-000000383;
NCS-039-000000384   to   NCS-039-000000385;
NCS-039-000000386   to   NCS-039-000000389;
NCS-039-000000390   to   NCS-039-000000390;
NCS-039-000000391   to   NCS-039-000000391;
NCS-039-000000392   to   NCS-039-000000393;
NCS-039-000000394   to   NCS-039-000000394;
NCS-039-000000395   to   NCS-039-000000396;
NCS-039-000000397   to   NCS-039-000000400;
NCS-039-000000401   to   NCS-039-000000401;
NCS-039-000000402   to   NCS-039-000000402;
NCS-039-000000403   to   NCS-039-000000403;
NCS-039-000000404   to   NCS-039-000000404;
NCS-039-000000405   to   NCS-039-000000406;
NCS-039-000000407   to   NCS-039-000000408;
NCS-039-000000409   to   NCS-039-000000409;
NCS-039-000000410   to   NCS-039-000000411;
NCS-039-000000412   to   NCS-039-000000416;
NCS-039-000000417   to   NCS-039-000000417;
NCS-039-000000418   to   NCS-039-000000419;
NCS-039-000000420   to   NCS-039-000000421;
NCS-039-000000422   to   NCS-039-000000422;
NCS-039-000000423   to   NCS-039-000000423;
NCS-039-000000424   to   NCS-039-000000425;

NCS-039-000000426   to   NCS-039-000000429;
NCS-039-000000430   to   NCS-039-000000430;
NCS-039-000000431   to   NCS-039-000000431;
NCS-039-000000432   to   NCS-039-000000432;
NCS-039-000000433   to   NCS-039-000000433;
NCS-039-000000434   to   NCS-039-000000434;
NCS-039-000000435   to   NCS-039-000000436;
NCS-039-000000437   to   NCS-039-000000438;
NCS-039-000000439   to   NCS-039-000000441;
NCS-039-000000442   to   NCS-039-000000443;
NCS-039-000000444   to   NCS-039-000000444;
NCS-039-000000445   to   NCS-039-000000445;
NCS-039-000000446   to   NCS-039-000000446;
NCS-039-000000447   to   NCS-039-000000447;
NCS-039-000000448   to   NCS-039-000000448;
NCS-039-000000449   to   NCS-039-000000450;
NCS-039-000000451   to   NCS-039-000000453;
NCS-039-000000454   to   NCS-039-000000455;
NCS-039-000000456   to   NCS-039-000000456;
NCS-039-000000457   to   NCS-039-000000457;
NCS-039-000000458   to   NCS-039-000000458;
NCS-039-000000459   to   NCS-039-000000459;
NCS-039-000000460   to   NCS-039-000000460;
NCS-039-000000461   to   NCS-039-000000461;
NCS-039-000000462   to   NCS-039-000000463;
NCS-039-000000464   to   NCS-039-000000467;
NCS-039-000000468   to   NCS-039-000000468;
NCS-039-000000469   to   NCS-039-000000469;
NCS-039-000000470   to   NCS-039-000000471;
NCS-039-000000472   to   NCS-039-000000473;
NCS-039-000000474   to   NCS-039-000000474;
NCS-039-000000475   to   NCS-039-000000475;
NCS-039-000000476   to   NCS-039-000000477;
NCS-039-000000478   to   NCS-039-000000481;
NCS-039-000000482   to   NCS-039-000000482;
NCS-039-000000483   to   NCS-039-000000483;
NCS-039-000000484   to   NCS-039-000000484;
NCS-039-000000485   to   NCS-039-000000486;
NCS-039-000000487   to   NCS-039-000000487;
NCS-039-000000488   to   NCS-039-000000488;
NCS-039-000000489   to   NCS-039-000000489;
NCS-039-000000490   to   NCS-039-000000490;
NCS-039-000000491   to   NCS-039-000000492;

NCS-039-000000493   to   NCS-039-000000496;
NCS-039-000000497   to   NCS-039-000000497;
NCS-039-000000498   to   NCS-039-000000498;
NCS-039-000000499   to   NCS-039-000000499;
NCS-039-000000500   to   NCS-039-000000500;
NCS-039-000000501   to   NCS-039-000000503;
NCS-039-000000504   to   NCS-039-000000504;
NCS-039-000000505   to   NCS-039-000000505;
NCS-039-000000506   to   NCS-039-000000507;
NCS-039-000000508   to   NCS-039-000000511;
NCS-039-000000512   to   NCS-039-000000512;
NCS-039-000000513   to   NCS-039-000000513;
NCS-039-000000514   to   NCS-039-000000514;
NCS-039-000000515   to   NCS-039-000000517;
NCS-039-000000518   to   NCS-039-000000518;
NCS-039-000000519   to   NCS-039-000000519;
NCS-041-000001813   to   NCS-041-000001814;
NCS-041-000001815   to   NCS-041-000001817;
NCS-041-000001818   to   NCS-041-000001818;
NCS-041-000001819   to   NCS-041-000001819;
NCS-041-000001820   to   NCS-041-000001820;
NCS-041-000001821   to   NCS-041-000001821;
NCS-041-000001822   to   NCS-041-000001822;
NCS-041-000001823   to   NCS-041-000001823;
NCS-041-000001824   to   NCS-041-000001824;
NCS-041-000001825   to   NCS-041-000001826;
NCS-041-000001827   to   NCS-041-000001828;
NCS-041-000001829   to   NCS-041-000001831;
NCS-041-000001832   to   NCS-041-000001832;
NCS-041-000001833   to   NCS-041-000001833;
NCS-041-000001834   to   NCS-041-000001834;
NCS-041-000001835   to   NCS-041-000001835;
NCS-041-000001836   to   NCS-041-000001836;
NCS-041-000001837   to   NCS-041-000001838;
NCS-041-000001839   to   NCS-041-000001841;
NCS-041-000001842   to   NCS-041-000001842;
NCS-041-000001843   to   NCS-041-000001843;
NCS-041-000001844   to   NCS-041-000001846;
NCS-041-000001847   to   NCS-041-000001847;
NCS-041-000001848   to   NCS-041-000001848;
NCS-041-000001849   to   NCS-041-000001849;
NCS-041-000001850   to   NCS-041-000001852;
NCS-041-000001853   to   NCS-041-000001853;

NCS-041-000001854   to   NCS-041-000001854;
NCS-041-000001855   to   NCS-041-000001855;
NCS-041-000001856   to   NCS-041-000001856;
NCS-041-000001857   to   NCS-041-000001858;
NCS-041-000001859   to   NCS-041-000001859;
NCS-041-000001860   to   NCS-041-000001862;
NCS-041-000001863   to   NCS-041-000001863;
NCS-041-000001864   to   NCS-041-000001864;
NCS-041-000001865   to   NCS-041-000001865;
NCS-041-000001866   to   NCS-041-000001866;
NCS-041-000001867   to   NCS-041-000001867;
NCS-041-000001868   to   NCS-041-000001868;
NCS-041-000001869   to   NCS-041-000001869;
NCS-041-000001870   to   NCS-041-000001871;
NCS-041-000001872   to   NCS-041-000001874;
NCS-041-000001875   to   NCS-041-000001875;
NCS-041-000001876   to   NCS-041-000001876;
NCS-041-000001877   to   NCS-041-000001877;
NCS-041-000001878   to   NCS-041-000001880;
NCS-041-000001881   to   NCS-041-000001881;
NCS-041-000001882   to   NCS-041-000001882;
NCS-041-000001883   to   NCS-041-000001883;
NCS-041-000001884   to   NCS-041-000001884;
NCS-041-000001885   to   NCS-041-000001887;
NCS-041-000001888   to   NCS-041-000001888;
NCS-041-000001889   to   NCS-041-000001889;
NCS-041-000001890   to   NCS-041-000001890;
NCS-041-000001891   to   NCS-041-000001891;
NCS-041-000001892   to   NCS-041-000001892;
NCS-041-000001893   to   NCS-041-000001893;
NCS-041-000001894   to   NCS-041-000001895;
NCS-041-000001896   to   NCS-041-000001896;
NCS-041-000001897   to   NCS-041-000001897;
NCS-041-000001898   to   NCS-041-000001898;
NCS-041-000001899   to   NCS-041-000001899;
NCS-041-000001900   to   NCS-041-000001900;
NCS-041-000001901   to   NCS-041-000001902;
NCS-041-000001903   to   NCS-041-000001904;
NCS-041-000001905   to   NCS-041-000001907;
NCS-041-000001908   to   NCS-041-000001908;
NCS-041-000001909   to   NCS-041-000001909;
NCS-041-000001910   to   NCS-041-000001911;
NCS-041-000001912   to   NCS-041-000001914;
NCS-041-000001915   to   NCS-041-000001916;
NCS-041-000001917   to   NCS-041-000001917;
NCS-041-000001918   to   NCS-041-000001918;

NCS-041-000001919   to   NCS-041-000001919;
NCS-041-000001920   to   NCS-041-000001922;
NCS-041-000001923   to   NCS-041-000001923;
NCS-041-000001924   to   NCS-041-000001924;
NCS-041-000001925   to   NCS-041-000001925;
NCS-041-000001926   to   NCS-041-000001926;
NCS-041-000001927   to   NCS-041-000001927;
NCS-041-000001928   to   NCS-041-000001929;
NCS-041-000001930   to   NCS-041-000001932;
NCS-041-000001933   to   NCS-041-000001933;
NCS-041-000001934   to   NCS-041-000001934;
NCS-041-000001935   to   NCS-041-000001936;
NCS-041-000001937   to   NCS-041-000001937;
NCS-041-000001938   to   NCS-041-000001940;
NCS-041-000001941   to   NCS-041-000001941;
NCS-041-000001942   to   NCS-041-000001942;
NCS-041-000001943   to   NCS-041-000001943;
NCS-041-000001944   to   NCS-041-000001944;
NCS-041-000001945   to   NCS-041-000001945;
NCS-041-000001946   to   NCS-041-000001947;
NCS-041-000001948   to   NCS-041-000001950;
NCS-041-000001951   to   NCS-041-000001951;
NCS-041-000001952   to   NCS-041-000001952;
NCS-041-000001953   to   NCS-041-000001954;
NCS-041-000001955   to   NCS-041-000001958;
NCS-041-000001959   to   NCS-041-000001959;
NCS-041-000001960   to   NCS-041-000001961;
NCS-041-000001962   to   NCS-041-000001962;
NCS-041-000001963   to   NCS-041-000001963;
NCS-041-000001964   to   NCS-041-000001964;
NCS-041-000001965   to   NCS-041-000001965;
NCS-041-000001966   to   NCS-041-000001968;
NCS-041-000001969   to   NCS-041-000001969;
NCS-041-000001970   to   NCS-041-000001970;
NCS-041-000001971   to   NCS-041-000001971;
NCS-041-000001972   to   NCS-041-000001973;
NCS-041-000001974   to   NCS-041-000001976;
NCS-041-000001977   to   NCS-041-000001977;
NCS-041-000001978   to   NCS-041-000001978;
NCS-041-000001979   to   NCS-041-000001979;
NCS-041-000001980   to   NCS-041-000001983;
NCS-041-000001984   to   NCS-041-000001984;
NCS-041-000001985   to   NCS-041-000001985;
NCS-041-000001986   to   NCS-041-000001988;
NCS-041-000001989   to   NCS-041-000001989;
NCS-041-000001990   to   NCS-041-000001990;

NCS-041-000001991   to   NCS-041-000001992;
NCS-041-000001993   to   NCS-041-000001993;
NCS-041-000001994   to   NCS-041-000001994;
NCS-041-000001995   to   NCS-041-000001995;
NCS-041-000001996   to   NCS-041-000001996;
NCS-041-000001997   to   NCS-041-000001998;
NCS-041-000001999   to   NCS-041-000001999;
NCS-041-000002000   to   NCS-041-000002000;
NCS-041-000002001   to   NCS-041-000002001;
NCS-041-000002002   to   NCS-041-000002004;
NCS-041-000002005   to   NCS-041-000002005;
NCS-041-000002006   to   NCS-041-000002006;
NCS-041-000002007   to   NCS-041-000002007;
NCS-041-000002008   to   NCS-041-000002008;
NCS-041-000002009   to   NCS-041-000002009;
NCS-041-000002010   to   NCS-041-000002010;
NCS-041-000002011   to   NCS-041-000002011;
NCS-041-000002012   to   NCS-041-000002012;
NCS-041-000002013   to   NCS-041-000002013;
NCS-041-000002014   to   NCS-041-000002016;
NCS-041-000002017   to   NCS-041-000002017;
NCS-041-000002018   to   NCS-041-000002018;
NCS-041-000002019   to   NCS-041-000002019;
NCS-041-000002020   to   NCS-041-000002020;
NCS-041-000002021   to   NCS-041-000002021;
NCS-041-000002022   to   NCS-041-000002024;
NCS-041-000002025   to   NCS-041-000002026;
NCS-041-000002027   to   NCS-041-000002027;
NCS-041-000002028   to   NCS-041-000002028;
NCS-041-000002029   to   NCS-041-000002029;
NCS-041-000002030   to   NCS-041-000002030;
NCS-041-000002031   to   NCS-041-000002032;
NCS-041-000002033   to   NCS-041-000002035;
NCS-041-000002036   to   NCS-041-000002036;
NCS-041-000002037   to   NCS-041-000002037;
NCS-041-000002038   to   NCS-041-000002038;
NCS-041-000002039   to   NCS-041-000002040;
NCS-041-000002041   to   NCS-041-000002041;
NCS-041-000002042   to   NCS-041-000002042;
NCS-041-000002043   to   NCS-041-000002043;
NCS-041-000002044   to   NCS-041-000002044;
NCS-041-000002045   to   NCS-041-000002048;
NCS-041-000002049   to   NCS-041-000002052;
NCS-041-000002053   to   NCS-041-000002053;
NCS-041-000002054   to   NCS-041-000002054;
NCS-041-000002055   to   NCS-041-000002055;

NCS-041-000002056   to   NCS-041-000002056;
NCS-041-000002057   to   NCS-041-000002058;
NCS-041-000002059   to   NCS-041-000002061;
NCS-041-000002062   to   NCS-041-000002062;
NCS-041-000002063   to   NCS-041-000002063;
NCS-041-000002064   to   NCS-041-000002064;
NCS-041-000002065   to   NCS-041-000002067;
NCS-041-000002068   to   NCS-041-000002068;
NCS-041-000002069   to   NCS-041-000002070;
NCS-041-000002071   to   NCS-041-000002071;
NCS-041-000002072   to   NCS-041-000002073;
NCS-041-000002074   to   NCS-041-000002076;
NCS-041-000002077   to   NCS-041-000002077;
NCS-041-000002078   to   NCS-041-000002079;
NCS-041-000002080   to   NCS-041-000002081;
NCS-041-000002082   to   NCS-041-000002082;
NCS-041-000002083   to   NCS-041-000002085;
NCS-041-000002086   to   NCS-041-000002086;
NCS-041-000002087   to   NCS-041-000002087;
NCS-041-000002088   to   NCS-041-000002090;
NCS-041-000002091   to   NCS-041-000002091;
NCS-041-000002092   to   NCS-041-000002093;
NCS-041-000002094   to   NCS-041-000002096;
NCS-041-000002097   to   NCS-041-000002097;
NCS-041-000002098   to   NCS-041-000002098;
NCS-041-000002099   to   NCS-041-000002099;
NCS-041-000002100   to   NCS-041-000002101;
NCS-041-000002102   to   NCS-041-000002102;
NCS-041-000002103   to   NCS-041-000002104;
NCS-041-000002105   to   NCS-041-000002105;
NCS-041-000002106   to   NCS-041-000002109;
NCS-041-000002110   to   NCS-041-000002110;
NCS-041-000002111   to   NCS-041-000002111;
NCS-041-000002112   to   NCS-041-000002112;
NCS-041-000002113   to   NCS-041-000002114;
NCS-041-000002115   to   NCS-041-000002117;
NCS-041-000002118   to   NCS-041-000002118;
NCS-041-000002119   to   NCS-041-000002119;
NCS-041-000002120   to   NCS-041-000002120;
NCS-041-000002121   to   NCS-041-000002121;
NCS-041-000002122   to   NCS-041-000002122;
NCS-041-000002123   to   NCS-041-000002124;
NCS-041-000002125   to   NCS-041-000002126;
NCS-041-000002127   to   NCS-041-000002127;
NCS-041-000002128   to   NCS-041-000002130;
NCS-041-000002131   to   NCS-041-000002131;

NCS-041-000002132   to   NCS-041-000002132;
NCS-041-000002133   to   NCS-041-000002133;
NCS-041-000002134   to   NCS-041-000002134;
NCS-041-000002135   to   NCS-041-000002135;
NCS-041-000002136   to   NCS-041-000002136;
NCS-041-000002137   to   NCS-041-000002137;
NCS-041-000002138   to   NCS-041-000002139;
NCS-041-000002140   to   NCS-041-000002142;
NCS-041-000002143   to   NCS-041-000002143;
NCS-041-000002144   to   NCS-041-000002144;
NCS-041-000002145   to   NCS-041-000002145;
NCS-041-000002146   to   NCS-041-000002146;
NCS-041-000002147   to   NCS-041-000002148;
NCS-041-000002149   to   NCS-041-000002149;
NCS-041-000002150   to   NCS-041-000002152;
NCS-041-000002153   to   NCS-041-000002153;
NCS-041-000002154   to   NCS-041-000002154;
NCS-041-000002155   to   NCS-041-000002155;
NCS-041-000002156   to   NCS-041-000002157;
NCS-041-000002158   to   NCS-041-000002160;
NCS-041-000002161   to   NCS-041-000002161;
NCS-041-000002162   to   NCS-041-000002162;
NCS-041-000002163   to   NCS-041-000002163;
NCS-041-000002164   to   NCS-041-000002165;
NCS-041-000002166   to   NCS-041-000002166;
NCS-041-000002167   to   NCS-041-000002167;
NCS-041-000002168   to   NCS-041-000002168;
NCS-041-000002169   to   NCS-041-000002169;
NCS-041-000002170   to   NCS-041-000002170;
NCS-041-000002171   to   NCS-041-000002173;
NCS-041-000002174   to   NCS-041-000002174;
NCS-041-000002175   to   NCS-041-000002175;
NCS-041-000002176   to   NCS-041-000002176;
NCS-041-000002177   to   NCS-041-000002178;
NCS-041-000002179   to   NCS-041-000002180;
NCS-041-000002181   to   NCS-041-000002183;
NCS-041-000002184   to   NCS-041-000002184;
NCS-041-000002185   to   NCS-041-000002185;
NCS-041-000002186   to   NCS-041-000002186;
NCS-041-000002187   to   NCS-041-000002187;
NCS-041-000002188   to   NCS-041-000002189;
NCS-041-000002190   to   NCS-041-000002190;
NCS-041-000002191   to   NCS-041-000002191;
NCS-041-000002192   to   NCS-041-000002194;
NCS-041-000002195   to   NCS-041-000002195;
NCS-041-000002196   to   NCS-041-000002196;

NCS-041-000002197   to   NCS-041-000002197;
NCS-041-000002198   to   NCS-041-000002198;
NCS-041-000002199   to   NCS-041-000002199;
NCS-041-000002200   to   NCS-041-000002200;
NCS-041-000002201   to   NCS-041-000002202;
NCS-041-000002203   to   NCS-041-000002205;
NCS-041-000002206   to   NCS-041-000002206;
NCS-041-000002207   to   NCS-041-000002208;
NCS-041-000002209   to   NCS-041-000002209;
NCS-041-000002210   to   NCS-041-000002210;
NCS-041-000002211   to   NCS-041-000002211;
NCS-041-000002212   to   NCS-041-000002212;
NCS-041-000002213   to   NCS-041-000002214;
NCS-041-000002215   to   NCS-041-000002215;
NCS-041-000002216   to   NCS-041-00002216;
NCS-041-000002217   to   NCS-041-000002220;
NCS-041-000002221   to   NCS-041-000002221;
NCS-041-000002222   to   NCS-041-000002222;
NCS-041-000002223   to   NCS-041-000002223;
NCS-041-000002224   to   NCS-041-000002225;
NCS-041-000002226   to   NCS-041-000002228;
NCS-041-000002229   to   NCS-041-000002229;
NCS-041-000002230   to   NCS-041-000002230;
NCS-041-000002231   to   NCS-041-000002231;
NCS-041-000002232   to   NCS-041-000002232;
NCS-041-000002233   to   NCS-041-000002233;
NCS-041-000002234   to   NCS-041-000002234;
NCS-041-000002235   to   NCS-041-000002235;
NCS-041-000002236   to   NCS-041-000002238;
NCS-041-000002239   to   NCS-041-000002239;
NCS-041-000002240   to   NCS-041-000002240;
NCS-041-000002241   to   NCS-041-000002241;
NCS-041-000002242   to   NCS-041-000002243;
NCS-041-000002244   to   NCS-041-000002246;
NCS-041-000002247   to   NCS-041-000002247;
NCS-041-000002248   to   NCS-041-000002249;
NCS-041-000002250   to   NCS-041-000002251;
NCS-041-000002252   to   NCS-041-000002253;
NCS-041-000002254   to   NCS-041-000002254;
NCS-041-000002255   to   NCS-041-000002257;
NCS-041-000002258   to   NCS-041-000002259;
NCS-041-000002260   to   NCS-041-000002260;
NCS-041-000002261   to   NCS-041-000002261;
NCS-041-000002262   to   NCS-041-000002263;
NCS-041-000002264   to   NCS-041-000002266;
NCS-041-000002267   to   NCS-041-000002267;

NCS-041-000002268  to  NCS-041-000002268;
NCS-041-000002269  to  NCS-041-000002269;
NCS-041-000002270  to  NCS-041-000002270;
NCS-041-000002271  to  NCS-041-000002271;
NCS-041-000002272  to  NCS-041-000002272;
NCS-041-000002273  to  NCS-041-000002274;
NCS-041-000002275  to  NCS-041-000002276;
NCS-041-000002277  to  NCS-041-000002277;
NCS-041-000002278  to  NCS-041-000002278;
NCS-041-000002279  to  NCS-041-000002279;
NCS-041-000002280  to  NCS-041-000002284;
NCS-041-000002285  to  NCS-041-000002285;
NCS-041-000002286  to  NCS-041-000002286;
NCS-041-000002287  to  NCS-041-000002288;
NCS-041-000002289  to  NCS-041-000002291;
NCS-041-000002292  to  NCS-041-000002292;
NCS-041-000002293  to  NCS-041-000002293;
NCS-041-000002294  to  NCS-041-000002294;
NCS-041-000002295  to  NCS-041-000002295;
NCS-041-000002296  to  NCS-041-000002296;
NCS-041-000002297  to  NCS-041-000002297;
NCS-041-000002298  to  NCS-041-000002298;
NCS-041-000002299  to  NCS-041-000002299;
NCS-041-000002300  to  NCS-041-000002300;
NCS-041-000002301  to  NCS-041-000002301;
NCS-041-000002302  to  NCS-041-000002302;
NCS-041-000002303  to  NCS-041-000002304;
NCS-041-000002305  to  NCS-041-000002307;
NCS-041-000002308  to  NCS-041-000002308;
NCS-041-000002309  to  NCS-041-000002309;
NCS-041-000002310  to  NCS-041-000002310;
NCS-041-000002311  to  NCS-041-000002311;
NCS-041-000002312  to  NCS-041-000002313;
NCS-041-000002314  to  NCS-041-000002314;
NCS-041-000002315  to  NCS-041-000002315;
NCS-041-000002316  to  NCS-041-000002318;
NCS-041-000002319  to  NCS-041-000002319;
NCS-041-000002320  to  NCS-041-000002320;
NCS-041-000002321  to  NCS-041-000002321;
NCS-041-000002322  to  NCS-041-000002322;
NCS-041-000002323  to  NCS-041-000002324;
NCS-041-000002325  to  NCS-041-000002327;
NCS-041-000002328  to  NCS-041-000002328;
NCS-041-000002329  to  NCS-041-000002330;
NCS-041-000002331  to  NCS-041-000002332;
NCS-041-000002333  to  NCS-041-000002335;

NCS-041-000002336   to   NCS-041-000002336;
NCS-041-000002337   to   NCS-041-000002339;
NCS-041-000002340   to   NCS-041-000002340;
NCS-041-000002341   to   NCS-041-000002341;
NCS-041-000002342   to   NCS-041-000002343;
NCS-041-000002344   to   NCS-041-000002346;
NCS-041-000002347   to   NCS-041-000002347;
NCS-041-000002348   to   NCS-041-000002349;
NCS-041-000002350   to   NCS-041-000002350;
NCS-041-000002351   to   NCS-041-000002351;
NCS-041-000002352   to   NCS-041-000002354;
NCS-041-000002355   to   NCS-041-000002355;
NCS-041-000002356   to   NCS-041-000002357;
NCS-041-000002358   to   NCS-041-000002359;
NCS-041-000002360   to   NCS-041-000002362;
NCS-041-000002363   to   NCS-041-000002363;
NCS-041-000002364   to   NCS-041-000002364;
NCS-041-000002365   to   NCS-041-000002366;
NCS-041-000002367   to   NCS-041-000002368;
NCS-041-000002369   to   NCS-041-000002369;
NCS-041-000002370   to   NCS-041-000002370;
NCS-041-000002371   to   NCS-041-000002373;
NCS-041-000002374   to   NCS-041-000002374;
NCS-041-000002375   to   NCS-041-000002375;
NCS-041-000002376   to   NCS-041-000002376;
NCS-041-000002377   to   NCS-041-000002377;
NCS-041-000002378   to   NCS-041-000002378;
NCS-041-000002379   to   NCS-041-000002380;
NCS-041-000002381   to   NCS-041-000002381;
NCS-041-000002382   to   NCS-041-000002383;
NCS-041-000002384   to   NCS-041-000002386;
NCS-041-000002387   to   NCS-041-000002387;
NCS-041-000002388   to   NCS-041-000002388;
NCS-041-000002389   to   NCS-041-000002389;
NCS-041-000002390   to   NCS-041-000002390;
NCS-041-000002391   to   NCS-041-000002391;
NCS-041-000002392   to   NCS-041-000002393;
NCS-041-000002394   to   NCS-041-000002394;
NCS-041-000002395   to   NCS-041-000002395;
NCS-041-000002396   to   NCS-041-000002398;
NCS-041-000002399   to   NCS-041-000002399;
NCS-041-000002400   to   NCS-041-000002400;
NCS-041-000002401   to   NCS-041-000002401;
NCS-041-000002402   to   NCS-041-000002403;
NCS-041-000002404   to   NCS-041-000002404;
NCS-041-000002405   to   NCS-041-000002405;

NCS-041-000002406   to   NCS-041-000002407;
NCS-041-000002408   to   NCS-041-000002410;
NCS-041-000002411   to   NCS-041-000002411;
NCS-041-000002412   to   NCS-041-000002412;
NCS-041-000002413   to   NCS-041-000002413;
NCS-041-000002414   to   NCS-041-000002414;
NCS-041-000002415   to   NCS-041-000002415;
NCS-041-000002416   to   NCS-041-000002417;
NCS-041-000002418   to   NCS-041-000002418;
NCS-041-000002419   to   NCS-041-000002419;
NCS-041-000002420   to   NCS-041-000002422;
NCS-041-000002423   to   NCS-041-000002423;
NCS-041-000002424   to   NCS-041-000002424;
NCS-041-000002425   to   NCS-041-000002425;
NCS-041-000002426   to   NCS-041-00002426;
NCS-041-000002427   to   NCS-041-00002427;
NCS-041-000002428   to   NCS-041-000002428;
NCS-041-000002429   to   NCS-041-000002430;
NCS-041-000002431   to   NCS-041-000002431;
NCS-041-000002432   to   NCS-041-000002432;
NCS-041-000002433   to   NCS-041-000002433;
NCS-041-000002434   to   NCS-041-000002434;
NCS-041-000002435   to   NCS-041-000002435;
NCS-041-000002436   to   NCS-041-000002438;
NCS-041-000002439   to   NCS-041-000002439;
NCS-041-000002440   to   NCS-041-000002440;
NCS-041-000002441   to   NCS-041-000002441;
NCS-041-000002442   to   NCS-041-000002443;
NCS-041-000002444   to   NCS-041-00002446;
NCS-041-000002447   to   NCS-041-000002447;
NCS-041-000002448   to   NCS-041-000002448;
NCS-041-000002449   to   NCS-041-000002449;
NCS-041-000002450   to   NCS-041-000002451;
NCS-041-000002452   to   NCS-041-000002453;
NCS-041-000002454   to   NCS-041-000002454;
NCS-041-000002455   to   NCS-041-000002455;
NCS-041-000002456   to   NCS-041-00002456;
NCS-041-000002457   to   NCS-041-000002459;
NCS-041-000002460   to   NCS-041-000002460;
NCS-041-000002461   to   NCS-041-000002461;
NCS-041-000002462   to   NCS-041-000002462;
NCS-041-000002463   to   NCS-041-000002463;
NCS-041-000002464   to   NCS-041-000002464;
NCS-041-000002465   to   NCS-041-00002466;
NCS-041-000002467   to   NCS-041-000002469;
NCS-041-000002470   to   NCS-041-000002470;

NCS-041-000002471 to NCS-041-000002471;
NCS-041-000002472 to NCS-041-000002473;
NCS-041-000002474 to NCS-041-000002475;
NCS-041-000002476 to NCS-041-000002478;
NCS-041-000002479 to NCS-041-000002479;
NCS-041-000002480 to NCS-041-000002480;
NCS-041-000002481 to NCS-041-000002481;
NCS-041-000002482 to NCS-041-000002482;
NCS-041-000002483 to NCS-041-000002484;
NCS-041-000002485 to NCS-041-000002485;
NCS-041-000002486 to NCS-041-000002487;
NCS-041-000002488 to NCS-041-000002490;
NCS-041-000002491 to NCS-041-000002491;
NCS-041-000002492 to NCS-041-000002492;
NCS-041-000002493 to NCS-041-000002493;
NCS-041-000002494 to NCS-041-000002495;
NCS-041-000002496 to NCS-041-000002497;
NCS-041-000002498 to NCS-041-000002498;
NCS-041-000002499 to NCS-041-000002499;
NCS-041-000002500 to NCS-041-000002502;
NCS-041-000002503 to NCS-041-000002503;
NCS-041-000002504 to NCS-041-000002504;
NCS-041-000002505 to NCS-041-000002505;
NCS-041-000002506 to NCS-041-000002506;
NCS-041-000002507 to NCS-041-000002507;
NCS-041-000002508 to NCS-041-000002508;
NCS-041-000002509 to NCS-041-000002510;
NCS-041-000002511 to NCS-041-000002512;
NCS-041-000002513 to NCS-041-000002515;
NCS-041-000002516 to NCS-041-000002516;
NCS-041-000002517 to NCS-041-000002517;
NCS-041-000002518 to NCS-041-000002518;
NCS-041-000002519 to NCS-041-000002520;
NCS-041-000002521 to NCS-041-000002521;
NCS-041-000002522 to NCS-041-000002522;
NCS-041-000002523 to NCS-041-000002523;
NCS-041-000002524 to NCS-041-000002526;
NCS-041-000002527 to NCS-041-000002527;
NCS-041-000002528 to NCS-041-000002528;
NCS-041-000002529 to NCS-041-000002529;
NCS-041-000002530 to NCS-041-000002530;
NCS-041-000002531 to NCS-041-000002532;
NCS-041-000002533 to NCS-041-000002534;
NCS-041-000002535 to NCS-041-000002537;
NCS-041-000002538 to NCS-041-000002538;
NCS-041-000002539 to NCS-041-000002539;

NCS-041-000002540   to   NCS-041-000002541;
NCS-041-000002542   to   NCS-041-000002542;
NCS-041-000002543   to   NCS-041-000002543;
NCS-041-000002544   to   NCS-041-000002544;
NCS-041-000002545   to   NCS-041-000002546;
NCS-041-000002547   to   NCS-041-000002549;
NCS-041-000002550   to   NCS-041-000002550;
NCS-041-000002551   to   NCS-041-000002551;
NCS-041-000002552   to   NCS-041-000002553;
NCS-041-000002554   to   NCS-041-000002556;
NCS-041-000002557   to   NCS-041-000002557;
NCS-041-000002558   to   NCS-041-000002558;
NCS-041-000002559   to   NCS-041-000002559;
NCS-041-000002560   to   NCS-041-000002561;
NCS-041-000002562   to   NCS-041-000002562;
NCS-041-000002563   to   NCS-041-000002563;
NCS-041-000002564   to   NCS-041-000002564;
NCS-041-000002565   to   NCS-041-000002565;
NCS-041-000002566   to   NCS-041-000002568;
NCS-041-000002569   to   NCS-041-000002569;
NCS-041-000002570   to   NCS-041-000002571;
NCS-041-000002572   to   NCS-041-000002574;
NCS-041-000002575   to   NCS-041-000002575;
NCS-041-000002576   to   NCS-041-000002576;
NCS-041-000002577   to   NCS-041-000002577;
NCS-041-000002578   to   NCS-041-000002578;
NCS-041-000002579   to   NCS-041-000002580;
NCS-041-000002581   to   NCS-041-000002581;
NCS-041-000002582   to   NCS-041-000002582;
NCS-041-000002583   to   NCS-041-000002584;
NCS-041-000002585   to   NCS-041-000002585;
NCS-041-000002586   to   NCS-041-000002586;
NCS-041-000002587   to   NCS-041-000002587;
NCS-041-000002588   to   NCS-041-000002591;
NCS-041-000002592   to   NCS-041-000002594;
NCS-041-000002595   to   NCS-041-000002596;
NCS-041-000002597   to   NCS-041-000002597;
NCS-041-000002598   to   NCS-041-000002598;
NCS-041-000002599   to   NCS-041-000002600;
NCS-041-000002601   to   NCS-041-000002603;
NCS-041-000002604   to   NCS-041-000002604;
NCS-041-000002605   to   NCS-041-000002605;
NCS-041-000002606   to   NCS-041-000002606;
NCS-041-000002607   to   NCS-041-000002607;
NCS-041-000002608   to   NCS-041-000002608;
NCS-041-000002609   to   NCS-041-000002610;

NCS-041-000002611   to   NCS-041-000002611;
NCS-041-000002612   to   NCS-041-000002612;
NCS-041-000002613   to   NCS-041-000002613;
NCS-041-000002614   to   NCS-041-000002616;
NCS-041-000002617   to   NCS-041-000002618;
NCS-041-000002619   to   NCS-041-000002620;
NCS-041-000002621   to   NCS-041-000002624;
NCS-041-000002625   to   NCS-041-000002625;
NCS-041-000002626   to   NCS-041-000002626;
NCS-041-000002627   to   NCS-041-000002627;
NCS-041-000002628   to   NCS-041-000002628;
NCS-041-000002629   to   NCS-041-000002629;
NCS-041-000002630   to   NCS-041-000002630;
NCS-041-000002631   to   NCS-041-000002631;
NCS-041-000002632   to   NCS-041-000002632;
NCS-041-000002633   to   NCS-041-000002633;
NCS-041-000002634   to   NCS-041-000002636;
NCS-041-000002637   to   NCS-041-000002637;
NCS-041-000002638   to   NCS-041-000002638;
NCS-041-000002639   to   NCS-041-000002639;
NCS-041-000002640   to   NCS-041-000002640;
NCS-041-000002641   to   NCS-041-000002641;
NCS-041-000002642   to   NCS-041-000002644;
NCS-041-000002645   to   NCS-041-000002645;
NCS-041-000002646   to   NCS-041-000002647;
NCS-041-000002648   to   NCS-041-000002648;
NCS-041-000002649   to   NCS-041-000002650;
NCS-041-000002651   to   NCS-041-000002654;
NCS-041-000002655   to   NCS-041-000002655;
NCS-041-000002656   to   NCS-041-000002656;
NCS-041-000002657   to   NCS-041-000002658;
NCS-041-000002659   to   NCS-041-000002659;
NCS-041-000002660   to   NCS-041-000002660;
NCS-041-000002661   to   NCS-041-000002661;
NCS-041-000002662   to   NCS-041-000002662;
NCS-041-000002663   to   NCS-041-000002664;
NCS-041-000002665   to   NCS-041-000002665;
NCS-041-000002666   to   NCS-041-000002666;
NCS-041-000002667   to   NCS-041-000002667;
NCS-041-000002668   to   NCS-041-000002670;
NCS-041-000002671   to   NCS-041-000002673;
NCS-041-000002674   to   NCS-041-000002674;
NCS-041-000002675   to   NCS-041-000002675;
NCS-041-000002676   to   NCS-041-000002676;
NCS-041-000002677   to   NCS-041-000002678;
NCS-041-000002679   to   NCS-041-000002679;

NCS-041-000002680  to  NCS-041-000002681;
NCS-041-000002682  to  NCS-041-000002685;
NCS-041-000002686  to  NCS-041-000002686;
NCS-041-000002687  to  NCS-041-000002687;
NCS-041-000002688  to  NCS-041-000002688;
NCS-041-000002689  to  NCS-041-000002690;
NCS-041-000002691  to  NCS-041-000002691;
NCS-041-000002692  to  NCS-041-000002692;
NCS-041-000002693  to  NCS-041-000002693;
NCS-041-000002694  to  NCS-041-000002695;
NCS-041-000002696  to  NCS-041-000002698;
NCS-041-000002699  to  NCS-041-000002699;
NCS-041-000002700  to  NCS-041-000002701;
NCS-041-000002702  to  NCS-041-000002703;
NCS-041-000002704  to  NCS-041-000002707;
NCS-041-000002708  to  NCS-041-000002708;
NCS-041-000002709  to  NCS-041-000002709;
NCS-041-000002710  to  NCS-041-000002710;
NCS-041-000002711  to  NCS-041-000002711;
NCS-041-000002712  to  NCS-041-000002712;
NCS-041-000002713  to  NCS-041-000002713;
NCS-041-000002714  to  NCS-041-000002715;
NCS-041-000002716  to  NCS-041-000002718;
NCS-041-000002719  to  NCS-041-000002719;
NCS-041-000002720  to  NCS-041-000002721;
NCS-041-000002722  to  NCS-041-000002724;
NCS-041-000002725  to  NCS-041-000002725;
NCS-041-000002726  to  NCS-041-000002726;
NCS-041-000002727  to  NCS-041-000002728;
NCS-041-000002729  to  NCS-041-000002732;
NCS-041-000002733  to  NCS-041-000002733;
NCS-041-000002734  to  NCS-041-000002734;
NCS-041-000002735  to  NCS-041-000002735;
NCS-041-000002736  to  NCS-041-000002736;
NCS-041-000002737  to  NCS-041-000002737;
NCS-041-000002738  to  NCS-041-000002738;
NCS-041-000002739  to  NCS-041-000002739;
NCS-041-000002740  to  NCS-041-000002741;
NCS-041-000002742  to  NCS-041-000002742;
NCS-041-000002743  to  NCS-041-000002743;
NCS-041-000002744  to  NCS-041-000002745;
NCS-041-000002746  to  NCS-041-000002748;
NCS-041-000002749  to  NCS-041-000002749;
NCS-041-000002750  to  NCS-041-000002750;
NCS-041-000002751  to  NCS-041-000002752;
NCS-041-000002753  to  NCS-041-000002754;

NCS-041-000002755   to   NCS-041-000002758;
NCS-041-000002759   to   NCS-041-000002759;
NCS-041-000002760   to   NCS-041-000002760;
NCS-041-000002761   to   NCS-041-000002762;
NCS-041-000002763   to   NCS-041-000002764;
NCS-041-000002765   to   NCS-041-000002765;
NCS-041-000002766   to   NCS-041-000002766;
NCS-041-000002767   to   NCS-041-000002768;
NCS-041-000002769   to   NCS-041-000002769;
NCS-041-000002770   to   NCS-041-000002771;
NCS-041-000002772   to   NCS-041-000002773;
NCS-041-000002774   to   NCS-041-000002774;
NCS-041-000002775   to   NCS-041-000002777;
NCS-041-000002778   to   NCS-041-000002778;
NCS-041-000002779   to   NCS-041-000002780;
NCS-041-000002781   to   NCS-041-000002782;
NCS-041-000002783   to   NCS-041-000002786;
NCS-041-000002787   to   NCS-041-000002787;
NCS-041-000002788   to   NCS-041-000002788;
NCS-041-000002789   to   NCS-041-000002789;
NCS-041-000002790   to   NCS-041-000002790;
NCS-041-000002791   to   NCS-041-000002791;
NCS-041-000002792   to   NCS-041-000002793;
NCS-041-000002794   to   NCS-041-000002794;
NCS-041-000002795   to   NCS-041-000002795;
NCS-041-000002796   to   NCS-041-000002796;
NCS-041-000002797   to   NCS-041-000002798;
NCS-041-000002799   to   NCS-041-000002800;
NCS-041-000002801   to   NCS-041-000002802;
NCS-041-000002803   to   NCS-041-000002803;
NCS-041-000002804   to   NCS-041-000002804;
NCS-041-000002805   to   NCS-041-000002806;
NCS-041-000002807   to   NCS-041-000002809;
NCS-041-000002810   to   NCS-041-000002811;
NCS-041-000002812   to   NCS-041-000002812;
NCS-041-000002813   to   NCS-041-000002814;
NCS-041-000002815   to   NCS-041-000002818;
NCS-041-000002819   to   NCS-041-000002819;
NCS-041-000002820   to   NCS-041-000002820;
NCS-041-000002821   to   NCS-041-000002821;
NCS-041-000002822   to   NCS-041-000002822;
NCS-041-000002823   to   NCS-041-000002823;
NCS-041-000002824   to   NCS-041-000002824;
NCS-041-000002825   to   NCS-041-000002825;
NCS-041-000002826   to   NCS-041-000002828;
NCS-041-000002829   to   NCS-041-000002829;

NCS-041-000002830   to   NCS-041-000002831;
NCS-041-000002832   to   NCS-041-000002835;
NCS-041-000002836   to   NCS-041-000002836;
NCS-041-000002837   to   NCS-041-000002837;
NCS-041-000002838   to   NCS-041-000002838;
NCS-041-000002839   to   NCS-041-000002839;
NCS-041-000002840   to   NCS-041-000002841;
NCS-041-000002842   to   NCS-041-000002842;
NCS-041-000002843   to   NCS-041-000002843;
NCS-041-000002844   to   NCS-041-000002844;
NCS-041-000002845   to   NCS-041-000002846;
NCS-041-000002847   to   NCS-041-000002849;
NCS-041-000002850   to   NCS-041-000002851;
NCS-041-000002852   to   NCS-041-000002852;
NCS-041-000002853   to   NCS-041-000002853;
NCS-041-000002854   to   NCS-041-000002855;
NCS-041-000002856   to   NCS-041-000002859;
NCS-041-000002860   to   NCS-041-000002860;
NCS-041-000002861   to   NCS-041-000002861;
NCS-041-000002862   to   NCS-041-000002862;
NCS-041-000002863   to   NCS-041-000002864;
NCS-041-000002865   to   NCS-041-000002865;
NCS-041-000002866   to   NCS-041-000002866;
NCS-041-000002867   to   NCS-041-000002869;
NCS-041-000002870   to   NCS-041-000002871;
NCS-041-000002872   to   NCS-041-000002873;
NCS-041-000002874   to   NCS-041-000002876;
NCS-041-000002877   to   NCS-041-000002877;
NCS-041-000002878   to   NCS-041-000002878;
NCS-041-000002879   to   NCS-041-000002879;
NCS-041-000002880   to   NCS-041-000002880;
NCS-041-000002881   to   NCS-041-000002881;
NCS-041-000002882   to   NCS-041-000002882;
NCS-041-000002883   to   NCS-041-000002883;
NCS-041-000002884   to   NCS-041-000002885;
NCS-041-000002886   to   NCS-041-000002889;
NCS-041-000002890   to   NCS-041-000002890;
NCS-041-000002891   to   NCS-041-000002891;
NCS-041-000002892   to   NCS-041-000002893;
NCS-041-000002894   to   NCS-041-000002894;
NCS-041-000002895   to   NCS-041-000002895;
NCS-041-000002896   to   NCS-041-000002897;
NCS-041-000002898   to   NCS-041-000002899;
NCS-041-000002900   to   NCS-041-000002901;
NCS-041-000002902   to   NCS-041-000002902;
NCS-041-000002903   to   NCS-041-000002904;

NCS-041-000002905   to   NCS-041-000002905;
NCS-041-000002906   to   NCS-041-000002906;
NCS-041-000002907   to   NCS-041-000002908;
NCS-041-000002909   to   NCS-041-000002911;
NCS-041-000002912   to   NCS-041-000002913;
NCS-041-000002914   to   NCS-041-000002914;
NCS-041-000002915   to   NCS-041-000002915;
NCS-041-000002916   to   NCS-041-000002917;
NCS-041-000002918   to   NCS-041-000002921;
NCS-041-000002922   to   NCS-041-000002922;
NCS-041-000002923   to   NCS-041-000002923;
NCS-041-000002924   to   NCS-041-000002925;
NCS-041-000002926   to   NCS-041-000002926;
NCS-041-000002927   to   NCS-041-000002927;
NCS-041-000002928   to   NCS-041-000002928;
NCS-041-000002929   to   NCS-041-000002930;
NCS-041-000002931   to   NCS-041-000002931;
NCS-041-000002932   to   NCS-041-000002932;
NCS-041-000002933   to   NCS-041-000002934;
NCS-041-000002935   to   NCS-041-000002936;
NCS-041-000002937   to   NCS-041-000002937;
NCS-041-000002938   to   NCS-041-000002940;
NCS-041-000002941   to   NCS-041-000002941;
NCS-041-000002942   to   NCS-041-000002942;
NCS-041-000002943   to   NCS-041-000002944;
NCS-041-000002945   to   NCS-041-000002948;
NCS-041-000002949   to   NCS-041-000002949;
NCS-041-000002950   to   NCS-041-000002950;
NCS-041-000002951   to   NCS-041-000002952;
NCS-041-000002953   to   NCS-041-000002953;
NCS-041-000002954   to   NCS-041-000002954;
NCS-041-000002955   to   NCS-041-000002956;
NCS-041-000002957   to   NCS-041-000002958;
NCS-041-000002959   to   NCS-041-000002961;
NCS-041-000002962   to   NCS-041-000002962;
NCS-041-000002963   to   NCS-041-000002963;
NCS-041-000002964   to   NCS-041-000002964;
NCS-041-000002965   to   NCS-041-000002965;
NCS-041-000002966   to   NCS-041-000002968;
NCS-041-000002969   to   NCS-041-000002970;
NCS-041-000002971   to   NCS-041-000002974;
NCS-041-000002975   to   NCS-041-000002975;
NCS-041-000002976   to   NCS-041-000002976;
NCS-041-000002977   to   NCS-041-000002977;
NCS-041-000002978   to   NCS-041-000002978;
NCS-041-000002979   to   NCS-041-000002979;

NCS-041-000002980 to NCS-041-000002980;
NCS-041-000002981 to NCS-041-000002981;
NCS-041-000002982 to NCS-041-000002982;
NCS-041-000002983 to NCS-041-000002983;
NCS-041-000002984 to NCS-041-000002984;
NCS-041-000002985 to NCS-041-000002986;
NCS-041-000002987 to NCS-041-000002989;
NCS-041-000002990 to NCS-041-000002990;
NCS-041-000002991 to NCS-041-000002991;
NCS-041-000002992 to NCS-041-000002992;
NCS-041-000002993 to NCS-041-000002994;
NCS-041-000002995 to NCS-041-000002998;
NCS-041-000002999 to NCS-041-000002999;
NCS-041-000003000 to NCS-041-000003000;
NCS-041-000003001 to NCS-041-000003001;
NCS-041-000003002 to NCS-041-000003002;
NCS-041-000003003 to NCS-041-000003003;
NCS-041-000003004 to NCS-041-000003004;
NCS-041-000003005 to NCS-041-000003005;
NCS-041-000003006 to NCS-041-000003006;
NCS-041-000003007 to NCS-041-000003007;
NCS-041-000003008 to NCS-041-000003008;
NCS-041-000003009 to NCS-041-000003010;
NCS-041-000003011 to NCS-041-000003015;
NCS-041-000003016 to NCS-041-000003016;
NCS-041-000003017 to NCS-041-000003017;
NCS-041-000003018 to NCS-041-000003019;
NCS-041-000003020 to NCS-041-000003023;
NCS-041-000003024 to NCS-041-000003024;
NCS-041-000003025 to NCS-041-000003025;
NCS-041-000003026 to NCS-041-000003026;
NCS-041-000003027 to NCS-041-000003027;
NCS-041-000003028 to NCS-041-000003028;
NCS-041-000003029 to NCS-041-000003030;
NCS-041-000003031 to NCS-041-000003031;
NCS-041-000003032 to NCS-041-000003032;
NCS-041-000003033 to NCS-041-000003034;
NCS-041-000003035 to NCS-041-000003037;
NCS-041-000003038 to NCS-041-000003038;
NCS-041-000003039 to NCS-041-000003041;
NCS-041-000003042 to NCS-041-000003043;
NCS-041-000003044 to NCS-041-000003047;
NCS-041-000003048 to NCS-041-000003048;
NCS-041-000003049 to NCS-041-000003049;
NCS-041-000003050 to NCS-041-000003051;
NCS-041-000003052 to NCS-041-000003053;

NCS-041-000003054   to   NCS-041-000003054;
NCS-041-000003055   to   NCS-041-000003055;
NCS-041-000003056   to   NCS-041-000003056;
NCS-041-000003057   to   NCS-041-000003062;
NCS-041-000003063   to   NCS-041-000003063;
NCS-041-000003064   to   NCS-041-000003065;
NCS-041-000003066   to   NCS-041-000003066;
NCS-041-000003067   to   NCS-041-000003067;
NCS-041-000003068   to   NCS-041-000003068;
NCS-041-000003069   to   NCS-041-000003070;
NCS-041-000003071   to   NCS-041-000003073;
NCS-041-000003074   to   NCS-041-000003074;
NCS-041-000003075   to   NCS-041-000003077;
NCS-041-000003078   to   NCS-041-000003078;
NCS-041-000003079   to   NCS-041-000003080;
NCS-041-000003081   to   NCS-041-000003084;
NCS-041-000003085   to   NCS-041-000003085;
NCS-041-000003086   to   NCS-041-000003086;
NCS-041-000003087   to   NCS-041-000003087;
NCS-041-000003088   to   NCS-041-000003090;
NCS-041-000003091   to   NCS-041-000003092;
NCS-041-000003093   to   NCS-041-000003096;
NCS-041-000003097   to   NCS-041-000003097;
NCS-041-000003098   to   NCS-041-000003098;
NCS-041-000003099   to   NCS-041-000003099;
NCS-041-000003100   to   NCS-041-000003101;
NCS-041-000003102   to   NCS-041-000003102;
NCS-041-000003103   to   NCS-041-000003103;
NCS-041-000003104   to   NCS-041-000003104;
NCS-041-000003105   to   NCS-041-000003105;
NCS-041-000003106   to   NCS-041-000003106;
NCS-041-000003107   to   NCS-041-000003107;
NCS-041-000003108   to   NCS-041-000003109;
NCS-041-000003110   to   NCS-041-000003110;
NCS-041-000003111   to   NCS-041-000003111;
NCS-041-000003112   to   NCS-041-000003112;
NCS-041-000003113   to   NCS-041-000003114;
NCS-041-000003115   to   NCS-041-000003115;
NCS-041-000003116   to   NCS-041-000003116;
NCS-041-000003117   to   NCS-041-000003119;
NCS-041-000003120   to   NCS-041-000003120;
NCS-041-000003121   to   NCS-041-000003121;
NCS-041-000003122   to   NCS-041-000003123;
NCS-041-000003124   to   NCS-041-000003127;
NCS-041-000003128   to   NCS-041-000003129;
NCS-041-000003130   to   NCS-041-000003130;

NCS-041-000003131  to  NCS-041-000003131;
NCS-041-000003132  to  NCS-041-000003132;
NCS-041-000003133  to  NCS-041-000003133;
NCS-041-000003134  to  NCS-041-000003134;
NCS-041-000003135  to  NCS-041-000003135;
NCS-041-000003136  to  NCS-041-000003136;
NCS-041-000003137  to  NCS-041-000003137;
NCS-041-000003138  to  NCS-041-000003138;
NCS-041-000003139  to  NCS-041-000003140;
NCS-041-000003141  to  NCS-041-000003142;
NCS-041-000003143  to  NCS-041-000003143;
NCS-041-000003144  to  NCS-041-000003144;
NCS-041-000003145  to  NCS-041-000003146;
NCS-041-000003147  to  NCS-041-000003147;
NCS-041-000003148  to  NCS-041-000003148;
NCS-041-000003149  to  NCS-041-000003149;
NCS-041-000003150  to  NCS-041-000003150;
NCS-041-000003151  to  NCS-041-000003151;
NCS-041-000003152  to  NCS-041-000003154;
NCS-041-000003155  to  NCS-041-000003155;
NCS-041-000003156  to  NCS-041-000003157;
NCS-041-000003158  to  NCS-041-000003161;
NCS-041-000003162  to  NCS-041-000003163;
NCS-041-000003164  to  NCS-041-000003167;
NCS-041-000003168  to  NCS-041-000003168;
NCS-041-000003169  to  NCS-041-000003170;
NCS-041-000003171  to  NCS-041-000003171;
NCS-041-000003172  to  NCS-041-000003173;
NCS-041-000003174  to  NCS-041-000003174;
NCS-041-000003175  to  NCS-041-000003175;
NCS-041-000003176  to  NCS-041-000003176;
NCS-041-000003177  to  NCS-041-000003177;
NCS-041-000003178  to  NCS-041-000003178;
NCS-041-000003179  to  NCS-041-000003179;
NCS-041-000003180  to  NCS-041-000003181;
NCS-041-000003182  to  NCS-041-000003183;
NCS-041-000003184  to  NCS-041-000003184;
NCS-041-000003185  to  NCS-041-000003185;
NCS-041-000003186  to  NCS-041-000003186;
NCS-041-000003187  to  NCS-041-000003188;
NCS-041-000003189  to  NCS-041-000003193;
NCS-041-000003194  to  NCS-041-000003194;
NCS-041-000003195  to  NCS-041-000003195;
NCS-041-000003196  to  NCS-041-000003197;
NCS-041-000003198  to  NCS-041-000003201;
NCS-041-000003202  to  NCS-041-000003202;

NCS-041-000003203   to   NCS-041-000003203;
NCS-041-000003204   to   NCS-041-000003204;
NCS-041-000003205   to   NCS-041-000003207;
NCS-041-000003208   to   NCS-041-000003208;
NCS-041-000003209   to   NCS-041-000003209;
NCS-041-000003210   to   NCS-041-000003210;
NCS-041-000003211   to   NCS-041-000003211;
NCS-041-000003212   to   NCS-041-000003212;
NCS-041-000003213   to   NCS-041-000003214;
NCS-041-000003215   to   NCS-041-000003216;
NCS-041-000003217   to   NCS-041-000003217;
NCS-041-000003218   to   NCS-041-000003218;
NCS-041-000003219   to   NCS-041-000003220;
NCS-041-000003221   to   NCS-041-000003225;
NCS-041-000003226   to   NCS-041-000003226;
NCS-041-000003227   to   NCS-041-000003227;
NCS-041-000003228   to   NCS-041-000003229;
NCS-041-000003230   to   NCS-041-000003233;
NCS-041-000003234   to   NCS-041-000003234;
NCS-041-000003235   to   NCS-041-000003235;
NCS-041-000003236   to   NCS-041-000003237;
NCS-041-000003238   to   NCS-041-000003238;
NCS-041-000003239   to   NCS-041-000003239;
NCS-041-000003240   to   NCS-041-000003240;
NCS-041-000003241   to   NCS-041-000003241;
NCS-041-000003242   to   NCS-041-000003242;
NCS-041-000003243   to   NCS-041-000003244;
NCS-041-000003245   to   NCS-041-000003245;
NCS-041-000003246   to   NCS-041-000003248;
NCS-041-000003249   to   NCS-041-000003249;
NCS-041-000003250   to   NCS-041-000003250;
NCS-041-000003251   to   NCS-041-000003255;
NCS-041-000003256   to   NCS-041-000003257;
NCS-041-000003258   to   NCS-041-000003261;
NCS-041-000003262   to   NCS-041-000003262;
NCS-041-000003263   to   NCS-041-000003263;
NCS-041-000003264   to   NCS-041-000003264;
NCS-041-000003265   to   NCS-041-000003265;
NCS-041-000003266   to   NCS-041-000003267;
NCS-041-000003268   to   NCS-041-000003268;
NCS-041-000003269   to   NCS-041-000003269;
NCS-041-000003270   to   NCS-041-000003270;
NCS-041-000003271   to   NCS-041-000003271;
NCS-041-000003272   to   NCS-041-000003274;
NCS-041-000003275   to   NCS-041-000003275;
NCS-041-000003276   to   NCS-041-000003278;

NCS-041-000003279   to   NCS-041-000003280;
NCS-041-000003281   to   NCS-041-000003284;
NCS-041-000003285   to   NCS-041-000003285;
NCS-041-000003286   to   NCS-041-000003286;
NCS-041-000003287   to   NCS-041-000003287;
NCS-041-000003288   to   NCS-041-000003290;
NCS-041-000003291   to   NCS-041-000003291;
NCS-041-000003292   to   NCS-041-000003292;
NCS-041-000003293   to   NCS-041-000003294;
NCS-041-000003295   to   NCS-041-000003298;
NCS-041-000003299   to   NCS-041-000003299;
NCS-041-000003300   to   NCS-041-000003300;
NCS-041-000003301   to   NCS-041-000003302;
NCS-041-000003303   to   NCS-041-000003303;
NCS-041-000003304   to   NCS-041-000003304;
NCS-041-000003305   to   NCS-041-000003305;
NCS-041-000003306   to   NCS-041-000003306;
NCS-041-000003307   to   NCS-041-000003308;
NCS-041-000003309   to   NCS-041-000003309;
NCS-041-000003310   to   NCS-041-000003312;
NCS-041-000003313   to   NCS-041-000003313;
NCS-041-000003314   to   NCS-041-000003314;
NCS-041-000003315   to   NCS-041-000003315;
NCS-041-000003316   to   NCS-041-000003318;
NCS-041-000003319   to   NCS-041-000003319;
NCS-041-000003320   to   NCS-041-000003321;
NCS-041-000003322   to   NCS-041-000003323;
NCS-041-000003324   to   NCS-041-000003324;
NCS-041-000003325   to   NCS-041-000003325;
NCS-041-000003326   to   NCS-041-000003326;
NCS-041-000003327   to   NCS-041-000003328;
NCS-041-000003329   to   NCS-041-000003329;
NCS-041-000003330   to   NCS-041-000003332;
NCS-041-000003333   to   NCS-041-000003333;
NCS-041-000003334   to   NCS-041-000003335;
NCS-041-000003336   to   NCS-041-000003337;
NCS-041-000003338   to   NCS-041-000003341;
NCS-041-000003342   to   NCS-041-000003342;
NCS-041-000003343   to   NCS-041-000003344;
NCS-041-000003345   to   NCS-041-000003345;
NCS-041-000003346   to   NCS-041-000003348;
NCS-041-000003349   to   NCS-041-000003349;
NCS-041-000003350   to   NCS-041-000003350;
NCS-041-000003351   to   NCS-041-000003352;
NCS-041-000003353   to   NCS-041-000003353;
NCS-041-000003354   to   NCS-041-000003354;

NCS-041-000003355   to   NCS-041-000003358;
NCS-041-000003359   to   NCS-041-000003359;
NCS-041-000003360   to   NCS-041-000003360;
NCS-041-000003361   to   NCS-041-000003362;
NCS-041-000003363   to   NCS-041-000003363;
NCS-041-000003364   to   NCS-041-000003364;
NCS-041-000003365   to   NCS-041-000003365;
NCS-041-000003366   to   NCS-041-000003367;
NCS-041-000003368   to   NCS-041-000003371;
NCS-041-000003372   to   NCS-041-000003372;
NCS-041-000003373   to   NCS-041-000003374;
NCS-041-000003375   to   NCS-041-000003375;
NCS-041-000003376   to   NCS-041-000003376;
NCS-041-000003377   to   NCS-041-000003378;
NCS-041-000003379   to   NCS-041-000003379;
NCS-041-000003380   to   NCS-041-000003382;
NCS-041-000003383   to   NCS-041-000003383;
NCS-041-000003384   to   NCS-041-000003384;
NCS-041-000003385   to   NCS-041-000003385;
NCS-041-000003386   to   NCS-041-000003386;
NCS-041-000003387   to   NCS-041-000003388;
NCS-041-000003389   to   NCS-041-000003389;
NCS-041-000003390   to   NCS-041-000003390;
NCS-041-000003391   to   NCS-041-000003391;
NCS-041-000003392   to   NCS-041-000003392;
NCS-041-000003393   to   NCS-041-000003393;
NCS-041-000003394   to   NCS-041-000003395;
NCS-041-000003396   to   NCS-041-000003399;
NCS-041-000003400   to   NCS-041-000003400;
NCS-041-000003401   to   NCS-041-000003401;
NCS-041-000003402   to   NCS-041-000003402;
NCS-041-000003403   to   NCS-041-000003403;
NCS-041-000003404   to   NCS-041-000003404;
NCS-041-000003405   to   NCS-041-000003406;
NCS-041-000003407   to   NCS-041-000003408;
NCS-041-000003409   to   NCS-041-000003411;
NCS-041-000003412   to   NCS-041-000003414;
NCS-041-000003415   to   NCS-041-000003415;
NCS-041-000003416   to   NCS-041-000003418.

The United States' Production Log is attached.

> Respectfully submitted,
> TONY WEST
> Assistant Attorney General
>
> PHYLLIS J. PYLES
> Director, Torts Branch
>
> JAMES G. TOUHEY, JR.
> Assistant Director, Torts Branch
>
>  s/ James F. McConnon, Jr.
> JAMES F. McCONNON, JR.
> Trial Attorney, Torts Branch, Civil Division
> U.S. Department of Justice
> Benjamin Franklin Station, P.O. Box 888
> Washington, D.C.  20044
> (202) 616-4400 / (202) 616-5200 (Fax)
> Attorneys for the United States

Dated: February 22, 2012

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on February 22, 2012, I served a true copy

of the United States' Notice of Production upon the Plaintiffs by ECF.


___s/ James F. McConnon, Jr.___
JAMES F. McCONNON, JR.