| First Name | Last Name | Main HO Ins |
|---|---|---|
| Albert | Barns | Allstate |
| Rita | Coupel | Allstate |
| Mildred | Glover | Allstate |
| Levi | Howard | Allstate |
| Nathaniel | McGowan | Allstate |
| Carl | Wharton | Allstate |
| Sheila | Cobbs | American Family |
| Catrice | Collins-Washingt | American Family |
| Detrina | Green | American Family |
| Joe-Anna | St. Cyr | American Family |
| Shirley | Castigliola | Encompass |
| Allen | Patricia | Fidelity |
| Norman | Smith | Homesite |
| Albert | Barard | LA Citizens |
| Terrance | Boyd | LA Citizens |
| Ralph | Klafert | LA Citizens |
| Alferd | Moliere | LA Citizens |
| Sandra | Thompson | LA Citizens |
| Jamie | Walker | LA Citizens |
| Nathedra | White | LA Citizens |
| Theodore | Young | LA Citizens |
| Cathleen | Baudy | Lafayette/United Fire |
| Mildred | Brown | Lafayette/United Fire |
| Janice | Shaw | Lafayette/United Fire |
| Tyrone | Thompson | Lafayette/United Fire |
| Viola | Galmon | Lexington |
| Demetrias | Temple | Lexington |
| Wendell | Youngblood | Lexington |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Advanced | Mortgage | Lloyds of London |
| Florence | Delaney | Republic |



EXHIBIT