JEANNINE ARMSTRONG September 13, 2011

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES CIVIL ACTION
CONSOLIDATED LITIGATION NO. 05-4182 K2
JUDGE DUVAL
PERTAINS TO MRGO MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024,
06-4065, 06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155, 06-5159,
06-5156, 06-5162, 06-5260, 06-5771,
06-5786, 06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

* * *

Deposition of JEANNINE ARMSTRONG,
given at the offices of Bruno & Bruno, 855
Baronne Street, New Orleans, Louisiana 70113,
on September 13th, 2011.
REPORTED BY:
JOSEPH A. FAIRBANKS, JR., CCR, RPR
CERTIFIED COURT REPORTER #75005

Page 2

APPEARANCES:

REPRESENTING THE PLAINTIFFS:
LAW OFFICE OF GERALD N. ANDRY, JR.
(BY: GERALD N. ANDRY, JR., ESQUIRE)
710 Carondelet Street
New Orleans, Louisiana 70130
504-581-4334
- AND -
DEGRAVELLES, PALMINTIER, HOLTHAUS &
FRUGE, L.L.P.
(BY: JOSHUA M. PALMINTIER, ESQUIRE)
618 Main Street
Baton Rouge, Louisiana 70801-1910
225-344-3735

REPRESENTING THE UNITED STATES OF AMERICA:
U.S. DEPARTMENT OF JUSTICE
(BY: JAMES F. MCCONNON, JR., ESQUIRE)
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
202-616-4289

Page 3

REPRESENTING WASHINGTON GROUP INTERNATIONAL, INC.:
JONES DAY
(BY: DEBRA S. CLAYMAN, ESQUIRE)
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
202-879-4645
- and -
STONE PIGMAN WALTHER WITTMANN, L.L.C.
(BY: WILLIAM D. TREEBY, ESQUIRE)
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200

VIDEOGRAPHER:
KEN HART (HART VIDEO)

ALSO PRESENT:
KENNETH PAUL ARMSTRONG, SR.

Page 4

EXAMINATION INDEX

EXAMINATION BY: PAGE
MS. CLAYMAN .................10
MR. MCCONNON .................164
MR. ANDRY .................166

EXHIBIT INDEX

EXHIBIT NO. PAGE
Exhibit 1 .................84
Exhibit 2 .................89
Exhibit 3 .................111
Exhibit 4 .................116
Exhibit 5 .................132
Exhibit 6 .................136
Exhibit 7 .................140
Exhibit 8 .................147
Exhibit 9 .................150
Exhibit 10 .................154
Exhibit 11 .................163

PLAINTIFF'S EXHIBIT C

Page 49

1    A.  No.
2    Q.  Have you received any other job
3  opportunities?
4    A.  No.  I was very content.
5    Q.  Had you considered going part-time
6  before you left the medical center in August of
7  2005?
8    A.  No.
9    Q.  Following Hurricane Katrina, what is
10 the first job that you obtained outside of your
11 home?
12   A.  Um -- at a facility called Houma
13 Outpatient Surgery Center, in Metairie,
14 Louisiana.
15   Q.  And when did you begin working there?
16   A.  In August of '07.
17   Q.  Did you have a contract -- did you
18 sign a contract with Houma Outpatient Surgery
19 Center?
20   A.  No.
21   Q.  What is your position at Houma?
22   A.  I'm an OR nurse.
23   Q.  And is that a part-time position?
24   A.  Part-time.
25   Q.  How many hours a week?

Page 50

1    A.  About 24.
2    Q.  And what is your hourly wage?
3    A.  28 and some change.
4    Q.  Per hour?
5    A.  Yes.
6    Q.  And do you ever work overtime?
7    A.  No.
8    Q.  Is there an option available to you to
9  work overtime if you wanted to?
10   A.  No.
11   Q.  Do you ever have to take call on the
12 weekends?
13   A.  No.
14   Q.  What type of -- what are the hours of
15 the surgical center?
16   A.  Um -- we don't have set hours because
17 we work different -- different doctors start at
18 different times.  Um -- you can start either at
19 6:00 in the morning, 7:00 or 8:00 in the
20 morning, and usually go to 2:00, 3:00 in the
21 afternoon.
22   Q.  If you wanted to work more than 24
23 hours per week at Houma Medical Center, is
24 there any opportunity for you to do so?
25   A.  Um -- there is not a full-time

Page 51

1  position available, um -- so I guess no.
2    Q.  Has there ever been -- following
3  Hurricane Katrina, did you look for full-time
4  employment?
5    A.  No.
6    Q.  Why not?
7    A.  Well, right after, there was no
8  full-time employment.  The hospital where I
9  worked was gone.  We really didn't know where
10 we were going to be.  You know, we were -- we
11 were lost.
12   Q.  At any time between August 2005 and
13 today, have you ever looked for full-time
14 employment outside of Houma Outpatient Surgery
15 Center?
16   A.  No.
17   Q.  Why not?
18   A.  Um -- as of now?
19   Q.  Yes.
20   A.  I want to work part-time.
21   Q.  And what's your rationale for wanting
22 to work part-time?
23   A.  Um -- I only have one child that's
24 still at home, so if I can work part-time I'm
25 going to work part-time.

Page 52

1    Q.  Fair enough.  Has your -- I may have
2  asked you this, but what is your position --
3  what position did you begin at, at Houma
4  Outpatient Center in August 2007?
5    A.  An OR nurse.
6    Q.  OR nurse.  And what were your
7  responsibilities as an OR nurse?
8    A.  Pre-oping the patient in the morning
9  getting them ready for surgery, in the
10 operating room with them, and then getting them
11 to recovery.
12   Q.  Has your job responsibilities changed
13 since you began in August 2007 and today?
14   A.  No.
15   Q.  Have you gotten any kind of promotion
16 since you started in August 2007?
17   A.  No.
18   Q.  Have you received any raises since you
19 started in August 2007?
20   A.  Yes.
21   Q.  What are the amounts of the raises you
22 received?
23   A.  Um -- I'm not sure, but I believe when
24 I started I was at $27 an hour.
25   Q.  Okay.

JEANNINE ARMSTRONG                                           September 13, 2011

Page 61

1  A. About $200 a week.
2  Q. And this was food for you, your
3  husband and all three of your children?
4  A. Yes.
5  Q. This was before Katie went off to
6  college; correct?
7  A. Yes.
8  Q. Does that include any dinners you may
9  have had outside your house?
10 A. No.
11 Q. So that would be an additional
12 expense?
13 A. Yes.
14 Q. About how much would you estimate per
15 month you spent going out for meals?
16 A. We didn't go out very much.
17 Q. Okay.
18 A. We would like order pizza or
19 something.
20 Q. And what was your mortgage payment per
21 month in 2005, while you were still living on
22 Hamlet Drive?
23 A. I believe it was seven ninety
24 something.
25 Q. Did you have regular dry cleaning

Page 62

1  costs in 2005 before Katrina hit?
2  A. Um -- yes.
3  Q. What kind of costs were those per
4  month?
5  A. Um -- a hundred bucks a month.
6  Q. Any other monthly living expenses
7  before Katrina that I may have missed, that you
8  can think of?
9  A. Not that I can think of.
10 Q. Okay. Yesterday your husband
11 mentioned that your daughter Renee's tuition
12 in private school, he considered that a living
13 expense. Do you know how much her tuition was
14 at St. Michael's in Baton Rouge after Katrina
15 hit?
16 A. Um -- I'm not sure.
17 Q. Do you know if it was more than the
18 tuition that you paid when she was going to
19 private school in St. Bernard Parish?
20 A. I'm really not sure.
21 Q. How long did Renee attend school at
22 St. Michael's?
23 A. Until May of '06.
24 Q. Is now a good time to take like a
25 five-minute break?

Page 63

1  A. It's up to you. I'm good.
2     MR. ANDRY:
3        Sure. If you want.
4  EXAMINATION BY MS. CLAYMAN:
5  Q. We can keep going.
6  A. Let's go.
7  Q. All right. We're going to go through
8  a timeline following Katrina. We're going to
9  start with the evacuation day.
10    You evacuated your house on Hamlet
11 Drive on Sunday, August 28th, at about
12 3:00 a.m.; is that right?
13 A. Yes.
14 Q. You and your son were in one car; is
15 that right?
16 A. Yes.
17 Q. Your husband and daughter were in the
18 other car?
19 A. Yes.
20 Q. And your mother and your sister
21 followed behind you in a third car?
22 A. They were in another car, yes.
23 Q. And whose car were they in?
24 A. My sister.
25 Q. Okay. And so when you evacuated early

Page 64

1  Sunday morning, you went to your daughter
2  Katie's apartment in Baton Rouge?
3  A. Yes.
4  Q. Do you remember how long you stayed
5  with Katie?
6  A. We only stayed there a little while
7  because we checked into the hotel that day.
8  Q. When you say a little while, do you
9  mean a few hours?
10 A. I mean until lunchtime.
11 Q. Okay. So you probably arrived in
12 Baton Rouge around 6:00 in the morning --
13 A. Yes.
14 Q. -- and stayed till lunchtime.
15 A. Yes.
16 Q. Okay. I believe we looked at hotel
17 receipts yesterday, and I can show them to you
18 later but it looked like it indicated that you
19 checked into the hotel at LSU on September 1st.
20    Does the sound right to you?
21 A. No. That's not right.
22 Q. It's not. When did you check in?
23 A. We checked in that Sunday.
24 Q. Okay. The 28th?
25 A. 28th.

16 (Pages 61 to 64)

JOHNS, PENDLETON COURT REPORTERS                              504 219-1993

Page 65

1    Q. Do you know if you have any receipts
2  that document the day you checked into the
3  hotel, at home?
4    A. I'm not sure.
5    Q. And how long did you stay -- well,
6  first of all, what was name of the hotel?
7    A. Lod Cook Conference Center & Hotel.
8    Q. And how long did you stay there?
9    A. We stayed there until the end of
10 September.
11   Q. So just over a month?
12   A. Yeah.
13   Q. A few days over a month.
14   A. Yeah.
15   Q. Did you work at all while you were
16 living at the Cook Hotel in September '05?
17   A. No.
18   Q. At that time, did you continue to
19 receive a monthly salary from Chalmette
20 Hospital?
21   A. No.
22   Q. When did you receive your last
23 paycheck from Chalmette Hospital?
24   A. I believe they paid us through
25 September 15th.

Page 66

1    Q. How long did you continue to have your
2  medical insurance benefits after August 2005?
3    A. Actually, they ran out the end of the
4  year.
5    Q. So in December 2005?
6    A. Yes.
7    Q. And what did you do for health
8  insurance after that?
9    A. I was on my husband's plan.
10   Q. Okay. At any time after
11 September 15th, 2005, did you begin to collect
12 unemployment?
13   A. Yes.
14   Q. When was that?
15   A. Um -- September through I believe it
16 was -- or up until June of '06.
17   Q. And why did you stop receiving
18 unemployment in June of '06?
19   A. That was all the benefits.
20   Q. Okay. Do you have any records of your
21 unemployment benefits that you received?
22   A. No.
23   Q. Did you look for work at all while you
24 were living at Cook Hotel?
25   A. No.

Page 67

1    Q. Was there any medical reason why you
2  were not looking for work?
3    A. No.
4    Q. While staying at the Cook Hotel, did
5  you visit your house on Hamlet Drive?
6    A. No.
7    Q. Do you recall seeing your house on
8  Hamlet Drive before Rita struck in the end of
9  September?
10   A. No.
11   Q. After leaving the Cook Hotel, I
12 believe you said on September 30th, you went to
13 your sister's house in Prairieville? Is that
14 right?
15   A. Yes.
16   Q. How long did you stay there?
17   A. Until the end of November '05.
18   Q. So you were there the whole month of
19 October and the whole month of November.
20   A. Yes.
21   Q. While you were living in your sister's
22 house in Prairieville, did you make any trips
23 to your house on Hamlet Drive?
24   A. Yes.
25   Q. For what purpose?

Page 68

1    A. To go see what was left.
2    Q. Did you -- were you able to go inside?
3    A. Yes.
4    Q. Were you able to salvage anything?
5    A. A few trinkets.
6    Q. What kind of trinkets?
7    A. Um -- let's see. A few dishes --
8    Q. I know it's difficult. Please take
9  your time.
10   A. There wasn't much to salvage. You've
11 seen the pictures.
12   Q. Were you able to locate any of your
13 jewelry?
14   A. I think like the third time we went
15 back.
16   Q. And what jewelry were you able to
17 salvage?
18   A. Um -- I found my engagement ring.
19 RING.
20   Q. Did you have your engagement ring
21 appraised after you found it?
22   A. No.
23   Q. And what was the condition of your
24 engagement ring?
25   A. It was all pitted and full of mud and,

JEANNINE ARMSTRONG											September 13, 2011

Page 69

1  um --
2  Q. When you say pitted, are you referring
3  to the stone or the setting?
4  A. Um -- mostly the setting.
5  Q. Can you tell me approximately what
6  size the engagement ring was?
7  A. Um -- I had like a carat pear-shaped
8  diamond and two baguettes on the side.
9  Q. And where are the diamonds that were
10 in the engagement ring today?
11 A. I'm sorry.
12 Q. Where is the engagement ring today?
13 A. I have it.
14 Q. You don't wear that ring anymore?
15 A. No.
16 Q. While you were living at your sister's
17 house in Prairieville, did you look for work?
18 A. No.
19 Q. Was there any medical reason why you
20 were not able to work at this time?
21 A. No. We knew we weren't going to stay
22 in Baton Rouge.
23 Q. About what time -- or where were you
24 living when you were diagnosed with a brain
25 tumor?

Page 70

1  A. At my sister's.
2  Q. Do you remember which month that was?
3  A. It was November of '05.
4  Q. And how did that diagnosis come about?
5  MR. ANDRY:
6    I going to object. We're not
7  making any claim for medical bills or
8  problems. It's -- unless you have
9  some specific reason, I don't know why
10 we're getting into this.
11 MS. CLAYMAN:
12   Well, the reason I need to know
13 about her medical history is she's
14 making a claim for lost income. And
15 if she wasn't able to work, then
16 certainly lost income is not something
17 that she can claim against any of the
18 defendants, so I need to explore that.
19 MR. ANDRY:
20   I'll give you some latitude. I
21 mean, other than that --
22 MR. TREEBY:
23   I think you're absolutely
24 entitled to the information.
25 EXAMINATION BY MS. CLAYMAN:

Page 71

1  Q. Okay. How did your diagnosis, your
2  brain tumor diagnosis come about, did you have
3  symptoms?
4  A. Yes.
5  Q. What kind of symptoms?
6  A. Um -- I had numbness in my face,
7  numbness in my mouth.
8  Q. Were you able to drive?
9  A. Uh-huh. Yes.
10 Q. And read?
11 A. Yes.
12 Q. When did you begin treatment for the
13 brain tumor?
14 A. In January of '06.
15 Q. So you were not -- you were no longer
16 living at your sister's house in Prairieville
17 at that time.
18 A. Correct.
19 Q. And when did your treatment end?
20 A. In January of '06.
21 Q. So the treatment lasted for how long?
22 A. It was actually three days of
23 radiation.
24 Q. Would you say that at any time between
25 October 2005 and the end of your treatment in

Page 72

1  January 2006 that you were medically unable to
2  work?
3  A. No.
4  Q. During this period, the doctor did not
5  put any restrictions on your physical activity?
6  A. No.
7  Q. Were you unusually tired?
8  A. Um -- the radiation I had, um --
9  doesn't really kick in until three months
10 later.
11 Q. I see.
12 A. Um -- it's a deep radiation, and the
13 swelling and all that doesn't occur until three
14 months later.
15 Q. So you began to feel symptoms from the
16 radiation in about March of 2006?
17 A. About April.
18 Q. April 2006. After you left your
19 sister's house in Prairieville, where did you
20 go next?
21 A. Went to an apartment called Lakeside
22 Oaks.
23 Q. And did you have -- did you sign a
24 lease agreement that apartment?
25 A. Yes.

18 (Pages 69 to 72)

JOHNS, PENDLETON COURT REPORTERS											504 219-1993

Page 73

1  Q. Was that a six-month lease or longer?
2  A. I believe it was six months, because
3  we left at the end of May of '06.
4  Q. Okay. And Lakeside Oaks is located in
5  Gonzales, Louisiana?
6  A. Yes.
7  Q. That's right next to Prairieville,
8  right?
9  A. Like a block apart.
10  Q. Okay. So we'll refer to it as the
11  Prairieville apartment.
12  A. That's fine. That's fine.
13  Q. Do you recall if you received rental
14  assistance during the period that you were
15  living in the Prairieville apartment?
16  A. I believe we did.
17  Q. And from whom did receive that
18  assistance?
19  A. FEMA.
20  Q. Do you know how much that was a month?
21  A. I'm not sure.
22  Q. Do you have any records relating to
23  the assistance you received?
24  A. Um -- I'm sure we turned them in.
25  Q. And how long did you live in the

Page 74

1  apartment in Prairieville?
2  A. We moved out in, um -- the end of May
3  of '06.
4  Q. And I believe you said a little while
5  ago that you started feeling symptoms from your
6  radiation treatment in about April of 2006?
7  A. Yes.
8  Q. What kind of symptoms were those?
9  A. Headaches.
10  Q. Anything else?
11  A. Nope.
12  Q. Was there any reason that you could
13  not work between April 2006 and May 2006?
14  A. No.
15  Q. Did you look for work at all while you
16  were living in your apartment in Prairieville?
17  A. No.
18  Q. Why is that?
19  A. Because we weren't going to stay.
20  Q. Okay. While you were living in the
21  apartment in Prairieville, did you make trips
22  down to your house on Hamlet Drive?
23  A. Yes.
24  Q. How frequently did you go down there?
25  A. I'm not sure. We went a few times.

Page 75

1  Q. While you were physically at the
2  location of your house, did you make any lists
3  of contents that were in the house?
4  A. While we were at the house?
5  Q. Yeah.
6  A. No.
7  Q. By the time you left the Lakeside Oaks
8  apartment in June 2006, could you have moved
9  back to Chalmette if you had wanted to?
10  A. No.
11  Q. It was not open for long-term
12  residency at that time?
13  A. There was no place to stay.
14  Q. At that time, during 2006, had you
15  decided that you did not want to rebuild your
16  house?
17  A. No. We hadn't made that decision.
18  Q. Do you know when you made that
19  decision?
20  A. Not exactly sure.
21  Q. After you left Prairieville in
22  June 2006, you moved to Covington, right?
23  A. Yes.
24  Q. And your residence was 28 Park Place,
25  is that right?

Page 76

1  A. Yes.
2  Q. And you moved to Covington in time for
3  your daughter Katie to start school at Hannan,
4  is that right?
5  A. Renee started school in August at
6  Hannan, yes.
7  Q. Is that the only reason you decided to
8  move to Covington?
9  A. Yes.
10  Q. How much was your rent at the
11  apartment in Covington?
12  A. Um -- I think it was eight hundred and
13  something a month.
14  Q. How long did you live in that
15  apartment on Park Place?
16  A. We lived there from, say, June of '06
17  until February '08.
18  Q. Why did you leave in February '08?
19  A. Um -- my daughter Katie was -- moved
20  back in with us, and we needed a third bedroom.
21  Q. Were you diagnosed with pneumonia
22  before or after you moved to Covington?
23  A. After.
24  Q. And how did that diagnosis come about?
25  A. I started having chest pain.

JEANNINE ARMSTRONG                                    September 13, 2011

Page 77

1   Q. When did you seek treatment for the
2 chest pain?
3   A. In June.
4   Q. And what kind of treatment did you
5 receive?
6   A. Antibiotics.
7   Q. And at some point did the infection or
8 the pneumonia spread to your back?
9   A. Yes.
10  Q. When was that?
11  A. I was diagnosed with that in
12 September -- August or September of '06.
13  Q. Okay. Between June of 2006 and August
14 of 2006, before you were diagnosed with an
15 infection in your back, was there any medical
16 reason why you could not work?
17  A. I'm sorry. Can you say that again?
18  Q. When you moved to Covington, did you
19 look for full-time employment?
20  A. No.
21  Q. Did you look for any kind of
22 employment?
23  A. No.
24  Q. Why not?
25  A. Well, we were just getting settled in

Page 78

1 a place, we, um -- were trying to get Renee --
2 make sure she was registered at school and all
3 of that.
4   Q. Okay. Was there any medical reason
5 why when you moved to Covington in June 2006
6 that you were not looking for work?
7   A. No.
8   Q. Okay. When you were diagnosed with
9 the -- I don't know what to call the infection
10 that spread to your vertebrae in your back.
11 What is that called?
12  A. Osteomyelitis.
13  Q. When you were diagnosed with
14 osteomyelitis, what kind of treatment did you
15 seek?
16  A. I went to the doctor.
17  Q. And what kind of treatment did he
18 prescribe?
19  A. I was put in the hospital.
20  Q. And that was in September of 2006?
21  A. Yes.
22  Q. How long did you stay in the hospital?
23  A. Four or five weeks.
24  Q. So you got out of the hospital in
25 early November 2006?

Page 79

1   A. Early October.
2   Q. And did you have surgery while you
3 were in the hospital?
4   A. Yes.
5   Q. So was that at West Jefferson?
6   A. Yes.
7   Q. How many surgeries did you have?
8   A. Two.
9   Q. When you were released from the
10 hospital in early 2006, did the doctor place
11 any restrictions on your physical activities?
12  A. In early 2006?
13  Q. I'm sorry. In early October 2006. Or
14 in October -- you were released from the
15 hospital in October 2006?
16  A. Yes.
17  Q. When in October 2006? Do you know?
18  A. The beginning of October, like around
19 October -- the first two weeks of October.
20  Q. Okay. When you were released from
21 West Jefferson, did the doctor put any
22 restrictions on your physical activities?
23  A. Yes.
24  Q. What kind of restrictions were those?
25  A. I had just gotten out the hospital

Page 80

1 after five weeks. Two back surgeries -- I
2 couldn't do much.
3   Q. At what point after the surgery were
4 you able to work again?
5   A. Um --
6   Q. If you wanted to?
7   A. In the summer of '07.
8   Q. As of your July 9th, 2007 deposition
9 you had testified that you had not started
10 looking for work as of July 9. Do you remember
11 that?
12  A. Yes.
13  Q. Do you know how long after the
14 deposition on July 9th that you began looking
15 for work?
16  A. Um -- I'm not sure, but I started
17 working at Houma in August of '07.
18  Q. And how would you describe your job
19 search when you began looking for a job, was it
20 difficult?
21  A. I started looking in the newspaper.
22  Q. And how many jobs did you apply to?
23  A. Um -- I sent my résumé to a few.
24 There really wasn't that many jobs available.
25  Q. Were you only looking for a part-time

20 (Pages 77 to 80)

JOHNS, PENDLETON COURT REPORTERS                              504 219-1993

Page 169

1  WITNESS' CERTIFICATE
2
3      I, JEANNINE ARMSTRONG, do hereby
4  certify that the foregoing testimony was given
5  by me, and that the transcription of said
6  testimony, with corrections and/or changes, if
7  any, is true and correct as given by me on the
8  aforementioned date.
9
10  _____    _____
11  DATE SIGNED       JEANNINE ARMSTRONG
12
13  _____ Signed with corrections as noted.
14
15  _____ Signed with no corrections noted.
16
17
18
19
20
21
22
23
24
25  DATE TAKEN: September 13th, 2011

Page 170

1       REPORTER'S CERTIFICATE
2       I, JOSEPH A. FAIRBANKS, JR., CCR, RPR,
3  Certified Court Reporter in and for the State
4  of Louisiana, do hereby certify that the
5  aforementioned witness, after having been first
6  duly sworn by me to testify to the truth, did
7  testify as hereinabove set forth;
8       That said deposition was taken by me
9  in computer shorthand and thereafter
10 transcribed under my supervision, and is a true
11 and correct transcription to the best of my
12 ability and understanding.
13      I further certify that I am not of
14 counsel, nor related to counsel or the parties
15 hereto, and am in no way interested in the
16 result of said cause.
17
18
19
20
21
22
23
24      JOSEPH A. FAIRBANKS, JR., CCR, RPR
25      CERTIFIED COURT REPORTER #75005