UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * | SECTION "K" (2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |

## MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE EVIDENCE REGARDING ECONOMIC LOSS CLAIMS

Defendant Washington Group International, Inc. ("WGII") respectfully moves this Court for leave to file its Reply Brief in Support of Motion to Exclude Evidence Regarding Economic Loss Claims.

**WHEREFORE**, WGII moves the Court to grant WGII's motion and issue the proposed order attached hereto.

1078831v.1

Dated:  February 22, 2012

Respectfully submitted,

/s/William D. Treeby
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
　　Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Reply Brief in Support of Motion to Exclude Evidence Regarding Economic Loss Claims has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 22nd day of February, 2012.

/s/William D. Treeby

1078831v.1