**KENNETH ARMSTRONG (MRGO)**                                7/9/2007

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION
          NO. 05-4182
           "K" (2)
PERTAINS TO: MRGO        JUDGE DUVAL
FILED IN: 05-4181, 05-4182,   MAG. WILKINSON
05-5237, 05-6073, 05-6314,
05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885,
06-2152, 06-2278, 06-2287,
06-2824, 06-4024, 06-4065,
06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155,
06-5159, 06-5161, 06-5162,
06-5260, 06-5771, 06-5786,
06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

    Videotaped Deposition of
  KENNETH PAUL ARMSTRONG, JR.,
28 Park Place Drive, Apartment 601, Covington,
Louisiana 70433, taken in the offices of
Bruno & Bruno, 855 Baronne Street, New
Orleans, Louisiana 70113, on Monday, the 9th
day of July, 2007, beginning at 9:26 A.M.

Page 2

1  APPEARANCES:
2
3    ANDRY LAW FIRM
      (BY: GILBERT V. ANDRY, IV, ESQ.)
4    2nd Floor
     622 Baronne Street
5    New Orleans, Louisiana 70113
         ATTORNEYS FOR THE PLAINTIFFS
6
7    LABORDE & NEUNER
      (BY: GREGORY A. KOURY)
8    Suite 200
     One Petroleum Center
9    1001 West Pinhook Road
     Lafayette, Louisiana 70503
10       ATTORNEYS FOR THE BOARD OF
         COMMISSIONERS FOR THE
11       ORLEANS LEVEE DISTRICT
         (NOT PRESENT)
12
13   DUPLASS, ZWAIN, BOURGEOIS, MORTON,
     PFISTER & WEINSTOCK
14    (BY: ANDREW D. WEINSTOCK, ESQ.)
     Suite 2900
15   3838 North Causeway Boulevard
     Metairie, Louisiana 70002
16       ATTORNEYS FOR THE BOARD OF
         COMMISSIONERS FOR THE LAKE BORGNE
17       BASIN LEVEE DISTRICT
18
     STONE PIGMAN WALTHER WITTMANN
19    (BY: JAMES C. GULOTTA, JR., ESQ.)
     546 Carondelet Street
20   New Orleans, Louisiana 70130-3588
21       AND
22   JONES DAY
      (BY: WILLIAM E. MARPLE, ESQ.)
23   2727 North Harwood Street
     Dallas, Texas 75201-1515
24       ATTORNEYS FOR WASHINGTON GROUP
         INTERNATIONAL, INC.
25

Page 3

1  APPEARANCES CONTINUED:
2
3
4  VIDEOTAPED BY:
5     Gilly Delorimier
      Depo-Vue, Inc.
6
7
8  REPORTED BY:
      ROGER D. JOHNS, RMR, CRR, RDR, CSR
9     Certified Court Reporter
      State of Louisiana

Page 4

              I N D E X

                            PAGE
Armstrong Exhibit 1................ 67
Exhibit 2.......................... 87
Exhibit 2.......................... 96
Exhibit 3.......................... 98
Exhibit 4.......................... 98
Exhibit 5......................... 119
Exhibit 6......................... 124
Exhibit 7......................... 124
8................................. 124
Exhibit 10........................ 131
Exhibit 9......................... 132
Exhibit 11........................ 139
Exhibit 12........................ 139
Armstrong 13...................... 140
Exhibit 14........................ 141


EXAMINATION BY MR. MARPLE:.......... 6
EXAMINATION BY MR. WEINSTOCK:..... 145
EXAMINATION BY MR. MARPLE:........ 159

**JOHNS PENDLETON COURT REPORTERS**     EXHIBIT 1     1 (Pages 1 to 4)
                                                     800 562-1285

Page 9

1   Q.  What did you do?
2   A.  I first started out as a helper on a
3   truck for Anheiser-Busch.
4   Q.  And when you say a helper, I take it
5   you were loading and unloading cases of beer
6   at retailers?
7   A.  Correct.
8   Q.  And when did you and Jeannine get
9   married?
10  A.  '82.
11  Q.  And I understand she's a Registered
12  Nurse?
13  A.  Correct.
14  Q.  And when did she finish up her
15  schooling?
16  A.  I am guessing here.  Maybe 12 years,
17  13 years ago.
18  Q.  Before she was a Registered Nurse,
19  what did she do?
20  A.  She worked for doctors' offices and
21  things like that, if my memory serves me
22  right.
23  Q.  And have you been in the beer
24  business the whole time since you started
25  working?

Page 10

1   A.  Correct.
2   Q.  Where are you employed now?
3   A.  Yes, that same place.  Southern
4   Eagle.  Anheiser-Busch sold out to an
5   individual which is named Southern Eagle now.
6   Q.  But basically it's the same --
7   A.  Correct.
8   Q.  -- outfit?
9   A.  The same responsibilities, the same
10  thing.
11  Q.  And just let me remind you, you are
12  anticipating my questions just a hair --
13  A.  Okay.
14  Q.  -- and answering before I finish.
15  A.  Okay.
16  Q.  And I apologize for doing that.
17  A.  No, no, that's fine.  Okay.
18  Q.  And where is Southern Eagle located?
19  A.  Metairie, Louisiana.
20  Q.  And do you work out of an office
21  there?
22  A.  Yes, I do.
23  Q.  And pre-Katrina, the same place?
24  A.  Yes.
25  Q.  You live in Covington now; right?

Page 11

1   A.  Correct.
2   Q.  In an apartment?
3   A.  Yes.
4   Q.  Anybody besides Jeannine live there
5   with you?
6   A.  My youngest daughter.
7   Q.  Okay.  What's her anme?
8   A.  Renee.
9   Q.  How old is Renee?
10  A.  16.
11  Q.  Let's get the other kids.  I might
12  have missed those.  How many children do you
13  have?
14  A.  I have Kenny, who's 23; Katie, who's
15  20.  She has an apartment in Baton Rouge, but
16  she also stays with us in the summertime and
17  on weekends at times.
18  Q.  And then Renee is 16?
19  A.  Correct.
20  Q.  Can you just tell us generally what
21  your Hurricane Katrina experience was, where
22  you were before, during, and after?
23  A.  We evacuated on Sunday morning about
24  3:00 A.M. before the storm hit.  We evacuated
25  to Baton Rouge, Louisiana at the Lod Cook

Page 12

1   Conference Center, which is a hotel on LSU's
2   campus, and we actually stayed there until --
3   I am not exactly sure, a month, month and a
4   half.
5   Q.  And how long -- Well, let's ask you
6   -- let's just say the storm hit New Orleans
7   about 6:00 A.M., I mean, is that fair enough,
8   on the 29th?  Just roughly.
9   A.  I guess, yeah.
10  Q.  And how long before that did you
11  evacuate?
12  A.  If it hit 6:00 A.M. on Monday
13  morning?
14  Q.  Correct.
15  A.  Maybe 27 to 30 hours.
16  Q.  And who was living with you at the
17  time that evacuated with you?
18  A.  My whole family.  Me and my three
19  children.
20  Q.  Was Kenny living with you at that
21  time?
22  A.  Yes, he was.
23  Q.  And Katie?
24  A.  Yes.  Well, she was actually living
25  still, you know, -- but she was actually up in

3 (Pages 9 to 12)