**KENNETH ARMSTRONG, SR.**  **September 12, 2011**

### Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION        NO. 05-4182 K2
                JUDGE DUVAL
PERTAINS TO MRGO        MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
    05-6314, 05-6324, 05-6327, 05-6359,
    06-0225, 06-0886, 06-1885, 06-2152,
    06-2278, 06-2287, 06-2824, 06-4024,
    06-4065, 06-4066, 06-4389, 06-4634,
    06-4931, 06-5032, 06-5155, 06-5159,
    06-5156, 06-5162, 06-5260, 06-5771,
    06-5786, 06-5937, 07-0206, 07-0621,
    07-1073, 07-1271, 07-1285

           * * *

    Deposition of KENNETH PAUL ARMSTRONG,
SR., given at the offices of Bruno & Bruno, 855
Baronne Street, New Orleans, Louisiana 70113,
on September 12th, 2011.
REPORTED BY:
    JOSEPH A. FAIRBANKS, JR., CCR, RPR
    CERTIFIED COURT REPORTER #75005

### Page 2

1  APPEARANCES:
2
3  REPRESENTING THE PLAINTIFFS:
4      LAW OFFICE OF GERALD N. ANDRY, JR.
5      (BY:  GERALD N. ANDRY, JR., ESQUIRE)
6      710 Carondelet Street
7      New Orleans, Louisiana 70130
8      504-581-4334
9  - AND -
10     DEGRAVELLES, PALMINTIER, HOLTHAUS &
11     FRUGE, L.L.P.
12     (BY:  JOSHUA M. PALMINTIER, ESQUIRE)
13     618 Main Street
14     Baton Rouge, Louisiana 70801-1910
15     225-344-3735
16 - AND -
17     THE ANDRY LAW GROUP, LLC
18     (BY:  JONATHAN B. ANDRY, ESQUIRE)
19     610 Baronne Street
20     New Orleans, Louisiana 70113-1004
21     504-525-5535

### Page 3

1  REPRESENTING THE UNITED STATES OF AMERICA:
2      U.S. DEPARTMENT OF JUSTICE
3      (BY:  JAMES F. O'CONNON, JR., ESQUIRE)
4      Torts Branch, Civil Division
5      P.O. Box 888
6      Benjamin Franklin Station
7      Washington, D.C. 20044
8      202-616-4289
9
10 REPRESENTING WASHINGTON GROUP INTERNATIONAL,
11     INC.:
12     JONES DAY
13     (BY:  DEBRA S. CLAYMAN, ESQUIRE)
14     51 Louisiana Avenue, N.W.
15     Washington, D.C. 20001-2113
16     202-879-4645
17 - and -
18     STONE PIGMAN WALTHER WITTMANN, L.L.C.
19     (BY:  WILLIAM D. TREEBY, ESQUIRE)
20     (BY:  JAY C. GULOTTA, ESQUIRE)
21     546 Carondelet Street
22     New Orleans, Louisiana 70130
23     504-581-3200
24
25 VIDEOGRAPHER:  KEN HART (HART VIDEO)

### Page 4

        E X A M I N A T I O N   I N D E X

EXAMINATION BY:                   PAGE
MS. CLAYMAN  ...............................8
MR. MCCONNON ..............................317

        E X H I B I T   I N D E X

EXHIBIT NO.                      PAGE
Exhibit 1    ...............................62
Exhibit 2    ...............................99
Exhibit 3    ...............................139
Exhibit 4    ...............................162
Exhibit 5    ...............................171
Exhibit 6    ...............................188
Exhibit 7    ...............................241
Exhibit 8    ...............................248
Exhibit 9    ...............................254
Exhibit 10   ...............................258
Exhibit 11   ...............................260
Exhibit 12   ...............................263
Exhibit 13   ...............................276
Exhibit 14   ...............................279
Exhibit 15   ...............................284
Exhibit 16   ...............................296

Page 17

1   most of the time.  She's a student at LSU.
2       Q.  And is she living with you during the
3   summer?
4       A.  Correct.
5       Q.  And where are you living now?
6       A.  Meraux, Louisiana.
7       Q.  Can you give me your address?
8       A.  2400 Aramis Drive.
9       Q.  That's in St. Bernard Parish?
10      A.  Correct.
11      Q.  How far from your prior house in
12  Chalmette on Hamlet Drive is that?
13      A.  Um -- probably about four miles.  Four
14  and a half miles.
15      Q.  Four miles in which direction?
16      A.  Going more southeast.
17      Q.  So are you closer to the Mississippi
18  River?
19      A.  Correct.
20      Q.  And how long have you been living on
21  Aramis Drive?
22      A.  Um -- about a year and a half.  Year
23  and three months, something like that.
24      Q.  This is a house; right?
25      A.  Yes, ma'am.

Page 18

1       Q.  Okay.  Do you own the house?
2       A.  I own a 15-year mortgage.
3       Q.  Do you remember when you purchased it?
4       A.  Um -- last year, June of last year.
5       Q.  Can you give me a brief description of
6   the house?  How big is it?
7       A.  About 2700 square foot living, 3100
8   total under roof.
9       Q.  How many levels?
10      A.  One.
11      Q.  And how many bedrooms?
12      A.  Five.
13      Q.  How many baths?
14      A.  Um -- two and a half.
15      Q.  And when was the house built?
16      A.  I'm not sure.
17      Q.  You bought it from somebody else?
18      A.  Bought it redone after the storm.
19      Q.  Do you know what happened to that
20  house during Katrina?
21      A.  Um -- I know it was flooded.  I'm not
22  exactly sure what was the extent of the damage.
23      Q.  Okay.  I'm going to update your
24  employment information now.
25          Are you still working for Southern

Page 19

1   Eagle Sales and Services?
2       A.  Yes.
3       Q.  And I believe at the time of your last
4   deposition your title was district sales
5   manager.  Is that still your title?
6       A.  Team leader, now.
7       Q.  So --
8       A.  Same title, changed name.
9       Q.  So is that a promotion or --
10      A.  No.  No.  It was just a different
11  owner of the company, and he changed the
12  titles, that's all.
13      Q.  Have your responsibilities changed and
14  all?
15      A.  No.
16      Q.  Are you still responsible for the same
17  area in Chalmette?
18      A.  Well, now.  I wasn't, now I'm back in
19  Chalmette, New Orleans.
20      Q.  How long were you not in Chalmette?
21      A.  Um -- April of last year -- let's see.
22  I was gone about a year and a half.  I was
23  working Plaquemines -- the west bank of this
24  area.
25      Q.  That's Plaquemines Parish?

Page 20

1       A.  Yeah.  Where the oil spill was.
2       Q.  Why were you moved to Plaquemines
3   Parish?
4       A.  Just when they came they changed the
5   district territory.  We don't change sales
6   people.  We changed the team leader.
7       Q.  And your change from working in
8   Chalmette to Plaquemines Parish, did that have
9   anything to do with Hurricane Katrina?
10      A.  No.  No, unh-unh.
11      Q.  And when did you go back to working in
12  Chalmette?
13      A.  August the 5th of this year.
14      Q.  Is your wife Jeannine currently
15  working?
16      A.  Yes.
17      Q.  And where is she working?
18      A.  Um -- on Houma, in Metairie.  It's the
19  same day surgery center.  I'm not exactly sure
20  of the name.
21      Q.  When did she start working there?
22      A.  I'm not sure.
23      Q.  Do you know what her position is?
24      A.  She's a nurse.
25      Q.  Is this a part-time job or full-time?