UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * | SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## **O R D E R**

Considering the foregoing Motion for Leave to File Reply Brief in Support of Motion to Exclude Evidence Regarding Economic Loss Claims;

**IT IS ORDERED** that the motion is **GRANTED** and that Washington Group International, Inc. may file its Reply Brief in Support of Motion to Exclude Evidence Regarding Economic Loss Claims.

New Orleans, Orleans, Louisiana, this __23rd__ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

1078833v.1