**KENNETH ARMSTRONG (MRGO)**  7/9/2007

---

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION
             NO. 05-4182
             "K" (2)
PERTAINS TO: MRGO          JUDGE DUVAL
FILED IN:  05-4181, 05-4182,    MAG. WILKINSON
05-5237, 05-6073, 05-6314,
05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885,
06-2152, 06-2278, 06-2287,
06-2824, 06-4024, 06-4065,
06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155,
06-5159, 06-5161, 06-5162,
06-5260, 06-5771, 06-5786,
06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

       Videotaped Deposition of
    KENNETH PAUL ARMSTRONG, JR.,
28 Park Place Drive, Apartment 601, Covington,
Louisiana 70433, taken in the offices of
Bruno & Bruno, 855 Baronne Street, New
Orleans, Louisiana 70113, on Monday, the 9th
day of July, 2007, beginning at 9:26 A.M.

---

Page 2

APPEARANCES:

ANDRY LAW FIRM
   (BY: GILBERT V. ANDRY, IV, ESQ.)
   2nd Floor
   622 Baronne Street
   New Orleans, Louisiana 70113
      ATTORNEYS FOR THE PLAINTIFFS

LABORDE & NEUNER
   (BY: GREGORY A. KOURY)
   Suite 200
   One Petroleum Center
   1001 West Pinhook Road
   Lafayette, Louisiana 70503
      ATTORNEYS FOR THE BOARD OF
      COMMISSIONERS FOR THE
      ORLEANS LEVEE DISTRICT
         (NOT PRESENT)

DUPLASS, ZWAIN, BOURGEOIS, MORTON,
PFISTER & WEINSTOCK
   (BY: ANDREW D. WEINSTOCK, ESQ.)
   Suite 2900
   3838 North Causeway Boulevard
   Metairie, Louisiana 70002
      ATTORNEYS FOR THE BOARD OF
      COMMISSIONERS FOR THE LAKE BORGNE
      BASIN LEVEE DISTRICT

STONE PIGMAN WALTHER WITTMANN
   (BY: JAMES C. GULOTTA, JR., ESQ.)
   546 Carondelet Street
   New Orleans, Louisiana 70130-3588
      AND
JONES DAY
   (BY: WILLIAM E. MARPLE, ESQ.)
   2727 North Harwood Street
   Dallas, Texas 75201-1515
      ATTORNEYS FOR WASHINGTON GROUP
      INTERNATIONAL, INC.

---

Page 3

APPEARANCES CONTINUED:

VIDEOTAPED BY:
   Gilly Delorimier
   Depo-Vue, Inc.

REPORTED BY:
   ROGER D. JOHNS, RMR, CRR, RDR, CSR
   Certified Court Reporter
   State of Louisiana

---

Page 4

I N D E X

                                              PAGE
Armstrong Exhibit 1........................ 67
Exhibit 2.................. 87
Exhibit 2.................. 96
Exhibit 3.................. 98
Exhibit 4.................. 98
Exhibit 5................. 119
Exhibit 6................. 124
Exhibit 7................. 124
8......... 124
Exhibit 10............... 131
Exhibit 9................ 132
Exhibit 11............... 139
Exhibit 12............... 139
Armstrong 13............. 140
Exhibit 14............... 141

EXAMINATION BY MR. MARPLE:.................. 6
EXAMINATION BY MR. WEINSTOCK:............. 145
EXAMINATION BY MR. MARPLE:................ 159

---

JOHNS PENDLETON COURT REPORTERS     EXHIBIT 1     1 (Pages 1 to 4)     800 562-1285

Page 9

1  Q. What did you do?
2  A. I first started out as a helper on a
3  truck for Anheiser-Busch.
4  Q. And when you say a helper, I take it
5  you were loading and unloading cases of beer
6  at retailers?
7  A. Correct.
8  Q. And when did you and Jeannine get
9  married?
10 A. '82.
11 Q. And I understand she's a Registered
12 Nurse?
13 A. Correct.
14 Q. And when did she finish up her
15 schooling?
16 A. I am guessing here. Maybe 12 years,
17 13 years ago.
18 Q. Before she was a Registered Nurse,
19 what did she do?
20 A. She worked for doctors' offices and
21 things like that, if my memory serves me
22 right.
23 Q. And have you been in the beer
24 business the whole time since you started
25 working?

Page 10

1  A. Correct.
2  Q. Where are you employed now?
3  A. Yes, that same place. Southern
4  Eagle. Anheiser-Busch sold out to an
5  individual which is named Southern Eagle now.
6  Q. But basically it's the same --
7  A. Correct.
8  Q. -- outfit?
9  A. The same responsibilities, the same
10 thing.
11 Q. And just let me remind you, you are
12 anticipating my questions just a hair --
13 A. Okay.
14 Q. -- and answering before I finish.
15 A. Okay.
16 Q. And I apologize for doing that.
17 A. No, no, that's fine. Okay.
18 Q. And where is Southern Eagle located?
19 A. Metairie, Louisiana.
20 Q. And do you work out of an office
21 there?
22 A. Yes, I do.
23 Q. And pre-Katrina, the same place?
24 A. Yes.
25 Q. You live in Covington now; right?

Page 11

1  A. Correct.
2  Q. In an apartment?
3  A. Yes.
4  Q. Anybody besides Jeannine live there
5  with you?
6  A. My youngest daughter.
7  Q. Okay. What's her anme?
8  A. Renee.
9  Q. How old is Renee?
10 A. 16.
11 Q. Let's get the other kids. I might
12 have missed those. How many children do you
13 have?
14 A. I have Kenny, who's 23; Katie, who's
15 20. She has an apartment in Baton Rouge, but
16 she also stays with us in the summertime and
17 on weekends at times.
18 Q. And then Renee is 16?
19 A. Correct.
20 Q. Can you just tell us generally what
21 your Hurricane Katrina experience was, where
22 you were before, during, and after?
23 A. We evacuated on Sunday morning about
24 3:00 A.M. before the storm hit. We evacuated
25 to Baton Rouge, Louisiana at the Lod Cook

Page 12

1  Conference Center, which is a hotel on LSU's
2  campus, and we actually stayed there until --
3  I am not exactly sure, a month, month and a
4  half.
5  Q. And how long -- Well, let's ask you
6  -- let's just say the storm hit New Orleans
7  about 6:00 A.M., I mean, is that fair enough,
8  on the 29th? Just roughly.
9  A. I guess, yeah.
10 Q. And how long before that did you
11 evacuate?
12 A. If it hit 6:00 A.M. on Monday
13 morning?
14 Q. Correct.
15 A. Maybe 27 to 30 hours.
16 Q. And who was living with you at the
17 time that evacuated with you?
18 A. My whole family. Me and my three
19 children.
20 Q. Was Kenny living with you at that
21 time?
22 A. Yes, he was.
23 Q. And Katie?
24 A. Yes. Well, she was actually living
25 still, you know, -- but she was actually up in