Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION          NO. 05-4182 K2
                                 JUDGE DUVAL
PERTAINS TO MRGO                 MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
     05-6314, 05-6324, 05-6327, 05-6359,
     06-0225, 06-0886, 06-1885, 06-2152,
     06-2278, 06-2287, 06-2824, 06-4024,
     06-4065, 06-4066, 06-4389, 06-4634,
     06-4931, 06-5032, 06-5155, 06-5159,
     06-5156, 06-5162, 06-5260, 06-5771,
     06-5786, 06-5937, 07-0206, 07-0621,
     07-1073, 07-1271, 07-1285

                 * * *

     Deposition of KENNETH PAUL ARMSTRONG,
SR., given at the offices of Bruno & Bruno, 855
Baronne Street, New Orleans, Louisiana 70113,
on September 12th, 2011.
REPORTED BY:
     JOSEPH A. FAIRBANKS, JR., CCR, RPR
     CERTIFIED COURT REPORTER #75005

Page 2

APPEARANCES:

REPRESENTING THE PLAINTIFFS:
    LAW OFFICE OF GERALD N. ANDRY, JR.
    (BY:  GERALD N. ANDRY, JR., ESQUIRE)
    710 Carondelet Street
    New Orleans, Louisiana 70130
    504-581-4334
- AND -
    DEGRAVELLES, PALMINTIER, HOLTHAUS &
    FRUGE, L.L.P.
    (BY:  JOSHUA M. PALMINTIER, ESQUIRE)
    618 Main Street
    Baton Rouge, Louisiana 70801-1910
    225-344-3735
- AND -
    THE ANDRY LAW GROUP, LLC
    (BY:  JONATHAN B. ANDRY, ESQUIRE)
    610 Baronne Street
    New Orleans, Louisiana 70113-1004
    504-525-5535

Page 3

REPRESENTING THE UNITED STATES OF AMERICA:
    U.S. DEPARTMENT OF JUSTICE
    (BY:  JAMES F. O'CONNON, JR., ESQUIRE)
    Torts Branch, Civil Division
    P.O. Box 888
    Benjamin Franklin Station
    Washington, D.C. 20044
    202-616-4289

REPRESENTING WASHINGTON GROUP INTERNATIONAL,
    INC.:
    JONES DAY
    (BY:  DEBRA S. CLAYMAN, ESQUIRE)
    51 Louisiana Avenue, N.W.
    Washington, D.C. 20001-2113
    202-879-4645
- and -
    STONE PIGMAN WALTHER WITTMANN, L.L.C.
    (BY:  WILLIAM D. TREEBY, ESQUIRE)
    (BY:  JAY C. GULOTTA, ESQUIRE)
    546 Carondelet Street
    New Orleans, Louisiana 70130
    504-581-3200

VIDEOGRAPHER:  KEN HART (HART VIDEO)

Page 4

EXAMINATION INDEX

EXAMINATION BY:                    PAGE
MS. CLAYMAN  ...............8
MR. MCCONNON ...............317

EXHIBIT INDEX

EXHIBIT NO.                        PAGE
Exhibit 1    ...............62
Exhibit 2    ...............99
Exhibit 3    ...............139
Exhibit 4    ...............162
Exhibit 5    ...............171
Exhibit 6    ...............188
Exhibit 7    ...............241
Exhibit 8    ...............248
Exhibit 9    ...............254
Exhibit 10   ...............258
Exhibit 11   ...............260
Exhibit 12   ...............263
Exhibit 13   ...............276
Exhibit 14   ...............279
Exhibit 15   ...............284
Exhibit 16   ...............296

EXHIBIT J

1 (Pages 1 to 4)

Page 17

1  most of the time.  She's a student at LSU.
2     Q.  And is she living with you during the
3  summer?
4     A.  Correct.
5     Q.  And where are you living now?
6     A.  Meraux, Louisiana.
7     Q.  Can you give me your address?
8     A.  2400 Aramis Drive.
9     Q.  That's in St. Bernard Parish?
10    A.  Correct.
11    Q.  How far from your prior house in
12 Chalmette on Hamlet Drive is that?
13    A.  Um -- probably about four miles.  Four
14 and a half miles.
15    Q.  Four miles in which direction?
16    A.  Going more southeast.
17    Q.  So are you closer to the Mississippi
18 River?
19    A.  Correct.
20    Q.  And how long have you been living on
21 Aramis Drive?
22    A.  Um -- about a year and a half.  Year
23 and three months, something like that.
24    Q.  This is a house; right?
25    A.  Yes, ma'am.

Page 18

1     Q.  Okay.  Do you own the house?
2     A.  I own a 15-year mortgage.
3     Q.  Do you remember when you purchased it?
4     A.  Um -- last year, June of last year.
5     Q.  Can you give me a brief description of
6  the house?  How big is it?
7     A.  About 2700 square foot living, 3100
8  total under roof.
9     Q.  How many levels?
10    A.  One.
11    Q.  And how many bedrooms?
12    A.  Five.
13    Q.  How many baths?
14    A.  Um -- two and a half.
15    Q.  And when was the house built?
16    A.  I'm not sure.
17    Q.  You bought it from somebody else?
18    A.  Bought it redone after the storm.
19    Q.  Do you know what happened to that
20 house during Katrina?
21    A.  Um -- I know it was flooded.  I'm not
22 exactly sure what was the extent of the damage.
23    Q.  Okay.  I'm going to update your
24 employment information now.
25        Are you still working for Southern

Page 19

1  Eagle Sales and Services?
2     A.  Yes.
3     Q.  And I believe at the time of your last
4  deposition your title was district sales
5  manager.  Is that still your title?
6     A.  Team leader, now.
7     Q.  So --
8     A.  Same title, changed name.
9     Q.  So is that a promotion or --
10    A.  No.  No.  It was just a different
11 owner of the company, and he changed the
12 titles, that's all.
13    Q.  Have your responsibilities changed and
14 all?
15    A.  No.
16    Q.  Are you still responsible for the same
17 area in Chalmette?
18    A.  Well, now.  I wasn't, now I'm back in
19 Chalmette, New Orleans.
20    Q.  How long were you not in Chalmette?
21    A.  Um -- April of last year -- let's see.
22 I was gone about a year and a half.  I was
23 working Plaquemines -- the west bank of this
24 area.
25    Q.  That's Plaquemines Parish?

Page 20

1     A.  Yeah.  Where the oil spill was.
2     Q.  Why were you moved to Plaquemines
3  Parish?
4     A.  Just when they came they changed the
5  district territory.  We don't change sales
6  people.  We changed the team leader.
7     Q.  And your change from working in
8  Chalmette to Plaquemines Parish, did that have
9  anything to do with Hurricane Katrina?
10    A.  No.  No, unh-unh.
11    Q.  And when did you go back to working in
12 Chalmette?
13    A.  August the 5th of this year.
14    Q.  Is your wife Jeannine currently
15 working?
16    A.  Yes.
17    Q.  And where is she working?
18    A.  Um -- on Houma, in Metairie.  It's the
19 same day surgery center.  I'm not exactly sure
20 of the name.
21    Q.  When did she start working there?
22    A.  I'm not sure.
23    Q.  Do you know what her position is?
24    A.  She's a nurse.
25    Q.  Is this a part-time job or full-time?