MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 24, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO<br>Armstrong C.A. No. 10-866 | JUDGE DUVAL<br>MAG. WILKINSON |

As requested by counsel, a telephone conference was conducted on this date to discuss expert disclosure and discovery issues. Participating were: Joseph M. Bruno and Thomas Sims, counsel for plaintiffs; Jay Gulotta and Adrian Wager-Zito, representing defendant Washington Group International, Inc. ("WGI"); Robin Smith, counsel for the United States. Counsel discussed their continuing issues concerning the sufficiency of expert disclosures of the data relied upon in forming expert opinions and their continuing and substantial efforts to resolve their issues without court action. Counsel were again instructed that the previously issued scheduling order, Record Doc. No. 20592, concerning expert disclosures and discovery will not be altered. Otherwise, it was not possible based upon the oral discussion to resolve any of the issues. Counsel may file any motion

MJSTAR:  0 : 50

concerning these issues they may deem appropriate and notice any such motion for submission in the first instance before me.

                                                      JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**