UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

**UNITED STATES' PRELIMINARY LIST OF WITNESSES**

Pursuant to the Court's March 17, 2011, Minute Entry (Doc. Rec. No. 20200), as modified by the Court's November 23, 2011, (Doc. Rec. No. 20592), and December 9, 2011, (Doc. Rec. No. 20608), Orders, Defendant United States of America, through undersigned counsel, hereby submits this updated Preliminary List of Witnesses.[1]

As discovery in this case will not close until April 13, 2012, this Preliminary List has been prepared in good faith on the basis of the information currently available.

**FACT WITNESSES**

Walter Baumy
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: U.S. Army Corps of Engineers' geotechnical engineering practices

---

[1] If counsel wishes to contact any current or former federal employees, such contact must be made through counsel for the United States.

Louis D. Britsch
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: New Orleans soils

Gerald (Jerry) Coletti
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: U.S. Army Corps of Engineers' operations and maintenance of levees/floodwalls

Scott Davis
Housing and Urban Development
451 7th Street, SW
Washington, DC 20410
Subject Matter: Road Home Program benefits available to Hurricane Katrina victims

Gerald Dicharry
1813 Francis Avenue
Metairie, LA 70003
Subject Matter: Inner Harbor Navigation Canal Lock Replacement Project

Ernie Gonzales
(contact through Office of Counsel, David Dyer)
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: Witness to the events at the Inner Harbor Navigation Canal Lock during

2

Hurricane Katrina

John Grieshaber
U.S. Army Corps of Engineers
(contact through Office of Counsel, David Dyer)
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: U.S. Army Corps of Engineers' geotechnical engineering practices

Lee A. Guillory, P.E.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: Inner Harbor Navigation Canal Lock Replacement Project

Victor Landry
329 Virginia St.
New Orleans, LA 70124
Subject Matter: The Gulf Intracoastal Waterway and the Inner Harbor Navigation Canal

Mark Misczak
(contact through Office of Counsel, Kristen Shedd)
Federal Emergency Management Agency
500 C. St. SW, Room
Washington, DC 20472-3800
Subject Matter: FEMA benefits afforded to Hurricane Katrina victims

James A. Montegut
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267

3

*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter:  East Bank Industrial Area/Inner Harbor Navigation Canal task orders

Michael O'Dowd
(contact through Office of Counsel, David Dyer)
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267

*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: Witness to the events at the Inner Harbor Navigation Canal Lock during
        Hurricane Katrina

Richard Pinner
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
Subject Matter:  Inner Harbor Navigation Canal soil analysis

Richard Varuso
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: U.S. Army Corps of Engineers' geotechnical engineering practices

**EXPERT WITNESSES**

Dr. Thomas L. Brandon
200 Patton Hall
Blacksburg, VA  24061

Subject Matter: Geotechnical

James Danner
Denson Engineers, Inc.
2030 Dickory Avenue, Suite 104
Harahan, LA 70123
Subject Matter: Evaluation of plaintiffs' claims for real property damage

Dr. Robert G. Dean
Civil and Coastal Engineering Department
University of Florida
Gainesville, FL 32611
Subject Matter: Coastal Oceanography

Dr. Austin Dooley
P.O. Box 63, City Island, NY 10464
*(Mailing)*
76 Earley Street, City Island NY 10464
*(Physical)*
Subject Matter: Hurricane wind fields

Joseph B. Dunbar
United States Army Corps of Engineers
Geotechnical and Structures Laboratory
Engineer Research and Development Center
3909 Halls Ferry Road
Vicksburg, Mississippi 39180-6199
Subject Matter: Geologic history of the New Orleans area and its influence on the engineering
properties of the foundation soils beneath the levees.

Jean-Prieur Du Plessis
Madsen, Kneppers & Associates
600 Poydras Street, Suite 1150
New Orleans, LA 70130-6101
Subject Matter: Assessment of plaintiffs' claims for real property damage

Steve Fitzgerald
8306 Pheasant Glen Drive
Spring, TX 77379
Subject matter: Hydrology, hydraulics, and interior drainage

Patrick C. Lucia, Ph.D., P.E.
Geosyntec Consultants
1111 Broadway, 6th Floor
Oakland, CA 94607

Subject matter: Standard of Care

Dr. W. Allen Marr
Geocomp Corp.
125 Nagog Park
Acton, MA 01720
Subject Matter: Geotechnical

Dr. Mark D. Powell
Center for Ocean-Atmospheric Prediction Studies
Florida State University
Robert M. Johnson Building
2035 E. Paul Dirac Drive
Tallahassee, FL 32310
Subject Matter: Hurricane wind fields

Karl G. Schneider
Madsen, Kneppers & Associates
3300 Irvine Avenue, Suite 370
Newport Beach, CA 92660
Subject Matter: Assessment of plaintiffs' claims for movable property damage and additional
living expenses.

Holly Sharp
LaPorte Sehrt Romig Hand
111 Veterans Memorial Boulevard
Heritage Plaza, Suite 600
Metairie, LA 70005
Subject Matter: Assessment of plaintiffs' claims for loss of income

Timothy D. Stark
Stark Consultants, Inc.
401 West Indiana Avenue
Urbana, IL 61801
Subject Matter: Geotechnical analysis of floodwall failure

Michael W. Truax, MAI
Truax, Robles & Baldwin, LLC
3045 Ridgelake Drive
Suite 100
Metairie, LA 70002
Subject Matter: Commercial and private real estate appraisal.

Dr. Joannes Westerink
Department of Civil Engineering
 and Geological Science
University of Notre Dame
Notre Dame, IN 46556
Subject matter: Storm surge modeling.

Any witness listed by any other party.

Any witness called by any other party.

                                                      Respectfully submitted,

                                                      TONY WEST
                                                      Assistant Attorney General

                                                      PHYLLIS J. PYLES
                                                      Director, Torts Branch

                                                      JAMES G. TOUHEY, JR.
                                                      Assistant Director, Torts Branch

                                                     s/ James F. McConnon, Jr.
                                                      JAMES F. MCCONNON, JR.
                                                      Trial Attorney, Torts Branch, Civil Division
                                                      U.S. Department of Justice
                                                      Benjamin Franklin Station, P.O. Box 888
                                                      Washington, D.C.  20044
                                                      (202) 616-4400 / (202) 616-5200 (Fax)
Dated: March 2, 2012                        Attorneys for the United States

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 2, 2012, the foregoing United States' Preliminary

List of Witnesses was filed electronically.  Notice of this filing will be sent by e-mail to all

counsel of record by operation of the Court's electronic filing system.  Parties may access this

filing through the Court's system.

<u>/s/ James F. McConnon, Jr.</u>
JAMES F. MCCONNON, JR.