UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to Armstrong Plaintiffs' First Request for Production to Defendant United States dated May 16, 2011, the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

        MEB-144-000000003  to  MEB-144-000000024;
        MEB-144-000000025  to  MEB-144-000000044;
        MEB-144-000000045  to  MEB-144-000000064;
        MEB-144-000000065  to  MEB-144-000000087;
        MEB-144-000000088  to  MEB-144-000000109;
        MEB-144-000000110  to  MEB-144-000000131;
        MEB-144-000000132  to  MEB-144-000000153;

MEB-144-000000154 to MEB-144-000000173;
MEB-144-000000174 to MEB-144-000000191;
MEB-144-000000192 to MEB-144-000000224;
MEB-144-000000225 to MEB-144-000000248;
MEB-144-000000249 to MEB-144-000000260;
MEB-144-000000261 to MEB-144-000000290;
MEB-144-000000291 to MEB-144-000000314;
MEB-144-000000315 to MEB-144-000000381;
MEB-144-000000382 to MEB-144-000000409;
MEB-144-000000410 to MEB-144-000000428;
MEB-144-000000429 to MEB-144-000000485;
MEB-144-000000486 to MEB-144-000000526;
MEB-144-000000527 to MEB-144-000000548;
MEB-144-000000549 to MEB-144-000000598;
MEB-144-000000599 to MEB-144-000000599;
MEB-144-000000600 to MEB-144-000000642;
MEB-144-000000643 to MEB-144-000000666;
MEB-144-000000667 to MEB-144-000000724;
MEB-144-000000725 to MEB-144-000000763;
MEB-144-000000764 to MEB-144-000000828;
MEB-144-000000829 to MEB-144-000000857;
MEB-144-000000858 to MEB-144-000000907;
MEB-144-000000908 to MEB-144-000000934;
MEB-144-000000935 to MEB-144-000000950;
MEB-144-000000951 to MEB-144-000001003;
MEB-144-000001004 to MEB-144-000001035;
MEB-144-000001036 to MEB-144-000001045;
MEB-144-000001046 to MEB-144-000001095;
MEB-144-000001096 to MEB-144-000001118;
MEB-144-000001119 to MEB-144-000001121;
MEB-144-000001122 to MEB-144-000001151;
MEB-144-000001152 to MEB-144-000001167;
MEB-144-000001168 to MEB-144-000001175;
NCS-086-000000001 to NCS-086-000000002;
NCS-086-000000003 to NCS-086-000000005;
NCS-086-000000006 to NCS-086-000000007;
NCS-086-000000008 to NCS-086-000000008;
NCS-086-000000009 to NCS-086-000000009;
NCS-086-000000010 to NCS-086-000000010;
NCS-086-000000011 to NCS-086-000000011;
NCS-086-000000012 to NCS-086-000000012;
NCS-086-000000013 to NCS-086-000000014;
NCS-086-000000015 to NCS-086-000000017;

NCS-086-000000018 to NCS-086-000000019;
NCS-086-000000020 to NCS-086-000000020;
NCS-086-000000021 to NCS-086-000000021;
NCS-086-000000022 to NCS-086-000000022;
NCS-086-000000023 to NCS-086-000000024;
NCS-086-000000025 to NCS-086-000000026;
NCS-086-000000027 to NCS-086-000000028;
NCS-086-000000029 to NCS-086-000000029;
NCS-086-000000030 to NCS-086-000000030;
NCS-086-000000031 to NCS-086-000000031;
NCS-086-000000032 to NCS-086-000000032;
NCS-086-000000033 to NCS-086-000000034;
NCS-086-000000035 to NCS-086-000000037;
NCS-086-000000038 to NCS-086-000000038;
NCS-086-000000039 to NCS-086-000000039;
NCS-086-000000040 to NCS-086-000000040;
NCS-086-000000041 to NCS-086-000000042;
NCS-086-000000043 to NCS-086-000000043;
NCS-086-000000044 to NCS-086-000000044;
NCS-086-000000045 to NCS-086-000000046;
NCS-086-000000047 to NCS-086-000000049;
NCS-086-000000050 to NCS-086-000000050;
NCS-086-000000051 to NCS-086-000000051;
NCS-086-000000052 to NCS-086-000000052;
NCS-086-000000053 to NCS-086-000000053;
NCS-086-000000054 to NCS-086-000000054;
NCS-086-000000055 to NCS-086-000000056;
NCS-086-000000057 to NCS-086-000000057;
NCS-086-000000058 to NCS-086-000000058;
NCS-086-000000059 to NCS-086-000000059;
NCS-086-000000060 to NCS-086-000000060;
NCS-086-000000061 to NCS-086-000000061;
NCS-086-000000062 to NCS-086-000000062;
NCS-086-000000063 to NCS-086-000000063;
NCS-086-000000064 to NCS-086-000000065;
NCS-086-000000066 to NCS-086-000000068;
NCS-086-000000069 to NCS-086-000000070;
NCS-086-000000071 to NCS-086-000000071;
NCS-086-000000072 to NCS-086-000000072;
NCS-086-000000073 to NCS-086-000000073;
NCS-086-000000074 to NCS-086-000000075;
NCS-086-000000076 to NCS-086-000000076;
NCS-086-000000077 to NCS-086-000000077;

NCS-086-000000078 to NCS-086-000000078;
NCS-086-000000079 to NCS-086-000000079;
NCS-086-000000080 to NCS-086-000000080;
NCS-086-000000081 to NCS-086-000000081;
NCS-086-000000082 to NCS-086-000000082;
NCS-086-000000083 to NCS-086-000000083;
NCS-086-000000084 to NCS-086-000000084;
NCS-086-000000085 to NCS-086-000000086;
NCS-086-000000087 to NCS-086-000000089;
NCS-086-000000090 to NCS-086-000000090;
NCS-086-000000091 to NCS-086-000000091;
NCS-086-000000092 to NCS-086-000000092;
NCS-086-000000093 to NCS-086-000000093;
NCS-086-000000094 to NCS-086-000000094;
NCS-086-000000095 to NCS-086-000000096;
NCS-086-000000097 to NCS-086-000000099;
NCS-086-000000100 to NCS-086-000000100;
NCS-086-000000101 to NCS-086-000000101;
NCS-086-000000102 to NCS-086-000000102;
NCS-086-000000103 to NCS-086-000000103;
NCS-086-000000104 to NCS-086-000000104;
NCS-086-000000105 to NCS-086-000000106;
NCS-086-000000107 to NCS-086-000000109;
NCS-086-000000110 to NCS-086-000000111;
NCS-086-000000112 to NCS-086-000000112;
NCS-086-000000113 to NCS-086-000000113;
NCS-086-000000114 to NCS-086-000000114;
NCS-086-000000115 to NCS-086-000000115;
NCS-086-000000116 to NCS-086-000000117;
NCS-086-000000118 to NCS-086-000000119;
NCS-086-000000120 to NCS-086-000000120;
NCS-086-000000121 to NCS-086-000000121;
NCS-086-000000122 to NCS-086-000000123;
NCS-086-000000124 to NCS-086-000000126;
NCS-086-000000127 to NCS-086-000000127;
NCS-086-000000128 to NCS-086-000000128;
NCS-086-000000129 to NCS-086-000000129;
NCS-086-000000130 to NCS-086-000000130;
NCS-086-000000131 to NCS-086-000000131;
NCS-086-000000132 to NCS-086-000000133;
NCS-086-000000134 to NCS-086-000000136;
NCS-086-000000137 to NCS-086-000000137;
NCS-086-000000138 to NCS-086-000000138;

NCS-086-000000139 to NCS-086-000000139;
NCS-086-000000140 to NCS-086-000000141;
NCS-086-000000142 to NCS-086-000000142;
NCS-086-000000143 to NCS-086-000000143;
NCS-086-000000144 to NCS-086-000000144;
NCS-086-000000145 to NCS-086-000000145;
NCS-086-000000146 to NCS-086-000000146;
NCS-086-000000147 to NCS-086-000000147;
NCS-086-000000148 to NCS-086-000000148;
NCS-086-000000149 to NCS-086-000000150;
NCS-086-000000151 to NCS-086-000000153;
NCS-086-000000154 to NCS-086-000000155;
NCS-086-000000156 to NCS-086-000000156;
NCS-086-000000157 to NCS-086-000000157;
NCS-086-000000158 to NCS-086-000000159;
NCS-086-000000160 to NCS-086-000000160;
NCS-086-000000161 to NCS-086-000000161;
NCS-086-000000162 to NCS-086-000000162;
NCS-086-000000163 to NCS-086-000000164;
NCS-086-000000165 to NCS-086-000000167;
NCS-086-000000168 to NCS-086-000000168;
NCS-086-000000169 to NCS-086-000000169;
NCS-086-000000170 to NCS-086-000000170;
NCS-086-000000171 to NCS-086-000000172;
NCS-086-000000173 to NCS-086-000000173;
NCS-086-000000174 to NCS-086-000000174;
NCS-086-000000175 to NCS-086-000000175;
NCS-086-000000176 to NCS-086-000000176;
NCS-086-000000177 to NCS-086-000000177;
NCS-086-000000178 to NCS-086-000000178;
NCS-086-000000179 to NCS-086-000000179;
NCS-086-000000180 to NCS-086-000000181;
NCS-086-000000182 to NCS-086-000000184;
NCS-086-000000185 to NCS-086-000000186;
NCS-086-000000187 to NCS-086-000000187;
NCS-086-000000188 to NCS-086-000000188;
NCS-086-000000189 to NCS-086-000000189;
NCS-086-000000190 to NCS-086-000000191;
NCS-086-000000192 to NCS-086-000000192;
NCS-086-000000193 to NCS-086-000000193;
NCS-086-000000194 to NCS-086-000000194;
NCS-086-000000195 to NCS-086-000000195;
NCS-086-000000196 to NCS-086-000000196;

NCS-086-000000197 to NCS-086-000000198;
NCS-086-000000199 to NCS-086-000000201;
NCS-086-000000202 to NCS-086-000000202;
NCS-086-000000203 to NCS-086-000000203;
NCS-086-000000204 to NCS-086-000000204;
NCS-086-000000205 to NCS-086-000000205;
NCS-086-000000206 to NCS-086-000000207;
NCS-086-000000208 to NCS-086-000000209;
NCS-086-000000210 to NCS-086-000000210;
NCS-086-000000211 to NCS-086-000000212;
NCS-086-000000213 to NCS-086-000000215;
NCS-086-000000216 to NCS-086-000000217;
NCS-086-000000218 to NCS-086-000000218;
NCS-086-000000219 to NCS-086-000000219;
NCS-086-000000220 to NCS-086-000000221;
NCS-086-000000222 to NCS-086-000000222;
NCS-086-000000223 to NCS-086-000000223;
NCS-086-000000224 to NCS-086-000000225;
NCS-086-000000226 to NCS-086-000000228;
NCS-086-000000229 to NCS-086-000000230;
NCS-086-000000231 to NCS-086-000000231;
NCS-086-000000232 to NCS-086-000000232;
NCS-086-000000233 to NCS-086-000000234;
NCS-086-000000235 to NCS-086-000000235;
NCS-086-000000236 to NCS-086-000000236;
NCS-086-000000237 to NCS-086-000000238;
NCS-086-000000239 to NCS-086-000000241;
NCS-086-000000242 to NCS-086-000000242;
NCS-086-000000243 to NCS-086-000000243;
NCS-086-000000244 to NCS-086-000000244;
NCS-086-000000245 to NCS-086-000000245;
NCS-086-000000246 to NCS-086-000000247;
NCS-086-000000248 to NCS-086-000000248;
NCS-086-000000249 to NCS-086-000000249;
NCS-086-000000250 to NCS-086-000000250;
NCS-086-000000251 to NCS-086-000000251;
NCS-086-000000252 to NCS-086-000000252;
NCS-086-000000253 to NCS-086-000000253;
NCS-086-000000254 to NCS-086-000000255;
NCS-086-000000256 to NCS-086-000000258;
NCS-086-000000259 to NCS-086-000000259;
NCS-086-000000260 to NCS-086-000000260;
NCS-086-000000261 to NCS-086-000000261;

NCS-086-000000262 to NCS-086-000000262;
NCS-086-000000263 to NCS-086-000000264;
NCS-086-000000265 to NCS-086-000000265;
NCS-086-000000266 to NCS-086-000000266;
NCS-086-000000267 to NCS-086-000000267;
NCS-086-000000268 to NCS-086-000000268;
NCS-086-000000269 to NCS-086-000000269;
NCS-086-000000270 to NCS-086-000000271;
NCS-086-000000272 to NCS-086-000000274;
NCS-086-000000275 to NCS-086-000000275;
NCS-086-000000276 to NCS-086-000000276;
NCS-086-000000277 to NCS-086-000000277;
NCS-086-000000278 to NCS-086-000000278;
NCS-086-000000279 to NCS-086-000000279;
NCS-086-000000280 to NCS-086-000000280;
NCS-086-000000281 to NCS-086-000000282;
NCS-086-000000283 to NCS-086-000000285;
NCS-086-000000286 to NCS-086-000000287;
NCS-086-000000288 to NCS-086-000000288;
NCS-086-000000289 to NCS-086-000000289;
NCS-086-000000290 to NCS-086-000000290;
NCS-086-000000291 to NCS-086-000000292;
NCS-086-000000293 to NCS-086-000000294;
NCS-086-000000295 to NCS-086-000000295;
NCS-086-000000296 to NCS-086-000000297;
NCS-086-000000298 to NCS-086-000000300;
NCS-086-000000301 to NCS-086-000000301;
NCS-086-000000302 to NCS-086-000000302;
NCS-086-000000303 to NCS-086-000000303;
NCS-086-000000304 to NCS-086-000000305;
NCS-086-000000306 to NCS-086-000000306;
NCS-086-000000307 to NCS-086-000000307;
NCS-086-000000308 to NCS-086-000000308;
NCS-086-000000309 to NCS-086-000000309;
NCS-086-000000310 to NCS-086-000000310;
NCS-086-000000311 to NCS-086-000000311;
NCS-086-000000312 to NCS-086-000000313;
NCS-086-000000314 to NCS-086-000000316;
NCS-086-000000317 to NCS-086-000000318;
NCS-086-000000319 to NCS-086-000000319;
NCS-086-000000320 to NCS-086-000000320;
NCS-086-000000321 to NCS-086-000000322;
NCS-086-000000323 to NCS-086-000000324;

NCS-086-000000325 to NCS-086-000000325;
NCS-086-000000326 to NCS-086-000000326;
NCS-086-000000327 to NCS-086-000000327;
NCS-086-000000328 to NCS-086-000000328;
NCS-086-000000329 to NCS-086-000000330;
NCS-086-000000331 to NCS-086-000000333;
NCS-086-000000334 to NCS-086-000000334;
NCS-086-000000335 to NCS-086-000000335;
NCS-086-000000336 to NCS-086-000000336;
NCS-086-000000337 to NCS-086-000000337;
NCS-086-000000338 to NCS-086-000000339;
NCS-086-000000340 to NCS-086-000000342;
NCS-086-000000343 to NCS-086-000000343;
NCS-086-000000344 to NCS-086-000000344;
NCS-086-000000345 to NCS-086-000000345;
NCS-086-000000346 to NCS-086-000000346;
NCS-086-000000347 to NCS-086-000000347;
NCS-086-000000348 to NCS-086-000000348;
NCS-086-000000349 to NCS-086-000000350;
NCS-086-000000351 to NCS-086-000000353;
NCS-086-000000354 to NCS-086-000000354;
NCS-086-000000355 to NCS-086-000000355;
NCS-086-000000356 to NCS-086-000000356;
NCS-086-000000357 to NCS-086-000000357;
NCS-086-000000358 to NCS-086-000000358;
NCS-086-000000359 to NCS-086-000000359;
NCS-086-000000360 to NCS-086-000000360;
NCS-086-000000361 to NCS-086-000000362;
NCS-086-000000363 to NCS-086-000000365;
NCS-086-000000366 to NCS-086-000000367;
NCS-086-000000368 to NCS-086-000000368;
NCS-086-000000369 to NCS-086-000000369;
NCS-086-000000370 to NCS-086-000000371;
NCS-086-000000372 to NCS-086-000000372;
NCS-086-000000373 to NCS-086-000000373;
NCS-086-000000374 to NCS-086-000000374;
NCS-086-000000375 to NCS-086-000000375;
NCS-086-000000376 to NCS-086-000000376;
NCS-086-000000377 to NCS-086-000000377;
NCS-086-000000378 to NCS-086-000000379;
NCS-086-000000380 to NCS-086-000000381;
NCS-086-000000382 to NCS-086-000000382;
NCS-086-000000383 to NCS-086-000000384;

NCS-086-000000385 to NCS-086-000000387;
NCS-086-000000388 to NCS-086-000000388;
NCS-086-000000389 to NCS-086-000000389;
NCS-086-000000390 to NCS-086-000000390;
NCS-086-000000391 to NCS-086-000000392;
NCS-086-000000393 to NCS-086-000000394;
NCS-086-000000395 to NCS-086-000000395;
NCS-086-000000396 to NCS-086-000000396;
NCS-086-000000397 to NCS-086-000000397;
NCS-086-000000398 to NCS-086-000000398;
NCS-086-000000399 to NCS-086-000000399;
NCS-086-000000400 to NCS-086-000000400;
NCS-086-000000401 to NCS-086-000000401;
NCS-086-000000402 to NCS-086-000000402;
NCS-086-000000403 to NCS-086-000000403;
NCS-086-000000404 to NCS-086-000000404;
NCS-086-000000405 to NCS-086-000000406;
NCS-086-000000407 to NCS-086-000000409;
NCS-086-000000410 to NCS-086-000000410;
NCS-086-000000411 to NCS-086-000000411;
NCS-086-000000412 to NCS-086-000000412;
NCS-086-000000413 to NCS-086-000000414;
NCS-086-000000415 to NCS-086-000000415;
NCS-086-000000416 to NCS-086-000000416;
NCS-086-000000417 to NCS-086-000000417;
NCS-086-000000418 to NCS-086-000000418;
NCS-086-000000419 to NCS-086-000000419;
NCS-086-000000420 to NCS-086-000000420;
NCS-086-000000421 to NCS-086-000000421;
NCS-086-000000422 to NCS-086-000000422;
NCS-086-000000423 to NCS-086-000000424;
NCS-086-000000425 to NCS-086-000000427;
NCS-086-000000428 to NCS-086-000000429;
NCS-086-000000430 to NCS-086-000000430;
NCS-086-000000431 to NCS-086-000000431;
NCS-086-000000432 to NCS-086-000000433;
NCS-086-000000434 to NCS-086-000000434;
NCS-086-000000435 to NCS-086-000000435;
NCS-086-000000436 to NCS-086-000000439;
NCS-086-000000440 to NCS-086-000000440;
NCS-086-000000441 to NCS-086-000000441;
NCS-086-000000442 to NCS-086-000000442;
NCS-086-000000443 to NCS-086-000000443;

        NCS-086-000000444  to  NCS-086-000000445;
        NCS-086-000000446  to  NCS-086-000000448;
        NCS-086-000000449  to  NCS-086-000000449;
        NCS-086-000000450  to  NCS-086-000000450;
        NCS-086-000000451  to  NCS-086-000000451;
        NCS-086-000000452  to  NCS-086-000000452;
        NCS-086-000000453  to  NCS-086-000000454;
        NCS-086-000000455  to  NCS-086-000000455;
        NCS-086-000000456  to  NCS-086-000000457;
        NCS-086-000000458  to  NCS-086-000000460;
        NCS-086-000000461  to  NCS-086-000000461;
        NCS-086-000000462  to  NCS-086-000000462;
        NCS-086-000000463  to  NCS-086-000000463;
        NCS-086-000000464  to  NCS-086-000000464;
        NCS-086-000000465  to  NCS-086-000000465;
        NCS-086-000000466  to  NCS-086-000000466;
        NCS-086-000000467  to  NCS-086-000000467.

The United States' Production Log is attached.

                          Respectfully submitted,
                          TONY WEST
                          Assistant Attorney General

                          PHYLLIS J. PYLES
                          Director, Torts Branch

                          JAMES G. TOUHEY, JR.
                          Assistant Director, Torts Branch

                          s/ James F. McConnon, Jr.
                          JAMES F. McCONNON, JR.
                          Trial Attorney, Torts Branch, Civil Division
                          U.S. Department of Justice
                          Benjamin Franklin Station, P.O. Box 888
                          Washington, D.C.  20044
                          (202) 616-4400 / (202) 616-5200 (Fax)
                          Attorneys for the United States

Dated: March 2, 2012

## **CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on March 2, 2012, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                                                    s/ James F. McConnon, Jr.
                                                    JAMES F. McCONNON, JR.