Page 1

```
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA


IN RE:  KATRINA CANAL       CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                    NO. 05-4182 "K" (2)

                            JUDGE DUVAL
PERTAINS TO:  MRGO
                            MAG. WILKINSON

FILED IN:

   05-4181, 05-4182, 05-5237,
   05-6073, 05-6314, 05-6324,
   05-6327, 05-6359, 06-0225,
   06-0886, 06-1885, 06-2152,
   06-2278, 06-2287, 06-2824,
   06-4024, 06-4065, 06-4066,
   06-4389, 06-4634, 06-4931,
   06-5032, 06-5155, 06-5159,
   06-5156, 06-5162, 06-5260,
   06-5771, 06-5786, 06-5937,
   07-0206, 07-0621, 07-1073,
   07-1271, 07-1285




     Deposition of NATHAN E. MORGAN,
756 Louisiana Avenue, New Orleans, Louisiana
70115, taken in the offices of Bruno & Bruno,
855 Baronne St., Second Floor, New Orleans,
Louisiana on Saturday, the 24th day of
September, 2011.
```



EXHIBIT D

7b9f1fce-d58c-458f-ae74-76251fcc927b

```
 1      Q.   I have a few questions about the
 2 current status of 1020 Charbonnet.  Who lives
 3 there now?
 4      A.   It is supposed to be her daughter.
 5      Q.   Her daughter Lintoi?
 6      A.   Right.
 7      Q.   Okay.  Who else?  Who lives with
 8 Lintoi?
 9      A.   I couldn't tell you that.
10      Q.   Do you know if Lintoi's three
11 children live with her?
12      A.   I don't know.
13      Q.   When is the last time you were at
14 the property at 1020 Charbonnet?
15      A.   A year, year and a half.
16      Q.   To your knowledge, has the property
17 been renovated?
18      A.   I don't know.
19      Q.   The last time you were at the house
20 what did it look like?
21      A.   They had an air condition missing.
22 The grass needed to be cut.  It was all
23 locked up.  I couldn't get in to see what was
24 going on in the inside, but the outside
25 looked kind of bad.  The grass needed to be
```