## Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  KATRINA CANAL BREACHES    CIVIL ACTION
         CONSOLIDATED LITIGATION
 5                                     NO. 05-4182 "K"(2)
     PERTAINS TO:  MRGO                JUDGE DUVAL
 6
 7   FILED IN:  05-4181, 05-4182,      MAG. WILKINSON
     05-5237, 05-6073, 05-6314,
 8   05-6324, 05-6327, 05-6359,
     06-0225, 06-0886, 06-1885,
 9   06-2152, 06-2278, 06-2287,
     06-2824, 06-4024, 06-4065,
10   06-4066, 06-4389, 06-4634,
     06-4931, 06-5032, 06-5155,
11   06-5159, 06-5161, 06-5162,
     06-5260, 06-5771, 06-5786,
12   06-5937, 07-0206, 07-0621,
     07-1073, 07-1271, 07-1285
13
14
15
     Videotaped deposition of ETHEL COATS, 756
16   Louisiana Avenue, New Orleans, Louisiana  70115,
     taken in the offices of Bruno & Bruno, 855
17   Baronne Street, New Orleans, Louisiana  70113, on
     Tuesday, the 17th day of July, 2007, beginning at
18   9:28 a.m.
19
20   APPEARANCES:
21       ARTHUR W. LANDRY AND JEANNE ANDRY LANDRY
         (BY:  ARTHUR W. LANDRY)
22       710 Carondelet Street
         New Orleans, Louisiana  70130
23
             ATTORNEYS FOR THE PLAINTIFFS
24
25
```

## Page 2

```
 1  APPEARANCES CONTINUED:
 2     DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER
          & WEINSTOCK
 3     (BY:  NICOLE M. BOYER)
       Suite 2900
 4     3838 North Causeway Boulevard
       Metairie, Louisiana  70002
 5
          ATTORNEYS FOR THE BOARD OF
 6        COMMISSIONERS FOR THE LAKE BORGNE
          BASIN LEVEE DISTRICT
 7
       STONE PIGMAN WALTHER WITTMANN
 8     (BY:  CARMELITE M. BERTAUT)
       546 Carondelet Street
 9     New Orleans, Louisiana  70130-3588
10            AND
11     JONES DAY
       (BY:  AMY PAYNE)
12     2727 North Harwood Street
       Dallas, Texas  75201-1515
13
           ATTORNEYS FOR WASHINGTON GROUP
14         INTERNATIONAL, INC.
15  ALSO PRESENT:
16     EMMA I. DiANNA
       STONE PIGMAN WALTHER WITTMANN
17     546 Carondelet Street
       New Orleans, Louisiana  70130-3588
18
19  VIDEOTAPED BY:
20     GILLEY DeLORIMIER, C.L.V.S.
       Depo-Vue, Inc.
21     Suite 205
       3200 Ridgelake Drive
22     Metairie, Louisiana  70002
       (504) 828-8856 or (888) 337-6883
23
    REPORTED BY:
24
       CAROL VALLETTE SLATER
25     Certified Court Reporter
       Registered Professional Reporter
```

## Page 3

```
 1              I N D E X
 2  EXAMINATION BY:              PAGE
 3   MS. PAYNE                    5
 4
 5  EXHIBITS:
 6  Coats Exhibit Number 1          68
       Document entitled "Notice of
 7     Videotaped Deposition"
 8  Coats Exhibit Number 2          69
       Document entitled "Plaintiffs'
 9     Response to MRGO Defendants' First
       Set of Joint Class Certification
10     Requests For Admission,
       Interrogatories and Requests For
11     Production of Documents"
12  Coats Exhibit Number 3          70
       Document entitled "Plaintiffs'
13     Response to MRGO Defendants' First
       Set of Joint Interrogatories,
14     Requests For Production of
       Documents and Requests For
15     Admissions to Plaintiffs Regarding
       CommonLiability Issues"
16
    Coats Exhibit Number 4          84
17     Aerial photograph
18  Coats Exhibit Number 5          85
       Aerial photograph
19
    Coats Exhibit Number 6          99
20     Photographs
21  Coats Exhibit Number 7          99
       Photographs
22
    Coats Exhibit Number 8          101
23     Photograph
24  Coats Exhibit Number 9          146
       June 9, 2006, Corps of Engineers
25     letter and Form 95
```

## Page 4

```
 1            S T I P U L A T I O N
 2        IT IS STIPULATED AND AGREED by and
 3  between counsel for the parties hereto that the
 4  deposition of the aforementioned witness is
 5  hereby being taken under the Federal Rules of
 6  Civil Procedure, for all purposes, in accordance
 7  with law;
 8        That the formalities of reading and
 9  signing are specifically not waived;
10        That the formalities of sealing,
11  certification and filing are specifically waived;
12        That all objections, save those as
13  to the form of the question and the responsiveness
14  of the answer, are hereby reserved until such
15  time as this deposition, or any part thereof, may
16  be used or sought to be used in evidence.
17
18            *   *   *   *
19
20        CAROL VALLETTE SLATER, Certified
21  Court Reporter, Registered Professional Reporter,
22  in and for the Parish of Orleans, State of
23  Louisiana, officiated in administering the oath
24  to the witness.
25
```

EXHIBIT E

Page 137

1  Q. Welcome back from lunch.
2  A. Thank you.
3  Q. I have a couple of follow-up
4  questions from things that we talked about
5  earlier.
6  A. Uh-huh.
7  Q. Now, I understand Jimmy Coats was
8  previously married before he married you; is that
9  right?
10 A. Uh-huh.
11 Q. Did -- did he have any children with
12 Muriel Davis?
13 A. Yes.
14 Q. How many children did --
15 A. One.
16 Q. What's that child's name?
17 A. Danielle. Danielle.
18 Q. And where is Danielle living now?
19 A. Oh, I really don't know. I don't
20 know. I don't know.
21 Q. You don't know?
22 A. Uh-huh.
23 Q. And then did Jimmy Coats have any
24 children with Sandra Sanders?
25 A. Sandra?

Page 138

1  Q. Sandra Sanders? Do I have that name
2  right?
3  A. That's Danielle, his daughter.
4  Q. Oh, okay. I was under the
5  impression that Jimmy Coats was married to Sandra
6  Sanders before he got married to you.
7  A. Yes.
8  Q. And did he have any children with
9  Sandra?
10 A. One daughter. One girl.
11 Q. And who is that?
12 A. Danielle.
13 Q. Oh, so, Danielle was his daughter
14 with Sandra, not Muriel?
15 A. Wait. Sandra, that's who he had the
16 daughter with. I don't know a Muriel. Muriel?
17 Q. Muriel Davis.
18 A. Well, what did they say the son --
19 was it a boy child or something?
20 Q. I don't know. That's why I was
21 asking you.
22 A. I don't know nothing about Danielle.
23 Q. Do you know of any other children
24 that Jimmy Coats had besides Danielle?
25 A. No. Just that one girl.

Page 139

1  Q. But you didn't have any children
2  with him?
3  A. No.
4  Q. Okay. Have you done anything to
5  open up a succession on your husband's property
6  to -- anything with the title of the house, going
7  to court?
8  A. No. My husband died. My husband
9  made a will out.
10 Q. Oh, he had a will?
11 A. Uh-huh.
12 Q. And in the will, did he leave
13 everything to you?
14 A. Yes.
15 Q. Did you probate the will?
16 A. Yes.
17 Q. Okay. So, you said earlier that you
18 moved to the house on Charbonnet Street in the
19 late 1980s.
20 A. Uh-huh.
21 Q. Were you married to Jimmy Coats at
22 that time?
23 A. No. We stayed together about two
24 years till we married, and then we married.
25 Q. Where did you live with him --

Page 140

1  A. I wasn't living with him. I was
2  living out in Metairie -- out in Kenner.
3  Q. Okay. So, then -- so, you got
4  married to him after you moved into the house?
5  A. Yes.
6  Q. Did you live with him before you
7  moved into the house together?
8  A. No. No.
9  Q. Okay. And then -- when you first
10 moved into the house before you bought it, how
11 much money did you pay in rent?
12 A. I think it was, like, about -- maybe
13 about 90-something dollars a month.
14 Q. Okay. Now you lived in that
15 neighborhood for a long time. Did you know the
16 other people who lived on your block?
17 A. Uh-huh. Yes.
18 Q. Did all of your neighbors evacuate
19 for Hurricane Katrina?
20 A. Yes.
21 Q. Do you know where they are now? Do
22 you keep in touch with any of them?
23 A. Some of them still live in Texas,
24 some of them in Baton Rouge, some of them in the
25 area that I'm living in now.