UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NUMBER |
| CONSOLIDATED LITIGATION | * | 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: MRGO | * | JUDGE: Duval |
| | * | |
| *Armstrong*, No 10-866 | * | MAG: Wilkinson |
| | * | |

******************************************

### ARMSTRONG PLAINTIFFS' FOURTH REQUEST FOR PRODUCTION TO DEFENDANT UNITED STATES OF AMERICA

Pursuant to Fed. R. Civ. P. 26 and 34, Plaintiffs request that Defendant United States produce for inspection and copying by Plaintiffs all of the following documents, electronically stored information, and things in its possession, custody, or control.  Absent prior agreement between the parties to the contrary, the documents are to be produced at the offices of Bruno & Bruno, 855 Baronne St., New Orleans, LA, within the time period prescribed by law.

**PLEASE PRODUCE LEGIBLE COPIES OF THE FOLLOWING:**

**RFP 1:**   All documents comprising the employment file of Alex Brogna, as well as or including all training and employment-sponsored education.

**RFP 2:**   All documents comprising the employment file of Lee Guillory, as well as or including all training and employment-sponsored education.

**RFP 3:**   All documents comprising the employment file of Alvin J. Cloutre, as well as or including all training and employment-sponsored education.

**RFP 4:**   All documents comprising the employment file of George C. Bacuta, as well as or including all training and employment-sponsored education.

Dated:  March 7th, 2012.

Respectfully Submitted,

**PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**FOR THE MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

/s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

And

/s/Matthew D. Schultz
MATTHEW D. SCHULTZ
*Pro Hac Vice* (Fla Bar No. 640328)
Levin, Papantonio, et al.
316 S. Baylen St., Suite 600
Pensacola, FL 32503
Telephone: (850) 435-7140
Facsimile: (850) 436-6140
Email: mschultz@levinlaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on this 7th day of March, 2012.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com