UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES       CONSOLIDATED LITIGATION (2) | *  *  * | CIVIL ACTION NO.: 05-4182 "K" |
| | * | JUDGE DUVAL |
| Pertains to: | * | MAG. J |
| *Elise Aasgaard, et al vs. The United States of America, United States Corps of Engineers* (EDLA No. 07-4911) | *  *  *  * | WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes Leonard A. Davis of the law firm of Herman, Herman, Katz & Cotlar, LLP, who hereby respectfully requests to be withdrawn as counsel for plaintiffs in the captioned litigation. Russ M. Herman, Steven J. Lane, Stephen J. Herman, Brian D. Katz, Soren E. Gisleson and Joseph E. "Jed" Cain, all of the law firm of Herman, Herman, Katz & Coltar, LLP, will remain as counsel of record for plaintiffs.

Respectfully submitted,

/s/ Leonard A. Davis
**RUSS M. HERMAN**, La. Bar No. 6819
**STEVEN J. LANE,** La. Bar No. 7554
**LEONARD A. DAVIS,** La. Bar No. 14190
**STEPHEN J. HERMAN,** La. Bar No. 23129
**BRIAN D. KATZ**, La. Bar No. 24137
**SOREN E. GISLESON**, La. Bar No. 26302
**JOSEPH E. "JED" CAIN**, La. Bar No. 29785
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Ave.
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF System, this 8th day of March, 2012.

/s/ Leonard A. Davis