# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION (2) | * | NO.: 05-4182 "K" |
| | * | |
| | * | JUDGE DUVAL |
| Pertains to: | * | MAG. J |
| *Elise Aasgaard, et al vs. The United States of* | * | WILKINSON |
| *America, United States Corps of Engineers* | * | |
| (EDLA No. 07-4911) | * | |
| | * | |

## **O R D E R**

Considering the Motion to Withdraw as Counsel of Record filed by Leonard A. Davis,

IT IS ORDERED BY THE COURT that Leonard A. Davis of the law firm of Herman, Herman, Katz & Cotlar, LLP, be and he is hereby withdrawn as counsel for plaintiffs, Elise Aasgaard, et al, in the captioned litigation.

IT IS FURTHER ORDERED BY THE COURT that Russ M. Herman, Steven J. Lane, Stephen J. Herman, Brian D. Katz, Soren E. Gisleson and Joseph E. "Jed" Cain, of the law firm of Herman, Herman, Katz & Coltar, LLP, will remain as counsel of record for plaintiffs.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
United States District Court Judge