UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

## O R D E R

Considering the foregoing Motion for Leave to File Reply Brief in Support of Motion to Strike Claims of Ethel Mae Coats;

**IT IS ORDERED** that the motion is **GRANTED** and that Washington Group International, Inc. may file its Reply Brief in Support of Motion to Exclude Evidence Regarding Economic Loss Claims.

New Orleans, Orleans, Louisiana, this ___8th___ day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

1086266v.1