## Page 1

```
 1            UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  KATRINA CANAL BREACHES    CIVIL ACTION
     CONSOLIDATED LITIGATION
 5                                     NO. 05-4182 "K"(2)
 6   PERTAINS TO:  MRGO                JUDGE DUVAL
 7   FILED IN:  05-4181, 05-4182,      MAG. WILKINSON
     05-5237, 05-6073, 05-6314,
 8   05-6324, 05-6327, 05-6359,
     06-0225, 06-0886, 06-1885,
 9   06-2152, 06-2278, 06-2287,
     06-2824, 06-4024, 06-4065,
10   06-4066, 06-4389, 06-4634,
     06-4931, 06-5032, 06-5155,
11   06-5159, 06-5161, 06-5162,
     06-5260, 06-5771, 06-5786,
12   06-5937, 07-0206, 07-0621,
     07-1073, 07-1271, 07-1285
13
14
15
     Videotaped deposition of ETHEL COATS, 756
16   Louisiana Avenue, New Orleans, Louisiana  70115,
     taken in the offices of Bruno & Bruno, 855
17   Baronne Street, New Orleans, Louisiana  70113, on
     Tuesday, the 17th day of July, 2007, beginning at
18   9:28 a.m.
19
20   APPEARANCES:
21        ARTHUR W. LANDRY AND JEANNE ANDRY LANDRY
          (BY:  ARTHUR W. LANDRY)
22        710 Carondelet Street
          New Orleans, Louisiana  70130
23
             ATTORNEYS FOR THE PLAINTIFFS
24
25
```

## Page 2

```
 1   APPEARANCES CONTINUED:
 2        DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER
          & WEINSTOCK
 3        (BY:  NICOLE M. BOYER)
          Suite 2900
 4        3838 North Causeway Boulevard
          Metairie, Louisiana  70002
 5
             ATTORNEYS FOR THE BOARD OF
 6           COMMISSIONERS FOR THE LAKE BORGNE
             BASIN LEVEE DISTRICT
 7
          STONE PIGMAN WALTHER WITTMANN
 8        (BY:  CARMELITE M. BERTAUT)
          546 Carondelet Street
 9        New Orleans, Louisiana  70130-3588
10             AND
11        JONES DAY
          (BY:  AMY PAYNE)
12        2727 North Harwood Street
          Dallas, Texas  75201-1515
13
             ATTORNEYS FOR WASHINGTON GROUP
14           INTERNATIONAL, INC.
15   ALSO PRESENT:
16        EMMA I. DiANNA
          STONE PIGMAN WALTHER WITTMANN
17        546 Carondelet Street
          New Orleans, Louisiana  70130-3588
18
19   VIDEOTAPED BY:
20        GILLEY DeLORIMIER, C.L.V.S.
          Depo-Vue, Inc.
21        Suite 205
          3200 Ridgelake Drive
22        Metairie, Louisiana  70002
          (504) 828-8856 or (888) 337-6883
23
     REPORTED BY:
24
          CAROL VALLETTE SLATER
25        Certified Court Reporter
          Registered Professional Reporter
```

## Page 3

```
 1                    I N D E X
 2   EXAMINATION BY:                     PAGE
 3   MS. PAYNE                    5
 4
 5   EXHIBITS:
 6   Coats Exhibit Number 1             68
        Document entitled "Notice of
 7      Videotaped Deposition"
 8   Coats Exhibit Number 2             69
        Document entitled "Plaintiffs'
 9      Response to MRGO Defendants' First
        Set of Joint Class Certification
10      Requests For Admission,
        Interrogatories and Requests For
11      Production of Documents"
12   Coats Exhibit Number 3             70
        Document entitled "Plaintiffs'
13      Response to MRGO Defendants' First
        Set of Joint Interrogatories,
14      Requests For Production of
        Documents and Requests For
15      Admissions to Plaintiffs Regarding
        Common Liability Issues"
16
     Coats Exhibit Number 4             84
17      Aerial photograph
18   Coats Exhibit Number 5             85
        Aerial photograph
19
     Coats Exhibit Number 6             99
20      Photographs
21   Coats Exhibit Number 7             99
        Photographs
22
     Coats Exhibit Number 8            101
23      Photograph
24   Coats Exhibit Number 9            146
        June 9, 2006, Corps of Engineers
25      letter and Form 95
```

## Page 4

```
 1              S T I P U L A T I O N
 2          IT IS STIPULATED AND AGREED by and
 3   between counsel for the parties hereto that the
 4   deposition of the aforementioned witness is
 5   hereby being taken under the Federal Rules of
 6   Civil Procedure, for all purposes, in accordance
 7   with law;
 8          That the formalities of reading and
 9   signing are specifically not waived;
10          That the formalities of sealing,
11   certification and filing are specifically waived;
12          That all objections, save those as
13   to the form of the question and the responsiveness
14   of the answer, are hereby reserved until such
15   time as this deposition, or any part thereof, may
16   be used or sought to be used in evidence.
17
18              *   *   *   *
19
20          CAROL VALLETTE SLATER, Certified
21   Court Reporter, Registered Professional Reporter,
22   in and for the Parish of Orleans, State of
23   Louisiana, officiated in administering the oath
24   to the witness.
25
```

EXHIBIT E

Page 137

1   Q.  Welcome back from lunch.
2   A.  Thank you.
3   Q.  I have a couple of follow-up
4   questions from things that we talked about
5   earlier.
6   A.  Uh-huh.
7   Q.  Now, I understand Jimmy Coats was
8   previously married before he married you; is that
9   right?
10  A.  Uh-huh.
11  Q.  Did -- did he have any children with
12  Muriel Davis?
13  A.  Yes.
14  Q.  How many children did --
15  A.  One.
16  Q.  What's that child's name?
17  A.  Danielle. Danielle.
18  Q.  And where is Danielle living now?
19  A.  Oh, I really don't know. I don't
20  know. I don't know.
21  Q.  You don't know?
22  A.  Uh-huh.
23  Q.  And then did Jimmy Coats have any
24  children with Sandra Sanders?
25  A.  Sandra?

Page 138

1   Q.  Sandra Sanders? Do I have that name
2   right?
3   A.  That's Danielle, his daughter.
4   Q.  Oh, okay. I was under the
5   impression that Jimmy Coats was married to Sandra
6   Sanders before he got married to you.
7   A.  Yes.
8   Q.  And did he have any children with
9   Sandra?
10  A.  One daughter. One girl.
11  Q.  And who is that?
12  A.  Danielle.
13  Q.  Oh, so, Danielle was his daughter
14  with Sandra, not Muriel?
15  A.  Wait. Sandra, that's who he had the
16  daughter with. I don't know a Muriel. Muriel?
17  Q.  Muriel Davis.
18  A.  Well, what did they say the son --
19  was it a boy child or something?
20  Q.  I don't know. That's why I was
21  asking you.
22  A.  I don't know nothing about Danielle.
23  Q.  Do you know of any other children
24  that Jimmy Coats had besides Danielle?
25  A.  No. Just that one girl.

Page 139

1   Q.  But you didn't have any children
2   with him?
3   A.  No.
4   Q.  Okay. Have you done anything to
5   open up a succession on your husband's property
6   to -- anything with the title of the house, going
7   to court?
8   A.  No. My husband died. My husband
9   made a will out.
10  Q.  Oh, he had a will?
11  A.  Uh-huh.
12  Q.  And in the will, did he leave
13  everything to you?
14  A.  Yes.
15  Q.  Did you probate the will?
16  A.  Yes.
17  Q.  Okay. So, you said earlier that you
18  moved to the house on Charbonnet Street in the
19  late 1980s.
20  A.  Uh-huh.
21  Q.  Were you married to Jimmy Coats at
22  that time?
23  A.  No. We stayed together about two
24  years till we married, and then we married.
25  Q.  Where did you live with him --

Page 140

1   A.  I wasn't living with him. I was
2   living out in Metairie -- out in Kenner.
3   Q.  Okay. So, then -- so, you got
4   married to him after you moved into the house?
5   A.  Yes.
6   Q.  Did you live with him before you
7   moved into the house together?
8   A.  No. No.
9   Q.  Okay. And then -- when you first
10  moved into the house before you bought it, how
11  much money did you pay in rent?
12  A.  I think it was, like, about -- maybe
13  about 90-something dollars a month.
14  Q.  Okay. Now you lived in that
15  neighborhood for a long time. Did you know the
16  other people who lived on your block?
17  A.  Uh-huh. Yes.
18  Q.  Did all of your neighbors evacuate
19  for Hurricane Katrina?
20  A.  Yes.
21  Q.  Do you know where they are now? Do
22  you keep in touch with any of them?
23  A.  Some of them still live in Texas,
24  some of them in Baton Rouge, some of them in the
25  area that I'm living in now.