UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | Civil Action: 05-4182 |
| | SECTION "K" |
| Pertains To: Forced Place Insurance 09-1602,09-1603,09-1605,09-1606,09-1607,09-1608, 09-2576,09-2577,09-2578,09-2579,09-2601,09-2603,09-2604,09-2605,09-2635,09-2636,09-2637,09-2638,09-2641,09-2698,09-2699,09-2700,09-2704, 09-2708 | MAGISTRATE (2) |
| VERSUS | |
| Balboa Insurance Group, et al | |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel come all plaintiff(s) in the above captioned matters who upon suggesting to the Court that plaintiffs have settled their respective claims and now wish to voluntarily dismiss their claims against the defendant Balboa Insurance Group, with prejudice. Plaintiffs further suggest that all remaining claims are not being pursued and that no other defendants have made an appearnce in any of the above captioned cases. Accordingly plaintiffs request that all remaining claims against any other defandant be dismissed without prejudice in the above captioned matters only.

**WHEREFORE,** plaintiff(s) pray that the Court allow plaintiffs to voluntarily dismiss their claims against the defendant Balboa Insurance Group in the above captioned matters only, with prejudice. Plaintiffs further pray that the Court dismiss all additional claims against any other defendant without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

**Bruno & Bruno**

<u>**/s/ Joseph M. Bruno**</u>
**Joseph M. Bruno (3604)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 8th day of <u>March 2012.</u>