UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>Pertains To: Forced Place Insurance<br>09-1602,09-1603,09-1605,09-1606,09-1607,09-1608<br>09-2576,09-2577,09-2578,09-2579,09-2601,09-<br>2603,09-2604,09-2605,09-2635,09-2636,09-2637,09-<br>2638,09-2641,09-2698,09-2699,09-2700,09-2704,09-<br>2708<br><br>VERSUS<br><br>Balboa Insurance Group, et al | Civil Action: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Plaintiffs Motion to Dismiss:

IT IS ORDERED, that the motion be and is hereby GRANTED, and that the claims of all plaintiffs against the defendant Balboa Insurance Group, in the above captioned matters only , be dismissed with prejudice.

IT IS FURTHER ORDERED that plaintiff's claims against all other defendants in the above captioned matters are dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
United States District Judge