UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: MRGO | * | JUDGE DUVAL |
| *Armstrong, No. 10-866* | * | MAG. WILKINSON |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

NOTICE OF DEPOSITION WITH
REQUEST FOR PRODUCTION OF DOCUMENTS

To: URS Energy & Construction, Inc.
(formerly Washington Group International, Inc.)
through their Attorney of Record,
William D. Treeby, Esq.
Stone Pigman Walther Witmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504.581.3200
*wtreeby@stonepigman.com*

**PLEASE TAKE NOTICE** that the Plaintiffs, through their respective counsel of record, will take the oral deposition of Michael W. Truax, Jr., on Friday, **March 26, 2012 at 9:00 AM** at the law firm of ***Bruno & Bruno, 855 Baronne Street, New Orleans, Louisiana 70113.***

Deponent is requested to produce the documents listed in **Exhibit A** attached hereto and made a part hereof as soon as possible, but not later than March 20, 2012.

The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony. The deposition will be stenographically recorded and transcribed.

**Dated: March 8, 2012**

Respectfully submitted,

PLAINTIFFS' LIAISON COUNSEL

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

**MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 8th day of March, 2012.

*Via CM/ECF:*

William D. Treeby
Jay C. Gulotta
Heather S. Lonian
of
Stone Pigman Walther Witmann LLC
546 Carondelet Street
New Orleans, LA 70130

   And

Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
Christopher Farrell
of
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001

                                                        */s/ Joseph M. Bruno*
                                                        JOSEPH M. BRUNO

## EXHIBIT A

1. Any and all documents[1] reviewed by Mr. Truax and/or his staff in the preparation of his Flood Damage Assessment reports, including, but not limited to:

    A. The "miscellaneous file documents" referred to in the "Observations" section of his reports;

    B. Any and all "weather records" cited, referenced, or relied upon by Mr. Truax and/or his staff.

2. Any and all photos and videos[2] relied upon by Mr. Truax and/or his staff in the preparation of his report, including but not limited to those referenced in the last paragraph of each of his reports.

---

[1] For the purposes of this Exhibit, "documents" shall refer to and include all documents, whether printed, typed, handwritten, photocopied, computerized, recorded, stored, or produced or reproduced by any process or means, mechanical, manual, or otherwise.

[2] For the purposes of this Exhibit, "photos" and "videos" shall refer to and include all photos and videos, whether taken by you or by others, printed, photocopied, computerized, recorded, stored, produced or reproduced by any process or means, mechanical, manual, or otherwise.