UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

## AMENDED NOTICE OF VIDEOTAPED DEPOSITION

To:   All Plaintiffs' Counsel
      through Plaintiffs' Liaison Counsel,
      Joseph M. Bruno, Esq.
      The Law Office of Joseph M. Bruno
      855 Baronne Street
      New Orleans, Louisiana  70113
      (504) 525-1335
      *jbruno@jbrunolaw.com*

**PLEASE TAKE NOTICE** that URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), through their counsel, will take the videotaped deposition of Robert Glenn Bea, on Tuesday, March 27, 2012 at 9:00 a.m., continuing as necessary on Wednesday, March 28, 2012 at 9:00 a.m., at the offices of Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130.  The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other

official duly authorized to administer oaths and record oral testimony.  The deposition will be recorded on video and stenographically.

Dated:  March 9, 2012                                    Respectfully submitted,


                    /s/Heather S. Lonian
                    William D. Treeby, 12901
                    Jay C. Gulotta, 6590
                    Heather S. Lonian, 29956
                         Of
                    Stone Pigman Walther Wittmann L.L.C.
                    546 Carondelet Street
                    New Orleans, Louisiana  70130
                    Telephone:  (504) 581-3200
                    Facsimile:  (504) 581-3361

                    Attorneys for Washington Group
                    International, Inc.

                    Of counsel
                    Adrian Wager-Zito
                    Debra S. Clayman
                    Christopher Thatch
                    Christopher Farrell
                    Jones Day
                    51 Louisiana Avenue, N.W.
                    Washington, D.C. 20001-2113
                    Telephone:  (202) 879-4645
                    Facsimile:  (202) 626-1700

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing *Amended Notice of Videotaped Deposition* has been served upon Plaintiffs' Liaison Counsel via e-mail and the Courts CM/ECF system, this 9th day of March, 2012.

/s/Heather S. Lonian