UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | * | JUDGE DUVAL |
| Armstrong, No. 10-866 | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO ENROLL**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, which respectfully moves to enroll Michael C.. Palmintier of the law firm of deGravelles, Palmintier, Holthaus & Fruge, LLP as additional counsel of record in the above captioned proceedings.

**WHEREFORE**, Plaintiffs respectfully moves to enroll Michael C. Palmintier of the law firm of deGravelles, Palmintier, Holthaus & Fruge as additional counsel of record.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

 s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that a copy the above and forgoing was served upon all counsel of the record by ECF on this 9th day of March, 2012.

/s/ *Joseph M. Bruno*
Joseph M. Bruno