UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | * * | JUDGE DUVAL |
| Armstrong, No. 10-866 | * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion to Enroll filed by Plaintiffs:

**IT IS ORDERED** that the motion is **GRANTED** and that Joshua M. Palmintier of the law firm of deGravelles, Palmintier, Holthaus & Fruge, LLP be and hereby is enrolled as additional counsel of record on behalf of the Plaintiffs.

New Orleans, Louisiana, this _____ day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE