UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| | § | |

## NOTICE OF PRODUCTION

The United States is producing its expert reports for the following experts: Joseph B. Dunbar, Patrick C. Lucia, Thomas L. Brandon, Thomas Naymik, and Timothy D. Stark. The expert reports are not Bates-stamped.  However, the United States will produce Bates-stamped copies of the expert reports at a later date.

The United States' Production Log is attached.

          Respectfully submitted,
          TONY WEST
          Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch

          JAMES G. TOUHEY, JR.
          Assistant Director, Torts Branch

          s/ James F. McConnon, Jr.
          JAMES F. McCONNON, JR.
          Trial Attorney, Torts Branch, Civil Division
          U.S. Department of Justice
          Benjamin Franklin Station, P.O. Box 888
          Washington, D.C.  20044
          (202) 616-4400 / (202) 616-5200 (Fax)
          Attorneys for the United States

Dated: March 9, 2012

**CERTIFICATE OF SERVICE**

     I, James F. McConnon, Jr., hereby certify that on March 9, 2012, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                                                       s/ James F. McConnon, Jr.
                                                       JAMES F. McCONNON, JR.