**PRODUCTION LOG**
In re Katrina Canal Breaches Litigation, No. 05-4182
Pertains to: MRGO-EBIA (No. 10-866)

| Custodian Name | Date Produced | Track | Comments |
| --- | --- | --- | --- |
| Joseph B. Dunbar | 3/9/2012 | MRGO-EBIA | Expert Report and Related Materials from Joseph B. Dunbar |
| Patrick C. Lucia | 3/9/2012 | MRGO-EBIA | Expert Report and Related Materials from Patrick C. Lucia |
| Thomas L. Brandon | 3/9/2012 | MRGO-EBIA | Expert Report and Related Materials from Thomas L. Brandon |
| Thomas Naymik | 3/9/2012 | MRGO-EBIA | Expert Report and Related Materials from Thomas Naymik |
| Timothy D. Stark | 3/9/2012 | MRGO-EBIA | Expert Report and Related Materials from Timothy D. Stark |