UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES          §          CIVIL ACTION
    CONSOLIDATED LITIGATION       §          NO. 05-4182 "K" (2)
              §          JUDGE DUVAL
_____§          MAG. WILKINSON
              §
PERTAINS TO:                             §
   ARMSTRONG, C.A. No. 10-866        §
_____§

<u>NOTICE OF PRODUCTION</u>

    The United States is producing its expert report for W. Allen Marr and a corrected expert

report for Timothy D. Stark. The expert reports are not Bates-stamped.  However, the United

States will produce Bates-stamped copies of the expert reports at a later date.

The United States' Production Log is attached.

            Respectfully submitted,
            STUART F. DELERY
            Acting Assistant Attorney General

            PHYLLIS J. PYLES
            Director, Torts Branch

            JAMES G. TOUHEY, JR.
            Assistant Director, Torts Branch

             s/ James F. McConnon, Jr.
            JAMES F. McCONNON, JR.
            Trial Attorney, Torts Branch, Civil Division
            U.S. Department of Justice
            Benjamin Franklin Station, P.O. Box 888
            Washington, D.C.  20044
            (202) 616-4400 / (202) 616-5200 (Fax)
            Attorneys for the United States

Dated: March 12, 2012

## <u>CERTIFICATE OF SERVICE</u>

I, James F. McConnon, Jr., hereby certify that on March 12, 2012, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.


___s/ James F. McConnon, Jr.____
JAMES F. McCONNON, JR.