UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br>Pertains To: Forced Place Litigation<br><br>**Cabrini Brock, Adolphus Brock**<br><br>**Plaintiff**<br><br>**VS.**<br><br>**State National Insurance Company, Wilshire, ABC Mortgage Company**<br><br>**Defendant    (Case 09-2592)** | Civil Action: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |

## ORDER

Considering the Unopposed Motion and Incorporated Memorandum in Support of Motion to Dismiss without Prejudice:

**IT IS ORDERED, ADJUDGED AND DECREED**, that the motion be and is hereby **GRANTED**, and that the claims of Plaintiffs Cabrini and Adolphus Brock against Wilshire Mortgage Company and ABC Mortgage Company in the above captioned matters only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
United States District Judge