UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br>Pertains To: Forced Place Litigation | Civil Action: 09-2634 |
| | SECTION "K" |
| Gaynell George | MAGISTRATE (2) |
| Plaintiff | |
| VS. | |
| State National Insurance Company, Wilshire, ABC Mortgage Company | |
| Defendant | |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through undersigned counsel come plaintiff(s) Gaynell George, who upon suggesting to the Court that plaintiffs wish to voluntarily dismiss their claims against defendant(s) Wilshire Mortgage Company and ABC Mortgage Company in the above captioned matter, without prejudice.

**WHEREFORE,** plaintiff(s) prays the Court allow plaintiff(s) to voluntarily dismiss their claim against defendant(s) Wilshire Mortgage Company and ABC Mortgage Company in the above captioned matters only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

**Bruno & Bruno**

 **/s/ Joseph M. Bruno**
**Joseph M. Bruno (3604)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 13th day of March 2012.