UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

**EX PARTE/CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO
COMPLETE DISCOVERY AND FILE FINAL
WITNESS AND EXHIBIT LISTS AND DAUBERT MOTIONS AND BRIEFS**

Pursuant to Rules 6(b) and 7(b), Fed. R. Civ. P., and Local Rule 7, the United States respectfully moves for an enlargement of time to file final witness and exhibit lists, to complete discovery, and to file *Daubert* motions and briefs.  The Plaintiffs and Defendant Washington Group International, Inc., consent to the motion.  Under the Court's March 17, 2011 Scheduling Order (R.D. No. 20200), as subsequently amended on November 23, 2011 (R.D. No. 20592), the deadline for completion of discovery is April 13, 2012, *Daubert* motions are to be filed by April 23, 2012, oppositions to *Daubert* motions are to be filed by May 14, 2012, and filing of reply briefs in support of *Daubert* motions are to be filed by May 23, 2012.  By subsequent Order on

1

December 9, 2011 (R.D. No. 20608), the parties' final witnesses and exhibits lists are to be filed on March 30, 2012.

Because of the prior enlargement of time to produce expert reports (R.D. No. 20592), the parties are unable to finalize their lists of witnesses and exhibits by March 30, 2012, unable to complete discovery by April 13, 2012, and unable to complete the filing of *Daubert* motions and briefs by May 23, 2012.

The parties therefore request that the time for filing final lists of witnesses and exhibits be enlarged to April 6, 2012, the time for completing discovery be enlarged to April 20, 2012, the time for filing *Daubert* motions be enlarged to April 30, 2012, the time for filing oppositions to *Daubert* motions be enlarged to May 21, 2012, and the time for filing reply briefs in support of *Daubert* motions be enlarged to May 30, 2012.  These requested enlargements will not affect the September 10, 2012 trial date or the *Daubert* hearing date set for June 28, 2012.

A proposed Order is submitted for the convenience of the Court.

    Respectfully submitted,

    STUART F. DELERY
    Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch

    JAMES G. TOUHEY, JR.
    Assistant Director, Torts Branch

    s/ James F. McConnon, Jr.
    JAMES F. MCCONNON, JR.
    Trial Attorney, Torts Branch, Civil Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 888
    Washington, D.C.  20044
    (202) 616-4400 / (202) 616-5200 (Fax)

Dated: March 15, 2012    Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I certify that on March 15, 2012, a true copy of the ExParte/Consent Motion for an Enlargement of Time was served on all counsel of record by ECF.

s/ James F. McConnon, Jr.
James F. McConnon, Jr.