UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| | § | |

**ORDER**

Considering the United States' Ex Parte/Consent Motion for an Enlargement of Time to File Final Witness and Exhibit Lists, to Complete Discovery, and to File *Daubert* Motions and Briefs;

**IT IS ORDERED** that the motion is **GRANTED** and that the Court's March 17, 2011 Order, as subsequently amended, is amended and supplemented as set forth below:

1. Each party is to file Final Witness and Exhibit Lists on April 6, 2012.

2. Discovery shall be completed no later than April 20, 2012.

3. *Daubert* motions shall be filed no later than April 30, 2012.

4. Oppositions to *Daubert* motions shall be filed no later than May 21, 2012.

5. Reply briefs in support of *Daubert* motions shall be filed no later than May 30, 2012.

This relief is being granted on the condition that the September 10, 2012 trial date and *Daubert* hearing date of June 28, 2012 will not be affected. All other dates contained in the March 17, 2011 Order, as amended by the November 23, 2011 Order will remain the same.

New Orleans, Louisiana, this _____ day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE