UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | * * | JUDGE DUVAL |
| Armstrong, No. 10-866 | * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Enroll filed by Plaintiffs:

**IT IS ORDERED** that the motion is **GRANTED** and that Michael C. Palmintier of the law firm of deGravelles, Palmintier, Holthaus & Fruge, LLP be and hereby is enrolled as additional counsel of record on behalf of the Plaintiffs.

New Orleans, Louisiana, this 15th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE