UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The United States is producing W. Allen Marr's expert report reliance materials. The reliance materials are not Bates-stamped. However, the United States will produce Bates-stamped, if possible, copies of the reliance materials at a later date. The United States' Production Log is attached.

                                            Respectfully submitted,

                                            STUART F. DELERY
                                            Acting Assistant Attorney General

                                            PHYLLIS J. PYLES
                                            Director, Torts Branch

                                            JAMES G. TOUHEY, JR.
                                            Assistant Director, Torts Branch

                                            s/ James F. McConnon, Jr.
                                            JAMES F. McCONNON, JR.
                                            Trial Attorney, Torts Branch, Civil Division
                                            U.S. Department of Justice
                                            Benjamin Franklin Station, P.O. Box 888
                                            Washington, D.C.  20044
                                            (202) 616-4400 / (202) 616-5200 (Fax)
                                            Attorneys for the United States

Dated: March 15, 2012

## **CERTIFICATE OF SERVICE**

    I, James F. McConnon, Jr., hereby certify that on March 15, 2012, I served a true copy of the United States' Notice of Production upon the parties by ECF.

                                        s/ James F. McConnon, Jr.
                                     JAMES F. McCONNON, JR.