**PRODUCTION LOG**
In re Katrina Canal Breaches Litigation, No. 05-4182
Pertains to: MRGO-EBIA (No. 10-866)

| Custodian Name | Date Produced | Track | Comments |
|---|---|---|---|
| W. Allen Marr | 3/15/2012 | MRGO-EBIA | Reliance Materials from W. Allen Marr |