UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br>   ARMSTRONG, C.A. No. 10-866<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

### NOTICE OF PRODUCTION

The United States is producing Timothy D. Stark's expert report reliance materials. The reliance materials are not Bates-stamped. However, the United States will produce Bates-stamped, if possible, copies of the reliance materials at a later date. The United States' Production Log is attached.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: March 19, 2012

**CERTIFICATE OF SERVICE**

     I, James F. McConnon, Jr., hereby certify that on March 19, 2012, I served a true copy of the United States' Notice of Production upon the parties by ECF.

                                                       s/ James F. McConnon, Jr.
                                                       JAMES F. McCONNON, JR.