UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:  *Entergy*<br>(No. 10-0077) | |

## MOTION TO ENROLL

**Plaintiffs, Entergy New Orleans, Inc. and Entergy Louisiana, L.L.C. (the "Entergy Companies")**, through undersigned Counsel, respectfully request, pursuant to Local Rule 83.2.12, that Brian L. Guillot of Davillier Law Group, LLC, be added as additional counsel in the above captioned matter.  Brian L. Guillot is already enrolled as counsel for the Entergy Companies and has changed law firms.  In support of this Motion, the Entergy Companies represent that Brian L. Guillot is a member in good standing of the Louisiana Bar and is admitted to practice before this Court

Respectfully submitted on March   20   , 2012,

Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
Nina Wessel English (La. Bar No. 29176).
Gordon, Arata, McCollam,
 Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111
Fax: (504) 582-1121

and

Marcus V. Brown (La. Bar No. 18817)
Wendy Hickok Robinson (La. Bar No. 25225)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765

and

Brian L. Guillot (La. Bar No. 31759)
Davillier Law Group, LLC
1010 Common St., Suite 2510
New Orleans, Louisiana  70112
Telephone: (504) 582-6998
Fax: (504) 582-6985

By:_____/s/Brian L. Guillot_____

Attorneys for Plaintiffs, **Entergy New Orleans, Inc., Entergy Louisiana, L.L.C.,**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served by ECF on March __20__, 2012.

By:_____/s/Brian L. Guillot_____
        BRIAN L. GUILLOT