UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NUMBER:  05-4182 "K"(2)
JUDGE DUVAL
MAG. WILKINSON

PERTAINS TO:  *Entergy*
(No. 10-0077)

## <u>ORDER</u>

Considering the foregoing Motion to Enroll Counsel of Record;

IT IS HEREBY ORDERED that Brian L. Guillot be enrolled as additional counsel of record for Plaintiffs Entergy Louisiana, LLC and Entergy New Orleans, Inc. in the captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**UNITED STATES DISTRICT COURT JUDGE**