UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The United States is producing Timothy D. Stark's expert report reliance materials. The reliance materials are not Bates-stamped. However, the United States will produce Bates-stamped, if possible, copies of the reliance materials at a later date.

The United States' Production Log is attached.

                                                                                                      Respectfully submitted,

                                                                                                      STUART F. DELERY
                                                                                                       Acting Assistant Attorney General

                                                                                                       PHYLLIS J. PYLES
                                                                                                        Director, Torts Branch

                                                                                                         JAMES G. TOUHEY, JR.
                                                                                                         Assistant Director, Torts Branch

                                                                           s/ James F. McConnon, Jr.
                                                                                                         JAMES F. McCONNON, JR.
                                                                                                         Trial Attorney, Torts Branch, Civil Division
                                                                                                         U.S. Department of Justice
                                                                                                         Benjamin Franklin Station, P.O. Box 888
                                                                                                         Washington, D.C.  20044
                                                                                                         (202) 616-4400 / (202) 616-5200 (Fax)
                                                                                                         Attorneys for the United States

Dated: March 20, 2012

## **CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on March 20, 2012, I served a true copy of the United States' Notice of Production upon the parties by ECF.

                                        s/ James F. McConnon, Jr.
                                        JAMES F. McCONNON, JR.