**PRODUCTION LOG**
**In re Katrina Canal Breaches Litigation, No. 05-4182**
**Pertains to: MRGO-EBIA (No. 10-866)**

| Custodian Name | Date Produced | Track | Comments |
|---|---|---|---|
| Timothy D. Stark | 3/20/2012 | MRGO-EBIA | Additional Reliance Materials from Timothy D. Stark |