UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The United States is producing W. Allen Marr's expert report reliance materials. The reliance materials are not Bates-stamped. However, the United States will produce Bates-stamped, if possible, copies of the reliance materials at a later date. The United States' Production Log is attached.

        Respectfully submitted,

        STUART F. DELERY
        Acting Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        s/ James F. McConnon, Jr.
        JAMES F. McCONNON, JR.
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: March 21, 2012

## **CERTIFICATE OF SERVICE**

    I, James F. McConnon, Jr., hereby certify that on March 21, 2012, I served a true copy of the United States' Notice of Production upon the parties by ECF.


                                                          s/ James F. McConnon, Jr.
                                                       JAMES F. McCONNON, JR.