MINUTE ENTRY
WILKINSON, M. J.
MARCH 21, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>           CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:    MRGO<br>                         Armstrong C.A. No. 10-866 | JUDGE DUVAL<br>MAG. WILKINSON |

As requested by plaintiffs' counsel, a conference was conducted on this date to discuss discovery and expert disclosure issues. Participating were: Joseph M. Bruno, counsel for plaintiffs; William Treeby, representing defendant Washington Group International, Inc. ("WGI"); and Robin Smith, counsel for the United States. Because the issues raised by counsel concerning rebuttal expert reports and rebuttal expert testimony relate to what may be permissible at trial, Judge Duval is being notified by me so that he may conduct a brief conference with counsel, if appropriate.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  1 : 10