UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:  MRGO<br>              *Armstrong*, No. 10-866 | |

## NOTICE OF SUBPOENA TO CAJUN INDUSTRIES, LLC

Pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice to defendants United States and URS Energy & Construction, Inc. (formerly Washington Group International, Inc.) of a document and deposition subpoena served on Cajun Industries, LLC (attached hereto as Exhibit "A").

Dated: March 22, 2012

                           **Respectfully Submitted,**
                           **PLAINTIFFS LIAISON COUNSEL**

                           /s/ Joseph M. Bruno
                           JOSEPH M. BRUNO (La. Bar # 3604)
                           Bruno & Bruno, LLP
                           855 Baronne Street
                           New Orleans, Louisiana 70113
                           Telephone: (504) 525-1335
                           Facsimile: (504) 561-6775
                           Email: jbruno@brunobrunolaw.com

                           **MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

                           /s/ James Parkerson Roy
                           JAMES PARKERSON ROY
                           MR-GO PSLC Liaison Counsel
                           LA. Bar Roll Number: 11511

Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

       /s/Andrew P. Owen
ANDREW P. OWEN
*Admitted Pro Hac Vice*
The Trial Law Firm PC
800 Wilshire Blvd, Suite 800
Los Angeles, CA 90017
Telephone: (213) 347-0290
Facsimile: (213) 347-0299
Email: aowen@oslaw.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record by ECF on March 22, 2012.

/s/ Joseph M. Bruno