UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The United States is producing additional materials relating to Joseph B. Dunbar's expert report.  The  materials are not Bates-stamped.  However, the United States will produce Bates-stamped copies of the materials at a later date.  This production includes, among other things, Mr. Dunbar's resume and publication list which were previously e-mailed to William Treeby, WGII counsel, and Joseph Bruno, Plaintiffs' Liaison Counsel, on March 21, 2012, by Rupert Mitsch, United States' Counsel.

///

///

///

The United States' Production Log is attached.

                Respectfully submitted,

                STUART F. DELERY
                Acting Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                JAMES G. TOUHEY, JR.
                Assistant Director, Torts Branch

                s/ James F. McConnon, Jr.
                JAMES F. McCONNON, JR.
                Trial Attorney, Torts Branch, Civil Division
                U.S. Department of Justice
                Benjamin Franklin Station, P.O. Box 888
                Washington, D.C.  20044
                (202) 616-4400 / (202) 616-5200 (Fax)
                Attorneys for the United States

Dated: March 22, 2012

**CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on March 22, 2012, I served a true copy of the United States' Notice of Production upon the parties by ECF.

                                                    s/ James F. McConnon, Jr.
                                                    JAMES F. McCONNON, JR.