**US Production for MRGO EBIA**

| Custodian Name | Date Produced | Track | Comments |
|---|---|---|---|
| DUNBAR, JOSEPH | 3/22/12 | MRGO/EBIA | Additional Materials from Dr. Joseph Dunbar |