UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The United States produced additional materials relating to Patrick C. Lucia's expert report on March 22, 2012. The materials are not Bates-stamped. However, the United States will produce Bates-stamped copies of the materials at a later date.

The United States' Production Log is attached.

                                                Respectfully submitted,

                                                STUART F. DELERY
                                                Acting Assistant Attorney General

                                                PHYLLIS J. PYLES
                                                Director, Torts Branch

                                                JAMES G. TOUHEY, JR.
                                                Assistant Director, Torts Branch

                                                 s/ James F. McConnon, Jr.
                                                JAMES F. McCONNON, JR.
                                                Trial Attorney, Torts Branch, Civil Division
                                                U.S. Department of Justice
                                                Benjamin Franklin Station, P.O. Box 888
                                                Washington, D.C.  20044
                                                (202) 616-4400 / (202) 616-5200 (Fax)
                                                Attorneys for the United States

Dated: March 23, 2012

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on March 23, 2012, I served a true copy of the United States' Notice of Production upon the parties by ECF.

    s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.