**US Production for MRGO EBIA**

| Custodian Name | Date Produced | Track | Comments |
|---|---|---|---|
| LUCIA, PATRICK | 3/22/12 | MRGO/EBIA | Additional Materials from Patrick C. Lucia |