**MINUTE ENTRY**
**DUVAL J.**
**MARCH 23, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                     CIVIL ACTION
       CONSOLIDATED LITIGATION

                                                                 NO. 05-4182

PERTAIN TO: MR. GO
       *Armstrong No. 10-866*

Attending a status conference held March 22, 2012 were:

Joseph Bruno for plaintiffs,
William Treeby and Adrian Wager Zito for defendants WGI, and
Robin Smith for defendant United States.

The parties requested a conference to discuss the deadline for counsel for plaintiff to provide counsel for defendants with the rebuttal reports of Mr. Rogers and Dr. Bea. The Court advised the parties that the preparation and exchange of rebuttal reports is not mandatory for those experts but noted that if a rebuttal report is not prepared and provided to defendants, then the expert's testimony will be limited to the material covered in the expert prior reports, the expert's deposition, and related logical extensions of material included in his prior report and his deposition. If a rebuttal report is not provided, the expert will not be permitted to express opinions concerning new theories or to testify beyond the scope of his prior report or deposition as outlined above.

The rebuttal report, if any, of Mr. Rogers, shall be provided to counsel for defendants not later than March 29, 2012. The rebuttal report, if any, of Dr. Bea shall be provided to counsel for defendants not later than April 3, 2012. If Mr. Rogers and Dr. Bea produce rebuttal reports, they may be deposed concerning those reports prior to the April 20, 2012 discovery deadline.

JS10(00:45)