UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: MRGO | * | JUDGE DUVAL |
| *Armstrong, No. 10-866* | * | MAG. WILKINSON |
| | * | |

**************************************

### NOTICE OF DEPOSITION

To:   Robin D. Smith
      Attorney of Record for:
      The United States of America
      through its agencies the US Army Corps of Engineers
      Benjamin Franklin Station
      P.O. Box 888
      Washington, DC 20044

**PLEASE TAKE NOTICE** that the Plaintiffs, through their respective counsel of record, will take the oral deposition of **Thomas Naymik, Ph.D., P.G.**, on **Thursday, April 5, 2012 at 9:00 AM** at the law firm of Bruno & Bruno, 855 Baronne Street, New Orleans, Louisiana 70113.

The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony. The deposition will be stenographically recorded and transcribed.

1

Respectfully submitted,


PLAINTIFFS' LIAISON COUNSEL

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

**MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 23rd day of March, 2012.

           */s/ Joseph M. Bruno*
            JOSEPH M. BRUNO