UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Entergy*<br>(No. 10-0077) | |

## NOTICE OF CHANGE OF ADDRESS

**Dear Clerk:**

**Please note the following address change:**

**Brian L. Guillot**
Davillier Law Group, LLC
1010 Common St., Suite 2510
New Orleans, Louisiana 70112
Telephone: (504) 582-6998
Fax: (504) 582-6985

        Respectfully submitted on March ___27___, 2012,

        **Brian L. Guillot** (La. Bar No. 31759)
        Davillier Law Group, LLC
        1010 Common St., Suite 2510
        New Orleans, Louisiana 70112
        Telephone: (504) 582-6998
        Fax: (504) 582-6985

        By:_____/s/Brian L. Guillot_____

        Attorneys for Plaintiffs, **Entergy New Orleans, Inc.,**
        **Entergy Louisiana, L.L.C.,**

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served by ECF on March __27__, 2012.

By: __/s/Brian L. Guillot__
BRIAN L. GUILLOT