UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: MRGO | * | JUDGE DUVAL |
| *Armstrong, No. 10-866* | * | MAG. WILKINSON |
| | * | |

**************************************

### AMENDED NOTICE OF DEPOSITION WITH REQUEST FOR PRODUCTION OF DOCUMENTS

To: URS Energy & Construction, Inc.
(formerly Washington Group International, Inc.)
through their Attorney of Record,
William D. Treeby, Esq.
Stone Pigman Walther Witmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504.581.3200
*wtreeby@stonepigman.com*

**PLEASE TAKE NOTICE** that the Plaintiffs, through their respective counsel of record, will take the oral deposition of Jean-Prieur 'JP' Du Plessis, on **Thuraday, April 12, 2012 at 9:00 AM, continuing as necessary on Friday, April 13, 2012 at 9:00 AM** at the law firm of Bruno & Bruno, 855 Baronne Street, New Orleans, Louisiana 70113.

Deponent is requested to produce the documents listed in **Exhibit A** attached hereto and made a part hereof as soon as possible, but not later than March 30, 2012.

The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony. The deposition will be stenographically recorded and transcribed.

Respectfully submitted,

PLAINTIFFS' LIAISON COUNSEL

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

**MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 27th day of March, 2012.

                */s/ Joseph M. Bruno*
                JOSEPH M. BRUNO

## **EXHIBIT A**

1. Any and all documents[1] reviewed by Mr. DuPlessis and/or his staff in the preparation of his initial and revised reports, including, but not limited to:

    A. The "miscellaneous file documents" that Mr. DuPlessis or his staff referred to in preparing his initial and revised reports;

    B. Any and all records concerning scope of the assignment, discussion of the development and the reporting process that Mr. DuPlessis relied upon or his staff in the his initial and revised reports.

    C. Any and all emails, faxes, or other writings concerning plaintiff's claims that Mr. DuPlessis had with the Washington Group International, Inc.

    D. Any and all test results, data relied on, documents or other items viewed or reviewed, and any other information or things upon which Mr. DuPlessis has relied or utilized or may relied on or utilize to formulate his opinion.

2. Any and all photos and videos [2] relied upon by Mr. DuPlessis and/or his staff in the preparation of his initial and revised reports, including but not limited to those referenced in each of his reports.

---

[1] For the purposes of this Exhibit, "documents" shall refer to and include all documents, whether printed, typed, handwritten, photocopied, computerized, recorded, stored, or produced or reproduced by any process or means, mechanical, manual, or otherwise.

[2] For the purposes of this Exhibit, "photos" and "videos" shall refer to and include all photos and videos, whether taken by you or by others, printed, photocopied, computerized, recorded, stored, produced or reproduced by any process or means, mechanical, manual, or otherwise.