UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to Armstrong Plaintiffs' First Request for Production to Defendant United States dated May 16, 2011, the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

```
MEB476-000000001   to   MEB476-000000105;
MEB482-000000001   to   MEB482-000000001;
MEB482-000000002   to   MEB482-000000002;
MEB482-000000003   to   MEB482-000000003;
MEB482-000000004   to   MEB482-000000004;
MEB482-000000005   to   MEB482-000000005;
MEB482-000000006   to   MEB482-000000006;
MEB482-000000007   to   MEB482-000000007;
MEB482-000000008   to   MEB482-000000008;
MEB482-000000009   to   MEB482-000000009;
MEB482-000000010   to   MEB482-000000010;
```

MEB482-000000011 to MEB482-000000011;
MEB482-000000012 to MEB482-000000012;
MEB482-000000013 to MEB482-000000013;
MEB482-000000014 to MEB482-000000014;
MEB482-000000015 to MEB482-000000015;
MEB482-000000016 to MEB482-000000016;
MEB482-000000017 to MEB482-000000017;
MEB482-000000018 to MEB482-000000018;
MEB482-000000019 to MEB482-000000019;
MEB482-000000020 to MEB482-000000020;
MEB482-000000021 to MEB482-000000021;
MEB482-000000022 to MEB482-000000022;
MEB482-000000023 to MEB482-000000023;
MEB482-000000024 to MEB482-000000024;
MEB482-000000025 to MEB482-000000025;
MEB482-000000026 to MEB482-000000026;
MEB482-000000027 to MEB482-000000027;
MEB482-000000028 to MEB482-000000028;
MEB482-000000029 to MEB482-000000029;
MEB482-000000030 to MEB482-000000030;
MEB482-000000031 to MEB482-000000031;
MEB482-000000032 to MEB482-000000032;
MEB482-000000033 to MEB482-000000033;
MEB482-000000034 to MEB482-000000034;
MEB482-000000035 to MEB482-000000035;
MEB482-000000036 to MEB482-000000036;
MEB482-000000037 to MEB482-000000037;
MEB482-000000038 to MEB482-000000038;
MEB482-000000039 to MEB482-000000041;
MEB482-000000042 to MEB482-000000042;
MEB482-000000043 to MEB482-000000043;
MEB482-000000044 to MEB482-000000044;
MEB482-000000045 to MEB482-000000045;
MEB482-000000046 to MEB482-000000046;
MEB482-000000047 to MEB482-000000047;
MEB482-000000048 to MEB482-000000048;
MEB482-000000049 to MEB482-000000049;
MEB482-000000050 to MEB482-000000050;
MEB482-000000051 to MEB482-000000051;
MEB482-000000052 to MEB482-000000052;
MEB482-000000053 to MEB482-000000053;
MEB482-000000054 to MEB482-000000054;
MEB482-000000055 to MEB482-000000055;

        MEB482-000000056 to MEB482-000000056;
        MEB482-000000057 to MEB482-000000057;
        MEB482-000000058 to MEB482-000000058;
        MEB482-000000059 to MEB482-000000059;
        MEB482-000000060 to MEB482-000000060;
        MEB482-000000061 to MEB482-000000061;
        MEB482-000000062 to MEB482-000000062;
        MEB482-000000063 to MEB482-000000063;
        MEB482-000000064 to MEB482-000000064;
        MEB482-000000065 to MEB482-000000065;
        MEB482-000000066 to MEB482-000000066;
        MEB482-000000067 to MEB482-000000067;
        MEB482-000000068 to MEB482-000000068;
        MEB482-000000069 to MEB482-000000069;
        MEB482-000000070 to MEB482-000000070;
        MEB482-000000071 to MEB482-000000071;
        MEB482-000000072 to MEB482-000000072;
        MEB482-000000073 to MEB482-000000073;
        MEB482-000000074 to MEB482-000000074;
        MEB482-000000075 to MEB482-000000075;
        MEB482-000000076 to MEB482-000000076;
        MEB482-000000077 to MEB482-000000077;
        MEB482-000000078 to MEB482-000000078;
        MEB482-000000079 to MEB482-000000079;
        MEB482-000000080 to MEB482-000000080;
        MEB482-000000081 to MEB482-000000081;
        MEB482-000000082 to MEB482-000000082;
        MEB482-000000083 to MEB482-000000083;
        MEB482-000000084 to MEB482-000000084.

/ / /

/ / /

/ / /

The United States' Production Log is attached.

                Respectfully submitted,

                STUART F. DELERY
                Acting Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                JAMES G. TOUHEY, JR.
                Assistant Director, Torts Branch

                s/ James F. McConnon, Jr.
                JAMES F. McCONNON, JR.
                Trial Attorney, Torts Branch, Civil Division
                U.S. Department of Justice
                Benjamin Franklin Station, P.O. Box 888
                Washington, D.C.  20044
                (202) 616-4400 / (202) 616-5200 (Fax)
                Attorneys for the United States

Dated: March 28, 2012

## **CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on March 28, 2012, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                                                     s/ James F. McConnon, Jr.
                                                     JAMES F. McCONNON, JR.