US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 476 | MEB476-000000001 | MEB476-000000105 | USACE; MVD; MVN; CEMVD-CD-QM | ROBERT DAUENHAUER | ME019 | 3/28/12 | MRGO/EBIA | OLB Project 78-M-03-2 Florida Ave East |
| MEB | 482 | MEB482-000000001 | MEB482-000000001 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000002 | MEB482-000000002 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000003 | MEB482-000000003 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000004 | MEB482-000000004 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000005 | MEB482-000000005 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000006 | MEB482-000000006 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000007 | MEB482-000000007 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000008 | MEB482-000000008 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000009 | MEB482-000000009 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000010 | MEB482-000000010 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000011 | MEB482-000000011 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000012 | MEB482-000000012 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000013 | MEB482-000000013 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000014 | MEB482-000000014 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000015 | MEB482-000000015 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000016 | MEB482-000000016 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000017 | MEB482-000000017 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000018 | MEB482-000000018 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000019 | MEB482-000000019 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 482 | MEB482-000000020 | MEB482-000000020 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000021 | MEB482-000000021 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000022 | MEB482-000000022 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000023 | MEB482-000000023 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000024 | MEB482-000000024 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000025 | MEB482-000000025 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000026 | MEB482-000000026 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000027 | MEB482-000000027 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000028 | MEB482-000000028 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000029 | MEB482-000000029 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000030 | MEB482-000000030 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000031 | MEB482-000000031 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000032 | MEB482-000000032 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000033 | MEB482-000000033 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000034 | MEB482-000000034 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000035 | MEB482-000000035 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000036 | MEB482-000000036 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000037 | MEB482-000000037 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000038 | MEB482-000000038 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000039 | MEB482-000000041 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 482 | MEB482-000000042 | MEB482-000000042 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000043 | MEB482-000000043 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000044 | MEB482-000000044 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000045 | MEB482-000000045 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000046 | MEB482-000000046 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000047 | MEB482-000000047 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000048 | MEB482-000000048 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000049 | MEB482-000000049 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 03/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000050 | MEB482-000000050 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000051 | MEB482-000000051 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000052 | MEB482-000000052 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000053 | MEB482-000000053 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000054 | MEB482-000000054 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000055 | MEB482-000000055 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000056 | MEB482-000000056 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000057 | MEB482-000000057 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000058 | MEB482-000000058 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000059 | MEB482-000000059 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000060 | MEB482-000000060 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000061 | MEB482-000000061 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 482 | MEB482-000000062 | MEB482-000000062 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000063 | MEB482-000000063 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000064 | MEB482-000000064 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000065 | MEB482-000000065 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000066 | MEB482-000000066 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000067 | MEB482-000000067 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000068 | MEB482-000000068 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000069 | MEB482-000000069 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000070 | MEB482-000000070 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000071 | MEB482-000000071 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000072 | MEB482-000000072 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000073 | MEB482-000000073 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000074 | MEB482-000000074 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000075 | MEB482-000000075 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000076 | MEB482-000000076 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000077 | MEB482-000000077 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000078 | MEB482-000000078 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000079 | MEB482-000000079 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000080 | MEB482-000000080 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000081 | MEB482-000000081 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 482 | MEB482-000000082 | MEB482-000000082 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000083 | MEB482-000000083 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |
| MEB | 482 | MEB482-000000084 | MEB482-000000084 | USACE; MVD; MVN; CEMVD-CD-QM | NUCCIO, LESLIE | ME019 | 3/28/12 | MRGO/EBIA | IHNC-01 Field Observation Reports |