UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
      CONSOLIDATED LITIGATION

                                                     NO. 05-4182

PERTAINS TO:     BARGE                            SECTION "K"(2)

*Boutte v. Lafarge*          C.A. No. 05-5531
*Mumford v. Ingram*       C.A. No. 05–5724
*Lagarde v. Lafarge*        C.A. No. 06-5342
*Perry v. Ingram Barge*    C.A. No. 06-6299
*Benoit v. Lafarge*           C.A. No. 06-7516
*Weber v. Lafarge*          C.A. No. 08-4459[1]

## ORDER

On September 22, 2011, plaintiffs filed an "Eratta and "Clawback" Notice (Doc. 20443) concerning the exhibits filed as In Globo Exhibit A attached to Plaintiffs' Opposition to Lafarge North America's Motion for Summary Judgment (Doc. 20441-2). Lafarge North America, Inc. filed a Motion for *In Camera* Review of Documents that Plaintiffs Are Seeking to "Claw Back" (Doc. 20445) and sought a ruling denying plaintiffs this relief. In addition an Ex Parte Motion to Expedite Hearing on that motion (Doc. 20446) was filed.

     The Court has previously ruled on the substantive Lafarge Motion for Summary Judgment and erroneously failed to enter a written ruling on this issue prior to its determination. However, the Court in ruling on that substantive motion, considered with respect to In Globo Exhibit A attached to Plaintiffs' Opposition to North America's Motion for Summary Judgment

---

[1] Based on Doc. 13 in *Parfait Family v. United States,* C.A. No. 07-3500, the *Parfait* case has been statistically closed and stayed based on the misconduct of its lead attorney and is no longer included in the BARGE umbrella for that reason.

only the materials provided in Doc. 20443–that is the revised and corrected In Globo Exhibit A as attached to Doc. 20443.  Accordingly,

**IT IS ORDERED** that Lafarge North America, Inc.'s  Motion for *In Camera* Review of Documents that Plaintiffs Are Seeking to "Claw Back" (Doc. 20445) and Lafarge North America, Inc.'s *Ex Parte* Motion to Expedite Hearing on LNA" s Motion for *In Camera* Review of Documents that Plaintiffs are Seeking to "Claw Back" are **DENIED**.

New Orleans, Louisiana, this 28th  day of March, 2012.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

2