UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO:     BARGE                    SECTION "K"(2)

*Boutte v. Lafarge*            C.A. No. 05-5531
*Mumford v. Ingram*            C.A. No. 05–5724
*Lagarde v. Lafarge*           C.A. No. 06-5342
*Perry v. Ingram Barge*        C.A. No. 06-6299
*Benoit v. Lafarge*            C.A. No. 06-7516
*Weber v. Lafarge*             C.A. No. 08-4459[1]

## ORDER AND REASONS

Considering the Court's findings that Lafarge North America, Inc. is not liable in any way for the damages sought by all of the plaintiffs in all of the above listed cases (Doc. 20714), the Court finds that American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Motion for Summary Judgment (Doc. 20404) has merit given that without liability on the part of Lafarge North America, Inc. coverage sought cannot attach. Accordingly,

**IT IS ORDERED** that American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Motion for Summary Judgment (Doc. 20404) is **GRANTED** and judgment shall be entered in favor of American Steamship Owners Mutual Protection and Indemnity

---

[1] Based on Doc. 13 in *Parfait Family v. United States,* C.A. No. 07-3500, the *Parfait* case has been statistically closed and stayed based on the misconduct of its lead attorney and is no longer included in the BARGE umbrella for that reason.

Association, Inc. and against all named plaintiffs in each of the above listed cases dismissing said claims with each party to bear its/his/her own costs.

New Orleans, Louisiana, this 28th day of March, 2012.

*[signature]*

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE