UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:    BARGE | SECTION "K"(2) |

*Boutte v. Lafarge*         C.A. No. 05-5531
*Mumford v. Ingram*     C.A. No. 05–5724
*Lagarde v. Lafarge*      C.A. No. 06-5342
*Perry v. Ingram Barge*  C.A. No. 06-6299
*Benoit v. Lafarge*         C.A. No. 06-7516
*Weber v. Lafarge*         C.A. No. 08-4459[1]

## JUDGMENT

Considering the Order and Reasons entered by the Court on March 20, 2012, with respect to Lafarge North America, Inc. (Doc. 20714) and the Order and Reasons entered by the Court on March 28, 2012 (Doc. 20734) concerning American Steamship Owners Mutual Protection and Indemnity Association, Inc.,

**IT IS ORDERED**, **ADJUDGED AND DECREED** that pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, final judgment is hereby entered in favor of Lafarge North America, Inc. and American Steamship Owners Mutual Protection and Indemnity Association, Inc. and against all plaintiffs in each of the following actions pending before this Court:

    *Boutte v. Lafarge*              C.A. No. 05-5531

    *Mumford v. Ingram*         C.A. No. 05–5724

---

[1] Based on Doc. 13 in *Parfait Family v. United States,* C.A. No. 07-3500, the *Parfait* case has been statistically closed and stayed based on the misconduct of its lead attorney and is no longer included in the BARGE umbrella for that reason.

| | |
|---|---|
| *Lagarde v. Lafarge* | **C.A. No. 06-5342** |
| *Perry v. Ingram Barge* | **C.A. No. 06-6299** |
| *Benoit v. Lafarge* | **C.A. No. 06-7516** |
| *Weber v. Lafarge* | **C.A. No. 08-4459.** |

**IT IS FURTHER ORDERED** that the claims of the plaintiffs in the actions set forth herein are dismissed in their entirety, with prejudice, and with each party to bear its, his or her own costs.

New Orleans, Louisiana, this 28th day of March, 2012.

```
                    STANWOOD R. DUVAL, JR.
              UNITED STATES DISTRICT COURT JUDGE
```