## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO:       BARGE** | **SECTION "K"(2)** |

*Boutte v. Lafarge*          **C.A. No. 05–5531**
*Mumford v. Ingram*          **C.A. No. 05–5724**
*Lagarde v. Lafarge*          **C.A. No. 06-5342**
*Perry v. Ingram Barge*          **C.A. No. 06-6299**
*Benoit v. Lafarge*          **C.A. No. 06-7516**
*Weber v. Lafarge*          **C.A. No. 08-4459**

### ORDER

It has come to the Court's attention that footnote 12 in the Order and Reasons issued on March 20, 2012 with respect to Lafarge North America, Inc.'s Motion for Summary Judgment (Rec. Doc. 20714)  is incomplete.  Accordingly,

**IT IS ORDERED** that the footnote 12 at page 12 is **AMENDED** to read, "Doc. 20441-2 Affidavit and *Curriculum Vitae* of Diswadev Roy, Ph.D. as corrected and amended by Doc. 20433."

New Orleans, Louisiana, this 29th day of March, 2012.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**