# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: MRGO | * | JUDGE DUVAL |
| *Armstrong, No. 10-866* | * | MAG. WILKINSON |
| | * | |

**************************************

## AMENDED NOTICE OF DEPOSITION WITH
## REQUEST FOR PRODUCTION OF DOCUMENTS

To: URS Energy & Construction, Inc.
    (formerly Washington Group International, Inc.)
    through their Attorney of Record,
    William D. Treeby, Esq.
    Stone Pigman Walther Witmann LLC
    546 Carondelet Street
    New Orleans, LA 70130
    Phone: 504.581.3200
    *wtreeby@stonepigman.com*

    **PLEASE TAKE NOTICE** that the Plaintiffs, through their counsel, will take the videotaped deposition of James Danner, P.E., on Wednesday, April 18, 2012 at 9:00 AM at Bruno &u Bruno, 855 Baronne Street, New Orleans, Louisiana 70113. Deponent is requested to produce the documents listed in Exhibit A as soon as possible, but not later than April 02, 2012. The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony. The deposition will be recorded on video and stenographically.

Respectfully submitted,


PLAINTIFFS' LIAISON COUNSEL


*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

**MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 29th day of March, 2012.

                                            */s/ Joseph M. Bruno*
                                            JOSEPH M. BRUNO

## **EXHIBIT A**

1. Any and all documents[1] reviewed by Mr. Danner and/or his staff in the preparation of his Flood Damage Assessment reports, including, but not limited to:

    A. The "miscellaneous file documents" referred to in the "Observations" section of his reports;

    B. Any and all "weather records" cited, referenced, or relied upon by Mr. Danner and/or his staff.

    C. Any and all records concerning scope of the assignment, discussion of the development and the reporting process that Mr. Danner relied upon or his staff in the his initial and revised reports.

    D. Any and all emails, faxes, or other writings concerning plaintiff's claims that Mr. Danner had with the Washington Group International, Inc.

    E. Any and all test results, data relied on, documents or other items viewed or reviewed, and any other information or things upon which Mr. Danner has relied or utilized or may relied on or utilize to formulate his opinion.

2. Any and all photos and videos [2] relied upon by Mr. Danner and/or his staff in the preparation of his report, including but not limited to those referenced in the last paragraph of each of his reports.

---

[1] For the purposes of this Exhibit, "documents" shall refer to and include all documents, whether printed, typed, handwritten, photocopied, computerized, recorded, stored, or produced or reproduced by any process or means, mechanical, manual, or otherwise.

[2] For the purposes of this Exhibit, "photos" and "videos" shall refer to and include all photos and videos, whether taken by you or by others, printed, photocopied, computerized, recorded, stored, produced or reproduced by any process or means, mechanical, manual, or otherwise.