UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>Pertains To: Forced Place Insurance<br>09-1613,09-2580,09-2602,09-2606,09-2608<br><br>VERSUS<br><br>Balboa Insurance Group, et al | Civil Action: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |

## JOINT STIPULATION OF FACTS

**NOW INTO COURT,** Comes Joseph M. Bruno counsel for plaintiff(s) in the above captioned cases and Stephen Rider Counsel for the defendants Balboa Insurance Company, Meritplan Insurance Company and Newport Insurance Company (collectively "Balboa"), who suggest to the Court that the above captioned cases all involve single interest lender placed insurance policies identical to those previously dismissed in the Court's April 1, 2010 Order and Reasons. *In Re Katrina Canal Breaches Consolidated Litigation:Insurance/ Forced Placed Litigation, CA. No. 05-4182* (Rec Doc. 19694). Plaintiffs and Defendant further stipulate that the defendant Balboa would have incuded the above captioned cases in their March 10, 2009 Motion to Dismiss (Rec. Doc 18100) but due to a delay in receiving the policy information, defendant was unable to identify coverage information concerning these captioned lawsuits until after the entry of the Courts April 16, 2010 judgement. (Exhibit 1) The parties further stipulate that if the defendant Balboa had filed the same motion to dismiss in any of the above captioned cases, the Court would rule in an identical fashion as it did in it's April 1, 2010 Order and Reasons.(Rec. Doc. 19694)

As to all defendants other than Balboa, plaintiffs stipulate that all remaining claims are not being pursued and that no other defendants have made an appearance in any of the above captioned cases. Accordingly plaintiffs request that all remaining claims against any other defendant other than Balboa be dismissed without prejudice in the above captioned matters only.

**Bruno & Bruno**

/s/ Joseph M. Bruno
Joseph M. Bruno (3604)
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493

**McGlinchey Stafford, PLLC**

/s/ Stephen W. Rider
Stephen W. Rider (2071)
601 Poydras St., 12th Floor
New Orleans, LA 70130
PH: (504) 586-1200
FX: (504) 596-2800

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 30th day of March 2012.