UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * * | SECTION "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF VIDEO-TAPED DEPOSITION OF DIEGO COBOS-ROA WITH REQUEST FOR PRODUCTION OF DOCUMENTS

To:  All Plaintiffs' Counsel
through Plaintiffs' Liaison Counsel,
Joseph M. Bruno, Esq.
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana  70113
(504) 525-1335
*jbruno@jbrunolaw.com*

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Washington Group International, Inc. ("WGII") will take the deposition upon oral examination of **Diego Cobos-Roa**.

The deposition will take place on Tuesday, April 10, 2012 at 8:30 a.m. at the law offices of Jones Day, 555 California Street, 25th Floor, San Francisco, California 94104. Deponent is requested to produce the documents listed in Exhibit A as soon as possible, but not later than April 6, 2012. The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law. The deposition will be recorded stenographically, as well as by videotape.

1089325v.1

Dated:  March 30, 2012

Respectfully submitted,

/s/ Heather S. Lonian
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Deposition has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 30th day of March, 2012.

/s/ Heather S. Lonian

1089325v.1