## **EXHIBIT A**

1. Any and all notes, data, correspondence, or documents[1] relating to your[2] work as a consultant to any expert in this litigation[3], including, but not limited to any retention agreement with plaintiffs' counsel, Dr. Bea, or anyone else;

2. Any and all notes, correspondence, or documents relating to or reflecting any payment received for your work in this litigation;

3. Any and all notes, correspondence, or documents relating to or reflecting your license for any GEOSLOPE International software that you used in your work as a consultant to any expert in this litigation, including, but not limited to any copies of SEEP/W or 3DFlow software manuals;

4. Any and all photos or videos[4] notes, data, correspondence, calculations, research, or documents that you reviewed, utilized and/or created in connection with your work on any matter relating to the Katrina litigation, including but not limited to everything you listed in as references or reliance materials in your reports or analyses;

5. Any and all any field notes from any site visits to the East Bank Industrial Area or areas in the immediate vicinity thereof that you made in the course of your work on any matter relating to the Katrina litigation;

6. Any and all photos or videos, notes, data, correspondence, calculations, research or documents that you reviewed, utilized and/or created in connection with your

---

[1] For the purposes of this Exhibit, "documents" shall refer to and include all documents, whether printed, typed, handwritten, photocopied, computerized, recorded, stored, or produced or reproduced by any process or means, mechanical, manual, or otherwise.

[2] For the purposes of this Exhibit, "you" or "your" shall include you and any persons assisting your or acting on your behalf.

[3] For the purposes of this Exhibit, "this litigation" and "the Katrina litigation" consist of the Armstrong, MRGO, Barge, and Robinson tracks of the lawsuits consolidated in Master Case 05-4182 before the Hon. Stanwood Duval, including, but not limited to, any claims arising from flooding caused by the breaches along the IHNC floodwalls and/or the MRGO.

[4] For the purposes of this Exhibit, "photos" and "videos" shall refer to and include all photos and videos, whether taken by you or by others, printed, photocopied, computerized, recorded, stored, produced or reproduced by any process or means, mechanical, manual, or otherwise.

       work on the ILIT team, including, but not limited to any field notes from site visits to the East Bank Industrial Area or areas in the immediate vicinity thereof;

7. Any and all immigration documents that you contend permitted you to perform your work on any matter relating to the Katrina litigation, including, but not limited to, any visa that you contend permits you to receive financial compensation for work performed within the United States or its territories;

8. Any and all correspondence, notes, or documents relating to the loss of your lap top and hard drive containing 3D analysis, including, but not limited to police reports and insurance claims;

9. Any and all documents, photos and videos, data, research correspondence, notes or calculations exchanged between you and anyone, including, but not limited to Xavier Vera-Grunauer and/or GeoEstudios, that performed flow analyses in the litigation;

10. Any and all photos, and videos, data, research correspondence, notes, calculations, or documents exchanged between you and Dr. David Rogers;

11. Any and all photos, and videos, data, research correspondence, notes, calculations, or documents exchanged between you and any University of California, Berkeley graduate students, including, but not limited to Adda Athanasopoulos and/or Kofi Inkabi, regarding cross-sections, permeabilities, or any other work you performed in the assistance of Dr. Rogers;

12. Any and all photos, and videos, data, research correspondence, notes, calculations, or documents exchanged between you and Dr. Rune Storesund regarding cross-sections, permeabilities, or any other work you performed in the assistance of Dr. Rogers;

13. Any and all input files for SEEP/W or any other type of flow analyses (1-D, 2-D, and 3-D) performed for all phases of the IHNC studies, including input files for parametric analyses; and any output information derived there from;

14. Any and all hand calculations used to check or verify the results of the flow analyses;

15. Any and all documents, notes, and correspondence related to the selection of properties for the flow analyses;

16. Any and all documents, including, but not limited to professional papers, theses, books, or computer manuals you used to justify the selection of properties for the flow analyses, including, but not limited to the selection of $m_v$ values;

17. Any and all input files for SLOPE/W or any other type of stability analyses performed (2-D and 3-D) for all phases of the IHNC studies, including input files for parametric analyses;

18. Any and all hand calculations to check results of the flow or stability analyses;

19. Any and all documents related to the selection of properties for the flow or stability analyses;

20. Any and all documents, correspondence, and notes reflecting instructions from Dr. Bea, Dr. Rogers or any others involved in the investigation providing instruction about how to perform the flow or stability analyses;

21. Any and all communications with GEOSLOPE International related to any of the flow or stability analyses performed;

22. Any and all summary tables of the material properties used for the stability or flow analyses.