UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The United States is producing documents from the Federal Emergency Management Agency and the Louisiana Road Home Program regarding the following plaintiffs: Clifford and Barbara Washington, Alvin and Barbara Livers, Kenneth Paul Armstrong, Sr., Jeannine Armstrong, Ethel Mae Coats, Fred Nelson Holmes, Jr., and Jeneen M. Boudoin-Holmes.  The Privacy Act information has been redacted from the documents.

The United States is producing the following Bates-stamped documents in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

MEB-449-000000001  to  MEB-449-000000001
MEB-449-000000002  to  MEB-449-000000002
MEB-449-000000003  to  MEB-449-000000003

MEB-449-000000004  to  MEB-449-000000004
MEB-449-000000005  to  MEB-449-000000005
MEB-449-000000006  to  MEB-449-000000006
MEB-449-000000007  to  MEB-449-000000007
MEB-449-000000008  to  MEB-449-000000008
MEB-449-000000009  to  MEB-449-000000009
MEB-449-000000010  to  MEB-449-000000010
MEB-449-000000011  to  MEB-449-000000011
MEB-449-000000012  to  MEB-449-000000012
MEB-449-000000013  to  MEB-449-000000013
MEB-449-000000014  to  MEB-449-000000014
MEB-449-000000015  to  MEB-449-000000015
MEB-449-000000016  to  MEB-449-000000016
MEB-449-000000017  to  MEB-449-000000017
MEB-449-000000018  to  MEB-449-000000018
MEB-449-000000019  to  MEB-449-000000019
MEB-449-000000020  to  MEB-449-000000020
MEB-449-000000021  to  MEB-449-000000021
MEB-449-000000022  to  MEB-449-000000022
MEB-449-000000023  to  MEB-449-000000023
MEB-449-000000024  to  MEB-449-000000024
MEB-449-000000025  to  MEB-449-000000025
MEB-449-000000026  to  MEB-449-000000026
MEB-449-000000027  to  MEB-449-000000027
MEB-449-000000028  to  MEB-449-000000028
MEB-449-000000029  to  MEB-449-000000029
MEB-449-000000030  to  MEB-449-000000030
MEB-449-000000031  to  MEB-449-000000031
MEB-449-000000032  to  MEB-449-000000032
MEB-449-000000033  to  MEB-449-000000033
MEB-449-000000034  to  MEB-449-000000034
MEB-449-000000035  to  MEB-449-000000035
MEB-449-000000036  to  MEB-449-000000036
MEB-449-000000037  to  MEB-449-000000037
MEB-449-000000038  to  MEB-449-000000038
MEB-449-000000039  to  MEB-449-000000039
MEB-449-000000040  to  MEB-449-000000040
MEB-449-000000041  to  MEB-449-000000041
MEB-449-000000042  to  MEB-449-000000042
MEB-449-000000043  to  MEB-449-000000043
MEB-449-000000044  to  MEB-449-000000044
MEB-449-000000045  to  MEB-449-000000045
MEB-449-000000046  to  MEB-449-000000046

MEB-449-000000047 to MEB-449-000000047
MEB-449-000000048 to MEB-449-000000048
MEB-449-000000049 to MEB-449-000000049
MEB-449-000000050 to MEB-449-000000050
MEB-449-000000051 to MEB-449-000000051
MEB-449-000000052 to MEB-449-000000052
MEB-449-000000053 to MEB-449-000000053
MEB-449-000000054 to MEB-449-000000054
MEB-449-000000055 to MEB-449-000000055
MEB-449-000000056 to MEB-449-000000056
MEB-449-000000057 to MEB-449-000000057
MEB-449-000000058 to MEB-449-000000058
MEB-449-000000059 to MEB-449-000000059
MEB-449-000000060 to MEB-449-000000060
MEB-449-000000061 to MEB-449-000000061
MEB-449-000000062 to MEB-449-000000062
MEB-449-000000063 to MEB-449-000000063
MEB-449-000000064 to MEB-449-000000064
MEB-449-000000065 to MEB-449-000000065
MEB-449-000000066 to MEB-449-000000066
MEB-449-000000067 to MEB-449-000000067
MEB-449-000000068 to MEB-449-000000068
MEB-449-000000069 to MEB-449-000000069
MEB-449-000000070 to MEB-449-000000070
MEB-449-000000071 to MEB-449-000000071
MEB-449-000000072 to MEB-449-000000072
MEB-449-000000073 to MEB-449-000000073
MEB-449-000000074 to MEB-449-000000074
MEB-449-000000075 to MEB-449-000000075
MEB-449-000000076 to MEB-449-000000076
MEB-449-000000077 to MEB-449-000000077
MEB-449-000000078 to MEB-449-000000078
MEB-449-000000079 to MEB-449-000000079
MEB-449-000000080 to MEB-449-000000080
MEB-449-000000081 to MEB-449-000000081
MEB-449-000000082 to MEB-449-000000082
MEB-449-000000083 to MEB-449-000000083
MEB-449-000000084 to MEB-449-000000084
MEB-449-000000085 to MEB-449-000000085
MEB-449-000000086 to MEB-449-000000086
MEB-449-000000087 to MEB-449-000000087
MEB-449-000000088 to MEB-449-000000088
MEB-449-000000089 to MEB-449-000000089

MEB-449-000000090  to  MEB-449-000000090
MEB-449-000000091  to  MEB-449-000000091
MEB-449-000000092  to  MEB-449-000000092
MEB-449-000000093  to  MEB-449-000000093
MEB-449-000000094  to  MEB-449-000000094
MEB-449-000000095  to  MEB-449-000000095
MEB-449-000000096  to  MEB-449-000000096
MEB-449-000000097  to  MEB-449-000000097
MEB-449-000000098  to  MEB-449-000000098
MEB-449-000000099  to  MEB-449-000000099
MEB-449-000000100  to  MEB-449-000000100
MEB-449-000000101  to  MEB-449-000000101
MEB-449-000000102  to  MEB-449-000000102
MEB-449-000000103  to  MEB-449-000000103
MEB-449-000000104  to  MEB-449-000000104
MEB-449-000000105  to  MEB-449-000000105
MEB-449-000000106  to  MEB-449-000000106
MEB-449-000000107  to  MEB-449-000000107
MEB-449-000000108  to  MEB-449-000000108
MEB-449-000000109  to  MEB-449-000000109
MEB-449-000000110  to  MEB-449-000000110
MEB-449-000000111  to  MEB-449-000000111
MEB-449-000000112  to  MEB-449-000000112
MEB-449-000000113  to  MEB-449-000000113
MEB-449-000000114  to  MEB-449-000000114
MEB-449-000000115  to  MEB-449-000000115
MEB-449-000000116  to  MEB-449-000000116
MEB-449-000000117  to  MEB-449-000000117
MEB-449-000000118  to  MEB-449-000000118
MEB-449-000000119  to  MEB-449-000000119
MEB-449-000000120  to  MEB-449-000000120
MEB-449-000000121  to  MEB-449-000000121
MEB-449-000000122  to  MEB-449-000000122
MEB-449-000000123  to  MEB-449-000000123
MEB-449-000000124  to  MEB-449-000000124
MEB-449-000000125  to  MEB-449-000000125
MEB-449-000000126  to  MEB-449-000000126
MEB-449-000000127  to  MEB-449-000000127
MEB-449-000000128  to  MEB-449-000000128
MEB-449-000000129  to  MEB-449-000000129
MEB-449-000000130  to  MEB-449-000000130
MEB-449-000000131  to  MEB-449-000000131
MEB-449-000000132  to  MEB-449-000000132

```
MEB-449-000000133  to   MEB-449-000000133
MEB-449-000000134  to   MEB-449-000000134
MEB-449-000000135  to   MEB-449-000000135
MEB-449-000000136  to   MEB-449-000000136
MEB-449-000000137  to   MEB-449-000000137
MEB-449-000000138  to   MEB-449-000000138
MEB-449-000000139  to   MEB-449-000000139
MEB-449-000000140  to   MEB-449-000000140
MEB-449-000000141  to   MEB-449-000000141
MEB-449-000000142  to   MEB-449-000000142
MEB-449-000000143  to   MEB-449-000000143
MEB-449-000000144  to   MEB-449-000000144
MEB-449-000000145  to   MEB-449-000000145
MEB-449-000000146  to   MEB-449-000000146
MEB-449-000000147  to   MEB-449-000000147
MEB-449-000000148  to   MEB-449-000000148
MEB-449-000000149  to   MEB-449-000000149
MEB-449-000000150  to   MEB-449-000000150
MEB-449-000000151  to   MEB-449-000000151
MEB-449-000000152  to   MEB-449-000000152
MEB-449-000000153  to   MEB-449-000000153
MEB-449-000000154  to   MEB-449-000000154
MEB-449-000000155  to   MEB-449-000000155
MEB-449-000000156  to   MEB-449-000000156
MEB-449-000000157  to   MEB-449-000000157
MEB-449-000000158  to   MEB-449-000000158
MEB-449-000000159  to   MEB-449-000000159
MEB-449-000000160  to   MEB-449-000000160
MEB-449-000000161  to   MEB-449-000000161
MEB-449-000000162  to   MEB-449-000000162
MEB-449-000000163  to   MEB-449-000000163
MEB-449-000000164  to   MEB-449-000000164
MEB-449-000000165  to   MEB-449-000000165
MEB-449-000000166  to   MEB-449-000000166
MEB-449-000000167  to   MEB-449-000000167
MEB-449-000000168  to   MEB-449-000000168
MEB-449-000000169  to   MEB-449-000000169
MEB-449-000000170  to   MEB-449-000000170
MEB-449-000000171  to   MEB-449-000000171
MEB-449-000000172  to   MEB-449-000000172
MEB-449-000000173  to   MEB-449-000000173
MEB-449-000000174  to   MEB-449-000000174
MEB-449-000000175  to   MEB-449-000000175
```

MEB-449-000000176   to   MEB-449-000000176
MEB-449-000000177   to   MEB-449-000000177
MEB-449-000000178   to   MEB-449-000000178
MEB-449-000000179   to   MEB-449-000000179
MEB-449-000000180   to   MEB-449-000000180
MEB-449-000000181   to   MEB-449-000000181
MEB-449-000000182   to   MEB-449-000000182
MEB-449-000000183   to   MEB-449-000000183
MEB-449-000000184   to   MEB-449-000000184
MEB-449-000000185   to   MEB-449-000000185
MEB-449-000000186   to   MEB-449-000000186
MEB-449-000000187   to   MEB-449-000000187
MEB-449-000000188   to   MEB-449-000000188
MEB-449-000000189   to   MEB-449-000000189
MEB-449-000000190   to   MEB-449-000000190
MEB-449-000000191   to   MEB-449-000000191
MEB-449-000000192   to   MEB-449-000000192
MEB-449-000000193   to   MEB-449-000000193
MEB-449-000000194   to   MEB-449-000000194
MEB-449-000000195   to   MEB-449-000000195
MEB-449-000000196   to   MEB-449-000000196
MEB-449-000000197   to   MEB-449-000000197
MEB-449-000000198   to   MEB-449-000000198
MEB-449-000000199   to   MEB-449-000000199
MEB-449-000000200   to   MEB-449-000000200
MEB-449-000000201   to   MEB-449-000000201
MEB-449-000000202   to   MEB-449-000000202
MEB-449-000000203   to   MEB-449-000000203
MEB-449-000000204   to   MEB-449-000000204
MEB-449-000000205   to   MEB-449-000000205
MEB-449-000000206   to   MEB-449-000000206
MEB-449-000000207   to   MEB-449-000000207
MEB-449-000000208   to   MEB-449-000000208
MEB-449-000000209   to   MEB-449-000000209
MEB-449-000000210   to   MEB-449-000000210
MEB-449-000000211   to   MEB-449-000000211
MEB-449-000000212   to   MEB-449-000000212
MEB-449-000000213   to   MEB-449-000000213
MEB-449-000000214   to   MEB-449-000000214
MEB-449-000000215   to   MEB-449-000000215
MEB-449-000000216   to   MEB-449-000000216
MEB-449-000000217   to   MEB-449-000000217
MEB-449-000000218   to   MEB-449-000000218

MEB-449-000000219   to   MEB-449-000000219
MEB-449-000000220   to   MEB-449-000000220
MEB-449-000000221   to   MEB-449-000000221
MEB-449-000000222   to   MEB-449-000000222
MEB-449-000000223   to   MEB-449-000000223
MEB-449-000000224   to   MEB-449-000000224
MEB-449-000000225   to   MEB-449-000000225
MEB-449-000000226   to   MEB-449-000000226
MEB-449-000000227   to   MEB-449-000000227
MEB-449-000000228   to   MEB-449-000000228
MEB-449-000000229   to   MEB-449-000000229
MEB-449-000000230   to   MEB-449-000000230
MEB-449-000000231   to   MEB-449-000000231
MEB-449-000000232   to   MEB-449-000000232
MEB-449-000000233   to   MEB-449-000000233
MEB-449-000000234   to   MEB-449-000000234
MEB-449-000000235   to   MEB-449-000000235
MEB-449-000000236   to   MEB-449-000000236
MEB-449-000000237   to   MEB-449-000000237
MEB-449-000000238   to   MEB-449-000000238
MEB-449-000000239   to   MEB-449-000000239
MEB-449-000000240   to   MEB-449-000000240
MEB-449-000000241   to   MEB-449-000000241
MEB-449-000000242   to   MEB-449-000000242
MEB-449-000000243   to   MEB-449-000000243
MEB-449-000000244   to   MEB-449-000000244
MEB-449-000000245   to   MEB-449-000000245
MEB-449-000000246   to   MEB-449-000000246
MEB-449-000000247   to   MEB-449-000000247
MEB-449-000000248   to   MEB-449-000000248
MEB-449-000000249   to   MEB-449-000000249
MEB-449-000000250   to   MEB-449-000000250
MEB-449-000000251   to   MEB-449-000000251
MEB-449-000000252   to   MEB-449-000000252
MEB-449-000000253   to   MEB-449-000000253
MEB-449-000000254   to   MEB-449-000000254
MEB-449-000000255   to   MEB-449-000000255
MEB-449-000000256   to   MEB-449-000000256
MEB-449-000000257   to   MEB-449-000000257
MEB-449-000000258   to   MEB-449-000000258
MEB-449-000000259   to   MEB-449-000000259
MEB-449-000000260   to   MEB-449-000000260
MEB-449-000000261   to   MEB-449-000000261

MEB-449-000000262   to   MEB-449-000000262
MEB-449-000000263   to   MEB-449-000000263
MEB-449-000000264   to   MEB-449-000000264
MEB-449-000000265   to   MEB-449-000000265
MEB-449-000000266   to   MEB-449-000000266
MEB-449-000000267   to   MEB-449-000000267
MEB-449-000000268   to   MEB-449-000000268
MEB-449-000000269   to   MEB-449-000000269
MEB-449-000000270   to   MEB-449-000000270
MEB-449-000000271   to   MEB-449-000000271
MEB-449-000000272   to   MEB-449-000000272
MEB-449-000000273   to   MEB-449-000000273
MEB-449-000000274   to   MEB-449-000000274
MEB-449-000000275   to   MEB-449-000000275
MEB-449-000000276   to   MEB-449-000000276
MEB-449-000000277   to   MEB-449-000000277
MEB-449-000000278   to   MEB-449-000000278
MEB-449-000000279   to   MEB-449-000000279
MEB-449-000000280   to   MEB-449-000000280
MEB-449-000000281   to   MEB-449-000000281
MEB-449-000000282   to   MEB-449-000000282
MEB-449-000000283   to   MEB-449-000000283
MEB-449-000000284   to   MEB-449-000000284
MEB-449-000000285   to   MEB-449-000000285
MEB-449-000000286   to   MEB-449-000000286
MEB-449-000000287   to   MEB-449-000000287
MEB-449-000000288   to   MEB-449-000000288
MEB-449-000000289   to   MEB-449-000000289
MEB-449-000000290   to   MEB-449-000000290
MEB-449-000000291   to   MEB-449-000000291
MEB-449-000000292   to   MEB-449-000000292
MEB-449-000000293   to   MEB-449-000000293
MEB-449-000000294   to   MEB-449-000000294
MEB-449-000000295   to   MEB-449-000000295
MEB-449-000000296   to   MEB-449-000000296
MEB-449-000000297   to   MEB-449-000000297
MEB-449-000000298   to   MEB-449-000000298
MEB-449-000000299   to   MEB-449-000000299
MEB-449-000000300   to   MEB-449-000000300
MEB-449-000000301   to   MEB-449-000000301
MEB-449-000000302   to   MEB-449-000000302
MEB-449-000000303   to   MEB-449-000000303
MEB-449-000000304   to   MEB-449-000000304

MEB-449-000000305  to  MEB-449-000000305
MEB-449-000000306  to  MEB-449-000000306
MEB-449-000000307  to  MEB-449-000000307
MEB-449-000000308  to  MEB-449-000000308
MEB-449-000000309  to  MEB-449-000000309
MEB-449-000000310  to  MEB-449-000000310
MEB-449-000000311  to  MEB-449-000000311
MEB-449-000000312  to  MEB-449-000000312
MEB-449-000000313  to  MEB-449-000000313
MEB-449-000000314  to  MEB-449-000000314
MEB-449-000000315  to  MEB-449-000000315
MEB-449-000000316  to  MEB-449-000000316
MEB-449-000000317  to  MEB-449-000000317
MEB-449-000000318  to  MEB-449-000000318
MEB-449-000000319  to  MEB-449-000000319
MEB-449-000000320  to  MEB-449-000000320
MEB-449-000000321  to  MEB-449-000000321
MEB-449-000000322  to  MEB-449-000000322
MEB-449-000000323  to  MEB-449-000000323
MEB-449-000000324  to  MEB-449-000000324
MEB-449-000000325  to  MEB-449-000000325
MEB-449-000000326  to  MEB-449-000000326
MEB-449-000000327  to  MEB-449-000000327
MEB-449-000000328  to  MEB-449-000000328
MEB-449-000000329  to  MEB-449-000000329
MEB-449-000000330  to  MEB-449-000000330
MEB-449-000000331  to  MEB-449-000000331
MEB-449-000000332  to  MEB-449-000000332
MEB-449-000000333  to  MEB-449-000000333
MEB-449-000000334  to  MEB-449-000000334
MEB-449-000000335  to  MEB-449-000000335
MEB-449-000000336  to  MEB-449-000000336
MEB-449-000000337  to  MEB-449-000000337
MEB-449-000000338  to  MEB-449-000000338
MEB-449-000000339  to  MEB-449-000000339
MEB-449-000000340  to  MEB-449-000000340
MEB-449-000000341  to  MEB-449-000000341
MEB-449-000000342  to  MEB-449-000000342
MEB-449-000000343  to  MEB-449-000000343
MEB-449-000000344  to  MEB-449-000000344
MEB-449-000000345  to  MEB-449-000000345
MEB-449-000000346  to  MEB-449-000000346
MEB-449-000000347  to  MEB-449-000000347

MEB-449-000000348  to   MEB-449-000000348
MEB-449-000000349  to   MEB-449-000000349
MEB-449-000000350  to   MEB-449-000000350
MEB-449-000000351  to   MEB-449-000000351
MEB-449-000000352  to   MEB-449-000000352
MEB-449-000000353  to   MEB-449-000000353
MEB-449-000000354  to   MEB-449-000000354
MEB-449-000000355  to   MEB-449-000000355
MEB-449-000000356  to   MEB-449-000000356
MEB-449-000000357  to   MEB-449-000000357
MEB-449-000000358  to   MEB-449-000000358
MEB-449-000000359  to   MEB-449-000000359
MEB-449-000000360  to   MEB-449-000000360
MEB-449-000000361  to   MEB-449-000000361
MEB-449-000000362  to   MEB-449-000000362
MEB-449-000000363  to   MEB-449-000000363
MEB-449-000000364  to   MEB-449-000000364
MEB-449-000000365  to   MEB-449-000000365
MEB-449-000000366  to   MEB-449-000000366
MEB-449-000000367  to   MEB-449-000000367
MEB-449-000000368  to   MEB-449-000000368
MEB-449-000000369  to   MEB-449-000000369
MEB-449-000000370  to   MEB-449-000000370
MEB-449-000000371  to   MEB-449-000000371
MEB-449-000000372  to   MEB-449-000000372
MEB-449-000000373  to   MEB-449-000000373
MEB-449-000000374  to   MEB-449-000000374
MEB-449-000000375  to   MEB-449-000000375
MEB-449-000000376  to   MEB-449-000000376
MEB-449-000000377  to   MEB-449-000000377
MEB-449-000000378  to   MEB-449-000000378
MEB-449-000000379  to   MEB-449-000000379
MEB-449-000000380  to   MEB-449-000000380
MEB-449-000000381  to   MEB-449-000000381
MEB-449-000000382  to   MEB-449-000000382
MEB-449-000000383  to   MEB-449-000000383
MEB-449-000000384  to   MEB-449-000000384
MEB-449-000000385  to   MEB-449-000000385
MEB-449-000000386  to   MEB-449-000000386
MEB-449-000000387  to   MEB-449-000000387
MEB-449-000000388  to   MEB-449-000000388
MEB-449-000000389  to   MEB-449-000000389
MEB-449-000000390  to   MEB-449-000000390
MEB-449-000000391  to   MEB-449-000000391
MEB-449-000000392  to   MEB-449-000000392
MEB-449-000000393  to   MEB-449-000000393

MEB-449-000000394  to   MEB-449-000000394
MEB-449-000000395  to   MEB-449-000000395
MEB-449-000000396  to   MEB-449-000000396
MEB-449-000000397  to   MEB-449-000000397
MEB-449-000000398  to   MEB-449-000000398
MEB-449-000000399  to   MEB-449-000000399
MEB-449-000000400  to   MEB-449-000000400
MEB-449-000000401  to   MEB-449-000000401
MEB-449-000000402  to   MEB-449-000000402
MEB-449-000000403  to   MEB-449-000000403
MEB-449-000000404  to   MEB-449-000000404
MEB-449-000000405  to   MEB-449-000000405
MEB-449-000000406  to   MEB-449-000000406
MEB-449-000000407  to   MEB-449-000000407
MEB-449-000000408  to   MEB-449-000000408
MEB-449-000000409  to   MEB-449-000000409
MEB-449-000000410  to   MEB-449-000000410
MEB-449-000000411  to   MEB-449-000000411
MEB-449-000000412  to   MEB-449-000000412
MEB-449-000000413  to   MEB-449-000000413
MEB-449-000000414  to   MEB-449-000000414
MEB-449-000000415  to   MEB-449-000000415
MEB-449-000000416  to   MEB-449-000000416
MEB-449-000000417  to   MEB-449-000000417
MEB-449-000000418  to   MEB-449-000000418
MEB-449-000000419  to   MEB-449-000000419
MEB-449-000000420  to   MEB-449-000000420
MEB-449-000000421  to   MEB-449-000000421
MEB-449-000000422  to   MEB-449-000000422
MEB-449-000000423  to   MEB-449-000000423
MEB-449-000000424  to   MEB-449-000000424
MEB-449-000000425  to   MEB-449-000000425
MEB-449-000000426  to   MEB-449-000000426
MEB-449-000000427  to   MEB-449-000000427
MEB-449-000000428  to   MEB-449-000000428
MEB-449-000000429  to   MEB-449-000000429
MEB-449-000000430  to   MEB-449-000000430
MEB-449-000000431  to   MEB-449-000000431
MEB-449-000000432  to   MEB-449-000000432
MEB-449-000000433  to   MEB-449-000000433
MEB-449-000000434  to   MEB-449-000000434
MEB-449-000000435  to   MEB-449-000000435
MEB-449-000000436  to   MEB-449-000000436
MEB-449-000000437  to   MEB-449-000000437
MEB-449-000000438  to   MEB-449-000000438
MEB-449-000000439  to   MEB-449-000000439

MEB-449-000000440  to  MEB-449-000000440
MEB-449-000000441  to  MEB-449-000000441
MEB-449-000000442  to  MEB-449-000000442
MEB-449-000000443  to  MEB-449-000000443
MEB-449-000000444  to  MEB-449-000000444
MEB-449-000000445  to  MEB-449-000000445
MEB-449-000000446  to  MEB-449-000000446
MEB-449-000000447  to  MEB-449-000000447
MEB-449-000000448  to  MEB-449-000000448
MEB-449-000000449  to  MEB-449-000000449
MEB-449-000000450  to  MEB-449-000000450
MEB-449-000000451  to  MEB-449-000000451
MEB-449-000000452  to  MEB-449-000000452
MEB-449-000000453  to  MEB-449-000000453
MEB-449-000000454  to  MEB-449-000000454
MEB-449-000000455  to  MEB-449-000000455
MEB-449-000000456  to  MEB-449-000000456
MEB-449-000000457  to  MEB-449-000000457
MEB-449-000000458  to  MEB-449-000000458
MEB-449-000000459  to  MEB-449-000000459
MEB-449-000000460  to  MEB-449-000000460
MEB-449-000000461  to  MEB-449-000000461
MEB-449-000000462  to  MEB-449-000000462
MEB-449-000000463  to  MEB-449-000000463
MEB-449-000000464  to  MEB-449-000000464
MEB-449-000000465  to  MEB-449-000000465
MEB-449-000000466  to  MEB-449-000000466
MEB-449-000000467  to  MEB-449-000000467
MEB-449-000000468  to  MEB-449-000000468
MEB-449-000000469  to  MEB-449-000000469
MEB-449-000000470  to  MEB-449-000000470
MEB-449-000000471  to  MEB-449-000000471
MEB-449-000000472  to  MEB-449-000000472
MEB-449-000000473  to  MEB-449-000000473
MEB-449-000000474  to  MEB-449-000000474
MEB-449-000000475  to  MEB-449-000000475
MEB-449-000000476  to  MEB-449-000000476
MEB-449-000000477  to  MEB-449-000000477
MEB-449-000000478  to  MEB-449-000000478
MEB-449-000000479  to  MEB-449-000000479
MEB-449-000000480  to  MEB-449-000000480
MEB-449-000000481  to  MEB-449-000000481
MEB-449-000000482  to  MEB-449-000000482
MEB-449-000000483  to  MEB-449-000000483
MEB-449-000000484  to  MEB-449-000000484
MEB-449-000000485  to  MEB-449-000000485

MEB-449-000000486  to  MEB-449-000000486
MEB-449-000000487  to  MEB-449-000000487
MEB-449-000000488  to  MEB-449-000000488
MEB-449-000000489  to  MEB-449-000000489
MEB-449-000000490  to  MEB-449-000000490
MEB-449-000000491  to  MEB-449-000000491
MEB-449-000000492  to  MEB-449-000000492
MEB-449-000000493  to  MEB-449-000000493
MEB-449-000000494  to  MEB-449-000000494
MEB-449-000000495  to  MEB-449-000000495
MEB-449-000000496  to  MEB-449-000000496
MEB-449-000000497  to  MEB-449-000000497
MEB-449-000000498  to  MEB-449-000000498
MEB-449-000000499  to  MEB-449-000000499
MEB-449-000000500  to  MEB-449-000000500
MEB-449-000000501  to  MEB-449-000000501
MEB-449-000000502  to  MEB-449-000000502
MEB-449-000000503  to  MEB-449-000000503
MEB-449-000000504  to  MEB-449-000000504
MEB-449-000000505  to  MEB-449-000000505
MEB-449-000000506  to  MEB-449-000000506
MEB-449-000000507  to  MEB-449-000000507
MEB-449-000000508  to  MEB-449-000000508
MEB-449-000000509  to  MEB-449-000000509
MEB-449-000000510  to  MEB-449-000000510
MEB-449-000000511  to  MEB-449-000000511
MEB-449-000000512  to  MEB-449-000000512
MEB-449-000000513  to  MEB-449-000000513
MEB-449-000000514  to  MEB-449-000000514
MEB-449-000000515  to  MEB-449-000000515
MEB-449-000000516  to  MEB-449-000000516
MEB-449-000000517  to  MEB-449-000000517
MEB-449-000000518  to  MEB-449-000000518
MEB-449-000000519  to  MEB-449-000000519
MEB-449-000000520  to  MEB-449-000000520
MEB-449-000000521  to  MEB-449-000000521
MEB-449-000000522  to  MEB-449-000000522
MEB-449-000000523  to  MEB-449-000000523
MEB-449-000000524  to  MEB-449-000000524
MEB-449-000000525  to  MEB-449-000000525
MEB-449-000000526  to  MEB-449-000000526
MEB-449-000000527  to  MEB-449-000000527
MEB-449-000000528  to  MEB-449-000000528
MEB-449-000000529  to  MEB-449-000000529
MEB-449-000000530  to  MEB-449-000000530
MEB-449-000000531  to  MEB-449-000000531

MEB-449-000000532  to  MEB-449-000000532
MEB-449-000000533  to  MEB-449-000000533
MEB-449-000000534  to  MEB-449-000000534
MEB-449-000000535  to  MEB-449-000000535
MEB-449-000000536  to  MEB-449-000000536
MEB-449-000000537  to  MEB-449-000000537
MEB-449-000000538  to  MEB-449-000000538
MEB-449-000000539  to  MEB-449-000000539
MEB-449-000000540  to  MEB-449-000000540
MEB-449-000000541  to  MEB-449-000000541
MEB-449-000000542  to  MEB-449-000000542
MEB-449-000000543  to  MEB-449-000000543
MEB-449-000000544  to  MEB-449-000000544
MEB-449-000000545  to  MEB-449-000000545
MEB-449-000000546  to  MEB-449-000000546
MEB-449-000000547  to  MEB-449-000000547
MEB-449-000000548  to  MEB-449-000000548
MEB-449-000000549  to  MEB-449-000000549
MEB-449-000000550  to  MEB-449-000000550
MEB-449-000000551  to  MEB-449-000000551
MEB-449-000000552  to  MEB-449-000000552
MEB-449-000000553  to  MEB-449-000000553
MEB-449-000000554  to  MEB-449-000000554
MEB-449-000000555  to  MEB-449-000000555
MEB-449-000000556  to  MEB-449-000000556
MEB-449-000000557  to  MEB-449-000000557
MEB-449-000000558  to  MEB-449-000000558
MEB-449-000000559  to  MEB-449-000000559
MEB-449-000000560  to  MEB-449-000000560
MEB-449-000000561  to  MEB-449-000000561
MEB-449-000000562  to  MEB-449-000000562
MEB-449-000000563  to  MEB-449-000000563
MEB-449-000000564  to  MEB-449-000000564
MEB-449-000000565  to  MEB-449-000000565
MEB-449-000000566  to  MEB-449-000000566
MEB-449-000000567  to  MEB-449-000000567
MEB-449-000000568  to  MEB-449-000000568
MEB-449-000000569  to  MEB-449-000000569
MEB-449-000000570  to  MEB-449-000000570
MEB-449-000000571  to  MEB-449-000000571
MEB-449-000000572  to  MEB-449-000000572
MEB-449-000000573  to  MEB-449-000000573
MEB-449-000000574  to  MEB-449-000000574
MEB-449-000000575  to  MEB-449-000000575
MEB-449-000000576  to  MEB-449-000000576
MEB-449-000000577  to  MEB-449-000000577

MEB-449-000000578  to  MEB-449-000000578
MEB-449-000000579  to  MEB-449-000000579
MEB-449-000000580  to  MEB-449-000000580
MEB-449-000000581  to  MEB-449-000000581
MEB-449-000000582  to  MEB-449-000000582
MEB-449-000000583  to  MEB-449-000000583
MEB-449-000000584  to  MEB-449-000000584
MEB-449-000000585  to  MEB-449-000000585
MEB-449-000000586  to  MEB-449-000000586
MEB-449-000000587  to  MEB-449-000000587
MEB-449-000000588  to  MEB-449-000000588
MEB-449-000000589  to  MEB-449-000000589
MEB-449-000000590  to  MEB-449-000000590
MEB-449-000000591  to  MEB-449-000000591
MEB-449-000000592  to  MEB-449-000000592
MEB-449-000000593  to  MEB-449-000000593
MEB-449-000000594  to  MEB-449-000000594
MEB-449-000000595  to  MEB-449-000000595
MEB-449-000000596  to  MEB-449-000000596
MEB-449-000000597  to  MEB-449-000000597
MEB-449-000000598  to  MEB-449-000000598
MEB-449-000000599  to  MEB-449-000000599
MEB-449-000000600  to  MEB-449-000000600
MEB-449-000000601  to  MEB-449-000000601
MEB-449-000000602  to  MEB-449-000000602
MEB-449-000000603  to  MEB-449-000000603
MEB-449-000000604  to  MEB-449-000000604
MEB-449-000000605  to  MEB-449-000000605
MEB-449-000000606  to  MEB-449-000000606
MEB-449-000000607  to  MEB-449-000000607
MEB-449-000000608  to  MEB-449-000000608
MEB-449-000000609  to  MEB-449-000000609
MEB-449-000000610  to  MEB-449-000000610
MEB-449-000000611  to  MEB-449-000000611
MEB-449-000000612  to  MEB-449-000000612
MEB-449-000000613  to  MEB-449-000000613
MEB-449-000000614  to  MEB-449-000000614
MEB-449-000000615  to  MEB-449-000000615
MEB-449-000000616  to  MEB-449-000000616
MEB-449-000000617  to  MEB-449-000000617
MEB-449-000000618  to  MEB-449-000000618
MEB-449-000000619  to  MEB-449-000000619
MEB-449-000000620  to  MEB-449-000000620
MEB-449-000000621  to  MEB-449-000000621
MEB-449-000000622  to  MEB-449-000000622
MEB-449-000000623  to  MEB-449-000000623

15

MEB-449-000000624  to  MEB-449-000000624
MEB-449-000000625  to  MEB-449-000000625
MEB-449-000000626  to  MEB-449-000000626
MEB-449-000000627  to  MEB-449-000000627
MEB-449-000000628  to  MEB-449-000000628
MEB-449-000000629  to  MEB-449-000000629
MEB-449-000000630  to  MEB-449-000000630
MEB-449-000000631  to  MEB-449-000000631
MEB-449-000000632  to  MEB-449-000000632
MEB-449-000000633  to  MEB-449-000000633
MEB-449-000000634  to  MEB-449-000000634
MEB-449-000000635  to  MEB-449-000000635
MEB-449-000000636  to  MEB-449-000000636
MEB-449-000000637  to  MEB-449-000000637
MEB-449-000000638  to  MEB-449-000000638
MEB-449-000000639  to  MEB-449-000000639
MEB-449-000000640  to  MEB-449-000000640
MEB-449-000000641  to  MEB-449-000000641
MEB-449-000000642  to  MEB-449-000000642
MEB-449-000000643  to  MEB-449-000000643
MEB-449-000000644  to  MEB-449-000000644
MEB-449-000000645  to  MEB-449-000000645
MEB-449-000000646  to  MEB-449-000000646
MEB-449-000000647  to  MEB-449-000000647
MEB-449-000000648  to  MEB-449-000000648
MEB-449-000000649  to  MEB-449-000000649
MEB-449-000000650  to  MEB-449-000000650
MEB-449-000000651  to  MEB-449-000000651
MEB-449-000000652  to  MEB-449-000000652
MEB-449-000000653  to  MEB-449-000000653
MEB-449-000000654  to  MEB-449-000000654
MEB-449-000000655  to  MEB-449-000000655
MEB-449-000000656  to  MEB-449-000000656
MEB-449-000000657  to  MEB-449-000000657
MEB-449-000000658  to  MEB-449-000000658
MEB-449-000000659  to  MEB-449-000000659
MEB-449-000000660  to  MEB-449-000000660
MEB-449-000000661  to  MEB-449-000000661
MEB-449-000000662  to  MEB-449-000000662
MEB-449-000000663  to  MEB-449-000000663
MEB-449-000000664  to  MEB-449-000000664
MEB-449-000000665  to  MEB-449-000000665
MEB-449-000000666  to  MEB-449-000000666
MEB-449-000000667  to  MEB-449-000000667
MEB-449-000000668  to  MEB-449-000000668
MEB-449-000000669  to  MEB-449-000000669

MEB-449-000000670  to   MEB-449-000000670
MEB-449-000000671  to   MEB-449-000000671
MEB-449-000000672  to   MEB-449-000000672
MEB-449-000000673  to   MEB-449-000000673
MEB-449-000000674  to   MEB-449-000000674
MEB-449-000000675  to   MEB-449-000000675
MEB-449-000000676  to   MEB-449-000000676
MEB-449-000000677  to   MEB-449-000000677
MEB-449-000000678  to   MEB-449-000000678
MEB-449-000000679  to   MEB-449-000000679
MEB-449-000000680  to   MEB-449-000000680
MEB-449-000000681  to   MEB-449-000000681
MEB-449-000000682  to   MEB-449-000000682
MEB-449-000000683  to   MEB-449-000000683
MEB-449-000000684  to   MEB-449-000000684
MEB-449-000000685  to   MEB-449-000000685
MEB-449-000000686  to   MEB-449-000000686
MEB-449-000000687  to   MEB-449-000000687
MEB-449-000000688  to   MEB-449-000000688
MEB-449-000000689  to   MEB-449-000000689
MEB-449-000000690  to   MEB-449-000000690
MEB-449-000000691  to   MEB-449-000000691
MEB-449-000000692  to   MEB-449-000000692
MEB-449-000000693  to   MEB-449-000000693
MEB-449-000000694  to   MEB-449-000000694
MEB-449-000000695  to   MEB-449-000000695
MEB-449-000000696  to   MEB-449-000000696
MEB-449-000000697  to   MEB-449-000000697
MEB-449-000000698  to   MEB-449-000000698
MEB-449-000000699  to   MEB-449-000000699
MEB-449-000000700  to   MEB-449-000000700
MEB-449-000000701  to   MEB-449-000000701
MEB-449-000000702  to   MEB-449-000000702
MEB-449-000000703  to   MEB-449-000000703
MEB-449-000000704  to   MEB-449-000000704
MEB-449-000000705  to   MEB-449-000000705
MEB-449-000000706  to   MEB-449-000000706
MEB-449-000000707  to   MEB-449-000000707
MEB-449-000000708  to   MEB-449-000000708
MEB-449-000000709  to   MEB-449-000000709
MEB-449-000000710  to   MEB-449-000000710
MEB-449-000000711  to   MEB-449-000000711
MEB-449-000000712  to   MEB-449-000000712
MEB-449-000000713  to   MEB-449-000000713
MEB-449-000000714  to   MEB-449-000000714
MEB-449-000000715  to   MEB-449-000000715

MEB-449-000000716  to  MEB-449-000000716
MEB-449-000000717  to  MEB-449-000000717
MEB-449-000000718  to  MEB-449-000000718
MEB-449-000000719  to  MEB-449-000000719
MEB-449-000000720  to  MEB-449-000000720
MEB-449-000000721  to  MEB-449-000000721
MEB-449-000000722  to  MEB-449-000000722
MEB-449-000000723  to  MEB-449-000000723
MEB-449-000000724  to  MEB-449-000000724
MEB-449-000000725  to  MEB-449-000000725
MEB-449-000000726  to  MEB-449-000000726
MEB-449-000000727  to  MEB-449-000000727
MEB-449-000000728  to  MEB-449-000000728
MEB-449-000000729  to  MEB-449-000000729
MEB-449-000000730  to  MEB-449-000000730
MEB-449-000000731  to  MEB-449-000000731
MEB-449-000000732  to  MEB-449-000000732
MEB-449-000000733  to  MEB-449-000000733
MEB-449-000000734  to  MEB-449-000000734
MEB-449-000000735  to  MEB-449-000000735
MEB-449-000000736  to  MEB-449-000000736
MEB-449-000000737  to  MEB-449-000000737
MEB-449-000000738  to  MEB-449-000000738
MEB-449-000000739  to  MEB-449-000000739
MEB-449-000000740  to  MEB-449-000000740
MEB-449-000000741  to  MEB-449-000000741
MEB-449-000000742  to  MEB-449-000000742
MEB-449-000000743  to  MEB-449-000000743
MEB-449-000000744  to  MEB-449-000000744
MEB-449-000000745  to  MEB-449-000000745
MEB-449-000000746  to  MEB-449-000000746
MEB-449-000000747  to  MEB-449-000000747
MEB-449-000000748  to  MEB-449-000000748
MEB-449-000000749  to  MEB-449-000000749
MEB-449-000000750  to  MEB-449-000000750
MEB-449-000000751  to  MEB-449-000000751
MEB-449-000000752  to  MEB-449-000000752
MEB-449-000000753  to  MEB-449-000000753
MEB-449-000000754  to  MEB-449-000000754
MEB-449-000000755  to  MEB-449-000000755
MEB-449-000000756  to  MEB-449-000000756
MEB-449-000000757  to  MEB-449-000000757
MEB-449-000000758  to  MEB-449-000000758
MEB-449-000000759  to  MEB-449-000000759
MEB-449-000000760  to  MEB-449-000000760
MEB-449-000000761  to  MEB-449-000000761

MEB-449-000000762  to  MEB-449-000000762
MEB-449-000000763  to  MEB-449-000000763
MEB-449-000000764  to  MEB-449-000000764
MEB-449-000000765  to  MEB-449-000000765
MEB-449-000000766  to  MEB-449-000000766
MEB-449-000000767  to  MEB-449-000000767
MEB-449-000000768  to  MEB-449-000000768
MEB-449-000000769  to  MEB-449-000000769
MEB-449-000000770  to  MEB-449-000000770
MEB-449-000000771  to  MEB-449-000000771
MEB-449-000000772  to  MEB-449-000000772
MEB-449-000000773  to  MEB-449-000000773
MEB-449-000000774  to  MEB-449-000000774
MEB-449-000000775  to  MEB-449-000000775
MEB-449-000000776  to  MEB-449-000000776
MEB-449-000000777  to  MEB-449-000000777
MEB-449-000000778  to  MEB-449-000000778
MEB-449-000000779  to  MEB-449-000000779
MEB-449-000000780  to  MEB-449-000000780
MEB-449-000000781  to  MEB-449-000000781
MEB-449-000000782  to  MEB-449-000000782
MEB-449-000000783  to  MEB-449-000000783
MEB-449-000000784  to  MEB-449-000000784
MEB-449-000000785  to  MEB-449-000000785
MEB-449-000000786  to  MEB-449-000000786
MEB-449-000000787  to  MEB-449-000000787
MEB-449-000000788  to  MEB-449-000000788
MEB-449-000000789  to  MEB-449-000000789
MEB-449-000000790  to  MEB-449-000000790
MEB-449-000000791  to  MEB-449-000000791
MEB-449-000000792  to  MEB-449-000000792
MEB-449-000000793  to  MEB-449-000000793
MEB-449-000000794  to  MEB-449-000000794
MEB-449-000000795  to  MEB-449-000000795
MEB-449-000000796  to  MEB-449-000000796
MEB-449-000000797  to  MEB-449-000000797
MEB-449-000000798  to  MEB-449-000000798
MEB-449-000000799  to  MEB-449-000000799
MEB-449-000000800  to  MEB-449-000000800
MEB-449-000000801  to  MEB-449-000000801
MEB-449-000000802  to  MEB-449-000000802
MEB-449-000000803  to  MEB-449-000000803
MEB-449-000000804  to  MEB-449-000000804
MEB-449-000000805  to  MEB-449-000000805
MEB-449-000000806  to  MEB-449-000000806
MEB-449-000000807  to  MEB-449-000000807

MEB-449-000000808  to  MEB-449-000000808
MEB-449-000000809  to  MEB-449-000000809
MEB-449-000000810  to  MEB-449-000000810
MEB-449-000000811  to  MEB-449-000000811
MEB-449-000000812  to  MEB-449-000000812
MEB-449-000000813  to  MEB-449-000000813
MEB-449-000000814  to  MEB-449-000000814
MEB-449-000000815  to  MEB-449-000000815
MEB-449-000000816  to  MEB-449-000000816
MEB-449-000000817  to  MEB-449-000000817
MEB-449-000000818  to  MEB-449-000000818
MEB-449-000000819  to  MEB-449-000000819
MEB-449-000000820  to  MEB-449-000000820
MEB-449-000000821  to  MEB-449-000000821
MEB-449-000000822  to  MEB-449-000000822
MEB-449-000000823  to  MEB-449-000000823
MEB-449-000000824  to  MEB-449-000000824
MEB-449-000000825  to  MEB-449-000000825
MEB-449-000000826  to  MEB-449-000000826
MEB-449-000000827  to  MEB-449-000000827
MEB-449-000000828  to  MEB-449-000000828
MEB-449-000000829  to  MEB-449-000000829
MEB-449-000000830  to  MEB-449-000000830
MEB-449-000000831  to  MEB-449-000000831
MEB-449-000000832  to  MEB-449-000000832
MEB-449-000000833  to  MEB-449-000000833
MEB-449-000000834  to  MEB-449-000000834
MEB-449-000000835  to  MEB-449-000000835
MEB-449-000000836  to  MEB-449-000000836
MEB-449-000000837  to  MEB-449-000000837
MEB-449-000000838  to  MEB-449-000000838
MEB-449-000000839  to  MEB-449-000000839
MEB-449-000000840  to  MEB-449-000000840
MEB-449-000000841  to  MEB-449-000000841
MEB-449-000000842  to  MEB-449-000000842
MEB-449-000000843  to  MEB-449-000000843
MEB-449-000000844  to  MEB-449-000000844
MEB-449-000000845  to  MEB-449-000000845
MEB-449-000000846  to  MEB-449-000000846
MEB-449-000000847  to  MEB-449-000000847
MEB-449-000000848  to  MEB-449-000000848
MEB-449-000000849  to  MEB-449-000000849
MEB-449-000000850  to  MEB-449-000000850
MEB-449-000000851  to  MEB-449-000000851
MEB-449-000000852  to  MEB-449-000000852
MEB-449-000000853  to  MEB-449-000000853

MEB-449-000000854  to  MEB-449-000000854
MEB-449-000000855  to  MEB-449-000000855
MEB-449-000000856  to  MEB-449-000000856
MEB-449-000000857  to  MEB-449-000000857
MEB-449-000000858  to  MEB-449-000000858
MEB-449-000000859  to  MEB-449-000000859
MEB-449-000000860  to  MEB-449-000000860
MEB-449-000000861  to  MEB-449-000000861
MEB-449-000000862  to  MEB-449-000000862
MEB-449-000000863  to  MEB-449-000000863
MEB-449-000000864  to  MEB-449-000000864
MEB-449-000000865  to  MEB-449-000000865
MEB-449-000000866  to  MEB-449-000000866
MEB-449-000000867  to  MEB-449-000000867
MEB-449-000000868  to  MEB-449-000000868
MEB-449-000000869  to  MEB-449-000000869
MEB-449-000000870  to  MEB-449-000000870
MEB-449-000000871  to  MEB-449-000000871
MEB-449-000000872  to  MEB-449-000000872
MEB-449-000000873  to  MEB-449-000000873
MEB-449-000000874  to  MEB-449-000000874
MEB-449-000000875  to  MEB-449-000000875
MEB-449-000000876  to  MEB-449-000000876
MEB-449-000000877  to  MEB-449-000000877
MEB-449-000000878  to  MEB-449-000000878
MEB-449-000000879  to  MEB-449-000000879
MEB-467-000000001  to  MEB-467-000000009
MEB468-000000001  to  MEB468-000000109
MEB468-000000110  to  MEB468-000000204
MEB468-000000205  to  MEB468-000000294
MEB468-000000295  to  MEB468-000000395
MEB468-000000396  to  MEB468-000000479
MEB468-000000480  to  MEB468-000000496
MEB468-000000497  to  MEB468-000000566
MEB468-000000567  to  MEB468-000000664
MEB468-000000665  to  MEB468-000000732
MEB468-000000733  to  MEB468-000000804
MEB468-000000805  to  MEB468-000000890
MEB468-000000891  to  MEB468-000000979
MEB468-000000980  to  MEB468-000001069
MEB468-000001070  to  MEB468-000001145
MEB468-000001146  to  MEB468-000001257.

The United States' Production Log is attached.

                                        Respectfully submitted,

                                        STUART F. DELERY
                                        Acting Assistant Attorney General

                                        PHYLLIS J. PYLES
                                        Director, Torts Branch

                                        JAMES G. TOUHEY, JR.
                                        Assistant Director, Torts Branch

                                         s/ James F. McConnon, Jr.
                                        JAMES F. McCONNON, JR.
                                        Trial Attorney, Torts Branch, Civil Division
                                        U.S. Department of Justice
                                        Benjamin Franklin Station, P.O. Box 888
                                        Washington, D.C.  20044
                                        (202) 616-4400 / (202) 616-5200 (Fax)
                                        Attorneys for the United States

Dated: April 2, 2012

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on April 2, 2012, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.


____s/ James F. McConnon, Jr._____
JAMES F. McCONNON, JR.