UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.  05-4182 SECTION K DISTRICT JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |
| Pertains to:  ST. RITA and 06-8219, 06-6639, 06-7400, 06-9321, 06-7355, 06-9037, 06-8982, 06-9192, 06-9641, 06-9038, 06-8963, 06-8972, 06-8992, 06-9191, 06-8731, 06-9236, 06-8106, 06-8107, 06-5962, 06-8810, 06-7858, 06-8821, 06-8761, 06-7457, 06-9193, 06-9206, 06-10426, 06-7802 | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Susie Morgan moves for leave to withdraw as counsel of record for defendant, Louisiana State Office of the Attorney General.   In support of this motion, and in lieu of a memorandum, Ms. Morgan avers:

1. Ms. Morgan began representing defendant, Louisiana State Office of the Attorney General while she was associated with the law firm of Phelps Dunbar, LLP.

2. Ms. Morgan will no longer be associated with the law firm of Phelps Dunbar, LLP.

3. Ms. Morgan's withdrawal will not prejudice defendant, Louisiana State Office of the Attorney General because Brent B. Barriere of the law firm of Phelps Dunbar, LLP continues to represent said defendant.

WHEREFORE, Susie Morgan respectfully requests that this Motion be granted and that she be granted leave to withdraw as counsel for defendant, Louisiana State Office of the Attorney General.

Dated: April 2, 2012

Respectfully submitted,

By:     /s/ Susie Morgan
Susie Morgan (La. Bar 09715)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
morgans@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF System, this 2nd day of April, 2012.

    /s/ Susie Morgan