UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The United States produced supplemental expert report reliance materials from Timothy

D. Stark on March 20, 2012 (D.R.N. 20713); Appendix R to W. Allen Marr's expert report on

March 21, 2012 (D.R.N. 20715) and expert report reliance materials on March 28, 2012 (D.R.N.

20730); Patrick C. Lucia's hand written notes on March 23, 2012 (D.R.N. 20721); and Joseph B.

Dunbar's CV and publication list on March 22, 2012 (D.R.N. 20719).  The United States is now

producing the following Bates-stamped versions of the above referenced materials in the manner

specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No.

10121); and (2) its Document Production Protocol, for all other documents produced in this

matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in

accordance with the Court's Order Authorizing and Requiring the United States to Produce

Personal Identifying Information Contained Within Electronically Stored Information and

Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec.

No. 10293):

MEB483-000000001   to   MEB483-000000001
MEB483-000000002   to   MEB483-000000002
MEB483-000000003   to   MEB483-000000004

MEB483-000000005   to   MEB483-000000008
MEB483-000000009   to   MEB483-000000058
MEB483-000000059   to   MEB483-000000062
MEB483-000000063   to   MEB483-000000066
MEB483-000000067   to   MEB483-000000071
MEB483-000000072   to   MEB483-000000072
MEB483-000000073   to   MEB483-000000075
MEB483-000000076   to   MEB483-000000076
MEB483-000000077   to   MEB483-000000078
MEB483-000000079   to   MEB483-000000348
MEB483-000000349   to   MEB483-000000349
MEB483-000000350   to   MEB483-000001744
MEB483-000001745   to   MEB483-000002013
MEB483-000002014   to   MEB483-000002014
MEB483-000002015   to   MEB483-000003409
MEB483-000003410   to   MEB483-000003678
MEB483-000003679   to   MEB483-000003679
MEB483-000003680   to   MEB483-000005074
MEB483-000005075   to   MEB483-000005343
MEB483-000005344   to   MEB483-000005344
MEB483-000005345   to   MEB483-000006739
MEB483-000006740   to   MEB483-000007008
MEB483-000007009   to   MEB483-000007009
MEB483-000007010   to   MEB483-000008404
MEB483-000008405   to   MEB483-000008673
MEB483-000008674   to   MEB483-000008674
MEB483-000008675   to   MEB483-000010069
MEB483-000010070   to   MEB483-000010338
MEB483-000010339   to   MEB483-000010339
MEB483-000010340   to   MEB483-000011734
MEB483-000011735   to   MEB483-000012003
MEB483-000012004   to   MEB483-000012004
MEB483-000012005   to   MEB483-000013399
MEB483-000013400   to   MEB483-000013668
MEB483-000013669   to   MEB483-000013669
MEB483-000013670   to   MEB483-000015064
MEB483-000015065   to   MEB483-000015333
MEB483-000015334   to   MEB483-000015334
MEB483-000015335   to   MEB483-000016729
MEB483-000016730   to   MEB483-000016998
MEB483-000016999   to   MEB483-000016999
MEB483-000017000   to   MEB483-000017787
MEB483-000017788   to   MEB483-000017788
MEB483-000017789   to   MEB483-000018058

2

MEB483-000018059   to   MEB483-000018059
MEB483-000018060   to   MEB483-000019455
MEB483-000019456   to   MEB483-000019724
MEB483-000019725   to   MEB483-000019725
MEB483-000019726   to   MEB483-000021121
MEB483-000021122   to   MEB483-000021390
MEB483-000021391   to   MEB483-000021391
MEB483-000021392   to   MEB483-000022787
MEB483-000022788   to   MEB483-000023056
MEB483-000023057   to   MEB483-000023057
MEB483-000023058   to   MEB483-000024453
MEB483-000024454   to   MEB483-000024722
MEB483-000024723   to   MEB483-000024723
MEB483-000024724   to   MEB483-000026119
MEB483-000026120   to   MEB483-000026388
MEB483-000026389   to   MEB483-000026389
MEB483-000026390   to   MEB483-000027785
MEB483-000027786   to   MEB483-000028054
MEB483-000028055   to   MEB483-000028055
MEB483-000028056   to   MEB483-000028843
MEB483-000028844   to   MEB483-000028844
MEB483-000028845   to   MEB483-000029632
MEB483-000029633   to   MEB483-000029633
MEB483-000029634   to   MEB483-000031028
MEB483-000031029   to   MEB483-000031297
MEB483-000031298   to   MEB483-000031298
MEB483-000031299   to   MEB483-000032086
MEB483-000032087   to   MEB483-000032087
MEB483-000032088   to   MEB483-000032088
MEB483-000032089   to   MEB483-000033032
MEB483-000033033   to   MEB483-000033602
MEB483-000033603   to   MEB483-000033869
MEB483-000033870   to   MEB483-000033870
MEB483-000033871   to   MEB483-000035254
MEB483-000035255   to   MEB483-000035521
MEB483-000035522   to   MEB483-000035522
MEB483-000035523   to   MEB483-000036906
MEB483-000036907   to   MEB483-000037173
MEB483-000037174   to   MEB483-000037174
MEB483-000037175   to   MEB483-000038558
MEB483-000038559   to   MEB483-000038825
MEB483-000038826   to   MEB483-000038826
MEB483-000038827   to   MEB483-000040210
MEB483-000040211   to   MEB483-000040477

MEB483-000040478   to   MEB483-000040478
MEB483-000040479   to   MEB483-000041862
MEB483-000041863   to   MEB483-000042129
MEB483-000042130   to   MEB483-000042130
MEB483-000042131   to   MEB483-000042800
MEB483-000042801   to   MEB483-000042801
MEB483-000042802   to   MEB483-000043068
MEB483-000043069   to   MEB483-000043069
MEB483-000043070   to   MEB483-000044453
MEB483-000044454   to   MEB483-000044720
MEB483-000044721   to   MEB483-000044721
MEB483-000044722   to   MEB483-000046105
MEB483-000046106   to   MEB483-000046372
MEB483-000046373   to   MEB483-000046373
MEB483-000046374   to   MEB483-000047757
MEB483-000047758   to   MEB483-000048024
MEB483-000048025   to   MEB483-000048025
MEB483-000048026   to   MEB483-000049409
MEB483-000049410   to   MEB483-000049676
MEB483-000049677   to   MEB483-000049677
MEB483-000049678   to   MEB483-000051061
MEB483-000051062   to   MEB483-000051328
MEB483-000051329   to   MEB483-000051329
MEB483-000051330   to   MEB483-000052713
MEB483-000052714   to   MEB483-000052980
MEB483-000052981   to   MEB483-000052981
MEB483-000052982   to   MEB483-000054365
MEB483-000054366   to   MEB483-000054632
MEB483-000054633   to   MEB483-000054633
MEB483-000054634   to   MEB483-000056017
MEB483-000056018   to   MEB483-000056284
MEB483-000056285   to   MEB483-000056285
MEB483-000056286   to   MEB483-000057669
MEB483-000057670   to   MEB483-000057936
MEB483-000057937   to   MEB483-000057937
MEB483-000057938   to   MEB483-000059321
MEB483-000059322   to   MEB483-000059588
MEB483-000059589   to   MEB483-000059589
MEB483-000059590   to   MEB483-000060973
MEB483-000060974   to   MEB483-000061240
MEB483-000061241   to   MEB483-000061241
MEB483-000061242   to   MEB483-000062625
MEB483-000062626   to   MEB483-000062892
MEB483-000062893   to   MEB483-000062893

MEB483-000062894   to   MEB483-000064277
MEB483-000064278   to   MEB483-000064544
MEB483-000064545   to   MEB483-000064545
MEB483-000064546   to   MEB483-000065929
MEB483-000065930   to   MEB483-000066196
MEB483-000066197   to   MEB483-000066197
MEB483-000066198   to   MEB483-000067581
MEB483-000067582   to   MEB483-000067848
MEB483-000067849   to   MEB483-000067849
MEB483-000067850   to   MEB483-000069233
MEB483-000069234   to   MEB483-000069500
MEB483-000069501   to   MEB483-000069501
MEB483-000069502   to   MEB483-000070885
MEB483-000070886   to   MEB483-000071152
MEB483-000071153   to   MEB483-000071153
MEB483-000071154   to   MEB483-000071823
MEB483-000071824   to   MEB483-000071824
MEB483-000071825   to   MEB483-000072494
MEB483-000072495   to   MEB483-000072495
MEB483-000072496   to   MEB483-000073879
MEB483-000073880   to   MEB483-000074146
MEB483-000074147   to   MEB483-000074147
MEB483-000074148   to   MEB483-000074817
MEB483-000074818   to   MEB483-000074818
MEB483-000074819   to   MEB483-000074819
MEB483-000074820   to   MEB483-000075087
MEB483-000075088   to   MEB483-000075088
MEB483-000075089   to   MEB483-000076475
MEB483-000076476   to   MEB483-000076743
MEB483-000076744   to   MEB483-000076744
MEB483-000076745   to   MEB483-000078131
MEB483-000078132   to   MEB483-000078399
MEB483-000078400   to   MEB483-000078400
MEB483-000078401   to   MEB483-000079787
MEB483-000079788   to   MEB483-000080055
MEB483-000080056   to   MEB483-000080056
MEB483-000080057   to   MEB483-000081443
MEB483-000081444   to   MEB483-000081711
MEB483-000081712   to   MEB483-000081712
MEB483-000081713   to   MEB483-000083099
MEB483-000083100   to   MEB483-000083367
MEB483-000083368   to   MEB483-000083368
MEB483-000083369   to   MEB483-000084755
MEB483-000084756   to   MEB483-000085023

MEB483-000085024    to    MEB483-000085024
MEB483-000085025    to    MEB483-000086411
MEB483-000086412    to    MEB483-000086679
MEB483-000086680    to    MEB483-000086680
MEB483-000086681    to    MEB483-000088067
MEB483-000088068    to    MEB483-000088335
MEB483-000088336    to    MEB483-000088336
MEB483-000088337    to    MEB483-000089723
MEB483-000089724    to    MEB483-000089991
MEB483-000089992    to    MEB483-000089992
MEB483-000089993    to    MEB483-000091379
MEB483-000091380    to    MEB483-000091647
MEB483-000091648    to    MEB483-000091648
MEB483-000091649    to    MEB483-000093035
MEB483-000093036    to    MEB483-000093303
MEB483-000093304    to    MEB483-000093304
MEB483-000093305    to    MEB483-000094691
MEB483-000094692    to    MEB483-000094959
MEB483-000094960    to    MEB483-000094960
MEB483-000094961    to    MEB483-000096347
MEB483-000096348    to    MEB483-000096615
MEB483-000096616    to    MEB483-000096616
MEB483-000096617    to    MEB483-000098003
MEB483-000098004    to    MEB483-000098271
MEB483-000098272    to    MEB483-000098272
MEB483-000098273    to    MEB483-000099659
MEB483-000099660    to    MEB483-000099927
MEB483-000099928    to    MEB483-000099928
MEB483-000099929    to    MEB483-000101315
MEB483-000101316    to    MEB483-000101583
MEB483-000101584    to    MEB483-000101584
MEB483-000101585    to    MEB483-000102971
MEB483-000102972    to    MEB483-000103239
MEB483-000103240    to    MEB483-000103240
MEB483-000103241    to    MEB483-000104627
MEB483-000104628    to    MEB483-000104895
MEB483-000104896    to    MEB483-000104896
MEB483-000104897    to    MEB483-000106283
MEB483-000106284    to    MEB483-000106551
MEB483-000106552    to    MEB483-000106552
MEB483-000106553    to    MEB483-000107939
MEB483-000107940    to    MEB483-000108207
MEB483-000108208    to    MEB483-000108208
MEB483-000108209    to    MEB483-000109595

MEB483-000109596   to   MEB483-000109863
MEB483-000109864   to   MEB483-000109864
MEB483-000109865   to   MEB483-000111251
MEB483-000111252   to   MEB483-000111519
MEB483-000111520   to   MEB483-000111520
MEB483-000111521   to   MEB483-000112907
MEB483-000112908   to   MEB483-000113175
MEB483-000113176   to   MEB483-000113176
MEB483-000113177   to   MEB483-000114563
MEB483-000114564   to   MEB483-000114831
MEB483-000114832   to   MEB483-000114832
MEB483-000114833   to   MEB483-000116219
MEB483-000116220   to   MEB483-000116487
MEB483-000116488   to   MEB483-000116488
MEB483-000116489   to   MEB483-000117875
MEB483-000117876   to   MEB483-000118143
MEB483-000118144   to   MEB483-000118144
MEB483-000118145   to   MEB483-000119531
MEB483-000119532   to   MEB483-000119799
MEB483-000119800   to   MEB483-000119800
MEB483-000119801   to   MEB483-000121187
MEB483-000121188   to   MEB483-000121455
MEB483-000121456   to   MEB483-000121456
MEB483-000121457   to   MEB483-000122843
MEB483-000122844   to   MEB483-000123111
MEB483-000123112   to   MEB483-000123112
MEB483-000123113   to   MEB483-000123777
MEB483-000123778   to   MEB483-000123778
MEB492-000000001   to   MEB492-000000024
MEB492-000000025   to   MEB492-000000025
MEB492-000000026   to   MEB492-000000107
MEB492-000000108   to   MEB492-000000189
MEB492-000000190   to   MEB492-000000271
MEB492-000000272   to   MEB492-000000353
MEB492-000000354   to   MEB492-000000435
MEB492-000000436   to   MEB492-000000517
MEB492-000000518   to   MEB492-000000599
MEB492-000000600   to   MEB492-000000681
MEB492-000000682   to   MEB492-000000763
MEB492-000000764   to   MEB492-000000845
MEB492-000000846   to   MEB492-000000927
MEB492-000000928   to   MEB492-000001009
MEB492-000001010   to   MEB492-000001091
MEB492-000001092   to   MEB492-000001173

7

| | | |
|---|---|---|
| MEB492-000001174 | to | MEB492-000001255 |
| MEB492-000001256 | to | MEB492-000001337 |
| MEB492-000001338 | to | MEB492-000001419 |
| MEB492-000001420 | to | MEB492-000001501 |
| MEB492-000001502 | to | MEB492-000001583 |
| MEB492-000001584 | to | MEB492-000001665 |
| MEB492-000001666 | to | MEB492-000001747 |
| MEB492-000001748 | to | MEB492-000001756 |
| MEB492-000001757 | to | MEB492-000001764 |
| MEB492-000001765 | to | MEB492-000001780 |
| MEB492-000001781 | to | MEB492-000001789 |
| MEB492-000001790 | to | MEB492-000001799 |
| MEB492-000001800 | to | MEB492-000001840 |
| MEB492-000001841 | to | MEB492-000001848 |
| MEB492-000001849 | to | MEB492-000001849 |
| MEB492-000001850 | to | MEB492-000001915 |
| MEB494-000000001 | to | MEB494-000000008 |
| MEB495-000000001 | to | MEB495-000000001 |
| MEB495-000000002 | to | MEB495-000000002 |
| MEB495-000000003 | to | MEB495-000000003 |
| MEB495-000000004 | to | MEB495-000000004 |
| MEB495-000000005 | to | MEB495-000000005 |
| MEB495-000000006 | to | MEB495-000000006 |
| MEB495-000000007 | to | MEB495-000000007 |
| MEB495-000000008 | to | MEB495-000000008 |
| MEB495-000000009 | to | MEB495-000000009 |
| MEB495-000000010 | to | MEB495-000000010 |
| MEB495-000000011 | to | MEB495-000000025 |
| MEB495-000000026 | to | MEB495-000000026 |
| MEB495-000000027 | to | MEB495-000000027 |
| MEB495-000000028 | to | MEB495-000000028 |
| MEB495-000000029 | to | MEB495-000000029 |
| MEB495-000000030 | to | MEB495-000000030 |
| MEB495-000000031 | to | MEB495-000000031 |
| MEB495-000000032 | to | MEB495-000000032 |
| MEB495-000000033 | to | MEB495-000000033 |
| MEB495-000000034 | to | MEB495-000000034 |
| MEB495-000000035 | to | MEB495-000000035 |
| MEB495-000000036 | to | MEB495-000000036 |
| MEB495-000000037 | to | MEB495-000000037 |
| MEB495-000000038 | to | MEB495-000000038 |
| MEB495-000000039 | to | MEB495-000000039 |
| MEB495-000000040 | to | MEB495-000000040 |
| MEB495-000000041 | to | MEB495-000000041 |

MEB495-000000042   to   MEB495-000000042
MEB495-000000043   to   MEB495-000000043
MEB495-000000044   to   MEB495-000000044
MEB495-000000045   to   MEB495-000000045
MEB495-000000046   to   MEB495-000000046
MEB495-000000047   to   MEB495-000000047
MEB495-000000048   to   MEB495-000000048
MEB495-000000049   to   MEB495-000000049
MEB495-000000050   to   MEB495-000000050
MEB495-000000051   to   MEB495-000000051
MEB495-000000052   to   MEB495-000000052
MEB495-000000053   to   MEB495-000000053
MEB495-000000054   to   MEB495-000000054
MEB495-000000055   to   MEB495-000000055
MEB495-000000056   to   MEB495-000000056
MEB495-000000057   to   MEB495-000000057
MEB495-000000058   to   MEB495-000000058
MEB495-000000059   to   MEB495-000000059
MEB495-000000060   to   MEB495-000000060
MEB495-000000061   to   MEB495-000000061
MEB495-000000062   to   MEB495-000000062
MEB495-000000063   to   MEB495-000000063
MEB495-000000064   to   MEB495-000000064
MEB495-000000065   to   MEB495-000000065
MEB495-000000066   to   MEB495-000000066
MEB495-000000067   to   MEB495-000000067
MEB495-000000068   to   MEB495-000000068
MEB495-000000069   to   MEB495-000000069
MEB495-000000070   to   MEB495-000000070
MEB495-000000071   to   MEB495-000000071
MEB495-000000072   to   MEB495-000000072
MEB495-000000073   to   MEB495-000000073
MEB495-000000074   to   MEB495-000000074
MEB495-000000075   to   MEB495-000000075
MEB495-000000076   to   MEB495-000000076
MEB495-000000077   to   MEB495-000000077
MEB495-000000078   to   MEB495-000000078
MEB495-000000079   to   MEB495-000000079
MEB495-000000080   to   MEB495-000000080
MEB495-000000081   to   MEB495-000000081
MEB495-000000082   to   MEB495-000000082
MEB495-000000083   to   MEB495-000000085
MEB495-000000086   to   MEB495-000000086
MEB495-000000087   to   MEB495-000000087

MEB495-000000088   to   MEB495-000000088
MEB495-000000089   to   MEB495-000000089
MEB495-000000090   to   MEB495-000000090
MEB495-000000091   to   MEB495-000000091
MEB495-000000092   to   MEB495-000000092
MEB495-000000093   to   MEB495-000000093
MEB495-000000094   to   MEB495-000000094
MEB495-000000095   to   MEB495-000000095
MEB495-000000096   to   MEB495-000000096
MEB495-000000097   to   MEB495-000000097
MEB495-000000098   to   MEB495-000000098
MEB495-000000099   to   MEB495-000000099
MEB495-000000100   to   MEB495-000000100
MEB495-000000101   to   MEB495-000000101
MEB495-000000102   to   MEB495-000000102
MEB495-000000103   to   MEB495-000000103
MEB495-000000104   to   MEB495-000000104
MEB495-000000105   to   MEB495-000000105
MEB495-000000106   to   MEB495-000000106
MEB495-000000107   to   MEB495-000000107
MEB495-000000108   to   MEB495-000000108
MEB495-000000109   to   MEB495-000000109
MEB495-000000110   to   MEB495-000000110
MEB495-000000111   to   MEB495-000000111
MEB495-000000112   to   MEB495-000000112
MEB495-000000113   to   MEB495-000000113
MEB495-000000114   to   MEB495-000000114
MEB495-000000115   to   MEB495-000000115
MEB495-000000116   to   MEB495-000000116
MEB495-000000117   to   MEB495-000000117
MEB495-000000118   to   MEB495-000000118
MEB495-000000119   to   MEB495-000000119
MEB495-000000120   to   MEB495-000000120
MEB495-000000121   to   MEB495-000000121
MEB495-000000122   to   MEB495-000000122
MEB495-000000123   to   MEB495-000000123
MEB495-000000124   to   MEB495-000000124
MEB495-000000125   to   MEB495-000000125
MEB495-000000126   to   MEB495-000000126
MEB495-000000127   to   MEB495-000000127
MEB495-000000128   to   MEB495-000000128
MEB495-000000129   to   MEB495-000000129
MEB495-000000130   to   MEB495-000000130
MEB495-000000131   to   MEB495-000000131
MEB495-000000132   to   MEB495-000000132
MEB495-000000133   to   MEB495-000000133
MEB495-000000134   to   MEB495-000000134

MEB495-000000135   to   MEB495-000000135
MEB495-000000136   to   MEB495-000000136
MEB495-000000137   to   MEB495-000000137
MEB495-000000138   to   MEB495-000000138
MEB495-000000139   to   MEB495-000000139
MEB495-000000140   to   MEB495-000000140
MEB495-000000141   to   MEB495-000000141
MEB495-000000142   to   MEB495-000000142
MEB495-000000143   to   MEB495-000000143
MEB495-000000144   to   MEB495-000000144
MEB495-000000145   to   MEB495-000000145
MEB495-000000146   to   MEB495-000000146
MEB495-000000147   to   MEB495-000000147
MEB495-000000148   to   MEB495-000000148
MEB495-000000149   to   MEB495-000000149
MEB495-000000150   to   MEB495-000000150
MEB495-000000151   to   MEB495-000000151
MEB495-000000152   to   MEB495-000000152
MEB495-000000153   to   MEB495-000000153
MEB495-000000154   to   MEB495-000000154
MEB495-000000155   to   MEB495-000000155
MEB495-000000156   to   MEB495-000000156
MEB495-000000157   to   MEB495-000000157
MEB495-000000158   to   MEB495-000000158
MEB495-000000159   to   MEB495-000000159
MEB495-000000160   to   MEB495-000000160
MEB495-000000161   to   MEB495-000000161
MEB495-000000162   to   MEB495-000000162
MEB495-000000163   to   MEB495-000000163
MEB495-000000164   to   MEB495-000000164
MEB495-000000165   to   MEB495-000000165
MEB495-000000166   to   MEB495-000000166
MEB495-000000167   to   MEB495-000000167
MEB495-000000168   to   MEB495-000000168
MEB495-000000169   to   MEB495-000000169
MEB495-000000170   to   MEB495-000000170
MEB495-000000171   to   MEB495-000000171
MEB495-000000172   to   MEB495-000000172
MEB495-000000173   to   MEB495-000000173
MEB495-000000174   to   MEB495-000000174
MEB495-000000175   to   MEB495-000000175
MEB495-000000176   to   MEB495-000000176
MEB495-000000177   to   MEB495-000000177
MEB495-000000178   to   MEB495-000000178
MEB495-000000179   to   MEB495-000000179
MEB495-000000180   to   MEB495-000000180
MEB495-000000181   to   MEB495-000000181

| | | |
|---|---|---|
| MEB495-000000182 | to | MEB495-000000182 |
| MEB495-000000183 | to | MEB495-000000183 |
| MEB495-000000184 | to | MEB495-000000184 |
| MEB495-000000185 | to | MEB495-000000185 |
| MEB495-000000186 | to | MEB495-000000186 |
| MEB495-000000187 | to | MEB495-000000187 |
| MEB495-000000188 | to | MEB495-000000188 |
| MEB495-000000189 | to | MEB495-000000189 |
| MEB495-000000190 | to | MEB495-000000190 |
| MEB495-000000191 | to | MEB495-000000191 |
| MEB495-000000192 | to | MEB495-000000192 |
| MEB495-000000193 | to | MEB495-000000193 |
| MEB495-000000194 | to | MEB495-000000194 |
| MEB495-000000195 | to | MEB495-000000195 |
| MEB495-000000196 | to | MEB495-000000196 |
| MEB495-000000197 | to | MEB495-000000197 |
| MEB495-000000198 | to | MEB495-000000198 |
| MEB495-000000199 | to | MEB495-000000199 |
| MEB495-000000200 | to | MEB495-000000200 |
| MEB495-000000201 | to | MEB495-000000201 |
| MEB495-000000202 | to | MEB495-000000202 |
| MEB495-000000203 | to | MEB495-000000203 |
| MEB495-000000204 | to | MEB495-000000204 |
| MEB495-000000205 | to | MEB495-000000205 |
| MEB495-000000206 | to | MEB495-000000206 |
| MEB495-000000207 | to | MEB495-000000207 |
| MEB495-000000208 | to | MEB495-000000208 |
| MEB495-000000209 | to | MEB495-000000209 |
| MEB495-000000210 | to | MEB495-000000210 |
| MEB495-000000211 | to | MEB495-000000220 |
| MEB495-000000221 | to | MEB495-000000221 |
| MEB495-000000222 | to | MEB495-000000222 |
| MEB495-000000223 | to | MEB495-000000223 |
| MEB495-000000224 | to | MEB495-000000224 |
| MEB495-000000225 | to | MEB495-000000225 |
| MEB495-000000226 | to | MEB495-000000226 |
| MEB495-000000227 | to | MEB495-000000227 |
| MEB495-000000228 | to | MEB495-000000228 |
| MEB495-000000229 | to | MEB495-000000229 |
| MEB495-000000230 | to | MEB495-000000230 |
| MEB495-000000231 | to | MEB495-000000231 |
| MEB495-000000232 | to | MEB495-000000232 |
| MEB495-000000233 | to | MEB495-000000233 |
| MEB495-000000234 | to | MEB495-000000234 |
| MEB495-000000235 | to | MEB495-000000235 |
| MEB495-000000236 | to | MEB495-000000236 |
| MEB495-000000237 | to | MEB495-000000237 |

MEB495-000000238   to   MEB495-000000238
MEB495-000000239   to   MEB495-000000239
MEB495-000000240   to   MEB495-000000240
MEB495-000000241   to   MEB495-000000241
MEB495-000000242   to   MEB495-000000242
MEB495-000000243   to   MEB495-000000243
MEB495-000000244   to   MEB495-000000244
MEB495-000000245   to   MEB495-000000245
MEB495-000000246   to   MEB495-000000246
MEB495-000000247   to   MEB495-000000247
MEB495-000000248   to   MEB495-000000248
MEB495-000000249   to   MEB495-000000249
MEB495-000000250   to   MEB495-000000250
MEB495-000000251   to   MEB495-000000251
MEB495-000000252   to   MEB495-000000252
MEB495-000000253   to   MEB495-000000253
MEB495-000000254   to   MEB495-000000254
MEB495-000000255   to   MEB495-000000267
MEB495-000000268   to   MEB495-000000268
MEB495-000000269   to   MEB495-000000269
MEB495-000000270   to   MEB495-000000270
MEB495-000000271   to   MEB495-000000271
MEB495-000000272   to   MEB495-000000272
MEB495-000000273   to   MEB495-000000273
MEB495-000000274   to   MEB495-000000274
MEB495-000000275   to   MEB495-000000275
MEB495-000000276   to   MEB495-000000276
MEB495-000000277   to   MEB495-000000277
MEB495-000000278   to   MEB495-000000278
MEB495-000000279   to   MEB495-000000279
MEB495-000000280   to   MEB495-000000280
MEB495-000000281   to   MEB495-000000281
MEB495-000000282   to   MEB495-000000282
MEB495-000000283   to   MEB495-000000283
MEB495-000000284   to   MEB495-000000284
MEB495-000000285   to   MEB495-000000285
MEB495-000000286   to   MEB495-000000286
MEB495-000000287   to   MEB495-000000287
MEB495-000000288   to   MEB495-000000288
MEB495-000000289   to   MEB495-000000289
MEB495-000000290   to   MEB495-000000290
MEB495-000000291   to   MEB495-000000291
MEB495-000000292   to   MEB495-000000292
MEB495-000000293   to   MEB495-000000293
MEB495-000000294   to   MEB495-000000294
MEB495-000000295   to   MEB495-000000295
MEB495-000000296   to   MEB495-000000296

| | | |
|---|---|---|
| MEB495-000000297 | to | MEB495-000000297 |
| MEB495-000000298 | to | MEB495-000000298 |
| MEB495-000000299 | to | MEB495-000000299 |
| MEB495-000000300 | to | MEB495-000000300 |
| MEB495-000000301 | to | MEB495-000000301 |
| MEB495-000000302 | to | MEB495-000000302 |
| MEB495-000000303 | to | MEB495-000000303 |
| MEB495-000000304 | to | MEB495-000000304 |
| MEB495-000000305 | to | MEB495-000000305 |
| MEB495-000000306 | to | MEB495-000000306 |
| MEB495-000000307 | to | MEB495-000000307 |
| MEB495-000000308 | to | MEB495-000000308 |
| MEB495-000000309 | to | MEB495-000000309 |
| MEB495-000000310 | to | MEB495-000000310 |
| MEB495-000000311 | to | MEB495-000000311 |
| MEB495-000000312 | to | MEB495-000000312 |
| MEB495-000000313 | to | MEB495-000000313 |
| MEB495-000000314 | to | MEB495-000000314 |
| MEB495-000000315 | to | MEB495-000000315 |
| MEB495-000000316 | to | MEB495-000000316 |
| MEB495-000000317 | to | MEB495-000000317 |
| MEB495-000000318 | to | MEB495-000000318 |
| MEB495-000000319 | to | MEB495-000000319 |
| MEB495-000000320 | to | MEB495-000000320 |
| MEB495-000000321 | to | MEB495-000000321 |
| MEB495-000000322 | to | MEB495-000000322 |
| MEB495-000000323 | to | MEB495-000000323 |
| MEB495-000000324 | to | MEB495-000000324 |
| MEB495-000000325 | to | MEB495-000000325 |
| MEB495-000000326 | to | MEB495-000000326 |
| MEB495-000000327 | to | MEB495-000000327 |
| MEB495-000000328 | to | MEB495-000000328 |
| MEB495-000000329 | to | MEB495-000000329 |
| MEB495-000000330 | to | MEB495-000000330 |
| MEB495-000000331 | to | MEB495-000000331 |
| MEB495-000000332 | to | MEB495-000000332 |
| MEB495-000000333 | to | MEB495-000000333 |
| MEB495-000000334 | to | MEB495-000000334 |
| MEB495-000000335 | to | MEB495-000000335 |
| MEB495-000000336 | to | MEB495-000000336 |
| MEB495-000000337 | to | MEB495-000000337 |
| MEB495-000000338 | to | MEB495-000000338 |
| MEB495-000000339 | to | MEB495-000000339 |
| MEB495-000000340 | to | MEB495-000000340 |
| MEB495-000000341 | to | MEB495-000000341 |
| MEB495-000000342 | to | MEB495-000000342 |
| MEB495-000000343 | to | MEB495-000000343 |

MEB495-000000344   to   MEB495-000000344
MEB495-000000345   to   MEB495-000000345
MEB495-000000346   to   MEB495-000000346
MEB495-000000347   to   MEB495-000000347
MEB495-000000348   to   MEB495-000000348
MEB495-000000349   to   MEB495-000000349
MEB495-000000350   to   MEB495-000000350
MEB495-000000351   to   MEB495-000000351
MEB495-000000352   to   MEB495-000000352
MEB495-000000353   to   MEB495-000000353
MEB495-000000354   to   MEB495-000000354
MEB495-000000355   to   MEB495-000000355
MEB495-000000356   to   MEB495-000000356
MEB495-000000357   to   MEB495-000000357
MEB495-000000358   to   MEB495-000000358
MEB495-000000359   to   MEB495-000000359
MEB495-000000360   to   MEB495-000000360
MEB495-000000361   to   MEB495-000000361
MEB495-000000362   to   MEB495-000000362
MEB495-000000363   to   MEB495-000000363
MEB495-000000364   to   MEB495-000000364
MEB495-000000365   to   MEB495-000000365
MEB495-000000366   to   MEB495-000000366
MEB495-000000367   to   MEB495-000000367
MEB495-000000368   to   MEB495-000000368
MEB495-000000369   to   MEB495-000000369
MEB495-000000370   to   MEB495-000000370
MEB495-000000371   to   MEB495-000000371
MEB495-000000372   to   MEB495-000000372
MEB495-000000373   to   MEB495-000000373
MEB495-000000374   to   MEB495-000000374
MEB495-000000375   to   MEB495-000000375
MEB495-000000376   to   MEB495-000000376
MEB495-000000377   to   MEB495-000000377
MEB495-000000378   to   MEB495-000000378
MEB495-000000379   to   MEB495-000000392
MEB495-000000393   to   MEB495-000000394
MEB495-000000395   to   MEB495-000000398
MEB495-000000399   to   MEB495-000000403
MEB495-000000404   to   MEB495-000000463
MEB495-000000464   to   MEB495-000000585
MEB495-000000586   to   MEB495-000000586
MEB495-000000587   to   MEB495-000000587
MEB495-000000588   to   MEB495-000000588
MEB495-000000589   to   MEB495-000000589
MEB495-000000590   to   MEB495-000000590
MEB495-000000591   to   MEB495-000000591

MEB504-000000001   to   MEB504-000000001
MEB504-000000002   to   MEB504-000000002
MEB504-000000003   to   MEB504-000000003
MEB504-000000004   to   MEB504-000000004
MEB504-000000005   to   MEB504-000000005
MEB504-000000006   to   MEB504-000000006
MEB504-000000007   to   MEB504-000000007
MEB504-000000008   to   MEB504-000000008
MEB504-000000009   to   MEB504-000000009
MEB504-000000010   to   MEB504-000000010
MEB504-000000011   to   MEB504-000000011
MEB504-000000012   to   MEB504-000000012
MEB504-000000013   to   MEB504-000000013
MEB504-000000014   to   MEB504-000000014
MEB504-000000015   to   MEB504-000000015
MEB504-000000016   to   MEB504-000000016
MEB504-000000017   to   MEB504-000000017
MEB504-000000018   to   MEB504-000000018
MEB504-000000019   to   MEB504-000000019
MEB504-000000020   to   MEB504-000000020
MEB504-000000021   to   MEB504-000000021
MEB504-000000022   to   MEB504-000000022
MEB504-000000023   to   MEB504-000000023
MEB504-000000024   to   MEB504-000000024
MEB504-000000025   to   MEB504-000000025
MEB504-000000026   to   MEB504-000000026
MEB504-000000027   to   MEB504-000000027
MEB504-000000028   to   MEB504-000000028
MEB504-000000029   to   MEB504-000000029
MEB504-000000030   to   MEB504-000000030
MEB504-000000031   to   MEB504-000000031
MEB504-000000032   to   MEB504-000000032
MEB504-000000033   to   MEB504-000000033
MEB504-000000034   to   MEB504-000000034
MEB504-000000035   to   MEB504-000000035
MEB504-000000036   to   MEB504-000000036
MEB504-000000037   to   MEB504-000000037
MEB504-000000038   to   MEB504-000000038
MEB504-000000039   to   MEB504-000000039
MEB504-000000040   to   MEB504-000000040
MEB504-000000041   to   MEB504-000000041
MEB504-000000042   to   MEB504-000000042
MEB504-000000043   to   MEB504-000000043
MEB504-000000044   to   MEB504-000000044
MEB504-000000045   to   MEB504-000000045
MEB504-000000046   to   MEB504-000000046
MEB504-000000047   to   MEB504-000000047

MEB504-000000048   to   MEB504-000000048
MEB504-000000049   to   MEB504-000000049
MEB504-000000050   to   MEB504-000000050
MEB504-000000051   to   MEB504-000000051
MEB504-000000052   to   MEB504-000000052
MEB504-000000053   to   MEB504-000000053
MEB504-000000054   to   MEB504-000000054
MEB504-000000055   to   MEB504-000000055
MEB504-000000056   to   MEB504-000000056
MEB504-000000057   to   MEB504-000000057
MEB504-000000058   to   MEB504-000000058
MEB504-000000059   to   MEB504-000000059
MEB504-000000060   to   MEB504-000000060
MEB504-000000061   to   MEB504-000000061
MEB504-000000062   to   MEB504-000000062
MEB504-000000063   to   MEB504-000000063
MEB504-000000064   to   MEB504-000000064
MEB504-000000065   to   MEB504-000000065
MEB504-000000066   to   MEB504-000000066
MEB504-000000067   to   MEB504-000000067
MEB504-000000068   to   MEB504-000000068
MEB504-000000069   to   MEB504-000000069
MEB504-000000070   to   MEB504-000000070
MEB504-000000071   to   MEB504-000000071
MEB504-000000072   to   MEB504-000000072
MEB504-000000073   to   MEB504-000000073
MEB504-000000074   to   MEB504-000000074
MEB504-000000075   to   MEB504-000000075
MEB504-000000076   to   MEB504-000000076
MEB504-000000077   to   MEB504-000000077
MEB504-000000078   to   MEB504-000000078
MEB504-000000079   to   MEB504-000000079
MEB504-000000080   to   MEB504-000000080
MEB504-000000081   to   MEB504-000000081
MEB504-000000082   to   MEB504-000000082
MEB504-000000083   to   MEB504-000000083
MEB504-000000084   to   MEB504-000000084
MEB504-000000085   to   MEB504-000000085
MEB504-000000086   to   MEB504-000000086
MEB504-000000087   to   MEB504-000000087
MEB504-000000088   to   MEB504-000000088
MEB504-000000089   to   MEB504-000000089
MEB504-000000090   to   MEB504-000000090
MEB504-000000091   to   MEB504-000000091
MEB504-000000092   to   MEB504-000000092
MEB504-000000093   to   MEB504-000000093
MEB504-000000094   to   MEB504-000000094

| MEB504-000000095 | to | MEB504-000000095 |
|---|---|---|
| MEB504-000000096 | to | MEB504-000000096 |
| MEB504-000000097 | to | MEB504-000000097 |
| MEB504-000000098 | to | MEB504-000000098 |
| MEB504-000000099 | to | MEB504-000000099 |
| MEB504-000000100 | to | MEB504-000000100 |
| MEB504-000000101 | to | MEB504-000000101 |
| MEB504-000000102 | to | MEB504-000000102 |
| MEB504-000000103 | to | MEB504-000000103 |
| MEB504-000000104 | to | MEB504-000000104 |
| MEB504-000000105 | to | MEB504-000000105 |
| MEB504-000000106 | to | MEB504-000000106 |
| MEB504-000000107 | to | MEB504-000000107 |
| MEB504-000000108 | to | MEB504-000000108 |
| MEB504-000000109 | to | MEB504-000000109 |
| MEB504-000000110 | to | MEB504-000000110 |
| MEB504-000000111 | to | MEB504-000000111 |
| MEB504-000000112 | to | MEB504-000000112 |
| MEB504-000000113 | to | MEB504-000000113 |
| MEB504-000000114 | to | MEB504-000000114 |
| MEB504-000000115 | to | MEB504-000000115 |
| MEB504-000000116 | to | MEB504-000000116 |
| MEB504-000000117 | to | MEB504-000000117 |
| MEB504-000000118 | to | MEB504-000000118 |
| MEB504-000000119 | to | MEB504-000000119 |
| MEB504-000000120 | to | MEB504-000000120 |
| MEB504-000000121 | to | MEB504-000000121 |
| MEB504-000000122 | to | MEB504-000000122 |
| MEB504-000000123 | to | MEB504-000000123 |
| MEB504-000000124 | to | MEB504-000000124 |
| MEB504-000000125 | to | MEB504-000000125 |
| MEB504-000000126 | to | MEB504-000000126 |
| MEB504-000000127 | to | MEB504-000000127 |
| MEB504-000000128 | to | MEB504-000000128 |
| MEB504-000000129 | to | MEB504-000000129 |
| MEB504-000000130 | to | MEB504-000000130 |
| MEB504-000000131 | to | MEB504-000000131 |
| MEB504-000000132 | to | MEB504-000000132 |
| MEB504-000000133 | to | MEB504-000000133 |
| MEB504-000000134 | to | MEB504-000000134 |
| MEB504-000000135 | to | MEB504-000000135 |
| MEB504-000000136 | to | MEB504-000000136 |
| MEB504-000000137 | to | MEB504-000000137 |
| MEB504-000000138 | to | MEB504-000000138 |
| MEB504-000000139 | to | MEB504-000000139 |
| MEB504-000000140 | to | MEB504-000000140 |
| MEB504-000000141 | to | MEB504-000000141 |

MEB504-000000142   to   MEB504-000000142
MEB504-000000143   to   MEB504-000000143
MEB504-000000144   to   MEB504-000000144
MEB504-000000145   to   MEB504-000000145
MEB504-000000146   to   MEB504-000000146
MEB504-000000147   to   MEB504-000000147
MEB504-000000148   to   MEB504-000000148
MEB504-000000149   to   MEB504-000000149
MEB504-000000150   to   MEB504-000000150
MEB504-000000151   to   MEB504-000000151
MEB504-000000152   to   MEB504-000000152
MEB504-000000153   to   MEB504-000000153
MEB504-000000154   to   MEB504-000000154
MEB504-000000155   to   MEB504-000000155
MEB504-000000156   to   MEB504-000000156
MEB504-000000157   to   MEB504-000000157
MEB504-000000158   to   MEB504-000000158
MEB504-000000159   to   MEB504-000000159
MEB504-000000160   to   MEB504-000000160
MEB504-000000161   to   MEB504-000000161
MEB504-000000162   to   MEB504-000000162
MEB504-000000163   to   MEB504-000000163
MEB504-000000164   to   MEB504-000000164
MEB504-000000165   to   MEB504-000000165
MEB504-000000166   to   MEB504-000000166
MEB504-000000167   to   MEB504-000000167
MEB504-000000168   to   MEB504-000000168
MEB504-000000169   to   MEB504-000000169
MEB504-000000170   to   MEB504-000000170
MEB504-000000171   to   MEB504-000000171
MEB504-000000172   to   MEB504-000000172
MEB504-000000173   to   MEB504-000000173
MEB504-000000174   to   MEB504-000000174
MEB504-000000175   to   MEB504-000000175
MEB504-000000176   to   MEB504-000000176
MEB504-000000177   to   MEB504-000000177
MEB504-000000178   to   MEB504-000000178
MEB504-000000179   to   MEB504-000000179
MEB504-000000180   to   MEB504-000000180
MEB504-000000181   to   MEB504-000000181
MEB504-000000182   to   MEB504-000000182
MEB504-000000183   to   MEB504-000000183
MEB504-000000184   to   MEB504-000000184
MEB504-000000185   to   MEB504-000000185
MEB504-000000186   to   MEB504-000000186
MEB504-000000187   to   MEB504-000000187
MEB504-000000188   to   MEB504-000000188

MEB504-000000189   to   MEB504-000000189
MEB504-000000190   to   MEB504-000000190
MEB504-000000191   to   MEB504-000000191
MEB504-000000192   to   MEB504-000000192
MEB504-000000193   to   MEB504-000000193
MEB504-000000194   to   MEB504-000000194
MEB504-000000195   to   MEB504-000000195
MEB504-000000196   to   MEB504-000000196
MEB504-000000197   to   MEB504-000000197
MEB504-000000198   to   MEB504-000000198
MEB504-000000199   to   MEB504-000000199
MEB504-000000200   to   MEB504-000000200
MEB504-000000201   to   MEB504-000000201
MEB504-000000202   to   MEB504-000000202
MEB504-000000203   to   MEB504-000000203
MEB504-000000204   to   MEB504-000000204
MEB504-000000205   to   MEB504-000000205
MEB504-000000206   to   MEB504-000000206
MEB504-000000207   to   MEB504-000000207
MEB504-000000208   to   MEB504-000000208
MEB504-000000209   to   MEB504-000000209
MEB504-000000210   to   MEB504-000000210
MEB504-000000211   to   MEB504-000000211
MEB504-000000212   to   MEB504-000000212
MEB504-000000213   to   MEB504-000000213
MEB504-000000214   to   MEB504-000000214
MEB504-000000215   to   MEB504-000000215
MEB504-000000216   to   MEB504-000000216
MEB504-000000217   to   MEB504-000000217
MEB504-000000218   to   MEB504-000000218
MEB504-000000219   to   MEB504-000000219
MEB504-000000220   to   MEB504-000000220
MEB504-000000221   to   MEB504-000000221
MEB504-000000222   to   MEB504-000000222
MEB504-000000223   to   MEB504-000000223
MEB504-000000224   to   MEB504-000000224
MEB504-000000225   to   MEB504-000000225
MEB504-000000226   to   MEB504-000000226
MEB504-000000227   to   MEB504-000000227
MEB504-000000228   to   MEB504-000000228
MEB504-000000229   to   MEB504-000000229
MEB504-000000230   to   MEB504-000000230
MEB504-000000231   to   MEB504-000000231
MEB504-000000232   to   MEB504-000000232
MEB504-000000233   to   MEB504-000000233
MEB504-000000234   to   MEB504-000000234
MEB504-000000235   to   MEB504-000000235

MEB504-000000236  to  MEB504-000000236
MEB504-000000237  to  MEB504-000000237
MEB504-000000238  to  MEB504-000000238
MEB504-000000239  to  MEB504-000000239
MEB504-000000240  to  MEB504-000000240
MEB504-000000241  to  MEB504-000000241
MEB504-000000242  to  MEB504-000000242
MEB504-000000243  to  MEB504-000000243
MEB504-000000244  to  MEB504-000000244
MEB504-000000245  to  MEB504-000000245
MEB504-000000246  to  MEB504-000000246
MEB504-000000247  to  MEB504-000000247
MEB504-000000248  to  MEB504-000000248
MEB504-000000249  to  MEB504-000000249
MEB504-000000250  to  MEB504-000000250
MEB504-000000251  to  MEB504-000000251
MEB504-000000252  to  MEB504-000000252
MEB504-000000253  to  MEB504-000000253
MEB504-000000254  to  MEB504-000000254
MEB504-000000255  to  MEB504-000000255
MEB504-000000256  to  MEB504-000000256
MEB504-000000257  to  MEB504-000000257
MEB504-000000258  to  MEB504-000000258
MEB504-000000259  to  MEB504-000000259
MEB504-000000260  to  MEB504-000000260
MEB504-000000261  to  MEB504-000000261
MEB504-000000262  to  MEB504-000000262
MEB504-000000263  to  MEB504-000000263
MEB504-000000264  to  MEB504-000000264
MEB504-000000265  to  MEB504-000000265
MEB504-000000266  to  MEB504-000000266
MEB504-000000267  to  MEB504-000000267
MEB504-000000268  to  MEB504-000000268
MEB504-000000269  to  MEB504-000000269
MEB504-000000270  to  MEB504-000000270
MEB504-000000271  to  MEB504-000000271
MEB504-000000272  to  MEB504-000000272
MEB504-000000273  to  MEB504-000000273
MEB504-000000274  to  MEB504-000000274
MEB504-000000275  to  MEB504-000000275
MEB504-000000276  to  MEB504-000000276
MEB504-000000277  to  MEB504-000000277
MEB504-000000278  to  MEB504-000000278
MEB504-000000279  to  MEB504-000000279
MEB504-000000280  to  MEB504-000000280
MEB504-000000281  to  MEB504-000000281
MEB504-000000282  to  MEB504-000000282

MEB504-000000283   to   MEB504-000000283
MEB504-000000284   to   MEB504-000000284
MEB504-000000285   to   MEB504-000000285
MEB504-000000286   to   MEB504-000000286
MEB504-000000287   to   MEB504-000000287
MEB504-000000288   to   MEB504-000000288.


The United States' Production Log is attached.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: April 3, 2012

## <u>CERTIFICATE OF SERVICE</u>

I, James F. McConnon, Jr., hereby certify that on April 3, 2012, I served a true copy of

the United States' Notice of Production upon the Plaintiffs by ECF.


   <u>s/ James F. McConnon, Jr.</u>
   JAMES F. McCONNON, JR.