UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>Pertains to:  ST. RITA and<br>06-8219, 06-6639, 06-7400, 06-9321, 06-7355,<br>06-9037, 06-8982, 06-9192, 06-9641, 06-9038,<br>06-8963, 06-8972, 06-8992, 06-9191, 06-8731,<br>06-9236, 06-8106, 06-8107, 06-5962, 06-8810,<br>06-7858, 06-8821, 06-8761, 06-7457, 06-9193,<br>06-9206, 06-10426, 06-7802 | CIVIL ACTION NO.  05-4182<br>SECTION K<br>DISTRICT JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This Court having fully considered Susie Morgan's Motion for Leave to Withdraw as Counsel, the motion is GRANTED and that she is hereby granted leave to withdraw as counsel for defendant, Louisiana State Office of the Attorney General.

New Orleans, Louisiana, this 3rd day of April, 2012.

_____
United States District Court Judge

PD.6118021.1