UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to Armstrong Plaintiffs' First Request for Production to Defendant United States dated May 16, 2011, the United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368). In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

```
MEB-496-000000001  to  MEB-496-000000001;
MEB-496-000000002  to  MEB-496-000000005;
MEB-496-000000006  to  MEB-496-000000020;
MEB-496-000000021  to  MEB-496-000000051;
MEB-496-000000052  to  MEB-496-000000093;
MEB-496-000000094  to  MEB-496-000000097;
MEB-496-000000098  to  MEB-496-000000114;
```

MEB-496-000000115 to MEB-496-000000123;
MEB-496-000000124 to MEB-496-000000124;
MEB-496-000000125 to MEB-496-000000125;
MEB-496-000000126 to MEB-496-000000126;
MEB-496-000000127 to MEB-496-000000127;
MEB-496-000000128 to MEB-496-000000128;
MEB-496-000000129 to MEB-496-000000129;
MEB-496-000000130 to MEB-496-000000148;
MEB-496-000000149 to MEB-496-000000172;
MEB-496-000000173 to MEB-496-000000198;
MEB-496-000000199 to MEB-496-000000215;
MEB-496-000000216 to MEB-496-000000231;
MEB-496-000000232 to MEB-496-000000246;
MEB-496-000000247 to MEB-496-000000258;
MEB-496-000000259 to MEB-496-000000270;
MEB-496-000000271 to MEB-496-000000280;
MEB-496-000000281 to MEB-496-000000290;
MEB-496-000000291 to MEB-496-000000302;
MEB-496-000000303 to MEB-496-000000306;
MEB-496-000000307 to MEB-496-000000312;
MEB-496-000000313 to MEB-496-000000314;
MEB-496-000000315 to MEB-496-000000319;
MEB-496-000000320 to MEB-496-000000322;
MEB-496-000000323 to MEB-496-000000327;
MEB-496-000000328 to MEB-496-000000330;
MEB-496-000000331 to MEB-496-000000331;
MEB-496-000000332 to MEB-496-000000332;
MEB-496-000000333 to MEB-496-000000333;
MEB-496-000000334 to MEB-496-000000334;
MEB-496-000000335 to MEB-496-000000335;
MEB-496-000000336 to MEB-496-000000336;
MEB-496-000000337 to MEB-496-000000337;
MEB-496-000000338 to MEB-496-000000344;
MEB-496-000000345 to MEB-496-000000349;
MEB-496-000000350 to MEB-496-000000356;
MEB-496-000000357 to MEB-496-000000364;
MEB-496-000000365 to MEB-496-000000377;
MEB-496-000000378 to MEB-496-000000383;
MEB-496-000000384 to MEB-496-000000390;
MEB-496-000000391 to MEB-496-000000398;
MEB-496-000000399 to MEB-496-000000402;
MEB-496-000000403 to MEB-496-000000405;
MEB-496-000000406 to MEB-496-000000406;

MEB-496-000000407 to MEB-496-000000407;
MEB-496-000000408 to MEB-496-000000408;
MEB-496-000000409 to MEB-496-000000415;
MEB-496-000000416 to MEB-496-000000416;
MEB-496-000000417 to MEB-496-000000417;
MEB-496-000000418 to MEB-496-000000418;
MEB-496-000000419 to MEB-496-000000419;
MEB-496-000000420 to MEB-496-000000420;
MEB-496-000000421 to MEB-496-000000423;
MEB-496-000000424 to MEB-496-000000428;
MEB-496-000000429 to MEB-496-000000429;
MEB-496-000000430 to MEB-496-000000430;
MEB-496-000000431 to MEB-496-000000432;
MEB-496-000000433 to MEB-496-000000434;
MEB-496-000000435 to MEB-496-000000438;
MEB-497-000000001 to MEB-497-000000001;
MEB-497-000000002 to MEB-497-000000013;
MEB-497-000000014 to MEB-497-000000029;
MEB-497-000000030 to MEB-497-000000049;
MEB-497-000000050 to MEB-497-000000071;
MEB-497-000000072 to MEB-497-000000088;
MEB-497-000000089 to MEB-497-000000103;
MEB-497-000000104 to MEB-497-000000115;
MEB-497-000000116 to MEB-497-000000126;
MEB-497-000000127 to MEB-497-000000127;
MEB-497-000000128 to MEB-497-000000128;
MEB-497-000000129 to MEB-497-000000129;
MEB-497-000000130 to MEB-497-000000130;
MEB-497-000000131 to MEB-497-000000131;
MEB-497-000000132 to MEB-497-000000132;
MEB-497-000000133 to MEB-497-000000133;
MEB-497-000000134 to MEB-497-000000134;
MEB-497-000000135 to MEB-497-000000135;
MEB-497-000000136 to MEB-497-000000136;
MEB-497-000000137 to MEB-497-000000137;
MEB-497-000000138 to MEB-497-000000138;
MEB-497-000000139 to MEB-497-000000139;
MEB-497-000000140 to MEB-497-000000140;
MEB-497-000000141 to MEB-497-000000141;
MEB-497-000000142 to MEB-497-000000142;
MEB-497-000000143 to MEB-497-000000143;
MEB-497-000000144 to MEB-497-000000144;
MEB-497-000000145 to MEB-497-000000161;

MEB-497-000000162 to MEB-497-000000185;
MEB-497-000000186 to MEB-497-000000197;
MEB-497-000000198 to MEB-497-000000214;
MEB-497-000000215 to MEB-497-000000226;
MEB-497-000000227 to MEB-497-000000236;
MEB-497-000000237 to MEB-497-000000250;
MEB-497-000000251 to MEB-497-000000262;
MEB-497-000000263 to MEB-497-000000269;
MEB-497-000000270 to MEB-497-000000288;
MEB-497-000000289 to MEB-497-000000306;
MEB-497-000000307 to MEB-497-000000324;
MEB-497-000000325 to MEB-497-000000332;
MEB-497-000000333 to MEB-497-000000346;
MEB-497-000000347 to MEB-497-000000347;
MEB-497-000000348 to MEB-497-000000348;
MEB-497-000000349 to MEB-497-000000349;
MEB-497-000000350 to MEB-497-000000350;
MEB-497-000000351 to MEB-497-000002403;
MEB-498-000000001 to MEB-498-000000001;
MEB-498-000000002 to MEB-498-000000048;
MEB-498-000000049 to MEB-498-000000050;
MEB-498-000000051 to MEB-498-000000052;
MEB-498-000000053 to MEB-498-000000054;
MEB-498-000000055 to MEB-498-000000056;
MEB-498-000000057 to MEB-498-000000070;
MEB-498-000000071 to MEB-498-000000073;
MEB-498-000000074 to MEB-498-000000076;
MEB-498-000000077 to MEB-498-000000079;
MEB-498-000000080 to MEB-498-000000081;
MEB-499-000000001 to MEB-499-000000001;
MEB-499-000000002 to MEB-499-000000006;
MEB-499-000000007 to MEB-499-000000009;
MEB-499-000000010 to MEB-499-000000012;
MEB-499-000000013 to MEB-499-000000024;
MEB-499-000000025 to MEB-499-000000033;
MEB-499-000000034 to MEB-499-000000038;
MEB-499-000000039 to MEB-499-000000039;
MEB-499-000000040 to MEB-499-000000040;
MEB-499-000000041 to MEB-499-000000041;
MEB-500-000000001 to MEB-500-000000001;
MEB-500-000000002 to MEB-500-000000005;
MEB-500-000000006 to MEB-500-000000009;
MEB-500-000000010 to MEB-500-000000013;

MEB-500-000000014 to MEB-500-000000017;
MEB-500-000000018 to MEB-500-000000024;
MEB-500-000000025 to MEB-500-000000027;
MEB-500-000000028 to MEB-500-000000030;
MEB-500-000000031 to MEB-500-000000031;
MEB-500-000000032 to MEB-500-000000034;
MEB-500-000000035 to MEB-500-000000040;
MEB-500-000000041 to MEB-500-000000042;
MEB-500-000000043 to MEB-500-000000045;
MEB-500-000000046 to MEB-500-000000049;
MEB-500-000000050 to MEB-500-000000053;
MEB-500-000000054 to MEB-500-000000056;
MEB-501-000000001 to MEB-501-000000001;
MEB-501-000000002 to MEB-501-000000002;
MEB-501-000000003 to MEB-501-000000005;
MEB-501-000000006 to MEB-501-000000006;
MEB-501-000000007 to MEB-501-000000019;
MEB-501-000000020 to MEB-501-000000023;
MEB-501-000000024 to MEB-501-000000024;
MEB-501-000000025 to MEB-501-000000025;
MEB-501-000000026 to MEB-501-000000029;
MEB-501-000000030 to MEB-501-000000030;
MEB-501-000000031 to MEB-501-000000051;
MEB-501-000000052 to MEB-501-000000070;
MEB-501-000000071 to MEB-501-000000073;
MEB-501-000000074 to MEB-501-000000076;
MEB-501-000000077 to MEB-501-000000079;
MEB-501-000000080 to MEB-501-000000092;
MEB-501-000000093 to MEB-501-000000097;
MEB-502-000000001 to MEB-502-000000001;
MEB-502-000000002 to MEB-502-000000003;
MEB-502-000000004 to MEB-502-000000007;
MEB-502-000000008 to MEB-502-000000011;
MEB-502-000000012 to MEB-502-000000018;
MEB-502-000000019 to MEB-502-000000024;
MEB-503-000000001 to MEB-503-000000001;
MEB-503-000000002 to MEB-503-000000004.

The United States' Production Log is attached.

                                                                    Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: April 4, 2012

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on April 4, 2012, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                             s/ James F. McConnon, Jr.
                             JAMES F. McCONNON, JR.