US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 496 | MEB-496-000000001 | MEB-496-000000001 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000002 | MEB-496-000000005 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000006 | MEB-496-000000020 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000021 | MEB-496-000000051 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000052 | MEB-496-000000093 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000094 | MEB-496-000000097 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000098 | MEB-496-000000114 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000115 | MEB-496-000000123 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000124 | MEB-496-000000124 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000125 | MEB-496-000000125 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000126 | MEB-496-000000126 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000127 | MEB-496-000000127 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000128 | MEB-496-000000128 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000129 | MEB-496-000000129 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000130 | MEB-496-000000148 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000149 | MEB-496-000000172 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000173 | MEB-496-000000198 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000199 | MEB-496-000000215 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000216 | MEB-496-000000231 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000232 | MEB-496-000000246 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 496 | MEB-496-000000247 | MEB-496-000000258 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000259 | MEB-496-000000270 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000271 | MEB-496-000000280 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000281 | MEB-496-000000290 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000291 | MEB-496-000000302 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000303 | MEB-496-000000306 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000307 | MEB-496-000000312 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000313 | MEB-496-000000314 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000315 | MEB-496-000000319 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000320 | MEB-496-000000322 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000323 | MEB-496-000000327 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000328 | MEB-496-000000330 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000331 | MEB-496-000000331 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000332 | MEB-496-000000332 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000333 | MEB-496-000000333 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000334 | MEB-496-000000334 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000335 | MEB-496-000000335 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000336 | MEB-496-000000336 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000337 | MEB-496-000000337 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000338 | MEB-496-000000344 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 496 | MEB-496-000000345 | MEB-496-000000349 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000350 | MEB-496-000000356 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000357 | MEB-496-000000364 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000365 | MEB-496-000000377 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000378 | MEB-496-000000383 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000384 | MEB-496-000000390 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000391 | MEB-496-000000398 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000399 | MEB-496-000000402 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000403 | MEB-496-000000405 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000406 | MEB-496-000000406 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000407 | MEB-496-000000407 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000408 | MEB-496-000000408 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000409 | MEB-496-000000415 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000416 | MEB-496-000000416 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000417 | MEB-496-000000417 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000418 | MEB-496-000000418 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000419 | MEB-496-000000419 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000420 | MEB-496-000000420 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000421 | MEB-496-000000423 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000424 | MEB-496-000000428 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 496 | MEB-496-000000429 | MEB-496-000000429 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000430 | MEB-496-000000430 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000431 | MEB-496-000000432 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000433 | MEB-496-000000434 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 496 | MEB-496-000000435 | MEB-496-000000438 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000001 | MEB-497-000000001 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000002 | MEB-497-000000013 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000014 | MEB-497-000000029 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000030 | MEB-497-000000049 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000050 | MEB-497-000000071 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000072 | MEB-497-000000088 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000089 | MEB-497-000000103 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000104 | MEB-497-000000115 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000116 | MEB-497-000000126 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000127 | MEB-497-000000127 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000128 | MEB-497-000000128 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000129 | MEB-497-000000129 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000130 | MEB-497-000000130 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000131 | MEB-497-000000131 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000132 | MEB-497-000000132 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |

**US Production for MRGO EBIA**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 497 | MEB-497-000000133 | MEB-497-000000133 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000134 | MEB-497-000000134 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000135 | MEB-497-000000135 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000136 | MEB-497-000000136 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000137 | MEB-497-000000137 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000138 | MEB-497-000000138 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000139 | MEB-497-000000139 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000140 | MEB-497-000000140 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000141 | MEB-497-000000141 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000142 | MEB-497-000000142 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000143 | MEB-497-000000143 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000144 | MEB-497-000000144 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000145 | MEB-497-000000161 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000162 | MEB-497-000000185 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000186 | MEB-497-000000197 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000198 | MEB-497-000000214 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000215 | MEB-497-000000226 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000227 | MEB-497-000000236 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000237 | MEB-497-000000250 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000251 | MEB-497-000000262 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 497 | MEB-497-000000263 | MEB-497-000000269 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000270 | MEB-497-000000288 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000289 | MEB-497-000000306 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000307 | MEB-497-000000324 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000325 | MEB-497-000000332 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000333 | MEB-497-000000346 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000347 | MEB-497-000000347 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000348 | MEB-497-000000348 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000349 | MEB-497-000000349 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000350 | MEB-497-000000350 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 497 | MEB-497-000000351 | MEB-497-000002403 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 498 | MEB-498-000000001 | MEB-498-000000001 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 498 | MEB-498-000000002 | MEB-498-000000048 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 498 | MEB-498-000000049 | MEB-498-000000050 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 498 | MEB-498-000000051 | MEB-498-000000052 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 498 | MEB-498-000000053 | MEB-498-000000054 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 498 | MEB-498-000000055 | MEB-498-000000056 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 498 | MEB-498-000000057 | MEB-498-000000070 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 498 | MEB-498-000000071 | MEB-498-000000073 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 498 | MEB-498-000000074 | MEB-498-000000076 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 498 | MEB-498-000000077 | MEB-498-000000079 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 498 | MEB-498-000000080 | MEB-498-000000081 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 499 | MEB-499-000000001 | MEB-499-000000001 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 499 | MEB-499-000000002 | MEB-499-000000006 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 499 | MEB-499-000000007 | MEB-499-000000009 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 499 | MEB-499-000000010 | MEB-499-000000012 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 499 | MEB-499-000000013 | MEB-499-000000024 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 499 | MEB-499-000000025 | MEB-499-000000033 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 499 | MEB-499-000000034 | MEB-499-000000038 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 499 | MEB-499-000000039 | MEB-499-000000039 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 499 | MEB-499-000000040 | MEB-499-000000040 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 499 | MEB-499-000000041 | MEB-499-000000041 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000001 | MEB-500-000000001 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000002 | MEB-500-000000005 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000006 | MEB-500-000000009 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000010 | MEB-500-000000013 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000014 | MEB-500-000000017 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000018 | MEB-500-000000024 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000025 | MEB-500-000000027 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000028 | MEB-500-000000030 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 500 | MEB-500-000000031 | MEB-500-000000031 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000032 | MEB-500-000000034 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000035 | MEB-500-000000040 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000041 | MEB-500-000000042 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000043 | MEB-500-000000045 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000046 | MEB-500-000000049 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000050 | MEB-500-000000053 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 500 | MEB-500-000000054 | MEB-500-000000056 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000001 | MEB-501-000000001 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000002 | MEB-501-000000002 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000003 | MEB-501-000000005 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000006 | MEB-501-000000006 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000007 | MEB-501-000000019 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000020 | MEB-501-000000023 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000024 | MEB-501-000000024 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000025 | MEB-501-000000025 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000026 | MEB-501-000000029 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000030 | MEB-501-000000030 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000031 | MEB-501-000000051 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000052 | MEB-501-000000070 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 501 | MEB-501-000000071 | MEB-501-000000073 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000074 | MEB-501-000000076 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000077 | MEB-501-000000079 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000080 | MEB-501-000000092 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 501 | MEB-501-000000093 | MEB-501-000000097 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 502 | MEB-502-000000001 | MEB-502-000000001 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 502 | MEB-502-000000002 | MEB-502-000000003 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 502 | MEB-502-000000004 | MEB-502-000000007 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 502 | MEB-502-000000008 | MEB-502-000000011 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 502 | MEB-502-000000012 | MEB-502-000000018 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 502 | MEB-502-000000019 | MEB-502-000000024 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 503 | MEB-503-000000001 | MEB-503-000000001 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |
| MEB | 503 | MEB-503-000000002 | MEB-503-000000004 | USACE; MVD; MVN; CEMVD-CD-QM | JAMES MONTEGUT | ME022 | 4/4/12 | MRGO/EBIA | Plaintiffs' Review Selections |