# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br>SECTION K<br>DISTRICT JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |
| Pertains to: ST. RITA and<br>06-5962, 06-6639, 06-7355, 06-7400, 06-7457,<br>06-7633, 06-7858, 06-8106, 06-8107, 06-8219,<br>06-8636, 06-8731, 06-8759, 06-8761, 06-8810,<br>06-8821, 06-8881, 06-8992, 06-9037, 06-9038,<br>06-9191, 06-9192, 06-9193 | |

**************************************************************************

## ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This Court having fully considered Susie Morgan's Motion for Leave to Withdraw as Counsel, the motion is GRANTED and that she is hereby granted leave to withdraw as counsel for defendant, Charles Foti.

New Orleans, Louisiana, this  3rd  day of    April   , 2012.

_____
United States District Court Judge

PD.6117962.1