UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO.  05-4182 |
| | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO:  MRGO | * | |
| *Armstrong*, No. 10-866 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

# DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S FINAL WITNESS LIST

Pursuant to the Court's Minute Order dated March 17, 2011, as modified by the Court's Orders dated July 25, 2011, December 9, 2011, and March 19, 2012, Defendant Washington Group International, Inc. ("WGII")[1] submits this final list of fact and expert witnesses that may or will be called to testify at trial in the above-referenced action.

---

[1] Subsequent to the activities alleged in Plaintiffs' Complaint, WGII was acquired by URS Corporation, a Delaware Corporation. WGII, now known as URS Energy & Construction, Inc., is a subsidiary of URS E&C Holdings, Inc., a Delaware Corporation. URS E&C Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation. URS Holdings Inc. is a subsidiary of URS Corporation.

**FACT WITNESSES THAT WGII EXPECTS TO CALL AT TRIAL**

Rudy August
Sewerage & Water Board of New Orleans
625 Saint Joseph Street
New Orleans, LA 70165
Subject Matter:  The operation and maintenance of the sewer and water system in the Lower Ninth Ward and in the vicinity of the EBIA; damage incurred by the system during Hurricane Katrina and subsequent repairs.

Alvin Clouatre
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA 70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: Washington Group International, Inc.'s ("WGII") work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between 1999 and May 2005, pursuant to Task Order 26.

Diego Cobos-Roa
Department of Civil and Environmental Engineering
760 Davis Hall
University of California, Berkeley
Berkeley, CA 94720-1710
Subject Matter: Civil and geotechnical engineering work performed in support of the expert opinions of Plaintiffs' geotechnical expert Robert Bea.

Gerald Colletti
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA 70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter:  Permitting review/evaluation by Corps for works conducted in the vicinity of flood control projects.

Gerald J. Dicharry, Jr.
Retired Project Manager for Lock Replacement Project
1813 Francis Ave.
Metairie, LA  70003-4653
Subject matter:  The Lock Replacement Project.

1090080v.1

John Grieshaber, Ph.D.
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  The IHNC.

Lee A. Guillory, P.E.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between 1999 and May 2005, pursuant to Task Order 26.

Brian Jones
Sewerage & Water Board of New Orleans
625 Saint Joseph Street
New Orleans, LA 70165
Subject Matter:  The operation and maintenance of the sewer and water system in the Lower Ninth Ward and in the vicinity of the EBIA; damage incurred by the system during Hurricane Katrina; and subsequent repairs to that system.

Steven King
Orleans Levee District
New Orleans, LA 70122
Subject matter:  The operation and maintenance of the IHNC and 40 Arpent levees and floodwalls pre-Katrina.

James A. Montegut
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between early 2000 and May 2005, pursuant to Task Order 26.

1090080v.1

Richard Pinner
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Geotechnical analysis of soil in the EBIA.

Stephen C. Roe
14054 West Cornell Avenue
Lakewood, CO  80228
Subject matter:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between July 1999 and June 2001, pursuant to Task Order 26.

An employee of the Sewerage & Water Board of New Orleans familiar with the construction of the box culvert by Boh Bros. Construction Co.
Sewerage & Water Board of New Orleans
625 Saint Joseph Street
New Orleans, LA 70165
Subject Matter:  The construction of the box culvert by Boh Bros. Construction Co.

Stevan G. Spencer, P.E.
Executive Director - Orleans Levee District
New Orleans, LA 70122
Subject matter:  The operation and maintenance of the IHNC levees and floodwalls pre-Katrina.

Phillip L. Staggs
225 S. Tropical Trail
Meritt Island, FL  32952
Subject matter:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between July 2000 and April 2005, pursuant to Task Order 26.

Dennis Trocchiano
Orleans Levee District
New Orleans, LA 70122
Subject matter:  The operation and maintenance of the IHNC levees and floodwalls pre-Katrina.

1090080v.1

## FACT WITNESSES THAT WGII MAY CALL AT TRIAL IF THE NEED ARISES

Alex Brogna
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA 70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between 1999 and May 2005, pursuant Task Order 26.

G. Paul Bryden
GEO-SLOPE International Ltd.
1400, 633 - 6th Avenue S.W.
Calgary, Alberta
T2P 2Y5, Canada
Subject Matter:  Licensing of the GeoStudios suite of software.

An employee of GEO-SLOPE International, Ltd. with knowledge regarding the licensing of the GeoStudios suite of software
GEO-SLOPE International Ltd.
1400, 633 - 6th Avenue S.W.
Calgary, Alberta
T2P 2Y5, Canada
Subject Matter:  Licensing of the GeoStudios suite of software.

Curtis Kelln
GEO-SLOPE International Ltd.
1400, 633 - 6th Avenue S.W.
Calgary, Alberta
T2P 2Y5, Canada
Subject Matter:  Licensing of the GeoStudios suite of software.

Richmond W. Krebs
R.W. Krebs, LLC
P.O. Box 8641
Metarie, LA 70011-8641
Subject Matter:  Elevation of the 40 Arpent levee and other features in the Lower Ninth Ward and St. Bernard Parish west of Paris Rd., including, but not limited to, Plaintiffs' properties.

1090080v.1

-6-

Ernie Murry
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA 70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter:  Status of the IHNC floodwall in the aftermath of Hurricane Katrina, as well as temporary repairs made to the floodwall in the aftermath of Katrina.

Dennis O'Conner
35745 Calle Nopal
Temecula, CA 92592
Subject matter:  WGII's work for the U.S. Army Corps of Engineers in the East Bank Industrial Area of New Orleans between July 2000 and April 2005, pursuant to Task Order 26.

Michael O'Dowd
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Personal experience and observations from IHNC lock during Hurricane Katrina.

Richard Varuso
U.S. Army Corps of Engineers
(mailing)
P.O. Box 60267
New Orleans, LA  70160-0267
(physical)
7400 Leake Avenue
New Orleans, LA  70118
Subject Matter:  Geotechnical issues relating to Task Order 26.

In addition to the foregoing, WGII reserves its right to call any person necessary for the purposes of authenticating a document sought to be introduced as an exhibit during trial.  WGII further reserves its right to call any other fact witness included on Plaintiffs' or the United States' preliminary and/or final witness lists.

1090080v.1

**EXPERT WITNESSES**

| EXPERT | SUBJECT MATTER/ EXPERTISE |
|---|---|
| **Prof. Robert A. Dalrymple**<br>Civil Engineering Department<br>210 Latrobe Hall<br>Johns Hopkins University<br>Baltimore, MD  21218 | civil and coastal engineering (including storm surge, waves, water flow, overtopping and tides) in connection with the breaches along the eastside of the Industrial Canal and subsequent flooding |
| **James Danner**<br>Denson Engineers, Inc.<br>2030 Dickory Avenue, Suite 104<br>Harahan , LA 70123 | civil engineering relating to plaintiffs' damage claims |
| **Jean-Prieur Du Plessis**<br>Madsen, Kneppers & Associates, Inc.<br>650 Poydras Street, Suite 1150<br>New Orleans, LA 70130 | plaintiffs' claims for real property damage |
| **Karl G. Schneider**<br>Madsen, Kneppers & Associates, Inc.<br>3300 Irvine Avenue, Suite 370<br>Newport Beach, CA 92660 | plaintiffs' claims for movable property damage and additional living expenses |
| **Holly Sharp**<br>LaPorte Sehrt Romig Hand<br>111 Veterans Memorial Blvd., Heritage Plaza Suite 600<br>Metairie, Louisiana 70005 | plaintiffs' claims for loss of income |
| **Francisco Silva-Tulla, Sc.D., P.E.**<br>GeoEngineering and Environment<br>12 Baskin Road<br>Lexington, MA  02421 | civil and geotechnical engineering relating to the cause of failure of the levee/floodwalls along the eastside of the Industrial Canal |
| **David W. Sykora, Ph.D., P.E.**<br>Exponent<br>9 Strathmore Road<br>Natick, MA 01760 | government contractor defense and standard of care governing WGII's work performed pursuant to Task Order 26 |

1090080v.1

| EXPERT | SUBJECT MATTER/ EXPERTISE |
|---|---|
| **Michael W. Truax, MAI**<br>Truax, Robles & Baldwin, LLC<br>3045 Ridgelake Drive<br>Suite 100<br>Metairie, LA  70002 | commercial and private real estate appraisal |

WGII further reserves its right to call any other expert witness included on Plaintiffs' or the United States' preliminary and/or final witness lists.


Dated:         April 6, 2012                    Respectfully submitted,


   */s/ Heather S. Lonian*
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Adrian Wager-Zito
Debra S. Clayman
Christopher R. Farrell
Christopher N. Thatch
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

1090080v.1

## **C E R T I F I C A T E**

      I hereby certify that a copy of the above and foregoing Final Witness List has been served upon all counsel of record through the Court's CM/ECF system, this 6th day of April, 2012.

                          */s/Heather S. Lonian*

1090080v.1