UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

**UNITED STATES' FINAL LIST OF EXHIBITS**

Pursuant to the Court's March 17, 2011, Minute Entry (Doc. Rec. No. 20200), as modified by the Court's November 23, 2011, (Doc. Rec. No. 20592), December 9, 2011, (Doc. Rec. No. 20608), and March 19, 2012, (Doc. Rec. No. 20705) Orders, Defendant United States of America, through undersigned counsel, hereby submits its Final List of Exhibits.  This Final List of Exhibits may be amended later because discovery does not close until April 20, 2012, per

/ / /

/ / /

/ / /

the Court's March 19, 2012 (Doc. Rec. No. 20705) Order.

                                                       Respectfully submitted,

                                                       STUART F. DELERY
                                                       Assistant Attorney General

                                                       PHYLLIS J. PYLES
                                                     Director, Torts Branch

                                                       JAMES G. TOUHEY, JR.
                                                       Assistant Director, Torts Branch

                                               s/ James F. McConnon, Jr.
                                                     JAMES F. McCONNON, JR.
                                                       Trial Attorney, Torts Branch, Civil Division
                                                       U.S. Department of Justice
                                                       Benjamin Franklin Station, P.O. Box 888
                                                       Washington, D.C.  20044
                                                       (202) 616-4400 / (202) 616-5200 (Fax)
                                                       Attorneys for the United States

Final Exhibit List is attached.

Dated: April 6, 2012

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 6, 2012, the foregoing United States' Final Exhibit List was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ James F. McConnon, Jr.<br>JAMES F. MCCONNON, JR.