# Expert Report

of

# Robert Glenn Bea, Ph.D., P.E.

For

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Armstrong [No. 10-866]

February 1, 2012

53. The effects of these site remediation activities clearly extended well below the specified soil excavation levels cited earlier. Removal of barges, piles, underground storage tanks, and underground utilities (e.g. sewer, water, gas lines) reached and substantially exceeded elevations of -10 feet to -25 feet (NAVD88); thus intersecting the underlying marsh deposits. When backfilled with porous – pervious – materials, hydraulic 'connections' would be developed between the backfilled excavations and the buried pervious – permeable marsh and swamp layers. Given the substantial number of excavations developed by WGI during its removal of surface (e.g. building foundations) and subsurface (piling, pipelines, storage tanks) obstructions and during removal of highly polluted soils that extended to significant depths (Figures 33a and 33b), the surface soils of the EBIA became like Swiss cheeze or an intensely bombed battlefield riddled with deep holes. When these excavations were backfilled with very porous soils (e.g. sands, shells, uncompacted native soils), and in some cases not backfilled at all (e.g. holes remaining after piling extractions, Morris 2011), the entire community of excavations provided an substantial number of hydraulic connections with the buried water conductive swamp – marsh deposits. When the waters in the IHNC were able to flood the surface of the EBIA, these hydraulic connections facilitated seepage and hydraulic pressures that had important negative effects on the integrity of the hurricane flood protection structures at the Lower 9th Ward.



Figure 33a: WGI work areas at Boland Marine adjacent to the North Breach Site (Morris 2011).



Figure 33b: WGI work areas at Saucier Marine adjacent to the South Breach Site (Morris 2011).

53

54. The multiple sourced hydraulic 'connection' effects associated with the buried swamp – marsh deposits under on EBIA – Lower 9th Ward with water in the IHNC were exhibited in data gathered by the USACE at the Lower 9th Ward after the new floodwall protecting the Lower 9th Ward had been completed (2008). This information was provided in a series of documents produced by the Department of Justice dated April 15, 2011. A series of four piezometers were installed in the vicinity of the north end of the South Breach site in 2008 by the USACE, New Orleans District. The piezometer identified as PZ-3 was installed on the EBIA waterside, about 20 feet west of the floodwall north of the north end of the South Breach site. According to the well log from a soil boring performed at the PZ-3 site, the piezometer configuration allowed the instrument to sense and record the hydrologic response of the buried swamp - marsh deposits, composed by soft peat, wood and interbedded clays (Appendix C). During 2008, the PZ-3 series piezometers recorded hydrologic responses associated with two passing hurricanes: Hurricane Gustav (September 1-2) and Hurricane Ike (September 12-13). As shown by the recorded data in Figure 34, before the two hurricanes passed nearby, the PZ-3 piezometer showed little response to the fluctuating water levels in the IHNC. However, as the water levels in the canal barely exceeded the elevations of the EBIA surface (vicinity of the waterside toe) there were dramatic changes recorded by the PZ-3 instrument. Once the water rose above an elevation of about +3 feet (NAVD88), the piezometer showed rapid responses to the measured water elevations in the IHNC. This data indicated that the buried swamp-marsh soils were in direct hydrologic contact with the water in the IHNC. This data is further analyzed and results summarized in Appendix C.

# APPENDIX C

## Development of Lower 9th Ward Floodwall Analysis Soil Behavior Characteristics

By

Robert G. Bea, Ph.D., P.E.
Diego Cobos-Roa, Ph.D. Candidate
Xavier Vera Grunauer, Ph.D.

This appendix summarizes development of the soil behavior properties (characteristics) used in analyses of the North Breach site (Boland Marine), the Near Breach site (McDonough Marine), and the South Breach site (Saucer Marine). These properties are organized into two categories: 1) those used in the hydraulic conductivity analyses, and 2) those used in the coupled hydraulic conductivity – lateral stability analyses.

### Soil Deposits Hydraulic Conductivity Properties

Based on the laboratory and field test data developed by Fugro Consultants Inc. during 2011, and laboratory and field test data on swamp – marsh deposits, hydraulic conductivity properties were developed for the buried swamp - marsh deposits that were under the alignment of the floodwall that protected the Lower 9th Ward at the time of Hurricane Katrina by Rogers (2012). A best estimate of in situ horizontal saturated hydraulic conductivity ($k_x$) of $1 \times 10^{-5}$ centimeters per second (cm/s) was determined via a series of pump tests in several sites near the east levee of the IHNC.

The analyses performed by Rogers (2012) identify a range of in situ horizontal saturated hydraulic conductivities for the buried swamp – marsh deposits under the alignment of the floodwall at the Lower 9th Ward between $1 \times 10^{-4}$ and $1 \times 10^{-6}$ with a best estimate of $1 \times 10^{-5}$ cm/s. As summarized later in this appendix, these values of in situ horizontal saturated conductivities are in excellent agreement with those determined by WGI as part of the EBIA site clearing work. The analyses detailed in Appendix D are based on the best estimate of saturated hydraulic conductivity of the swamp – marsh deposits with an anisotropy ratio of 1/10 (ratio of vertical to horizontal hydraulic conductivity, $k_y / k_x$). Additional sets of analyses were carried out using isotropic ($k_y / k_x = 1/1$) properties for the same layers.

Table 1 summarizes the in situ hydraulic conductivity properties used for the buried swamp and other types of soils employed in the analyses. For all surficial clays composing the levee embankment, toe fill and clay spoil areas (generally composed by lean clays and silts); a horizontal saturated hydraulic conductivity of $1 \times 10^{-6}$ cm/s was used. Shell fills were assumed to behave similarly to coarse sand or fine gravel, therefore a horizontal saturated hydraulic

1

After a detailed review of all available borings and results from in situ tests (Cone Penetrometer Tests - CPTs), the locations of explorations were geo-referenced using a Geographic Information System (GIS) interface overlaying aerial photographs of the area. From the Pre and Post-Katrina LiDAR surveys (Marino 2009, Morris 2011) and the USACE DM03 (1969) ground elevations, a longitudinal profile was drawn, locating the borings and CPTs. To include the explorations into this report, the 1966 DM03 borings had to be scaled from the image versions of this report, as well as the laboratory testing results. The 2005 IPET borings are available from the IPET website (www.ipet.wes.army.mil). The 2005 ILIT borings are available from the ILIT web site (http://www.ce.berkeley.edu/projects/neworleans/).

Figure 18a shows a longitudinal profile along the 9th Ward floodwall alignment in a "profile/plan" format, containing a pre-Katrina aerial photograph, and below it, the borings and CPTs were placed as best as the available information on elevations allowed (see Table 1). Figure 18b is a comparable interpretation developed by the USACE IPET (2007). It is important to recognize that these profiles are 'generalized' in the sense that due to the sparseness of definitive information from high quality soil borings there are significant uncertainties about the detailed configuration of the deposits with a high potential for variability – e.g. the buried swamp – marsh deposits (Rogers 2012).

The stratigraphic interpretations show that the embankment fills that compose the levees are mainly composed of clays, underlain by irregular highly variable swamp - marsh deposits. The swamp - marsh deposits appears to be relatively continuous along the entire IHNC east bank (ILIT 2006, IPET 2007). As discussed by Rogers (2012) these deposits are thickest near the area surrounding the North Breach. Horizontal lines representing approximate elevations of I-wall crest, sheet pile tip, levee crest and levee toe are included in the longitudinal profile.

The information available for the characterization of the soil properties for the lateral stability analyses was organized into two categories: (1) soil boring and in situ testing reports, and (2) other information. Category (1) included the information contained in USACE DM03 (1969), Chalmette Area Plan (1966), the IPET (2006) report, Volumes II and V (and appendices), the Final Draft Analysis of Performance of the IHNC, IPET 2006, and the ILIT (2006) report, Chapter 6 (and appendices). Category (2) included the information contained in the WGI EBIA site clearing work pictures and the WGI EBIA site clearing coring reports.

The boring and CPT data was classified by year and performing agency, as shown in Table 5. Table 1 summarizes the available soil boring and in situ testing information near the two breaches, and includes information on location, coordinates, approximate elevation and type of boring.