bea0327

1

```
1         UNITED STATES DISTRICT COURT
2         EASTERN DISTRICT OF LOUISIANA
3
4  IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
5  CONSOLIDATED LITIGATION          NO. 05-4182 K2
6                                   JUDGE DUVAL
7  PERTAINS TO MRGO                 MAG. WILKINSON
8  FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
9            05-6314, 05-6324, 05-6327, 05-6359,
10           06-0225, 06-0886, 06-1885, 06-2152,
11           06-2278, 06-2287, 06-2824, 06-4024,
12           06-4065, 06-4066, 06-4389, 06-4634,
13           06-4931, 06-5032, 06-5155, 06-5159,
14           06-5156, 06-5162, 06-5260, 06-5771,
15           06-5786, 06-5937, 07-0206, 07-0621,
16           07-1073, 07-1271, 07-1285
17                    *   *   *
18                (V O L U M E  I)
19           Deposition of ROBERT G. BEA, PH.D.,
20  given at the offices of Stone Pigman Walther
21  Wittmann, LLC, 546 Carondelet Street, New
22  Orleans, Louisiana 70130, on March 27th, 2012.
23  REPORTED BY:
24           JOSEPH A. FAIRBANKS, JR., CCR, RPR
25           CERTIFIED COURT REPORTER #75005
```

2

```
1  APPEARANCES:
2  REPRESENTING THE PLAINTIFFS:
```

bea0327

12   Q.   So we don't have it yet, but you're
13 going to have it for your rebuttal report; is
14 that what you're saying?
15   A.   That's correct.  And you have it, but
16 it's not in my head.  It's within the records
17 that we've developed in the course of this
18 work.
19   Q.   If you would look at Exhibit 17 that
20 we just gave you, which is the NFAATT Submittal
21 Report for Boland Marine, June 2005, this is
22 information that was done contemporaneously, it
23 indicates that the excavations were five or six
24 feet in Area 2.  Is that right?
25   A.   Correct.

                                                236


 1   Q.   When did the work start on this
 2 document that you've not given us yet that is
 3 now going to be given to us with your rebuttal
 4 report?
 5   A.   Well, the work has -- it started when
 6 we started this phase of our study.  So it's
 7 been going on and we've been accumulating and
 8 tabulating the data.  We're now at a point
 9 where we can bring it to a comprehensive map
10 and maps that we can give to you to capture the
11 essence and details in what we are calling the
12 Swiss cheese graphics.  That should be supplied
13 as part of my rebuttal report due April 3rd.
14   Q.   Who's doing maps?
15   A.   Um -- Dr. Storesund, assisted by Andy
16 Owen, um -- and a geographic information system

bea0327

17  expert that Dr. Storesund has brought in to
18  assist him in developing and documenting the
19  graphics.  There are three people, to my
20  knowledge, engaged in that activity at this
21  minute.
22      Q.    Who is this new expert?
23      A.    I've never met him.  We were forced to
24  add to the team when the Judge decided that my
25  expert report was due April 3rd.  And so at

237

1  that point, in order to complete the work for
2  you and document it, we had to add this
3  additional person to assist Dr. Storesund.
4      Q.    Who is this new expert?
5      A.    I don't know.
6      Q.    You don't know his name?
7      A.    No.  I've never met him.
8  Dr. Storesund has handled the selection and
9  engagement of this person.
10     Q.    Okay.  Would you turn to Page 40,
11  Paragraph 42 of your report.
12     A.    Page 40?
13     Q.    Yes.
14     A.    Yes, sir.
15     Q.    You state in that paragraph that,
16  quote, the proposed new locks would require a
17  bypass channel that would be constructed at the
18  East Bank Industrial Area, close quote.
19           You see that?
20     A.    Is that Paragraph 42?

Page 203