# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re   KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, Armstrong, No. 10-866 | | |

## EX PARTE MOTION FOR EXPEDITED HEARING

The United States moves for an order granting an expedited hearing on the United States' Motion to Strike Portions of Dr. Robert Bea's Rebuttal Report. The reasons for such an order are set forth in a Memorandum attached hereto.

The Court should grant the United States' Motion for Expedited Hearing.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

ROBIN D. SMITH
Senior Trial Attorney

 s/ John A. Woodcock
JOHN A. WOODCOCK
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: April 6, 2012

## CERTIFICATE OF SERVICE

      I, John A. Woodcock, hereby certify that on April 6, 2012, I served a true copy of the foregoing upon all parties by ECF. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic-filing system. Parties may access this filing through the Court's system.

          s/ John A. Woodcock
          JOHN A. WOODCOCK