UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re  KATRINA CANAL BREACHES § <br>     CONSOLIDATED LITIGATION § <br>                   § <br> _____§ <br>                   § <br> PERTAINS TO: MRGO,        § <br> Armstrong, No. 10-866        § <br> _____§ | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

**MEMORANDUM IN SUPPORT OF UNITED STATES'**
**EX PARTE MOTION FOR EXPEDITED HEARING**

  The United States moves for an order granting an expedited hearing on the United States' Motion to Strike Portions of Dr. Robert Bea's Rebuttal Report. Discovery is set to close in two weeks. The next regularly-scheduled court date for hearing is well after the discovery deadline. The United States is entitled to an expedited hearing to resolve this dispute before all discovery is foreclosed.

  The Court should grant the United States' Motion for Expedited Hearing.

                Respectfully submitted,

                STUART F. DELERY
                 Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                JAMES G. TOUHEY, JR.
                Assistant Director, Torts Branch

                ROBIN D. SMITH
                Senior Trial Attorney

          <u>s/ John A. Woodcock</u>
JOHN A. WOODCOCK
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: April 6, 2012

**CERTIFICATE OF SERVICE**

      I, John A. Woodcock, hereby certify that on April 6, 2012, I served a true copy of the Memorandum in Support of United States' Motion for Expedited Hearing upon all parties by ECF. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic-filing system.  Parties may access this  filing through the Court's system.


                                     s/ John A. Woodcock
                                     JOHN A. WOODCOCK