UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re   KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| MRGO, Armstrong, No. 10-866 | § | |
| _____ | § | |

## ORDER

Having considered Defendant United States of America's Ex Parte Motion for Expedited Hearing on its Motion to Strike Portions of Dr. Robert Bea's Rebuttal Report, and for good cause shown, it is hereby ORDERED that Defendant's Motion is hereby GRANTED.

The United States' Motion to Strike Portions of Dr. Robert Bea's Rebuttal Report shall be heard without oral argument before Honorable Joseph C. Wilkinson, Jr., United States Magistrate Judge, on April _____ , 2012.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE