UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          *
CONSOLIDATED LITIGATION                *          CIVIL ACTION
                                       *
                                       *          NO. 05-4182
PERTAINS TO: MRGO                      *
            *Armstrong*, No. 10-866     *          SECTION "K"(2)
                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

## THE MRGO PLAINTIFFS' FINAL EXHIBIT LIST

Pursuant to the Court's Minute Order dated March 17, 2011, as modified by the

Court's Orders dated July 25 and December 9, 2011, the MRGO Plaintiffs' ("Plaintiffs") submit

this final list of exhibits that may or will be introduced at trial in the above referenced action.

Although Plaintiffs have endeavored in good faith to prepare this final exhibit

list, it is necessarily limited, because discovery in this case is not complete, and will not close

until April 20, 2012. Consequently, Plaintiffs  have prepared this final list on the basis of their

best efforts and the information currently available, and submit this list in accordance with the

Court's March 17, July 25, and December 9, 2011 Orders.

Subject to these qualifications, Plaintiffs hereby submit their preliminary exhibit list:

1.      All documents produced, cited, relied upon and/ or filed with the Court by Defendant

        WGI in all pleadings and motions filed in the In re: Katrina Canal Breaches Consolidated

        Litigation.

1

2.      All documents produced, cited, relied upon and/or filed with the Court by Defendant United States in all pleadings and motions filed in the In re: Katrina Canal Breaches Consolidated Litigation.

3.      All documents produced, cited, relied upon and/or filed with the Court by Plaintiffs in all pleadings and motions filed in the In re: Katrina Canal Breaches Consolidated Litigation.

4       All documents produced in response to Plaintiffs' subpoena to Cajun Industries, LLC served on April 6, 2011.

5.      All documents produced in response to Plaintiffs' subpoena to Eustis Engineering Services, LLC served on June 1, 2011.

6.      All documents produced in response to Plaintiffs' subpoena to EEEB JV, LLC served on June 3, 2011.

7.      All data, documents, and materials produced by all Defendants in response to Plaintiffs' discovery requests, including all Requests for Production, propounded in the In re: Katrina Levee Breaches Litigation.

8.      All trial exhibits and trial testimony from the *Robinson* trial (*Robinson v. United States*, Case No. 06-2268). *(See* Joint Exhibit List, United States Exhibit List, and Plaintiffs' Exhibit List).

9.       All trial exhibits and trial testimony from the Barge trial (*Mumford* C.A. No. 05-5724 as to claims of Plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - only; *Benoit* C.A. No. 06-7516 as to claims of Plaintiffs John Alford and Jerry Alford – only). *(See* Lafarge Exhibit List and Barge Plaintiff Exhibit List).

10.     Documents concerning Plaintiffs' damages and losses, insurance claims and payments, repair receipts, photographs and/or video recordings, medical records, mental health records, proof of loss of wages/income, and/or inconvenience.

11.     Various publicly available media reports concerning the Corps and/or its contractors' work along the east side of the IHNC both before and after Hurricanes Katrina and Rita with respect to Task Order 26 and the attempts to repair and remediate this location.

12.     All contemporaneously recorded videos of the hurricane Katrina event and the resultant aftermath.

13.     Plaintiffs' Standard Form 95s.

14.     Various photographs and video recordings concerning floodwaters related to Hurricane Katrina and its impact on the east side of the IHNC in between Florida Avenue and Claiborne Avenue.

15.     All documents introduced as exhibits in all depositions of all witnesses in this matter.

16.     Soil data and other relevant information pertaining to negligence and damages from expert witness reports, exhibits and testimony admitted in *In re: Katrina Canal Breaches Consolidated Litigation* (Pertains to: MRGO, Robinson, BARGE).

17.     Soil data and other relevant information pertaining to negligence and damages from the published literature.

18.     Any soil data or other relevant information pertaining to negligence and damages produced in this litigation at a future date by any party.

19. Reda M. Bakeer, Ph.D., P.E. expert and supplemental report entitled, "LNA-Barge ING 4727 - Levee Failure During Hurricane Katrina, New Orleans.(USDC, EDLA: Civil Action No. 05-4182 "K" (2); Pertains to Barge).

20. C.R. Cushing & Co., Inc. expert report entitled, "Analysis of Transit of the Barge ING 4727 During Hurricane Katrina and Reasons Why It Did Not Cause the Failure of the Inner Harbor Navigation Canal Floodwall." (USDC, EDLA: Civil Action No. 05-4182 "K" (2); Pertains to Barge).

21. Steven Fitzgerald Interior Flooding Analysis - St. Bernard and Lower Ninth Ward expert report (December 18, 2008) with U.S. Scenario 1: (Katrina Real Run) flood simulation model.

22. Reliance materials of Dr. Dave Rogers in preparing his expert report entitled, " Site Characterization of Eastern side of the Inner Harbor Navigation Canal (IHNC) in the Lower 9th Ward of New Orleans" for Katrina Canal Breaches Consolidated Litigation (USDC, EDLA: Civil Action No. 05-4182 "K" (2); Pertains to MR-GO, Armstrong (10-866).

23. Reliance materials of Dr. Robert Bea in preparing his expert reports entitled, "Expert Report  of  Robert Glenn  Bea, Ph.D., P.E."For Katrina Canal Breaches Consolidated Litigation (USDC, EDLA: Civil Action No. 05-4182 "K" (2); Pertains to MR-GO, Armstrong (10-866).

24. Reliance materials of Johannes Vrijling in preparing his expert reports for the In re: Katrina Canal Breaches Consolidated Litigation.

25.     Reliance materials of Chad Morris in preparing his expert reports for the In re: Katrina Canal Breaches Consolidated Litigation.

26.     Photographs taken by Cajun Industries, LLC showing the work it performed at the IHNC from 2005 - 2006.

27.     New Orleans Sewerage and Water Board Drainage Maps & Key Map, Valve & Hydrant Maps, and Water & Sewer Maps with Key Maps.

28.     All elevation data and hydrographs developed by TUDelft (Delft University of Technology) and Svasek Hydraulics relative to the In re: Katrina Canal Breaches Consolidated Litigation.

28.     All models and simulations developed by TUDelft (Delft University of Technology) and Svasek Hydraulics relative to the In re: Katrina Canal Breaches Consolidated Litigation.

29.     Reliance materials of Dr. Robert Bea in preparing his expert rebuttal report entitled, "Rebuttal Report of Robert Glenn Bea, Ph.D., P.E." for Katrina Canal Breaches Consolidated Litigation (USDC, EDLA: Civil Action No. 05-4182 "K" (2); Pertains to MR-GO, Armstrong (10-866).

30.     All documents produced, cited, relied upon and/or used as an exhibit in the Deposition of Alvin Livers.

31.     All documents produced, cited, relied upon and/or used as an exhibit in the Deposition of Barbara Jean Livers.

32.     All documents produced, cited, relied upon and/or used as an exhibit in the Deposition of Clifford Washington.

33.   All documents produced, cited, relied upon and/or used as an exhibit in the Deposition of Patricia Washington.

34.   All documents produced, cited, relied upon and/or used as an exhibit in the Deposition of Nathan Morgan.

35.   All documents produced, cited, relied upon and/or used as an exhibit in the Deposition of Fred Holmes.

36.   All documents produced, cited, relied upon and/or used as an exhibit in the Deposition of Jeneen Marie Baudoin Holmes.

37.   All documents produced, cited, relied upon and/or used as an exhibit in the Deposition of Kenneth Armstrong, Sr.

38.   All documents produced, cited, relied upon and/or used as an exhibit in the Deposition of Jeannine Armstrong.

39.   All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of Scott Taylor.

40.   All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of John Crawford, P.E.

41.   All documents produced, cited, relied upon and/or used as an exhibit in the Deposition of Hillary Nunez, Director of Public Works for St. Bernard Parish.

42.   All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of James Danner, P.E.

43.   All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of Jean-Prieur 'JP' DuPlessis.

44.   All documents produced, cited, relied upon in his report and/or used as an exhibit in the

Deposition of Michael W. Traux, Jr.

45.     All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition(s) of Robert G. Bea, Ph.D., P.E.

46.     All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of W. Allen Marr, Pd.D., P.E.

47.     All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of Francisco Silva-Tulla, Sc.D., P.E.

48.     All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of David W. Sykora, Ph.D., P.E.

49.     All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of Joseph B. Dunbar, Ph.D., RPG.

50.     All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of Patrick C. Lucia, Ph.D., P.E.

51.     All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of Timothy D. Stark, Ph.D., P.E., D. GE,

52.     All documents produced, cited, relid upon in his report and/or used as an exhibit in the Deposition of Dr. Thomas L. Brandon, P.E.

53.     All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of Dr. Robert A. Dalrymple.

54.     All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of  Thomas Naymik, Ph.D., P.G.

55.     All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of Karl G. Schneider.

56.     All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of Chad Morris, P.L.S.

57.     All documents produced, cited, relied upon in his report and/or used as an exhibit in the Deposition of Professor Johannes Kornelis Vrijling.

58.     All documents produced, cited, relied upon and/or used as an exhibit in the Deposition of J. David Rogers, Ph.D., P.E., P.G., C.E.G., C.HG.

59.     All documents produced in response to  Plaintiffs' subpoena to Materials Management Group, Inc. served on October 19, 2011.

60.     All documents produced in response to Plaintiffs' subpoena to Coastal Environmental Specialists, Inc. served on October 20, 2011.

61.     All documents produced in response to  Plaintiffs' subpoena to Stranco, Inc. served on October 19, 2011.

62.     All documents produced in response to  Plaintiffs' subpoena to Chemical Waste Management (a/k/a/ Waste Management of Louisiana, LLC)  served on October 19, 2011.

63.     All documents produced in response to  Plaintiffs' subpoena to Gill Industries Ltd. served on November 03, 2011.

64.     All documents produced in response to  Plaintiffs' subpoena to Lewis Environmental Drilling, Inc. served on October 26, 2011.

65.     All documents produced in response to  Plaintiffs' subpoena to Wink Engineering, LLC served on October 19, 2011.

66.     All documents produced in response to  Plaintiffs' subpoena to Shavers-Whittle Construction, LLC served on October 19, 2011.

67.     All documents produced in response to  Plaintiffs' subpoena to Stewart Construction,
        LLC served on October 19, 2011.

68.     All documents produced in response to  Plaintiffs' subpoena to Murphy Construction
        Co., Inc. served on October 31, 2011.

69.     All documents produced in response to  Plaintiffs' subpoena to Testamerica Laboratories
        (f/k/a/ Severn Trent Laboratories) served on October 20, 2011.

70.     All documents produced in response to  Plaintiffs' subpoena to Arrowhead Contractors,
        Inc. served on October 20, 2011.

71.     All documents produced in response to  Plaintiffs' subpoena to Dinvaut's Trucking
        Service, Inc.  served on October 18, 2011.

72.     All documents produced in response to  Plaintiffs' subpoena to Boh Bros Construction,
        Co., LLC served on October 19, 2011.

73.     All documents produced in response to  Plaintiffs' subpoena to Hamp's Construction,
        LLC served on October 19, 2011.

74.     All documents produced in response to  Plaintiffs' subpoena to McDonald Construction,
        Inc., of Slidell served on October 27, 2011.

75.     All documents produced in response to Plaintiffs' subpoena to Fugro Geoservices, Inc.
        served on October 14, 2011.

76.     All documents produced in response to  Plaintiffs' subpoena to Materials Management
        Group, Inc.  served on October 19, 2011.

77.     U.S. Army Corps of Engineers - Kansas City District: Guidance For Work Proposed Near
        or Within A Federally Constructed Flood Control Projects.

78.     Any and all documents reviewed, cited and/or relied upon by Dr. Bob Bea regarding the

Kansas City District: Guidance For Work Proposed Near or Within A Federally

Constructed Flood Control Projects.

79.    Any and all Interagency Performance Evaluation Task Force (IPET) Reports.

80.    Any and all Independent Levee Investigation Team (ILIT) Reports.

81.    Any and all Team Louisiana reports.

82.    Any and all documents produced by Department of Justice in the In re: Katrina Canal

Breaches Consolidated Litigation that pertain to Armstrong.

83.    Any and all documents produced by Department of Justice in the Katrina Canal Breaches

Consolidated Litigation that pertain to MRGO.

84.    Any and all documents produced by Department of Justice in the Katrina Canal Breaches

Consolidated Litigation that pertain to Robinson.

85.    All documents produced, cited, relied upon and/or used as an exhibit in the 30 (b)(6)

Deposition of the Orleans Levee District.

86.    Any and all permits issued by the Orleans Levee District concerning the EBIA/IHNC

area.

87.    Any and all permits and associated requests for permit sought from the Orleans Levee

District concerning the EBIA/IHNC area.

88.     Any and all documents produced by the Lake Borgne Basin Levee District.


89.     All documents produced, cited, relied upon and/or used as an exhibit in the 30 (b)(6)

Deposition of the Lake Borgne Basin Levee District.

90.    Any and all written responses obtained from the Lake Borgne Basin Levee District

concerning a 30(b)(6) Deposition Notice and written interrogatories.

91.    Independent Levee Investigation Team ("ILIT") (2006): Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report to the National Science Foundation (July 31, 2006)

92.    MRGO New Lock and Connecting Channels Evaluation Report: Main Report and Environmental Impact Statement, Vols 1-9. (March 1997).

93.    Lake Pontchartrain and Vicinity, La. and Vicinity Chalmette Area Plan, Design Memoranda Number 3 General Design (GDM3) (November 1966)

94.    Lake Pontchartrain and Vicinity, La and Vicinity Chalmette Area Plan, Design Memoranda Number 2 General Design (GDM2) General Advanced Supplement IHNC West Levee Florida Ave to IHNC Lock (March 1967).

95.    Deposition of Richard Manguno (July 24, 2008).

96.    Record of Decision, Mississippi River-Gulf Outlet New Lock and Connecting Channels, Louisiana (December 1998).

97.    Task Order 26 to the TERC (December 1999).

98.    Draft Work Plan: Excavation of Concrete, Anchor Foundation Blocks and Steel Forms IHNC EBIA Area (August 2001)

99.    Cofferdam Installation and Concrete Foundations Removal Final Work Plan (December 2001)

100.   Lift Station Removal Plan for Saucer Marine.

101.   Recommendation Report for Demolition and Site Preparation Activities of the EBIA of the IHNC Lock Replacement Project (December 1999)

102.   Project Work Plan, Project Site Development and Remedial Action of EBIA IHNC Lock Replacement Project (October 2001).

103.    EM 1110-2-1913 (Design and Construction of Levees)

104.    EM 1110-2-5027 (Confined Disposal of Dredged Materials Engineering Manual)

105.    EM 1110-2-2502 (Retaining and Floodwalls)

106.    EM 1110-2-1901 (Seepage Analysis and Control for Dams)

107.    EM 1110-2-2504 (Design of Sheet Pile Walls)

108.    ER 1110-2-1150.

109.    ER 1110-1-8157.

110.    EM 200-1-2.

111.    Memo to: C/Engineering Division; ATTN: CEMVN-ED-F- James Miles Jr. Chief

        Construction Division CEMVN-CD-QM 15-Apr-02 Re: IHNC Lock Replacement

        Project, Total Environmental Restoration Contract (TERC) for Remedial Action of

        Industrial Area (EBIA) Task Order 0026, New Orleans (May 02).

112.    Bea, Technical Report V (January 2009) Robinson, et al .v USA

113.    Bea, Technical Report IV (July 11, 2008) Robinson, et al .v USA

114.    IPET Vol. V @ pp 68-69

115.    30(b)(6) Deposition of Corps of Engineers, Walter Baumy (August 6, 2008).

116.    Deposition of Walter Baumy (April 8, 2009).

116.    Deposition of Gerald Colletti (April 12, 2008).

117.    30(b)(6) Deposition of WGI, Anne Veigel (April 17, 2008).

118.    30(b)(6) Deposition Corps of Engineers, Lee Guillory (June 30, 2008).

119.    30(b)(6) Deposition Corps of Engineers, Lee Guillory, (August 22, 2008).

120.    30(b)(6) Deposition of Corps of Engineers, Richard Varuso (August 1, 2008)

121.    Deposition of Richard Varuso (April 1, 2008)

122.    Deposition of Alvin Clouatre (June 20, 2008).

123.    30(b)(6) Deposition of WGI, Phillip Lee Staggs (April 26, 2008).

124.    Deposition of Dennis O' Conner (August 13, 2008).

125.    30(b)(6) Deposition of WGI, Stephen Roe (April 17, 2008).

126.    Deposition of James Montegut (August 8, 2008).

127.    30(b)(6) Deposition Corps of Engineers, John Grieshaber (June 27,2008).

128.    30(b)(6) Deposition Corps of Engineers, John Grieshaber (August 21, 2008).

129.    Deposition of George Bacuta, Ph.D. (July 2, 2008).

130.    Deposition of Gerald Dicharry (October 2, 2008).

131.    Amended 30(b)(6) Dep. Notice of WGI (March 20, 2008).

132.    Vol. 6 of DDR No. 1 (Site Preparation and Demolition)

133.    Chad Morris Declaration in Robinson

134.    Figures 1-4 of Chad Morris Declaration

135.    New Lock and Connecting Channels Evaluation Report and Appendices (March, 1997).

136.    MR-GO New Lock and Connecting Channels Site Selection Report (March 1975).

137.    Letter From Maj. Gen. Ernst Graves to Col. James H. Phillips (June 10, 1977).

138.    Memorandum for Division Engineer, Lower Mississippi Valley Re: Violet Site Elimination (Jan. 23, 1991).

139.    Statement Of Undisputed Material Facts In Support Of Washington Group International, Inc.'s Motion For Summary Judgment (Doc. 15861-3).

140.    Sampling And Analysis Plan (January, 2001).

141.    Robinson Findings of Fact and Conclusions of Law Exhibits (Doc. 19415-2).

142.    IHNC Lock Replacement Project Design Documentation Report No. 2: Levees, Floodwalls, and Channels (January,  2001).

143.    USACE Fact Sheet: Community Impact Mitigation Plan, IHNC Lock Replacement Project (Aug. 3, 2001).

144.    Project Work Plan: Project Site And Remedial Action of EBIA IHNC Lock Replacement Project (Oct. 2000).

145.    IHNC Lock Replacement Project Design Documentation Report No. 1: Site Preparation and Demolition Vol. I (Feb. 1999).

146.    Technical Completion Report and Record Drawings EBIA IHNC (Aug. 2005)

147.    Final Recommendation Report for Demolition and Site Preparation Activities of the EBIA IHNC (Jan. 10, 2000).

148.    USACE Final Comments on WGI Submittals For EBIA IHNC Lock Replacement Project (Feb. 4, 2002).

149.    Entergy Complaint (Doc. 1).

150.    Project Execution Plan and Signature Sheet (June 1999).

151.    Sur Reply Of The MRGO PSLC, As Amicus Curiae, To The Reply Memorandum Of The United States Of America's Motion To Dismiss Counts Two And Three Of The Amended Complaint (Doc. 14784).

152.    Motion Of The MRGO PSLC For Leave To File Memorandum As Amicus Curiae In Support Of The Robinson Plaintiffs' Opposition To The United States Of America's Motion To Dismiss Counts Two And Three Of The Amended Complaint (Doc. 14252).

153.    Amended MR- GO Master Consolidated Class Action Complaint (Doc. 11471)

154.    United States Of America's Reply In Support Of Its Motion To Dismiss And Response To The Motions To Intervene And Consolidate (Doc. 19390).

155.    Mississippi River-Gulf Outlet New Lock and Connecting Channels Evaluation Report, Mar. 1997, Vol. 1 - Main Report.

156.    IHNC Project Fact Sheet.

157.    Project Work Plan, Oct. 2000.

158.    Mississippi River-Gulf Outlet New Lock and Connecting Channels Evaluation Report, Mar. 1997, Vol. 3. - Engineering Considerations.

159.    Mississippi River-Gulf Outlet New Lock and Connecting Channels Evaluation Report, Mar. 1997, Vol. 4 - Design Plates for Engineering Investigations

160.    WGI Sampling and Analysis Plan, Jan. 2001.

161.    Letter from L Guillory to D. O'Conner, EBIA Right-of-Entry, Nov. 1, 2002.

162.    Memo for Constr. Div., IHNC Acquisition, Dec. 16, 2002.

163.    Mississippi River-Gulf Outlet New Lock and Connecting Channels Evaluation Report, Mar. 1997, Vol. 5 - Sampling and Analysis Report.

164.    Design Documentation Rep. No. I, Feb. 1999, Vol. I.

165.    Declaration of Robert Bea, Apr. 16, 2006.

166.    Total Environmental Restoration Contract ("TERC"), Aug. 17, 1994.

167.    Project Execution Plan, Jun. 1, 1999.

168.    Statement of Work for Excavation and Disposal of Additional Subsurface Foundation (Mod. 10), August 6, 2001.

169.    Technical Completion Report, August 2005.

170.    Delivery Order 0026, July 12, 1999 (and attached SOW No. 1).

171.    USACE Comments and MK Response for Draft Recommendation Report, Oct. 15, 1999

172.    RFP for Mod 10, Aug. 6, 2001.

173.    Technical Analysis of Proposal #113.

174.    WGII  Revised- Final Proposal #113 for Excavation and Disposal of Additional

Subsurface Foundations - Sept. 24,2001.

175.    Contract Mod. 1, Nov. 23, 1999.

176.    Contract Mod. 10, Sept. 25, 2001.

177.    Summary of Experience for L. Guillory.

178.    Letter from A. Smith to L. Guillory, COR Designation Letter, Aug. 18, 1999.

179.   Letter from J. Weatherly to J. Montegut, COR Designation Letter, Jan. 30, 2001.

180.   Any and all Quality Assurance Reports, Quality Control Reports, and related daily work summaries from mobilization to demobilization for Task Order 26.

181.   Letter from J. Sensebe to W. Purdum, Program Manager Change, May 20, 2001

182.   Email from D. O'Conner to E. Romano et al re: IHNC Turnover, June 2, 2004

183.   WGI Organizational Chart, June 19, 2002, re: Task Order 26.

184.   Recommendation Report, Dec. 1999

185.   USACE Comments on Morrison Knudsen's Outline for Recommendation Report, Aug. 6, 1999

186.   Comment Submittal for Draft - Revision B., Recommendation Report, Nov. 5, 1999

187.   Transmittal and Comments, Final Project Work Plan, Nov. I, 2000

188.   Statement of Work No. 3, May 15,2000

189.   Work Plan General Discussion Mtg., Aug. 3, 2000

190.   Work Plan LDEQ Meeting Minutes, Aug. 21, 2000

191.   Work Plan General Discussion Meeting, Oct. 17, 2000

192.   USACE Comments on Draft Project Work Plan, Oct 27, 2000

193.   Contractor Quality Control Plan, Oct 2000

194.   Storm Water Pollution Prevention Plan (Approval Page), Nov. 14, 2000

195.   Hurricane Protection Plan (Approval Page), Nov. 14, 2000

196.   Perimeter Monitoring Plan (Approval Page), Nov. 14, 2000

197.   LDEQ Meeting Minutes

198.   All WGI photo logs and accompanying photographs.

199.   Email from L. Guillory to D. O'Conner re: Comments on Subcontractor Excavation

16

Statement of Work

200.   Ramp's Demolition Work Plan, Apr. 12, 2001

201.   Wedding Cake Final Work Plan, Dec. 11, 2001

202.   Lift Station Removal Plan (Revised), Oct. 19, 2001

203.   Preparatory Phase Meeting Minutes (Demolition), Mar. 29, 2001

204.   Supervisory Coordination Meeting Minutes (Demolition), Apr. 11, 2001

205.   Preparatory Phase Inspection Meeting 855 (Demolition), Aug. 8, 2001

206.   Initial Phase Inspection Checklist Form for Demolition, Apr. 23, 200 I

207.   Pre-Final Inspection Reports (Demolition), Aug.- Sept., 2001

208.   Final Acceptance Reports (Demolition), May-Nov., 2001

209.   Final Acceptance Report (Demolition) McDonough Marine, Sept. 18, 2001

210.   Lift Station Revised Work Plan, Oct. 1, 2001

211.   Lift Station Removal Plan (Revision I), Oct. 10, 2001

212.   Lift Station Removal Plan (Revised-Addendum 1), Oct. 12, 2001


213.   Preparatory Phase Inspection Checklist, Sewer Lift Station, Oct. 3, 2001

214.   Initial Phase Inspection (Lift Station), Oct. 30, 2001

215.   Sketch 1 -Boland Marine Subsurface Foundations

216.   Preparatory Phase Meeting Minutes (Concrete Blocks), Nov. 14, 2001

217.   Pre-Final Inspection Report (Concrete Blocks) Mar. 21, 2002

218.   Stewart Submittal for Removal/Disposal of Barge and Tanker, Dec. 2001

219.   Statement of Work for Project Site Development and Remedial Action, Aug. 28, 2000

220.   Comment Submittal, Refined Sampling and Analysis Plan, Feb. 1, 2001

221.    RECAP Submittal Report - Criteria Document, Apr. 2001.

222.    RECAP Submittal Report.- Criteria Document, June 2001

223.    RECAP Submittal Report - Borrow Pit, Aug. 2001

224.    RECAP Corrective Action Plan - Saucer Marine, May 2002

225.    RECAP Corrective Action Plan - Boland Marine, Nov. 2002

226.    RECAP Work plan Amendment - Bank Remediation, June 2002

227.    RECAP Corrective Action Plan - McDonough Marine, Jan. 2002

228.    Transmittal Form for RECAP Corrective Action Plan - McDonough Marine,

        Feb. 26, 2002

229.    Inspectors Quality Assurance Report #340, Apr. 16, 2002

230.    Inspectors Quality Assurance Report #430, Aug. 18, 2002

231.    Email from L. Guillory to D. O'Conner et al. re: Draft Bank Material Remediation, June
        25, 2002

232.    NFAATT Submittal Report - Saucer Marine, May 2003

233.    NFAATT Submittal Report - Boland Marine, June 2005


234.     NFAATT Submittal Report - McDonough Marine, Dec. 2004

235.    Transmittal and Comments, NFAATT Submittal Report - McDonough Marine, Mar. 9.

        2006

236.    Comment Submittal, Borrow Pit RECAP Submittal Report, July 3, 2001

237.    Transmittal, Borrow Pit RECAP Submittal Report, Sep. 7, 2001

238.    Borrow Pit Extension Application, Rev. Jan. 8, 2002

239.    Transmittal and Comments, Borrow Pit Extension App. - Feb. 4, 2002

240.   Memo for Engineering Division, Geotechnical Stability Analysis, Apr. 15, 2002

241.   Fax from J. Montegut to L. Guillory attaching Borrow Pit Design Template, June 10, 2002

242.   Letter from J. Montegut to WGII re: Final Site Visit, May 26, 2005

242.   Email from J. Agan to C. Burdine re: EBIA Field Visit, Aug. 9, 2005

242.   Expert Report of Robert Bea filed in Robinson v. United States, No. 06-2268, on July 14, 2008

243.   Any and all primary and/or excess CGL or other type insurance policy(ies) and or self-insurance program which provides coverage to WGI for any legal liability to pay damages to Plaintiffs, make payment for contribution and indemnity to any other parties or entities arising from the conduct giving rise to this litigation and/or relating in any way to Task Order 26 and the EBIA project.

244.   Task Order 26 and modifications

245.   Any and all engineering regulations, manuals, and Engineering Technical Letters developed by the USA, Corps of Engineers.

246.   All documentation relative to ownership of the EBIA during times pertinent to the above referenced litigation.

247.   All statements and first reports of eyewitnesses to the IHNC flood wall breach development and resultant aftermath,

248.   Any and all contracts and subcontracts for work pursuant to Task Order 26.

249.   Any and all indemnification agreements between entities performing work pursuant to Task Order 26.

250.   All meteorological data associated with hurricane Katrina.

**PLAINTIFFS' LIAISON COUNSEL**

s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

**MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 6th day of April, 2012.

/s/ *Joseph M. Bruno*
Joseph M. Bruno