# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |
| PERTAINS TO: | |
| MRGO <br> *Armstrong*, No. 10-866 | |

## DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S MOTION TO STRIKE PORTIONS OF DR. ROBERT BEA'S "REBUTTAL" REPORT

Pursuant to Federal Rules of Civil Procedure 26 and 37(c) and for the reasons set forth in the attached Memorandum and the Memorandum filed by the United States on April 6, 2012 (Dkt. 20759), Defendant Washington Group International, Inc. ("WGI") respectfully moves to strike the first fifty-three pages of Dr. Robert Bea's April 3, 2012 Rebuttal Expert Report.

1090208v.1

Dated:  April 9, 2012

Respectfully submitted,

*/s/Heather S. Lonian*
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

and

Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I, Heather S. Lonian, hereby certify that on April 9, 2012, I served a true copy of the foregoing upon all parties by ECF.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic-filing system.

*/s/Heather S. Lonian*

1090208v.1