Survey and Spatial Data In the Vicinity of the
Inner Harbor Navigation Canal (IHNC)

Prepared for

Katrina Canal Breaches Consolidated Litigation
Civil Action Number: 05-4182 "K" (2)
United States District Court
Eastern District of Louisiana

By

Chad A. Morris, P.L.S.
CMor Consulting LLC
Baton Rouge, Louisiana

July 18, 2011

I have been retained by Plaintiffs in the *Katrina Canal Breaches Consolidated Litigation* to review survey data, spatial data, aerial photography, LIDAR data, photographs, and construction drawings related to the flooding of the areas near the Inner Harbor Navigation Canal (IHNC) in the wake of Hurricane Katrina.  The primary focus of this report is to obtain and interpret key survey-related data for use in examining the cause and results of floodwall breaches along the IHNC during and after Hurricane Katrina.  I have furnished relevant data to other members of the Plaintiff expert team.

**Professional Qualifications:**

I am a Professional Land Surveyor registered to practice in Louisiana and Texas.  I have over 20 years of experience in the field of surveying and mapping.  My experience includes traditional surveying, Global Positioning System (GPS) surveying including static, differential (DGPS) and real time kinematic (RTK) techniques, extensive work with photogrammetric data, use of Light Detection and Ranging (LIDAR) data.  I also have extensive experience in performing and supervising inland hydrographic surveys, and experience in dealing with vertical datum issues unique to southern Louisiana.

I graduated with honors from the University of Florida in 1991 with a Bachelor of Science Degree in Surveying and Mapping.  While at the University of Florida, I received the national Schonstedt Scholarship in Surveying.

In August 2006, I established CMor Consulting, LLC, specializing in litigation support and specialty industrial surveying.  I have performed, or am currently performing, litigation support on cases involving an oil spill in Chalmette, Louisiana, a

case involving an oil spill in Coffeyville, Kansas, Katrina related cases against Mercy Hospital in New Orleans, in addition to cases related to the flooding of Greater New Orleans.

I was the Vice President of LandSource, Inc., a Baton Rouge, Louisiana, surveying and mapping firm from 2004 to 2006.  I was Project Coordinator and later Operations Manager for Hydro Consultants, a Baton Rouge, Louisiana surveying and mapping firm from 1991 to 2004.

I am a member and past-president of the Louisiana Society of Professional Surveyors (LSPS).  I served as President of LSPS in 2003 to 2004, and as Secretary-Treasurer of LSPS in 2002 to 2003.  I was Chairman of the LSPS State Convention Committee in 2001 to 2002.  I served as LSPS District 6 Chairman in 2001.  I have held several other LSPS offices and have served on a number of other committees.

I prepared maps, which won the nation-wide American Congress on Surveying and Mapping (ACSM) – National Society of Professional Surveyors (NSPS) Map and Plat Competition in 2001, 1999 and 1997.

I have written several articles which were published in the Louisiana Engineering and Survey Journal in 2003 and 2004.

I have testified as an expert in surveying and mapping in both state and federal courts.

I previously prepared expert reports and testified as an expert in Robinson vs. USA litigation concerning the Mississippi River Gulf Outlet (MRGO).

3

**Coordinate System, Units and Datum**

Horizontal coordinates for spatial data provided in this report refer to the Louisiana State Plane Coordinate System, South Zone, NAD 83.  The unit of measurement is the U.S. Survey Foot.  Elevations are in feet and refer to the North American Vertical Datum of 1988 (NAVD88-2004.65).

**1.0    LIDAR Data**

I obtained Light Detection and Ranging (LIDAR) data of the Greater New Orleans area from the U.S. Army Corps of Engineers IPET Web site https://ipet.wes.army.mil/.  The LIDAR data sets listed below were each downloaded from the IPET web site.

(A) 5 meter resolution Pre-Katrina LIDAR of the entire area adjusted to NAVD88, 2004.65 datum.

(B) 1 foot resolution Pre-Katrina LIDAR of the levees adjusted to NAVD88, 2004.65 datum.

(C) 3 foot resolution Pre-Katrina LIDAR of metro New Orleans adjusted to NAVD88, 2004.65 datum

(D) 2 foot resolution Post-Katrina LIDAR of the levees adjusted to NAVD88, 2004.65 datum

(E) 3 foot resolution Post-Katrina LIDAR of the levees adjusted to NAVD88, 2004.65 datum.

These LIDAR data sets were geo-referenced into the Louisiana State Plane Coordinate System, NAD83, South Zone.  The horizontal unit of measurement utilized was the U.S. Survey Foot.