**2.0 Photography**

Aerial photography of the area was obtained from several sources. The primary aerial sets utilized in this report are listed below:

(A) Pre-Katrina 2004 1 meter ground resolution DOQQ aerials downloaded from the www.atlas.lsu.edu web site.

(B) Post-Katrina 2005 1 meter ground resolution DOQQ aerials downloaded from the www.atlas.lsu.edu web site.

(C) Post-Katrina 1 foot ground resolution 8/31/05 and 9/2/05 GE Energy aerial photography which is available on the IPET web site.

(D) Historical Photography of the IHNC area obtained from Gulf Coast Aerial Mapping, in Baton Rouge, Louisiana.

**3.0 North Floodwall Break**

There were 2 major breaks in the floodwall along the easterly side of the IHNC. The northerly of these breaks was located at the north end of the Boland Marine property, between Law Street and Florida Avenue. This break will be referred to as the North Break in this report.



**Figure 3-1** North Break shown with respect to proposed future channel, floodwall, and WGI work areas which are shown in red. Date of photo 4-15-05. Edges of channel taken from Lock Replacement Project DM1, Dwg. No. H-2-45013 Plate 5.

6



**Figure 3-2** WGI Planned Work Areas at Boland Marine. Floodwall breach location was added to existing work plan drawing, which was provided by WGI, showing their structure removal and excavation areas at the site.



**Figure 3-3** Aerial Photograph of IHNC North Break Location 10-18-96 - Future break is shown in yellow. Red boxes represent some of the WGI work sites.



**Figure 3-4** Aerial Photograph of IHNC North Break Location 11-13-02 - Note that the wharf and above-ground portion of the buildings shown in the previous photograph have been removed.

8