

**Figure 3-5** Aerial Photograph of IHNC North Break Location 4-15-05 - Future break is shown in yellow. Note the change in the shape of the shoreline immediately west of the future break location.



**Figure 3-6** Aerial Photograph of IHNC North Break Location 9-2-05 - This photograph was taken a few days after Hurricane Katrina. Note that the flood waters can be seen flowing out of the break.



**Figure 3-7** Boland Marine - Wharf Piles Prior to Removal



**Figure 3-8** Boland Marine - Wharf Piles After Removal

10