

**Figure 3-9** Boland Marine - Deep Excavation

11



**Figure 3-10** Boland Marine - Removal of Piles under Foundations