

**Figure 3-11** Boland Marine - Piles Under Subsurface Concrete



**Figure 3-12** Boland Marine - Steel and Concrete Piles Removed from Foundation #9

13



**Figure 3-13** Boland Marine - Excavation and Placement of Sand Backfill



**Figure 3-14** Boland Marine - Placement of Sand Backfill

14