## 2.0 ESTIMATE BASIS AND ASSUMPTIONS

The objective of this Task Order Modification is to implement the field work required to excavate and dispose of subsurface foundations at the Boland Marine site; excavate and dispose of ACM (transite) at the Boland Marine site;-, and excavate and dispose of the subsurface concrete waste at the ITT site in preparation for future dredging operations to widen the EBIA for Lock Replacement. Prior phases of Task Order 26 covered scoping of the project, preparation of work plans, subcontractor planning and procurement as well as site development with remedial action. It is assumed that the phase of work covered in this proposal will begin September 28, 2001.

OSHA's Hazardous Waste Operations and Emergency Response (HAZWOPER) requirements will apply to all field work performed under this modification.

This section covers the assumptions that form the basis of our cost proposal. The assumptions below are organized in accordance with our proposed Work Breakdown Structure (WBS) at the Task level. Table 1 presents a breakdown of the work elements in USACE's Statement of Work (SOW).

### 2.1 Task 18, 3.1 – Boland Marine Subsurface Foundations

There are eight "discovered" subsurface concrete foundations located at the Boland Marine site. Seven of the concrete foundations average 22 cubic yards (33 tons) per foundation. An eighth foundation is estimated to be at a minimum 510 cubic yards (765 tons) with a potential for an additional 200 cubic yards of volume (305 tons). The eighth foundation measures 25' x 22' to a depth greater than 25' below mean sea level (msl). The total depth of this foundation has not been determined.

The construction of the eighth foundation includes a steel exterior framework that appears to consist of salvaged barge. This exterior framework also extends beyond 25' msl. Exploratory excavation of the discovered foundations indicate that pilings exist underneath the subsurface foundations. Exploratory excavation also indicates that there is a potential for groundwater to inundate the excavation cavity of the eighth foundation.

Technical Assumptions

1. An estimated collective volume of 1,300 tons of concrete will need to be excavated from the Boland Marine site. Concrete will be broken up on site during excavation and subsequently transported to a recognized concrete recycler. Measurement for payment will be based on site manifest and tonnage weigh tickets generated at the concrete recycle plant. It is assumed that rebar is in the subsurface concrete. Recovered rebar will be first evaluated for transportation and disposal at a recycling operation with the salvage value being reintroduced to the project. In the event the rebar can not be recycled, it will be transported to an industrial landfill for disposal.

2. Pilings are expected to be located under all subsurface foundations. The pilings are believed to be placed on 5' centers with an average piling length of 30'. An estimated 33 pilings (990

F:\Koenig\TERC\Proposals\Prop113.doc            2

WGI057609

**Figure 3-15** Boland Marine - Discovery of 8 Subsurface Foundations with Piles to 25 Feet Below Sea Level

Figures 3-1 through 3-15 are comprised of photographs and information provided by WGI documenting a portion of their construction activities on the Boland Marine site in the vicinity of the North Break. These images show that their work in the area was extensive and that it included multiple excavations and pile removals which extended to

15

elevations as deep as 25' below sea level. Based on the WGI images that I have seen, backfilling of these excavations appears to have consisted primarily of non-compacted material and sand.

**4.0 South Floodwall Break**

There were 2 major breaks in the floodwall along the easterly side of the IHNC. The southerly of these breaks was located along the easterly side of the Saucer Marine Property. This break will be referred to as the South Break in this report.



**Figure 4-1** South Break shown with respect to proposed future channel, floodwall, and WGI work areas which are shown in red. Date of photo 4-15-05. Edges of channel taken from Lock Replacement Project DM1, Dwg. No. H-2-45013 Plate 4.

16