

**Figure 4-2** WGI Planned Work Areas at Saucer Marine. I added the floodwall breach location to this work plan drawing, which was provided by WGI, showing their structure removal and excavation areas at the site.

17



**Figure 4-3** Aerial Photograph of IHNC South Break Location 10-18-96 - Future break is shown in yellow.

18



**Figure 4-4** Aerial Photograph of IHNC South Break Location 11-13-02 - Note that the wharf and above-ground portion of the buildings shown in the previous photograph have been removed.

19



**Figure 4-5** Aerial Photograph of IHNC Sorth Break Location 4-15-05 - Future break is shown in yellow.

20