

**Figure 4-6** Aerial Photograph of IHNC South Break Location 9-2-05 - This photograph was taken a few days after Hurricane Katrina. Note that the flood waters can be seen flowing out of the break.

21



**Figure 4-7** Saucer Marine Excavation



**Figure 4-8** Saucer Marine Excavation


**Figure 4-9**  Saucer Marine Excavation