
**Figure 4-10** Saucer Marine Backfill of Excavation


**Figure 4-11** Saucer Marine Excavation and Pile Removal

25


**Figure 4-12** Saucer Marine Pile Removal from Excavation


**Figure 4-13** Saucer Marine Pile Removal from Excavation

Figures 4-1 through 4-13 are comprised of photographs and information provided by WGI documenting a portion of their construction activities on the Saucer Marine site in the vicinity of the South Break. These images show that their work in the area was extensive and that it included multiple excavations and pile removals. Based on the WGI images that I have seen, backfilling of these excavations appears to have consisted primarily of non-compacted material and sand.

### 5.0 Plaintiff Property Elevations

At my request, LandSource, Inc. performed survey work on May 18, 2011, at 5 plaintiff-owned properties to determine elevations at each site. The elevation of the highest natural ground was measured at each site, and where buildings and/or slabs still existed their elevations were measured. This information will be used in conjunction with hydrographs, which are being prepared by other Plaintiff experts, showing flood water levels at each site.

| Plaintiff - Address | Elevation - High Natural Ground | Elevation 1st Floor | Type of Construction |
|---|---|---|---|
| Armstrong - 4016 Hamlet Place | -2.9 | Vacant lot | Single story on slab at grade |
| Coats - 1022 Charbonnet St | 0.8 | 4.3 | Single story raised on blocks |
| Livers - 4924 St. Claude Ave | 1.2 | 1.6 | 2 story on slab at grade 8' ceilings |
| Washington - 5027 N. Derbigny | -2.0 | -1.7 | Single story partially on slab at grade |
| Holmes - 1205 Perrin Dr | -2.0 | Vacant lot | Single story on slab at grade |

Note that the type of construction was based on observation of the buildings that still exist, insurance claim forms, and information provided by Scott Taylor.

      I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 18, 2011                                    _____

                                                        Chad A. Morris P.L.S.