Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION
                                   NO. 05-4182
                                       "K" (2)
PERTAINS TO:  MRGO                 JUDGE DUVAL

FILED IN:  05-4181, 05-4182,       MAG. WILKINSON
05-5237, 05-6073, 05-6314,
05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885,
06-2152, 06-2278, 06-2287,
06-2824, 06-4024, 06-4065,
06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155,
06-5159, 06-5161, 06-5162,
06-5260, 06-5771, 06-5786,
06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

                DEPOSITION OF
                CHAD A. MORRIS,
545 Shady Lake Parkway, Baton Rouge, Louisiana
70810, taken in the offices of Stone, Pigman,
Walther, Wittmann, 546 Carondelet Street, New
Orleans, Louisiana 70113, on Friday, March 9,
2012.

Page 90

```
 1  areas, I would assume, that WGI had designated
 2  or the Corps designated for WGI.  That would
 3  be my assumption.
 4      Q.  Do you know what kind of work was
 5  conducted within these red polygons that you
 6  have called work areas?
 7      A.  Specifically at each location?  No.
 8  In general, the types of work discussed was
 9  for purposes of the project.  Removal of
10  whatever was there.
11      Q.  Do you know if there were actually
12  excavations conducted within each one of these
13  polygons?
14      A.  Within each individual one?
15      Q.  Yes.
16      A.  No, I don't.
17      Q.  But you believe there were
18  excavations conducted in some of these
19  polygons?
20      A.  Yes.  For instance, number 1 in the
21  north -- the very north end, you can see the
22  shape of that polygon is overlaid and you can
23  see the area that is dug into the bank is
24  getting closer to the north breach.  If you
25  look at the other photographs in the report,
```

Page 91

```
 1  you can see that that area was not dug into
 2  the bank before, so I think it's very -- I am
 3  very comfortable stating that excavation was
 4  made in that area.  And you can see that it's
 5  not fully -- the excavation, the limits of the
 6  excavation are not limited to the area number
 7  1 or number 2 that are shown on these
 8  reports.  So I think it's, in my view, it's
 9  safe to say that, especially in that
10  particular area, excavation was done.  I'm
11  sure it was done initially in conjunction with
12  these work areas.  It looks like it grew for
13  whatever reason.
14      Q.  Okay.
15      A.  So I guess to answer your question,
16  no, I cannot tell you the specific excavation
17  that was done at each location.
18      Q.  Can you tell from this area, this
19  aerial photo, how deep the excavation that
20  you're referring to in the very north, I guess
21  it's the northern corner of figure 3-1, is?
22      A.  From the aerial photo you cannot
23  tell the depth.
24      Q.  So it could be as deep as 2 or 3
25  feet?
```

Page 92

```
 1      A.  From the aerial photo you can't
 2  tell.
 3      Q.  You can't tell?
 4      A.  You can tell that it's in the water
 5  on the day of this photograph.
 6      Q.  And again, you don't know the tidal
 7  conditions at the time of this photograph?
 8      A.  No, but that can be determined.
 9      Q.  No, but --
10      A.  I do not know sitting here, but they
11  can be determined.
12      Q.  Sure.  I just want you to look at
13  this Design Documentation Report Number 1,
14  which is Exhibit 3.  Do you think you have
15  ever seen this before?
16      A.  Not in this form.  I believe the --
17  the drawings that I received and relied on
18  when they asked me, you know, to show where
19  the channel was, I would have -- I got those
20  from the Wink documentation and I was looking
21  at the CAD files.  I wasn't looking at this
22  whole report.
23      Q.  Sure.  Well, if you can just look at
24  -- if you can just look at page 10 of this
25  document, have you ever seen, maybe not in
```

Page 93

```
 1  this document, in any documentation this list
 2  of demolition inventory for the industrial
 3  area?
 4      A.  No.
 5      Q.  So you don't know how this inventory
 6  may or may not correlate with plate number 5
 7  that was contained in this design?
 8      A.  I can say that there's some -- there
 9  are common numbers.
10      Q.  Okay.  You can put that aside.
11          Do you know what the depths of the
12  future channel were going to be?  I don't know
13  if you can tell that by looking at the drawing
14  or not.
15      A.  I don't think this drawing shows it,
16  but I believe some of the other ones in the
17  plans, I would guess, would show it.
18      Q.  Right.  But you don't know sitting
19  here now?
20      A.  I haven't looked at it in detail,
21  no.
22      Q.  Why did you overlay the depth of the
23  future channel on this work site or this East
24  Bank Industrial Area?
25      A.  I was asked to.
```

Page 94

1  Q. Were you asked to draw any
2  conclusions based on this overlaying of the
3  edge of the future channel in the East Bank
4  Industrial Area on this aerial photo?
5  A. If I recall, there might be an
6  affidavit that was done in that time frame. I
7  don't recall the details of it. But basically
8  they wanted to show the channel and have some
9  understanding. I think -- I think the Judge
10 must have asked.
11 Q. Okay.
12 A. Because, if I recall, both sides
13 were doing it. I think the Judge might have
14 asked them and so they asked me to -- if I had
15 the information to do it. I looked through
16 Wink's data, found I had these drawings and --
17 Q. Okay. Was that in the 2010 time
18 frame do you think?
19 A. It sounds reasonable.
20 Q. Beyond providing this aerial photo,
21 did you provide an affidavit or any other
22 sworn statement?
23 A. I think there was an affidavit at
24 that time.
25 Q. Okay. And do you know which matter

Page 95

1  that was filed in?
2  A. This, I believe.
3  Q. The EBIA case?
4  A. I think so, yes.
5  Q. Okay. Do you know what other kind
6  of work areas, or do you have any other maps
7  of work areas that were performed in the East
8  Bank Industrial Area prior to Katrina other
9  than this, these red polygons that you show on
10 this map?
11 A. Well, the Corps drawing, this plate
12 as you have shown has many of those same --
13 The boxes of data that WGI provided show many
14 of the same. I don't think they were always
15 consistent. My guess is that it depended on
16 what they were focusing on. It might have
17 been buildings and they might have just shown
18 buildings at one time or they might have shown
19 where they planned to do trenching. So yes,
20 there -- I think there are many versions of
21 this that show the planned work activities
22 that were out there. And I am -- I am
23 guessing to some extent, but depending on what
24 the focus was of what they were trying to show
25 at the particular time they made each

Page 96

1  individual document, they would tend to show
2  slightly different things.
3  Q. So you're not suggesting then, and
4  looking back at figure 3-1, that what you have
5  outlined here as Washington Group work areas,
6  you're not suggesting these are the only work
7  areas?
8  A. No.
9  Q. There were other work areas?
10 A. What I have tried to do I guess in a
11 very -- in a general sense with this report is
12 show that a relatively extensive amount of
13 work happened out there. The photographs that
14 were provided later in the report show the
15 types of activities that were happening, but I
16 can't tell you the exact depth and location of
17 each individual hole. Although I asked that
18 of Wink and it's -- to my knowledge from a
19 layman point it wasn't documented by the
20 survey -- by survey procedures. It may be in
21 -- You know, it may be possible to piece it
22 together through compilations of other sources
23 of documentation. But from a survey
24 perspective, I don't believe that they had a
25 surveyor standing there every day every time

Page 97

1  they dug a hole measuring the depth and
2  location of that hole.
3  Q. Okay. Fair enough. Let's look at
4  the next figure, 3-2. And what does this
5  figure show?
6  A. Really very similar to the last one,
7  except it's depicting these work sites that
8  appear to be, at least at first glance, all of
9  the same work sites shown on the Corps
10 drawing. And the only thing I have done to
11 this is show the location of the breach.
12 Q. And I noticed that there's no scale
13 on this drawing that you've overlaid the
14 breach on. Is the breach that you have drawn
15 here drawn to scale?
16 A. Yes, I believe it to be drawn to
17 scale. If you look at the last -- the
18 previous image, you will see that with respect
19 to the work areas, you can see that it
20 basically starts and stops at, you know,
21 roughly the same place, although their
22 depiction of the wall appears to be less than
23 precise.
24 Q. Whose depiction of the wall?
25 A. The -- Whoever made this.

Page 98

1  Q. Figure 3-2?
2  A. Right. Whoever made the figure.
3  Q. You don't know if figure 3-2 is
4  drawn to scale, do you?
5  A. The background for the figure is an
6  aerial photograph.
7  Q. Oh, I see.
8  A. And all of the individual boxes on
9  the figure represent planned work areas, and
10 all of those planned work areas coincide with
11 physical features and things on the ground.
12 So yes, I think it's safe to say that that was
13 drawn to a scale. I can't sit here and tell
14 you today the exact scale.
15 Q. Okay. The caption that you've
16 written here for figure 3-2 says that the
17 "Floodwall breach location was added to
18 existing work plan drawing which was provided
19 by WGI showing their structure removal and
20 excavation areas at the site." And do you
21 know for a fact that there were excavations in
22 all of these work areas?
23 A. Yes, as we said before, these are
24 work areas. I don't know the details of what
25 was done at each location.

Page 99

1  Q. Okay.
2  A. I simply can show that they planned
3  to do work there and the photographs later
4  show the types of work that were done at many
5  of these sites.
6  Q. Okay. Let's go to the figure 3-3.
7  This is another aerial photo. Was this
8  provided to you through Gulf Coast Aerial
9  Mapping?
10 A. Yes.
11 Q. And is this a black and white aerial
12 or --
13 A. Yes.
14 Q. The future break is shown in
15 yellow. And where did you get -- Did you use
16 the same dimensions for this yellow break as
17 you did in figure 3-1?
18 A. Yes, I should have.
19 Q. And the polygons, the red polygons
20 on this overlay, are they --
21 A. Should be the same polygons that are
22 shown on the figure 3-1.
23 Q. Okay. There appears to be less --
24 It's cut off.
25 A. We're just zoomed in. It doesn't

Page 100

1  cover as broad an area.
2  Q. I see. Okay. And why did you put
3  this photograph in your report?
4  A. To show -- Mainly to show what the
5  ground looked like before WGI's work. If you
6  look at the most northerly dig area or work
7  area, you can see that in this image the
8  location of the bank is west of the dig
9  sites. After the work was done, the location
10 of the bank is dug into past or east of or
11 much closer to the breach. So this is simply
12 to document the change in the ground from
13 before and after the work was done.
14 Q. Okay. Any other reason why you put
15 this one in there?
16 A. That was the primary reason.
17 Q. Okay. Are there other subsidiary
18 reasons?
19 A. None that come to mind.
20 Q. Okay. Moving to figure 3-4, is this
21 another aerial photo from Gulf Coast Aerial
22 Mapping?
23 A. Yes.
24 Q. Do you know the time of day this
25 photograph was taken?

Page 101

1  A. Not off the top of my head, but it
2  can be obtained.
3  Q. Okay. Can you tell what the weather
4  conditions would have been just by looking at
5  the actual resulting photograph?
6  A. By weather conditions --
7  Q. Can you tell if there was clouds --
8  If there had been cloud cover that day you
9  wouldn't be able to see anything or just --
10 A. It depends on which altitude at
11 which it was flown.
12 Q. Do you know what the resolution on
13 this photograph is?
14 A. No. But it can be -- You know, it's
15 all available.
16 Q. That would be in the metadata;
17 right?
18 A. Correct. And that would be the
19 resolution of the native image, depending on
20 how much you zoom in.
21 Q. Just looking at the color of the
22 IHNC right here, does it appear to be sort of
23 like a muddy green color, a brown color?
24 A. Brownish, yes.
25 Q. Yes. And looking at 3-1, do you

CHAD MORRIS                                                    March 9, 2012

Page 126

1  Q.  Do you know where on the Boland
2  Marine site these pilings were located?
3  A.  No.  Again, my purpose of or my
4  intent was to show the types of activity that
5  happened.  I don't believe there was enough
6  documentation done to pinpoint every activity
7  at every exact location.
8  Q.  Do you know how any excavation of
9  pilings were backfilled, if they were
10 backfilled at all?  Do you know that?
11 A.  I have not seen documentation that
12 they were backfilled and compacted, et cetera,
13 et cetera.  I haven't seen documentation of
14 really any backfilling.
15 Q.  Right.  And have you looked for the
16 work plans relating to piling removal?
17 A.  No.
18 Q.  Okay.  Have you reviewed any
19 deposition testimony in the EBIA case?
20 A.  I don't think so.
21 Q.  Let's look at figure 3-11.  That's
22 the top photograph on page 13.  Why did you
23 put this photograph in here?
24 A.  The same reason as the last one.
25 Simply to show that there were piles that were

Page 127

1  removed on the Boland site underneath some of
2  the land work areas.
3  Q.  Okay.  And you don't know how far
4  away from the floodwall these particular
5  pilings in figure 3-11 were?
6  A.  No.  That documentation was not
7  provided.
8  Q.  Let's look at figure 3-12.
9  A.  Okay.
10 Q.  This one is called "Boland Marine -
11 steel and concrete piles removed from
12 foundation number 9."  Do you know what
13 foundation number 9 is referring to?
14 A.  Assuming that the numbering system
15 stays consistent, number 9 appears to be west
16 of 7.
17 Q.  I see that.  Okay.  And when you say
18 west of 7, it would be further away from the
19 floodwall than building 7 was, which you
20 testified about earlier?
21 A.  Yes.
22 Q.  Okay.  Do you know what the length
23 of the pilings were in this one?
24 A.  No.
25 Q.  Let's look at 3-12.  Or that was --

Page 128

1  I'm sorry.  I misspoke.  Were you looking --
2  In that last testimony, you were looking at --
3  I read you the caption for 3-12 and I was
4  looking at 3-11.  Which photograph were you
5  looking at?
6  A.  I was looking at 3-12.
7  Q.  Okay.  Well, as long as you are
8  clear, that's fine.  That makes sense.
9      Okay.  Let's look at figure 3-13.
10 Why did you choose this photograph?
11 A.  Simply to show digging activities.
12 Where is 8?  Showing digging activities and
13 sand backfill being pushed in with a bulldozer
14 from looks like five or six feet.
15 Q.  You see the bulldozer is in the
16 upper left-hand corner; right?
17 A.  Right.
18 Q.  The blue bridge in the background,
19 do you know what bridge that is?
20 A.  I think that's just north of the
21 area that we're discussing.
22     MR. STEVENS:
23         When you say bulldozer in the
24     upper left-hand corner, you're talking
25     about 3-13?

Page 129

1     THE WITNESS:
2         No.
3     MS. CLAYMAN:
4         Yes, 3-13.
5     MR. STEVENS:
6         No, that's not a bulldozer.
7     THE WITNESS:
8         This one (indicating).
9     MR. STEVENS:
10        Oh, the bottom one.
11    MS. CLAYMAN:
12        You were doing that again.
13    THE WITNESS:
14        I was talking about the
15    bulldozer.  You're talking about the
16    trackhoe.
17    MS. CLAYMAN:
18        Yes.
19    MS. WAGER-ZITO:
20        You were talking about 3-14?
21    THE WITNESS:
22        Yes, I was talking about 3-14.
23 EXAMINATION BY MS. CLAYMAN:
24 Q.  I thought we were talking about area
25 8 in the top one.  So let's move, let's go to

33 (Pages 126 to 129)

JOHNS, PENDLETON COURT REPORTERS                              504 219-1993

|  | Page 146 |
|---|---|
| 1 | A. The kinds of material? No, I am not |
| 2 | familiar with that. |
| 3 | Q. Okay. |
| 4 | A. I know they dug a borrow. They dug |
| 5 | a borrow pit. |
| 6 | Q. Do you know where that was located? |
| 7 | A. South of Boland. |
| 8 | Q. Okay. And then I am skipping a |
| 9 | sentence and then it says -- Well, maybe I |
| 10 | won't skip a sentence. It says "An estimated |
| 11 | 900 CY --" Do you know what CY stands for? |
| 12 | A. Cubic yards. |
| 13 | Q. "-- cubic yards will be needed. The |
| 14 | material will be placed in lifts and |
| 15 | compacted; however, no compaction testing will |
| 16 | be required." Does that indicate to you that |
| 17 | at least with respect to this particular |
| 18 | Boland Marine subsurface foundation, the plan |
| 19 | or the proposal was to compact the backfill in |
| 20 | lifts? |
| 21 | A. Yeah, it looks like this one they |
| 22 | had planned to put it in in lifts. |
| 23 | Q. I don't think I have any other |
| 24 | questions on this one. You can put Exhibit 5 |
| 25 | aside and we'll break for lunch. |

|  | Page 147 |
|---|---|
| 1 | MR. STEVENS: |
| 2 | Excellent. |
| 3 | (Recess.) |
| 4 | EXAMINATION BY MS. CLAYMAN: |
| 5 | Q. Okay. I think before we left off |
| 6 | for lunch we were on page 15 of your report in |
| 7 | the EBIA case dated July 18, 2011 and I want |
| 8 | to go just below figure 3-15 and there's text |
| 9 | here and I am going to read it, the first |
| 10 | line, and ask you a couple of questions. It |
| 11 | says "Figures 3-1 through 3-15 are comprised |
| 12 | of photographs and information provided by WGI |
| 13 | documenting a portion of their construction |
| 14 | activities on the Boland Marine site in the |
| 15 | vicinity of the north break. These images |
| 16 | show that their work in the area was extensive |
| 17 | and that it included multiple excavations and |
| 18 | pile removals which extended to elevations as |
| 19 | deep as 25 feet below sea level." And the |
| 20 | first question I have is, when you say these |
| 21 | images show that their work in the area was |
| 22 | extensive and included multiple excavations, |
| 23 | are you referring to only the images that we |
| 24 | have discussed in your report, or are you |
| 25 | referring to other images that you have looked |

|  | Page 148 |
|---|---|
| 1 | at in this case? |
| 2 | A. I believe the ones in the report |
| 3 | show that it's extensive, but there are many |
| 4 | more images that show additional work. What |
| 5 | -- Again, what I was trying to convey in the |
| 6 | report is that -- give a context of the type |
| 7 | of activities that happened out there. My |
| 8 | report, I don't claim that it shows every |
| 9 | excavation that happened or in detail the |
| 10 | exact location of every excavation. It's more |
| 11 | to give the flavor, if you will, of the work |
| 12 | that happened at that site. |
| 13 | Q. Okay. In terms of your testimony at |
| 14 | trial, you have provided us the photographs |
| 15 | that are in this report, but in your reliance |
| 16 | materials I did not see any other Washington |
| 17 | Group photographs that you considered. So am |
| 18 | I to understand that at trial your testimony |
| 19 | is going to be limited to discussion of the |
| 20 | photographs that are in this report? Or are |
| 21 | there other things that we have not received |
| 22 | yet? |
| 23 | A. Do we have to provide everything |
| 24 | that was provided to us? |
| 25 | MR. STEVENS: |

|  | Page 149 |
|---|---|
| 1 | Well, it's all in your reliance |
| 2 | materials, but I would say this. To |
| 3 | the extent -- There's still documents |
| 4 | coming in and photographs coming in |
| 5 | that none of us have seen and |
| 6 | certainly Mr. Morris has not seen. He |
| 7 | would reserve the right to add on or |
| 8 | amend his report to include those. |
| 9 | But no, these are the primary |
| 10 | photographs he's going to rely on at |
| 11 | trial. |
| 12 | MS. CLAYMAN: |
| 13 | Okay. |
| 14 | THE WITNESS: |
| 15 | I guess the only -- I guess the |
| 16 | only qualification I would make on |
| 17 | that, if there were specific questions |
| 18 | that related to details that the boxes |
| 19 | of information would shed some light |
| 20 | on, I would go back to the information |
| 21 | that was provided, which is what WGI |
| 22 | provided to the Plaintiffs, and if |
| 23 | there's more -- if there's something |
| 24 | there that's of value to some specific |
| 25 | question that's raised in the future, |

Page 158

1  represent?
2      A.  They represent these work areas that
3  are the same ones that you can see on
4  display.
5      Q.  Okay.
6      A.  And again, there's -- I think
7  there's some slightly different versions of
8  these, but these ones appear to match very
9  closely to the ones I am looking at on this
10 plate.
11     Q.  Okay.  And I am looking at --
12 There's sort of a very long -- a very long red
13 polygon that extends from the southern edge of
14 what you have labeled the south breach all the
15 way north to the edge of the photograph.  Do
16 you see that?
17     A.  Yes.
18     Q.  What is that supposed to represent?
19     A.  Some place that they had some
20 construction activity.
21     Q.  Do you know what kind of
22 construction activity that would be?  First of
23 all, do you know where that came from, what
24 the source for this red polygon is?
25         MR. STEVENS:

Page 159

1             I'm a little -- Polygon where?
2             You mean these two parallel lines
3         along the floodwall?
4         MS. CLAYMAN:
5             Yes, it looks like two parallel
6         lines, but they are connected so it's
7         kind like a long, stretched out oval.
8         THE WITNESS:
9             It looks like it corresponds with
10        the crosshatched one in this plate.
11 EXAMINATION BY MS. CLAYMAN:
12     Q.  Surekote Road?
13     A.  Yes, or labeled, you know, in that
14 vicinity.
15     Q.  Does this indicate -- What kind of
16 work does this indicate happened on Surekote
17 Road?
18     A.  All of the red polygons are simply
19 the work areas.
20     Q.  Okay.
21     A.  The work, I'm sure there are
22 probably five different types of work that
23 would have happened in those areas.
24     Q.  Okay.
25     A.  Some would have been building, some

Page 160

1  I guess are remediation areas.  There's not a
2  distinction made on what each polygon is.
3  This is just an attempt to depict that there
4  was work that had to happen in those areas.
5      Q.  Okay.  So you don't know
6  specifically what happened in that area.
7      A.  No.
8      Q.  Do you know specifically with
9  respect to any of the red polygons depicted in
10 this figure 4-1 what kind of work was
11 occurring?
12     A.  No.  In general, it's a depiction
13 that there was work that had happened.
14 Obviously in the wharf area I think there are
15 probably some pictures that show pile removal
16 and things like that.  If there was a wharf,
17 that would have been piles and there would
18 have been that type of removal, but specifics
19 on what happened at each location, no, I don't
20 have that information.
21     Q.  Okay.  Moving to figure 4-2, it's on
22 page 17 of your report, this looks very
23 similar to figure 3-2 for Boland Marine.  Is
24 that right?
25     A.  That's right.

Page 161

1      Q.  You have indicated here that this
2  figure shows the WGI planned work areas at
3  Saucer Marine.  Again, I don't -- Do you know
4  whether this is -- I don't see a Washington
5  Group Bates number on this document.  Do you
6  know that this came from Washington Group's
7  files?
8      A.  Yes, it came from Washington Group's
9  files.
10     Q.  Do you know what happened -- Do you
11 know if it had a Bates number on it at some
12 point?
13     A.  I don't know.
14     Q.  Did this document come from the two
15 boxes of documents --
16     A.  Yes.
17     Q.  -- you referred to?
18     A.  And all I did was add the location
19 of the breach.  And it shows many of the same
20 work areas,.  I am assuming the numbers
21 correspond.  You know, it's again another
22 representation of planned work areas.
23     Q.  Okay.  Do you know, looking at this
24 figure, do you know what this kidney-shaped --
25 this kidney bean shaped figure 84A is in the

Page 190

```
 1  does not appear to be in any of the reliance
 2  materials.  I am just curious.
 3      A.  Do you have the boxes of photographs
 4  that were provided?
 5      Q.  Yes.
 6      A.  And you didn't find any holes?
 7      Q.  I didn't find this photograph.
 8      A.  This particular hole?  Okay.
 9      Q.  That's right.
10      A.  If asked to do that, I can spend
11  hours digging through boxes to find one hole.
12      Q.  I'll just make the request of your
13  attorney.  We are looking for the Bates number
14  if this indeed came from Washington Group's
15  files.
16      A.  Okay.
17      Q.  Do you know why this photograph --
18  or how did you choose which figures from this
19  report that's dated January 29, 2009 would go
20  into your July, 2011 report?
21      A.  There's -- Some of it was
22  duplication in effort.  You will see that some
23  overlap and some don't.  I didn't simply come
24  into this one and extract some.  Basically I
25  was going through those boxes and pecking out
```

Page 191

```
 1  some that showed excavation, showed pile
 2  removal and in many cases they were common and
 3  in some cases they weren't common.  There was
 4  no, I guess, detailed rhyme or reason or
 5  methodology in terms of taking one or not
 6  another.
 7      Q.  And how did you collaborate with Dr.
 8  Bea on this particular technical report?
 9      A.  Basically I provided the annotated
10  images that showed where breaks happened, et
11  cetera, and then we collaborate to do some
12  extent on picking some of the -- some of the
13  images.  I had some images that I thought he
14  would want to include and he picked some
15  images as I recall.
16      Q.  Were you involved in writing any of
17  the text that appears in this report?
18      A.  I would have had very little
19  involvement in that.
20      Q.  I'm sorry, very little?
21      A.  Very little.  I need to -- I guess
22  he need to look for careful he before I answer
23  that.  It's been a while.
24          Think I probably would have
25  provided some of the headings or the titles
```

Page 192

```
 1  underneath the images.
 2      Q.  Okay.  For the figures?  You're
 3  referring to the figures when you say
 4  "images"?
 5      A.  Right.  I wouldn't have made
 6  statements referring to marsh material, stuff
 7  like that.  Someone would have had to provide
 8  that information to me.
 9      Q.  Can you look at page 9 of this
10  report, figure 5?
11      A.  Might take me a second.  I have did
12  he say he mated it.
13          MR. STEVENS:
14          Which report?  Dr. Bea's --
15          THE WITNESS:
16          Page 5, figure 3 on page 5.
17          MS. WAGER-ZITO:
18          Exhibit 8.
19          THE WITNESS:
20          I'm sorry
21  EXAMINATION BY MS. CLAYMAN:
22      Q.  I'm sorry, Exhibit 8.
23          MS. WAGER-ZITO:
24          Figure 5 on page 9.
25          MR. STEVENS:
```

Page 193

```
 1          Figure 5 on page 9.  Okay.
 2          THE WITNESS:
 3          Yes.
 4  EXAMINATION BY MS. CLAYMAN:
 5      Q.  I think this is a photograph -- this
 6  is a photograph we saw earlier in your report
 7  and I just wanted to ask you about the area
 8  immediately adjacent to where it says
 9  "Break".
10      A.  Uh-huh (affirmatively).
11      Q.  And for the record, this is an
12  aerial photograph dated 9/2/2005, which has
13  overlays of Washington Group's work areas.
14  Have you seen any evidence in the photographs,
15  the materials you looked at that there were
16  any excavations immediately adjacent to and to
17  the west of where it says "Break" in this
18  photograph?
19      A.  I guess you have to qualify what
20  "immediate" means in terms of the -- what
21  distance does "immediate" mean.
22      Q.  Let's say within 25 feet?
23      A.  Based on the photographs, I don't
24  think I have seen any extensive excavations
25  within 25 feet there of the extensive --
```

Page 194

```
 1  extensive even excavations I saw were more
 2  out, where you can see the shoreline came in
 3  substantially towards the breach.
 4      Q.  Okay.  Do you recall seeing any
 5  within 50 feet of where it says "Break"?
 6      A.  Again, the exact location of every
 7  excavation is not something I can clearly
 8  ascertain from the data that we have been
 9  provided.  And the aerial photographs, we've
10  got four different dates over many years.  A
11  hole could be dug and closed and filled in
12  certainly without being able to see it in one
13  of these three or four dates on the aerial
14  photographs.  I don't think they're the proper
15  tool for that.
16      Q.  Okay.
17      A.  The only ones that kind of remained,
18  or you could see from the aerial photographs
19  where they drastically changed the bank line
20  are which, you know, happened immediately
21  across from the north breach.
22      Q.  Okay.  And I just have the same
23  question for you, the same report on page 22,
24  figure 23 relating to the south breach, --
25      A.  I guess it's the same answer.
```

Page 195

```
 1      Q.  -- which is dated September 2, 2005
 2  and I wanted to know if you recall seeing any
 3  photographs in Washington's files documenting
 4  an excavation greater than 5 feet within 25
 5  feet of the breach.
 6      A.  I can't pin down where exactly
 7  excavations are.
 8      Q.  Okay.
 9      A.  All I have done is what I have, I
10  think said more than a few times so far, is
11  document the types of activities that
12  happened, show where they had planned
13  construction activities.  I can't say how deep
14  they dug in any location.  I mean I know that
15  they did some trenching in some areas.
16  Exactly how deep and whether or not it got to
17  within 25 feet, whether or not there were
18  underground piles and all of those types of
19  things, I simply was not able to gather that
20  information that would allow me to pinpoint
21  exactly where each excavation was.
22      Q.  Okay.  I just want to ask you a
23  couple of more questions about your
24  interactions with Dr. Bea.  Earlier in the
25  deposition you mentioned that Dr. Bea had
```

Page 196

```
 1  given you instructions as to what to look for
 2  and to provide him when you were looking
 3  through these photos.  Can you give me a
 4  detailed -- can you detail more me on the
 5  record again exactly what he told you to look
 6  for in these photographs?
 7      A.  Well, as I mentioned, the gist of
 8  the case is that excavations happened, a bunch
 9  of construction work was done, and that I
10  believe every one degrees, especially at the
11  north breach, that the wall went down before
12  it was overtopped and there's some indication
13  that groundwater seepage may have contributed
14  to that and we were looking for excavations
15  and anything -- and pile removals, anything
16  that would be evidence that would lead to how
17  the water could be connected with the marshy
18  layers where there could be conductivity.
19  That was what he asked me to look for.
20      Q.  When did he ask you to do that?
21      A.  During Robinson.  And the time frame
22  -- before this report was made that you just
23  gave me.  What's the date on this thing?
24          MR. STEVENS:
25              The report you co-authored with
```

Page 197

```
 1  Dr. Bea?
 2          THE WITNESS:
 3              Right.
 4          MR. STEVENS:
 5              January 29, 2009.  Exhibit 8.
 6          THE WITNESS:
 7              In that time frame.
 8  EXAMINATION BY MS. CLAYMAN:
 9      Q.  Okay.  And you provided Dr. Bea this
10  information?
11      A.  What you see in these reports, the
12  photographs that I have went through the WGI
13  images, yes.
14      Q.  And did Dr. Bea give you any
15  feedback as to the images you provided him?
16      A.  I think he thought some of them
17  helped tell the -- tell the story and helped
18  document the work that was done out there.  I
19  think he was appreciative of the effort of
20  going through a bunch of boxes of stuff.
21  Other than that, I don't recall detailed
22  feedback.
23      Q.  Okay.  The very last page of your
24  July 18, 2011 report, section 5.0 called
25  "Plaintiff property elevations"?
```