UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |
| PERTAINS TO: <br><br> MRGO <br> *Armstrong*, No. 10-866 | |

## DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S
## EX PARTE MOTION FOR EXPEDITED HEARING

Defendant Washington Group International, Inc. (WGI) moves for an order granting an expedited hearing on its Motion to Strike Portions of Dr. Robert Bea's Rebuttal Report. WGI received the Rebuttal Report on April 3, 2012. Discovery in this case is set to close on April 20, 2012. (Order, Mar. 19, 2012, Dkt. No. 20705). The next regularly-scheduled hearing date with the Court is on May 2, 2012, well after the close of discovery.

For this reason, WGI respectfully requests that the Court grant its motion for an expedited hearing on WGI's Motion to Strike Portions of Dr. Robert Bea's April 3, 2012 Report.

1090201v.1

Dated: April 9, 2012                               Respectfully submitted,

                                                                    /s/Heather S. Lonian
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Phone:  504-581-3200
Fax:  504-581-3361

and

Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

### CERTIFICATE OF SERVICE

I, Heather S. Lonian, hereby certify that on April 9, 2012, I served a true copy of the foregoing upon all parties by ECF.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic-filing system.

                                                                    /s/Heather S. Lonian