UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  MRGO | * * * * * | SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *  *

### **O R D E R**

Considering the foregoing Ex Parte Motion for Expedited Hearing;

**IT IS ORDERED** that the motion is **GRANTED** and that Washington Group International, Inc.'s Motion to Strike Portions of Dr. Robert Bea's Rebuttal Report shall be heard on an expedited basis.

New Orleans, Orleans, Louisiana, this _____ day of April, 2012.


_____
UNITED STATES DISTRICT JUDGE

1090213v.1