**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: MRGO | * | JUDGE DUVAL |
| *Armstrong, No. 10-866* | * | MAG. WILKINSON |
| | * | |

*************************************

**NOTICE OF DEPOSITION WITH**
**REQUEST FOR PRODUCTION OF DOCUMENTS**

To:     Charles M. Lanier, Jr.
        Attorney of Record for:
        New Orleans Sewerage and Water Board
        Christovich & Kearney, LLP
        601 Poydras Street, Suite 2300
        New Orleans, LA 70130

**PLEASE TAKE NOTICE** that the Plaintiffs, through their respective counsel of record, will take the oral deposition of **Rudy August**, on **Tuesday, April 17, 2012 at 9:00 AM,** at the law firm of Bruno & Bruno, 855 Baronne  Street, New Orleans, Louisiana 70113.

The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony. The deposition will be stenographically recorded and transcribed.

Deponent is requested to produce the documents listed in **Exhibit A** attached hereto and made a part hereof as soon as possible, **but not later than April 13, 2012.**

Respectfully submitted,

PLAINTIFFS' LIAISON COUNSEL

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION
COMMITTEE**

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

**MRGO PLAINTIFFS SUBGROUP LITIGATION
COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC,
New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al.,  Lafayette,
LA)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 10th day of April, 2012.


*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO

## <u>EXHIBIT A</u>

1.     Any and all documents[1] reviewed by Mr. August and/or his staff in the preparation of his Pre and Post Appraisal reports, including, but not limited to:

     A.     Any and all records concerning scope of his assignment and subsequent repairs to the pump station in the vicinity of the EBIA.

     C.     Any and all emails, faxes, or other writings concerning plaintiff's claims that Mr. August had with the Washington Group International, Inc.

     D.     Any and all communications related to the maintenance of the sewer and water system in the Lower Ninth Ward and in the vicinity of the EBIA.

2.     Any and all photos and videos [2] relied upon by Mr. August and/or his staff in the preparation of the repairs to the pump station in the vicinity of the EBIA.

---

[1]     For the purposes of this Exhibit, "documents" shall refer to and include all documents, whether printed, typed, handwritten, photocopied, computerized, recorded, stored, or produced or reproduced by any process or means, mechanical, manual, or otherwise.

[2]     For the purposes of this Exhibit, "photos" and "videos" shall refer to and include all photos and videos, whether taken by you or by others, printed, photocopied, computerized, recorded, stored, produced or reproduced by any process or means, mechanical, manual, or otherwise.