UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: MRGO | * | JUDGE DUVAL |
| *Armstrong, No. 10-866* | * | MAG. WILKINSON |
| | * | |

**************************************

NOTICE OF DEPOSITION WITH
REQUEST FOR PRODUCTION OF DOCUMENTS

To:  Robin D. Smith
     Attorney of Record for:
     The United States of America
     through its agencies the US Army Corps of Engineers
     Benjamin Franklin Station
     P.O. Box 888
     Washington, DC 20044

**PLEASE TAKE NOTICE** that the Plaintiffs, through their respective counsel of record, will take the oral deposition of **Ernie Murry**, on **Wednesday, April 18, 2012 at 9:00 AM,** at the law firm of Bruno & Bruno, 855 Baronne Street, New Orleans, Louisiana 70113.

The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony. The deposition will be stenographically recorded and transcribed.

Deponent is requested to produce the documents listed in **Exhibit A** attached hereto and made a part hereof as soon as possible, **but not later than April 16, 2012.**

Respectfully submitted,


PLAINTIFFS' LIAISON COUNSEL

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

**MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 10[h] day of April, 2012.

                                */s/ Joseph M. Bruno*
                                JOSEPH M. BRUNO

# **EXHIBIT A**

1. Any and all documents[1] reviewed by Mr. Murry and/or his staff with regard to the status of the IHNC floodwall in the aftermath of Hurricane Katrina, as well as temporary repairs made to the floodwall in the aftermath of Hurricane Katrina:

    A. Any and all records concerning scope of his assignment and the status of the IHNC floodwall in the aftermath of Hurricane Katrina, as well as temporary repairs made to the floodwall in the aftermath of Hurricane Katrina

    C. Any and all emails, faxes, or other writings concerning plaintiff's claims that Mr. Colletti had with the Washington Group International, Inc.

    D. Any and all communications related to the status of the IHNC floodwall in the aftermath of Hurricane Katrina, as well as temporary repairs made to the floodwall in the aftermath of Hurricane Katrina.

2. Any and all photos and videos[2] relied upon by Mr. Murry and/or his staff concerning the IHNC floodwall in the aftermath if Hurricane Katrina, as well as temporary repairs made to the floodwall after Hurricane Katrina.

---

[1] For the purposes of this Exhibit, "documents" shall refer to and include all documents, whether printed, typed, handwritten, photocopied, computerized, recorded, stored, or produced or reproduced by any process or means, mechanical, manual, or otherwise.

[2] For the purposes of this Exhibit, "photos" and "videos" shall refer to and include all photos and videos, whether taken by you or by others, printed, photocopied, computerized, recorded, stored, produced or reproduced by any process or means, mechanical, manual, or otherwise.