**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: MRGO | * | JUDGE DUVAL |
| *Armstrong, No. 10-866* | * | MAG. WILKINSON |
| | * | |

**************************************

**NOTICE OF DEPOSITION WITH**
**REQUEST FOR PRODUCTION OF DOCUMENTS**

To:     Robin D. Smith
        Attorney of Record for:
        The United States of America
        through its agencies the US Army Corps of Engineers
        Benjamin Franklin Station
        P.O. Box 888
        Washington, DC 20044

**PLEASE TAKE NOTICE** that the Plaintiffs, through their respective counsel of record,

will take the oral deposition of **Richard Varuso**, on **Friday, April 20, 2012 at 9:00 AM,** at the law

firm of Bruno & Bruno, 855 Baronne  Street, New Orleans, Louisiana 70113.

The  deposition  will  be  taken  for  all  purposes  allowed  under  the  Federal  Rules  of  Civil

Procedure before a court reporter or other official duly authorized to administer oaths and record

oral testimony. The deposition will be stenographically recorded and transcribed.

Deponent is requested to produce the documents listed in **Exhibit A** attached hereto and

made a part hereof as soon as possible, **but not later than April 16, 2012.**

Respectfully submitted,


PLAINTIFFS' LIAISON COUNSEL

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION
COMMITTEE**

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

**MRGO PLAINTIFFS SUBGROUP LITIGATION
COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC,
New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al.,  Lafayette,
LA)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 10h day of April, 2012.


*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO

## EXHIBIT A

1.      Any and all documents[1]  reviewed by Mr. Varuso and/or his staff with regard to any geotechnical issues relating to Task Order 26:

      A.      Any and all records concerning scope of his assignment and any  geotechnical issues relating to Task Order 26:

      C.      Any and all emails, faxes, or other writings concerning plaintiff's claims that Mr. Varuso had with the Washington Group International, Inc.

      D.      Any and all communications related to any geotechnical issues relating to Task Order 26:

2.      Any and all photos and videos[2] relied upon by Mr. Varuso and/or his staff concerning any geotechnical issues relating to Task Order 26:

---

[1]      For the purposes of this Exhibit, "documents" shall refer to and include all documents, whether printed, typed, handwritten, photocopied, computerized, recorded, stored, or produced or reproduced by any process or means, mechanical, manual, or otherwise.

[2]      For the purposes of this Exhibit, "photos" and "videos" shall refer to and include all photos and videos, whether taken by you or by others, printed, photocopied, computerized, recorded, stored, produced or reproduced by any process or means, mechanical, manual, or otherwise.