MINUTE ENTRY
WILKINSON, M. J.
APRIL 10, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  MRGO<br>               Armstrong C.A. No. 10-866 | JUDGE DUVAL<br>MAG. WILKINSON |

As the request of counsel, I conducted a telephone conference on this date concerning a dispute during the deposition of Diego Cobos Roja.  Participating were: Andrew Owen, representing plaintiffs; William Treeby, representing defendant Washington Group International, Inc. ("WGI"); and Robin Smith, representing the United States.  Plaintiffs' objections were overruled and counsel's instruction to the witness not to answer was vacated.  The witness was instructed to answer the subject questions for reasons orally dictated on the deposition record before the privately retained court reporter who was recording the deposition.

JOSEPH C. WILKINSON, JR.<br>UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 15