# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION

            NO. 05-4182

PERTAINS TO:             SECTION "K"(2)
*Armstrong*, C.A. No. 10-866

    Before the Court are:

    1.    Motion to Strike Portions of Dr. Robert Bea's Rebuttal Report (Doc. 20759);

    2.    Ex Parte Motion for Expedited Hearing (Doc. 20760) filed by the United States;

    3.    Defendant Washington Group International, Inc's Motion to Strike Portions of Dr. Robert Bea's "Rebuttal" Report (Doc. 20764); and

    4.    Defendant Washington Group International, Inc.'s Ex Parte Motion for Expedited Hearing (Doc. 20765).

Succinctly put, both the United States and Washington Group International, Inc. ("WGI") have requested expedited consideration of their motions to strike the "Additional Analysis" portion of the Bea Rebuttal Report which consist of the first 53 pages thereof. They contend this portion of the report does not consist of true "rebuttal" materials, rather it contains new observations and as such inadmissable. In order for the Court to make a determination with respect to the substantive issue as well as whether it will grant expedited hearing thereon,

**IT IS ORDERED** that plaintiffs shall file **no later than 9:00 a.m. on Monday, April 16, 2012** their oppositions to these motions. The Court will then decide whether expedited hearing shall be had.

New Orleans, Louisiana, this <u>11th</u> day of April, 2012.

                                            **STANWOOD R. DUVAL, JR.**
                                 **UNITED STATES DISTRICT COURT JUDGE**