# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re  KATRINA CANAL BREACHES         §<br>          CONSOLIDATED LITIGATION       §<br>                                                                  §<br>_____§<br>                                                                  §<br>PERTAINS TO: MRGO,                              §<br>         Armstrong, No. 10-866                      §<br>_____§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## EX PARTE MOTION FOR EXPEDITED HEARING

The United States respectfully moves for an order granting an expedited hearing on the United States' Motion for a Protective Order. The reasons for such an order are set forth in a Memorandum attached hereto.

The Court should grant the United States' Motion for Expedited Hearing.

          Respectfully submitted,

          STUART F. DELERY
          Acting Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch

          JAMES G. TOUHEY, JR.
          Assistant Director, Torts Branch

          s/ James F. McConnon, Jr.
          JAMES F. MCCONNON, JR.
          Trial Attorney, Torts Branch, Civil Division
          U.S. Department of Justice
          Benjamin Franklin Station, P.O. Box 888
          Washington, D.C.  20044
          (202) 616-4400 / (202) 616-5200 (Fax)

Dated: April 11, 2012          Attorneys for the United States

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 11, 2012, the foregoing United States' Ex parte Motion for Expedited Hearing was filed electronically.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                             /s/ James F. McConnon, Jr.
                                             JAMES F. MCCONNON, JR.