## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re  KATRINA CANAL BREACHES | § | CIVIL ACTION |
|     CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, | § | |
|     Armstrong, No. 10-866 | § | |
| _____ | § | |

### MEMORANDUM IN SUPPORT OF UNITED STATES' EX PARTE MOTION FOR EXPEDITED HEARING

The United States moves for an order granting an expedited hearing on the United States' Motion for a Protective Order.  Discovery is set to close on April 20, 2012 (Rec. Doc. No. 20705).  The Plaintiffs' Notice of Federal Rule 30(b)(6) deposition to the United States is noticed for April 17, 2012 and the Court's next available hearing date is May 2, 2012.  The United States is entitled to an expedited hearing to resolve this dispute before all discovery is foreclosed.

/ / /

/ / /

/ / /

The Court should grant the United States' Motion for Expedited Hearing.

        Respectfully submitted,

        STUART F. DELERY
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        <u>s/ James F. McConnon, Jr.</u>
        JAMES F. MCCONNON, JR.
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: April 11, 2012

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2012, the foregoing United States' Memorandum in Support of Ex parte Motion for Expedited Hearing was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ James F. McConnon, Jr.
      JAMES F. MCCONNON, JR.