UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re   KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, | § | |
|     Armstrong, No. 10-866 | § | |
| _____ | § | |

## UNITED STATES' MOTION FOR A PROTECTIVE ORDER

Pursuant to Rule 26(c), Fed. R. Civ. P., the Defendant United States hereby moves for entry of a protective order governing a deposition of the United States under Rule 30(b)(6), Fed. R. Civ. P.

In support of this motion, the Court is respectfully referred to the Memorandum of Law in Support, to the exhibits attached thereto, and to the entire record.

                Respectfully submitted,

                STUART F. DELERY
                Acting Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                JAMES G. TOUHEY, JR.
                Assistant Director, Torts Branch

                 s/ James F. McConnon, Jr.
                JAMES F. MCCONNON, JR.
                Trial Attorney, Torts Branch, Civil Division
                U.S. Department of Justice
                Benjamin Franklin Station, P.O. Box 888
                Washington, D.C.  20044
                (202) 616-4400 / (202) 616-5200 (Fax)

Dated: April 11, 2012        Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2012, the foregoing United States' Motion for a Protective Order was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               /s/ James F. McConnon, Jr.
                                               JAMES F. MCCONNON, JR.