UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re  KATRINA CANAL BREACHES | § | CIVIL ACTION |
|          CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, | § | |
|          Armstrong, No. 10-866 | § | |
| _____ | § | |

## LOCAL RULE 37.1E CERTIFICATE

Pursuant to Local Rule 37.1E, undersigned counsel certifies that Robin Smith, counsel for the United States, conferred with plaintiffs' counsel in an attempt to resolve this discovery dispute.  Undersigned counsel certifies that the parties were unable to resolve the dispute despite good faith efforts to do so.

                                                Respectfully submitted,

                                                STUART F. DELERY
                                                Assistant Attorney General

                                                PHYLLIS J. PYLES
                                                Director, Torts Branch

                                                JAMES G. TOUHEY, JR.
                                                Assistant Director, Torts Branch

                                                s/ James F. McConnon, Jr.
                                                JAMES F. MCCONNON, JR.
                                                Trial Attorney, Torts Branch, Civil Division
                                                U.S. Department of Justice
                                                Benjamin Franklin Station, P.O. Box 888
                                                Washington, D.C.  20044
                                                (202) 616-4400 / (202) 616-5200 (Fax)
Dated: April 11, 2012                        Attorneys for the United States

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 11, 2012, the foregoing Local Rule 37.1E Certificate was filed electronically.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                          /s/ James F. McConnon, Jr.
                                          JAMES F. MCCONNON, JR.