UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re   KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO,     Armstrong, No. 10-866 | | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT, the undersigned will bring the foregoing United States' Motion for a Protective Order before the Honorable Joseph C. Wilkinson, Jr., United States Courthouse, 500 Poydras Street, New Orleans, LA, 70130, on the 2nd day of May, 2012, at 11:00 A.M.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch


 s/ James F. McConnon, Jr.
JAMES F. MCCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: April 11, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2012, the foregoing United States' Notice of Submission was filed electronically.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                          /s/ James F. McConnon, Jr.
                                          JAMES F. MCCONNON, JR.