**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: MRGO | * | JUDGE DUVAL |
| *Armstrong, No. 10-866* | * | MAG. WILKINSON |
| | * | |

*************************************

**AMENDED NOTICE OF DEPOSITION WITH**
**REQUEST FOR PRODUCTION OF DOCUMENTS**

To:    Mr. Ernie Murry
        US Army Corps of Engineers
        Through its Attorney of Record
        Robin D. Smith
        Benjamin Franklin Station
        P.O. Box 888
        Washington, DC 20044

**PLEASE TAKE NOTICE** that the Plaintiffs, through their respective counsel of record, will take the oral deposition of **Ernie Murry**, on **Wednesday, April 18, 2012 at 9:00 AM,** at the law firm of Bruno & Bruno, 855 Baronne  Street, New Orleans, Louisiana 70113.

The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony. The deposition will be stenographically recorded and transcribed.

Deponent is requested to produce the documents listed in **Exhibit A** attached hereto and made a part hereof as soon as possible, **but not later than April 16, 2012.**

Respectfully submitted,


PLAINTIFFS' LIAISON COUNSEL

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION
COMMITTEE**

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

**MRGO PLAINTIFFS SUBGROUP LITIGATION
COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC,
New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al.,  Lafayette,
LA)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 11<sup>h</sup> day of April, 2012.


*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO

## <u>EXHIBIT A</u>

1.　　Any and all documents that he/she has reviewed in connection with and/or which he/she believes may relate to his/her expected testimony at trial.