UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: MRGO,<br>Armstrong, No. 10-866 | § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## Motion for a Protective Order

The United States moves for an order forbidding Plaintiffs from re-taking the depositions of Richard Varuso and Gerald Colletti. The reasons for such an order are set forth in a Memorandum attached hereto.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

ROBIN D. SMITH
Senior Trial Attorney

 s/ John A. Woodcock
JOHN A. WOODCOCK
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: April 13, 2012

## **CERTIFICATE OF SERVICE**

      I, John A. Woodcock, hereby certify that on April 13, 2012, I served a true copy of the foregoing upon all parties by ECF. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic-filing system. Parties may access this filing through the Court's system.

                                                s/ John A. Woodcock  
                                                JOHN A. WOODCOCK