# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, Armstrong, No. 10-866 | § | |
| _____ | § | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT, the undersigned will bring the foregoing United States' Motion for a Protective Order before the Honorable Joseph C. Wilkinson, Jr., United States Courthouse, 500 Poydras Street, New Orleans, LA, 70130, on the 2nd day of May, 2012, at 11:00 AM.

Dated: April 13, 2012

          Respectfully submitted,

          STUART F. DELERY
          Acting Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch

          JAMES G. TOUHEY, JR.
          Assistant Director, Torts Branch

          ROBIN D. SMITH
          Senior Trial Attorney

          _s/ John A. Woodcock_
          JOHN A. WOODCOCK
          Trial Attorney, Torts Branch, Civil Division
          U.S. Department of Justice
          Benjamin Franklin Station, P.O. Box 888
          Washington, D.C.  20044
          (202) 616-4400/
          (202) 616-5200 (Fax)


          Attorneys for the United States

**CERTIFICATE OF SERVICE**

      I, John A. Woodcock, hereby certify that on April 13, 2012, I served a true copy of the foregoing upon all parties by ECF. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic-filing system. Parties may access this filing through the Court's system.

                                                s/ John A. Woodcock  
                                                JOHN A. WOODCOCK