UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re  KATRINA CANAL BREACHES            § <br>            CONSOLIDATED LITIGATION    § <br>                                                                  § <br>_____§ <br>                                                                  § <br>PERTAINS TO: MRGO,                                 § <br>Armstrong, No. 10-866                              § <br>_____§ | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

**Local Rule 37.1E Certificate**

Pursuant to Local Rule 37.1E, undersigned counsel certifies that Robin Smith, counsel for the United States, conferred with plaintiffs' counsel in an attempt to resolve this discovery dispute. Undersigned counsel certifies that the parties were unable to resolve the dispute despite good faith efforts to do so.

                                                          Respectfully submitted,

                                                          STUART F. DELERY
                                                           Assistant Attorney General

                                                          PHYLLIS J. PYLES
                                                          Director, Torts Branch

                                                          JAMES G. TOUHEY, JR.
                                                          Assistant Director, Torts Branch

                                                          ROBIN D. SMITH
                                                          Senior Trial Attorney

                                                s/ John A. Woodcock
                                                JOHN A. WOODCOCK
                                                Trial Attorney, Torts Branch, Civil Division
                                                U.S. Department of Justice
                                                Benjamin Franklin Station, P.O. Box 888
                                                Washington, D.C.  20044
                                                (202) 616-4400/ (202) 616-5200 (Fax)
                                                Attorneys for the United States

Dated: April 13, 2012

**CERTIFICATE OF SERVICE**

      I, John A. Woodcock, hereby certify that on April 13, 2012, I served a true copy of the Memorandum in Support of United States' Motion for Expedited Hearing upon all parties by ECF. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic-filing system.  Parties may access this  filing through the Court's system.


                                 s/ John A. Woodcock
                                 JOHN A. WOODCOCK