# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re   KATRINA CANAL BREACHES       § | CIVIL ACTION |
| CONSOLIDATED LITIGATION       § | NO. 05-4182 "K" (2) |
| § | JUDGE DUVAL |
| § | MAG. WILKINSON |
| § | |
| PERTAINS TO: MRGO,       § | |
| Armstrong, No. 10-866       § | |
| § | |

## EX PARTE MOTION FOR EXPEDITED HEARING

The United States moves for an order granting an expedited hearing on the United States' Motion for a Protective Order (Doc. 20785). The reasons for such an order are set forth in a Memorandum attached hereto.

The Court should grant the United States' Motion for Expedited Hearing.

        Respectfully submitted,

        STUART F. DELERY
        Acting Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        ROBIN D. SMITH
        Senior Trial Attorney

        s/ John A. Woodcock
        JOHN A. WOODCOCK
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400/ (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: April 13, 2012

## CERTIFICATE OF SERVICE

      I, John A. Woodcock, hereby certify that on April 13, 2012, I served a true copy of the foregoing upon all parties by ECF. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic-filing system. Parties may access this filing through the Court's system.

                                           s/ John A. Woodcock
                                           JOHN A. WOODCOCK