UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re  KATRINA CANAL BREACHES §<br>            CONSOLIDATED LITIGATION §<br>§<br>_____§<br>§<br>PERTAINS TO: MRGO, §<br>Armstrong, No. 10-866 §<br>_____§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**MEMORANDUM IN SUPPORT OF UNITED STATES'
EX PARTE MOTION FOR EXPEDITED HEARING**

The United States moves for an order granting an expedited hearing on the United States' Motion for a Protective Order. Discovery is set to close in two weeks. The depositions which the United States asks this Court to prevent are noticed before the Court's next hearing date. The United States is entitled to an expedited hearing to resolve this dispute before that date.

The Court should grant the United States' Motion for Expedited Hearing.

Respectfully submitted,

STUART F. DELERY
 Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

ROBIN D. SMITH
Senior Trial Attorney

                         s/ John A. Woodcock
                         JOHN A. WOODCOCK
                         Trial Attorney, Torts Branch, Civil Division
                         U.S. Department of Justice
                         Benjamin Franklin Station, P.O. Box 888
                         Washington, D.C.  20044
                         (202) 616-4400/ (202) 616-5200 (Fax)
                         Attorneys for the United States

Dated: April 13, 2012

**CERTIFICATE OF SERVICE**

      I, John A. Woodcock, hereby certify that on April 13, 2012, I served a true copy of the Memorandum in Support of United States' Motion for Expedited Hearing upon all parties by ECF. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic-filing system. Parties may access this filing through the Court's system.

                                     s/ John A. Woodcock
                                       JOHN A. WOODCOCK