UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * | SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VIDEO-TAPED
## DEPOSITION OF DR. ROBERT BEA

To:   All Plaintiffs' Counsel
      through Plaintiffs' Liaison Counsel,
      Joseph M. Bruno, Esq.
      The Law Office of Joseph M. Bruno
      855 Baronne Street
      New Orleans, Louisiana  70113
      (504) 525-1335
      *jbruno@jbrunolaw.com*

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Washington Group International, Inc. ("WGII") will take the deposition upon oral examination of **Dr. Robert Bea**.

The deposition will take place on Monday, April 16, 2012, at Plaintiffs' preference, at 9:00 a.m. at the law offices of Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana  70130.  The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law.  The deposition will be recorded stenographically, as well as by videotape.

1089322v.1

- 2 -

Dated:  April 13, 2012

Respectfully submitted,

*/s/ Heather S. Lonian*
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Notice of Deposition has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 13th day of April, 2012.

*/s/ Heather S. Lonian*