*Civil Engineering*

# E$^x$ponent®

**Katrina Canal Breaches
Standard of Care Review
Washington Group
International, Inc.**

on November 7, 2000,[197] and ultimately received a "no objection" letter from NOD indicating their approval on April 6, 2001.[198]

If by chance Dr. Rogers, like Dr. Bea,[199] was intending for the 300-foot buffer zone to be based on written guidance from the Kansas City District dated between 1998 and 2006,[200,201,202] this guidance is not applicable to the Lock Replacement Project for several reasons, including: 1) it was developed for a different district and each district has distinct and separate engineering authority; 2) it was not officially adopted by NOD and many of NOD's own engineers were unaware of the guidance; 3) it is not mentioned in the referenced Engineer Regulation or Engineer Manuals; 4) two of the documents post-date the work in question; and 5) the 1998 document does not mention a 300-foot buffer zone but rather refers to construction "in the critical area." Obviously engineering judgment would need to be applied to define "the critical area." Only the 2005 and 2006 documents mention the 300-foot buffer zone, which, again, post-date the demolition and environmental restoration work.

In conclusion, in performing their work as a demolition and environmental restoration contractor, WGI met the standard of care as it relates to any Corps policy, including any "stated" policy.

## USACE Engineer Regulation and Engineer Manuals

The USACE Engineer Regulation ("ER") and the Engineer Manuals ("EM") referenced by Dr. Rogers "define[s] engineering responsibilities, requirements, and procedures," meaning that

---

[197] Letter from WGI to Mr. Stevan Spencer, Orleans Levee District, November 7, 2000 [MEB-041-000000057 to 087].

[198] Letter from NOD, Operations Division to Stevan Spencer, Orleans Levee District, April 6, 2001. [MEB-041-000000057 to 058].

[199] Bea, R. and Storesund, R. 2008. "Review of USACE Excavation and Backfill Guidelines and Practices Near Flood Control Systems," Technical Report No. IV, Katrina Canal Breaches Litigation, Civil Action Number: 05:4182 "K" (2), United States District Court, Eastern District of Louisiana, Pertains to MR-GO, Robinson [No. 06-2268] pgs. 9-10.

[200] Corps of Engineers, Kansas City District, 1998. "Checklist, Construction in the Critical Area of Flood Control Projects Constructed by the Corps of Engineers," November.

[201] Corps of Engineers, Kansas City District, 2005. "Excavation and Backfill," July.

[202] Corps of Engineers, Kansas City District, 2006. "Guidance for Work Proposed Near or Within a Federally Constructed Flood Control Projects," General Section, August.