| HOME PAGE | WHO WE ARE | HISTORY | RELATED LINKS | KIDS CORNER |

*K.C.*
*Manual*

# Geotechnical Design and Dam Safety Section - Construction Guidance Page

**NOTE:**
You must have Adobe Acrobat Reader installed on your computer in order to read the following guidance documents.

You can download a free version of Acrobat Reader at the Adobe website
www.adobe.com

**Individual sections of the Guidance:**

- General Information - Revised Aug 2006

- Definitions - Revised Nov 1998

- Checklist for Construction In the Critical Area of Flood Control Projects Constructed by the Corps of Engineers - Revised Nov 1998

**Topic Specifc Information:**

- Borings, Posts, and Power Poles - Revised Nov 1998

- Dewatering - Revised Nov 1998

- Directional Drilling - Revised Jan 2003

- Excavation and Backfill - Revised July 2005

- Hydraulic Considerations - Revised Nov 1998

- Operation and Maintenance - Revised Jan 2003

- Implosions - Revised Apr 2006

- Interim Flood Protection and Contingency Plans - Revised Feb 2003

- Permit Requirements - Revised Jul 2005

- Piping Systems - Revised Mar 2004

- Slope Protection - Revised Nov 1998

- Slope Stability - Revised Mar 2003

- Sluice Gates - Revised Jan 2003

- Structures - Revised Mar 2004

- Underseepage - Revised Apr 2006


PLAINTIFF'S EXHIBIT 4

- Uplift - Revised Jan 2003

**Additional Guidance:**

- "July 1993 GUIDEBOOK - General Information For Sponsors of Flood Protection Projects Constructed by the Corps of Engineers" - Provides basic information regarding design and construction features of levees and floodwalls.

**Additional Information Available at:**

- USACE - HQ Electronic Publications Library - Corps Headquarters, Washington DC

*US Army Corps of Engineers, Kansas City District*
*601 E. 12th Street*
*Kansas City, Mo 64106*

*Webmaster*
Page last updated: 7 April 2006



GUIDANCE
FOR WORK PROPOSED NEAR OR WITHIN
A FEDERALLY CONSTRUCTED FLOOD CONTROL PROJECTS

## General Information

1. Purpose. This information has been compiled to provide general guidance regarding engineering, operation and maintenance aspects of construction within the critical area of flood control projects constructed by the Corps of Engineers. The critical area is generally considered the area from 300 feet riverward to 500 feet landward of a flood control project centerline. In some instances the critical area is extended beyond 500 feet if any impact on the flood control project can be considered.

2. Responsibilities. Local sponsors are responsible for controlling all construction which occurs within the critical area. The Corps of Engineers provides engineering review to ensure that any work within or near the flood control unit does not reduce the level of protection and to assure the continued integrity of the flood control system. COE comments and recommendations are provided to the local sponsor for their utilization.

3. Submittals.

a. Transmittal. Submittals regarding proposed construction are to be processed through the appropriate local sponsor. Alternatively, submittals may be sent directly to the U.S. Army Corps of Engineers, Geotechnical Design and Dam Safety Section, provided the submittal is coordinated with, and a copy provided to the local sponsor. No reviews will proceed without permission of the local sponsor.. If needed, a point of contact with a local sponsor may be obtained from the Geotechnical Design and Dam Safety Section at 816-389-3988.

b. Required Information. Each submittal should clearly identify on the cover page the official levee unit name and river mile designation, project name and description/purpose, location by levee station of project, designer point of contact, and date of submittal.

c. Copies. The number of copies of the submittal required for the engineering review varies depending upon the features of the proposed work and the flood control project features impacted. As a general rule, three complete sets of documents should be provided to the Corps of Engineers. If additional copies are necessary, the designer will be notified. Each submittal package should include the completed forms within this guidance, all applicable analyses and design, and plans and specifications. Partial submittals should be avoided; however, there are special circumstances where partial submittals will be necessary (such as large phased (staged) construction projects and construction projects where some of the design is completed during construction). These should be coordinated with the Corps of Engineers in advance.

GENERAL - 1

d. <u>Review Schedule</u>. The sponsor and designer should allow six to eight weeks for Corps of Engineers coordination, scheduling, comment development and consolidation, and mailing of comments to the sponsor for each submittal review. Submittal packages that are complete and include a completed checklist will be given higher priority than incomplete submittals. Review duration should be considered by the designer within the construction documents when design and/or submittals are required as part of the construction contract. If the designer and/or sponsor believe an expedited review is warranted, a letter requesting an expedited review (with suspense date), stating the justification, should be provided.

4. <u>Designer Responsibility</u>. The designer should verify they have the most recent guidance prior to beginning design. Both the construction and permanent cases should be addressed within the submittal. In general, the designer should address the impact on the flood control project's seepage (through and under), stability (earthen and structural), ponding area storage, hydraulic conveyance (channels, drainage structures, and ditches), restoration of all features to original condition, and maintenance of flood protection within the critical area during construction. The designer should coordinate with the local sponsor and become familiar with features of the flood control project in the vicinity of the proposed work. Common features include earthen embankments, flood walls, stability berms, underseepage berms, rock slope protection, foreshore and landward blankets, pressure relief wells, collector pipes, toe drains, drainage structures and ditches, ponding areas, closure structures, pump stations, levee ramps, and levee turnouts.

5. <u>Reference Materials</u>. U.S. Army Corps of Engineers reference materials are accessible through the internet at http://www.usace.army.mil/inet/usace-docs/. A phone number is provided for ordering at this site also.

6. <u>Additional Reviewers</u>. The focus of this guidance is engineering aspects as it pertains to federally constructed flood control projects. In addition, submittal should be coordinated on each project with the Corps of Engineers Regulatory Branch (816-389-3670). If the project has the potential to impact navigation structures, then both Operations Technical Support Branch (816-389-3640) and the Corps of Engineers Hydraulic Section (816-389-3119) should be coordinated with during the design process. The designer and/or sponsor should coordinate as necessary with these organizations to insure a complete submittal is provided.

7. <u>Interior Drainage</u>. Interior drainage is generally not a Corps of Engineers responsibility. This normally falls under the local sponsor or another local agency or governing body. The sponsor should coordinate and address proposed alterations which may increase or reroute (redistribute) interior run-off. In general, the Corps of Engineers located and sized drainage structures through levees and flood walls based on drainage areas, storage areas, and run-off quantities at the time the Federally flood control project was being designed for construction. Changes such as pavements, sewer lines, excavation, and filling may increase the interior run-off or reroute the run-off such that the designed drainage structures can no longer effectively discharge without induced interior ponding/flooding.

GENERAL - 2

8. <u>Guidance Updates.</u>  The posted information is subject to change and modification, so users are advised to check this web site for any updates. We welcome any comments that users may have regarding improvements or additional topics. Please contact us via E-Mail, phone, or mail.

--- END ---