# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re   KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, | § | |
|         Armstrong, No. 10-866 | § | |
| _____ | § | |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant United States of America hereby respectfully requests, pursuant to LR 7.4, that this Court grant Defendant leave to file the attached reply brief in support of its Motion for a Protective Order (R.D 20777) and in response to Plaintiffs' Response to Defendant USA's Motion for a Protective Order Filed April 11, 2012 (R.D. 20791). Granting this motion will allow the Defendant to correct or clarify certain mis-characterizations of law or fact contained in Plaintiffs' Response to Defendant USA's Motion for a Protective Order.

Because Defendant's Motion to Dismiss will be submitted on briefs, without oral argument, the attached reply brief presents Defendant's only means by which to bring these key matters to the Court's attention. The attached reply brief is limited to new matters not addressed in Defendant's Motion for a Protective Order and is set forth in as succinct a manner as possible.

For the reasons set forth above, the United States requests that its motion for leave to file

/ / /

/ / /

/ / /

the attached reply brief be GRANTED.

                              Respectfully submitted,

                              STUART F. DELERY
                              Acting Assistant Attorney General

                              PHYLLIS J. PYLES
                              Director, Torts Branch

                              JAMES G. TOUHEY, JR.
                              Assistant Director, Torts Branch

                              <u>s/ James F. McConnon, Jr.</u>
                              JAMES F. MCCONNON, JR.
                              Trial Attorney, Torts Branch, Civil Division
                              U.S. Department of Justice
                              Benjamin Franklin Station, P.O. Box 888
                              Washington, D.C.  20044
                              (202) 616-4400 / (202) 616-5200 (Fax)
                              Attorneys for the United States

Dated: April 15, 2012

**<u>CERTIFICATE OF SERVICE</u>**

      I, James F. McConnon, Jr., hereby certify that on April 15, 2012, I served a true copy of the foregoing Motion for Leave to File Reply Brief upon counsel for all parties using the CM/ECF system.

                                      /s/ James F. McConnon, Jr.
                                      JAMES F. McCONNON, JR.