UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re  KATRINA CANAL BREACHES<br>           CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO: MRGO,<br>       Armstrong, No. 10-866<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT, the undersigned will bring the foregoing United States' Motion for Leave to File Reply Brief before the Honorable Joseph C. Wilkinson, Jr., United States Courthouse, 500 Poydras Street, New Orleans, LA, 70130, on the 2nd day of May, 2012, at 11:00 A.M.

                                                      Respectfully submitted,

                                                      STUART F. DELERY
                                                      Acting Assistant Attorney General

                                                      PHYLLIS J. PYLES
                                                      Director, Torts Branch

                                                      JAMES G. TOUHEY, JR.
                                                      Assistant Director, Torts Branch

                                                       s/ James F. McConnon, Jr.
                                                      JAMES F. MCCONNON, JR.
                                                      Trial Attorney, Torts Branch, Civil Division
                                                      U.S. Department of Justice
                                                      Benjamin Franklin Station, P.O. Box 888
                                                      Washington, D.C.  20044
                                                      (202) 616-4400 / (202) 616-5200 (Fax)
                                                      Attorneys for the United States

Dated: April 15, 2012

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 15, 2012, the foregoing United States' Notice of Submission was filed electronically.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

            /s/ James F. McConnon, Jr.
            JAMES F. MCCONNON, JR.