silva-tulla0412

1

```
 1
 2
 3   UNEDITED ROUGH DRAFT
 4
 5
 6   Test test test test test test test test
 7   test Dr. Silva test test test whatever it is,
 8   it is.  Geo engineering
 9         MR. MITSCH:
10         MR. TREEBY:
11             Sc.D. testing Treeby 's computer.
12         TPEFTDing Elwood 's computer
13             throughput.  Test test test.
14   EXAMINATION BY MR. STEVENS:
15      Q.   All right.  Doctor, my name is Elwood
16   Stephens.  Along with Mr. Scott Joanen we'll be
17   taking your deposition today.  A good portion
18   of tomorrow.  Appreciate you coming, I know
19   you've been out in California, so, it's a long
20   trip.  I warned the last witness, Dr. Stark,
21   that I have a tendency the be kind of
22   long-winded, so PHAEBGTD sure I finish my
23   question before you start your oops, it will
24   make Joe 's job a lot easier and make the
25   transcript PWRERT STO red as well?
```

2

```
 1      A.   If you don't understand what I'm
 2   getting at, just stop PE an say I'm lofted, you
```



silva-tulla0412

```
 8  backwards toward a result?
 9      A.   Yes.
10      Q.   Okay.  Any other evidence -- as you
11  said, you STKE termed that, separate I and
12  apart from Cobos-Roa.
13      A.   I didn't say that.
14      Q.   I'm asking you, separate and apart
15  from Cobos-Roa, did you do anything to assess
16  or determine that?
17      A.   Determine what?
18      Q.   That Dr. Bea P-S to you WHRETD a
19  result and then worked toward it.
20      A.   I mean it was clear to us that
21  Dr. Bea's results were nonsense.  And we were
22  trying to figure out, you know, why would he
23  use such a low come piece ability?  Where it
24  was due to ignorance or whether it was due, you
25  know, whether it was to man -P you late the
                                              109

 1  result, and we were not sure, frankly, until
 2  Dr. -- until Diego Cobos-Roa clarified it for
 3  us in the deposition where he would be told
 4  that this is, you know, we were going to
 5  analyze this in such a way that we would have
 6  high pressures on the land side, and place run
 7  an analysis that will give you that.  And
 8  Mr. Cobos-Roa stated, and I cannot quote, but
 9  we can look at the deposition record, that the
10  weighed he achieved this was by using an he
11  extremely low could he have -ish Entergy of
```

Page 93

silva-tulla0412

12  <mark>volume change M sub V.</mark>
13  Q.  Now, when you say Cobos-Roa was told
14  that we were going to analyze this had in such
15  a way that we would have high pressures on the
16  land side, you made a motion with your hand,
17  like from down to up.  Right?  Upward pressure?
18  Is that what you're saying?
19  A.  We don't have, I mean, we can just
20  talk about press SAOUS.  High pressures.
21  Q.  which pressures are you referring to?
22  A.  I guess the, these were seepage
23  pressures.
24  Q.  Okay.  Seepage pressures.  All right.
25  AOPL learning?

110

1   A.  Or pressures cue to seepage, you
2  could.
3   Q.  Well, you're text Peter, tell me?
4   A.  Pressures due to seepage, to be even
5  more clear.
6   Q.  PREGS SAOURS due to seepage.  Is there
7  a more scientific name than pressures due to
8  seepage?
9   A.  That's scientific enough.
10  Q.  Okay.  And what is it in your view
11  that is achieved in Dr. Bea 's scheme, if you
12  will, or in his manipulation, what is achieved
13  by man up you lating the data to have high
14  pressures due to seepage, we'll call that P D
15  S -- or PDT.  Is.  He's the kind of like P.
16  The S D but ditch.  P.  The.  Is.  Pressures

Page 94