1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4  IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
 5  CONSOLIDATED LITIGATION            NO. 05-4182 K2
 6                                     JUDGE DUVAL
 7  PERTAINS TO MRGO                   MAG. WILKINSON
 8  FILED IN:  05-4181, 05-4182, 05-5237, 05-6073,
 9             05-6314, 05-6324, 05-6327, 05-6359,
10             06-0225, 06-0886, 06-1885, 06-2152,
11             06-2278, 06-2287, 06-2824, 06-4024,
12             06-4065, 06-4066, 06-4389, 06-4634,
13             06-4931, 06-5032, 06-5155, 06-5159,
14             06-5156, 06-5162, 06-5260, 06-5771,
15             06-5786, 06-5937, 07-0206, 07-0621,
16             07-1073, 07-1271, 07-1285
17                       *   *   *
18                  (V O L U M E  II)
19         Deposition of ROBERT G. BEA, PH.D.,
20  given at the offices of Stone Pigman Walther
21  Wittmann, LLC, 546 Carondelet Street, New
22  Orleans, Louisiana 70130, on March 28th, 2012.
23  REPORTED BY:
24         JOSEPH A. FAIRBANKS, JR., CCR, RPR
25         CERTIFIED COURT REPORTER #75005
```

JOHNS, PENDLETON & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS
315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993



EXHIBIT 2A

```
 1   information, is that right?
 2       A.   Yes.
 3       Q.   But you don't know what it is.
 4       A.   Well, the only thing I could speculate
 5   is it could be photographs, additional
 6   photographs that I was able to review, or
 7   additional documents I don't recall.
 8       Q.   Look at the last sentence in the top
 9   paragraph on that page.  It reads:  Although in
10   all cases the canal bank was excavated as
11   required to a depth of four feet, additional
12   observations of contamination prompted
13   excavations to as deep as nine feet.  Is that
14   right?
15       A.   Yes.  And your concern is for the
16   difference in one foot?
17       Q.   My concern is your liberality with
18   facts, Dr. Bea.  That's my concern.  You asked
19   the question, I answered you.  It doesn't
20   require further comment.
21            MR. STEVENS:
22                Excuse me, Bill.
23       A.   Well, I'm sorry.  It does.
24   EXAMINATION BY MR. TREEBY:
25       Q.   If you want to make a speech, to
```

```
 1   ahead.
 2       A.    No, I don't want to make a speech.
 3       Q.    You have the floor, make a speech.
 4       A.    I don't want to make a speech, I
 5   wanted to comment relative to the one-foot
 6   difference.  I don't go willy-nilly through
 7   this and just add a foot because it might help
 8   something that I'm attempting to achieve.  I do
 9   the best I can to make appropriate estimates at
10   the time based on the information I have
11   available.  I'm not trying to cook the books.
12       Q.    If you'd turn to Page 49, Figure 28.
13       A.    Of what document?
14       Q.    Your report.
15       A.    Repeat?
16       Q.    Exhibit 1, Page 49 --
17       A.    Thank you.
18       Q.    -- Figure 28.
19       A.    Yes.
20       Q.    On that page, your photo caption says,
21   cofferdam at Boland Marine site dug to depth
22   exceeding 20 feet, water entry was associated
23   with penetration of organic layers encountered
24   at -16 feet, close quote.  Is that a correct
25   reading of your caption?
```