# Failures at the Inner Harbor Navigation Canal, East Bank Industrial Area, during Hurricane Katrina



IHNC – EBIA Breaches, photo taken 6 September 2005, courtesy of USACE.

**Prepared for:**  Jones Day, Washington, D.C.



Stone Pigman Walther Wittmann L.L.C.



**Prepared by:**  Francisco Silva - Tulla, Sc.D., P.E.
Consulting Civil Engineer
GeoEngineering & Environment



12 March 2012



12 BASKIN ROAD ● LEXINGTON ● MASSACHUSETTS ● USA ● 02421-6929 ● +1.781.862.1515 ●
silva@alum.mit.edu



EXHIBIT 3

uniform depths at their deepest elevations. This simplification, for purposes of any analyses, would increase the calculated impact of the excavations on the performance of the EBIA levees.

The contact between the Organic Clays and both the overlaying Clay /Fill Layer and underlying Interdistributary Clay was based upon organic content either from laboratory tests or visual identification. The upper Organic Clay had measurable organic content while the lower Organic Clay was identified by both $w_n \geq 100\%$ and a measurable organic content in accordance with ASTM standards. The contact between the Interdistributary Clay and the underlying sand was based upon both visual classification and CPT classification while the Clay Fill, Levee Fill, and excavation backfill materials were not easily distinguished by classification since they likely came from similar borrow areas.

universe. This error produces the invalid and misleading flow analyses results presented in Dr. Bea's assessment of "Forensic Engineering Analyses of Floodwall Performance."

Dr. Bea's erroneous flow analyses results totally misrepresent the subsurface flow regime during the Katrina storm surge, giving the impression that changes in total head occur immediately, because he models the soft clays as porous, incompressible materials. During the storm surge, total heads change from total stress changes, not from subsurface flow.

Based on incorrect flow analyses, Dr. Bea reached incorrect and invalid conclusions about the cause of failure of the North and South breaches at the IHNC EBIA.

Table VII-3 lists some of the other deficiencies we identified during our review of Dr. Bea's forensic engineering analyses of floodwall performance.

Table VII-3: Bea (2012) Site Characterization Deficiencies

| | Dr. Bea's (2012) Forensic Engineering Analyses Deficiencies |
|---|---|
| 1 | Failure to recognize the importance of Specific Storage or compressibility when analyzing transient flow problems. |
| 2 | Incorrect cause of failure conclusions based on incorrect and misleading flow analyses. Page: 12, 13, and other throughout the entire report. |
| 3 | Incorrect cause of failure conclusion based on inaccurate or misleading excavation geometry and composition. Page 13, 18, and others. |
| 4 | Incorrect cause of failure conclusions related to gap formation. Page 15 |
| 5 | Incorrect understanding of site stress history. Page 41 |
| 6 | Incorrect failure mechanisms based on incorrect flow analyses or misunderstanding of soil mechanics fundamentals. |
| 7 | Incorrect cause of failure conclusions based on incorrect stability analyses and misuse of probability applications. |
| 8 | Incorrect cause of failure conclusions based on inaccurate subsurface geometry. Page 99 |
| 9 | Incorrect conclusions due to inaccurate use of storm hydrograph. |