*Prepared for*

**United States Department of Justice**
1331 Pennsylvania Avenue NW, Suite 800N
Washington, DC 20004

# EXPERT REPORT
## by Patrick C. Lucia, Ph.D., P.E., G.E.

# Evaluation of Compliance with the Standard of Care for the TERC Task Order 26 Remediation of the East Bank Industrial Area of the Inner Harbor Navigation Canal (IHNC) in the Lower 9th Ward of New Orleans

For Katrina Canal Breaches Consolidated Litigation
Civil Action Number: 05-4182 "K" (2)
United States District Court
Eastern District of Louisiana
Pertains to MR-GO, Armstrong [No. 10-866]

*Prepared by*



engineers | scientists | innovators

1111 Broadway, 6th Floor
Oakland, California 94607

Project Number: WG1549
7 March 2012



EXHIBIT 5

Geosyntec ▷
consultants

5.  **OPINIONS**

Based on the review of the information described above, my opinion on the compliance with the Standard of Care of the USACE is summarized below.

1.  In regard to the evaluation of the impacts of the excavation and backfill work on the global stability of the floodwall in the EBIA under Task Order 26 of the TERC contract, I find no negligence on the part of the USACE. The existing flood protection system consisting of floodwalls and levees in the EBIA and the proposed NLCC project were both evaluated for global stability for the design storm events. The work plans submitted by WGI were reviewed, commented on and approved by the USACE. Sufficient analyses and engineering judgment were utilized by the USACE in their evaluation of the impacts of work conducted under Task Order 26 on the floodwall and levees in the EBIA.

    The analyses were conducted and are included in the 1966 USACE report in the case of the existing flood wall and levee system. That report implies the minimum control line (MCL) for the floodwalls under the design storm event. The area incorporated within the MCL encompasses the boundaries from about 15 to 20 feet on the flood side (EBIA) of the floodwall to about 100 feet on the protected side of the floodwall and to an elevation of about -30 feet. The MCL is defined by a minimum factor of safety of 1.3 and any work within that area could potentially reduce the factor of safety below the minimum required and would require additional analyses to evaluate the impact of any excavation or backfill. During implementation of Task Order 26 a boundary of about 15 from the floodwall on the flood side was imposed and this decision was consistent with the results of the analyses and the implied MCL.

    With the exception of shallow transite excavations, excavations and backfilling in the Boland and Saucer Marine areas were conducted at distances of approximately 80 to 260 feet from the nearest point on the floodwall, consistent with requirements of the MCL. The distances of the excavations and backfill were all approximately 100 to 560 feet from the eventual breaches in the floodwall. Based on analyses conducted and presented in the 1966