UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES                    CIVIL ACTION
           CONSOLIDATED LITIGATION
                                                                NO. 05-4182 "K" (2)

PERTAINS TO:  INSURANCE                             JUDGE DUVAL
           Abadie I, 06-5164                                MAG. WILKINSON
           Abadie II, 07-5112
           Aaron 06-4746
           Aguilar 07-4852

**ORDER**

At the request of plaintiffs' counsel (by letter filed separately in the record), a

telephone conference is hereby set in this matter before me on **April 23, 2012 at 1:30 p.m.**

The purpose of the conference is to discuss the ongoing issue of dual representation of

plaintiffs.  Plaintiffs' counsel, Joseph W. Rausch and Joseph Bruno, must participate by

contacting my office at 504-589-7630 at the designated time.

New Orleans, Louisiana, this _____16th_____ day of April, 2012.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**;
**JOSEPH W. RAUSCH; and**
**JOSEPH M. BRUNO**