UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION
                                NO. 05-418
PERTAINS TO BARGE
                                SECTION "K"

Perry, et al v. Ingram Barge Company, et al, 2:06-CV-06299
Lagarde, et al v. Lafarge North America, Inc., 2:06-CV-05342
Benoit, et al v. Lafarge North America, et al, 2:06-CV-07516
Weber, et al v. Lafarge North America, et al, 2:08-CV-04459
Mumford v. Ingram Barge Company, et al, 2:05-CV-05724
Boutte, et al v. Lafarge North America, Inc., 2:05-CV-05531

### NOTICE OF APPEAL

Notice is hereby given that the named Plaintiffs in the above entitled and numbered causes . . .

**Benoit. 06-07516**:

- Marie Short Benoit
- Henry Adams
- Gwendolyn Adams
- Robert Green, Sr.
- Jonathan Green
- David Green
- Everidge Green
- Earl Matthew Daniels, Sr.
- Mildred Delores Dean
- Karen Leon
- Ethel Leon
- Joyce Daniels

- Keiara Cartwright

**Weber. 08-04459:**

- Daniel Weber
- Melba Gibson
- Kevin McFarland

**Perry. 06-06299:**

- Jimmie A. Perry
- Nellie S. Perry

**Lagarde. 05-05342:**

- Marenthia Lagarde
- Michael Lagarde
- Donald Pritchett

- Joycelyn Moses
- Anthony Dunn
- Joycelyn Carter

**Mumford. 05-05724:**

- Ethel Mumford
- Aida Koch
- Herman H. Koch
- Jimmie Donnell Harris
- Harris Irvin
- Kismit Bourgere
- Michael Joseph Riche

**Boutte. 05-05531:**

- Blair Boutte
- Doris Shants

1

- Herbert Warren, Jr.

. . . and any and all others named therein, excluding Josephine Richardson, John Alford, Jerry Alford, and Holliday Jewelers, and those named in any and all other component cases purportedly affected by the District Court decisions hereby appealed-from, pursuant to Rules 3 and 4 of the Federal Rule of Appellate Procedure, do hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Judgments, Orders and Reasons March 20, 2012 and March 28, 2012, R. Docs. 20714, 20734 and 20735, as also entered in the component cases listed above in the Caption, rendering Summary Judgment in favor of Lafarge North America, Inc. and American Steamship Owners Mutual Protection and Indemnity Association, and dismissing the named Plaintiffs' claims in their entirety.  This appeal also includes the appeal of all related orders and rulings.

This ____ day of _____, 2012.

Respectfully submitted,

*/s/Brian A. Gilbert*
Brian A. Gilbert (21297)
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com,

Shawn Khorrami (CA SBN #14011)
**KHORRAMI, POLLARD & ABIR, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010

e-mail: Skhorrami@kpalawyers.com

David M. Barshay (PHV - N.Y.S.B.A. #3018033)
**BAKER, SANDERS, BARSHAY, GROSSMAN, FASS, MUHLSTOCK AND NEUWIRTH, LLC**
100 Garden City Plaza, 5th Floor
Garden City, New York 11530
Telephone: 516-741-4799
Facsimile: 516-282-7852
Email: DBarshay@TheSandersFirm.com

Lawrence A. Wilson (PHV-N.Y.S.B.A. #2487908)
**WILSON, GROCHOW, DRUKER & NOLET**
233 Broadway, 5th Floor
New York, NY  10279
Telephone:  (212) 608-4400
Facsimile:  (212) 608-0746
e-mail:  lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (13457)
Karl Wiedemann (18502)
**WIEDEMANN LAW FIRM**
110 Veterans Memorial Blvd., Ste. 444
Metairie, Louisiana 70005
Telephone: 504-581-6180
e-mail: ldwiedemann@gmail.com
karlwiedemannlaw@gmail.com

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 16TH day of April, 2012.

*/s/Brian A. Gilbert*