# JIM S. HALL & ASSOCIATES, LLC
ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100　　　　　　　　　　　　　　　Telephone: (504) 832-3000
Metairie, Louisiana 70001　　　　　　　　　　　　　　　　　　Telecopier: (504) 832-1799

April 12, 2012

**SENT VIA FACSIMILE (504) 589-7633**
**AND U.S. MAIL**
Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

RE:　**Katrina Cases**
　　　**Dual Representation: Bruno/Hall Firms**

Dear Magistrate Wilkinson:

　　As we press to conclude our Katrina cases, we are faced with the situation where there are dual representations with the Law Offices of Joseph M. Bruno, which continues to escape a final resolution. One case holds up final distribution of funds.

　　I write to request the Court's assistance in resolving the issues of all dual representation between Jim S. Hall & Associates, LLC and the Law Offices of Joseph M. Bruno. You have assisted us with this issue in the past.

　　I thank you in advance for your assistance and await your guidance. We will make arrangements to meet at your convenience.

Most Respectfully,

JOSEPH W. RAUSCH

cc:　Joseph M. Bruno (504)561-6775

JWR/wc