**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ § | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, | § | |
|     Armstrong, No. 10-866 | § | |
| _____ § | | |

## EX PARTE MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant United States of America hereby respectfully requests, pursuant to LR 7.4, that

this Court grant Defendant leave to file the attached reply brief in support of its Motion for a

Protective Order (R.D 20777) and in response to Plaintiffs' Response to Defendant USA's

Motion for a Protective Order Filed April 11, 2012 (R.D. 20791). Granting this motion will allow

the Defendant to correct or clarify certain mis-characterizations of law or fact contained in

Plaintiffs' Response to Defendant USA's Motion for a Protective Order.

Because Defendant's Motion to Dismiss will be submitted on briefs, without oral

argument, the attached reply brief presents Defendant's only means by which to bring these key

matters to the Court's attention.  The attached reply brief is limited to new matters not addressed

in Defendant's Motion for a Protective Order and is set forth in as succinct a manner as possible.

For the reasons set forth above, the United States requests that its motion for leave to file

/ / /

/ / /

/ / /

the attached reply brief be GRANTED.

A proposed Order is attached.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. MCCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: April 17, 2012

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on April 17, 2012, I served a true copy of

the foregoing Ex Parte Motion for Leave to File Reply Brief upon counsel for all parties using

the CM/ECF system.

/s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.