UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                   CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO:                                    SECTION "K"(2)
*Armstrong*, C.A. No. 10-866

Before the Court are:

1. Motion to Strike Portions of Dr. Robert Bea's Rebuttal Report (Doc. 20759);

2. Ex Parte Motion for Expedited Hearing (Doc. 20760) filed by the United States;

3. Defendant Washington Group International, Inc.'s Motion to Strike Portions of Dr. Robert Bea's "Rebuttal" Report (Doc. 20764); and

4. Defendant Washington Group International, Inc.'s Ex Parte Motion for Expedited Hearing (Doc. 20765).

The Court has reviewed these motions and the Opposition to Defendants' Motions to Strike Portions of Dr. Robert Bea's "Rebuttal Report" (Doc. 20794).  In order for the Court to render an appropriate decision, it is impossible to do so without a thorough review of Dr. Bea's initial expert report in its entirety, the reports of Dr. Francisco Silva-Tulla and Dr. Allan Marr, the April 3, 2012 Rebuttal Report of Dr. Bea, and the Expert and Rebuttal Reports: Forensic Engineering Quantitative Analyses of Dr. Bea of April 11, 2012.  As such and based on the Court's schedule, an expedited decision cannot be undertaken; the Court intends to make a considered, informed and fair decision with respect to this issue and cannot do so without the Court's measured review of all of these documents.

The Court's discretion in this matter is substantial particularly in light of this being non-jury trial. Nonetheless, the Court reserves its right to strike any and all of the reports at issue herein should the Court find such action appropriate.  Accordingly,

**IT IS ORDERED** that by **5:00 p.m. April 23, 2012**, counsel for the United States shall provide the expert report of Dr. Allan Marr and WGI shall provided the expert report of Dr. Francisco Silva-Tulla.

**IT IS FURTHER ORDERED** that plaintiffs shall provide a copy of Dr. Bea's initial expert report by **5:00 p.m. April 23, 2012**.

**IT IS FURTHER ORDERED** that a decision on the Motion to Strike Portions of Dr. Robert Bea's Rebuttal Report (Doc. 20759) filed by the United States and Defendant Washington Group International, Inc.'s Motion to Strike Portions of Dr. Robert Bea's "Rebuttal" Report (Doc. 20764) is **DEFERRED**.  No further briefing on this matter is required and the Court shall make its determination as to what portions of Dr. Bea's report of April 3, 2012 and April 11, 2012,if any, shall be stricken.  Should the parties desire oral argument, it shall be requested **on or before April 30, 2012** and shall be scheduled at the time established for *Daubert* motions, that being **June 28, 2012 at 10:00 a.m.**   If no request is made, the Court will make its decision in due course and possibly before that time.

**IT IS FURTHER ORDERED** that the Court shall strike immediately any further "reports" filed by Dr. Bea as time barred.

**IT IS FURTHER ORDERED** that the Ex Parte Motion for Expedited Hearing (Doc. 20760) filed by the United States and Defendant Washington Group International, Inc.'s Ex Parte Motion for Expedited Hearing (Doc. 20765) are **DENIED**.

New Orleans, Louisiana, this  17th  day of April, 2012.

**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**