Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION            NO. 05-4182   K2

                                   JUDGE DUVAL

PERTAINS TO MRGO                   MAG. WILKINS ON

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,

          05-6314, 05-6324, 05-6327, 05-6359,

          06-0225, 06-0886, 06-1885, 06-2152,

          06-2278, 06-2287, 06-2824, 06-4024,

          06-4065, 06-4066, 06-4389, 06-4634,

          06-4931, 06-5032, 06-5155, 06-5159,

          06-5156, 06-5162, 06-5260, 06-5771,

          06-5786, 06-5937, 07-0206, 07-0621,

          07-1073, 07-1271, 07-1285


       Deposition of PATRICK C. LUCIA, PH.D.,

P.E., given at the offices of Bruno & Bruno,

855 Baronne Street, New Orleans, Louisiana

70113, on March 23rd, 2012.


REPORTED BY:

       JOSEPH A. FAIRBANKS, JR., CCR, RPR

       CERTIFIED COURT REPORTER #75005



EXHIBIT A

0fd0440a-00de-42b8-b25b-0f30c8d95cf1

PATRICK C. LUCIA                                    March 23, 2012

```
                                                          Page 2
 1   APPEARANCES:

 2   REPRESENTING THE PLAINTIFFS:

 3          BRUNO & BRUNO

 4          (BY:  SCOTT L. JOANEN, ESQUIRE)

 5          855 Baronne Street

 6          New Orleans, Louisiana 70113

 7          504-525-1335

 8

 9   REPRESENTING THE UNITED STATES OF AMERICA:

10          U.S. DEPARTMENT OF JUSTICE

11          (BY:  CONOR KELLS, ESQUIRE)

12          Torts Branch, Civil Division

13          P.O. Box 888

14          Benjamin Franklin Station

15          Washington, D.C. 20044

16          202-616-4289

17

18   REPRESENTING WASHINGTON GROUP INTERNATIONAL,

19          INC.:

20          JONES DAY

21          (BY:  ADRIAN WAGER-ZITO, ESQUIRE)

22          51 Louisiana Avenue, N.W.

23          Washington, D.C. 20001-2113

24          202-879-4645

25   - and -
```

PATRICK C. LUCIA                                            March 23, 2012

Page 3

1       STONE PIGMAN WALTHER WITTMANN, L.L.C.

2       (BY:   JAMES C. GULOTTA, JR., ESQUIRE)

3       546 Carondelet Street

4       New Orleans, Louisiana 70130

5       504-581-3200

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PATRICK C. LUCIA                                  March 23, 2012

Page 189

```
 1    conversation with Jerry Colletti to try and
 2    clear up this issue about what was required and
 3    what was not required.
 4    EXAMINATION BY MR. JOANEN:
 5         Q.   Uh-huh.
 6         A.   And my understanding from Mr. Colletti
 7    was that this was a Corps issue in the project
 8    and it did not require a permit, it only
 9    required right of entry from the Orleans Levee
10    District.
11         Q.   Okay.
12         A.   And so the only permit -- which I
13    don't know if we should even call it a permit.
14    But all that was required was, Mr. Colletti
15    said, was a right of entry from the Orleans
16    district.
17         Q.   Do you have any other information
18    relative to that issue other than
19    Mr. Colletti's conclusions -- or statements to
20    you?
21         A.   Only I read Mr. Column's discussion
22    regarding that in his deposition and -- but
23    that would be my entire, um -- all my knowledge
24    on that.  It comes from Mr. Colletti.
25         Q.   And you didn't do any separate
```

JOHNS, PENDLETON COURT REPORTERS                  504 219-1993

0fd0440a-00de-42b8-b25b-0f30c8d95cf1