UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re   KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
|   Armstrong, No. 10-866 | § | |
| | § | |

### ORDER

Having considered Defendant United States of America's Ex Parte Motion for Expedited Hearing on its Motion for a Protective Order, and for good cause shown, it is hereby ORDERED that Defendant's Motion is hereby GRANTED.

The United States' Motion for a Protective Order shall be heard without oral argument before Honorable Joseph C. Wilkinson, Jr., United States Magistrate Judge, on April _____ , 2012.

New Orleans, Louisiana, this _____ day of _____, 2012.

**DENIED**

4/19/12

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE