UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re   KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| Armstrong, No. 10-866 | § | |
| | § | |

## ORDER

Having considered Defendant United States of America's Ex Parte Motion for Leave to File Reply Brief, and for good cause shown, it is hereby ORDERED that Defendant's Motion is hereby GRANTED.

New Orleans, Louisiana, this __18th__ day of __April__, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE