# JIM S. HALL & ASSOCIATES, LLC
### ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100　　　　　　　　　　　　　　　　　　Telephone: (504) 832-3000
Metairie, Louisiana 70001　　　　　　　　　　　　　　　　　　　　Telecopier: (504) 832-1799

April 20, 2012

**VIA FACSIMILE (504) 589-7633**
**AND U.S. MAIL**
Honorable Magistrate Joseph C. Wilkinson, Jr.
United States District Court
500 Poydras Street, Room B409
New Orleans, LA 70130

　　　　RE:　**Katrina Cases**
　　　　　　　**Dual Representation: Bruno/Hall Firms**

Dear Magistrate Wilkinson:

　　As per our conversation with your office, this will confirm that we have reached an agreement with the law office of Bruno & Bruno regarding this matter. Therefore, we would like to cancel the telephone conference scheduled with you for Monday, April 23rd at 1:30 p.m.

　　At the request of your office, I am enclosing a copy of an email received from Mr. Bruno indicating this agreement.

　　Thank you for your assistance in this matter.

　　　　　　　　　　　　　　　　　　　　　　Most Respectfully,

　　　　　　　　　　　　　　　　　　　　　　Joseph W. Rausch
　　　　　　　　　　　　　　　　　　　　　　JOSEPH W. RAUSCH

JWR/wc
Enclosure

　　cc:　Joseph M. Bruno (VIA FAX NO: 561-6775)