UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE<br>    Abadie I, 06-5164<br>    Abadie II, 07-5112<br>    Aaron 06-4746<br>    Aguilar 07-4852 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

The court has been advised by plaintiffs' counsel, Joseph Rausch (by letter filed separately in the record), that an agreement has been reached concerning the issue of dual representation of plaintiffs.  Accordingly, **IT IS ORDERED** that the telephone conference set before me concerning this matter on April 23, 2012 is hereby CANCELLED.

New Orleans, Louisiana, this  20th  day of April, 2012.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**;
**JOSEPH W. RAUSCH; and**
**JOSEPH M. BRUNO**