**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Thursday, April 19, 2012 9:17 AM
**To:** Joe Bruno; wtreeby@stonepigman.com
**Cc:** David.Dyer@usace.army.mil; Mitsch, Rupert (CIV); Kells, Conor (CIV); Woodcock, Jack (CIV)
**Subject:** Jourdan Avenue canal

Joe and Bill:

Based on our collective interest in verifying that sheet piles were extracted when the canal was boxed, I am arranging through the Corps for an investigation of the area.  I anticipate that this will involve some excavation with a backhoe to confirm the absence of sheeting.  The Corps is seeking a right of entry from OLD.  When that is obtained, the work will be scheduled, within the next week if possible.  I will keep you apprised so your experts can be present if they choose to be there when the work occurs.

Robin

Robin Doyle Smith
Senior Trial Counsel
Civil Division, Torts Branch
202.616.4289

