UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>    ARMSTRONG, C.A. No. 10-866 | § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

NOTICE OF PRODUCTION

The United States is producing W. Allen Marr's expert report reliance materials. The reliance materials are not Bates-stamped. However, the United States will produce Bates-stamped, if possible, copies of the reliance materials at a later date. The United States' Production Log is attached.

                                                  Respectfully submitted,

                                                  STUART F. DELERY
                                                  Acting Assistant Attorney General

                                                  PHYLLIS J. PYLES
                                                  Director, Torts Branch

                                                  JAMES G. TOUHEY, JR.
                                                  Assistant Director, Torts Branch

                                                   s/ James F. McConnon, Jr.
                                                  JAMES F. McCONNON, JR.
                                                  Trial Attorney, Torts Branch, Civil Division
                                                  U.S. Department of Justice
                                                  Benjamin Franklin Station, P.O. Box 888
                                                  Washington, D.C.  20044
                                                  (202) 616-4400 / (202) 616-5200 (Fax)
                                                  Attorneys for the United States

Dated: April 21, 2012

## **CERTIFICATE OF SERVICE**

     I, James F. McConnon, Jr., hereby certify that on April 21, 2012, I served a true copy of the United States' Notice of Production upon the parties by ECF.

                                                     s/ James F. McConnon, Jr.
                                                     JAMES F. McCONNON, JR.