UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## THE MRGO PLAINTIFFS' THIRD AMENDED FINAL WITNESS LIST

Pursuant to the Court's March 17, 2011, Minute Entry (Doc. Rec. No. 20200), as modified by the Court's November 23, 2011 (Doc. Rec. No. 20592) and December 9, 2011, (Doc. Rec. No. 20608) Orders, the MRGO Plaintiffs' ("Plaintiffs'") submit this final list of witnesses that may or will be introduced at trial in the above referenced action.

As discovery in this case will not close until April 20, 2012, this Final List has been prepared in good faith on the basis of the information currently available.

| EXPERT/FACT WITNESS | SUBJECT MATTER/ EXPERTISE |
|---|---|
| Kenneth & Jeannine Armstrong<br>2400 Armis Drive<br>Meraux, LA 70075 | Fact testimony regarding personal experiences and losses. |
| Succession of Ethel Mae Coates<br>Nathan Morgan<br>756 Louisiana Ave.<br>New Orleans, LA 70115 | Fact testimony regarding personal experiences and losses. |
| Alvin Livers<br>13492 Paces Point<br>Gonzales, LA 70737 | Fact testimony regarding personal experiences and losses. |
| Clifford Washington<br>1910 Charbonnet Street<br>New Orleans, LA 70117 | Fact testimony regarding personal experiences and losses. |

| Fred Holmes<br>30321 Glenboro Drive<br>Spring, TX 77386 | Fact testimony regarding personal experiences and losses. |
|---|---|
| Chad A. Morris, P.L.S.<br>545 Shady Lake Pkwy.<br>Baton Rouge, LA 70810 | Expert Witness. Mr. Morris' testimony will address his review of survey data, aerial photographs, ground level photographs and construction drawings, as well as, GIS, GPS and LIDAR data used to create geographic mapping and surveying of the EBIA work sites, excavations, backfill operations and the North and South Breaches along the IHNC and inputs he supplied to the Dutch for their flood modeling. |
| Professor Johannes Vrijling<br>Delft University of Technology<br>Postbus 5<br>2600 AA Delft<br>The Netherlands | Expert witness. Professor Vrijling's testimony will illustrate the August/September 2005 metropolitan New Orleans inundation. |
| Robert Bea, Ph.D., P.E.<br>60 Shuey Drive<br>Moraga, CA 94556 | Expert witness. Dr. Bea's testimony will address forensic engineering and causation analysis for the north and south breaches. |
| David Rogers, Ph.D.<br>157 McNutt Hall<br>1400 N. Bishop Ave.<br>Missouri University of Science & Technology<br>Rolla, MO 65409-0230 | Expert witness. Dr. Rogers testimony will address the developmental history of the area, site geology, and site characterization |
| Scott Taylor<br>2257 James River Road<br>West Palm Beach, FL 33411 | Expert witness. Mr. Taylor's testimony will address the appraised of value plaintiffs property damage. |
| John Crawford, P.E.<br>Crawford Engineering<br>1926 Burgundy<br>New Orleans, LA 70116 | Expert witness. Mr. Crawford's testimony will address the structural damage to plaintiffs' properties |
| G. Randolph Rice, Ph.D.<br>Professor Emeritus, LSU<br>7048 Moniteau Court<br>Baton Rouge, LA 70809 | Expert Witness. Mr. Rice's testimony will calculate the value of Plaintiffs' Armstrong and Holmes', loss of income, fringe benefits and retirement benefits. |

| | |
|---|---|
| Cajun Industries, LLC<br>Jamey Sandefur<br>15635 Airline Highway<br>Baton Rouge, LA 70817 | Cajun Industries, LLC's employees' and agents' knowledge includes, without limitation, the demolition, removal, construction, remediation, replacement, repairs, analyses, surveys, designs, installations, investigations, and studies performed along the east side of the IHNC after Hurricanes Katrina and Rita. |
| Reda M. Bakeer, Ph.D., P.E.<br>Consulting Engineer<br>4624 Pike Drive<br>Metairie, LA 70003 | Dr. Bakeer's knowledge includes, without limitation. his findings, opinions, conclusions and results of his analyses relative to the causes of the two breaches (North and South Breach) that occurred in the floodwall along the east bank of the Inner Harbor Navigation Canal (IHNC) during Hurricane Katrina. |
| McElwee Constructions<br>Melvin M.L. McElwee<br>14154 Rev. Joseph White Rd.<br>Independence, LA 70443 | Soils conductivity observations along the eastern side of the IHNC. |
| Terry Mark Adams<br>2165 Carol Sue Ave.<br>Gretna, LA 70056 | Mr. Adams' knowledge includes, without limitation, his eyewitness account of the timing and location of water coming over and under the levee and floodwalls along the east-side of the IHNC during Hurricane Katrina. |
| John Greishaber<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Greishaber's knowledge includes, without limitation, the Corps's process and procedure for analyzing and offsetting the potential impact of EBIA excavations, on the adjacent IHNC floodwalls, including underseepage, wall and global stability |
| Walter Baumy<br>Army Corps of Engineers<br>7400 Leake Ave<br>New Orleans, LA 70118 | Mr. Baumy's knowledge includes, without limitation, analyzing design aspects of particular projects, preparing plans and specifications, and determining whether excavations would have impacts on adjacent flood control structures. |
| Gerald Colletti<br>Army Corps of Engineers<br>7400 Leake Ave<br>New Orleans, LA 70118 | Mr. Colletti's knowledge includes, without limitation, the Corps's practice and procedure for analyzing a project's potential impact on adjacent flood control structures. |

| | |
|---|---|
| Richard Varuso<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Varuso's knowledge includes, without limitation, EBIA excavations and backfill and the Corps's geotechnical division's role in Task Order 26. |
| Lee A. Guillory, P.E.<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Guillory's knowledge includes, without limitation, the EBIA and all related excavations and analyses, including underseepage analyses, the TERC and Task Order 26, and any and all changes and modifications thereto. |
| Gerarld DiCharry, Jr.<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118<br>alternatively<br>1813 Francis Ave.<br>Metairie, Louisiana 70003 | Mr. DiCharry, Jr.'s knowledge includes, without limitation, the IHNC Lock Replacement Project and the project's potential impact on the adjacent floodwalls' stability. |
| James Montegut<br>Army Corps of Engineer<br>7400 Leake Ave.<br>New Orleans, LA 70118<br>alternatively<br>6190 Tezcuco Court<br>Gonzales, Louisiana 70737. | Mr. Montegut's knowledge includes, without limitation, on-site quality assurance, inspections and reporting of Task Order 26 as well as the oversight of WGI's performance on Task Order 26. |
| Alvin Clouatre<br>Army Corps of Engineer<br>7400 Leake Ave.<br>New Orleans, LA 70118,<br>alternatively<br>655 Plantation Boulevard<br>Mandeville, Louisiana 70448 | Mr. Clouatre's knowledge includes, without limitation, the quality assurance aspects of Task Order 26, including the on-site monitoring of WGI and its subcontractors. |
| Michael O' Dowd<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Personal experience during and after Hurricane Katrina. |

| | |
|---|---|
| Sara Alvey<br>URS Energy & Construction, Inc.<br>(formerly Washington Group International, Inc.)<br>600 Montgomery Street, 26th Fl.<br>San Francisco, CA 94111-2728 | Ms. Alvey's knowledge includes, without limitation, the quality control aspects of Task Order 26, including on-site monitoring. |
| Stephen Clay Roe<br>URS Energy & Construction, Inc.<br>(formerly Washington Group International, Inc.)<br>600 Montgomery Street, 26th Fl.<br>San Francisco, CA 94111-2728<br>Alternatively:<br>14054 West Cornell Ave.<br>Lakewood, Colorado 80228 | Mr. Roe's knowledge includes, without limitation, the management of WGI's employees and subcontractors who worked on Task Order 26. |
| Phillip Lee Staggs<br>URS Energy & Construction, Inc.<br>(formerly Washington Group International, Inc.)<br>600 Montgomery St., 26th Fl.<br>San Francisco, CA 94111<br>Alternatively:<br>225 South Tropical Trail,<br>Merritt Island, Florida 32952. | Mr. Staggs's knowledge includes, without limitation, the EBIA excavations and the backfill materials used therein, the supervision of WGI and its subcontractors with respect to demolition, remediation and site restoration, as well as the daily subcontractor reports and coordinated field activities with the Corps. |
| Dennis O'Connor<br>URS Energy & Construction, Inc.<br>(formerly Washington Group International, Inc.)<br>600 Montgomery St., 26th Fl.<br>San Francisco, CA 94111<br>Alternatively:<br>35745 Calle Nopal<br>Temecula, CA 92592 | Mr. O'Conner knowledge includes, without limitation, the Saucer Marine excavation, the use of off-site material for backfill, the performance aspects of the Task Order 26, including on-site supervision of WGI and its subcontractors, as well as the project's cost, schedule, safety and overall quality and technical management. |
| Anne Patten Veigel<br>URS Energy & Construction, Inc.<br>(formerly Washington Group International, Inc.)<br>600 Montgomery St. 26th Fl.<br>San Francisco, CA 94111 | Ms. Veigel's knowledge includes, without limitation, the Indefinite Delivery-Indefinite Quantity Contract for the remediation of various hazardous, toxic, and radioactive waste, including the general requirements for all of WGI's anticipated work on the EBIA. |

| | |
|---|---|
| George Bacuta<br>U.S. Nuclear Regulatory Commission<br>One Whiteflint North<br>11555 Rockville Pike<br>Mail Stop 0-12-E-1<br>Rockville, Maryland 20852 | Mr. Bacuta's knowledge includes, without limitation, geotechnical, geological, geochemical, and chemical testing data reviewed by the Corps and/or its contractors during the execution of Task Order 26. |
| Daniel A. Rees<br>Executive Counsel<br>State of Louisiana of Administration<br>Office of Community Development<br>150 N. 3rd Street, Ste. 200<br>Baton Rouge, LA 70801 | Mr. Rees' knowledge includes, without limitation, the implementation and operation of the Road Home Program (the "Program"), the evaluation of a subject property's value and/or damages by the Program, the assignment of rights clauses contained within the Program's closing documents, the Program's closing documents, the Program's utilization of the assignment of rights and the transfer of proceeds subject of the assignments of rights, the benefits received by the participants in the Program. |
| John P. Saia<br>Army Corps of Engineer<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Saia's knowledge includes, without limitation, the appropriation process, as well as planning, programs, and project management of the EBIA project, as well as permit processing. |
| Robert Turner<br>Lake Borgne Levee District<br>6136 E. St. Bernard Hwy,<br>Violet, LA. 70092 | Mr. Turner's knowledge includes, without limitations, the pumping capacities of the Lake Borgne Levee District and how that is related to the removal of rainwater from St. Bernard Parish. |
| Richard B. Pinner<br>Army Corps of Engineer<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Mr. Pinner's knowledge includes, without limitation, the permitting process for work within established parameters of flood control structures; geotechnical assessments of soil conditions and excavation within aforementioned parameters. |
| F. Arlene Smith<br>Army Corps of Engineer<br>7400 Leake Ave.<br>New Orleans, LA 70118 | Ms. Smith, a Corps Contract Specialist, has knowledge that includes, without limitation, the TERC funding process. |

| | |
|---|---|
| Steven Spencer<br>Board of Commissioners<br>New Orleans Levee District<br>6001Stars & Stripes Blvd,<br>Admin Bldg,Ste202<br>New Orleans, LA 70126-8006 | Mr. Spencer's knowledge includes, without limitation, the issuance of permits to entities/persons seeking to perform subsurface work within established parameters of flood control structures. |
| James Blazek<br>MMG<br>3520 General Degaulle<br>New Orleans, LA 70114 | Mr. Blazek's knowledge includes, without limitation, the scope of job responsibilities relative to site assessment, project recommendations, initiation and accomplishment of Task Order 26. |
| Jack Huerkamp<br>N.O. Sewerage & Water Board<br>625 Saint Joseph Street<br>New Orleans, LA 70165 | Mr. Huerkamp's knowledge includes, without limitation, the pump capacities of the New Orleans Sewerage & Water Board, and how its related to the removal of rainwater from Orleans Parish. |
| Hillary Nunez<br>St. Bernard Parish, Department of Public Works Public Works Building<br>120 Agriculture Road<br>Chalmette, LA 70043 | Mr. Nunez's knowledge includes, without limitation, the pump capacities of the St. Bernard Public Works, and how its related to the removal of rainwater from St. Bernard Parish. |
| Louis Pomes<br>St. Bernard Parish, Department of Public Work Public Works Building<br>120 Agriculture Road<br>Chalmette, LA 70043 | Mr. Pomes' knowledge includes, without limitation, the pump capacities of the St. Bernard Public Works, and how its related to the removal of rainwater from St. Bernard Parish. |
| William Villavaso (Deceased)<br>N.O. Sewerage & Water Board<br>625 Saint Joseph Street<br>New Orleans, LA 70165 | Mr. Villavaso's knowledge includes, without limitation, the pump capacities of Pump Station 5. Mr. Villavaso's testimony will be via deposition excerpts. |
| Allen Marr, Ph.D., P.E., N.A.E. | Defense Expert |
| Patrick Lucia, Ph.D., P.E., G.E. | Defense Expert |
| Thomas Brandon, P.E. | Defense Expert |
| Dr. Thomas Naymik, Ph.D. P.G. | Defense Expert |
| Joseph Dunbar | Defense Expert |
| Timothy Stark, Ph.D., P.E., D.G.E. | Defense Expert |

| | |
|---|---|
| David Sykora, Ph.D., P.E., G.E. | Defense Expert |
| Francisco Silva-Tulla, Sc.D., P.E. | Defense Expert |
| Robert Dalrymple, Ph.D., P.E. | Defense Expert |
| James R. Danner, Jr., P.E. | Defense Expert |
| Jean-Prieur 'JP' Du Plessis | Defense Expert |
| Karl Schneider | Defense Expert |
| Michael Traux | Defense Expert |
| Robert Turner<br>UNO Technology Park<br>CERM Building, Suite 422<br>2045 Lakeshore Drive<br>New Orleans, LA 70122 | Mr. Turner's knowledge, as the designated 30(b)(6) Representative of Lake Borgne Basin Levee District, includes, without limitation, the process and procedures during a storm and maintenance of the 40 Arpent Canal Levee. |
| New Orleans Sewage and Water Board<br>625 Saint Joseph Street<br>New Orleans, LA 70165 | The 30(b)(6) Representatives' knowledge includes, without limitation, the process and procedure for analyzing and overseeing all work being completed at the EBIA/IHNC area and the issuance of permits. |
| New Orleans Levee District<br>5401 Lakeshore Drive<br>New Orleans, LA 70126 | The 30(b)(6) Representatives' knowledge includes, without limitation, the process and procedure for analyzing and overseeing all work being completed at the EBIA/IHNC area and issuing of permits. |
| United States Army Corps of Engineers<br>Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA 70118 | The 30(b)(6) Representatives' knowledge includes, without limitation, the Corps's process and procedure for analyzing and overseeing all work being completed at the EBIA/IHNC area. |
| Washington Group International, Inc.<br>URS Energy & Construction, Inc.<br>(formerly Washington Group International, Inc.)<br>600 Montgomery Street, 26th Fl.<br>San Francisco, CA 94111-2728 | The 30(b)(6) Representatives' knowledge includes, without limitation, the process and procedure for analyzing and overseeing all work being completed at the EBIA/IHNC area. |

- Any witness listed by any other party to this litigation; and
- Any and all witnesses called to rebut any testimony by a witness called by any other party to this litigation.

PLAINTIFFS' LIAISON COUNSEL

s/ *Joseph M. Bruno*

JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*

JAMES PARKERSON ROY (La. Bar No. 11511)
Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 23rd day of April, 2012.

/s/ *Joseph M. Bruno*
Joseph M. Bruno