MINUTE ENTRY
DUVAL, J.
April 27, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:<br>*Armstrong*, C.A. No. 10-866 | SECTION "K"(2) |

Attending a telephonic status conference held this day were:

William Treeby for Washington Group International, Inc. ("WGI") and

Joseph Bruno for plaintiffs.

After discussion concerning the length of the memorandum in support that WGI anticipates filing with respect to its *Daubert* challenge of **Dr. Robert Bea's expert report**,

**IT IS ORDERED** that leave is hereby **GRANTED** for said memorandum to exceed the twenty-five page limit; however, it shall be no longer than fifty pages.

JS-10: 10 MINS.