UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order dated April 17, 2012 (Rec. Doc. 20799), Defendant, Washington Group International, Inc. ("WGII") requests oral argument on its Motion to Strike Portions of Dr. Robert Bea's Rebuttal Report (Rec. Doc. 20764). WGII respectfully asserts that oral argument will assist the Court with its disposition of this Motion.

Dated: April 30, 2012

Respectfully submitted,

*/s/ Heather S. Lonian*
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

AND

1092138v.1

- 2 -

1092138v.1

        Adrian Wager-Zito
        Debra S. Clayman
        JONES DAY
        51 Louisiana Avenue, N.W.
        Washington, D.C. 20001-2113
        Telephone:  (202) 879-3891
        Facsimile:  (202) 626-1700

        *Attorneys for Washington Group*
        *International, Inc., a division of URS*
        *Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 30th day of April, 2012.

        */s/ Heather S. Lonian*