UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Armstrong*, No. 10-866 | § | |
| _____ | § | |

**DEFENDANT UNITED STATES' EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE EXCESS PAGES**

    Defendant United States hereby respectfully requests leave to file a brief not exceeding 50 pages in support of the United States' Motion to Exclude the Testimony of Robert G. Bea.  The Court has previously granted leave to Washington Group International to file a brief of this length, and for the reasons stated therein the United States also seeks to file excess pages.

                                                    Respectfully submitted,

                                                    s/ Robin Doyle Smith
                                                    ROBIN DOYLE SMITH
                                                    Senior Trial Counsel, Torts Branch
                                                    Civil Division
                                                    U.S. Department of Justice
                                                    Benjamin Franklin Station,
                                                    P.O. Box 888
                                                    Washington, D.C.  20044
                                                    (202) 616-4400/616-5200 (fax)
                                                    robin.doyle.smith@usdoj.gov
                                                    Attorney for the United States

-2-

## CERTIFICATE OF SERVICE

    I certify that a true copy of the foregoing was served upon all counsel of record by ECF.

s\ Robin Doyle Smith