# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Armstrong*, No. 10-866 | § | |
| _____ | § | |

## ORDER

Having considered the United States' Ex Parte/Consent Motion for Leave to File a Memorandum Exceeding Twenty-Five Pages in Length, and for good cause shown, it is hereby ORDERED that the Motion for Leave to File is GRANTED. The United States may file a Reply Memorandum not exceeding fifty pages in length.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE