UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO:  MRGO | * | SECTION "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## REQUEST FOR ORAL ARGUMENT AND EVIDENTIARY HEARING

PLEASE TAKE NOTICE that Defendant, Washington Group International, Inc. ("WGII") requests oral argument and an evidentiary hearing on its Motion to Exclude Testimony and Opinions of Scott Taylor.  WGII respectfully asserts that oral argument and an evidentiary hearing will assist the Court with its disposition of this Motion.

Dated:  April 30, 2012

Respectfully submitted,

_/s/William D. Treeby_
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
     Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

AND

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

*Attorneys for Washington Group
International, Inc., a division of URS
Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral

Argument has been served upon all counsel of record by electronic notice via the Court's

CM/ECF system this 30th day of April, 2012.

*/s/William D. Treeby*

1091832v.1