UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  MRGO | * * * * * | SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that, Washington Group International, Inc. ("WGII") will bring the foregoing Request for Oral Argument and Evidentiary Hearing on its Motion to Exclude Testimony and Opinions of Scott Taylor before the Honorable Stanwood R. Duval, Jr. at 500 Poydras Street, New Orleans, Louisiana, 70130 on the 28th day of June, 2012, at 10:00 a.m.

Dated:  April 30, 2012                                  Respectfully submitted,

 

                                                       */s/William D. Treeby*
                                                      William D. Treeby, 12901
                                                      James C. Gulotta, Jr., 6594
                                                      Heather S. Lonian, 29956
                                                           Of
                                                      STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                      546 Carondelet Street
                                                      New Orleans, Louisiana  70130
                                                      Telephone:  (504) 581-3200
                                                      Facsimile:  (504) 581-3361

                                                      and

        Adrian Wager-Zito
        James E. Gauch
        Debra S. Clayman
        JONES DAY
        51 Louisiana Avenue, N.W.
        Washington, D.C. 20001-2113
        Telephone:  (202) 879-3939
        Facsimile:  (202) 626-1700

        Attorneys for Washington Group
        International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2012, a copy of the above and foregoing Notice of Submission was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by e-mail.

        /s/William D. Treeby

1091980v.1