# EXHIBIT 3



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road,
West Palm Beach, FL 33411

# LOSS REPORT

**Final**

| | |
|---|---|
| Reference: | Report #: 1 |
| | Catastrophe Number: |
| | Policy Number: |
| | Claim Number: |
| Insured:  Fred Holmes | Date of Loss: 8/29/2005 |
| 1205 Perrin Dr. | Type of Loss: Flood |
| Arabi, LA 70032 | File Number: |

## ENCLOSURES:

Estimate, Statement of Loss, Replacement Cost Report, Photos (100), Diagrams, Floor Plan, Contents Spreadsheet, Auto appraisal information

## COVERAGE:

| | | | |
|---|---|---|---|
| Dwelling | $0.00 | Eff. Dates: From: | To: |
| Other Structures | $0.00 | Mortgagee: | |
| Contents | $0.00 | Applied Deductible: $0.00 | |
| Additional Living Expenses | $0.00 | Co-Ins. Policy:  Yes ☐  No ☑ | |
| | | Forms: | |

## COVERAGE VS INDEMNITY

No values are listed in the above coverage section because the primary issue is indemnity, not whether coverage is being afforded.

Therefore, indemnifying the homeowner means taking care of the physical restoration of the homeowner and his family. To indemnify them means to consider what it takes to return them to pre-loss conditions. That means restoring their home, their contents, and their additional living expenses. Whatever they had before the loss is what this estimate seeks to restore.

The reconstruction of the home is straightforward in the estimate, as is the contents estimate in the spreadsheet and estimate. Additional living expenses are provided to bridge the gap between what it cost to live prior to the loss and what it costs during displacement, including relocation costs, emergency expenses, and the ancillary costs of travel and temporary measures taken to allow the family to live in a manner consistent with their normal lifestyle.

## RISK

This is a slab on grade home. It is a ranch style framed home with solid brick exterior and vinyl soffits. The roof is 3-tab shingle and the exterior had the appearance of being well-maintained. The interior had basic features but was very well supplied with furnishings of above average quality.

## CAUSE & ORIGIN

This loss is a result of flood. The origin of the flood is in review. Resting level lines etched into porous surfaces demonstrate water was in the home at specific levels for extended periods of time.

## ASSOCIATED PARTIES

The parties directly affected by this loss are the homeowners. As the resolution of this loss proceeds it will necessitate further consultation with the homeowners and one should anticpate changes to the report as it pertains to the details of the loss, the resolution, and the associated time-lines.

## INSPECTION/DAMAGES

The inspection occurred on or about June 15, 2011. At that time the only existing evidence of a house was the painted address on the curb. The real inspection occurred after examining a combination of aerial photos and photos from the homeowner. A time line could be logically concluded by observing the different stages of demolition. The earliest photos were secured by the homeowner after returning to the home when access was made available. The homeowner took ample photos of the inside and outside of the home to document an extensive list of personal property items as well as to document the nature of building materials in use for assessing structural damage. An aerial photo shows the home post-flood and after the original cleanup occurred. Subsequent to that photo another aerial photo demonstrates that the

home had been demolished, leaving a slab behind. Another aerial photo shows the slab gone with a bald spot where it had been. Finally, the photos taken upon our inspection show a grassy field where the house and slab had been.

The damage to the home was catastrophic. Observation of the roof and soffit demonstrated that water intrusion above 8 feet did occur at some point. The sheathing, insulation, framing, drywall, trim, finishing and coverings of the home were all either destroyed or contaminated. Walls, were bowed, the roof line showed buckling, the brick work had loose sections, and it was clear the home was at risk of being condemned. Water remained in the home for some time allowing the furnishings, doors, and even structural materials to migrate between sections of the house.

## RESTORATION/REPAIRS

Considering the evidence of catastrophic damage it is clear the only reasonable conclusion commensurate with indemnifying the homeowner is that the house should be demolished and rebuilt. To return the home to pre-loss conditions it is likely, based on the condemnation of the home and slab that even the foundation was put at risk. Soil erosion and structural stresses could have created voids and weakness in the slab.

Beginning with the slab and footings reconstruction to original conditions would have required complete demolition of the home and reconstruction from the ground up. Our estimate includes current pricing for the area necessary to reconstruct the home using like materials and finishings. Framing will be with larch material, 2 feet on center studs, with OSB sheathing, Tyvex house wrap, and full course brick work for the exterior. Vinyl soffits and aluminum fascia will complete the house to the roof. The roof will be finished with 5/8" sheathing with clips, 25 year 3-tab shingles and rimmed with drip edge and gutters. Exterior doors will be metal-clad insulated doors and windows will be double-hung vinyl. The rear patio will be a fully screened enclosure with wood framing. Precise materials lists are contained in the estimate

The interior will be finished with drywall, prepped for paint and finished with popcorn ceilings. The flooring consists of carpeting and vinyl throughout the home. Finishing work will include 4" baseboards, laminate counters, pre-manufactured cabinetry, built-in appliances and mechanicals, central HVAC and 200 amp service with both 110 and 220 service as needed.

## REMARKS

The Homeowner provided a list of contents as he recalled them. While the list was lengthy it did not encompass everything in the home. As this loss continues toward resolution and additional questioning and comiseration occurs it has been this adjuster's experience that memories will be triggered. Additionally, as the homeowner(s) recall features of their home and add these are accounted for, changes to all three areas of indemnity will be necessary.

Updating specific details for clarity will allow even more precise estimating and will necessitate augmentation of the current estimate as more pricing options become available.

## STATEMENT OF LOSS:

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| Dwelling | $180,761.23 | $0.00 | $180,761.23 | $0.00 |
| Other Structures | $0.00 | $0.00 | $0.00 | $0.00 |
| Contents | $171,893.88 | $0.00 | $171,893.88 | $0.00 |
| Additional Living Expenses | $36,152.25 | $0.00 | $36,152.25 | $0.00 |
| **TOTALS** | $388,807.36 | $0.00 | $388,807.36 | |

| | |
|---|---|
| Deductible | $0.00 |
| Claim Payable | $388,807.36 |
| Less Prior Payments | $0.00 |
| Due Insured | **$388,807.36** |

Deductibles and depreciation do not apply as this is not an insurance claim.

## RECOMMENDATIONS:

Recommendations include, but are not limited to the three areas of indemnity listed above. Should any forementioned changes be necessary to the listed areas of indemnity it is recommended that such changes be reasonably considered.

_____          10/20/2011
Scott Taylor                                           Date



## Scott Taylor Adjusting Services

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

| | | | |
|---|---|---|---|
| Insured: | Fred Holmes | Home: | (504) 450-2864 |
| Property: | 1205 Perrin Dr. | E-mail: | owls@rice.edu |
| | Arabi, LA 70032 | | |
| Claim Rep.: | Scott Taylor | Business: | (954) 729-5106 |
| | | E-mail: | settledclaims@gmail.com |
| Estimator: | Scott Taylor | Business: | (954) 729-5106 |
| | | E-mail: | settledclaims@gmail.com |

**Claim Number:**                **Policy Number:**                **Type of Loss:** Flood

| | | | |
|---|---|---|---|
| Date of Loss: | 8/29/2005 | Date Received: | |
| Date Inspected: | 6/15/2005 | Date Entered: | 6/15/2011 9:07 AM |
| Price List: | LANO7X_JUL11 | | |
| | Restoration/Service/Remodel | | |
| Estimate: | HOLMES | | |

The following estimate of damages is compiled using best practices for Independent Insurance Adjusters.  The overall goal for the adjuster is to indemnify or make whole the homeowner.  As such, the following factors have been considered:

1. The homeowner was forced to evacuate his home by mandate and circumstances.  This evacuation was sudden and unexpected.  The protection of the property could not be reasonably expected.

2. The homeowner was unable to return to his home for an extended time due to the massive losses in the area and because of official mandates.

3. The extended time away from the home exacerbated the seriousness of the loss and made recovery of personal property unfeasible due to extended exposure to moisture and contamination. The same was true for a vast majority of the porous building materials comprising the structure.

As such, this estimate encompases three areas of loss:

**1. Structural Loss.**
**2. Personal Property Loss.**
**3. Additional Living Expenses**

**Each area of loss is seperately totalled in the following estimate.  Explanations for specific items are often included within the line items, but further explanations and a comprehensive statement of loss can be found in the accompanying loss report.**



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

## HOLMES

**HOLMES**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 3.00 EA | 593.87 | 1,781.61 | (0.00) | 1,781.61 |
| **Total:  HOLMES** | | | **1,781.61** | **0.00** | **1,781.61** |

### MAIN LEVEL_Structural

**MAIN LEVEL_Structural**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 2.  2" x 4" x 20' #2 & better Fir / Larch (material only) | 3.00 EA | 6.12 | 18.36 | (0.00) | 18.36 |
| 3.  2" x 4" x 14' #2 & better Fir / Larch (material only) | 6.00 EA | 4.94 | 29.64 | (0.00) | 29.64 |
| 4.  2" x 4" x 8' #2 & better Fir / Larch (material only) | 105.00 EA | 2.81 | 295.05 | (0.00) | 295.05 |
| 5.  2" x 4" x 12' #2 & better Fir / Larch (material only) | 38.00 EA | 4.23 | 160.74 | (0.00) | 160.74 |
| 6.  2" x 4" x 92 5/8" pre-cut stud (for 8' wall, mat only) | 349.00 EA | 2.72 | 949.28 | (0.00) | 949.28 |
| 7.  R&R Sheathing - waferboard - 1/2" | 1,536.00 SF | 1.61 | 2,472.96 | (0.00) | 2,472.96 |
| 8.  R&R Labor to frame 2" x 4" non-bearing wall - 16" oc | 2,863.34 SF | 1.53 | 4,380.91 | (0.00) | 4,380.91 |
| 9.  R&R Footings - labor and materials | 18.69 CY | 370.63 | 6,927.07 | (0.00) | 6,927.07 |
| 10.  Steel rebar - j-bar - #4, 2' 6" | 363.00 EA | 2.10 | 762.30 | (0.00) | 762.30 |
| 11.  R&R Steel rebar - #4 (1/2") | 828.36 LF | 2.01 | 1,665.01 | (0.00) | 1,665.01 |
| 12.  R&R Concrete slab on grade - finished in place | 23.75 CY | 420.23 | 9,980.46 | (0.00) | 9,980.46 |
| 13.  R&R Steel rebar - #4 (1/2") | 3,991.02 LF | 2.01 | 8,021.95 | (0.00) | 8,021.95 |
| 14.  2" x 4" x 10' #2 & better Fir / Larch (material only) | 10.00 EA | 3.51 | 35.10 | (0.00) | 35.10 |
| 15.  2" x 4" x 16' #2 & better Fir / Larch (material only) | 9.00 EA | 5.57 | 50.13 | (0.00) | 50.13 |
| 16.  R&R Batt insulation - 4" - R13 | 568.02 SF | 0.99 | 562.34 | (0.00) | 562.34 |
| 17.  2" x 4" x 18' #2 & better Fir / Larch (material only) | 6.00 EA | 5.47 | 32.82 | (0.00) | 32.82 |
| **Total:  MAIN LEVEL_Structural** | | | **36,344.12** | **0.00** | **36,344.12** |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411



| Kitchen | | | | | Height: 8' |
|---|---|---|---|---|---|
| | 317.42 SF Walls | | | 132.68 SF Ceiling | |
| | 450.11 SF Walls & Ceiling | | | 132.68 SF Floor | |
| | 14.74 SY Flooring | | | 38.37 LF Floor Perimeter | |
| | 46.21 LF Ceil. Perimeter | | | | |

**Missing Wall - Goes to Floor**  7' 10" X 6' 8"   Opens into  NOOK

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 18.  R&R 110 volt copper wiring run and box - rough in only | 4.00 EA | 57.72 | 230.88 | (0.00) | 230.88 |
| 19.  R&R 110 volt copper wiring run, box and switch | 3.00 EA | 72.66 | 217.98 | (0.00) | 217.98 |
| 20.  R&R Outlet - High grade | 2.00 EA | 26.18 | 52.36 | (0.00) | 52.36 |
| 21.  R&R 220 volt copper wiring run, box and receptacle | 1.00 EA | 151.25 | 151.25 | (0.00) | 151.25 |
| 22.  R&R Ground fault interrupter (GFI) outlet | 2.00 EA | 31.79 | 63.58 | (0.00) | 63.58 |
| 23.  R&R 110 volt copper wiring run, box and outlet | 7.00 EA | 72.68 | 508.76 | (0.00) | 508.76 |
| 24.  Tear out wet drywall, cleanup, bag for disposal | 450.11 SF | 0.86 | 387.09 | <0.00> | 387.09 |
| 25.  Paint the walls - two coats | 317.42 SF | 0.82 | 260.28 | <0.00> | 260.28 |
| 26.  R&R Acoustic ceiling (popcorn) texture | 132.68 SF | 1.15 | 152.59 | <0.00> | 152.59 |
| 27.  Seal/prime the ceiling - one coat | 132.68 SF | 0.45 | 59.71 | <0.00> | 59.71 |
| 28.  1/2" drywall - hung, taped, floated, ready for paint | 317.42 SF | 1.41 | 447.56 | <0.00> | 447.56 |
| 29.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 132.68 SF | 1.86 | 246.78 | (0.00) | 246.78 |
| 30.  Cleaning Technician - per hour | 3.00 HR | 30.21 | 90.63 | <0.00> | 90.63 |
| 31.  Apply anti-microbial agent | 132.68 SF | 0.22 | 29.19 | <0.00> | 29.19 |
| 32.  Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| 33.  Boots - waterproof latex - Disposable (per pair) | 1.00 EA | 6.54 | 6.54 | <0.00> | 6.54 |
| 34.  Eye protection - plastic goggles - Disposable | 1.00 EA | 7.81 | 7.81 | <0.00> | 7.81 |
| 35.  Disposable rain suit | 1.00 EA | 10.28 | 10.28 | <0.00> | 10.28 |
| 36.  R&R Countertop - Flat laid plastic laminate - High grade | 16.00 LF | 51.22 | 819.52 | (0.00) | 819.52 |
| 37.  R&R 6" backsplash for flat laid countertop - Solid hardwood | 16.00 LF | 10.75 | 172.00 | (0.00) | 172.00 |
| 38.  R&R Cabinetry - upper (wall) units - High grade | 16.00 LF | 171.35 | 2,741.60 | (0.00) | 2,741.60 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Kitchen**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 39.  R&R Cabinetry - lower (base) units - High grade | 16.00 LF | 211.16 | 3,378.56 | (0.00) | 3,378.56 |
| 40.  R&R Sink - double | 1.00 EA | 318.07 | 318.07 | (0.00) | 318.07 |
| 41.  Rough in plumbing - per fixture | 1.00 EA | 509.19 | 509.19 | (0.00) | 509.19 |
| 42.  Sink faucet - Kitchen | 1.00 EA | 156.73 | 156.73 | (0.00) | 156.73 |
| 43.  Garbage disposer | 1.00 EA | 182.93 | 182.93 | (0.00) | 182.93 |
| 44.  R&R Appliance water line - 1/4" | 1.00 EA | 61.85 | 61.85 | (0.00) | 61.85 |
| 45.  R&R Blown-in insulation - 14" depth - R38 | 132.68 SF | 1.85 | 245.46 | (0.00) | 245.46 |
| 46.  R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | 336.86 | 336.86 | (0.00) | 336.86 |
| 47.  R&R Vinyl window - double hung, 9-12 sf - High grade | 2.00 EA | 314.67 | 629.34 | (0.00) | 629.34 |
| 48.  R&R Ductwork system - hot and cold air (per run) | 1.00 EA | 328.69 | 328.69 | (0.00) | 328.69 |
| 49.  R&R Baseboard - 4 1/4" | 38.37 LF | 4.12 | 158.08 | (0.00) | 158.08 |
| 50.  Remove Vinyl floor covering (sheet goods) | 132.68 SF | 0.79 | 104.82 | (0.00) | 104.82 |
| 51.  Vinyl floor covering (sheet goods) | 152.59 SF | 3.02 | 460.82 | (0.00) | 460.82 |
| 15 % waste added for Vinyl floor covering (sheet goods). | | | | | |
| 52.  R&R Range - freestanding - electric | 1.00 EA | 652.50 | 652.50 | (0.00) | 652.50 |
| 53.  R&R Microwave oven - over range w/built-in hood | 1.00 EA | 410.29 | 410.29 | (0.00) | 410.29 |
| 54.  R&R Dishwasher | 1.00 EA | 591.29 | 591.29 | (0.00) | 591.29 |
| 55.  R&R Refrigerator - side by side - 22 to 25 cf | 1.00 EA | 1,612.27 | 1,612.27 | (0.00) | 1,612.27 |
| **Totals:  Kitchen** | | | **16,802.43** | **0.00** | **16,802.43** |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411



| Nook | | | | Height: 8' |
|---|---|---|---|---|
| | 193.56 SF Walls | | 98.28 SF Ceiling | |
| | 291.84 SF Walls & Ceiling | | 98.28 SF Floor | |
| | 10.92 SY Flooring | | 22.89 LF Floor Perimeter | |
| | 30.72 LF Ceil. Perimeter | | | |

| **Missing Wall** | **9' 1" X 8'** | **Opens into** | **DEN** |
|---|---|---|---|
| **Missing Wall - Goes to Floor** | **7' 10" X 6' 8"** | **Opens into** | **KITCHEN** |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 56.  R&R Light fixture - Premium grade | 1.00 EA | 164.93 | 164.93 | (0.00) | 164.93 |
| 57.  R&R 110 volt copper wiring run and box - rough in only | 1.00 EA | 57.72 | 57.72 | (0.00) | 57.72 |
| 58.  R&R 110 volt copper wiring run, box and switch | 1.00 EA | 72.66 | 72.66 | (0.00) | 72.66 |
| 59.  R&R 110 volt copper wiring run, box and outlet | 3.00 EA | 72.68 | 218.04 | (0.00) | 218.04 |
| 60.  R&R Blown-in insulation - 14" depth - R38 | 98.28 SF | 1.85 | 181.81 | (0.00) | 181.81 |
| 61.  Tear out wet drywall, cleanup, bag for disposal | 291.84 SF | 0.86 | 250.98 | <0.00> | 250.98 |
| 62.  Paint the walls - two coats | 193.56 SF | 0.82 | 158.72 | <0.00> | 158.72 |
| 63.  R&R Acoustic ceiling (popcorn) texture | 98.28 SF | 1.15 | 113.02 | <0.00> | 113.02 |
| 64.  Seal/prime the ceiling - one coat | 98.28 SF | 0.45 | 44.23 | <0.00> | 44.23 |
| 65.  1/2" drywall - hung, taped, floated, ready for paint | 193.56 SF | 1.41 | 272.92 | <0.00> | 272.92 |
| 66.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 98.28 SF | 1.86 | 182.80 | (0.00) | 182.80 |
| 67.  Cleaning Technician - per hour | 3.00 HR | 30.21 | 90.63 | <0.00> | 90.63 |
| 68.  Apply anti-microbial agent | 98.28 SF | 0.22 | 21.62 | <0.00> | 21.62 |
| 69.  Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| 70.  Boots - waterproof latex - Disposable (per pair) | 1.00 EA | 6.54 | 6.54 | <0.00> | 6.54 |
| 71.  Eye protection - plastic goggles - Disposable | 1.00 EA | 7.81 | 7.81 | <0.00> | 7.81 |
| 72.  Disposable rain suit | 1.00 EA | 10.28 | 10.28 | <0.00> | 10.28 |
| 73.  R&R Vinyl window - double hung, 9-12 sf - High grade | 1.00 EA | 314.67 | 314.67 | (0.00) | 314.67 |
| 74.  R&R Ductwork system - hot and cold air (per run) | 1.00 EA | 328.69 | 328.69 | (0.00) | 328.69 |
| 75.  R&R Baseboard - 4 1/4" | 22.89 LF | 4.12 | 94.30 | (0.00) | 94.30 |
| 76.  Remove Vinyl floor covering (sheet goods) | 98.28 SF | 0.79 | 77.64 | (0.00) | 77.64 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Nook**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 77.  Vinyl floor covering (sheet goods) | 113.02 SF | 3.02 | 341.32 | (0.00) | 341.32 |
| 15 % waste added for Vinyl floor covering (sheet goods). | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Totals:  Nook** | | | **3,019.62** | **0.00** | **3,019.62** |

| **Den** | | | | | **Height: 8'** |
|---|---|---|---|---|---|

374.93  SF Walls                      265.91  SF Ceiling
640.84  SF Walls & Ceiling            265.91  SF Floor
29.55  SY Flooring                    46.87  LF Floor Perimeter
46.87  LF Ceil. Perimeter

| | | | |
|---|---|---|---|
| **Missing Wall** | **3' 4" X 8'** | Opens into | **HALL** |
| **Missing Wall** | **13' 4" X 8'** | Opens into | **Exterior** |
| **Missing Wall** | **8 5/8" X 8'** | Opens into | **Exterior** |
| **Missing Wall** | **9' 1" X 8'** | Opens into | **NOOK** |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 78.  R&R Ceiling fan & light | 2.00 EA | 348.88 | 697.76 | (0.00) | 697.76 |
| 79.  R&R 110 volt copper wiring run and box - rough in only | 1.00 EA | 57.72 | 57.72 | (0.00) | 57.72 |
| 80.  R&R 110 volt copper wiring run, box and switch | 1.00 EA | 72.66 | 72.66 | (0.00) | 72.66 |
| 81.  R&R 110 volt copper wiring run, box and outlet | 1.00 EA | 72.68 | 72.68 | (0.00) | 72.68 |
| 82.  R&R Blown-in insulation - 14" depth - R38 | 265.91 SF | 1.85 | 491.94 | (0.00) | 491.94 |
| 83.  Tear out wet drywall, cleanup, bag for disposal | 640.84 SF | 0.86 | 551.12 | <0.00> | 551.12 |
| 84.  Paint the walls - two coats | 374.93 SF | 0.82 | 307.44 | <0.00> | 307.44 |
| 85.  R&R Acoustic ceiling (popcorn) texture | 265.91 SF | 1.15 | 305.79 | <0.00> | 305.79 |
| 86.  Seal/prime the ceiling - one coat | 265.91 SF | 0.45 | 119.66 | <0.00> | 119.66 |
| 87.  1/2" drywall - hung, taped, floated, ready for paint | 374.93 SF | 1.41 | 528.65 | <0.00> | 528.65 |
| 88.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 265.91 SF | 1.86 | 494.60 | (0.00) | 494.60 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

### CONTINUED - Den

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 89.  Cleaning Technician - per hour | 3.00 HR | 30.21 | 90.63 | <0.00> | 90.63 |
| 90.  Apply anti-microbial agent | 265.91 SF | 0.22 | 58.50 | <0.00> | 58.50 |
| 91.  Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| 92.  Boots - waterproof latex - Disposable (per pair) | 1.00 EA | 6.54 | 6.54 | <0.00> | 6.54 |
| 93.  Eye protection - plastic goggles - Disposable | 1.00 EA | 7.81 | 7.81 | <0.00> | 7.81 |
| 94.  Disposable rain suit | 1.00 EA | 10.28 | 10.28 | <0.00> | 10.28 |
| 95.  R&R Vinyl window - double hung, 9-12 sf - High grade | 0.00 EA | 314.67 | 0.00 | (0.00) | 0.00 |
| 96.  R&R Baseboard - 4 1/4" | 46.87 LF | 4.12 | 193.11 | (0.00) | 193.11 |
| 97.  Remove Carpet | 265.91 SF | 0.24 | 63.82 | (0.00) | 63.82 |
| 98.  Carpet | 305.80 SF | 2.80 | 856.24 | (0.00) | 856.24 |
| 15 % waste added for Carpet. | | | | | |
| 99.  R&R Carpet pad | 265.91 SF | 0.70 | 186.14 | (0.00) | 186.14 |

| Totals:  Den | | | 5,181.38 | 0.00 | 5,181.38 |
|---|---|---|---|---|---|

| Hall | | | | Height: 8' |
|---|---|---|---|---|

|  | 77.33  SF Walls | | 15.83  SF Ceiling |
|---|---|---|---|
|  | 93.17  SF Walls & Ceiling | | 15.83  SF Floor |
|  | 1.76  SY Flooring | | 9.67  LF Floor Perimeter |
|  | 9.67  LF Ceil. Perimeter | | |

| Missing Wall | 3' 4" X 8' | Opens into  LIVING |
|---|---|---|
| Missing Wall | 3' 4" X 8' | Opens into  DEN |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 100.  R&R 110 volt copper wiring run, box and switch | 1.00 EA | 72.66 | 72.66 | (0.00) | 72.66 |
| 101.  R&R 110 volt copper wiring run, box and outlet | 2.00 EA | 72.68 | 145.36 | (0.00) | 145.36 |
| 102.  R&R Blown-in insulation - 14" depth - R38 | 15.83 SF | 1.85 | 29.29 | (0.00) | 29.29 |
| 103.  Tear out wet drywall, cleanup, bag for disposal | 93.17 SF | 0.86 | 80.13 | <0.00> | 80.13 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

### CONTINUED - Hall

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 104.  Paint the walls - two coats | 77.33 SF | 0.82 | 63.41 | <0.00> | 63.41 |
| 105.  R&R Acoustic ceiling (popcorn) texture | 15.83 SF | 1.15 | 18.20 | <0.00> | 18.20 |
| 106.  Seal/prime the ceiling - one coat | 15.83 SF | 0.45 | 7.12 | <0.00> | 7.12 |
| 107.  1/2" drywall - hung, taped, floated, ready for paint | 77.33 SF | 1.41 | 109.04 | <0.00> | 109.04 |
| 108.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 15.83 SF | 1.86 | 29.45 | (0.00) | 29.45 |
| 109.  Cleaning Technician - per hour | 3.00 HR | 30.21 | 90.63 | <0.00> | 90.63 |
| 110.  Apply anti-microbial agent | 15.83 SF | 0.22 | 3.48 | <0.00> | 3.48 |
| 111.  Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| 112.  Boots - waterproof latex - Disposable (per pair) | 1.00 EA | 6.54 | 6.54 | <0.00> | 6.54 |
| 113.  Eye protection - plastic goggles - Disposable | 1.00 EA | 7.81 | 7.81 | <0.00> | 7.81 |
| 114.  Disposable rain suit | 1.00 EA | 10.28 | 10.28 | <0.00> | 10.28 |
| 115.  R&R Thermostat | 0.00 EA | 97.84 | 0.00 | (0.00) | 0.00 |
| 116.  R&R Baseboard - 4 1/4" | 9.67 LF | 4.12 | 39.84 | (0.00) | 39.84 |
| 117.  Remove Carpet | 15.83 SF | 0.24 | 3.80 | (0.00) | 3.80 |
| 118.  Carpet | 18.21 SF | 2.80 | 50.99 | (0.00) | 50.99 |
| 15 % waste added for Carpet. | | | | | |
| 119.  R&R Carpet pad | 15.83 SF | 0.70 | 11.08 | (0.00) | 11.08 |
| **Totals:  Hall** | | | **787.40** | **0.00** | **787.40** |



**Bedroom1**                                                    **Height: 8'**

| | |
|---|---|
| 437.33  SF Walls | 181.33  SF Ceiling |
| 618.67  SF Walls & Ceiling | 181.33  SF Floor |
| 20.15  SY Flooring | 54.67  LF Floor Perimeter |
| 54.67  LF Ceil. Perimeter | |

HOLMES



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411



| **Subroom 1:  CL1** | | **Height: 8'** |
|---|---|---|
| 212.00 SF Walls | 21.72 SF Ceiling | |
| 233.72 SF Walls & Ceiling | 21.72 SF Floor | |
| 2.41 SY Flooring | 26.50 LF Floor Perimeter | |
| 26.50 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 120.  R&R Ceiling fan & light | 2.00 EA | 348.88 | 697.76 | (0.00) | 697.76 |
| 121.  R&R 110 volt copper wiring run and box - rough in only | 2.00 EA | 57.72 | 115.44 | (0.00) | 115.44 |
| 122.  R&R 110 volt copper wiring run, box and switch | 2.00 EA | 72.66 | 145.32 | (0.00) | 145.32 |
| 123.  R&R 110 volt copper wiring run, box and outlet | 4.00 EA | 72.68 | 290.72 | (0.00) | 290.72 |
| 124.  R&R Blown-in insulation - 14" depth - R38 | 203.06 SF | 1.85 | 375.66 | (0.00) | 375.66 |
| 125.  Tear out wet drywall, cleanup, bag for disposal | 852.39 SF | 0.86 | 733.06 | <0.00> | 733.06 |
| 126.  Paint the walls - two coats | 649.33 SF | 0.82 | 532.45 | <0.00> | 532.45 |
| 127.  R&R Acoustic ceiling (popcorn) texture | 203.06 SF | 1.15 | 233.52 | <0.00> | 233.52 |
| 128.  Seal/prime the ceiling - one coat | 203.06 SF | 0.45 | 91.38 | <0.00> | 91.38 |
| 129.  1/2" drywall - hung, taped, floated, ready for paint | 649.33 SF | 1.41 | 915.56 | <0.00> | 915.56 |
| 130.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 203.06 SF | 1.86 | 377.69 | (0.00) | 377.69 |
| 131.  Cleaning Technician - per hour | 3.00 HR | 30.21 | 90.63 | <0.00> | 90.63 |
| 132.  Apply anti-microbial agent | 203.06 SF | 0.22 | 44.67 | <0.00> | 44.67 |
| 133.  Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| 134.  Boots - waterproof latex - Disposable (per pair) | 1.00 EA | 6.54 | 6.54 | <0.00> | 6.54 |
| 135.  Eye protection - plastic goggles - Disposable | 1.00 EA | 7.81 | 7.81 | <0.00> | 7.81 |
| 136.  Disposable rain suit | 1.00 EA | 10.28 | 10.28 | <0.00> | 10.28 |
| 137.  R&R Interior door unit | 1.00 EA | 162.63 | 162.63 | (0.00) | 162.63 |
| 138.  R&R Vinyl window - double hung, 9-12 sf - High grade | 4.00 EA | 314.67 | 1,258.68 | (0.00) | 1,258.68 |
| 139.  R&R Ductwork system - hot and cold air (per run) | 1.00 EA | 328.69 | 328.69 | (0.00) | 328.69 |
| 140.  R&R Baseboard - 4 1/4" | 81.17 LF | 4.12 | 334.42 | (0.00) | 334.42 |
| 141.  Remove Carpet | 203.06 SF | 0.24 | 48.73 | (0.00) | 48.73 |
| 142.  Carpet | 233.51 SF | 2.80 | 653.83 | (0.00) | 653.83 |

15 % waste added for Carpet.



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Bedroom1**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 143.  R&R Carpet pad | 203.06 SF | 0.70 | 142.15 | (0.00) | 142.15 |
| **Totals:  Bedroom1** | | | **7,605.91** | **0.00** | **7,605.91** |



| Living | | | | Height: 8' |
|---|---|---|---|---|
| 399.48 SF Walls | | | 169.36 SF Ceiling | |
| 568.84 SF Walls & Ceiling | | | 169.36 SF Floor | |
| 18.82 SY Flooring | | | 49.93 LF Floor Perimeter | |
| 49.93 LF Ceil. Perimeter | | | | |

**Missing Wall**                **3' 4" X 8'**                **Opens into  HALL**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 144.  R&R Ceiling fan & light | 1.00 EA | 348.88 | 348.88 | (0.00) | 348.88 |
| 145.  R&R 110 volt copper wiring run and box - rough in only | 2.00 EA | 57.72 | 115.44 | (0.00) | 115.44 |
| 146.  R&R 110 volt copper wiring run, box and switch | 2.00 EA | 72.66 | 145.32 | (0.00) | 145.32 |
| 147.  R&R 110 volt copper wiring run, box and outlet | 4.00 EA | 72.68 | 290.72 | (0.00) | 290.72 |
| 148.  R&R Blown-in insulation - 14" depth - R38 | 169.36 SF | 1.85 | 313.32 | (0.00) | 313.32 |
| 149.  Tear out wet drywall, cleanup, bag for disposal | 568.84 SF | 0.86 | 489.20 | <0.00> | 489.20 |
| 150.  Paint the walls - two coats | 399.48 SF | 0.82 | 327.57 | <0.00> | 327.57 |
| 151.  R&R Acoustic ceiling (popcorn) texture | 169.36 SF | 1.15 | 194.76 | <0.00> | 194.76 |
| 152.  Seal/prime the ceiling - one coat | 169.36 SF | 0.45 | 76.21 | <0.00> | 76.21 |
| 153.  1/2" drywall - hung, taped, floated, ready for paint | 399.48 SF | 1.41 | 563.27 | <0.00> | 563.27 |
| 154.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 169.36 SF | 1.86 | 315.01 | (0.00) | 315.01 |
| 155.  Cleaning Technician - per hour | 3.00 HR | 30.21 | 90.63 | <0.00> | 90.63 |
| 156.  Apply anti-microbial agent | 169.36 SF | 0.22 | 37.26 | <0.00> | 37.26 |
| 157.  Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Living**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 158.  Boots - waterproof latex - Disposable (per pair) | 1.00 EA | 6.54 | 6.54 | <0.00> | 6.54 |
| 159.  Eye protection - plastic goggles - Disposable | 1.00 EA | 7.81 | 7.81 | <0.00> | 7.81 |
| 160.  Disposable rain suit | 1.00 EA | 10.28 | 10.28 | <0.00> | 10.28 |
| 161.  R&R Exterior door - metal - insulated / wood - High grade | 1.00 EA | 453.68 | 453.68 | (0.00) | 453.68 |
| 162.  R&R Vinyl window - double hung, 9-12 sf - High grade | 1.00 EA | 314.67 | 314.67 | (0.00) | 314.67 |
| 163.  R&R Ductwork system - hot and cold air (per run) | 1.00 EA | 328.69 | 328.69 | (0.00) | 328.69 |
| 164.  R&R Baseboard - 4 1/4" | 49.93 LF | 4.12 | 205.71 | (0.00) | 205.71 |
| 165.  Remove Carpet | 169.36 SF | 0.24 | 40.65 | (0.00) | 40.65 |
| 166.  Carpet | 194.77 SF | 2.80 | 545.36 | (0.00) | 545.36 |
| 15 % waste added for Carpet. | | | | | |
| 167.  R&R Carpet pad | 169.36 SF | 0.70 | 118.56 | (0.00) | 118.56 |

| **Totals:  Living** | | | **5,347.83** | **0.00** | **5,347.83** |



**Pantry**                                                                 **Height: 8'**

| | | |
|---|---|---|
| 171.48  SF Walls | | 26.39  SF Ceiling |
| 197.86  SF Walls & Ceiling | | 26.39  SF Floor |
| 2.93  SY Flooring | | 21.43  LF Floor Perimeter |
| 21.43  LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 168.  R&R Fluorescent light fixture | 1.00 EA | 110.66 | 110.66 | (0.00) | 110.66 |
| 169.  R&R 110 volt copper wiring run and box - rough in only | 1.00 EA | 57.72 | 57.72 | (0.00) | 57.72 |
| 170.  R&R 110 volt copper wiring run, box and switch | 1.00 EA | 72.66 | 72.66 | (0.00) | 72.66 |
| 171.  R&R 220 volt copper wiring run, box and receptacle | 0.00 EA | 151.25 | 0.00 | (0.00) | 0.00 |
| 172.  R&R Ground fault interrupter (GFI) outlet | 0.00 EA | 31.79 | 0.00 | (0.00) | 0.00 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Pantry**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 173. R&R 110 volt copper wiring run, box and outlet | 1.00 EA | 72.68 | 72.68 | (0.00) | 72.68 |
| 174. R&R Blown-in insulation - 14" depth - R38 | 26.39 SF | 1.85 | 48.82 | (0.00) | 48.82 |
| 175. Rough in plumbing - floor/laundry pan drain | 1.00 EA | 161.02 | 161.02 | (0.00) | 161.02 |
| 176. R&R Washing machine outlet box with valves | 1.00 EA | 219.53 | 219.53 | (0.00) | 219.53 |
| 177. Rough in plumbing - per fixture | 1.00 EA | 509.19 | 509.19 | (0.00) | 509.19 |
| 178. Tear out wet drywall, cleanup, bag for disposal | 197.86 SF | 0.86 | 170.16 | <0.00> | 170.16 |
| 179. Paint the walls - two coats | 171.48 SF | 0.82 | 140.61 | <0.00> | 140.61 |
| 180. R&R Acoustic ceiling (popcorn) texture | 26.39 SF | 1.15 | 30.35 | <0.00> | 30.35 |
| 181. Seal/prime the ceiling - one coat | 26.39 SF | 0.45 | 11.88 | <0.00> | 11.88 |
| 182. 1/2" drywall - hung, taped, floated, ready for paint | 171.48 SF | 1.41 | 241.79 | <0.00> | 241.79 |
| 183. R&R 5/8" drywall - hung, taped, floated, ready for paint | 26.39 SF | 1.86 | 49.09 | (0.00) | 49.09 |
| 184. Cleaning Technician - per hour | 3.00 HR | 30.21 | 90.63 | <0.00> | 90.63 |
| 185. Apply anti-microbial agent | 26.39 SF | 0.22 | 5.81 | <0.00> | 5.81 |
| 186. Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| 187. Boots - waterproof latex - Disposable (per pair) | 1.00 EA | 6.54 | 6.54 | <0.00> | 6.54 |
| 188. Eye protection - plastic goggles - Disposable | 1.00 EA | 7.81 | 7.81 | <0.00> | 7.81 |
| 189. Disposable rain suit | 1.00 EA | 10.28 | 10.28 | <0.00> | 10.28 |
| 190. R&R Interior door unit | 1.00 EA | 162.63 | 162.63 | (0.00) | 162.63 |
| 191. R&R Clothes dryer vent - installed | 1.00 EA | 59.24 | 59.24 | (0.00) | 59.24 |
| 192. R&R Baseboard - 4 1/4" | 21.43 LF | 4.12 | 88.30 | (0.00) | 88.30 |
| 193. R&R Washer/Washing Machine - Top-loading | 1.00 EA | 617.97 | 617.97 | (0.00) | 617.97 |
| 194. R&R Dryer - Electric | 1.00 EA | 658.46 | 658.46 | (0.00) | 658.46 |
| **Totals: Pantry** | | | **3,612.12** | **0.00** | **3,612.12** |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411



**Bath**                                                                                      **Height: 8'**

| | |
|---|---|
| 316.00 SF Walls | 95.39 SF Ceiling |
| 411.39 SF Walls & Ceiling | 95.39 SF Floor |
| 10.60 SY Flooring | 39.50 LF Floor Perimeter |
| 39.50 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 195.  Rough in plumbing - per fixture | 3.00 EA | 509.19 | 1,527.57 | (0.00) | 1,527.57 |
| 196.  R&R Tub/shower faucet | 1.00 EA | 269.09 | 269.09 | (0.00) | 269.09 |
| 197.  R&R Toilet | 1.00 EA | 347.55 | 347.55 | (0.00) | 347.55 |
| 198.  R&R Sink - single | 1.00 EA | 238.68 | 238.68 | (0.00) | 238.68 |
| 199.  Sink faucet - Bathroom | 1.00 EA | 125.20 | 125.20 | (0.00) | 125.20 |
| 200.  Tear out wet drywall, cleanup, bag for disposal | 411.39 SF | 0.86 | 353.80 | <0.00> | 353.80 |
| 201.  Paint the walls - two coats | 316.00 SF | 0.82 | 259.12 | <0.00> | 259.12 |
| 202.  R&R Acoustic ceiling (popcorn) texture | 95.39 SF | 1.15 | 109.70 | <0.00> | 109.70 |
| 203.  Seal/prime the ceiling - one coat | 95.39 SF | 0.45 | 42.93 | <0.00> | 42.93 |
| 204.  1/2" drywall - hung, taped, floated, ready for paint | 316.00 SF | 1.41 | 445.56 | <0.00> | 445.56 |
| 205.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 95.39 SF | 1.86 | 177.43 | (0.00) | 177.43 |
| 206.  Cleaning Technician - per hour | 3.00 HR | 30.21 | 90.63 | <0.00> | 90.63 |
| 207.  Apply anti-microbial agent | 95.39 SF | 0.22 | 20.99 | <0.00> | 20.99 |
| 208.  Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| 209.  Boots - waterproof latex - Disposable (per pair) | 1.00 EA | 6.54 | 6.54 | <0.00> | 6.54 |
| 210.  Eye protection - plastic goggles - Disposable | 1.00 EA | 7.81 | 7.81 | <0.00> | 7.81 |
| 211.  Disposable rain suit | 1.00 EA | 10.28 | 10.28 | <0.00> | 10.28 |
| 212.  R&R Light fixture | 1.00 EA | 66.93 | 66.93 | (0.00) | 66.93 |
| 213.  R&R 110 volt copper wiring run and box - rough in only | 1.00 EA | 57.72 | 57.72 | (0.00) | 57.72 |
| 214.  R&R 110 volt copper wiring run, box and switch | 2.00 EA | 72.66 | 145.32 | (0.00) | 145.32 |
| 215.  R&R 110 volt copper wiring run, box and outlet | 2.00 EA | 72.68 | 145.36 | (0.00) | 145.36 |
| 216.  R&R Interior door unit | 1.00 EA | 162.63 | 162.63 | (0.00) | 162.63 |
| 217.  R&R Ductwork system - hot and cold air (per run) | 1.00 EA | 328.69 | 328.69 | (0.00) | 328.69 |
| 218.  R&R Baseboard - 4 1/4" | 39.50 LF | 4.12 | 162.75 | (0.00) | 162.75 |
| 219.  Remove Vinyl floor covering (sheet goods) | 95.39 SF | 0.79 | 75.36 | (0.00) | 75.36 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Bath**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 220.  Vinyl floor covering (sheet goods) | 109.70 SF | 3.02 | 331.29 | (0.00) | 331.29 |
| 15 % waste added for Vinyl floor covering (sheet goods). | | | | | |
| **Totals:  Bath** | | | **5,517.22** | **0.00** | **5,517.22** |



**Patio**                                                    **Height: 8'**

| | | | |
|---|---|---|---|
| 537.12 SF Walls | | 258.84 SF Ceiling | |
| 795.96 SF Walls & Ceiling | | 258.84 SF Floor | |
| 28.76 SY Flooring | | 67.14 LF Floor Perimeter | |
| 67.14 LF Ceil. Perimeter | | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 221.  R&R Light fixture | 2.00 EA | 66.93 | 133.86 | (0.00) | 133.86 |
| 222.  R&R 110 volt copper wiring run and box - rough in only | 2.00 EA | 57.72 | 115.44 | (0.00) | 115.44 |
| 223.  R&R 110 volt copper wiring run, box and switch | 1.00 EA | 72.66 | 72.66 | (0.00) | 72.66 |
| 224.  R&R 110 volt copper wiring run, box and outlet | 5.00 EA | 72.68 | 363.40 | (0.00) | 363.40 |
| 225.  R&R Patio/pool Enclosure - Half Screen | 402.84 SF | 10.96 | 4,415.13 | (0.00) | 4,415.13 |
| 226.  R&R 6-0 6-8 vinyl sliding patio door - High grade | 1.00 EA | 976.10 | 976.10 | (0.00) | 976.10 |
| 227.  R&R Vinyl window - double hung, 9-12 sf - High grade | 0.00 EA | 314.67 | 0.00 | (0.00) | 0.00 |
| 228.  R&R Ductwork system - hot and cold air (per run) | 2.00 EA | 328.69 | 657.38 | (0.00) | 657.38 |
| 229.  Remove Indoor / outdoor carpet | 258.84 SF | 0.59 | 152.72 | (0.00) | 152.72 |
| 230.  Indoor / outdoor carpet | 297.66 SF | 1.52 | 452.44 | (0.00) | 452.44 |
| 15 % waste added for Indoor / outdoor carpet. | | | | | |
| **Totals:  Patio** | | | **7,339.13** | **0.00** | **7,339.13** |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411



| Carport | | | | | Height: 8' |
|---|---|---|---|---|---|
| | 322.82 SF Walls | | | 230.82 SF Ceiling | |
| | 553.64 SF Walls & Ceiling | | | 230.82 SF Floor | |
| | 25.65 SY Flooring | | | 40.35 LF Floor Perimeter | |
| | 40.35 LF Ceil. Perimeter | | | | |

| Missing Wall | **10' 10 1/4" X 8'** | | Opens into | **Exterior** |
|---|---|---|---|---|
| Missing Wall | **20' X 8'** | | Opens into | **Exterior** |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 231.  R&R Soffit - vinyl | 230.82 SF | 3.98 | 918.66 | (0.00) | 918.66 |
| 232.  R&R Vinyl window - double hung, 9-12 sf - High grade | 2.00 EA | 314.67 | 629.34 | (0.00) | 629.34 |
| **Totals:  Carport** | | | **1,548.00** | **0.00** | **1,548.00** |

| Utility | | | | | Height: 8' |
|---|---|---|---|---|---|
| | 185.59 SF Walls | | | 31.23 SF Ceiling | |
| | 216.82 SF Walls & Ceiling | | | 31.23 SF Floor | |
| | 3.47 SY Flooring | | | 23.20 LF Floor Perimeter | |
| | 23.20 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 233.  Water heater - 50 gallon - Electric - 6 yr | 1.00 EA | 677.93 | 677.93 | (0.00) | 677.93 |
| 234.  R&R Meter base and main disconnect - 200 amp | 1.00 EA | 316.95 | 316.95 | <0.00> | 316.95 |
| 235.  R&R Meter mast for overhead power - 2 1/2" conduit | 1.00 EA | 692.24 | 692.24 | <0.00> | 692.24 |
| 236.  R&R Breaker panel - 200 amp | 1.00 EA | 1,603.61 | 1,603.61 | <0.00> | 1,603.61 |
| 237.  R&R Circuit breaker - main disconnect - 150 to 200 amp | 1.00 EA | 257.14 | 257.14 | <0.00> | 257.14 |
| 238.  R&R Circuit breaker - 110 volt - single pole | 10.00 EA | 38.57 | 385.70 | <0.00> | 385.70 |
| 239.  R&R Circuit breaker - 220 volt - double pole | 4.00 EA | 46.95 | 187.80 | <0.00> | 187.80 |
| 240.  R&R Circuit breaker - ground-fault circuit-interrupter (GFI) | 2.00 EA | 84.19 | 168.38 | <0.00> | 168.38 |
| 241.  R&R Electric power supply cable - secondary | 1.00 EA | 535.53 | 535.53 | <0.00> | 535.53 |
| 242.  R&R #8 gauge copper wire - stranded or solid | 26.00 LF | 1.40 | 36.40 | <0.00> | 36.40 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Utility**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 243.  R&R Grounding rod - copper clad with clamp, 8' | 1.00 EA | 128.60 | 128.60 | <0.00> | 128.60 |
| **Totals:  Utility** | | | **4,990.28** | **0.00** | **4,990.28** |



| **Bedroom2** | | | | | **Height: 8'** |
|---|---|---|---|---|---|
| 450.67 SF Walls | | | 190.78 SF Ceiling | | |
| 641.44 SF Walls & Ceiling | | | 190.78 SF Floor | | |
| 21.20 SY Flooring | | | 56.33 LF Floor Perimeter | | |
| 56.33 LF Ceil. Perimeter | | | | | |

| **Subroom 1: CL2** | | | | | **Height: 8'** |
|---|---|---|---|---|---|
| 214.67 SF Walls | | | 23.61 SF Ceiling | | |
| 238.28 SF Walls & Ceiling | | | 23.61 SF Floor | | |
| 2.62 SY Flooring | | | 26.83 LF Floor Perimeter | | |
| 26.83 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 244.  R&R Ceiling fan & light | 1.00 EA | 348.88 | 348.88 | (0.00) | 348.88 |
| 245.  R&R 110 volt copper wiring run and box - rough in only | 1.00 EA | 57.72 | 57.72 | (0.00) | 57.72 |
| 246.  R&R 110 volt copper wiring run, box and switch | 1.00 EA | 72.66 | 72.66 | (0.00) | 72.66 |
| 247.  R&R 110 volt copper wiring run, box and outlet | 3.00 EA | 72.68 | 218.04 | (0.00) | 218.04 |
| 248.  Tear out wet drywall, cleanup, bag for disposal | 879.72 SF | 0.86 | 756.56 | <0.00> | 756.56 |
| 249.  Paint the walls - two coats | 665.33 SF | 0.82 | 545.57 | <0.00> | 545.57 |
| 250.  R&R Acoustic ceiling (popcorn) texture | 214.39 SF | 1.15 | 246.55 | <0.00> | 246.55 |
| 251.  Seal/prime the ceiling - one coat | 214.39 SF | 0.45 | 96.48 | <0.00> | 96.48 |
| 252.  1/2" drywall - hung, taped, floated, ready for paint | 665.33 SF | 1.41 | 938.12 | <0.00> | 938.12 |
| 253.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 214.39 SF | 1.86 | 398.77 | (0.00) | 398.77 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Bedroom2**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 254.  Cleaning Technician - per hour | 3.00 HR | 30.21 | 90.63 | <0.00> | 90.63 |
| 255.  Apply anti-microbial agent | 214.39 SF | 0.22 | 47.17 | <0.00> | 47.17 |
| 256.  Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| 257.  Boots - waterproof latex - Disposable (per pair) | 1.00 EA | 6.54 | 6.54 | <0.00> | 6.54 |
| 258.  Eye protection - plastic goggles - Disposable | 1.00 EA | 7.81 | 7.81 | <0.00> | 7.81 |
| 259.  Disposable rain suit | 1.00 EA | 10.28 | 10.28 | <0.00> | 10.28 |
| 260.  R&R Interior door unit | 1.00 EA | 162.63 | 162.63 | (0.00) | 162.63 |
| 261.  R&R Vinyl window - double hung, 9-12 sf - High grade | 1.00 EA | 314.67 | 314.67 | (0.00) | 314.67 |
| 262.  R&R Baseboard - 4 1/4" | 83.17 LF | 4.12 | 342.66 | (0.00) | 342.66 |
| 263.  Remove Carpet | 214.39 SF | 0.24 | 51.45 | (0.00) | 51.45 |
| 264.  Carpet | 246.55 SF | 2.80 | 690.34 | (0.00) | 690.34 |
| 15 % waste added for Carpet. | | | | | |
| 265.  R&R Carpet pad | 214.39 SF | 0.70 | 150.07 | (0.00) | 150.07 |

| **Totals:  Bedroom2** | | | **5,561.89** | **0.00** | **5,561.89** |
|---|---|---|---|---|---|

**Shed**           **Height: 8'**

| | |
|---|---|
| 373.33  SF Walls | 136.00  SF Ceiling |
| 509.33  SF Walls & Ceiling | 136.00  SF Floor |
| 15.11  SY Flooring | 46.67  LF Floor Perimeter |
| 46.67  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 266.  R&R Light fixture | 1.00 EA | 66.93 | 66.93 | (0.00) | 66.93 |
| 267.  R&R 110 volt copper wiring run and box - rough in only | 1.00 EA | 57.72 | 57.72 | (0.00) | 57.72 |
| 268.  R&R 110 volt copper wiring run, box and switch | 1.00 EA | 72.66 | 72.66 | (0.00) | 72.66 |
| 269.  R&R 110 volt copper wiring run, box and outlet | 4.00 EA | 72.68 | 290.72 | (0.00) | 290.72 |

| **Totals:  Shed** | | | **488.03** | **0.00** | **488.03** |
|---|---|---|---|---|---|

HOLMES



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

| | | | |
|---|---|---|---|
| **Total: MAIN LEVEL_Structural** | 104,145.36 | 0.00 | 104,145.36 |

## ROOF

**ROOF**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 270.  2" x 10" x 20' #2 & better Fir / Larch (material only) | 5.00 EA | 16.14 | 80.70 | (0.00) | 80.70 |
| 271.  2" x 10" x 8' #2 & better Fir / Larch (material only) | 4.00 EA | 6.46 | 25.84 | (0.00) | 25.84 |
| 272.  2" x 8" x 20' #2 & better Fir / Larch (material only) | 24.00 EA | 11.58 | 277.92 | (0.00) | 277.92 |
| 273.  2" x 8" x 18' #2 & better Fir / Larch (material only) | 8.00 EA | 10.53 | 84.24 | (0.00) | 84.24 |
| 274.  2" x 8" x 16' #2 & better Fir / Larch (material only) | 8.00 EA | 9.19 | 73.52 | (0.00) | 73.52 |
| 275.  2" x 8" x 14' #2 & better Fir / Larch (material only) | 8.00 EA | 8.16 | 65.28 | (0.00) | 65.28 |
| 276.  2" x 8" x 12' #2 & better Fir / Larch (material only) | 8.00 EA | 6.98 | 55.84 | (0.00) | 55.84 |
| 277.  2" x 8" x 10' #2 & better Fir / Larch (material only) | 8.00 EA | 5.79 | 46.32 | (0.00) | 46.32 |
| 278.  2" x 8" x 8' #2 & better Fir / Larch (material only) | 16.00 EA | 4.63 | 74.08 | (0.00) | 74.08 |
| 279.  2" x 6" x 20' #2 & better Fir / Larch (material only) | 10.00 EA | 9.02 | 90.20 | (0.00) | 90.20 |
| 280.  2" x 6" x 16' #2 & better Fir / Larch (material only) | 2.00 EA | 8.19 | 16.38 | (0.00) | 16.38 |
| 281.  2" x 6" x 18' #2 & better Fir / Larch (material only) | 2.00 EA | 7.04 | 14.08 | (0.00) | 14.08 |
| 282.  R&R Rafters - 2x8 - Labor only - (using rafter length) | 1,073.80 LF | 3.32 | 3,565.01 | (0.00) | 3,565.01 |
| 283.  R&R Rafters - 2x10 - Labor only - (using rafter length) | 125.43 LF | 3.67 | 460.33 | (0.00) | 460.33 |
| 284.  R&R Rafters - 2x6 - Labor only - (using rafter length) | 257.75 LF | 2.76 | 711.39 | (0.00) | 711.39 |
| 285.  R&R Sheathing - waferboard - 1/2" | 2,176.00 SF | 1.61 | 3,503.36 | (0.00) | 3,503.36 |
| **Total: ROOF** | | | 9,144.49 | 0.00 | 9,144.49 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411



### Main Roof

| | | | |
|---|---|---|---|
| 2147.34 | Surface Area | 21.47 | Number of Squares |
| 184.49 | Total Perimeter Length | 18.99 | Total Ridge Length |
| 106.44 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 286.  3 tab - 25 yr. - (hvy.wt) comp. shingle rfg. - w/out felt | 25.00 SQ | 188.55 | 4,713.75 | <0.00> | 4,713.75 |
| 287.  Remove 3 tab - 25 yr. - (hvy.wt) comp.shingle rfg. - w/out felt | 21.47 SQ | 46.08 | 989.34 | <0.00> | 989.34 |
| 288.  Roofing felt - 30 lb. | 21.47 SQ | 30.77 | 660.63 | <0.00> | 660.63 |
| 289.  Ridge cap - composition shingles | 125.43 LF | 4.40 | 551.89 | <0.00> | 551.89 |
| 290.  Drip edge | 184.49 LF | 2.32 | 428.02 | <0.00> | 428.02 |
| 291.  R&R Exhaust cap - through roof | 2.00 EA | 76.81 | 153.62 | (0.00) | 153.62 |
| 292.  R&R Roof vent - turtle type - Metal | 3.00 EA | 52.21 | 156.63 | (0.00) | 156.63 |
| 293.  R&R Flashing - pipe jack | 3.00 EA | 42.20 | 126.60 | (0.00) | 126.60 |
| 294.  R&R Soffit - vinyl | 368.98 SF | 3.98 | 1,468.54 | (0.00) | 1,468.54 |
| 295.  R&R Gutter / downspout - aluminum - up to 5" | 184.49 LF | 4.67 | 861.57 | (0.00) | 861.57 |
| **Totals:  Main Roof** | | | **10,110.59** | **0.00** | **10,110.59** |



### Patio-Roof

| | | | |
|---|---|---|---|
| 431.31 | Surface Area | 4.31 | Number of Squares |
| 62.76 | Total Perimeter Length | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 296.  R&R Structural insulated panel (SIP) - Roof - 8 1/4" | 431.31 SF | 7.08 | 3,053.68 | (0.00) | 3,053.68 |
| **Totals:  Patio-Roof** | | | **3,053.68** | **0.00** | **3,053.68** |
| **Total:  ROOF** | | | **22,308.76** | **0.00** | **22,308.76** |

**EXTERIOR_Structural**



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**EXTERIOR_Structural**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 297.  R&R Chain link fence w/posts & top rail - 4' high - 9 gauge | 204.82 LF | 14.95 | 3,062.06 | (0.00) | 3,062.06 |
| 298.  R&R Brick veneer - Premium grade | 305.66 SF | 14.14 | 4,322.03 | (0.00) | 4,322.03 |
| 299.  Brick - Add for herringbone pattern | 305.66 SF | 1.73 | 528.79 | (0.00) | 528.79 |
| 300.  R&R Central air conditioning system - 3 ton - 14-15 SEER | 1.00 EA | 3,551.03 | 3,551.03 | (0.00) | 3,551.03 |

Includes: Condensing unit, coil, copper lines, and installation labor.  Labor cost to remove a central air conditioning system and to discard in a job-site waste receptacle.
Quality: 3 ton, 14 to 15 SEER.

| | | | | | |
|---|---|---|---|---|---|
| **Total:  EXTERIOR_Structural** | | | **11,463.91** | **0.00** | **11,463.91** |



**Exterior**                                                                 **Height: 8'**

| | |
|---|---|
| 1369.25  SF Walls | 1740.77  SF Ceiling |
| 3110.02  SF Walls & Ceiling | 1740.77  SF Floor |
| 193.42  SY Flooring | 171.16  LF Floor Perimeter |
| 171.16  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 301.  R&R Soffit - vinyl | 273.85 SF | 3.98 | 1,089.93 | (0.00) | 1,089.93 |
| 302.  R&R Fascia - metal - 6" | 171.16 LF | 3.58 | 612.76 | (0.00) | 612.76 |
| 303.  R&R Column - round cast fiberglass - 8" diameter | 6.00 LF | 40.51 | 243.06 | (0.00) | 243.06 |

| | | | | | |
|---|---|---|---|---|---|
| **Totals:  Exterior** | | | **1,945.75** | **0.00** | **1,945.75** |



**Storage**                                                                  **Height: 8'**

| | |
|---|---|
| 383.51  SF Walls | 139.57  SF Ceiling |
| 523.09  SF Walls & Ceiling | 139.57  SF Floor |
| 15.51  SY Flooring | 47.94  LF Floor Perimeter |
| 47.94  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Storage**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 304.  R&R Storage shed - Wood - 10' x 14' | 1.00 EA | 3,361.51 | 3,361.51 | (0.00) | 3,361.51 |
| **Totals:  Storage** | | | **3,361.51** | **0.00** | **3,361.51** |
| **Total:  EXTERIOR_Structural** | | | **16,771.17** | **0.00** | **16,771.17** |

**CONTENTS**

CONTENTS

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 305.  Contents Per Attached Spreadsheet | 1.00 EA | 161,839.08 | 161,839.08 | (0.00) | 161,839.08 |
| **Total:  CONTENTS** | | | **161,839.08** | **0.00** | **161,839.08** |

Car

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 306.  Contents - 1998 Corolla | 1.08 EA | 9,310.00 | 10,054.80 | (0.00) | 10,054.80 |

The median starting MSRP for a 1998 Corolla was $13,788.  For camparison we chose a 7 year old Corolla (2004 model) in order to compare MSRP pricing changes ConsumerGuide placed at $13570. CarGurus.com placed the instant market value of an 7 year old Corolla at $9310.  Since the new price of a Corolla did not increase a minimum value for a 1998 Corolla at the time of the flood in Aug. 2005 would be $9310.00 - Research is attached.  Final price includes 8% sales tax to compensate for not being included in the taxable spreadsheet.

| | | | | | |
|---|---|---|---|---|---|
| **Totals:  Car** | | | **10,054.80** | **0.00** | **10,054.80** |
| **Total:  CONTENTS** | | | **171,893.88** | **0.00** | **171,893.88** |

**ADDITIONAL LIVING EXPENSES**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 307.  Additional Living Expenses | 1.00 EA | 36,152.25 | 36,152.25 | (0.00) | 36,152.25 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

## CONTINUED - ADDITIONAL LIVING EXPENSES

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|

Additional living expenses compensate the recipient for the difference between what they would have spent had the peril not occured and what they did spend subsequent to the peril. In this instance the homeowner was forced to relocate permanently. The purpose of additional living expenses is to compensate the recipent at a rate commensurate with covering the expenses associated with their normal lifestyle in order to not further penalize the recipient financially. Between the time of mandatory evacuation and the time the homeowner was able to settle into a permanent residence more than one year transpired. It is typical for the additional living expenses to reach 20% of insured value in one year.  A fully insured home will typically carry 80-100 percent of its Replacement Cost Value. In this instance the home's replacement cost value has been calculated at $180,761.23.  Therefore, a reasonable figure to apply to one year's additional living expenses is $36,152.25.

| | | | | | |
|---|---|---|---|---|---|
| **Totals:  ADDITIONAL LIVING EXPENSES** | | | **36,152.25** | **0.00** | **36,152.25** |
| **Line Item Totals:  HOLMES** | | | **353,053.03** | **0.00** | **353,053.03** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 6,336.48 | SF Walls | 3,758.54 | SF Ceiling | 10,095.02 | SF Walls and Ceiling |
| 3,758.54 | SF Floor | 417.62 | SY Flooring | 789.45 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 805.12 | LF Ceil. Perimeter |
| | | | | | |
| 3,758.54 | Floor Area | 3,959.60 | Total Area | 6,336.48 | Interior Wall Area |
| 3,671.53 | Exterior Wall Area | 439.17 | Exterior Perimeter of Walls | | |
| | | | | | |
| 2,578.65 | Surface Area | 25.79 | Number of Squares | 247.25 | Total Perimeter Length |
| 18.99 | Total Ridge Length | 106.44 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 145,006.90 | 41.07% | 180,761.23 | 46.49% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 171,893.88 | 48.69% | 171,893.88 | 44.21% |
| Additional Living Expenses | 36,152.25 | 10.24% | 36,152.25 | 9.30% |
| Total | 353,053.03 | 100.00% | 388,807.36 | 100.00% |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

### Summary for Dwelling

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 145,006.90 |
| Material Sales Tax | @ | 10.000% x | 56,274.51 | 5,627.45 |
| | | | | 150,634.35 |
| Overhead | @ | 10.0% x | 150,634.35 | 15,063.44 |
| Profit | @ | 10.0% x | 150,634.35 | 15,063.44 |
| **Replacement Cost Value** | | | | **$180,761.23** |
| **Net Claim** | | | | **$180,761.23** |

_____
Scott Taylor



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 171,893.88 |
| **Replacement Cost Value** | **$171,893.88** |
| **Net Claim** | **$171,893.88** |

_____
Scott Taylor



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

## Summary for Additional Living Expenses

Line Item Total                                                                     36,152.25

**Replacement Cost Value**                                                   **$36,152.25**
**Net Claim**                                                                      **$36,152.25**

_____

Scott Taylor



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

## Recap by Room

| | | | | |
|---|---|---|---|---|
| **Estimate: HOLMES** | | | **1,781.61** | **0.50%** |
| Coverage: Dwelling | 100.00% | = | 1,781.61 | |
| | | | | |
| **Area:  MAIN LEVEL_Structural** | | | **36,344.12** | **10.29%** |
| Coverage: Dwelling | 100.00% | = | 36,344.12 | |
| **Kitchen** | | | **16,802.43** | **4.76%** |
| Coverage: Dwelling | 100.00% | = | 16,802.43 | |
| **Nook** | | | **3,019.62** | **0.86%** |
| Coverage: Dwelling | 100.00% | = | 3,019.62 | |
| **Den** | | | **5,181.38** | **1.47%** |
| Coverage: Dwelling | 100.00% | = | 5,181.38 | |
| **Hall** | | | **787.40** | **0.22%** |
| Coverage: Dwelling | 100.00% | = | 787.40 | |
| **Bedroom1** | | | **7,605.91** | **2.15%** |
| Coverage: Dwelling | 100.00% | = | 7,605.91 | |
| **Living** | | | **5,347.83** | **1.51%** |
| Coverage: Dwelling | 100.00% | = | 5,347.83 | |
| **Pantry** | | | **3,612.12** | **1.02%** |
| Coverage: Dwelling | 100.00% | = | 3,612.12 | |
| **Bath** | | | **5,517.22** | **1.56%** |
| Coverage: Dwelling | 100.00% | = | 5,517.22 | |
| **Patio** | | | **7,339.13** | **2.08%** |
| Coverage: Dwelling | 100.00% | = | 7,339.13 | |
| **Carport** | | | **1,548.00** | **0.44%** |
| Coverage: Dwelling | 100.00% | = | 1,548.00 | |
| **Utility** | | | **4,990.28** | **1.41%** |
| Coverage: Dwelling | 100.00% | = | 4,990.28 | |
| **Bedroom2** | | | **5,561.89** | **1.58%** |
| Coverage: Dwelling | 100.00% | = | 5,561.89 | |
| **Shed** | | | **488.03** | **0.14%** |
| Coverage: Dwelling | 100.00% | = | 488.03 | |
| | | | | |
| **Area Subtotal:  MAIN LEVEL_Structural** | | | **104,145.36** | **29.50%** |
| Coverage: Dwelling | 100.00% | = | 104,145.36 | |
| | | | | |
| **Area:  ROOF** | | | **9,144.49** | **2.59%** |
| Coverage: Dwelling | 100.00% | = | 9,144.49 | |
| **Main Roof** | | | **10,110.59** | **2.86%** |
| Coverage: Dwelling | 100.00% | = | 10,110.59 | |
| **Patio-Roof** | | | **3,053.68** | **0.86%** |
| Coverage: Dwelling | 100.00% | = | 3,053.68 | |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

| | | | |
|---|---|---|---|
| **Area Subtotal:  ROOF** | | **22,308.76** | **6.32%** |
| Coverage: Dwelling | 100.00% = | 22,308.76 | |
| **Area:  EXTERIOR_Structural** | | **11,463.91** | **3.25%** |
| Coverage: Dwelling | 100.00% = | 11,463.91 | |
| **Exterior** | | **1,945.75** | **0.55%** |
| Coverage: Dwelling | 100.00% = | 1,945.75 | |
| **Storage** | | **3,361.51** | **0.95%** |
| Coverage: Dwelling | 100.00% = | 3,361.51 | |
| **Area Subtotal:  EXTERIOR_Structural** | | **16,771.17** | **4.75%** |
| Coverage: Dwelling | 100.00% = | 16,771.17 | |
| **Area:  CONTENTS** | | **161,839.08** | **45.84%** |
| Coverage: Contents | 100.00% = | 161,839.08 | |
| **Car** | | **10,054.80** | **2.85%** |
| Coverage: Contents | 100.00% = | 10,054.80 | |
| **Area Subtotal:  CONTENTS** | | **171,893.88** | **48.69%** |
| Coverage: Contents | 100.00% = | 171,893.88 | |
| **ADDITIONAL LIVING EXPENSES** | | **36,152.25** | **10.24%** |
| Coverage: Additional Living Expenses | 100.00% = | 36,152.25 | |
| **Subtotal of Areas** | | **353,053.03** | **100.00%** |
| Coverage: Dwelling | 41.07% = | 145,006.90 | |
| Coverage: Contents | 48.69% = | 171,893.88 | |
| Coverage: Additional Living Expenses | 10.24% = | 36,152.25 | |
| **Total** | | **353,053.03** | **100.00%** |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

## Recap by Category

| O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **APPLIANCES** | | | | **4,640.07** | **1.19%** |
| Coverage: Dwelling | @ | 100.00% | = | 4,640.07 | |
| **AWNINGS & PATIO COVERS** | | | | **4,137.17** | **1.06%** |
| Coverage: Dwelling | @ | 100.00% | = | 4,137.17 | |
| **CABINETRY** | | | | **6,836.16** | **1.76%** |
| Coverage: Dwelling | @ | 100.00% | = | 6,836.16 | |
| **CONCRETE & ASPHALT** | | | | **14,560.73** | **3.74%** |
| Coverage: Dwelling | @ | 100.00% | = | 14,560.73 | |
| **GENERAL DEMOLITION** | | | | **30,761.05** | **7.91%** |
| Coverage: Dwelling | @ | 100.00% | = | 30,761.05 | |
| **DOORS** | | | | **1,341.06** | **0.34%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,341.06 | |
| **DRYWALL** | | | | **7,222.62** | **1.86%** |
| Coverage: Dwelling | @ | 100.00% | = | 7,222.62 | |
| **ELECTRICAL** | | | | **8,197.11** | **2.11%** |
| Coverage: Dwelling | @ | 100.00% | = | 8,197.11 | |
| **FLOOR COVERING - CARPET** | | | | **3,770.34** | **0.97%** |
| Coverage: Dwelling | @ | 100.00% | = | 3,770.34 | |
| **FLOOR COVERING - VINYL** | | | | **1,133.43** | **0.29%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,133.43 | |
| **FENCING** | | | | **2,595.07** | **0.67%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,595.07 | |
| **FINISH CARPENTRY / TRIMWORK** | | | | **1,671.52** | **0.43%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,671.52 | |
| **FRAMING & ROUGH CARPENTRY** | | | | **16,360.37** | **4.21%** |
| Coverage: Dwelling | @ | 100.00% | = | 16,360.37 | |
| **HEAT,  VENT & AIR CONDITIONING** | | | | **5,591.26** | **1.44%** |
| Coverage: Dwelling | @ | 100.00% | = | 5,591.26 | |
| **INSULATION** | | | | **1,248.76** | **0.32%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,248.76 | |
| **LIGHT FIXTURES** | | | | **2,493.36** | **0.64%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,493.36 | |
| **MASONRY** | | | | **4,260.90** | **1.10%** |
| Coverage: Dwelling | @ | 100.00% | = | 4,260.90 | |
| **PLUMBING** | | | | **4,961.29** | **1.28%** |
| Coverage: Dwelling | @ | 100.00% | = | 4,961.29 | |
| **PAINTING** | | | | **3,144.77** | **0.81%** |
| Coverage: Dwelling | @ | 100.00% | = | 3,144.77 | |
| **ROOFING** | | | | **6,735.08** | **1.73%** |
| Coverage: Dwelling | @ | 100.00% | = | 6,735.08 | |
| **SOFFIT, FASCIA, & GUTTER** | | | | **4,579.71** | **1.18%** |
| Coverage: Dwelling | @ | 100.00% | = | 4,579.71 | |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

| O&P Items | | | | Total | % |
|---|---|---|---|---|---|
| **WINDOWS - SLIDING PATIO DOORS** | | | | **944.28** | **0.24%** |
| Coverage: Dwelling | @ | 100.00% | = | 944.28 | |
| **WINDOWS - VINYL** | | | | **3,250.61** | **0.84%** |
| Coverage: Dwelling | @ | 100.00% | = | 3,250.61 | |
| **WATER EXTRACTION & REMEDIATION** | | | | **1,380.64** | **0.36%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,380.64 | |
| **EXTERIOR STRUCTURES** | | | | **3,189.54** | **0.82%** |
| Coverage: Dwelling | @ | 100.00% | = | 3,189.54 | |
| **O&P Items Subtotal** | | | | **145,006.90** | **37.30%** |

| Non-O&P Items | | | | Total | % |
|---|---|---|---|---|---|
| **ACCESSORIES - MOBILE HOME** | | | | **46,207.05** | **11.88%** |
| Coverage: Contents | @ | 21.76% | = | 10,054.80 | |
| Coverage: Additional Living Expenses | @ | 78.24% | = | 36,152.25 | |
| **CONTENT MANIPULATION** | | | | **161,839.08** | **41.62%** |
| Coverage: Contents | @ | 100.00% | = | 161,839.08 | |
| **Non-O&P Items Subtotal** | | | | **208,046.13** | **53.51%** |
| **O&P Items Subtotal** | | | | **145,006.90** | **37.30%** |
| **Material Sales Tax** | @ | **10.000%** | | **5,627.45** | **1.45%** |
| Coverage: Dwelling | @ | 100.00% | = | 5,627.45 | |
| **Overhead** | @ | **10.0%** | | **15,063.44** | **3.87%** |
| Coverage: Dwelling | @ | 100.00% | = | 15,063.44 | |
| **Profit** | @ | **10.0%** | | **15,063.44** | **3.87%** |
| Coverage: Dwelling | @ | 100.00% | = | 15,063.44 | |
| **Total** | | | | **388,807.36** | **100.00%** |

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**1205 Perrin Drive -**

Date Taken: 7/12/2011

Taken By:    SCOTT

Street view a few months after flood - note address of next door neighbor on street.



**1205 Perrin Drive-ar**

Date Taken: 7/12/2011

Taken By:    SCOTT

Front and left elevation - demonstrating rear location of screened porch.

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSCN2198**

Date Taken: 6/12/2011

Taken By:    SCOTT

Municipality painted adress after demolition



**DSCN2199**

Date Taken: 6/12/2011

Taken By:    SCOTT

Current photo of site - no foundation left.

# Photo Sheet

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**

Insured:      Fred Holmes

Claim #:

Policy #:



**1205 Perrin-arial2**

Date Taken: 7/10/2011

Taken By:    SCOTT

Ariel view shortly after foundation was removed



**holmes-slab**

Date Taken:

Taken By:    SCOTT

arial view when slab was still in place

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00296**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00113**

Date Taken: 10/5/2005

Taken By:    Homeowner

Interior shot of den

# Photo Sheet

Insured:   Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00114**

Date Taken: 10/5/2005

Taken By:   Homeowner

sheetrock fell from ceiling when water
went above attic line



**DSC00115**

Date Taken: 10/5/2005

Taken By:   Homeowner

several resting water lines to be found at
the 6, 6.5, 7 foot level

# Photo Sheet

Insured:    Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00116**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00117**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00118**

Date Taken: 10/5/2005

Taken By:    Homeowner

fitness equipment in den



**DSC00119**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00120**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00121**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00122**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00123**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**

Insured:     Fred Holmes

Claim #:

Policy #:



**DSC00124**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00126**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00127**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00128**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00129**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00130**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00131**

Date Taken: 10/5/2005

Taken By:    Homeowner

**DSC00132**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00133**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00134**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00135**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00136**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00137**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00138**

Date Taken: 10/5/2005

Taken By:     Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00139**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00140**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00141**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00142**

Date Taken: 10/5/2005

Taken By:    Homeowner

storagage shed almost went beyond the fence

# Photo Sheet

Insured:    Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00143**

Date Taken: 10/5/2005

Taken By:    Homeowner

screened porch extens across the entire
back side of dwelling



**DSC00144**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00145**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00146**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00147**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00148**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**

Insured:      Fred Holmes

Claim #:

Policy #:



**DSC00149**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00150**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00151**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00152**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00153**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00154**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00155**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00156**

Date Taken: 10/5/2005

Taken By:    Homeowner

Outdoor furnishings came through the
screened area and into the patio.

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00157**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00158**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00159**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00160**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**

Insured:     Fred Holmes

Claim #:

Policy #:



**DSC00161**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00162**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00163**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00164**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00165**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00166**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00167**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00168**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00169**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00170**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00171**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00172**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00173**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00174**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00175**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00176**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:    Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00177**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00178**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00179**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00180**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00181**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00182**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00183**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00184**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00185**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00186**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:    Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00187**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00188**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00189**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00190**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00192**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00193**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00194**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00195**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00196**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00197**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:    Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00198**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00199**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00200**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00201**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00202**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00203**

Date Taken: 10/5/2005

Taken By:    SCOTT

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00204**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00205**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00206**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00207**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00208**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00209**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00210**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00211**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:    Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00212**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00213**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**

Insured:     Fred Holmes

Claim #:

Policy #:



**DSC00214**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00215**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:    Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00216**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00217**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00218**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00219**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:    Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00220**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00221**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00222**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00223**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00224**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00225**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00226**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00229**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00230**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00231**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00232**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00233**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:    Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00234**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00235**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00236**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00238**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00239**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00240**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00241**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00242**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00243**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00244**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:      Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00245**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00248**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:   Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00249**

Date Taken: 10/5/2005

Taken By:   Homeowner



**DSC00250**

Date Taken: 10/5/2005

Taken By:   Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00252**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00253**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00254**

Date Taken: 10/5/2005

Taken By:     Homeowner



**DSC00255**

Date Taken: 10/5/2005

Taken By:     Homeowner

# Photo Sheet

Insured:    Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00256**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00257**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00259**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00260**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00261**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00262**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00263**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00264**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

**Insured:**   Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00265**

Date Taken: 10/5/2005

Taken By:   Homeowner



**DSC00266**

Date Taken: 10/5/2005

Taken By:   Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00267**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00268**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00269**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00270**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00271**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00272**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00273**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00274**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:   Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00278**

Date Taken: 10/5/2005

Taken By:   Homeowner



**DSC00279**

Date Taken: 10/5/2005

Taken By:   Homeowner

view of front demonstrates 3 tab shingles
installed

# Photo Sheet

Insured:    Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00280**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00281**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**

Insured:  Fred Holmes

Claim #:

Policy #:



**DSC00282**

Date Taken: 10/5/2005

Taken By:    Homeowner

Auto was completely submirged.



**DSC00283**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured: Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00284**

Date Taken: 10/5/2005

Taken By: Homeowner

1992 Toyota Corolla LE has distinct tail
lights



**DSC00285**

Date Taken: 10/5/2005

Taken By: Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00286**

Date Taken: 10/5/2005

Taken By:    Homeowner

Wheel design is unique to 2002 model
Toyota Corolla



**DSC00287**

Date Taken: 10/5/2005

Taken By:    Homeowner

Water lines visible at 7 foot mark on
pillars

# Photo Sheet

Insured:    Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00288**

Date Taken: 10/5/2005

Taken By:    Homeowner

another view of 7 foot water line



**DSC00289**

Date Taken: 10/5/2005

Taken By:    Homeowner

Right side elevation

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00290**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00291**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**

Insured:      Fred Holmes

Claim #:

Policy #:



**DSC00292**

Date Taken: 10/5/2005

Taken By:    Homeowner



**DSC00293**

Date Taken: 10/5/2005

Taken By:    Homeowner

# Photo Sheet

Insured:     Fred Holmes

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSC00294**

Date Taken: 10/5/2005

Taken By:    Homeowner

Front Porch - vinyl soffit



**DSC00295**

Date Taken: 10/5/2005

Taken By:    SCOTT

Water intrusion evident in soffit

| | | | | | | | P | | | | RCV | 161,839.08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **Flood Contents Worksheet** | Insd. Hm.# | | P | Date: | | RCV | 161,839.08 |
|---|---|---|---|---|---|---|---|
| **Contents Inventory List** | Insd. Wk.# | | H | Type Policy: | | DEPR | |
| Insured: Fred and Jeneen Holmes | DOL: 8/29/2005 | | O | Pol. # | | ACV | 161,839.08 |
| Address: 1205 Perrin Drive | | | T | Clm. # | | Repair/Restore | |
| Address: 1205 Perrin Drive | Adj. Scott Taylor | | O | Sales Tax | 8% Added | ACV + Repair | 161,839.08 |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model... | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 3 | clipper sets | $70.00 | | | | | Bath | | 226.80 | | | 226.80 |
| 18 | 6 | trimmers | $40.00 | | | | | Bath | | 259.20 | | | 259.20 |
| 19 | 3 | blow dryers | $40.00 | | | | | Bath | | 129.60 | | | 129.60 |
| 20 | 6 | curling irons | $30.00 | | | | | Bath | | 194.40 | | | 194.40 |
| 21 | 2 | eye wax machines | $75.00 | | | | | Bath | | 162.00 | | | 162.00 |
| 54 | 1 | crimping iron | $45.00 | | | | | Bath | | 48.60 | | | 48.60 |
| 55 | 1 | electric razor | $60.00 | | | | | Bath | | 64.80 | | | 64.80 |
| 56 | 1 | scale | $65.00 | | | | | Bath | | 70.20 | | | 70.20 |
| 128 | 1 | electric hair braiding machine | $40.00 | | | | | Bath | | 43.20 | | | 43.20 |
| 130 | 1 | heating pad | $45.00 | | | | | Bath | | 48.60 | | | 48.60 |
| 134 | 3 | electric toothbrushes | $50.00 | | | | | Bath | | 162.00 | | | 162.00 |
| 197 | 1 | vanity chair | $150.00 | | | | | Bath | | 162.00 | | | 162.00 |
| 200 | 1 | wooden bath accessory cabinet | $100.00 | | | | | Bath | | 108.00 | | | 108.00 |
| 205 | 40 | towels | $6.00 | | | | | Bath | | 259.20 | | | 259.20 |
| 206 | 15 | sheets | $10.00 | | | | | Bath | | 162.00 | | | 162.00 |
| 251 | | cosmetics | $400.00 | | | | | Bath | | 432.00 | | | 432.00 |
| 252 | | hair supplies | $300.00 | | | | | Bath | | 324.00 | | | 324.00 |
| 253 | | hair accessories | $170.00 | | | | | Bath | | 183.60 | | | 183.60 |
| 328 | 2 | first aid kit | $25.00 | | | | | Bath | | 54.00 | | | 54.00 |
| 362 | 20 | shampoos | $15.00 | | | | | Bath | | 324.00 | | | 324.00 |

| | | | | | | | | P | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Flood Contents Worksheet** — Insd. Hm.#

| Flood Contents Worksheet | Insd. Hm.# | | | P | Date: | | RCV | 161,839.08 |
|---|---|---|---|---|---|---|---|---|

| | Insd. Hm.# | | | | | P | Date: | | RCV | 161,839.08 |
|---|---|---|---|---|---|---|---|---|---|---|

*Flood Contents Worksheet* | Insd. Hm.# | | P | Date: | | RCV | **161,839.08**

**Contents Inventory List** | Insd. Wk.# | | H | Type Policy: | | DEPR |

Insured: Fred and Jeneen Holmes | DOL: 8/29/2005 | O | Pol. # | | ACV | **161,839.08**

Address: 1205 Perrin Drive | | T | Clm. # | | Repair/Restore |

Address: 1205 Perrin Drive | Adj. Scott Taylor | O | Sales Tax | **8% Added** | ACV + Repair | **161,839.08**

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 364 | 1 | towel rack | $20.00 | | | | | Bath | | 21.60 | | | 21.60 |
| 365 | 1 | tissue holder | $10.00 | | | | | Bath | | 10.80 | | | 10.80 |
| 415 | 5 | pet shampoos | $10.00 | | | | | Bath | | 54.00 | | | 54.00 |
| 416 | 7 | pet medicines | $20.00 | | | | | Bath | | 151.20 | | | 151.20 |
| 420 | 6 | toothpaste | $3.00 | | | | | Bath | | 19.44 | | | 19.44 |
| 421 | 3 | dental floss | $3.00 | | | | | Bath | | 9.72 | | | 9.72 |
| 433 | 20 | brushes | $5.00 | | | | | Bath | | 108.00 | | | 108.00 |
| 434 | 30 | combs | $3.00 | | | | | Bath | | 97.20 | | | 97.20 |
| 435 | 4 | perm solutions | $20.00 | | | | | Bath | | 86.40 | | | 86.40 |
| 436 | 2 | shears | $50.00 | | | | | Bath | | 108.00 | | | 108.00 |
| 454 | 4 | makeup cases | $28.00 | | | | | Bath | | 120.96 | | | 120.96 |
| 456 | 3 | soap dispenser | $5.00 | | | | | Bath | | 16.20 | | | 16.20 |
| 465 | 20 | perfume / cologne | $30.00 | | | | | Bath | | 648.00 | | | 648.00 |
| 472 | 2 | rollup beach towels w/ attached pillows | $20.00 | | | | | Bath | | 43.20 | | | 43.20 |
| 473 | 3 | beach towels | $12.00 | | | | | Bath | | 38.88 | | | 38.88 |
| 475 | 6 | body lotions | $10.00 | | | | | Bath | | 64.80 | | | 64.80 |
| 477 | 4 | suntan lotions | $40.00 | | | | | Bath | | 172.80 | | | 172.80 |
| 481 | 1 | shower massage head | $60.00 | | | | | Bath | | 64.80 | | | 64.80 |
| 493 | 5 | shower curtain | $30.00 | | | | | Bath | | 162.00 | | | 162.00 |
| 494 | 5 | shower curtain liners | $10.00 | | | | | Bath | | 54.00 | | | 54.00 |

| | | | | | | | | P | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Flood Contents Worksheet*** | | | Insd. Hm.# | | | | | H | Type Policy: | | DEPR | |
| **Contents Inventory List** | | | Insd. Wk.# | | | | | O | Pol. # | | ACV | **161,839.08** |
| Insured: | Fred and Jeneen Holmes | | DOL: | 8/29/2005 | | | | T | Clm. # | | Repair/Restore | |
| Address: | 1205 Perrin Drive | | | | | | | O | Sales Tax | **8% Added** | ACV + Repair | **161,839.08** |
| Address: | 1205 Perrin Drive | | Adj. | Scott Taylor | | | | | | | | |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 495 | 2 | shower curtain rod | $20.00 | | | | | Bath | | 43.20 | | | 43.20 |
| 498 | 1 | lighted vanity mirror | $70.00 | | | | | Bath | | 75.60 | | | 75.60 |
| | | | | | | | | | | | | Room Totals | |
| 8 | 1 | floor fan | $90.00 | | | | | BR1 | | 97.20 | | | 97.20 |
| 22 | 2 | foot massagers | $125.00 | | | | | BR1 | | 270.00 | | | 270.00 |
| 43 | 1 | iron | $50.00 | | | | | BR1 | | 54.00 | | | 54.00 |
| 80 | 1 | Panasonic TV. / VCR / radio | $325.00 | | | | | BR1 | | 351.00 | | | 351.00 |
| 84 | 4 | VCR | $100.00 | | | | | BR1 | | 432.00 | | | 432.00 |
| 85 | 2 | DVD player | $150.00 | | | | | BR1 | | 324.00 | | | 324.00 |
| 88 | 3 | computer | $1,300.00 | | | | | BR1 | | 4,212.00 | | | 4,212.00 |
| 90 | 4 | alarm clock radio | $50.00 | | | | | BR1 | | 216.00 | | | 216.00 |
| 91 | 1 | ceiling fan remote control (new in box) | $70.00 | | | | | BR1 | | 75.60 | | | 75.60 |
| 92 | 1 | stereo system | $500.00 | | | | | BR1 | | 540.00 | | | 540.00 |
| 93 | 1 | boom box | $70.00 | | | | | BR1 | | 75.60 | | | 75.60 |
| 94 | 1 | video camera | $950.00 | | | | | BR1 | | 1,026.00 | | | 1,026.00 |
| 95 | 1 | scanner | $250.00 | | | | | BR1 | | 270.00 | | | 270.00 |
| 96 | 3 | computer monitor | $200.00 | | | | | BR1 | | 648.00 | | | 648.00 |
| 97 | 2 | printer | $150.00 | | | | | BR1 | | 324.00 | | | 324.00 |
| 98 | 1 | all in one fax/printer/copier | $350.00 | | | | | BR1 | | 378.00 | | | 378.00 |
| 99 | 4 | telephones | $25.00 | | | | | BR1 | | 108.00 | | | 108.00 |

| | | | | | | | P | | Date: | | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Flood Contents Worksheet** — Insd. Hm.#

**Contents Inventory List** — Insd. Wk.#

| | | | | |
|---|---|---|---|---|
| Insured: | Fred and Jeneen Holmes | DOL: | 8/29/2005 | |
| Address: | 1205 Perrin Drive | | | |
| Address: | 1205 Perrin Drive | Adj. | Scott Taylor | |

Type Policy: — DEPR

Pol. # — ACV **161,839.08**

Clm. # — Repair/Restore

Sales Tax — **8% Added** — ACV + Repair **161,839.08**

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 1 | caller ID | $60.00 | | | | | BR1 | | 64.80 | | | 64.80 |
| 103 | 1 | portable TV. | $80.00 | | | | | BR1 | | 86.40 | | | 86.40 |
| 104 | 2 | typewriter | $200.00 | | | | | BR1 | | 432.00 | | | 432.00 |
| 121 | 1 | electric keyboard | $300.00 | | | | | BR1 | | 324.00 | | | 324.00 |
| 125 | 1 | wireless headset | $75.00 | | | | | BR1 | | 81.00 | | | 81.00 |
| 126 | 4 | cell phones | $40.00 | | | | | BR1 | | 172.80 | | | 172.80 |
| 129 | 1 | notebook computer | $2,500.00 | | | | | BR1 | | 2,700.00 | | | 2,700.00 |
| 141 | 1 | handheld CD player | $35.00 | | | | | BR1 | | 37.80 | | | 37.80 |
| 143 | 1 | memory card for video camera | $50.00 | | | | | BR1 | | 54.00 | | | 54.00 |
| 144 | 5 | memory cards for ps2 system | $30.00 | | | | | BR1 | | 162.00 | | | 162.00 |
| 145 | 2 | ps memory cards | $40.00 | | | | | BR1 | | 86.40 | | | 86.40 |
| 149 | 1 | ps surround sound system | $100.00 | | | | | BR1 | | 108.00 | | | 108.00 |
| 161 | 2 | mattresses | $700.00 | | | | | BR1 | | 1,512.00 | | | 1,512.00 |
| 162 | 2 | box frames | $200.00 | | | | | BR1 | | 432.00 | | | 432.00 |
| 163 | 4 | frames | $50.00 | | | | | BR1 | | 216.00 | | | 216.00 |
| 164 | 4 | headboards | $400.00 | | | | | BR1 | | 1,728.00 | | | 1,728.00 |
| 165 | 3 | dressers | $750.00 | | | | | BR1 | | 2,430.00 | | | 2,430.00 |
| 166 | 3 | dresser mirrors | $80.00 | | | | | BR1 | | 259.20 | | | 259.20 |
| 168 | 2 | chest of drawers | $750.00 | | | | | BR1 | | 1,620.00 | | | 1,620.00 |
| 169 | 1 | armoire | $1,000.00 | | | | | BR1 | | 1,080.00 | | | 1,080.00 |

| | | | | | | | | P | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Flood Contents Worksheet*** | | | Insd. Hm.# | | | | | H | Type Policy: | | DEPR | |
| **Contents Inventory List** | | | Insd. Wk.# | | | | | O | Pol. # | | ACV | **161,839.08** |
| Insured: | Fred and Jeneen Holmes | | | DOL: | 8/29/2005 | | | T | Clm. # | | Repair/Restore | |
| Address: | 1205 Perrin Drive | | | | | | | O | Sales Tax | **8% Added** | ACV + Repair | **161,839.08** |
| Address: | 1205 Perrin Drive | | | Adj. | Scott Taylor | | | | | | | |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 170 | 1 | antique armoire | $3,000.00 | | | | | BR1 | | 3,240.00 | | | 3,240.00 |
| 171 | 1 | antique dresser mirror | $700.00 | | | | | BR1 | | 756.00 | | | 756.00 |
| 179 | 1 | antique dresser | $2,000.00 | | | | | BR1 | | 2,160.00 | | | 2,160.00 |
| 181 | 1 | hope chest | $800.00 | | | | | BR1 | | 864.00 | | | 864.00 |
| 195 | 2 | night stands | $60.00 | | | | | BR1 | | 129.60 | | | 129.60 |
| 196 | 1 | sewing bench | $90.00 | | | | | BR1 | | 97.20 | | | 97.20 |
| 211 | 6 | jewelry boxes | $50.00 | | | | | BR1 | | 324.00 | | | 324.00 |
| 241 | 2 | eye glasses | $500.00 | | | | | BR1 | | 1,080.00 | | | 1,080.00 |
| 314 | 3 | mirrors | $60.00 | | | | | BR1 | | 194.40 | | | 194.40 |
| 341 | 1 | wedding bouquet (silk) | $400.00 | | | | | BR1 | | 432.00 | | | 432.00 |
| 342 | 3 | wedding floral arrangements | $40.00 | | | | | BR1 | | 129.60 | | | 129.60 |
| 367 | 3 | stereo headset | $20.00 | | | | | BR1 | | 64.80 | | | 64.80 |
| 392 | 5 | bracelets | $40.00 | | | | | BR1 | | 216.00 | | | 216.00 |
| 393 | 40 | charms | $5.00 | | | | | BR1 | | 216.00 | | | 216.00 |
| 394 | 1 | name bracelet | $80.00 | | | | | BR1 | | 86.40 | | | 86.40 |
| 395 | 4 | watches | $70.00 | | | | | BR1 | | 302.40 | | | 302.40 |
| 400 | 1 | harmonica | $25.00 | | | | | BR1 | | 27.00 | | | 27.00 |
| 401 | 1 | tonette | $25.00 | | | | | BR1 | | 27.00 | | | 27.00 |
| 455 | 2 | luggage lock & key sets | $15.00 | | | | | BR1 | | 32.40 | | | 32.40 |
| 458 | 1 | brief case | $90.00 | | | | | BR1 | | 97.20 | | | 97.20 |

| | *Flood Contents Worksheet* | | Insd. Hm.# | | | **P** | Date: | | | | RCV | **161,839.08** |
| | **Contents Inventory List** | | Insd. Wk.# | | | **H** | Type Policy: | | | | DEPR | |
| Insured: | Fred and Jeneen Holmes | | DOL: | 8/29/2005 | | **O** | Pol. # | | | | ACV | **161,839.08** |
| Address: | 1205 Perrin Drive | | | | | **T** | Clm. # | | | | Repair/Restore | |
| Address: | 1205 Perrin Drive | | Adj. | Scott Taylor | | **O** | Sales Tax | **8% Added** | | | ACV + Repair | **161,839.08** |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|------|------|-------------|----------|-----------------|--------------|-----------|---|---------------|----------------------|---------------------|---------|-------|-----|
| 459 | 1 | leather office bag | $80.00 | | | | | BR1 | | 86.40 | | | 86.40 |
| 478 | | beads | $50.00 | | | | | BR1 | | 54.00 | | | 54.00 |
| 499 | 1 | wooden foot/back massager | $20.00 | | | | | BR1 | | 21.60 | | | 21.60 |
| 500 | 2 | plastic massager | $2.50 | | | | | BR1 | | 5.40 | | | 5.40 |
| | | | | | | | | | | | | | Room Totals |
| 67 | 1 | bedazzler | $40.00 | | | | | BR2 | | 43.20 | | | 43.20 |
| 72 | | coats | $500.00 | | | | | BR2 | | 540.00 | | | 540.00 |
| 73 | | jackets | $300.00 | | | | | BR2 | | 324.00 | | | 324.00 |
| 74 | | sweaters | $300.00 | | | | | BR2 | | 324.00 | | | 324.00 |
| 75 | | clothes | $10,000.00 | | | | | BR2 | | 10,800.00 | | | 10,800.00 |
| 76 | 1 | wedding dress (heirloom) | $3,000.00 | | | | | BR2 | | 3,240.00 | | | 3,240.00 |
| 77 | 7 | gowns (formal / semi-formal) | $500.00 | | | | | BR2 | | 3,780.00 | | | 3,780.00 |
| 78 | | shoes | $1,500.00 | | | | | BR2 | | 1,620.00 | | | 1,620.00 |
| 81 | 1 | Panasonic TV. / DVD / VCR / radio | $450.00 | | | | | BR2 | | 486.00 | | | 486.00 |
| 82 | 1 | playstation 2 system | $200.00 | | | | | BR2 | | 216.00 | | | 216.00 |
| 83 | | playstation 2 games | $200.00 | | | | | BR2 | | 216.00 | | | 216.00 |
| 111 | 2 | Nintendo | $100.00 | | | | | BR2 | | 216.00 | | | 216.00 |
| 112 | 40 | Nintendo games | $30.00 | | | | | BR2 | | 1,296.00 | | | 1,296.00 |
| 113 | 2 | super Nintendo | $100.00 | | | | | BR2 | | 216.00 | | | 216.00 |
| 114 | 75 | super Nintendo games | $45.00 | | | | | BR2 | | 3,645.00 | | | 3,645.00 |

| | **Flood Contents Worksheet** | | Insd. Hm.# | | P | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|

| | **Contents Inventory List** | Insd. Wk.# | H | Type Policy: | DEPR |
| Insured: | Fred and Jeneen Holmes | DOL: | 8/29/2005 | O | Pol. # | ACV | **161,839.08** |
| Address: | 1205 Perrin Drive | | | T | Clm. # | Repair/Restore | |
| Address: | 1205 Perrin Drive | Adj. | Scott Taylor | O | Sales Tax | **8% Added** | ACV + Repair | **161,839.08** |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 2 | Nintendo 64 | $50.00 | | | | | BR2 | | 108.00 | | | 108.00 |
| 116 | 30 | Nintendo 64 games | $10.00 | | | | | BR2 | | 324.00 | | | 324.00 |
| 117 | 1 | Atari | $100.00 | | | | | BR2 | | 108.00 | | | 108.00 |
| 118 | 30 | Atari games | $10.00 | | | | | BR2 | | 324.00 | | | 324.00 |
| 119 | | computer games | $500.00 | | | | | BR2 | | 540.00 | | | 540.00 |
| 146 | 5 | ps2 controllers | $30.00 | | | | | BR2 | | 162.00 | | | 162.00 |
| 147 | 3 | ps2 controller extensions | $25.00 | | | | | BR2 | | 81.00 | | | 81.00 |
| 148 | 2 | ps remote controls | $30.00 | | | | | BR2 | | 64.80 | | | 64.80 |
| 182 | 2 | bean bags | $75.00 | | | | | BR2 | | 162.00 | | | 162.00 |
| 201 | 1 | shoe organizer w/ tray | $90.00 | | | | | BR2 | | 97.20 | | | 97.20 |
| 202 | 20 | blankets | $30.00 | | | | | BR2 | | 648.00 | | | 648.00 |
| 378 | 20 | tennis shoes (pairs) | $30.00 | | | | | BR2 | | 648.00 | | | 648.00 |
| 381 | 10 | belts | $6.00 | | | | | BR2 | | 64.80 | | | 64.80 |
| 382 | 5 | boots (pair) | $30.00 | | | | | BR2 | | 162.00 | | | 162.00 |
| 383 | 6 | gloves | $20.00 | | | | | BR2 | | 129.60 | | | 129.60 |
| 384 | 5 | suits | $300.00 | | | | | BR2 | | 1,620.00 | | | 1,620.00 |
| 385 | 2 | hats | $90.00 | | | | | BR2 | | 194.40 | | | 194.40 |
| 386 | 10 | ties | $7.00 | | | | | BR2 | | 75.60 | | | 75.60 |
| 387 | 1 | topsy tail hair kit | $45.00 | | | | | BR2 | | 48.60 | | | 48.60 |
| 388 | 25 | lingerie | $20.00 | | | | | BR2 | | 540.00 | | | 540.00 |

| Flood Contents Worksheet | Insd. Hm.# | | | P | Date: | | RCV | 161,839.08 |
|---|---|---|---|---|---|---|---|---|
| **Contents Inventory List** | Insd. Wk.# | | | H | Type Policy: | | DEPR | |
| Insured: Fred and Jeneen Holmes | DOL: 8/29/2005 | | | O | Pol. # | | ACV | 161,839.08 |
| Address: 1205 Perrin Drive | | | | T | Clm. # | | Repair/Restore | |
| Address: 1205 Perrin Drive | Adj. Scott Taylor | | | O | Sales Tax | 8% Added | ACV + Repair | 161,839.08 |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 391 | 15 | scarves | $5.00 | | | | | BR2 | | 81.00 | | | 81.00 |
| 428 | 12 | stuffed animals | $10.00 | | | | | BR2 | | 129.60 | | | 129.60 |
| 429 | 30 | Barbie dolls | $30.00 | | | | | BR2 | | 972.00 | | | 972.00 |
| 453 | 10 | handbags / purses | $40.00 | | | | | BR2 | | 432.00 | | | 432.00 |
| 470 | | toys | $1,000.00 | | | | | BR2 | | 1,080.00 | | | 1,080.00 |
| 474 | 1 | jump ropes | $35.00 | | | | | BR2 | | 37.80 | | | 37.80 |
| 487 | 2 | roller skates (pair) | $150.00 | | | | | BR2 | | 324.00 | | | 324.00 |
| 488 | 2 | roller blades (pair) | $110.00 | | | | | BR2 | | 237.60 | | | 237.60 |
| 489 | 2 | helmets | $60.00 | | | | | BR2 | | 129.60 | | | 129.60 |
| 490 | 2 | knee pads (pair) | $40.00 | | | | | BR2 | | 86.40 | | | 86.40 |
| | | | | | | | | | | | | | Room Totals |
| 10 | 1 | treadmill | $2,000.00 | | | | | Den | | 2,160.00 | | | 2,160.00 |
| 11 | 1 | weight machine | $1,500.00 | | | | | Den | | 1,620.00 | | | 1,620.00 |
| 12 | 1 | exercise bike | $700.00 | | | | | Den | | 756.00 | | | 756.00 |
| 13 | 1 | elliptical exercise bike | $900.00 | | | | | Den | | 972.00 | | | 972.00 |
| 41 | 1 | sewing machine | $250.00 | | | | | Den | | 270.00 | | | 270.00 |
| 79 | 1 | TV. (den) | $650.00 | | | | | Den | | 702.00 | | | 702.00 |
| 102 | 1 | surround sound system | $300.00 | | | | | Den | | 324.00 | | | 324.00 |
| 105 | 1 | fiber optic lamp | $200.00 | | | | | Den | | 216.00 | | | 216.00 |
| 132 | 6 | surge protectors | $12.00 | | | | | Den | | 77.76 | | | 77.76 |

| | | **Flood Contents Worksheet** | | Insd. Hm.# | | **P** | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|---|

| | | **Contents Inventory List** | | Insd. Wk.# | | **H** | Type Policy: | | DEPR | |
| Insured: | | Fred and Jeneen Holmes | | DOL: | 8/29/2005 | **O** | Pol. # | | ACV | **161,839.08** |
| Address: | | 1205 Perrin Drive | | | | **T** | Clm. # | | Repair/Restore | |
| Address: | | 1205 Perrin Drive | | Adj. | Scott Taylor | **O** | Sales Tax | **8% Added** | ACV + Repair | **161,839.08** |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | 1 | dvd repair kit | $80.00 | | | | | Den | | 86.40 | | | 86.40 |
| 140 | 1 | CD player | $100.00 | | | | | Den | | 108.00 | | | 108.00 |
| 142 | 9 | speakers | $100.00 | | | | | Den | | 972.00 | | | 972.00 |
| 153 | 3 | book cases | $125.00 | | | | | Den | | 405.00 | | | 405.00 |
| 157 | 1 | TV. stand | $80.00 | | | | | Den | | 86.40 | | | 86.40 |
| 167 | 1 | hutch | $1,000.00 | | | | | Den | | 1,080.00 | | | 1,080.00 |
| 172 | 2 | reclining sofa/loveseat | $1,000.00 | | | | | Den | | 2,160.00 | | | 2,160.00 |
| 173 | 2 | computer desk | $200.00 | | | | | Den | | 432.00 | | | 432.00 |
| 176 | 1 | fish tank stand | $150.00 | | | | | Den | | 162.00 | | | 162.00 |
| 180 | 1 | antique desk | $2,000.00 | | | | | Den | | 2,160.00 | | | 2,160.00 |
| 183 | 1 | leather computer chair | $350.00 | | | | | Den | | 378.00 | | | 378.00 |
| 184 | 5 | stacking video cassette cases | $11.00 | | | | | Den | | 59.40 | | | 59.40 |
| 185 | 1 | wooden video cabinet | $150.00 | | | | | Den | | 162.00 | | | 162.00 |
| 186 | 1 | curio cabinet | $350.00 | | | | | Den | | 378.00 | | | 378.00 |
| 194 | 3 | wooden shelving unit | $30.00 | | | | | Den | | 97.20 | | | 97.20 |
| 199 | 1 | fish tank supply drawer | $25.00 | | | | | Den | | 27.00 | | | 27.00 |
| 204 | 1 | feather bed | $150.00 | | | | | Den | | 162.00 | | | 162.00 |
| 207 | 1 | air mattress | $90.00 | | | | | Den | | 97.20 | | | 97.20 |
| 212 | 120 | board games | $20.00 | | | | | Den | | 2,592.00 | | | 2,592.00 |
| 213 | 100 | puzzles | $5.00 | | | | | Den | | 540.00 | | | 540.00 |

| *Flood Contents Worksheet* | | | | | | | P | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Contents Inventory List** | | | | | | | H | Type Policy: | | DEPR | |
| Insured: | Fred and Jeneen Holmes | | | | | | O | Pol. # | | ACV | **161,839.08** |
| Address: | 1205 Perrin Drive | | | | | | T | Clm. # | | Repair/Restore | |
| Address: | 1205 Perrin Drive | | | Adj. | Scott Taylor | | O | Sales Tax | **8% Added** | ACV + Repair | **161,839.08** |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 216 | 400 | books | $10.00 | | | | | Den | | 4,320.00 | | | 4,320.00 |
| 218 | 4 | fish tank | $100.00 | | | | | Den | | 432.00 | | | 432.00 |
| 219 | 50 | fish | $2.00 | | | | | Den | | 108.00 | | | 108.00 |
| 238 | 3 | pet beds | $70.00 | | | | | Den | | 226.80 | | | 226.80 |
| 243 | 1 | massage table | $400.00 | | | | | Den | | 432.00 | | | 432.00 |
| 261 | 2 | sewing machine kits | $60.00 | | | | | Den | | 129.60 | | | 129.60 |
| 262 | 70 | threads | $2.00 | | | | | Den | | 151.20 | | | 151.20 |
| 263 | | material (fabric) | $300.00 | | | | | Den | | 324.00 | | | 324.00 |
| 264 | 30 | patterns | $8.00 | | | | | Den | | 259.20 | | | 259.20 |
| 265 | 10 | sewing needles | $1.00 | | | | | Den | | 10.80 | | | 10.80 |
| 266 | 30 | bobbins | $1.00 | | | | | Den | | 32.40 | | | 32.40 |
| 267 | 3 | pin cushion | $3.00 | | | | | Den | | 9.72 | | | 9.72 |
| 268 | 300 | push pins | $0.02 | | | | | Den | | 6.48 | | | 6.48 |
| 269 | 100 | safety pins | $0.05 | | | | | Den | | 5.40 | | | 5.40 |
| 270 | 3 | thimble | $5.00 | | | | | Den | | 16.20 | | | 16.20 |
| 271 | | elastic | $40.00 | | | | | Den | | 43.20 | | | 43.20 |
| 272 | 10 | scissors | $1.00 | | | | | Den | | 10.80 | | | 10.80 |
| 273 | 500 | records | $3.00 | | | | | Den | | 1,620.00 | | | 1,620.00 |
| 274 | 200 | tapes | $5.00 | | | | | Den | | 1,080.00 | | | 1,080.00 |
| 275 | 1 | ironing board | $40.00 | | | | | Den | | 43.20 | | | 43.20 |

| Flood Contents Worksheet | | | Insd. Hm.# | | | P | Date: | | RCV | 161,839.08 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Contents Inventory List** | | | Insd. Wk.# | | | H | Type Policy: | | DEPR | |
| Insured: | Fred and Jeneen Holmes | | DOL: | 8/29/2005 | | O | Pol. # | | ACV | 161,839.08 |
| Address: | 1205 Perrin Drive | | | | | T | Clm. # | | Repair/Restore | |
| Address: | 1205 Perrin Drive | | Adj. | Scott Taylor | | O | Sales Tax | 8% Added | ACV + Repair | 161,839.08 |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 276 | 1 | table top ironing board | $40.00 | | | | | Den | | 43.20 | | | 43.20 |
| 281 | | pens | $100.00 | | | | | Den | | 108.00 | | | 108.00 |
| 282 | | paper | $50.00 | | | | | Den | | 54.00 | | | 54.00 |
| 283 | | paper clips | $10.00 | | | | | Den | | 10.80 | | | 10.80 |
| 284 | | staplers | $30.00 | | | | | Den | | 32.40 | | | 32.40 |
| 285 | | envelopes | $20.00 | | | | | Den | | 21.60 | | | 21.60 |
| 286 | | postage stamps | $30.00 | | | | | Den | | 32.40 | | | 32.40 |
| 287 | 2 | letter opener | $15.00 | | | | | Den | | 32.40 | | | 32.40 |
| 288 | | thumb tacks | $5.00 | | | | | Den | | 5.40 | | | 5.40 |
| 289 | | mail organizer | $45.00 | | | | | Den | | 48.60 | | | 48.60 |
| 290 | | paper tray | $20.00 | | | | | Den | | 21.60 | | | 21.60 |
| 291 | | file organizer | $20.00 | | | | | Den | | 21.60 | | | 21.60 |
| 292 | | hanging files | $20.00 | | | | | Den | | 21.60 | | | 21.60 |
| 293 | | edging borders | $300.00 | | | | | Den | | 324.00 | | | 324.00 |
| 309 | 2 | humidifier | $40.00 | | | | | Den | | 86.40 | | | 86.40 |
| 321 | 14 | pillows | $10.00 | | | | | Den | | 151.20 | | | 151.20 |
| 322 | 1 | tri-pod | $90.00 | | | | | Den | | 97.20 | | | 97.20 |
| 363 | 3 | wicker baskets | $50.00 | | | | | Den | | 162.00 | | | 162.00 |
| 408 | 15 | yarn | $5.00 | | | | | Den | | 81.00 | | | 81.00 |
| 409 | 10 | crochet books | $5.00 | | | | | Den | | 54.00 | | | 54.00 |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|------|------|-------------|----------|-----------------|--------------|-----------|---|---------------|---------------------|---------------------|---------|-------|-----|

**Flood Contents Worksheet** — Contents Inventory List

| | | | | | | |
|---|---|---|---|---|---|---|
| Insd. Hm.# | | | P | Date: | | RCV | 161,839.08 |
| Insd. Wk.# | | | H | Type Policy: | | DEPR | |
| Insured: Fred and Jeneen Holmes | DOL: 8/29/2005 | | O | Pol. # | | ACV | 161,839.08 |
| Address: 1205 Perrin Drive | | | T | Clm. # | | Repair/Restore | |
| Address: 1205 Perrin Drive | Adj. Scott Taylor | | O | Sales Tax | 8% Added | ACV + Repair | 161,839.08 |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|------|------|-------------|----------|-----------------|--------------|-----------|---|---------------|---------------------|---------------------|---------|-------|-----|
| 411 | 10 | crochet needles | $4.00 | | | | | Den | | 43.20 | | | 43.20 |
| 417 | 10 | extension cords | $8.00 | | | | | Den | | 86.40 | | | 86.40 |
| 418 | 8 | needle point kits | $10.00 | | | | | Den | | 86.40 | | | 86.40 |
| 425 | 4 | fish food | $6.00 | | | | | Den | | 25.92 | | | 25.92 |
| 426 | 13 | fish tank accessories (including driftwood | $18.00 | | | | | Den | | 252.72 | | | 252.72 |
| 457 | 3 | calendars | $5.00 | | | | | Den | | 16.20 | | | 16.20 |
| 468 | 1 | postal safe (collectors item) | $100.00 | | | | | Den | | 108.00 | | | 108.00 |
| 469 | 2 | storage safes | $60.00 | | | | | Den | | 129.60 | | | 129.60 |
| 471 | 2 | exercise mat / pad | $30.00 | | | | | Den | | 64.80 | | | 64.80 |
| 479 | 300 | VHS movies | $5.00 | | | | | Den | | 1,620.00 | | | 1,620.00 |
| | | | | | | | | | | | | | Room Totals |
| 220 | 1 | bird bath | $150.00 | | | | | Exterior | | 162.00 | | | 162.00 |
| 229 | 1 | pool | $400.00 | | | | | Exterior | | 432.00 | | | 432.00 |
| 239 | 60 | pet toys | $3.00 | | | | | Exterior | | 194.40 | | | 194.40 |
| 240 | 1 | dog house | $125.00 | | | | | Exterior | | 135.00 | | | 135.00 |
| 279 | 1 | water fountain | $350.00 | | | | | Exterior | | 378.00 | | | 378.00 |
| 298 | 1 | pool ladder | $50.00 | | | | | Exterior | | 54.00 | | | 54.00 |
| 299 | 1 | pool filter | $50.00 | | | | | Exterior | | 54.00 | | | 54.00 |
| 300 | 1 | pool pump | $50.00 | | | | | Exterior | | 54.00 | | | 54.00 |
| 301 | 1 | skimmer | $30.00 | | | | | Exterior | | 32.40 | | | 32.40 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ***Flood Contents Worksheet*** | | Insd. Hm.# | | **P** | Date: | | | RCV | **161,839.08** | |
| | **Contents Inventory List** | | Insd. Wk.# | | **H** | Type Policy: | | | DEPR | | |
| Insured: | Fred and Jeneen Holmes | | DOL: | 8/29/2005 | **O** | Pol. # | | | ACV | **161,839.08** | |
| Address: | 1205 Perrin Drive | | | | **T** | Clm. # | | | Repair/Restore | | |
| Address: | 1205 Perrin Drive | | Adj. | Scott Taylor | **O** | Sales Tax | **8% Added** | | ACV + Repair | **161,839.08** | |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 404 | 2 | garden hose caddy | $30.00 | | | | | Exterior | | 64.80 | | | 64.80 |
| 406 | | wire garden fencing | $120.00 | | | | | Exterior | | 129.60 | | | 129.60 |
| 407 | 48 | tomato cages | $1.00 | | | | | Exterior | | 51.84 | | | 51.84 |
| 413 | 1 | bird feeder | $160.00 | | | | | Exterior | | 172.80 | | | 172.80 |
| | | | | | | | | | | | | Room Totals |
| 150 | 2 | smoke detectors | $30.00 | | | | | Hall | | 64.80 | | | 64.80 |
| 151 | 1 | carbon monoxide detector | $30.00 | | | | | Hall | | 32.40 | | | 32.40 |
| 152 | 2 | fire detector | $50.00 | | | | | Hall | | 108.00 | | | 108.00 |
| | | | | | | | | | | | | Room Totals |
| 29 | 1 | convection oven w/ hot dog grill | $350.00 | | | | | Kitchen | | 378.00 | | | 378.00 |
| 30 | 1 | electric wok | $90.00 | | | | | Kitchen | | 97.20 | | | 97.20 |
| 32 | 2 | electric skillet | $60.00 | | | | | Kitchen | | 129.60 | | | 129.60 |
| 33 | 2 | rice cooker | $50.00 | | | | | Kitchen | | 108.00 | | | 108.00 |
| 34 | 4 | crock pots | $30.00 | | | | | Kitchen | | 129.60 | | | 129.60 |
| 35 | 1 | steamer | $50.00 | | | | | Kitchen | | 54.00 | | | 54.00 |
| 36 | 2 | blender | $50.00 | | | | | Kitchen | | 108.00 | | | 108.00 |
| 37 | 2 | hand held blender | $30.00 | | | | | Kitchen | | 64.80 | | | 64.80 |
| 38 | 2 | hand held mixer | $50.00 | | | | | Kitchen | | 108.00 | | | 108.00 |
| 39 | 1 | stand mixer | $350.00 | | | | | Kitchen | | 378.00 | | | 378.00 |
| 40 | 2 | food processor | $150.00 | | | | | Kitchen | | 324.00 | | | 324.00 |

| Flood Contents Worksheet | | | Insd. Hm.# | | | P | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|---|
| Contents Inventory List | | | Insd. Wk.# | | | H | Type Policy: | | DEPR | |
| Insured: | Fred and Jeneen Holmes | | DOL: | 8/29/2005 | | O | Pol. # | | ACV | **161,839.08** |
| Address: | 1205 Perrin Drive | | | | | T | Clm. # | | Repair/Restore | |
| Address: | 1205 Perrin Drive | | Adj. | Scott Taylor | | O | Sales Tax | **8% Added** | ACV + Repair | **161,839.08** |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model... | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 1 | toaster | $50.00 | | | | | Kitchen | | 54.00 | | | 54.00 |
| 48 | 2 | indoor electric grill | $65.00 | | | | | Kitchen | | 140.40 | | | 140.40 |
| 49 | 1 | bread maker | $90.00 | | | | | Kitchen | | 97.20 | | | 97.20 |
| 50 | 2 | can opener | $25.00 | | | | | Kitchen | | 54.00 | | | 54.00 |
| 51 | 2 | coffee maker | $30.00 | | | | | Kitchen | | 64.80 | | | 64.80 |
| 52 | 1 | sno-ball maker | $60.00 | | | | | Kitchen | | 64.80 | | | 64.80 |
| 53 | 1 | hot air popcorn popper | $50.00 | | | | | Kitchen | | 54.00 | | | 54.00 |
| 57 | 1 | electric food scale | $80.00 | | | | | Kitchen | | 86.40 | | | 86.40 |
| 58 | 1 | pressure cooker | $90.00 | | | | | Kitchen | | 97.20 | | | 97.20 |
| 59 | 1 | slow cooker | $80.00 | | | | | Kitchen | | 86.40 | | | 86.40 |
| 60 | 3 | electric fryers | $30.00 | | | | | Kitchen | | 97.20 | | | 97.20 |
| 61 | 1 | all in one fryer / crock pot | $80.00 | | | | | Kitchen | | 86.40 | | | 86.40 |
| 62 | 1 | rice / vegetable steamer | $60.00 | | | | | Kitchen | | 64.80 | | | 64.80 |
| 63 | 1 | Belgian waffle maker | $60.00 | | | | | Kitchen | | 64.80 | | | 64.80 |
| 64 | 1 | sandwich maker / griddle | $50.00 | | | | | Kitchen | | 54.00 | | | 54.00 |
| 65 | 1 | Gizmo electric handheld grater | $30.00 | | | | | Kitchen | | 32.40 | | | 32.40 |
| 66 | 1 | electric icecream maker | $50.00 | | | | | Kitchen | | 54.00 | | | 54.00 |
| 68 | 1 | meat grinder | $80.00 | | | | | Kitchen | | 86.40 | | | 86.40 |
| 69 | 1 | mandolin slicer | $30.00 | | | | | Kitchen | | 32.40 | | | 32.40 |
| 70 | 1 | expresso machine | $50.00 | | | | | Kitchen | | 54.00 | | | 54.00 |

| | | | | | | | P | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Flood Contents Worksheet*** | | | Insd. Hm.# | | | | | | | | |
| **Contents Inventory List** | | | Insd. Wk.# | | | | H | Type Policy: | | DEPR | |
| Insured: | Fred and Jeneen Holmes | | DOL: | 8/29/2005 | | | O | Pol. # | | ACV | **161,839.08** |
| Address: | 1205 Perrin Drive | | | | | | T | Clm. # | | Repair/Restore | |
| Address: | 1205 Perrin Drive | | Adj. | Scott Taylor | | | O | Sales Tax | **8% Added** | ACV + Repair | **161,839.08** |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | 2 | electric appliance timer | $40.00 | | | | | Kitchen | | 86.40 | | | 86.40 |
| 174 | 1 | microwave stand | $150.00 | | | | | Kitchen | | 162.00 | | | 162.00 |
| 175 | 1 | baker's rack | $250.00 | | | | | Kitchen | | 270.00 | | | 270.00 |
| 203 | | food items | $500.00 | | | | | Kitchen | | 540.00 | | | 540.00 |
| 221 | 150 | silverware | $2.00 | | | | | Kitchen | | 324.00 | | | 324.00 |
| 222 | 30 | plates | $5.00 | | | | | Kitchen | | 162.00 | | | 162.00 |
| 223 | 13 | soup bowls | $5.00 | | | | | Kitchen | | 70.20 | | | 70.20 |
| 224 | 13 | salad bowls | $5.00 | | | | | Kitchen | | 70.20 | | | 70.20 |
| 225 | 30 | saucers | $4.00 | | | | | Kitchen | | 129.60 | | | 129.60 |
| 226 | 30 | cups | $4.00 | | | | | Kitchen | | 129.60 | | | 129.60 |
| 227 | 13 | salad plates | $4.00 | | | | | Kitchen | | 56.16 | | | 56.16 |
| 228 | | pots / pans | $1,500.00 | | | | | Kitchen | | 1,620.00 | | | 1,620.00 |
| 244 | | china | $350.00 | | | | | Kitchen | | 378.00 | | | 378.00 |
| 280 | | cooking utensils | $600.00 | | | | | Kitchen | | 648.00 | | | 648.00 |
| 329 | 2 | chopping boards | $40.00 | | | | | Kitchen | | 86.40 | | | 86.40 |
| 330 | 1 | marble tray | $65.00 | | | | | Kitchen | | 70.20 | | | 70.20 |
| 331 | 1 | lead crystal hurricane lamp | $100.00 | | | | | Kitchen | | 108.00 | | | 108.00 |
| 332 | 1 | lead crystal ice bucket | $60.00 | | | | | Kitchen | | 64.80 | | | 64.80 |
| 335 | 150 | canned goods | $1.00 | | | | | Kitchen | | 162.00 | | | 162.00 |
| 337 | | frozen food | $300.00 | | | | | Kitchen | | 324.00 | | | 324.00 |

| | | | | | | | | P | | Date: | | | RCV | 161,839.08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Flood Contents Worksheet**

| | Insd. Hm.# | | | | | | P | | Date: | | | RCV | 161,839.08 |

**Contents Inventory List**

| | Insd. Wk.# | | | | | H | | Type Policy: | | | DEPR | |

| Insured: | Fred and Jeneen Holmes | | DOL: | 8/29/2005 | | | O | | Pol. # | | | ACV | 161,839.08 |
| Address: | 1205 Perrin Drive | | | | | | T | | Clm. # | | | Repair/Restore | |
| Address: | 1205 Perrin Drive | | Adj. | Scott Taylor | | | O | | Sales Tax | 8% Added | | ACV + Repair | 161,839.08 |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 339 | 1 | glass cake holder / punch bowl set | $45.00 | | | | | Kitchen | | 48.60 | | | 48.60 |
| 340 | 1 | salad spinner | $45.00 | | | | | Kitchen | | 48.60 | | | 48.60 |
| 343 | 3 | trash can | $30.00 | | | | | Kitchen | | 97.20 | | | 97.20 |
| 353 | 20 | coasters | $1.00 | | | | | Kitchen | | 21.60 | | | 21.60 |
| 366 | 1 | paper towel holder | $10.00 | | | | | Kitchen | | 10.80 | | | 10.80 |
| 389 | 1 | double burner griddle / grill | $20.00 | | | | | Kitchen | | 21.60 | | | 21.60 |
| 390 | 4 | strainers | $20.00 | | | | | Kitchen | | 86.40 | | | 86.40 |
| 398 | 1 | picnic blanket | $60.00 | | | | | Kitchen | | 64.80 | | | 64.80 |
| 399 | 1 | picnic basket w/ everything included | $120.00 | | | | | Kitchen | | 129.60 | | | 129.60 |
| 410 | 50 | cook books | $40.00 | | | | | Kitchen | | 2,160.00 | | | 2,160.00 |
| 414 | 1 | plastic bread holder | $25.00 | | | | | Kitchen | | 27.00 | | | 27.00 |
| 443 | 1 | microwave butter melter | $25.00 | | | | | Kitchen | | 27.00 | | | 27.00 |
| 444 | 1 | microwave popcorn popper | $30.00 | | | | | Kitchen | | 32.40 | | | 32.40 |
| 445 | 20 | baking dishes / pans | $20.00 | | | | | Kitchen | | 432.00 | | | 432.00 |
| 446 | 9 | mixing bowls | $10.00 | | | | | Kitchen | | 97.20 | | | 97.20 |
| 447 | 4 | muffin pans | $10.00 | | | | | Kitchen | | 43.20 | | | 43.20 |
| 448 | 5 | cake pans | $10.00 | | | | | Kitchen | | 54.00 | | | 54.00 |
| 449 | 4 | frying pans | $30.00 | | | | | Kitchen | | 129.60 | | | 129.60 |
| 450 | 1 | microwave plate cover | $20.00 | | | | | Kitchen | | 21.60 | | | 21.60 |
| 451 | 3 | dishwashing liquids | $4.00 | | | | | Kitchen | | 12.96 | | | 12.96 |

| Flood Contents Worksheet | | | Insd. Hm.# | | | P | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|---|
| **Contents Inventory List** | | | Insd. Wk.# | | | H | Type Policy: | | DEPR | |
| Insured: | Fred and Jeneen Holmes | | DOL: | 8/29/2005 | | O | Pol. # | | ACV | **161,839.08** |
| Address: | 1205 Perrin Drive | | | | | T | Clm. # | | Repair/Restore | |
| Address: | 1205 Perrin Drive | | Adj. | Scott Taylor | | O | Sales Tax | **8% Added** | ACV + Repair | **161,839.08** |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model... | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 452 | 4 | bug / pest sprays | $10.00 | | | | | Kitchen | | 43.20 | | | 43.20 |
| 460 | 4 | lunch kits | $10.00 | | | | | Kitchen | | 43.20 | | | 43.20 |
| 462 | 4 | cookie sheets | $15.00 | | | | | Kitchen | | 64.80 | | | 64.80 |
| 463 | 2 | pizza pans | $17.00 | | | | | Kitchen | | 36.72 | | | 36.72 |
| 464 | | glass pot bake ware set | $400.00 | | | | | Kitchen | | 432.00 | | | 432.00 |
| 466 | 10 | oven mitts / pot holders | $5.00 | | | | | Kitchen | | 54.00 | | | 54.00 |
| 467 | 4 | aprons | $15.00 | | | | | Kitchen | | 64.80 | | | 64.80 |
| 484 | 30 | boxed food | $3.00 | | | | | Kitchen | | 97.20 | | | 97.20 |
| 485 | 1 | fire extinguisher | $50.00 | | | | | Kitchen | | 54.00 | | | 54.00 |
| 486 | 3 | lap trays | $40.00 | | | | | Kitchen | | 129.60 | | | 129.60 |
| | | | | | | | | | | Room Totals | | |
| 7 | 1 | hot water heater | $900.00 | | | | | Laundry | | 972.00 | | | 972.00 |
| 354 | 4 | clothes baskets | $12.00 | | | | | Laundry | | 51.84 | | | 51.84 |
| 355 | 2 | bucket | $10.00 | | | | | Laundry | | 21.60 | | | 21.60 |
| 356 | | cleaning supplies | $80.00 | | | | | Laundry | | 86.40 | | | 86.40 |
| 357 | 1 | mops | $35.00 | | | | | Laundry | | 37.80 | | | 37.80 |
| 358 | 2 | brooms | $15.00 | | | | | Laundry | | 32.40 | | | 32.40 |
| 359 | 1 | swiffer | $20.00 | | | | | Laundry | | 21.60 | | | 21.60 |
| 360 | 2 | duster | $10.00 | | | | | Laundry | | 21.60 | | | 21.60 |
| 361 | 8 | sponges | $1.00 | | | | | Laundry | | 8.64 | | | 8.64 |

| | | | | | | | | P | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Flood Contents Worksheet

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Insd. Hm.# | | | | | P | Date: | | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Field | Value | Field | Value | Col | Field | Value | Field2 | Value2 |
|---|---|---|---|---|---|---|---|---|

**Flood Contents Worksheet** — Insd. Hm.# — P — Date: — RCV **161,839.08**

**Contents Inventory List** — Insd. Wk.# — H — Type Policy: — DEPR

Insured: Fred and Jeneen Holmes — DOL: 8/29/2005 — O — Pol. # — ACV **161,839.08**

Address: 1205 Perrin Drive — — T — Clm. # — Repair/Restore

Address: 1205 Perrin Drive — Adj. Scott Taylor — O — Sales Tax **8% Added** — ACV + Repair **161,839.08**

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 396 | 2 | step stools | $45.00 | | | | | Laundry | | 97.20 | | | 97.20 |
| 397 | 40 | washcloths | $4.00 | | | | | Laundry | | 172.80 | | | 172.80 |
| 430 | 1 | push broom | $25.00 | | | | | Laundry | | 27.00 | | | 27.00 |
| 431 | 1 | squeegee | $45.00 | | | | | Laundry | | 48.60 | | | 48.60 |
| | | | | | | | | | | | | | Room Totals |
| 2 | 4 | lamps | $100.00 | | | | | Living | | 432.00 | | | 432.00 |
| 44 | 1 | steam cleaner | $100.00 | | | | | Living | | 108.00 | | | 108.00 |
| 45 | 2 | vacuum | $125.00 | | | | | Living | | 270.00 | | | 270.00 |
| 46 | 1 | hand held vacuum | $50.00 | | | | | Living | | 54.00 | | | 54.00 |
| 47 | 1 | carpet steamer | $250.00 | | | | | Living | | 270.00 | | | 270.00 |
| 89 | 1 | console TV. | $600.00 | | | | | Living | | 648.00 | | | 648.00 |
| 101 | 1 | alarm system | $2,500.00 | | | | | Living | | 2,700.00 | | | 2,700.00 |
| 135 | 3 | fish tank pumps | $25.00 | | | | | Living | | 81.00 | | | 81.00 |
| 136 | 1 | clapper | $45.00 | | | | | Living | | 48.60 | | | 48.60 |
| 139 | 1 | electric coin sorter (collector's edition) | $70.00 | | | | | Living | | 75.60 | | | 75.60 |
| 154 | 2 | sofa/loveseat | $1,250.00 | | | | | Living | | 2,700.00 | | | 2,700.00 |
| 155 | 1 | coffee table | $250.00 | | | | | Living | | 270.00 | | | 270.00 |
| 156 | 4 | end tables | $100.00 | | | | | Living | | 432.00 | | | 432.00 |
| 191 | 1 | umbrella stand | $30.00 | | | | | Living | | 32.40 | | | 32.40 |
| 192 | 1 | coat rack | $40.00 | | | | | Living | | 43.20 | | | 43.20 |

| *Flood Contents Worksheet* | | Insd. Hm.# | | P | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|
| **Contents Inventory List** | | Insd. Wk.# | | H | Type Policy: | | DEPR | |
| Insured: Fred and Jeneen Holmes | | DOL: 8/29/2005 | | O | Pol. # | | ACV | **161,839.08** |
| Address: 1205 Perrin Drive | | | | T | Clm. # | | Repair/Restore | |
| Address: 1205 Perrin Drive | | Adj. Scott Taylor | | O | Sales Tax | **8% Added** | ACV + Repair | 161,839.08 |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 193 | 1 | magazine rack | $30.00 | | | | | Living | | 32.40 | | | 32.40 |
| 217 | 2 | fichus trees | $60.00 | | | | | Living | | 129.60 | | | 129.60 |
| 230 | | custom made drapery | $1,500.00 | | | | | Living | | 1,620.00 | | | 1,620.00 |
| 231 | 14 | blinds | $50.00 | | | | | Living | | 756.00 | | | 756.00 |
| 232 | | plants | $2,000.00 | | | | | Living | | 2,160.00 | | | 2,160.00 |
| 233 | | plant stands | $60.00 | | | | | Living | | 64.80 | | | 64.80 |
| 242 | | picture frames | $400.00 | | | | | Living | | 432.00 | | | 432.00 |
| 422 | 2 | crystal fan pull fixtures | $10.00 | | | | | Living | | 21.60 | | | 21.60 |
| 427 | 36 | porcelain knick knacks | $30.00 | | | | | Living | | 1,166.40 | | | 1,166.40 |
| 438 | 13 | decorative pillows | $30.00 | | | | | Living | | 421.20 | | | 421.20 |
| 442 | 4 | lamp shades | $30.00 | | | | | Living | | 129.60 | | | 129.60 |
| 482 | 6 | umbrellas | $30.00 | | | | | Living | | 194.40 | | | 194.40 |
| 491 | 10 | vase | $4.00 | | | | | Living | | 43.20 | | | 43.20 |
| | | | | | | | | | | | | | Room Totals |
| 158 | 1 | dining table | $500.00 | | | | | Nook | | 540.00 | | | 540.00 |
| 159 | 6 | dining chairs | $100.00 | | | | | Nook | | 648.00 | | | 648.00 |
| 160 | 1 | china cabinet | $1,200.00 | | | | | Nook | | 1,296.00 | | | 1,296.00 |
| 323 | 6 | dining chair pads | $40.00 | | | | | Nook | | 259.20 | | | 259.20 |
| 324 | 12 | dining napkins | $5.00 | | | | | Nook | | 64.80 | | | 64.80 |
| 325 | 12 | napkin ring holders | $5.00 | | | | | Nook | | 64.80 | | | 64.80 |

| | | | | | | | P | | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **_Flood Contents Worksheet_** | | | Insd. Hm.# | | | | | Date: | | | |
| **Contents Inventory List** | | | Insd. Wk.# | | | | H | Type Policy: | | DEPR | |
| Insured: | Fred and Jeneen Holmes | | DOL: | 8/29/2005 | | | O | Pol. # | | ACV | **161,839.08** |
| Address: | 1205 Perrin Drive | | | | | | T | Clm. # | | Repair/Restore | |
| Address: | 1205 Perrin Drive | | Adj. | Scott Taylor | | | O | Sales Tax | **8% Added** | ACV + Repair | **161,839.08** |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | Room or Store | # | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 412 | 1 | candle candelabra | $80.00 | | | | | Nook | | 86.40 | | | 86.40 |
| | | | | | | | | | | Room Totals | | | |
| 16 | 1 | barbeque grill | $400.00 | | | | | Patio | | 432.00 | | | 432.00 |
| 31 | 3 | George Forman grills | $50.00 | | | | | Patio | | 162.00 | | | 162.00 |
| 122 | 1 | landscape solar lighting system | $500.00 | | | | | Patio | | 540.00 | | | 540.00 |
| 127 | 1 | outdoor smoker | $100.00 | | | | | Patio | | 108.00 | | | 108.00 |
| 138 | 1 | digital thermometer | $35.00 | | | | | Patio | | 37.80 | | | 37.80 |
| 177 | 1 | patio table | $500.00 | | | | | Patio | | 540.00 | | | 540.00 |
| 178 | 6 | patio chairs | $75.00 | | | | | Patio | | 486.00 | | | 486.00 |
| 187 | 2 | folding chairs | $20.00 | | | | | Patio | | 43.20 | | | 43.20 |
| 188 | 1 | folding picnic table w/ chairs | $200.00 | | | | | Patio | | 216.00 | | | 216.00 |
| 189 | 1 | canopy | $150.00 | | | | | Patio | | 162.00 | | | 162.00 |
| 190 | 1 | wooden bench | $70.00 | | | | | Patio | | 75.60 | | | 75.60 |
| 247 | 1 | barbeque grill tool kit | $60.00 | | | | | Patio | | 64.80 | | | 64.80 |
| 248 | 1 | propane tank | $50.00 | | | | | Patio | | 54.00 | | | 54.00 |
| | 1 | electronic outdoor thermostat | $30.00 | | | | | Patio | | 32.40 | | | 32.40 |
| 311 | 10 | rugs / mats | $15.00 | | | | | Patio | | 162.00 | | | 162.00 |
| 373 | 1 | propane stove | $50.00 | | | | | Patio | | 54.00 | | | 54.00 |
| 374 | 1 | red devil grill | $80.00 | | | | | Patio | | 86.40 | | | 86.40 |
| 402 | 1 | double hammock | $250.00 | | | | | Patio | | 270.00 | | | 270.00 |

| **Flood Contents Worksheet** | | Insd. Hm.# | | | **P** | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|
| **Contents Inventory List** | | Insd. Wk.# | | | **H** | Type Policy: | | DEPR | |
| Insured: | Fred and Jeneen Holmes | DOL: | 8/29/2005 | | **O** | Pol. # | | ACV | **161,839.08** |
| Address: | 1205 Perrin Drive | | | | **T** | Clm. # | | Repair/Restore | |
| Address: | 1205 Perrin Drive | Adj. | Scott Taylor | | **O** | Sales Tax | **8% Added** | ACV + Repair | **161,839.08** |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model... | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 403 | 1 | hammock stand | $60.00 | | | | | Patio | | 64.80 | | | 64.80 |
| 423 | 1 | dog food holder / storage bin | $85.00 | | | | | Patio | | 91.80 | | | 91.80 |
| 475 | 4 | dumbbells | $10.00 | | | | | Patio | | 43.20 | | | 43.20 |
| 501 | 3 | wind chimes | $20.00 | | | | | Patio | | 64.80 | | | 64.80 |
| | | | | | | | | | | | | | Room Totals |
| 71 | 1 | blower | $300.00 | | | | | Storage | | 324.00 | | | 324.00 |
| 4 | 3 | lawn mower | $350.00 | | | | | Storage | | 1,134.00 | | | 1,134.00 |
| 14 | 1 | edger | $150.00 | | | | | Storage | | 162.00 | | | 162.00 |
| 15 | 1 | weed eater | $150.00 | | | | | Storage | | 162.00 | | | 162.00 |
| 106 | 1 | fiber optic Christmas tree | $225.00 | | | | | Storage | | 243.00 | | | 243.00 |
| 107 | 12 | Christmas light sets | $60.00 | | | | | Storage | | 777.60 | | | 777.60 |
| 108 | 20 | power tools | $10.00 | | | | | Storage | | 216.00 | | | 216.00 |
| 109 | 1 | electric shears | $60.00 | | | | | Storage | | 64.80 | | | 64.80 |
| 246 | 1 | wheel barrel | $100.00 | | | | | Storage | | 108.00 | | | 108.00 |
| 249 | | copper lantern | $250.00 | | | | | Storage | | 270.00 | | | 270.00 |
| 250 | 1 | copper deer | $100.00 | | | | | Storage | | 108.00 | | | 108.00 |
| 254 | 1 | crystal Christmas tree | $60.00 | | | | | Storage | | 64.80 | | | 64.80 |
| 255 | 2 | table top Christmas tree | $75.00 | | | | | Storage | | 162.00 | | | 162.00 |
| 256 | 1 | Christmas tree | $300.00 | | | | | Storage | | 324.00 | | | 324.00 |
| 257 | 400 | Christmas ornaments | $3.00 | | | | | Storage | | 1,296.00 | | | 1,296.00 |

| *Flood Contents Worksheet* | | Insd. Hm.# | | | **P** | Date: | | RCV | **161,839.08** |
|---|---|---|---|---|---|---|---|---|---|
| **Contents Inventory List** | | Insd. Wk.# | | | **H** | Type Policy: | | DEPR | |
| Insured: | Fred and Jeneen Holmes | DOL: | 8/29/2005 | | **O** | Pol. # | | ACV | **161,839.08** |
| Address: | 1205 Perrin Drive | | | | **T** | Clm. # | | Repair/Restore | |
| Address: | 1205 Perrin Drive | Adj. | Scott Taylor | | **O** | Sales Tax | **8% Added** | ACV + Repair | **161,839.08** |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 294 | 3 | shovels | $20.00 | | | | | Storage | | 64.80 | | | 64.80 |
| 295 | 3 | rakes | $15.00 | | | | | Storage | | 48.60 | | | 48.60 |
| 296 | 1 | chain saw w/ extension pole | $150.00 | | | | | Storage | | 162.00 | | | 162.00 |
| 318 | 1 | brass Santa on rocker | $250.00 | | | | | Storage | | 270.00 | | | 270.00 |
| 319 | 1 | nativity set | $250.00 | | | | | Storage | | 270.00 | | | 270.00 |
| | | | | | | | | | | | | | Room Totals |
| 259 | | tools | $3,000.00 | | | | | Utility | | 3,240.00 | | | 3,240.00 |
| 260 | 2 | tool chest | $150.00 | | | | | Utility | | 324.00 | | | 324.00 |
| 277 | | paint | $200.00 | | | | | Utility | | 216.00 | | | 216.00 |
| 278 | | paint brushes, etc. | $100.00 | | | | | Utility | | 108.00 | | | 108.00 |
| 297 | 3 | ladders | $75.00 | | | | | Utility | | 243.00 | | | 243.00 |
| 302 | | chlorine | $40.00 | | | | | Utility | | 43.20 | | | 43.20 |
| 308 | 15 | luggage | $75.00 | | | | | Utility | | 1,215.00 | | | 1,215.00 |
| 349 | 3 | fishing poles | $60.00 | | | | | Utility | | 194.40 | | | 194.40 |
| 350 | 1 | horse shoe set | $40.00 | | | | | Utility | | 43.20 | | | 43.20 |
| 351 | 1 | volleyball set | $40.00 | | | | | Utility | | 43.20 | | | 43.20 |
| 352 | 1 | badminton set | $40.00 | | | | | Utility | | 43.20 | | | 43.20 |
| 368 | 1 | bicycle | $250.00 | | | | | Utility | | 270.00 | | | 270.00 |
| 369 | 4 | garden hose | $120.00 | | | | | Utility | | 518.40 | | | 518.40 |
| 370 | 1 | seed spreader / fertilizer | $50.00 | | | | | Utility | | 54.00 | | | 54.00 |

| | | **Flood Contents Worksheet** | | | | | P | Date: | | | RCV | **161,839.08** |
| | | **Contents Inventory List** | Insd. Hm.# | | | | H | Type Policy: | | | DEPR | |
| Insured: | | Fred and Jeneen Holmes | Insd. Wk.# | | | | O | Pol. # | | | ACV | **161,839.08** |
| Address: | | 1205 Perrin Drive | DOL: | 8/29/2005 | | | T | Clm. # | | | Repair/Restore | |
| Address: | | 1205 Perrin Drive | Adj. | Scott Taylor | | | O | Sales Tax | **8% Added** | | ACV + Repair | **161,839.08** |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model… | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 371 | 9 | garden tools | $5.00 | | | | | Utility | | 48.60 | | | 48.60 |
| 372 | 6 | gardening gloves (pair) | $7.00 | | | | | Utility | | 45.36 | | | 45.36 |
| 375 | 2 | tennis rackets | $45.00 | | | | | Utility | | 97.20 | | | 97.20 |
| 376 | 12 | tennis balls | $1.00 | | | | | Utility | | 12.96 | | | 12.96 |
| 377 | 2 | racquetball rackets | $45.00 | | | | | Utility | | 97.20 | | | 97.20 |
| 379 | 2 | bowling balls | $60.00 | | | | | Utility | | 129.60 | | | 129.60 |
| 380 | 2 | bowling ball bags | $50.00 | | | | | Utility | | 108.00 | | | 108.00 |
| 405 | 2 | diving gear | $50.00 | | | | | Utility | | 108.00 | | | 108.00 |
| 419 | 1 | gardening tool rack | $50.00 | | | | | Utility | | 54.00 | | | 54.00 |
| 424 | 2 | ice chests | $45.00 | | | | | Utility | | 97.20 | | | 97.20 |
| 432 | | shelving (utility room) | $30.00 | | | | | Utility | | 32.40 | | | 32.40 |
| 437 | 2 | cordless lanterns | $60.00 | | | | | Utility | | 129.60 | | | 129.60 |
| 439 | 1 | plumbing snake | $75.00 | | | | | Utility | | 81.00 | | | 81.00 |
| 440 | 1 | fish tank cleaning hose | $90.00 | | | | | Utility | | 97.20 | | | 97.20 |
| 441 | 1 | thermometer | $20.00 | | | | | Utility | | 21.60 | | | 21.60 |
| 480 | 6 | garden hose nozzle | $20.00 | | | | | Utility | | 129.60 | | | 129.60 |
| 483 | 1 | crutches (pair) | $250.00 | | | | | Utility | | 270.00 | | | 270.00 |
| 492 | 2 | car ramps (pair) | $40.00 | | | | | Utility | | 86.40 | | | 86.40 |
| 496 | 1 | car wash set | $70.00 | | | | | Utility | | 75.60 | | | 75.60 |
| 497 | 1 | car care set | $30.00 | | | | | Utility | | 32.40 | | | 32.40 |



Home > Toyota > Corolla > 1998

# 1998 Toyota Corolla Change

**Overview**    **Photos & Videos**    **Reviews**    **Safety & Reliability**    **Features & Specs**    **Pricing**



Corolla 4dr Sedan VE shown
See all Photos

**1998 Toyota Corolla**

**Kelley Blue Book Retail** $4,000–$4,375

**MPG** City: 31 Highway: 38

**Available Engines**
120-hp, 1.8-liter I-4 (regular gas)

**Transmissions**
3-speed automatic
4-speed automatic w/OD
5-speed manual w/OD

**Average Consumer Rating**
★★★★½ (4.6) 8 consumer reviews

Side-by-Side Comparison

**View Inventory**
**108** Corolla models
[update zipcode]

Search Used

## 3 Available Corolla Trims

| Select a trim name below for detailed specifications | Standard Equipment & Options |
|---|---|
| | **Original MSRP** |
| **VE 4dr Sedan** See Specs | $11,908 |
| **CE 4dr Sedan** See Specs | $13,788 |
| **LE 4dr Sedan** See Specs | $14,798 |

**Compare**    Select one or more trims to compare

 See special offers from your Southeast Toyota Dealer

**Calculate Your Monthly Payment**
 What will my monthly cost be?
**Check Payment**

### Find a USED Toyota Corolla

Find dealers and new car inventory in your area.
ZIP Code    **See listings**

### Featured Services for the Toyota Corolla
Sell your current car quickly and easily on Cars.com.
See your credit report and score instantly and online for $0.

**Research Competing Vehicles**

Choose up to three models to compare to the 1998 Toyota Corolla



**1998 Chevrolet Cavalier**
**Starting MSRP** $11,710

**1998 Chevrolet Prizm**
**Starting MSRP** $12,143

**1998 Dodge Neon**
**Starting MSRP** $11,100

See more

Compare

   

Home | Contact Us | Site Index | About Cars.com | Employment Opportunities | Become a Cars.com Dealer

Cars.com Mobile | Búsqueda de Carros Usados en Español | Become a Fan

**Search Cars.com**

Powered by: Google

By using this site, you agree to our terms of service

©2011 Cars.com | Privacy Statement | Ad Choices

Visit our partners: Apartments.com | Find a Realtor | Homes for Sale | Apartments for Rent | CareerBuilder.com

Powered By: autodata   The data provided by Autodata is provided AS IS without warranty or guarantee of any kind, and Autodata disclaims all warranties or conditions of any kind, expressed or implied, with respect to such data, including the implied warranties of merchantable quality and fitness for a particular purpose.

Sign in | Register | My garage  [_____] 🔍 (#)

Find and share automotive knowledge (/)

| Home(/) | Research(/Cars/autos/) | Cars For Sale(/Cars/forsale) | Sell Your Car |
| Price Trends(/Cars/price-trends/) | Community | Share a Car | |

Home(/) > Research (/Cars/autos/) > Toyota(/Cars/Toyota-Overview-m7) > Corolla(/Cars/Toyota-Corolla-Overview-d295) > 2004

# 2004 Toyota Corolla Price

Like ❘ 3  | Toyota | Corolla | 2004 | Go

()

| Overview(/Cars/2004-Toyota-Corolla-Overview-c3976) | User Reviews(/Cars/2004-Toyota-Corolla-Reviews-c3976) |
| Pictures(/Cars/2004-Toyota-Corolla-Pictures-c3976) | Price (#) | Specs(/Cars/2004-Toyota-Corolla-Specs-c3976) |
| Videos(/Cars/2004-Toyota-Corolla-Videos-c3976) | Used Corolla(/Cars/I-Used-Toyota-Corolla-d295) |

Specs(/Cars/2004-Toyota-Corolla-Specs-c3976)

Used Toyota Corolla(/Cars/I-Used-Toyota-Corolla-d295)

Videos(/Cars/2004-Toyota-Corolla-Videos-c3976)

Toyota Corolla Forum(/Cars/autoclub/forum/toyota-corolla-ac727)

Toyota Repairs(/Cars/r-Toyota-m7)

Toyota Dealers(/Cars/dealers-Toyota-m7)

**Related Models For Sale**

Used Toyota Camry(/Cars/I-Used-Toyota-Camry-d292)
374 listings

Used Honda Civic(/Cars/I-Used-Honda-Civic-d586)
300 listings

Used Honda Accord(/Cars/I-Used-Honda-Accord-d585)
578 listings

Used Nissan Altima(/Cars/I-Used-Nissan-Altima-d237)
156 listings

Used Nissan Sentra(/Cars/I-Used-Nissan-Sentra-d249)
164 listings

Used Ford Focus(/Cars/I-Used-Ford-Focus-d346)
169 listings

Used Hyundai Elantra(/Cars/I-Used-Hyundai-Elantra-d92)
116 listings

Used Mazda MAZDA3(/Cars/I-Used-

## Instant Market Value: **$9,310**

Based on 596 listings

f Share  ▸ Tweet

### Nationwide Price vs. Mileage

Click to show/hide



— Fair Price
♦ National Listings

Track your car(#)
Sign up for periodic updates about your car's value

Sell your car(#)
Advertise and sell your car for free. Seen by over **three million** users a month!

Browse used cars(#)
Find the best deals by browsing over **one million** used cars for sale.

## Comparable Listings



2004 Toyota Corolla LE
Price: $8,888   Mileage: 94,350 miles
Sunroof/Moonroof

### Refine Price

Trim: [Select Trim]

ZIP: [_____]

Mileage: [_____]

Transmission: [Any]

I own this car: ☑

## Similar Models

**2004 Toyota Camry(/Cars/2004-Toyota-Camry-Price-c3973)**
Instant Market Value: **$10,463**

**2004 Honda Civic(/Cars/2004-Honda-Civic-Price-c2092)**
Instant Market Value: **$9,134**

**2004 Honda Accord(/Cars/2004-Honda-Accord-Price-c2091)**
Instant Market Value: **$11,323**

**2004 Nissan Altima(/Cars/2004-Nissan-Altima-Price-c2985)**
Instant Market Value: **$9,468**

**2004 Nissan Sentra(/Cars/2004-Nissan-Sentra-Price-c2992)**
Instant Market Value: **$7,440**

**2004 Ford Focus(/Cars/2004-Ford-Focus-Price-c113)**
Instant Market Value: **$7,176**

Mazda-MAZDA3-d214)
156 listings

Used Toyota
RAV4(/Cars/l-Used-
Toyota-RAV4-d306)
134 listings

Used Volkswagen
Jetta(/Cars/l-Used-
Volkswagen-Jetta-d200)
205 listings

**Other Years**

2011 Toyota
Corolla(/Cars/2011-
Toyota-Corolla-Overview-
c22774)

2010 Toyota
Corolla(/Cars/2010-
Toyota-Corolla-Overview-
c21610)

2009 Toyota
Corolla(/Cars/2009-
Toyota-Corolla-Overview-
c9224)

2008 Toyota
Corolla(/Cars/2008-
Toyota-Corolla-Overview-
c8300)

2007 Toyota
Corolla(/Cars/2007-
Toyota-Corolla-Overview-
c6750)

**Used Cars For Sale**

2011 Toyota Corolla For
Sale(/Cars/l-Used-2011-
Toyota-Corolla-c22774)

2010 Toyota Corolla For
Sale(/Cars/l-Used-2010-
Toyota-Corolla-c21610)

2009 Toyota Corolla For
Sale(/Cars/l-Used-2009-
Toyota-Corolla-c9224)

2008 Toyota Corolla For
Sale(/Cars/l-Used-2008-
Toyota-Corolla-c8300)

2007 Toyota Corolla For
Sale(/Cars/l-Used-2007-
Toyota-Corolla-c6750)

**2004 Toyota Corolla Trims For Sale**

2004 Toyota Corolla CE For
Sale(/Cars/l-Used-2004-
Toyota-Corolla-CE-t18043)

2004 Toyota Corolla LE For
Sale(/Cars/l-Used-2004-
Toyota-Corolla-LE-t18044)

2004 Toyota Corolla S For
Sale(/Cars/l-Used-2004-
Toyota-Corolla-S-t18045)

**Follow us**

The CarGurus Blog

@cargurus



**2004 Toyota Corolla CE**

Price: $8,416   Mileage: 94,230 miles



**2004 Toyota Corolla LE**

Price: $8,995   Mileage: 95,084 miles



**2004 Toyota Corolla LE**

Price: $10,995   Mileage: 93,373 miles

Steel Wheels

Browse more 2004 Toyota Corolla listings nationwide

## 2004 Toyota Corolla Price Trends

Are 2004 Toyota Corolla prices going up or down? Find out on our Toyota Corolla Price Trends(/Cars/price-trends/Toyota-Corolla-d295) page.

## 2004 Toyota Corolla Retail Prices

These prices reflect the current national average retail price for 2004 Toyota Corolla trims at different mileages. They are based on real time analysis of our 2004 Toyota Corolla listings(/Cars/l-Used-2004-Toyota-Corolla-c3976). We update these prices daily to reflect the current retail prices for a Used 2004 Toyota Corolla(/Cars/l-Used-2004-Toyota-Corolla-c3976).

| Trim | MSRP | Invoice | Instant Market Value |
|------|------|---------|---------------------|
| CE | $14,085 | $12,550 | $9,082 |
| LE | $15,295 | $13,374 | $9,386 |
| S | $15,130 | $13,226 | $9,725 |

MSRP (also known as the sticker price) stands for the **Manufacturer Suggested Retail Price.** This is the manufacturer's recommended price for the vehicle including optional equipment.



**Looking for a Used Corolla in your area?**

CarGurus has **14,513** nationwide Corolla listings starting at **$2,450.**

ZIP: [          ]   Find Deals

The **Invoice Price** of a vehicle is the amount that a dealer pays to the manufacturer for the vehicle. The dealer's profit is **the difference between MSRP and Invoice** plus any manufacturer-to-dealer incentives.

**Have a 2004 Toyota Corolla Pricing question?**

[          ]   Ask   OR Search: [          ]   Search

Average response time:   **8.5 hours,**   # of Toyota Corolla owners:   **12,876**

**Toyota — 2011 Clearance**
Toyota Dealers Cut Prices to Make Sales — Get Internet Prices & Save!
Toyota.DealersClearingLots.com
AdChoices



**Register(#)** | **About(/Cars/aboutCarGurus.html)** | Press | **Sitemap(/Cars/sitemap.html)** | **Blog(http://blog.cargurus.com)** | **Widgets(/Cars/widgets)** | Jobs | Terms | Privacy | FAQ | Contact

copyright © 2006-2011 CarGurus ® LLC, All Rights Reserved.

feedback(javascript:return false;)



| Destination Charge: | $515 | | | |
|---|---|---|---|---|
| Rebates & Incentives: | | | | |
| Search Local Listings: | Enter Zip Code    GO | | | |
| Get a CARFAX Vehicle History: | **CARFAX Vehicle History** | | | |

## Highlights ▼

| EPA Fuel Economy | 32 City/40 Highway Est. | | | |
|---|---|---|---|---|
| Engine(s) | Gas I4 | | | |
| Transmission | Manual w/OD | | | |
| Drivetrain | Front Wheel Drive | | | |
| Seating Capacity | 5 | | | |
| Body Style | Compact | | | |

## Photos ▼ (view all)

| Rear Angle View | | | | |
|---|---|---|---|---|
| Headlight View | | | | |
| Wheel Profile View | | | | |

## Warranty ▼

| Basic Warranty | 3 years/36,000 miles | | | |
|---|---|---|---|---|
| Powertrain Warranty | 5 years/60,000 miles | | | |

Pricing Key: Retail prices listed with each report are set by the vehicle's manufacturer. These figures appear on each car's federally mandated window sticker. Most price lists also include dealer-invoice prices. Dealer-invoice prices are what the dealer pays the manufacturer for the car and its factory-installed options. The destination charge is not included in the suggested-retail or dealer-invoice price and must be added to the cost of the vehicle. Car companies change prices frequently throughout the year. If the prices published do not match those on the vehicle's window sticker, the manufacturer has probably altered the price recently.

Photos ►

NEXT STEP: **GET A PRICE QUOTE FROM YOUR LOCAL DEALER** ►

Data on this page may have come in part from one or more of the following providers.

Company Info | Advertise With Us | Newsletter | Careers | Privacy | Contact Us | Help | Visitor Agreement | RSS
How StuffWorks | HSW Brazil | HSW China 博闻网
Copyright © 2011. How StuffWorks.com, Inc. How StuffWorks is a registered trademark of How StuffWorks, Inc. Content © Publications International, Ltd.
Consumer Guide ® is a registered trademark owned by Publications International, Ltd.

Discovery Communications, LLC | Discovery Channel | TLC | Animal Planet | Science Channel | Planet Green | Discovery Kids
Petfinder | TreeHugger | Military Channel | Investigation Discovery | HD Theater | Discovery Fit & Health | Turbo