# EXHIBIT 5



**Scott Taylor Adjusting Services**

Independant Adjusting
Services and Consulting
2557 James River Road,
West Palm Beach, FL
33411

# LOSS REPORT

### Final

| | |
|---|---|
| Reference: | Report #: 1 |
| | Catastrophe Number: |
| | Policy Number: |
| | Claim Number: |
| Insured:    Clifford Washington | Date of Loss: 8/29/2005 |
| 1910-1910-1/2 Charbonnet | Type of Loss: Flood |
| New Orleans, LA 70117 | File Number: |

**ENCLOSURES:**

Estimate, Statement of Loss, Photos (18), Diagrams

**COVERAGE:**

| | | | |
|---|---|---|---|
| Dwelling | $0.00 | Eff. Dates:    From:        To: | |
| Other Structures | $0.00 | Mortgagee: | |
| Contents | $0.00 | Applied Deductible: $0.00 | |
| Additional Living Expenses | $0.00 | Co-Ins. Policy:    Yes ☐  No ☑ Forms: | |

**COVERAGE VS INDEMNIFICATION**

No values are listed in the above coverage section because the primary issue is indemnity, not whether coverage is being afforded.

Therefore, indemnifying the homeowner means taking care of the physical restoration of the homeowner and his family. To indemnify them means to consider what it takes to return them to pre-loss conditions. That means restoring their home, their contents, and their additional living expenses. Whatever they had before the loss is what this estimate seeks to restore.

The reconstruction of the home is straightforward in the estimate, as is the contents estimate in the spreadsheet and estimate. Additional living expenses are provided to bridge the gap between what it cost to live prior to the loss and what it costs during displacement, including relocation costs, emergency expenses, and the ancillary costs of travel and temporary measures taken to allow the family to live in a manner consistent with their normal lifestyle.

**RISK**

This is a shotgun style ranch house. It is not a twin mirror double, but a front-rear double with two seperate addresses. It is an elevated framed structure approximately 47 inches off the ground. On CMU Piers. The interior had hardwood floors prior to the peril and was only a single story with a composition 3 tab shingled roof. The homeowner restored the home by adding a second floor to increase space. The homeowner did not reside in this residence at the time of the peril.

The risk had aluminum siding that was stolen subsequent to the peril.

**CAUSE & ORIGIN**

This loss is a result of flood. The origin of the flood is in review.

**AFFECTED PARTIES**

The parties directly affected by this loss are the homeowners. As the resolution of this loss proceeds it will necessitate further consultation with the homeowners and one should anticpate changes to the report as it pertains to the details of the loss, the resolution, and the associated time-lines.

**INSPECTION/DAMAGES**

The loss was inspected on June 14, 2011. The homeowner was present at the time. We found that the homeowner had significantly upgraded the home to its present configuration and spent considerable time discussing, measuring and verifying original specifications with the homeowner. The homeowner described the pre-loss condition in modest terms and was reticent to make any exaggerated claims concerning appointments to the home. He explained the layout of each room for both listed addresses and contrasted the present materials used the restoration with the original materials; usually downgrading the original materials.

As such the following damages have been estimated with economy and are reasonable in all aspects.

**RESTORATION/REPAIRS**

Since the home was salvagable in the eyes of the homeowner this estimate encompasses all the necessary water, mold and contamination mitigation efforts to the structural components, and the replacement of most other porous surfaces. Refinishing and replacement of doors, windows, and hardware has also been included.

**REMARKS**

As this loss continues toward resolution and additional questioning and comiseration occurs it has been this adjuster's experience that memories will be triggered.  Additionally, as the homeowner(s) recall features of their home and add these are accounted for, changes to all three areas of indemnity will be necessary.

Updating specific details for clarity will allow even more precise estimating and will necessitate augmentation of the current estimate as more pricing options become available.

Because the homeowner was not using this house as his residence there were no contents listed for replacement.  Neither was there consideration for Additional Living Expenses.

**STATEMENT OF LOSS:**

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| Dwelling | $110,009.59 | $0.00 | $110,009.59 | $0.00 |
| Other Structures | $0.00 | $0.00 | $0.00 | $0.00 |
| Contents | $84,431.16 | $0.00 | $84,431.16 | $0.00 |
| Additional Living Expenses | $20,001.92 | $0.00 | $20,001.92 | $0.00 |
| **TOTALS** | $214,442.67 | $0.00 | $214,442.67 | |

| | |
|---|---|
| Deductible | $0.00 |
| Claim Payable | $214,442.67 |
| Less Prior Payments | $0.00 |
| Due Insured | **$214,442.67** |

Depreciation and Deductibles were not included because this is not an insurance estimate.

**RECOMMENDATIONS:**

Recommendations include, but are not limited to the three areas of indemnity listed above.  Should any forementioned changes be necessary to the listed areas of indemnity it is recommended that such changes be reasonably considered.

_____          10/20/2011
Scott Taylor                                              Date



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

|  |  |  |  |
|---|---|---|---|
| Insured: | Clifford Washington | Home: | (504) 812-9345 |
| Property: | 1910-1910-1/2 Charbonnet | | |
| | New Orleans, LA 70117 | | |
| | | | |
| Claim Rep.: | Scott Taylor | Business: | (954) 729-5106 |
| | | E-mail: | settledclaims@gmail.com |
| | | | |
| Estimator: | Scott Taylor | Business: | (954) 729-5106 |
| | | E-mail: | settledclaims@gmail.com |

**Claim Number:**                **Policy Number:**                **Type of Loss:** Flood

| | | | |
|---|---|---|---|
| Date of Loss: | 8/29/2005 | Date Received: | |
| Date Inspected: | | Date Entered: | 7/17/2011 8:08 PM |

| | |
|---|---|
| Price List: | LANO7X_JUL11 |
| | Restoration/Service/Remodel |
| Estimate: | WASHINGTON-CHARBONET |

The following estimate of damages is compiled using best practices for Independent Insurance Adjusters.  The overall goal for the adjuster is to indemnify or make whole the homeowner.  As such, the following factors have been considered:

1. The homeowner was forced to evacuate his home by mandate and circumstances.  This evacuation was sudden and unexpected.  The protection of the property could not be reasonably expected.

2. The homeowner was unable to return to his home for an extended time due to the massive losses in the area and because of official mandates.

3. The extended time away from the home exacerbated the seriousness of the loss and made recovery of personal property unfeasible due to extended exposure to moisture and contamination. The same was true for a vast majority of the porous building materials comprising the structure.

As such, this estimate encompases three areas of loss:

**1. Structural Loss.**
**2. Personal Property Loss.**
**3. Additional Living Expenses**

**Each area of loss is seperately totalled in the following estimate.  Explanations for specific items are often included within the line items, but further explanations and a comprehensive statement of loss can be found in the accompanying loss report.**



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

### WASHINGTON-CHARBONET

**WASHINGTON-CHARBONET**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Breaker panel - 100 amp | 2.00 EA | 1,042.40 | 2,084.80 | <0.00> | 2,084.80 |
| R&R Circuit breaker - main disconnect - 125 amp | 1.00 EA | 239.00 | 239.00 | <0.00> | 239.00 |
| R&R Circuit breaker - 110 volt - single pole | 16.00 EA | 38.57 | 617.12 | <0.00> | 617.12 |
| R&R Circuit breaker - 220 volt - double pole | 4.00 EA | 46.95 | 187.80 | <0.00> | 187.80 |
| R&R Circuit breaker - ground-fault circuit-interrupter (GFI) | 2.00 EA | 84.19 | 168.38 | <0.00> | 168.38 |
| R&R Electric power supply cable - secondary | 1.00 EA | 535.53 | 535.53 | <0.00> | 535.53 |
| R&R #8 gauge copper wire - stranded or solid | 26.00 LF | 1.40 | 36.40 | <0.00> | 36.40 |
| R&R Grounding rod - copper clad with clamp, 8' | 1.00 EA | 128.60 | 128.60 | <0.00> | 128.60 |
| R&R Meter base and main disconnect - 100 - 125 amp | 2.00 EA | 224.20 | 448.40 | <0.00> | 448.40 |
| R&R Meter mast for overhead power - 2 1/2" conduit | 1.00 EA | 692.24 | 692.24 | <0.00> | 692.24 |
| **Total:  WASHINGTON-CHARBONET** | | | **5,138.27** | **0.00** | **5,138.27** |

### INTERIOR-1910

**INTERIOR-1910**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 473.98 | 947.96 | (0.00) | 947.96 |
| R&R Water heater - 30 gallon - Electric - 6 yr | 1.00 EA | 658.82 | 658.82 | (0.00) | 658.82 |
| R&R I-joist - 9 1/2" deep - 1 3/4" flange | 658.99 LF | 4.92 | 3,242.23 | (0.00) | 3,242.23 |
| R&R Sheathing - waferboard - 3/4 - tongue and groove | 704.00 SF | 2.98 | 2,097.92 | (0.00) | 2,097.92 |
| R&R Drilled bottom plate - 2" x 4" treated lumber | 142.20 LF | 2.83 | 402.43 | (0.00) | 402.43 |
| 2" x 4" x 14' #2 & better Fir / Larch (material only) | 9.00 EA | 4.94 | 44.46 | (0.00) | 44.46 |
| 2" x 4" x 12' #2 & better Fir / Larch (material only) | 24.00 EA | 4.23 | 101.52 | (0.00) | 101.52 |
| 2" x 4" x 10' #2 & better Fir / Larch (material only) | 12.00 EA | 3.51 | 42.12 | (0.00) | 42.12 |
| 2" x 4" x 8' #2 & better Fir / Larch (material only) | 14.00 EA | 2.81 | 39.34 | (0.00) | 39.34 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - INTERIOR-1910**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 2" x 4" x 92 5/8" pre-cut stud (for 8' wall, mat only) | 181.00 EA | 2.72 | 492.32 | (0.00) | 492.32 |
| R&R Sheathing - waferboard - 1/2" | 1,152.00 SF | 1.61 | 1,854.72 | (0.00) | 1,854.72 |
| R&R Labor to frame 2" x 4" non-bearing wall - 16" oc | 1,279.68 SF | 1.53 | 1,957.91 | (0.00) | 1,957.91 |
| **Total: INTERIOR-1910** | | | **11,881.75** | **0.00** | **11,881.75** |



**Living Room**                                              **Height: 8'**

| | | |
|---|---|---|
| 372.79 SF Walls | | 135.68 SF Ceiling |
| 508.47 SF Walls & Ceiling | | 135.68 SF Floor |
| 15.08 SY Flooring | | 46.60 LF Floor Perimeter |
| 46.60 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1/2" drywall - hung, taped, floated, ready for paint | 508.47 SF | 1.41 | 716.94 | <0.00> | 716.94 |
| Tear out wet drywall, cleanup, bag for disposal | 508.47 SF | 0.86 | 437.28 | <0.00> | 437.28 |
| Mask wall - plastic, paper, tape (per LF) | 46.60 LF | 0.82 | 38.21 | <0.00> | 38.21 |
| Acoustic ceiling (popcorn) texture - heavy | 135.68 SF | 0.90 | 122.11 | <0.00> | 122.11 |
| Seal/coat the walls and ceiling - one coat (anti-microbial coating) | 508.47 SF | 1.08 | 549.15 | <0.00> | 549.15 |
| Paint the walls - two coats | 372.79 SF | 0.82 | 305.69 | <0.00> | 305.69 |
| Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.17 | 23.17 | <0.00> | 23.17 |
| R&R 110 volt copper wiring run, box and switch | 2.00 EA | 72.66 | 145.32 | (0.00) | 145.32 |
| R&R 110 volt copper wiring run, box and outlet | 2.00 EA | 72.68 | 145.36 | (0.00) | 145.36 |
| R&R Oak flooring - #1 common - no finish | 135.68 SF | 9.31 | 1,263.18 | (0.00) | 1,263.18 |
| Sand, stain, & finish wood flr - water-based/latex finish | 135.68 SF | 3.69 | 500.66 | (0.00) | 500.66 |

WASHINGTON-CHARBONET



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Living Room**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Interior door unit | 1.00 EA | 162.63 | 162.63 | (0.00) | 162.63 |
| R&R Wood window - single hung, 10 - 15 sf | 1.00 EA | 398.56 | 398.56 | (0.00) | 398.56 |
| **Totals:  Living Room** | | | **4,816.55** | **0.00** | **4,816.55** |



**Dining Room**                                                    **Height: 8'**

| | | |
|---|---|---|
| 329.33 SF Walls | 103.54 SF Ceiling |
| 432.88 SF Walls & Ceiling | 103.54 SF Floor |
| 11.50 SY Flooring | 41.17 LF Floor Perimeter |
| 41.17 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1/2" drywall - hung, taped, floated, ready for paint | 432.88 SF | 1.41 | 610.36 | <0.00> | 610.36 |
| Tear out wet drywall, cleanup, bag for disposal | 432.88 SF | 0.86 | 372.28 | <0.00> | 372.28 |
| Mask wall - plastic, paper, tape (per LF) | 41.17 LF | 0.82 | 33.76 | <0.00> | 33.76 |
| Acoustic ceiling (popcorn) texture - heavy | 103.54 SF | 0.90 | 93.19 | <0.00> | 93.19 |
| Seal/coat the walls and ceiling - one coat (anti-microbial coating) | 432.88 SF | 1.08 | 467.51 | <0.00> | 467.51 |
| Paint the walls - two coats | 329.33 SF | 0.82 | 270.05 | <0.00> | 270.05 |
| Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.17 | 23.17 | <0.00> | 23.17 |
| R&R 110 volt copper wiring run, box and switch | 2.00 EA | 72.66 | 145.32 | (0.00) | 145.32 |
| R&R 110 volt copper wiring run, box and outlet | 2.00 EA | 72.68 | 145.36 | (0.00) | 145.36 |
| R&R Oak flooring - #1 common - no finish | 103.54 SF | 9.31 | 963.95 | (0.00) | 963.95 |
| Sand, stain, & finish wood flr - water-based/latex finish | 103.54 SF | 3.69 | 382.06 | (0.00) | 382.06 |
| R&R Interior door unit | 1.00 EA | 162.63 | 162.63 | (0.00) | 162.63 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Dining Room**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Wood window - single hung, 10 - 15 sf | 1.00 EA | 398.56 | 398.56 | (0.00) | 398.56 |
| **Totals: Dining Room** | | | **4,076.49** | **0.00** | **4,076.49** |



**Bedroom**                                                                    **Height: 8'**

| | | | |
|---|---|---|---|
| 329.33 SF Walls | | 124.94 SF Ceiling | |
| 454.28 SF Walls & Ceiling | | 124.94 SF Floor | |
| 13.88 SY Flooring | | 41.17 LF Floor Perimeter | |
| 41.17 LF Ceil. Perimeter | | | |

**Missing Wall**                              **3' 3" X 8'**                                **Opens into  Exterior**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1/2" drywall - hung, taped, floated, ready for paint | 454.28 SF | 1.41 | 640.53 | <0.00> | 640.53 |
| Tear out wet drywall, cleanup, bag for disposal | 454.28 SF | 0.86 | 390.68 | <0.00> | 390.68 |
| Mask wall - plastic, paper, tape (per LF) | 41.17 LF | 0.82 | 33.76 | <0.00> | 33.76 |
| Acoustic ceiling (popcorn) texture - heavy | 124.94 SF | 0.90 | 112.45 | <0.00> | 112.45 |
| Seal/coat the walls and ceiling - one coat (anti-microbial coating) | 454.28 SF | 1.08 | 490.62 | <0.00> | 490.62 |
| Paint the walls - two coats | 329.33 SF | 0.82 | 270.05 | <0.00> | 270.05 |
| Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.17 | 23.17 | <0.00> | 23.17 |
| R&R 110 volt copper wiring run, box and switch | 1.00 EA | 72.66 | 72.66 | (0.00) | 72.66 |
| R&R 110 volt copper wiring run, box and outlet | 2.00 EA | 72.68 | 145.36 | (0.00) | 145.36 |
| R&R Oak flooring - #1 common - no finish | 124.94 SF | 9.31 | 1,163.19 | (0.00) | 1,163.19 |
| Sand, stain, & finish wood flr - water-based/latex finish | 124.94 SF | 3.69 | 461.03 | (0.00) | 461.03 |
| R&R Interior door unit | 1.00 EA | 162.63 | 162.63 | (0.00) | 162.63 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Bedroom**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Wood window - single hung, 10 - 15 sf | 1.00 EA | 398.56 | 398.56 | (0.00) | 398.56 |
| **Totals:  Bedroom** | | | **4,372.98** | **0.00** | **4,372.98** |



**Bath**                                                                                                 **Height: 8'**

| | |
|---|---|
| 254.67  SF Walls | 53.04  SF Ceiling |
| 307.71  SF Walls & Ceiling | 53.04  SF Floor |
| 5.89  SY Flooring | 31.83  LF Floor Perimeter |
| 31.83  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1/2" drywall - hung, taped, floated, ready for paint | 307.71 SF | 1.41 | 433.87 | <0.00> | 433.87 |
| Tear out wet drywall, cleanup, bag for disposal | 307.71 SF | 0.86 | 264.63 | <0.00> | 264.63 |
| Mask wall - plastic, paper, tape (per LF) | 31.83 LF | 0.82 | 26.10 | <0.00> | 26.10 |
| Acoustic ceiling (popcorn) texture - heavy | 53.04 SF | 0.90 | 47.74 | <0.00> | 47.74 |
| Seal/coat the walls and ceiling - one coat (anti-microbial coating) | 307.71 SF | 1.08 | 332.33 | <0.00> | 332.33 |
| Paint the walls - two coats | 254.67 SF | 0.82 | 208.83 | <0.00> | 208.83 |
| Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.17 | 23.17 | <0.00> | 23.17 |
| R&R 110 volt copper wiring run, box and switch | 0.00 EA | 72.66 | 0.00 | (0.00) | 0.00 |
| R&R 110 volt copper wiring run, box and outlet | 0.00 EA | 72.68 | 0.00 | (0.00) | 0.00 |
| R&R Oak flooring - #1 common - no finish | 53.04 SF | 9.31 | 493.80 | (0.00) | 493.80 |
| Sand, stain, & finish wood flr - water-based/latex finish | 53.04 SF | 3.69 | 195.72 | (0.00) | 195.72 |
| R&R Interior door unit | 1.00 EA | 162.63 | 162.63 | (0.00) | 162.63 |
| R&R Wood window - single hung, 10 - 15 sf | 1.00 EA | 398.56 | 398.56 | (0.00) | 398.56 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

### CONTINUED - Bath

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Totals: Bath** | | | **2,595.67** | **0.00** | **2,595.67** |

| | Hall | | Height: 8' |
|---|---|---|---|
| | 176.00 SF Walls | 33.92 SF Ceiling | |
| | 209.92 SF Walls & Ceiling | 33.92 SF Floor | |
| | 3.77 SY Flooring | 22.00 LF Floor Perimeter | |
| | 22.00 LF Ceil. Perimeter | | |

| **Missing Wall** | **3' 1" X 8'** | Opens into | **Exterior** |
|---|---|---|---|
| **Missing Wall** | **3' 1" X 8'** | Opens into | **Exterior** |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1/2" drywall - hung, taped, floated, ready for paint | 209.92 SF | 1.41 | 295.99 | <0.00> | 295.99 |
| Tear out wet drywall, cleanup, bag for disposal | 209.92 SF | 0.86 | 180.53 | <0.00> | 180.53 |
| Mask wall - plastic, paper, tape (per LF) | 22.00 LF | 0.82 | 18.04 | <0.00> | 18.04 |
| Acoustic ceiling (popcorn) texture - heavy | 33.92 SF | 0.90 | 30.53 | <0.00> | 30.53 |
| Seal/coat the walls and ceiling - one coat (anti-microbial coating) | 209.92 SF | 1.08 | 226.71 | <0.00> | 226.71 |
| Paint the walls - two coats | 176.00 SF | 0.82 | 144.32 | <0.00> | 144.32 |
| Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.17 | 23.17 | <0.00> | 23.17 |
| R&R 110 volt copper wiring run, box and switch | 1.00 EA | 72.66 | 72.66 | (0.00) | 72.66 |
| R&R 110 volt copper wiring run, box and outlet | 1.00 EA | 72.68 | 72.68 | (0.00) | 72.68 |
| R&R Oak flooring - #1 common - no finish | 33.92 SF | 9.31 | 315.79 | (0.00) | 315.79 |
| Sand, stain, & finish wood flr - water-based/latex finish | 33.92 SF | 3.69 | 125.16 | (0.00) | 125.16 |
| **Totals: Hall** | | | **1,513.87** | **0.00** | **1,513.87** |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411



| Kitchen | | | | | Height: 8' |
|---|---|---|---|---|---|
| | 393.25 SF Walls | | 146.95 SF Ceiling | | |
| | 540.20 SF Walls & Ceiling | | 146.95 SF Floor | | |
| | 16.33 SY Flooring | | 49.16 LF Floor Perimeter | | |
| | 49.16 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Acoustic ceiling (popcorn) texture - heavy | 146.95 SF | 0.90 | 132.26 | <0.00> | 132.26 |
| 1/2" drywall - hung, taped, floated, ready for paint | 540.20 SF | 1.41 | 761.68 | <0.00> | 761.68 |
| Tear out wet drywall, cleanup, bag for disposal | 540.20 SF | 0.86 | 464.57 | <0.00> | 464.57 |
| Mask wall - plastic, paper, tape (per LF) | 49.16 LF | 0.82 | 40.31 | <0.00> | 40.31 |
| Seal/coat the walls and ceiling - one coat (anti-microbial coating) | 540.20 SF | 1.08 | 583.42 | <0.00> | 583.42 |
| Paint the walls - two coats | 393.25 SF | 0.82 | 322.47 | <0.00> | 322.47 |
| Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.17 | 23.17 | <0.00> | 23.17 |
| R&R Fluorescent light fixture | 1.00 EA | 110.66 | 110.66 | (0.00) | 110.66 |
| R&R 110 volt copper wiring run and box - rough in only | 4.00 EA | 57.72 | 230.88 | (0.00) | 230.88 |
| R&R 110 volt copper wiring run, box and switch | 2.00 EA | 72.66 | 145.32 | (0.00) | 145.32 |
| R&R Outlet - High grade | 2.00 EA | 26.18 | 52.36 | (0.00) | 52.36 |
| R&R 220 volt copper wiring run, box and receptacle | 1.00 EA | 151.25 | 151.25 | (0.00) | 151.25 |
| R&R Ground fault interrupter (GFI) outlet | 1.00 EA | 31.79 | 31.79 | (0.00) | 31.79 |
| R&R 110 volt copper wiring run, box and outlet | 1.00 EA | 72.68 | 72.68 | (0.00) | 72.68 |
| Dishwasher connection | 1.00 EA | 115.30 | 115.30 | (0.00) | 115.30 |
| Garbage disposer | 1.00 EA | 182.93 | 182.93 | (0.00) | 182.93 |
| R&R Oak flooring - #1 common - no finish | 146.95 SF | 9.31 | 1,368.10 | (0.00) | 1,368.10 |
| Sand, stain, & finish wood flr - water-based/latex finish | 146.95 SF | 3.69 | 542.25 | (0.00) | 542.25 |
| R&R Cabinetry - lower (base) units | 12.00 LF | 171.37 | 2,056.44 | (0.00) | 2,056.44 |
| R&R Countertop - Flat laid plastic laminate | 12.00 LF | 41.20 | 494.40 | (0.00) | 494.40 |
| R&R Cabinetry - upper (wall) units | 12.00 LF | 127.64 | 1,531.68 | (0.00) | 1,531.68 |
| R&R Interior door unit | 1.00 EA | 162.63 | 162.63 | (0.00) | 162.63 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

## CONTINUED - Kitchen

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Wood window - single hung, 10 - 15 sf | 1.00 EA | 398.56 | 398.56 | (0.00) | 398.56 |
| R&R Appliance water line - 1/4" | 1.00 EA | 61.85 | 61.85 | (0.00) | 61.85 |
| R&R Sink - double | 1.00 EA | 318.07 | 318.07 | (0.00) | 318.07 |
| Rough in plumbing - per fixture | 1.00 EA | 509.19 | 509.19 | (0.00) | 509.19 |
| Sink faucet - Kitchen | 1.00 EA | 156.73 | 156.73 | (0.00) | 156.73 |
| **Totals: Kitchen** | | | **11,029.24** | **0.00** | **11,029.24** |
| **Total: INTERIOR-1910** | | | **40,286.55** | **0.00** | **40,286.55** |

## INTERIOR-1910-1/2

**INTERIOR-1910-1/2**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 473.98 | 947.96 | (0.00) | 947.96 |
| R&R Water heater - 30 gallon - Electric - 6 yr | 1.00 EA | 658.82 | 658.82 | (0.00) | 658.82 |
| R&R 110 volt copper wiring run and box - rough in only | 1.00 EA | 57.72 | 57.72 | (0.00) | 57.72 |
| R&R Outlet - High grade | 1.00 EA | 26.18 | 26.18 | (0.00) | 26.18 |
| R&R I-joist - 9 1/2" deep - 1 3/4" flange | 429.34 LF | 4.92 | 2,112.36 | (0.00) | 2,112.36 |
| R&R Sheathing - waferboard - 3/4 - tongue and groove | 448.00 SF | 2.98 | 1,335.04 | (0.00) | 1,335.04 |
| R&R Drilled bottom plate - 2" x 4" treated lumber | 84.54 LF | 2.83 | 239.25 | (0.00) | 239.25 |
| 2" x 4" x 12' #2 & better Fir / Larch (material only) | 12.00 EA | 4.23 | 50.76 | (0.00) | 50.76 |
| 2" x 4" x 10' #2 & better Fir / Larch (material only) | 9.00 EA | 3.51 | 31.59 | (0.00) | 31.59 |
| 2" x 4" x 8' #2 & better Fir / Larch (material only) | 20.00 EA | 2.81 | 56.20 | (0.00) | 56.20 |
| 2" x 4" x 92 5/8" pre-cut stud (for 8' wall, mat only) | 127.00 EA | 2.72 | 345.44 | (0.00) | 345.44 |
| R&R Sheathing - waferboard - 1/2" | 736.00 SF | 1.61 | 1,184.96 | (0.00) | 1,184.96 |
| R&R Labor to frame 2" x 4" non-bearing wall - 16" oc | 885.74 SF | 1.53 | 1,355.18 | (0.00) | 1,355.18 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - INTERIOR-1910-1/2**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Total:  INTERIOR-1910-1/2** | | | **8,401.46** | **0.00** | **8,401.46** |

| Bedroom | | | | | Height: 8' |
|---|---|---|---|---|---|

| 329.75 SF Walls | 105.71 SF Ceiling |
|---|---|
| 435.46 SF Walls & Ceiling | 105.71 SF Floor |
| 11.75 SY Flooring | 41.22 LF Floor Perimeter |
| 41.22 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1/2" drywall - hung, taped, floated, ready for paint | 435.46 SF | 1.41 | 614.00 | <0.00> | 614.00 |
| Tear out wet drywall, cleanup, bag for disposal | 435.46 SF | 0.86 | 374.50 | <0.00> | 374.50 |
| Mask wall - plastic, paper, tape (per LF) | 41.22 LF | 0.82 | 33.80 | <0.00> | 33.80 |
| Acoustic ceiling (popcorn) texture - heavy | 105.71 SF | 0.90 | 95.14 | <0.00> | 95.14 |
| Seal/coat the walls and ceiling - one coat (anti-microbial coating) | 435.46 SF | 1.08 | 470.30 | <0.00> | 470.30 |
| Paint the walls - two coats | 329.75 SF | 0.82 | 270.40 | <0.00> | 270.40 |
| Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.17 | 23.17 | <0.00> | 23.17 |
| R&R 110 volt copper wiring run, box and switch | 0.00 EA | 72.66 | 0.00 | (0.00) | 0.00 |
| R&R 110 volt copper wiring run, box and outlet | 0.00 EA | 72.68 | 0.00 | (0.00) | 0.00 |
| R&R Tile floor covering | 105.71 SF | 9.46 | 1,000.02 | (0.00) | 1,000.02 |
| R&R 1/2" Cement board | 105.71 SF | 3.65 | 385.84 | (0.00) | 385.84 |
| R&R Interior door unit | 1.00 EA | 162.63 | 162.63 | (0.00) | 162.63 |
| R&R Wood window - single hung, 10 - 15 sf | 1.00 EA | 398.56 | 398.56 | (0.00) | 398.56 |
| **Totals:  Bedroom** | | | **3,836.65** | **0.00** | **3,836.65** |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411



| Bath | | | Height: 8' |
|------|--|--|------------|
| 236.34 SF Walls | | 54.47 SF Ceiling | |
| 290.81 SF Walls & Ceiling | | 54.47 SF Floor | |
| 6.05 SY Flooring | | 29.54 LF Floor Perimeter | |
| 29.54 LF Ceil. Perimeter | | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|-------------|----------|-----------|-----|---------|-----|
| 1/2" drywall - hung, taped, floated, ready for paint | 290.81 SF | 1.41 | 410.04 | <0.00> | 410.04 |
| Tear out wet drywall, cleanup, bag for disposal | 290.81 SF | 0.86 | 250.10 | <0.00> | 250.10 |
| Mask wall - plastic, paper, tape (per LF) | 29.54 LF | 0.82 | 24.22 | <0.00> | 24.22 |
| Acoustic ceiling (popcorn) texture - heavy | 54.47 SF | 0.90 | 49.02 | <0.00> | 49.02 |
| Seal/coat the walls and ceiling - one coat (anti-microbial coating) | 290.81 SF | 1.08 | 314.07 | <0.00> | 314.07 |
| Paint the walls - two coats | 236.34 SF | 0.82 | 193.80 | <0.00> | 193.80 |
| Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.17 | 23.17 | <0.00> | 23.17 |
| R&R Light fixture | 1.00 EA | 66.93 | 66.93 | (0.00) | 66.93 |
| R&R 110 volt copper wiring run and box - rough in only | 1.00 EA | 57.72 | 57.72 | (0.00) | 57.72 |
| R&R 110 volt copper wiring run, box and switch | 2.00 EA | 72.66 | 145.32 | (0.00) | 145.32 |
| R&R 110 volt copper wiring run, box and outlet | 2.00 EA | 72.68 | 145.36 | (0.00) | 145.36 |
| R&R Tile floor covering | 54.47 SF | 9.46 | 515.29 | (0.00) | 515.29 |
| R&R 1/2" Cement board | 54.47 SF | 3.65 | 198.82 | (0.00) | 198.82 |
| R&R Interior door unit | 1.00 EA | 162.63 | 162.63 | (0.00) | 162.63 |
| R&R Wood window - single hung, 10 - 15 sf | 1.00 EA | 398.56 | 398.56 | (0.00) | 398.56 |
| R&R 220 volt copper wiring run, box and receptacle | 1.00 EA | 151.25 | 151.25 | (0.00) | 151.25 |

| **Totals:  Bath** | | | **3,114.59** | **0.00** | **3,114.59** |
|---|--|--|--|--|--|



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411



| Kitchen | | | Height: 8' |
|---|---|---|---|
| | 278.19 SF Walls | 74.74 SF Ceiling | |
| | 352.93 SF Walls & Ceiling | 74.74 SF Floor | |
| | 8.30 SY Flooring | 34.77 LF Floor Perimeter | |
| | 34.77 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1/2" drywall - hung, taped, floated, ready for paint | 352.93 SF | 1.41 | 497.63 | <0.00> | 497.63 |
| Tear out wet drywall, cleanup, bag for disposal | 352.93 SF | 0.86 | 303.52 | <0.00> | 303.52 |
| Mask wall - plastic, paper, tape (per LF) | 34.77 LF | 0.82 | 28.51 | <0.00> | 28.51 |
| Acoustic ceiling (popcorn) texture - heavy | 74.74 SF | 0.90 | 67.27 | <0.00> | 67.27 |
| Seal/coat the walls and ceiling - one coat (anti-microbial coating) | 352.93 SF | 1.08 | 381.16 | <0.00> | 381.16 |
| Paint the walls - two coats | 278.19 SF | 0.82 | 228.12 | <0.00> | 228.12 |
| Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.17 | 23.17 | <0.00> | 23.17 |
| R&R Fluorescent light fixture | 1.00 EA | 110.66 | 110.66 | (0.00) | 110.66 |
| R&R 110 volt copper wiring run and box - rough in only | 4.00 EA | 57.72 | 230.88 | (0.00) | 230.88 |
| R&R 110 volt copper wiring run, box and switch | 2.00 EA | 72.66 | 145.32 | (0.00) | 145.32 |
| R&R Outlet - High grade | 1.00 EA | 26.18 | 26.18 | (0.00) | 26.18 |
| R&R Ground fault interrupter (GFI) outlet | 2.00 EA | 31.79 | 63.58 | (0.00) | 63.58 |
| R&R 110 volt copper wiring run, box and outlet | 2.00 EA | 72.68 | 145.36 | (0.00) | 145.36 |
| Garbage disposer | 1.00 EA | 182.93 | 182.93 | (0.00) | 182.93 |
| R&R Tile floor covering | 74.74 SF | 9.46 | 707.04 | (0.00) | 707.04 |
| R&R 1/2" Cement board | 74.74 SF | 3.65 | 272.80 | (0.00) | 272.80 |
| R&R Cabinetry - lower (base) units | 12.00 LF | 171.37 | 2,056.44 | (0.00) | 2,056.44 |
| R&R Countertop - Flat laid plastic laminate | 12.00 LF | 41.20 | 494.40 | (0.00) | 494.40 |
| R&R Cabinetry - upper (wall) units | 12.00 LF | 127.64 | 1,531.68 | (0.00) | 1,531.68 |
| R&R Interior door unit | 1.00 EA | 162.63 | 162.63 | (0.00) | 162.63 |
| R&R Wood window - single hung, 10 - 15 sf | 1.00 EA | 398.56 | 398.56 | (0.00) | 398.56 |
| Dishwasher connection | 1.00 EA | 115.30 | 115.30 | (0.00) | 115.30 |
| R&R Sink - double | 1.00 EA | 318.07 | 318.07 | (0.00) | 318.07 |
| Rough in plumbing - per fixture | 1.00 EA | 509.19 | 509.19 | (0.00) | 509.19 |

WASHINGTON-CHARBONET



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Kitchen**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Sink faucet - Kitchen | 1.00 EA | 156.73 | 156.73 | (0.00) | 156.73 |
| R&R Appliance water line - 1/4" | 1.00 EA | 61.85 | 61.85 | (0.00) | 61.85 |
| **Totals: Kitchen** | | | **9,227.27** | **0.00** | **9,227.27** |



| Living Room | | | | | Height: 8' |
|---|---|---|---|---|---|
| | 339.03 SF Walls | | | 128.93 SF Ceiling | |
| | 467.96 SF Walls & Ceiling | | | 128.93 SF Floor | |
| | 14.33 SY Flooring | | | 42.38 LF Floor Perimeter | |
| | 42.38 LF Ceil. Perimeter | | | | |

**Missing Wall**     3' 2 11/16" X 8'     **Opens into HALL**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1/2" drywall - hung, taped, floated, ready for paint | 467.96 SF | 1.41 | 659.82 | <0.00> | 659.82 |
| Tear out wet drywall, cleanup, bag for disposal | 467.96 SF | 0.86 | 402.45 | <0.00> | 402.45 |
| Mask wall - plastic, paper, tape (per LF) | 42.38 LF | 0.82 | 34.75 | <0.00> | 34.75 |
| Acoustic ceiling (popcorn) texture - heavy | 128.93 SF | 0.90 | 116.04 | <0.00> | 116.04 |
| Seal/coat the walls and ceiling - one coat (anti-microbial coating) | 467.96 SF | 1.08 | 505.40 | <0.00> | 505.40 |
| Paint the walls - two coats | 339.03 SF | 0.82 | 278.00 | <0.00> | 278.00 |
| Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.17 | 23.17 | <0.00> | 23.17 |
| R&R Light fixture | 1.00 EA | 66.93 | 66.93 | (0.00) | 66.93 |
| R&R 110 volt copper wiring run and box - rough in only | 1.00 EA | 57.72 | 57.72 | (0.00) | 57.72 |
| R&R 110 volt copper wiring run, box and switch | 2.00 EA | 72.66 | 145.32 | (0.00) | 145.32 |
| R&R 110 volt copper wiring run, box and outlet | 4.00 EA | 72.68 | 290.72 | (0.00) | 290.72 |
| R&R Tile floor covering | 128.93 SF | 9.46 | 1,219.68 | (0.00) | 1,219.68 |
| R&R 1/2" Cement board | 128.93 SF | 3.65 | 470.59 | (0.00) | 470.59 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

**CONTINUED - Living Room**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | 336.86 | 336.86 | (0.00) | 336.86 |
| R&R Wood window - single hung, 10 - 15 sf | 1.00 EA | 398.56 | 398.56 | (0.00) | 398.56 |
| **Totals:  Living Room** | | | **5,014.30** | **0.00** | **5,014.30** |



| Hall | | Height: 8' |
|---|---|---|
| 143.56 SF Walls | | 22.76 SF Ceiling |
| 166.31 SF Walls & Ceiling | | 22.76 SF Floor |
| 2.53 SY Flooring | | 17.94 LF Floor Perimeter |
| 17.94 LF Ceil. Perimeter | | |

| **Missing Wall** | **3' 11/16" X 8'** | | **Opens into  LIVING_ROOM** | | |
|---|---|---|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1/2" drywall - hung, taped, floated, ready for paint | 166.31 SF | 1.41 | 234.50 | <0.00> | 234.50 |
| Tear out wet drywall, cleanup, bag for disposal | 166.31 SF | 0.86 | 143.03 | <0.00> | 143.03 |
| Mask wall - plastic, paper, tape (per LF) | 17.94 LF | 0.82 | 14.71 | <0.00> | 14.71 |
| Acoustic ceiling (popcorn) texture - heavy | 22.76 SF | 0.90 | 20.48 | <0.00> | 20.48 |
| Seal/coat the walls and ceiling - one coat (anti-microbial coating) | 166.31 SF | 1.08 | 179.61 | <0.00> | 179.61 |
| Paint the walls - two coats | 143.56 SF | 0.82 | 117.72 | <0.00> | 117.72 |
| Add for personal protective equipment (hazardous cleanup) | 1.00 EA | 8.29 | 8.29 | <0.00> | 8.29 |
| R&R Heat/AC register - Mechanically attached | 1.00 EA | 23.17 | 23.17 | <0.00> | 23.17 |
| R&R 110 volt copper wiring run, box and switch | 1.00 EA | 72.66 | 72.66 | (0.00) | 72.66 |
| R&R 110 volt copper wiring run, box and outlet | 1.00 EA | 72.68 | 72.68 | (0.00) | 72.68 |
| R&R Oak flooring - #1 common - no finish | 22.76 SF | 9.31 | 211.89 | (0.00) | 211.89 |
| Sand, stain, & finish wood flr - water-based/latex finish | 22.76 SF | 3.69 | 83.98 | (0.00) | 83.98 |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

### CONTINUED - Hall

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Totals:  Hall** | | | **1,182.72** | **0.00** | **1,182.72** |
| **Total:  INTERIOR-1910-1/2** | | | **30,776.99** | **0.00** | **30,776.99** |

### ROOF

**Roof**

| | | | | |
|---|---|---|---|---|
| 1489.22 Surface Area | | 14.89 Number of Squares |
| 230.88 Total Perimeter Length | | 69.52 Total Ridge Length |
| 35.10 Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 3 tab - 25 yr. - (hvy.wt) comp.shingle rfg. - w/out felt | 17.33 SQ | 188.55 | 3,267.57 | <0.00> | 3,267.57 |
| Remove 3 tab - 25 yr. - (hvy.wt) comp. shingle rfg. - w/out felt | 14.89 SQ | 46.08 | 686.13 | <0.00> | 686.13 |
| Roofing felt - 30 lb. | 14.89 SQ | 30.77 | 458.17 | <0.00> | 458.17 |
| Ridge cap - composition shingles | 104.62 LF | 4.40 | 460.33 | <0.00> | 460.33 |
| Drip edge | 230.88 LF | 2.32 | 535.64 | <0.00> | 535.64 |
| R&R Valley metal | 35.19 LF | 4.78 | 168.21 | (0.00) | 168.21 |
| **Totals:  Roof** | | | **5,576.05** | **0.00** | **5,576.05** |
| **Total:  ROOF** | | | **5,576.05** | **0.00** | **5,576.05** |

### EXTERIOR



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411



| Exterior | | | | | Height: 8' |
|---|---|---|---|---|---|
| | 1480.82 SF Walls | | 1187.61 SF Ceiling | | |
| | 2668.43 SF Walls & Ceiling | | 1187.61 SF Floor | | |
| | 131.96 SY Flooring | | 185.10 LF Floor Perimeter | | |
| | 185.10 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Siding - aluminum (.019 thickness)-Standard grade | 1,480.82 SF | 3.87 | 5,730.77 | (0.00) | 5,730.77 |
| **Totals: Exterior** | | | **5,730.77** | **0.00** | **5,730.77** |
| **Total: EXTERIOR** | | | **5,730.77** | **0.00** | **5,730.77** |

### ATTIC

| Attic | | | | | Height: Peaked |
|---|---|---|---|---|---|
| | 193.74 SF Walls | | 720.89 SF Ceiling | | |
| | 914.63 SF Walls & Ceiling | | 659.74 SF Floor | | |
| | 73.30 SY Flooring | | 127.70 LF Floor Perimeter | | |
| | 130.99 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Blown-in insulation - 10" depth - R26 | 720.89 SF | 0.69 | 497.41 | <0.00> | 497.41 |
| Apply anti-microbial agent | 659.74 SF | 0.22 | 145.14 | <0.00> | 145.14 |
| Tear out and bag wet insulation | 659.74 SF | 0.64 | 422.23 | <0.00> | 422.23 |
| Add for personal protective equipment (hazardous cleanup) | 4.00 EA | 8.29 | 33.16 | <0.00> | 33.16 |
| **Totals: Attic** | | | **1,097.94** | **0.00** | **1,097.94** |
| **Total: ATTIC** | | | **1,097.94** | **0.00** | **1,097.94** |

### CONTENTS

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| CONTENTS FROM SPREADSHEET | 1.00 EA | 84,431.16 | 84,431.16 | (0.00) | 84,431.16 |
| **Totals: CONTENTS** | | | **84,431.16** | **0.00** | **84,431.16** |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

ALE

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Additional Living Expenses | 1.00 EA | 20,001.92 | 20,001.92 | (0.00) | 20,001.92 |

Additional living expenses compensate the recipient for the difference between what they would have spent had the peril not occured and what they did spend subsequent to the peril. In this instance the homeowner was forced to relocate permanently.  The purpose of additional living expenses is to compensate the recipent at a rate commensurate with covering the expenses associated with their normal lifestyle in order to not further penalize the recipient financially. Between the time of mandatory evacuation and the time the homeowner was able to settle into a permanent residence more than one year transpired. It is typical for the additional living expenses to reach 20% of Replacement Cost Value of the home in one year.  In this instance the home's replacement cost value has been calculated at $110,009.59.  Therefore, a reasonable figure to apply to one year's additional living expenses is $20,001.92

| | | | | | |
|---|---|---|---|---|---|
| **Totals:  ALE** | | | **20,001.92** | **0.00** | **20,001.92** |
| **Line Item Totals:  WASHINGTON-CHARBONET** | | | **193,039.65** | **0.00** | **193,039.65** |

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 4,856.80 | SF Walls | 2,893.17 | SF Ceiling | 7,749.97 | SF Walls and Ceiling |
| 2,832.02 | SF Floor | 314.67 | SY Flooring | 710.58 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 713.87 | LF Ceil. Perimeter |
| | | | | | |
| 2,832.02 | Floor Area | 3,039.47 | Total Area | 4,856.80 | Interior Wall Area |
| 4,123.09 | Exterior Wall Area | 538.88 | Exterior Perimeter of Walls | | |
| | | | | | |
| 1,489.22 | Surface Area | 14.89 | Number of Squares | 230.88 | Total Perimeter Length |
| 69.52 | Total Ridge Length | 35.10 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 88,606.57 | 45.90% | 110,009.59 | 51.30% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 84,431.16 | 43.74% | 84,431.16 | 39.37% |
| Additional Living Expenses | 20,001.92 | 10.36% | 20,001.92 | 9.33% |
| Total | 193,039.65 | 100.00% | 214,442.67 | 100.00% |



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

### Summary for Dwelling

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 88,606.57 |
| Material Sales Tax | @ | 9.000% x | 34,089.80 | 3,068.08 |
| | | | | 91,674.65 |
| Overhead | @ | 10.0% x | 91,674.65 | 9,167.47 |
| Profit | @ | 10.0% x | 91,674.65 | 9,167.47 |
| **Replacement Cost Value** | | | | **$110,009.59** |
| **Net Claim** | | | | **$110,009.59** |

Scott Taylor



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

## Summary for Contents

| | |
|---|---|
| Line Item Total | 84,431.16 |
| **Replacement Cost Value** | **$84,431.16** |
| **Net Claim** | **$84,431.16** |

Scott Taylor



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

### Summary for Additional Living Expenses

| | |
|---|---|
| Line Item Total | 20,001.92 |
| **Replacement Cost Value** | **$20,001.92** |
| **Net Claim** | **$20,001.92** |

Scott Taylor



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

## Recap by Room

| | | | |
|---|---|---|---|
| **Estimate: WASHINGTON-CHARBONET** | | **5,138.27** | **2.66%** |
| Coverage: Dwelling | 100.00% = | 5,138.27 | |
| **Area:  INTERIOR-1910** | | **11,881.75** | **6.16%** |
| Coverage: Dwelling | 100.00% = | 11,881.75 | |
| **Living Room** | | **4,816.55** | **2.50%** |
| Coverage: Dwelling | 100.00% = | 4,816.55 | |
| **Dining Room** | | **4,076.49** | **2.11%** |
| Coverage: Dwelling | 100.00% = | 4,076.49 | |
| **Bedroom** | | **4,372.98** | **2.27%** |
| Coverage: Dwelling | 100.00% = | 4,372.98 | |
| **Bath** | | **2,595.67** | **1.34%** |
| Coverage: Dwelling | 100.00% = | 2,595.67 | |
| **Hall** | | **1,513.87** | **0.78%** |
| Coverage: Dwelling | 100.00% = | 1,513.87 | |
| **Kitchen** | | **11,029.24** | **5.71%** |
| Coverage: Dwelling | 100.00% = | 11,029.24 | |
| **Area Subtotal:  INTERIOR-1910** | | **40,286.55** | **20.87%** |
| Coverage: Dwelling | 100.00% = | 40,286.55 | |
| **Area:  INTERIOR-1910-1/2** | | **8,401.46** | **4.35%** |
| Coverage: Dwelling | 100.00% = | 8,401.46 | |
| **Bedroom** | | **3,836.65** | **1.99%** |
| Coverage: Dwelling | 100.00% = | 3,836.65 | |
| **Bath** | | **3,114.59** | **1.61%** |
| Coverage: Dwelling | 100.00% = | 3,114.59 | |
| **Kitchen** | | **9,227.27** | **4.78%** |
| Coverage: Dwelling | 100.00% = | 9,227.27 | |
| **Living Room** | | **5,014.30** | **2.60%** |
| Coverage: Dwelling | 100.00% = | 5,014.30 | |
| **Hall** | | **1,182.72** | **0.61%** |
| Coverage: Dwelling | 100.00% = | 1,182.72 | |
| **Area Subtotal:  INTERIOR-1910-1/2** | | **30,776.99** | **15.94%** |
| Coverage: Dwelling | 100.00% = | 30,776.99 | |
| **Area:  ROOF** | | | |
| **Roof** | | **5,576.05** | **2.89%** |
| Coverage: Dwelling | 100.00% = | 5,576.05 | |
| **Area Subtotal:  ROOF** | | **5,576.05** | **2.89%** |

WASHINGTON-CHARBONET



**Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

| | | | |
|---|---|---|---|
| Coverage: Dwelling | 100.00% = | 5,576.05 | |
| **Area:  EXTERIOR** | | | |
| **Exterior** | | **5,730.77** | **2.97%** |
| Coverage: Dwelling | 100.00% = | 5,730.77 | |
| **Area Subtotal:  EXTERIOR** | | **5,730.77** | **2.97%** |
| Coverage: Dwelling | 100.00% = | 5,730.77 | |
| **Area:  ATTIC** | | | |
| **Attic** | | **1,097.94** | **0.57%** |
| Coverage: Dwelling | 100.00% = | 1,097.94 | |
| **Area Subtotal:  ATTIC** | | **1,097.94** | **0.57%** |
| Coverage: Dwelling | 100.00% = | 1,097.94 | |
| **CONTENTS** | | **84,431.16** | **43.74%** |
| Coverage: Contents | 100.00% = | 84,431.16 | |
| **ALE** | | **20,001.92** | **10.36%** |
| Coverage: Additional Living Expenses | 100.00% = | 20,001.92 | |
| **Subtotal of Areas** | | **193,039.65** | **100.00%** |
| Coverage: Dwelling | 45.90% = | 88,606.57 | |
| Coverage: Contents | 43.74% = | 84,431.16 | |
| Coverage: Additional Living Expenses | 10.36% = | 20,001.92 | |
| **Total** | | **193,039.65** | **100.00%** |







Case 2:05-cv-04182-SRD-JCW   Document 20819-8   Filed 04/30/12   Page 29 of 44



Exterior

N

EXTERIOR



 **Scott Taylor Adjusting Services**

Independant Adjusting Services and Consulting
2557 James River Road, West Palm Beach, FL 33411

## Sketch Roof Annotations

**ROOF**

| Face | Square Feet | Number of Squares | Slope - Rise / 12 |
|------|------------:|------------------:|------------------:|
| F1 | 278.50 | 2.79 | 4.00 |
| F2 | 268.33 | 2.68 | 4.00 |
| F3 | 39.71 | 0.40 | 18.50 |
| F5 | 161.71 | 1.62 | 4.00 |
| F6 | 68.87 | 0.69 | 4.00 |
| F7 | 325.53 | 3.26 | 4.00 |
| F8 | 248.91 | 2.49 | 4.00 |
| F9 | 97.67 | 0.98 | 4.00 |
| **Estimated Total:** | **1,489.22** | **14.89** | |

# Photo Sheet

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**

Insured:      Clifford Washington

Claim #:

Policy #:



**DSCN2196**

Date Taken: 6/12/2011

Taken By:    Scott Taylor

1910-1910-1/2 Charbonnet St Restored



**DSCN2246**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

Living Room - Restored

# Photo Sheet

Insured:    Clifford Washington

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSCN2247**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

Living/Kitchen - Restored



**DSCN2248**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

Hall - Restored

# Photo Sheet

Insured:   Clifford Washington

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSCN2249**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

stairs to 2nd floor - did not exist in
orignal condition



**DSCN2250**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

rear section 1910-1/2

# Photo Sheet

Insured:     Clifford Washington

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSCN2251**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

rear bedroom - restored



**DSCN2252**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

rear section - restored

# Photo Sheet

Insured:      Clifford Washington

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSCN2253**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

Rear section looking forward - restored



**DSCN2254**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

front porch - restored

# Photo Sheet

Insured:     Clifford Washington

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSCN2255**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

front - restored



**DSCN2256**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

Left elevation -

# Photo Sheet

Insured:      Clifford Washington

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSCN2257**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

right elevation



**DSCN2258**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

right elevation from rear

# Photo Sheet

Insured:     Clifford Washington

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSCN2259**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

Left elevation from front



**DSCN2260**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

right elevation - Note unfinished carport

# Photo Sheet

Insured:     Clifford Washington

Claim #:

Policy #:

**Scott Taylor Adjusting Services**

**Independant Adjusting Services and Consulting**
**2557 James River Road, West Palm Beach, FL 33411**



**DSCN2261**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

10X10X16 CMU block for piers
supporting 6X6  beams supporting 2X12
floor joists. 46" to base floor height.



**DSCN2262**

Date Taken: 6/13/2011

Taken By:    Scott Taylor

carport/garage in progress

| *Flood Contents Worksheet* | | | Insd. Hm.# | | Date: | | RCV | **84,431.16** | |
| Contents Inventory List | | | Insd. Wk.# | | Type Policy: | | DEPR | | |
| Homeowner | Clifford Washington | | DOL: | | Pol. # | | ACV | **84,431.16** | |
| Address: | 1910-1910-1/2 Charbonnet | | Ins. Co. | | Clm. # | | Repair/Restore | | |
| Address: | New Orleans, LA 70117 | | Ins. Adj. | | Sales Tax | 8%Added | ACV + Repair | **84,431.16** | |

| Item | Qty. | Description | Base RCV | Make, Model... | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Washer | 599.00 | Whirlpool | 1yr | | 646.92 | | | 646.92 | 646.92 |
| 2 | 1 | Dryer | 499.00 | Whirlpool | 1yr | | 538.92 | | | 538.92 | 538.92 |
| 3 | 1 | Stove/oven | 699.00 | | 1yr | | 754.92 | | | 754.92 | 754.92 |
| 4 | 1 | Refregerator | 1099.00 | Whirlpool | 1yr | | 1,186.92 | | | 1,186.92 | 1,186.92 |
| 5 | 1 | Microwave | 249.00 | Whirlpool | 1yr | | 268.92 | | | 268.92 | 268.92 |
| 6 | | Table Chair Kitchen | 500.00 | | 1yr | | 540.00 | | | 540.00 | 540.00 |
| 7 | | Dishes | 189.00 | | 3yrs | | 204.12 | | | 204.12 | 204.12 |
| 8 | | Pots | 900.00 | | 2yrs | | 972.00 | | | 972.00 | 972.00 |
| 9 | | Pans | 300.00 | | 2yrs | | 324.00 | | | 324.00 | 324.00 |
| 10 | | Cabinet | 3500.00 | | 3yrs | | 3,780.00 | | | 3,780.00 | 3,780.00 |
| 11 | | Food | 200.00 | | 30 d | | 216.00 | | | 216.00 | 216.00 |
| 12 | | Freezer Chest | 529.00 | | 1yr | | 571.32 | | | 571.32 | 571.32 |
| 13 | | Meats | 340.00 | | 30 d | | 367.20 | | | 367.20 | 367.20 |
| 14 | | Towels | 300.00 | | 30 d | | 324.00 | | | 324.00 | 324.00 |
| 15 | | Soap | 80.00 | | 3 d | | 86.40 | | | 86.40 | 86.40 |
| 16 | | Soap Power | 20.00 | | 3 wks | | 21.60 | | | 21.60 | 21.60 |
| 17 | | Bleach | 12.00 | | 1 wk | | 12.96 | | | 12.96 | 12.96 |
| 18 | | Light Bulbs | 18.00 | | 6 mo | | 19.44 | | | 19.44 | 19.44 |
| 19 | | Toilet Paper | 36.00 | | | | 38.88 | | | 38.88 | 38.88 |
| 20 | | Paper Towels | 10.00 | | | | 10.80 | | | 10.80 | 10.80 |

Page 1

| | | Flood Contents Worksheet | | Insd. Hm.# | | Date: | | RCV | **84,431.16** | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Contents Inventory List** | | Insd. Wk.# | | Type Policy: | | DEPR | | |
| Homeowner | | Clifford Washington | | DOL: | | Pol. # | | ACV | **84,431.16** | |
| Address: | | 1910-1910-1/2 Charbonnet | | Ins. Co. | | Clm. # | | Repair/Restore | | |
| Address: | | New Orleans, LA 70117 | | Ins. Adj. | | Sales Tax | 8%Added | ACV + Repair | **84,431.16** | |

| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | Air Cleaner | 6.00 | | | | 6.48 | | | 6.48 | 6.48 |
| 22 | | Cherry Oak Dinner Set | 1800.00 | | 1yr | | 1,944.00 | | | 1,944.00 | 1,944.00 |
| 23 | | Television (60 in) | 2800.00 | Sony | | | 3,024.00 | | | 3,024.00 | 3,024.00 |
| 24 | | VCR | 249.00 | | | | 268.92 | | | 268.92 | 268.92 |
| 25 | | Stereo Sound System | 649.00 | | | | 700.92 | | | 700.92 | 700.92 |
| 27 | | Master Bedroom furniture set | 6999.00 | | | | 7,558.92 | | | 7,558.92 | 7,558.92 |
| 28 | | Lamps | 600.00 | | | | 648.00 | | | 648.00 | 648.00 |
| 29 | | Curtains | 200.00 | | | | 216.00 | | | 216.00 | 216.00 |
| 30 | | Paints | 175.00 | | | | 189.00 | | | 189.00 | 189.00 |
| 31 | | Underwear | 96.00 | Hanes | | | 103.68 | | | 103.68 | 103.68 |
| 32 | | Undershirt | 109.00 | | | | 117.72 | | | 117.72 | 117.72 |
| 33 | | Shoes (9 Pairs) | 900.00 | | | | 972.00 | | | 972.00 | 972.00 |
| 34 | | Socks | 75.00 | | | | 81.00 | | | 81.00 | 81.00 |
| 35 | | Suits | 2800.00 | | | | 3,024.00 | | | 3,024.00 | 3,024.00 |
| 36 | | Rings | 7800.00 | | | | 8,424.00 | | | 8,424.00 | 8,424.00 |
| 37 | | Watch | 1800.00 | | | | 1,944.00 | | | 1,944.00 | 1,944.00 |
| 38 | | Hats | 160.00 | | | | 172.80 | | | 172.80 | 172.80 |
| 39 | | Glass Eyes | 240.00 | | | | 259.20 | | | 259.20 | 259.20 |
| 40 | | Eye Drops | 127.00 | | | | 137.16 | | | 137.16 | 137.16 |
| 41 | | Yellow Jacket Manifold | 56.00 | | | | 60.48 | | | 60.48 | 60.48 |

| Flood Contents Worksheet | | Insd. Hm.# | | Date: | | RCV | 84,431.16 |
|---|---|---|---|---|---|---|---|
| Contents Inventory List | | Insd. Wk.# | | Type Policy: | | DEPR | |
| Homeowner | Clifford Washington | DOL: | | Pol. # | | ACV | 84,431.16 |
| Address: | 1910-1910-1/2 Charbonnet | Ins. Co. | | Clm. # | | Repair/Restore | |
| Address: | New Orleans, LA 70117 | Ins. Adj. | | Sales Tax | 8%Added | ACV + Repair | 84,431.16 |

| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | | R134 a Yellow Jacket | 58.00 | | | | 62.64 | | | 62.64 | 62.64 |
| 43 | | Super Jack Vac' Pump | 469.00 | | | | 506.52 | | | 506.52 | 506.52 |
| 44 | | Recover Tank | 899.00 | | | | 970.92 | | | 970.92 | 970.92 |
| 45 | | 30 pound 22 | 256.00 | | | | 276.48 | | | 276.48 | 276.48 |
| 46 | | 3 pound R-134 A | 284.00 | | | | 306.72 | | | 306.72 | 306.72 |
| 47 | | Tools | 700.00 | | | | 756.00 | | | 756.00 | 756.00 |
| 48 | 2 | Bunk Beds | 800.00 | | | | 1,728.00 | | | 1,728.00 | 1,728.00 |
| 49 | | 16x12 Bedroom | 3200.00 | | | | 3,456.00 | | | 3,456.00 | 3,456.00 |
| 50 | | Naomi Shoes | 800.00 | | | | 864.00 | | | 864.00 | 864.00 |
| 51 | | Adam Shoes | 1900.00 | | | | 2,052.00 | | | 2,052.00 | 2,052.00 |
| 52 | | Hannah Shoes | 800.00 | | | | 864.00 | | | 864.00 | 864.00 |
| 53 | | Zipporah Shoes | 600.00 | | | | 648.00 | | | 648.00 | 648.00 |
| 54 | | Tim Shoes | 1800.00 | | | | 1,944.00 | | | 1,944.00 | 1,944.00 |
| 55 | | Children games | 2000.00 | | | | 2,160.00 | | | 2,160.00 | 2,160.00 |
| 60 | | Television (60 in) | 2800.00 | | | | 3,024.00 | | | 3,024.00 | 3,024.00 |
| 62 | | Patricia Wardrobe | 9800.00 | | | | 10,584.00 | | | 10,584.00 | 10,584.00 |
| 63 | | Jewelry | 7900.00 | | | | 8,532.00 | | | 8,532.00 | 8,532.00 |
| 64 | | Sheets for Beds | 870.00 | | | | 939.60 | | | 939.60 | 939.60 |
| 65 | | Blunkby (?) | 800.00 | | | | 864.00 | | | 864.00 | 864.00 |
| 66 | | Television (42in) | 700.00 | | | | 756.00 | | | 756.00 | 756.00 |

| | | Flood Contents Worksheet | Insd. Hm.# | | Date: | | RCV | **84,431.16** |
|---|---|---|---|---|---|---|---|---|
| | | **Contents Inventory List** | Insd. Wk.# | | Type Policy: | | DEPR | |
| Homeowner | | Clifford Washington | DOL: | | Pol. # | | ACV | **84,431.16** |
| Address: | | 1910-1910-1/2 Charbonnet | Ins. Co. | | Clm. # | | Repair/Restore | |
| Address: | | New Orleans, LA 70117 | Ins. Adj. | | Sales Tax | 8%Added | ACV + Repair | **84,431.16** |

| Item | Qty. | Description | Base RCV | Make, Model... | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | | Television (36in) | 599.00 | | | | 646.92 | | | 646.92 | 646.92 |
| 68 | | Television (27in) | 427.00 | | | | 461.16 | | | 461.16 | 461.16 |
| 69 | | Television (36in) | 599.00 | | | | 646.92 | | | 646.92 | 646.92 |
| 70 | 4 | VCR | 149.00 | | | | 643.68 | | | 643.68 | 643.68 |
| 71 | | | | | | | | | | | |
| 72 | | | | | | | | | | | |
| 73 | | | | | | | | | | | |
| 74 | | | | | | | | | | | |
| 75 | | | | | | | | | | | |
| 76 | | | | | | | | | | | |
| 77 | | | | | | | | | | | |
| 78 | | | | | | | | | | | |
| 79 | | | | | | | | | | | |
| 80 | | | | | | | | | | | |
| 81 | | | | | | | | | | | |
| 82 | | | | | | | | | | | |
| 83 | | | | | | | | | | | |
| 84 | | | | | | | | | | | |
| 85 | | | | | | | | | | | |
| 86 | | | | | | | | | | | |