# EXHIBIT 7

## Area Map of Plaintiffs' Homes

Washington (1910 Charbonnet)
Holmes (1205 Perrin)
Armstrong (4016 Hamlet)
Livers (4924 St. Claude)
Coats (1020 Charbonnet)

2010 Census