# EXHIBIT 8

## Page 1

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL     CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION          NO. 05-4182 "K" (2)
                    JUDGE DUVAL
PERTAINS TO:  MRGO
              MAG. WILKINSON
FILED IN:
    05-4181, 05-4182, 05-5237,
    05-6073, 05-6314, 05-6324,
    05-6327, 05-6359, 06-0225,
    06-0886, 06-1885, 06-2152,
    06-2278, 06-2287, 06-2824,
    06-4024, 06-4065, 06-4066,
    06-4389, 06-4634, 06-4931,
    06-5032, 06-5155, 06-5159,
    06-5156, 06-5162, 06-5260,
    06-5771, 06-5786, 06-5937,
    07-0206, 07-0621, 07-1073,
    07-1271, 07-1285



        Deposition of NATHAN E. MORGAN,
   756 Louisiana Avenue, New Orleans, Louisiana
   70115, taken in the offices of Bruno & Bruno,
   855 Baronne St., Second Floor, New Orleans,
   Louisiana on Saturday, the 24th day of
   September, 2011.
```

## Page 2

```
 1
    APPEARANCES:
 2
 3
 4  JAY ANDRY, ESQUIRE
    710 Carondelet Street
 5  New Orleans, Louisiana 70130
    (504) 581-4334
 6      Attorneys for Plaintiffs
 7
               AND
 8
 9  THE ANDRY LAW GROUP, LLC
    (By: Michelle Purchner, Esquire)
10  610 Baronne Street
    New Orleans, Louisiana 70113-1004
11  (504) 525-5535
        Attorneys for Plaintiffs
12
13
14
15
    U.S. DEPARTMENT OF JUSTICE
16  (By: James F. McConnon, Jr., Esquire)
    Torts Branch, Civil Division
17  Ben Franklin Station
    P.O. Box 888
18  Washington, D.C.  20044
    (202) 353-2604
19      Attorneys for Defendant,
        United States of America
20
21
22
23
24
25
```

## Page 3

```
 1  APPEARANCES (continued):
 2
 3
        STONE, PIGMAN, WALTHER, WITTMANN,
 4      L.L.C.
        (By: Agnieszka A. McPeak, Esquire)
 5      (By: Jay C. Gulotta, Esquire)
        546 Carondelet Street
 6      New Orleans, Louisiana 70130-3588
        (504) 581-3200
 7          Attorneys for Washington Group
            International, Inc.
 8
 9
10
11
12
    ALSO PRESENT:
13
        Georgette Rinkus, CLVS
14      Hart Video of Louisiana, L.L.C.
        (866) 649-4278
15
16
17
18
19
20  REPORTED BY:
        MARGARET MCKENZIE, CCR, RPR, CMR, CRR
21      Certified Court Reporter
22
23
24
25
```

## Page 4

```
 1              I N D E X
 2
 3
 4  EXAMINATION BY:
 5
 6  MS. McPEAK............................  7
 7
 8  MR. McCONNON..........................213
 9
10  EXHIBITS:
11
12  Exhibit 1.............................. 57
13  Exhibit 2.............................. 57
14  Exhibit 3.............................. 71
15  Exhibit 4.............................. 80
16  Exhibit 5.............................. 86
17  Exhibit 6.............................183
18  Exhibit 7.............................187
19  Exhibit 8.............................197
20  Exhibit 9.............................210
21  Exhibit 10............................213
22
23
24
25
```

Page 33

1   Q. Okay. And were you with her, you
2   evacuated with her?
3   A. I was with her.
4   Q. Okay. So you said a day and a half
5   before the storm?
6   A. Roughly a day and a half or a day
7   we left.
8   Q. Okay. Who all left with you?
9   A. It was me, Ethel, Lintoi, Lindsay,
10  Crystal Lynn and Ronald. They had more
11  people with us, but they weren't in the same
12  car. That's who I was with.
13  Q. Okay. So you all rode in one car
14  together?
15  A. Yeah. All of us rode in one car
16  together. Her other daughter, they rode in
17  another car. We trailed one another.
18  Q. Okay. So Latrice is the other
19  daughter that left in a separate car?
20  A. She went in a separate car. Her,
21  her two kids and her boyfriend.
22  Q. And who was her boyfriend?
23  A. What his name was. Donald.
24  Q. Donald. Do you know his last name?
25  A. I couldn't tell you.

Page 34

1   Q. Okay. Where did you all evacuate
2   to?
3   A. We went to Hammond. Hammond and
4   Independence, around up in there.
5   Q. Hammond and Independence?
6   A. Yeah.
7   Q. So when you first left New Orleans
8   a day and a half before Hurricane Katrina,
9   Hammond is the first place you all went?
10  A. Well, we passed it. We were
11  between Hammond and Independence.
12  Q. Okay. So that's one location
13  between Hammond and Independence?
14  A. Yeah. Across the street you're in
15  Independence, across the street you're in
16  Hammond. So we were in between Hammond and
17  Independence.
18  Q. Who lives there?
19  A. Her sister.
20  Q. Mrs. Coats' sister. Okay. And how
21  long did Mrs. Coats stay with her sister?
22  A. She stayed about four months.
23  Q. About four months. Did you stay
24  with her that whole time?
25  A. Well, I stayed like a month. Then

Page 35

1   somebody called me for a job, so I had to
2   leave and come make some money, go make some
3   money at least, so --
4   Q. So you returned to New Orleans
5   after one month?
6   A. I returned to New Orleans for work.
7   I had to do something to have some income
8   coming in.
9   Q. Okay. So after about one month you
10  returned to New Orleans?
11  A. I left to come back to New Orleans.
12  Q. And you were living in New Orleans
13  from then on?
14  A. Right.
15  Q. Okay. So Mrs. Coats stayed near
16  Hammond for four months?
17  A. She stayed there because she
18  couldn't come back to New Orleans because she
19  didn't have anything to come back to.
20  Q. And for those four months did she
21  stay with her daughter Lintoi and her three
22  grandchildren?
23  A. She stayed with her sister.
24  Q. Okay. Was Lintoi with her?
25  A. Yes, she was.

Page 36

1   Q. And were the three grandchildren,
2   Lintoi's three children, with her?
3   A. Yes, they were.
4   Q. Okay.
5      MR. ANDRY:
6      Nathan, let her finish her question
7      because the court reporter can't
8      write it down if both of you all
9      are talking.
10  EXAMINATION BY MS. McPEAK:
11  Q. So were you at -- to confirm, you
12  were not at 1020 Charbonnet at the time of
13  Katrina, you had evacuated, correct?
14  A. We had evacuated, correct.
15  Q. Okay. And Mrs. Coats was not at
16  the property at the time of Hurricane
17  Katrina, correct?
18  A. Correct.
19  Q. Did anybody stay at the property
20  during Hurricane Katrina?
21  A. No.
22  Q. So you mentioned that Mrs. Coats
23  stayed with her sister for four months. When
24  did she move back to New Orleans?
25  A. Well, when I settled in I had got a

9 (Pages 33 to 36)

NATHAN MORGAN                                                                September 24, 2011

Page 49

1        Probably around 2000.
2    EXAMINATION BY MS. McPEAK:
3        Q.  Around 2000.  Who lived in 1016
4    Charbonnet at the time of Hurricane Katrina?
5        A.  1016?
6        Q.  1016 Charbonnet.
7        A.  That was me.  I was staying there.
8        Q.  But at the time of Hurricane
9    Katrina were you living at 1016 Charbonnet?
10       A.  No.  Lintoi -- let me see.  Latrice
11   was living there.
12       Q.  Latrice was living there.  Okay.
13       A.  Her daughter, her oldest daughter.
14       Q.  And who owned that property at the
15   time of Hurricane Katrina?
16       A.  Alberta Retif.
17       Q.  Okay.  So it was still owned by --
18   okay.
19       A.  Excuse me.  When I moved out that
20   house and moved with her because her daughter
21   needed somewhere to stay at, so I came to an
22   agreement, I moved in with Ethel and her
23   daughter could move in my house, so that's
24   how that happened, since I moved with her.
25       Q.  Okay.  So at the time of Hurricane

Page 50

1    Katrina at 1020 Charbonnet you were living
2    there with Mrs. Coats, correct?
3        A.  I was.
4        Q.  And Lintoi, her daughter, was
5    living there, correct?
6        A.  Right.
7        Q.  And her three children were living
8    there?
9        A.  Right.
10       Q.  Okay.  And then you also mentioned
11   that --
12       A.  Danyell and Robert.
13       Q.  -- Danyell and Robert.  And those
14   are Latrice's children?
15       A.  Right.  And they moved back -- when
16   Latrice moved next door to her, Ethel kept
17   her kids, so that they moved out.
18       Q.  Okay.  So when Latrice moved into
19   1016 Charbonnet --
20       A.  Robert and Danyell moved in with
21   her, because that was her kids, she figured
22   she should let her kids move back with her.
23       Q.  Okay.  So are you referring to
24   then -- so at the time of Hurricane Katrina
25   Danyell and Robert were living at 1020

Page 51

1    Charbonnet?
2        A.  They were living at 1016 with their
3    mother, with their mama.
4        Q.  Okay.  But you believe that Mrs.
5    Coats had custody over Danyell and Robert?
6        A.  That's what she told me.
7        Q.  Okay.  Do you know how old the
8    house is at 1020 Charbonnet?
9        A.  I couldn't tell you.  I know it was
10   pretty old.
11       Q.  And when you --
12       A.  Probably about 50 years old,
13   something like that.
14       Q.  Okay.  When you first moved in to
15   1020 Charbonnet, was it a single or a double?
16       A.  It was a -- it was a single.  We
17   made it a single, one big house.
18       Q.  And when was the house made into a
19   single, do you remember the year?
20       A.  I couldn't tell you.  Before her
21   husband died he was working on making it into
22   a single.  That was around '97, '98, '99.
23       Q.  So by the time you moved in it was
24   already a single unit?
25       A.  Right.

Page 52

1        Q.  I have a few questions about the
2    current status of 1020 Charbonnet.  Who lives
3    there now?
4        A.  It is supposed to be her daughter.
5        Q.  Her daughter Lintoi?
6        A.  Right.
7        Q.  Okay.  Who else?  Who lives with
8    Lintoi?
9        A.  I couldn't tell you that.
10       Q.  Do you know if Lintoi's three
11   children live with her?
12       A.  I don't know.
13       Q.  When is the last time you were at
14   the property at 1020 Charbonnet?
15       A.  A year, year and a half.
16       Q.  To your knowledge, has the property
17   been renovated?
18       A.  I don't know.
19       Q.  The last time you were at the house
20   what did it look like?
21       A.  They had an air condition missing.
22   The grass needed to be cut.  It was all
23   locked up.  I couldn't get in to see what was
24   going on in the inside, but the outside
25   looked kind of bad.  The grass needed to be

13 (Pages 49 to 52)

Page 53

1  cut.
2     Q.  When is the last time you were
3  inside the property?
4     A.  I think two days before they buried
5  Ethel.  It was with her daughter because we
6  were looking -- she was looking for something
7  in the attic.
8     Q.  So this was in early 2009?
9     A.  Right.  Something like that.
10    Q.  And at that time was the interior
11 of the house rebuilt?
12    A.  The single house was rebuilt back
13 into a double.
14    Q.  So the single was rebuilt back into
15 a double?
16    A.  It's a double right now, made back
17 into a double.
18    Q.  Okay.  So when you were in it in
19 2009 was somebody living in the house?
20    A.  Her daughter was living there.
21    Q.  Okay.
22    A.  The side that we were supposed to
23 move on, it never happened.
24    Q.  I'm sorry.  Can you say that again?
25    A.  The side that we were supposed to

Page 54

1  move on, it never happened.
2     Q.  Okay.  So you were planning to move
3  into half of the house, is that what --
4     A.  Right.  We were planning to move
5  into half of the other house in the Ninth
6  Ward because we were going to renovate our
7  house on Louisiana Avenue, update it, upgrade
8  it, however you want to say, but it never
9  happened.
10    Q.  Okay.  And why did it never happen?
11    A.  Because her daughter, before they
12 buried her mother, she changed all the locks
13 on the door.
14    Q.  Okay.
15    A.  She's not my daughter.  She's my
16 stepdaughter, so she figured everything
17 belonged to her, so she changed all the locks
18 on the door.
19    Q.  Okay.  So you were planning to move
20 into half of 1020 Charbonnet?
21    A.  Right.
22    Q.  And this was prior to Mrs. Coats
23 passing away?
24    A.  Right.
25    Q.  At what point did Lintoi change the

Page 55

1  locks?  Was this prior to Miss Coats passing
2  away?
3     A.  Miss Coats was dead.
4     Q.  Okay.
5     A.  They hadn't put her in the ground
6  yet and she changed the locks.
7     Q.  So this is right after Mrs. Coats
8  passed away?
9     A.  Right.
10    Q.  Lintoi changed the locks and you
11 were unable to move into half of the house?
12    A.  Right.
13    Q.  Okay.  Are you familiar with the
14 current floor plan of the house?  You
15 mentioned that it was a single converted into
16 a double.  So are you familiar with the
17 layout of the house?
18    A.  Like the rooms and all that?
19    Q.  Yes.
20    A.  We got a living room, kitchen,
21 bathroom, bedroom and -- two bedrooms on each
22 side.  Then you got a little wash area in the
23 back.
24    Q.  Okay.  I have an exhibit I would
25 like to show you, which is a layout that was

Page 56

1  prepared by Scott Taylor, who is the
2  plaintiffs' expert.  This is a blown-up
3  version of what was in his report, which I
4  can also offer -- I have the entire report to
5  offer as an exhibit.
6        At this time I'll go ahead and offer
7  the entire Taylor report as an exhibit.  And
8  then I would like to also offer this blown-up
9  version of what appears on page 30 of Mr.
10 Taylor's report.
11       MR. GULOTTA:
12       So you are making them two
13       different exhibits?
14       MS. McPEAK:
15       Two different exhibits.
16       MR. ANDRY:
17       Just tell the court reporter what
18       numbers you want to put.
19       Before we get going, do you mind if
20       we take a break for like five
21       minutes?
22       MS. McPEAK:
23       Absolutely.
24       MR. ANDRY:
25       Let's go off the record.

Page 69

1    A. Both sides.
2    Q. And are there new windows
3  installed?
4    A. All new windows, both sides.
5    Q. And blinds?
6    A. Blinds, they got that, too.
7    Q. For the kitchen appliances, do you
8  know what brand appliances were installed?
9    A. I think Maytag.
10   Q. Okay. Do they have all new
11 appliances?
12   A. All new appliances.
13   Q. On both sides?
14   A. Both sides.
15   Q. Do the units have dishwashers?
16   A. Dishwashers. Both sides.
17   Q. What sort of range and stovetop do
18 the units have?
19   A. We got a range on both sides,
20 microwave both sides, refrigerator both
21 sides. That completes the kitchen, right?
22 Garbage disposal.
23   Q. New kitchen cabinets on both sides?
24   A. New kitchen cabinets on both sides.
25   Q. What sort of countertops do the

Page 70

1  kitchens have?
2    A. Granite.
3    Q. Granite countertops?
4    A. Right.
5    Q. And you mentioned central air and
6  heat on both sides?
7    A. Right.
8    Q. For the laundry room, are there --
9  is it one shared laundry room for the two
10 units or are they two separate rooms?
11   A. Two separate rooms.
12   Q. Okay. So are there two sets of
13 washers and dryers?
14   A. One on each side. And right there
15 by it they got a back door. We have a back
16 door right on the side right there and on
17 this side (indicating).
18   Q. Can you draw the back door on the
19 diagram for me.
20   A. Back door right here (indicating).
21   Q. Is there one on the other side as
22 well?
23   A. (Witness indicating.)
24   Q. Is there anything incorrect in this
25 diagram?

Page 71

1    A. It looks right to me.
2    Q. It looks right to you. I'd like to
3  ask you a few questions about the layout of
4  the house at the time of Katrina. You had
5  mentioned that the house had been converted
6  into a double after the storm.
7    A. Right.
8    Q. I'd like to take another blow-up
9  version of page 30 of Taylor's report and
10 have you draw for me what the layout was like
11 at the time of Hurricane Katrina when you
12 lived there.
13      MR. ANDRY:
14      What are we going to label this?
15      MS. McPEAK:
16      I'm going to label this as Exhibit
17   3.
18 (Whereupon, the instrument referred to was
19 marked Exhibit 3 for identification.)
20      MS. McPEAK:
21      I'm labeling Exhibit 2 as 1020
22      Charbonnet as post-Katrina layout.
23      And Exhibit 3 will be the
24      pre-Katrina layout.
25      THE WITNESS:

Page 72

1       This was 12 by 24. We had opened
2       this up to a living room and made
3       a bedroom over here. This was a
4       living room. They had a door right
5       here you go through to the bedroom
6       (indicating). No. This was the
7       living room and this was the
8       bedroom (indicating).
9  EXAMINATION BY MS. McPEAK:
10   Q. Okay. Can you draw the door for
11 me?
12   A. The door was right here
13 (indicating).
14   Q. And where was the front door?
15   A. The front door was right here
16 (indicating).
17   Q. Okay.
18   A. All right. And you would go
19 through this door here and there was a
20 kitchen. There was a door right there
21 (indicating). And you went through this door
22 here -- this was like a dining room, I mean,
23 a dining room.
24   Q. Okay.
25   A. This --

|  | Page 73 |
|---|---|
| 1 | Q. Can you write dining room on that |
| 2 | side. |
| 3 | A. (Witness indicating). All right. |
| 4 | And right here was the kitchen. They had the |
| 5 | stove, refrigerator, cabinets and stuff like |
| 6 | that. Then you went through and this was the |
| 7 | bathroom. You got a hallway and you had the |
| 8 | bathroom right up in here (indicating). |
| 9 | Q. Can you go ahead and draw where the |
| 10 | bathroom was and where the hallway. |
| 11 | A. (Witness indicating). All right. |
| 12 | You went through that door and you went to |
| 13 | the bathroom. Then you went through this |
| 14 | door right here and they had a little -- |
| 15 | that's where the kids were, right here, a |
| 16 | bedroom (indicating). |
| 17 | Q. Okay. So was there a bathroom |
| 18 | here? |
| 19 | A. No, no bathroom there. The |
| 20 | bathroom was the closet. On the other side |
| 21 | there wasn't no bathroom. It was a closet. |
| 22 | Q. Okay. |
| 23 | A. So when you went through this room |
| 24 | here to the dining room, they had a little |
| 25 | closet right here (indicating). |

|  | Page 74 |
|---|---|
| 1 | Q. Okay. So was there still a bedroom |
| 2 | here? |
| 3 | A. No, no bedroom. When you went |
| 4 | through the closet, you went through a |
| 5 | hallway and then you went to the back bedroom |
| 6 | where the kids was. Then when you went |
| 7 | through this room here, there was a shed, |
| 8 | there was a shed back here where the laundry |
| 9 | room is (indicating). |
| 10 | Q. Okay. If you could walk me through |
| 11 | here then. So from the dining room, when you |
| 12 | enter what here is labeled as bedroom 1, this |
| 13 | was instead a closet and a hallway? |
| 14 | A. When you go through the dining |
| 15 | room, you went through this door here -- no. |
| 16 | When you go through the dining room, you went |
| 17 | through a hallway, they had your closet right |
| 18 | here connected to the -- they had a bathroom. |
| 19 | The bathroom was on the other side. We made |
| 20 | this bathroom out of a closet (indicating). |
| 21 | Q. Okay. |
| 22 | A. Then when you went through this |
| 23 | room here -- |
| 24 | Q. So when you say went through this |
| 25 | room here, you mean through the closet? |

|  | Page 75 |
|---|---|
| 1 | A. When you went through the hallway, |
| 2 | from the closet you had a hallway, you went |
| 3 | to the back bedroom (indicating). |
| 4 | Q. Okay. |
| 5 | A. Then from the back bedroom you |
| 6 | dropped down to where the laundry room was. |
| 7 | Q. Okay. So when you are referring to |
| 8 | the back bedroom, you mean bedroom number 2 |
| 9 | here (indicating)? |
| 10 | A. Right. |
| 11 | Q. Okay. So was there a bathroom here |
| 12 | (indicating)? |
| 13 | A. It was a closet. |
| 14 | Q. There was just a closet? |
| 15 | A. Right. You see, the bathroom was |
| 16 | on the other side. You didn't have a |
| 17 | bathroom and a closet. |
| 18 | Q. So just to clarify, was there any |
| 19 | bedroom in this space (indicating)? You're |
| 20 | saying this was a bathroom, a closet and |
| 21 | hallways, that was this space? |
| 22 | A. No. Closet. Hallway turn you into |
| 23 | the closet. Then you come out the closet, |
| 24 | then you walk, you got a bedroom right there |
| 25 | (indicating). |

|  | Page 76 |
|---|---|
| 1 | Q. Okay. So there was a bedroom? |
| 2 | A. Right. |
| 3 | Q. Can you please write "bedroom" in |
| 4 | that area. |
| 5 | A. (Witness indicating). All right. |
| 6 | I'll write it better after I show you. |
| 7 | Q. Okay. |
| 8 | A. Then when you went through the |
| 9 | bedroom, we had the addition. This was the |
| 10 | addition back here (indicating). |
| 11 | Q. What is labeled here as laundry? |
| 12 | A. Right. This was the addition. |
| 13 | Q. And what was that used for? |
| 14 | A. Well, we had like a bunch of |
| 15 | clothes. We had a deep freezer, lawnmower. |
| 16 | You know, like a little storage. |
| 17 | Q. So that was the spare room? |
| 18 | A. Right. My tools, chain saws, all |
| 19 | kind of stuff. I kept all my tools and stuff |
| 20 | in there. |
| 21 | Q. Okay. And there was a bedroom here |
| 22 | (indicating)? |
| 23 | A. Then you had the bedroom. That's |
| 24 | where the kids was. |
| 25 | Q. Okay. |

Page 113

1   Q. Okay. And photo 44, this also
2   looks like the front of the house?
3   A. Front of the house.
4   Q. And that's new ridge tiles as well?
5   A. Right.
6   Q. The ridge tiles, were those damaged
7   during Hurricane Katrina?
8   A. Right. No. What you talking
9   about, the --
10  Q. On photo 44 (indicating).
11  A. Oh, yeah. Some of them was damaged
12  after Katrina. Katrina messed them up. We
13  had some of them broken and we had to replace
14  some.
15      That's the last one, huh?
16  Q. Then there's number 45, which is on
17  page 25 of the Photo Sheet. What is this a
18  picture of? Can you recognize this?
19  A. It looks like the back of the
20  house. It looks like the shingles are
21  deteriorating or something, huh?
22  Q. So do you know --
23  A. It might be. It look like the back
24  of the house.
25  Q. Okay. And the last one is

Page 114

1   photograph 46, this looks like another
2   close-up of the roof. This is on page 26 of
3   the Photo Sheet of the report. Do you know
4   what this might show?
5   A. It is showing one of the shingles
6   got a break in it. That is supposed to be a
7   new roof.
8   Q. Thank you. That's it for going
9   through the photographs.
10  A. I can put them all back together or
11  what?
12  Q. Sure. You don't have to worry
13  about that. Thank you.
14      I'd like to ask you about some of
15  the work that had been done to 1020
16  Charbonnet before Hurricane Katrina. I
17  understand Mrs. Coats had made some
18  renovations to the property before Hurricane
19  Katrina?
20  A. Well, me and a friend of mine, we
21  done that.
22  Q. Okay. So you're familiar with the
23  renovations that were made?
24  A. Right.
25  Q. Okay. Can you tell me what sort of

Page 115

1   renovations Mrs. Coats made?
2   A. Well, her living room, we made it a
3   12 by 24. It was a 12 by 24.
4   Q. Okay. When was that renovation
5   done?
6   A. That was before the storm. Before
7   the storm.
8   Q. Do you know how long before the
9   storm?
10  A. No, I couldn't tell you that. What
11  it is, I tore all the side wall out in the
12  driveway, I tore the whole side wall out.
13  This is the driveway (indicating), 12 by 24.
14  I tore all that wall out, put insulation in
15  it and Sheetrocked it and done the ceiling.
16  Redone that and painted the whole living
17  room.
18  Q. Okay.
19  A. Put new linoleum down, 12 by 24 new
20  linoleum, and baseboard. And bought a French
21  door and put it between the kitchen and the
22  living room. And we bought a French door
23  from the dining room to the kitchen. And we
24  bought a French door -- no. We didn't have
25  none for the bedroom. And that was about it

Page 116

1   on the doors.
2   Q. Okay. So those were repairs made.
3   And you had said that at this time the house
4   was already a single unit?
5   A. It was a single then.
6   Q. Okay.
7   A. And on the other side, the bedroom
8   was a 12 by 24.
9   Q. Okay.
10  A. Because we had took the wall like
11  in the middle and made it one big old room,
12  but we didn't tear these middle walls out.
13  We left the middle walls like they were.
14  Q. Okay. So as you had illustrated
15  here on Exhibit 3, or Exhibit 4, so you're
16  describing this was the living room and that
17  was the laundry room (indicating)?
18  A. Yeah. The wall was still here
19  (indicating). You had a door to go through
20  here, 12 by 24. Then you walked to the
21  dining room.
22  Q. Do you know how much was spent on
23  those repairs, on those renovations?
24  A. I didn't document it, the cost,
25  because I was buying the material myself, so

Page 117

```
 1  --
 2      Q.  So you are the one who made --
 3      A.  Yes.  I was buying all the material
 4  myself.
 5      Q.  And did you do all the work?
 6      A.  Yes, I did.
 7      Q.  Did you hire any contractors?
 8      A.  I hired Melvin, a guy Melvin.  We
 9  call him the Sheetrock doctor.  That's what
10  he go by.  He came and helped me tape and
11  float my Sheetrock.  And then the rest of it,
12  I done it.
13      Q.  Okay.  What about any renovations
14  to the kitchens, the kitchen, before
15  Hurricane Katrina?
16      A.  Well, I put new plywood on the
17  floor.
18      Q.  Okay.  Besides the floor, was there
19  any renovation to the kitchen?
20      A.  I put a new ceiling in the house
21  because it was rotted out.  And then after
22  the floor was caving in, so I had to redo the
23  floor.  Then I, we bought linoleum to put in
24  the kitchen.
25      Q.  Okay.  Any other work on the
```

Page 118

```
 1  kitchen?
 2      A.  That was it.
 3      Q.  And do you know how much you spent
 4  on that work?
 5      A.  No.  Just out of pocket.
 6      Q.  Did Mrs. Coats pay for this
 7  renovation?
 8      A.  Me and her went together on it.
 9  She'd buy so much, I'd buy so much.
10      Q.  Okay.  Do you know roughly how much
11  each of you contributed to that renovation?
12      A.  We might have spent like three or
13  $4,000, something like that.
14      Q.  Okay.  Each or individually?
15      A.  No.  Together.  All we had to do
16  was just change one wall of Sheetrock and buy
17  a rug.  We spent about five grand the most.
18      Q.  Okay.  And that number, is that for
19  all of the renovations that you had made?
20      A.  Right.  That's not including the
21  doors and all.  That's separate.  Like buying
22  mud and Sheetrock and all that.
23      Q.  Okay.  So that's not including the
24  French doors?
25      A.  Right.
```

Page 119

```
 1      Q.  Okay.
 2      A.  That's different.  I redone the
 3  front porch.  I bought material for that.
 4      Q.  Okay.  So you redid the porch as
 5  well.  Did you get new windows?
 6      A.  Yeah.  I put all new windows before
 7  the storm, but I didn't -- let's see.  I put
 8  one, two, three, four -- I changed four
 9  windows.  All the rest of them stayed the
10  same.
11      Q.  So four windows.
12      A.  It might be six at the most I
13  changed, I think.
14      Q.  Are there any other renovations you
15  can think of before Hurricane Katrina?
16      A.  Well, that was about it for right
17  then because we had to save more money.  So
18  our plan was to get the living room fixed up,
19  so we done that.
20      Q.  Okay.
21      A.  After that we were going to start
22  on another project.
23      Q.  What other project were you going
24  to start on?
25      A.  We were going to fix the shed up in
```

Page 120

```
 1  the back, make it like a den or something.
 2  When people come over, instead of the living
 3  room, because she loved her living room set.
 4  She didn't want anybody in there, so she
 5  wanted to make like a den in the back when
 6  people come over they could sit in the den
 7  and look at TV.
 8      Q.  But you never began that renovation
 9  before Katrina?
10      A.  No.  I never had a chance to do it.
11      Q.  Okay.  I have a few questions about
12  the contents of the house at the time of
13  Hurricane Katrina.  I'd like to turn to a
14  section of Taylor's report that contains a
15  content list.
16          This is page one of the Flood
17  Contents Worksheet in Scott Taylor's report,
18  which is in Exhibit 1 (indicating).  Do you
19  recall Mrs. Coats ever making a list of
20  contents of what was in the house before
21  Hurricane Katrina?
22      A.  She told me she did.
23      Q.  Do you still have that list?
24      A.  I might have to go through my
25  papers at home.  I can't really tell you
```

Page 121

 1  right now.  Not for sure.
 2     Q.  Did you help her make the list?
 3     A.  No, I didn't.
 4     Q.  Do you know if anyone helped her
 5  prepare the list?
 6     A.  I couldn't tell you that.
 7     Q.  Do you know if she discussed the
 8  contents with anybody else?
 9     A.  I don't know.
10     Q.  Have you seen this list before
11  (indicating)?
12     A.  Well, if I'm not mistaken, I think
13  I got a list at home that looks something
14  like this.  I couldn't really say right now.
15     Q.  Okay.
16     A.  She had all her papers, that was
17  her private stuff.  I never did mess with her
18  stuff, but in a case like this, I would have
19  to go through everything and find it.  I
20  don't know if I got it or not.  I couldn't
21  tell you.
22     Q.  Okay.  I want to ask you a few
23  specific questions about this list.  On page
24  two of Taylor's report, he says here the home
25  occupants provided a list of contents as

Page 122

 1  recalled (indicating).  Did you ever provide
 2  a list of contents yourself?
 3     A.  Yes, I have.
 4     Q.  You did?
 5     A.  Right.
 6     Q.  Okay.  So you also prepared a list?
 7     A.  Right.
 8     Q.  Okay.  When did you prepare that
 9  list?
10     A.  A couple months ago.  I couldn't
11  tell you what month it was.  Sometime this
12  year.
13     Q.  Okay.  Who asked you to prepare
14  that list?
15     A.  My lawyer, Jon Andry.
16     Q.  Did you ever speak with Mr. Taylor
17  about a content list?
18     A.  No, I haven't.
19     Q.  Okay.  And did you write out a list
20  when you prepared one?
21     A.  The secretary sat down with me and
22  we took it from there.
23     Q.  Does the list here look like what
24  you provided, what you prepared?
25     A.  It might have.  It look like it.  A

Page 123

 1  little of it.
 2     Q.  Okay.  Do you know anybody else who
 3  might have provided a content list?
 4     A.  Ethel, that's all.  Me and Ethel.
 5  That's it.
 6     Q.  I'd like to go through some of the
 7  items on this list and ask you to clarify.
 8        MS. McPEAK:
 9        Have you all ever produced copies
10        of lists from Mrs. Coats or from
11        Mr. Morgan?
12        MR. ANDRY:
13        I believe we produced the list that
14        Ethel had before her deposition, I
15        think.  I thought I read notes in
16        the deposition about that.
17        MR. GULOTTA:
18        What about Mr. Morgan?
19        MR. ANDRY:
20        I'm not really sure where we are on
21        that.  I thought we gave -- Nathan
22        came in and gave notes to somebody
23        in Jon's office who then forwarded
24        it on to Scott Taylor.  There are
25        some items here I recognize as

Page 124

 1  being from Nathan.  I think that
 2  this is probably a reproduction of
 3  either Nathan's notes or a
 4  combination of Nathan and Ethel's
 5  notes.  I know it is a little
 6  confusing, but as to the extent of
 7  Nathan's notes, I think we've -- I
 8  thought we produced that.  If we
 9  didn't, we will.  Is that fair?
10        MR. GULOTTA:
11        Yeah, that's all.  Without trying
12        to confuse Mr. Morgan, you know, if
13        he actually wrote something that
14        was delivered to Mr. Taylor or to
15        you, I don't think we have that and
16        we just want to talk about that.
17        MR. ANDRY:
18        I don't think he hand wrote
19        anything, but whatever was typed
20        up, I think this is representative
21        of it.
22        MR. GULOTTA:
23        Okay.
24        MR. ANDRY:
25        I'll give you an example.  Item

Page 133

1  that item is?
2      A.  Eight.  Oh, that's the floor I was
3  telling you about.  We bought that from Home
4  Depot, 12 by 24 linoleum.  We bought that.
5      Q.  So that's the floor that you
6  installed when you did the renovations?
7      A.  Yes.  That's the floor we put down.
8  It went through the whole house to the
9  kitchen to the bathroom.  We had the same
10 color.
11     Q.  Okay.  And then number 12, it says
12 gas heater.
13     A.  All right.  She bought the -- she
14 bought the heater from a place down in the
15 Ninth Ward.  It was gas heaters you put on
16 the wall and at a certain temperature they
17 comes on by themself.
18     Q.  And this was installed in the wall?
19     A.  It was installed in the wall.  You
20 hang them on the wall.
21     Q.  Did the house have central heat
22 before Katrina?
23     A.  No.  We didn't have central heat.
24     Q.  Okay.  And then number 18 on the
25 list on page one, it says fireplace.  What is

Page 134

1  this referring to?
2      A.  We had a -- oh.  I screwed up on
3  the fireplace.  The fireplace, we had bought
4  a fireplace heater like, a thermostat in it.
5  It came on by itself.  The other heaters we
6  had on the wall was in a different room.
7      Q.  So the gas heater we just
8  discussed, that was in a different room?
9      A.  Yeah.  The one we had in the living
10 room was like a fireplace like because our
11 fireplace, it wasn't open, it was just there,
12 but we had a fireplace that looked like, it
13 looked like a fireplace, but it was a heater.
14     Q.  Okay.  And this was a gas -- was it
15 a gas heater?
16     A.  It was a gas heater.  You'd light
17 the pilot and when it got a certain
18 temperature in the house it would come on by
19 itself.
20     Q.  Okay.  Number 19 is listed as a
21 French door?
22     A.  Right.  We had a French door going
23 from the kitchen -- from the living room to
24 the kitchen.
25     Q.  And this is what you installed as

Page 135

1  part of the renovations before Katrina?
2      A.  Did we do that?  Yeah.  I think we
3  had the door when we were doing the
4  renovations.  The door was in already.
5      Q.  Okay.
6      A.  As a matter of fact, the door was
7  in already before we done the renovations.
8  We had bought the -- we bought the door
9  before we done the renovations.
10     Q.  But this is a door that was
11 attached to the wall?  You used it as a door?
12     A.  Right.  Yeah.  It was a French
13 door.
14     Q.  Okay.  Number 23, which is on page
15 two, is crystal collectibles.  Can you tell
16 me what that is?
17     A.  Oh, that was the stuff I collected.
18 I used to make king cake dolls for Haydel
19 Bakery.
20     Q.  Okay.
21     A.  Mardi Gras stuff.  Like every year
22 you used to get a different king cake doll.
23 I used to make them.
24     Q.  You used to make them?
25     A.  And I collected them.  So I lost

Page 136

1  all of that.  And I had a bunch of little
2  crystal stuff that I bought and put in there,
3  too.
4      Q.  So this was all yours?
5      A.  Right.
6      Q.  Number 27 is $850 for an Oriental
7  rug.  Can you tell me about that?
8      A.  Oriental rug in the middle of the
9  floor in the living room.
10     Q.  Where did you purchase it?
11     A.  I think --
12     Q.  Or where was it purchased?
13     A.  I think it was Home Depot we
14 purchased it.
15     Q.  And did you buy that or did Mrs.
16 Coats?
17     A.  I think I bought that.  Yeah, I
18 bought that.
19     Q.  Okay.  Now, moving on to what is
20 labeled as the kitchen.
21     A.  What number that is?
22     Q.  This starts at number 29.  You'll
23 see the room is kitchen.
24     A.  Two?
25     Q.  Starting on page two, correct.

Page 153

```
 1   spare room?
 2       A.  We had them up high where we could
 3   put our lawnmower.  We had them draped with
 4   plastic and all of that (indicating).
 5       Q.  And where is the closet that's
 6   referred to here?
 7       A.  That's when you come out the dining
 8   room, the closet, you go through the hallway
 9   and the closet is right there (indicating).
10   It used to be a bath, but we made it out of a
11   closet.
12       Q.  So how big is that closet?
13       A.  It should be about four by eight,
14   four by six, something like that.
15       Q.  Okay.
16       A.  Or five by -- it might be -- it has
17   to be at least five by eight or something
18   like that.
19       Q.  Okay.  So looking at number --
20       A.  It was a small thing.  It wasn't
21   nothing that big.  You had to have enough
22   room to put a tub in there, I know that.
23       Q.  So it's about the size -- it's the
24   size of what the bathroom used to be?
25       A.  Right.
```

Page 154

```
 1       Q.  Okay.  Number 125 lists dresses and
 2   it's $10,000.
 3       A.  Yeah.  She had a lot of clothes.
 4       Q.  Okay.  Do you know when she
 5   purchased these dresses?
 6       A.  Every time she went to the store
 7   she come home with something.
 8       Q.  Were all of these dresses listed
 9   here for $10,000, was that all hers?
10       A.  That was all hers.
11       Q.  Okay.  What about -- did you make
12   this portion of the list, the list here that
13   lists what's in the closet?
14       A.  Right.  She had her dresses.  She
15   had -- I had a bunch of stuff in there, too.
16           Repeat the question.  I don't know
17   what you're trying to say.
18       Q.  So did you provide this list of
19   what was in the closet?  Is that the list
20   that you had prepared?
21       A.  Right.  Right.  Right.
22       Q.  Okay.  And does this include your
23   clothes as well?
24       A.  No.  That's dresses.  I don't wear
25   dresses.
```

Page 155

```
 1       Q.  I'm sorry.  Let me rephrase that.
 2   When I say the items in the closet, I'm
 3   referring to 125 through, we have here
 4   through 134, these are things listed in the
 5   closet.  Are you the one who estimated the
 6   dollar value here?
 7       A.  Right.
 8       Q.  So these are your dollar values?
 9       A.  Right.  Right.  Right.
10       Q.  And aside from the dresses --
11       A.  Thank you.
12       Q.  -- these closet items include your
13   items as well?
14       A.  Yes, ma'am.
15       Q.  Does it include any of Lintoi's
16   items?
17       A.  No.  Lintoi, I figure she have to
18   make her own claim.  I can't really say what
19   she had and what she didn't have.
20       Q.  Okay.  So here we have number 128,
21   for example, is $10,000 worth of suits.
22   Whose suits were those?
23       A.  They was mine's.
24       Q.  Those were your suits?
25       A.  Part of them.  Ethel is mixed in
```

Page 156

```
 1   there, too.  She had two-piece suits, too.
 2       Q.  What about number 133, we have
 3   $20,000 worth of children's clothes.  Whose
 4   clothing was that?
 5       A.  The kids.  She had three kids.
 6   They really had five.  Two, before she sent
 7   the other two to the mama, she had them over
 8   there, too.  So we had clothes over there for
 9   them, too.  Lintoi had three kids plus her
10   clothes.
11       Q.  So that's referring to Mrs. Coats'
12   grandchildren?
13       A.  Right.
14       Q.  So these clothes belong to the
15   grandchildren?
16       A.  Right.
17       Q.  Where did Mrs. Coats shop for
18   clothing?
19       A.  You got me on that.
20       Q.  Okay.  Do you know what brands she
21   preferred?
22       A.  I couldn't tell you that either.  I
23   don't know that.
24       Q.  Okay.  Number 132 says $500 worth
25   of ties.  Are those your ties?
```

Page 157

1    A.  Yep.  Yes.
2    Q.  Okay.  And number 134 lists
3  cufflinks.  Are those your cufflinks?
4    A.  My cufflinks.
5    Q.  Okay.  I just want to point out on
6  page 12, number 240, is another entry for
7  cufflinks.  I want to find out if that's
8  something different.  And I'm sorry to jump
9  ahead.  If I can help you find the page
10 (indicating).
11   A.  What number?
12   Q.  This is page 12, number 240.  It
13 says cufflinks in the closet (indicating).
14   A.  What other page has cufflinks on?
15   Q.  The other page is the one we were
16 just looking at, we have cufflinks at --
17   A.  Well, I might have made a mistake
18 on that, because when I come back I might
19 have said the same thing.
20   Q.  So you think that's the same thing?
21   A.  Right.  I think that's the same
22 thing.
23   Q.  Okay.
24   A.  Like I went one day and I went back
25 the next day, like two or three days

Page 158

1  difference, and I might have did the same
2  thing twice.
3       MR. ANDRY:
4           Agnieszka, do we have much more?
5       If you're close to finishing up --
6       MS. McPEAK:
7           I have, there's two more rooms, so
8       I think maybe 20 minutes.
9       MR. ANDRY:
10          Okay.  Can we take a break now?
11      Let's go eat, because I'm getting
12      really cold.
13      MS. McPEAK:
14          Sure.  We can take a break.
15      VIDEOGRAPHER:
16          Off the record.
17      (LUNCH RECESS)
18      VIDEOGRAPHER:
19          We're back on record.
20 EXAMINATION BY MS. McPEAK:
21   Q.  Okay, Mr. Morgan.  We were
22 discussing the contents list on page 7.  The
23 contents of the closet is where we left off.
24   A.  All right.
25   Q.  And I had a question, which is

Page 159

1  actually number 249, which is a closet item
2  that is on page 13.  It's number 249.
3    A.  Twelve, 13.  All right.  249?
4    Q.  Number 249 is hats.  You have 20
5  hats.  Can you describe this item for me?
6    A.  Dress hats.  I had dress hats.
7    Q.  Those were your hats?
8    A.  Those were all my hats.
9    Q.  Okay.  And then number 250, it
10 looks like ties.  Those were your ties as
11 well?
12   A.  They were my ties.
13   Q.  On page 14, the next page after
14 that, number 30, you have purses and
15 handbags.
16   A.  Ethel.
17   Q.  I'm sorry.  It's number 262.  You
18 have 30 purses and handbags.
19   A.  Correct.
20   Q.  Did you estimate or did you provide
21 this item to your lawyer?  Are you the one
22 who said there were 30 purses or handbags as
23 $60 each?
24   A.  Yes.
25   Q.  Okay.  And these belonged to Mrs.

Page 160

1  Coates?
2    A.  Yes.
3    Q.  Okay.  Do you know what brand or
4  where she purchased these items?
5    A.  I couldn't tell you.
6    Q.  Okay.  Where did she keep the 30
7  purses and handbags?
8    A.  She kept them in the closet.  For
9  the record, the people I work for, the
10 Andrys, they bought a lot of stuff and gave
11 it to her and they bought a lot of stuff for
12 me, like clothes and stuff like that.
13   Q.  Okay.  So a lot of this --
14   A.  I was like family to them.  I'm
15 like family to them.  I work a lot of parties
16 for them.  I go on cases with them.  They are
17 like family.
18   Q.  Okay.
19   A.  Are we still on 14?
20   Q.  Yes.  And I do apologize for
21 jumping around, but now we'll talk about the
22 items that are bedroom number 3.  So if we go
23 back to page 7, that's where bedroom number 3
24 begins.
25   A.  All right.

NATHAN MORGAN                                               September 24, 2011

Page 165

1   Q. Okay. And then on page 14, the
2   next page, staying in the spare room, we've
3   got 267, there's $1,000 for a treadmill in
4   the spare room?
5   A. They had a treadmill. She used to
6   exercise on it.
7   Q. So who did that belong to?
8   A. It belonged to Ethel.
9   Q. When did she purchase it?
10  A. I got that for her. I purchased
11  that for her.
12  Q. Okay. And when did you buy it?
13  A. Three, four years before the storm.
14  Q. And what about 268, the exercise
15  bike, who did that belong to?
16  A. I brung it to her, too.
17  Q. And when did you buy it?
18  A. Around the same time I bought the
19  treadmill.
20  Q. Okay.
21  A. It might have been six months after
22  or a year.
23  Q. Okay. And then back to page 9
24  where we have spare room items, number 171.
25  There is an item that is described as work

Page 166

1   clothing for $2,000. What is that item?
2   A. What you mean?
3   Q. This is number 171 on page 9.
4   A. Work clothes. Work clothes like I
5   got on now (indicating).
6   Q. So were those your work clothes?
7   A. Yes, they were.
8   Q. Okay. On page 10, we're now in the
9   backyard. Number 184, it says shed, $500.
10  Can you describe that shed to me.
11  A. It was a little shed from like Home
12  Depot, with two little --
13  Q. When was that purchased?
14  A. I couldn't remember. I'd say
15  before the storm. We had it about three or
16  four years before the storm.
17  Q. And was that something you
18  purchased?
19  A. Yeah. I purchased that.
20  Q. Okay. And above that on 183 we
21  have flower bed. Can you explain what that
22  is?
23  A. That was in front of the house. I
24  had a flower bed in front of the house with
25  all kind of flowers. I had palm trees in the

Page 167

1   front. I had palms in the front of the
2   house. I had the queen palms. I had them
3   all down through the alley. And I had trees
4   in the backyard and I had a flower bed back
5   there.
6   Q. Okay. So this is landscaping?
7   A. Right. Landscaping.
8   Q. Okay. And then on this page as
9   well, number 188, we have an entry for other
10  clothes for $1,000 in the attic. What
11  exactly is that?
12  A. Eighty-seven.
13  Q. It's number 188. It's on page 10.
14  A. Oh, those are clothes that were up
15  there.
16  Q. So what sort of clothes were those?
17  A. Like winter clothes. We storaged
18  them in the summer. When it get cold we go
19  up there and get them down because we didn't
20  have that much room.
21  Q. And whose clothes were those?
22  A. It was me and Ethel's clothes.
23  Some were for the grandchildren, like their
24  coats and all.
25  Q. Okay. And was that destroyed in

Page 168

1   Hurricane Katrina?
2   A. Yeah. Destroyed, because when they
3   went in there and tore up the whole house,
4   they came all through the attic. When they
5   went to beating, everything started falling
6   out of the attic. I thought I secured
7   everything, but apparently it all came
8   tumbling down.
9   Q. And number 190, we've got holiday
10  decorations for $5,000 in the attic. What
11  was that?
12  A. Lights, reindeers, Christmas trees.
13  I had all the reindeers.
14  Q. Okay.
15  A. And I had a bunch of lights I put
16  up every year.
17  Q. Okay.
18  A. I had the soldiers. All kind of
19  stuff.
20  Q. And was all of that destroyed in
21  Hurricane Katrina?
22  A. All of that was destroyed, except
23  the reindeer. The reindeer survived because
24  the mildew climbed the walls and got in the
25  attic and all that kind of stuff.

42 (Pages 165 to 168)

JOHNS, PENDLETON COURT REPORTERS                                504 219-1993

Page 173

1    heaters?
2        A.  I'm trying to think.  Let me see.
3    I know I used to have to light the hot water
4    heater.  Where was the hot water heater at?
5    The hot water heater was outside sitting on a
6    platform on the side of the house.
7        Q.  So this item on page 19 that says
8    hot water heater, $900, spare room, that's
9    what you were referring to as the hot water
10   heater --
11       A.  Right.  A big hot water heater on
12   the side of the house.
13       Q.  Okay.
14       A.  We had it in like a little shed
15   that we built, that we bought from Home Depot
16   and put it in.  It was on the outside of the
17   house sitting on a block, cinder blocks.
18       Q.  Okay.  So also on page 19, a few
19   lines down from that, we have display table
20   for $2,000 in the kitchen and crystal china
21   for $1,000.
22       A.  Right.
23       Q.  Can you tell me about those items.
24       A.  That's Ethel.  She can tell you
25   about that.  I couldn't tell you about that.

Page 174

1        Q.  So did these belong to Ethel?
2        A.  Right.
3        Q.  Do you know if you all were able to
4    salvage any of the china?
5        A.  I don't -- no, I don't think so.
6    As a matter of fact, I don't think she wanted
7    none of it.  She said it was all -- she
8    didn't want none of it.  She didn't want the
9    memory.  She just left it in there or throw
10   it away.  I don't know.
11       Q.  Okay.  Do you know where she got
12   the china?
13       A.  Well, she bought some and the
14   Andrys gave her some.  When they bought new
15   chine they'd give it to her.
16       Q.  And then on page 20, we have an
17   unnumbered item which is indoor plants in the
18   living room for $486.  What sort of plants
19   were those?
20       A.  They grow inside.  Plants like
21   these (indicating).  I can't really -- I
22   don't really remember good with the names of
23   them.  She had them in the bedroom, the
24   living room.
25       Q.  And then also on page 20 we have

Page 175

1    stainless steel propane grill for $2,000.
2    Can you tell me about that grill?
3        A.  The propane grill, it was a big
4    propane grill.  You open it up.  It was about
5    four-foot wide, five-foot wide.  It had two
6    tanks on it.
7        Q.  And was this yours?
8        A.  Mine's.
9        Q.  Okay.  And at the very bottom of
10   page 20 we have antique fans for $1,000 in
11   the spare room.
12       A.  Oh, for the record, that tank, that
13   propane, I got that from Mr. Gilbert.  He
14   bought a new one.  It was stainless steel.  I
15   kept it under my carport, not -- at the back
16   of my -- when you come out the back door, I
17   kept it right there on that patio.  Mr.
18   Gilbert gave that to me because he had bought
19   another one.
20       Q.  Okay.  So for the antique fan at
21   the very bottom of page 20 for $1,000, can
22   you tell me what that is?
23       A.  That was an antique fan.
24       Q.  What sort of fan?
25       A.  A little wooden antique fan with

Page 176

1    the grills in it (indicating).
2        Q.  Was it electric?
3        A.  It was electric.  It was -- as a
4    matter of fact, I got it, when I worked for
5    Mr. Gilbert, I got it out of one of the
6    houses.  And it had value to it.  I just
7    never got it appraised, but it had value to
8    it.
9        Q.  Was this part of a fixture, like a
10   ceiling fan?
11       A.  No.  This was a fan, a wooden fan,
12   three-speed.  It was made antique like.  And
13   you had a grille in the front of it.  And
14   that got destroyed, too, but it was an
15   antique fan.  I never did get it appraised,
16   but I knew it was worth some money.
17       Q.  Okay.  Did you have an insurance
18   policy on it?
19       A.  No, I didn't.  All we had was flood
20   insurance.
21       Q.  Okay.  And then on page 21 --
22       A.  Page 21.
23       Q.  The next page at the bottom we have
24   a few entries for air conditioning window
25   units.  Were these the units that you were

NATHAN MORGAN                                                    September 24, 2011

Page 193

1  to Mrs. Coats.  The second line says:  Based
2  upon our review, you were approved to receive
3  a payment for advanced rental assistance.
4       Do you know if Mrs. Coats ever
5  received such a payment?
6     A.  I don't know.
7     Q.  Do you know if Mrs. Coats received
8  any other money from FEMA?
9     A.  I don't know.
10    Q.  Do you know if she got any other
11 government assistance?
12    A.  I don't know.
13    Q.  Okay.  So a few more questions on
14 you had referred earlier to your condo at 756
15 Louisiana.  That's where you currently live?
16    A.  Yes, I do.
17    Q.  When you purchased the property,
18 did you purchase it with Mrs. Coats?
19    A.  Yes, I did.
20    Q.  Okay.  Who contributed to the
21 payment price?
22    A.  Well, the lady I worked for, her
23 and Ethel sat down and negotiated.  I didn't
24 have nothing to do with it.  I let her handle
25 all of that.

Page 194

1     Q.  Did Mrs. Coats pay anything for
2  that property?
3     A.  Yes, she paid something for it.
4     Q.  Do you know how much she paid?
5     A.  Well, the lady, she negotiated with
6  the lady.  I don't know.
7     Q.  Prior to purchasing the property
8  when you lived there with Mrs. Coats after
9  Hurricane Katrina, were you paying rent?
10    A.  Before purchasing it?
11    Q.  Before you purchased it, but after
12 Hurricane Katrina.
13    A.  Yes, I was paying rent.
14    Q.  Okay.  How much rent were you
15 paying?
16    A.  I was paying $500 a month.
17    Q.  Okay.  Was Mrs. Coats paying any of
18 that?
19    A.  No.  I was paying it.
20    Q.  But Mrs. Coats lived there with
21 you?
22    A.  Well, after she come back from the
23 storm.  She came back after the storm about
24 three or four months, so I was staying there
25 until she came back home.

Page 195

1     Q.  So when you purchased the property,
2  when you purchased 756 Louisiana, do you know
3  what the purchase price was?
4     A.  I can't really tell you.
5     Q.  Okay.  Do you have a mortgage on
6  the property?
7     A.  No.  I don't have a mortgage on it.
8  Not me.
9     Q.  Then who has -- does anybody have a
10 mortgage on it?
11    A.  Mortgage means somebody has a
12 mortgage and you have to pay like a loan
13 back?
14    Q.  Correct.
15    A.  No.
16    Q.  Okay.  So do you pay anything per
17 month to live in the property?
18    A.  I pays condo association.
19    Q.  Okay.  But you don't pay any
20 mortgage payment?
21    A.  No, I don't.
22    Q.  And you don't pay any rent payment?
23    A.  No rent payment.
24    Q.  Okay.  So when you purchased the
25 property then, were you able to pay the full

Page 196

1  purchase price?
2     A.  What I'm saying, the lady she
3  bought the house from, they negotiated.  I
4  didn't have nothing to do with it.
5     Q.  Okay.  Who was the lady?
6     A.  Brooke Andry.
7     Q.  Brooke Andry.  So did Brooke Andry
8  buy the property?
9     A.  Brooke Andry owned the property.
10 So I don't know what kind of agreement they
11 made.  You'd have to talk to Brooke Andry.  I
12 couldn't tell you.
13    Q.  So Brooke Andry is the one who sold
14 the property to you?
15    A.  Yes.
16    Q.  And you bought it with Mrs. Coats?
17    A.  Bought it with her.
18    Q.  Okay.  Did you personally
19 contribute any money to the purchase price?
20    A.  I let her handle all of that.
21    Q.  By her, do you mean Brooke Andry?
22    A.  I don't --
23    Q.  You said you let her handle all of
24 that.  Do you mean Mrs. Coats handled all of
25 that?

49 (Pages 193 to 196)

NATHAN MORGAN                                             September 24, 2011

Page 209

```
 1   clothes.  If she had somewhere to go, they
 2   would be there waiting for her.
 3       Q.  So --
 4       A.  About every six months she might
 5   put something in the cleaners or whatever.
 6       Q.  Okay.  Were you still paying any of
 7   these bills after Hurricane Katrina on the,
 8   on 1020 Charbonnet?
 9       A.  Because everything, we had no
10   power, no power or anything, so the bills
11   stopped.  They sent her bills to pay what we
12   owed from before the storm.  So we didn't
13   have no more bills.  They kept giving us a
14   water bill.  I don't know why, but they said
15   we had to pay something on it.  I don't know,
16   but I couldn't figure that out.
17       Q.  Do you know how much that was for?
18       A.  Oh, it be like $30, $40.  I think
19   somebody was using the water, me, because we
20   wasn't down there.  How can you use water
21   when you're not down there?  And plus we had
22   the trailer, too, so that might have been why
23   they charged us.
24       Q.  So this will be Exhibit 9.
25       (Whereupon, the instrument referred to was
```

Page 210

```
 1   marked Exhibit 9 for identification.)
 2       EXAMINATION BY MS. McPEAK:
 3       Q.  I'm going to show you a document
 4   that I'm labeling Exhibit 9 (indicating).
 5       A.  All right.
 6       Q.  Have you seen this document before?
 7       A.  No, I haven't.
 8       Q.  Okay.  If you could turn to the
 9   last page, the last page that says October
10   28, 2005 at the top.
11       A.  Oh.
12       Q.  Is that your signature?
13       A.  That's my signature.
14       Q.  Okay.  Do you recall authorizing
15   Mr. Andry to make a claim on your behalf?
16       A.  First, I didn't read it.  Now I --
17   now I know what I'm looking at.  It's been
18   since October.
19       Q.  Okay.
20       A.  I didn't know what I was looking
21   at, but I just looked at it, so now I know
22   what I'm looking at.
23       Q.  Okay.  So have you seen this form
24   before?
25       A.  I have seen it.  It has my name on
```

Page 211

```
 1   it.  Now it's coming back at me because when
 2   I first looked at it I didn't know what I was
 3   looking at, but now I know what I'm looking
 4   at.
 5       Q.  So you recall authorizing Mr. Andry
 6   to make a claim on your behalf?
 7       A.  Right.  Right.
 8       Q.  And are you aware that this claim
 9   was made on your behalf?
10       A.  Right.
11       Q.  Okay.  And if you would look
12   here --
13       A.  At the front page?
14       Q.  -- on the front page under Section
15   9, describe the property, it says here 1020
16   Charbonnet Street.
17       A.  Right.
18       Q.  That is Mrs. Coats' house on 1020
19   Charbonnet, right?
20       A.  Right.
21       Q.  So at the time of Hurricane Katrina
22   you did not own the property at 1020
23   Charbonnet, is that correct?
24       A.  Did she own it?
25       Q.  Did you own the property at the
```

Page 212

```
 1   time of Katrina at 1020 Charbonnet?
 2       A.  Oh, no.  That was her and her
 3   husband's before I met.
 4       Q.  Okay.
 5       A.  That was Jimmy and Ethel, they
 6   stayed there before I moved in.
 7       Q.  Okay.  And are you aware that Mrs.
 8   Coats had a will when she passed away?
 9       A.  A will that I stay at 1020.
10       Q.  Or just that when Mrs. Coats passed
11   away that she had made a will before she
12   passed away?
13       A.  She made a will with Gerry Andry
14   saying I could stay at 1020 Charbonnet until
15   I died and then her daughter could have it,
16   remaining.  That's all I can say.
17       Q.  Okay.  So you do not currently own
18   1020 Charbonnet?
19       A.  No, I don't.  In the will, that's
20   why she made a will, because she didn't want
21   me to go through what I'm going through right
22   now, so she made out a will.  So that's all I
23   could say.  Okay.
24       (OFF THE RECORD)
25       MS. McPEAK:
```

```
                                    Page 217                                           Page 219
 1       We're done.                                  1          REPORTER'S CERTIFICATE
 2                                                    2
 3                                                    3       I, MARGARET MCKENZIE, Certified Court
 4                                                    4   Reporter, do hereby certify that the
 5                                                    5   above-named witness, after having been first
 6       (Whereupon, the deposition was               6   duly sworn by me to testify to the truth, did
 7   concluded at this time.)                         7   testify as hereinabove set forth;
 8                                                    8       That the testimony was reported by me
 9                                                    9   in shorthand and transcribed under my
10                                                   10   personal direction and supervision, and is a
11                                                   11   true and correct transcript, to the best of
12                                                   12   my ability and understanding;
13                                                   13       That I am not of counsel, not related
14                                                   14   to counsel or the parties hereto, and not in
15                                                   15   any way interested in the outcome of this
16                                                   16   matter.
17                                                   17
18                                                   18
19                                                          MARGARET MCKENZIE, CCR, RPR, RMR, CRR
20                                                   19     CERTIFIED COURT REPORTER
21                                                   20
22                                                   21
23                                                   22
24                                                   23
25                                                   24
                                                     25
                                    Page 218
 1       WITNESS CERTIFICATE
 2
 3
 4       I, NATHAN E. MORGAN, do hereby certify
 5   that the foregoing testimony was given by me,
 6   and that the transcription of said testimony,
 7   with corrections and/or changes, if any, is
 8   true and correct as given by me on the
 9   aforementioned date.
10
11
12
     DATE SIGNED      WITNESS' SIGNATURE
13
14
15
16       Signed with corrections as noted.
17
         Signed with no corrections noted.
18
19
20   DATE TAKEN: September 24, 2011
21
22
23
24
25
```