# EXHIBIT 9



**Scott Taylor Adjusting Services**
Independant Adjusting Services and Consulting
2557 James River Road,
West Palm Beach, FL 33411

# LOSS REPORT

**Final**

| | |
|---|---|
| Reference: | Report #: 1 |
| | Catastrophe Number: |
| | Policy Number: |
| | Claim Number: |
| Insured:  Alvin Livers | Date of Loss: 8/29/2005 |
| 4924 St. Claude Ave. | Type of Loss: |
| New Orleans, LA 70117 | File Number: |

**ENCLOSURES:**

Estimate, Statement of Loss, Photos (66), Diagrams, Contents Spreadsheet

**COVERAGE:**

| | | | |
|---|---|---|---|
| Dwelling | $0.00 | Eff. Dates: From: | To: |
| Other Structures | $0.00 | Mortgagee: | |
| | | Applied Deductible: $0.00 | |
| Contents | $0.00 | Co-Ins. Policy:  Yes ☐  No ☑ | |
| Additional Living Expenses | $0.00 | Forms: | |

**COVERAGE VS INDEMNIFICATIION**

No values are listed in the above coverage section because the primary issue is indemnity, not whether coverage is being afforded.

Therefore, indemnifying the homeowner means taking care of the physical, mental and emotional restoration of the homeowner and his family.  To indemnify them means to consider what it takes to return them to pre-loss conditions.  That means restoring their home, their contents, and their financial security.  Whatever they had before the loss is what this estimate seeks to restore.

The reconstruction of the home is straightforward in the estimate, as is the contents estimate in the spreadsheet and estimate.  Additional living expenses are provided to bridge the gap between what it cost to live prior to the loss and what it costs during displacement, including relocation costs, emergency expenses, and the ancillary costs of travel and temporary measures taken to allow the family to live in a manner consistent with their normal lifestyle.

**RISK**

This is a slab on grade home.  It is a ranch style framed home with solid brick exterior and vinyl soffits.  It has a rear section addition which is framed with T-111 plywood cladding The roof on both sections is 3-tab shingle and the exterior had the appearance of being well-maintained.  The interior had basic features.  Contents appeared to be above average.

**CAUSE & ORIGIN**

This loss is a result of flood.  The origin of the flood is in review.  Resting level lines etched into porous surfaces demonstrate water was in the home at specific levels for extended periods of time.

**AFFECTED PARTIES**

The parties directly affected by this loss are the homeowners.  As the resolution of this loss proceeds it will necessitate further consultation with the homeowners and one should anticpate changes to the report as it pertains to the details of the loss, the resolution, and the associated time-lines.

**INSPECTION/DAMAGES**

The inspection on or about June 14, 2011.  The home had been completely gutted and was vacant at the time.  It was observed that many windows were boarded up and the home was without power or mechanicals of any kind.  The lower front section was cooled by individual window units and the newer two story section was centrally heated and cooled.  The units had been removed, but existing ductwork between the floor joists was still in place.  The tile floors in the lower section were still in place.

In discussing the loss with the homeowner a general understanding of the functioning layout was secured.  The lower section was completely tiled while the upper section was carpeted in all rooms but the bathroom, which was also tiled.  It

was unclear whether the integrity of the structure had been compromised, but framing was still in place throughout.

On the exterior, damage to the soffits made it clear that water had risen at some point to beyond the roof eaves. Water lines were visible on all elevations at different levels and the wooden fence also retained water lines, suffering damage as well. The rear workshop was still standing and was entirely wood. It showed signs of warpage on all elevations.

## RESTORATION/REPAIRS

Considering the present damages it is clear that a major reconstruction is in order. The entire home has been gutted and will need a total renovation. This estimate allows for replacement of all wall surfaces and finishing of all surfaces throughout the home. Because water encroached the upper level as well provisions were made to treat all surfaces for contamination. Because the roof was compromised due to shingles and vent caps missing, accomodations for water mitigation were included in all rooms, including the attic.

All appliances and mechanicals were included in the estimate along with electrical and plumbing rough in and finishing.

On the exterior cleaning of the non-porous surfaces and replacent of wooden items was deemed necessary. Additionally, the fences were scheduled for replacement.

## REMARKS

The Homeowner provided a list of contents as he recalled them. While the list was lengthy it did not encompass everything in the home. As this loss continues toward resolution and additional questioning and comiseration occurs it has been this adjuster's experience that memories will be triggered. Additionally, as the homeowner(s) recall features of their home and add these are accounted for, changes to all three areas of indemnity as designated in the opening statement of the estimate will be necessary.

Updating specific details for clarity will allow even more precise estimating and will necessitate augmentation of the current estimate as more pricing options become available.

## FURTHER HANDLING

Due to the extended period of time the home was immersed and depending on disoverable evidence of risk to the structural integrity, it may be deemed prudent to secure an engineer's report to determine if further repairs or reconstruction are necessary. Information provided by such a report could significantly alter the conclusions drawn concerning protocols necessary to indemnify the owners of the risk.

## STATEMENT OF LOSS:

| Item | RCV | Dep | ACV | Limit |
|---|---|---|---|---|
| Dwelling | $165,076.15 | $0.00 | $165,076.15 | $0.00 |
| Other Structures | $0.00 | $0.00 | $0.00 | $0.00 |
| Contents | $114,366.49 | $0.00 | $114,366.49 | $0.00 |
| Additional Living Expenses | $33,015.23 | $0.00 | $33,015.23 | $0.00 |
| **TOTALS** | $312,457.87 | $0.00 | $312,457.87 | |

| | |
|---|---|
| Deductible | $0.00 |
| Claim Payable | $312,457.87 |
| Less Prior Payments | $0.00 |
| Due Insured | **$312,457.87** |

Deductibles and depreciation are not applicable as this is not an insurance claim.

## RECOMMENDATIONS:

Recommendations include, but are not limited to the three areas of indemnity listed above. Should any forementioned changes be necessary to the listed areas of indemnity it is recommended that such changes be reasonably considered.

_____     7/17/2011
Scott Taylor                                         Date

| | *Flood Contents Worksheet* | | Insd. Hm.# | | Date: | | | RCV | 114,366.49 |
|---|---|---|---|---|---|---|---|---|---|
| | **Contents Inventory List** | | Insd. Wk.# | | Type Policy: | | | DEPR | |
| Homeowner | Alvin Livers | | DOL: | | Pol. # | | | ACV | 114,366.49 |
| Address: | 4924 St. Claude Ave. | | Ins. Co. | | Clm. # | | Repair/Restore | | |
| Address: | New Orleans, LA 70117 | | Ins. Adj. | | Sales Tax | 8% | ACV + Repair | 114,366.49 | |

| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Sofa (Victorian) | 2500.00 | | 3yrs | Living Room | 2,700.00 | | | 2,700.00 | 2,700.00 |
| 2 | 1 | Coffee Table (Victorian) | 1000.00 | | 3yrs | Living Room | 1,080.00 | | | 1,080.00 | 1,080.00 |
| 3 | 2 | End Tables (Victorian) | 1012.50 | | 3yrs | Living Room | 2,187.00 | | | 2,187.00 | 2,187.00 |
| 4 | 2 | Lamps | 500.00 | | 3yrs | Living Room | 1,080.00 | | | 1,080.00 | 1,080.00 |
| 5 | 1 | Gold Wall Table | 700.00 | | 3yrs | Living Room | 756.00 | | | 756.00 | 756.00 |
| 6 | 1 | Gold Frame Mirror | 675.00 | | 3yrs | Living Room | 729.00 | | | 729.00 | 729.00 |
| 7 | 4 | Pairs Window Drapes | 62.50 | | 1yr | Living Room | 270.00 | | | 270.00 | 270.00 |
| 8 | 1 | Chair | 200.00 | | 3yrs | Living Room | 216.00 | | | 216.00 | 216.00 |
| 9 | 1 | Dining Room Set 6 Chairs | 800.00 | | 2yrs | Dining Room | 864.00 | | | 864.00 | 864.00 |
| 10 | 1 | Small TV | 55.00 | | 4yrs | Dining Room | 59.40 | | | 59.40 | 59.40 |
| 11 | 1 | Buffet Cabinet | 800.00 | | 2yrs | Dining Room | 864.00 | | | 864.00 | 864.00 |
| 12 | 1 | Set of China | 100.00 | | 2yrs | Dining Room | 108.00 | | | 108.00 | 108.00 |
| 13 | 1 | Silverware | 75.00 | | 5yrs | Dining Room | 81.00 | | | 81.00 | 81.00 |
| 14 | 1 | Lamp | 125.00 | | 4yrs | Dining Room | 135.00 | | | 135.00 | 135.00 |
| 15 | 2 | Sets of Glasses | 12.50 | | 3yrs | Dining Room | 27.00 | | | 27.00 | 27.00 |
| 16 | 1 | Wall Table | 225.00 | | 3yrs | Dining Room | 243.00 | | | 243.00 | 243.00 |
| 17 | 1 | Lamp Table (floor) | 45.00 | | 1yr | Dining Room | 48.60 | | | 48.60 | 48.60 |
| 18 | 1 | Floral Arrangement | 55.00 | | 2yrs | Dining Room | 59.40 | | | 59.40 | 59.40 |
| 19 | 3 | Sets of Drapes | 100.00 | | 2yrs | Dining Room | 324.00 | | | 324.00 | 324.00 |
| 20 | 1 | Custom Made Cabinets | 35000.00 | | 5yrs | Kitchen | 37,800.00 | | | 37,800.00 | 37,800.00 |

| | *Flood Contents Worksheet* | | Insd. Hm.# | | Date: | | | RCV | 114,366.49 |
|---|---|---|---|---|---|---|---|---|---|
| | **Contents Inventory List** | | Insd. Wk.# | | Type Policy: | | | DEPR | |
| Homeowner | Alvin Livers | | DOL: | | Pol. # | | | ACV | 114,366.49 |
| Address: | 4924 St. Claude Ave. | | Ins. Co. | | Clm. # | | Repair/Restore | | |
| Address: | New Orleans, LA 70117 | | Ins. Adj. | | Sales Tax | 8% | ACV + Repair | 114,366.49 | |

| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 1 | Refrigerator | 1400.00 | | 2.5yrs | Kitchen | 1,512.00 | | | 1,512.00 | 1,512.00 |
| 22 | 1 | Freezer | 199.00 | | 1yr | Kitchen | 214.92 | | | 214.92 | 214.92 |
| 23 | 1 | Stove | 795.00 | | 3yrs | Kitchen | 858.60 | | | 858.60 | 858.60 |
| 24 | 1 | Disher Washer | 199.00 | | 3yrs | Kitchen | 214.92 | | | 214.92 | 214.92 |
| 25 | 2 | Bar Stools | 72.50 | | 3yrs | Kitchen | 156.60 | | | 156.60 | 156.60 |
| 26 | 1 | Island | 550.00 | | 2yrs | Kitchen | 594.00 | | | 594.00 | 594.00 |
| 27 | 1 | Set of Dishes | 50.00 | | - | Kitchen | 54.00 | | | 54.00 | 54.00 |
| 28 | 1 | Set of Magnet Pots | 175.00 | | 5yrs | Kitchen | 189.00 | | | 189.00 | 189.00 |
| 29 | 1 | Set of Pots | 59.99 | | 1yr | Kitchen | 64.79 | | | 64.79 | 64.79 |
| 30 | 2 | Sets Silverware | 12.50 | | 2yrs | Kitchen | 27.00 | | | 27.00 | 27.00 |
| 31 | 2 | Sets of Glasses | 10.00 | | - | Kitchen | 21.60 | | | 21.60 | 21.60 |
| 32 | 3 | Book Cases | 333.33 | | 6yrs | Study | 1,080.00 | | | 1,080.00 | 1,080.00 |
| 33 | 300 | Books | 10.00 | | - | Study | 3,240.00 | | | 3,240.00 | 3,240.00 |
| 34 | 1 | Sofa | 899.00 | | 3yrs | Study | 970.92 | | | 970.92 | 970.92 |
| 35 | 1 | Computer | 450.00 | | 4yrs | Study | 486.00 | | | 486.00 | 486.00 |
| 36 | 1 | Computer Desk | 99.00 | | 4yrs | Study | 106.92 | | | 106.92 | 106.92 |
| 37 | 1 | Desk | 50.00 | | 2yrs | Study | 54.00 | | | 54.00 | 54.00 |
| 38 | 1 | Television | 100.00 | | 1yr | Kitchen | 108.00 | | | 108.00 | 108.00 |
| 39 | 1 | Coffee Pot | 45.00 | | - | Kitchen | 48.60 | | | 48.60 | 48.60 |
| 40 | 1 | Toaster | 30.00 | | 1yr | Kitchen | 32.40 | | | 32.40 | 32.40 |

| | *Flood Contents Worksheet* | | Insd. Hm.# | | Date: | | | RCV | 114,366.49 |
|---|---|---|---|---|---|---|---|---|---|
| | **Contents Inventory List** | | Insd. Wk.# | | Type Policy: | | | DEPR | |
| Homeowner | Alvin Livers | | DOL: | | Pol. # | | | ACV | 114,366.49 |
| Address: | 4924 St. Claude Ave. | | Ins. Co. | | Clm. # | | Repair/Restore | | |
| Address: | New Orleans, LA 70117 | | Ins. Adj. | | Sales Tax | 8% | ACV + Repair | 114,366.49 | |

| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 1 | Microwave | 499.00 | | 3yrs | Kitchen | 538.92 | | | 538.92 | 538.92 |
| 42 | 1 | Chicken Fryer | 30.00 | | 1yr | Kitchen | 32.40 | | | 32.40 | 32.40 |
| 43 | 1 | G.F. Hamburger Grill | 29.99 | | 1yr | Kitchen | 32.39 | | | 32.39 | 32.39 |
| 44 | 1 | Television | 199.00 | | 1yr | Kitchen | 214.92 | | | 214.92 | 214.92 |
| 45 | 1 | Radio | 39.99 | | 1yr | Kitchen | 43.19 | | | 43.19 | 43.19 |
| 46 | 1 | CD Player | 149.99 | | 1yr | Family Room | 161.99 | | | 161.99 | 161.99 |
| 47 | 1 | VCR | 39.99 | | 1yr | Family Room | 43.19 | | | 43.19 | 43.19 |
| 48 | 1 | CD-Radio (undercounter) | 179.99 | GE | 3yrs | Family Room | 194.39 | | | 194.39 | 194.39 |
| 49 | 1 | Tape Recorder | 69.99 | | 2yrs | Family Room | 75.59 | | | 75.59 | 75.59 |
| 50 | 1 | Leather Sofa | 999.99 | Thomasville | 2.5yrs | Family Room | 1,079.99 | | | 1,079.99 | 1,079.99 |
| 51 | 1 | Leather Love Seat | 599.00 | Thomasville | 2.5yrs | Family Room | 646.92 | | | 646.92 | 646.92 |
| 52 | 1 | Table | 159.00 | Thomasville | 2.5yrs | Family Room | 171.72 | | | 171.72 | 171.72 |
| 53 | 2 | End Tables | 125.00 | Thomasville | 2.5yrs | Family Room | 270.00 | | | 270.00 | 270.00 |
| 54 | 1 | Fireplace | 500.00 | | 7yrs | Family Room | 540.00 | | | 540.00 | 540.00 |
| 55 | 1 | Stereo Sound System | 2500.00 | | 1yr | Family Room | 2,700.00 | | | 2,700.00 | 2,700.00 |
| 56 | 1 | Entertainment cabin | 499.00 | | 1yr | Family Room | 538.92 | | | 538.92 | 538.92 |
| 57 | 1 | Television (60 in.) | 15000.00 | | 3yrs | Family Room | 16,200.00 | | | 16,200.00 | 16,200.00 |
| 58 | 1 | Digital Camera | 100.00 | | 1yr | Study | 108.00 | | | 108.00 | 108.00 |
| 59 | 1 | Copy Machine | 175.00 | | 6mo | Study | 189.00 | | | 189.00 | 189.00 |
| 60 | 1 | Reclining Chair | 299.00 | | 1yr | Family Room | 322.92 | | | 322.92 | 322.92 |

| | *Flood Contents Worksheet* | | Insd. Hm.# | | Date: | | | RCV | 114,366.49 |
|---|---|---|---|---|---|---|---|---|---|
| | **Contents Inventory List** | | Insd. Wk.# | | Type Policy: | | | DEPR | |
| Homeowner | Alvin Livers | | DOL: | | Pol. # | | | ACV | 114,366.49 |
| Address: | 4924 St. Claude Ave. | | Ins. Co. | | Clm. # | | Repair/Restore | | |
| Address: | New Orleans, LA 70117 | | Ins. Adj. | | Sales Tax | 8% | ACV + Repair | 114,366.49 | |
| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 1 | Large Clock | 199.00 | | 1yr | Family Room | 214.92 | | | 214.92 | 214.92 |
| 62 | 1 | Refrigerator | 599.00 | | 3yrs | Shed | 646.92 | | | 646.92 | 646.92 |
| 63 | 1 | Freezer (Large) | 599.00 | | 1yr | Shed | 646.92 | | | 646.92 | 646.92 |
| 64 | 2 | Lawnmowers | 237.50 | | 2yrs | Shed | 513.00 | | | 513.00 | 513.00 |
| 65 | 1 | Washer | 299.00 | | 4yrs | Shed | 322.92 | | | 322.92 | 322.92 |
| 66 | 1 | Dryer | 299.00 | | 4yrs | Shed | 322.92 | | | 322.92 | 322.92 |
| 67 | 1 | Hot Water Heater (60 gal.) | 600.00 | | 5yrs | Shed | 648.00 | | | 648.00 | 648.00 |
| 68 | 1 | Bicycle | 129.00 | | 1yr | Shed | 139.32 | | | 139.32 | 139.32 |
| 69 | 4 | Fishing Rods | 75.00 | | 1-3yrs | Shed | 324.00 | | | 324.00 | 324.00 |
| 70 | 1 | Tools | 1800.00 | | - | Shed | 1,944.00 | | | 1,944.00 | 1,944.00 |
| 71 | 1 | Television | 155.00 | | 5yrs | Shed | 167.40 | | | 167.40 | 167.40 |
| 72 | 1 | Microwave | 199.00 | | 5yrs | Shed | 214.92 | | | 214.92 | 214.92 |
| 73 | 1 | Barbecue Grill | 169.00 | | 1yr | Yard | 182.52 | | | 182.52 | 182.52 |
| 74 | 1 | Small Portable TV | 50.00 | | 3mo | Guest Room | 54.00 | | | 54.00 | 54.00 |
| 75 | 1 | Picture | 179.00 | | 3yrs | Guest Room | 193.32 | | | 193.32 | 193.32 |
| 76 | 1 | Bedroom Set | 1700.00 | | 5yrs | Guest Room | 1,836.00 | | | 1,836.00 | 1,836.00 |
| 77 | 1 | Television | 199.00 | | 1yr | Guest Room | 214.92 | | | 214.92 | 214.92 |
| 78 | 1 | Lamp | 75.00 | | 1yr | Guest Room | 81.00 | | | 81.00 | 81.00 |
| 79 | 1 | Table | 125.99 | | 1yr | Guest Room | 136.07 | | | 136.07 | 136.07 |
| 80 | 1 | Recorder | 75.00 | | 2mo | Guest Room | 81.00 | | | 81.00 | 81.00 |

| | *Flood Contents Worksheet* | | Insd. Hm.# | | Date: | | | RCV | 114,366.49 |
|---|---|---|---|---|---|---|---|---|---|
| | **Contents Inventory List** | | Insd. Wk.# | | Type Policy: | | | DEPR | |
| Homeowner | Alvin Livers | | DOL: | | Pol. # | | | ACV | 114,366.49 |
| Address: | 4924 St. Claude Ave. | | Ins. Co. | | Clm. # | | Repair/Restore | | |
| Address: | New Orleans, LA 70117 | | Ins. Adj. | | Sales Tax | 8% | ACV + Repair | 114,366.49 | |

| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | 1 | Stereo | 150.00 | | 6mo | Guest Room | 162.00 | | | 162.00 | 162.00 |
| 82 | 100 | Books | 3.00 | | - | Guest Room | 324.00 | | | 324.00 | 324.00 |
| 83 | 1 | Book Case | 95.99 | | 5yrs | Guest Room | 103.67 | | | 103.67 | 103.67 |
| 84 | 1 | Bedroom Set | 1000.00 | | 4yrs | Master Upstair | 1,080.00 | | | 1,080.00 | 1,080.00 |
| 85 | 2 | End Tables | 600.00 | | 4yrs | Master Upstair | 1,296.00 | | | 1,296.00 | 1,296.00 |
| 86 | 1 | Television | 299.00 | | 4yrs | Master | 322.92 | | | 322.92 | 322.92 |
| 87 | 1 | TV Stand | 50.00 | | 4yrs | Master | 54.00 | | | 54.00 | 54.00 |
| 88 | 2 | Lamps | 160.00 | | 4yrs | Master | 345.60 | | | 345.60 | 345.60 |
| 89 | 4 | Mattress - Box Spring | 1200.00 | | 4yrs | (2) Master | 5,184.00 | | | 5,184.00 | 5,184.00 |
| 90 | 1 | Blue Fox Jacket | 999.00 | | 5yrs | Shed | 1,078.92 | | | 1,078.92 | 1,078.92 |
| 91 | 1 | Leather Suit | 600.00 | | 3yrs | Shed | 648.00 | | | 648.00 | 648.00 |
| 92 | 40 | Suits | 75.00 | | - | Master Shed | 3,240.00 | | | 3,240.00 | 3,240.00 |
| 93 | 75 | Shoes | 19.33 | | - | Master Shed | 1,566.00 | | | 1,566.00 | 1,566.00 |
| 94 | 80 | Purses | 17.19 | | - | Downstair Master | 1,485.00 | | | 1,485.00 | 1,485.00 |
| 95 | 5 | Coats | 150.00 | | - | Master | 810.00 | | | 810.00 | 810.00 |
| 96 | 10 | Sheet set | 40.00 | | - | Closet | 432.00 | | | 432.00 | 432.00 |
| 97 | 4 | Spreads (Bed) | 125.00 | | - | Closet | 540.00 | | | 540.00 | 540.00 |
| 98 | 1 | Desk Chair | 175.00 | | 3yrs | Study Room | 189.00 | | | 189.00 | 189.00 |
| 99 | 2 | Crack - Pots | 50.00 | | 1yr | Kitchen | 108.00 | | | 108.00 | 108.00 |
| 100 | 1 | Patio Set | 299.00 | | 3mo | Yard | 322.92 | | | 322.92 | 322.92 |

| *Flood Contents Worksheet* | | | Insd. Hm.# | | Date: | | | RCV | **114,366.49** |
|---|---|---|---|---|---|---|---|---|---|
| **Contents Inventory List** | | | Insd. Wk.# | | Type Policy: | | | DEPR | |
| Homeowner | Alvin Livers | | DOL: | | Pol. # | | | ACV | **114,366.49** |
| Address: | 4924 St. Claude Ave. | | Ins. Co. | | Clm. # | | | Repair/Restore | |
| Address: | New Orleans, LA 70117 | | Ins. Adj. | | Sales Tax | **8%** | | ACV + Repair | **114,366.49** |

| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | 1 | Weedeater | 199.00 | | 6mo | Shed | 214.92 | | | 214.92 | 214.92 |
| 102 | 1 | Blower | 69.00 | | 1yr | Shed | 74.52 | | | 74.52 | 74.52 |
| 103 | 1 | VCR | 75.00 | | 4yrs | Study | 81.00 | | | 81.00 | 81.00 |
| 104 | 7 | Fans | 85.71 | | 2yrs | - | 648.00 | | | 648.00 | 648.00 |
| 105 | 1 | Chandelier | 499.00 | | 3yrs | Living Room | 538.92 | | | 538.92 | 538.92 |
| 106 | 1 | Table and Chairs | 799.00 | | 3yrs | Kitchen | 862.92 | | | 862.92 | 862.92 |
| 107 | | | | | | | | | | | |
| 108 | | | | | | | | | | | |
| 109 | | | | | | | | | | | |
| 110 | | | | | | | | | | | |
| 111 | | | | | | | | | | | |
| 112 | | | | | | | | | | | |
| 113 | | | | | | | | | | | |
| 114 | | | | | | | | | | | |
| 115 | | | | | | | | | | | |
| 116 | | | | | | | | | | | |
| 117 | | | | | | | | | | | |
| 118 | | | | | | | | | | | |
| 119 | | | | | | | | | | | |
| 120 | | | | | | | | | | | |

| | *Flood Contents Worksheet* | | Insd. Hm.# | | Date: | | | RCV | 114,366.49 |
|---|---|---|---|---|---|---|---|---|---|
| | **Contents Inventory List** | | Insd. Wk.# | | Type Policy: | | | DEPR | |
| Homeowner | Alvin Livers | | DOL: | | Pol. # | | | ACV | 114,366.49 |
| Address: | 4924 St. Claude Ave. | | Ins. Co. | | Clm. # | | Repair/Restore | | |
| Address: | New Orleans, LA 70117 | | Ins. Adj. | | Sales Tax | 8% | ACV + Repair | 114,366.49 | |

| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Sofa (Victorian) | 2500.00 | | 3yrs | Living Room | 2,700.00 | | | 2,700.00 | 2,700.00 |
| 2 | 1 | Coffee Table (Victorian) | 1000.00 | | 3yrs | Living Room | 1,080.00 | | | 1,080.00 | 1,080.00 |
| 3 | 2 | End Tables (Victorian) | 1012.50 | | 3yrs | Living Room | 2,187.00 | | | 2,187.00 | 2,187.00 |
| 4 | 2 | Lamps | 500.00 | | 3yrs | Living Room | 1,080.00 | | | 1,080.00 | 1,080.00 |
| 5 | 1 | Gold Wall Table | 700.00 | | 3yrs | Living Room | 756.00 | | | 756.00 | 756.00 |
| 6 | 1 | Gold Frame Mirror | 675.00 | | 3yrs | Living Room | 729.00 | | | 729.00 | 729.00 |
| 7 | 4 | Pairs Window Drapes | 62.50 | | 1yr | Living Room | 270.00 | | | 270.00 | 270.00 |
| 8 | 1 | Chair | 200.00 | | 3yrs | Living Room | 216.00 | | | 216.00 | 216.00 |
| 9 | 1 | Dining Room Set 6 Chairs | 800.00 | | 2yrs | Dining Room | 864.00 | | | 864.00 | 864.00 |
| 10 | 1 | Small TV | 55.00 | | 4yrs | Dining Room | 59.40 | | | 59.40 | 59.40 |
| 11 | 1 | Buffet Cabinet | 800.00 | | 2yrs | Dining Room | 864.00 | | | 864.00 | 864.00 |
| 12 | 1 | Set of China | 100.00 | | 2yrs | Dining Room | 108.00 | | | 108.00 | 108.00 |
| 13 | 1 | Silverware | 75.00 | | 5yrs | Dining Room | 81.00 | | | 81.00 | 81.00 |
| 14 | 1 | Lamp | 125.00 | | 4yrs | Dining Room | 135.00 | | | 135.00 | 135.00 |
| 15 | 2 | Sets of Glasses | 12.50 | | 3yrs | Dining Room | 27.00 | | | 27.00 | 27.00 |
| 16 | 1 | Wall Table | 225.00 | | 3yrs | Dining Room | 243.00 | | | 243.00 | 243.00 |
| 17 | 1 | Lamp Table (floor) | 45.00 | | 1yr | Dining Room | 48.60 | | | 48.60 | 48.60 |
| 18 | 1 | Floral Arrangement | 55.00 | | 2yrs | Dining Room | 59.40 | | | 59.40 | 59.40 |
| 19 | 3 | Sets of Drapes | 100.00 | | 2yrs | Dining Room | 324.00 | | | 324.00 | 324.00 |
| 20 | 1 | Custom Made Cabinets | 35000.00 | | 5yrs | Kitchen | 37,800.00 | | | 37,800.00 | 37,800.00 |

| | *Flood Contents Worksheet* | Insd. Hm.# | | Date: | | RCV | 114,366.49 |
|---|---|---|---|---|---|---|---|
| | **Contents Inventory List** | Insd. Wk.# | | Type Policy: | | DEPR | |
| Homeowner | Alvin Livers | DOL: | | Pol. # | | ACV | 114,366.49 |
| Address: | 4924 St. Claude Ave. | Ins. Co. | | Clm. # | | Repair/Restore | |
| Address: | New Orleans, LA 70117 | Ins. Adj. | | Sales Tax | 8% | ACV + Repair | 114,366.49 |

| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV Incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 1 | Refrigerator | 1400.00 | | 2.5yrs | Kitchen | 1,512.00 | | | 1,512.00 | 1,512.00 |
| 22 | 1 | Freezer | 199.00 | | 1yr | Kitchen | 214.92 | | | 214.92 | 214.92 |
| 23 | 1 | Stove | 795.00 | | 3yrs | Kitchen | 858.60 | | | 858.60 | 858.60 |
| 24 | 1 | Disher Washer | 199.00 | | 3yrs | Kitchen | 214.92 | | | 214.92 | 214.92 |
| 25 | 2 | Bar Stools | 72.50 | | 3yrs | Kitchen | 156.60 | | | 156.60 | 156.60 |
| 26 | 1 | Island | 550.00 | | 2yrs | Kitchen | 594.00 | | | 594.00 | 594.00 |
| 27 | 1 | Set of Dishes | 50.00 | | - | Kitchen | 54.00 | | | 54.00 | 54.00 |
| 28 | 1 | Set of Magnet Pots | 175.00 | | 5yrs | Kitchen | 189.00 | | | 189.00 | 189.00 |
| 29 | 1 | Set of Pots | 59.99 | | 1yr | Kitchen | 64.79 | | | 64.79 | 64.79 |
| 30 | 2 | Sets Silverware | 12.50 | | 2yrs | Kitchen | 27.00 | | | 27.00 | 27.00 |
| 31 | 2 | Sets of Glasses | 10.00 | | - | Kitchen | 21.60 | | | 21.60 | 21.60 |
| 32 | 3 | Book Cases | 333.33 | | 6yrs | Study | 1,080.00 | | | 1,080.00 | 1,080.00 |
| 33 | 300 | Books | 10.00 | | - | Study | 3,240.00 | | | 3,240.00 | 3,240.00 |
| 34 | 1 | Sofa | 899.00 | | 3yrs | Study | 970.92 | | | 970.92 | 970.92 |
| 35 | 1 | Computer | 450.00 | | 4yrs | Study | 486.00 | | | 486.00 | 486.00 |
| 36 | 1 | Computer Desk | 99.00 | | 4yrs | Study | 106.92 | | | 106.92 | 106.92 |
| 37 | 1 | Desk | 50.00 | | 2yrs | Study | 54.00 | | | 54.00 | 54.00 |
| 38 | 1 | Television | 100.00 | | 1yr | Kitchen | 108.00 | | | 108.00 | 108.00 |
| 39 | 1 | Coffee Pot | 45.00 | | - | Kitchen | 48.60 | | | 48.60 | 48.60 |
| 40 | 1 | Toaster | 30.00 | | 1yr | Kitchen | 32.40 | | | 32.40 | 32.40 |

| | *Flood Contents Worksheet* | | Insd. Hm.# | | Date: | | | RCV | 114,366.49 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Contents Inventory List** | | Insd. Wk.# | | Type Policy: | | | DEPR | | |
| Homeowner | Alvin Livers | | DOL: | | Pol. # | | | ACV | 114,366.49 | |
| Address: | 4924 St. Claude Ave. | | Ins. Co. | | Clm. # | | Repair/Restore | | | |
| Address: | New Orleans, LA 70117 | | Ins. Adj. | | Sales Tax | 8% | | ACV + Repair | 114,366.49 | |

| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 1 | Microwave | 499.00 | | 3yrs | Kitchen | 538.92 | | | 538.92 | 538.92 |
| 42 | 1 | Chicken Fryer | 30.00 | | 1yr | Kitchen | 32.40 | | | 32.40 | 32.40 |
| 43 | 1 | G.F. Hamburger Grill | 29.99 | | 1yr | Kitchen | 32.39 | | | 32.39 | 32.39 |
| 44 | 1 | Television | 199.00 | | 1yr | Kitchen | 214.92 | | | 214.92 | 214.92 |
| 45 | 1 | Radio | 39.99 | | 1yr | Kitchen | 43.19 | | | 43.19 | 43.19 |
| 46 | 1 | CD Player | 149.99 | | 1yr | Family Room | 161.99 | | | 161.99 | 161.99 |
| 47 | 1 | VCR | 39.99 | | 1yr | Family Room | 43.19 | | | 43.19 | 43.19 |
| 48 | 1 | CD-Radio (undercounter) | 179.99 | GE | 3yrs | Family Room | 194.39 | | | 194.39 | 194.39 |
| 49 | 1 | Tape Recorder | 69.99 | | 2yrs | Family Room | 75.59 | | | 75.59 | 75.59 |
| 50 | 1 | Leather Sofa | 999.99 | Thomasville | 2.5yrs | Family Room | 1,079.99 | | | 1,079.99 | 1,079.99 |
| 51 | 1 | Leather Love Seat | 599.00 | Thomasville | 2.5yrs | Family Room | 646.92 | | | 646.92 | 646.92 |
| 52 | 1 | Table | 159.00 | Thomasville | 2.5yrs | Family Room | 171.72 | | | 171.72 | 171.72 |
| 53 | 2 | End Tables | 125.00 | Thomasville | 2.5yrs | Family Room | 270.00 | | | 270.00 | 270.00 |
| 54 | 1 | Fireplace | 500.00 | | 7yrs | Family Room | 540.00 | | | 540.00 | 540.00 |
| 55 | 1 | Stereo Sound System | 2500.00 | | 1yr | Family Room | 2,700.00 | | | 2,700.00 | 2,700.00 |
| 56 | 1 | Entertainment cabin | 499.00 | | 1yr | Family Room | 538.92 | | | 538.92 | 538.92 |
| 57 | 1 | Television (60 in.) | 15000.00 | | 3yrs | Family Room | 16,200.00 | | | 16,200.00 | 16,200.00 |
| 58 | 1 | Digital Camera | 100.00 | | 1yr | Study | 108.00 | | | 108.00 | 108.00 |
| 59 | 1 | Copy Machine | 175.00 | | 6mo | Study | 189.00 | | | 189.00 | 189.00 |
| 60 | 1 | Reclining Chair | 299.00 | | 1yr | Family Room | 322.92 | | | 322.92 | 322.92 |

| | *Flood Contents Worksheet* | | Insd. Hm.# | | Date: | | | RCV | 114,366.49 |
|---|---|---|---|---|---|---|---|---|---|
| | **Contents Inventory List** | | Insd. Wk.# | | Type Policy: | | | DEPR | |
| Homeowner | Alvin Livers | | DOL: | | Pol. # | | | ACV | 114,366.49 |
| Address: | 4924 St. Claude Ave. | | Ins. Co. | | Clm. # | | Repair/Restore | | |
| Address: | New Orleans, LA 70117 | | Ins. Adj. | | Sales Tax | 8% | ACV + Repair | 114,366.49 | |

| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 1 | Large Clock | 199.00 | | 1yr | Family Room | 214.92 | | | 214.92 | 214.92 |
| 62 | 1 | Refrigerator | 599.00 | | 3yrs | Shed | 646.92 | | | 646.92 | 646.92 |
| 63 | 1 | Freezer (Large) | 599.00 | | 1yr | Shed | 646.92 | | | 646.92 | 646.92 |
| 64 | 2 | Lawnmowers | 237.50 | | 2yrs | Shed | 513.00 | | | 513.00 | 513.00 |
| 65 | 1 | Washer | 299.00 | | 4yrs | Shed | 322.92 | | | 322.92 | 322.92 |
| 66 | 1 | Dryer | 299.00 | | 4yrs | Shed | 322.92 | | | 322.92 | 322.92 |
| 67 | 1 | Hot Water Heater (60 gal.) | 600.00 | | 5yrs | Shed | 648.00 | | | 648.00 | 648.00 |
| 68 | 1 | Bicycle | 129.00 | | 1yr | Shed | 139.32 | | | 139.32 | 139.32 |
| 69 | 4 | Fishing Rods | 75.00 | | 1-3yrs | Shed | 324.00 | | | 324.00 | 324.00 |
| 70 | 1 | Tools | 1800.00 | | - | Shed | 1,944.00 | | | 1,944.00 | 1,944.00 |
| 71 | 1 | Television | 155.00 | | 5yrs | Shed | 167.40 | | | 167.40 | 167.40 |
| 72 | 1 | Microwave | 199.00 | | 5yrs | Shed | 214.92 | | | 214.92 | 214.92 |
| 73 | 1 | Barbecue Grill | 169.00 | | 1yr | Yard | 182.52 | | | 182.52 | 182.52 |
| 74 | 1 | Small Portable TV | 50.00 | | 3mo | Guest Room | 54.00 | | | 54.00 | 54.00 |
| 75 | 1 | Picture | 179.00 | | 3yrs | Guest Room | 193.32 | | | 193.32 | 193.32 |
| 76 | 1 | Bedroom Set | 1700.00 | | 5yrs | Guest Room | 1,836.00 | | | 1,836.00 | 1,836.00 |
| 77 | 1 | Television | 199.00 | | 1yr | Guest Room | 214.92 | | | 214.92 | 214.92 |
| 78 | 1 | Lamp | 75.00 | | 1yr | Guest Room | 81.00 | | | 81.00 | 81.00 |
| 79 | 1 | Table | 125.99 | | 1yr | Guest Room | 136.07 | | | 136.07 | 136.07 |
| 80 | 1 | Recorder | 75.00 | | 2mo | Guest Room | 81.00 | | | 81.00 | 81.00 |

| | *Flood Contents Worksheet* | Insd. Hm.# | | Date: | | RCV | 114,366.49 |
|---|---|---|---|---|---|---|---|
| | **Contents Inventory List** | Insd. Wk.# | | Type Policy: | | DEPR | |
| Homeowner | Alvin Livers | DOL: | | Pol. # | | ACV | 114,366.49 |
| Address: | 4924 St. Claude Ave. | Ins. Co. | | Clm. # | | Repair/Restore | |
| Address: | New Orleans, LA 70117 | Ins. Adj. | | Sales Tax | 8% | ACV + Repair | 114,366.49 |

| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | 1 | Stereo | 150.00 | | 6mo | Guest Room | 162.00 | | | 162.00 | 162.00 |
| 82 | 100 | Books | 3.00 | | - | Guest Room | 324.00 | | | 324.00 | 324.00 |
| 83 | 1 | Book Case | 95.99 | | 5yrs | Guest Room | 103.67 | | | 103.67 | 103.67 |
| 84 | 1 | Bedroom Set | 1000.00 | | 4yrs | Master Upstair | 1,080.00 | | | 1,080.00 | 1,080.00 |
| 85 | 2 | End Tables | 600.00 | | 4yrs | Master Upstair | 1,296.00 | | | 1,296.00 | 1,296.00 |
| 86 | 1 | Television | 299.00 | | 4yrs | Master | 322.92 | | | 322.92 | 322.92 |
| 87 | 1 | TV Stand | 50.00 | | 4yrs | Master | 54.00 | | | 54.00 | 54.00 |
| 88 | 2 | Lamps | 160.00 | | 4yrs | Master | 345.60 | | | 345.60 | 345.60 |
| 89 | 4 | Mattress - Box Spring | 1200.00 | | 4yrs | (2) Master | 5,184.00 | | | 5,184.00 | 5,184.00 |
| 90 | 1 | Blue Fox Jacket | 999.00 | | 5yrs | Shed | 1,078.92 | | | 1,078.92 | 1,078.92 |
| 91 | 1 | Leather Suit | 600.00 | | 3yrs | Shed | 648.00 | | | 648.00 | 648.00 |
| 92 | 40 | Suits | 75.00 | | - | Master Shed | 3,240.00 | | | 3,240.00 | 3,240.00 |
| 93 | 75 | Shoes | 19.33 | | - | Master Shed | 1,566.00 | | | 1,566.00 | 1,566.00 |
| 94 | 80 | Purses | 17.19 | | - | Downstair Master | 1,485.00 | | | 1,485.00 | 1,485.00 |
| 95 | 5 | Coats | 150.00 | | - | Master | 810.00 | | | 810.00 | 810.00 |
| 96 | 10 | Sheet set | 40.00 | | - | Closet | 432.00 | | | 432.00 | 432.00 |
| 97 | 4 | Spreads (Bed) | 125.00 | | - | Closet | 540.00 | | | 540.00 | 540.00 |
| 98 | 1 | Desk Chair | 175.00 | | 3yrs | Study Room | 189.00 | | | 189.00 | 189.00 |
| 99 | 2 | Crack - Pots | 50.00 | | 1yr | Kitchen | 108.00 | | | 108.00 | 108.00 |
| 100 | 1 | Patio Set | 299.00 | | 3mo | Yard | 322.92 | | | 322.92 | 322.92 |

| *Flood Contents Worksheet* | | | Insd. Hm.# | | Date: | | | RCV | 114,366.49 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Contents Inventory List** | | Insd. Wk.# | | Type Policy: | | | DEPR | | |
| Homeowner | Alvin Livers | | DOL: | | Pol. # | | | ACV | 114,366.49 | |
| Address: | 4924 St. Claude Ave. | | Ins. Co. | | Clm. # | | | Repair/Restore | | |
| Address: | New Orleans, LA 70117 | | Ins. Adj. | | Sales Tax | 8% | | ACV + Repair | 114,366.49 | |
| Item | Qty. | Description | Base RCV | Make, Model… | Age or Yr | Room or Store | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
| 101 | 1 | Weedeater | 199.00 | | 6mo | Shed | 214.92 | | | 214.92 | 214.92 |
| 102 | 1 | Blower | 69.00 | | 1yr | Shed | 74.52 | | | 74.52 | 74.52 |
| 103 | 1 | VCR | 75.00 | | 4yrs | Study | 81.00 | | | 81.00 | 81.00 |
| 104 | 7 | Fans | 85.71 | | 2yrs | - | 648.00 | | | 648.00 | 648.00 |
| 105 | 1 | Chandelier | 499.00 | | 3yrs | Living Room | 538.92 | | | 538.92 | 538.92 |
| 106 | 1 | Table and Chairs | 799.00 | | 3yrs | Kitchen | 862.92 | | | 862.92 | 862.92 |
| 107 | | | | | | | | | | | |
| 108 | | | | | | | | | | | |
| 109 | | | | | | | | | | | |
| 110 | | | | | | | | | | | |
| 111 | | | | | | | | | | | |
| 112 | | | | | | | | | | | |
| 113 | | | | | | | | | | | |
| 114 | | | | | | | | | | | |
| 115 | | | | | | | | | | | |
| 116 | | | | | | | | | | | |
| 117 | | | | | | | | | | | |
| 118 | | | | | | | | | | | |
| 119 | | | | | | | | | | | |
| 120 | | | | | | | | | | | |