# EXHIBIT 10

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION         NO. 05-4182 K2
                JUDGE DUVAL
PERTAINS TO MRGO        MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
    05-6314, 05-6324, 05-6327, 05-6359,
    06-0225, 06-0886, 06-1885, 06-2152,
    06-2278, 06-2287, 06-2824, 06-4024,
    06-4065, 06-4066, 06-4389, 06-4634,
    06-4931, 06-5032, 06-5155, 06-5159,
    06-5156, 06-5162, 06-5260, 06-5771,
    06-5786, 06-5937, 07-0206, 07-0621,
    07-1073, 07-1271, 07-1285

                * * *

    Deposition of ALVIN L. LIVERS, SR.,
given at the offices of Bruno & Bruno, 855
Baronne Street, New Orleans, Louisiana 70113,
on September 14th, 2011.
REPORTED BY:
    JOSEPH A. FAIRBANKS, JR., CCR, RPR
    CERTIFIED COURT REPORTER #75005

Page 2

1  APPEARANCES:
2
3  REPRESENTING THE PLAINTIFFS:
4      LAW OFFICE OF GERALD N. ANDRY, JR.
5      (BY:  GERALD N. ANDRY, JR., ESQUIRE)
6      710 Carondelet Street
7      New Orleans, Louisiana 70130
8      504-581-4334
9  - AND -
10     DEGRAVELLES, PALMINTIER, HOLTHAUS &
11     FRUGE, L.L.P.
12     (BY:  JOSHUA M. PALMINTIER, ESQUIRE)
13     618 Main Street
14     Baton Rouge, Louisiana 70801-1910
15     225-344-3735
16 - AND -
17     ANDRY LAW GROUP, LLC
18     (BY:  MICHELLE PURCHNER, ESQUIRE)
19     610 Baronne Street
20     New Orleans, Louisiana 70113
21     504-586-8899
22
23
24
25

Page 3

1  REPRESENTING THE UNITED STATES OF AMERICA:
2      U.S. DEPARTMENT OF JUSTICE
3      (BY:  JAMES F. MCCONNON, JR., ESQUIRE)
4      Torts Branch, Civil Division
5      P.O. Box 888
6      Benjamin Franklin Station
7      Washington, D.C. 20044
8      202-616-4289
9
10 REPRESENTING WASHINGTON GROUP INTERNATIONAL,
11     INC.:
12     JONES DAY
13     (BY:  CHRIS FARRELL, ESQUIRE)
14     51 Louisiana Avenue, N.W.
15     Washington, D.C. 20001-2113
16     202-879-4645
17 - and -
18     STONE PIGMAN WALTHER WITTMANN, L.L.C.
19     (BY:  WILLIAM D. TREEBY, ESQUIRE)
20     546 Carondelet Street
21     New Orleans, Louisiana 70130
22     504-581-3200
23
24 VIDEOGRAPHER:  GEORGETTE RINKUS (HART VIDEO)
25 ALSO PRESENT:  BARBARA LIVERS

Page 4

             E X A M I N A T I O N   I N D E X

EXAMINATION BY:                          PAGE
MR. FARRELL  ................................8
MR. MCCONNON ..............................247
MR. ANDRY    ..............................257

             E X H I B I T   I N D E X

EXHIBIT NO.                             PAGE
EXHIBIT 1   ...............................37
EXHIBIT 2   ...............................39
EXHIBIT 3   ...............................56
EXHIBIT 4   ...............................57
EXHIBIT 5   ...............................71
EXHIBIT 6   ...............................72
EXHIBIT 7   ...............................85
EXHIBIT 8   ..............................146
EXHIBIT 9   ..............................160
EXHIBIT 10  ..............................174
EXHIBIT 11  ..............................217
EXHIBIT 12  ..............................222
EXHIBIT 13  ..............................225
EXHIBIT 14  ..............................226
EXHIBIT 15  ..............................227

Page 25

1   Q. How long were you at your daughter's
2   house?
3   A. I was at my daughter house, I think it
4   was -- it was longer than my first time. I
5   think it was like a couple of months.
6   Q. Okay. All right. A couple of months,
7   then Forest Isle. And how long did you live at
8   Forest Isle?
9   A. I live at Forest Isle from, I say it
10  was like, um -- December to -- if I'm -- from
11  December till April, I think --
12  Q. Okay.
13  A. -- when I bought the other house.
14  Q. Okay. So then from Forest Isle you
15  moved into your current address in Gonzales.
16  A. Yes.
17  Q. Okay. Great. Thank you.
18      Just some more general background
19  stuff: I'd like to talk just briefly about
20  your educational background, Mr. Livers. Did
21  you graduate from high school?
22  A. Yeah.
23  Q. When did you graduate --
24  A. No. No. I didn't.
25  Q. Okay. Did you --

Page 26

1   A. No, sir.
2   Q. I'm sorry. I'm talking over you.
3   A. Yeah. I went to George Washington
4   Carver. And I went to my senior year at George
5   Washington Carver.
6   Q. And that's here in New Orleans? I'm
7   sorry. I'm not --
8   A. That's in New Orleans.
9   Q. Okay. Thank you. Through your senior
10  year, but did not complete your senior year?
11  A. No, I did not complete my senior year.
12  Q. Did you go to vocational or technical
13  school?
14  A. No.
15  Q. Okay. College?
16  A. No.
17  Q. Okay. Any other later classes or
18  additional education that you did?
19  A. No.
20  Q. Okay. Mr. Livers, where are you
21  currently employed?
22  A. Domino Sugar. Oh, where I'm currently
23  employed now?
24  Q. Yeah. Do you work now?
25  A. I'm sorry.

Page 27

1   Q. No, that's okay.
2   A. I retired.
3   Q. Congratulations. When did you retire?
4   A. In '03.
5   Q. Okay. And so you've been retired
6   since 2003?
7   A. Yes.
8   Q. What did you retire from; what was
9   your job that you retired from?
10  A. Um -- I had several jobs, but my main
11  job I retired from doing was forklift operator.
12  Q. Forklift operator. And who did you
13  operate the forklifts for; who was your
14  employer?
15  A. I had several employers --
16  Q. Okay.
17  A. -- because they changed the companies,
18  but I would take a shot in saying at the
19  particular time it was Tate & Lyle.
20  Q. That's T-A-T-E and --
21  A. And Lyle. Lyle. Just like --
22  Q. Is that L-A-U?
23  A. Uh --
24  Q. Okay. You said that you had a few
25  different jobs. Did you mean that you had a

Page 28

1   few jobs you were working at the same time?
2   A. No. What I meant when I said that, I
3   meant that at the refinery, some people -- they
4   had several companies bought in since I
5   retired.
6   Q. Okay.
7   A. Because when I started it was Amstar.
8   Q. I'm sorry. Can you spell that for me,
9   too?
10  A. I can't remember that.
11  Q. That's okay. Best guess?
12  A. Yeah.
13     MR. ANDRY:
14        A-M-S-T-A-R. Amstar.
15  EXAMINATION BY MR. FARRELL:
16  Q. Oh, Amstar. Okay.
17  A. Amstar.
18  Q. How long did you work for the company
19  that started out at Amstar and was Tate & Lyle
20  by the time you retired?
21  A. Oh, maybe seven or eight years.
22  Q. Seven or eight years. Okay.
23  A. Maybe longer.
24  Q. When you retired, did you get any sort
25  of retirement benefits, pension or anything

Page 29

1  like that?
2     A.  Yes.  I got a small pension.
3     Q.  Okay.  Can you tell me the amount of
4  that?
5     A.  Not exact.  It was nine hundred.  Nine
6  hundred some odd dollars.
7     Q.  Okay.
8     A.  I can't exact --
9     Q.  Sure.  Is no annually?  Per month?
10    A.  A month.
11    Q.  A month?  All right.  Before you
12 worked for Amstar, who did you work for?
13    A.  Before I worked for Amstar?
14    Q.  Uh-huh.
15    A.  I used to work for, um -- a shipping
16 company like Boland.  That was many years ago.
17    Q.  Okay.  So are we in 1990 or --
18    A.  Now --
19    Q.  I'm sorry.
20    A.  -- the job that I left before I went
21 to the sugar refinery --
22    Q.  Uh-huh.
23    A.  -- I worked at Michoud.
24    Q.  And I'm sorry.  Can you say that
25 again?  Where?

Page 30

1     A.  Michoud.
2     Q.  And --
3     A.  The space --
4     Q.  I'm sorry.
5     A.  Where they built the boosters for the
6  space.
7     Q.  Oh.  Okay.
8     A.  Michoud.
9     Q.  Got it.  Can you spell that one for
10 me?
11        MR. ANDRY:
12            M-I-C-H-O-U-D.
13 EXAMINATION BY MR. FARRELL:
14    Q.  M-I-C-H-O-U-D?  The French spellings
15 are getting me.
16        MR. ANDRY:
17            That's okay.  I'll help you with
18        those.
19        MR. FARRELL:
20            Thanks.  I appreciate that.
21    A.  (Inaudible.)
22 EXAMINATION BY MR. FARRELL:
23    Q.  I'm sorry.  What was that last --
24    A.  I was talking about the spelling.
25    Q.  Oh, yeah.  The spelling.  Yeah,

Page 31

1  it's -- so you say that's the place where they
2  built like the rocket boosters for the space
3  shuttle?
4     A.  Yes.
5     Q.  How long were you there at Michoud?
6     A.  Thirteen years.
7     Q.  Eighteen years.
8     A.  Thirteen.
9     Q.  Thirteen years.
10    A.  Yeah.
11    Q.  I'm sorry.  Thirteen years.
12        And before Michoud?
13    A.  That was the company I said it first.
14 It was Boland Shipyard.
15    Q.  Oh, Boland.  Okay.  Yep.
16        And where was Boland located?
17    A.  It was on the Industrial Canal.
18    Q.  Okay.  How long were you at Boland?
19    A.  Oh, it was -- I worked there about a
20 year or maybe over.  It was mostly like when
21 they had ships come in, that's the type of work
22 we was doing.  Like if it would be sandblasting
23 or cleaning them or different things.  That was
24 a shipyard.
25    Q.  And about when were you at Boland?

Page 32

1     A.  Oh, that was way back.
2     Q.  Okay.  Before Boland, did you work
3  anywhere?
4     A.  No.
5     Q.  It was Boland, then Michoud, then
6  Amstar and all the companies that came from
7  there?
8     A.  Right.
9     Q.  Did you ever work for the New Orleans
10 PD?
11    A.  Police department?
12    Q.  Uh-huh.
13    A.  No.  I respect them, but I didn't work
14 for them.
15    Q.  Sure.  Okay.  All right.  Now, Mr.
16 Livers, I'd like to ask you some general
17 questions about your living expenses before the
18 storm hit.  Things like your utilities and all.
19 I'll go through them one by one just to get you
20 in that frame of mind.
21        Do you recall for your house on
22 St. Claude -- I don't think I've got this in
23 the record yet:  When did you move into the
24 house on St. Claude?
25    A.  I think it was 1971.

Page 205

1    Q. Um -- let's turn on this list to --
2    where is it? It's on Page 3, Number 57, the
3    television, 60-inch TV.
4    A. Okay.
5    Q. $15,000 is your best estimate of how
6    much it cost?
7    A. $15,000? No.
8    Q. That's what it says there.
9    A. I -- let me get the right -- allow me
10   to get the right number. 60-inch, 15 -- no,
11   that should have -- that should have been
12   $1,500.
13   Q. $1,500, not $15,000.
14   A. No.
15   Q. Okay.
16   A. No wonder you looked at me.
17   Q. Okay. And can you remind me when you
18   got the custom cabinets installed in your
19   kitchen?
20   A. I can't remember.
21   Q. Okay.
22   A. I can't remember when I got them
23   installed. Whether it was -- after the, um --
24   addition or before it I can't remember, really.
25   Q. All right. Would it be fair to say

Page 206

1    around the same time?
2    A. No.
3    Q. Okay.
4    A. No. No, because I fixed up the front
5    first, before I had that thing, so I -- I
6    really can't give you exact -- a year at the
7    time.
8    Q. Uh-huh. Would it help if you -- the
9    you just said that you fixed up the front of
10   the house before you put the addition on?
11   A. Yes.
12   Q. Did the kitchen cabinets come in while
13   you were fixing up the front of the house,
14   before the addition?
15   A. Did I have them before then?
16   Q. (Nods affirmatively.)
17   A. Yes. I did.
18   Q. Okay. So the kitchen cabinets --
19   A. I did.
20   Q. Okay. And right there on Page 1, line
21   Number 20, custom made cabinets, $35,000. You
22   said that was your best estimate?
23   A. Wait, wait, wait, wait. Let me get
24   Line 20. No. Again, again that should --
25   that's wrong.

Page 207

1    Q. What should it be?
2    A. It should be 15. I thought that was a
3    1. It should be around $15,000.
4    Q. $15,000.
5    A. Yes.
6    Q. And how did you pay for those?
7    A. How did I pay for it?
8    Q. Uh-huh.
9    A. Cash.
10   Q. Okay. You mentioned before you got a
11   pension?
12   A. Yes.
13   Q. It's about $900 a month?
14   A. Yes.
15   Q. But of course at that time you were
16   still working, if this was before --
17   A. Yes.
18   Q. -- before the den --
19   A. Before I retired?
20   Q. -- was built.
21   A. Yes.
22   Q. That was before you retired?
23   A. Uh-huh.
24   Q. What was your salary at the time?
25   A. My salary at the time? It varies.

Page 208

1    Q. Okay. How did it vary?
2    A. Because there's certain times that I
3    would make overtime. Because I was working
4    like, um -- maybe five 12s or something like
5    that. Any way they scheduled you, that's the
6    way you had to work.
7    Q. I see. Okay. All right. So we're
8    talking -- you had just said your salary
9    varied. What was the lowest wage that you
10   made?
11   A. The lowest wage I made?
12   Q. At the --
13       MR. ANDRY:
14          What period of time?
15   A. In what period?
16   EXAMINATION BY MR. FARRELL:
17   Q. At the job that -- when you were
18   working for Amstar and then the companies that
19   came after. At the time that you put this --
20   the kitchen cabinets up.
21      MR. ANDRY:
22          Objection to form.
23   A. I don't understand. I can't remember
24   what the lowest wages I made. Like of you're
25   saying three days or two days, I can't remember

52 (Pages 205 to 208)

Page 213

1  Q. Sure.
2  A. -- it's kind of hard for me to go back
3  and tell you what I started off with and things
4  like that there.
5     MR. ANDRY:
6       If I may, I don't think they're
7     asking you exactly. They just want to
8     know a range of hourly wages in the
9     year, the couple of years before you
10    retired. Maybe you could tell them
11    that, if you know.
12 A. I can -- at the end of the year?
13 Twenty, thirty thousand.
14 EXAMINATION BY MR. FARRELL:
15 Q. Okay. About twenty, thirty thousand
16 for the two years before the storm?
17 A. Two years before the storm? Um --
18 Q. I'm sorry.
19 A. Two years before? I brought twenty
20 thousand dollars.
21 Q. And I misspoke. I meant the two years
22 before you retired. Because you would have
23 already retired before by time the storm hit,
24 correct?
25 A. Yes. I retired in '03.

Page 214

1  Q. So is it fair to say from 2000 to 2003
2  you made about twenty or thirty thousand
3  dollars a year?
4  A. Possibly.
5  Q. Okay. Thank you, Mr. Livers. We
6  mentioned your pension that you collected after
7  you retired. Do you collect Social Security
8  income, as well?
9  A. Yes.
10 Q. How much is that?
11 A. My Social Security I can't hit it
12 exactly on the money, but it's like $1300.
13 Q. And that's per year?
14 A. Per month.
15 Q. Per month. Okay. Any other sources
16 of income besides your pension, Social
17 Security?
18 A. No.
19 Q. That's all?
20 A. No.
21 Q. Okay. Mr. Livers, I want to switch
22 gears and talk about your insurance claims.
23 A. Okay.
24 Q. Now, was your home covered by a
25 homeowner's insurance policy?

Page 215

1  A. Yes.
2  Q. Did you have flood insurance?
3  A. No.
4  Q. Who was your homeowner's insurance
5  policy with?
6  A. State Farm.
7  Q. And how long had you had that policy?
8  A. I had that policy -- with State Farm?
9  Q. Uh-huh.
10 A. I been with State Farm since I was a
11 teenager.
12 Q. Okay.
13 A. For cars, all the way up till I was
14 able to buy a house.
15 Q. And then State Farm had the
16 homeowner's policy on your house on
17 St. Claude --
18 A. Yes.
19 Q. -- from when you bought it.
20 A. Yeah.
21 Q. Okay. Now, you mentioned that the
22 adjuster from State Farm came out to your
23 house. Does that mean you submitted a claim to
24 State Farm?
25 A. Yes.

Page 216

1  Q. Okay. Do you recall when you first
2  contacted State Farm about your claim?
3  A. I can't recall. It was after -- it
4  was after the -- they were allowing us to go --
5  after they allow us to go down there and
6  things. I can't remember whether I called
7  earlier or before that or not.
8  Q. Okay.
9  A. All I know, they was notified that we
10 had a disaster.
11 Q. Uh-huh. Okay. Do you recall whether
12 your insurance company State Farm paid any
13 money to you?
14 A. They did.
15 Q. Do you recall what amount they paid?
16 A. I can get close to it.
17 Q. Okay.
18 A. It might be a penny or two off or
19 whatever. It was thirteen thousand something.
20 Q. Okay. Did that payment come all at
21 once?
22 A. Did it come all at once?
23 Q. Uh-huh.
24 A. No.
25 Q. How did it come?

54 (Pages 213 to 216)

Page 261

long I got. But I'll tell you what, I really miss -- really miss my friends. And most of all, you know, you couldn't put him down as no human being, but my dog. And it really -- it really hurt me. It really hurted me to know that I couldn't take him. I couldn't take him. And I tried. I tried. But much as he loved me, he would have bit me if I tried to get him in that van. He wouldn't get in that van. I miss him. I miss him for so -- every time I plant something where I'm at now, I think about him, because he would let me plant whatever I want, and the next day he be done dug it up and run behind the shed and peep out because he know I'm coming behind him for what he done. That's all.

Q. Mr. Livers, do you have a mortgage on your house now? I know you said earlier that you paid off the mortgage on your house on St. Claude.

A. No. I had to take -- I had to take -- whatever they gave me, I took some of my savings, because I had to pay it -- I had to pay it off. I'm at an age I can't pay -- I can't go for no thirty years mortgage. I ain't

Page 262

got that kind of time left. So I took whatever they gave me I took and put the rest with and paid my house off -- paid the house off that I'm living in now. Because I couldn't afford no 30-year mortgage and 20 years -- not even 20 years. So I just paid -- I just took that, what I had left in my savings, and I just took that, and when I did, I paid it off.

I even had -- the lady at the bank was telling me about some -- how you get money if you -- you know, for escrow and all the kind of stuff to not pay it. And I told her, I can probably do that. Oh, I'm sorry. I done got too emotional.

Q. You're still hooked up, and they may have a couple of follow-ups.
   (Off the record.)

Page 263

WITNESS' CERTIFICATE

I, ALVIN L. LIVERS, SR., do hereby certify that the foregoing testimony was given by me, and that the transcription of said testimony, with corrections and/or changes, if any, is true and correct as given by me on the aforementioned date.

_____    _____
DATE SIGNED      ALVIN L. LIVERS, SR.

_____ Signed with corrections as noted.

_____ Signed with no corrections noted.

DATE TAKEN: September 14th, 2011

Page 264

REPORTER'S CERTIFICATE

I, JOSEPH A. FAIRBANKS, JR., CCR, RPR, Certified Court Reporter in and for the State of Louisiana, do hereby certify that the aforementioned witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That said deposition was taken by me in computer shorthand and thereafter transcribed under my supervision, and is a true and correct transcription to the best of my ability and understanding.

I further certify that I am not of counsel, nor related to counsel or the parties hereto, and am in no way interested in the result of said cause.

_____
JOSEPH A. FAIRBANKS, JR., CCR, RPR
CERTIFIED COURT REPORTER #75005