# EXHIBIT 11

### Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION
                NO. 05-4182
                 "K" (2)
PERTAINS TO: MRGO         JUDGE DUVAL
FILED IN: 05-4181, 05-4182,   MAG. WILKINSON
05-5237, 05-6073, 05-6314,
05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885,
06-2152, 06-2278, 06-2287,
06-2824, 06-4024, 06-4065,
06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155,
06-5159, 06-5161, 06-5162,
06-5260, 06-5771, 06-5786,
06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

        Videotaped Deposition of
     KENNETH PAUL ARMSTRONG, JR.,
28 Park Place Drive, Apartment 601, Covington,
Louisiana 70433, taken in the offices of
Bruno & Bruno, 855 Baronne Street, New
Orleans, Louisiana 70113, on Monday, the 9th
day of July, 2007, beginning at 9:26 A.M.

### Page 2

1  APPEARANCES:
2
3     ANDRY LAW FIRM
        (BY: GILBERT V. ANDRY, IV, ESQ.)
4     2nd Floor
      622 Baronne Street
5     New Orleans, Louisiana 70113
        ATTORNEYS FOR THE PLAINTIFFS
6
7     LABORDE & NEUNER
        (BY: GREGORY A. KOURY)
8     Suite 200
      One Petroleum Center
9     1001 West Pinhook Road
      Lafayette, Louisiana 70503
10       ATTORNEYS FOR THE BOARD OF
         COMMISSIONERS FOR THE
11       ORLEANS LEVEE DISTRICT
         (NOT PRESENT)
12
13    DUPLASS, ZWAIN, BOURGEOIS, MORTON,
      PFISTER & WEINSTOCK
14      (BY: ANDREW D. WEINSTOCK, ESQ.)
      Suite 2900
15    3838 North Causeway Boulevard
      Metairie, Louisiana 70002
16       ATTORNEYS FOR THE BOARD OF
         COMMISSIONERS FOR THE LAKE BORGNE
17       BASIN LEVEE DISTRICT
18
      STONE PIGMAN WALTHER WITTMANN
19      (BY: JAMES C. GULOTTA, JR., ESQ.)
      546 Carondelet Street
20    New Orleans, Louisiana 70130-3588
21         AND
22    JONES DAY
        (BY: WILLIAM E. MARPLE, ESQ.)
23    2727 North Harwood Street
      Dallas, Texas 75201-1515
24       ATTORNEYS FOR WASHINGTON GROUP
         INTERNATIONAL, INC.
25

### Page 3

APPEARANCES CONTINUED:


VIDEOTAPED BY:
    Gilly Delorimier
    Depo-Vue, Inc.


REPORTED BY:
    ROGER D. JOHNS, RMR, CRR, RDR, CSR
    Certified Court Reporter
    State of Louisiana

### Page 4

I N D E X


                                              PAGE
Armstrong Exhibit 1........................ 67
Exhibit 2.................. 87
Exhibit 2.................. 96
Exhibit 3.................. 98
Exhibit 4.................. 98
Exhibit 5................. 119
Exhibit 6................. 124
Exhibit 7................. 124
8......................... 124
Exhibit 10................ 131
Exhibit 9................. 132
Exhibit 11................ 139
Exhibit 12................ 139
Armstrong 13.............. 140
Exhibit 14................ 141



EXAMINATION BY MR. MARPLE:.................. 6
EXAMINATION BY MR. WEINSTOCK:............. 145
EXAMINATION BY MR. MARPLE:............... 159

Page 21

1  back to look at your house; right?
2      A.  Correct.
3      Q.  Do you know what damage Rita did to
4  your house?
5      A.  No.
6      Q.  Did you have shingles off?
7      A.  Oh, yeah.
8      Q.  And do you know, was that wind
9  damage or flood damage?  Do you have any
10 idea?
11     A.  No.
12     Q.  Did you make a claim under your
13 homeowner's policy for wind type damage?
14     A.  Yes, I did.
15     Q.  And was that Allstate?
16     A.  No.
17     Q.  Liberty?
18     A.  Yes.
19     Q.  Liberty Mutual?
20     A.  Yes.
21     Q.  And did they send anybody out to
22 look at the place?
23     A.  Sent somebody out twice.
24     Q.  Did they do a report?
25     A.  The first time they did it and we

Page 22

1  disagreed and they they sent somebody out in
2  July if I am not mistaken, the following
3  July.
4      Q.  That's July, '06?
5      A.  Correct.
6      Q.  So they came out earlier than July,
7  2006 and looked at it?
8      A.  Right.
9      Q.  Somebody made a report?
10     A.  Correct.
11     Q.  And then they said it was all flood
12 damage, I take it?
13     A.  Correct.
14     Q.  And you said, "No, we got some wind
15 damage"?
16     A.  Correct.
17     Q.  And then how did that get resolved?
18     A.  When the first report came, I think
19 they offered me strictly roof replacement and
20 then we disputed it.  They came out in July
21 and they paid us I think 35,000 for some hard
22 deck, a few other things that were -- some
23 decking that they thought was cracks in it.
24 Also had a fireplace that was -- you could see
25 where there was a leak in there, too.

Page 23

1      Q.  Now, this report, maybe there's two,
2  I don't know, but however many there are on
3  the insurance coming out and looking, do you
4  have those?
5      A.  We could produce them, yes.
6      Q.  And then you had flood insurance
7  with Allstate?
8      A.  Yes.
9      Q.  I am just curious.  Is there any
10 reason you had them with different companies?
11     A.  We had switched insurance companies
12 at the time, and at the time we were going to
13 go to Liberty Mutual to get it all on one, but
14 when we bought the house versus when our car
15 insurance expired, it was two different time
16 frames.  So we were waiting to get the flood
17 insurance moved to one agent at the time.
18     Q.  And do you know -- Well, tell me
19 what your approximate premium was for your
20 flood insurance.
21        MR. GILBERT ANDRY:
22          If you know.
23        THE WITNESS:
24          I am not exactly sure.  I can
25     give you an around about, but I am not

Page 24

1     exactly sure.
2  EXAMINATION BY MR. MARPLE:
3      Q.  Around about would be fine.
4      A.  I thought it was about $700.
5  Because some of this was paid for through the
6  mortgage.
7      Q.  And as a condition to your mortgage,
8  you had to carry homeowner's insurance and
9  flood insurance; correct?
10     A.  Correct.
11     Q.  Do you know what risk level you
12 were?
13     A.  No, I didn't.
14     Q.  Did you ever undertake to look at
15 that?
16     A.  What I will tell you is when we
17 bought the policy and -- I guess that was
18 about, you know -- that we ever needed,
19 however much we needed.
20     Q.  You understand that the premium you
21 pay for flood insurance is related in some way
22 to the degree of the flood risk where you
23 are?
24     A.  One more time?
25     Q.  Some people pay more for flood

|  | Page 29 |
|---|---|
| 1 | agreed the damage was.  They pretty much said |
| 2 | it was all water, you know.  So -- |
| 3 | Q.  Did you hire anybody on your side |
| 4 | when you were having this dispute with Liberty |
| 5 | Mutual to look at your house and make a report |
| 6 | and tell them what it was? |
| 7 | A.  Yes, I hired an appraiser to come |
| 8 | out and give us an appraised value on what it |
| 9 | would cost to fix. |
| 10 | Q.  And what was that number? |
| 11 | A.  I am not sure. |
| 12 | Q.  Do you have that report somewhere? |
| 13 | A.  If I am not mistaken, we probably |
| 14 | have it. |
| 15 | Q.  And what about some engineer type to |
| 16 | come out and look at the fireplace and |
| 17 | different things and say, "Water is coming |
| 18 | down here"?  Did you have somebody on your |
| 19 | side of this dispute to look at that? |
| 20 | A.  No, we didn't. |
| 21 | Q.  That was what you observed and what |
| 22 | you thought and what you told them? |
| 23 | A.  Correct. |
| 24 | Q.  Do you have any current disputes |
| 25 | going with any insurers that you're aware of? |

|  | Page 30 |
|---|---|
| 1 | A.  No.  No. |
| 2 | Q.  And you took part of that insurance |
| 3 | money and paid off the mortgage? |
| 4 | A.  Correct. |
| 5 | Q.  All right.  And then at some point |
| 6 | you made a decision -- |
| 7 | A.  There's one thing.  I haven't filed |
| 8 | anything yet.  Could be with Liberty Mutual. |
| 9 | Q.  You may sue them to get some more |
| 10 | money? |
| 11 | A.  I am not sure yet. |
| 12 | Q.  You think they owe you more; right? |
| 13 | A.  Well, I am not sure. |
| 14 | Q.  Well, put it this way.  You think |
| 15 | that there was more damage done by this wind |
| 16 | and rain than what they paid you for? |
| 17 | A.  Well, I think the dispute is going |
| 18 | to be the content -- attic content. |
| 19 | Q.  When you got paid by Liberty, did |
| 20 | they break that out content? |
| 21 | A.  No, there was no content at all. |
| 22 | Q.  And you think they ought to be |
| 23 | liable for some of the contents that were |
| 24 | damaged in there? |
| 25 | A.  Some portion up in the attic. |

|  | Page 31 |
|---|---|
| 1 | Q.  I might have asked you this a little |
| 2 | bit.  Maybe you can tell me a little bit more |
| 3 | about it.  Did you have shingles off? |
| 4 | A.  Yes, we did. |
| 5 | Q.  How many or what percentage? |
| 6 | A.  I think y'all have pictures.  It's a |
| 7 | decent amount. |
| 8 | Q.  Were there parts of the roof that |
| 9 | were totally exposed where you could see the |
| 10 | under-roof there? |
| 11 | A.  No. |
| 12 | Q.  Did you ever have a blue tarp up? |
| 13 | A.  No. |
| 14 | Q.  Now, you made a decision at some |
| 15 | point to demolish that house. |
| 16 | A.  Correct. |
| 17 | Q.  And how did you come to make that |
| 18 | decision? |
| 19 | A.  Well, the estimated value to fix or |
| 20 | replace the home they said was in the 200 and |
| 21 | something thousand range.  I think it was |
| 22 | 274. |
| 23 | Q.  Who said that? |
| 24 | A.  That was something I got from LRA, |
| 25 | estimated value to rebuild or repair was 200 |

|  | Page 32 |
|---|---|
| 1 | something thousand. |
| 2 | Q.  And do you know why it was so high? |
| 3 | A.  I guess due to the storm, the prices |
| 4 | to get people to do work and the materials to |
| 5 | build a house was going up in price, I would |
| 6 | imagine. |
| 7 | Q.  Were they going to have to take that |
| 8 | slab out and do something different? |
| 9 | A.  I guess it depends on what I decided |
| 10 | to do there. |
| 11 | Q.  Were you going to have to raise the |
| 12 | house up? |
| 13 | A.  That seems to be the regulations |
| 14 | now. |
| 15 | Q.  Do you have paperwork where you have |
| 16 | got something from LRA that says, gives you |
| 17 | this $274,000 figure? |
| 18 | A.  Yes. |
| 19 | Q.  And when did -- approximately when |
| 20 | was it that you got that number from LRA? |
| 21 | A.  A few months ago. |
| 22 | Q.  Sometime in 2007? |
| 23 | A.  I would say yes. |
| 24 | Q.  When did you take the house down? |
| 25 | A.  I am not sure what date. |

Page 161

1  A. Not really. No, I don't.
2  Q. With your insurance company, either
3  Liberty Mutual or Allstate, do you know if you
4  signed any papers that said they get to sue
5  somebody instead of you? In other words, they
6  asked you to sign over your rights to go
7  against somebody else since they were paying
8  you?
9  A. I don't recall that.
10 Q. Do you know -- That would be in the
11 file probably that you have on insurance,
12 right, if you did?
13 A. If I signed something to let the
14 insurance company sue somebody else is what
15 you're asking me?
16 Q. Yes.
17 A. No, I don't recall that.
18 Q. But if you signed it, you would have
19 kept a copy of it probably; right?
20 A. Probably so.
21 Q. So that would be in your insurance
22 file at home?
23 A. Correct.
24 Q. You understand the concept generally
25 of subrogation? When an insurance company

Page 162

1  pays you, that sometimes they want you to sign
2  and say, "Well, somebody did some harm to you,
3  you have got to sign that right over to us" so
4  they may have a chance of getting some of
5  their money back somehow?
6  A. If that was the case, I don't recall
7  my agent, you know, asking me to do anything
8  like that.
9  Q. Do you all go to church now across
10 the lake?
11 A. My wife does.
12 Q. Did the church move over there, too?
13 A. No.
14 Q. A different parish church?
15 A. (Witness nods head affirmatively.)
16    MR. MARPLE:
17       I believe that's it.
18    MR. WEINSTOCK:
19       No more for me.
20    MR. GILBERT ANDRY:
21       None for me.
22    VIDEO OPERATOR:
23       This concludes the deposition.
24 It is 1:58. We're now off the
25 record.

Page 163

       * * *

Page 164

WITNESS'S CERTIFICATE

    I, KENNETH PAUL ARMSTRONG, JR., read
or have had the preceding testimony read to
me, and hereby certify that it is a true and
correct transcription of my testimony, with
the exception of any attached corrections or
changes.


       _____
          (Witness' Signature)
       _____
       DATE SIGNED

       DEPONENT PLEASE INITIAL ONE:

       _____ Read with no corrections

       _____ Read and correction sheet attached


       DATE TAKEN: July 9, 2007