# EXHIBIT 13

3/29/05

Dear Liberty Mutual,

The 2 yellow sheets attached are the contents of my refrigerator/freezer + my freezer. These are for my "Home Protector Plus" clause of our policy.

The white sheets are estimates from 2 contractors to repair our home. If you have any questions, please contact me at 225/677-7743 or my cell # 504/235-5991 or my wife cell # 504/235-

Thank you,
Kenny Armstrong

Policy #
    H32-281-066921-405 4
Claim #
    030287

CONFIDENTIAL
PARTY SENSITIVE



LMIC-ARMS 0136

Contents of Refridgerator + freezer inside

CONFIDENTIAL
PARTY SENSITIVE

| Item | $ | ¢ |
|---|---|---|
| Eggo Waffles | 2 | 39 |
| Milk | 3 | 49 |
| Butter (tub) | 4 | 99 |
| Eggs | 1 | 99 |
| Jelly x3 | 8 | 19 |
| Stick butter | 2 | 39 |
| Strudel | 2 | 59 |
| salad dressing 4 bottles | 15 | 96 |
| Beer | 14 | 99 |
| Jagermeister | 10 | 59 |
| Creamer | 3 | 49 |
| Biscuits x4 | 5 | 79 |
| Cinnamon Rolls x2 | 4 | 26 |
| Juice x2 | 4 | 28 |
| Sour Cream | 2 | 19 |
| Cheese | 4 | 49 |
| 1 lb Turkey | 6 | 99 |
| 1 lb Ham | 6 | 99 |
| Frozen Corn x2 | 5 | 98 |
| Jimmy Dean Sausage | 2 | 99 |
| Bacon | 5 | 99 |
| bagel bites x3 | 6 | 79 |
| Salad | 2 | 79 |
| American Cheese 1 lb | 4 | 49 |
| Swiss Cheese ½ lb | 3 | 59 |
| Total | 144 | 23 |

LMIC-ARMS 0137

Freezer in Garage

| Item | Amount |
|---|---|
| Rump Roast @ 4.19 lb × 5 lb = 20.95×2 | 41 90 |
| Italian Sausage @ 3.99 lb × 3 lbs = | 11 97 |
| Smoke Sausage @ 3.79 lb × 2 lbs | 7 58 |
| Ice Cream Blue Bell @ 5.79 × 4 | 23 16 |
| Shrimp 50 lbs @ 3.75 lb | 187 50 |
| Turkey 15 lb @ 2.25 | 33 75 |
| Pork Chops 4.99 lb × 3 lb | 14 97 |
| Case of Chicken Breast | 42 50 |
| Large Pizza × 3 @ 5.99 | 17 97 |
| Lean Cuisine 3.19 × 6 | 19 14 |
| Whole Filet Mignon @ 13.99 lb × 8 lb = | 111 92 |
| Hot Pockets 2.69 × 3 | 8 07 |
| Box of Meatballs | 24 00 |
| Jumbo Crawfish tails 2lb @ 15.99 | 31 98 |
| Garlic Bread × 2 @ 2.19 | 4 38 |
| Pork Loin 8 lb @ 3.79 lb | 30 32 |
| Apple Pie @ 5.99 × 2 | 11 98 |
| Romano Cheese wheel | 49 00 |
| Case of Hamburgers | 36 95 |
| Total | $709 04 |

CONFIDENTIAL
PARTY SENSITIVE

R & M Cor~~~~~tion of Louisiana, Inc.
4821 East Judge Perez Dr.
Violet, LA 70092

**Estimate**

| DATE | ESTIMATE |
|---|---|
| DEC 18, 2005 | |

**BILL TO**
Kenny Armstrong
4016 Hamlet Dr.
Chalmette, La. 70043

504 - *[handwritten]*

*Add SBA* [handwritten]

| DESCRIPTION | QTY | RATE | Amount |
|---|---|---|---|
| Proposal for labor, equipment and material to renovate the home located at 4016 Hamlet Dr.. | | | |
| Proposal to include damaged areas caused by wind and wind blown rain only. | | | |
| Roof | | | $10,563.00 |
| Gutting | | | $4,925.00 |
| Insulation | | | $2,500.00 |
| Mold Removal | | | $2,600.00 |
| Electrical | | | $1,300.00 |
| Sheetrock | | | $5,600.00 |
| Painting | | | $3,400.00 |
| Front Door | | | $2,200.00 |
| Facia and Gutters | | | $2,900.00 |
| Fence — *Hood* | | | $4,100.00 |
| Garage Door | | | $1,500.00 |
| Tree Removal | | | $2,600.00 |
| Contractor | | | $11,047.00 |
| Thank you for your business. | | TOTAL | $55,235.00 |

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0150

*T MAC, Inc.*  
*General Contractor*

*2444 South Lake Blvd.*  
*Violet, LA 70043*  
*504-415-6383*

DECEMBER 8, 2005

KENNY ARMSTRONG  
4016 HAMLET DR.  
CHALMETTE LA 70043

CONTRACTOR STATE LIC#   44302

**CONFIDENTIAL  
PARTY SENSITIVE**

Attn: KENNY ARMSTRONG

Re:   Renovation of home located at 4016 HAMLET DR.

As per your request, we submit the following proposal for all labor, equipment and material required to renovate the home located at 4016 HAMLET DR.

Specifically, the scope of work includes. **RENOVATIONS TO DAMAGED AREAS CAUSED ONLY BY WIND AND WIND BLOWN RAIN.**

**ROOF:**

REMOVE DAMAGE SECTION OF ROOF 32.5 SQ OF 3 TAB ROOF SHINGLES AND REPLACE WITH NEW.

HAUL OF ROOF DEBRIS

NOTE: CONTRACTOR NOTICED SIGNS OF SERVERE UP LIFT; CHIMNEY STACK IS LEANING AND ALLOWING WATER TO ENTER HOME. ALSO, VENT COVER IS MISSING AND ALLOWING WATER INTO HOME. MY RECOMENDATION IS A TOTAL ROOF REPLACEMENT

**TOTAL ROOF COST**                                                                      10,187.00

**GUTTING:**

GUTT CEILINGS IN LIVING ROOM, AND KITCHEN INCLUDES INSULATION AND SHEETROCK. WATER ENTERED THESE AREAS WHEN SHINGLES ON SIDE OF HOME WERE BLOWN OFF AND WERE UPLIFTED FROM ROOF.

**TOTAL COST TO GUT CEILINGS AND REMOVING INSULATION**

4,650.00

LMIC-ARMS 0151

REPLACEMENT OF INSULATION:

REPLACE INSULATION IN LIVING ROOM, AND KITCHEN.

TOTAL COST TO REPLACE INSULATION          2,800.00

MOLD REMEIDATION:
MOLD REMEIDATION IN LIVING ROOM, AND KITCHEN.

TOTAL COST OF MOLD REMEIDATION          2,900.00

ELECTRICAL:

REMOVE, SALVAGE AND REPLACE LIGHT FIXTURES, IN LIVING ROOM AND KITCHEN.

TOTAL ELECTRICAL:          750.00

DRYWALL MATERIAL AND LABOR, HANG TAPE AND FLOTE.

DRYWALL REPLACEMENT FOR CEILING IN LIVING ROOM AND KITCHEN.

TOTAL DRYWALL REPLACEMENT COST          5,100.00

PAINTING

PAINT CEILINGS IN LIVING ROOM AND KITCHEN DUE TO WIND BLOWN RAIN.

TOTAL PAINTING COST          3,800.00

FRONT DOOR:

KICKED IN BY RESCUE TEAM

TOTAL COST OF FRONT DOOR          1,800.00

SOFIT FACIA AND GUTTERS          3,200.00

RECOMMENDATION TO REPLACE

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0152

WOODEN FENCE

WOODEN FENCE 90% OF WOODEN FENCE WAS OUT OF LINE AND ON GROUND DUE TO WIND, AND FALLEN TREE.

CONTRACTORS RECOMMENDATION REPLACE FENCE

| | |
|---|---|
| TOTAL COST OF FENCE | 3,800.00 |
| MCIS ITEMS | |
| GARAGE DOOR | 1,890.00 |
| FRONT AND BACK TREE REMOVAL | 2,200.00 |

CONFIDENTIAL
PARTY SENSITIVE

Base Bid: 43,077.00

| Item No. | Description | Units | UOM | Unit Price | Total Price |
|---|---|---|---|---|---|
| 1 | BASE BID | 1 | | | 43,077.00 |
| 2 | CONTRACTOR | 1 | | 20% | 8,615.00 |
| 3 | | | | | |
| 4 | TOTAL CONTRACT PRICE | | | | 51,692.40 |
| 5 | | | | | |

Our proposal is based on the following conditions:

All permit application and fees by others.
Inspection fees by others
We will only be held liable for our own negligence.