# EXHIBIT 14



**Liberty Mutual**

PO Box 95844
Lake Mary, FL 32795-8447
Office Phone: 866-542-2287
Fax: 407-333-8125

| | | | |
|---|---|---|---|
| Insured: | Kenneth Armstrong | Home: | (504) 277-2634 |
| Property: | 4016 Hamlet Drive<br>Chalmette, LA 70043-1120 | | |
| Claim Rep.: | Johnny Ward | Business: | (254) 383-0151 |
| Company: | Liberty Mutual | | |
| Business: | P.O. Box 958447<br>Lake Mary, FL 32795-8447 | | |
| Estimator: | Johnny Ward | Business: | (254) 383-0151 |
| Company: | Liberty Mutual | | |
| Business: | P.O. Box 958447<br>Lake Mary, FL 32795-8447 | | |

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| 006308687-01 | H32291066921604 2 | Hurricane/Tropical Storm | $2,466.00 |

Dates:
Date of Loss: 08/29/2005          Date Received: 08/30/2005
Date Inspected: 06/27/2006        Date Entered: 06/29/2006
Price List: LANO4S6B
            Restoration/Service/Remodel
Estimate: 2006-06-29-1509

Thank you for insuring with Liberty Mutual. We appreciate your business.

In the following pages you will find the estimated cost of repairs to your home using prices that are usual and customary in your area at this time. This estimate is based on the replacement cost of repairs less your policy deductible and any depreciation, if applicable.

We encourage you to work with a contractor of your choice in completing these repairs. If you or your contractor has any questions or concerns about this estimate, please contact the Centralized Catastrophe Unit at your earliest convenience. It is important to call prior to repairs beginning, as all additional work must be pre-approved by Liberty Mutual.

You may see your current mortgage company listed on your payment(s). If so, you will need to contact your mortgage company to determine their procedures for processing claims payments.

**CONFIDENTIAL**
**PARTY SENSITIVE**

EXHIBIT 13

LMIC-ARMS 0154


**Liberty Mutual**
PO Box 95844
Lake Mary, FL 32795-8447
Office Phone: 866-542-2287
Fax: 407-333-8125

**CONFIDENTIAL PARTY SENSITIVE**

2006-06-29-1509

Room: Roof



| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Remove 3 tab - 25 yr. - composition shingle roofing - incl. felt | 25.70 SQ | 44.93 * | 1,154.70 | 0.00 | 1,154.70 |
| 3 tab - 25 yr. - composition shingle roofing - incl. felt | 29.67 SQ | 157.59 * | 4,675.70 | 467.57 | 4,208.13 |
| R&R Flashing - pipe jack | 4.00 EA | 32.03 * | 128.12 | 10.37 | 117.75 |
| R&R Roof mount power attic vent | 1.00 EA | 303.10 | 303.10 | 28.14 | 274.96 |
| R&R Furnace vent - double wall, 5" | 5.00 LF | 18.48 *D | 92.40 | 8.71 | 83.69 |
| R&R Furnace vent - rain cap and storm collar, 5" | 1.00 EA | 35.94 *D | 35.94 | 2.66 | 33.28 |
| Fireplace - General Laborer - per hour | 4.00 HR | 26.19 *D | 104.76 | 10.48 | 94.28 |
| R&R Sheathing - plywood - 1/2" CDX | 256.00 SF | 2.04 * | 522.24 | 0.00 | 522.24 |
| **Room Totals: Roof** | | | **7,016.96** | **527.93** | **6,489.03** |

Interior

Room: Ceiling                                              LxWxH 50'0" x 50'0" x 8'0"



1600.00 SF Walls                 2500.00 SF Ceiling
4100.00 SF Walls & Ceiling       2500.00 SF Floor
277.78 SY Flooring               200.00 LF Floor Perimeter
400.00 SF Long Wall              400.00 SF Short Wall
200.00 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Attic entrance cover and trim | 1.00 EA | 53.94 * | 53.94 | 0.00 | 53.94 |
| R&R Ladder - steel fabricated - wall mtd.* | 10.00 LF | 67.88 * | 678.80 | 0.00 | 678.80 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 2,500.00 SF | 1.82 * | 4,550.00 | 0.00 | 4,550.00 |
| R&R Batt insulation - 10" - R30 | 2,500.00 SF | 1.47 * | 3,675.00 | 0.00 | 3,675.00 |
| Apply anti-microbial agent | 2,500.00 SF | 0.16 * | 400.00 | 0.00 | 400.00 |

LMIC-ARMS 0155



**Liberty Mutual**

PO Box 95844
Lake Mary, FL 32795-8447
Office Phone: 866-542-2287
Fax: 407-333-8125

CONFIDENTIAL
PARTY SENSITIVE

CONTINUED - Ceiling

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Seal/prime the ceiling - one coat | 2,500.00 SF | 0.35 *D | 875.00 | 0.00 | 875.00 |
| Paint the ceiling - two coats | 2,500.00 SF | 0.65 *D | 1,625.00 | 162.50 | 1,462.50 |
| **Room Totals: Ceiling** | | | 11,857.74 | 162.50 | 11,695.24 |

Room: Ductwork



| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Ductwork system - hot or cold air - 2200 to 2500 SF home | 1.00 EA | 4,062.74 *D | 4,062.74 | 0.00 | 4,062.74 |
| **Room Totals: Ductwork** | | | 4,062.74 | 0.00 | 4,062.74 |
| **Area Items Total: Interior** | | | 15,920.48 | 162.50 | 15,757.98 |

Room: East Elevation



| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Gutter / downspout - aluminum | 54.00 LF | 4.06 *D | 219.24 | 0.00 | 219.24 |
| R&R Exterior door - Deluxe grade - wood w/detail - pre-hung | 1.00 EA | 1,903.60 * | 1,903.60 | 0.00 | 1,903.60 |
| Allowance for door as it was kicked in by civil authority. | | | | | |

LMIC-ARMS 0156



**Liberty Mutual**

PO Box 95844
Lake Mary, FL 32795-8447
Office Phone: 866-542-2287
Fax: 407-333-8125

### CONTINUED - East Elevation

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Room Totals: East Elevation | | | 2,122.84 | 0.00 | 2,122.84 |

**Room: North Elevation**



| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| There was no visible storm related damage found to this elevation of your home. | | | | | |
| Room Totals: North Elevation | | | 0.00 | 0.00 | 0.00 |

**Room: West Elevation**



| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Gutter / downspout - aluminum | 71.00 LF | 4.06*D | 288.26 | 0.00 | 288.26 |
| Room Totals: West Elevation | | | 288.26 | 0.00 | 288.26 |

CONFIDENTIAL
PARTY SENSITIVE


**Liberty Mutual**

PO Box 95844
Lake Mary, FL  32795-8447
Office Phone:  866-542-2287
Fax:  407-333-8125

**CONFIDENTIAL
PARTY SENSITIVE**

Room: South Elevation



| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Gutter / downspout - aluminum | 76.00 LF | 4.06 *D | 308.56 | 0.00 | 308.56 |
| **Room Totals: South Elevation** | | | **308.56** | **0.00** | **308.56** |

Room: Debris Removal



| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Debris removal from land. Policy Limit of 500 applied. | 1.00 EA | 500.00 | 500.00 | 0.00 | 500.00 |
| **Room Totals: Debris Removal** | | | **500.00** | **0.00** | **500.00** |

Coverage B

Room: FENCING



| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Wood fence 5'- 6' high - cedar* | 104.00 LF | 27.22 * | 2,830.88 | <226.72> | 2,604.16 |
| Tree - tear out and disposal - 12" to 24" diameter | 2.00 EA | 614.43 * | 1,228.86 | 0.00 | 1,228.86 |

2006-06-29-1509                                                                                    06/29/2006  Page: 5

LMIC-ARMS 0158



**Liberty Mutual**

PO Box 95844
Lake Mary, FL 32795-8447
Office Phone: 866-542-2287
Fax: 407-333-8125

## CONTINUED - FENCING

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Room Totals: FENCING** | | | 4,059.74 | 226.72 | 3,833.02 |
| **Area Items Total: Coverage B** | | | 4,059.74 | 226.72 | 3,833.02 |
| **Line Item Subtotals: 2006-06-29-1509** | | | 30,216.84 | 917.15 | 29,299.69 |

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter - Finish, Trim/Cabinet | 111.66 |
| Cleaning Remediation Technician | 69.10 |
| Drywall Installer/Finisher | 240.52 |
| Fencing Installer | 92.46 |
| Insulation Installer | 100.06 |
| Roofer | 267.66 |
| Steel Worker | 118.00 |
| **Total Adjustments for Base Service Charges:** | **999.46** |

CONFIDENTIAL
PARTY SENSITIVE

| Line Item Totals: 2006-06-29-1509 | | | 31,216.30 | 949.86 | 30,299.15 |
|---|---|---|---|---|---|

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,600.00 | SF Walls | 2,500.00 | SF Ceiling | 4,100.00 | SF Walls and Ceiling |
| 2,500.00 | SF Floor | 277.78 | SY Flooring | 200.00 | LF Floor Perimeter |
| 400.00 | SF Long Wall | 400.00 | SF Short Wall | 200.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

LMIC-ARMS 0159



**Liberty Mutual**

PO Box 95844
Lake Mary, FL  32795-8447
Office Phone:  866-542-2287
Fax:  407-333-8125

## Summary for Hurricane/Tropical Storm

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 30,216.84 |
| Total Adjustments for Base Service Charges | | | | 999.46 |
| Material Sales Tax | @ | 10.000% x | 11,235.65 | 1123.57 |
| Subtotal | | | | 32,339.87 |
| Overhead | @ | 10.0% x | 32,339.87 | 3,233.99 |
| Profit | @ | 10.0% x | 32,339.87 | 3,233.99 |
| Replacement Cost Value | | | | 38,807.85 |
| Less Recoverable Depreciation | | | | (852.50) |
| Less Non-Recoverable Depreciation | | | | <287.32> |
| **Actual Cash Value** | | | | 37,668.03 |
| Less Deductible | | | | (2,466.00) |
| **Net Claim** | | | | 35,202.03 |
| Total Recoverable Depreciation | | | | 852.50 |
| Net Claim if Depreciation is Recovered | | | | 36,054.53 |

Johnny Ward

**CONFIDENTIAL
PARTY SENSITIVE**

LMIC-ARMS 0160



**Liberty Mutual**

PO Box 95844
Lake Mary, FL  32795-8447
Office Phone:  866-542-2287
Fax:  407-333-8125

## Recap by Room

| | | |
|---|---:|---:|
| Estimate: 2006-06-29-1509 | | |
|     Roof | 7,016.96 | 22.48% |
| Area: Interior | | |
|     Ceiling | 11,857.74 | 37.99% |
|     Ductwork | 4,062.74 | 13.01% |
|     Area Subtotal:  Interior | 15,920.48 | 51.00% |
|     East Elevation | 2,122.84 | 6.80% |
|     West Elevation | 288.26 | 0.92% |
|     South Elevation | 308.56 | 0.99% |
|     Debris Removal | 500.00 | 1.60% |
| Area: Coverage B | | |
|     FENCING | 4,059.74 | 13.01% |
|     Area Subtotal:  Coverage B | 4,059.74 | 13.01% |
| **Subtotal of Areas** | 30,216.84 | 96.80% |
| **Base Service Charges** | 999.46 | 3.20% |
| **Total** | 31,216.30 | 100.00% |

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0161

# Liberty Mutual

## STATEMENT OF LOSS

Insured: **Kenneth Armstrong**   Claim Number: **006308687-01**

### Coverage A - Building

| | |
|---|---|
| Limit of Liability | $123,000.00 |
| Description: Liberty Mutual Estimate dated June 29, 2006 | Amount $34,748.11 |

Total A   $ 34,748.11

### Coverage B - Other Structures

| | |
|---|---|
| Limit of Liability | $ 12,300.00 |
| Description: Liberty Mutual estimate dated June 29, 2006 | Amount $4,059.74 |

Note: The depreciation of 287.32 below is not recoverable.

Total B   $ 4,059.74

### Coverage C - Personal Property

| | |
|---|---|
| Limit of Liability | $92,250.00 |
| Description: Personal Property Paid to date | Amount $ 500.00 |

Total C   $ 500.00

### Coverage D - Loss of Use

| | |
|---|---|
| | Actual Loss |
| Description: Prohibited Use paid to date | Amount $ 2,000.00 |

Total D   $ 2,000.00

Previous Payments

| Draft No. | Cov. A | Cov. B | Cov. C | Cov D. | Total Amount |
|---|---|---|---|---|---|
| V3356035 | | | | $ 2,000.00 | $ 2,000.00 |
| 17532215 | | | $ 500.00 | | $ 500.00 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| Total by Coverage | $ - | $ - | $ 500.00 | $ 2,000.00 | $ 2,500.00 |

| | |
|---|---|
| Total A + B + C + D | $ 41,307.85 |
| Total Amount Of Loss | $ 41,307.85 |
| Less Depreciation A | $ 852.50 |
| Less Depreciation B | $ 287.32 |
| Less Depreciation C | |
| Actual Cash Value | $ 40,168.03 |
| Less Deductible | $ 2,466.00 |
| Total Net Claim | $ 37,702.03 |
| Less Prior Payment(s) | $ 2,500.00 |
| **Payment Due:** | $ 35,202.03 |

Johnny Ward          6/27/2007
                     Date

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0162