# EXHIBIT 15



**Liberty Mutual Fire Insurance Company**
PO Box 958447

Lake Mary FL 32795-8447
Tel: (866) 542-2287 / (866) 542-2287
Fax: (407) 333-8125

## PROOF OF LOSS
(Please Type or Print)

| Claim Number |
|---|
| HD900-006308687-01 |

| Date of Loss | Time of Loss |
|---|---|
| 08/29/2005 | 11:00 AM |

| Insured |
|---|
| KENNETH P. ARMSTRONG |

| Mailing Address |
|---|
| 13170 DUTCHTOWN PT UNIT 133 |
| GONZALES LA 70737-0101 |

| Address of Loss (Street) | (Apt) | (City/Town) | (State) | (Zip Code) |
|---|---|---|---|---|
| 4016 Hamlet Place | | Chalmette | LA | 70043 |

| Home Telephone | Business Telephone | Extension | Cell Phone | Other |
|---|---|---|---|---|
| (504) 985/292-5170 | ( ) — | — | (504) 235-5991 | ( ) — |

### Policy Information

| Liberty Mutual Policy Number(s) | Effective Date | Expiration Date | Type |
|---|---|---|---|
| H32-291-066921-60 | 09/27/2004 | 09/27/2005 | Homeowners |

Is there any other insurance which may cover this loss? If Yes, Name and Address of Insurance Company | Policy Number
☐ Yes  ☑ No

Are you the sole owner of the property involved in this loss? If No, Name, Relationship and Address of other party with an interest in this property
☐ Yes  ☑ No  Jeannine Armstrong, wife  same address as Kenneth

### Loss Information

Type of Loss:
☐ Dwelling     ☐ Other Structures
☐ Personal Property  ☑ Other (Describe): Attic Content

Description of Loss:
Due to the multiple holes in our roof we lost all of our attic content, along with the ceilings.

**CONFIDENTIAL PARTY SENSITIVE**

| Was the Police Department Notified? If Yes, Name and Location | Incident Number | Investigating Officer |
|---|---|---|
| ☐ Yes  ☑ No | | |

| Was the Fire Department Notified? If Yes, Name and Location | Incident Number | Investigating Officer |
|---|---|---|
| ☐ Yes  ☑ No | | |

EXHIBIT 14

Please Read the Important Information on the Reverse Side

Helping People Live Safer, More Secure Lives          Page 1 of 3          LMIC-ARMS 0196          HO2

Attic: PPUN
Attic Contents

| Item | Amount |
|---|---|
| Baby Bed | 206.00 |
| Changing table | 250.00 |
| Mattress | 50.00 |
| High Chair | 150.00 |
| Swing | 55.00 |
| Bouncing seat | 35.00 |
| Walker | 75.00 |
| Vaccum | 250.00 |
| Skiing Clothes 5-Bibs | 500.00 |
| Jackets x5 | 3000.00 |
| Silk Thermals tops x 10 | 350.00 |
| Silk Thermal pants x 10 | 350.00 |
| Silk foot warmers x 10 pr. | 150.00 |
| hats x 12 | 300.00 |
| turtles x 5 | 75.00 |
| googles x 5 | 250.00 |
| gloves x 5 parties | 375.00 |
| Luggage 3 sets | 2000.00 |
| Stair Master | 300.00 |
| Baby clothes | 500.00 |
| Halloween Decorations | 200.00 |
| Christmas Decorations | 500.00  $9915.00 |
| Beanie Baby Collection | 500.00 |
| Santa Clause Set | 250.00 |
| Blinds for back Door | 200.00 |
| Skates x 3 pr. | 75.00  1,4940 |

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0197

Attic Content Cost:

| Item | Cost |
|---|---|
| Reg Wagon | 25.00 |
| Baby bed, comforter, curtains, linens, wall hangings | 500.00 |
| Rocking Chair Adult | 250.00 |
| Baby Lamp | 30.00 |
| Karaoke Machine | 550.00 |
| 16 Gauge Riffle | 500.00 |
| 22 Gauge Riffle | 300.00 |
| 410 Gauge Riffle | 200.00 |
| Mardi Gras Beads | 300.00 |
| Mardi Gras Door Wreath | 50.00 |
| Hunting Clothes | 200.00 |
| Fishing Rods x 5 | 500.00 |
| 7 ft. Artificial X-Mas tree & lights | 150.00 |
| Ornaments | 500.00 |
| Easter Baskets x 5 | 100.00 |
| Easter Wreath | 50.00 |
| 9 x 11 Area Rug | 250.00 |
| **Total** | **$16,045.00** |

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0198