# EXHIBIT 18

### Page 1

```
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA

 IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
 CONSOLIDATED LITIGATION
                NO. 05-4182 "K"(2)
   PERTAINS TO:  MRGO         JUDGE DUVAL
   FILED IN:  05-4181, 05-4182,    MAG. WILKINSON
   05-5237, 05-6073, 05-6314,
   05-6324, 05-6327, 05-6359,
   06-0225, 06-0886, 06-1885,
   06-2152, 06-2278, 06-2287,
   06-2824, 06-4024, 06-4065,
   06-4066, 06-4389, 06-4634,
   06-4931, 06-5032, 06-5155,
   06-5159, 06-5161, 06-5162,
   06-5260, 06-5771, 06-5786,
   06-5937, 07-0206, 07-0621,
   07-1073, 07-1271, 07-1285



   Videotaped deposition of JEANNINE B. ARMSTRONG,
   28 Park Place Drive, Apartment 601, Covington,
   Louisiana  70433, taken in the offices of Bruno &
   Bruno, 855 Baronne Street, New Orleans, Louisiana
   70113, on Monday, the 9th day of July, 2007,
   beginning at 9:21 a.m.

   APPEARANCES:
       LAW OFFICES OF FRANK J. D'AMICO, JR.
       (BY:  RICHARD M. EXNICIOS)
       2nd Floor
       622 Baronne Street
       New Orleans, Louisiana  70113
           ATTORNEYS FOR THE PLAINTIFFS
```

### Page 2

```
 1   APPEARANCES CONTINUED:
 2       LABORDE & NEUNER
         (BY:  GREGORY A. KOURY)
 3       Suite 200
         One Petroleum Center
 4       1001 West Pinhook Road
         Lafayette, Louisiana  70503
 5
             ATTORNEYS FOR THE BOARD OF
 6           COMMISSIONERS FOR THE
             ORLEANS LEVEE DISTRICT
 7
 8       DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER
           & WEINSTOCK
 9       (BY:  JOSEPH E. BEARDEN, III)
         Suite 2900
10       3838 North Causeway Boulevard
         Metairie, Louisiana  70002
11
             ATTORNEYS FOR THE BOARD OF
12           COMMISSIONERS FOR THE LAKE BORGNE
             BASIN LEVEE DISTRICT
13
14       STONE PIGMAN WALTHER WITTMANN
         (BY:  CARMELITE M. BERTAUT)
15       546 Carondelet Street
         New Orleans, Louisiana  70130-3588
16
17            AND
18       JONES DAY
         (BY:  JEROME R. DOAK)
19       2727 North Harwood Street
         Dallas, Texas  75201-1515
20
             ATTORNEYS FOR WASHINGTON GROUP
21           INTERNATIONAL, INC.
22
23
24
25
```

### Page 3

```
 1   APPEARANCES CONTINUED:
 2   VIDEOTAPED BY:
 3      TODD MEAUX
        Depo-Vue, Inc.
 4      Suite 205
        3200 Ridgelake Drive
 5      Metairie, Louisiana  70002
        (504) 828-8856 or (888) 337-6883
 6
 7
     REPORTED BY:
 8
        CAROL VALLETTE SLATER
 9      Certified Court Reporter
        Registered Professional Reporter
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 4

```
 1            I N D E X
 2
 3   EXAMINATION BY:                    PAGE
 4   MR. DOAK                            5
 5   MR. BEARDEN                       131
 6
 7
 8   EXHIBITS:
 9   Jeannine Armstrong Exhibit Number 1      37
         Document entitled "Plaintiffs'
10       Response to MRGO Defendants' First
         Set of Joint Class-Certification
11       Requests for Admission,
         Interrogatories, and Requests for
12       Production of Documents"
13   Jeannine Armstrong Exhibit Number 2      37
         Document entitled "Plaintiffs'
14       Response to MRGO Defendants' First
         Set of Joint Interrogatories,
15       Requests for Production of
         Documents and Requests for
16       Admissions to Plaintiffs Regarding
         Common Liability Issues"
17
     Jeannine Armstrong Exhibit Number 3     104
18       July 1, 2006, Department of the
         Army Corps of Engineers letter and
19       Standard Form 95
20   Jeannine Armstrong Exhibit Number 4     134
         Photocopied driver's license
21       (Not provided for attachment to
         transcript)
22
     Jeannine Armstrong Exhibit Number 5     134
23       Handwritten Social Security number
24
25
```

### Page 9

1  Q. What was your maiden name?
2  A. Broggi, B-R-O-G-G-I.
3  Q. And do you have children?
4  A. Yes.
5  Q. And their names and ages?
6  A. I have a son, Kenneth, who's 23; a
7  daughter Katie, who's 21; and a daughter Reneé,
8  who's 16.
9  Q. And were any of those children
10 living with you before -- shortly before
11 Hurricane Katrina?
12 A. They all were living with us.
13 Q. Were any other people residing in
14 your house besides you and your husband and your
15 three children?
16 A. No.
17 Q. And what is your current address?
18 A. 28 Park Place Drive, Apartment 601,
19 in Covington.
20 Q. And how long have you been at that
21 address?
22 A. Last June, we moved in.
23 Q. I believe I recall seeing that you
24 all evacuated before the storm.
25 A. Yes.

### Page 10

1  Q. Just very briefly -- we'll come back
2  to the details -- but about what time did you
3  leave and what time did you come back to the
4  area?
5  A. We left at about 4:00 a.m. on
6  Sunday.
7  Q. And what day was Sunday? Was that
8  the day of the storm?
9  A. That was the day before the storm.
10 Q. Before. And where did you go?
11 A. To Baton Rouge.
12 Q. And how long were you in Baton
13 Rouge?
14 A. How long?
15 Q. Yes.
16 A. Until June of last year.
17 Q. And as soon as you returned to the
18 New Orleans area, then you began living in this
19 apartment in Covington, where you still reside.
20 A. That's where -- yes.
21 Q. And prior to Hurricane Katrina, you
22 lived at what address?
23 A. 4016 Hamlet Place.
24 Q. And you had been there since 1985?
25 A. Yes.

### Page 11

1  Q. And would you describe your
2  educational background, please?
3  A. I'm a registered nurse, graduated
4  from LSU Nursing School.
5  Q. In what year?
6  A. 1994.
7  Q. And would you describe your
8  employment history briefly, please?
9  A. When I first got out of school, I
10 worked at Charity, Labor and Delivery. Then, in
11 November of '94, I went to Chalmette Medical
12 Center, worked in the operating room for nine
13 years there. Then, from the operating room, I
14 transferred to another department, Special
15 Procedures, and worked there till Friday before
16 the hurricane.
17 Q. How far is that Chalmette hospital
18 from your Hamlet house?
19 A. Less than a mile.
20 Q. Can you briefly describe the
21 occasions where there were hurricanes before
22 Hurricane Katrina while you all were living in
23 the Hamlet house, what your experience was with
24 them.
25 A. We only really evacuated maybe twice

### Page 12

1  before. The last time was for Hurricane Georges.
2  Q. Do you recall what year that was?
3  A. No.
4  Q. What was the level of damage, if
5  any, to your house on Hamlet?
6  A. Nothing. Not even water in the
7  street.
8  Q. And what about the second
9  evacuation?
10 A. Second evacuation was for Katrina.
11 Q. We will spend the rest of the day,
12 hopefully not all day, but the rest of the time
13 that we're here talking about the details, but I
14 really don't have a lot of background on you yet.
15 Could you just give me a introductory, brief
16 overview of your experience before, during and
17 after Hurricane Katrina?
18 A. We were planning on leaving at --
19 early Sunday morning. Get up in the morning, see
20 exactly where the hurricane was, what it was
21 doing. Some friends of ours called about 2:00 in
22 the morning, you know, saying it was a
23 hurricane -- it was a Class 5, we got to get out
24 of here. You know, so, we woke up and, you know,
25 started getting our stuff together and woke up --

Page 13

1  my oldest one and my youngest one were home. My
2  other daughter goes to school in Baton Rouge.
3  She was in Baton Rouge -- and packed up our stuff
4  and left.
5     Q.   What was the reason you chose Baton
6  Rouge?
7     A.   My sister lives in Baton Rouge and
8  she works for a hotel and we had rooms reserved
9  there.
10    Q.   And when did you first return to New
11 Orleans after the hurricane and see your house?
12    A.   October 13th.
13    Q.   And how long were you in town for
14 that visit?
15    A.   Just a day.
16    Q.   And I take it at some point you had
17 the house bulldozed and --
18    A.   Demolished, yeah.
19    Q.   -- taken away, demolished?
20    A.   (Nods head affirmatively.)
21    Q.   When was that, approximately?
22    A.   I don't know the date.
23    Q.   Would it have been towards the end
24 of 2005, or later --
25    A.   Oh, no, later.

Page 14

1     Q.   -- toward the end of 2006?
2     A.   In '06. Maybe even -- I would say
3  the end of '06, I think.
4     Q.   And during that time, you were
5  continuously living in Baton Rouge?
6     A.   Yes.
7     Q.   You just came down for a day?
8     A.   Yes.
9     Q.   That was probably about as soon as
10 you could get back into the area.
11    A.   That was, yes.
12    Q.   Do you know what a Form 95 is?
13    A.   Not exactly.
14    Q.   The Form 95 is the government form
15 that your attorneys had to submit to Department
16 of Justice to make a claim against the Corps of
17 Engineer and the government. Are you familiar
18 with that, that your attorney submitted such a
19 claim form for you?
20    A.   Yes. Yes.
21    Q.   And submitted another claim form for
22 your husband?
23    A.   Yes.
24    Q.   Did you review that form?
25    A.   Yes.

Page 15

1     Q.   Before it was submitted?
2     A.   Yes.
3     Q.   As I understand from looking at that
4  form -- and we'll look at it in more detail --
5  right now, I just want to understand the injuries
6  or damages that you're alleging in this lawsuit,
7  and as I understand it from your Form 95 form,
8  you are claiming three types of damages: First,
9  the loss of your house on Hamlet; second, your
10 personal property, we lawyers call it your
11 personal possession, everything other than your
12 house --
13    A.   Uh-huh.
14    Q.   -- and Number 3, mental distress as
15 a result of the storm. Is that correct?
16    A.   Yes.
17    Q.   And are those the only three types
18 of damages that you're seeking in this lawsuit?
19    A.   I believe so.
20    Q.   Again, in a little while, I intend
21 to go back and discuss in some detail the
22 circumstances of each of these losses, but right
23 now, I just want to try to understand a little
24 bit better the precise injury for each of those
25 three to kind of define the injury, and then

Page 16

1  we'll come back and talk about it later for
2  detail.
3          Beginning with the real property,
4  your house on Hamlet, as I understand, was a
5  complete loss.
6     A.   Yes.
7     Q.   And you had it commercially
8  destroyed, bulldozed --
9     A.   Yes.
10    Q.   -- however they do that kind of
11 thing; is that correct?
12    A.   Yes.
13    Q.   So, that was a total loss.
14    A.   Yes.
15    Q.   And then, second, was all of your
16 personal possessions that, I guess, were in the
17 house. Is it everything you owned other than
18 what you were able to pack up with you when you
19 evacuated?
20    A.   Yes.
21    Q.   All of your house possessions,
22 obviously, minus whatever you were able to fit in
23 the car to go to Baton Rouge?
24    A.   Right.
25    Q.   Did you own other car -- did you

**JEANNINE ARMSTRONG (MRGO)**                                              **7/9/2007**

```
                                     Page 145
 1            REPORTER'S CERTIFICATE
 2
 3
 4        I, CAROL VALLETTE SLATER, Certified
 5   Court Reporter, Registered Professional Reporter,
 6   in and for the State of Louisiana, as the officer
 7   before whom this testimony was taken, do hereby
 8   certify that JEANNINE B. ARMSTRONG, after having
 9   been duly sworn by me upon authority of R.S.
10   37:2554, did testify as hereinbefore set forth in
11   the foregoing pages; that this testimony was
12   reported by me in the stenotype reporting method,
13   was prepared and transcribed by me or under my
14   personal direction and supervision, and is a true
15   and correct transcript to the best of my ability
16   and understanding; that I am not related to
17   counsel or the parties herein, nor am I otherwise
18   interested in the outcome of this matter.
19
20
21         CAROL VALLETTE SLATER (CCR 78020)
           CERTIFIED COURT REPORTER
22         REGISTERED PROFESSIONAL REPORTER
23
24
25
```