# EXHIBIT 20

THIRTY FOURTH JUDICIAL DISTRICT COURT

PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO.   110-615                                            DIVISION   "A"

JENEEN HOLMES WIFE OF/AND FRED N.HOLMES, JR.

VERSUS

CLUB INSURANCE AGENCY INCORPORATED

FILED: _____          _____
                                                                        DEPUTY CLERK

**********************************************************************************************

### RESPONSES TO INTERROGATORIES

NOW INTO COURT, through undersigned counsel, comes plaintiff, **JENEEN HOLMES WIFE OF/AND FRED HOLMES JR.**, who in Answer to Interrogatories propounded by defendant, **CLUB INSURANCE AGENCY INCORPORATED.**, does aver:

To:   **CLUB INSURANCE AGENCY INCORPORATED**
      Through Attorney of Record
      Chopin, Wagar Richard and Kutcher L.L.P
      C/o Brad Lacombe
      3850 North Causeway Boulevard,
      Suite 900
      Metairie, La 70002

### INTERROGATORY NO. 1:

Identify yourselves and all persons providing information needed to answer these Interrogatories.

### ANSWER TO INTERROGATORY NO. 1:

Fred N. Holmes Jr.
30231 Glenboro Drive; Spring, TX 77386-1716 (Current address)
1205 Perrin Drive Arabi La 70032   (previous address)

Jeneen M. Boudoin-Holmes
30231 Glenboro Drive; Spring, TX 77386-1716 (Current address)
1205 Perrin Drive Arabi La 70032   (previous address)

### INTERROGATORY NO. 2:

State the date of the last appraisal of your immovable property prior to Hurricane Katrina, identify the appraiser, and state the amount of the appraisal.



EXHIBIT
Taylor
22

**ANSWER TO INTERROGATORY NO. 2:**

The appraisal had been performed prior to the purchase of the house located at 1205 Perrin Drive. The appraisal information is unavailable at this time due to the paperwork being damaged in Hurricane Katrina. The approximate appraisal in 2003 was $135,000. Today's appraisal would be greater than $150,000 in pre-Katrina condition.

**INTERROGATORY NO. 3:**

Have you received any payments from any entity, (including but not limited to ACFIC, another insurer, FEMA, etc.) for any damages or losses you sustained as a result of Hurricane Katrina? If the answer to this interrogatory is yes, for each such payment you received, then answer the following:

  a) Identify the person and/or entity that made the payment;

  b) If the entity who made the payment is an insurer, state the number of the policy issued to you by that insurer, and the type of coverage provided to you by that insurer (e.g. homeowner's, flood, business interruption, etc.);

  c) State the date of the payment;

  d) State the amount of the payment; and

  e) Describe the reason for the payment (e.g., advance on additional living expenses, cost of repairs to dwelling, replacement of damaged contents, etc.).

**ANSWER TO INTERROGATORY NO. 3:**

I have received payments from: AAA:

1) $2,750.00 (Civil Authority);

2) Fidelity (Policy: 177700537443 02/Claim: 105-0033513);

  a. $10,000 (Partial Settlement of Building Damage);

  b. $27,400 (Settlement of Building Damage);

  c. $2,000 (Partial Settlement of Contents Damage);

  d. $10,800 (Settlement of Contents Damage);

3) GEICO $5,641.98 (Loss of Vehicle)

**INTERROGATORY NO. 4:**

Providing as much detail as possible, itemize the damages you contend you are entitled to recover from ACFIC. At a minimum, your itemization should include a description of the type or category of damages you are claiming (e.g. cost of repairing dwelling; cost of repairing/replacing contents; additional living expenses, etc.), and the amount you contend you are entitled to recover for each category or types of damages. Note: If you have already prepared an inventory or list that responds in whole or in part to the information sought by this Interrogatory, you can reference the inventory in your answer to this Interrogatory and attach a copy of the inventory or list to your answer to this Interrogatory. If the inventory or list is not complete, or does not provide all information needed to completely respond to this Interrogatory, supplement the inventory or list in your answer to this Interrogatory and provide all other additional information so your response is complete.

**ANSWER TO INTERROGATORY NO. 4:**

We contend that there was extensive wind damage to the exterior of the house as well as a majority of the contents of the household. We contend that the front door was blown off of its hinges due to strong winds and caused a whirlwind within the house and caused extensive damages to the inferior of the property and its contents. We contend that the additional space in the rear of the home was damaged severely from the strong winds prior to the floodwaters. We have attached a listing of contents to supplement. Repair cost to the home have yet to be determined. We also contend that the interior suffered water damage prior to the flood water.

**INTERROGATORY NO. 5:**

Do you contend you have provided ACFIC with satisfactory proof of loss for any damages arising out of Hurricane Katrina you seek to recover for ACFIC? If the answer to this Interrogatory is yes, then state the following:

    a) A full description of all information and/or documentation you contend comprises the "satisfactory proof of loss" you provided to ACFIC;

    b) The date(s) you contend you provided ACFIC with each item of information and/or documentation that comprises your "satisfactory proof of loss".

**ANSWER TO INTERROGATORY NO. 5:**

I called in the claim through customer service the day after the storm and was told that all that I needed to provide due to the nature of the storm and the declarations from FEMA of a National Disaster Area and given the claim number HO804817. I was never able to meet with the ACFIC Adjuster at the property as on three separate occasions he did not show even after assuring me that he would since I was driving in from Texas to meet with him.

**INTERROGATORY NO. 6:**

Have you made any repairs to the damage caused by Hurricane Katrina to your immovable property? If the answer to this Interrogatory is yes, then answer the following:

    a) Describe fully any repairs you have made;

    b) State the date of these repairs;

    c) Identify all persons or entities who made the repairs; and

    d) State the amount you paid to each person or entity referred to in your answer to Interrogatory No. 6(c).

**ANSWER TO INTERROGATORY NO. 6:**

No repairs have been made to the structure of the home of the home due to insufficient insurance proceeds.

**INTERROGATORY NO. 7:**

Have you repaired or replaced any of your movable property damaged by Hurricane Katrina? If the answer to this Interrogatory is yes, for each item repaired or replaced, answer the following:

    a) Provide an itemized inventory of the movable property that was repaired or replaced;

    b) State the date of the repair and/or replacement;

    c) Identify all persons or entities who made any repairs, or identify any person or entity from whom you purchased any replacement items, and any persons or entities who provided you written repair or replacement estimates; and

    d) State the amount you paid for the repair or replacement.

Note: If you have already prepared an inventory or list that responds in whole or in part to the information sought by this Interrogatory, you can reference the inventory or list in your answer to this Interrogatory and attach a copy of the inventory or list to your answer to this Interrogatory. If the inventory or list is not complete, or does not provide all information needed to completely respond to this Interrogatory, supplement the inventory or list in your answer to this Interrogatory and provide all other additional information so your response is complete.

## ANSWER TO INTERROGATORY NO. 7:

See attached documentation

## INTERROGATORY NO. 8:

Do you contend you are entitled to recover from ACFIC any additional living expenses you sustained as a result of Hurricane Katrina? If the answer to this Interrogatory is yes, then answer the following:

a) The full address for each place you lived after Hurricane Katrina other than 2028 Beck Street, New Orleans, Louisiana;

b) The dates you lived at each address listed in your answer to Interrogatory No 9(a);

c) Provide an itemized description of additional living expenses for which you are making claim; and

d) Provide an itemized description of your average monthly living expenses during the period of January 1, 2005 to August 28, 2005.

Note: If you have already prepared an inventory or list that responds in whole or in part to the information sought by this Interrogatory, you can reference the inventory or list in your answer to this Interrogatory and attach a copy of the inventory or list to your answer to this Interrogatory. If the inventory or list is not complete, or does not provide all information needed to completely respond to this Interrogatory, supplement the inventory or list in your answer to this Interrogatory and provide all other additional information so your response is complete.

**ANSWER TO INTERROGATORY NO. 8:**

Yes, we contend that additional living expenses are due to us from ACFIC as a result of damages sustained from Hurricane Katrina. We have been paying a monthly mortgage on a property that is unlivable. We contend that we have NEVER resided at 2028 Beck Street in New Orleans, Louisiana. This is yet again another error by ACFIC. We have not resided in the state of Louisiana since Hurricane Katrina. Since Katrina, we have stayed at:

1) Motel 6; 220 Bammel- Westfield; Houston, TX 77090
   [resided 8/29/05 – 9/605]

2) Comfort Suites; 150 Overload Trail; Houston, TX 77090
   [resided 9/7/05 – 1/08/06]

3) 30231 Glenboro Drive; Spring, TX 77386
   [resided 1/08/06 -- current]

**INTERROGATORY NO. 9:**

Do you contend that ACFIC is liable to you for any penalties and/or attorney's fees under La. R.S. 22:658 and/or La. R.S.22:1220? If the answer to this Interrogatory is yes, please state the following:

a) Describe fully the respects in which you believe ACFIC violated La. R.S. 22:658 and/or La. R.S. 22:1220, and the penalty you believe ACFIC is liable for; and

b) If you contend ACFIC is also liable for attorney's fees, state the amount of attorney's fees you have incurred as a result of ACFIC's violation of La. R.S. 22:658 and/or La. R.S. 22:1220, and state the hourly fee you have agreed to pay any attorney to make a claim against ACFIC and/or the percentage of your recovery you have agreed to pay any attorney to prosecute any claim in your behalf against ACFIC.

**ANSWER TO INTERROGATORY NO. 9:**

Yes. We contend the defendant failed to properly adjust this claim within the time periods & furthermore failed properly evaluate and pay this claim.

**INTERROGATORY NO. 10:**

Identify each person you may call as a witness at the trial of this matter, and for each witness, describe the facts they will testify to. Additionally, if any witness will be tendered as an expert state the field of expertise the witness will be tendered in and the opinion(s) such expert witness will testify to.

**ANSWER TO INTERROGATORY NO. 10:**

The witnesses listed below can verify the following:

1) Verification of contents prior of Katrina;

2) Residency verification;

3) Structure of house prior to Katrina; and

4) Structure of house after Katrina.

    a. Kathy Boudoin;

    b. Billie Curtis;

    c. Francis Hallal;

    d. Anderson Boudoin;

    e. Eola "Doll" Boudoin;

    f. William Hallal;

    g. Preston Curtis;

    h. Roy Robertson;

    i. Kristy Curtis;

    j. Norman Landry;

    k. Terry Hallal;

    l. Pat Massarini;

    m. Gene Lemoine;

    n. Anne Lemoine;

    o. William Curtis;

    p. Mary Landry;

    q. Glenda Melerine;

    r. Virgil Landry; and

    s. J.D. Landry

PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT AND/OR AMEND THESE RESPONSES AS NEW NFORMATION BECOMES AVAILABLE.

Respectfully submitted,

V.J. DAUTERIVE, JR.
BAR NO # 4570
532 East Judge Perez Drive
Suite 104
Chalmette, La 70043
Phone (504) 277-9749
Fax     (504) 279-7337

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all parties of record by facsimile transmission and/or by placing same in the United States mail, properly addresses and postage paid, this 13th day of February, 2009.

VJ Dauterive, Jr.

VJ,

I have included a listing of items that were damaged either by the wind or wind driven
rain that was allowed to come into the house prior to the floodwaters through the front
door being blown off of its hinges. The rear porch and attached shed was lifted and
dislodged effectively destroying all contents. I still have more receipts for items that
were replaced. Unfortunately, I do not have original receipts for items that I had before
the storm. Please let me know if you need any additional information.

Thanks,

Fred and Jeneen Holmes



ACFIC 000175

| Item Description | Qty | Amount | Location |
|---|---|---|---|
| pool | 1 | $400.00 | Back Yard |
| pool filter | 1 | $50.00 | Back Yard |
| pool ladder | 1 | $50.00 | Back Yard |
| pool pump | 1 | $50.00 | Back Yard |
| antique armoire | 1 | $3,000.00 | Covered Patio |
| antique dresser mirror | 1 | $700.00 | Covered Patio |
| barbeque grill | 1 | $400.00 | Covered Patio |
| barbeque grill tool kit | 1 | $60.00 | Covered Patio |
| bird bath | 1 | $150.00 | Covered Patio |
| canopy | 1 | $150.00 | Covered Patio |
| copper lantern | | $250.00 | Covered Patio |
| covered patio | 1 | $1,200.00 | Covered Patio |
| dog house | 1 | $125.00 | Covered Patio |
| double hammock | 1 | $250.00 | Covered Patio |
| dumbbells | 4 | $40.00 | Covered Patio |
| elliptical exercise bike | 1 | $900.00 | Covered Patio |
| exercise bike | 1 | $700.00 | Covered Patio |
| garden hose caddy | 2 | $60.00 | Covered Patio |
| hammock stand | 1 | $60.00 | Covered Patio |
| jump ropes | 1 | $35.00 | Covered Patio |
| lawn mower | 3 | $350.00 | Covered Patio |
| outdoor smoker | 1 | $100.00 | Covered Patio |
| patio chairs | 6 | $1,500.00 | Covered Patio |
| patio table | 1 | $1,000.00 | Covered Patio |
| propane tank | 1 | $50.00 | Covered Patio |
| skimmer | 1 | $30.00 | Covered Patio |
| vacuum | 2 | $250.00 | Covered Patio |
| wheel barrel | 1 | $100.00 | Covered Patio |
| wind chimes | 3 | $60.00 | Covered Patio |
| wooden bench | 1 | $70.00 | Covered Patio |
| air mattress | 1 | $90.00 | Front Room |
| all in one fax/printer/copier | 1 | $350.00 | Front Room |
| Atari | 1 | $100.00 | Front Room |
| Atari games | 30 | $300.00 | Front Room |
| bean bags | 2 | $150.00 | Front Room |
| book cases | 2 | $300.00 | Front Room |
| boom box | 1 | $70.00 | Front Room |
| carpet steamer | 1 | $250.00 | Front Room |
| ceiling fan (new in box) | 1 | $150.00 | Front Room |
| ceiling fan remote control (new in box) | 1 | $70.00 | Front Room |
| coffee table | 1 | $250.00 | Front Room |
| computer desk | 1 | $225.00 | Front Room |
| computer games | | $1,500.00 | Front Room |
| console TV. | 1 | $600.00 | Front Room |
| cook books | 50 | $2,000.00 | Front Room |
| copper deer | 1 | $100.00 | Front Room |
| cordless lanterns | 2 | $120.00 | Front Room |
| c-pap (breathing machine) | 1 | $1,500.00 | Front Room |
| custom made drapery | | $1,000.00 | Front Room |
| electric keyboard | 1 | $300.00 | Front Room |
| end tables | 4 | $400.00 | Front Room |



EXHIBIT
TAYlor
26

ACFIC 000185

| Item | Qty | Value | Location |
|---|---|---|---|
| exercise mat / pad | 2 | $60.00 | Front Room |
| fiber optic Christmas tree | 3 | $225.00 | Front Room |
| fiber optic lamp | 1 | $200.00 | Front Room |
| ficus trees | 2 | $120.00 | Front Room |
| floor fan | 1 | $90.00 | Front Room |
| folding picnic table w/ chairs | 1 | $200.00 | Front Room |
| front door | 1 | $500.00 | Front Room |
| front room repair | | $5,000.00 | Front Room |
| helmets | 2 | $120.00 | Front Room |
| knee pads (pair) | 2 | $80.00 | Front Room |
| Nintendo | 2 | $200.00 | Front Room |
| Nintendo 64 | 2 | $100.00 | Front Room |
| Nintendo 64 games | 30 | $300.00 | Front Room |
| Nintendo games | 40 | $1,200.00 | Front Room |
| notebook computer | 1 | $2,500.00 | Front Room |
| pictures | 5 | $300.00 | Front Room |
| printer | 1 | $150.00 | Front Room |
| reclining sofa/loveseat | 2 | $3,000.00 | Front Room |
| records | 500 | $1,500.00 | Front Room |
| roller blades (pair) | 2 | $220.00 | Front Room |
| roller skates (pair) | 2 | $300.00 | Front Room |
| rollup beach towels w/ attached pillows | 2 | $40.00 | Front Room |
| scanner | 1 | $250.00 | Front Room |
| stacking video cassette cases | 5 | $60.00 | Front Room |
| stereo system | 1 | $500.00 | Front Room |
| tapes | 200 | $3,000.00 | Front Room |
| treadmill | 1 | $2,000.00 | Front Room |
| typewriter | 2 | $400.00 | Front Room |
| VHS movies | 300 | $6,000.00 | Front Room |
| video camera | 1 | $950.00 | Front Room |
| weight machine | 1 | $1,500.00 | Front Room |
| wireless headset | 1 | $75.00 | Front Room |
| wooden video cabinet | 1 | $150.00 | Front Room |
| computer | 3 | $3,900.00 | Front Room; Living Room |
| computer monitor | 3 | $600.00 | Front Room; Living Room |
| antique desk | 1 | $2,000.00 | Shed |
| antique dresser | 1 | $2,000.00 | Shed |
| badminton set | 1 | $40.00 | Shed |
| blower | 1 | $300.00 | Shed |
| car ramps (pair) | 2 | $80.00 | Shed |
| chain saw w/ extension pole | 1 | $150.00 | Shed |
| chlorine | 1 | $40.00 | Shed |
| diving gear | 2 | $50.00 | Shed |
| edger | 1 | $150.00 | Shed |
| electric shears | 1 | $60.00 | Shed |
| fishing poles | 3 | $180.00 | Shed |
| garden tools | 9 | $50.00 | Shed |
| gardening gloves (pair) | 6 | $55.00 | Shed |
| gardening tool rack | 1 | $50.00 | Shed |
| horse shoe set | 1 | $40.00 | Shed |
| ladders | 3 | $200.00 | Shed |
| power tools | 20 | $2,000.00 | Shed |

| | | | |
|---|---|---|---|
| propane stove | 1 | $50.00 | Shed |
| racquetball rackets | 2 | $90.00 | Shed |
| rakes | 3 | $50.00 | Shed |
| red devil grill | 1 | $80.00 | Shed |
| seed spreader / fertilizer | 1 | $50.00 | Shed |
| shed | 1 | $800.00 | Shed |
| shovels | 3 | $60.00 | Shed |
| stove | 1 | $1,000.00 | Shed |
| tackle and gear | | $100.00 | Shed |
| tennis balls | 12 | $15.00 | Shed |
| tennis rackets | 2 | $90.00 | Shed |
| tool chest | 2 | $300.00 | Shed |
| tools | | $3,000.00 | Shed |
| volleyball set | 1 | $40.00 | Shed |
| water purifiers | | $40.00 | Shed |
| weed eater | 1 | $150.00 | Shed |
| carpet | | $6,000.00 | Throughout House |
| roof | | $7,000.00 | |
| siding and gutters | | $1,500.00 | |
| | | $85,615.00 | |

<u>Damaged by ???</u>
wind / water / mold
wind / water / mold
wind / water / mold
wind / water / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold

ACFIC 000188

wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold

ACFIC 000189

wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind / wind driven rain / mold
wind
wind

ACFIC 000190