# EXHIBIT 21

# EXHIBIT 21

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Flood Contents Worksheet* | | | Insd. Hm.# | | | P | Date: | | | | RCV | | | |
| *Contents Inventory List* | | | Insd. Wk.# | | | H | Type Policy: | | | | DEPR | | | |
| Insured: | Kenny Armstrong | | DOL: | | | O | Pol. # | | | | ACV | | | |
| Address: | | | Ins. Co. | | | T | Clm. # | | | | Repair/Restore | | | |
| Address: | | | Ins. Adj. | | | O | Sales Tax | 7% Added | | | ACV + Repair | | | |
| Item | Qty. | Description | $ Base RCV | Repair/ Restore | Make, Model... | Age or Yr | # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
| 1 | | Table + Chairs | 1600.00 | | | | | | | | | | | |
| 2 | | China Cabinet | 2000.00 | | | | | | | | | | | |
| 3 | | Shelves x 3 | 50.00 | | | | | | | | | | | |
| 4 | | Refridgerator | 1200.00 | | | | | | | | | | | |
| 5 | | Glasses | 50.00 | | | | | | | | | | | |
| 6 | | Toasters | 50.00 | | | | | | | | | | | |
| 7 | | Microwave | 180.00 | | | | | | | | | | | |
| 8 | | Can opener | 30.00 | | | | | | | | | | | |
| 9 | | Toaster oven | 50.00 | | | | | | | | | | | |
| 10 | | Corning ware | 400.00 | | | | | | | | | | | |
| 11 | | Dishes x 12 set | 400.00 | | | | | | | | | | | |
| 12 | | Mixing Bowl | 30.00 | | | | | | | | | | | |
| 13 | | Tupperware | 500.00 | | | | | | | | | | | |
| 14 | | Crock Pot x | 150.00 | | | | | | | | | | | |
| 15 | | Waffle Iron | 50.00 | | | | | | | | | | | |
| 16 | | Food Processor | 200.00 | | | | | | | | | | | |
| 17 | | Blender | 100.00 | | | | | | | | | | | |
| 18 | | Mixer - Kitchen Aid | 300.00 | | | | | | | | | | | |
| 19 | | Hand mixer | 30.00 | | | | | | | | | | | |
| 20 | | Pots Cast Iron x 4 | 280.00 | | | | | | | | | | | |
| 21 | | Corning Ware Cook Top | 600.00 | | | | | | | | | | | |

Page 1

EXHIBIT Taylor 12

EXHIBIT 4

**Flood Contents Worksheet**

Contents Inventory List

Insured: Kenny Armstrong

| Item | Qty. | Description | Base RCV | Repair/Restore | Make, Model... | Age or Yr | PHOTO # | Room or Store | Rep/Restore Inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | | Teflon Pots/Pans | 500.00 | | | | | | | | | | | |
| 23 | | Pantry | 1200.00 | | | | | | | | | | | |
| 24 | | Telephone | 300.00 | | | | | | | | | | | |
| 25 | | Kitchen gadgets | 700.00 | | | | | | | | | | | |
| 26 | | Coffee Pot | 90.00 | | | | | | | | | | | |
| 27 | | Coffee Cups | 60.00 | | | | | | | | | | | |
| 28 | | Filters | 16.00 | | | | | | | | | | | |
| 29 | | Dishwasher | 400.00 | | | | | | | | | | | |
| 30 | | Garbage Disposal | 100.00 | | | | | | | | | | | |
| 31 | | Trash Can | 30.00 | | | | | | | | | | | |
| 32 | | Wine Glasses | 80.00 | | | | | | | | | | | |
| 33 | | Serving Trays | 300.00 | | | | | | | | | | | |
| 34 | | China 8 piece set | 1500.00 | | | | | | | | | | | |
| 35 | | 24 Crystal glasses | 800.00 | | | | | | | | | | | |
| 36 | | Table Clothes | 100.00 | | | | | | | | | | | |
| 37 | | Ice Bucket | 50.00 | | | | | | | | | | | |
| 38 | | Serving Baskets | 50.00 | | | | | | | | | | | |
| 39 | | Entertainment Center | 1800.00 | | | | | | | | | | | |
| 40 | | Sony Stereo System + Reciever | 1000.00 | | | | | | | | | | | |
| 41 | | Speakers | 500.00 | | | | | | | | | | | |

**Flood Contents Worksheet**

Contents Inventory List

Insured: Kenny Armstrong

| Item | Qty. | Description | Base RCV | Repair/Restore | Make, Model... | Age or Yr | PHOTO # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | | Wall Art | 3,000.00 | | | | | | | | | | | |
| 43 | | Fishing Poles | 2,000.00 | | | | | | | | | | | |
| 44 | | Wagon | 80.00 | | | | | | | | | | | |
| 45 | | Tyls Car | 60.00 | | | | | | | | | | | |
| 46 | | Lawn Mower | 400.00 | | | | | | | | | | | |
| 47 | | Weed Eater | 200.00 | | | | | | | | | | | |
| 48 | | Edger | 180.00 | | | | | | | | | | | |
| 49 | | Flower Pots | 200.00 | | | | | | | | | | | |
| 50 | | Shovel | 20.00 | | | | | | | | | | | |
| 51 | | Rakes | 40.00 | | | | | | | | | | | |
| 52 | | Wheel Barrel | 80.00 | | | | | | | | | | | |
| 53 | | Washer/Dryer | 500.00 | | | | | | | | | | | |
| 54 | | Freezer | 500.00 | | | | | | | | | | | |
| 55 | | Hot Water Heater | 350.00 | | | | | | | | | | | |
| 56 | | Rockers | 200.00 | | | | | | | | | | | |
| 57 | | Bench | 100.00 | | | | | | | | | | | |
| 58 | | Trampoline | 200.00 | | | | | | | | | | | |
| 59 | | Canopy | 125.00 | | | | | | | | | | | |
| 60 | | BBQ Pit | 300.00 | | | | | | | | | | | |
| 61 | | Hoses | 75.00 | | | | | | | | | | | |

Page 3

**Flood Contents Worksheet**

Contents Inventory List

Insured: Kenny Armstrong

| Item | Qty. | Description | Base RCV | Repair/Restore | Make, Model... | Age or Yr | PHOTO # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | | DVD's (over 250) | 3500.00 | | | | | | | | | | | |
| 63 | | CD's | 1,500.00 | | | | | | | | | | | |
| 64 | | Sofa | 2500.00 | | | | | | | | | | | |
| 65 | | 2 End Tables | 500.00 | | | | | | | | | | | |
| 66 | | 2 Lamps | 300.00 | | | | | | | | | | | |
| 67 | | 1 wide chair | 600.00 | | | | | | | | | | | |
| 68 | | Ottoman | 300.00 | | | | | | | | | | | |
| 69 | | Swivel Rocker | 500.00 | | | | | | | | | | | |
| 70 | | Cypress Fireplace | 1000.00 | | | | | | | | | | | |
| 71 | | Fireplace tools | 125.00 | | | | | | | | | | | |
| 72 | | Fireplace Basket | 175.00 | | | | | | | | | | | |
| 73 | | Crystal Clock | 100.00 | | | | | | | | | | | |
| 74 | | Framed Armstrong Picture | 125.00 | | | | | | | | | | | |
| 75 | | Framed Cresent City Classic Poster | 500.00 | | | | | | | | | | | |
| 76 | | House Plants | 100.00 | | | | | | | | | | | |
| 77 | | Armstrong 16x20 framed pic. | 200.00 | | | | | | | | | | | |
| 78 | | Area rug | 500.00 | | | | | | | | | | | |
| 79 | | Foyer table | 200.00 | | | | | | | | | | | |
| 80 | | Foyer lamp | 50.00 | | | | | | | | | | | |
| 81 | | Antique Cabinet | 1000.00 | | | | | | | | | | | |

# Flood Contents Worksheet

**Contents Inventory List**

Insured: Kenny Armstrong

| Item | Qty. | Description | Base RCV | Repair/Restore | Make, Model... | Age or Yr | PHOTO # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | | Mop/Dust Pan | 50.00 | | | | | | | | | | | |
| 83 | | Bucket x2 | 40.00 | | | | | | | | | | | |
| 84 | | Wood Floor Mop | 30.00 | | | | | | | | | | | |
| 85 | | Tackle box filled | 500.00 | | | | | | | | | | | |
| 86 | | Extension Cords | 100.00 | | | | | | | | | | | |
| 87 | | Skooter | 60.00 | | | | | | | | | | | |
| 88 | | Skates | 75.00 | | | | | | | | | | | |
| 89 | | Towels | 100.00 | | | | | | | | | | | |
| 90 | | Gas Blower | 150.00 | | | | | | | | | | | |
| 91 | | Boiling Pot/Burner | 200.00 | | | | | | | | | | | |
| 92 | | Ice Chests x4 | 300.00 | | | | | | | | | | | |
| 93 | | Beach Chairs | 150.00 | | | | | | | | | | | |
| 94 | | Folding Chairs | 245.00 | | | | | | | | | | | |
| 95 | | Hunting Boots x3 | 300.00 | | | | | | | | | | | |
| 96 | | Guns→Browning 12 gauge | 1350.00 | | | | | | | | | | | |
| 97 | | Savage shot Gun 410 g/l | 310.00 | | | | | | | | | | | |
| 98 | | J.C. Higgins Palm shot gun | 250.00 | | | | | | | | | | | |
| 99 | | Dan Wesson 357-Magnum | 700.00 | | | | | | | | | | | |
| 100 | | 25 Caliber Stainless | 400.00 | | | | | | | | | | | |
| 101 | | 410 Single Shot (Ivory Johnson Antique) | 400.00 | | | | | | | | | | | |

Page 5

**Flood Contents Worksheet**

Contents Inventory List

Insured: Kenny Armstrong

| Item | Qty. | Description | Base RCV | Repair/Restore | Make, Model... | Age or Yr | PHOTO # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | | Liquor | 100.00 | | | | | | | | | | | |
| 103 | | Kitchen window blinds | 500.00 | | | | | | | | | | | |
| 104 | | French door Curtins | 200.00 | | | | | | | | | | | |
| 105 | | Corningware tea pot | 40.00 | | | | | | | | | | | |
| 106 | | Oven | 350.00 | | | | | | | | | | | |
| 107 | | Silverware | 800.00 | | | | | | | | | | | |
| 108 | | Knives | 250.00 | | | | | | | | | | | |
| 109 | | Beeper | 50.00 | | | | | | | | | | | |
| 110 | | Candle holder | 50.00 | | | | | | | | | | | |
| 111 | | Iron | 80.00 | | | | | | | | | | | |
| 112 | | Iron Board | 25.00 | | | | | | | | | | | |
| 113 | | Mop + Broom | 30.00 | | | | | | | | | | | |
| 114 | | Oreck Vacuum | 600.00 | | | | | | | | | | | |
| 115 | | Shop Vac | 100.00 | | | | | | | | | | | |
| 116 | | Tennis Rackets x5 | 200.00 | | | | | | | | | | | |
| 117 | | Tennis Balls x locases | 60.00 | | | | | | | | | | | |
| 118 | | Bats x 10 | 300.00 | | | | | | | | | | | |
| 119 | | Baseball gloves x 2 | 150.00 | | | | | | | | | | | |
| 120 | | Softball gloves x 2 | 50.00 | | | | | | | | | | | |
| 121 | | Bikes x 4 | 700.00 | | | | | | | | | | | |

# Flood Contents Worksheet

**Insured:** Kenny Armstrong

| Item | Qty | Description | Base RCV | Repair/Restore | Make, Model | Age or Yr | Room or Store | Rep/Restore Inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 122 | | Duck Decoys (4 dozen) | 400.00 | | | | | | | | | | |
| 123 | | Computer Desk | 300.00 | | | | | | | | | | |
| 124 | | Dell Computers x 2 | 2400.00 | | | | | | | | | | |
| 125 | | Printer x 2 | 250.00 | | | | | | | | | | |
| 126 | | Desk Supplies | 100.00 | | | | | | | | | | |
| 127 | | Software | 400.00 | | | | | | | | | | |
| 128 | | Ink / Paper | 100.00 | | | | | | | | | | |
| 129 | | Clothes → Jeans x 32 | 1280.00 | | | | | | | | | | |
| 130 | | Leather Jackets x 4 | 500.00 | | | | | | | | | | |
| 131 | | Winter Coats x 10 | 1000.00 | | | | | | | | | | |
| 132 | | Lettermens x 5 | 500.00 | | | | | | | | | | |
| 133 | | Formal Dress x 4 | 575.00 | | | | | | | | | | |
| 134 | | Cocktail Dress x 15 | 1200.00 | | | | | | | | | | |
| 135 | | Suits/Sports Coats x 4 | 800.00 | | | | | | | | | | |
| 136 | | Sports Coats x 5 | 400.00 | | | | | | | | | | |
| 137 | | Hunting Clothes | 500.00 | | | | | | | | | | |
| 138 | | Ski Jackets x 5 | 450.00 | | | | | | | | | | |
| 139 | | Ski Bibs x 5 | 400.00 | | | | | | | | | | |
| 140 | | Ski Boots x 5 | 500.00 | | | | | | | | | | |
| 141 | | Ski Goggles x 5 | 250.00 | | | | | | | | | | |

**Flood Contents Worksheet**

Contents Inventory List

Insured: Kenny Armstrong

| Item | Qty | Description | Base RCV |
|---|---|---|---|
| 142 | | Highschool Yearbooks x15 | 1500.00 |
| 143 | | Gradeschool Yearbooks x16 | 1000.00 |
| 144 | | Nursing Books | 2000.00 |
| 145 | | Baby Books x3 | Priceless |
| 146 | | Transport school bags x6 | 250.00 |
| 147 | | Purses | 1000.00 |
| 148 | | Medicines | 500.00 |
| 149 | | Crutches x 2 | 300.00 |
| 150 | | Ankle + Knee braces | 200.00 |
| 151 | | Globe | 50.00 |
| 152 | | Massager | 80.00 |
| 153 | | Luggage | 1000.00 |
| 154 | | Baby Bed Bedding | 300.00 |
| 155 | | Bassinet Bedding | 300.00 |
| 156 | | Baby swing | 100.00 |
| 157 | | Baby Walker | 80.00 |
| 158 | | Baby Stroller x 2 | 300.00 |
| 159 | | Wedding Album | Priceless |
| 160 | | Wedding Dress | 1000.00 |
| 161 | | Veil | 250.00 |

| Flood Contents Worksheet | | Insd. Hm.# | | | P | Date: | | | RCV | |
|---|---|---|---|---|---|---|---|---|---|---|
| Contents Inventory List | | Insd. Wk.# | | | H | Type Policy: | | | DEPR | |
| Insured: Kenny Armstrong | | DOL: | | | O | Pol.# | | | ACV | |
| Address: | | Ins. Co. | | | T | Clm.# | | | Repair/Restore | |
| Address: | | Ins. Adj. | | | O | Sales Tax | 7% Added | | ACV + Repair | |
| Item | Qty. | Description | Base RCV | Repair/Restore | Make, Model... | Age or Yr | # | Room or Store | Repl/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/Damage |
| 162 | | Precious Moment figures | 800.00 | | | | | | | | | | | |
| 163 | | Engagement Ring | 3500.00 | | | | | | | | | | | |
| 164 | | Jewelry | 5000.00 | | | | | | | | | | | |
| 165 | | Jewelry Box | 200.00 | | | | | | | | | | | |
| 166 | | Ladder | 200.00 | | | | | | | | | | | |
| 167 | | Power Saw | 150.00 | | | | | | | | | | | |
| 168 | | Baseball Card Collection | 7500.00 | | | | | | | | | | | |
| 169 | | Axe | 35.00 | | | | | | | | | | | |
| 170 | | Log Splitter | 300.00 | | | | | | | | | | | |
| 171 | | Power Washer | 300.00 | | | | | | | | | | | |
| 172 | | Electric Razor | 100.00 | | | | | | | | | | | |
| 173 | | Jazz Fest Posters framed | 1200.00 | | | | | | | | | | | |
| 174 | | Wooden Chest hand crafted | 700.00 | | | | | | | | | | | |
| 175 | | Micky Mantel Baseball | 1200.00 | | | | | | | | | | | |
| 176 | | World Series Metsball | 500.00 | | | | | | | | | | | |
| 177 | | A.C. gauges | 250.00 | | | | | | | | | | | |
| 178 | | Tents | 200.00 | | | | | | | | | | | |
| 179 | | Watches x7 | 700.00 | | | | | | | | | | | |
| 180 | | Pocket Knives x5 | 400.00 | | | | | | | | | | | |
| 181 | | Power Drill | 150.00 | | | | | | | | | | | |

# Flood Contents Worksheet

**Contents Inventory List**

Insured: Kerry Armstrong

| Item | Qty. | Description | Base RCV | Repair/Restore | Make, Model... | Age or Yr | # | Room or Store | Repl/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 182 | | Silk thermals x5 | 400.00 | | | | | | | | | | | |
| 183 | | Poraque | 850.00 | | | | | | | | | | | |
| 184 | | Boat, 18' Scout/motor | 15,000.00 | | | | | | | | | | | |
| 185 | | Life jackets xL | 400.00 | | | | | | | | | | | |
| 186 | | anchor | 50.00 | | | | | | | | | | | |
| 187 | | Water skis | 400.00 | | | | | | | | | | | |
| 188 | | Crab Nets (24) | 240.00 | | | | | | | | | | | |
| 189 | | Tubes | 100.00 | | | | | | | | | | | |
| 190 | | Ropes | 150.00 | | | | | | | | | | | |
| 191 | | Boat Battery Charger | 50.00 | | | | | | | | | | | |
| 192 | | Baby Bed (Jennylyn) | 300.00 | | | | | | | | | | | |
| 193 | | Wooden high chair | 150.00 | | | | | | | | | | | |
| 194 | | Wooden Play Pen | 150.00 | | | | | | | | | | | |
| 195 | | Box Fan x4 | 250.00 | | | | | | | | | | | |
| 196 | | Christening Gowns x3 | 300.00 | | | | | | | | | | | |
| 197 | | Christmas Decorations | 120.00 | | | | | | | | | | | |
| 198 | | Santa Suit w/ boots | 150.00 | | | | | | | | | | | |
| 199 | | Easter, Thanksgiven Dec | 300.00 | | | | | | | | | | | |
| 200 | | Cedar Chest | 200.00 | | | | | | | | | | | |
| 201 | | Baby Clothes | 500.00 | | | | | | | | | | | |

# Flood Contents Worksheet

Contents Inventory List

Insured: Kevin Armstrong

| Item | Qty. | Description | Base RCV |
|---|---|---|---|
| 202 | | Chain Saw | 250.00 |
| 203 | | Extension Ladder | 250.00 |
| 204 | | Movie Camera x2 | 1000.00 |
| 205 | | VCR | 200.00 |
| 206 | | DVD Player | 50.00 |
| 207 | | Nintendo 64 | 150.00 |
| 208 | | Super Nintendo | 95.00 |
| 209 | | Play Station 2 | 250.00 |
| 210 | | Games x50 | 500.00 |
| 211 | | Karaoke Machine | 200.00 |
| 212 | | Deep Fryer w/Burner | 250.00 |
| 213 | | Men's Shoes x40 | 3000.00 |
| 214 | | Golf Bag/Clubs/Balls | 1200.00 |
| 215 | | Women's Shoes x75 | 7500.00 |
| 216 | | Budweiser Steins x35 | 2500.00 |
| 217 | | Cheerleading Uniforms | 900.00 |
| 218 | | Hannah's Uniforms | 500.00 |
| 219 | | Shower Curtain/Rod | 100.00 |
| 220 | | Straightener x2 | 200.00 |
| 221 | | Blow Dryer x3 | 75.00 |

# Flood Contents Worksheet

Contents Inventory List

Insured: Kenny Adams Frans
Address:
Address:

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model... | Age or Yr | PHOTO # | Room or Store | Sales Tax Rep/Restore inc. tax | 7% Added RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 222 | | Hair Products | 150.00 | | | | | | | | | | | |
| 223 | | Clearers | 500.00 | | | | | | | | | | | |
| 224 | | Nubilizer | 200.00 | | | | | | | | | | | |
| 225 | | Blankets | 200.00 | | | | | | | | | | | |
| 226 | | Sleeping Bags x5 | 250.00 | | | | | | | | | | | |
| 227 | | Beach Umbrella | 100.00 | | | | | | | | | | | |
| 228 | | Anole Beds x3 | 200.00 | | | | | | | | | | | |
| 229 | | Bed Spread x4 | 450.00 | | | | | | | | | | | |
| 230 | | Curtains x4 | 400.00 | | | | | | | | | | | |
| 231 | | King Bed x1 | 1500.00 | | | | | | | | | | | |
| 232 | | Dresser x1 | 2500.00 | | | | | | | | | | | |
| 233 | | Chest drawers x3 | 2100.00 | | | | | | | | | | | |
| 234 | | Night Stands x4 | 400.00 | | | | | | | | | | | |
| 235 | | TV's x5 | 1000.00 | | | | | | | | | | | |
| 236 | | TV Stand | 200.00 | | | | | | | | | | | |
| 237 | | Full length mirror x2 | 200.00 | | | | | | | | | | | |
| 238 | | Wooden Ducks | 200.00 | | | | | | | | | | | |
| 239 | | Mickey Mouse Print | 250.00 | | | | | | | | | | | |
| 240 | | White Tiger Print | 200.00 | | | | | | | | | | | |
| 241 | | C.C.C. Poster Framed | 300.00 | | | | | | | | | | | |

# Flood Contents Worksheet

Insured: Kenny Armstrong

| Item | Qty. | Description | Base RCV |
|---|---|---|---|
| 242 | | Stadium Chairs x4 | 400.00 |
| 243 | | Swim wear ladies x10 | 1600.00 |
| 244 | | Men's Swim wear | 100.00 |
| 245 | | Men's Casual wear | 200.00 |
| 246 | | Female's Casual wear | 1000.00 |
| 247 | | Senior Rings x4 | 800.00 |
| 248 | | Senior Portraits x2 | 1000.00 |
| 249 | | Cameras x3 | 300.00 |
| 250 | | House hold Chemicals | 100.00 |
| 251 | | TRAM 16" Subwoofers | 500.00 |
| 252 | | Everyday Dishes | 725.00 |
| 253 | | Everyday Glasses | |
| 254 | | Lamps x 6 | 400.00 |
| 255 | | Pillows | 200.00 |
| 256 | | Linens | 500.00 |
| 257 | | Contacts Lens x2 | 300.00 |
| 258 | | Sunglasses x5 | 400.00 |
| 259 | | Men's Ties | 200.00 |
| 260 | | Fish Tank | 500.00 |
| 261 | | Beanie Babies | 500.00 |

# Flood Contents Worksheet

Contents Inventory List

Insured: Kenny Armstrong
Address:
Address:

| Item | Qty. | Description | Base RCV | Repair/Restore | Make, Model | Age or Yr | PHOTO # | Room or Store | Rep/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 262 | | C.D. Player x 2 | 100.00 | | | | | | | | | | | |
| 263 | | Basketball goal | 225.50 | | | | | | | | | | | |
| 264 | | Light bulbs/Fans | 1000.00 | | | | | | | | | | | |
| 265 | | Coat Rack x 2 | 175.00 | | | | | | | | | | | |
| 266 | | Brass fire extinguisher | 200.00 | | | | | | | | | | | |
| 267 | | Radio Alarm clock @ | 150.00 | | | | | | | | | | | |
| 268 | | Stand up mirror | 80.00 | | | | | | | | | | | |
| 269 | | | | | | | | | | | | | | |
| 270 | | | | | | | | | | | | | | |
| 271 | | | | | | | | | | | | | | |
| 272 | | | | | | | | | | | | | | |
| 273 | | | | | | | | | | | | | | |
| 274 | | | | | | | | | | | | | | |
| 275 | | | | | | | | | | | | | | |
| 276 | | | | | | | | | | | | | | |
| 277 | | | | | | | | | | | | | | |
| 278 | | | | | | | | | | | | | | |
| 279 | | | | | | | | | | | | | | |
| 280 | | | | | | | | | | | | | | |
| 281 | | | | | | | | | | | | | | |