# EXHIBIT 22

# EXHIBIT 22

# Flood Contents Worksheet
## Contents Inventory List

| Insured: | | | Insd. Wk. # | | Date: | | | RCV |
|---|---|---|---|---|---|---|---|---|
| Address: | | | DOL: | | Type Policy | | | DEPR |
| Address: | | | Ins. Co. | | Pol. # | | | ACV |
| | | | Ins. Adj. | | Clm. # | | | |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model... | Age or Yr. # | P H O T O | Room or Store | Sales Tax Repair/Restore Ins. tax | RCV incl. sales tax | Depr. % | ACV + Repair Depr. | ACV | LOSS/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Sofa (Victoria) | 2500.00 | | | 3yrs | | Living Rm. | | | | | | |
| 2 | 1 | Coffee table (Victorian) | 1,000.00 | | | 3yrs | | Living Rm. | | | | | | |
| 3 | 2 | End tables | 2,025.00 | | | 3yrs | | Living Rm. | | | | | | |
| 4 | 2 | lamps | 999.00 | | | 3yrs. | | Living Rm. | | | | | | |
| 5 | 1 | Gold Wall table | 700.00 | | | 3yrs. | | Living Rm. | | | | | | |
| 6 | 1 | Gold frame Mirror | 675.00 | | | 3yrs | | Living Rm. | | | | | | |
| 7 | 4 | Pairs Window Drapes | 250.00 | 0 | | 1yr. | | Living Rm. | | | | | | |
| 8 | 1 | Chair | 200.00 | | | 3yrs. | | Living Rm. | | | | | | |
| 9 | 1 | Dining Room set 6 Chairs | 800.00 | | | 2yrs. | | Dining Rm. | | | | | | |
| 10 | 1 | Small TV | 55.00 | | | 4yrs. | | Dining Rm. | | | | | | |
| 11 | 1 | Buffet Cabinet | 800.00 | | | 2yrs. | | Dining Rm. | | | | | | |
| 12 | 1 | Set of China | 100.00 | | | 2½ yr. | | Dining Rm. | | | | | | |
| 13 | 1 | Silverware | 75.00 | | | 6yrs. | | Dining Rm. | | | | | | |
| 14 | 1 | Lamp | 125.00 | | | 4yrs | | Dining Rm. | | | | | | |
| 15 | 2 | sets of glasses | 25.00 | | | 3yrs | | Dining Rm. | | | | | | |
| 16 | 1 | Wall Table | 225.60 | | | 3yrs | | Dining Rm. | | | | | | |
| 17 | 1 | Lamp table (Floor) | 45.00 | | | 1yr. | | Dining Rm. | | | | | | |
| 18 | 1 | Floral Arrangement | 55.00 | | | 2yrs. | | Dining Room | | | | | | |
| 19 | 3 | Sets of Drapes | 300.00 | | | 2yrs. | | Dining Room | | | | | | |
| 20 | 1 | Custom Made Cabinets | 35,000.00 | | | 2½ yr. | | kitchen | | | | | | |
| 21 | 1 | Refrigerator | 1,400.00 | | | | | kitchen | | | | | | |

# Flood Contents Worksheet
## Contents Inventory List

| Insured: | | Insd. Hm.# | | | Date: | | RCV |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Insd. Wk.# | | | Type Policy | | DEPR |
| Address: | | DOL: | | | Pol.# | | ACV |
| Address: | | Ins. Co. | | | Clm.# | | Repair/Restore |
| | | Ins. Adj. | | | Sales Tax | | ACV + Repair |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make, Model,... | Age or Yr. | P H O T O # | Room or Store | Repair/Restore inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 22 | 1 | Freezer | 199.00 | | | 10yrs. | | Kitchen | | | | | | |
| 23 | 1 | Stove | 795.00 | | | 2yrs. | | Kitchen | | | | | | |
| 24 | 1 | Disher Washer | 199.00 | | | 3yrs. | | Kitchen | | | | | | |
| 25 | 2 | Bar Stools | 145.00 | | | 3yrs. | | Kitchen | | | | | | |
| 26 | 1 | Island | 650.00 | | | dsc. | | Kitchen | | | | | | |
| 27 | 1 | Sets of Dishes | 50.00 | | | | | Kitchen | | | | | | |
| 28 | 1 | Sets of Magnet Pots | 175.00 | | | 5yrs. | | Kitchen | | | | | | |
| 29 | 2 | Sets of Pots | 59.99 | | | 1yr. | | Kitchen | | | | | | |
| 30 | 2 | Sets Silverware | 25.00 | | | 2yrs. | | Kitchen | | | | | | |
| 31 | 2 | Sets of glasses | 28.00 | | | 6yrs. | | Kitchen | | | | | | |
| 32 | 3 | Book Cases | 1,000.00 | | | 1 | | Study | | | | | | |
| 33 | 300 | Books | 3,000.00 | | | | | Study | | | | | | |
| 34 | 1 | Sofa | 899.00 | | | 3yrs. | | Study | | | | | | |
| 35 | 1 | Computer | 456.00 | | | 4yrs. | | Study | | | | | | |
| 36 | 1 | Computer Desk | 99.00 | | | 4yrs. | | Study | | | | | | |
| 37 | 1 | Desk | 50.00 | | | 2yrs. | | Study | | | | | | |
| 38 | 1 | Television | 100.00 | | | 1yr. | | Kitchen | | | | | | |
| 39 | 1 | Coffee Pot | 45.00 | | | 1 | | Kitchen | | | | | | |
| 40 | 1 | Toaster | 30.00 | | | 1yr. | | Kitchen | | | | | | |
| 41 | 1 | Microwave | 499.00 | | Kenmore | 3yrs | | Kitchen | | | | | | |
| 42 | 1 | Chicken Fryer | 30.00 | | | 1yr. | | Kitchen | | | | | | |

# Flood Contents Worksheet

## Contents Inventory List

| Insured: | | | | Insd. Htn.# | | | | Date | | RCV |
|---|---|---|---|---|---|---|---|---|---|---|
| Address: | | | | Insd. VN.# | | | | Type Policy | | DEPR |
| Address: | | | | DOL. | | | | Pol. # | | ACV |
| | | | | Ins. Co. | | | | Clm. # | | Repair/Restore |

| Item | Qty. | Description | Base RCV | Repair/ Restore | Make/ Model... | Age or Yr | P O T H # | Room or Store | Sales Tax Replacement Added Inc. tax | RCV incl. sales tax | % Depr. | Depr. | ACV + Repair | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 1 | G.E. Hamburger Grill | 39.99 | | | 1yr | O | Kitchen | | | | | | | |
| 44 | 1 | Television | 199.00 | | | 1yr | | Kitchen | | | | | | | |
| 45 | 1 | Radio | 39.99 | | | 1yr | | Kitchen | | | | | | | |
| 46 | 1 | CD Player | 149.99 | | | 1yr | | Family Room | | | | | | | |
| 47 | 1 | VCR | 39.99 | | | 1yr | | Family Room | | | | | | | |
| 48 | 1 | CD-Radio (under counter) | 179.99 | | G.E. | 3yr | | Family Room | | | | | | | |
| 49 | 1 | Tape Recorder | 69.99 | | | 2yr | | Family Room | | | | | | | |
| 50 | 1 | leather Sofa | 999.99 | | Thomasville | 3½yr | | Family Room | | | | | | | |
| 51 | 1 | leather love Set | 599.00 | | " | ½-3yrs | | Family Room | | | | | | | |
| 52 | 1 | Table | 159.00 | | " | 12yrs | | Family Room | | | | | | | |
| 53 | 2 | End Tables | 258.00 | | " | 2½/5 | | Family Room | | | | | | | |
| 54 | 1 | Fireplace | 500.00 | | | 7yrs | | Family Room | | | | | | | |
| 55 | 1 | Stero Sound System | 2,500.00 | | | 1yr | | Family Room | | | | | | | |
| 56 | 1 | Entertainment Cabin | 499.00 | | | 1yr | | Family Room | | | | | | | |
| 57 | 1 | Television 60in | 15,000.00 | | | 3yrs | | Family Room | | | | | | | |
| 58 | 1 | Digital Camera | 100.00 | | | 1yr | | Family Room | | | | | | | |
| 59 | 1 | Copy Machine | 175.00 | | | 6m. | | Study | | | | | | | |
| 60 | 1 | Recliner-Chair | 399.00 | | | 1yr | | Family Room | | | | | | | |
| 61 | 1 | Large Clock | 199.00 | | | 1yr | | Family Room | | | | | | | |
| 62 | 1 | Refrigerator | 599.00 | | | 3yrs | | Shade | | | | | | | |
| 63 | 1 | Freezer (Large) | 599.00 | | | 1yr | | Shade | | | | | | | |

# Flood Contents Worksheet
## Contents Inventory List

| Insured: | | | Insd. Hm.# | | | | Date | |
|---|---|---|---|---|---|---|---|---|
| Address: | | | Insd. Wk.# | | | | Type Policy | |
| | | | DOL: | | | | Pol.# | DEPR |
| | | | Ins. Co. | | | | Clm.# | ACV |
| | | | Ins. Adj. | | | | | Repair/Restore |

| Item | Qty. | Description | Base RCV | Repair/Restore | Make, Model,... | Age or Yr. | P O H # | ROOM or Store | Sales Tax RepRestore Inc. tax | RCV minus sales tax | % Depr. | Depr. | ACV + Repair | ACV | Loss/Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 2 | Lawnmower | 425.00 | | 2yrs. | | | Shade | | | | | | | |
| 65 | 1 | Washer | 299.00 | | 4yrs | | | Shade | | | | | | | |
| 66 | 1 | Dryer | 299.00 | | 4yrs | | | Shade | | | | | | | |
| 67 | 1 | Hot Water heater | 600.00 | | GoGal 6 1/2 | | | Shade | | | | | | | |
| 68 | 1 | Bicycle | 199.00 | | 1yr. | | | Shade | | | | | | | |
| 69 | 4 | Fishing Rods | 300.00 | | 1-3yr. | | | Shade | | | | | | | |
| 70 | 1 | Tools | 1,800.00 | | | | | Shade | | | | | | | |
| 71 | 1 | Tool Box | | | | | | Shade | | | | | | | |
| 72 | 1 | Television | 155.00 | | 5yrs | | | Shade | | | | | | | |
| 73 | 1 | Microwave | 199.00 | | 5yrs. | | | Shade | | | | | | | |
| 74 | 1 | Barbecue Grill | 169.00 | | 4yr. | | | Yard | | | | | | | |
| 75 | 1 | Small Portable TV | 50.00 | | 3m. | | | Guest Room | | | | | | | |
| 76 | 1 | Picture | 179.00 | | 3yrs. | | | Guest Room | | | | | | | |
| 77 | 1 | Bedroom Set | 1,700.00 | | 5yrs. | | | Guest Room | | | | | | | |
| 78 | 1 | Television | 199.00 | | 4yr. | | | Guest Room | | | | | | | |
| 79 | 1 | Lamp | 75.00 | | 1yr. | | | Guest Room | | | | | | | |
| 80 | 1 | Table | 125.99 | | 1yr. | | | Guest Room | | | | | | | |
| 81 | 1 | Recorder | 75.00 | | 2mo. | | | Guest Room | | | | | | | |
| 82 | 1 | Stero | 150.00 | | 6mo. | | | Guest Room | | | | | | | |
| 83 | 100 | Books | 300.00 | | / | | | Guest Room | | | | | | | |
| 84 | 1 | Book Case | 75.99 | | 5yrs | | | Guest Room | | | | | | | |

# Flood Contents Worksheet
## Contents Inventory List

| Insured: | | | Insd. Hm.# | | | Date | | | RCV |
|---|---|---|---|---|---|---|---|---|---|
| Address: | | | Insd. Wk.# | | | Type Policy | | | DEPR |
| | | | DOL: | | | Pol. # | | | ACV |
| | | | Ins. Co. | | | Clm. # | | | |
| | | | Ins. Adj. | | P H O T O # | Sales Tax | | | Repair/Restore |
| | | | | | | Room of Store | Repl/Restore Inc. Tax | RCV Incl. Sales Tax | ACV + Repair |

| Item | Qty. | Description | Base RCV | Repair/Restore | Make, Model... | Age or Yr | P H O T O # | Room or Store | Repl/Restore Inc. Tax | RCV Incl. sales tax | % Depr. | Depr. | ACV | Loss/ Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 1 | Bedroom Set | 4,000.00 | | | 4yrs | | Master Upstair | | | | | | |
| 86 | 2 | End Tables | 600.00 | | | 4yrs | | Master Upstair | | | | | | |
| 87 | 1 | Television | 299.00 | | 32in | 5yrs | | Master | | | | | | |
| 88 | 1 | TV Stand | 50.00 | | | 4yrs | | Master | | | | | | |
| 89 | 2 | Lamps | 160.00 | | | 4yrs | | Master | | | | | | |
| 90 | 4 | Mattress - Box Spring | 1,200.00 | | | 4yrs | | (2) Master | | | | | | |
| 91 | 1 | Blue Fox Jacket | 999.00 | | | 5yrs | | Shade | | | | | | |
| 92 | 1 | Leather Suit | 600.00 | | | 3yrs | | Shade | | | | | | |
| 93 | 40 | Suits | 3,999.00 | | | 1 | | Master Shade | | | | | | |
| 94 | 75 | Shoes | 1,450.00 | | | 1 | | Master Shade down Stair | | | | | | |
| 95 | 80 | Purses | 4,375.00 | | | 1 | | Master | | | | | | |
| 96 | 5 | Coats | 760.00 | | | 1 | | Master | | | | | | |
| 97 | 10 | Sheet Set | 399.00 | | | 1 | | Closet | | | | | | |
| 98 | 4 | Spreads (Bed) | 499.00 | | | — | | Closet | | | | | | |
| 99 | 1 | Desk Chair | 175.00 | | | 3yrs | | Study Rm | | | | | | |
| 100 | 2 | Clock-Pots | 100.00 | | | 4yrs | | Kitchen | | | | | | |
| 101 | 1 | Patio Set | 299.00 | | | 3mo | | Yard | | | | | | |
| 102 | 1 | Weed Eater | 199.00 | | | 6mo | | Shade | | | | | | |
| 103 | 1 | Blower | 69.00 | | | 1yr | | Shade | | | | | | |
| 104 | 1 | VCR | 75.08 | | | 4yrs | | Study 2in Shade | | | | | | |
| 105 | 7 | Fans | 300.00 | | | 2yrs | | All Rooms | | | | | | |

# Flood Contents Worksheet

## Contents Inventory List

| Insured: | | Insd. Hm.# | | Insd. Wk.# | | Date | |
|---|---|---|---|---|---|---|---|
| Address: | | Ins. Co. | | DOL: | | Type Policy | |
| Address: | | Ins. Adj. | | Clm. # | | Pol. # | |

| Item | Qty. | Description | Base RCV | Repair/Restore | Make, Model... | Age or Yr | P H O T O # | Room or Store | Sales Tax Rep/Restore Inc. tax | Added Type RCV incl. sales tax | % Depr. | Depr. | ACV | Loss/Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | 1 | Chandelier | 499.00 | | | 3yrs | | Living Rm. | | | | | | |
| 107 | 1 | Table and Chairs | 499.00 | | | 3yrs | | Kitchen | | | | | | |
| 108 | | | | | | | | | | | | | | |
| 109 | | | | | | | | | | | | | | |
| 110 | | | | | | | | | | | | | | |
| 111 | | | | | | | | | | | | | | |
| 112 | | | | | | | | | | | | | | |
| 113 | | | | | | | | | | | | | | |
| 114 | | | | | | | | | | | | | | |
| 115 | | | | | | | | | | | | | | |
| 116 | | | | | | | | | | | | | | |
| 117 | | | | | | | | | | | | | | |
| 118 | | | | | | | | | | | | | | |
| 119 | | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | | |
| 121 | | | | | | | | | | | | | | |
| 122 | | | | | | | | | | | | | | |
| 123 | | | | | | | | | | | | | | |
| 124 | | | | | | | | | | | | | | |
| 125 | | | | | | | | | | | | | | |
| 126 | | | | | | | | | | | | | | |

I estmate the Miles are New Orleans _ To Marrero - and Gonzales _ back.

Mrs Barbara [signature]