# EXHIBIT 23

Ethel Coats

- Kitchen          $150.00
- Diningroom       $1450.00
- Dine             $180.00

Kitchen

- Refeg.                        $900.00
- Stove                         $600.00
- Table + chairs                $500.00
- Crystal China                 $1000.00
- Sterling silver flatware      $300.00
- Buffet table                  $2000.00
- Pots                          $2,000.00
- Freezer                       $900.00
- Washer + Dyer                 $1,000.00

— Misc.
- Hair Dyer         $100.00
- wood rocker       $149.00
- Steamer           $100.00
- 2 wingbacks       $1,200.00
- Lather Animals    $600.00
- antique fan       $1,500.00

— Lawn mowers       $650.00
                     250.00
- weed eater         $80.00
- tools              $10,000

Ethel Coats

flooring

- living Room         $750.00

- 1st Bedroom    —  500.00
  2nd Bedroom   —  500.00
  3rd Bedroom   — 500.00
  Diningroom     -  500.00
  Kitchen          —  $400.00
  hall-way        —  100.00
  Bathroom      -  100.00

air condition
1 living room      (2)    $500.00
1st Bedroom       (2)     $500.00
2nd Bedroom       (1)     $250.00
3rd Bedroom       (1)     $250.00
Diningroom        (1)     $250.00
Kitchen           (1)     $250.00
2 extra for Dine          $500.00

Heaters
  living room          $450.00
  1st Bedroom         $450.00
  2nd room             $180.00
  3rd room             180.00

                              $7,110.00

Ethel Coats

Clothes
- London fog (3)   — $ 900.00
- lather coat          $ 150.00
- Sax fifth avenue  $ 25,000

Rubenstein              $ 20,000

Children Clothes
   Boy         — $ 15,000
   girls        — 15,000

Clowns                  $ 500.00

Microwave          — $ 350.00
Computers (2)   — 2000.00

fish tanks          — $ 400.00

Denterers (teeth) — $ 900.00

total = 111,961.00

Ethel Coats
Bedroom
Bed room set (Head Board, foot Board $4000
Dresser, mirror, chester, Dresser
ormoire, night stand,

D.V.D - $286.00
Sorround sound $1000.00
52" Color T.V. $2500.00     Mechellens $600.00
2 lamp 100.00 each
(2) rugs - $500.00           Mattress King size
cutie chest - $650.00              $850.00
grass table - $570.00         14,056.00

2nd Bed room
Twin Bed set    Book shelf head Board and foot
lamp $30.00     Dresser, chest, T.V. stand Board
T.V. $250.00                 $500
Morris          Mechellens $425.00

3rd Bed room
Queen size Bedroom         $2000
lamps $58.00
T.V. 300.00
D.V.D 400.00
Surrond sound 1000.00
Sterio system D.J. entertament 2500

Ethel Coats            1020 Charbonnet
                       New Orleans, LA 70117
Living Room            Michellene  $600.00
Sofa, Loveset, Chair
$1500    $750.00    $399.00
Coffee table, 2 end table, 1 Sofa table
$399.00            $399.00         $399.00
Gromware
$1600
Curive
$2000
Entertainment
$2500
Area rugs
$850.00
Mirror
$350.00
grandfather Clock
$1200
2 lamp $350.00 each
1 pole lamp $300.00
7 Ceiling fans $1200
picture $800.00  all picture on Liv room wall
TV — $699.00
Sterio $1000.00
DV.D — $286.00
Surround Sound — $1000.00
                        $18,731.00