UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * | SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF DR. ROBERT BEA

Defendant Washington Group International, Inc. ("WGI") respectfully moves this Court for entry of an Order excluding the testimony and opinions of Plaintiffs' expert Dr. Robert Bea for the reasons set forth in the accompanying memorandum.

**WHEREFORE**, WGI moves the Court to grant WGI's motion and enter an Order excluding the testimony and opinions of Plaintiffs' expert Dr. Robert Bea.

1092079v.1

Dated:  April 30, 2012

Respectfully submitted,

/s/William D. Treeby
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Exclude Testimony and Opinions of Dr. Robert Bea has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 30th day of April, 2012.

/s/William D. Treeby

1092079v.1