UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * | SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that, Washington Group International, Inc. ("WGI") will bring the foregoing Request for Oral Argument and Evidentiary Hearing on its Motion to Exclude Testimony and Opinions of Dr. Robert Bea before the Honorable Stanwood R. Duval, Jr. at 500 Poydras Street, New Orleans, Louisiana, 70130 on the 28th day of June, 2012, at 10:00 a.m.

Dated: April 30, 2012                                    Respectfully submitted,

$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ */s/William D. Treeby*
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ William D. Treeby, 12901
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ James C. Gulotta, Jr., 6594
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ Heather S. Lonian, 29956
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ Of
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ STONE PIGMAN WALTHER WITTMANN L.L.C.
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ 546 Carondelet Street
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ New Orleans, Louisiana  70130
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ Telephone:  (504) 581-3200
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ Facsimile:   (504) 581-3361

$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ and

- 2 -

                      Adrian Wager-Zito
                      James E. Gauch
                      Debra S. Clayman
                      JONES DAY
                      51 Louisiana Avenue, N.W.
                      Washington, D.C. 20001-2113
                      Telephone:  (202) 879-3939
                      Facsimile:  (202) 626-1700

                      Attorneys for Washington Group
                      International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2012, a copy of the above and foregoing Notice of Submission was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by e-mail.

                                                        */s/William D. Treeby*

1091975v.1