# EXHIBIT 1

| Page 1 | Page 3 |
|---|---|

**Page 1**

Today is Tuesday, April 10, 2012.  This is taken in Jones, Days office in San Francisco.

VIDEO OPERATOR:

This is the videotaped deposition of Diego Cobos-Roa.  This deposition is being held today at 555 California Avenue in San Francisco, California on April the 10th, 2012 at approximately 8:31 A.M.

Would Counsel present please introduce themselves and the party they represent.

MR. OWEN:

Good morning.  This is Andy Owen on behalf of Plaintiffs.

MR. TREEBY:

Tom?

MR. SIMS:

I'm sorry.  Thomas Sims on behalf of the Plaintiffs.

PROFESSOR BEA:

**Page 3**

1  prefer to be referred to during the deposition
2  and you told me Diego.  So will that be okay?
3  I don't want to be too informal.
4      A.  That's perfect.
5      Q.  That's fine.  Okay.  So, Diego, for
6  the record what is the address of your current
7  residence?
8      A.  1111 J Street, Apartment 37, and
9  that's in Davis, California.
10      Q.  Is that a temporary residence?
11      A.  That is a temporary residence.
12      Q.  Do you have a permanent residence?
13      A.  In Columbia, yes.
14      Q.  What is that permanent residence?
15      A.  It's -- Can I tell you in Spanish?
16      Q.  It would help you if you translate I
17  it I think?
18      A.
19      A.  All right.
20      Q.  We'll ask you to write it down for
21  the Court Reporters benefit and you can go
22  ahead and tell us in Spanish.
23      A.  I'll do my best to translate it
24  first.  It's Avenue number 52, cross -- cross
25  street 72-124.  The city, I am writing it

| Page 2 | Page 4 |
|---|---|

**Page 2**

1      Robert Bea, Plaintiffs.
2  MR. STARK:
3      Kevin Stark on behalf of the
4  United States.
5  MR. SMITH:
6      Robin Smith on behalf of the
7  United States.
8  PROFESSOR SILVA:
9      Francisco Silva, WGI.
10  MR. TREEBY:
11      William D. Treeby for Washington
12  Group International.
13  MR. THATCH:
14      Chris Thatch for Washington Group
15  International.
16      DIEGO COBOS-ROA,
17  1111 J Street, Apartment 37, Davis, California
18  95616, after having been duly sworn by the
19  before-mentioned court reporter, did testify
20  as follows:
21  EXAMINATION BY MR. TREEBY:
22      Q.  Mr. Cobos-Roa, you and I have I met
23  prior to the deposition.  My name is Bill
24  Treeby.  I represent Washington Group
25  International and I asked you how would you

**Page 4**

1  down.  Because if I say it you are not going
2  to understand.
3      Q.  Well you might be surprised.
4      A.  Bucara Mango.  There you go.
5      Q.  Have you ever given sworn testimony
6  in a deposition or a trial before today?
7      A.  I have not.
8      Q.  I'm sure that the attorneys
9  defending you in this deposition have
10  explained this to you, but just so that we at
11  least get some basics clear, my job is to ask
12  the questions; your job is to answer them; and
13  so that we have a good record of the questions
14  and answers, it's important that you let me
15  finish my question before you start to answer
16  and that I don't ask you a new question until
17  you have completed your answer to my earlier
18  question.  That way we will not be talking
19  over one another.  That sounds simple, but
20  it's not the way most of us hold conversations
21  so it sometimes requires practice.  Also it's
22  important that you understand the question
23  before you try to answer it.  And if you don't
24  understand my question, I ask you to tell me
25  you don't understand it so that I can try to

Page 5

1   make it clear.  And if you don't ask me to
2   clarify my question, I am going to assume you
3   understood it.  Is that reasonable?
4        A.  Yes.
5        Q.  Have you reviewed anything to
6   prepare for your deposition in this case?
7        A.  Yes.
8        Q.  What have you reviewed?
9        A.  The materials I produced in terms of
10  references, also our Phase 1, Phase 2 reports.
11       Q.  What are you call your Phase 1
12  report?
13       A.  Very well.  Phase one was the report
14  prepared by Geoestudios.  Analyzed primarily
15  cross sections for the IHNC breaches, near
16  breach.
17       Q.  When was that Phase 1 report done?
18       A.  I believe November of last year.
19       Q.  Okay.  What are you describing as
20  Phase 2?
21       A.  Phase 2, we used updated cross
22  sections in the field pump data provided to us
23  by other members of the team, so it was
24  essentially a non-beta Phase 1 using cross
25  sections, updated cross sections and site

Page 6

1   specific data.
2        Q.  Are you a citizen of the United
3   States of America?
4        MR. OWEN:
5          Objection.  His citizenship has
6        nothing to do with this case.  It's
7        not at issue.  It's not within the
8        scope of this deposition.  And it's
9        got no relevance.
10       MR. TREEBY:
11         You have objected.
12       MR. OWEN:
13         And it's intended to harass and
14       intimidate him.
15       MR. TREEBY:
16         Not at all.  Not at all.
17  EXAMINATION BY MR. TREEBY:
18       Q.  Diego, if you think I am trying to
19  intimidate you, I think Dr. Bea will tell you
20  that's not the case.  So I am just going to
21  ask you.
22       MR. TREEBY:
23         And you can make your objection.
24       It's on the record.
25  EXAMINATION BY MR. TREEBY:

Page 7

1        Q.  But are you a citizen of the United
2   States of America?
3        A.  I am not.
4        Q.  Okay.  What country are you a
5   citizen of?
6        MR. OWEN:
7          The same objection.  And just
8        every now and then I'll interpose an
9        objection, and I know it's difficult
10       for you to -- it's like having a
11       conversation, but --
12       MR. TREEBY:
13         Counsel, --
14       MR. OWEN:
15         I would like to state my
16       objection.
17         So if you just give me a second
18       and then can you answer.  That's all.
19       MR. TREEBY:
20         Counsel, you are a very
21       experienced lawyer.  You know that the
22       proper objection here is an objection
23       as to form.  Unless you think there is
24       a privileged matter, speaking
25       objections are not allowed.  If you

Page 8

1        persist, we will get help, because we
2        only have a very limited time to cover
3        a great deal of material and if you're
4        going to speechify with your
5        objections and improperly object, it
6        will take too long.  So that's just an
7        admonition.  You take it or leave as
8        it you see fit.
9        MR. OWEN:
10         Thank you.
11  EXAMINATION BY MR. TREEBY:
12       Q.  What is the legal -- I don't think I
13  got an answer.  Of what nation are you a
14  citizen?
15       A.  Columbia.
16       Q.  Thank you.  What is the legal basis
17  of your residence in the United States?
18       MR. OWEN:
19         Again, same objection.  And, you
20       know, I am going to actually shut this
21       line of questioning about his
22       immigration status down completely.
23       MR. TREEBY:
24         Let's get the Magistrate.  I
25       can't believe we're going to waste all

| Page 9 | Page 11 |
|---|---|

**Page 9**

1　of this time.  Off the record.
2　　　VIDEO OPERATOR:
3　　　Off the record, the time is
4　8:37.
5　　　(Call placed to the Magistrate
6　Wilkinson's office).
7　　　MR. TREEBY:
8　　　Back on the record.  Back on the
9　record.
10　　VIDEO OPERATOR:
11　　Returning to the record, it is
12　8:39.
13　　MR. THATCH:
14　　589-7630?
15　　MR. SMITH:
16　　Yes.
17　　MR. THATCH:
18　　I am having a problem with this
19　phone.
20　　MR. TREEBY:
21　　We can do it with a cell phone if
22　it's got a decent speaker.  Mine
23　doesn't.
24　　JUDGE'S OFFICE:
25　　Judge Wilkinson's chambers.

**Page 10**

1　　MR. TREEBY:
2　　Marilyn?
3　　MR. PATRICK:
4　　No, this is Catherine.  Can I
5　help  you?
6　　MR. TREEBY:
7　　This is Bill Treeby.  We're in a
8　deposition in San Francisco.  Is the
9　Magistrate available?
10　　JUDGE'S OFFICE:
11　　I'm sorry, he's out today.
12　　MR. TREEBY:
13　　Okay.
14　　JUDGE'S OFFICE:
15　　Let me check with Marilyn and see
16　if he is available at home.  Because I
17　actually just got in from a doctor's
18　appointment.  Can you hold for a
19　moment?
20　　MR. TREEBY:
21　　Sure.
22　　JUDGE'S OFFICE:
23　　Okay.
24　　MR. TREEBY:
25　　I guess the only other option is

**Page 11**

1　to get Judge Duval.  It's a Tuesday.
2　He should be there.
3　　JUDGE'S OFFICE:
4　　Mr. Treeby?
5　　MR. TREEBY:
6　　Yes?
7　　JUDGE'S OFFICE:
8　　Hi.  Marilyn said you might be
9　able to reach him by phone.  Excuse
10　me.  So can you tell me what case it
11　is or what the problem is?
12　　MR. TREEBY:
13　　Yes.  This is the Armstrong case
14　in In Re: Katrina and we're in a
15　deposition and we have an instruction
16　by Counsel for a witness not to answer
17　a question that I have asked.  It's
18　Andry Owen who is representing the
19　Plaintiffs in a deposition and we need
20　a ruling because he's instructed the
21　witness not to answer.  We're all in
22　San Francisco to take this deposition,
23　we have a very limited time, and we
24　have a discovery cut-off.  So --
25　　JUDGE'S OFFICE:

**Page 12**

1　　Okay.  Who's the witness?
2　　MR. TREEBY:
3　　The witness is Diego Cobos-Roa, R
4　O A.
5　　JUDGE'S OFFICE:
6　　And what is his status?
7　　MR. TREEBY:
8　　Deegg Cobos-Roa was -- has
9　prepared two reports that Dr. Bea is
10　relying on as the testifying expert in
11　this case.  He also is a co-author of
12　the three substantive appendices to
13　Dr. Bea's primary expert report in
14　this case and we're trying to take his
15　deposition and we're asking questions
16　because he is not a United States
17　citizen, we got that answer over
18　objection, and he's here on I believe
19　a student visa, although I don't have
20　that under oath and we're trying --
21　and I just asked the question, what
22　was the legal basis of his residence
23　in the United States, and we believe
24　that's an important issue in this
25　matter.

DIEGO COBOS-ROA, FINAL                                April 10, 2012

Page 13

1          JUDGE'S OFFICE:
2          Okay.  Mr. Owen?  You want to
3   tell me again how you spell Mr.
4   Cobos?  C O B O S?
5          MR. TREEBY:
6          C O B O S-R O A.
7          JUDGE'S OFFICE:
8          C O B O S.  All right.  Then Mr.
9   Owen, what's your position?
10         MR. OWEN:
11         Diego's status as a consulting
12   expert -- that is his status.  He's a
13   consulting expert.  His status as a --
14   as a Columbian citizen, whether he's
15   on a student visa or not, any of that
16   information is completely irrelevant,
17   has no chance of leading to the
18   discovery of admissible evidence, has
19   nothing to do with the work he
20   performed in this case, and is
21   entirely irrelevant and designed to
22   harass the witness.
23         JUDGE'S OFFICE.
24         Okay.
25         MR. TREEBY:

Page 14

1          And let me speak to that, because
2   I don't know if I am --
3          JUDGE'S OFFICE:
4          Yes.  That's okay.  You don't
5   need to.  I am not going to make the
6   decision.  I just need to let the
7   Judge know what the problem is.
8          MR. TREEBY:
9          Right.  Okay.
10         JUDGE'S OFFICE:
11         Can you give me a phone number
12   where I can call you back?
13         MR. TREEBY:
14         Yes.  5 -- Excuse me.  515
15   963-6982.
16         JUDGE'S OFFICE:
17         And you do have a Court Reporter
18   there, right?
19         MR. TREEBY:
20         We have a videographer and a
21   Court Reporter.
22         JUDGE'S OFFICE:
23         Okay.  Let me try and get in
24   touch with the Judge and see how he
25   wants to handle this and I will call

Page 15

1   you back.
2          MR. TREEBY:
3          Thank you so much.
4          JUDGE'S OFFICE:
5          All right.  Bye.
6          (End of telephone call.)
7   EXAMINATION BY MR. TREEBY:
8          Q.  We will come back to that question.
9   Diego, are you presently employed?
10         A.  Yes.
11         Q.  By whom are you presently employed?
12         A.  University of California.
13         Q.  How long have you been employed by
14   the University of California?
15         A.  Very likely 2010.
16         Q.  Since 2010?
17         A.  Yes.
18         Q.  Was it all of 2010?
19         A.  The second semester of 2010.
20         Q.  Are you employed by any other
21   entity?
22         A.  No.
23         Q.  Have you been for the last two years
24   employed by any other entities?
25         A.  No.

Page 16

1          Q.  Do you have any degrees from any
2   institutions of higher learning, colleges or
3   universities?
4          A.  Yes.
5          Q.  What degrees from what colleges or
6   universities?
7          A.  I have a civil engineering degree
8   from the university oh on /TKPW-PB, Spanish,
9   /POPBLT he the Columbia.  Sorry.  (writing).
10   I have a Master's degree from UC Berkeley, and
11   I am currently pursuing my Ph.D. here in this
12   university.
13         Q.  When did you receive your civil
14   engineering degree at the university in
15   Columbia?
16         A.  2003.
17         Q.  When did you receive your Master's
18   degree at University of California Berkeley?
19         A.  2006.
20         Q.  I understand that you are in the
21   final stages of working on a Ph.D. program at
22   UC Berkeley.  Is that right?
23         A.  That's correct.
24         Q.  When do you expect to receive that
25   degree?

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

---

Page 17

1    A.  This year.
2    Q.  The end of this calendar year or
3  school year?
4    A.  School year.
5    Q.  So that would be May-June?
6    A.  December.  School year goes, in UC
7  Berkeley I believe goes through December so
8  yes, the same as calendar year.
9    Q.  Did you say September?
10    A.  December.  Sorry.
11    Q.  December.  What is the subject of
12  your doctoral thesis?
13    A.  Working on levee issues.  A wide
14  variety of levee issues that come from my --
15  that can compromise levee performance.
16    Q.  Does your doctoral thesis contain
17  case studies?
18    A.  It contains one case study.
19    Q.  What case study?
20    A.  A failure in California back in the
21  1980s.
22    Q.  What failure is it?
23    A.  I believe called the Paterno case
24  failure.  It's a failure that occurred north
25  of Sacramento.  I don't recall the name of the

---

Page 18

1  city right now.
2    Q.  What body of water did this levee
3  contain?
4    A.  I believe it was the Yuba River.
5        (Whereupon a discussion was held
6      off the record.).
7      MR. THATCH:
8        Let me put you on speaker.  Are
9      you there?
10      JUDGE'S OFFICE:
11        Yes.
12      MR. THATCH:
13        Okay.
14      JUDGE'S OFFICE:
15        Can you hear me?
16      MR. TREEBY:
17        Yes.
18      JUDGE'S OFFICE:
19        Mr. Owen?
20      MR. OWEN:
21        Yes?
22      JUDGE'S OFFICE:
23        I talked to the Judge.  He says
24      he will talk to y'all.  So I need to
25      put you on hold.  Have you resolved

---

Page 19

1  the issue while we were not on the
2  phone?
3      MR. TREEBY:
4        Not to my knowledge.
5      JUDGE'S OFFICE:
6        Okay.  All right.  So I need to
7      put you on hold and get the Judge and
8      then connect you.  So I am going to
9      put you on hold.
10      MR. TREEBY:
11        Let's go off the record for now.
12      We need to go back on the record,
13      though -- Is there any way to get that
14      stupid Starfish to work?
15      MR. THATCH:
16        Yes, let me see.
17      VIDEO OPERATOR:
18        Go off the record?  Mr. Treeby,
19      go off now?
20      MR. TREEBY:
21        Yes, but you need to be prepared
22      to go back.
23      VIDEO OPERATOR:
24        Off the record at 8:52.
25      MR. TREEBY:

---

Page 20

1        What's this?
2      JUDGE'S OFFICE:
3        Judge Wilkinson's chambers.
4      MR. TREEBY:
5        We're in the deposition.  Did we
6      get cut off?
7      JUDGE'S OFFICE:
8        Cathy is trying to call you on a
9      conference bridge.
10      MR. SMITH:
11        We're all in the same place, but
12      we thought we lost the connection so
13      you'll have to dial back in again.
14      JUDGE'S OFFICE:
15        Okay.  All right.  Are you in a
16      room where everybody can hear me now?
17      MR. SMITH:
18        I guess we can hear.  It's my
19      cell phone.  I suppose we can do it on
20      my cell phone if that works.
21      JUDGE'S OFFICE:
22        I can have Cathy try to call back
23      in.
24      MR. SMITH:
25        That would probably be the best

---

5 (Pages 17 to 20)

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 21

1  way.  Thank you.
2     MR. TREEBY:
3     What did she say?
4  MR. SMITH:
5     They're going to call back.
6  VIDEO OPERATOR:
7     Off the record?  We're off the
8  record.  It's 8:53.
9     (Whereupon a discussion was held
10 off the record.)
11    MR. THATCH:
12    Hello?
13 JUDGE'S OFFICE:
14    It's Marilyn.
15 VIDEO OPERATOR:
16    Returning to the record, it's
17 8:55.
18 JUDGE'S OFFICE:
19    Do we have everyone now?
20 Everyone can hear?
21    MR. TREEBY:
22    Yes.
23 JUDGE'S OFFICE:
24    Hold just a minute, please.
25 Who's all there?  It's Mr. Treeby, Mr.

Page 22

1  Owen?
2     MR. SMITH:
3     Mr. Smith.
4  JUDGE'S OFFICE:
5     And Mr. Smith?
6  MR. SMITH:
7     That's correct.
8  JUDGE'S OFFICE:
9     All right.  Hang on, please.
10 Mr. Owen?
11 MR. OWEN:
12    Yes.
13 JUDGE'S OFFICE:
14    Mr. Treeby?
15 MR. TREEBY:
16    Yes.
17 JUDGE'S OFFICE:
18    And Mr. Smith?
19 MR. SMITH:
20    Yes.
21 JUDGE'S OFFICE:
22    Judge Wilkinson?
23 JUDGE WILKINSON:
24    Here now.
25 JUDGE'S OFFICE:

Page 23

1     Can y'all speak up a little bit
2  louder?
3     MR. TREEBY:
4     I'll get closer to the microphone
5  if that could be me.  But I have got a
6  big voice.  So, Magistrate, can you
7  hear me?  This is Bill Treeby.
8     JUDGE WILKINSON:
9     I can hear it now.
10 JUDGE'S OFFICE:
11    Okay.  He's having trouble still
12 hearing.  Can y'all get as close to
13 the phone as you can and talk louder?
14 MR. OWEN:
15    Good morning, Your Honor.  This
16 is Andy Owen.  Can you hear me?
17 JUDGE WILKINSON:
18    Yes.
19 MR. TREEBY:
20    Magistrate, this is Bill Treeby.
21 We're taking the deposition of Diego
22 Cobos-Roa, who's a civil engineer, has
23 a Master's in engineering and is
24 working on his doctorate and he is a
25 consulting expert upon whom --

Page 24

1     JUDGE WILKINSON:
2     Is there a Court Reporter?
3     MR. TREEBY:
4     Yes, we do.  This is on the
5  record, Your Honor.
6     JUDGE WILKINSON:
7     Okay.  Good.  Go ahead.
8     MR. TREEBY:
9     And we -- he has written several
10 reports and co-authored several
11 reports upon which Dr. Bea has relied
12 for -- as a testifying expert in our
13 case.  We were just getting started
14 and I got an objection when I asked if
15 Diego Cobos-Roa was a citizen of the
16 United States, but they let him
17 answer.  He's not -- he's got a
18 student visa and I asked the basis for
19 his legal residence in the United
20 States and he was instructed not to
21 answer (*).  I have just two or three
22 follow-up questions.  The importance
23 of these questions are that Dr. Bea he
24 has testified is somewhat involved,
25 and I don't have his testimony here to

6 (Pages 21 to 24)

JOHNS, PENDLETON COURT REPORTERS              504 219-1993

DIEGO COBOS-ROA, FINAL                                          April 10, 2012

Page 25

1    quote verbatim, but that Dr. Bea is
2    somehow involved in his pursuit of his
3    doctoral thesis and we have -- we want
4    to get -- just explore briefly,
5    /PRAEUG -- we could have done it in
6    about a fourth of the time that it's
7    taken here, but just want to explore
8    this to present in proper context
9    Diego Cobos-Roa's testimony in this
10   case upon which -- or expert opinions
11   in this case upon which Dr. Bea
12   relied.  And so --
13        JUDGE WILKINSON:
14          Is he a Ph.D.?
15        MR. TREEBY:
16          Judge, he's at U Cal Berkeley --
17        JUDGE WILKINSON:
18          Okay.
19        MR. TREEBY:
20          -- and he expects to graduate in
21   December this year and his -- although
22   we were originally told it was May
23   this year, but now we're told December
24   this year, and we're trying to just
25   ask a few questions to make sure we --

Page 26

1    all of us understand, the Court
2    understands ultimately, to the extent
3    that his testimony is important, as we
4    believe it is, to Dr. Bea's testimony,
5    any issues that could present
6    potential bias.
7        JUDGE WILKINSON:
8          Okay.  Mr. Owen?
9        MR. OWEN:
10          Your Honor, with respect to the
11   pursuit of his Ph.D., with respect to
12   Diego's, work in this case, his
13   immigration status has nothing to do
14   with that.  It's entirely irrelevant.
15   It's designed to harass the deponent.
16   His status, whether he's a Columbian
17   citizen or whether he's on a student
18   visa does not go towards anything with
19   respect to his acquiring a Ph.D. or
20   the work he did in this case.
21        JUDGE WILKINSON:
22          So your objection is relevance?
23        MR. OWEN:
24          The objection is that it's
25   harassing and oppressive.

Page 27

1        JUDGE WILKINSON:
2          Okay.
3        MR. SMITH:
4          Judge Wilkinson, this is Robin
5    Smith.  If I can be heard, --
6        JUDGE WILKINSON:
7          Sure.
8        MR. SMITH:
9          -- if I am permitted I would
10   like to ask a few broader questions
11   concerning Mr. Cobos-Roa's legal
12   status in this country.  He -- Dr. Bea
13   represented that Mr. Cobos-Roa
14   performed some analyses using
15   computer-assisted seepage and
16   stability modeling and when we
17   received the reliance materials, we
18   discovered that Mr. Cobos-Roa was --
19   has some sort of relationship with a
20   south American firm, Geoestudios SA.
21   We're -- We're interested in learning
22   the legal relationship between Mr.
23   Cobos-Roa and Geoestudios SA.  We
24   believe Mr. Cobos-Roa is in this
25   country on a student visa and he's not

Page 28

1    permitted under the terms of that visa
2    to receive outside employment when
3    he's employed by the university.  He's
4    previously testified that he's
5    employed by the university.  We would
6    like to find out whether he's also
7    employed by Geoestudios or by the
8    Plaintiffs Litigating Committee in
9    violation of the terms of his visa.
10   We're also interested in knowing
11   whether he has legal authority to use
12   the modeling software that was
13   employed in this case.  We have
14   inquired with the owners of the
15   software and we have been informed
16   that he is not a registered user nor
17   is Geoestudios SA a registered use of
18   this software.  We believe these
19   issues are relevant to the reliability
20   of Mr. Cobos-Roa's analyses and Dr.
21   Bea's reliance on the results of those
22   analyses, and if permitted we would
23   like to inquire into those areas.
24        JUDGE WILKINSON:
25          Well, is there anything else?

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 29

1      MR. OWEN:
2         Your Honor, with respect to that,
3      this is Andy Owen speaking, the focus
4      of this case is on the opinion --
5      opinions of our testifying experts,
6      Dr. Bea and Dr. Rogers, and as I
7      understand it and appreciate it,
8      they're allowed to rely on all
9      different kinds of evidence,
10     admissible or not, in forming their
11     opinions.  So to the extent that, you
12     know, there's an issue with respect to
13     a license or something along those
14     lines, you know, the investigation
15     into Mr. Cobos-Roa's immigration
16     status is again entirely improper,
17     it's private information, and it's
18     oppressive.
19        JUDGE WILKINSON:
20        Is there anything else?
21        MR. OWEN:
22        No, Your Honor.
23        JUDGE WILKINSON:
24        No?  All right.  Well, under Rule
25     33 (b)(30) /T /PERPB may instruct the

Page 30

1      deponent not to answer only in /WHES
2      in I have source by the fourth to
3      present a motion under Rule 30 (b)(30)
4      including motions to prohibit
5      deposition questioning with /REPBL,
6      /WE /-L /TPH /T /PROE /PREPBS /EUF
7      have of the deponent or a party.
8      Irrelevance is not a ground for
9      instructing a witness not to answer.
10     So to the extent that the objection
11     was on relevance, it's not a ground
12     for instructing the witness not to
13     answer.  I find that this line of
14     questioning is not designed to
15     unreasonably annoy, embarrass or
16     oppress the deponent, and to the
17     extent that this is a motion for an
18     order under Rule 30 (b) (30), that
19     motion is denied.  The witness is to
20     answer the questions.  The objection
21     is overruled and the instruction to
22     the witness not to answer is vacated.
23        Anything else?
24        MR. TREEBY:
25        Thank you, Your Honor.

Page 31

1      MR. OWEN:
2         Thank you, Your Honor.
3      JUDGE WILKINSON:
4         All right.
5         (End of telephone call.)
6      MR. TREEBY:
7         Still on the record?
8      VIDEO OPERATOR:
9         Yes, sir.
10     EXAMINATION BY MR. TREEBY:
11        Q.  Okay.  Diego, what is the legal
12     basis of your residence in the United States?
13        A.  As you pointed out, I'm under a
14     student visa.
15        Q.  How long have you had a student visa
16     to be in the United States?
17        A.  2005.
18        Q.  Does your student visa have an
19     expiration date?
20        A.  December, 2012.
21        Q.  I hope you didn't feel oppressed and
22     harassed.  Who is the faculty advisor with
23     whom you are working to finalize your Ph.D.
24     program?
25        A.  Dr. Raymond Seed.

Page 32

1         Q.  Have you had other faculty advisors
2      during your Ph.D. program?
3         A.  No.
4         Q.  And when did you start your Ph.D.
5      program?
6         A.  2009.
7         Q.  Between 2006 and 2009 were you
8      attending the University of California
9      Berkeley?
10        A.  Yes.
11        Q.  What was your course of study at
12     that point?
13        A.  After I completed the Master's, I
14     stayed for two more semesters doing some
15     research, independent research with another
16     Professor.
17        Q.  What Professor was that?
18        A.  That would be Dr. Michael Rimer.
19        Q.  Could you spell that name last name?
20        A.  R I M E R.
21        Q.  And is Dr. Rimer still at the
22     University of California Berkeley?
23        A.  Yes, sir.
24        Q.  What department is he in?
25        A.  Civil Engineering.

8  (Pages 29 to 32)

DIEGO COBOS-ROA, FINAL                                   April 10, 2012

Page 33

1    Q.  What did your research with -- for
2  Dr. Rimer involve?
3    A.  We were testing a field device to
4  study dynamic properties of soil.  It was not
5  related to levees or -- or law protection
6  agencies.
7    Q.  Was this a new device or was it a
8  device that is marketed?
9    A.  It is not.  It is a new device.
10  Relatively new.  It's being -- it is at our
11  labs for a few years now, but we were testing
12  it for alteration.
13    Q.  Does this device have a name?
14    A.  Not commercially.  We have a name we
15  use for our own purposes, but no, it is not
16  commercial.
17    Q.  What name do you use?
18    A.  It's the downhole shear device.
19    Q.  And what is it designed to test in
20  the field?
21    A.  Again, dynamic properties of soils.
22    Q.  Are you in the Department of Civil
23  Engineering in working on your doctoral degree
24  program?
25    A.  Yes.

Page 34

1    Q.  Is Dr. Robert G. Bea a Professor in
2  that department?
3    A.  Yes.
4    Q.  Give me the names of the Professors
5  who have taught you during your work at UC
6  Berkeley since 2006.
7    A.  Professor Raymond Seed, Professor
8  Juan Pistano, Professor Jonathan Gray,
9  Professor Nicholas Sitar.  Professor Michael
10  Rimer.  That's the Civil Engineering
11  Department even though I have taken classes
12  outside of the department.
13    Q.  What classes have you taken outside
14  of civil engineering?
15    A.  Geomorphology and fluid morphology.
16    Q.  Who taught you geomorphology and
17  fluid morphology?
18    A.  Professor William Detrich.
19    Q.  Both courses?
20    A.  Yes.
21    Q.  You need to answer.
22    A.  Sorry.  Yes.
23    Q.  Thank you.  You indicated that you
24  were employed by UC Berkeley.  Are you
25  employed now as a graduate research assistant?

Page 35

1    A.  Yes.
2    Q.  And under whom -- Well, to do what
3  research presently?
4    A.  The subject of my dissertation,
5  which is the study -- the effects of -- the
6  effects of visitation on the performance of
7  levees.
8    Q.  Registration?
9    A.  Yes, sir.
10    Q.  And I know just before we got
11  interrupted you were telling me the name of
12  the river, and it's probably in the
13  transcript, but I have forgotten it.
14    A.  Right.  I believe it's the Yuba
15  River.
16    Q.  Yuba River.  Okay.  And this was a
17  failure of the levees protecting land-side
18  properties from the Yuba River in 1980?  Is
19  that what you said?
20    A.  1980-something.  I cannot recall the
21  exact year in this moment.
22    Q.  Okay.  Have you ever been employed
23  by UC Berkeley as a graduate teaching
24  assistant?
25    A.  Yes.

Page 36

1    Q.  Is that a different position than
2  graduate research assistant?
3    A.  Yes.  For research, you are paid to
4  research.  For teaching assistants, you are
5  paid to assist in teaching or labs or
6  correcting homeworks.
7    Q.  What courses have you assisted in
8  teaching?
9    A.  I'm sorry, I am blanking out right
10  now.  I assisted on the graduate level
11  advanced geotechnical science course.
12    Q.  Is that the only course?
13    A.  Yes.
14    Q.  And who was the Professor you were
15  assisting?
16    A.  Michael Rimer.
17    Q.  And when did you assist in teaching
18  those courses?
19    A.  2010.  Spring semester of 2010.
20    Q.  Is that the only time?
21    A.  Yes.
22    Q.  Have you been paid by anyone other
23  than UC Berkeley for any work you have done in
24  connection with Hurricane Katrina
25  investigative work?

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 37

1    A.  Yes.
2    Q.  Who?
3    A.  Geoestudios.
4    Q.  When did you first receive any
5  payment from Geoestudios, SA for work on
6  investigating Hurricane Katrina?
7    A.  I believe two weeks ago.
8    Q.  That's the first time?
9    A.  Yes, sir.
10    Q.  For what work were you paid two
11  weeks ago?
12    A.  For the Phase 1 and Phase 2 work we
13  performed.
14    Q.  What was the basis for that
15  payment?
16    A.  I believe the signed agreement
17  between Professor Bea and Geoestudios, and
18  Geoestudios and I have a separate agreement.
19    Q.  So if I understand this correctly,
20  there's a contract between Professor Bea and
21  Geoestudios and a contract between Geoestudios
22  and yourself.  Is that correct?
23    A.  That's correct.
24    Q.  What was -- was this payment on an
25  hourly basis?

Page 38

1    A.  Which one in the one I received or
2  the contract --
3    Q.  Let's talk about the one you
4  received.
5    A.  Okay.  We -- we arrived at a very
6  broad agreement between Geoestudios, SA which
7  is Xavier Vera, Dr. Vera.  And we just
8  assigned a -- a fixed rate, a total amount
9  that I would receive for this work.
10    Q.  A lump sum payment?
11    A.  Yes.
12    Q.  What was the lump sum payment?
13    A.  I received I believe $3,000.
14    Q.  That's the total amount of your
15  compensation for your work on what you have
16  described as Phase 1 and Phase 2?
17    A.  There will be an additional payment
18  once Geoestudios is paid their contract, their
19  minor contract.
20    Q.  What is the additional amount you
21  are to be paid once Geoestudios is paid?
22    A.  I believe it's in the order of
23  $5,000.
24    Q.  How was that amount determined?
25    A.  Conversations with Dr. Xavier Vera

Page 39

1  Grunauer.
2    Q.  That's conversations between Dr.
3  Xavier Vera Grunauer and whom?
4    A.  Myself.
5    Q.  And is it your testimony that you
6  prior to two weeks ago had not been paid for
7  any investigative work related to Hurricane
8  Katrina?
9    A.  Correct.
10    Q.  Is it your testimony that you were
11  not paid for any of the work you did on the
12  many articles that bear your name that we are
13  probably going to discuss somewhat this
14  morning, your work on ILIT, your work on 2008
15  studies, your work on 2009 studies, your work
16  on the barge case, you have not been paid for
17  any of that?
18    A.  I was paid when we did the ILIT
19  work.  It was provided by the university so it
20  comes with the same type of employment we were
21  discussing earlier.
22    Q.  Okay.  So for the ILIT work you were
23  paid by U Cal Berkeley, right?
24    A.  Correct correct.
25    Q.  As a graduate research assistant or

Page 40

1  how?
2    A.  Yes.  I believe we covered that
3  already, didn't we?
4    Q.  No.
5    A.  Okay.  So yes.  During my Master's I
6  worked as I graduate researcher as part of a
7  large team of graduate students.
8    Q.  Because I asked you actually what
9  you did as a graduate research assistant and
10  what research you were involved in and you
11  talked about some other -- some other matter
12  than Katrina.  But in addition to whatever the
13  other matter was, you were paid for Katrina
14  work.
15    A.  Right.  As a student.
16    Q.  As a student.  You also have
17  co-authored several papers, shall we say?
18    A.  Uh-huh (affirmatively).
19    Q.  And several articles with Dr. Bea.
20  Is that correct?
21    A.  That's correct.
22    Q.  Were you paid for any of that work?
23    A.  You don't get paid for writing
24  articles.
25    Q.  Okay.  Well, what about for the

JOHNS, PENDLETON COURT REPORTERS

504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

---

Page 41

1  research and the model runs and all of that
2  work that you did?  Did you get paid for that?
3      A.  I was paid through Geoestudios once
4  again.
5      Q.  I thought the first payment you got
6  from Geoestudios for Katrina work was two
7  weeks ago.
8      A.  Indeed I believe you were referring
9  to this just Phase 1 and Phase 2 work.
10      Q.  No.
11      A.  Did I not understand?
12      Q.  No, we didn't have a communication,
13  so let --
14      A.  Okay.
15      Q.  -- me go back.  Let me ask it again
16  this way, because I think this is what I
17  asked.  I want you to go back in time.
18      A.  Uh-huh (affirmatively).
19      Q.  What was the first payment, the
20  first payment you ever received other than
21  from U Cal Berkeley for any investigative work
22  for anyone --
23      A.  Okay.
24      Q.  -- involving Hurricane Katrina?
25      A.  I do not recall an exact date, but I

---

Page 42

1  believe it was around 2009.
2      Q.  What was that work?
3      A.  I believe Geoestudios was hired to
4  perform analysis for IHNC and MRGO.
5      Q.  And did you work for Geoestudios or
6  did you work for whoever was doing the
7  research?
8      A.  Geoestudios.
9      Q.  Do you know who Geoestudios had
10  contracted with for that work?
11      A.  Dr. Bea.
12      Q.  Now, you say IHNC and MRGO.  Is that
13  the Robinson case or do you know?
14      A.  I am not sure.
15      Q.  What do you recall doing in 2009 for
16  Geoestudios for which you were paid?
17      A.  Similar types of analysis as we
18  performed for this case.  Hydraulic
19  conductivity analysis, lateral stability
20  analysis, and, if I recall correctly, some
21  deformational analysis.
22      Q.  How much were you paid in 2009 for
23  that work?
24      A.  I do not recall.
25      Q.  Do you have any idea?

---

Page 43

1      A.  I would say it's something similar
2  to what I told you right now, maybe $5,000.
3      Q.  In 2010 did you do any work for
4  Geoestudios or anyone else in connection with
5  analyses involved with Hurricane Katrina?
6      A.  No.
7      Q.  Are you familiar with something
8  called the barge case?
9      A.  Yes.
10      Q.  Okay.  Did you do any work in
11  connection with that case?
12      A.  I cannot recall at this time.  I
13  know Geoestudios has performed a set of
14  analysis for Dr. Bea, but to be honest with
15  you, we do not get into the case itself.  We
16  do engineering analysis or modeling or
17  calculations regardless of the name of the
18  case or -- or any legal issues.
19      Q.  How much were you paid in 2010 from
20  Geoestudios?
21      A.  2010?  I do not recall any payments
22  related to this type of work.  I, however, did
23  other type of projects with Geoestudios,
24  namely land siding and I believe foundation
25  projects.

---

Page 44

1      Q.  Not involving Hurricane Katrina in
2  any way?
3      A.  Not to my knowledge.
4      Q.  You have to let me finish my
5  question.
6      A.  I'm sorry.
7      Q.  That's all right.  I told you we'd
8  have this problem.
9      A.  Right.  My fault.
10      Q.  Did any of that work in 2010 that
11  you did for Geoestudios involve in any way
12  Hurricane Katrina?
13      A.  Not to my recollection.
14      Q.  When did you do this work on what --
15  you did seem to be somewhat familiar with the
16  barge case.
17      A.  Right.
18      Q.  What work did you do with respect to
19  the barge case?
20      A.  Once again, we performed hydraulic
21  conductivity analysis and deformational
22  analysis, if I recollect.
23      Q.  When do you believe that work was
24  done?
25      A.  To my recollection it was 2009.

---

JOHNS, PENDLETON COURT REPORTERS                          504 219-1993

**DIEGO COBOS-ROA, FINAL**                                    **April 10, 2012**

Page 45

1      Q.  Did you do any work for Geoestudios
2   or anyone else in connection with Hurricane
3   Katrina analysis or investigation in 2011?
4      A.  In 2011, at the end of 2011 we began
5   working on Phase 1 and Phase 2 of this case.
6      Q.  Did you do any other work?
7      A.  No, sir.
8      Q.  When was Geoestudios, SA formed?
9      A.  I do not know.
10     Q.  Who formed it?
11     A.  Dr. Xavier Vera Grunauer.
12     Q.  Aren't you one of the people who
13   helped form it?
14     A.  No.
15     Q.  Who are the owners of Geoestudios
16   SA?
17     A.  I believe it's a family-owned
18   company.  It's owned by the family Vera
19   Grunauer.
20     Q.  For what purpose was it formed?
21     A.  Consulting.
22     Q.  What relationship, if any, do Drs.
23   Jonathan Bray -- does Dr. Jonathan Bray have
24   with Geoestudios SA?
25     A.  None that I know.

Page 46

1      Q.  What relationship, if any, does Dr.
2   Juan Pestana have to Geoestudios, SA?
3      A.  Do you mean contractually, or can
4   you please --
5      Q.  In any way.
6      A.  None that I know.
7      Q.  Well, I will tell you that on the
8   Geoestudios SA website, Dr. Pestana and Dr.
9   Bray are featured as Asesores Internacionales,
10   international consultants.
11     A.  Okay.
12     Q.  You didn't know that?
13     A.  (Witness shakes head negatively.).
14   No.  Perhaps they have helped Dr. Vera
15   Grunauer in different projects other than the
16   one we're talking about, but to my knowledge,
17   no, and I have not worked with them.
18     Q.  Isn't it true that the initial
19   reason Geoestudios, SA was formed was to
20   employ Dr. Grunauer and yourself to work with
21   the Plaintiffs in this case?
22     A.  No.
23     Q.  Or in cases involving Hurricane
24   Katrina?
25     A.  No.

Page 47

1      Q.  Well, I thought you didn't know why
2   it was formed.  Which is it?
3         MR. OWEN:
4            Objection.  Misstates his
5         testimony.
6   EXAMINATION BY MR. TREEBY:
7      Q.  An objection doesn't mean you don't
8   answer.
9      A.  Okay.  Sorry.
10        MR. OWEN:
11           You can ask -- ask him the
12        question again if you want.
13        THE WITNESS:
14           Yes.  Can you, please?
15   EXAMINATION BY MR. TREEBY:
16     Q.  In answer to my question, which I
17   will repeat for you, I said isn't it true that
18   the initial reason Geoestudios was formed was
19   to employ Dr. Grunauer and yourself to work
20   with the Plaintiffs in this case?  Your answer
21   was "No".  Do you recall that?
22     A.  (Witness nods head affirmatively.)
23     Q.  Earlier you said you didn't know why
24   it was formed, you have no knowledge about why
25   it was formed.  So do you know why it was

Page 48

1   formed?
2         MR. OWEN:
3            Objection.  Misstates his
4         testimony.
5         MR. TREEBY:
6            Okay.  You have made the
7         objection.
8         THE WITNESS:
9            To my knowledge, the company was
10        not formed to perform work for Katrina
11        or anything related to Katrina.  The
12        company was formed to do consulting
13        work in civil engineering related
14        dockets.  As I told you before, I was
15        not a -- one of the founding members.
16        I simply work with them every now and
17        then.
18   EXAMINATION BY MR. TREEBY:
19     Q.  When did you first visit the East
20   Bank Industrial Area in the Lower Ninth Ward
21   of New Orleans?
22     A.  February, 2006.
23     Q.  Who were you with on that occasion?
24     A.  I was with two fellow grad students,
25   I believe Dr. Dave Rogers with the drill crew

**JOHNS, PENDLETON COURT REPORTERS**                         **504 219-1993**

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 49

1  and I cannot recall any other Professors with
2  me at the time.
3      Q.  Who were the two graduate students?
4      A.  Carmen Cherund (writing).  And Adda
5  Adenopolis.  And I am now going to spell that.
6      Q.  I'll give the Court Reporter those.
7  Do you know the spelling?
8      A.  (Writing).
9      Q.  Okay.
10     A.  Something like this.
11     Q.  How long were you there on that
12 first occasion?
13     A.  About one month.
14     Q.  Now, when you were in New Orleans on
15 that occasion in February of 2006, did you
16 spend all of your time at the East Bank
17 Industrial Area on the Inner Harbor
18 Navigational Canal?
19     A.  I did not.
20     Q.  How much time did you spend there?
21     A.  I do not recall at this moment, but
22 it should be more than a couple of weeks.
23 Maybe two, two and a half weeks.
24     Q.  So you think you spent the majority
25 of your time in February of 2006 at the Lower

Page 50

1  Ninth Ward as opposed to the 17th Street Canal
2  or London Avenue or other sites?
3      A.  Yes.
4      Q.  Spent most of your time then, on
5  that visit, --
6      A.  On that visit.
7      Q.  You spent most of your time in the
8  East Bank Industrial Area?  Is that correct?
9      A.  Yes.
10     Q.  Was Dr. Rogers with you the whole
11 time?
12     A.  No.
13     Q.  Of that -- on that visit how much of
14 that time did you spend with Dr. Rogers?
15     A.  I do not recall.
16     Q.  Was did Dr. Bea with you on that
17 occasion?
18     A.  Not on the IHNC.
19     Q.  You said something about a drill
20 crew.  Was from a drill crew with you at the
21 East Bank Industrial Area?
22     A.  Yes.
23     Q.  Who was -- what company provided the
24 drill crew?
25     A.  I do not recall.  I was not in

Page 51

1  charge of contracting drilling activities.
2      Q.  Did you have anything to do with the
3  drill crew on that occasion?
4      A.  I helped drill, yes, or logging of
5  the samples and transporting of the samples,
6  yes.
7      Q.  Describe that work if you would.
8  Describe exactly what you did in conjunction
9  with the drill crew and what they did.
10     A.  Okay.  During our field
11 investigation, we based most of your -- of our
12 soil sampling and later characterization on a
13 three step process.  The first one was to push
14 the CPT probe into the ground to get a
15 continuous profile of the subsurface layers.
16 Once the CPT was completed, we then moved a
17 couple of feet away from the first hole and
18 performed what we call a continuous boring.  A
19 continuous boring, you essentially core I
20 believe 4 to 6 inches in diameter, extract the
21 samples, and extrude them on site right next
22 to where you're drilling and you hand -- you
23 performed, sorry, you perform a hand and
24 visual log.  So again confirming what the CPT
25 has told you.  If any -- any anomalys are

Page 52

1  recovered or in case of a root or wood, which
2  is very common in the IHNC, was recovered in
3  one of the cores, we made sure to log it,
4  photograph it, and sometimes recover, if there
5  was enough sample.  That was the second step.
6          Now, the final step consisted
7  again of moving a few feet away and based on
8  the CPT results and on the continuous logging,
9  we targeted a few specific depths to recover
10 what we tried to have as undisturbed samples
11 for lab testing.  So my work consisted on
12 assisting on the classification or logging of
13 the samples that we were extruding on site,
14 and along with the other grad students,
15 selecting the -- obviously the Professors,
16 selecting the depths that we were going to
17 target undisturbed samples at.  That's simply
18 my role.
19     Q.  And what Professors were with you
20 during that work?
21     A.  As I told you, to my recollection it
22 was Dr. Dave Rogers.  However, we did have
23 interactions with the other Professors as to
24  -- as to how to sample this very difficult
25 soils, how to recover samples.  Because there

13 (Pages 49 to 52)

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                              April 10, 2012

Page 53

```
 1    were a couple of occasions where we lost
 2    samples.  So yes, we had a graduate by phone
 3    or meeting at night so we -- we essentially
 4    polished our process to give the best results
 5    possible.
 6        Q.  Who has the records from your CPT
 7    results?
 8        A.  I believe that should be on the ILIT
 9    download center.  There is a website to
10    download all the reports from the ILIT
11    process.  I do not have any records myself.
12        Q.  Dr. Rogers looked for those when we
13    took his deposition and he found none.
14        A.  Okay.
15        MR. OWEN:
16           Well, looked for them where?
17        MR. TREEBY:
18           CPT records in the ILIT
19        materials.
20    EXAMINATION BY MR. TREEBY:
21        Q.  Do you in all of the backup
22    materials there.
23        MR. TREEBY:
24           You weren't there, Andy, so
25        unless you have read the deposition
```

Page 54

```
 1        don't try to argue with me.  Because I
 2    took the deposition.
 3        MR. OWEN:
 4           I understand.
 5        MR. SIMS:
 6           He's representing the --
 7        MR. TREEBY:
 8           Were you there, Tom?
 9        MR. OWEN:
10           And Dave might be mistaken.
11        MR. SIMS:
12           If you want to show us line and
13        page, show the witness.  He doesn't
14        have to accept your representation.
15        MR. TREEBY:
16           No, I am jot prepared to do that.
17    EXAMINATION BY MR. TREEBY:
18        Q.  But do you know if it's in the ILIT
19    records?  Let's ask that.
20        A.  I do not.
21        Q.  You have said that there were CPT
22    records kept at the time?
23        A.  Yes.
24        Q.  Were there records of your logging
25    of the continuous boring extrusions?
```

Page 55

```
 1        A.  Yes.
 2        Q.  Do you know where those are?
 3        A.  No.
 4        Q.  Do you know who had them the last
 5    time you saw them?
 6        A.  No, sir.
 7        Q.  You did them, right?  You did
 8    logging you said?
 9        A.  Some of them I did, yes.
10        Q.  For the logging you did, who did you
11    give it to?
12        A.  I do not recall.
13        Q.  Would it have been one of the
14    Professors?
15        A.  It could have been.  Could have been
16    one of the other grad students.
17        Q.  Were records -- Do you know where
18    the undisturbed samples were taken?
19        A.  Most of them to the laboratories
20    from the company, the drilling company, and
21    some of the others we brought ourselves to
22    Berkeley.
23        Q.  Do you know if any of those still
24    exist at Berkeley?
25        A.  I don't think so.
```

Page 56

```
 1        MR. TREEBY:
 2           Okay.  We have got to change the
 3        tape.  So we'll take a break.
 4        VIDEO OPERATOR:
 5           Off the record.  The time is 9:31
 6        and off the record.
 7           (Whereupon a discussion was held
 8        off the record.)
 9        VIDEO OPERATOR:
10           Returning to the record, it is
11        9:40.  This is the start of the tape
12        2.
13    EXAMINATION BY MR. TREEBY:
14        Q.  Diego, I am going to show you a
15    document we have marked Cobos-Roa Exhibit
16    Number 1, which is the notice for your
17    deposition today.  Have you seen this before?
18        A.  Yes.
19        Q.  Okay.  And did you attempt to pull
20    together some of the documents that are on the
21    listed Exhibit A?
22        A.  Yes.
23        Q.  Okay.  I want to go ahead and
24    introduce the --
25           (Telephone rings and is answered.)
```

14  (Pages 53 to 56)

JOHNS, PENDLETON COURT REPORTERS                   504 219-1993

**DIEGO COBOS-ROA, FINAL**                            **April 10, 2012**

---

Page 57

1    MR. TREEBY:
2        Frank?
3    MR. DUDENHEFER.
4        Yes, Frank.
5    MR. TREEBY:
6        Bill Treeby. We're in session,
7    so we have now recorded that Frank
8    Dudenhefer is now joining us.
9    MR. DUDENHEFER:
10       I apologize for disturbing you.
11   I just got a call. Thank you.
12   MR. TREEBY:
13       Can you put him on mute?
14   EXAMINATION BY MR. TREEBY:
15       Q. I am going to show you a document
16   we're marking Cobos-Roa Number 2. And you
17   don't really need to look at this, although
18   you're welcome to. It's more for the record.
19       MR. TREEBY:
20       This is a document that we have
21   furnished to Counsel, which is our
22   objections to the Armstrong
23   Plaintiffs' objections to the notice
24   of the videotaped deposition. To set
25   the record straight about what the

---

Page 58

1    agreement was that was reached between
2    -- I believe between myself, Mr.
3    Dudenhefer, frankly, and Joe Bruno.
4    But that's what this was, and for the
5    record we're putting it in with this
6    deposition because it relates to
7    Exhibit A.
8    EXAMINATION BY MR. TREEBY:
9        Q. Okay. To go back a minute, do you
10   expect to get any delayed payments for work
11   performed since 2009 once you return to
12   Columbia?
13       A. Since 2009, I don't believe I am
14   going to get anything.
15       Q. Well, let me make my -- may question
16   may not be clear. You have testified that you
17   have done work at least since 2009 including
18   in 2009 on Hurricane Katrina investigative
19   work. Is that correct?
20       A. That's correct.
21       Q. And you have testified that you have
22   done that solely for Geoestudios, SA. Is that
23   correct?
24       A. That's correct.
25       Q. My question is, and you have told us

---

Page 59

1    with some approximations what you have been
2    paid by Geoestudios, SA for that work. Do you
3    recall that?
4        A. Yes.
5        Q. And based on your testimony, I would
6    say it's about a maximum of $10,000.
7        A. (Witness nods head affirmatively.)
8        Q. Now, my question is, do you expect
9    to get any delayed payments for any of that
10   work that has been performed since 2009 up to
11   date once you return to Columbia?
12       A. Except for the amount that we
13   discussed that is still -- still needs to be
14   paid for 2012, no.
15       Q. Okay. Have you discussed with
16   anyone being paid for your time spent here
17   today?
18       A. No.
19       Q. Are you familiar with a company
20   known as CVA Consulting Group?
21       A. Yes.
22       Q. What is that group?
23       A. That is, I believe, the former name
24   of Geoestudios.
25       Q. Did you do any work for CVA

---

Page 60

1    Consulting Group?
2        A. I don't think so.
3        Q. I am going show to show you a
4    document we're marking as Cobos-Roa Number 3.
5    And this is from the ILIT report and I would
6    refer you to the second page. Really it's the
7    third page, because this is front and back, so
8    the third page. At the bottom it has a number
9    at the bottom right-hand corner; it has a
10   number that ends in 1269. Do you see that?
11       A. Yes.
12       Q. I see there a log developer Juan
13   Gabrielle Vera Grunauer. Is that right?
14       A. That's right.
15       Q. CVA Consulting Group?
16       A. Right?
17       A. Yes, sir.
18       Q. And I note at the top that you -- at
19   least somebody named D. Cobos --
20       A. (Witness raises hand.)
21       Q. -- worked on this log. Is that
22   right?
23       A. That's right.
24       Q. Were you paid for this work?
25       A. Again, under the graduate student

---

**JOHNS, PENDLETON COURT REPORTERS**              **504 219-1993**

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 61

```
 1   researcher position I had at UC Berkeley.
 2   These are the CPT logs the ILIT team
 3   performed.
 4       Q.  Okay.  And you were the logger?
 5       A.  Yes.
 6       Q.  You were paid as a graduate
 7   student.  Is that right?
 8       A.  Yes.
 9       Q.  What does CVA stand for?
10       A.  I do not know.
11       Q.  How long has CVA existed?
12       A.  I do not know.
13       Q.  The "C" in CVA is not you?
14       A.  No, sir.
15       Q.  When is the first time you ever
16   heard of CVA Consulting Group?
17       A.  Very likely when I met Dr. Vera
18   Grunauer.
19       Q.  What -- Excuse me.
20       A.  I'm sorry.
21       Q.  I didn't mean to interrupt you.
22       A.  That's probably in 2006.
23       Q.  Is that the first time you met Vera
24   Grunauer?
25       A.  200- -- between 2005 and 2006 we
```

Page 62

```
 1   met.
 2       Q.  Where you did meet him first?
 3       A.  Berkeley.
 4       Q.  How many times total since February,
 5   2006 have you visited the East Bank Industrial
 6   Area in the Lower Ninth Ward of New Orleans in
 7   connection with your investigative work?
 8       A.  Besides the time we already
 9   discussed, once.
10       Q.  When was that?
11       A.  A few months later.  A few months
12   after, I'm sorry, that first visit.
13       Q.  So still in 2006?
14       A.  Still in the first semester of 2006,
15   yes.
16       Q.  So the fall semester of 2006?
17       A.  Spring semester.  I'm sorry, I am
18   thinking of calendar year.  So sorry.  So
19   spring semester of 2006.
20       Q.  Okay.  So it would have been within
21   a very few months of February?  Is that right?
22       A.  Yes.
23       Q.  How long were you there on that
24   occasion?
25       A.  I want to say a month and a half.
```

Page 63

```
 1       Q.  Of the month and a half, how much
 2   time did you spend at the East Bank Industrial
 3   Area?
 4       A.  I do not exactly recall, but should
 5   have been a week at the maximum.
 6       Q.  Who were you with?
 7       A.  Most likely with the same group of
 8   graduate students, but I do not recall a
 9   Professor being with us at the time.
10       Q.  You said something earlier about
11   photographs.  Did you take photographs on both
12   of those visits?
13       A.  Yes.
14       Q.  Where are those photographs?
15       A.  They should be with the ILIT files.
16   I did not use my personal camera.  So I am not
17   the keeper of those photos.
18       Q.  So those photographs should be with
19   the ILIT files?  Is that what you believe?
20       A.  Yes.
21       Q.  And what work did you do on that
22   visit at the East Bank Industrial Area?
23   Talking about your second visit in 2006.
24       A.  Right.  I believe I was doing some
25   very simple JPS surveys to locate the position
```

Page 64

```
 1   of the holes we -- we -- we drilled sometime
 2   before.  Also GPS positioning of the -- of the
 3   I-wall and streets.
 4       Q.  That is the damaged I-wall?
 5       A.  No, sir.  When I got there, to my
 6   recollection the damaged I-walls were removed,
 7   had been removed.  So the intact or the
 8   non-failed I-wall.  And whatever other
 9   photographic references we could find in the
10   area of the main street corners.
11       Q.  To your recollection, February of
12   2006, your first visit, was the damaged I-wall
13   still there?
14       A.  I think not.
15       Q.  On the occasion of your second visit
16   what assignments other than this GPS surveys
17   were you given to perform, if any?
18       A.  At the IHNC?
19       Q.  Yes.
20       A.  I believe that was it.
21       Q.  Who gave you that assignment?
22       A.  Nobody.  I took that task on
23   myself.
24       Q.  I am going to show you a document
25   we're marking as Cobos-Roa Number 4.
```

JOHNS, PENDLETON COURT REPORTERS                      504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 65

1    A.  Thank you.
2    Q.  Have you seen that document before?
3    A.  Yes, sir.
4    Q.  What is it?
5    A.  This is volume 1 of the ILIT
6  report.
7    Q.  Dr. Rogers indicated that Berkeley
8  grad students drafted figures for this report
9  for the geology of some of the sites.  Did you
10  do any such drafting?
11    A.  Yes.
12    Q.  Which of the figures did you draft?
13    A.  I do not recall at this time.
14  There's a lot of figures as you probably know
15  already.
16    Q.  So you -- if you looked through it
17  would you be able to determine?  I am not
18  saying we should take that time, but --
19    A.  Yes.
20    Q.  Do you remember any figure that you
21  drafted?
22    A.  Yes.
23    Q.  What figures do you remember that
24  you drafted?
25    A.  17th Street Canal failure mode.

Page 66

1    Q.  Any others?
2    A.  Geologic cross section on the IHNC.
3    Q.  A geological cross section?  Do you
4  think can you find that?
5    A.  If we have the time, yes.
6    Q.  Yes, I am going to ask you not now
7  to take the time, but maybe if we take a break
8  -- we'll take the break.
9    A.  Okay.
10    Q.  I assume there's an index here or a
11  table of contents, something that might help
12  you in that regard.  I believe there is a
13  table of contents of the figures.  But --
14    MR. OWEN:
15      Bill, do you have something in
16    mind, just to expedite?
17    MR. TREEBY:
18      No, I don't.  I want to know what
19    he drafted.  I was told he drafted
20    some of the figures and I am very much
21    interested in the IHNC cross section.
22    So if he can find that in a break,
23    we'll not take the time now to do it.
24    MR. OWEN:
25      So it's just the IHNC cross

Page 67

1  section?  You don't want him to go
2  through every single page and say --
3    MR. TREEBY:
4      No, that's all I am asking for
5  now.
6  EXAMINATION BY MR. TREEBY:
7    Q.  And I am also going to mark --
8  Excuse me.  I am also going to mark Cobos-Roa
9  Number 5 the appendices.  It's possible that
10  the cross section will be there.
11      Okay.  Let me -- From your memory,
12  this cross section that you described of the
13  IHNC, was it of both breaches or of just one
14  breach?
15    A.  Both.
16    Q.  Okay.  I am going to ask you to look
17  for that because, it will be two separate
18  cross sections; right?
19    A.  Yes.
20    Q.  Now, did you draft those cross
21  sections on your own or did someone direct you
22  as to what to put on those figures, if you
23  recall?  The cross sections that you drafted
24  for the breach sites at the IHNC.
25    A.  Our process involved many people at

Page 68

1  all times.  It was not like I did the cross
2  section and that went into the report.
3  Usually we had actually two boards in our room
4  and between all the grad students compiled
5  CPTs, borings, lab testing, geology
6  information and whatnot and drafted a cross
7  section by hand into those boards, so people
8  like Dr. Bea could come in, look at it,
9  suggest making recommendations, make any
10  changes, and then that was I believe brought
11  into AutoCAD to generate the figures you are
12  referring to.
13    Q.  So these cross sections I take it
14  from your testimony was a joint effort among
15  the grad students?  Is that --
16    A.  Yes, sir.
17    Q.  Is that correct?
18    A.  Yes, sir.
19    Q.  Were any Professors involved in
20  drafting those cross sections with the grad
21  students?
22    A.  In the drafting, no.  But in the
23  review process and, I as I told you a minute
24  ago, in the iteration process between the
25  first draft and the final version that went to

17 (Pages 65 to 68)

DIEGO COBOS-ROA, FINAL                           April 10, 2012

Page 69

1    this report, yes.
2        Q.  Who were the Professors who
3    performed such a review, if you recall, for
4    the cross sections of the breach sites in the
5    EBIA?
6        A.  I do not recall specific functions
7    of each one of the Professors.  I believe if
8    Professor -- if one of the Professors comes
9    into the room or two of the Professors come
10   into the room, we both -- we all -- all the
11   grad students showed them what we have and
12   then we do the iteration process I told you
13   about.
14       Q.  Okay.  I am going to show you a
15   document we're marking as Cobos-Roa Number 6,
16   which is a page from Dr. Rogers' report in
17   this case.  It's page 223.  And specifically
18   figure 211 in that page.  And actually, it's
19   -- I think it's figure 211, but it really
20   looks to me like two figures.  But we'll --
21   it;s only one label so I assume it's intended
22   to refer to the entire -- to all the drawings
23   on that page.  And I am just going to ask you
24   to focus on the top part of figure 211.  Did
25   you draft that figure?

Page 70

1        A.  I was involved in the drafting of
2    the figure, yes.
3        Q.  Is this one of the figures that you
4    believe is in ILIT that you helped draft?
5        A.  Yes.
6        Q.  Was this a figure that was jointly
7    drafted among the grad students as you have
8    described it earlier?
9        A.  Yes.
10       Q.  What bases did you have for the
11   cross section details in the top figure on
12   page 223 of Dr. Rogers' report when you
13   originally did it, if you can recall?
14       A.  I recall we based the location of
15   each one of the layers based on the available
16   information we had.  So if you look at the top
17   of the figure along the ground surface,
18   there's a few texts and an arrow pointing to
19   the ground surface.  That's the approximate
20   location of borings or CPT that is we had
21   available at the time.  For example, if you
22   look at the one to the right, 4-T, that's one
23   of the borings I believe from the original
24   1969, it was the /A*GT, so we based the
25   location of the layers beneath that 4-T in

Page 71

1    that boring, then we moved to the left a
2    little bit.  We have as I said, borings and
3    CPTs and then now we have another location of
4    the layers.  And so on.  So that's how we came
5    up with the layers and the geometry of each
6    one of the layers and to my recollection, the
7    surface profile, the ground surface, we based
8    it on the as builts we had available at the
9    time.
10       Q.  You had as builts available at the
11   time?
12       A.  I -- I think we had the 1969 design
13   maps.  I believe that's all we had at the
14   time.
15       Q.  Where did 4-T come from again?
16       A.  I seem to recall it was coming from
17   one of the original design memos, I believe
18   1969.
19       Q.  And all the way to the right at the
20   top I see "Drainage canal filled about 1990";
21   right?
22       A.  Uh-huh (affirmatively).
23       Q.  What's your basis for that
24   statement, if you remember?
25       A.  I do not.

Page 72

1        Q.  Okay.  Now, Dr. Rogers testified
2    that when he came back to the EBIA site in
3    March of 2006, which would have been a month
4    after February, -- I don't know if it would
5    have been the same visit, but that he
6    supervised some CPT tests being done by Adda
7    Ananopolis.  Right?  Do you remember that?
8        A.  Yes.
9        Q.  Do you recall precisely where those
10   tests were done?
11       A.  No.
12       Q.  Can you tell from Cobos-Roa Exhibit
13   Number 3?
14       A.  3, yes, sir.
15       Q.  Where they were done?
16       A.  Even the ones that were directly
17   supervised by Dr. Rogers?
18       Q.  Yes.
19       A.  I do not recall that.
20       Q.  Okay.  So you don't know whether
21   Cobos-Roa Number 3 is related to whatever it
22   was Dr. Rogers supervised?  Is that correct?
23       A.  That's correct.
24       Q.  As you understood it, what was the
25   purpose of those tests?

18 (Pages 69 to 72)

JOHNS, PENDLETON COURT REPORTERS              504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 73

1      A.  To get a correct characterization of
2  the soil layers, not only geometry, but also
3  the properties of the same layers for the
4  analysis we performed.
5      Q.  Okay.  If you would look at I
6  believe it's Cobos-Roa number four,?
7      A.  Uh-huh (affirmatively).
8      Q.  And chapter 6?
9      A.  Okay.
10     Q.  Do you know who the primary author
11 of chapter 6 was?
12     A.  I do not.  I wasn't aware they were
13 primarily authors for each one of the
14 chapters.  I believe this is a single report
15 with --
16     Q.  Well, I had asked that question of
17 Dr. Rogers for Counsel's reference, if they
18 want to check it, page 245, lines 22 and 23,
19 because I asked him if he knew who the primary
20 author was and he said no, that, quote, Diego
21 Cobos-Roa would be a good guy to ask that
22 question and see what he says."
23     A.  Okay.
24     Q.  So what do you say?
25     A.  I think my answer stands.  I was not

Page 74

1  aware that each chapter had a different
2  author.  I believe this was an effort,
3  especially if writing, by the Professors,
4  namely Dr. Seed, Dr. Bea, Dr. Rogers as well.
5      Q.  Any other Professors that you
6  believe did the writing?  Seed, Bea, Rogers?
7  Anyone else?
8      A.  I don't know if the other Professors
9  did any writing, but I am sure they checked.
10     Q.  Okay.  If you would look at page
11 6-12 of chapter 6 in Cobos-Roa Number 4 --
12     A.  Uh-huh (affirmatively).
13     Q.  -- If you would look at the fourth
14 paragraph from the top of the page, --
15     A.  Uh-huh (affirmatively).
16     Q.  -- it states that the best estimated
17 coefficient of lateral permeability is 10 to
18 the minus 2 centimeters per second.  Do you
19 see that?
20     A.  Yes.
21     Q.  And that section is talking about
22 the EBIA, IHNC site.  Isn't that right?
23     A.  That's right.
24     Q.  And do you know what the basis for
25 that statement was for that estimate?

Page 75

1      A.  I do not.
2      Q.  When I asked Dr. Rogers in volume
3  one of his deposition, page 266, line 18,
4  whether there was any site specific work done
5  to assess permeabilities at the EBIA prior to
6  the writing of chapter 6 of the final ILIT
7  report, he answered that he had called on you
8  and Xavier Vera Gruenauer to do pore pressure
9  dissipation tests at that site.  Do you recall
10 doing pore pressure dissipation tests at that
11 site in connection with ILIT?
12     MR. OWEN:
13         Objection to the extent it
14     mischaracterizes Dr. Dave Rogers'
15     deposition transcript.
16     MR. TREEBY:
17         Okay.
18     THE WITNESS:
19         I do not recall doing any pore
20     pressure dissipation tests.
21 EXAMINATION BY MR. TREEBY:
22     Q.  How does one do a pore pressure
23 dissipation test?
24     A.  As you're pushing the CPT probe into
25 the ground, the fact that you're pushing

Page 76

1  generates a change in the shear stress in the
2  soil and therefore a change to the pore
3  pressure conditions or an excess value of pore
4  pressure.  So a pore pressure dissipation
5  test, we usually do by stopping the CPT probe
6  and if the CPT probe has a porous Stone and
7  the ability to record those excess pore
8  pressures, we simply stop the probe from
9  advancing and record the dissipation of excess
10 pore water pressures until exceptionally they
11 stabilize to a value of -- of hydraulic head
12 or pore pressure.  Now, with that value you
13 can calculate the head above -- above the tip
14 of the piesometer that you're running the test
15 on and yeah, that's essentially the procedure.
16     Q.  And do you recall doing that at all
17 on the East Bank Industrial Area site in 2006?
18     A.  I do not.
19     Q.  Do you recall doing any site
20 specific work to assess permeabilities at the
21 EBIA at any time?
22     A.  No.
23     Q.  We have not had a chance to look at
24 the disk that you -- your Counsel provided us
25 this morning that was called for by Exhibit A

DIEGO COBOS-ROA, FINAL                    April 10, 2012

Page 77

1   and that we think we had reached some
2   understanding about, so it could be that what
3   I am about to ask is in that material.  I
4   don't know.
5       A.  Okay.
6       Q.  You can tell me.  Did you compile
7   that disk by the way that was given to us
8   today?
9       A.  Which one?
10      Q.  I mean the disk?
11          MR. OWEN:
12          You know, the --
13      A.  The references?
14          MR. OWEN:
15          Yes.  The license agreements?
16          THE WITNESS:
17          Yes.
18  EXAMINATION BY MR. TREEBY:
19      Q.  Were you the one who put that
20  together?
21      A.  Yes.
22      Q.  Okay.  If you would, list for me
23  from memory or from any notes that you may
24  have any occasion where you performed --
25  strike that.  Start over.  I need to

Page 78

1   pursueth.  Do you have any field notes at all
2   on that disk?
3       A.  No, sir.
4       Q.  That you have provided us?
5       A.  No.
6       Q.  Did you take field notes when you
7   were working in 2006 at the site?  EBIA site?
8       A.  Yes, I should have.
9       Q.  Where would those notes be?
10      A.  We had a room on campus where we
11  were keeping everything we had.  But right now
12  I have no idea where the notes can be.
13      Q.  Well, I guess I would start with
14  did you -- are you saying that the field notes
15  that you took on those occasions, those two
16  occasion when is you were at the East Bank
17  Industrial Area would have been put in this
18  room you're describing?
19      A.  I believe so.
20      Q.  Have you personally had any occasion
21  to take notes out of that room?
22      A.  No.
23      Q.  Have you been back to that room
24  recently?
25      A.  No.

Page 79

1       Q.  Did you think to look there for any
2   field notes in connection with your notice of
3   your deposition, the Exhibit A?
4       A.  No.
5       Q.  Is that -- could you do that?  Does
6   the room still exist?  Let me ask it that
7   way.
8       A.  It does exist.  It's right now being
9   used by other grad students for their research
10  work.
11      Q.  To your recollection or to your
12  knowledge, were he files kept there that are
13  notated to different investigative work so
14  that they can be found?
15      A.  Not to my recollection.
16      Q.  Okay.  Now, Diego, if you would, and
17  take your time to do this, list for me from
18  memory or any notes you may have each of the
19  occasions when you had performed flow and/or
20  stability analyses in connection with the EBIA
21  floodwall failures from your first visit in
22  2006 to date.  I want a list if you will.
23  Maybe start chronologically at the beginning.
24      A.  Right.  I believe the first one
25  should be the ILIT work.  So that's -- that

Page 80

1   should be 2006 to 2007, I guess.  Then 2009
2   and now this one.  Phase 1, Phase 2.
3       Q.  What about the work in 2008 that was
4   published?  Did you do analyses for that
5   work?
6       A.  Yes, I am sorry, I -- I.
7       Q.  Missed it.
8       Q.  How many analyses did you do for
9   that?  When I say how many, how many sessions
10  of analyses for want of a better term, maybe
11  you can help me with a better term, when you
12  looked at a problem and started running
13  computer models, I know that that involves
14  many files.  Is that correct?
15      A.  That's right.
16      Q.  Each file of if printed would be
17  thousands of pages.  Is that correct?
18      A.  (Witness nods head affirmatively.)
19      Q.  Okay?
20          MR. OWEN:
21          You have to say it verbally.
22          THE WITNESS:
23          Sorry.
24  EXAMINATION BY MR. TREEBY:
25      Q.  Is that right?

JOHNS, PENDLETON COURT REPORTERS          504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 81

1    A.  That's right.
2    Q.  Okay.  So what I am asking, I am
3  going to use the term session.  If you can
4  suggest to me a better term I'll be happy to
5  use that term.  For an occasion when you would
6  go to the computer, input data, and run a
7  computer a, a set of computer model files, how
8  many different occasions?  You have told us
9  2,000 6, 2007.  We know there were sessions in
10  2008?
11    A.  Uh-huh (affirmatively).
12    Q.  But there may have been more than
13  one what I am calling session in 2008.  So
14  that's what I want to find out.  Is how many,
15  using that term if possible, sessions have you
16  done where you ran computer models for flow
17  analyses or lateral stability analyses
18  involving the East Bank Industrial Area.
19    A.  I don't think I can give you an
20  exact number.  If by "session" you mean
21  sitting down and working with the program,
22  it's a lot.
23    Q.  Okay.  Let me try to -- you need to
24  help me here because I want to use a term that
25  will get at what I am trying to get at.  Which

Page 82

1  is, okay, for ILIT, you did lateral stability
2  analyses, right?
3    A.  Yes.
4    Q.  Did you flow analyses, right?
5    A.  Yes.
6    Q.  That work for the ILIT report, let's
7  call that one job.
8    A.  Okay.
9    Q.  For want of a better term.
10    A.  I got you.
11    Q.  I'll go to "job" instead of
12  "session".
13    A.  Okay.
14    Q.  What was the next job you undertook
15  to do flow analyses and/or lateral stability
16  analyses involving the East Bank Industrial
17  Area levee failures?
18    A.  I believe that would be the 2008
19  papers.  The next one should be 2009.  And now
20  this, the 2011.
21    Q.  And if I recall correctly, you
22  collapsed together the what I called IHNC MRGO
23  work with the barge work.  Is that correct?
24        MR. OWEN:
25          Objection.  Misstates testimony.

Page 83

1  EXAMINATION BY MR. TREEBY:
2    Q.  I am just trying to understand what
3  you're saying.  So I know objections can be
4  interrupt -- I am not trying to trick you.
5  Just trying to find out how many different
6  jobs you did.
7    A.  Right.
8    Q.  Let me start over.  You said you
9  really didn't know.  When you say IHNC MRGO
10  work, was this a job that you did?  To do that
11  computer analysis?
12    A.  Yes, that would be classified as one
13  of the jobs or sessions as you call them.
14    Q.  Okay.  Would another one be what you
15  -- what you know to be the barge work?
16    A.  Yes.
17    Q.  So those are two separate jobs?
18  That would be fair?
19    A.  I think so.  But if I may.
20    Q.  But both in 2009?  Is that that what
21  you --
22    A.  I -- I remember -- think I remember
23  it was in 2009.  I might be -- might be
24  confused.  But again, if I may restate a
25  point.

Page 84

1    Q.  Sure.
2    A.  -- we're doing this engineering
3  analyses or computations through Geoestudios.
4  Again, not worrying about the name of the case
5  and maybe that's the reason for my confusion.
6  We're just doing analysis for -- for Dr. Bea.
7    Q.  Okay.  These analyses that we have
8  been talking about, they were all done
9  utilizing computers.  Is that right?
10    A.  Yes.
11    Q.  Were all of these flow analyses and
12  lateral stability analyses utilizing software
13  in the Geoestudios suite of software owned by
14  GeoSlope international?
15    A.  No.
16    Q.  What other software was used?
17    A.  Plaxis.
18    Q.  Is there any distinction about the
19  usage of Plaxis in these analyses from the
20  usage of Geoestudios suite?
21    A.  Yes.
22    Q.  What is it?
23    A.  Plaxes deals with stress -- I'm
24  sorry, stress strain in soils.  So therefore,
25  deformation analysis.

21 (Pages 81 to 84)

JOHNS, PENDLETON COURT REPORTERS              504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 85

```
 1      Q.  Press strain?
 2      A.  Yes, sir.
 3      Q.  Okay.
 4      A.  Whereas Geoestudios, we used for
 5  the, as you point out, flow and lateral
 6  stability analysis.
 7      Q.  Okay.  To your knowledge, has anyone
 8  else other than yourself been responsible for
 9  doing flow or lateral stability analyses for
10  any of the reports authored or co-authored by
11  Dr. Bea and/or you?
12      A.  Not to my knowledge.
13      Q.  When Dr. Grunauer's name appears on
14  these as one of the co-authors.  What was it
15  if that he contributed, if it was the same?
16      A.  He did all of the Plaxis analysis.
17  And obviously he -- he and I interacted into
18  the contents of our report and quality review
19  processes.
20      Q.  Have you personally done any paper,
21  pencil, handheld computer, calculator
22  analysis?
23      A.  I have not.
24      Q.  Have you seen any such hand
25  calculations done by anyone else?
```

Page 86

```
 1      A.  I recently saw a hand calculation by
 2  Dr. Bea.
 3      Q.  When you say recently, please
 4  explain.  What do you mean?
 5      A.  Last week.
 6      Q.  What hand calculation did you see
 7  that Dr. Bea had done last week?
 8      A.  I did not go into any details.
 9  However, I recall it was related to flow and
10  pressures, I believe.
11      Q.  Was this something that you
12  understand had recently be done by Dr. Bea?
13  Or was it something that had been done
14  sometime ago by Dr. Bea?
15      A.  I understand Dr. Bea uses this type
16  of procedure to check the results of computer
17  models and that's done I understand all
18  throughout the process.  So not last week.
19      Q.  But did one you saw last week do you
20  know which job it was a check for?
21      A.  Oh, I see.  No.  I do not.
22      Q.  So you don't know if it was done
23  recently?
24      A.  No.
25      Q.  Do you know if this was the hand
```

Page 87

```
 1  calculation that was drawn by Dr. Bea during
 2  his deposition?
 3      A.  I do not know.
 4      Q.  Did it have any numerical
 5  calculations on it?
 6      A.  I believe all calculations are
 7  numeric.
 8      Q.  It wasn't just an equation?  It
 9  included numbers?  Is that fair?
10      A.  Yes.
11      Q.  Okay.  Do you know who presently has
12  those hand calculations that you saw?
13      A.  I do not.
14      Q.  Do you have any professional
15  licenses in the United States?
16      A.  I do not.
17      Q.  Have you ever had any such
18  licenses?
19      A.  No.
20      Q.  Do you have any such licenses in any
21  other countries?
22      A.  Yes.
23      Q.  What countries?
24      A.  Columbia.
25      Q.  What licenses?
```

Page 88

```
 1      A.  Professional engineer.
 2      Q.  When did you receive your profession
 3  although engineer license in Columbia?
 4      A.  2004.
 5      Q.  Is it just one license?
 6      A.  Yes.
 7      Q.  Are there any legal restrictions
 8  regarding your ability to work for
 9  compensation in the United States, to your
10  knowledge?
11      A.  Not to my knowledge.
12      Q.  Well, can you tell me why the
13  contracting for to work on the Katrina cases
14  was done with Geoestudios, SA rather than with
15  you directly?
16      A.  I guess having that additional help
17  from Dr. Vera Grunauer and having his program,
18  in that I guess at the same time not having me
19  contracted directly by Dr. Bea or the legal
20  team, I believe even though I am not really
21  sure about the regulations of my student visa,
22  I believe it's -- it saves potential problems
23  for me.
24      Q.  So you think there may be some legal
25  restrictions?
```

22 (Pages 85 to 88)

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 89

1     A.  There might be, yes.
2     Q.  Okay.  Geoestudios, SA is that a
3  Columbian company?
4     A.  Ecuador.
5     Q.  Has any part of your doctoral work
6  been the research you have engaged in since
7  October -- since 2005 on the Katrina levee
8  breaches?
9     A.  No.
10    Q.  Now, you have described this
11 relationship that apparently has existed based
12 on your testimony from 2009 in which you have
13 some kind of a contract with Geoestudios and
14 Geoestudios has some kind of contract with Dr.
15 Bea.
16    A.  (Witness nods head affirmatively.)
17    Q.  To your knowledge are either of
18 those contracts in writing?
19    A.  Mine is not.
20    Q.  Okay.
21    A.  But I am positive Dr. Bea and
22 Geoestudios should have written contracts.
23    Q.  You would agree, wouldn't you, that
24 Dr. Bea has had a role in determining whether
25 you are awarded a doctorate degree from UC

Page 90

1  Berkeley?
2     A.  I do not agree with that.
3     Q.  So if he said to the contrary, you
4  would disagree with him?
5     A.  To my knowledge, whether I get or
6  not the degree comes from -- from my advisor
7  and the committee, which is a set of
8  Professors in which Dr. Bea is not a part of.
9  However, I don't know exact university
10 regulations that if another Professor has an
11 objection of somebody's work.
12    Q.  Who is -- who are the members of
13 this committee you just referenced?
14    A.  I have Dr. Ray Seed -- Raymond Seed,
15 Dr. Nick Larsatar and there is a third one
16 that has not been confirmed yet.
17    Q.  Would you agree that Dr. Bea is a
18 research sponsor and advisor to you?
19    A.  He was during ILIT.
20    Q.  He's not a research sponsor and
21 advisor to you in connection with your work on
22 Geoestudios?  Is that your testimony?
23    A.  Define "research sponsor", please.
24    Q.  Well, you have said you know he has
25 the contract with Geoestudios?

Page 91

1     A.  Uh-huh (affirmatively).
2     Q.  And you have a contract with
3  Geoestudios to do his work.  Is that fair?
4     A.  No.
5     Q.  To do work for him?
6     A.  We're not doing his work.
7     Q.  You do your own work?
8     A.  Right.  We're doing work for his
9  project, that's correct, but we're not doing
10 his work.
11    Q.  So he's the sponsor of that project
12 with Geoestudios, right?
13    A.  That's right.
14    Q.  And you're the person carrying out
15 the engineering analyses for that work for
16 Geoestudios.  Is that right?
17    A.  That's right.
18    Q.  So to that extent he was the sponsor
19 of that work?  Is that fair?
20    A.  He was the client.
21    Q.  He was the client.  Okay.  Would the
22 entire committee that you've named be the ones
23 responsible to approve or disapprove of your
24 dissertation at U Cal Berkeley?
25    A.  Yes.

Page 92

1     Q.  Is there any reference in your
2  dissertation as it -- well, what is the status
3  of your dissertation?
4     A.  It's being written.
5     Q.  It's being written?
6     A.  Yes, sir.
7     Q.  How long has it been in the process
8  of being written?
9     A.  January.
10    Q.  So this year?
11    A.  Yes.
12    Q.  January of this year?  And how far
13 along are you in that process?
14    A.  Not far enough.
15    Q.  And how far would that be?
16    A.  I want to say I'm 70 percent done.
17    Q.  70?
18    A.  Yes, sir.
19    Q.  Okay.  What is your goal for, or is
20 there a requirement as to when you finish that
21 work so the review process can begin?
22    A.  No.  The goal is personal.  I want
23 to be done by a certain date so I can leave
24 the country to -- to -- to do some work back
25 home.

JOHNS, PENDLETON COURT REPORTERS                      504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 93

```
 1        Q.  What is that personal goal?
 2        A.  June of this year.
 3        Q.  Are you going to meet the goal?
 4        MR. SIMS:
 5            You're under oath.
 6        THE WITNESS:
 7            I sure hope so.
 8   EXAMINATION BY MR. TREEBY:
 9        Q.  How much has Geoestudios, SA been
10   paid for work in this case for Dr. Bea?
11        A.  I'm not 100 percent sure, but I
12   believe it's in the ballpark of $30,000 to
13   $40,000.
14        Q.  What is the basis of your
15   knowledge?
16        A.  The early interactions I had with
17   Dr. Xavier Vera regarding the scope of the
18   contract and -- and how much will the project
19   cost.
20        Q.  When did those interactions take
21   place?
22        A.  September, 2011, around.
23        Q.  So your $30,000 to $40,000 estimate
24   is just related to work in this case, Phase 1
25   and Phase 2 that you have described in this
```

Page 94

```
 1   case?
 2        A.  Yes, sir.
 3        Q.  It doesn't involve any prior work
 4   done by Geoestudios, SA for which you did
 5   work?  Is that correct?
 6        A.  That's correct.
 7        Q.  Okay.  If you add that in, how much
 8   has Geoestudios been paid for their work?
 9        A.  I wouldn't be able to tell you a
10   number.  Probably there are the same number.
11        Q.  I show you a document we're marking
12   Cobos-Roa Exhibit Number 7, which is a copy of
13   Dr. Bea's original expert report in this case
14   with appendices.  Have you seen this report
15   before?
16        A.  Yes, sir.
17        Q.  Which sections of this report did
18   you prepare for Dr. Bea?
19        A.  Geoestudios prepared the reports for
20   phase 1 and Phase 2.  Now, Dr. Bea used those
21   reports and I guess several other reports to
22   create this document.  I could not tell you
23   precisely what paragraph that we wrote or he
24   used from our writing and put it here.  I will
25   say most of our contributions came in appendix
```

Page 95

```
 1   -- appendixes C and D.  Yes.  C and D.
 2        Q.  He also shows you as a co-author of
 3   appendix B, does he not?
 4        A.  Let me double-check.  Yes.  You're
 5   right.  I'm sorry.
 6        Q.  So B, C and D.  Those are the
 7   appendices I would assume that, based on the
 8   authorship that is represented by Dr. Bea,
 9   that you had input to.  Is that correct?
10        A.  That's correct.
11        Q.  Those are the substantive appendices
12   in this report, are they not?  A is his C.V.,
13   his resume?
14        A.  Yes.
15        Q.  And I believe E is his experience as
16   a witness essentially.
17        A.  There's no E.  Okay.
18        Q.  Oh, there's no E?
19        A.  Right.
20        Q.  Okay.  Okay.  So B, C and D are the
21   substantive appendices.  Is that correct?
22        A.  That's correct.
23        Q.  Now, I am going to show you a copy
24   of reports dated October 28th, 2011 and
25   January 9th, 2012 and we're going to mark
```

Page 96

```
 1   these as Cobos-Roa 8 and 9.  No, I wanted to
 2   mark it 8-A and 8-B.  So we're going to mark
 3   the October 28th, 2011 report as 8-A and your
 4   January 9th, 200012 report as 8-B.  And if you
 5   would look at those and tell us if those are
 6   your reports.
 7        A.  They are.
 8        Q.  And Dr. Bea is not shown as an
 9   author of either of those reports, 8-A or
10   8-B.  Is that correct?
11        A.  That is correct.
12        Q.  Okay.  Please first look at, and I
13   am going to need -- I have got my own copy
14   here.  We're going to look first at 8-A which
15   is the 10/28 report.  And look at page 3, the
16   second paragraph.  Actually, it's not the
17   second paragraph.  It's the second paragraph
18   under 2.1.  I couldn't find it.  If you look
19   at the second paragraph under 2.1 which is
20   entitled "North breach section", in the third
21   line of that paragraph there is a sentence
22   beginning "Even though no geotechnical tests
23   were performed (strength, permeability, et
24   cetera), it can be assumed that this material
25   in particular is more pervious than the
```

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 97

1   surrounding clays and peats", close quote.  Do
2   you see that sentence?
3       A.  Yes, sir.
4       Q.  As an engineering student were you
5   taught to assume the pervious nature of soils
6   when you had available to you the tools to
7   make scientific determinations of
8   permeability?
9       A.  No.
10      Q.  Have you seen the results of the
11  field and laboratory tests in this case?
12      A.  Yes.
13      Q.  Are you familiar with ASTM D-2487
14  under the Classifications of Soils?
15      A.  Can you tell me the name of the
16  standard, not the number?
17      Q.  ASTM D-2487.
18      A.  Not the number, please.
19      Q.  Soils Classification.
20      A.  Oh, Soils Classification.  Yes,
21  sir.
22      Q.  Have you seen the final results from
23  the characterization of those soils in the
24  East Bank Industrial Area from the final Fugro
25  report?

Page 98

1       A.  No.
2       Q.  You never were shown that?
3       A.  The final one, the final report I
4   have not -- I have not had the time to read.
5       Q.  Okay.  A couple of questions occur
6   to me about that.  Have you been given it but
7   haven't had time to read it?  Is that what
8   you're saying?
9       A.  I have read previous versions of the
10  report.
11      Q.  Of the final report?
12      A.  Not of the final one.
13      Q.  Okay.  Would it surprise you to know
14  that there was no peat discovered at all in
15  this area?
16      MR. OWEN:
17          Objection.  Misstates.
18      Q.  Wait can you let me finish might
19  have question Andy?
20      MR. OWEN:
21          Go ahead.
22      Q.  Thank you?
23      MR. OWEN:
24          You're welcome.
25      Q.  Would you be surprised if I told

Page 99

1   you that there was no peat discovered
2   at all in this area even at the
3   so-called marsh layer depth in the
4   Fugro final report?
5       MR. OWEN:
6           Objection.  Misstates the
7   document.
8       Q.  Would you be surprised?
9       A.  No.
10      Q.  Why?
11      A.
12      Q.  Why not?
13      A.  We used peat in the -- in the sense
14  of organic materials with -- with very high
15  water content.  So we generalized that, the
16  name.
17      Q.  You didn't use it in necessarily in
18  the sense of ASTM D-2487, soils
19  classification?  Is that correct?
20      A.  That's correct.
21      Q.  Okay.  In the following sentence to
22  the sentence that I just read?
23      A.  Uh-huh (affirmatively).
24      Q.  -- It begins -- the sentence begins
25  "Boring 81-A" and it says Boring 81-A was

Page 100

1   located just north of the north end of the
2   north breach."  Do you see that?
3       A.  Yes.
4       Q.  How far is, quote, "just north",
5   close quote?
6       A.  I will have to look at a map with a
7   scale.
8       Q.  Well, in making this statement did
9   you have in mind some distance?
10      A.  Less than 50 meters.
11      Q.  Isn't it true that you don't know
12  the soils classification of the soils between
13  the location of boring 81-A and the north end
14  of the north breach in the EBIA?
15      A.  Well, we have boring 81-A, but we
16  also have boring 79-A, which is within the
17  north breach.
18      Q.  Right.  But it's south of the north
19  end of the north breach, correct?
20      A.  Indeed.
21      Q.  Okay.  So now let me go back to my
22  question.
23      A.  Okay.
24      Q.  Isn't it true that you don't know
25  the soils classification of the soils between

25 (Pages 97 to 100)

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 101

1    the location of boring 81-A and the north end
2    of the north breach in the EBIA?
3        A.  That's true.
4        Q.  In the sentence that begins four
5    lines up from the bottom of that paragraph,
6    the same paragraph, probably just the
7    following sentence, "The thickness of fill",
8    do you see that sentence?
9        A.  I'm sorry, I am lost.
10       Q.  Yes.  If you go up four lines from
11   the bottom of the page.
12       A.  Okay.  Yes.
13       Q.  There's a sentence that begins "The
14   thickness of fill".  Do you see that?
15       A.  Yes.
16       Q.  And you state in that sentence "it
17   seems --"  quote, "It seems the deepest
18   point", of what you call shell and sand fill
19   "is encountered in the vicinity of borings
20   79-A and 81-A."  Do you see that language?
21       A.  I do.
22       Q.  Are you saying that both of those
23   borings show approximately the same depth for
24   what you are calling shell and sand fill?
25       A.  No, I did not say that.

Page 102

1        Q.  In fact, isn't it true that the
2    depth of what you call shell and sand fill is
3    very different in those two borings?
4        A.  It is different.
5            MR. TREEBY:
6                Time to change the tape.  We'll
7        take a little break.
8            VIDEO OPERATOR:
9                This is the end of tape 2.  The
10       time is 10:39.  We're now off the
11       record.
12           (Whereupon a discussion was held
13       off the record.)
14           VIDEO OPERATOR:
15               Returning to the record, it is
16       10:50.  This is the start of tape 3.
17   EXAMINATION BY MR. TREEBY:
18       Q.  Diego, just before we broke I said
19   isn't it true that the depth of what you call
20   shell and sand fill is very different in 79-A
21   and 81-A.  Your answer is it is different.  I
22   had said very different.  Which is -- I just
23   want to make sure that we understand each
24   other.  One of them shows shell and sand to 6
25   feet.  One shows it to 16 feet.

Page 103

1        A.  (Witness nods head affirmatively.)
2    That's true.
3        Q.  Isn't that very true?
4        A.  Yes.  However, the elevation of the
5    top of one boring is also different from the
6    other one.  So the -- I guess the bottom of
7    the layer is not that different.
8        Q.  Well, okay.  What is "not that
9    different" to you?
10       A.  Not 16 feet of deference.
11       Q.  Okay.  Now, you characterize here in
12   this -- in that very sentence, actually, you
13   characterize that material as fill.  Is that
14   correct?
15       A.  Yes.
16       Q.  Why do you call it fill?
17       A.  We based it on the descriptions on
18   those borings 79-A and 81-A.  If you look at
19   the logs, they have visual classifications and
20   they call that sandy and shell material fill.
21       Q.  Are you -- well, the logs that
22   someone did calls it fill?  Is that why you
23   call it fill?
24       A.  Yes.
25       Q.  What does fill mean to you?

Page 104

1        A.  Fill is a material that's not in
2    situ and it was used to either gain elevation
3    or fill a hole.
4        Q.  Isn't it true that you don't know
5    when "That fill" 81-A and 79-A were placed at
6    those locations?
7        A.  I do not know.
8        Q.  And you are not saying, are you,
9    that this fill was placed at those locations
10   by Washington Group International?
11       A.  I am not saying that.
12       Q.  Please look at pages 6 and 7 of 8-A,
13   your October 28th report?
14       A.  Yes.
15       Q.  And on those pages there are some
16   figures.  Did you draw figures 2-3, 2-4 and
17   2-5 shown on those pages?
18       A.  No, sir.  These are represents or --
19   I don't know how -- how to call it.  I based
20   these figures on the MMG 2002 work which had
21   very poor scans of this type of geologic cross
22   sections.  So what he simply did here was to
23   redo it and add some colors and some better
24   looking text.
25       Q.  Well, did MMG exaggerate the

26 (Pages 101 to 104)

**DIEGO COBOS-ROA, FINAL**                                      **April 10, 2012**

Page 105

1  vertical scale 10 times?
2      A. Yes.
3      Q. So to the extent the word "Peat" is
4  used at the bottom of these exaggerated
5  cartoons, you didn't put "peat" on there. Is
6  that right?
7      A. That is right.
8      Q. Now, we have also marked Cobos-Roa
9  8, we're going to be kind of jumping a little
10  bit back and forth between Cobos-Roa 8-A and
11  8-B. And Vera new fracture is listed as a
12  co-author on the one 912 report and not on if
13  10/28/11 report. Is that right?
14      A. That's right.
15      Q. In fact, you've called these your
16  reports. And I think I understand that. But
17  there is no name, individual name on 8-A. Is
18  that right?
19      A. That is right.
20      Q. How did -- did Vera Greunauer also
21  co-author the 10/28/11 report?
22      A. Yes, sir.
23      Q. How can he describe to the 10/28/11
24  report?
25      A. Reviewing -- Let's see what else he

Page 106

1  might have done. Mostly reviewing and I guess
2  quality control of the text and the figures.
3      A. Yes.
4      Q. Okay. And so as I understand it,
5  there really were no other authors other than
6  yourself and perhaps Cobos-Roa -- I mean
7  Gruenauer in the -- Vera Gruenauer in the
8  quality of the reviewer?
9      A. Correct.
10      Q. Is that fair? Okay. Now,?
11          MR. OWEN:
12          I'm sorry. Were you finished?
13  EXAMINATION BY MR. TREEBY:
14      Q. Excuse me.
15      A. No I was not.
16      Q. I'm sorry.
17      A. That's okay. Important to say here
18  that the internal review process, was, yes,
19  Vera Gruenauer and Cobos-Roa; however. When
20  submitted to the client, Dr. Bea, there was
21  another set of reviews in which they check it
22  had models, the model parameters, checked the
23  results, checked the figures and also the
24  text. So there were actually a lot of
25  interactions between Geoestudios and Dr. Bea.

Page 107

1  And during the creation of these documents and
2  actually after the final draft was submitted.
3  It's not a standalone file or document. We
4  had a lot of interactions with Dr. Bea all
5  throughout the process.
6      Q. Who asked you to create Cobos-Roa
7  8-A?
8      A. Who asked me to create? That was in
9  the agreement Geoestudios had with Dr. Bea.
10      Q. Did you have -- okay. Prior to
11  starting on the 10/28, Cobos-Roa 8-A?
12      A. Yes.
13      Q. Prior to starting on that did you
14  personally have conversations with Dr. Bea
15  about creating that report?
16      A. Yes.
17      Q. Okay. So I understand the
18  contractual relationship that we've got here.
19  And I am not going to try to take you -- I
20  don't know, but I assume, -- many going to
21  assume what you're telling me is true. There
22  was a contract between Dr. Bea and Geoestudios
23  SA. Then there was a contract, oral, between
24  Geoestudios SA and you. I understand that.
25  But I am not asking that. And you have

Page 108

1  answered me before you even started 8-A, you
2  discussed what you were to do with Dr. Bea.
3  Is that correct?
4      A. Yes.
5      Q. Okay. When exactly did you begin to
6  create the document we've marked Cobos-Roa
7  8-A?
8      A. I do not know exactly, but
9  approximately September of last year.
10      Q. Okay. And I assume you completed it
11  shortly before 10/28? Is that true?
12      A. True.
13      Q. Now, the 10/28/11 report, 8-A, is
14  entitled "Update of two deep seepage stability
15  analyses." Do you see that?
16      A. Yes.
17      Q. What is this report updating?
18      A. Let's see. We up date it had cross
19  sections of analysis based on the MMG borings
20  and we update it had value of saturated
21  hydraulic conductivity for the swamp layer
22  based on I believe our few available field
23  tests, I believe from MMG as well.
24      Q. Okay. You have told me the
25  parameters or things within the report that

27 (Pages 105 to 108)

**DIEGO COBOS-ROA, FINAL**                                           **April 10, 2012**

Page 109

1   were updated but what was it updating?  What
2   was the prior document that this was updating
3   if there was one?
4       A.  Well, available cross sections.  We
5   already went through ILIT, so we started with
6   those sections but updated the geometry of the
7   layers and actually the soil -- I'm sorry, not
8   the soil.  The surface profile to account for
9   elevation differences and the I-wall top
10  elevation.  So that's what essentially we
11  updated.
12      Q.  So you're saying it was an update of
13  ILIT?
14      A.  Well, we based this cross sections
15  in previously available cross sections and
16  then changed or updated the location of the
17  geologic layers or surface profile based on he
18  is this new information.
19      Q.  You used the term previously
20  "available cross sections".  When you used
21  that term in your answer, "previously
22  available cross sections", are you only
23  referring to cross sections in ILIT or are you
24  referring to cross sections in the 2008
25  articles, in the 2009 work for the Robinson,

Page 110

1   MRGO, IHNC and the barge case?  I mean what is
2   being updated?  What were you --
3       A.  We used everything available.  So
4   ILIT, IPET was available because they had
5   cross sections, too.  We also used the
6   previous work in 2009 and maybe "update" is
7   not the right term here, but we created new
8   cross sections based on all of this
9   information and the newly available MMG
10  borings.
11      Q.  You had the MMG borings in 2009, did
12  you not?
13      A.  I recall I had boring 81-A.  I don't
14  recall having the whole database of a couple
15  of hundred borings on the EBIA.
16      Q.  And then how did the 8-B come
17  about?
18      A.  8-B.  Here we used the pump test
19  data from Fugro and we also used cross
20  sections or new cross sections created by Dr.
21  Rune Storesund.  He performed a -- a compiled
22  all the available data, all the available
23  borings and LIDAR data actually to create new
24  cross sections and those were used for this --
25  this part of the project.

Page 111

1       Q.  Have you given me now a general
2   explanation of how the -- how 8-B is different
3   from 8-A?
4       A.  Yes.
5       Q.  Would you agree with me, Diego, that
6   it is proper procedure for an engineer when
7   training to solve a specific engineering
8   problem to have the actual facts involved in
9   the problem?
10      A.  Yes.
11      Q.  Not hypothetical facts?  Is that
12  fair?
13      A.  That's fair.
14      Q.  Please look at 8-A, page 3 again, in
15  the first sentence of -- trying to find it
16  here -- okay.  You say that essentially your 3
17  analysis sections were generated, and now I am
18  quoting, "using the EBIA boring information
19  from MMG, 2002, monitoring wells from WGI
20  2005, and boring and CPT information used in
21  previous investigations" and you cite ILIT
22  2006, IPET 2006.  Is that right?
23      A.  Yes.
24      Q.  So you did not use for this report I
25  take it any WGI project work plans in

Page 112

1   generating your 3 analysis cross sections in
2   that report.  Is that right?
3       A.  That's right.
4       Q.  And you did not use any Washington
5   Group International RECAP reports in
6   generating your 3 analysis cross sections in
7   that report?  Is that right?
8       A.  That's right.
9       Q.  And you did not use any NFATT -- do
10  you know what N F A T T reports are?
11      A.  Yes.
12      Q.  You didn't use any NFATT reports to
13  develop your 3 analysis cross sections, isn't
14  that right?
15      A.  Yes.
16      Q.  And you didn't use any of the
17  Washington Group International daily reports
18  in developing the facts to create your
19  so-called analysis cross sections either, did
20  you?
21      A.  That's right.
22          MR. OWEN:
23              Objection, argumentative.
24  EXAMINATION BY MR. TREEBY:
25      Q.  And similarly you did not use facts

28 (Pages 109 to 112)

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

|  | Page 113 |
|---|---|

1   from the Washington Group International
2   technical completion report to develop actual
3   facts for your analysis cross sections in
4   8-A.  Isn't that right?
5       A.  That's right.
6       Q.  Were you even aware that all of the
7   Washington Group International project
8   documents describing the remediation work at
9   the East Bank Industrial Area were produced to
10  Plaintiff's Counsel as of 2008?
11          MR. OWEN:
12          Objection.  Misstates facts.
13          MR. TREEBY:
14          Andy, when you don't know what
15  you're talking about you ought to keep
16  your mouth shut.
17          MR. SIMS:
18          Do not speak to my co-Counsel in
19  that way.  If you do that again we'll
20  get the Judge.
21          MR. TREEBY:
22          Well, it's all good.  We'll get
23  the Judge.  That's interrupting for no
24  good purpose other than to distract
25  the witness.  That's all it's for.

|  | Page 114 |
|---|---|

1          MR. OWEN:
2          I am not instructing the witness
3   --
4          MR. SIMS:
5          Do not tell co-Counsel, opposing
6   Counsel to shut up.  For you to do
7   that on the record is actually
8   shocking, but you do it again and we
9   are going to the Judge.
10          MR. TREEBY:
11          Very well.
12          MR. OWEN:
13          Bill, I object that it's
14  mischaracterizing the WGI production.
15  I am making that objection on the
16  record.  I merely take objection to it.
17          MR. TREEBY:
18          It's wrong.
19          MR. OWEN:
20          That's fine.  You think it's
21  wrong.  I don't think it is.
22          MR. TREEBY:
23          But you know what?  Engaging in a
24  permanent attack, that's not even an
25  appropriate objection.  That's --

|  | Page 115 |
|---|---|

1          MR. OWEN:
2          It is what it is, Bill.
3          MR. TREEBY:
4          You didn't just get out of law
5   school, because --
6          MR. OWEN:
7          No, Bill, I'm a young attorney.
8          MR. SIMS:
9          Ask your questions.  That is not
10  productive.
11          MR. TREEBY:
12          It isn't.
13          MR. OWEN:
14          I'm not as serious as you, Bill.
15          MR. TREEBY:
16          It isn't.  I ask if we have an
17  objection, that if you have an
18  objection as to form or when I am
19  calling for privilege, you will make
20  that --
21          MR. OWEN:
22          I'm make my objection -- I'll
23  endeavor to do that.
24          MR. TREEBY:
25          You heard what the Magistrate

|  | Page 116 |
|---|---|

1   said.  Why don't we get him on the
2   phone, because this is going -- we
3   have got limited time.
4          MR. SIMS:
5          You get him on the phone if you
6   want to explain --
7          MR. TREEBY:
8          Do you really want to?
9          MR. SIMS:
10          -- your request to Counsel.
11          MR. TREEBY:
12          Is he handling the witness or are
13  you?  Who's handling the witness,
14  Tom?  You're violating another rule.
15          MR. SIMS:
16          You're not even asking questions.
17          MR. TREEBY:
18          I apologize.  On the record I
19  apologize for telling you to shut up.
20  But I would ask you respectfully to
21  limit your objections to what the
22  Federal Rules allow.  Objections to
23  form.  But would you be willing to do
24  that?
25          MR. OWEN:

JOHNS, PENDLETON COURT REPORTERS                      504 219-1993

DIEGO COBOS-ROA, FINAL                                          April 10, 2012

Page 117

1        I will endeavor to do that.
2          MR. TREEBY:
3          Thank you.
4          MR. OWEN:
5          I am not going to sit here and
6   let you mischaracterize something that
7   I know is not right.  That's all.
8          MR. TREEBY:
9          That's not a mischaracterization.
10          MR. OWEN:
11          Well, we --
12          MR. TREEBY:
13          You're uninformed to think it is.
14          MR. OWEN:
15          We agree to disagree.
16          MR. TREEBY:
17          Yes.
18   EXAMINATION BY MR. TREEBY:
19      Q.  Were you provided Washington Group
20   International's project documents?
21      A.  Not for 8-A.
22      Q.  So am I correct then you did not
23   review any of those project documents before
24   you created the 8-A report?
25      A.  You are correct.

Page 118

1      Q.  Look again at figures 2-3, 2-4 and
2   2-5 on pages 6 and 7 of your 8-A report.  You
3   there?
4      A.  Yes.
5      Q.  Do you know how those figures
6   impacted Dr. Bea's report based on your
7   co-authorship of appendices B, C and D to Dr.
8   Bea's report in this case?
9      A.  I do not know how they impacted Dr.
10   Bea's report.
11      Q.  You would agree with me, would you
12   not that, those figures are not included in
13   your January 9th, 2012 report, 8-B?
14      A.  That's correct.
15      Q.  However, your January 9, 2012
16   report, 8-B, includes multiple cases, 1-1,
17   1-2, 2-1 and 2-2 for both the north and south
18   breach scenarios and also for the "no breach"
19   scenario.  Is that right?
20      A.  That's right.
21      Q.  But those cases are not included in
22   your 8-A report.  Is that right?
23      A.  That's right.
24      Q.  In the "Site characterization"
25   section of 8-B, on page 13, -- Are you there?

Page 119

1      A.  Yes.
2      Q.  You do mention that you reviewed,
3   and I am quoting, "available information on
4   the EBIA site clearing activities performed by
5   the U.S. Army Corps of Engineers by Washington
6   Group International."  Isn't that right?
7      A.  That's right.
8      Q.  But in fact, unless I missed it it
9   and if I can please point them out to me,
10   there are no references in your January 9th,
11   200012, 8-B report, to Washington Group's
12   daily reports, are there?
13      A.  No.
14      Q.  And there are no references in your
15   8-B report to the Washington Group
16   International's NFATT reports.  Isn't that
17   right?
18      A.  That's right.
19      Q.  And there are no references to the
20   detailed statements of work prepared by
21   Washington Group International and approved by
22   the Army Corps of Engineers.  Isn't that
23   right?
24      A.  That's right.
25      Q.  And there are no references to the

Page 120

1   technical completion report prepared by
2   Washington Group International and approved by
3   the Army Corps of Engineers.  Isn't that
4   right?
5      A.  That's right.
6      Q.  And the result is that we have in
7   8-B conceptual hypothetical analysis cross
8   sections.  Isn't that the result?
9      A.  No.
10      Q.  What actual facts have you used from
11   those detailed documents that I just listed
12   for you, and that you said you didn't use or
13   reference, what actual facts from those
14   reports have you used in your conceptual cross
15   sections?
16      A.  We, as in Geoestudios, used input
17   information from doctor Rune Storesund.  He
18   performed the review, a very detailed review
19   of all of those documents you just mentioned.
20   So we did not have to go in there.
21      Q.  Perhaps I missed it, maybe I did,
22   let me see.  I don't see in your references to
23   8-B Rune Storesund mentioned.  Is he?
24      A.  Yes, this is -- you are right, he is
25   not.  And I believe the reference should be

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 121

1  the one to Dr. Rogers' report.  If you look at
2  page 140.
3      Q.  Oh, I am familiar with your
4  references to Dr. Rogers and we have examined
5  him, too.  So I am familiar with that, but not
6  Rune Storesund who you just injected into this
7  discussion.
8      A.  Okay.
9      Q.  So did you rely on Rune Storesund or
10 did you rely on Dr. Rogers?
11     A.  It is my understanding that Rune's
12 work went into Dr. Rogers' report.
13     Q.  Is Rune -- Do you know if Rune
14 Storesund was paid by Geoestudios?
15     A.  No.
16     Q.  You don't know or he wasn't?
17     A.  He was not.
18     Q.  Okay.  Figure 2-6 on page 9, --
19     A.  I'm sorry, 8-A or 8-B?
20     Q.  8-A, yes.  It's on page 9.
21     A.  Uh-huh (affirmatively).
22     Q.  There's a cross section of the north
23 breach.  Is that right?
24     A.  That's right.
25     Q.  Why are the soil dimensions of the

Page 122

1  soil -- why are the dimensions, I'm sorry, of
2  the soil layers in this cross section
3  different from the soil layer dimensions in
4  the north breach cross sections in your
5  January 9th, 200012 report, 8-B?
6      A.  As I described a few minutes ago,
7  this 8-A or Phase 1 as we originally called
8  it, was performed with the information we had
9  at the time and by we I mean Geoestudios had
10 at the time.  And then Phase 2 or 8-B uses all
11 the information you just described and even
12 puts from Dr. Storesund and Dr. Rogers to
13 create the new cross sections and also the, as
14 you mentioned earlier, the four cases of
15 analysis.
16     Q.  So can I take it from your testimony
17 that if there are differences in dimensions or
18 other information in cross sections between
19 the October 28, 2011, 8-A and your January
20 /SR-RS 8-B we should rely on 8-B as being
21 accurate and not the earlier report?
22     A.  Yes.
23     Q.  Okay.  If you would in your 8-B
24 report, turn to page 22?
25     A.  Uh-huh (affirmatively).

Page 123

1      Q.  You have stated in your report, 8-B,
2  that the north breach case 1-1 cross section
3  was characterized based on information
4  provided by Rogers, 2011.  Do you see that?
5      A.  You mean case 1-2, right?  You said
6  1-1.  Am I right?
7      Q.  Yes, 1-1.  I am looking at 1-1.
8  Page 22.
9      MR. OWEN:
10         42?
11     MR. TREEBY:
12         22.
13     THE WITNESS:
14         Well, the paragraph above the
15     figure refers to case 1-2.
16 EXAMINATION BY MR. TREEBY:
17     Q.  Okay.  So the figure is case 1-1?
18     A.  Uh-huh (affirmatively).
19     Q.  But the discussion is case 1-2.  So
20 that would object the page across.  Right?
21 I'm sorry?
22     A.  Okay.  Yes.
23     Q.  Figure 7.
24     A.  Yes.
25     Q.  Is that right?  Okay.  So is it

Page 124

1  correct -- that means that Dr. Rogers provided
2  the soil characteristics for the cross
3  sections in case 1-2.  Is that right?
4      A.  That's right.
5      Q.  And Dr. Rogers' soil characteristics
6  were somewhat different, were they not, from
7  the soil characteristics in your 10/28
8  report.  Right?
9      A.  Yes.
10     Q.  But we're to rely for more accuracy
11 on 8-B.  Is that right?
12     A.  That's right.
13     Q.  Now, Dr. Bea used the north breach
14 cross sections from the January 9th, 200012
15 report in his expert report.  Is that right?
16 Is that what you understand?
17     A.  Yes.
18     Q.  Not from -- not the earlier cross
19 sections?  Is that correct?
20     A.  That's correct.
21     Q.  Okay.  Well, the north breach cross
22 section, I want to take you back to 8-A for a
23 minute just to deal with this subject, the
24 north breach cross section in figure 2-6 of
25 your 8-A report does not include the

31 (Pages 121 to 124)

**DIEGO COBOS-ROA, FINAL**                    **April 10, 2012**

Page 125

1  backfilled excavation that exists in the north
2  breach cases 1-1 and 1-2 cross sections on
3  pages 22 and 23 of 8-B.  Isn't that right?
4      A.  That's right.
5      Q.  Did Dr. Rogers provide the soil
6  characteristics for your south breach cross
7  sections in 8-B as well as the north breach
8  cross sections?
9      A.  Yes.
10     Q.  And similarly, did -- is the same
11 true for what you call the "no fail" section
12 in 8-A and the "no breach" cross sections in
13 8-B?
14     A.  That's correct.
15     Q.  On page 75 of 8-A, the middle of the
16 third paragraph on page 74, this is in your
17 conclusions sections, and you might have
18 available to you 8-B as well?
19     A.  Pages 136 to 138, which is your
20 "Conclusions" sections in 8-B?
21     A.  Uh-huh (affirmatively).
22     Q.  You got that?
23     A.  Yes.
24     Q.  Okay.  Now looking back at 8-A, page
25 74, the middle of the third paragraph you

Page 126

1  discuss the effects of the land side scour
2  trench and the loss of lateral support of the
3  sheet pile on factors of safety.  Isn't that
4  correct?
5      A.  Uh-huh (affirmatively).  Yes.
6      Q.  That discussion is not included in
7  the conclusions section of your January 9,
8  2012 8-B report.  Am I right?
9      A.  That is correct.
10     Q.  On page 74 of your 8-A report you
11 state the there's paired graph, line C, and I
12 am quoting, calculated times of pore pressures
13 and hydraulic gradients that could trigger
14 hydraulic failure, parentheses, gradients
15 larger between .8 and 1.0, agree well with
16 those reported by Bea 2008 and others at water
17 elevations at the time of failure between plus
18 9 and 11 feet for the north breach and plus 12
19 and plus 14 feet for the south breach.  Did I
20 read that correctly?
21     A.  Yes.
22     Q.  And then on page 138 of 8-B, you
23 state in the second paragraph, line 3,
24 calculated times of pore pressures and
25 hydraulic gradients that could trigger a

Page 127

1  hydraulic failure, parentheses, gradients
2  larger between .7 and .8 agree well with those
3  reported by Bea 2008 and others at water
4  elevations at time of failure between plus 8
5  and 10 feet for the north breach and plus 12
6  and plus 14 feet for the south breach.
7  Close quote.  Have I read that correctly?
8      A.  Yes.
9      Q.  Why the change in these numbers for
10 failure water elevations at the north breach?
11     A.  I do not recall at this time.
12     Q.  How can gradients larger between .8
13 and 1.0, and .7 and .8 both, quote, agree well
14 with those reported by Bea 2008 and others,
15 close quote?
16     A.  Well, it's a range.  And the
17 according to the literature, literature, I'm
18 sorry, depending on the unit weight of the
19 soil, a gradient larger than .7, .75 can
20 actually being a critical gradient for heave.
21     Q.  Are you saying that Dr. Bea and,
22 quote, others, reported different gradients as
23 well?
24     A.  Yes.
25     Q.  Who would the others be other than

Page 128

1  Dr. Bea?
2      A.  ILIT.
3      Q.  He was part of ILIT, was he not?
4      A.  Yes.
5      Q.  Okay.  And then on page 74 of 8-A,
6  the last paragraph you state, quote, the
7  calculated factors of safety dropped below
8  unity at a storage surge elevation of
9  approximately plus 9 feet for the north
10 breach.  Did I read that correctly?
11     A.  Yes.
12     Q.  Then on page 138 of the 8-B report,
13 the last paragraph before the "References"
14 section, you state, quote, "The calculated
15 factors of safety dropped below unity at a
16 storm surge elevation of approximately plus 8
17 feet for the north breach.  Did I read that
18 correctly?
19     A.  That's correct.
20     Q.  Which is it, 8 feet or 9 feet?
21     A.  For 8-A it was 9 feet.
22     Q.  I understand.  Which is correct?
23     A.  I believe 8 feet should be correct.
24 The one that -- both are correct for the
25 assumptions in the cross sections and the

**JOHNS, PENDLETON COURT REPORTERS**            **504 219-1993**

**DIEGO COBOS-ROA, FINAL**                                      **April 10, 2012**

Page 129

1  information that we had at the time of each
2  report.
3      Q.  Why what -- what caused this
4  assumption -- you're saying the 8 feet and the
5  9 feet, those are assumptions?
6      A.  No. The assumptions go into the
7  cross sections, the layers we have been
8  discussing for a while now.  And there is
9  holes of those soils in -- in the process that
10  we took for -- for 8-A gave us water elevation
11  of 9 and the -- our process during 8-B gave us
12  a water elevation of 8.
13      Q.  So would it be -- is it correct to
14  say, then, that the facts as you conceived
15  them changed?
16      A.  The results changed.
17      Q.  The facts didn't change; the results
18  changed?
19      A.  The results of our analysis changed,
20  yes.
21      Q.  Yes.  In your 8-B report you
22  described conceptual cross sections for your
23  north breach, south breach and "no breach"
24  cases.  Is that correct?
25      A.  That's correct.

Page 130

1      Q.  And you called these "no breach",
2  these were the "no fail" cases we have already
3  talked about that.  Why did you change
4  terminology, "no fail" to "no breach"?
5      A.  I don't know.
6      Q.  Okay.  But these are the same cross
7  sections that Dr. Bea, the ones in, I think we
8  have established this, January 9, 8-B, these
9  are the same cross sections Dr. Bea later used
10  in his February 1st expert report in this
11  litigation.  Right?
12      A.  Yes.
13      Q.  Did you collaborate with Dr. Bea to
14  develop these cross sections?
15      A.  I believe we discussed already the
16  cross sections were provided by the work by
17  Drs. Storesund and Rogers.  We performed the
18  analysis in those cross sections.
19      Q.  You finished?
20      A.  Yes.
21      Q.  Okay.  I got distracted again by
22  Storesund being included here.  So let me just
23  make sure I understand.  Did you get direct
24  information from Storesund as to how to cross
25  sections should be done, you personally?

Page 131

1      A.  No.  The information by Rogers and
2  Storesund was provided to Dr. Bea in -- and
3  the result was a set of cross sections showing
4  the ground surface, showing the location and
5  thicknesses of different soil layers.  Now,
6  once those cross sections were reviewed and
7  approved by Dr. Bea, we took the cross
8  sections and performed analysis to them.  Now,
9  and that's when we come into cases 1, 1-1,
10  1-2, 2-1, 2-2.  Using the information we had
11  at the time, we decided to analyze those four
12  potential cases of the configuration of the
13  soil layers as best as we could understood --
14  understand it at the time.
15      Q.  Okay.  I am going to object to
16  non-responsiveness to the answer about --
17          MR. OWEN:
18          He answered.
19  EXAMINATION BY MR. TREEBY:
20      Q.  Don't worry about my objection.  But
21  just for the record.  Because I was, -- I
22  think it was -- I think you answered it
23  first.  You said no.  You did not directly get
24  information from Storesund or Rogers.  Is that
25  what you're saying?

Page 132

1      A.  I was copied on the emails.
2      Q.  Okay.  So are you saying at the same
3  time Dr. Bea got the information from
4  Storesund and Rogers you got it as well?
5      A.  Yes.
6      Q.  Okay.  And did those emails that you
7  saw that went to Dr. Bea, did they come from
8  Rune Storesund?  Or did they come from Dave
9  Rogers?
10      A.  Very likely Rune Storesund.  I'm
11  sure there were also emails by Dr. Rogers.
12      Q.  Okay.  So in Cobos-Roa 8-B, the
13  cross sections that I see starting with page
14  22 and 23, figures 6 and 7, --
15      A.  Uh-huh (affirmatively).
16      Q.  -- those were cross seconds dictated
17  to you by Dr. Bea?  Is that fair?
18      A.  Define "dictated", please.
19      Q.  Well, I asked you "collaborated" and
20  so I -- let me find a middle word.  You got
21  them -- let's take -- let's take -- let's take
22  an individual thing.  Well, let me ask you
23  this.  How, if you know, was Dr. David Rogers
24  in developing these two cross sections?  Your
25  understanding.

**JOHNS, PENDLETON COURT REPORTERS**                          **504 219-1993**

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 133

1    A.  I don't exactly know how he was
2  involved in creating the cross sections.
3    Q.  Did you personally have any
4  discussions on the telephone or in person with
5  Dr. Rogers about developing those cross
6  sections?
7    A.  No.
8    Q.  Did you personally have any
9  telephone or direct face-to-face
10  communications with Rune Storesund about
11  developing these cross sections?
12    A.  Yes.
13    Q.  Now, on both cross sections on these
14  two pages we're looking at, you show a
15  backfilled excavation.  Do you see?
16    A.  Yes, sir.
17    Q.  On page 18, back a couple of pages,
18  at the bottom of the page, you state -- you describe it
19  as a large backfilled excavation adjacent to
20  the west side of Surekote Road.  Right?
21    A.  Right.
22    Q.  Now, Dr. Bea's report states that
23  the backfills excavation for north breach case
24  1 was, quote, located approximately 60 feet
25

Page 134

1  from the sheet pile, close quote.  That's Dr.
2  Bea's report, appendix B that you were a
3  co-author of, page 13.  Do you agree with
4  that?
5    A.  Yes, we received that information
6  from Dr. Bea.
7    Q.  And you also state on pages 18 and
8  19 of 8-B that, quote, "Bea 2007, 2008,
9  describes the backfilled excavation as being a
10  rectangular shaped feature approximately 25
11  feet wide, extends approximately 100 feet
12  south, with a depth estimated to be
13  approximately 10 feet below the adjacent
14  eroded ground surface based on the available
15  post-hurricane Katrina, pre-Hurricane Rita
16  photographic information was approximately
17  plus 1 foot above mean water level." Is that
18  right?
19    A.  That's right.
20    Q.  Now, Dr. Bea testified that this
21  conceptual backfilled excavations for north
22  breach case 1 was actually 15 to 17 feet deep
23  below ground surface, not 10 feet deep.  Do
24  you have any reason to disagree with that?
25    MR. OWEN:

Page 135

1    Objection to the extent it
2  misstates Dr. Bea's testimony.
3  EXAMINATION BY MR. TREEBY:
4    Q.  Volume 2, page 111, lines 2 through
5  14 say that.  But subject to the objection, do
6  you have any reason to disagree that the
7  conceptual backfilled excavation for north
8  breach case 1 was actually 15 to 17 feet deep
9  below ground surface?
10    A.  We received this information from
11  Dr. Bea and we incorporated that into the
12  model, so I cannot speak anything else on
13  that, I guess.
14    Q.  On page 18 of your 8-B report, you
15  state that the north breach case 1 excavation
16  was, quote, "developed during the EBIA site
17  clearing activities located near the water
18  side levee toe in the vicinity of the north
19  breach." Isn't that what you say?
20    A.  Can you please tell me which
21  paragraph?
22    Q.  Take me a minute to find it.  Yes.
23  It's in the last paragraph.  At the end of the
24   -- I was quoting with the word "developed" at
25  the end of the first line.

Page 136

1    A.  Okay.
2    Q.  Okay?  Developed during the EBIA
3  site clearing activities located near the
4  water side levee toe in the vicinity of the
5  north breach.  Isn't that what you say?
6    A.  Yes.
7    Q.  But you testified that the
8  excavation was located west of Surekote Road,
9  60 feet from the sheet pile.  Right?
10    A.  Right.
11    Q.  That's not near the water side levee
12  toe, is it?
13    A.  Yes.
14    Q.  How far did the levee toe extend
15  from the floodwall?
16    A.  Probably 30 feet.
17    Q.  30 feet?
18    A.  Let's look at the cross section.
19    Q.  Would it surprise you if it -- if
20  Surekote Road actually, the east side of
21  Surekote Road was typically 15 feet from the
22  floodwall?  The levee toe ended there, did it
23  not?
24    A.  Yes.
25    Q.  So 60 feet is not near the water

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                April 10, 2012

Page 137

1   side levee toe, is it?
2       A.  "Near" is a relative term I would
3   say.
4       Q.  Right.  Okay.  And to you "near"
5   could be 10, 20, 60 feet?  Is that right?
6       A.  Yes.
7       Q.  Okay.  Now, what do you mean when
8   you say in that sentence that the north breach
9   case 1 excavation was, quote, "developed
10  during the EBIA site clearing activities"?
11      A.  That's the information I got or we
12  got, as in Geoestudios, from Dr. Bea and
13  that's what went into the report.
14      Q.  Are you suggesting that Washington
15  Group removed something at that location
16  during the site clearing activities?
17      A.  I am not suggesting that.
18      Q.  I'm sorry, what?
19      A.  I am not suggesting that.  I am
20  again -- I am again placing here information
21  we'd received from Dr. Bea.
22      Q.  So you didn't independently verify
23  that information; is that correct?
24      A.  That's correct.
25      Q.  Dr. Bea's name is nowhere on this

Page 138

1   report, is it?
2       A.  Right.  It is not.
3       Q.  Would you agree with me that that
4   language suggests that something Washington
5   Group did created that excavation that you
6   depict in your conceptual cross section?
7       A.  It might -- If it does, it's not our
8   intention, I'm sorry, it's as I pointed out
9   many times now, we are dealing with the
10  technical aspects of the engineering and the
11  breaches.  We are not -- We're just trying to
12  model what happened.  We're not pointing
13  fingers, I guess.
14      Q.  Well, is it important to your model
15  to have that excavation that deep, that long,
16  and that wide at that location?
17      A.  It is.
18      Q.  That's input to your model, is it
19  not?
20      A.  It is.
21      Q.  So if it's inaccurate, that would
22  affect your model, would it not?
23      A.  Yes.
24      Q.  Or if there was such an excavation
25  but Washington Group didn't do it, then this

Page 139

1   would be misleading, would it not, what you
2   say in 8-B?
3       A.  It would.
4       Q.  And I take it from your answer that
5   you don't have any idea what might have been
6   removed by Washington Group when it supposedly
7   dug this excavation that you depict in your
8   conceptual cross section?
9       A.  I do not.
10      Q.  And you do not know when this
11  excavation was performed by Washington Group
12  if you contend that it was?
13      A.  I do not.
14      Q.  In fact, you have absolutely no
15  evidence that you can point us to that would
16  support the assertion that Washington Group
17  performed such an excavation.  Isn't that
18  right?
19      A.  That's right.
20      Q.  Doesn't that make for an engineer,
21  for a scientist that to be a hypothesis?
22      A.  That is a hypothesis.  And that's
23  why we computed four different cases, to try
24  and cover a range.
25      Q.  We can only deal with one at a

Page 140

1   time.
2           MR. OWEN:
3               He wasn't finished with the
4           question.
5   EXAMINATION BY MR. TREEBY:
6       Q.  I'm sorry.  Okay.
7       A.  And that's why why we dealed with
8   four different cases, to have a wide range of
9   possibilities as to what was actually there.
10  I'm done.
11      Q.  We can only deal with them one at a
12  time, so the one I am dealing with is this one
13  right now.
14      A.  Right.
15      Q.  Okay.  So that's not an assumption,
16  right?  I'm sorry, excuse me.  That is just an
17  assumption; isn't that right?  That backfilled
18  excavation 25 feet wide, that deep, that long?
19      A.  That is an assumption based on
20  photographic evidence provided by Professor --
21  Dr. Bea.
22      Q.  Have you seen that photographic
23  evidence?
24      A.  If you look at figures 4 and 5 of
25  8-B.

35 (Pages 137 to 140)

**DIEGO COBOS-ROA, FINAL**                                    **April 10, 2012**

Page 141

1    Q.  No, I have seen it.
2    A.  Right.
3    Q.  Have you seen it?  That's what I was
4  asking.
5    A.  Yes.
6    Q.  Okay.
7    A.  It's in their report.
8    Q.  Do you know -- I assume you know
9  that that was after the storm?
10    A.  Yes.
11    Q.  That was after the flow of water
12  through that breach eroding the soils.
13    A.  Correct.
14    Q.  And the flow of water back out of
15  that breach coming out of the Ninth Ward.
16  Right?
17    A.  Right.
18    Q.  You would not contend as a
19  scientist, would you, that that is any
20  evidence that there was any specific
21  excavation at that location before the storm,
22  would you?
23    A.  We were asked to analyze that case
24  and we did.
25    Q.  I'll take your answer to be "no".

Page 142

1    MR. OWEN:
2      No, his answer is his answer,
3    Bill.
4  EXAMINATION BY MR. TREEBY:
5    Q.  So were you intending to model
6  conditions after the storm?
7    A.  No.
8    Q.  In figure 4, the picture that you
9  just referred to, which is on page --
10  somewhere.
11    A.  20.
12    Q.  20?  Did you draw those dashed
13  circles on this photograph?
14    A.  I believe so.
15    Q.  What did you intend to depict by
16  those dashed circles when you drew them here?
17    A.  We intended to show the location and
18  extent on a plan view of -- of the excavations
19  we were modeling in case 1-1.
20    Q.  Do you know that Dr. Rogers
21  testified that he had no idea where the north
22  breach case 1 backfilled excavation came from?
23    MR. OWEN:
24      Objection.  Misstates.
25    MR. TREEBY:

Page 143

1      Page 248, lines 19 through 25, to
2  line 9.
3    MR. OWEN:
4      Objection, misstates Dr. Rogers'
5    testimony.
6    MR. TREEBY:
7      That's the reference for the
8    record.  Where he testified to that
9    effect.
10  EXAMINATION BY MR. TREEBY:
11    Q.  Did you ever have a conversation
12  with Dr. Rogers in which he told you that he
13  knew where that excavation, that hypothetical
14  conceptual excavation came from?
15    A.  No.
16    Q.  Did you know that Dr. Bea testified
17  that he has no documentary evidence of the
18  excavation having been performed by Washington
19  Group pre-Katrina?
20    MR. OWEN:
21      Objection.  Misstates Dr. Bea's
22    testimony.
23    MR. TREEBY:
24      That would be volume 2, page 113,
25    lines 12 through 17.

Page 144

1  EXAMINATION BY MR. TREEBY:
2    Q.  Do you have any reason to disagree
3  with that?
4    A.  I didn't know he testified to that,
5  he specified that.
6    Q.  Yes, there are two circles on figure
7  4, dashed circles.  By the way, did Dr. Bea
8  tell where you to put those?
9    MR. OWEN:
10      Objection to the extent that
11    you're inquiring about communications
12    between Dr. Bea and Diego.  Those are
13    -- we have an agreement that those
14    are non-discoverable and confidential.
15    MR. TREEBY:
16      He's volunteered them in the
17    past, but that's okay.  And I
18    understand your discomfort.
19  EXAMINATION BY MR. TREEBY:
20    Q.  Okay.  Did you put those on there,
21  both circles?
22    A.  Yes.
23    Q.  Okay.  What's the -- you described
24  what one of the circles was.  What's the other
25  circle?  Are both of them designed to show

36 (Pages 141 to 144)

DIEGO COBOS-ROA, FINAL                    April 10, 2012

Page 145

1 this hypothetical conceptual excavation?
2     A.  No.  The one close to the bottom
3 left of the figure is intended to show another
4 excavation.  I do not recall the exact name of
5 the structure.  But it's not the -- the very
6 deep excavation that we called backfilled
7 excavation on figure 6.
8     Q.  Where is this other -- this larger
9 dashed circle excavation shown on your cross
10 section?
11    A.  If you look at figure 6, actually
12 before the coordinate of 350, that would be
13 the yellow region extending to the left and
14 away from the figure.  Away from the edge of
15 the figure.  I'm sorry.
16    Q.  What's that, about 2 feet deep?
17    A.  Looks like 5 or 6.
18    Q.  5 to 6 feet deep?
19    A.  Yes.
20    Q.  Okay.  If you have no evidence in
21 writing, this report that Washington Group
22 performed such an excavation, isn't it
23 fundamentally erroneous to contend there was
24 such an excavation performed by Washington
25 Group in this lawsuit?

Page 146

1        MR. OWEN:
2            Objection to the extent it calls
3        for a legal conclusion.
4        THE WITNESS:
5            Once again, we are doing analysis
6        as requested by Dr. Bea and that was
7        one of the analysis cases we were
8        required to or asked to do.
9 EXAMINATION BY MR. TREEBY:
10    Q.  In figure 4, what precisely was the
11 basis for the location of these ellipses?
12    A.  Besides the fact of there's holes in
13 the ground there, nothing else.
14    Q.  When you say "hole in the ground",
15 do you mean water?  Right?
16    A.  Right.
17    Q.  Were you provided -- We talked
18 earlier, made a list of the Washington Group
19 documentation that was provided back in 2008
20 and I think you indicated even in some
21 introductory remarks in 8-B that at least you
22 had some of that.  Right?
23    A.  Right.
24    Q.  Did you attempt to go into those
25 documents to find any evidence of these

Page 147

1 hypothetical conceptual excavations?
2     A.  No.  That was not our job.
3     Q.  Okay.  On pages 24 to 48 of 8-B you
4 describe your north breach case 2.  Is that
5 right?
6     A.  That's right.
7     Q.  Including the cross sections for
8 north breach cases 2-1 and 2-2.  Is that
9 right?
10    A.  That's right.
11    Q.  On page 24 you state that your north
12 breach case 2 considers a series of
13 excavations and modifications to the clay
14 embankment performed as part of the EBIA
15 development and clearing activities, close
16 quote, and then you describe, quote, "A shell
17 and sand filled excavation located against the
18 sheet pile, Rogers 2011".  Do you see that?
19    A.  Yes.
20    Q.  You don't mean to suggest there, do
21 you, that Washington Group performed
22 excavations that were located against the
23 sheet pile, do you?
24    A.  Well, I am referencing Dr. Rogers'
25 report.  And if that is the imagine (*) from

Page 148

1 that reference, then I guess the question
2 should not be directed at me.
3     Q.  Well, I am only directing questions
4 at you based on what's in your report.
5     A.  Okay.
6     Q.  I have already examined Dr. Rogers.
7 But you say in your report that this case
8 considers a series of excavations and
9 modifications performed as part of the EBIA
10 development and clearing activities.  So let
11 me make sure.  When you use that language in
12 that first sentence, you were talking about
13 Washington Group's's work, were you not?
14    A.  Okay.
15    Q.  If you weren't, we can go -- that's
16 fine.
17    A.  Right.  Yes.
18    Q.  So you were referring to Washington
19 Group's work.  But you know, do you not, from
20 what examination and investigation you have
21 done that Washington Group didn't perform any
22 excavations that close to the floodwall at the
23 north breach.  Isn't that right?
24        MR. OWEN:
25            Objection.  Misstates the facts.

37 (Pages 145 to 148)

JOHNS, PENDLETON COURT REPORTERS          504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 149

1      THE WITNESS:
2          Once again, these inputs were
3      given to us.
4   EXAMINATION BY MR. TREEBY:
5      Q.  I'm sorry, what?
6      A.  These inputs were given to us.  The
7   location of the -- I'm sorry, the geometry of
8   cases 2-1 and 2-2 were also given to us and,
9   therefore, I -- we did not go into the WGI
10  information and look for that excavation next
11  to the sheet pile.  Once again, we are
12  modeling cases that were given to us.
13     Q.  Were you given the language that I
14  just read in that first sentence on page 24?
15     A.  I do not recall.
16     Q.  Is that your language or language
17  somebody dictated to you?
18     MR. OWEN:
19         Objection.  Asked and answered.
20     THE WITNESS:
21         I do not recall.
22  EXAMINATION BY MR. TREEBY:
23     Q.  But you have said in the beginning
24  of your report on page 13 that these cross
25  sections were based on available information

Page 150

1   -- available information about site clearing
2   activities.  Right?
3      A.  Right.
4      Q.  Okay.  Based on what you have
5   reviewed, do you have any evidence that
6   Washington Group performed any excavations
7   next to the sheet pile at the north breach?
8      A.  I did not review in any detail any
9   of the long list of information you gave me.
10     Q.  Whatever it is you reviewed or
11  didn't review, my question is, can you point
12  us to any evidence that Washington Group
13  performed any excavations that close to the
14  sheet pile at the north breach site?
15     A.  I don't.
16     VIDEO OPERATOR:
17         One minute.
18  EXAMINATION BY MR. TREEBY:
19     Q.  Now, when you say you don't recall
20  just a minute ago, you don't recall if that
21  was dictated to you or somebody gave you that
22  language, do you recall your answer just a
23  minute ago?
24     A.  Yes.
25     Q.  Okay.  Is it fair to say somebody

Page 151

1   did dictate some of the language in your
2   report, but you just don't remember if that
3   language was dictated to you?
4      A.  Might have been checked and
5   commented on during the reviews we were
6   discussing a while ago, but I don't recall
7   somebody dictating me over the phone, right,
8   this and that.
9      Q.  Over the phone, email, in
10  face-to-face, do you recall -- are you saying
11  that some language was dictated to you that's
12  in your report that's not your language?
13     A.  Again, if something like that
14  happened, it might have happened during the
15  review and commenting process of these
16  reports.
17     Q.  Are you saying you don't remember if
18  that ever happened?
19     A.  Yes.
20     Q.  Okay.  I think we've got to change
21  tape.
22     VIDEO OPERATOR:
23         This is the conclusion of tape
24     3.  The time is 11:50.  We're now off
25     the record.

Page 152

1      (Recess.)
2      VIDEO OPERATOR:
3          Returning to the record, it is
4      12:47, the start of tape 4.
5   EXAMINATION BY MR. TREEBY:
6      Q.  Diego, just now during the break Dr.
7   Bea was showing you some figure in a report.
8   What was he showing you?
9      A.  Sorry.  This is actually volume 1 of
10  the ILIT report.  And to your point of which
11  figures in chapter 6 I might have participated
12  in.
13     Q.  Okay.  Which ones were they?
14     A.  It will be figure 6.23, 6.24.  The
15  cross section shown in figure 640 and 641
16  which is actually the same.  The cross section
17  shown in figure 6.42.  The cross section shown
18  in figure 6.52.
19     Q.  Wait.  Did you -- I'm sorry.
20     MR. OWEN:
21         Did you say 6.42?
22     THE WITNESS:
23         Yes.
24     MR. OWEN:
25         Okay.  And not --

                              38 (Pages 149 to 152)

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 153

```
 1          THE WITNESS:
 2          42 and 43 (*).  They're actually
 3    the same figure.  Yeah.  Where was I?
 4    6.52.  And that should be it.  Yeah.
 5          MR. OWEN:
 6          Do you want to go through the
 7    whole thing?
 8          THE WITNESS:
 9          We can go through the whole thing
10    if you wish.
11    EXAMINATION BY MR. TREEBY:
12    Q.  No, I hadn't you /SR-RS.  I was
13  asking you for cross sections actually and you
14  said you would look for the cross sections
15  that you might have done --
16    A.  Right.
17    Q.  -- in the report.  Is this what you
18  have just given us?  Is that a list of them?
19    A.  Yes, sir.
20    Q.  In Cobos-Roa 8-B, if you would look
21  at the paragraph on that page under the --
22  about halfway down the page, on page 26, --
23    A.  Uh-huh (affirmatively).
24    Q.  -- there's a sentence that begins
25    "This fill appears to be associated with a
```

Page 154

```
 1  construction of the 90 degree bend of the
 2  floodwall".  Do you see that?
 3    A.  Yes.
 4    Q.  Okay.  And you go on then really for
 5  the next number of pages, up through page 42,
 6  27 through 42, to describe the work done in
 7  that area before the year 2000, before
 8  Washington Group became involved, you are
 9  describing the original construction of
10  Surekote Road, you're describing the
11  subsequent reconstruction of Surekote Road and
12  the new -- the new northeast portion of the
13  floodwall?  Is that right?
14    A.  Yes.
15    Q.  So whatever shell or sand fill you
16  tell us exists there, you would agree with me
17  that existed prior to Washington Group's
18  work?
19    A.  Yes.  Yes.
20    Q.  On page 43 of 8-B you're talking
21  about grid trenching.  Do you see that?
22    A.  Yes, sir.
23    Q.  And you talk about grid trench
24  excavations carried to the perimeter security
25  fence as well as adjacent to the 1980s
```

Page 155

```
 1  floodwall and you cite to figure 24 on page 44
 2  of your report.  Is that right?
 3    A.  Yes.
 4    Q.  This perimeter security fence was
 5  located west of Surekote Road, wasn't it?
 6    A.  Yes.
 7    Q.  And so it wasn't adjacent to the
 8  floodwall, was it?
 9    A.  Correct.
10    Q.  You're not trying to allege that
11  grid trenches what performed east of Surekote
12  Road between the road and the floodwall, were
13  you?
14    A.  No, because the road is there.
15    Q.  Well, but even the perimeter fence,
16  do you know how far the perimeter fence was
17  from Surekote Road?
18    Q.  The Boland perimeter fence?
19    A.  Again, please repeat the question.
20    Q.  Yes.  There's a perimeter security
21  fence mentioned there.
22    A.  Yes.
23    Q.  And it was west of Surekote Road.
24  Do you know how far west of Surekote Road it
25  was?
```

Page 156

```
 1    A.  I do not.
 2    Q.  I show you a document we'll mark
 3  Cobos-Roa 9.  The top picture here shows the
 4  perimeter security fence, does it not?
 5          MR. OWEN:
 6          Well, hold on.
 7          MR. TREEBY:
 8          Not asking you questions.
 9          MR. OWEN:
10          I want to look at the document
11    before you ask a question so I have an
12    understanding of it.
13    EXAMINATION BY MR. TREEBY:
14    Q.  Do you know what the picture at the
15  top of the page is depicting?  What is it a
16  picture of?
17    A.  I believe that's the view looking
18  north-south of the -- obviously the EBIA area.
19    Q.  The truck that's in the left-hand
20  part of the picture, that's on Surekote Road,
21  is it not?
22    A.  It appears so.
23    Q.  Coming up the ramp of Surekote Road
24  over the north end of the floodwall.  Is that
25  right?
```

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                              April 10, 2012

Page 157

```
 1       A.  Yes.
 2       Q.  And to the right of the picture,
 3  that's the perimeter security fence at the
 4  Boland Marine site, is it not?
 5          MR. OWEN:
 6             Objection.  Misstates the
 7          document.
 8          THE WITNESS:
 9             I am not sure.
10  EXAMINATION BY MR. TREEBY:
11       Q.  Is there a fence there?  Do you see
12  a chain link fence to the right side of the
13  picture or not?
14       A.  No.
15       Q.  This object here is not a chain link
16  fence?
17       A.  I'm sorry.  Yes.
18       Q.  And that is the Boland Marine site,
19  is it not?
20       A.  Yes.
21       Q.  Can you tell how far that fence is
22  from Surekote Road?
23       A.  No.  Not from this picture.
24       Q.  Page 43 of your 8-B report, the
25  second paragraph there's a reference to figure
```

Page 158

```
 1  25.  Do you see that?
 2       A.  Yes.
 3       Q.  It says figure 25 shows a photo of a
 4  tracked excavator placing imported clean sand
 5  in the excavation area immediately adjacent to
 6  Surekote Road parentheses see in the
 7  background the perimeter security fence.  Do
 8  you see that?
 9       A.  Yes.
10       Q.  In fact, this is the placing of
11  imported sand backfill in Phase 2 /SR-RS east
12  of area 8 at Boland Marine.  Isn't that
13  right?  That was contemporaneous photo
14  capping, right?  /* /* /* /T*RBGS
15  /THA*FRPBLGTS?
16          MR. OWEN:
17             Are you referencing figure 25?
18  EXAMINATION BY MR. TREEBY:
19       Q.  I am referencing the photo caption
20  underneath the photograph which is figure 25.
21       A.  Yes.
22       Q.  Do you have any idea where area 8 at
23  Boland Marine was?
24       A.  Yes.  Well, I cannot give you an
25  exact location of the area, but it's -- there
```

Page 159

```
 1  was the water side of the levee near the north
 2  breach.  Towards the water side of the levee
 3  or levee toe.
 4       Q.  Okay.  Near the north breach.
 5  That's what you're saying?  Near again?  60
 6  feet?  Is that what you think?
 7       A.  I do not have a number.
 8       Q.  We talked about this this earlier?
 9       A.  Right.  I do not have a number on
10  the top of my head at this point.
11       Q.  Do you know where this area is,
12  that's my question, area 8, that's a
13  designated area of Boland Marine.  Do you know
14  where that is?
15       A.  I cannot give you an exact location
16  at this moment.
17       Q.  If I tell you that area 8 was
18  located on the edge of the canal bank several
19  hundred feet west of the north breach, do you
20  have any way to argue with that?
21       A.  No.
22       Q.  If it is several hundred feet next
23  to the canal bank it would not be correct,
24  would it, to be to say it was immediately
25  adjacent to Surekote Road?
```

Page 160

```
 1       A.  Yes.
 2       Q.  Page 43 of 8-B, the last sentence in
 3  the second paragraph, figure 26, shows "The
 4  typical conditions where the WGI excavation
 5  operations encountered pre-existing shell
 6  fill."  Did you write that?
 7       A.  No.
 8       Q.  Do you know who did?
 9       A.  Yes.
10       Q.  Who?
11       A.  Doctor Rune Storesund.
12       Q.  Do you know what is meant by typical
13  conditions there?
14       A.  I do not.
15       Q.  Do you know how often Washington
16  Group encountered pre-existing shell fill?
17       A.  I do not.
18       Q.  And again, you don't know where area
19  8 is, do you?
20       A.  Well, you just told me.  So it's
21  close to the.
22       Q.  Other than what I told you.  Either
23  I am right or I am wrong.  The record will
24  reflect.  But you don't know your own self by
25  your own investigation where area 8 in the
```

JOHNS, PENDLETON COURT REPORTERS          504 219-1993

DIEGO COBOS-ROA, FINAL                          April 10, 2012

Page 161

1   Boland Marine site is, right?
2       A.  Right.
3       Q.
4       Q.  On still on page 43, the last
5   paragraph, you say "Figure 27 shows the pre
6   and post conditions at the Boland Marine site
7   in 2002 and 2005 respectively."  Now, if you
8   would refer to figure 27, that's two
9   photographs, two aerial photographs
10  side-by-side.  Is that right?
11      A.  Yes.
12      Q.  Were you the one who made a judgment
13  that is reflected there that the entire light
14  beige colored area is sand in the 2005 photo?
15      A.  I was not.
16      Q.  Do you know who was?
17      A.  I am not sure.
18      Q.  Page 47 of 8-B.  The last sentence
19  when referring to the north breach cross
20  section on page 48, you state that, quote,
21   "The yellow area west of Surekote Road
22  granular fill at ground surface reflects the
23  WGI excavations performed during area 8 and
24  ACM clearing operations east of area 8 in 2005
25  which was backfilled with uncompacted sand."

Page 162

1   Do you see that note from your report?
2       A.  Yes.
3       Q.  Are you the one who concluded that
4   this was uncompacted sand?
5       A.  No.
6       Q.  Who was?
7       A.  I believe it was Dr. Rune
8   Storesund.  In fact, all the questions you
9   have been asking me since we -- since the
10  lunch break, this section of the document was
11  compiled and written by Dr. Storesund and
12  again, feeding into the interactive loop we,
13  members of the team had with Dr. Bea.
14      Q.  Why wasn't Rune Storesund given any
15  credit for writing this report?
16      A.  I don't know.
17      Q.  Pages 49 to 52 of your 8-B report,
18  you describe your south breach case 1.
19  Correct?
20      A.  Yes.
21      Q.  And that includes the conceptual
22  hypothetical cross sections for south breach
23  cases 1-1 and 1-2.  Is that right?
24      A.  That's right.
25      Q.  Is it fair to call this a cartoon

Page 163

1   cross section?
2       MR. OWEN:
3       Vague as to "cartoon".
4   EXAMINATION BY MR. TREEBY:
5       Q.  That's a term engineers use when
6   they hand draw something.  Isn't that true?
7       A.  Well, this is not hand drawn,
8   first.  Any cross section is a cartoon.
9       Q.  Any cross section is a cartoon.
10  Okay.  What do you mean by that?
11      A.  That is a representation to the best
12  available -- to the best we can tell from the
13  available information unless you mean
14  "cartoon" by --
15      Q.  I don't mean funny.
16      A.  In a drawing.
17      Q.  I don't mean like in the funny
18  papers.  This is -- a cross section could be
19  constructed by taking borings right all along
20  and then representing exactly what those
21  borings said.
22      A.  Okay.
23      Q.  That's one way to do a cross
24  section; right?
25      A.  Yes.

Page 164

1       Q.  But that's not what's done here.
2       A.  The soil layers, yes.  And actually
3   you can see there the location of the borings
4   used for this photographic interpretation.
5       Q.  But there is for the -- between
6   borings, there are judgments being made that
7   could -- might or might not be right.  Isn't
8   that correct?
9       A.  That is correct.
10      Q.  Okay.  I am just curious.  We have
11  got another -- while looking at figure 29 on
12  page 50, there's another one of these elipsis
13  and figure 29 says "Location of backfilled
14  excavation at the north end of the south
15  breach".  Did you draw that elipsis?
16      A.  Yes.
17      Q.  What evidence did you have that
18  there was any backfilled excavation at that
19  location?
20      A.  Once again, communications with Dr.
21  Bea.  That's -- That's how we based the
22  location of these backfilled excavation on.
23      Q.  Did you attempt to investigate if
24  there was any evidence that there was an
25  excavation that was backfilled at that

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 165

1  location?
2       A.  No, sir.  Out of our scope.
3       Q.  You would agree that this is a
4  picture taken after Katrina?
5       A.  I agree.
6       Q.  And similarly, you have got this
7  cross section for south breach case 1-1.
8  There's another backfilled excavation their
9  and I believe it's described in their report as
10 a quote similar back filled excavation as the
11 north breach, approximately 20 to 25 feet
12 wide, extending 50 feet south and estimated to
13 be approximately 10 feet below adjacent eroded
14 ground surface.  Right?
15      A.  I am sorry, where are you reading?
16      Q.  Oh, I'm sorry, page 49.  I'm sorry.
17      A.  Okay.  Yes.
18      Q.  It's the last paragraph on that
19 page.  Isn't that what that says?
20      A.  Yes, sir.
21      Q.  Okay.  Now, in fact, Dr. Bea
22 testified, volume 2, page 125, line 16, to
23 page 126, line 8, that the depth of the
24 backfilled excavation in that case 1
25 conceptual cross section was approximately 18

Page 166

1  feet below ground surface.
2       MR. OWEN:
3          Objection
4  EXAMINATION BY MR. TREEBY:
5       Q.  Not 10 feet.  Do you agree with
6  that?
7       MR. OWEN:
8          Objection.  Misstates Dr. Bea's
9  testimony.
10      MR. TREEBY:
11         Okay.  Get the deposition.  Read
12 it.  You don't know what you're
13 talking about and I wish you wouldn't
14 interrupt just to disrupt the
15 activity.  You don't know what you're
16 talking about.  I took the
17 deposition.  I read carefully.  I
18 quoted from it.  And you're saying I
19 misrepresented what he said.  Is that
20 right?
21      MR. OWEN:
22         Bill, --
23      MR. TREEBY:
24         That's what you're saying, isn't
25 it, Andy?  In your objection you're

Page 167

1  saying I misrepresented what Dr. Bea
2  testified.  Is that correct or not?
3       MR. OWEN:
4          Bill, I'm going to speak my
5  objection.
6       MR. TREEBY:
7          Okay.
8       MR. OWEN:
9          I am not trying to be
10 argumentative.  You're making it
11 argumentative.
12      MR. TREEBY:
13         No, I am not.
14      MR. OWEN:
15         As opposed to me getting into a
16 fight, you're wanting me to bait into
17 a fight.
18      MR. TREEBY:
19         No, I want --
20      MR. OWEN:
21         Just move on and ask him a
22 question.
23      MR. TREEBY:
24         No.  No.  I want you to not make
25 an inappropriate objection that says

Page 168

1  that I am misrepresenting what Dr. Bea
2  testified to.  What he testified to,
3  page 125, line 16.
4       MR. OWEN:
5          Hold on.  Hold on.  Hold on.
6  Okay.
7       THE WITNESS:
8          Line what?  I'm sorry.
9  EXAMINATION BY MR. TREEBY:
10      Q.  What?
11      A.  Line what?
12      Q.  Oh.  Line 16 on page 125 to line 8
13 on page 126.
14      A.  On 126.  Okay.
15      MR. OWEN:
16         You're talking about similar
17 figures.
18      MR. TREEBY:
19         The same figure.  Because the
20 figure also appears in his
21 appendices.
22 EXAMINATION BY MR. TREEBY:
23      Q.  Dr. Bea ends up saying that it was
24 approximately 18 feet below ground surface.
25 Isn't that right?  Line 7, page 126.

42 (Pages 165 to 168)

**DIEGO COBOS-ROA, FINAL**                                    **April 10, 2012**

Page 169

1    A.  That's the question; right?
2    Q.  Yes.
3    A.  Yes.
4    Q.  And you also state on page 50 of 8-B
5    --
6    A.  60.
7         MR. OWEN:
8         What page are you on?
9         THE WITNESS:
10        60.
11   EXAMINATION BY MR. TREEBY:
12   Q.  You say case 1-1 considers a thicker
13   swamp deposit with a shallower top elevation
14   connected to the excavation located the
15   excavation located near the water side levee
16   toe.  Do you see that?
17        MR. OWEN:
18        Are we still on 60?
19        MR. TREEBY:
20        No, 50.
21        THE WITNESS:
22        Oh, I thought you said 60.  I'm
23   sorry.  Yes.
24   EXAMINATION BY MR. TREEBY:
25   Q.  By water side levee toe, you mean at

Page 170

1    the toe of the earthen levee on the canal side
2    of the Saucer Marine side.  Is that right?
3    A.  That's right.
4    Q.  Do you have any idea what was
5    removed by this conceptual hypothetical
6    backfilled excavation by Washington Group that
7    supposedly was at that location?
8    A.  No.
9    Q.  Where did you get the information
10   that you put there in your first sentence?
11   A.  Dr. Bea.
12   Q.  On pages 52 to 59 of your 8-B
13   report, Cobos-Roa 8-B, you describe your south
14   breach case 2.  Is that correct?
15   A.  Yes.
16   Q.  And that includes south breach cases
17   2-1 and 2-2.  Is that correct?
18   A.  That's correct.
19   Q.  On page 58, figure 37?
20   A.  58.
21   Q.  The cross section you show there for
22   south breach case 2-1 shows an area identified
23   as "trench backfill", close quote.  Is that
24   right?
25   A.  Yes.

Page 171

1    Q.  And the same, quote, also /P in for
2    the south breach case 2-2.  Right?
3    A.  Yes.
4    Q.  Now, on page 52 of your report, the
5    same report, you describe this hypothetical
6    trench as, quote, "a pipe trench backfill
7    encountered in the review of historical
8    information by Rogers 2011".  Is that right?
9    A.  That's right.
10   Q.  And you go on to say "His report
11   describes a relatively deep trench dug and
12   backfilled between 2003 and 2004 as part of
13   the removal of two pipes crossing the levee
14   approximately 7 feet below the crown of the
15   embankment".  Do you see that?
16   A.  Yes.  /KW*E /TH*UP /THR* /*.
17   Q.  Do you have any evidence that there
18   was any such utility trench at that location?
19   A.  Besides the report by Dr. Rogers,
20   no.
21   Q.  What report?  You're talking about
22   his report in this case?
23   A.  Yes, sir.
24   Q.  Dr. Rogers testified he could find
25   no evidence in any work plans or other

Page 172

1    Washington Group project documents that any
2    such utilities were ever removed by Washington
3    Group.  I represent to you that that is what
4    he testified to.  It's at volume 2, page 213
5    through -- lines 1 through 14.  If Dr. Rogers
6    so testified, do you have any basis to
7    disagree with him on this point?
8    A.  This information was received by --
9    from the work of Dr. Rogers and Dr.
10   Storesund.  Once again, I did not review any
11   documents as to find the location nor the
12   materials that were used to backfill this
13   trench.  This once again was input received
14   that I used on the models Geoestudios
15   performed.
16   Q.  So you have no independent
17   investigative basis for that statement?
18   A.  That's correct.
19   Q.  Would that be correct for any
20   statements that you make in your report about
21   the location, size, dimensions of
22   excavations?
23   A.  That's correct.
24        MR. OWEN:
25        Just so we're clear, are you

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 173

1    talking about an independent
2    investigation that he performed?  Is
3    that what your question concerns?
4        MR. TREEBY:
5        "So you have no independent
6    investigative basis for that
7    statement?" "That's correct." "Would
8    that be correct for any statements you
9    make in your report about the
10   location, size, dimensions of
11   excavations?"  "That's correct."
12   EXAMINATION BY MR. TREEBY:
13       Q.  On pages 59 to 63 of your report you
14   describe your "no breach" case.  Correct?
15       A.  Yes.
16       Q.  And you include cross sections for
17   "no breach" cases 1-1 and 1-2.
18       A.  Yes.
19       Q.  Okay.  Maybe we can cut through this
20   in a similar quick fashion.  There are
21   statements made in there about lining the
22   borrow pit with clay.
23       A.  Right.
24       Q.  Did you do any investigation to
25   determine if that was correct?

Page 174

1        A.  Once again, no.
2        Q.  You relied on somebody else to give
3    you those supposed facts.  Okay.  Who wrote
4    this section of your report, the "no breach"
5    section?  Who did the -- Who wrote the text?
6        A.  Let me give it a quick look.  "No
7    breach."  Okay.  It was written by myself and
8    Dr. Storesund.
9        Q.  Again, Dr. Storesund is not
10   referenced anywhere there; right?
11       A.  Yes.
12       Q.  From memory, and if you have to go
13   back and look at it maybe we can take the
14   time, but would the same be true for your
15   north breach sections and your south breach
16   sections as what you just said about your "no
17   breach" sections?  That you wrote some of it,
18   but really others wrote some of it as well?
19       A.  Right.  As I told you, particularly
20   for the north section, that review of the --
21   the connection between the I-walls and the
22   fence on the Area 8 was mainly written by Dr.
23   Storesund.
24       Q.  Okay.  I am going to another
25   subject.  Diego, we have heard various

Page 175

1    versions of the theft or thefts and
2    destruction or damage and then thefts to
3    computer files containing digital computer
4    flow and stability analyses in this case.  We
5    need to determine precisely what happened with
6    regard to the loss of those files.  First tell
7    us how these files and the backup for these
8    files were lost, stolen, damaged and/or
9    destroyed.  Give us the time and circumstances
10   of those losses.
11       A.  Very well.  As you -- I'm sure you
12   already know, we had -- I had a laptop with
13   those files and also an external hard drive
14   with the same files.  The laptop was stolen
15   from my temporary place when I used to live in
16   Albany, California, and that should have been,
17   if I remember correctly, the second semester
18   of 2009.  And the external hard drive that had
19   all the backups, I carried it with me to
20   campus during course work and I must have left
21   it somewhere, the cafeteria, library,
22   laboratory; when I realized I was already home
23   and didn't find it again.
24       Q.  Okay.  So somebody said it was
25   dropped and damaged.  Is that true or not?

Page 176

1        A.  I mean dropped in the sense that it
2    might have dropped from my bag or -- or that
3    by -- I don't recall dropping it to the ground
4    and breaking it and, therefore, files were
5    unavailable.  This external hard drive was
6    lost in the sense that I do not have it any
7    more.
8        Q.  When did the first theft occur?  You
9    said it was in the second semester of 2009?
10       A.  Indeed.
11       Q.  The second semester, just so we're
12   on the same page, is that, in your parlance,
13   is the second semester of 2009, the fall
14   semester?
15       A.  The fall semester.
16       Q.  Where did the theft occur?
17       A.  At my apartment in Albany,
18   California.
19       Q.  How did you discover the theft had
20   occurred?
21       A.  After I got home, the computer and
22   other things were missing.
23       Q.  Other things?  What other things?
24       A.  My backpack with a lot of my
25   university notes, power cords, mouse, other

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 177

1  external hard drives like the smaller ones,
2  the thumb drives.  A lot of my essentially
3  electronic files, not only for this project,
4  but personal information and other things that
5  I participated in at home.  That's basically
6  it.
7      Q.  Okay.  You have testified that you
8  did the barge work in 2009.  Right?
9      A.  Yes.
10     Q.  So that was lost on that computer?
11     A.  I believe so.  If it wasn't there,
12 it was on the external drive that I also lost.
13     Q.  How long after you lost, or the
14 computer was stolen did you lose the hard
15 drive?
16     A.  I do not recall at this moment.  But
17 it was within the same semester.
18     Q.  So it was in 2009?
19     A.  Yes, sir.
20     Q.  What did the lap- -- what was the
21 model of the laptop?
22     A.  It was a Dell.  The model I do not
23 recall.
24     Q.  What was the size of the hard drive
25 on the Dell?

Page 178

1      A.  I don't know about memory size.  I'm
2  sorry.
3      Q.  What else was on the hard drive of
4  the laptop?
5      A.  Papers, university stuff, homeworks,
6  personal documents, pictures, videos.
7      Q.  Did you live with anybody at that
8  location?
9      A.  My wife.
10     Q.  Apparently she wasn't home when this
11 was stolen?
12     A.  She was not.
13     Q.  Did you report the computer stolen?
14     A.  No.
15     Q.  Why not?
16     A.  We had another one.  I was relieved
17 that I had an external hard drive with
18 backups.  And it was an old computer so I
19 didn't really think much of it.
20     Q.  Did you have any homeowner's
21 insurance or renter's insurance?
22     A.  No.
23     Q.  So I assume you didn't make any
24 insurance claims for the loss?
25     A.  Right.

Page 179

1      Q.  Did you tell anybody else about the
2  loss at that time?
3      A.  I don't think so.  My parents
4  perhaps.
5      Q.  Okay.  What exactly was on that
6  computer's hard drive in the form of data for
7  computer runs or computer files that relate to
8  any part of your investigation, your
9  investigations about Hurricane Katrina?
10     A.  I would say the models we ran.  I
11 guess Excel files.  Some of the results from
12 the models.  References.  I'm sure that I had
13 copies of the IPET and ILIT reports;
14 electronic copies, of course.  I can't recall
15 anything else.
16     Q.  Anything else?
17     A.  No, sir.
18     Q.  So are you saying that all of the
19 models you had run in all of your work on
20 Hurricane Katrina other than what you've
21 called Phase 1 and Phase 2 in this case were
22 on that laptop?
23     A.  And the backup drive, yes, sir.
24     Q.  And they were on the backup drive.
25     A.  Yes.

Page 180

1      Q.  Describe that external hard drive
2  that you say it was backed up on.
3      A.  Describe it physically you mean?
4      Q.  Yes.  Model, type, size, connection
5  type.
6      A.  USB.  Perhaps Western Digital.  I
7  think that's the brand.  Maybe 500 gigabytes
8  of size.  Green.  That's -- That's all I can
9  remember about it right now.
10     Q.  Did you access that hard drive, that
11 external hard drive in any way after the
12 computer theft of your laptop?
13     A.  Yes, I had not only these files, but
14 I also have many other files, including books
15 and papers and homework.  So yes, I used the
16 file drive regularly.
17     Q.  How did you access that external
18 hard drive after you lost your laptop?
19     A.  My wife has a laptop.  I had a small
20 desktop computer at home as well.
21     Q.  After the laptop was stolen, did you
22 try to make another copy of those files from
23 the external hard drive for your protection?
24     A.  I did not.
25     Q.  When you accessed the hard drive on

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

**DIEGO COBOS-ROA, FINAL**                                    **April 10, 2012**

---

Page 181

1   other computers, your wife's laptop or a
2   desktop at your house, did you copy those
3   files to the hard drive of those computers?
4       A.  I did not.
5       Q.  Why not?
6       A.  I don't know.
7       Q.  You say you accessed that external
8   hard drive after the loss or the theft of the
9   laptop.  Were the flow and stability analyses
10  on that external hard drive when you accessed
11  it for those other purposes?
12      A.  I wasn't looking for them.  So I --
13  I guess the answer is I don't know.  I wasn't
14  looking for them.
15      Q.  Now, Dr. Bea told us that "The
16  backup hard drive disk was dropped, crashed
17  and afterward, no retrieval and it was
18  stolen.  We lost it twice in three different
19  ways."  Is that what you told him?
20      A.  Maybe it was another
21  misunderstanding when you say we lost the
22  files and I -- I remember I also told him I
23  must have dropped the hard drive somewhere in
24  the sense that, again, it might have fallen
25  form my bag or my pocket, but I -- I didn't

---

Page 182

1   intend to suggest that it physically broke
2   after an impact.
3       Q.  If you simply -- Well, did you --
4   Excuse me.  Let me say it this way.  After you
5   lost both the stolen laptop and lost the
6   external hard drive, did you still have
7   available to you the inputs that you had used
8   in connection with your prior modeling of the
9   breaches in the EBIA?
10      A.  Can you please define 'inputs'?
11      Q.  All input, input parameters, input
12  values, cross sections, whatever it is that
13  you would input into that model to make it
14  work.  Did you have that stuff available to
15  you?
16      A.  I recall I sent a DVD to Dr. Bea
17  with the models and I guess the reports we had
18  produced.  So yes, the inputs were in
19  possession other than mine.
20      Q.  When did you send Dr. Bea that DVD?
21      A.  Obviously before we lost the
22  information, but I cannot give you an exact
23  date.
24      Q.  Did the DVD contain the model runs?
25      A.  You'll have to ask Dr. Bea.

---

Page 183

1       Q.  I would have if I had known.  But go
2   ahead.  You don't know?
3       A.  I can't recall at this point.
4       Q.  If it didn't include the model runs,
5   what would it have included?
6       A.  Reports, cross sections, I guess.
7   Some results.
8       Q.  Hydraulic conductivity inputs?
9   Would it have that?
10      A.  Well, if you mean a table with the
11  input values we used for different layers, I
12  guess that would be contained within our
13  report, so yes.
14      Q.  So if you simply used the inputs
15  that were available to you in the -- in
16  connection with your October -- 8-A and 8-B
17  reports, how long would it take you to run
18  another 3D flow analysis in this case to
19  replicate the one that you did in 2008 that
20  was apparently lost on the stolen laptop and
21  then lost hard drive?
22      A.  A month perhaps.
23      Q.  Have you been asked?  Were you asked
24  to do that in this case by anyone?
25      A.  No.

---

Page 184

1       Q.  Did you offer to do that?
2       A.  No.
3       Q.  From memory can you tell me any
4   differences between the inputs for those
5   earlier model runs and the ones you have
6   provided to us to support your 8-A and 8-B
7   reports?
8       A.  I think the main difference would be
9   the value of saturated and hydraulics
10  conductivity for the buried swamp layer.
11      Q.  Anything else?
12      A.  No.  That was only a hydraulic
13  conductivity analysis.  We did not perform
14  stability analysis at the time.  That program
15  does not have the capability to do so.
16      Q.  Okay.  Just so we're clear, I think
17  I understand your testimony, but I want to be
18  100 percent on this point, --
19      A.  Yes.
20      Q.  -- based on what you've told me, I
21  would believe that the only flow analyses or
22  stability analyses you have done using Seep/W
23  or Slope/W with regard to the floodwalls in
24  the East Bank Industrial Area since the theft,
25  damage, loss that you have just testified

---

46 (Pages 181 to 184)

**JOHNS, PENDLETON COURT REPORTERS**               **504 219-1993**

**DIEGO COBOS-ROA, FINAL**                    **April 10, 2012**

Page 185

1    about are the models that support 8-A and
2    8-B. Would that be correct?
3        A.  I think that's correct.
4        Q.  From your education in geotechnical
5    engineering you know, do you not, that one of
6    the basic parameters for a transient flow
7    analysis is compressibility?
8        A.  I do.
9        Q.  And, Diego, I want to show you an
10   email response, I'm sure your attorneys have
11   asked you about this, that we received from
12   your attorney, Tom Sims, to several questions
13   that related to Dr. Bea's report. And I am
14   marking this as Cobos-Roa 11. It consists of
15   a covering email and then a document that was
16   attached to the email which precedes
17   immediately on the -- and I have taken the
18   liberty of numbering the pages so it's easy to
19   find page numbers in this document.
20           In the first place, have you
21   discussed this with anyone in the last month?
22       A.  Yes.
23       Q.  When?
24       A.  It would be two weeks ago.
25       Q.  When is the last time you saw any of

Page 186

1    these pages in Cobos-Roa Number 11?
2        A.  When was the last time I saw this?
3    I believe I have not seen this document as you
4    have it here. I have seen and gone over the
5    answers that I provided to this document
6    several times. So --
7        Q.  When is the last time?
8        A.  To your answer, might have gone back
9    to my answers, perhaps two weeks ago. The
10   same time I was discussing with --
11       Q.  Not in the last couple of days?
12       A.  No.
13       Q.  Now, it has been stipulated by
14   Plaintiff's Counsel on the record, Elwood
15   Stevens, that you provided some of the
16   information that is in this document to Mr.
17   Sims. Is that correct?
18       A.  That is correct.
19       Q.  Look at the eighth page of the
20   attached letter. Page number 8 at the bottom,
21   which I have added as I said before, and I
22   have also highlighted some information on this
23   page. So the highlights I have added. The
24   page numbers I have added. Page 9. I'm
25   sorry.

Page 187

1        A.  Okay.
2        Q.  It's the eighth page of the
3    attachment, but it is page 9 at the bottom.
4    And first, I want to focus on the question
5    that was asked. By the way, without looking
6    -- before looking at the document, from your
7    memory when you were asked for information to
8    answer questions, were you sent the
9    questions? Were you sent the letter that is
10   -- This consists of it looks like a cut and
11   paste job. It took our letter, and this is
12   something lawyers do all the time, they took
13   our letter and then did an answer and cut and
14   pasted that answer into the letter. So did
15   you see the letter, the original letter that
16   asked the questions?
17       A.  I think so, yes.
18       Q.  Okay. So you knew -- you were
19   looking at the questions when you provided the
20   answers?
21       A.  Yes.
22       Q.  Is that fair? Okay. Okay. Looking
23   first at the yellow highlight, the yellow
24   highlighted words in the first paragraph, and
25   I am going to just read the highlighted words

Page 188

1    because that's what I am interested in, but if
2    you think to answer me properly you need to
3    look at other things, of course do that. It
4    says "Provide all the input parameters
5    including compressibility in the case of
6    transient flow analysis. If the soil
7    properties vary across the section within a
8    soil layer, please provide all the values
9    used." That's the question. And as I
10   understand it, what's in yellow down below,
11   just above number 2 is the answer to that
12   question. Is that correct?
13       A.  Yes.
14       Q.  And did you provide that answer
15   that's in italics there that's highlighted in
16   yellow?
17       A.  I did.
18       Q.  Nobody else edited it?
19       A.  No, sir.
20       Q.  You did. Okay. Now, at the bottom
21   of that answer there's a value for
22   compressibility that is given and it's stated
23   as 0.0011 over kPa. Do you see that?
24       A.  Yes.
25       Q.  Now, first, Diego, can you express

**DIEGO COBOS-ROA, FINAL**                              **April 10, 2012**

Page 189

1  that number in scientific notification?
2      A.  One times 10 to the minus 5.
3      Q.  One times 10 to the minus 5
4  centimeters per second?
5      A.  No, sir.  1 over kPa?  Oh, 1 over
6  PSF or kPa?
7      A.  KPa.
8      Q.  Okay.  Can you transfer, translate
9  the kPa into 1 over PSF?
10     A.  I think you have to multiply by 20-
11 --
12     Q.  Can you do that?  I mean, if you
13 can't do that here I'll represent to you what
14 it is, because I have got very competent
15 people who have done it, but if you can you do
16 it right here, I'd be impressed.
17     A.  No, again, I believe the conversion
18 factor between kPa and PSF should be 20 or
19 20-something, but I might be wrong so.
20     Q.  That's a standard conversion,
21 though; right?
22     A.  Yes, it is.
23     Q.  But it's just one that anybody just
24 about would have to look to a --
25     A.  (Witness nods head affirmatively.)

Page 190

1      Q.  Okay.  I am going to represent to
2  you that Dr. Silva has accurately converted
3  that number to, 1 over PSF, as 4.8 times 10 to
4  the minus 7 1 over PSF.  Does that sound right
5  to you?
6      A.  Yes.
7      Q.  Okay.  Assuming that conversion to
8  be correct, that number, 4.8 times 10 to the
9  minus 7 1 over PSF, is not what you actually
10 used in your model runs for flow analysis in
11 this case for your 8-B report.  Isn't that
12 correct?
13     A.  That is correct.
14     Q.  The first obvious question is this.
15 Since you provided that number to Counsel as
16 the number you actually used for
17 compressibility in the flow analysis, why did
18 you misrepresent what you actually used in
19 answer to our question?
20     A.  Very good.  Let me commit to answer
21 that if I may.  This value of 10 to the minus
22 5 1 over kPa was a mistake from my part.  I
23 expressed that several times to Dr. Bea and
24 the legal team.  I, when I put together this
25 paragraph, I made the mistake of essentially

Page 191

1  pulling it out of my head without actually
2  going into my files.  What we actually used
3  was 10 to the minus 9 which is four orders of
4  magnitude lower than the value I reported
5  here.  So again, it was my mistake and that I
6  should have been a little bit more careful
7  responding to this email.
8      Q.  Now, however, it is correct, is it
9  not, that the software licensor, the owner of
10 the software, in the software does recommend
11 this value that you have provided in the
12 absence of site specific data?
13     A.  That's true.
14     Q.  And -- Okay.  In fact, you would
15 agree, would you not, that we have, and you
16 had available to you when you did your 8-B
17 report site specific data for
18 compressibility?  Isn't that true?
19     A.  At the time I was preparing the
20 report and running the models I did not have a
21 value of compressibility from -- from the pump
22 tests that were performed.  However, the value
23 that we chose to employ in the models, again,
24 10 to the minus 9, was suggested in -- we
25 actually interacted quite a bit with Dr. Bea

Page 192

1  in the selection of this parameter.  Obviously
2  this is a key parameter, a key input parameter
3  for any transient model and we selected this
4  10 to the minus 9 to represent a response on
5  the soils within the profiles we were
6  analyzing as it's described in Dr. Bea's
7  report of incompressibility soils skeleton.
8  And that's.
9      Q.  Go ahead.
10     A.  I'm finished.  I'm sorry.
11     Q.  I don't want to interrupt your
12 answer.
13     A.  Yeah, that's the main reason we used
14 this -- this lower value than the program
15 recommends.
16     Q.  Several questions raised by what you
17 just said.  "We chose".  Who chose?  Who's
18 "we"?
19     A.  I'm so sorry.  Geoestudios
20 interacted with Dr. Bea in the selection of
21 this -- of this parameter.  Dr. Bea asked
22 Geoestudios to -- to find a way how we can
23 model this -- I'm sorry, incompressible
24 response of the soils.  So Geoestudios
25 essentially looked for a number that was

**DIEGO COBOS-ROA, FINAL**                                    **April 10, 2012**

Page 193

1   representative of this condition and that's
2   how -- when we came back to Dr. Bea and said,
3   "Hey, if we use this value of 10 to the minus
4   9, it seems like we get this response." He
5   accepted it and that's why we went to those
6   values.
7        Q.  Did Dr. Bea tell you to use those
8   values or did you decide with somebody else at
9   Geoestudios to use that value?
10       A.  Once again, we decided to move with
11  this lower value of compressibility after a
12  request by Dr. Bea to try and capture this --
13  this incompressible response.  So we came back
14  to Dr. Bea and said, "If we use 10 to the
15  minus 9, we feel we get -- we do get this
16  response.  Essentially do you accept or do you
17  not accept and can we move forward?"  So Dr.
18  Bea did not tell us use 10 to the minus 9.
19  However, he did approve the use of 10 to the
20  minus 9.
21       Q.  You say he came back to
22  Geoestudios.  This is an artificial person,
23  Geoestudios.  It's not flesh and blood like
24  you and me.
25       A.  That's correct.

Page 194

1        Q.  Okay.  Who, flesh and blood like you
2   and me, did you mean when you said "he came
3   back to Geoestudios"?
4        A.  Diego.
5        Q.  He came to you?
6        A.  Yes, sir.
7        Q.  Okay.  Now, you gave me an answer
8   that you didn't have the pump test results by
9   the time you did this.  Right?
10       A.  In relation to compressibility.
11       Q.  Yes.
12       A.  Right.
13       Q.  You didn't have it available to
14  you?  It hadn't been given to you?
15       A.  I had the results of the hydraulic
16  conductivity, but not the actual values of
17  compressibility.
18       Q.  In what form did you get the
19  hydraulic conductivity values?
20       A.  In the form of a -- I believe it
21  should have been an email saying this is the
22  best estimate of hydraul- -- saturated
23  hydraulic conductivity and this is the
24  plausible range in values.
25       Q.  You weren't given the report from

Page 195

1   the pumping tests?
2        A.  At the time I believe the company
3   performing the tests was in the process of
4   iterating and finalizing the report.  At the
5   same time we were doing the -- Geoestudios was
6   doing the analysis.
7        Q.  Did you ever access the Fugro data,
8   the website that has the data on it?
9        A.  I never did.
10       Q.  You said you read Dr. Rogers'
11  report; right?
12       A.  I did.
13       Q.  You knew that specific storage was
14  in Dr. Rogers' report, did you not, coming
15  from the pump tests?
16       A.  Yes.
17       Q.  So you had that available to you,
18  did you not, when you wrote your report and
19  when you did your model runs?  Your latest
20  model runs?
21       A.  I believe Dr. Rogers' report, very
22  similarly to the Fugro report, was being
23  finalized at the same time we were trying to
24  wrap up our reports.  So the final version was
25  not available to me at the time.

Page 196

1        Q.  Now, Mr. Cobos-Roa, or Diego, pardon
2   me, I want you to look at the question posed
3   and the answer given on that same page of the
4   email from Mr. Sims, your attorney, to lawyers
5   for the Defendants as to whether or not the
6   flow analyses you ran modeled steady state
7   flow conditions or transient conditions, and I
8   have highlighted the question and answer in
9   pink on this Exhibit 11, Cobos-Roa 11.  Do you
10  see the question in the first paragraph, I am
11  going to read it, in pink?
12       A.  Yes.
13       Q.  "For figures 58 and 59 of the Bea
14  report, please indicate if the flow analyses
15  modeled steady state conditions or transient
16  conditions."  I read that correctly; am I
17  right?
18       A.  Yes.
19       Q.  The answer given to that question at
20  the beginning -- is I believe at the beginning
21  of the second paragraph after February 23,
22  further response, is it not?
23       A.  Yes.
24       Q.  And I have highlighted it in pink
25  and the answer was "If gradients and pore

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**DIEGO COBOS-ROA, FINAL**                    **April 10, 2012**

Page 197

1   pressures over time are given as results of
2   the analysis, it is obvious the analyses are
3   of transient nature." Do you see that?
4        A.   Yes.
5        Q.   Is that your answer to the question?
6        A.   Yes.
7        Q.   And it is true, isn't it, that
8   figures 58 and 59 do give gradients and pore
9   pressures over time; right?
10       A.   Yes.
11       Q.   So you were representing that you
12  were correctly treating these analyses as
13  transient flow analyses.  Isn't that right?
14       A.   They are transient.
15       Q.   But can you answer "yes" or "no" and
16  then I'll take all the explanation you want to
17  give.  But that's a "yes" or "no" answer.
18       A.   Yes.
19       Q.   Thank you.  Go ahead and explain.
20       A.   Very good.  Thank you.  They are
21  transient in the sense that the boundary
22  conditions vary over time.  Therefore, we have
23  a hydrograph which is provided a few figures
24  later, I believe.  But the response we -- we
25  tried to model, again, going back to the issue

Page 198

1   of compressibility, is that of steady flow as
2   described by Dr. Bea in his report.  I'm
3   done.
4        Q.   Okay.  I want to just -- I don't
5   want to go into them in detail, but there are
6   a lot of other questions and answers in this
7   document.  Have you looked through it?  And I
8   just want to know which of the answers are
9   yours other than the ones we have covered that
10  you said are yours.
11       A.   Sure.  Sure.  Should we go one by
12  one?
13       Q.   If they're all of them, you can say
14  all of them.
15       A.   I don't know if all of them are
16  mine.
17            MR. OWEN:
18            Take your time.
19  EXAMINATION BY MR. TREEBY:
20       Q.   Okay.
21            MR. OWEN:
22            You want to do it off the record?
23  EXAMINATION BY MR. TREEBY:
24       Q.   Yes, why don't you do it off the
25  record.  We'll take a break to do the tape.

Page 199

1            VIDEO OPERATOR:
2            This is the conclusion of tape
3   4.  The time is 1:46.  We're now off
4   the record.
5            (Recess.)
6            VIDEO OPERATOR:
7            Returning on the record, it is
8   1:57.  This is the beginning of tape
9   5.
10  EXAMINATION BY MR. TREEBY:
11       Q.   Diego, have you determined which of
12  the answers you gave Counsel?
13       A.   Yes.
14       Q.   Please tell us.
15       A.   All of them except number 7 on page
16  5.
17       Q.   All of the answers except the answer
18  on page 7 -- I mean page 5, question 7.  Is
19  that right?
20       A.   Yes, sir.
21       Q.   All the other answers are your
22  answers?
23       A.   Yes, except -- Well, I don't know
24  about the first -- the letter U here.  This
25  ones are not mine either.  I'm sorry.  I was

Page 200

1   only there, the introduction letter.  It's
2   number 1 is not mine.
3        Q.   The answer to number 1 on page 2 is
4   not yours?
5        A.   That's right.
6        Q.   Okay.
7        A.   That's --
8        Q.   Is that it?  So everything, all of
9   the italicized answers in this document from
10  page 2 to the end are your answers except for
11  the answer to question 1 on page 2 and the
12  answer to question 7 on page 5.  Is that
13  correct?
14       A.   That is correct.
15            MR. TREEBY:
16            Okay.  At this point on the
17       record I would like to ask for the DVD
18       that was given to Dr. Bea that we have
19       never seen.  And as soon as possible,
20       since his rebuttal deposition is
21       scheduled for Monday.  Can we have an
22       understanding to that effect.
23            MR. SIMS:
24            I'll see what Dr. Bea --
25            MR. TREEBY:

50 (Pages 197 to 200)

**JOHNS, PENDLETON COURT REPORTERS**          **504 219-1993**

DIEGO COBOS-ROA, FINAL                    April 10, 2012

Page 201

1        And you can tell us on the record
2    if we're going to be able to get it or
3    not.
4    EXAMINATION BY MR. TREEBY:
5        Q.  Okay.  I show you a document we're
6    marking as Cobos-Roa Number 12, which are
7    pages from a paper to the International
8    Institute For Land Reclamation and Improvement
9    by Kruseman and deRidder.  And if you would,
10   just read the -- in the first place, do you
11   know anything about these professionals?
12       A.  No.
13       Q.  If you would, look at the
14   highlighted definition on page 17 of this
15   excerpt and then there's another highlighted
16   definition on the next page, page 18.  And
17   they are definitions of steady and unsteady
18   flow.  Would you read those to yourself and
19   tell me if you agree with those definitions
20   for steady and non-steady flow?
21       A.  Okay.
22       Q.  Do you agree with those definitions?
23       A.  I do.
24       Q.  Okay.  Another term for unsteady or
25   non-steady flow is transient flow.  Isn't that

Page 202

1    right?
2        A.  That's right.
3        Q.  Okay.  By the way, you earlier today
4    testified that you had seen a preliminary
5    report from Fugro.  Is that right?
6        A.  That's right.
7        Q.  That preliminary report also showed
8    MCF values, did it not, on the consolidation
9    tests that were done for the Plaintiffs on the
10   three pumping well borings?
11       A.  I do not recall seeing M sub V
12   values from the /SREBG tests.
13       Q.  Did you see any values in that
14   preliminary report that the Plaintiffs got
15   that would give you compressibility?
16       A.  Well, compressibility can be
17   correlated from the C sub V value from
18   compression tests, from reconciliation tests.
19   However, I don't recall seeing the results
20   from consolidation tests.  I do remember going
21   through a couple of hundred pages of pump
22   tests.
23       Q.  Okay.  I have shown you a document
24   -- I have marked a document here as Cobos Roa
25   Number 13.  Two pages from Plaintiffs' pumping

Page 203

1    test analyses.  Have you seen these pump test
2    plots which were included as reliance
3    documents with Dr. Rogers' expert report?
4        A.  I -- Yes.  I am not sure if the
5    exact same version, but yes, I have seen
6    similar types of plots.
7        Q.  And on these plots, the
8    compressibility is stated as storage
9    coefficient; right?
10       A.  Well, it can be derived from it.
11       Q.  Okay.  Are you able to convert the
12   storage coefficient to M sub V?
13       A.  Not right now.  I guess I would have
14   to look at a program.
15       Q.  But that would be something you
16   could do if you had the text available to you
17   and a calculator, perhaps; right?
18       A.  Yes.
19       Q.  Okay.  I will represent to you that
20   the M sub V value represented by the storage
21   coefficient on -- this document shows storage
22   coefficient, but let's go on.  I don't want --
23   I am not sure which -- I have a conversion,
24   but I wasn't sure which of the two pumps tests
25   the conversion was from.  So I don't want to

Page 204

1    misrepresent it on the record.  But let me --
2    The next exhibit.  I show you a document we're
3    going to mark Exhibit 14, Cobos-Roa 14.  And
4    this is -- these are a few pages from a
5    textbook by Dr. Vedat Batu called Aquifer
6    Hydraulics, A Comprehensive Guide to
7    Hydrogeologic Data Analysis.  First, are you
8    familiar with that book?
9        A.  No.
10       Q.  Okay.  If you would look at --
11   There's -- There's quite a few equations on
12   these pages.  If you would look at page 60,
13   which I believe is the third page in the
14   exhibit, I have highlighted an equation marked
15   2-71.
16       A.  Okay.
17       Q.  That equation provides a
18   relationship between specific storage and
19   compressibility.  Is that right?
20       A.  Yes.  Yes, to the M sub V value
21   layer, right.
22       Q.  Right.  And equation 2-75, which is
23   on the back -- the last page, provides a
24   relationship between storage coefficient and
25   specific storage for an aquifer thickness of

JOHNS, PENDLETON COURT REPORTERS          504 219-1993

**DIEGO COBOS-ROA, FINAL**                                    **April 10, 2012**

Page 205

1    B. Is that correct?
2        A.  That's correct.
3        Q.  Using the values of hydraulic
4    conductivity and storage coefficient in
5    aquifer thickness, V in equation 2-71 and
6    2-75, leads to the following results, which I
7    will represent to you come from the second of
8    the two pumping tests that I gave you on
9    Cobos-Roa 13.  In other words, that the
10   storage coefficient 4.17 times 10 to the minus
11   3 produces an M sub V value of 1.34 times to
12   the minus 5 1 over PSF.  So these are
13   conversions and equations that you as an
14   engineer are capable of using.  Is that
15   correct?
16       A.  That's correct.
17       Q.  Now, exam, if you would with me, the
18   south EBIA pumping test plots that we just
19   showed you.  It's Cobos-Roa 13.  Wouldn't you
20   describe these results as transient or
21   non-steady or unsteady state flow analyses?
22       A.  I don't think you know enough about
23   pump tests.
24       Q.  Don't we?
25       A.  I don't.

Page 206

1        Q.  You don't?  Okay.
2        A.  I don't know the pump test.
3        Q.  Are you familiar with the Theis
4    method?
5        A.  No.
6        Q.  Okay.  But you can, can you not,
7    tell me that if the Theis method is only a
8    transient flow method of analysis -- I am
9    going to represent that to you; okay?  If I
10   tell you that, then you would agree with me,
11   would you not, that this, these pumping tests
12   that I have showed you as Cobos-Roa 13 provide
13   values for both hydraulic conductivity and
14   storage coefficient; right?
15       A.  Right.
16       Q.  Now, if someone said to you that the
17   hydraulic conductivity results developed from
18   these pump tests were based on analytical
19   models of steady flow of hydraulic conditions,
20   that would be fundamentally wrong, wouldn't
21   it?
22       A.  I honestly do not know the details
23   that went from the raw data to the actual
24   values of hydraulic conductivity and storage
25   so my answer is I don't know.

Page 207

1        Q.  I believe you've already told me
2    that based on the definitions of transient
3    flow that we have discussed -- well, you
4    haven't told me this.  We had discussed it,
5    but you haven't given me this.  I don't want
6    to misrepresent it.  Wouldn't you classify the
7    results of your Seep/W analyses as transient
8    flow?
9        A.  I will classify them as time
10   dependent.  Once again in the sense that the
11   hydraulic loading changes over time.
12       Q.  And you agreed with the definitions
13   of steady and unsteady flow in Cobos-Roa 12,
14   which would mean that's a transient flow
15   event.  Is that correct?
16       A.  Yes.
17       Q.  As you understand it, is steady flow
18   the same thing as steady state flow?
19       A.  Steady state flow means that the
20   boundary conditions do not change over time.
21   What we attempted to do with our models was to
22   simulate a varying boundary condition over
23   time to model the hurricane, by computing
24   steady flow within the swamp layer, and that's
25   once again why we -- Dr. Bea and Geoestudios

Page 208

1    selected our compressibility value of 10 to
2    the minus 9.
3        Q.  Maybe my -- I appreciate the
4    information actually.  But maybe I didn't make
5    my question clear.  I think it's "yes" or "no"
6    to what -- I am going to ask the question.  Is
7    steady flow as you understand it the same
8    thing as steady state flow?
9        A.  Yes.
10       Q.  Okay.  Now, if I understood your
11   testimony a little earlier about the
12   discussion that was had between Dr. Bea and
13   you for Geoestudios, the analyses was
14   intentionally tweaked to get the desired
15   response.  Is that correct?
16       A.  Tweaked?  Please define "tweaked".
17       Q.  Well, instead of using site specific
18   M sub V values, you tweaked it and put an
19   incompressible M sub V value (*) into the
20   program intentionally to get a certain
21   response.
22       A.  Yes.
23       Q.  Now, was that your independent
24   judgment or was it Dr. Bea's?
25       A.  That was Dr. Bea's.

**JOHNS, PENDLETON COURT REPORTERS**                        **504 219-1993**

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 209

1    Q.   Now, prior to this case have you
2  ever heard the term "hydraulic conductivity
3  pressure" used?  Prior to this case.
4    A.   Yes.
5    Q.   You have?  Now, we understand what
6  hydraulic conductivity is.  We understand what
7  pressure is.  But we've never heard of the
8  term "hydraulic conductivity pressure"
9  before.  So let me take you through this.
10  Hydraulic conductivity is a material property;
11  right?
12    A.   Right.
13    Q.   Pressure, on the other hand, is a
14  physics term, force divided by area; right?
15    A.   Right.
16    Q.   So how do those two terms go
17  together?
18    A.   I think it's simply a term to
19  describe pressures exerted by a path of
20  hydraulic conductivity or little resistance
21  from hydraulic conductivity.
22    Q.   So a hydraulic conductivity pressure
23  analysis?  Is that something you have used,
24  ever heard used before?  That's not what you
25  did, is it?

Page 210

1    A.   That's a seepage --
2    Q.   Hydraulic conductivity pressure
3  analysis.  When you were running your computer
4  model, that's not what you did, is it?
5    A.   Well, that is essentially the same
6  as a seepage analysis under incompressible
7  soil layers that allow for this hydraulic
8  conductivity, as Dr. Bea calls it, pressure to
9  be translated from one side to the other.
10    Q.   In what course or what course of
11  study or other source prior to this case had
12  you ever heard the term "hydraulic
13  conductivity pressure" used?
14    A.   I do not recall hearing that in any
15  of my courses.
16    Q.   Any books that you have read on
17  engineering?
18    A.   No.
19    Q.   Now, if you would look back at the
20  equations on Cobos-Roa 14 and look at the
21  equation 2-67, pages -- it's pages -- I think
22  it continues over from page 59 to page 60 in
23  Dr. Batu's book.  That equation indicates that
24  coefficient of consolidaton M sub V (*) is
25  inversely, inversely proportional to

Page 211

1  compressibility M sub V.  Do you agree with
2  equation 2-67?
3    A.   Yes.
4    Q.   Your assumed M sub V value in this
5  case indicates that the marsh will consolidate
6  approximately 10,000 times faster than if the
7  site specific M sub V had been used.  Isn't
8  that about right?
9    A.   Yes.
10    Q.   In paragraph 25 of his rebuttal
11  report, Dr. Bea says this, quote:  "These very
12  high water content saturated organic clay
13  deposits behaved in an essentially undrained
14  manner."  Have you read that?
15    A.   Yes.
16    Q.   How do you explain the inconsistency
17  of using a very low compressibility value and
18  M sub V of 1 times 10 to minus 9 1 over PSF
19  which implies a high coefficient of
20  consolidation with a stated undrained
21  behavior?
22    A.   Once again, we were directed by Dr.
23  Bea to -- to perform the models this way.
24    Q.   So you don't know the answer to my
25  question?

Page 212

1    A.   I -- I think I do.  It's -- Even
2  though it is a highly compressible layer and
3  this is the buried swamp, I believe the
4  loading, the time that the actual layer was
5  loaded was not significant for the layer to
6  consolidate.
7    Q.   Isn't that inconsistent with the
8  stated undrained behavior?
9    A.   I don't think so.
10    Q.   What?
11    A.   I don't think so.
12    Q.   You don't think it's inconsistent?
13  Okay.  With the -- inconsistent wht the M sub
14  V value.  Isn't the stated undrained behavior
15  inconsistent with that highly incompressible M
16  sub V value?
17    A.   I don't think I am following.  I'm
18  sorry.
19    Q.   Okay.  This M sub V that you have
20  used, 1 times 10 to the minus 9 1 over PSF,
21  you a have a conductivity of 10 to the minus 5
22  centimeters per second; right?
23    A.   Yes.
24    Q.   Do you know what the coefficient of
25  consolidation, the C sub V, would be for

JOHNS, PENDLETON COURT REPORTERS                          504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 213

1  that?
2      A.  No.
3      Q.  If I tell you it's 165 million
4  square feet per year, would that surprise
5  you?
6      A.  I would have to look at the numbers,
7  but that seems like a lot.
8      Q.  Or to put it in different terms,
9  16,500,000 centimeters squared per hour.
10  Would that surprise you?
11      A.  Once again, I would have to look at
12  the numbers.
13      Q.  But what you have done is you have
14  essentially defined an undrained condition yet
15  you did a drained analysis.  Isn't that
16  right?
17      A.  Let me think about that for a
18  second.  Sorry.  What we looked at was --
19      Q.  Well, I think it's "yes" or "no" and
20  then you can explain.  Haven't you essentially
21  defined an undrained condition, yet you did a
22  drained stability analysis?  Isn't that what
23  you have done?  That's either "yes" or "no".
24      A.  Yes.  Can I explain?
25      Q.  Yes, please explain.

Page 214

1      A.  Okay.  Thank you.  We looked at
2  effective stresses throughout that swamp layer
3  based on potential contrasts in hydraulic
4  conductivity between the swamp and the
5  adjacent layers.  And we explored the
6  possibility of that layer may have been under
7  drained fashion because the initial hypothesis
8  was that this layer was able to transmit these
9  pressures exerted by the water.  I believe in
10  Dr. Bea's rebuttal he is also showing that
11  whether we treat this layer using drained
12  strength parameters or undrained strength
13  parameters, they're both essentially the
14  same.  End of that.
15      Q.  Okay.  I noted -- Thank you for your
16  candor in the middle of the question.  The
17  initial hypothesis is very important in what
18  you just said, right?  It's a hypothesis?
19  Okay.  Do you know of any such soil in the
20  universe that has those compressibility
21  values?
22      A.  I don't.
23      Q.  In paragraph 26 on page 20 of his
24  rebuttal report, Dr. Bea indicates the swamp
25  marsh is fully saturated.  Have you read that

Page 215

1  and seen that?
2      A.  Yes, I --
3      Q.  You know that's --
4      A.  Yes.
5      Q.  Your seepage analysis indicates
6  increased pore pressures within the swamp
7  marsh on the land side of the levee.  Isn't
8  that true?
9      A.  Yes.
10      Q.  As a result, don't you expect that
11  the effective stresses will change on the land
12  side of the levee?
13      A.  Yes.
14      Q.  You would expect that the effective
15  stresses will cause a response in the swamp
16  marsh.  Isn't that true?
17      A.  What type of response are you
18  referring to?
19      Q.  Okay.  A response.  A decrease in
20  volume or an increase in volume.  It won't
21  stay the same.
22      A.  Over time, yes.  Once again, I don't
23  think the time of the hurricane loading was
24  enough for that saturated layer to drain out
25  and change its volume.  What it did do,

Page 216

1  however, was decrease the effective stress in
2  -- in this layer.
3      Q.  So you would expect the swamp marsh
4  soils would decrease in volume if effective
5  stresses increase.  Isn't that right?
6      A.  It will decrease in volume given
7  enough time to drain and consolidate.
8      Q.  And you would expect an increase in
9  volume if effective stresses decrease.  Isn't
10  that right?
11      A.  Right.
12      Q.  And this expected result is
13  inconsistent with Dr. Bea's statement that the
14  void ratio will remain constant.  Isn't that
15  true?
16      A.  No, because what I just said is that
17  given enough time for the layer to drain or --
18  or take up more water, yes, the volume change
19  will occur.  But under short-term loading
20  conditions, void ratio is not going to
21  change.
22      Q.  If the effective stress changes, the
23  soil will deform, will it not?
24      A.  Yes.
25      Q.  Okay.  Again, Dr. Bea's rebuttal

54 (Pages 213 to 216)

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 217

1   report, page 16, paragraph 18 states.  And I
2   am quoting from it, "The hydraulic
3   conductivity analyses summarized in my
4   February 1, 2012 expert report and in the
5   associated analyses I performed with the aid
6   of Mr. Cobos-Roa and Mr. Xavier Grundnauer,
7   documented in Appendix B --" "-- D," I'm
8   sorry, "D of the Bea expert report primarily
9   addressed the hydraulic pressures developed in
10  the buried swamp marsh deposits under the
11  protected side floodwall levee systems, figure
12  10, at the north breach, south breach and near
13  breach locations during Hurricane Katrina."
14  Do you recall that being there?
15      A.  Yes.
16      Q.  What does that phrase in the middle
17  of that statement, "primarily" addressed",
18  mean to you?
19      A.  I don't know.
20      MR. OWEN:
21          Do you need to see it?
22  EXAMINATION BY MR. TREEBY:
23      Q.  We can show it -- Do we have it --
24  Yes, we have it as an exhibit.  This is it.
25      MR. TREEBY:

Page 218

1          What is it?
2      MR. THATCH:
3          15.
4      MR. TREEBY:
5          15?
6   EXAMINATION BY MR. TREEBY:
7      Q.  We have just taken selected pages
8   because I don't have much to ask you about
9   it.  But Cobos-Roa 15, and you will see this
10  statement on page 16 -- page 16, paragraph 18.
11  It's what I just read.
12      A.  Right.
13      Q.  Okay.  You see that phrase
14  "primarily addressed"?
15      A.  I do.
16      Q.  It's at the beginning of the fourth
17  line.  Okay.  What does that phrase mean?
18      A.  I do not know.  I didn't write it.
19      Q.  Surely it couldn't mean, based on
20  your engineering knowledge, it could not mean,
21  could it, that you can determine the pressures
22  without determining the flow?
23      MR. OWEN:
24          Objection, asked and answered.
25  EXAMINATION BY MR. TREEBY:

Page 219

1      Q.  Is that correct?
2      MR. OWEN:
3          Objection, asked and answered.
4      THE WITNESS:
5          Once again, I don't know what --
6   or why Dr. Bea wrote this.  I wasn't
7   in his head.
8   EXAMINATION BY MR. TREEBY:
9      Q.  Let me disassociate it from the
10  statement.
11      A.  Okay.
12      Q.  You don't know what he meant.
13  Frankly, we don't know what he meant.
14      A.  Okay.
15      Q.  So we're in the same boat.  But as
16  an engineer, isn't it true you can't determine
17  the pressures without determining the flow?
18      A.  No, I believe you can for those
19  pressures without having a molecule of water
20  going from one side to the other.
21      Q.  You can separate the heads from the
22  flow quantity from a Seep/W analysis?
23      A.  The heads from the flow?  Flow
24  quantities?  If under the conditions we
25  analyzed, yes.

Page 220

1      Q.  Doesn't the field equation require
2   simultaneous consideration of both heads and
3   flow quantities?
4      A.  The field equation?
5      Q.  Yes, the equation that's being
6   solved by Seep/W?
7      A.  Okay.  That's actually the recharge
8   equation, if I am not mistaken.
9      Q.  Okay.
10      A.  You either specify heads or flow
11  into the program.
12      Q.  And you get as a result --
13      A.  Yes, you get heads and flow.
14      Q.  Ah.  You can choose to ignore the
15  flow, but it's still an equal part of the
16  results of the analysis; right?
17      A.  It's in the output, yes.
18      Q.  And I believe you've testified to
19  this already, but I have it up here so I'll
20  ask it.  Dr. Bea was correct, was he not, when
21  he testified that you were the principal
22  person who ran the Seep/W models in this case?
23      A.  Yes.
24      Q.  And you were the -- you did the
25  majority of the work in running the Slope/W

55 (Pages 217 to 220)

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 221

1   models in this case; right?
2       A.  Yes.
3       Q.  Are you familiar -- You said you
4   weren't familiar with the Theis method of
5   analysis.  Are you familiar with the Hantush
6   Jacob method?
7       A.  No.
8       Q.  Did you have any conversations with
9   anyone at GeoSlope International, the owners
10  of the software, to support using the software
11  in this way to use a transient flow analysis
12  tool in the software to do a steady flow
13  analysis by manipulating the compressibility
14  numbers?
15      A.  No.
16      Q.  The tool does have a steady flow
17  analysis in it, doesn't it?
18      A.  Yes, it does.
19      Q.  But you chose to use transient?
20      A.  Yes.
21      Q.  Have you discussed this method, this
22  method I'll call it, this theory to approach
23  this problem with any of your other
24  Professors?
25      A.  No.

Page 222

1       Q.  You have never even discussed it
2   with them?
3       A.  No.
4       Q.  We were provided, and we haven't had
5   a chance to go through it all, but I thank you
6   for providing on a disk some of the material
7   we had asked for as an exhibit to your
8   deposition today.  One of the things we got
9   was a license from GeoSlope International that
10  was bought April 4th, after Dr. Bea's
11  deposition.
12      A.  (Witness nods head affirmatively.).
13  That is my license.  Actually, it's I believe
14  the renewal for my use.
15          MR. TREEBY:
16          Do you have that document here?
17      I thought I looked at it, but maybe I
18      didn't.  Somebody?
19  EXAMINATION BY MR. TREEBY:
20      Q.  You're the licensee.
21      A.  For this new one that we bought,
22  yes.  However, for the 2011, 2012 analysis, we
23  leased Dr. Storesund's license and I believe
24  we also provided that license file to you
25  guys.

Page 223

1       Q.  We looked through it and didn't see
2   anything having to do with that.  We saw a
3   Plaxis license for --
4       A.  Plaxis, but, yeah, I believe I -- I
5   have loaded the Geostudios license file for
6   Dr. Rune Storesund.
7       Q.  It's his personal license?
8       A.  It is his personal license.
9       Q.  Would you agree with me that the
10  accuracy of the data and parameters and values
11  input into your Seep/W and Slope/W models are
12  absolutely essential to reaching valid or
13  correct analyses?
14      A.  Yes.
15      Q.  What is a sensitivity analysis as it
16  relates to the results from the floodwall
17  sensitivity analyses, if you know?
18      A.  I'm sorry, you asked what is a levee
19  performance analysis?
20      Q.  A, quote, "sensitivity analysis",
21  close quote, --
22      A.  Okay.
23      Q.  -- as it relates to the results from
24  the floodwall levee performance analyses.  Do
25  you know what that means?

Page 224

1       A.  Yes, I do.
2       Q.  What does that mean?
3       A.  A sensitivity analysis is when you
4   change a certain parameter or parameters
5   within a specified range to estimate how
6   sensitive are the results to that variation of
7   that parameter.
8       Q.  Was that to determine how much to
9   tweak the compressibility figure?
10      A.  No, sir.
11      Q.  On page 97 of Dr. Bea's recent, what
12  he calls rebuttal report, paragraph 132 -- Do
13  you have that?  It's in the exhibit we already
14  gave you, I think.
15          MR. OWEN:
16          15.
17          MR. TREEBY:
18          Exhibit 15.
19          THE WITNESS:
20          And it gets to page 99?
21  EXAMINATION BY MR. TREEBY:
22      Q.  Yes.  It's page 97, paragraph 132.
23      A.  Oh, okay.
24      Q.  You there?
25      A.  Yes.

56 (Pages 221 to 224)

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 225

1   Q.  Okay.  He states in the third line,
2  beginning of the third line, "I, with the
3  assistance of Mr. Diego Cobos-Roa, performed a
4  set of lateral stability analyses Slide/W to
5  study the if he /SR-RS /ORS protected side
6  tail water."  Do you see that?
7   A.  Uh-huh (affirmatively).
8   Q.  Is that why you got this license?
9   A.  No, actually, this report is dated a
10  couple of days before I got that license.  For
11  this set of calculations we again used the
12  leased license from --
13   Q.  Whose license?
14   A.  From Dr. Rune Storesund.  We leased
15  his license.  "We" as in Diego Cobos-Roa
16  again.  I'm sorry.
17   Q.  When you say "leased", that implies
18  a rental.  Did you pay him?
19   A.  Yes.  We will pay him.
20   Q.  Oh, you will pay him.  Is it then
21  Dr. Storesund's license that you had used for
22  all this time from 2007, on?
23   A.  No, we used Dr. Storesund's for
24  2011, 2012.
25   Q.  What license did you use for the

Page 226

1  work you did before that?
2   A.  To my recollection the ILIT work was
3  done -- was performed using university
4  licenses.
5   Q.  Student licenses?
6   A.  Not student.  I guess academic
7  licenses.
8   Q.  What about the 2008 work?
9   A.  2008, we leased another license from
10  --
11   Q.  Whose?
12   A.  I am getting there.  From a company
13  in Columbia, a company from an old employer of
14  mine.
15   Q.  Name?
16   A.  Geotechnology in Spanish.
17   Q.  In Spanish Geotechnology?
18   A.  Uh-huh (affirmatively).
19   Q.  Who are the principals of that
20  company?
21   A.  His name is Jaime Suarez.
22   Q.  I can even spell that.
23   A.  (Writing).
24   Q.  Suarez.  When did you do this
25  Slide/W analysis that's described on page 97

Page 227

1  of Dr. Bea's rebuttal report?
2   A.  That should be Slope/W, not Slide/W.
3   Q.  Oh, so it's a mistake when it says
4  "Slide/W"?
5   A.  Yes.
6   Q.  When did you do that Slide/W
7  analysis -- I mean Slope/W analysis?
8   A.  During Dr. -- Dr. Bea's preparation
9  for this report.  I obviously cannot give you
10  an exact date, but it has to be March of this
11  year.
12   Q.  Do you have the computer files for
13  that analysis?
14   A.  They were -- I do.  They were
15  provided to Dr. Bea as part of the I guess
16  reliance materials for his rebuttal.
17   Q.  We don't have those.  I assume -- I
18  am going to assume that these will be in the
19  reliance materials if we ever get them from
20  the so-called rebuttal report.
21      Later in that paragraph on page 98
22  Dr. Bea indicated that he did hand
23  calculation, paper and pencil analyses to
24  corroborate the digital computer analysis that
25  you did.  Did you see that?

Page 228

1   A.  Yes, I saw that paragraph.
2   Q.  Did you see that hand calculation?
3   A.  No.
4   Q.  I take it from your answer you don't
5  have it?
6   A.  That's right.
7   Q.  On page 99, paragraph 135, Dr. Bea
8  in his rebuttal report indicates that the
9  results, the fourth line, "The results of the
10  lateral stability analyses show a static
11  factor of safety of 1.23."  Do you see that
12  reference?
13   A.  Yes.
14   Q.  Did you do those -- Did you do the
15  lateral stability analyses that he's talking
16  about there?
17   A.  Yes.
18      MR. TREEBY:
19      Let's go off the record for a
20  minute.
21      VIDEO OPERATOR:
22      We're off the record.  It's
23  2:38.
24      (Recess.)
25      VIDEO OPERATOR:

**DIEGO COBOS-ROA, FINAL**                                    **April 10, 2012**

Page 229

1        Now returning to the record, it
2    is 2:48.
3    EXAMINATION BY MR. TREEBY:
4        Q.  Diego, do you have any children?
5        A.  Yes.
6        Q.  How many?
7        A.  One.
8        Q.  Congratulations?
9        A.  Thanks.
10       Q.  I just have I think one more
11   question.  More may occur to me, but that's
12   all I have the intention to ask, one more
13   question.  And that has to do with your model
14   and the parameters in your model.  We have
15   talked about the various values that you put
16   in and we have asked those questions.  Looking
17   at the cross -- You have a cross section in
18   your model; isn't that right?
19       A.  That's right.
20       Q.  There's more than one?
21       A.  That's right.  Cross section per
22   model.
23       Q.  Right.  I'm correct, am I not, in
24   stating that none of your modeled cross
25   sections have any pilings removed?

Page 230

1        A.  Besides the sheet pile to the center
2    --
3        Q.  No, any other pilings.
4        A.  That's right.
5        MR. TREEBY:
6        I think I'm done.
7    EXAMINATION BY MR. SMITH:
8        Q.  Mr. Cobos-Roa, my name is Robin
9    Smith and I represent the United States, and I
10   have a few questions for you today.
11       When did you start doing work for
12   Professor Bea on litigation-related projects?
13       A.  2008, I believe.
14       Q.  Prior to that when you performed
15   ILIT analyses, were you employed by the
16   university as a graduate research assistant?
17       A.  Yes.
18       Q.  And did you receive a GRA stipend at
19   that time?
20       A.  G -- GSR stipend, yes.
21       Q.  I'm sorry?
22       A.  We call it GSR.  Graduate student
23   researcher.
24       Q.  When you were performing litigation
25   related work for Professor Bea following 2008,

Page 231

1    in 2008 and following, were you also at that
2    time employed as either a researcher or a
3    teaching assistant by the University of
4    California at Berkeley?
5        A.  No.  No.
6        Q.  So you -- I think you previously
7    testified that you were employed by the
8    university as a graduate teaching assistant in
9    2010; is that correct?
10       A.  That's correct.  I'm --
11       Q.  And you have been working for Dr.
12   Bea on litigation related projects during this
13   time?
14       A.  Right.
15       Q.  Correct?
16       A.  I'm sorry.  I understood you were --
17   I thought you were meaning 2008.  No, in 2010,
18   yes, I was employed as researcher by UC
19   Berkeley.
20       Q.  And did you receive a stipend from
21   the university as a graduate teaching
22   assistance in 2010?
23       A.  Yes.
24       Q.  And at the same time that you have
25   been employed by the university as a graduate

Page 232

1    teaching assistance, were you also under
2    contract, verbal contract with Geoestudios to
3    perform litigation related analyses?
4        A.  I was working for Geoestudios to do
5    engineering analysis.  Not any litigation
6    related analysis.
7        Q.  You understood when you were
8    employed by Geoestudios to do geotechnical
9    analyses that that was for purposes of this
10   litigation, didn't you?
11       A.  Yes.
12       Q.  You've testified that Professor
13   Raymond Seed is your Ph.D. advisor if I
14   remember correctly.
15       A.  Correct.
16       Q.  Has Professor Seed informed that you
17   are working for Dr. Bea on this litigation?
18       A.  I am working for Geoestudios.
19       Q.  You're taking direction directly
20   from Dr. Bea as part of the project for
21   Geoestudios; correct?
22       A.  Correct.
23       Q.  So in that sense you're working for
24   Dr. Bea; correct?
25       A.  Okay.

**JOHNS, PENDLETON COURT REPORTERS**              **504 219-1993**

**DIEGO COBOS-ROA, FINAL**                    **April 10, 2012**

---

Page 233

1    Q.  You're not being paid directly by
2  Dr. Bea; correct?
3    A.  Correct.
4    Q.  But you're being paid indirectly by
5  Dr. Bea; correct?
6    A.  Correct.
7    Q.  There's no other source of funding
8  for the work that you're doing than Dr. Bea,
9  correct?
10    A.  Correct.
11    Q.  And that money is being funneled
12  through Geoestudios to you from Dr. Bea.
13  Correct?
14    A.  Correct.
15    Q.  And that's at the same time that
16  you're employed by the university as a
17  graduate teaching assistance, graduate
18  teaching assistant; correct?
19    A.  Correct.
20    Q.  Do you know if you have a J1 student
21  visa?
22    A.  No.
23    Q.  What is your visa?
24    A.  1.
25    Q.  F1?

---

Page 234

1    A.  Yes.
2    Q.  Do you know how much Dr. Bea has
3  been compensated for his work in the Katrina
4  related litigation?
5    A.  I have no idea.
6    Q.  Would you be surprised to learn that
7  it's $2 million?
8    A.  I don't care.
9    Q.  You weren't aware of that?
10    A.  I was not aware of that.
11    Q.  Have you applied for a formal status
12  of severe economic hardship for purposes of
13  employment in this country under your student
14  F1 visa?
15    A.  No, I don't know what that figure is
16  actually.
17    Q.  Have you ever engaged in any other
18  paid consulting work during the period of time
19  that you have been in this country?
20    A.  Yes, I worked for a short period of
21  time.
22    Q.  And who were you employed by?
23    A.  I was employed by URS.
24    Q.  And when was that?
25    A.  2007.

---

Page 235

1    Q.  2007?
2    A.  Yes, sir.
3    Q.  And what was your employment
4  relationship with URS at that time?
5    A.  I was a staff engineer.
6    Q.  Was that a full time position?
7    A.  Yes.
8    Q.  And for how long did that employment
9  last?
10    A.  About a year.  About one year, yes.
11    Q.  Are you a Geoestudios employee at
12  this time?
13    A.  I perform work for Geoestudios.  I
14  do not have a monthly salary.  We -- if
15  there's a project where they need my help we
16  come to an agreement, perform the task that is
17  are needed and I get paid for the tasks I
18  performed.
19    Q.  Do you know how many employees
20  Geoestudios has?
21    A.  I do not, no.
22    Q.  Do you know if they have any
23  employees other than yourself?
24    A.  Yes, they do.
25    Q.  Do you know whether they have 10

---

Page 236

1  employees in addition to yourself?
2    A.  I cannot give you a number.  I don't
3  know.
4    Q.  You have been friends with the
5  principal owner of Geoestudios, right?
6    A.  Yes.
7    Q.  Dr. Vera?
8    A.  Yes.
9    Q.  Since 2006 I think you said?
10    A.  I said '5, I think.
11    Q.  2005?
12    A.  Yes.
13    Q.  And it's since that time you have
14  never had any occasion to discuss with him how
15  many people he employs as president of
16  Geoestudios?
17    A.  I haven't had the need to.
18    Q.  Do you know of any other UC Berkeley
19  students that are employed by Geoestudios?
20    A.  I believe none.
21    Q.  Do you know if Geoestudios employed
22  any other person who is are resident in this
23  country?
24    A.  Not to my knowledge.
25    Q.  You previously testified that you

---

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 237

1  were involved in some drilling and sampling
2  performed by the ILIT team.  Correct.  Yes,
3  sir.
4      Q.   And you have testified that you
5  logged some of the holes that were drilled
6  during that investigation, correct?
7      A.   Correct.
8      Q.   Do you recall whether you applied
9  any particular ASTM method when you logged
10 those holes?
11     A.   Yes, there is one, and this moment I
12 do not recall the number but it's visual --
13 I'm sorry, classification of soils.
14     Q.   Is that the USCS classification?
15     A.   Yes, we classified every single
16 sample we recovered using the USCS
17 classification system.
18     Q.   Based upon visual inspection?
19     A.   At first during the field work,
20 yes.
21     Q.   Did you taste any of the soils as
22 part of that investigation?
23     A.   I did not.
24     Q.   Did anyone else who was involved in
25 that investigation taste those soils?

Page 238

1      A.   I didn't see.
2      Q.   Have you ever seen anyone taste
3  soils as part of a field investigation?
4      A.   Yes.
5      Q.   Who?
6      A.   Colleagues of mine down in
7  Columbia.  That's actually something you
8  shouldn't do.
9      Q.   Had you ever been on a drilling
10 project before you were assisted in logging
11 holes with the IHNC?
12     A.   Yes.
13     Q.   How many times had you been on a
14 drilling project before that?
15     A.   More than 20.
16     Q.   Had you ever logged a hole before?
17     A.   Yes.
18     Q.   How many times had you logged holes?
19     A.   More than I can remember.  Very
20 likely as I just mentioned more than 20 times
21 I was in a drilling project, I was involved in
22 logging.
23     Q.   Do you recall what method of
24 drilling was used at the IHNC?
25     A.   I believe we used -- I'm sorry, I

Page 239

1  can't recall right now.
2      Q.   On the more than 20 prior occasions,
3  before you went to New Orleans as part of the
4  ILIT investigation, what was your drilling
5  experience in terms of the types, methods of
6  drilling?
7      A.   Simple other than SPT sampling.  I
8  know in different cases we also took thin wall
9  samples using Shelbys.  And yeah, that's
10 basically it.
11     Q.   Do you know the difference between
12 solid stem augering and hollow stem augering?
13     A.   Yes.
14     Q.   Had you ever been involved in solid
15 stem augering prior to the ILIT
16 investigation?
17     A.   Yes.
18     Q.   On how many occasions had you been
19 involved with solid stem augering?
20     A.   I don't recall.
21     Q.   More than 20 times?
22     A.   No.
23     Q.   Fewer than 10?
24     A.   I do not recall.
25     Q.   I believe you testified that you

Page 240

1  performed some vein shear tests at the EBIA.
2  Is that correct?
3      A.   That is correct.
4      Q.   Had you ever performed any vein
5  shear tests prior to going to New Orleans in
6  2006?
7      A.   As part of a laboratory field class,
8  yes.
9          MR. OWEN:
10         One moment.
11         (Whereupon a discussion was held
12      off the record.)
13 EXAMINATION BY MR. SMITH:
14     Q.   So prior to going to New Orleans you
15 had performed a vein shear test as part of a
16 class you took at UC Berkeley?
17     A.   Correct.
18     Q.   Did you have any other experience
19 with vein shear tests prior to going to New
20 Orleans?
21     A.   No, sir.
22     Q.   Did you perform any other laboratory
23 tests as part of the ILIT investigation?
24     A.   Yes.
25     Q.   What laboratory tests did you

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

---

Page 241

1   perform as part of the ILIT investigation?
2       A.  We performed miniature lab vein.  We
3   also did index testing, particular moisture
4   contents, cement analysis, utter /PWERG
5   /PHEPBTS.  I believe the team also performed
6   strain testing even though I do not recall
7   being involved in those.
8       Q.  When you say "we performed", are you
9   referring to you and the group of UC Berkeley
10  students that were involved in the ILIT --
11      A.  Yes.
12      Q.  Did you perform those tests after
13  you returned to UC Berkeley?
14      A.  Yes.
15      Q.  At UC Berkeley have you taken any
16  seepage courses?
17      A.  I audited one.  I had already taken
18  my seepage classes as an undergrad.
19      Q.  And that was in Columbia?
20      A.  Yes, sir.
21      Q.  So since you have been in the United
22  States you have not taken any seepage courses
23  for credit; is that correct?
24      A.  That's correct.
25      Q.  Do you recall who taught the class

---

Page 242

1   that you audited?
2       A.  Professor Patsick.
3       Q.  As part of that seepage course that
4   you audited, did you perform any of the class
5   work assignments?
6       A.  Yes.
7       Q.  Did you have any steady state seepage
8   seepage assignments as part of that class?
9       A.  Yes.
10      Q.  And just what semester, what year
11  was that course that you audited?
12      A.  Fall semester 2005.
13      Q.  Do you recall whether you did any
14  transient seepage analyses as part of that
15  seepage course that you audited?
16      A.  No.
17      Q.  Prior to that class in 2005, had you
18  performed a steady state seepage analysis as
19  part of any of the projects that you were
20  involved in in Columbia?
21      A.  No.
22      Q.  Prior to your involvement with the
23  ILIT investigation in 2006, how many steady
24  state seepage analyses, if any, had you
25  performed?

---

Page 243

1       A.  Outside the class, none.
2       Q.  Prior to your involvement with ILIT
3   in 2006 had you ever performed a transient
4   seepage analysis?
5       A.  No.
6       Q.  Prior to your work with Professor
7   Bea related to this litigation, how many
8   steady state seepage analyses had you done?
9       A.  I cannot give you an exact number
10  you, but it was the ILIT analysis.  I was very
11  much involved in those.
12      Q.  Was this a group process?
13      A.  It was.
14      Q.  So you hadn't personally
15  independently performed any seepage analyses
16  prior to being employed by Professor Bea in
17  this case is that correct?
18      A.  That's correct.
19      Q.  What software did you use in the
20  seepage course that you audited?
21      A.  We did it by hand or -- actually
22  Excel.
23      Q.  When did you learn how to operate
24  Seep/W?
25      A.  At the start of the ILIT project.

---

Page 244

1       Q.  Do you recall whether that was a
2   full commercial version or a student version
3   of the Geoestudios software?
4       A.  I believe I downloaded the free
5   student version that allows you to perform
6   simplified analysis.  Yeah.
7       Q.  And that student version only offers
8   a steady state function.  Correct?
9       A.  Correct.
10      Q.  You can't do transient analyses with
11  that, can you?
12      A.  Right.
13          MR. SMITH:
14          Let's take a break.
15          VIDEO OPERATOR:
16          We're going off the record.  The
17  time is 3:06.
18      (Recess.)
19          VIDEO OPERATOR:
20          Returning to the record, it's
21  3:15.  This is the start of tape 6.
22  EXAMINATION BY MR. SMITH:
23      Q.  Mr. Cobos-Roa, I asked you about
24  your experience with Seep/W prior to your
25  involvement with Dr. Bea in this litigation.

---

JOHNS, PENDLETON COURT REPORTERS            504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 245

1   Let me ask you the same question about your
2   use of Slope/W.  What was your experience
3   using Slope/W prior to your involvement in
4   working for Dr. Bea on this litigation?
5       A.  I had used Slope/W quite extensively
6   before coming to the U.S.
7       Q.  Did you use that while you were in
8   your -- involved in your undergraduate studies
9   in Columbia?
10      A.  Yes, and after graduating I worked
11  for a consulting company for about four years
12  down there.
13      Q.  What software -- I'm --
14      MR. OWEN:
15          Bill, I'm sorry.  Why don't you
16      make the correction.
17      THE WITNESS:
18          Yeah, I said four, not 40.
19      MR. OWEN:
20          Misspoke.
21      MR. SMITH:
22          I understood it to be four.
23      MR. OWEN:
24          Thank you.
25  EXAMINATION BY MR. SMITH:

Page 246

1       Q.  It sounded like "40", but looking at
2   you, I guessed that you meant four.
3       A.  Thank you.
4       Q.  You described the two reports that
5   are Exhibits 8-A and 8-B in this deposition as
6   your Phase 1 and Phase 2 studies.  What
7   software did you use, you personally use for
8   these studies?
9       A.  For the Seep and Slope/W.
10      Q.  Seep/W and Slope/W?  Did you use any
11  other?
12      A.  We used the Plaxis.
13      Q.  I say you personally.  Because I
14  know sometimes you slip into a "we" and I am
15  not sure who "we" is.
16      A.  Right.  I am sorry again.
17      Q.  Did you perform any Plaxis analyses
18  personally?
19      A.  I did not.
20      Q.  So you only performed Seep/W and
21  Slope/W analyses?
22      A.  Correct.
23      Q.  Correct?  Are you aware of anyone
24  else other than yourself who did Seep/W and
25  Slope/W analyses as part of the work that Dr.

Page 247

1   Bea relies on in his expert reports?
2       A.  I am not aware.
3       Q.  And then I take it that means that
4   the Seep/W and Slope/W analyses that are in
5   your two reports, that is, the Geoestudios two
6   reports, were performed by you alone; correct?
7       A.  Yes.
8       Q.  You've previously testified, if I
9   recall your testimony, that the cross sections
10  that were the basis of your Seep/W and Slope/W
11  analyses in your Phase 1 and Phase 2 studies
12  were provided to you by others.  Is that
13  correct?
14      A.  Not entirely.
15      Q.  Okay.  Explain what part of that's
16  not correct.
17      A.  Phase 2 cross sections were provided
18  to us by others.  Phase 1's cross sections
19  were created after reviewing exists sections
20  from the ILIT and IPET and other available
21  reports.
22      Q.  So the Phase 1 cross sections were
23  created by you?
24      A.  With interaction from Dr. Bea.
25  Constant interaction.

Page 248

1       Q.  Would it be fair to say that the
2   Phase 1 analyses are no longer valid to the
3   extent that they're based on the cross
4   sections that do not reflect the conditions
5   that you've learned about as part of your
6   Phase 2 studies?
7       A.  That's fair.
8       Q.  I understand that your opinion is
9   that the Phase 2 studies are more accurate,
10  the cross sections that form the basis of your
11  Phase 2 studies are more accurate
12  representation of conditions at the EBIA.  Is
13  that correct?
14      A.  Yes, sir.
15      Q.  And those cross seconds were
16  provided to you by others, correct?
17      A.  Yes.
18      Q.  And those are the cross sections in
19  your report that were your inputs into Seep/W
20  and Slope/W for your analyses, correct?
21      A.  Yes.
22      Q.  That's one of the first steps that
23  you have to undertake, when I say you, any
24  operator of these two software programs has to
25  define the site geometry, correct.  Correct.

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                              April 10, 2012

Page 249

1      Q.   And the results of any analyses are
2   dependent upon a correct site geometry;
3   correct?
4      A.   Correct.
5      Q.   So the outputs are valid only for
6   the particular site geometry that is defined
7   as an input for that program.  Correct?
8      A.   Correct.
9      Q.   And they don't reflect values, the
10  output, I say they, the output values you get
11  for Seep/W and Slope/W, don't reflect flow,
12  pore pressures, deformation, for conditions
13  other than the conditions that are specified
14  in the cross section and the material
15  properties that are input into those two
16  software programs.  Isn't that correct?
17     A.   That is correct.
18     Q.   How are the other -- well, let's
19  specify.  Let's talk about the boundary
20  conditions.  Who selected the boundary
21  conditions for the Seep/W analyses that are
22  described in Exhibit 8-B, your 2012 report?
23     A.   The main boundary condition is
24  obviously the hydrograph from the storm and
25  that was provided to Geoestudios by Dr. Bea.

Page 250

1   Other boundary conditions, for example, review
2   notes on the land side ground surface, are --
3   were, sorry, specified by Geoestudios and
4   checked with Dr. Bea.
5      Q.   When you say specify -- you have
6   said this often.  I think you specified
7   Geoestudios.  That's you, right when?  When
8   you say something was done by Geoestudios, is
9   that synonymous with saying "I did it" for
10  purposes of these studies?
11     A.   It is, but it's also checked and
12  confirmed by the other member of the
13  Geoestudios team which is Dr. Xavier Vera.
14     Q.   So how does that check occur?  Do
15  you actually, you know, set up the inputs, the
16  parameters, you specify the boundary
17  conditions, specify the material properties,
18  and then run the program and then show the
19  inputs and the outputs to Dr. Vera?  Is that
20  how that quality assurance occurs?
21     A.   Not quite.  The first thing is to
22  show not only Xavier Vera, but also Dr. Bea
23  the cross section itself.  And before losing
24  time and potentially flawed analysis, we have
25  -- we come to an agreement between Dr. Bea

Page 251

1   and Geoestudios that the cross section is
2   right to the best of our knowledge and
3   capacity.  Once the cross section has been
4   let's call it approved, now we specify the
5   boundary condition so we say, okay, here we
6   are going to apply the hurricane search to
7   these nodes, the land side we are applying
8   this type of boundary condition and the ground
9   surface we are applying this boundary
10  condition.  Once again, that is approved by
11  Dr. Bea and then now we can proceed to run the
12  models.
13     Q.   But with respect to your 2012 study,
14  Exhibit 8-B, you didn't need to run those by
15  Dr. Bea, right?  Because those were given to
16  you.  You were given the cross sections that
17  formed the foundation of your 2012 report,
18  correct?
19     A.   Right.
20     Q.   So you understood that those had
21  already been approved by Dr. Bea.  Correct?
22     A.   Yes.
23     Q.   So you didn't need to do any of
24  that.  So you received the cross sections.
25  Did you apply any independent engineering

Page 252

1   judgment with respect to those cross
2   sections?
3      A.   No.
4      Q.   It wasn't your -- within your -- it
5   wasn't your responsibility to determine
6   whether those cross sections reflected any
7   particular conditions that existed at the IHNC
8   in two you this five.  Is that a fair
9   statement?
10     A.   Yes.
11     Q.   Okay.  You've described the IHNC
12  hydrograph as the main boundary condition for
13  your Seep/W analyses.  And depend, I just want
14  this line of questions, if I don't say
15  otherwise, I am asking solely about your 2012
16  study, not the 2011 study.
17     A.   Yes, sir.
18     Q.   You described the hydrograph as the
19  main boundary condition.  What are the other
20  boundary conditions that were specified for
21  your Seep/W analysis?
22     A.   Very well.  Along the land side
23  ground surface we specified what's called a
24  review node or a potential seepage phase.  The
25  idea of that type of boundary condition is to

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 253

1  have the fine element mesh review, essentially
2  each calculation step to ensure that the --
3  that there's no ponding of water above the
4  elevation of the ground surface.  So if the
5  computed hit /TPWEUS program are giving values
6  of total hit higher than the elevation of the
7  ground surface, those nodes along the ground
8  surface are set to pressure head of zero,
9  meaning that there's no water ponding on the
10 land side.  That's the second boundary
11 condition we used.  The third boundary
12 condition we used was a land side edge
13 boundary condition.  And that was applied on
14 the vertical edge located I believe 1,000 feet
15 away from the levee for all the cross sections
16 and if I remember correctly, that value was
17 set to a boundary condition of a hotel hit
18 equal to the elevation of the ground surface
19 on the vertical edge on the land side
20 profile.
21     Q.  Okay.  You have specified three, if
22 I am correct, and maybe I missed one, maybe
23 there's four.  The main one was the high
24 high.  The second one I got was your land side
25 review nodes.  The third one was your vertical

Page 254

1  edge on the land side boundary.  Correct?
2     A.  Correct.
3     Q.  And I guess is there a fourth one,
4  the vertical edge on the canal side?
5     A.  No.  On the canal side vertical edge
6  I believe we applied the same hurricane type
7  --
8     Q.  Just the surge functions as one
9  boundary condition on the west side?
10    A.  Yes.
11    Q.  Okay.  What about material
12 properties of the subsurface soils?  Is that
13 an input that has to be specified for Seep/W?
14    A.  Yes.
15    Q.  And who specified those material
16 properties?
17    A.  The material properties for the
18 swamp layer were provided to us by Dr. Bea.
19    Q.  And what properties were you -- did
20 you have to have to run your Seep/W for the
21 swamp layer?
22    A.  The main property was the saturated
23 hydraulic conductivity.
24    Q.  And was there another property other
25 than saturated --

Page 255

1     A.  Right.
2     Q.  /SR-RS?  Was that one, too, that you
3  had to have?
4     A.  Yes.  And once again, we used the
5  value --
6     Q.  Provided by Dr. Bea?
7     A.  Provided by Dr. Bea.
8     Q.  Okay.  What about for the other
9  layers?  What about for the fill layers?  Who
10 set those property values?
11    A.  For the other layers, particularly
12 the fill layers, since we did not have any lab
13 data, we assumed hydraulic conductivity values
14 for a coarse sand to show a contrasting
15 saturated hydraulic conductivity between that
16 specific layer and the surrounding clay
17 layers.
18    Q.  Did you assume for purposes of your
19 Seep/W analysis that the fill was in a
20 saturated condition?
21    A.  I do not recall.  Sorry, I don't
22 recall.
23    Q.  Do you recall whether Seep/W -- Do
24 you recall what materials, if any, and when I
25 say "materials", the various soil units in

Page 256

1  your cross section were treated as
2  unsaturated?
3     A.  I believe we specified a soil water
4  characteristic curve for all the materials we
5  used.  Therefore, it is up to the program
6  based on the initial conditions to estimate
7  whether it's -- I'm sorry, saturated or
8  unsaturated, and once again that's based on an
9  initial steady state model we run to simulate
10 the initial conditions or pre-hurricane
11 conditions.
12    Q.  As I understand it, and correct me
13 if I am wrong, one of the very first boxes you
14 have to check when you open up your Seep/W to
15 perform an analysis is whether you're going to
16 do a steady state or transient analysis.  Is
17 that correct?
18    A.  That's correct.
19    Q.  Do you recall which box you checked
20 for the studies that you ran as part of this
21 2012 investigation?
22    A.  Once again, the initial conditions
23 are achieved by running a steady state
24 analysis.  So the first check has to be done
25 using steady state.  After that, we performed

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                          April 10, 2012

Page 257

1    a transient analysis and therefore the
2    transient box has to be checked.
3        Q.  And so the results that you report
4    in your study, are those reports based on the
5    transient analyses?
6        A.  Yes.
7        Q.  Do you know whether any of the
8    materials, and when I say "materials", any of
9    the soil units in your cross section,
10   underwent a change in saturation during the
11   run?
12       A.  I do not know.  I can think of the
13   surficial layers that were above the initial
14   conditions specified with steady state
15   simulations for unsaturated and as the storm
16   was acting on top of those surface layers on
17   the water side, moisture conditions and,
18   therefore, saturation conditions of those
19   surface layers might have changed, yes.
20       Q.  And would that have been dependent
21   upon the hydraulic conductivity values you
22   assigned for those soil units?
23       A.  Yes.
24       Q.  Do you know if any of the soil units
25   underwent expansion during wetting as part of

Page 258

1    your model runs?
2        A.  We did not model expansion or
3    contraction.
4        Q.  Do you know if any of the materials
5    experienced hydrocompression upon wetting?
6        A.  The models we performed do not
7    account for that.
8        Q.  Okay.  Do you know whether -- did
9    you -- Did you do any model runs using Seep
10   3D?
11       A.  Not for this project.
12       Q.  When you say "not for this project",
13   you mean not for either of your what you have
14   described -- either what's been marked
15   Exhibits 8-A and 8-B?
16       A.  That's correct.
17       Q.  Okay.  For your work with Dr. Bea,
18   have you used the Seep 3D software?
19       A.  Yes, we used it for a paper.
20       Q.  When was that?
21       A.  2009, early 2009.
22       Q.  And are those the files that were
23   lost when your hard drive was lost and your
24   computer was stolen?
25       A.  Yes, sir.

Page 259

1        Q.  Do you know if Seep 3D is
2    commercially available?
3        A.  It is not.
4        Q.  Do you know when it was withdrawn
5    from the market?
6        A.  I do not know.
7        Q.  Do you know why it was withdrawn
8    from the market?
9        A.  No, sir.
10       Q.  As part of your studies at UC
11   Berkeley, have you ever used Seep 3D?
12       A.  No.
13       Q.  Have you ever used Seep 3D in any
14   other context other than your study with Dr.
15   Bea?
16       A.  No.
17       Q.  Are you aware of other 3D seepage
18   programs that are now available?
19       A.  Yes.
20       Q.  Have you ever used any of them?
21       A.  No, I have seen them.
22       Q.  But you have never used any of them?
23       A.  I have not used them.
24       Q.  I think you testified that you set
25   the boundary on the land side, the vertical

Page 260

1    boundary on the land side at 1,000 feet from
2    the -- is that from the floodwall?
3        A.  I believe so, yes.
4        Q.  If that boundary was moved closer to
5    the floodwall, do you know if that would
6    increase the exit gradient and uplift
7    pressures?
8        A.  I do not know.  I would have to run
9    numbers, but no, I do not know.
10       Q.  Do you know if it was brought
11   substantially closer, you know, if it was only
12   three hundred feet away from the floodwall, do
13   you know whether that would increase or
14   decrease the exit gradient and uplift
15   pressures?
16       A.  I think it will depend on the value
17   of head that's specified on this vertical
18   edge.  The idea behind having it so far away
19   or relatively far away from the -- from the
20   floodwall is to essentially avoid the values
21   from this very far away edge into having any
22   influence on the area beneath the levee and
23   the land side to see areas.
24       Q.  I believe you specified, though,
25   that you set the total head at the land side

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 261

1   at the ground surface. Is that correct?
2       A.  Can you please repeat the question?
3       Q.  Maybe I misunderstood your prior
4   testimony but I thought when Mr. Treeby was
5   asking you questions about this earlier that
6   you said you set the head, the total head at
7   the land side at the ground surface
8   elevation.
9       A.  Do you mean for the vertical edge?
10      Q.  Yes.
11      A.  Yes.
12      Q.  So if you set, if you used the
13  ground elevation as your total head value and
14  you moved that boundary closer to the
15  floodwall, --
16      A.  Uh-huh (affirmatively).
17      Q.  -- do you know whether that would
18  increase or decrease the exit gradient and
19  uplift pressures?
20      A.  I don't.
21      Q.  Okay.  Dr. Bea's told us previously
22  that he's an old school guy and he does these
23  calculations by hand much as you did in your
24  course when you had a spreadsheet to use.  He
25  goes back before the spreadsheet, to the

Page 262

1   desktop calculator.  But were there any input
2   parameters for Seep/W or Slope/W that you
3   independently specified without direction from
4   Dr. Bea or anyone else?
5       A.  No.
6       Q.  Do you know -- Seep/W has a pull
7   down menu for particular soil units.  Is that
8   correct?
9       A.  Yes.
10      Q.  Do you know whether you used the
11  silty sand option from the Seep/W pull down
12  menu to characterize the swamp marsh layer in
13  the cross section in your 2012 study?
14      A.  To characterize which parameter?
15      Q.  To characterize the hydraulic
16  conductivity.  The hydraulic conductivity
17  function.
18      A.  Okay.  Yes, that function is used to
19  characterize, as you point out, the hydraulic
20  conductivity function on the unsaturated pore
21  pressure regime, which means that if -- if a
22  node within this layer is above the initial
23  water table, the program using that function
24  you are talking about will assing -- I'm
25  sorry, should I stop?

Page 263

1       Q.  No, no.  I am telling him to stop.
2   Sorry.  I can't hear you with him whispering
3   in my ear.
4       A.  All right.
5       Q.  Go ahead.  I'm sorry.  I apologize.
6       A.  That's fine.  So as I was saying,
7   this function, and I believe you actually are
8   referring to the soil water characteristic
9   curve, which is a function used in Seep/W to
10  assign values of unsaturated hydraulic
11  conductivity, that's used for a node or for a
12  region that's above the initial water table
13  and, therefore, saturate -- I'm sorry,
14  unsaturated.  As we have pointed out before,
15  we specified the initial condition above this
16  swamp layer, therefore it was saturated at all
17  times, in that soil water characteristic curve
18  was essentially non-important in computing
19  values of hydraulic conductivity.
20      Q.  What was the significance then of
21  using the silty sand option on Seep/W for
22  characterizeing the organic clay if the
23  organic clay was in a saturated condition?
24      A.  Right.  My -- I guess by default you
25  specified this -- this type of constitutive

Page 264

1   model so the speak of saturated/unsaturated
2   option just in case the hydraulic loading you
3   are about to impose to the profile leads to an
4   unsaturated behavior of the layer.  On the
5   other hand, if you simply assign a hydraulic
6   conductivity to the saturated value, you would
7   have flow velocities on flow quantities or
8   heads being developed at the same rate below
9   the phreatic surface or the saturated area and
10  above the phreatic surface or the unsaturated
11  area.  That's the importance of doing this
12  procedure.
13      Q.  Who -- did you discuss with anyone
14  prior to choosing the silty sand option in the
15  way we have just discussed, did you discuss
16  that selection with anyone else?
17      A.  Dr. Bea.
18      Q.  And what was Dr. Bea's appreciation
19  of the use of the various drop down menu
20  options in Seep/W, if you know?
21          MR. OWEN:
22          Let me object to the extent --
23          Robin, are you inquiring about
24          specific communication between --
25          MR. SMITH:

66 (Pages 261 to 264)

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

| Page 265 |
| --- |

1          No, I am asking him what he knows
2     about Dr. Bea's appreciation of the
3     various options in Seep/W.
4          MR. OWEN:
5          Okay.  Independent of that.
6     Okay.  Don't discuss any conversations
7     that you had.
8          THE WITNESS:
9          I do not know what Dr. Bea
10     thought about all the drop down menus
11     in the program.
12     EXAMINATION BY MR. SMITH:
13     Q.  But he approved that selection?
14     A.  Yes, sir.
15     Q.  In your Seep/W modeling did you use
16     the volumetric water content as the basis for
17     calculating hydraulic conductivity?
18     A.  Yes.
19     Q.  And who made that decision?
20     A.  That was again discussed and
21     approved by Dr. Bea.
22     Q.  Were you instructed to use a value
23     of compressibility of -- Okay.  That's already
24     been discussed.  In Dr. Bea's rebuttal report,
25     which I think you have seen, he states that

| Page 266 |
| --- |

1     the seepage values were modeled with, quote,
2     "time dependent hydraulic loading" and in
3     parentheses he says this phrase, "rising and
4     falling surge water elevation", close paren,
5     close quote.  Did you in fact perform your
6     seepage analysis using a rising and falling
7     hydrograph?
8     A.  I think we only improved the rising
9     part.
10     Q.  In Dr. Bea's rebuttal report he
11     states that the seepage analyses were modeled
12     for saturated only conditions and I think
13     that's one of the options in the Seep/W, you
14     can either do saturated only or saturated or
15     unsaturated.  Is that a correct description of
16     your Seep/W analyses?
17     A.  For the swamp layer, yes.
18     Q.  Did you use the saturated,
19     unsaturated option for characterizing the
20     interdistributary clay?
21     A.  I do not recall.  I do not recall.
22     Sorry.
23     Q.  Okay.  Do you know what effect
24     choosing the saturated unsaturated option for
25     the interdistributary clay would have in your

| Page 267 |
| --- |

1     model outputs as opposed to selecting the
2     saturated only option?
3     A.  To my knowledge there would not be
4     an effect.
5     Q.  What about with respect to the
6     option for characterizing the orphanic clay
7     layer, what he calls the swamp marsh layer?
8     Do you know what the impact of selecting the
9     saturated only condition has in your model run
10     outputs?
11     A.  Right.  Once again, we assume that
12     the initial -- under the initial conditions
13     specified, this /TPHAEU will be saturated to
14     begin with.  Therefore, unsaturated properties
15     of this layer are unimportant.
16     Q.  And you would -- would you agree or
17     do you have a basis for knowing whether the
18     low -- whether the interdistributary clay was
19     saturated or unsaturated?
20     A.  Well, it's been under water for
21     decades.
22     Q.  It's probably saturated; correct?
23     A.  It's probably thoroughly saturated.
24     Q.  So do you think it would be
25     appropriate to select the saturated

| Page 268 |
| --- |

1     unsaturated option for characterizeing the
2     interdistributary clay in your modeling?
3     A.  It's an extra step, but it is
4     irrelevant if you do.
5     Q.  I thought you previously told me you
6     didn't know what the impact would be of
7     selecting one option versus the other option
8     for the interdistributaroy clays /SR-RS?
9          MR. OWEN:
10          Objection.  Misstates his
11     testimony.
12     EXAMINATION BY MR. SMITH:
13     Q.  Is it your testimony now that it
14     wouldn't make any difference in your model
15     outputs regardless of how you characterized
16     that soil?
17     A.  For the big case you mean?
18     Q.  Interdistributary clays.
19     A.  The dip clays, okay.
20          MR. OWEN:
21          Do -- Are we all on the same page
22     as to what clays we are talking about?
23          MR. SMITH:
24          That is not an objection.  You
25     can listen.

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 269

```
 1          MR. OWEN:
 2      I just --
 3          MR. SMITH:
 4      You can listen.  You cannot talk.
 5          MR. OWEN:
 6      I don't want there to be any
 7   confusion, Robin.  That's all.  That's
 8   all.
 9          MR. SMITH:
10      The witness has the question.
11   EXAMINATION BY MR. SMITH:
12      Q.  If you don't understand my question,
13   Mr. Cobos-Roa, you'll ask me; right?
14      A.  Yes.
15      Q.  Okay.
16          MR. OWEN:
17      Can you please repeat the
18   question?
19   EXAMINATION BY MR. SMITH:
20      Q.  Is it your testimony now that it
21   would not make any difference in your model
22   outputs regardless of whether you
23   characterized the interdistributary clay layer
24   using either the saturated unsaturated option
25   or the saturated only option in Seep/W?
```

Page 270

```
 1      A.  If the layer remains saturated,
 2   there should be no difference.
 3      Q.  Do you know whether it makes any
 4   difference which option is chosen for the
 5   lower organic clay layer?
 6      A.  Can you please repeat the question?
 7      Q.  Do you know whether it would make a
 8   difference for the same question for the lower
 9   organic clay layer?
10      A.  Correct.  The initial conditions we
11   set before applying the hurricane storm or the
12   hydrograph from the hurricane was that this
13   swamp layer, organic clay layer was saturated
14   to begin with.  Therefore, the unsaturated
15   properties of this layer do not matter.
16      Q.  That wasn't my question.  Did you --
17   Will you answer my question?
18      A.  I thought I had so.
19      Q.  The question is, do you know whether
20   it would make a difference if you chose the
21   other option for characterizing the lower
22   organic clay?  Would it make a difference in
23   your model run outputs?
24      A.  I believe it shouldn't.
25      Q.  It should not?
```

Page 271

```
 1      A.  Yes.
 2      Q.  Based on what you know about soil
 3   mechanics and the use of the saturated only
 4   option in the Seep/W and what we've previously
 5   discussed here today about the zero void ratio
 6   change, do you believe that those assumptions
 7   about the lower organic clay are consistent
 8   with the use of undrained strength
 9   parameters?
10      A.  Sorry, just give me a minute.  We
11   used undrained shear strength parameters for
12   all layers except the swamp and the sands.
13   For those /STRAU we did use drained shear
14   strength parameters and yes, I believe it is
15   consistent.
16      Q.  You believe it's consistent to
17   characterize the swamp layer using undrained
18   strength parameters even though you have
19   previously testified it's in a drained
20   condition; correct?
21      A.  For this --
22      Q.  Not undrained condition.  Sorry.
23      A.  We used drained strength parameters
24   for the swamp.
25      Q.  Did you previously analyze that
```

Page 272

```
 1   using undrained?
 2      A.  Yes, we did.
 3      Q.  Why did you change from undrained to
 4   drained?
 5      A.  Because this time we -- well, we
 6   obviously were trying to see the difference
 7   between -- what the results were undrained
 8   versus drained, but at the same time the
 9   premise of the models were -- were that water
10   pressures were able to be transported or
11   transmitted across this swamp layer,
12   therefore, drain parameters could be used.
13      Q.  So in other words, you called it a
14   premise, but I take it then that the goal of
15   the way you set up your Seep/W was to see if
16   you could transmit pore pressures from the
17   flood side to the protected side.  Is that
18   correct?
19      A.  Yes, sir.
20      Q.  Let's talk about the Jourdan Avenue
21   Canal.  That's included in the cross section
22   that you have modeled; correct?
23      A.  Correct.
24      Q.  Dr. Bea has stated in his rebuttal
25   report on page -- in paragraph 137 "Based upon
```

68 (Pages 269 to 272)

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 273

1  these analyses --" And I probably should look
2  to see what these analyses are.
3       MR. OWEN:
4       Do we have extra copy, Robin, or
5  something that we can refer to?
6       MR. SMITH:
7       I don't have an extra copy.
8       MR. OWEN:
9       Hold on. I have it on my
10  laptop.
11      THE WITNESS:
12      We're on page 99. Or 100.
13  EXAMINATION BY MR. SMITH:
14      Q.  Okay. I think this might actually
15  be in the exhibit.
16      A.  No, this sentence of paragraph 136.
17      Q.  It doesn't have paragraph 137? I
18  thought he asked you about this. Okay. Well,
19  I will just read you then -- I'll read you
20  what precedes --
21      MR. TREEBY:
22      Here.
23      (Counsel hands document to
24  Witness.)
25      THE WITNESS:

Page 274

1       Thank you.
2  EXAMINATION BY MR. SMITH:
3       Q.  Okay. You have it here. Let me
4  begin with the third sentence in the paragraph
5  137. Starts with "Therefore, I, with the
6  assistance of Mr. Diego Cobos-Roa, performed
7  several hydraulic conductivity analyses using
8  different materials to assess its potential
9  effect on the results. Based on these
10  analyses, I concluded that this culvert was
11  far enough from the area involved in
12  development of the lateral stability failure
13  that it did not have a significant influence
14  on the results from this lateral stability
15  analyses." And then he references figures 44
16  and 45. Mr. Cobos-Roa, did you do any
17  sensitivity analyses to determine whether the
18  location of the Jourdan Avenue Canal was far
19  enough from the levee to determine whether it
20  would have any influence on the stability of
21  the levee and floodwall?
22      A.  No.
23      Q.  Do you agree with this statement?
24      A.  Yes.
25      Q.  What's the basis for your

Page 275

1  agreement?
2       A.  The computed failure surfaces using
3  the Slope/W and also the field evidence points
4  out to a failure contained in the area between
5  the floodwall and Jourdan Avenue. So I -- it
6  is my understanding that this /KAPL is far
7  enough away from the failed zone for it to
8  have -- to have had an influence on the
9  instability of the section.
10      Q.  What field evidence are you
11  referring to?
12      A.  Post -- Post-hurricane photographs.
13  I never saw a photo of the failed surface or
14  the post displaced soil mass all the way out
15  to the Jourdan Avenue Canal.
16      Q.  How does that have any influence --
17  How does that tell you anything -- How does
18  that tell you anything about your modeling?
19  How does field evidence tell you whether your
20  model is set up correctly?
21      A.  Well, you decide whether you model
22  and what you don't model. If there's a /POUR
23  /-FL a thousand feet away and you feel or you
24  -- you think that does not have an influence
25  on the failure, you do not model it.

Page 276

1       Q.  Were you able to see the toe of the
2  failure surface in any of the photographs that
3  you examined?
4       A.  No, it was under water.
5       Q.  How did you model the Jourdan Avenue
6  Canal in Seep/W? And just to make it clear
7  about how did you model it, what material
8  properties did you assign to it?
9       A.  Right. We used to my recollection
10  the properties of a fine grain layer.
11  Therefore, a lower hydraulic conductivity than
12  the -- than the swamp deposit and obviously
13  the sand units. And this was done based on
14  the fact that there's a concrete structure
15  surrounding this -- this box.
16      Q.  Do you know whether modeling the
17  choice of a fine grain layer with a high
18  hydraulic conductivity value, how that
19  affected your computation, Seep/W computation
20  of uplift pressures?
21      A.  I do not know how it affects it.
22      Q.  Did you do any parametric studies of
23  burying the material properties of the Jourdan
24  Avenue Canal to determine whether using a
25  material property with a higher hydraulic

69 (Pages 273 to 276)

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 277

1   conductivity would affect the uplift pressures
2   that were computed by Seep/W?
3       A.  Well, yes, we assigned the
4   properties of sand or a very high hydraulic
5   conductivity and this essentially acts as a
6   drain, relieving the excess pore pressures in
7   the vicinity of -- of this box or the
8   culvert.  I'm sorry.
9       Q.  And you did see that that made a
10  difference then in your hydraulic -- your
11  seepage pore pressures; correct?
12      A.  Yes.  Yes.
13      Q.  Okay.  So if in fact the backfill
14  surrounding the Jourdan Avenue Canal was a
15  sand or a shell-sand mixture rather than a
16  fine grained material as you've modeled it,
17  that would have a material impact on your
18  calculated pore pressures on the protected
19  side, correct?
20      A.  Correct.
21      Q.  In your Exhibit 8-B, .12 study, you
22  have identified the vertical gradients at a
23  location that is beyond the levee toe.  Isn't
24  that correct?
25      A.  Yes.

Page 278

1       Q.  Is that inconsistent with the
2   modeling of vertical gradients in the barge
3   litigation?
4       A.  I do not recall what the gradients
5   for the barge were modeled at.  Or were called
6   at.
7       Q.  Do you recall whether you modeled
8   the hydraulic gradients in the barge
9   litigation at the levee toe?
10      A.  In the area around the toe, yes.
11      Q.  So in this case you have modeled
12  them in a different location.  Correct?
13      A.  Yes.
14      Q.  What's the basis for the changing of
15  the location?
16      A.  Well, you try to find the highest
17  gradient within the zone of interest.
18  Obviously we're not going to call gradients
19  500 feet away, but in the vicinity of the tow,
20  yes, we compute the gradients along an area.
21      Q.  And the closer that you get to the
22  Jourdan Avenue Canal for purposes of
23  measuring, calculating vertical gradients, the
24  more influence the material properties that
25  you've chosen for the Jourdan Avenue Canal

Page 279

1   play; right?
2       A.  Yes.
3       Q.  Did you model a gap in your Seep/W
4   file at the Jourdan Avenue Canal?
5       A.  A gap?
6       Q.  A gap.
7       A.  No, there was no gap at the canal.
8       Q.  If there's a gap in your model run
9   files, is that a mistake?
10      A.  There is a gap on the sheet pile or
11  next to the sheet pile.
12      Q.  You talking about the sheet pile at
13  the floodwall?
14      A.  Yes.
15      Q.  No, I am talking about at the
16  Jourdan Avenue Canal.
17      A.  Okay.
18      Q.  You did not intend to model any gap
19  at the Jourdan Avenue Canal; is that correct?
20      A.  That's correct.
21      Q.  And if your model runs show a gap at
22  the Jourdan Avenue Canal, that's a mistake;
23  correct?
24      A.  Define "gap", please.  A space?
25      Q.  A gap, a space, yes.  Yes.

Page 280

1       A.  Then that would be a mistake, yes.
2       Q.  And that would affect -- how would a
3   gap function in terms of affecting hydraulic
4   uplift pressures, vertical gradients?
5       A.  It depends on the boundary
6   properties you assign.
7       Q.  Right.  And essentially that would
8   create a boundary, right, if you inserted a
9   gap at that location?
10      A.  It could.
11      Q.  Because you can't have any flow
12  through that gap, can you, in Seep/W?
13      A.  Right.
14      Q.  So that would be an impenetrable
15  barrier; correct?
16      A.  Yes.
17      Q.  And wouldn't that work to increase
18  your hydraulic uplift gradients?
19      A.  If it's cutting the swamp layer,
20  yes.
21      Q.  I think you previously testified
22  that you did not draw any flow net to check
23  your Seep/W; correct?
24      A.  That's correct.
25      Q.  Have you had drawn a flow net to

JOHNS, PENDLETON COURT REPORTERS                        504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 281

1    check your Seep/W results?
2        A.  For this project, no.
3        Q.  Ever?
4        A.  For ILIT I'm sure I did.
5        Q.  I'm sorry?
6        A.  For ILIT I'm sure I did.
7        Q.  But in ILIT you didn't personally
8    perform any Seep/W analyses by yourself.  Is
9    that correct?
10       A.  If by myself you mean alone in an
11   office in front of a computer.
12       Q.  I mean without the assistance of
13   your colleague students that you were --
14       A.  That is true, yes.  It was a group
15   of us doing the analysis.
16       Q.  And you were doing flow nets to
17   check those results by hand; correct?
18       A.  Yes.
19       Q.  And that's because you were
20   inexperienced in using Seep/W; correct?
21       A.  Yes.
22       Q.  I think you previously testified
23   that -- you previously were asked about
24   hydraulic pressure conductivity analysis as a
25   phrase.  And that one of the goals of your

Page 282

1    modeling, your seepage modeling for Dr. Bea
2    was to demonstrate the possibility of pressure
3    transmissions from the flood side to the
4    protected side.  Would you agree that a stress
5    deformation finite element analysis is better
6    suited to this sort of investigation than
7    Seep/W?
8        A.  Yes.
9        Q.  Couldn't Sigma/W by GeoSlope be used
10   for a stress deformation finite element
11   analysis?
12       A.  Yes.
13       Q.  Are you experienced in using
14   Sigma/W?
15       A.  No.
16       Q.  Could Plaxis be used for a stress
17   deformation finite element analysis?
18       A.  Yes.
19       Q.  Okay.  Do you know whether Plaxis
20   was used by Dr. Vera for the purpose of a
21   hydraulic pressure conductivity analysis?
22       A.  No.
23       Q.  You don't know or it wasn't used?
24       A.  It was not.
25       Q.  Couldn't Plaxis be used for a stress

Page 283

1    deformation finite element analysis?
2        A.  Yes.
3        Q.  Wouldn't that be a better software
4    package to use for this sort of analysis than
5    Seep/W?
6        A.  Given the right set of properties,
7    yes.
8        Q.  In this case, wouldn't that have
9    been a better software package to use for this
10   sort of investigation?
11       A.  Yes.
12           (Whereupon a discussion was held
13        off the record.)
14   EXAMINATION BY MR. SMITH:
15       Q.  Dr. Bea's rebuttal report at
16   paragraph 30 -- and I'm sorry, I don't have a
17   copy of the report for you, --
18       A.  We had it.  Oh, no, we don't.
19       Q.  You got it?
20       A.  No.  Sorry.  We've got it here.
21       MR. OWEN:
22       I have it here.
23   EXAMINATION BY MR. SMITH:
24       Q.  Okay.  Okay.  It's the underlined
25   sentence actually.  I was looking all over for

Page 284

1    it.  I guess the underlining kept me from
2    seeing it, reading it.  It's on page 24.  He
3    has this underlined apparently for emphasis.
4    "All of the hydraulic conductivity and
5    pressure flow analyses have been correctly and
6    consistently based on," quote "steady flow",
7    close quote, "conditions in which there are no
8    significant changes in soil dash --"
9        MR. OWEN:
10       I'm sorry, Robin.  We're on --
11       THE WITNESS:
12       Page 24?
13       MR. OWEN:
14       Okay.  I'm sorry.  Page 23,
15   paragraph --
16       MR. TREEBY:
17       You said 24.
18       MR. SMITH:
19       I said page 24.  It's paragraph
20   30.
21       MR. TREEBY:
22       It's not reading the way you read
23   it.
24       MR. OWEN:
25       Yes.

71 (Pages 281 to 284)

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                      April 10, 2012

Page 285

1       MR. TREEBY:
2          Here.
3       MR. SMITH:
4          You found the sentence I read?
5       MR. TREEBY:
6          Yes.
7       MR. SMITH:
8          It's paragraph 32.
9       MR. TREEBY:
10         I don't know.  You said paragraph
11      30 and I have got mine that I can --
12   EXAMINATION BY MR. SMITH:
13      Q.  I'm sorry, it's paragraph 32.  I
14   apologize for the incorrect citation.  And it
15   is the second sentence in paragraph 32, it
16   starts the same.
17      MR. OWEN:
18         See that?
19   EXAMINATION BY MR. SMITH:
20      Q.  So I'll read it again just for
21   clarity.  "All of the hydraulic conductivity
22   pressure and flow analyses have been correctly
23   and consistently based on", quote "steady
24   flow", close quote, "conditions".
25      MR. TREEBY:

Page 286

1          That's not what's in the report.
2       MR. OWEN:
3          Are you on paragraph 32?
4       MR. SMITH:
5          Yes.
6       MR. OWEN:
7          No, I mean I am asking --
8       MR. TREEBY:
9          Yes.
10      MR. OWEN:
11         That's what I have.  I have Robin
12      as being correct, his language.
13      MR. SMITH:
14         All right.
15      MR. TREEBY:
16         We have two different reports.
17      MR. SMITH:
18         Treeby, shut up.
19      MR. TREEBY:
20         No, I am now concerned that I
21      have been given a wrong report, a
22      draft or something.
23      MR. SMITH:
24         The rebuttal?
25      MR. TREEBY:

Page 287

1          Yes.
2       MR. SMITH:
3          Well, let me go on with my
4       questions.  We're really getting out
5       of time here.
6       MR. TREEBY:
7          Yes, that's weird.  Because I am
8       wrong
9    EXAMINATION BY MR. SMITH:
10      Q.  "Correctly and consistently based
11   on", quote, "steady flow conditions in which
12   there are no significant changes in soil dash
13   water porosity, void ratio or saturation."  Do
14   you agree with this statement?
15      A.  I do.
16      Q.  Do you believe that there were no
17   significant changes in water porosity, void
18   ratio, or saturation during the period of time
19   that you analyzed changes in your Seep/W
20   analyses?
21      A.  For the buried swamp layer there can
22   --
23      Q.  That was not my question.
24      A.  Okay.  I was trying to get to your
25   answer.

Page 288

1      Q.  My question is just what it was.
2    Because he doesn't limit this to any
3    particular layer.  He says pointblank there
4    are no changes in water porosity, void ratio,
5    or saturation in your hydraulic conductivity
6    pressure and flow analyses that he's relying
7    on.  Do you believe that's a correct
8    statement?
9       A.  Yes.  Can I explain?
10      Q.  Yes.
11      A.  Thank you.  Prior to the onset of
12   failure where things begin to deform, I think
13   yes, there's little change on void ratios and
14   saturation.  I am not sure what water porosity
15   means.  This was not my sentence.
16      Q.  So you believe that prior to
17   failure, during Hurricane Katrina that the
18   shell-sand fill didn't change in terms of
19   saturation?  Is that your testimony today?
20      A.  The part that's under water, it's
21   already saturated so it cannot be --
22      Q.  I didn't ask about the part that's
23   under water.
24      MR. OWEN:
25         Robin, --

72 (Pages 285 to 288)

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                   April 10, 2012

Page 289

1  EXAMINATION BY MR. SMITH:
2      Q.  I know that's why you're redefining
3  my question.  I asked you about the shell fill
4  layer.
5      A.  Okay.
6      Q.  The saturation.  And I believe you
7  have already testified that in fact it did
8  change in saturation.
9      A.  (Witness nods head affirmatively).
10         MR. OWEN:
11             Robin, I object.
12 EXAMINATION BY MR. SMITH:
13     Q.  You're shaking your head "yes".  Can
14 you answer audibly?
15         MR. OWEN:
16             I object to your argumentative
17         tone.
18             Take your time, answer his
19         question.
20         THE WITNESS:
21             Sorry if I misled you.  Yes,
22         there were changes in saturation for
23         the shell layers or sand layers that
24         were above the initial phreatic
25         surface.

Page 290

1          MR. SMITH:
2              Let's change the tape.  Off the
3          record.  We're going to change tapes.
4          VIDEO OPERATOR:
5              Off the record.  This is the end
6          of tape 6.  The time is 4:14.
7              (Whereupon a discussion was held
8          off the record.)
9          VIDEO OPERATOR:
10             Returning to the record, it is
11         4:17, the start of tape 7
12 EXAMINATION BY MR. SMITH:
13     Q.  Mr. Cobos-Roa, do pore pressures in
14 a saturated soil change during shear
15 drainage?
16     A.  During shear drainage?
17     Q.  Just during drained shear.
18     A.  Oh, okay.  Yes.  They do.
19     Q.  Does your analysis incorporate these
20 pore pressures?
21     A.  It does not.
22     Q.  Do pore pressures in a saturated
23 soil change during here when no drainage
24 occurs?  That is, there's no volume change?
25     A.  I'm sorry.  Let me --

Page 291

1      Q.  I'll ask it again.
2      A.  Let -- May I --
3      Q.  Do you need --
4      A.  Yes.  I was going to say, that under
5  drained shear I believe the pore pressure
6  increases are -- are very little.  Under
7  undrained here, on the other hand, depending
8  on the conductivity /TK /HRAOE /-G /T positive
9  of the material pore pressures can increase
10 significantly.
11     Q.  Does your analysis include these?
12     A.  No, sir.
13     Q.  Do you agree that when soil is in an
14 undrained condition changes in the loads on
15 the soil cause changes in the water pressure
16 in the voids because the water cannot move
17 into or out of the soil with sufficient
18 rapidity to prevent an increase in pressure?
19     A.  Yes.
20     Q.  Do you agree that a drained analysis
21 is performed using three elements, one, total
22 unit weights, two, effective stress shear
23 strength parameters and, three, pore pressures
24 determined from hydrostatic water levels or
25 steady seepage analyses?

Page 292

1      A.  Yes.
2      Q.  Do you agree that in undrained
3  conditions, pore pressures are controlled by
4  the behavior of the soil in response to
5  changes in external conditions?
6      A.  I'm sorry, I think I didn't get
7  that.  What do you mean by external
8  conditions?
9      Q.  Changes that are external to the
10 soil unit itself, the unit of soil that's
11 being analyzed, do you agree that in undrained
12 conditions a unit of soil, a soil aggregate
13 unit, pore pressures are controlled by the
14 behavior of the soil in response to changes in
15 external conditions?
16     A.  Yes.
17     Q.  Do you agree that an undrained
18 analysis is appropriate when two conditions
19 exist at a site?  Number one, the load changes
20 at a rate that exceeds the rate at which water
21 can flow into or out of the soil.  And, two,
22 pore pressures are controlled by changes
23 within the soil aggregate and by the excess
24 pore pressure?
25     A.  Yes.

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 293

1      Q.  Do you agree that an undrained
2   analysis is performed using just two
3   elements?  Total unit weight and total stress
4   shear strength parameters?
5      A.  Yes.
6      Q.  Do you agree that seepage-induced
7   pore pressure pressures play no role in an
8   undrained analysis of slope stability?
9      A.  Yes.
10     Q.  Do you agree that pore pressure
11  pressures influence the stability of drained
12  soils?
13     A.  Please repeat the question.
14     Q.  Do you agree that pore water
15  pressures influence the stability of drained
16  soils?
17     A.  Yes.
18     Q.  When soils are in a drained
19  condition there are no excess pore pressures
20  owing to changes in total stress.  Correct?
21     A.  Correct.
22     Q.  Do you agree that seepage-induced
23  pore pressures have no influence on the
24  stability of undrained soils?
25     A.  Yes.  Pore water pressure.

Page 294

1      Q.  Do you agree that a proper analysis
2   of the stability after slope depends on
3   knowing whether the soils at the site are if a
4   drained or in an undrained condition?
5      A.  Yes.
6      Q.  In your modeling of Seep/W, did you
7   assume that a crack -- Well, let me back up.
8   In your site geometry that you used as a basis
9   for your Seep/W model, did you include what
10  Dr. Bea has described and others have
11  described, not just Dr. Bea, as a tension gap
12  on the flood side of the floodwall?
13     A.  Yes, sir.
14     Q.  Is that tension gap present in your
15  site geometry from the moment that water
16  reaches the elevation of the top of the levee
17  on the floodwall side?
18     A.  In the current models, yes, it is.
19     Q.  And the current models are the ones
20  that are the basis for your 2012 study?
21     A.  Yes, sir.
22     Q.  What was the basis for your
23  including a crack or a gap in that location
24  before the water was up against the wall --
25     A.  Uh-huh (affirmatively).

Page 295

1      Q.  -- in your Seep/W modeling?
2      A.  Right.  We had performed models
3   separating the time before the gap supposed to
4   be open and the time after that.  And then we
5   also performed the same type of models you
6   just are describing right now with the gap
7   open at all times.  And we essentially found
8   no difference in the conditions or the results
9   before the gap opens.  So for simplicity
10  purposes and avoiding having hundreds of files
11  we lumped the two into one, having the gap
12  opened at all times.
13     Q.  Can you do a proper drained analysis
14  if you ignore shear-induced pore pressures?
15     A.  I do not know.
16     Q.  Do you think it's reasonable to move
17  from an undrained to a drained slope stability
18  analysis at the same time as the hydraulic
19  conductivity parameters of the key failure
20  surface are becoming lower?
21     A.  I did not understand the question.
22  Sorry.
23     Q.  Okay.  Let me repeat it.  I think I
24  framed it correctly.  Do you think it's
25  reasonable to move from a drained -- Correct.

Page 296

1   I had it right the first time.  Do you think
2   it's reasonable to move from an undrained to a
3   drained slope stability analysis when the
4   hydraulic conductivity parameters of the key
5   failure surface are becoming lower?
6      A.  Okay.  So from undrained to
7   drained.
8      Q.  When the soil is becoming less and
9   less permeable, would it make sense to move
10  from an undrained to a drained analysis?
11     A.  Why would the soil become less
12  permeable?
13     Q.  I am just talking about setting up a
14  Seep/W model.
15     A.  Okay.
16     Q.  I am not talking about -- I am
17  talking about assumptions.
18     A.  Okay.
19     Q.  If you set up Seep/W and you
20  specified a particular hydraulic conductivity
21  value for the key failure surface at X,
22  whatever it is, and you did an undrained
23  analysis because you thought that that was the
24  condition of that soil, --
25     A.  Uh-huh (affirmatively).

74 (Pages 293 to 296)

JOHNS, PENDLETON COURT REPORTERS          504 219-1993

**DIEGO COBOS-ROA, FINAL**                                    **April 10, 2012**

Page 297

1      Q.  -- would it make sense to lower the
2  hydraulic conductivity value of that same soil
3  unit and then not -- no longer model it as an
4  undrained material, but as a drained
5  material?  If all other parameters were
6  unchanged.
7      A.  I think it depends.  And please
8  allow me 30 seconds.  What gives the potential
9  for this discussion we're having about
10  pressures and uplifts is the relative
11  differences in hydraulic conductivity between
12  one specific layer and what's above or below
13  it.  And the fact that we used drained for
14  this case is simply because we are applying --
15  or working under the principle of water being
16  able to transmit pore pressures across this
17  layer.
18      Q.  Exactly.  So if you weren't
19  artificially making the soil completely
20  incompressible, in other words, we hadn't
21  created this artificial situation, --
22      A.  Uh-huh (affirmatively).
23      Q.  -- but if we were talking about real
24  soil, right, with real compressibility
25  valuations, that wouldn't make any sense to

Page 298

1  make that transition, would it?
2      A.  It was not my decision.
3      Q.  I am asking you for your opinion.
4      A.  I -- I think this layer can still
5  behave as a drained layer even though we are
6  reducing hydraulic conductivity value.
7      Q.  If you give it -- If you give it a
8  compressibility value that's realistic, your
9  testimony here today is in your judgment that
10  that can behave as a drained material even as
11  the hydraulic conductivity becomes lower and
12  lower?
13      A.  With respect to another set of
14  assumptions?
15      Q.  No.  No, no, nothing changed.  Just
16  that one.  One parameter change.  Assuming
17  that the prior analysis was done correctly,
18  was modeled as an undrained material, no other
19  parameters change -- I am going to leave the
20  question.  If you used drained parameters and
21  pore pressures in your steady state seepage
22  analysis, then you're assuming full
23  consolidation of the soil, aren't you?
24      A.  Seepage pressures and drained
25  strength parameters?

Page 299

1      A.  Yes.
2      Q.  Correct.
3          MR. SMITH:
4          Bill, you got a couple of
5      questions?
6          MR. TREEBY:
7          I do.
8          MR. SMITH:
9          Okay.  I'm done.
10  EXAMINATION BY MR. TREEBY:
11      Q.  Just a couple more questions,
12  Diego.  You used M sub V equals zero for the
13  fill in your models in this case; right?
14      A.  10 to the minus 9?
15      Q.  No, zero.
16      A.  Okay.  I believe that's --
17      Q.  For the fill.
18      A.  Pretty much the same thing.  Zero to
19  point --
20      Q.  Did you in fact use zero for M sub V
21  values in the fill in your models in this
22  case?
23      A.  Okay.  Yes.
24      Q.  You did.  Why zero and not 1 times
25  10 to the minus 9, 1 over PSF?

Page 300

1      A.  Might have been a mistake from our
2  part.
3      Q.  Do you know what Seep/W does when
4  given an M sub V equals zero?
5      A.  No.
6      Q.  You don't know?
7      A.  I don't.
8      Q.  In your dissertation case study on
9  the Yuba River did you do any flow or
10  stability using /SWEP suite?
11      A.  Not yet.
12      Q.  You planning to?
13      A.  Yes, sir.
14      Q.  Do you plan to use these -- this
15  kind of theory of incompressible soils when
16  you do it?
17      A.  There is a gravel layer and very
18  likely this gravel layer is incompressible.
19      Q.  There's no such gravel layer in the
20  East Bank Industrial Area; isn't that true?
21      A.  Yes.
22      Q.  I asked you one question about
23  sensitivity analysis and you defined it for
24  me, and here's your definition.  A sensitivity
25  analysis is when you change a certain

75 (Pages 297 to 300)

DIEGO COBOS-ROA, FINAL                                    April 10, 2012

Page 301

1  parameter or parameters within a specified
2  range to show how sensitive are the results to
3  that variation of the parameter. Okay. Can
4  that -- As you use the term "parameter" there,
5  could you apply it to excavations?
6      A. Yes, you can do sensitivity to
7  geometry conditions.
8      Q. Okay. If you eliminated every
9  excavation you have in your cross section,
10 eliminated it, but still used this
11 incompressible soil in the swamp layer, do you
12 know what the result would be?
13     A. I have an idea. I cannot give you
14 --
15     Q. Would the wall fail just like you
16 show it failing now?
17     A. My models show no failure.
18     Q. You did one that way without any
19 excavations?
20     A. I believe we did.
21     Q. Is that in your -- Is that in the
22 materials we have been provided as reliance
23 materials? We were given all the model runs.
24 I am asking if we got such a model run.
25     A. I am not sure. I'm sorry, I'm

Page 302

1  actually not sure if we provided such a
2  model.
3      Q. You ran it, but you didn't -- are
4  you saying you ran such a model, but you
5  didn't provide it? But you don't know whether
6  it was provided or not?
7      A. Yes.
8      Q. But you do remember running such a
9  model?
10     A. (Witness nods head affirmatively.)
11     MR. TREEBY:
12       Okay. We want it. Whoever's
13 listening.
14     MR. SMITH:
15       We done?
16     MR. TREEBY:
17       Done for me.
18     MR. SIMS:
19       I need to make a statement for
20 the record, a brief statement so you
21 guys can catch your plane.
22       Pursuant to the Master Protective
23 Order that was entered in this case on
24 May 29th, 2007, it's document number
25 5393, Plaintiffs hereby notify Counsel

Page 303

1  that portions of today's deposition
2  contain confidential information. I
3  hereby instruct the Court Reporter
4  that prior to distribution of the
5  transcript to all Counsel, a copy of
6  the transcript should be provided to
7  Plaintiff's Counsel only, allowing
8  Plaintiffs 20 business days to return
9  the transcript to the Court Reporter
10 with the written page and line
11 designation of the portions of the
12 transcript designated as
13 confidential. I will provide a copy
14 of the protective order to the Court
15 Reporter.
16     Plaintiffs also reserve the right
17 to appeal the ruling entered this
18 morning by Magistrate Wilkinson with
19 respect to certain questions that were
20 asked of this witness. Thank you.
21     MR. TREEBY:
22       Are you saying, Mr. Sims, that
23 what you read giving you 20 days to
24 see the -- is in the Court order?
25     MR. SIMS:

Page 304

1      It is in the protective order
2  that I referenced as document number
3  5393.
4      MR. TREEBY:
5      And is that in the Armstrong
6  case?
7      MR. SIMS:
8      It is in all cases pertaining to
9  Katrina litigation. As I said, I'm
10 happy to provide a copy to the Court
11 Reporter and we'll CC all Counsel.
12     MR. TREEBY:
13     Yes, you do need to do that.
14     MR. SIMS:
15     I will do that.
16     VIDEO OPERATOR:
17     We're now off the record. The
18 time is 4:33. That concludes this
19 deposition.
20           *  *  *
21
22
23
24
25

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 305

**A**

**ability** 76:7 88:8
**able** 11:9 65:17
  94:9 201:2 203:11
  214:8 272:10
  276:1 297:16
**absence** 191:12
**absolutely** 139:14
  223:12
**academic** 226:6
**accept** 54:14
  193:16,17
**accepted** 193:5
**access** 180:10,17
  195:7
**accessed** 180:25
  181:7,10
**account** 109:8
  258:7
**accuracy** 124:10
  223:10
**accurate** 122:21
  248:9,11
**accurately** 190:2
**achieved** 256:23
**acm** 161:24
**acquiring** 26:19
**acting** 257:16
**activities** 51:1
  119:4 135:17
  136:3 137:10,16
  147:15 148:10
  150:2
**activity** 166:15
**acts** 277:5
**actual** 111:8 113:2
  120:10,13 194:16
  206:23 212:4
**add** 94:7 104:23
**adda** 49:4 72:6
**added** 186:21,23,24
**addition** 40:12
  236:1
**additional** 38:17,20
  88:16
**address** 3:6

**addressed** 217:9,17
  218:14
**adenopolis** 49:5
**adjacent** 133:20
  134:13 154:25
  155:7 158:5
  159:25 165:13
  214:5
**admissible** 13:18
  29:10
**admonition** 8:7
**advanced** 36:11
**advancing** 76:9
**advisor** 31:22 90:6
  90:18,21 232:13
**advisors** 32:1
**aerial** 161:9
**affect** 138:22 277:1
  280:2
**affirmatively** 40:18
  41:18 47:22 59:7
  71:22 73:7 74:12
  74:15 80:18 81:11
  89:16 91:1 99:23
  103:1 121:21
  122:25 123:18
  125:21 126:5
  132:15 153:23
  189:25 222:12
  225:7 226:18
  261:16 289:9
  294:25 296:25
  297:22 302:10
**afterward** 181:17
**agencies** 33:6
**aggregate** 292:12
  292:23
**ago** 37:7,11 39:6
  41:7 68:24 86:14
  122:6 150:20,23
  151:6 185:24
  186:9
**agree** 89:23 90:2,17
  111:5 117:15
  118:11 126:15
  127:2,13 134:3
  138:3 154:16

165:3,5 166:5
  191:15 201:19,22
  206:10 211:1
  223:9 267:16
  274:23 282:4
  287:14 291:13,20
  292:2,11,17 293:1
  293:6,10,14,22
  294:1
**agreed** 207:12
**agreement** 37:16
  37:18 38:6 58:1
  107:9 144:13
  235:16 250:25
  275:1
**agreements** 77:15
**ah** 220:14
**ahead** 3:22 24:7
  56:23 98:21 183:2
  192:9 197:19
  263:5
**aid** 217:5
**albany** 175:16
  176:17
**allege** 155:10
**allow** 116:22 210:7
  297:8
**allowed** 7:25 29:8
**allowing** 303:7
**allows** 244:5
**alteration** 33:12
**america** 6:3 7:2
**american** 27:20
**amount** 38:8,14,20
  38:24 59:12
**analyses** 27:14
  28:20,22 43:5
  79:20 80:4,8,10
  81:17,17 82:2,4
  82:15,16 84:3,7
  84:11,12,19 85:9
  91:15 108:15
  175:4 181:9
  184:21,22 196:6
  196:14 197:2,12
  197:13 203:1
  205:21 207:7

208:13 217:3,5
  223:13,17,24
  225:4 227:23
  228:10,15 230:15
  232:3,9 242:14,24
  243:8,15 244:10
  246:17,21,25
  247:4,11 248:2,20
  249:1,21 252:13
  257:5 266:11,16
  273:1,2 274:7,10
  274:15,17 281:8
  284:5 285:22
  287:20 288:6
  291:25
**analysis** 42:4,17,19
  42:20,21 43:14,16
  44:21,22 45:3
  73:4 83:11 84:6
  84:25 85:6,16,22
  108:19 111:17
  112:1,6,13,19
  113:3 120:7
  122:15 129:19
  130:18 131:8
  146:5,7 183:18
  184:13,14 185:7
  188:6 190:10,17
  195:6 197:2 204:7
  206:8 209:23
  210:3,6 213:15,22
  215:5 219:22
  220:16 221:5,11
  221:13,17 222:22
  223:15,19,20
  224:3 226:25
  227:7,7,13,24
  232:5,6 241:4
  242:18 243:4,10
  244:6 250:24
  252:21 255:19
  256:15,16,24
  257:1 266:6
  281:15,24 282:5
  282:11,17,21
  283:1,4 290:19
  291:11,20 292:18

293:2,8 294:1
  295:13,18 296:3
  296:10,23 298:17
  298:22 300:23,25
**analytical** 206:18
**analyze** 131:11
  141:23 271:25
**analyzed** 5:14
  219:25 287:19
  292:11
**analyzing** 192:6
**ananapolis** 72:7
**andry** 11:18
**andy** 1:18 23:16
  29:3 53:24 98:19
  113:14 166:25
**annoy** 30:15
**anomalys** 51:25
**answer** 4:12,15,17
  4:23 7:18 8:13
  11:16,21 12:17
  24:17,21 30:1,9
  30:13,20,22 34:21
  47:8,16,20 73:25
  102:21 109:21
  131:16 139:4
  141:25 142:2,2
  150:22 181:13
  186:8 187:8,13,14
  188:2,11,14,21
  190:19,20 192:12
  194:7 196:3,8,19
  196:25 197:5,15
  197:17 199:17
  200:3,11,12
  206:25 211:24
  228:4 270:17
  287:25 289:14,18
**answered** 56:25
  75:7 108:1 131:18
  131:22 149:19
  218:24 219:3
**answers** 4:14 186:5
  186:9 187:20
  198:6,8 199:12,17
  199:21,22 200:9
  200:10

DIEGO COBOS-ROA, FINAL

**anybody** 178:7
179:1 189:23
**apartment** 2:17 3:8
176:17
**apologize** 57:10
116:18,19 263:5
285:14
**apparently** 89:11
178:10 183:20
284:3
**appeal** 303:17
**appears** 85:13
153:25 156:22
168:20
**appendices** 12:12
67:9 94:14 95:7
95:11,21 118:7
168:21
**appendix** 94:25
95:3 134:2 217:7
**appendixes** 95:1
**applied** 234:11
237:8 253:13
254:6
**apply** 251:6,25
301:5
**applying** 251:7,9
270:11 297:14
**appointment** 10:18
**appreciate** 29:7
208:3
**appreciation**
264:18 265:2
**approach** 221:22
**appropriate** 114:25
267:25 292:18
**approve** 91:23
193:19
**approved** 119:21
120:2 131:7 251:4
251:10,21 265:13
265:21
**approximate** 70:19
**approximately**
1:12 101:23 108:9
128:9,16 133:25
134:10,11,13,16

165:11,13,25
168:24 171:14
211:6
**approximations**
59:1
**april** 1:1,12 222:10
**aquifer** 204:5,25
205:5
**area** 48:20 49:17
50:8,21 62:6 63:3
63:22 64:10 76:17
78:17 81:18 82:17
97:24 98:15 99:2
113:9 154:7
156:18 158:5,12
158:22,25 159:11
159:12,13,17
160:18,25 161:14
161:21,23,24
170:22 174:22
184:24 209:14
260:22 264:9,11
274:11 275:4
278:10,20 300:20
**areas** 28:23 260:23
**arent** 45:12 298:23
**argue** 54:1 159:20
**argumentative**
112:23 167:10,11
289:16
**armstrong** 11:13
57:22 304:5
**army** 119:5,22
120:3
**arrived** 38:5
**arrow** 70:18
**articles** 39:12
40:19,24 109:25
**artificial** 193:22
297:21
**artificially** 297:19
**asesores** 46:9
**asked** 2:25 11:17
12:21 24:14,18
40:8 41:17 73:16
73:19 75:2 107:6
107:8 132:19

141:23 146:8
149:19 183:23,23
185:11 187:5,7,16
192:21 218:24
219:3 222:7
223:18 229:16
244:23 273:18
281:23 289:3
300:22 303:20
**asking** 12:15 67:4
81:2 107:25
116:16 141:4
153:13 156:8
162:9 252:15
261:5 265:1 286:7
298:3 301:24
**aspects** 138:10
**assertion** 139:16
**assess** 75:5 76:20
274:8
**assign** 263:10
264:5 276:8 280:6
**assigned** 38:8
257:22 277:3
**assignment** 64:21
**assignments** 64:16
242:5,8
**assing** 262:24
**assist** 36:5,17
**assistance** 225:3
231:22 232:1
233:17 274:6
281:12
**assistant** 34:25
35:24 36:2 39:25
40:9 230:16 231:3
231:8 233:18
**assistants** 36:4
**assisted** 36:7,10
238:10
**assisting** 36:15
52:12
**associated** 153:25
217:5
**assume** 5:2 66:10
69:21 95:7 97:5
107:20,21 108:10

141:8 178:23
227:17,18 255:18
267:11 294:7
**assumed** 96:24
211:4 255:13
**assuming** 190:7
298:16,22
**assumption** 129:4
140:15,17,19
**assumptions**
128:25 129:5,6
271:6 296:17
298:14
**assurance** 250:20
**astm** 97:13,17
99:18 237:9
**attached** 185:16
186:20
**attachment** 187:3
**attack** 114:24
**attempt** 56:19
146:24 164:23
**attempted** 207:21
**attending** 32:8
**attorney** 115:7
185:12 196:4
**attorneys** 4:8
185:10
**audibly** 289:14
**audited** 241:17
242:1,4,11,15
243:20
**augering** 239:12,12
239:15,19
**author** 73:10,20
74:2 96:9
**authored** 85:10
**authority** 28:11
**authors** 73:13
106:5
**authorship** 95:8
**autocad** 68:11
**available** 10:9,16
70:15,21 71:8,10
97:6 108:22 109:4
109:15,20,22
110:3,4,9,22,22

119:3 125:18
134:14 149:25
150:1 163:12,13
182:7,14 183:15
191:16 194:13
195:17,25 203:16
247:20 259:2,18
**avenue** 1:11 3:24
50:2 272:20
274:18 275:5,15
276:5,24 277:14
278:22,25 279:4
279:16,19,22
**avoid** 260:20
**avoiding** 295:10
**awarded** 89:25
**aware** 73:12 74:1
113:6 234:9,10
246:23 247:2
259:17

---

**B**

**back** 9:8,8 14:12
15:1,8 17:20
19:12,22 20:13,22
21:5 41:15,17
58:9 60:7 72:2
78:23 92:24
100:21 105:10
124:22 125:24
133:17 141:14
146:19 165:10
174:13 186:8
193:2,13,21 194:3
197:25 204:23
210:19 261:25
294:7
**backed** 180:2
**backfill** 158:11
170:23 171:6
172:12 277:13
**backfilled** 125:1
133:15,20 134:9
134:21 135:7
140:17 142:22
145:6 161:25
164:13,18,22,25

JOHNS, PENDLETON COURT REPORTERS

504 219-1993

DIEGO COBOS-ROA, FINAL

165:8,24 170:6
171:12
**backfills** 133:24
**background** 158:7
**backpack** 176:24
**backup** 53:21
175:7 179:23,24
181:16
**backups** 175:19
178:18
**bag** 176:2 181:25
**bait** 167:16
**ballpark** 93:12
**bank** 48:20 49:16
50:8,21 62:5 63:2
63:22 76:17 78:16
81:18 82:16 97:24
113:9 159:18,23
184:24 300:20
**barge** 39:16 43:8
44:16,19 82:23
83:15 110:1 177:8
278:2,5,8
**barrier** 280:15
**based** 51:11 52:7
59:5 70:14,15,24
71:7 89:11 95:7
103:17 104:19
108:19,22 109:14
109:17 110:8
118:6 123:3
134:14 140:19
148:4 149:25
150:4 164:21
184:20 206:18
207:2 214:3
218:19 237:18
248:3 256:6,8
257:4 271:2
272:25 274:9
276:13 284:6
285:23 287:10
**bases** 70:10
**basic** 185:6
**basically** 177:5
239:10
**basics** 4:11

**basis** 8:16 12:22
24:18 31:12 37:14
37:25 71:23 74:24
93:14 146:11
172:6,17 173:6
247:10 248:10
265:16 267:17
274:25 278:14
294:8,20,22
**batu** 204:5
**batus** 210:23
**bea** 1:25 2:1 6:19
12:9 24:11,23
25:1,11 27:12
29:6 34:1 37:17
37:20 40:19 42:11
43:14 50:16 68:8
74:4,6 84:6 85:11
86:2,7,12,14,15
87:1 88:19 89:15
89:21,24 90:8,17
93:10 94:18,20
95:8 96:8 106:20
106:25 107:4,9,14
107:22 108:2
124:13 126:16
127:3,14,21 128:1
130:7,9,13 131:2
131:7 132:3,7,17
134:6,8,20 135:11
137:12,21 140:21
143:16 144:7,12
146:6 152:7
162:13 164:21
165:21 167:1
168:1,23 170:11
181:15 182:16,20
182:25 190:23
191:25 192:20,21
193:2,7,12,14,18
196:13 198:2
200:18,24 207:25
208:12 210:8
211:11,23 214:24
217:8 219:6
220:20 227:15,22
228:7 230:12,25

231:12 232:17,20
232:24 233:2,5,8
233:12 234:2
243:7,16 244:25
245:4 247:1,24
249:25 250:4,22
250:25 251:11,15
251:21 254:18
255:6,7 258:17
259:15 262:4
264:17 265:9,21
272:24 282:1
294:10,11
**bear** 39:12
**beas** 12:13 26:4
28:21 94:13 118:6
118:8,10 133:23
134:2 135:2
137:25 143:21
166:8 185:13
192:6 208:24,25
214:10 216:13,25
222:10 224:11
227:1,8 261:21
264:18 265:2,24
266:10 283:15
**becoming** 295:20
296:5,8
**beforementioned**
2:19
**began** 45:4
**beginning** 79:23
96:22 149:23
196:20,20 199:8
218:16 225:2
**begins** 99:24,24
101:4,13 153:24
**behalf** 1:19,23 2:3
2:6
**behave** 298:5,10
**behaved** 211:13
**behavior** 211:21
212:8,14 264:4
292:4,14
**beige** 161:14
**believe** 5:18 8:25
12:18,23 17:7,23

18:4 26:4 27:24
28:18 35:14 37:7
37:16 38:13,22
40:2 41:8 42:1,3
43:24 44:23 45:17
48:25 51:20 53:8
58:2,13 59:23
63:19,24 64:20
66:12 68:10 69:7
70:4,23 71:13,17
73:6,14 74:2,6
78:19 79:24 82:18
86:10 87:6 88:20
88:22 93:12 95:15
108:22,23 120:25
128:23 130:15
142:14 156:17
162:7 165:9
177:11 184:21
186:3 189:17
194:20 195:2,21
196:20 197:24
204:13 207:1
212:3 214:9
219:18 220:18
222:13,23 223:4
230:13 236:20
238:25 239:25
241:5 244:4
253:14 254:6
256:3 260:3,24
263:7 270:24
271:6,14,16
287:16 288:7,16
289:6 291:5
299:16 301:20
**bend** 154:1
**beneath** 70:25
260:22
**benefit** 3:21
**berkeley** 16:10,18
16:22 17:7 25:16
32:9,22 34:6,24
35:23 36:23 39:23
41:21 55:22,24
61:1 62:3 65:7
90:1 91:24 231:4

231:19 236:18
240:16 241:9,13
241:15 259:11
**best** 3:23 20:25
53:4 74:16 131:13
163:11,12 194:22
251:2
**better** 80:10,11
81:4 82:9 104:23
282:5 283:3,9
**beyond** 277:23
**bias** 26:6
**big** 23:6 268:17
**bill** 2:23 10:7 23:7
23:20 57:6 66:15
114:13 115:2,7,14
142:3 166:22
167:4 245:15
299:4
**bit** 23:1 71:2
105:10 191:6,25
**blanking** 36:9
**blood** 193:23 194:1
**boards** 68:3,7
**boat** 219:15
**body** 18:2
**boland** 155:18
157:4,18 158:12
158:23 159:13
161:1,6
**book** 204:8 210:23
**books** 180:14
210:16
**boring** 51:18,19
54:25 71:1 99:25
99:25 100:13,15
100:16 101:1
103:5 110:13
111:18,20
**borings** 68:5 70:20
70:23 71:2 101:19
101:23 102:3
103:18 108:19
110:10,11,15,23
163:19,21 164:3,6
202:10
**borrow** 173:22

DIEGO COBOS-ROA, FINAL

April 10, 2012

**bottom** 60:8,9
101:5,11 103:6
105:4 133:18,18
145:2 186:20
187:3 188:20
**bought** 222:10,21
**boundary** 197:21
207:20,22 249:19
249:20,23 250:1
250:16 251:5,8,9
252:12,19,20,25
253:10,11,13,17
254:1,9 259:25
260:1,4 261:14
280:5,8
**box** 256:19 257:2
276:15 277:7
**boxes** 256:13
**brand** 180:7
**bray** 45:23,23 46:9
**breach** 5:16 67:14
67:24 69:4 96:20
100:2,14,17,19
101:2 118:18,18
121:23 122:4
123:2 124:13,21
124:24 125:2,6,7
125:12 126:18,19
127:5,6,10 128:10
128:17 129:23,23
129:23 130:1,4
133:24 134:22
135:8,15,19 136:5
137:8 141:12,15
142:22 147:4,8,12
148:23 150:7,14
159:2,4,19 161:19
162:18,22 164:15
165:7,11 170:14
170:16,22 171:2
173:14,17 174:4,7
174:15,15,17
217:12,12,13
**breaches** 5:15
67:13 89:8 138:11
182:9
**break** 56:3 66:7,8

66:22 102:7 152:6
162:10 198:25
244:14
**breaking** 176:4
**bridge** 20:9
**brief** 302:20
**briefly** 25:4
**broad** 38:6
**broader** 27:10
**broke** 102:18 182:1
**brought** 55:21
68:10 260:10
**bruno** 58:3
**bucara** 4:4
**builts** 71:8,10
**buried** 184:10
212:3 217:10
287:21
**burying** 276:23
**business** 303:8
**bye** 15:5

———————
**C**
**cafeteria** 175:21
**cal** 25:16 39:23
41:21 91:24
**calculate** 76:13
**calculated** 126:12
126:24 128:7,14
277:18
**calculating** 265:17
278:23
**calculation** 86:1,6
87:1 227:23 228:2
253:2
**calculations** 43:17
85:25 87:5,6,12
225:11 261:23
**calculator** 85:21
203:17 262:1
**calendar** 17:2,8
62:18
**california** 1:10,11
2:17 3:9 15:12,14
16:18 17:20 32:8
32:22 175:16
176:18 231:4

**call** 5:11 9:5 14:12
14:25 15:6 20:8
20:22 21:5 31:5
51:18 57:11 82:7
83:13 101:18
102:2,19 103:16
103:20,23 104:19
125:11 162:25
221:22 230:22
251:4 278:18
**called** 17:23 43:8
75:7 76:25 82:22
105:15 122:7
130:1 145:6
179:21 204:5
252:23 272:13
278:5
**calling** 81:13
101:24 115:19
**calls** 103:22 146:2
210:8 224:12
267:7
**camera** 63:16
**campus** 78:10
175:20
**canal** 49:18 50:1
65:25 71:20
159:18,23 170:1
254:4,5 272:21
274:18 275:15
276:6,24 277:14
278:22,25 279:4,7
279:16,19,22
**candor** 214:16
**cant** 8:25 179:14
183:3 189:13
219:16 239:1
244:10 263:2
280:11
**capability** 184:15
**capable** 205:14
**capacity** 251:3
**capping** 158:14
**caption** 158:19
**capture** 193:12
**care** 234:8
**careful** 191:6

**carefully** 166:17
**carmen** 49:4
**carried** 154:24
175:19
**carrying** 91:14
**cartoon** 162:25
163:3,8,9,14
**cartoons** 105:5
**case** 5:6 6:6,20
11:10,13 12:11,14
13:20 17:17,18,19
17:23 24:13 25:10
25:11 26:12,20
28:13 29:4 39:16
42:13,18 43:8,11
43:15,18 44:16,19
45:5 46:21 47:20
52:1 69:17 84:4
93:10,24 94:1,13
97:11 110:1 118:8
123:2,5,15,17,19
124:3 133:24
134:22 135:8,15
137:9 141:23
142:19,22 147:4
147:12 148:7
162:18 165:7,24
169:12 170:14,22
171:2,22 173:14
175:4 179:21
183:18,24 188:5
190:11 209:1,3
210:11 211:5
220:22 221:1
243:17 264:2
268:17 278:11
283:8 297:14
299:13,22 300:8
302:23 304:6
**cases** 46:23 88:13
118:16,21 122:14
125:2 129:24
130:2 131:9,12
139:23 140:8
146:7 147:8 149:8
149:12 162:23
170:16 173:17

239:8 304:8
**catch** 302:21
**catherine** 10:4
**cathy** 20:8,22
**cause** 215:15
291:15
**caused** 129:3
**cc** 304:11
**cell** 9:21 20:19,20
**cement** 241:4
**center** 53:9 230:1
**centimeters** 74:18
189:4 212:22
213:9
**certain** 92:23
208:20 224:4
300:25 303:19
**cetera** 96:24
**chain** 157:12,15
**chambers** 9:25
20:3
**chance** 13:17 76:23
222:5
**change** 56:2 76:1,2
102:6 127:9
129:17 130:3
151:20 207:20
215:11,25 216:18
216:21 224:4
257:10 271:6
272:3 288:13,18
289:8 290:2,3,14
290:23,24 298:16
298:19 300:25
**changed** 109:16
129:15,16,18,19
257:19 298:15
**changes** 68:10
207:11 216:22
284:8 287:12,17
287:19 288:4
289:22 291:14,15
292:5,9,14,19,22
293:20
**changing** 278:14
**chapter** 73:8,11
74:1,11 75:6

JOHNS, PENDLETON COURT REPORTERS

504 219-1993

DIEGO COBOS-ROA, FINAL

April 10, 2012

152:11
**chapters** 73:14
**characteristic**
256:4 263:8,17
**characteristics**
124:2,5,7 125:6
**characterization**
51:12 73:1 97:23
118:24
**characterize**
103:11,13 262:12
262:14,15,19
271:17
**characterized**
123:3 268:15
269:23
**characterizeing**
263:22 268:1
**characterizing**
266:19 267:6
270:21
**charge** 51:1
**check** 10:15 73:18
86:16,20 106:21
250:14 256:14,24
280:22 281:1,17
**checked** 74:9
106:22,23 151:4
250:4,11 256:19
257:2
**cherund** 49:4
**children** 229:4
**choice** 276:17
**choose** 220:14
**choosing** 264:14
266:24
**chose** 191:23
192:17,17 221:19
270:20
**chosen** 270:4
278:25
**chris** 2:14
**chronologically**
79:23
**circle** 144:25 145:9
**circles** 142:13,16
144:6,7,21,24

**circumstances**
175:9
**citation** 285:14
**cite** 111:21 155:1
**citizen** 6:2 7:1,5
8:14 12:17 13:14
24:15 26:17
**citizenship** 6:5
**city** 3:25 18:1
**civil** 16:7,13 23:22
32:25 33:22 34:10
34:14 48:13
**claims** 178:24
**clarify** 5:2
**clarity** 285:21
**class** 240:7,16
241:25 242:4,8,17
243:1
**classes** 34:11,13
241:18
**classification** 52:12
97:19,20 99:19
100:12,25 237:13
237:14,17
**classifications**
97:14 103:19
**classified** 83:12
237:15
**classify** 207:6,9
**clay** 147:13 173:22
211:12 255:16
263:22,23 266:20
266:25 267:6,18
268:2 269:23
270:5,9,13,22
271:7
**clays** 97:1 268:8,18
268:19,22
**clean** 158:4
**clear** 4:11 5:1
58:16 172:25
184:16 208:5
276:6
**clearing** 119:4
135:17 136:3
137:10,16 147:15
148:10 150:1

161:24
**client** 91:20,21
106:20
**close** 23:12 97:1
100:5 127:7,15
134:1 145:2
147:15 148:22
150:13 160:21
170:23 223:21
266:4,5 284:7
285:24
**closer** 23:4 260:4
260:11 261:14
278:21
**coarse** 255:14
**coauthor** 12:11
95:2 105:12,21
134:3
**coauthored** 24:10
40:17 85:10
**coauthors** 85:14
**coauthorship** 118:7
**cobos** 13:4 60:19
202:24
**cobosroa** 1:9 2:16
2:22 12:3,8 23:22
24:15 27:13,18,23
27:24 56:15 57:16
60:4 64:25 67:8
69:15 72:12,21
73:6,21 74:11
94:12 96:1 105:8
105:10 106:6,19
107:6,11 108:6
132:12 153:20
156:3 170:13
185:14 186:1
196:1,9 201:6
204:3 205:9,19
206:12 207:13
210:20 217:6
218:9 225:3,15
230:8 244:23
269:13 274:6,16
290:13
**cobosroas** 25:9
27:11 28:20 29:15

**cocounsel** 113:18
114:5
**coefficient** 74:17
203:9,12,21,22
204:24 205:4,10
206:14 210:24
211:19 212:24
**collaborate** 130:13
**collaborated**
132:19
**collapsed** 82:22
**colleague** 281:13
**colleagues** 238:6
**colleges** 16:2,5
**colored** 161:14
**colors** 104:23
**columbia** 3:13 8:15
16:9,15 58:12
59:11 87:24 88:3
226:13 238:7
241:19 242:20
245:9
**columbian** 13:14
26:16 89:3
**come** 15:8 17:14
68:8 69:9 71:15
110:16 131:9
132:7,8 205:7
235:16 250:25
**comes** 39:20 69:8
90:6
**coming** 71:16
141:15 156:23
195:14 245:6
**commented** 151:5
**commenting**
151:15
**commercial** 33:16
244:2
**commercially**
33:14 259:2
**commit** 190:20
**committee** 28:8
90:7,13 91:22
**common** 52:2
**communication**
41:12 264:24

**communications**
133:10 144:11
164:20
**company** 45:18
48:9,12 50:23
55:20,20 59:19
89:3 195:2 226:12
226:13,20 245:11
**compensated** 234:3
**compensation**
38:15 88:9
**competent** 189:14
**compile** 77:6
**compiled** 68:4
110:21 162:11
**completed** 4:17
32:13 51:16
108:10
**completely** 8:22
13:16 297:19
**completion** 113:2
120:1
**comprehensive**
204:6
**compressibility**
185:7 188:5,22
190:17 191:18,21
193:11 194:10,17
198:1 202:15,16
203:8 204:19
208:1 211:1,17
214:20 221:13
224:9 265:23
297:24 298:8
**compressible** 212:2
**compression**
202:18
**compromise** 17:15
**computation**
276:19,19
**computations** 84:3
**compute** 278:20
**computed** 139:23
253:5 275:2 277:2
**computer** 80:13
81:6,7,7,16 83:11
85:21 86:16 175:3

175:3 176:21 177:10,14 178:13 178:18 179:7,7 180:12,20 210:3 227:12,24 258:24 281:11

**computerassisted** 27:15

**computers** 84:9 179:6 181:1,3

**computing** 207:23 263:18

**conceived** 129:14

**conceptual** 120:7 120:14 129:22 134:21 135:7 138:6 139:8 143:14 145:1 147:1 162:21 165:25 170:5

**concerned** 286:20

**concerning** 27:11

**concerns** 173:3

**concluded** 162:3 274:10

**concludes** 304:18

**conclusion** 146:3 151:23 199:2

**conclusions** 125:17 125:20 126:7

**concrete** 276:14

**condition** 193:1 207:22 213:14,21 249:23 251:5,8,10 252:12,19,25 253:11,12,13,17 254:9 255:20 263:15,23 267:9 271:20,22 291:14 293:19 294:4 296:24

**conditions** 76:3 142:6 160:4,13 161:6 196:7,7,15 196:16 197:22 206:19 207:20 216:20 219:24

248:4,12 249:12 249:13,20,21 250:1,17 252:7,20 256:6,10,11,22 257:14,17,18 266:12 267:12 270:10 284:7 285:24 287:11 292:3,5,8,12,15 292:18 295:8 301:7

**conductivity** 42:19 44:21 108:21 183:8 184:10,13 194:16,19,23 205:4 206:13,17 206:24 209:2,6,8 209:10,20,21,22 210:2,8,13 212:21 214:4 217:3 254:23 255:13,15 257:21 262:16,16 262:20 263:11,19 264:6 265:17 274:7 276:11,18 277:1,5 281:24 282:21 284:4 285:21 288:5 291:8 295:19 296:4,20 297:2,11 298:6,11

**conference** 20:9

**confidential** 144:14 303:2,13

**configuration** 131:12

**confirmed** 90:16 250:12

**confirming** 51:24

**confused** 83:24

**confusion** 84:5 269:7

**congratulations** 229:8

**conjunction** 51:8

**connect** 19:8

**connected** 169:14

**connection** 20:12 36:24 43:4,11 45:2 62:7 75:11 79:2,20 90:21 174:21 180:4 182:8 183:16

**consideration** 220:2

**considers** 147:12 148:8 169:12

**consisted** 52:6,11

**consistent** 271:7,15 271:16

**consistently** 284:6 285:23 287:10

**consists** 185:14 187:10

**consolidate** 211:5 212:6 216:7

**consolidation** 202:8,20 211:20 212:25 298:23

**consolidaton** 210:24

**constant** 216:14 247:25

**constitutive** 263:25

**constructed** 163:19

**construction** 154:1 154:9

**consultants** 46:10

**consulting** 13:11 13:13 23:25 45:21 48:12 59:20 60:1 60:15 61:16 234:18 245:11

**contain** 17:16 18:3 182:24 303:2

**contained** 183:12 275:4

**containing** 175:3

**contains** 17:18

**contemporaneous** 158:13

**contend** 139:12 141:18 145:23

**content** 99:15 211:12 265:16

**contents** 66:11,13 85:18 241:4

**context** 25:8 259:14

**continues** 210:22

**continuous** 51:15 51:18,19 52:8 54:25

**contract** 37:20,21 38:2,18,19 89:13 89:14 90:25 91:2 93:18 107:22,23 232:2,2

**contracted** 42:10 88:19

**contracting** 51:1 88:13

**contraction** 258:3

**contracts** 89:18,22

**contractual** 107:18

**contractually** 46:3

**contrary** 90:3

**contrasting** 255:14

**contrasts** 214:3

**contributed** 85:15

**contributions** 94:25

**control** 106:2

**controlled** 292:3,13 292:22

**conversation** 7:11 143:11

**conversations** 4:20 38:25 39:2 107:14 221:8 265:6

**conversion** 189:17 189:20 190:7 203:23,25

**conversions** 205:13

**convert** 203:11

**converted** 190:2

**coordinate** 145:12

**copied** 132:1

**copies** 179:13,14

**copy** 94:12 95:23

96:13 180:22 181:2 273:4,7 283:17 303:5,13 304:10

**cords** 176:25

**core** 51:19

**cores** 52:3

**corner** 60:9

**corners** 64:10

**corps** 119:5,22 120:3

**correct** 16:23 22:7 37:22,23 39:9,24 39:24 40:20,21 50:8 58:19,20,23 58:24 68:17 72:22 72:23 73:1 80:14 80:17 82:23 91:9 94:5,6 95:9,10,21 95:22 96:10,11 99:19,20 100:19 103:14 106:9 108:3 117:22,25 118:14 124:1,19 124:20 125:14 126:4,9 128:19,22 128:23,24 129:13 129:24,25 137:23 137:24 141:13 155:9 159:23 162:19 164:8,9 167:2 170:14,17 170:18 172:18,19 172:23 173:7,8,11 173:14,25 185:2,3 186:17,18 188:12 190:8,12,13 191:8 193:25 200:13,14 205:1,2,15,16 207:15 208:15 219:1 220:20 223:13 229:23 231:9,10,15 232:15,21,22,24 233:2,3,5,6,9,10 233:13,14,18,19 237:2,6,7 240:2,3

240:17 241:23,24
243:17,18 244:8,9
246:22,23 247:6
247:13,16 248:13
248:16,20,25,25
249:2,3,4,7,8,16
249:17 251:18,21
253:22 254:1,2
256:12,17,18
258:16 261:1
262:8 266:15
267:22 270:10
271:20 272:18,22
272:23 277:11,19
277:20,24 278:12
279:19,20,23
280:15,23,24
281:9,17,20
286:12 288:7
293:20,21 295:25
299:2
**correcting** 36:6
**correction** 245:16
**correctly** 37:19
42:20 82:21
126:20 127:7
128:10,18 175:17
196:16 197:12
232:14 253:16
275:20 284:5
285:22 287:10
295:24 298:17
**correlated** 202:17
**corroborate** 227:24
**cost** 93:19
**couldnt** 96:18
218:19 282:9,25
**counsel** 1:14 7:13
7:20 11:16 57:21
76:24 113:10
114:6 116:10
186:14 190:15
199:12 273:23
302:25 303:5,7
304:11
**counsels** 73:17
**countries** 87:21,23

**country** 7:4 27:12
27:25 92:24
234:13,19 236:23
**couple** 49:22 51:17
53:1 98:5 110:14
133:17 186:11
202:21 225:10
299:4,11
**course** 32:11 36:11
36:12 175:20
179:14 188:3
210:10,10 242:3
242:11,15 243:20
261:24
**courses** 34:19 36:7
36:18 210:15
241:16,22
**court** 2:19 3:21
14:17,21 24:2
26:1 49:6 303:3,9
303:14,24 304:10
**cover** 8:2 139:24
**covered** 40:2 198:9
**covering** 185:15
**cpt** 51:14,16,24
52:8 53:6,18
54:21 61:2 70:20
72:6 75:24 76:5,6
111:20
**cpts** 68:5 71:3
**crack** 294:7,23
**crashed** 181:16
**create** 94:22 107:6
107:8 108:6
110:23 112:18
122:13 280:8
**created** 110:7,20
117:24 138:5
247:19,23 297:21
**creating** 107:15
133:2
**creation** 107:1
**credit** 162:15
241:23
**crew** 48:25 50:20
50:20,24 51:3,9
**critical** 127:20

**cross** 3:24,24 5:15
5:21,24,25 66:2,3
66:21,25 67:10,12
67:18,20,23 68:1
68:6,13,20 69:4
70:11 104:21
108:18 109:4,14
109:15,20,22,23
109:24 110:5,8,19
110:20,24 112:1,6
112:13,19 113:3
120:7,14 121:22
122:2,4,13,18
123:2 124:2,14,18
124:21,24 125:2,6
125:8,12 128:25
129:7,22 130:6,9
130:14,16,18,24
131:3,6,7 132:13
132:16,24 133:2,5
133:11,13 136:18
138:6 139:8 145:9
147:7 149:24
152:15,16,17
153:13,14 161:19
162:22 163:1,8,9
163:18,23 165:7
165:25 170:21
173:16 182:12
183:6 229:17,17
229:21,24 247:9
247:17,18,22
248:3,10,15,18
249:14 250:23
251:1,3,16,24
252:1,6 253:15
256:1 257:9
262:13 272:21
301:9
**crossing** 171:13
**crown** 171:14
**culvert** 274:10
277:8
**curious** 164:10
**current** 3:6 294:18
294:19
**currently** 16:11

**curve** 256:4 263:9
263:17
**cut** 20:6 173:19
187:10,13
**cutoff** 11:24
**cutting** 280:19
**cva** 59:20,25 60:15
61:9,11,13,16

**D**

**d2487** 97:13,17
99:18
**daily** 112:17
119:12
**damage** 175:2
184:25
**damaged** 64:4,6,12
175:8,25
**dash** 284:8 287:12
**dashed** 142:12,16
144:7 145:9
**data** 5:22 6:1 81:6
110:19,22,23
179:6 191:12,17
195:7,8 204:7
206:23 223:10
255:13
**database** 110:14
**date** 31:19 41:25
59:11 79:22 92:23
108:18 182:23
227:10
**dated** 95:24 225:9
**dave** 48:25 52:22
54:10 75:14 132:8
**david** 132:23
**davis** 2:17 3:9
**days** 1:2 186:11
225:10 303:8,23
**deal** 8:3 124:23
139:25 140:11
**dealed** 140:7
**dealing** 138:9
140:12
**deals** 84:23
**decades** 267:21
**december** 17:6,7

17:10,11 25:21,23
31:20
**decent** 9:22
**decide** 193:8
275:21
**decided** 131:11
193:10
**decision** 14:6
265:19 298:2
**decrease** 215:19
216:1,4,6,9
260:14 261:18
**deegg** 12:8
**deep** 108:14 134:22
134:23 135:8
138:15 140:18
145:6,16,18
171:11
**deepest** 101:17
**default** 263:24
**defendants** 196:5
**defending** 4:9
**deference** 103:10
**define** 90:23
132:18 182:10
208:16 248:25
279:24
**defined** 213:14,21
249:6 300:23
**definition** 201:14
201:16 300:24
**definitions** 201:17
201:19,22 207:2
207:12
**deform** 216:23
288:12
**deformation** 84:25
249:12 282:5,10
282:17 283:1
**deformational**
42:21 44:21
**degree** 16:7,10,14
16:18,25 33:23
89:25 90:6 154:1
**degrees** 16:1,5
**delayed** 58:10 59:9
**dell** 177:22,25

DIEGO COBOS-ROA, FINAL

April 10, 2012

**demonstrate** 282:2
**denied** 30:19
**department** 32:24
33:22 34:2,11,12
**depend** 252:13
260:16
**dependent** 207:10
249:2 257:20
266:2
**depending** 127:18
291:7
**depends** 280:5
294:2 297:7
**depict** 138:6 139:7
142:15
**depicting** 156:15
**deponent** 26:15
30:1,7,16
**deposit** 169:13
276:12
**deposition** 1:8,9
2:23 3:1 4:6,9 5:6
6:8 10:8 11:15,19
11:22 12:15 20:5
23:21 30:5 53:13
53:25 54:2 56:17
57:24 58:6 75:3
75:15 79:3 87:2
166:11,17 200:20
222:8,11 246:5
303:1 304:19
**deposits** 211:13
217:10
**depth** 99:3 101:23
102:2,19 134:12
165:23
**depths** 52:9,16
**deridder** 201:9
**derived** 203:10
**describe** 51:7,8
105:23 133:19
147:4,16 154:6
162:18 170:13
171:5 173:14
180:1,3 205:20
209:19
**described** 38:16

67:12 70:8 89:10
93:25 122:6,11
129:22 165:9
192:6 198:2
226:25 246:4
249:22 252:11,18
258:14 294:10,11
**described** 144:23
**describes** 134:9
171:11
**describing** 5:19
78:18 113:8 154:9
154:10 295:6
**description** 266:15
**descriptions**
103:17
**design** 71:12,17
**designated** 159:13
303:12
**designation** 303:11
**designed** 13:21
26:15 30:14 33:19
144:25
**desired** 208:14
**desktop** 180:20
181:2 262:1
**destroyed** 175:9
**destruction** 175:2
**detail** 150:8 198:5
**detailed** 119:20
120:11,18
**details** 70:11 86:8
206:22
**determinations**
97:7
**determine** 65:17
173:25 175:5
218:21 219:16
224:8 252:5
274:17,19 276:24
**determined** 38:24
199:11 291:24
**determining** 89:24
218:22 219:17
**detrich** 34:18
**develop** 112:13
113:2 130:14

**developed** 135:16
135:24 136:2
137:9 206:17
217:9 264:8
**developer** 60:12
**developing** 112:18
132:24 133:5,11
**development**
147:15 148:10
274:12
**device** 33:3,7,8,9
33:13,18
**dial** 20:13
**diameter** 51:20
**dictate** 151:1
**dictated** 132:16,18
149:17 150:21
151:3,11
**dictating** 151:7
**didnt** 31:21 40:3
41:12 46:12 47:1
47:23 61:21 83:9
99:17 105:5
112:12,16 115:4
120:12 129:17
137:22 138:25
144:4 148:21
150:11 175:23
178:19,23 181:25
183:4 194:8,13
208:4 218:18
222:18 223:1
232:10 238:1
251:14,23 268:6
281:7 288:18,22
292:6 302:3,5
**diego** 1:9 2:16 3:2,5
6:18 12:3 15:9
23:21 24:15 25:9
31:11 56:14 73:20
79:16 102:18
111:5 144:12
152:6 174:25
185:9 188:25
194:4 196:1
199:11 225:3,15
229:4 274:6

299:12
**diegos** 13:11 26:12
**difference** 184:8
239:11 268:14
269:21 270:2,4,8
270:20,22 272:6
277:10 295:8
**differences** 109:9
122:17 184:4
297:11
**different** 29:9 36:1
46:15 74:1 79:13
81:8 83:5 102:3,4
102:20,21,22
103:5,7,9 111:2
122:3 124:6
127:22 131:5
139:23 140:8
181:18 183:11
213:8 239:8 274:8
278:12 286:16
**difficult** 7:9 52:24
**digital** 175:3 180:6
227:24
**dimensions** 121:25
122:1,3,17 172:21
173:10
**dip** 268:19
**direct** 67:21 130:23
133:9
**directed** 148:2
211:22
**directing** 148:3
**direction** 232:19
262:3
**directly** 72:16
88:15,19 131:23
232:19 233:1
**disagree** 90:4
117:15 134:24
135:6 144:2 172:7
**disapprove** 91:23
**disassociate** 219:9
**discomfort** 144:18
**discover** 176:19
**discovered** 27:18
98:14 99:1

**discovery** 11:24
13:18
**discuss** 39:13 126:1
236:14 264:13,15
265:6
**discussed** 59:13,15
62:9 108:2 130:15
185:21 207:3,4
221:21 222:1
264:15 265:20,24
271:5
**discussing** 39:21
129:8 151:6
186:10
**discussion** 18:5
21:9 56:7 102:12
121:7 123:19
126:6 208:12
240:11 283:12
290:7 297:9
**discussions** 133:4
**disk** 76:24 77:7,10
78:2 181:16 222:6
**displaced** 275:14
**disrupt** 166:14
**dissertation** 35:4
91:24 92:2,3
300:8
**dissipation** 75:9,10
75:20,23 76:4,9
**distance** 100:9
**distinction** 84:18
**distract** 113:24
**distracted** 130:21
**distribution** 303:4
**disturbing** 57:10
**divided** 209:14
**dockets** 48:14
**doctor** 120:17
160:11
**doctoral** 17:12,16
25:3 33:23 89:5
**doctorate** 23:24
89:25
**doctors** 10:17
**document** 56:15
57:15,20 60:4

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 313

64:24 65:2 69:15
94:11,22 99:7
107:3 108:6 109:2
156:2,10 157:7
162:10 185:15,19
186:3,5,16 187:6
198:7 200:9 201:5
202:23,24 203:21
204:2 222:16
273:23 302:24
304:2
**documentary**
143:17
**documentation**
146:19
**documented** 217:7
**documents** 56:20
107:1 113:8
117:20,23 120:11
120:19 146:25
172:1,11 178:6
203:3
**doesnt** 9:23 47:7
54:13 94:3 139:20
220:1 221:17
273:17 288:2
**doing** 32:14 42:6
42:15 63:24 75:10
75:19 76:16,19
84:2,6 85:9 91:6,8
91:9 146:5 195:5
195:6 230:11
233:8 264:11
281:15,16
**dont** 3:3 4:16,23,25
5:1 8:12 12:19
14:2,4 17:25
24:25 40:23 47:7
54:1 55:25 57:17
58:13 60:2 66:18
67:1 72:4,20 74:8
77:4 81:19 86:22
90:9 100:11,24
104:4,19 107:20
110:13 113:14
114:21 116:1
120:22 121:16

130:5 131:20
133:1 139:5
147:20 150:15,19
150:20 151:2,6,17
160:18,24 162:16
163:15,17 166:12
166:15 176:3
178:1 179:3 181:6
181:13 183:2
192:11 198:4,15
198:24 199:23
202:19 203:22,25
205:22,24,25
206:1,2,25 207:5
211:24 212:9,11
212:12,17 214:22
215:10,22 217:19
218:8 219:5,12,13
227:17 228:4
234:8,15 236:2
239:20 245:15
249:9,11 252:14
255:21 261:20
265:6 269:6,12
273:7 275:22
282:23 283:16,18
285:10 300:6,7
302:5
**doublecheck** 95:4
**downhole** 33:18
**download** 53:9,10
**downloaded** 244:4
**dr** 6:19 12:9,13
24:11,23 25:1,11
26:4 27:12 28:20
29:6,6 31:25
32:18,21 33:2
34:1 38:7,25 39:2
40:19 42:11 43:14
45:11,23 46:1,8,8
46:14,20 47:19
48:25 50:10,14,16
52:22 53:12 61:17
65:7 68:8 69:16
70:12 72:1,17,22
73:17 74:4,4,4
75:2,14 84:6

85:11,13 86:2,7
86:12,14,15 87:1
88:17,19 89:14,21
89:24 90:8,14,15
90:17 93:10,17
94:13,18,20 95:8
96:8 106:20,25
107:4,9,14,22
108:2 110:20
118:6,7,9 121:1,4
121:10,12 122:12
122:12 124:1,5,13
125:5 127:21
128:1 130:7,9,13
131:2,7 132:3,7
132:11,17,23
133:5,23 134:1,6
134:20 135:2,11
137:12,21,25
140:21 142:20
143:4,12,16,21
144:7,12 146:6
147:24 148:6
152:6 162:7,11,13
164:20 165:21
166:8 167:1 168:1
168:23 170:11
171:19,24 172:5,9
172:9 174:8,9,22
181:15 182:16,20
182:25 185:13
190:2,23 191:25
192:6,20,21 193:2
193:7,12,14,17
195:10,14,21
198:2 200:18,24
203:3 204:5
207:25 208:12,24
208:25 210:8,23
211:11,22 214:10
214:24 216:13,25
219:6 220:20
222:10,23 223:6
224:11 225:14,21
225:23 227:1,8,8
227:15,22 228:7
231:11 232:17,20

232:24 233:2,5,8
233:12 234:2
236:7 244:25
245:4 246:25
247:24 249:25
250:4,13,19,22,25
251:11,15,21
254:18 255:6,7
258:17 259:14
261:21 262:4
264:17,18 265:2,9
265:21,24 266:10
272:24 282:1,20
283:15 294:10,11
**draft** 65:12 67:20
68:25 69:25 70:4
107:2 286:22
**drafted** 65:8,21,24
66:19,19 67:23
68:6 70:7
**drafting** 65:10
68:20,22 70:1
**drain** 215:24 216:7
216:17 272:12
277:6
**drainage** 71:20
290:15,16,23
**drained** 213:15,22
214:7,11 271:13
271:19,23 272:4,8
290:17 291:5,20
293:11,15,18
294:4 295:13,17
295:25 296:3,7,10
297:4,13 298:5,10
298:20,24
**draw** 104:16
142:12 163:6
164:15 280:22
**drawing** 163:16
**drawings** 69:22
**drawn** 87:1 163:7
280:25
**drew** 142:16
**drill** 48:25 50:19,20
50:24 51:3,4,9
**drilled** 64:1 237:5

**drilling** 51:1,22
55:20 237:1 238:9
238:14,21,24
239:4,6
**drive** 175:13,18
176:5 177:12,15
177:24 178:3,17
179:6,23,24 180:1
180:10,11,16,18
180:23,25 181:3,8
181:10,16,23
182:6 183:21
258:23
**drives** 177:1,2
**drop** 264:19 265:10
**dropped** 128:7,15
175:25 176:1,2
181:16,23
**dropping** 176:3
**drs** 45:22 130:17
**dudenhefer** 57:3,8
57:9 58:3
**dug** 139:7 171:11
**duly** 2:18
**duval** 11:1
**dvd** 182:16,20,24
200:17
**dynamic** 33:4,21

————————

**E**

**ear** 263:3
**earlier** 4:17 39:21
47:23 63:10 70:8
122:14,21 124:18
146:18 159:8
184:5 202:3
208:11 261:5
**early** 93:16 258:21
**earthen** 170:1
**east** 48:19 49:16
50:8,21 62:5 63:2
63:22 76:17 78:16
81:18 82:16 97:24
113:9 136:20
155:11 158:11
161:24 184:24
300:20

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 314

**easy** 185:18
**ebia** 69:5 72:2
74:22 75:5 76:21
78:7 79:20 100:14
101:2 110:15
111:18 119:4
135:16 136:2
137:10 147:14
148:9 156:18
182:9 205:18
240:1 248:12
**economic** 234:12
**ecuador** 89:4
**edge** 145:14 159:18
253:12,14,19
254:1,4,5 260:18
260:21 261:9
**edited** 188:18
**education** 185:4
**effect** 143:9 200:22
266:23 267:4
274:9
**effective** 214:2
215:11,14 216:1,4
216:9,22 291:22
**effects** 35:5,6 126:1
**effort** 68:14 74:2
**eighth** 186:19
187:2
**either** 89:17 96:9
104:2 112:19
160:22 199:25
213:23 220:10
231:2 258:13,14
266:14 269:24
**electronic** 177:3
179:14
**element** 253:1
282:5,10,17 283:1
**elements** 291:21
293:3
**elevation** 103:4
104:2 109:9,10
128:8,16 129:10
129:12 169:13
253:4,6,18 261:8
261:13 266:4

294:16
**elevations** 126:17
127:4,10
**eliminated** 301:8
301:10
**elipsis** 164:12,15
**ellipses** 146:11
**elwood** 186:14
**email** 151:9 185:10
185:15,16 191:7
194:21 196:4
**emails** 132:1,6,11
**embankment**
147:14 171:15
**embarrass** 30:15
**emphasis** 284:3
**employ** 46:20
47:19 191:23
**employed** 15:9,11
15:13,20,24 28:3
28:5,7,13 34:24
34:25 35:22
230:15 231:2,7,18
231:25 232:8
233:16 234:22,23
236:19,21 243:16
**employee** 235:11
**employees** 235:19
235:23 236:1
**employer** 226:13
**employment** 28:2
39:20 234:13
235:3,8
**employs** 236:15
**encountered**
101:19 160:5,16
171:7
**endeavor** 115:23
117:1
**ended** 136:22
**ends** 60:10 168:23
**engaged** 89:6
234:17
**engaging** 114:23
**engineer** 23:22
88:1,3 111:6
139:20 205:14

219:16 235:5
**engineering** 16:7
16:14 23:23 32:25
33:23 34:10,14
43:16 48:13 84:2
91:15 97:4 111:7
138:10 185:5
210:17 218:20
232:5 251:25
**engineers** 119:5,22
120:3 163:5
**ensure** 253:2
**entered** 302:23
303:17
**entire** 69:22 91:22
161:13
**entirely** 13:21
26:14 29:16
247:14
**entities** 15:24
**entitled** 96:20
108:14
**entity** 15:21
**equal** 220:15
253:18
**equals** 299:12
300:4
**equation** 87:8
204:14,17,22
205:5 210:21,23
211:2 220:1,4,5,8
**equations** 204:11
205:13 210:20
**eroded** 134:14
165:13
**eroding** 141:12
**erroneous** 145:23
**especially** 74:3
**essential** 223:12
**essentially** 5:24
51:19 53:3 76:15
95:16 109:10
111:16 177:2
190:25 192:25
193:16 210:5
211:13 213:14,20
214:13 253:1

260:20 263:18
277:5 280:7 295:7
**established** 130:8
**estimate** 74:25
93:23 194:22
224:5 256:6
**estimated** 74:16
134:12 165:12
**et** 96:23
**euf** 30:6
**event** 207:15
**everybody** 20:16
**evidence** 13:18
29:9 139:15
140:20,23 141:20
143:17 145:20
146:25 150:5,12
164:17,24 171:17
171:25 275:3,10
275:19
**exact** 35:21 41:25
81:20 90:9 145:4
158:25 159:15
182:22 203:5
227:10 243:9
**exactly** 51:8 63:4
108:5,8 133:1
163:20 179:5
297:18
**exaggerate** 104:25
**exaggerated** 105:4
**exam** 205:17
**examination** 2:21
6:17,25 8:11 15:7
31:10 47:6,15
48:18 53:20 54:17
56:13 57:14 58:8
67:6 75:21 77:18
80:24 83:1 93:8
102:17 106:13
112:24 117:18
123:16 131:19
135:3 140:5 142:4
143:10 144:1,19
146:9 148:20
149:4,22 150:18
152:5 153:11

156:13 157:10
158:18 163:4
166:4 168:9,22
169:11,24 173:12
198:19,23 199:10
201:4 217:22
218:6,25 219:8
222:19 224:21
229:3 230:7
240:13 244:22
245:25 265:12
268:12 269:11,19
273:13 274:2
283:14,23 285:12
285:19 287:9
289:1,12 290:12
299:10
**examined** 121:4
148:6 276:3
**example** 70:21
250:1
**excavation** 125:1
133:15,20,24
134:9 135:7,15
136:8 137:9 138:5
138:15,24 139:7
139:11,17 140:18
141:21 142:22
143:13,14,18
145:1,4,6,7,9,22
145:24 147:17
149:10 158:5
160:4 164:14,18
164:22,25 165:8
165:10,24 169:14
169:15 170:6
301:9
**excavations** 134:21
142:18 147:1,13
147:22 148:8,22
150:6,13 154:24
161:23 172:22
173:11 301:5,19
**excavator** 158:4
**exceeds** 292:20
**excel** 179:11
243:22

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 315

exceptionally 76:10
excerpt 201:15
excess 76:3,7,9
  277:6 292:23
  293:19
excuse 11:9 14:14
  61:19 67:8 106:14
  140:16 182:4
exerted 209:19
  214:9
exhibit 56:15,21
  58:7 72:12 76:25
  79:3 94:12 196:9
  204:2,3,14 217:24
  222:7 224:13,18
  249:22 251:14
  273:15 277:21
exhibits 246:5
  258:15
exist 55:24 79:6,8
  292:19
existed 61:11 89:11
  154:17 252:7
exists 125:1 154:16
  247:19
exit 260:6,14
  261:18
expansion 257:25
  258:2
expect 16:24 58:10
  59:8 215:10,14
  216:3,8
expected 216:12
expects 25:20
expedite 66:16
experience 95:15
  239:5 240:18
  244:24 245:2
experienced 7:21
  258:5 282:13
expert 12:10,13
  13:12,13 23:25
  24:12 25:10 94:13
  124:15 130:10
  203:3 217:4,8
  247:1
experts 29:5

expiration 31:19
explain 86:4 116:6
  197:19 211:16
  213:20,24,25
  247:15 288:9
explained 4:10
explanation 111:2
  197:16
explore 25:4,7
explored 214:5
express 188:25
expressed 190:23
extend 136:14
extending 145:13
  165:12
extends 134:11
extensively 245:5
extent 26:2 29:11
  30:10,17 75:13
  91:18 105:3 135:1
  142:18 144:10
  146:2 248:3
  264:22
external 175:13,18
  176:5 177:1,12
  178:17 180:1,11
  180:17,23 181:7
  181:10 182:6
  292:5,7,9,15
extra 268:3 273:4,7
extract 51:20
extrude 51:21
extruding 52:13
extrusions 54:25

**F**

f1 233:25 234:14
facetoface 133:9
  151:10
fact 75:25 102:1
  105:15 119:8
  139:14 146:12
  158:10 162:8
  165:21 191:14
  266:5 276:14
  277:13 289:7
  297:13 299:20

factor 189:18
  228:11
factors 126:3 128:7
  128:15
facts 111:8,11
  112:18,25 113:3
  113:12 120:10,13
  129:14,17 148:25
  174:3
faculty 31:22 32:1
fail 125:11 130:2,4
  301:15
failed 275:7,13
failing 301:16
failure 17:20,22,24
  17:24 35:17 65:25
  126:14,17 127:1,4
  127:10 274:12
  275:2,4,25 276:2
  288:12,17 295:19
  296:5,21 301:17
failures 79:21
  82:17
fair 83:18 87:9 91:3
  91:19 106:10
  111:12,13 132:17
  150:25 162:25
  187:22 248:1,7
  252:8
fall 62:16 176:13
  176:15 242:12
fallen 181:24
falling 266:4,6
familiar 43:7 44:15
  59:19 97:13 121:3
  121:5 204:8 206:3
  221:3,4,5
family 45:18
familyowned 45:17
far 92:12,14,15
  100:4 136:14
  155:16,24 157:21
  260:18,19,21
  274:11,18 275:6
fashion 173:20
  214:7
faster 211:6

fault 44:9
feature 134:10
featured 46:9
february 48:22
  49:15,25 62:4,21
  64:11 72:4 130:10
  196:21 217:4
federal 116:22
feeding 162:12
feel 31:21 193:15
  275:23
feet 51:17 52:7
  102:25,25 103:10
  126:18,19 127:5,6
  127:6 128:9,17,20
  128:20,21,23
  129:4,5 133:25
  134:11,11,13,22
  134:23 135:8
  136:9,16,17,21,25
  137:5 140:18
  145:16,18 159:6
  159:19,22 165:11
  165:12,13 166:1,5
  168:24 171:14
  213:4 253:14
  260:1,12 275:23
  278:19
fellow 48:24
fence 154:25 155:4
  155:15,16,18,21
  156:4 157:3,11,12
  157:16,21 158:7
  174:22
fewer 239:23
field 5:22 33:3,20
  51:10 78:1,6,14
  79:2 97:11 108:22
  220:1,4 237:19
  238:3 240:7 275:3
  275:10,19
fight 167:16,17
figure 65:20 69:18
  69:19,24,25 70:2
  70:6,11,17 121:18
  123:15,17,23
  124:24 142:8

144:6 145:3,7,11
  145:14,15 146:10
  152:7,14,15,17,18
  153:3 155:1
  157:25 158:3,17
  158:20 160:3
  161:5,8 164:11,13
  168:19,20 170:19
  217:11 224:9
  234:15
figures 65:8,12,14
  65:23 66:13,20
  67:22 68:11 69:20
  70:3 104:16,16,20
  106:2,23 118:1,5
  118:12 132:14
  140:24 152:11
  168:17 196:13
  197:8,23 274:15
file 80:16 107:3
  180:16 222:24
  223:5 279:4
files 63:15,19 79:12
  80:14 81:7 175:3
  175:6,7,8,13,14
  176:4 177:3 179:7
  179:11 180:13,14
  180:22 181:3,22
  191:2 227:12
  258:22 279:9
  295:10
fill 101:7,14,18,24
  102:2,20 103:13
  103:16,20,22,23
  103:25 104:1,3,5
  104:9 153:25
  154:15 160:6,16
  161:22 255:9,12
  255:19 288:18
  289:3 299:13,17
  299:21
filled 71:20 147:17
  165:10
final 16:21 52:6
  68:25 75:6 97:22
  97:24 98:3,3,11
  98:12 99:4 107:2

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 316

flawed 250:24
flesh 193:23 194:1
flood 272:17 282:3
  294:12
floodwall 79:21
  136:15,22 148:22
  154:2,13 155:1,8
  155:12 156:24
  217:11 223:16,24
  260:2,5,12,20
  261:15 274:21
  275:5 279:13
  294:12,17
floodwalls 184:23
flow 79:19 81:16
  82:4,15 84:11
  85:5,9 86:9
  141:11,14 175:4
  181:9 183:18
  184:21 185:6
  188:6 190:10,17
  196:6,7,14 197:13
  198:1 201:18,20
  201:25,25 205:21
  206:8,19 207:3,8
  207:13,14,17,18
  207:19,24 208:7,8
  218:22 219:17,22
  219:23,23 220:3
  220:10,13,15
  221:11,12,16
  249:11 264:7,7
  280:11,22,25
  281:16 284:5,6
  285:22,24 287:11
  288:6 292:21
  300:9
fluid 34:15,17
focus 29:3 69:24
  187:4
following 99:21
  101:7 205:6
  212:17 230:25
  231:1
follows 2:20
followup 24:22
foot 134:17

195:24
finalize 31:23
finalized 195:23
finalizing 195:4
find 28:6 30:13
  64:9 66:4,22
  81:14 83:5 96:18
  111:15 132:20
  135:22 146:25
  171:24 172:11
  175:23 185:19
  192:22 278:16
fine 3:5 114:20
  148:16 253:1
  263:6 276:10,17
  276:17 277:16
fingers 138:13
finish 4:15 44:4
  92:20 98:18
finished 106:12
  130:19 140:3
  192:10
finite 282:5,10,17
  283:1
firm 27:20
first 3:24 37:4,8
  41:5,19,20 48:19
  49:12 51:13,17
  61:15,23 62:2,12
  62:14 64:12 68:25
  79:21,24 96:12,14
  111:15 131:23
  135:25 148:12
  149:14 163:8
  170:10 175:6
  176:8 185:20
  187:4,23,24
  188:25 190:14
  196:10 199:24
  201:10 204:7
  237:19 248:22
  250:21 256:13,24
  296:1
fit 8:8
five 252:8
fixed 38:8
fl 275:23

force 209:14
forgotten 35:13
form 7:23 45:13
  115:18 116:23
  179:6 181:25
  194:18,20 248:10
formal 234:11
formed 45:8,10,20
  46:19 47:2,18,24
  47:25 48:1,10,12
  251:17
former 59:23
forming 29:10
forth 105:10
forward 193:17
found 53:13 79:14
  285:4 295:7
foundation 43:24
  251:17
founding 48:15
four 73:6 101:4,10
  122:14 131:11
  139:23 140:8
  191:3 245:11,18
  245:22 246:2
  253:23
fourth 25:6 30:2
  74:13 218:16
  228:9 254:3
fracture 105:11
framed 295:24
francisco 1:2,11
  2:9 10:8 11:22
frank 57:2,4,7
frankly 58:3
  219:13
free 244:4
friends 236:4
front 60:7 281:11
frpblgts 158:15
fugro 97:24 99:4
  110:19 195:7,22
  202:5
full 235:6 244:2
  298:22
fully 214:25
function 244:8

262:17,18,20,23
263:7,9 280:3
functions 69:6
  254:8
fundamentally
  145:23 206:20
funding 233:7
funneled 233:11
funny 163:15,17
furnished 57:21
further 196:22

_____
G
gabrielle 60:13
gain 104:2
gap 279:3,5,6,7,8
  279:10,18,21,24
  279:25 280:3,9,12
  294:11,14,23
  295:3,6,9,11
general 111:1
generalized 99:15
generate 68:11
generated 111:17
generates 76:1
generating 112:1,6
geoestudios 5:14
  27:20,23 28:7,17
  37:3,5,17,18,21
  37:21 38:6,18,21
  41:3,6 42:3,5,8,9
  42:16 43:4,13,20
  43:23 44:11 45:1
  45:8,15,24 46:2,8
  46:19 47:18 58:22
  59:2,24 84:3,13
  84:20 85:4 88:14
  89:2,13,14,22
  90:22,25 91:3,12
  91:16 93:9 94:4,8
  94:19 106:25
  107:9,22,24
  120:16 121:14
  122:9 137:12
  172:14 192:19,22
  192:24 193:9,22
  193:23 194:3

195:5 207:25
208:13 232:2,4,8
232:18,21 233:12
235:11,13,20
236:5,16,19,21
244:3 247:5
249:25 250:3,7,8
250:13 251:1
geologic 66:2
  104:21 109:17
geological 66:3
geology 65:9 68:5
geometry 71:5 73:2
  109:6 149:7
  248:25 249:2,6
  294:8,15 301:7
geomorphology
  34:15,16
geoslope 84:14
  221:9 222:9 282:9
geostudios 223:5
geotechnical 36:11
  96:22 185:4 232:8
geotechnology
  226:16,17
getting 24:13
  167:15 226:12
  287:4
gigabytes 180:7
give 7:17 14:11
  34:4 49:6 53:4
  55:11 81:19
  158:24 159:15
  174:2,6 175:9
  182:22 197:8,17
  202:15 227:9
  236:2 243:9
  271:10 298:7,7
  301:13
given 4:5 64:17
  77:7 98:6 111:1
  149:3,6,8,12,13
  153:18 162:14
  188:22 194:14,25
  196:3,19 197:1
  200:18 207:5
  216:6,17 251:15

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 317

251:16 283:6
286:21 300:4
301:23
**gives** 297:8
**giving** 253:5
303:23
**go** 3:21 4:4 19:11
19:12,18,19,22
24:7 26:18 41:15
41:17 56:23 58:9
67:1 81:6 82:11
86:8 98:21 100:21
101:10 120:20
129:6 146:24
148:15 149:9
153:6,9 154:4
171:10 174:12
183:1 192:9
197:19 198:5,11
203:22 209:16
222:5 228:19
263:5 287:3
**goal** 92:19,22 93:1
93:3 272:14
**goals** 281:25
**goes** 17:6,7 261:25
**going** 4:1 5:2 6:20
8:4,20,25 14:5
19:8 21:5 39:13
49:5 52:16 56:14
57:15 58:14 60:3
64:24 66:6 67:7,8
67:16 69:14,23
81:3 93:3 95:23
95:25 96:2,13,14
105:9 107:19,20
114:9 116:2 117:5
131:15 167:4
174:24 187:25
190:1 191:2
196:11 197:25
201:2 202:20
204:3 206:9 208:6
216:20 219:20
227:18 240:5,14
240:19 244:16
251:6 256:15

278:18 290:3
291:4 298:19
**good** 1:18 4:13
23:15 24:7 73:21
113:22,24 190:20
197:20
**gps** 64:2,16
**gra** 230:18
**grad** 48:24 52:14
55:16 65:8 68:4
68:15,20 69:11
70:7 79:9
**gradient** 127:19,20
260:6,14 261:18
278:17
**gradients** 126:13
126:14,25 127:1
127:12,22 196:25
197:8 277:22
278:2,4,8,18,20
278:23 280:4,18
**graduate** 25:20
34:25 35:23 36:2
36:10 39:25 40:6
40:7,9 49:3 53:2
60:25 61:6 63:8
230:16,22 231:8
231:21,25 233:17
233:17
**graduating** 245:10
**grain** 276:10,17
**grained** 277:16
**granular** 161:22
**graph** 126:11
**gravel** 300:17,18
300:19
**gray** 34:8
**great** 8:3
**green** 180:8
**greunauer** 105:20
**grid** 154:21,23
155:11
**ground** 30:8,11
51:14 70:17,19
71:7 75:25 131:4
134:14,23 135:9
146:13,14 161:22

165:14 166:1
168:24 176:3
250:2 251:8
252:23 253:4,7,7
253:18 261:1,7,13
**group** 2:12,14,24
59:20,22 60:1,15
61:16 63:7 104:10
112:5,17 113:1,7
117:19 119:6,15
119:21 120:2
137:15 138:5,25
139:6,11,16
143:19 145:21,25
146:18 147:21
148:21 150:6,12
154:8 160:16
170:6 172:1,3
241:9 243:12
281:14
**groups** 119:11
148:19 154:17
**groupss** 148:13
**gruenauer** 75:8
106:7,7,19
**grunauer** 39:1,3
45:11,19 46:15,20
47:19 60:13 61:18
61:24 88:17
**grunauers** 85:13
**grundnauer** 217:6
**gsr** 230:20,22
**gt** 70:24
**guess** 10:25 20:18
78:13 80:1 88:16
88:18 94:21 103:6
106:1 135:13
138:13 148:1
179:11 181:13
182:17 183:6,12
203:13 226:6
227:15 254:3
263:24 284:1
**guessed** 246:2
**guide** 204:6
**guy** 73:21 261:22
**guys** 222:25 302:21

**H**

**hadnt** 153:12
194:14 243:14
297:20
**half** 49:23 62:25
63:1
**halfway** 153:22
**hand** 51:22,23
60:20 68:7 85:24
86:1,6,25 87:12
163:6,7 209:13
227:22 228:2
243:21 261:23
264:5 281:17
291:7
**handheld** 85:21
**handle** 14:25
**handling** 116:12,13
**hands** 273:23
**hang** 22:9
**hantush** 221:5
**happened** 138:12
151:14,14,18
175:5
**happy** 81:4 304:10
**harass** 6:13 13:22
26:15
**harassed** 31:22
**harassing** 26:25
**harbor** 49:17
**hard** 175:13,18
176:5 177:1,14,24
178:3,17 179:6
180:1,10,11,18,23
180:25 181:3,8,10
181:16,23 182:6
183:21 258:23
**hardship** 234:12
**havent** 98:7 207:4
207:5 213:20
222:4 236:17
**head** 46:13 47:22
59:7 76:11,13
80:18 89:16 103:1
159:10 189:25
191:1 219:7

222:12 253:8
260:17,25 261:6,6
261:13 289:9,13
302:10
**heads** 219:21,23
220:2,10,13 264:8
**hear** 18:15 20:16
20:18 21:20 23:7
23:9,16 263:2
**heard** 27:5 61:16
115:25 174:25
209:2,7,24 210:12
**hearing** 23:12
210:14
**heave** 127:20
**held** 1:10 18:5 21:9
56:7 102:12
240:11 283:12
290:7
**hello** 21:12
**help** 3:16 8:1 10:5
66:11 80:11 81:24
88:16 235:15
**helped** 45:13 46:14
51:4 70:4
**heres** 300:24
**hes** 10:11 11:20
12:18 13:12,14
23:11 24:17,17
25:16 26:16,17
27:25 28:3,3,4,6
54:6 90:20 91:11
144:16 228:15
261:22 288:6
**hey** 193:3
**hi** 11:8
**high** 99:14 211:12
211:19 253:23,24
276:17 277:4
**higher** 16:2 253:6
276:25
**highest** 278:16
**highlight** 187:23
**highlighted** 186:22
187:24,25 188:15
196:8,24 201:14
201:15 204:14

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 318

**highlights** 186:23
**highly** 212:2,15
**hired** 42:3
**historical** 171:7
**hit** 253:5,6,17
**hold** 4:20 10:18
  18:25 19:7,9
  21:24 156:6 168:5
  168:5,5 273:9
**hole** 51:17 104:3
  146:14 238:16
**holes** 64:1 129:9
  146:12 237:5,10
  238:11,18
**hollow** 239:12
**home** 10:16 92:25
  175:22 176:21
  177:5 178:10
  180:20
**homeowners**
  178:20
**homework** 180:15
**homeworks** 36:6
  178:5
**honest** 43:14
**honestly** 206:22
**honor** 23:15 24:5
  26:10 29:2,22
  30:25 31:2
**hope** 31:21 93:7
**hotel** 253:17
**hour** 213:9
**hourly** 37:25
**house** 181:2
**hraoe** 291:8
**hundred** 110:15
  159:19,22 202:21
  260:12
**hundreds** 295:10
**hurricane** 36:24
  37:6 39:7 41:24
  43:5 44:1,12 45:2
  46:23 58:18 179:9
  179:20 207:23
  215:23 217:13
  251:6 254:6
  270:11,12 288:17

**hydraul** 194:22
**hydraulic** 42:18
  44:20 76:11
  108:21 126:13,14
  126:25 127:1
  183:8 184:12
  194:15,19,23
  205:3 206:13,17
  206:19,24 207:11
  209:2,6,8,10,20
  209:21,22 210:2,7
  210:12 214:3
  217:2,9 254:23
  255:13,15 257:21
  262:15,16,19
  263:10,19 264:2,5
  265:17 266:2
  274:7 276:11,18
  276:25 277:4,10
  278:8 280:3,18
  281:24 282:21
  284:4 285:21
  288:5 295:18
  296:4,20 297:2,11
  298:6,11
**hydraulics** 184:9
  204:6
**hydrocompression**
  258:5
**hydrogeologic**
  204:7
**hydrograph** 197:23
  249:24 252:12,18
  266:7 270:12
**hydrostatic** 291:24
**hypothesis** 139:21
  139:22 214:7,17
  214:18
**hypothetical**
  111:11 120:7
  143:13 145:1
  147:1 162:22
  170:5 171:5

----

**I**

**id** 189:16
**idea** 42:25 78:12

139:5 142:21
  158:22 170:4
  234:5 252:25
  260:18 301:13
**identified** 170:22
  277:22
**ignore** 220:14
  295:14
**ihnc** 5:15 42:4,12
  50:18 52:2 64:18
  66:2,21,25 67:13
  67:24 74:22 82:22
  83:9 110:1 238:11
  238:24 252:7,11
**ilit** 39:14,18,22
  53:8,10,18 54:18
  60:5 61:2 63:15
  63:19 65:5 70:4
  75:6,11 79:25
  82:1,6 90:19
  109:5,13,23 110:4
  111:21 128:2,3
  152:10 179:13
  226:2 230:15
  237:2 239:4,15
  240:23 241:1,10
  242:23 243:2,10
  243:25 247:20
  281:4,6,7
**ill** 3:23 7:8 23:4
  49:6 81:4 82:11
  115:22 141:25
  189:13 197:16
  200:24 220:19
  221:22 273:19
  285:20 291:1
**im** 1:23 4:8 10:11
  31:13 36:9 44:6
  61:20 62:12,17
  84:23 92:16 93:11
  95:5 101:9 106:12
  106:16 109:7
  115:7,14,22
  121:19 122:1
  123:21 127:17
  132:10 137:18
  138:8 140:6,10,16

145:15 149:5,7
  152:19 157:17
  165:16,16 167:4
  168:8 169:22
  175:11 178:1
  179:12 185:10
  186:24 192:10,10
  192:19,23 198:2
  199:25 212:17
  217:7 223:18
  225:16 229:23
  230:6,21 231:10
  231:16 237:13
  238:25 245:13,15
  256:7 262:24
  263:5,13 277:8
  281:4,5,6 283:16
  284:10,14 285:13
  290:25 292:6
  299:9 301:25,25
  304:9
**imagine** 147:25
**immediately** 158:5
  159:24 185:17
**immigration** 8:22
  26:13 29:15
**impact** 182:2 267:8
  268:6 277:17
**impacted** 118:6,9
**impenetrable**
  280:14
**implies** 211:19
  225:17
**importance** 24:22
  264:11
**important** 4:14,22
  12:24 26:3 106:17
  138:14 214:17
**imported** 158:4,11
**impose** 264:3
**impressed** 189:16
**improper** 29:16
**improperly** 8:5
**improved** 266:8
**improvement**
  201:8
**inaccurate** 138:21

**inappropriate**
  167:25
**inches** 51:20
**include** 124:25
  173:16 183:4
  291:11 294:9
**included** 87:9
  118:12,21 126:6
  130:22 183:5
  203:2 272:21
**includes** 118:16
  162:21 170:16
**including** 30:4
  58:17 147:7
  180:14 188:5
  294:23
**incompressibility**
  192:7
**incompressible**
  192:23 193:13
  208:19 210:6
  212:15 297:20
  300:15,18 301:11
**inconsistency**
  211:16
**inconsistent** 212:7
  212:12,13,15
  216:13 278:1
**incorporate** 290:19
**incorporated**
  135:11
**incorrect** 285:14
**increase** 215:20
  216:5,8 260:6,13
  261:18 280:17
  291:9,18
**increased** 215:6
**increases** 291:6
**independent** 32:15
  172:16 173:1,5
  208:23 251:25
  265:5
**independently**
  137:22 243:15
  262:3
**index** 66:10 241:3
**indicate** 196:14

indicated 34:23
65:7 146:20
227:22
indicates 210:23
211:5 214:24
215:5 228:8
indirectly 233:4
individual 105:17
132:22
industrial 48:20
49:17 50:8,21
62:5 63:2,22
76:17 78:17 81:18
82:16 97:24 113:9
184:24 300:20
inexperienced
281:20
influence 260:22
274:13,20 275:8
275:16,24 278:24
293:11,15,23
informal 3:3
information 13:16
29:17 68:6 70:16
109:18 110:9
111:18,20 119:3
120:17 122:8,11
122:18 123:3
129:1 130:24
131:1,10,24 132:3
134:5,16 135:10
137:11,20,23
149:10,25 150:1,9
163:13 170:9
171:8 172:8 177:4
182:22 186:16,22
187:7 208:4 303:2
informed 28:15
232:16
initial 46:18 47:18
214:7,17 256:6,9
256:10,22 257:13
262:22 263:12,15
267:12,12 270:10
289:24
injected 121:6
inner 49:17

input 81:6 95:9
120:16 138:18
172:13 182:11,11
182:11,13 183:11
188:4 192:2
223:11 249:7,15
254:13 262:1
inputs 149:2,6
182:7,10,18 183:8
183:14 184:4
248:19 250:15,19
inquire 28:23
inquired 28:14
inquiring 144:11
264:23
inserted 280:8
inspection 237:18
instability 275:9
institute 201:8
institutions 16:2
instruct 29:25
303:3
instructed 11:20
24:20 265:22
instructing 30:9,12
114:2
instruction 11:15
30:21
insurance 178:21
178:21,24
intact 64:7
intend 142:15
182:1 279:18
intended 6:13
69:21 142:17
145:3
intending 142:5
intention 138:8
229:12
intentionally
208:14,20
interacted 85:17
191:25 192:20
interaction 247:24
247:25
interactions 52:23
93:16,20 106:25

107:4
interactive 162:12
interdistributaroy
268:8
interdistributary
266:20,25 267:18
268:2,18 269:23
interest 278:17
interested 27:21
28:10 66:21 188:1
internacionales
46:9
internal 106:18
international 2:12
2:15,25 46:10
84:14 104:10
112:5,17 113:1,7
119:6,21 120:2
201:7 221:9 222:9
internationals
117:20 119:16
interpose 7:8
interpretation
164:4
interrupt 61:21
83:4 166:14
192:11
interrupted 35:11
interrupting
113:23
intimidate 6:14,19
introduce 1:15
56:24
introduction 200:1
introductory
146:21
inversely 210:25,25
investigate 164:23
investigating 37:6
investigation 29:14
45:3 51:11 148:20
160:25 173:2,24
179:8 237:6,22,25
238:3 239:4,16
240:23 241:1
242:23 256:21
282:6 283:10

investigations
111:21 179:9
investigative 36:25
39:7 41:21 58:18
62:7 79:13 172:17
173:6
involve 33:2 44:11
94:3
involved 24:24
25:2 40:10 43:5
67:25 68:19 70:1
111:8 133:2 154:8
237:1,24 238:21
239:14,19 241:7
241:10 242:20
243:11 245:8
274:11
involvement
242:22 243:2
244:25 245:3
involves 80:13
involving 41:24
44:1 46:23 81:18
82:16
ipet 110:4 111:22
179:13 247:20
irrelevance 30:8
irrelevant 13:16,21
26:14 268:4
isnt 46:18 47:17
74:22 100:11,24
102:1,19 103:3
104:4 112:13
113:4 115:12,16
119:6,16,22 120:3
120:8 125:3 126:3
135:19 136:5
139:17 140:17
145:22 148:23
158:12 163:6
164:7 165:19
166:24 168:25
190:11 191:18
197:7,13 201:25
211:7 212:7,14
213:15,22 215:7
215:16 216:5,9,14

219:16 229:18
249:16 277:23
300:20
issue 6:7 12:24 19:1
29:12 197:25
issues 17:13,14
26:5 28:19 43:18
italicized 200:9
italics 188:15
iterating 195:4
iteration 68:24
69:12
iwall 64:3,4,8,12
109:9
iwalls 64:6 174:21

**J**

j1 233:20
jacob 221:6
jaime 226:21
january 92:9,12
95:25 96:4 118:13
118:15 119:10
122:5,19 124:14
126:7 130:8
job 4:11,12 82:7,11
82:14 83:10 86:20
147:2 187:11
jobs 83:6,13,17
joe 58:3
joining 57:8
joint 68:14
jointly 70:6
jonathan 34:8
45:23,23
jones 1:2
jot 54:16
jourdan 272:20
274:18 275:5,15
276:5,23 277:14
278:22,25 279:4
279:16,19,22
jps 63:25
juan 34:8 46:2
60:12
judge 9:25 11:1
14:7,24 18:23

19:7 20:3 22:22
22:23 23:8,17
24:1,6 25:13,16
25:17 26:7,21
27:1,4,6 28:24
29:19,23 31:3
113:20,23 114:9
**judges** 9:24 10:10
10:14,22 11:3,7
11:25 12:5 13:1,7
13:23 14:3,10,16
14:22 15:4 18:10
18:14,18,22 19:5
20:2,7,14,21
21:13,18,23 22:4
22:8,13,17,21,25
23:10
**judgment** 161:12
208:24 252:1
298:9
**judgments** 164:6
**jumping** 105:9
**june** 93:2

───────────
**K**
**kapl** 275:6
**katrina** 11:14
36:24 37:6 39:8
40:12,13 41:6,24
43:5 44:1,12 45:3
46:24 48:10,11
58:18 88:13 89:7
134:15 165:4
179:9,20 217:13
234:3 288:17
304:9
**keep** 113:15
**keeper** 63:17
**keeping** 78:11
**kept** 54:22 79:12
284:1
**kevin** 2:3
**key** 192:2,2 295:19
296:4,21
**kind** 89:13,14
105:9 300:15
**kinds** 29:9

**knew** 73:19 143:13
187:18 195:13
**know** 7:9,21 8:20
14:2,7 29:12,14
35:10 42:9,13
43:13 45:9,25
46:6,12 47:1,23
47:25 49:7 54:18
55:2,4,17,23
61:10,12 65:14
66:18 72:4,20
73:10 74:8,24
77:4,12 80:13
81:9 83:3,9,15
86:20,22,25 87:3
87:11 90:9,24
98:13 100:11,24
104:4,7,19 107:20
108:8 112:10
113:14 114:23
117:7 118:5,9
121:13,16 130:5
132:23 133:1
139:10 141:8,8
142:20 143:16
144:4 148:19
155:16,24 156:14
159:11,13 160:8
160:12,15,18,24
161:16 162:16
166:12,15 175:12
178:1 181:6,13
183:2 185:5 198:8
198:15 199:23
201:11 205:22
206:2,22,25
211:24 212:24
214:19 215:3
217:19 218:18
219:5,12,13
223:17,25 233:20
234:2,15 235:19
235:22,25 236:3
236:18,21 239:8
239:11 246:14
250:15 257:7,12
257:24 258:4,8

259:1,4,6,7 260:5
260:8,9,10,11,13
261:17 262:6,10
264:20 265:9
266:23 267:8
268:6 270:3,7,19
271:2 276:16,21
282:19,23 285:10
289:2 295:15
300:3,6 301:12
302:5
**knowing** 28:10
267:17 294:3
**knowledge** 19:4
44:3 46:16 47:24
48:9 79:12 85:7
85:12 88:10,11
89:17 90:5 93:15
218:20 236:24
251:2 267:3
**known** 59:20 183:1
**knows** 265:1
**kpa** 188:23 189:5,6
189:7,9,18 190:22
**kruseman** 201:9
**kw** 171:16

───────────
**L**
**lab** 52:11 68:5
241:2 255:12
**label** 69:21
**laboratories** 55:19
**laboratory** 97:11
175:22 240:7,22
240:25
**labs** 33:11 36:5
**land** 43:24 126:1
201:8 215:7,11
250:2 251:7
252:22 253:10,12
253:19,24 254:1
259:25 260:1,23
260:25 261:7
**landside** 35:17
**language** 101:20
138:4 148:11
149:13,16,16

150:22 151:1,3,11
151:12 286:12
**lap** 177:20
**laptop** 175:12,14
177:21 178:4
179:22 180:12,18
180:19,21 181:1,9
182:5 183:20
273:10
**large** 40:7 133:20
**larger** 126:15
127:2,12,19 145:8
**larsatar** 90:15
**lateral** 42:19 74:17
81:17 82:1,15
84:12 85:5,9
126:2 225:4
228:10,15 274:12
274:14
**latest** 195:19
**law** 33:5 115:4
**lawsuit** 145:25
**lawyer** 7:21
**lawyers** 187:12
196:4
**layer** 99:3 103:7
108:21 122:3
184:10 188:8
204:21 207:24
212:2,4,5 214:2,6
214:8,11 215:24
216:2,17 254:18
254:21 255:16
262:12,22 263:16
264:4 266:17
267:7,7,15 269:23
270:1,5,9,13,13
270:15 271:17
272:11 276:10,17
280:19 287:21
288:3 289:4
297:12,17 298:4,5
300:17,18,19
301:11
**layers** 51:15 70:15
70:25 71:4,5,6
73:2,3 109:7,17

122:2 129:7 131:5
131:13 164:2
183:11 210:7
214:5 255:9,9,11
255:12,17 257:13
257:16,19 271:12
289:23,23
**leading** 13:17
**leads** 205:6 264:3
**learn** 234:6 243:23
**learned** 248:5
**learning** 16:2 27:21
**leased** 222:23
225:12,14,17
226:9
**leave** 8:7 92:23
298:19
**left** 71:1 145:3,13
175:20
**lefthand** 156:19
**legal** 8:12,16 12:22
24:19 27:11,22
28:11 31:11 43:18
88:7,19,24 146:3
190:24
**letter** 186:20 187:9
187:11,13,14,15
187:15 199:24
200:1
**levee** 17:13,14,15
18:2 82:17 89:7
135:18 136:4,11
136:14,22 137:1
159:1,2,3 169:15
169:25 170:1
171:13 215:7,12
217:11 223:18,24
253:15 260:22
274:19,21 277:23
278:9 294:16
**levees** 33:5 35:7,17
**level** 36:10 134:17
**levels** 291:24
**liberty** 185:18
**library** 175:21
**license** 29:13 77:15
88:3,5 222:9,13

222:23,24 223:3,5
223:7,8 225:8,10
225:12,13,15,21
225:25 226:9
**licensee** 222:20
**licenses** 87:15,18
87:20,25 226:4,5
226:7
**licensor** 191:9
**lidar** 110:23
**light** 161:13
**limit** 116:21 288:2
**limited** 8:2 11:23
116:3
**line** 8:21 30:13
54:12 75:3 96:21
126:11,23 135:25
143:2 165:22,23
168:3,8,11,12,12
168:25 218:17
225:1,2 228:9
252:14 303:10
**lines** 29:14 73:18
101:5,10 135:4
143:1,25 172:5
**lining** 173:21
**link** 157:12,15
**list** 77:22 79:17,22
146:18 150:9
153:18
**listed** 56:21 105:11
120:11
**listen** 268:25 269:4
**listening** 302:13
**literature** 127:17
127:17
**litigating** 28:8
**litigation** 130:11
230:24 231:12
232:3,5,10,17
234:4 243:7
244:25 245:4
278:3,9 304:9
**litigationrelated**
230:12
**little** 23:1 71:2
102:7 105:9 191:6

208:11 209:20
288:13 291:6
**live** 175:15 178:7
**load** 292:19
**loaded** 212:5 223:5
**loading** 207:11
212:4 215:23
216:19 264:2
266:2
**loads** 291:14
**locate** 63:25
**located** 100:1
133:25 135:17
136:3,8 147:17,22
155:5 159:18
169:14,15 253:14
**location** 70:14,20
70:25 71:3 100:13
101:1 109:16
131:4 137:15
138:16 141:21
142:17 146:11
149:7 158:25
159:15 164:3,13
164:19,22 165:1
170:7 171:18
172:11,21 173:10
178:8 274:18
277:23 278:12,15
280:9 294:23
**locations** 104:6,9
107:13
**log** 51:24 52:3
60:12,21
**logged** 237:5,9
238:16,18
**logger** 61:4
**logging** 51:4 52:8
52:12 54:24 55:8
55:10 238:10,22
**logs** 61:2 103:19,21
**london** 50:2
**long** 8:6 15:13
31:15 49:11 61:11
62:23 92:7 138:15
140:18 150:9
177:13 183:17

235:8
**longer** 248:2 297:3
**look** 57:17 67:16
68:8 70:16,22
73:5 74:10,13
76:23 79:1 96:5
96:12,14,15,18
100:6 103:18
104:12 111:14
118:1 121:1
136:18 140:24
145:11 149:10
153:14,20 156:10
174:6,13 186:19
188:3 189:24
196:2 201:13
203:14 204:10,12
210:19,20 213:6
213:11 273:1
**looked** 53:12,16
65:16 80:12
192:25 198:7
213:18 214:1
222:17 223:1
**looking** 104:24
123:7 125:24
133:14 156:17
164:11 181:12,14
187:5,6,19,22
229:16 246:1
283:25
**looks** 69:20 145:17
187:10
**loop** 162:12
**lose** 177:14
**losing** 250:23
**loss** 126:2 175:6
178:24 179:2
181:8 184:25
**losses** 175:10
**lost** 20:12 53:1
101:9 175:8 176:6
177:10,12,13
180:18 181:18,21
182:5,5,21 183:20
183:21 258:23,23
**lot** 65:14 81:22

106:24 107:4
176:24 177:2
198:6 213:7
**louder** 23:2,13
**low** 211:17 267:18
**lower** 48:20 49:25
62:6 191:4 192:14
193:11 270:5,8,21
271:7 276:11
295:20 296:5
297:1 298:11,12
**lump** 38:10,12
**lumped** 295:11
**lunch** 162:10

---

## M

**magistrate** 8:24 9:5
10:9 23:6,20
115:25 303:18
**magnitude** 191:4
**main** 64:10 184:8
192:13 249:23
252:12,19 253:23
254:22
**majority** 49:24
220:25
**making** 68:9 100:8
114:15 167:10
297:19
**mango** 4:4
**manipulating**
221:13
**manner** 211:14
**map** 100:6
**maps** 71:13
**march** 72:3 227:10
**marilyn** 10:2,15
11:8 21:14
**marine** 157:4,18
158:12,23 159:13
161:1,6 170:2
**mark** 67:7,8 95:25
96:2,2 156:2
204:3
**marked** 56:15
105:8 108:6
202:24 204:14

258:14
**market** 259:5,8
**marketed** 33:8
**marking** 57:16
60:4 64:25 69:15
94:11 185:14
201:6
**marsh** 99:3 211:5
214:25 215:7,16
216:3 217:10
262:12 267:7
**mass** 275:14
**master** 302:22
**masters** 16:10,17
23:23 32:13 40:5
**material** 8:3 77:3
96:24 103:13,20
104:1 209:10
222:6 249:14
250:17 254:11,15
254:17 276:7,23
276:25 277:16,17
278:24 291:9
297:4,5 298:10,18
**materials** 5:9 27:17
53:19,22 99:14
172:12 227:16,19
255:24,25 256:4
257:8,8 258:4
274:8 301:22,23
**matter** 7:24 12:25
40:11,13 270:15
**maximum** 59:6
63:5
**mayjune** 17:5
**mcf** 202:8
**mean** 46:3 47:7
61:21 77:10 81:20
86:4 103:25 106:6
110:1 122:9 123:5
134:17 137:7
146:15 147:20
163:10,13,15,17
169:25 176:1
180:3 183:10
189:12 194:2
199:18 207:14

217:18 218:17,19
218:20 224:2
227:7 258:13
261:9 268:17
281:10,12 286:7
292:7
**meaning** 231:17
253:9
**means** 124:1
207:19 223:25
247:3 262:21
288:15
**meant** 160:12
219:12,13 246:2
**measuring** 278:23
**mechanics** 271:3
**meet** 62:2 93:3
**meeting** 53:3
**member** 250:12
**members** 5:23
48:15 90:12
162:13
**memory** 67:11
77:23 79:18
174:12 178:1
184:3 187:7
**memos** 71:17
**mention** 119:2
**mentioned** 120:19
120:23 122:14
155:21 238:20
**menu** 262:7,12
264:19
**menus** 265:10
**merely** 114:16
**mesh** 253:1
**met** 2:22 61:17,23
62:1
**meters** 100:10
**method** 206:4,7,8
221:4,6,21,22
237:9 238:23
**methods** 239:5
**michael** 32:18 34:9
36:16
**microphone** 23:4
**middle** 125:15,25

132:20 214:16
217:16
**million** 213:3 234:7
**mind** 66:16 100:9
**mine** 9:22 89:19
182:19 198:16
199:25 200:2
226:14 238:6
285:11
**miniature** 241:2
**minor** 38:19
**minus** 74:18 189:2
189:3 190:4,9,21
191:3,24 192:4
193:3,15,18,20
205:10,12 208:2
211:18 212:20,21
299:14,25
**minute** 21:24 58:9
68:23 124:23
135:22 150:17,20
150:23 228:20
271:10
**minutes** 122:6
**mischaracterizat...**
117:9
**mischaracterize**
117:6
**mischaracterizes**
75:14
**mischaracterizing**
114:14
**misleading** 139:1
**misled** 289:21
**misrepresent**
190:18 204:1
207:6
**misrepresented**
166:19 167:1
**misrepresenting**
168:1
**missed** 80:7 119:8
120:21 253:22
**missing** 176:22
**misspoke** 245:20
**misstates** 47:4 48:3
82:25 98:17 99:6

113:12 135:2
142:24 143:4,21
148:25 157:6
166:8 268:10
**mistake** 190:22,25
191:5 227:3 279:9
279:22 280:1
300:1
**mistaken** 54:10
220:8
**misunderstanding**
181:21
**misunderstood**
261:3
**mixture** 277:15
**mmg** 104:20,25
108:19,23 110:9
110:11 111:19
**mode** 65:25
**model** 41:1 81:7
106:22 135:12
138:12,14,18,22
142:5 177:21,22
180:4 182:13,24
183:4 184:5
190:10 192:3,23
195:19,20 197:25
207:23 210:4
229:13,14,18,22
256:9 258:1,2,9
264:1 267:1,9
268:14 269:21
270:23 275:20,21
275:22,25 276:5,7
279:3,8,18,21
294:9 296:14
297:3 301:23,24
302:2,4,9
**modeled** 196:6,15
229:24 266:1,11
272:22 277:16
278:5,7,11 298:18
**modeling** 27:16
28:12 43:16
142:19 149:12
182:8 265:15
268:2 275:18

276:16 278:2
282:1,1 294:6
295:1
**models** 80:13 81:16
86:17 106:22
172:14 179:10,12
179:19 182:17
185:1 191:20,23
206:19 207:21
211:23 220:22
221:1 223:11
251:12 258:6
272:9 294:18,19
295:2,5 299:13,21
301:17
**modifications**
147:13 148:9
**moisture** 241:3
257:17
**molecule** 219:19
**moment** 10:19
35:21 49:2
159:16 177:16
237:11 240:10
294:15
**monday** 200:21
**money** 233:11
**monitoring** 111:19
**month** 49:13 62:25
63:1 72:3 183:22
185:21
**monthly** 235:14
**months** 62:11,11
62:21
**morning** 1:18
23:15 39:14 76:25
303:18
**morphology** 34:15
34:17
**motion** 30:3,17,19
**motions** 30:4
**mouse** 176:25
**mouth** 113:16
**move** 167:21
193:10,17 291:16
295:16,25 296:2,9
**moved** 51:16 71:1

260:4 261:14
**moving** 52:7
**mrgo** 42:4,12 82:22
83:9 110:1
**multiple** 118:16
**multiply** 189:10
**mute** 57:13

_____
                **N**
_____

**name** 2:23 17:25
32:19,19 33:13,14
33:17 35:11 39:12
43:17 59:23 84:4
85:13 97:15 99:16
105:17,17 137:25
145:4 226:15,21
230:8
**named** 60:19 91:22
**names** 34:4
**nation** 8:13
**nature** 97:5 197:3
**navigational** 49:18
**near** 5:15 135:17
136:3,11,25 137:2
137:4 159:1,4,5
169:15 217:12
**necessarily** 99:17
**need** 11:19 14:5,6
18:24 19:6,12,21
34:21 57:17 77:25
81:23 96:13 175:5
188:2 217:21
235:15 236:17
251:14,23 291:3
302:19 304:13
**needed** 235:17
**needs** 59:13
**negatively** 46:13
**net** 280:22,25
**nets** 281:16
**never** 98:2 195:9
200:19 209:7
222:1 236:14
259:22 275:13
**new** 4:16 33:7,9,10
48:21 49:14 62:6
105:11 109:18

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 323

110:7,20,23
122:13 154:12,12
222:21 239:3
240:5,14,19
**newly** 110:9
**nfatt** 112:9,12
119:16
**nicholas** 34:9
**nick** 90:15
**night** 53:3
**ninth** 48:20 50:1
62:6 141:15
**node** 252:24 262:22
263:11
**nodes** 251:7 253:7
253:25
**nods** 47:22 59:7
80:18 89:16 103:1
189:25 222:12
289:9 302:10
**nonbeta** 5:24
**nondiscoverable**
144:14
**nonfailed** 64:8
**nonimportant**
263:18
**nonresponsiveness**
131:16
**nonsteady** 201:20
201:25 205:21
**north** 17:24 96:20
100:1,1,2,4,13,14
100:17,18,19
101:1,2 118:17
121:22 122:4
123:2 124:13,21
124:24 125:1,7
126:18 127:5,10
128:9,17 129:23
133:24 134:21
135:7,15,18 136:5
137:8 142:21
147:4,8,11 148:23
150:7,14 156:24
159:1,4,19 161:19
164:14 165:11
174:15,20 217:12

**northeast** 154:12
**northsouth** 156:18
**notated** 79:13
**note** 60:18 162:1
**noted** 214:15
**notes** 77:23 78:1,6
78:9,12,14,21
79:2,18 176:25
250:2
**notice** 56:16 57:23
79:2
**notification** 189:1
**notify** 302:25
**november** 5:18
**number** 3:24 14:11
56:16 57:16 60:4
60:8,10 64:25
67:9 69:15 72:13
72:21 73:6 74:11
81:20 94:10,10,12
97:16,18 154:5
159:7,9 186:1,20
188:11 189:1
190:3,8,15,16
192:25 199:15
200:2,3 201:6
202:25 236:2
237:12 243:9
292:19 302:24
304:2
**numbering** 185:18
**numbers** 87:9
127:9 185:19
186:24 213:6,12
221:14 260:9
**numeric** 87:7
**numerical** 87:4

--- **O** ---

**oath** 12:20 93:5
**object** 8:5 114:13
123:20 131:15
157:15 264:22
289:11,16
**objected** 6:11
**objection** 6:5,23
7:7,9,16,22,22

8:19 12:18 24:14
26:22,24 30:10,20
47:4,7 48:3,7
75:13 82:25 90:11
98:17 99:6 112:23
113:12 114:15,16
114:25 115:17,18
115:22 131:20
135:1,5 142:24
143:4,21 144:10
146:2 148:25
149:19 157:6
166:3,8,25 167:5
167:25 218:24
219:3 268:10,24
**objections** 7:25 8:5
57:22,23 83:3
116:21,22
**obvious** 190:14
197:2
**obviously** 52:15
85:17 156:18
182:21 192:1
227:9 249:24
272:6 276:12
278:18
**occasion** 48:23
49:12,15 50:17
51:3 62:24 64:15
77:24 78:16,20
81:5 236:14
**occasions** 53:1
78:15 79:19 81:8
239:2,18
**occur** 98:5 176:8
176:16 216:19
229:11 250:14
**occurred** 17:24
176:20
**occurs** 250:20
290:24
**october** 89:7 95:24
96:3 104:13
122:19 183:16
**offer** 184:1
**offers** 244:7
**office** 1:2 9:6,24

10:10,14,22 11:3
11:7,25 12:5 13:1
13:7,23 14:3,10
14:16,22 15:4
18:10,14,18,22
19:5 20:2,7,14,21
21:13,18,23 22:4
22:8,13,17,21,25
23:10 281:11
**oh** 16:8 86:21 95:18
97:20 121:3
165:16 168:12
169:22 189:5
224:23 225:20
227:3 283:18
290:18
**okay** 3:2,5 5:19 7:4
10:13,23 12:1
13:2,24 14:4,9,23
18:13 19:6 20:15
23:11 24:7 25:18
26:8 27:2 31:11
35:16,22 38:5
39:22 40:5,25
41:14,23 43:10
46:11 47:9 48:6
49:9 51:10 53:14
56:2,19,23 58:9
59:15 61:4 62:20
66:9 67:11,16
69:14 72:1,20
73:5,9,23 74:10
75:17 77:5,22
79:16 80:19 81:2
81:23 82:1,8,13
83:14 84:7 85:3,7
87:11 89:2,20
91:21 92:19 94:7
95:17,20,20 96:12
98:5,13 99:21
100:21,23 101:12
103:8,11 106:4,10
106:17 107:10,17
108:5,10,24
111:16 121:8,18
122:23 123:17,22
123:25 124:21

125:24 128:5
130:6,21 131:15
132:2,6,12 136:1
136:2 137:4,7
140:6,15 141:6
144:17,20,23
145:20 147:3
148:5,14 150:4,25
151:20 152:13,25
154:4 159:4
163:10,22 164:10
165:17,21 166:11
167:7 168:6,14
173:19 174:3,7,24
175:24 177:7
179:5 184:16
187:1,18,22,22
188:20 189:8
190:1,7 191:14
194:1,7 198:4,20
200:6,16 201:5,21
201:24 202:3,23
203:11,19 204:10
204:16 206:1,6,9
208:10 212:13,19
214:1,15,19
215:19 216:25
218:13,17 219:11
219:14 220:7,9
223:22 224:23
225:1 232:25
247:15 251:5
252:11 253:21
254:11 255:8
258:8,17 261:21
262:18 265:5,6,23
266:23 268:19
269:15 273:14,18
274:3 277:13
279:17 282:19
283:24,24 284:14
287:24 289:5
290:18 295:23
296:6,15,18 299:9
299:16,23 301:3,8
302:12
**old** 178:18 226:13

261:22
**once** 38:18,21 41:3
    44:20 51:16 58:11
    59:11 62:9 131:6
    146:5 149:2,11
    164:20 172:10,13
    174:1 193:10
    207:10,25 211:22
    213:11 215:22
    219:5 251:3,10
    255:4 256:8,22
    267:11
**ones** 72:16 91:22
    130:7 152:13
    177:1 184:5 198:9
    199:25 294:19
**onset** 288:11
**open** 256:14 295:4
    295:7
**opened** 295:12
**opens** 295:9
**operate** 243:23
**operations** 160:5
    161:24
**operator** 1:7 9:2,10
    19:17,23 21:6,15
    31:8 56:4,9 102:8
    102:14 150:16
    151:22 152:2
    199:1,6 228:21,25
    244:15,19 248:24
    290:4,9 304:16
**opinion** 29:4 248:8
    298:3
**opinions** 25:10
    29:5,11
**opposed** 50:1
    167:15 267:1
**opposing** 114:5
**oppress** 30:16
**oppressed** 31:21
**oppressive** 26:25
    29:18
**option** 10:25
    262:11 263:21
    264:2,14 266:19
    266:24 267:2,6

268:1,7,7 269:24
269:25 270:4,21
271:4
**options** 264:20
    265:3 266:13
**oral** 107:23
**order** 30:18 38:22
    302:23 303:14,24
    304:1
**orders** 191:3
**organic** 99:14
    211:12 263:22,23
    270:5,9,13,22
    271:7
**original** 70:23
    71:17 94:13 154:9
    187:15
**originally** 25:22
    70:13 122:7
**orleans** 48:21
    49:14 62:6 239:3
    240:5,14,20
**orphanic** 267:6
**ors** 225:5
**ought** 113:15
**output** 220:17
    249:10,10
**outputs** 249:5
    250:19 267:1,10
    268:15 269:22
    270:23
**outside** 28:2 34:12
    34:13 243:1
**overruled** 30:21
**owen** 1:17,18 6:4
    6:12 7:6,14 8:9,18
    11:18 13:2,9,10
    18:19,20 22:1,10
    22:11 23:14,16
    26:8,9,23 29:1,3
    29:21 31:1 47:3
    47:10 48:2 53:15
    54:3,9 66:14,24
    75:12 77:11,14
    80:20 82:24 98:16
    98:20,23 99:5
    106:11 112:22

113:11 114:1,12
114:19 115:1,6,13
115:21 116:25
117:4,10,14 123:9
131:17 134:25
140:2 142:1,23
143:3,20 144:9
146:1 148:24
149:18 152:20,24
153:5 156:5,9
157:5 158:16
163:2 166:2,7,21
167:3,8,14,20
168:4,15 169:7,17
172:24 198:17,21
217:20 218:23
219:2 224:15
240:9 245:14,19
245:23 264:21
265:4 268:9,20
269:1,5,16 273:3
273:8 283:21
284:9,13,24
285:17 286:2,6,10
288:24 289:10,15
**owing** 293:20
**owned** 45:18 84:13
**owner** 191:9 236:5
**owners** 28:14 45:15
    221:9

_____
**P**
**package** 283:4,9
**page** 54:13 60:6,7,8
    67:2 69:16,17,18
    69:23 70:12 73:18
    74:10,14 75:3
    96:15 101:11
    111:14 118:25
    121:2,18,20
    122:24 123:8,20
    125:15,16,24
    126:10,22 128:5
    128:12 132:13
    133:17,18 134:3
    135:4,14 142:9
    143:1,24 147:11

149:14,24 153:21
153:22,22 154:5
154:20 155:1
156:15 157:24
160:2 161:4,18,20
164:12 165:16,19
165:22,23 168:3
168:12,13,25
169:4,8 170:19
171:4 172:4
176:12 185:19
186:19,20,23,24
186:24 187:2,3
196:3 199:15,18
199:18 200:3,10
200:11,12 201:14
201:16,16 204:12
204:13,23 210:22
210:22 214:23
217:1 218:10,10
224:11,20,22
226:25 227:21
228:7 268:21
272:25 273:12
284:2,12,14,19
303:10
**pages** 80:17 104:12
    104:15,17 118:12
    125:3,19 133:14
    133:17 134:7
    147:3 154:5
    162:17 170:12
    173:13 185:18
    186:1 201:7
    202:21,25 204:4
    204:12 210:21,21
    218:7
**paid** 36:3,5,22
    37:10 38:18,21,21
    39:6,11,16,18,23
    40:13,22,23 41:2
    41:3 42:16,22
    43:19 59:2,14,16
    60:24 61:6 93:10
    94:8 121:14 233:1
    233:4 234:18
    235:17

**paired** 126:11
**paper** 85:20 201:7
    227:23 258:19
**papers** 40:17 82:19
    163:18 178:5
    180:15
**paragraph** 74:14
    94:23 96:16,17,17
    96:19,21 101:5,6
    123:14 125:16,25
    126:23 128:6,13
    133:19 135:21,23
    153:21 157:25
    160:3 161:5
    165:18 187:24
    190:25 196:10,21
    211:10 214:23
    217:1 218:10
    224:12,22 227:21
    228:1,7 272:25
    273:16,17 274:4
    283:16 284:15,19
    285:8,10,13,18
    286:3
**parameter** 192:1,2
    192:2,21 224:4,7
    262:14 298:16
    301:1,3,4
**parameters** 106:22
    108:25 182:11
    185:6 188:4
    214:12,13 223:10
    224:4 229:14
    250:16 262:2
    271:9,11,14,18,23
    272:12 291:23
    293:4 295:19
    296:4 297:5
    298:19,20,25
    301:1
**parametric** 276:22
**pardon** 196:1
**paren** 266:4
**parentheses** 126:14
    127:1 158:6 266:3
**parents** 179:3
**parlance** 176:12

DIEGO COBOS-ROA, FINAL

**part** 40:6 69:24 89:5 90:8 110:25 128:3 147:14 148:9 156:20 171:12 179:8 190:22 220:15 227:15 232:20 237:22 238:3 239:3 240:7,15,23 241:1 242:3,8,14 242:19 246:25 247:15 248:5 256:20 257:25 259:10 266:9 288:20,22 300:2
**participated** 152:11 177:5
**particular** 96:25 237:9 241:3 249:6 252:7 262:7 288:3 296:20
**particularly** 174:19 255:11
**party** 1:15 30:7
**paste** 187:11
**pasted** 187:14
**paterno** 17:23
**path** 209:19
**patrick** 10:3
**patsick** 242:2
**pay** 225:18,19,20
**payment** 37:5,15 37:24 38:10,12,17 41:5,19,20
**payments** 43:21 58:10 59:9
**peat** 98:14 99:1,13 105:3,5
**peats** 97:1
**pencil** 85:21 227:23
**people** 45:12 67:25 68:7 189:15 236:15
**percent** 92:16 93:11 184:18
**perfect** 3:4
**perform** 42:4 48:10

51:23 64:17 148:21 184:13 211:23 232:3 235:13,16 240:22 241:1,12 242:4 244:5 246:17 256:15 266:5 281:8
**performance** 17:15 35:6 223:19,24
**performed** 13:20 27:14 37:13 42:18 43:13 44:20 51:18 51:23 58:11 59:10 61:3 69:3 73:4 77:24 79:19 96:23 110:21 119:4 120:18 122:8 130:17 131:8 139:11,17 143:18 145:22,24 147:14 147:21 148:9 150:6,13 155:11 161:23 172:15 173:2 191:22 217:5 225:3 226:3 230:14 235:18 237:2 240:1,4,15 241:2,5,8 242:18 242:25 243:3,15 246:20 247:6 256:25 258:6 274:6 291:21 293:2 295:2,5
**performing** 195:3 230:24
**perimeter** 154:24 155:4,15,16,18,20 156:4 157:3 158:7
**period** 234:18,20 287:18
**permanent** 3:12,14 114:24
**permeabilities** 75:5 76:20
**permeability** 74:17 96:23 97:8

**permeable** 296:9 296:12
**permitted** 27:9 28:1,22
**perpb** 29:25
**persist** 8:1
**person** 91:14 133:4 193:22 220:22 236:22
**personal** 63:16 92:22 93:1 177:4 178:6 223:7,8
**personally** 78:20 85:20 107:14 130:25 133:3,8 243:14 246:7,13 246:18 281:7
**pertaining** 304:8
**pervious** 96:25 97:5
**pestana** 46:2,8
**ph** 16:11,21 25:14 26:11,19 31:23 32:2,4 232:13
**phase** 5:10,10,11 5:13,17,20,21,24 37:12,12 38:16,16 41:9,9 45:5,5 80:2 80:2 93:24,25 94:20,20 122:7,10 158:11 179:21,21 246:6,6 247:11,11 247:17,18,22 248:2,6,9,11 252:24
**phepbts** 241:5
**phone** 9:19,21 11:9 14:11 19:2 20:19 20:20 23:13 53:2 116:2,5 151:7,9
**photo** 158:3,13,19 161:14 275:13
**photograph** 52:4 142:13 158:20
**photographic** 64:9 134:16 140:20,22 164:4

**photographs** 63:11 63:11,14,18 161:9 161:9 275:12 276:2
**photos** 63:17
**phrase** 217:16 218:13,17 266:3 281:25
**phreatic** 264:9,10 289:24
**physically** 180:3 182:1
**physics** 209:14
**picture** 142:8 156:3 156:14,16,20 157:2,13,23 165:4
**pictures** 178:6
**piesometer** 76:14
**pile** 126:3 134:1 136:9 147:18,23 149:11 150:7,14 230:1 279:10,11 279:12
**pilings** 229:25 230:3
**pink** 196:9,11,24
**pipe** 171:6
**pipes** 171:13
**pistano** 34:8
**pit** 173:22
**place** 20:11 93:21 175:15 185:20 201:10
**placed** 9:5 104:5,9
**placing** 137:20 158:4,10
**plaintiffs** 1:19,24 2:1 11:19 28:8 46:21 47:20 57:23 113:10 186:14 202:9,14,25 302:25 303:7,8,16
**plan** 142:18 300:14
**plane** 302:21
**planning** 300:12
**plans** 111:25 171:25

**plausible** 194:24
**plaxes** 84:23
**plaxis** 84:17,19 85:16 223:3,4 246:12,17 282:16 282:19,25
**play** 279:1 293:7
**please** 1:14 21:24 22:9 46:4 47:14 86:3 90:23 96:12 97:18 104:12 111:14 119:9 132:18 135:20 155:19 182:10 188:8 196:14 199:14 208:16 213:25 261:2 269:17 270:6 279:24 293:13 297:7
**plots** 203:2,6,7 205:18
**plus** 126:17,18,19 127:4,5,6 128:9 128:16 134:17
**pocket** 181:25
**point** 32:12 83:25 85:5 101:18 119:9 139:15 150:11 152:10 159:10 172:7 183:3 184:18 200:16 262:19 299:19
**pointblank** 288:3
**pointed** 31:13 138:8 263:14
**pointing** 70:18 138:12
**points** 275:3
**polished** 53:4
**ponding** 253:3,9
**poor** 104:21
**popblt** 16:9
**pore** 75:8,10,19,22 76:2,3,4,7,10,12 126:12,24 196:25 197:8 215:6

DIEGO COBOS-ROA, FINAL

249:12 262:20
272:16 277:6,11
277:18 290:13,20
290:22 291:5,9,23
292:3,13,22,24
293:7,10,14,19,23
293:25 295:14
297:16 298:21
**porosity** 287:13,17
288:4,14
**porous** 76:6
**portion** 154:12
**portions** 303:1,11
**posed** 196:2
**position** 13:9 36:1
61:1 63:25 235:6
**positioning** 64:2
**positive** 89:21
291:8
**possession** 182:19
**possibilities** 140:9
**possibility** 214:6
282:2
**possible** 53:5 67:9
81:15 200:19
**post** 161:6 275:12
275:14
**posthurricane**
134:15 275:12
**potential** 26:6
88:22 131:12
214:3 252:24
274:8 297:8
**potentially** 250:24
**pour** 275:22
**power** 176:25
**practice** 4:21
**praeug** 25:5
**pre** 161:5
**precedes** 185:16
273:20
**precisely** 72:9
94:23 146:10
175:5
**preexisting** 160:5
160:16
**prefer** 3:1

**prehurricane**
134:15 256:10
**prekatrina** 143:19
**preliminary** 202:4
202:7,14
**premise** 272:9,14
**preparation** 227:8
**prepare** 5:6 94:18
**prepared** 5:14 12:9
19:21 54:16 94:19
119:20 120:1
**preparing** 191:19
**prepbs** 30:6
**present** 1:14 25:8
26:5 30:3 294:14
**presently** 15:9,11
35:3 87:11
**president** 236:15
**press** 85:1
**pressure** 75:8,10
75:20,22 76:3,4,4
76:12 209:3,7,8
209:13,22 210:2,8
210:13 253:8
262:21 281:24
282:2,21 284:5
285:22 288:6
291:5,15,18
292:24 293:7,10
293:25
**pressures** 76:8,10
86:10 126:12,24
197:1,9 209:19
214:9 215:6 217:9
218:21 219:17,19
249:12 260:7,15
261:19 272:10,16
276:20 277:1,6,11
277:18 280:4
290:13,20,22
291:9,23 292:3,13
292:22 293:7,11
293:15,19,23
295:14 297:10,16
298:21,24
**pretty** 299:18
**prevent** 291:18

**previous** 98:9
110:6 111:21
**previously** 28:4
109:15,19,21
231:6 236:25
247:8 261:21
268:5 271:4,19,25
280:21 281:22,23
**primarily** 5:14
73:13 217:8,17
218:14
**primary** 12:13
73:10,19
**principal** 220:21
236:5
**principals** 226:19
**principle** 297:15
**printed** 80:16
**prior** 2:23 39:6
75:5 94:3 107:10
107:13 109:2
154:17 182:8
209:1,3 210:11
230:14 239:2,15
240:5,14,19
242:17,22 243:2,6
243:16 244:24
245:3 261:3
264:14 288:11,16
298:17 303:4
**private** 29:17
**privilege** 115:19
**privileged** 7:24
**probably** 20:25
35:12 39:13 61:22
65:14 94:10 101:6
136:16 267:22,23
273:1
**probe** 51:14 75:24
76:5,6,8
**problem** 9:18
11:11 14:7 44:8
80:12 111:8,9
221:23
**problems** 88:22
**procedure** 76:15
86:16 111:6

264:12
**proceed** 251:11
**process** 51:13 53:4
53:11 67:25 68:23
68:24 69:12 86:18
92:7,13,21 106:18
107:5 129:9,11
151:15 195:3
243:12
**processes** 85:19
**produced** 5:9 113:9
182:18
**produces** 205:11
**production** 114:14
**productive** 115:10
**proe** 30:6
**profession** 88:2
**professional** 87:14
88:1
**professionals**
201:11
**professor** 1:25 2:8
32:16,17 34:1,7,7
34:8,9,9,18 36:14
37:17,20 63:9
69:8 90:10 140:20
230:12,25 232:12
232:16 242:2
243:6,16
**professors** 34:4
49:1 52:15,19,23
55:14 68:19 69:2
69:7,8,9 74:3,5,8
90:8 221:24
**profile** 51:15 71:7
109:8,17 253:20
264:3
**profiles** 192:5
**program** 16:21
31:24 32:2,5
33:24 81:21 88:17
184:14 192:14
203:14 208:20
220:11 249:7
250:18 253:5
256:5 262:23
265:11

**programs** 248:24
249:16 259:18
**prohibit** 30:4
**project** 91:9,11
93:18 110:25
111:25 113:7
117:20,23 172:1
177:3 232:20
235:15 238:10,14
238:21 243:25
258:11,12 281:2
**projects** 43:23,25
46:15 230:12
231:12 242:19
**proper** 7:22 25:8
111:6 294:1
295:13
**properly** 188:2
**properties** 33:4,21
35:18 73:3 188:7
249:15 250:17
254:12,16,17,19
267:14 270:15
276:8,10,23 277:4
278:24 280:6
283:6
**property** 209:10
254:22,24 255:10
276:25
**proportional**
210:25
**protected** 217:11
225:5 272:17
277:18 282:4
**protecting** 35:17
**protection** 33:5
180:23
**protective** 302:22
303:14 304:1
**provide** 125:5
188:4,8,14 206:12
302:5 303:13
304:10
**provided** 5:22
39:19 50:23 76:24
78:4 117:19 123:4
124:1 130:16

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 327

131:2 140:20
146:17,19 184:6
186:5,15 187:19
190:15 191:11
197:23 222:4,24
227:15 247:12,17
248:16 249:25
254:18 255:6,7
301:22 302:1,6
303:6
**provides** 204:17,23
**providing** 222:6
**psf** 189:6,9,18
190:3,4,9 205:12
211:18 212:20
299:25
**published** 80:4
**pull** 56:19 262:6,11
**pulling** 191:1
**pump** 5:22 110:18
191:21 194:8
195:15 202:21
203:1 205:23
206:2,18
**pumping** 195:1
202:10,25 205:8
205:18 206:11
**pumps** 203:24
**purpose** 45:20
72:25 113:24
282:20
**purposes** 33:15
181:11 232:9
234:12 250:10
255:18 278:22
295:10
**pursuant** 302:22
**pursueth** 78:1
**pursuing** 16:11
**pursuit** 25:2 26:11
**push** 51:13
**pushing** 75:24,25
**put** 18:8,25 19:7,9
57:13 67:22 77:19
78:17 94:24 105:5
144:8,20 170:10
190:24 208:18

213:8 229:15
**puts** 122:12
**putting** 58:5
**pwerg** 241:4

## Q

**quality** 85:18 106:2
106:8 250:20
**quantities** 219:24
220:3 264:7
**quantity** 219:22
**question** 4:15,16,18
4:22,24 5:2 11:17
12:21 15:8 44:5
47:12,16 58:15,25
59:8 73:16,22
98:19 100:22
140:4 148:1
150:11 155:19
156:11 159:12
167:22 169:1
173:3 187:4 188:9
188:12 190:14,19
196:2,8,10,19
197:5 199:18
200:11,12 208:5,6
211:25 214:16
229:11,13 245:1
261:2 269:10,12
269:18 270:6,8,16
270:17,19 287:23
288:1 289:3,19
293:13 295:21
298:20 300:22
**questioning** 8:21
30:5,14
**questions** 4:12,13
12:15 24:22,23
25:25 27:10 30:20
98:5 115:9 116:16
148:3 156:8 162:8
185:12 187:8,9,16
187:19 192:16
198:6 229:16
230:10 252:14
261:5 287:4 299:5
299:11 303:19

**quick** 173:20 174:6
**quite** 191:25
204:11 245:5
250:21
**quote** 25:1 73:20
97:1 100:4,5
101:17 127:7,13
127:15,22 128:6
128:14 133:25
134:1,8 135:16
137:9 147:16,16
161:20 165:10
170:23 171:1,6
211:11 223:20,21
266:1,5 284:6,7
285:23,24 287:11
**quoted** 166:18
**quoting** 111:18
119:3 126:12
135:24 217:2

## R

**raised** 192:16
**raises** 60:20
**ramp** 156:23
**ran** 81:16 179:10
196:6 220:22
256:20 302:3,4
**range** 127:16
139:24 140:8
194:24 224:5
301:2
**rapidity** 291:18
**rate** 38:8 264:8
292:20,20
**ratio** 216:14,20
271:5 287:13,18
288:4
**ratios** 288:13
**raw** 206:23
**ray** 90:14
**raymond** 31:25
34:7 90:14 232:13
**rbgs** 158:14
**reach** 11:9
**reached** 58:1 77:1
**reaches** 294:16

**reaching** 223:12
**read** 53:25 98:4,7,9
99:22 126:20
127:7 128:10,17
149:14 166:11,17
187:25 195:10
196:11,16 201:10
201:18 210:16
211:14 214:25
218:11 273:19,19
284:22 285:4,20
303:23
**reading** 165:15
284:2,22
**real** 297:23,24
**realistic** 298:8
**realized** 175:22
**really** 57:17 60:6
69:19 83:9 88:20
106:5 116:8 154:4
174:18 178:19
287:4
**reason** 46:19 47:18
84:5 134:24 135:6
144:2 192:13
**reasonable** 5:3
295:16,25 296:2
**rebuttal** 200:20
211:10 214:10,24
216:25 224:12
227:1,16,20 228:8
265:24 266:10
272:24 283:15
286:24
**recall** 17:25 35:20
41:25 42:15,20,24
43:12,21 47:21
49:1,21 50:15,25
55:12 59:3 63:4,8
65:13 67:23 69:3
69:6 70:13,14
71:16 72:9,19
75:9,19 76:16,19
82:21 86:9 110:13
110:14 127:11
145:4 149:15,21
150:19,20,22

151:6,10 176:3
177:16,23 179:14
182:16 183:3
202:11,19 210:14
217:14 237:8,12
238:23 239:1,20
239:24 241:6,25
242:13 244:1
247:9 255:21,22
255:23,24 256:19
266:21,21 278:4,7
**recap** 112:5
**receive** 16:13,17,24
28:2 37:4 38:9
88:2 230:18
231:20
**received** 27:17 38:1
38:4,13 41:20
134:5 135:10
137:21 172:8,13
185:11 251:24
**recess** 152:1 199:5
228:24 244:18
**recharge** 220:7
**reclamation** 201:8
**recollect** 44:22
**recollection** 44:13
44:25 52:21 64:6
64:11 71:6 79:11
79:15 226:2 276:9
**recommend** 191:10
**recommendations**
68:9
**recommends**
192:15
**reconciliation**
202:18
**reconstruction**
154:11
**record** 3:6 4:13
6:24 9:1,3,8,9,11
18:6 19:11,12,18
19:24 21:7,8,10
21:16 24:5 31:7
56:5,6,8,10 57:18
57:25 58:5 76:7,9
102:11,13,15

114:7,16 116:18
131:21 143:8
151:25 152:3
160:23 186:14
198:22,25 199:4,7
200:17 201:1
204:1 228:19,22
229:1 240:12
244:16,20 283:13
290:3,5,8,10
302:20 304:17
**recorded** 57:7
**records** 53:6,11,18
54:19,22,24 55:17
**recover** 52:4,9,25
**recovered** 52:1,2
237:16
**rectangular** 134:10
**redefining** 289:2
**redo** 104:23
**reducing** 298:6
**refer** 60:6 69:22
161:8 273:5
**reference** 73:17
92:1 120:13,25
143:7 148:1
157:25 228:12
**referenced** 90:13
174:10 304:2
**references** 5:10
64:9 77:13 119:10
119:14,19,25
120:22 121:4
128:13 179:12
274:15
**referencing** 147:24
158:17,19
**referred** 3:1 142:9
**referring** 41:8
68:12 109:23,24
148:18 161:19
215:18 241:9
263:8 275:11
**refers** 123:15
**reflect** 160:24
248:4 249:9,11
**reflected** 161:13

252:6
**reflects** 161:22
**regard** 66:12 175:6
184:23
**regarding** 88:8
93:17
**regardless** 43:17
268:15 269:22
**regime** 262:21
**region** 145:13
263:12
**registered** 28:16,17
**registration** 35:8
**regularly** 180:16
**regulations** 88:21
90:10
**relate** 179:7
**related** 33:5 39:7
43:22 48:11,13
72:21 86:9 93:24
185:13 230:25
231:12 232:3,6
234:4 243:7
**relates** 58:6 223:16
223:23
**relation** 194:10
**relationship** 27:19
27:22 45:22 46:1
89:11 107:18
204:18,24 235:4
**relative** 137:2
297:10
**relatively** 33:10
171:11 260:19
**relevance** 6:9 26:22
30:11
**relevant** 28:19
**reliability** 28:19
**reliance** 27:17
28:21 203:2
227:16,19 301:22
**relied** 24:11 25:12
174:2
**relies** 247:1
**relieved** 178:16
**relieving** 277:6
**rely** 29:8 121:9,10

122:20 124:10
**relying** 12:10 288:6
**remain** 216:14
**remains** 270:1
**remarks** 146:21
**remediation** 113:8
**remember** 65:20
65:23 71:24 72:7
83:22,22 151:2,17
175:17 180:9
181:22 202:20
232:14 238:19
253:16 302:8
**removal** 171:13
**removed** 64:6,7
137:15 139:6
170:5 172:2
229:25
**renewal** 222:14
**rental** 225:18
**renters** 178:21
**repbl** 30:5
**repeat** 47:17
155:19 261:2
269:17 270:6
293:13 295:23
**replicate** 183:19
**report** 5:12,13,17
12:13 60:5 65:6,8
68:2 69:1,16
70:12 73:14 75:7
82:6 85:18 94:13
94:14,17 95:12
96:3,4,15 97:25
98:3,10,11 99:4
104:13 105:12,13
105:21,24 107:15
108:13,17,25
111:24 112:2,7
113:2 117:24
118:2,6,8,10,13
118:16,22 119:11
119:15 120:1
121:1,12 122:5,21
122:24 123:1
124:8,15,15,25
126:8,10 128:12

129:2,21 130:10
133:23 134:2
135:14 137:13
138:1 141:7
145:21 147:25
148:4,7 149:24
151:2,12 152:7,10
153:17 155:2
157:24 162:1,15
162:17 165:9
170:13 171:4,5,10
171:19,21,22
172:20 173:9,13
174:4 178:13
183:13 185:13
190:11 191:17,20
192:7 194:25
195:4,11,14,18,21
195:22 196:14
198:2 202:5,7,14
203:3 211:11
214:24 217:1,4,8
224:12 225:9
227:1,9,20 228:8
248:19 249:22
251:17 257:3
265:24 266:10
272:25 283:15,17
286:1,21
**reported** 126:16
127:3,14,22 191:4
**reporter** 2:19
14:17,21 24:2
49:6 303:3,9,15
304:11
**reporters** 3:21
**reports** 5:10 12:9
24:10,11 53:10
85:10 94:19,21,21
95:24 96:6,9
105:16 112:5,10
112:12,17 119:12
119:16 120:14
151:16 179:13
182:17 183:6,17
184:7 195:24
246:4 247:1,5,6

247:21 257:4
286:16
**represent** 1:16 2:24
172:3 189:13
190:1 192:4
203:19 205:7
206:9 230:9
**representation**
54:14 163:11
248:12
**representative**
193:1
**represented** 27:13
95:8 203:20
**representing** 11:18
54:6 163:20
197:11
**represents** 104:18
**request** 116:10
193:12
**requested** 146:6
**require** 220:1
**required** 146:8
**requirement** 92:20
**requires** 4:21
**research** 32:15,15
33:1 34:25 35:3
36:2,3,4 39:25
40:9,10 41:1 42:7
79:9 89:6 90:18
90:20,23 230:16
**researcher** 40:6
61:1 230:23 231:2
231:18
**reserve** 303:16
**residence** 3:7,10,11
3:12,14 8:17
12:22 24:19 31:12
**resident** 236:22
**resistance** 209:20
**resolved** 18:25
**respect** 26:10,11,19
29:2,12 44:18
251:13 252:1
267:5 298:13
303:19
**respectfully** 116:20

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 329

**respectively** 161:7
**responding** 191:7
**response** 185:10
192:4,24 193:4,13
193:16 196:22
197:24 208:15,21
215:15,17,19
292:4,14
**responsibility**
252:5
**responsible** 85:8
91:23
**restate** 83:24
**restrictions** 88:7,25
**result** 120:6,8
131:3 215:10
216:12 220:12
301:12
**results** 28:21 52:8
53:4,7 86:16
97:10,22 106:23
129:16,17,19
179:11 183:7
194:8,15 197:1
202:19 205:6,20
206:17 207:7
220:16 223:16,23
224:6 228:9,9
249:1 257:3 272:7
274:9,14 281:1,17
295:8 301:2
**resume** 95:13
**retrieval** 181:17
**return** 58:11 59:11
303:8
**returned** 241:13
**returning** 9:11
21:16 56:10
102:15 152:3
199:7 229:1
244:20 290:10
**review** 68:23 69:3
85:18 92:21
106:18 117:23
120:18,18 150:8
150:11 151:15
171:7 172:10

174:20 250:1
252:24 253:1,25
**reviewed** 5:5,8
119:2 131:6 150:5
150:10
**reviewer** 106:8
**reviewing** 105:25
106:1 247:19
**reviews** 106:21
151:5
**right** 3:19 13:8
14:9,18 15:5
16:22 18:1 19:6
20:15 22:9 29:24
31:4 35:14 36:9
39:23 40:15 43:2
44:7,9,17 51:21
55:7 60:13,14,16
60:22,23 61:7
62:21 63:24 67:18
70:22 71:19,21
72:7 74:22,23
78:11 79:8,24
80:15,25 81:1
82:2,4 83:7 84:9
91:8,12,13,16,17
95:5,19 100:18
105:6,7,13,14,18
105:19 110:7
111:22 112:2,3,7
112:8,14,21 113:4
113:5 117:7
118:19,20,22,23
119:6,7,17,18,23
119:24 120:4,5,24
121:23,24 123:5,6
123:20,25 124:3,4
124:8,11,12,15
125:3,4 126:8
130:11 133:21,22
134:18,19 136:9
136:10 137:4,5
138:2 139:18,19
140:13,14,16,17
141:2,16,17
146:15,16,22,23
147:5,6,9,10

148:17,23 150:2,3
151:7 153:16
154:13 155:2
156:25 157:2,12
158:13,14 159:9
160:23 161:1,2,10
162:23,24 163:19
163:24 164:7
165:14 166:20
168:25 169:1
170:2,3,24 171:2
171:8,9 173:23
174:10,19 177:8
178:25 180:9
189:16,21 190:4
194:9,12 195:11
196:17 197:9,13
199:19 200:5
202:1,2,5,6 203:9
203:13,17 204:19
204:21,22 206:14
206:15 209:11,12
209:14,15 211:8
212:22 213:16
214:18 216:5,10
216:11 218:12
220:16 221:1
228:6 229:18,19
229:21,23 230:4
231:14 236:5
239:1 244:12
246:16 250:7
251:2,15,19 255:1
263:4,24 267:1
269:13 276:9
279:1 280:7,8,13
283:6 286:14
295:2,6 296:1
297:24 299:13
303:16
**righthand** 60:9
**rimer** 32:18,21
33:2 34:10 36:16
**rings** 56:25
**rising** 266:3,6,8
**rita** 134:15
**river** 18:4 35:12,15

35:16,18 300:9
**roa** 202:24
**road** 133:21 136:8
136:20,21 154:10
154:11 155:5,12
155:12,14,17,23
155:24 156:20,23
157:22 158:6
159:25 161:21
**robert** 2:1 34:1
**robin** 2:6 27:4
230:8 264:23
269:7 273:4
284:10 286:11
288:25 289:11
**robinson** 42:13
109:25
**rogers** 29:6 48:25
50:10,14 52:22
53:12 65:7 69:16
70:12 72:1,17,22
73:17 74:4,6 75:2
75:14 121:1,4,10
121:12 122:12
123:4 124:1,5
125:5 130:17
131:1,24 132:4,9
132:11,23 133:5
142:20 143:4,12
147:18,24 148:6
171:8,19,24 172:5
172:9 195:10,14
195:21 203:3
**role** 52:18 89:24
293:7
**room** 20:16 68:3
69:9,10 78:10,18
78:21,23 79:6
**root** 52:1
**rule** 29:24 30:3,18
116:14
**rules** 116:22
**ruling** 11:20
303:17
**run** 81:6 179:19
183:17 250:18
251:11,14 254:20

256:9 257:11
260:8 267:9
270:23 279:8
301:24
**rune** 110:21 120:17
120:23 121:6,9,13
121:13 132:8,10
133:10 160:11
162:7,14 223:6
225:14
**runes** 121:11
**running** 76:14
80:12 191:20
210:3 220:25
256:23 302:8
**runs** 41:1 179:7
182:24 183:4
184:5 190:10
195:19,20 258:1,9
279:21 301:23

**S**

**sa** 27:20,23 28:17
37:5 38:6 45:8,16
45:24 46:2,8,19
58:22 59:2 88:14
89:2 93:9 94:4
107:23,24
**sacramento** 17:25
**safety** 126:3 128:7
128:15 228:11
**salary** 235:14
**sample** 52:5,24
237:16
**samples** 51:5,5,21
52:10,13,17,25
53:2 55:18 239:9
**sampling** 51:12
237:1 239:7
**san** 2:11 10:8
11:22
**sand** 101:18,24
102:2,20,24
147:17 154:15
158:4,11 161:14
161:25 162:4
255:14 262:11

DIEGO COBOS-ROA, FINAL

April 10, 2012

263:21 264:14
276:13 277:4,15
289:23
**sands** 271:12
**sandy** 103:20
**saturate** 263:13
**saturated** 108:20
184:9 194:22
211:12 214:25
215:24 254:22,25
255:15,20 256:7
263:16,23 264:1,6
264:9 266:12,14
266:14,18,24
267:2,9,13,19,22
267:23,25 269:24
269:25 270:1,13
271:3 288:21
290:14,22
**saturation** 257:10
257:18 287:13,18
288:5,14,19 289:6
289:8,22
**saucer** 170:2
**saves** 88:22
**saw** 55:5 86:1,19
87:12 132:7
185:25 186:2
223:2 228:1
275:13
**saying** 65:18 78:14
83:3 98:8 101:22
104:8,11 109:12
127:21 129:4
131:25 132:2
151:10,17 159:5
166:18,24 167:1
168:23 179:18
194:21 250:9
263:6 302:4
303:22
**says** 18:23 73:22
99:25 158:3
164:13 165:19
167:25 188:4
211:11 227:3
266:3 288:3

**scale** 100:7 105:1
**scans** 104:21
**scenario** 118:19
**scenarios** 118:18
**scheduled** 200:21
**school** 17:3,4,6
115:5 261:22
**science** 36:11
**scientific** 97:7
189:1
**scientist** 139:21
141:19
**scope** 6:8 93:17
165:2
**scour** 126:1
**search** 251:6
**second** 7:17 15:19
52:5 60:6 63:23
64:15 74:18 96:16
96:17,17,19
126:23 157:25
160:3 175:17
176:9,11,13 189:4
196:21 205:7
212:22 213:18
253:10,24 285:15
**seconds** 132:16
248:15 297:8
**section** 66:2,3,21
67:1,10,12 68:2,7
70:11 74:21 96:20
118:25 121:22
122:2 123:2
124:22,24 125:11
126:7 128:14
136:18 138:6
139:8 145:10
152:15,16,17
161:20 162:10
163:1,8,9,18,24
165:7,25 170:21
174:4,5,20 188:7
229:17,21 249:14
250:23 251:1,3
256:1 257:9
262:13 272:21
275:9 301:9

**sections** 5:15,22,25
5:25 67:18,21,23
68:13,20 69:4
94:17 104:22
108:19 109:4,6,14
109:15,20,22,23
109:24 110:5,8,20
110:20,24 111:17
112:1,6,13,19
113:3 120:8,15
122:4,13,18 124:3
124:14,19 125:2,7
125:8,12,17,20
128:25 129:7,22
130:7,9,14,16,18
130:25 131:3,6,8
132:13,24 133:2,6
133:11,13 147:7
149:25 153:13,14
162:22 173:16
174:15,16,17
182:12 183:6
229:25 247:9,17
247:18,19,22
248:4,10,18
251:16,24 252:2,6
253:15
**security** 154:24
155:4,20 156:4
157:3 158:7
**see** 8:8 10:15 14:24
19:16 60:10,12
71:20 73:22 74:19
86:6,21 97:2
100:2 101:8,14,20
105:25 108:15,18
120:22,22 123:4
132:13 133:15
147:18 154:2,21
157:11 158:1,6,8
162:1 164:3
169:16 171:15
187:15 188:23
196:10 197:3
200:24 202:13
217:21 218:9,13
223:1 225:6

227:25 228:2,11
238:1 260:23
272:6,15 273:2
276:1 277:9
285:18 303:24
**seed** 31:25 34:7
74:4,6 90:14,14
232:13,16
**seeing** 202:11,19
284:2
**seen** 56:17 65:2
85:24 94:14 97:10
97:22 140:22
141:1,3 186:3,4
200:19 202:4
203:1,5 215:1
238:2 259:21
265:25
**seep** 184:22 207:7
219:22 220:6,22
223:11 243:24
244:24 246:9,10
246:20,24 247:4
247:10 248:19
249:11,21 252:13
252:21 254:13,20
255:19,23 256:14
258:9,18 259:1,11
259:13 262:2,6,11
263:9,21 264:20
265:3,15 266:13
266:16 269:25
271:4 272:15
276:6,19 277:2
279:3 280:12,23
281:1,8,20 282:7
283:5 287:19
294:6,9 295:1
296:14,19 300:3
**seepage** 27:15
108:14 210:1,6
215:5 241:16,18
241:22 242:3,8,14
242:15,18,24
243:4,8,15,20
252:24 259:17
266:1,6,11 277:11

282:1 291:25
298:21,24
**seepageinduced**
293:6,22
**select** 267:25
**selected** 192:3
208:1 218:7
249:20
**selecting** 52:15,16
267:1,8 268:7
**selection** 192:1,20
264:16 265:13
**self** 160:24
**semester** 15:19
36:19 62:14,16,17
62:19 175:17
176:9,11,13,14,15
177:17 242:10,12
**semesters** 32:14
**send** 182:20
**sense** 99:13,18
176:1,6 181:24
197:21 207:10
232:23 296:9
297:1,25
**sensitive** 224:6
301:2
**sensitivity** 223:15
223:17,20 224:3
274:17 300:23,24
301:6
**sent** 182:16 187:8,9
**sentence** 96:21
97:2 99:21,22,24
101:4,7,8,13,16
103:12 111:15
137:8 148:12
149:14 153:24
160:2 161:18
170:10 273:16
274:4 283:25
285:4,15 288:15
**separate** 37:18
67:17 83:17
219:21
**separating** 295:3
**september** 17:9

DIEGO COBOS-ROA, FINAL

93:22 108:9
**series** 147:12 148:8
**serious** 115:14
**session** 57:6 81:3
  81:13,20 82:12
**sessions** 80:9 81:9
  81:15 83:13
**set** 43:13 57:24
  81:7 90:7 106:21
  131:3 225:4,11
  250:15 253:8,17
  255:10 259:24
  260:25 261:6,12
  270:11 272:15
  275:20 283:6
  296:19 298:13
**setting** 296:13
**severe** 234:12
**shakes** 46:13
**shaking** 289:13
**shallower** 169:13
**shaped** 134:10
**shear** 33:18 76:1
  240:1,5,15,19
  271:11,13 290:14
  290:16,17 291:5
  291:22 293:4
**shearinduced**
  295:14
**sheet** 126:3 134:1
  136:9 147:18,23
  149:11 150:7,14
  230:1 279:10,11
  279:12
**shelbys** 239:9
**shell** 101:18,24
  102:2,20,24
  103:20 147:16
  154:15 160:5,16
  289:3,23
**shellsand** 277:15
  288:18
**shocking** 114:8
**short** 234:20
**shortly** 108:11
**shortterm** 216:19
**shouldnt** 238:8

270:24
**show** 54:12,13
  56:14 57:15 60:3
  60:3 64:24 69:14
  94:11 95:23
  101:23 133:14
  142:17 144:25
  145:3 156:2
  170:21 185:9
  201:5 204:2
  217:23 228:10
  250:18,22 255:14
  279:21 301:2,16
  301:17
**showed** 69:11
  202:7 205:19
  206:12
**showing** 131:3,4
  152:7,8 214:10
**shown** 96:8 98:2
  104:17 145:9
  152:15,17,17
  202:23
**shows** 95:2 102:24
  102:25 156:3
  158:3 160:3 161:5
  170:22 203:21
**shut** 8:20 113:16
  114:6 116:19
  286:18
**side** 126:1 133:21
  135:18 136:4,11
  136:20 137:1
  157:12 159:1,2
  169:15,25 170:1,2
  210:9 215:7,12
  217:11 219:20
  225:5 250:2 251:7
  252:22 253:10,12
  253:19,24 254:1,4
  254:5,9 257:17
  259:25 260:1,23
  260:25 261:7
  272:17,17 277:19
  282:3,4 294:12,17
**sidebyside** 161:10
**siding** 43:24

**sigma** 282:9,14
**signed** 37:16
**significance** 263:20
**significant** 212:5
  274:13 284:8
  287:12,17
**significantly**
  291:10
**silty** 262:11 263:21
  264:14
**silva** 2:8,9 190:2
**similar** 42:17 43:1
  165:10 168:16
  173:20 203:6
**similarly** 112:25
  125:10 165:6
  195:22
**simple** 4:19 63:25
  239:7
**simplicity** 295:9
**simplified** 244:6
**simply** 48:16 52:17
  76:8 104:22 182:3
  183:14 209:18
  264:5 297:14
**sims** 1:22,23 54:5
  54:11 93:4 113:17
  114:4 115:8 116:4
  116:9,15 185:12
  186:17 196:4
  200:23 302:18
  303:22,25 304:7
  304:14
**simulate** 207:22
  256:9
**simulations** 257:15
**simultaneous** 220:2
**single** 67:2 73:14
  237:15
**sir** 31:9 32:23 35:9
  37:9 45:7 55:6
  60:17 61:14 64:5
  65:3 68:16,18
  72:14 78:3 85:2
  92:6,18 94:2,16
  97:3,21 104:18
  105:22 133:16

153:19 154:22
  165:2,20 171:23
  177:19 179:17,23
  188:19 189:5
  194:6 199:20
  224:10 235:2
  237:3 240:21
  241:20 248:14
  252:17 258:25
  259:9 265:14
  272:19 291:12
  294:13,21 300:13
**sit** 117:5
**sitar** 34:9
**site** 5:25 51:21
  52:13 72:2 74:22
  75:4,9,11 76:17
  76:19 78:7,7
  118:24 119:4
  135:16 136:3
  137:10,16 150:1
  150:14 157:4,18
  161:1,6 191:12,17
  208:17 211:7
  248:25 249:2,6
  292:19 294:3,8,15
**sites** 50:2 65:9
  67:24 69:4
**sitting** 81:21
**situ** 104:2
**situation** 297:21
**size** 172:21 173:10
  177:24 178:1
  180:4,8
**skeleton** 192:7
**slide** 225:4 226:25
  227:2,4,6
**slip** 246:14
**slope** 184:23
  220:25 223:11
  227:2,7 245:2,3,5
  246:9,10,21,25
  247:4,10 248:20
  249:11 262:2
  275:3 293:8 294:2
  295:17 296:3
**small** 180:19

**smaller** 177:1
**smith** 2:5,6 9:15
  20:10,17,24 21:4
  22:2,3,5,6,18,19
  27:3,5,8 230:7,9
  240:13 244:13,22
  245:21,25 264:25
  265:12 268:12,23
  269:3,9,11,19
  273:6,13 274:2
  283:14,23 284:18
  285:3,7,12,19
  286:4,13,17,23
  287:2,9 289:1,12
  290:1,12 299:3,8
  302:14
**socalled** 99:3
  112:19 227:20
**software** 28:12,15
  28:18 84:12,13,16
  191:9,10,10
  221:10,10,12
  243:19 244:3
  245:13 246:7
  248:24 249:16
  258:18 283:3,9
**soil** 33:4 51:12 73:2
  76:2 109:7,8
  121:25 122:1,2,3
  124:2,5,7 125:5
  127:19 131:5,13
  164:2 188:6,8
  210:7 214:19
  216:23 255:25
  256:3 257:9,22,24
  262:7 263:8,17
  268:16 271:2
  275:14 284:8
  287:12 290:14,23
  291:13,15,17
  292:4,10,10,12,12
  292:14,21,23
  296:8,11,24 297:2
  297:19,24 298:23
  301:11
**soils** 33:21 52:25
  84:24 97:5,14,19

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 332

97:20,23 99:18
100:12,12,25,25
129:9 141:12
192:5,7,24 216:4
237:13,21,25
238:3 254:12
293:12,16,18,24
294:3 300:15
**solely** 58:22 252:15
**solid** 239:12,14,19
**solve** 111:7
**solved** 220:6
**somebody** 60:19
149:17 150:21,25
151:7 174:2
175:24 193:8
222:18
**somebodys** 90:11
**somewhat** 24:24
39:13 44:15 124:6
**soon** 200:19
**sorry** 1:23 10:11
16:9 17:10 34:22
36:9 44:6 47:9
51:23 61:20 62:12
62:17,18 80:6,23
84:24 95:5 101:9
106:12,16 109:7
121:19 122:1
123:21 127:18
137:18 138:8
140:6,16 145:15
149:5,7 152:9,19
157:17 165:15,16
165:16 168:8
169:23 178:2
186:25 192:10,19
192:23 199:25
212:18 213:18
217:8 223:18
225:16 230:21
231:16 237:13
238:25 245:15
246:16 250:3
255:21 256:7
262:25 263:2,5,13
266:22 271:10,22

277:8 281:5
283:16,20 284:10
284:14 285:13
289:21 290:25
292:6 295:22
301:25
**sort** 27:19 282:6
283:4,10
**sound** 190:4
**sounded** 246:1
**sounds** 4:19
**source** 30:2 210:11
233:7
**south** 27:20 100:18
118:17 125:6
126:19 127:6
129:23 134:12
162:18,22 164:14
165:7,12 170:13
170:16,22 171:2
174:15 205:18
217:12
**space** 279:24,25
**spanish** 3:15,22
16:8 226:16,17
**speak** 14:1 23:1
113:18 135:12
167:4 264:1
**speaker** 9:22 18:8
**speaking** 7:24 29:3
**specific** 6:1 52:9
69:6 75:4 76:20
111:7 141:20
191:12,17 195:13
204:18,25 208:17
211:7 255:16
264:24 297:12
**specifically** 69:17
**specified** 144:5
224:5 249:13
250:3,6 252:20,23
253:21 254:13,15
256:3 257:14
260:17,24 262:3
263:15,25 267:13
296:20 301:1
**specify** 220:10

249:19 250:5,16
250:17 251:4
**speechify** 8:4
**spell** 13:3 32:19
49:5 226:22
**spelling** 49:7
**spend** 49:16,20
50:14 63:2
**spent** 49:24 50:4,7
59:16
**sponsor** 90:18,20
90:23 91:11,18
**spreadsheet** 261:24
261:25
**spring** 36:19 62:17
62:19
**spt** 239:7
**square** 213:4
**squared** 213:9
**sr** 13:6
**srebg** 202:12
**srrs** 122:20 153:12
158:11 225:5
255:2 268:8
**stability** 27:16
42:19 79:20 81:17
82:1,15 84:12
85:6,9 108:14
175:4 181:9
184:14,22 213:22
225:4 228:10,15
274:12,14,20
293:8,11,15,24
294:2 295:17
296:3 300:10
**stabilize** 76:11
**staff** 235:5
**stages** 16:21
**stand** 61:9
**standalone** 107:3
**standard** 97:16
189:20
**stands** 73:25
**starfish** 19:14
**stark** 2:2,3
**start** 4:15 32:4
56:11 77:25 78:13

79:23 83:8 102:16
152:4 230:11
243:25 244:21
290:11
**started** 24:13 80:12
108:1 109:5
**starting** 107:11,13
132:13
**starts** 274:5 285:16
**state** 7:15 101:16
126:11,23 128:6
128:14 133:19
134:7 135:15
147:11 161:20
169:4 196:6,15
205:21 207:18,19
208:8 242:7,18,24
243:8 244:8 256:9
256:16,23,25
257:14 298:21
**stated** 123:1 188:22
203:8 211:20
212:8,14 272:24
**statement** 71:24
74:25 100:8
172:17 173:7
216:13 217:17
218:10 219:10
252:9 274:23
287:14 288:8
302:19,20
**statements** 119:20
172:20 173:8,21
**states** 2:4,7 6:3 7:2
8:17 12:16,23
24:16,20 31:12,16
74:16 87:15 88:9
133:23 217:1
225:1 230:9
241:22 265:25
266:11
**static** 228:10
**stating** 229:24
**status** 8:22 12:6
13:11,12,13 26:13
26:16 27:12 29:16
92:2 234:11

**stay** 215:21
**stayed** 32:14
**steady** 196:6,15
198:1 201:17,20
206:19 207:13,17
207:18,19,24
208:7,8 221:12,16
242:7,18,23 243:8
244:8 256:9,16,23
256:25 257:14
284:6 285:23
287:11 291:25
298:21
**stem** 239:12,12,15
239:19
**step** 51:13 52:5,6
253:2 268:3
**steps** 248:22
**stevens** 186:15
**stipend** 230:18,20
231:20
**stipulated** 186:13
**stolen** 175:8,14
177:14 178:11,13
180:21 181:18
182:5 183:20
258:24
**stone** 76:6
**stop** 76:8 262:25
263:1
**stopping** 76:5
**storage** 128:8
195:13 203:8,12
203:20,21 204:18
204:24,25 205:4
205:10 206:14,24
**storesund** 110:21
120:17,23 121:6,9
121:14 122:12
130:17,22,24
131:2,24 132:4,8
132:10 133:10
160:11 162:8,11
162:14 172:10
174:8,9,23 223:6
225:14
**storesunds** 222:23

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 333

225:21,23
**storm** 128:16 141:9
  141:21 142:6
  249:24 257:15
  270:11
**straight** 57:25
**strain** 84:24 85:1
  241:6
**strau** 271:13
**street** 2:17 3:8,25
  50:1 64:10 65:25
**streets** 64:3
**strength** 96:23
  214:12,12 271:8
  271:11,14,18,23
  291:23 293:4
  298:25
**stress** 76:1 84:23
  84:24 216:1,22
  282:4,10,16,25
  291:22 293:3,20
**stresses** 214:2
  215:11,15 216:5,9
**strike** 77:25
**structure** 145:5
  276:14
**student** 12:19
  13:15 24:18 26:17
  27:25 31:14,15,18
  40:15,16 60:25
  61:7 88:21 97:4
  226:5,6 230:22
  233:20 234:13
  244:2,5,7
**students** 40:7 48:24
  49:3 52:14 55:16
  63:8 65:8 68:4,15
  68:21 69:11 70:7
  79:9 236:19
  241:10 281:13
**studies** 17:17 39:15
  39:15 245:8 246:6
  246:8 247:11
  248:6,9,11 250:10
  256:20 259:10
  276:22
**study** 17:18,19

32:11 33:4 35:5
  210:11 225:5
  251:13 252:16,16
  257:4 259:14
  262:13 277:21
  294:20 300:8
**stuff** 178:5 182:14
**stupid** 19:14
**suarez** 226:21,24
**sub** 202:11,17
  203:12,20 204:20
  205:11 208:18,19
  210:24 211:1,4,7
  211:18 212:13,16
  212:19,25 299:12
  299:20 300:4
**subject** 17:11 35:4
  124:23 135:5
  174:25
**submitted** 106:20
  107:2
**subsequent** 154:11
**substantially**
  260:11
**substantive** 12:12
  95:11,21
**subsurface** 51:15
  254:12
**sufficient** 291:17
**suggest** 68:9 81:4
  147:20 182:1
**suggested** 191:24
**suggesting** 137:14
  137:17,19
**suggests** 138:4
**suite** 84:13,20
  300:10
**suited** 282:6
**sum** 38:10,12
**summarized** 217:3
**supervised** 72:6,17
  72:22
**support** 126:2
  139:16 184:6
  185:1 221:10
**suppose** 20:19
**supposed** 174:3

295:3
**supposedly** 139:6
  170:7
**sure** 4:8 10:21
  25:25 27:7 42:14
  52:3 74:9 84:1
  88:21 93:7,11
  102:23 130:23
  132:11 148:11
  157:9 161:17
  175:11 179:12
  185:10 198:11,11
  203:4,23,24
  246:15 281:4,6
  288:14 301:25
  302:1
**surekote** 133:21
  136:8,20,21
  154:10,11 155:5
  155:11,17,23,24
  156:20,23 157:22
  158:6 159:25
  161:21
**surely** 218:19
**surface** 70:17,19
  71:7,7 109:8,17
  131:4 134:14,23
  135:9 161:22
  165:14 166:1
  168:24 250:2
  251:9 252:23
  253:4,7,8,18
  257:16,19 261:1,7
  264:9,10 275:13
  276:2 289:25
  295:20 296:5,21
**surfaces** 275:2
**surficial** 257:13
**surge** 128:8,16
  254:8 266:4
**surprise** 98:13
  136:19 213:4,10
**surprised** 4:3 98:25
  99:8 234:6
**surrounding** 97:1
  255:16 276:15
  277:14

**surveys** 63:25
  64:16
**swamp** 108:21
  169:13 184:10
  207:24 212:3
  214:2,4,24 215:6
  215:15 216:3
  217:10 254:18,21
  262:12 263:16
  266:17 267:7
  270:13 271:12,17
  271:24 272:11
  276:12 280:19
  287:21 301:11
**swep** 300:10
**sworn** 2:18 4:5
**synonymous** 250:9
**system** 237:17
**systems** 217:11

―――――――

**T**

**table** 66:11,13
  183:10 262:23
  263:12
**tail** 225:6
**take** 8:6,7 11:22
  12:14 56:3 63:11
  65:18 66:7,7,8,23
  68:13 78:6,21
  79:17 93:20 102:7
  107:19 111:25
  114:16 122:16
  124:22 132:21,21
  132:21 135:22
  139:4 141:25
  174:13 183:17
  197:16 198:18,25
  209:9 216:18
  228:4 244:14
  247:3 272:14
  289:18
**taken** 1:2 25:7
  34:11,13 55:18
  165:4 185:17
  218:7 241:15,17
  241:22
**talk** 18:24 23:13

38:3 154:23
  249:19 269:4
  272:20
**talked** 18:23 40:11
  130:3 146:17
  159:8 229:15
**talking** 4:18 46:16
  63:23 74:21 84:8
  113:15 148:12
  154:20 166:13,16
  168:16 171:21
  173:1 228:15
  262:24 268:22
  279:12,15 296:13
  296:16,17 297:23
**tape** 56:3,11 102:6
  102:9,16 151:21
  151:23 152:4
  198:25 199:2,8
  244:21 290:2,6,11
**tapes** 290:3
**target** 52:17
**targeted** 52:9
**task** 64:22 235:16
**tasks** 235:17
**taste** 237:21,25
  238:2
**taught** 34:5,16 97:5
  241:25
**teaching** 35:23
  36:4,5,8,17 231:3
  231:8,21 232:1
  233:17,18
**team** 5:23 40:7
  61:2 88:20 162:13
  190:24 237:2
  241:5 250:13
**technical** 113:2
  120:1 138:10
**telephone** 15:6
  31:5 56:25 133:4
  133:9
**tell** 3:15,22 4:24
  6:19 11:10 13:3
  46:7 72:12 77:6
  88:12 94:9,22
  96:5 97:15 114:5

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 334

135:20 144:8
154:16 157:21
159:17 163:12
175:6 179:1 184:3
193:7,18 199:14
201:1,19 206:7,10
213:3 275:17,18
275:19
telling 35:11
107:21 116:19
263:1
temporary 3:10,11
175:15
tension 294:11,14
term 80:10,11 81:3
81:4,5,15,24 82:9
109:19,21 110:7
137:2 163:5
201:24 209:2,8,14
209:18 210:12
301:4
terminology 130:4
terms 5:9 28:1,9
209:16 213:8
239:5 280:3
288:18
test 33:19 75:23
76:5,14 110:18
194:8 203:1,1
205:18 206:2
240:15
testified 24:24 28:4
58:16,21 72:1
134:20 136:7
142:21 143:8,16
144:4 165:22
167:2 168:2,2
171:24 172:4,6
177:7 184:25
202:4 220:18,21
231:7 232:12
236:25 237:4
239:25 247:8
259:24 271:19
280:21 281:22
289:7
testify 2:19

testifying 12:10
24:12 29:5
testimony 4:5
24:25 25:9 26:3,4
39:5,10 47:5 48:4
59:5 68:14 82:25
89:12 90:22
122:16 135:2
143:5,22 166:9
184:17 208:11
247:9 261:4
268:11,13 269:20
288:19 298:9
testing 33:3,11
52:11 68:5 241:3
241:6
tests 72:6,10,25
75:9,10,20 96:22
97:11 108:23
191:22 195:1,3,15
202:9,12,18,18,20
202:22 203:24
205:8,23 206:11
206:18 240:1,5,19
240:23,25 241:12
text 104:24 106:2
106:24 174:5
203:16
textbook 204:5
texts 70:18
th 171:16
tha 158:15
thank 8:10,16 15:3
21:1 30:25 31:2
34:23 57:11 65:1
98:22 117:3
197:19,20 214:1
214:15 222:5
245:24 246:3
274:1 288:11
303:20
thanks 229:9
thatch 2:13,14 9:13
9:17 18:7,12
19:15 21:11 218:2
thats 3:4,5,9 6:20
7:18 8:6 12:24

14:4 16:23 22:7
34:10 37:8,23
38:14 39:2 40:21
44:7 52:17 58:4
58:20,24 60:14,23
61:22 67:4 70:19
70:22 71:4,13
72:23 74:23 76:15
79:25 80:15 81:1
81:14 84:5 86:17
91:9,13,17 94:6
95:10,22 99:20
101:3 103:2 104:1
105:14 106:17
109:10 111:13
112:3,8,21 113:5
113:23,25 114:20
114:24,25 117:7,9
118:14,20,23
119:7,18,24 120:5
121:24 124:4,12
124:20 125:4,14
128:19 129:25
131:9 134:1,19
136:11 137:11,13
137:24 138:18
139:19,22 140:7
140:15 141:3
143:7 144:17
147:6,10 148:15
151:11,12 156:17
156:19,20 157:3
159:5,12,21 161:8
162:24 163:5,23
164:1,21,21
166:24 169:1
170:3,18 171:9
172:18,23 173:7
173:11 177:5
180:7,8,8 185:3
188:1,9,15,15
189:20 191:13
192:8,13 193:1,5
193:25 197:17
200:5,7 202:2,6
205:2,16 207:14
207:24 209:24

210:1,4 213:23
215:3 220:5,7
226:25 228:6
229:11,19,21
230:4 231:10
233:15 238:7
239:9 241:24
243:18 247:15
248:7,22 250:7
253:10 256:8,18
258:16 260:17
263:6,11,12
264:11 265:23
266:13 269:7,7
272:21 279:20,22
280:24 281:19
286:1,11 287:7
288:7,20,22 289:2
292:10 298:8
299:16
theft 175:1 176:8
176:16,19 180:12
181:8 184:24
thefts 175:1,2
theis 206:3,7 221:4
theory 221:22
300:15
theres 29:12 37:20
65:14 66:10 70:18
95:17,18 101:13
121:22 126:11
146:12 153:24
155:20 157:25
164:12 165:8
188:21 201:15
204:11,11 229:20
233:7 235:15
253:3,9,23 275:22
276:14 279:8
288:13 290:24
300:19
thesis 17:12,16
25:3
theyre 21:5 29:8
153:2 198:13
214:13 248:3
thicker 169:12

thickness 101:7,14
204:25 205:5
thicknesses 131:5
thin 239:8
thing 132:22 153:7
153:9 207:18
208:8 250:21
299:18
things 108:25
176:22,23,23
177:4 188:3 222:8
288:12
think 3:17 6:18,19
7:23 8:12 41:16
49:24 55:25 60:2
64:14 66:4 69:19
71:12 73:25 77:1
79:1 81:19 83:19
83:22 88:24
105:16 114:20,21
117:13 130:7
131:22,22 146:20
151:20 159:6
178:19 179:3
180:7 184:8,16
185:3 187:17
188:2 189:10
205:22 208:5
209:18 210:21
212:1,9,11,12,17
213:17,19 215:23
224:14 229:10
230:6 231:6 236:9
236:10 250:6
257:12 259:24
260:16 265:25
266:8,12 267:24
273:14 275:24
280:21 281:22
288:12 292:6
295:16,23,24
296:1 297:7 298:4
thinking 62:18
third 60:7,8 90:15
96:20 125:16,25
204:13 225:1,2
253:11,25 274:4

DIEGO COBOS-ROA, FINAL

April 10, 2012

**thomas** 1:23
**thoroughly** 267:23
**thought** 20:12 41:5
  47:1 169:22
  222:17 231:17
  261:4 265:10
  268:5 270:18
  273:18 296:23
**thousand** 275:23
**thousands** 80:17
**thr** 171:16
**three** 12:12 24:21
  51:13 202:10
  253:21 260:12
  291:21,23
**thumb** 177:2
**time** 8:2 9:1,3
  11:23 25:6 36:20
  37:8 41:17 43:12
  49:2,16,20,25
  50:4,7,11,14
  54:22 55:5 56:5
  59:16 61:15,23
  62:8 63:2,9 65:13
  65:18 66:5,7,23
  70:21 71:9,11,14
  76:21 79:17 88:18
  98:4,7 102:6,10
  116:3 122:9,10
  126:17 127:4,11
  129:1 131:11,14
  132:3 140:1,12
  151:24 174:14
  175:9 179:2
  184:14 185:25
  186:2,7,10 187:12
  191:19 194:9
  195:2,5,23,25
  197:1,9,22 198:18
  199:3 207:9,11,20
  207:23 212:4
  215:22,23 216:7
  216:17 225:22
  230:19 231:2,13
  231:24 233:15
  234:18,21 235:4,6
  235:12 236:13

244:17 250:24
266:2 272:5,8
287:5,18 289:18
290:6 295:3,4,18
296:1 304:18
**times** 62:4 68:1
  105:1 126:12,24
  138:9 186:6 189:2
  189:3 190:3,8,23
  205:10,11 211:6
  211:18 212:20
  238:13,18,20
  239:21 263:17
  295:7,12 299:24
**tip** 76:13
**tk** 291:8
**tkpwpb** 16:8
**today** 1:1,10 4:6
  10:11 56:17 59:17
  77:8 202:3 222:8
  230:10 271:5
  288:19 298:9
**todays** 303:1
**toe** 135:18 136:4,12
  136:14,22 137:1
  159:3 169:16,25
  170:1 276:1
  277:23 278:9,10
**told** 3:2 25:22,23
  43:2 44:7 48:14
  51:25 52:21 58:25
  66:19 68:23 69:12
  81:8 98:25 108:24
  143:12 160:20,22
  174:19 181:15,19
  181:22 184:20
  207:1,4 261:21
  268:5
**tom** 1:21 54:8
  116:14 185:12
**tone** 289:17
**tool** 221:12,16
**tools** 97:6
**top** 60:18 69:24
  70:11,16 71:20
  74:14 103:5 109:9
  156:3,15 159:10

169:13 257:16
294:16
**total** 38:8,14 62:4
  253:6 260:25
  261:6,13 291:21
  293:3,3,20
**touch** 14:24
**tow** 278:19
**tph** 30:6
**tphaeu** 267:13
**tpweus** 253:5
**tracked** 158:4
**training** 111:7
**transcript** 35:13
  75:15 303:5,6,9
  303:12
**transfer** 189:8
**transient** 185:6
  188:6 192:3 196:7
  196:15 197:3,13
  197:14,21 201:25
  205:20 206:8
  207:2,7,14 221:11
  221:19 242:14
  243:3 244:10
  256:16 257:1,2,5
**transition** 298:1
**translate** 3:16,23
  189:8
**translated** 210:9
**transmissions**
  282:3
**transmit** 214:8
  272:16 297:16
**transmitted** 272:11
**transported** 272:10
**transporting** 51:5
**treat** 214:11
**treated** 256:1
**treating** 197:12
**treeby** 1:20 2:10,11
  2:21,24 6:10,15
  6:17,22,25 7:12
  7:19 8:11,23 9:7
  9:20 10:1,6,7,12
  10:20,24 11:4,5
  11:12 12:2,7 13:5

13:25 14:8,13,19
15:2,7 18:16 19:3
19:10,18,20,25
20:4 21:2,21,25
22:14,15 23:3,7
23:19,20 24:3,8
25:15,19 30:24
31:6,10 47:6,15
48:5,18 53:17,20
53:23 54:7,15,17
56:1,13 57:1,5,6
57:12,14,19 58:8
66:17 67:3,6
75:16,21 77:18
80:24 83:1 93:8
102:5,17 106:13
112:24 113:13,21
114:10,17,22
115:3,11,15,24
116:7,11,17 117:2
117:8,12,16,18
123:11,16 131:19
135:3 140:5 142:4
142:25 143:6,10
143:23 144:1,15
144:19 146:9
149:4,22 150:18
152:5 153:11
156:7,13 157:10
158:18 163:4
166:4,10,23 167:6
167:12,18,23
168:9,18,22
169:11,19,24
173:4,12 198:19
198:23 199:10
200:15,25 201:4
217:22,25 218:4,6
218:25 219:8
222:15,19 224:17
224:21 228:18
229:3 230:5 261:4
273:21 284:16,21
285:1,5,9,25
286:8,15,18,19,25
287:6 299:6,10
302:11,16 303:21

304:4,12
**trench** 126:2
  154:23 170:23
  171:6,6,11,18
  172:13
**trenches** 155:11
**trenching** 154:21
**trial** 4:6
**trick** 83:4
**tried** 52:10 197:25
**trigger** 126:13,25
**trouble** 23:11
**truck** 156:19
**true** 46:18 47:17
  100:11,24 101:3
  102:1,19 103:2,3
  104:4 107:21
  108:11,12 125:11
  163:6 174:14
  175:25 191:13,18
  197:7 215:8,16
  216:15 219:16
  281:14 300:20
**try** 4:23,25 14:23
  20:22 54:1 81:23
  107:19 139:23
  180:22 193:12
  278:16
**trying** 6:18 12:14
  12:20 20:8 25:24
  81:25 83:2,4,5
  111:15 138:11
  155:10 167:9
  195:23 272:6
  287:24
**tuesday** 1:1 11:1
**turn** 122:24
**tweak** 224:9
**tweaked** 208:14,16
  208:16,18
**twice** 181:18
**two** 12:9 15:23
  24:21 32:14 37:7
  37:10 39:6 41:6
  48:24 49:3,23,23
  67:17 68:3 69:9
  69:20 78:15 83:17

DIEGO COBOS-ROA, FINAL

102:3 108:14
132:24 133:14
144:6 161:8,9
171:13 181:18
185:24 186:9
202:25 203:24
205:8 209:16
246:4 247:5,5
248:24 249:15
252:8 286:16
291:22 292:18,21
293:2 295:11
**type** 39:20 43:22,23
86:15 104:21
180:4,5 215:17
251:8 252:25
254:6 263:25
295:5
**types** 42:17 203:6
239:5
**typical** 160:4,12
**typically** 136:21

**U**

**uc** 16:10,22 17:6
34:5,24 35:23
36:23 61:1 89:25
231:18 236:18
240:16 241:9,13
241:15 259:10
**uhhuh** 40:18 41:18
71:22 73:7 74:12
74:15 81:11 91:1
99:23 121:21
122:25 123:18
125:21 126:5
132:15 153:23
225:7 226:18
261:16 294:25
296:25 297:22
**ultimately** 26:2
**unavailable** 176:5
**unchanged** 297:6
**uncompacted**
161:25 162:4
**undergrad** 241:18
**undergraduate**

245:8
**underlined** 283:24
284:3
**underliniing** 284:1
**underneath** 158:20
**understand** 4:2,22
4:24,25 16:20
26:1 29:7 37:19
41:11 54:4 83:2
86:12,15,17
102:23 105:16
106:4 107:17,24
124:16 128:22
130:23 131:14
144:18 184:17
188:10 207:17
208:7 209:5,6
248:8 256:12
269:12 295:21
**understanding**
77:2 121:11
132:25 156:12
200:22 275:6
**understands** 26:2
**understood** 5:3
72:24 131:13
208:10 231:16
232:7 245:22
251:20
**undertake** 248:23
**undertook** 82:14
**underwent** 257:10
257:25
**undisturbed** 52:10
52:17 55:18
**undrained** 211:13
211:20 212:8,14
213:14,21 214:12
271:8,11,17,22
272:1,3,7 291:7
291:14 292:2,11
292:17 293:1,8,24
294:4 295:17
296:2,6,10,22
297:4 298:18
**unimportant**
267:15

**uninformed** 117:13
**unit** 127:18 291:22
292:10,10,12,13
293:3 297:3
**united** 2:4,7 6:2 7:1
8:17 12:16,23
24:16,19 31:12,16
87:15 88:9 230:9
241:21
**units** 255:25 257:9
257:22,24 262:7
276:13
**unity** 128:8,15
**universe** 214:20
**universities** 16:3,6
**university** 15:12,14
16:8,12,14,18
28:3,5 32:8,22
39:19 90:9 176:25
178:5 226:3
230:16 231:3,8,21
231:25 233:16
**unreasonably**
30:15
**unsaturated** 256:2
256:8 257:15
262:20 263:10,14
264:1,4,10 266:15
266:19,24 267:14
267:19 268:1
269:24 270:14
**unsteady** 201:17,24
205:21 207:13
**update** 108:14,20
109:12 110:6
**updated** 5:21,25
109:1,6,11,16
110:2
**updating** 108:17
109:1,2
**uplift** 260:6,14
261:19 276:20
277:1 280:4,18
**uplifts** 297:10
**urs** 234:23 235:4
**usage** 84:19,20
**usb** 180:6

**uscs** 237:14,16
**use** 28:11,17 33:15
33:17 63:16 81:3
81:5,24 99:17
111:24 112:4,9,12
112:16,25 120:12
148:11 163:5
193:3,7,9,14,18
193:19 221:11,19
222:14 225:25
243:19 245:2,7
246:7,7,10 261:24
264:19 265:15,22
266:18 271:3,8,13
283:4,9 299:20
300:14 301:4
**user** 28:16
**uses** 86:15 122:10
**usually** 68:3 76:5
**utilities** 172:2
**utility** 171:18
**utilizing** 84:9,12
**utter** 241:4

**V**

**vacated** 30:22
**vague** 163:3
**valid** 223:12 248:2
249:5
**valuations** 297:25
**value** 76:3,11,12
108:20 184:9
188:21 190:21
191:4,11,21,22
192:14 193:3,9,11
202:17 203:20
204:20 205:11
208:1,19 211:4,17
212:14,16 253:16
255:5 260:16
261:13 264:6
265:22 276:18
296:21 297:2
298:6,8
**values** 182:12
183:11 188:8
193:6,8 194:16,19

194:24 202:8,12
202:13 205:3
206:13,24 208:18
214:21 223:10
229:15 249:9,10
253:5 255:10,13
257:21 260:20
263:10,19 266:1
299:21
**variation** 224:6
301:3
**variety** 17:14
**various** 174:25
229:15 255:25
264:19 265:3
**vary** 188:7 197:22
**varying** 207:22
**vedat** 204:5
**vein** 240:1,4,15,19
241:2
**velocities** 264:7
**vera** 38:7,7,25 39:3
45:11,18 46:14
60:13 61:17,23
75:8 88:17 93:17
105:11,20 106:7
106:19 236:7
250:13,19,22
282:20
**verbal** 232:2
**verbally** 80:21
**verbatim** 25:1
**verify** 137:22
**version** 68:25
195:24 203:5
244:2,2,5,7
**versions** 98:9 175:1
**versus** 268:7 272:8
**vertical** 105:1
253:14,19,25
254:4,5 259:25
260:17 261:9
277:22 278:2,23
280:4
**vicinity** 101:19
135:18 136:4
277:7 278:19

DIEGO COBOS-ROA, FINAL

April 10, 2012

**video** 1:7 9:2,10
19:17,23 21:6,15
31:8 56:4,9 102:8
102:14 150:16
151:22 152:2
199:1,6 228:21,25
244:15,19 290:4,9
304:16
**videographer**
14:20
**videos** 178:6
**videotaped** 1:8
57:24
**view** 142:18 156:17
**violating** 116:14
**violation** 28:9
**visa** 12:19 13:15
24:18 26:18 27:25
28:1,9 31:14,15
31:18 88:21
233:21,23 234:14
**visit** 48:19 50:5,6
50:13 62:12 63:22
63:23 64:12,15
72:5 79:21
**visitation** 35:6
**visited** 62:5
**visits** 63:12
**visual** 51:24 103:19
237:12,18
**voice** 23:6
**void** 216:14,20
271:5 287:13,17
288:4,13
**voids** 291:16
**volume** 65:5 75:2
135:4 143:24
152:9 165:22
172:4 215:20,20
215:25 216:4,6,9
216:18 290:24
**volumetric** 265:16
**volunteered** 144:16

---
**W**
**wait** 98:18 152:19
**wall** 239:8 294:24

301:15
**want** 3:3 13:2 25:3
25:7 41:17 47:12
54:12 56:23 62:25
66:18 67:1 73:18
79:22 80:10 81:14
81:24 82:9 92:16
92:22 102:23
116:6,8 124:22
153:6 156:10
167:19,24 184:17
185:9 187:4
192:11 196:2
197:16 198:4,5,8
198:22 203:22,25
207:5 252:13
269:6 302:12
**wanted** 96:1
**wanting** 167:16
**wants** 14:25
**ward** 48:20 50:1
62:6 141:15
**washington** 2:11,14
2:24 104:10 112:4
112:17 113:1,7
117:19 119:5,11
119:15,21 120:2
137:14 138:4,25
139:6,11,16
143:18 145:21,24
146:18 147:21
148:13,18,21
150:6,12 154:8,17
160:15 170:6
172:1,2
**wasnt** 73:12 87:8
121:16 140:3
155:5,7 162:14
177:11 178:10
181:12,13 203:24
219:6 252:4,5
270:16 282:23
**waste** 8:25
**water** 18:2 76:10
99:15 126:16
127:3,10 129:10
129:12 134:17

135:17 136:4,11
136:25 141:11,14
146:15 159:1,2
169:15,25 211:12
214:9 216:18
219:19 225:6
253:3,9 256:3
257:17 262:23
263:8,12,17
265:16 266:4
267:20 272:9
276:4 287:13,17
288:4,14,20,23
291:15,16,24
292:20 293:14,25
294:15,24 297:15
**way** 4:18,20 19:13
21:1 41:16 44:2
44:11 46:5 71:19
77:7 79:7 113:19
144:7 159:20
163:23 180:11
182:4 187:5
192:22 202:3
211:23 221:11
264:15 272:15
275:14 284:22
301:18
**ways** 181:19
**website** 46:8 53:9
195:8
**wed** 44:7 137:21
**week** 63:5 86:5,7
86:18,19
**weeks** 37:7,11 39:6
41:7 49:22,23
185:24 186:9
**weight** 127:18
293:3
**weights** 291:22
**weird** 287:7
**welcome** 57:18
98:24
**wells** 111:19
**went** 68:2,25 109:5
121:12 132:7
137:13 193:5

206:23 239:3
**west** 133:21 136:8
155:5,23,24
159:19 161:21
254:9
**western** 180:6
**wetting** 257:25
258:5
**weve** 107:18 108:6
151:20 209:7
271:4 283:20
**wgi** 2:9 111:19,25
114:14 149:9
160:4 161:23
**whatnot** 68:6
**whats** 13:9 20:1
71:23 144:23,24
145:16 148:4
164:1 188:10
252:23 258:14
274:25 278:14
286:1 297:12
**whes** 30:1
**whispering** 263:2
**whoevers** 302:12
**whos** 12:1 21:25
23:22 116:13
192:17
**wht** 212:13
**wide** 17:13 134:11
138:16 140:8,18
165:12
**wife** 178:9 180:19
**wifes** 181:1
**wilkinson** 22:22,23
23:8,17 24:1,6
25:13,17 26:7,21
27:1,4,6 28:24
29:19,23 31:3
303:18
**wilkinsons** 9:6,25
20:3
**william** 2:11 34:18
**willing** 116:23
**wish** 153:10 166:13
**withdrawn** 259:4,7
**witness** 11:16,21

12:1,3 13:22 30:9
30:12,19,22 46:13
47:13,22 48:8
54:13 59:7 60:20
75:18 77:16 80:18
80:22 89:16 93:6
95:16 103:1
113:25 114:2
116:12,13 123:13
146:4 149:1,20
152:22 153:1,8
157:8 168:7 169:9
169:21 189:25
219:4 222:12
224:19 245:17
265:8 269:10
273:11,24,25
284:11 289:9,20
302:10 303:20
**wont** 215:20
**wood** 52:1
**word** 105:3 132:20
135:24
**words** 187:24,25
205:9 272:13
297:20
**work** 13:19 19:14
26:12,20 34:5
36:23,25 37:5,10
37:12 38:9,15
39:7,11,14,14,15
39:15,19,22 40:14
40:22 41:2,6,9,21
42:2,5,6,10,23
43:3,10,22 44:10
44:14,18,23 45:11
45:6 46:20 47:19
48:10,13,16 51:7
52:11,20 58:10,17
58:19 59:2,10,25
60:24 62:7 63:21
75:4 76:20 79:10
79:13,25 80:3,5
82:6,23,23 83:10
83:15 88:8,13
89:5 90:11,21
91:3,5,6,7,8,10,15

JOHNS, PENDLETON COURT REPORTERS

504 219-1993

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 338

91:19 92:21,24
93:10,24 94:3,5,8
104:20 109:25
110:6 111:25
113:8 119:20
121:12 130:16
148:13,19 154:6
154:18 171:25
172:9 175:20
177:8 179:19
182:14 220:25
226:1,2,8 230:11
230:25 233:8
234:3,18 235:13
237:19 242:5
243:6 246:25
258:17 280:17
**worked** 40:6 46:17
60:21 234:20
245:10
**working** 16:21
17:13 23:24 31:23
33:23 45:5 78:7
81:21 231:11
232:4,17,18,23
245:4 297:15
**works** 20:20
**worry** 131:20
**worrying** 84:4
**wouldnt** 89:23 94:9
166:13 205:19
206:20 207:6
268:14 280:17
283:3,8 297:25
**wrap** 195:24
**write** 3:20 160:6
218:18
**writing** 3:25 16:9
40:23 49:4,8 74:3
74:6,9 75:6 89:18
94:24 145:21
162:15 226:23
**written** 24:9 89:22
92:4,5,8 162:11
174:7,22 303:10
**wrong** 114:18,21
160:23 189:19

206:20 256:13
286:21 287:8
**wrote** 94:23 174:3
174:5,17,18
195:18 219:6

---

**X**

**xavier** 38:7,25 39:3
45:11 75:8 93:17
217:6 250:13,22

---

**Y**

**yall** 18:24 23:1,12
**yeah** 76:15 153:3,4
192:13 223:4
239:9 244:6
245:18
**year** 5:18 17:1,2,3
17:4,6,8 25:21,23
25:24 35:21 62:18
92:10,12 93:2
108:9 154:7 213:4
227:11 235:10,10
242:10
**years** 15:23 33:11
245:11
**yellow** 145:13
161:21 187:23,23
188:10,16
**youll** 20:13 182:25
269:13
**young** 115:7
**youre** 8:3 51:22
57:18 75:24,25
76:14 78:18 83:3
91:14 93:5 95:4
98:8,24 107:21
109:12 113:15
116:14,16 117:13
129:4 131:25
144:11 154:10,20
155:10 159:5
166:12,15,18,24
166:25 167:10,16
168:16 171:21
222:20 232:19,23
233:1,4,8,16

256:15 289:2,13
298:22
**youve** 91:22 105:15
179:20 184:20
207:1 220:18
232:12 247:8
248:5 252:11
277:16 278:25
**yuba** 18:4 35:14,16
35:18 300:9

---

**Z**

**zero** 253:8 271:5
299:12,15,18,20
299:24 300:4
**zone** 275:7 278:17

---

**0**

**0** 126:15 127:13
188:23
**000** 38:13,23 43:2
59:6 81:9 93:12
93:13,23,23 211:6
213:9 253:14
260:1
**0011** 188:23
**06** 244:17

---

**1**

**1** 5:10,11,17,24
37:12 38:16 41:9
45:5 56:16 65:5
80:2 93:24 94:20
96:18,19 122:7
126:15 127:13
131:9 133:25
134:17,22 135:8
135:15 137:9
142:22 152:9
162:18 165:24
172:5 179:21
189:5,5,9 190:3,4
190:9,22 199:3,8
200:2,3,11 205:11
205:12 211:18,18
212:20,20 217:4
228:11 233:24

246:6 247:11,22
248:2 253:14
260:1 299:24,25
**10** 1:1 59:6 74:17
96:15 102:10,16
105:1,13,21,23
107:11 108:11,13
124:7 127:5
134:13,23 137:5
165:13 166:5
189:2,3 190:3,8
190:21 191:3,24
192:4 193:3,14,18
193:19 205:10
208:1 211:6,18
212:20,21 217:12
235:25 239:23
299:14,25
**100** 93:11 134:11
184:18 273:12
**10th** 1:12
**11** 105:13,21,23
108:13 118:16
123:2,6,7,7,11
125:2 126:18
131:9 142:19
151:24 162:23
165:7 169:12
173:17 185:14
186:1 196:9,9
**111** 135:4
**1111** 2:17 3:8
**113** 143:24
**12** 118:17 123:5,15
123:19 124:3
125:2 126:18
127:5 131:10
143:25 152:4
162:23 173:17
201:6 207:13
277:21
**125** 165:22 168:3
168:12
**126** 165:23 168:13
168:14,25
**1269** 60:10
**13** 118:25 134:3

149:24 202:25
205:9,19 206:12
**132** 224:12,22
**135** 228:7
**136** 125:19 273:16
**137** 272:25 273:17
274:5
**138** 125:19 126:22
128:12
**14** 126:19 127:6
135:5 172:5 204:3
204:3 210:20
290:6
**140** 121:2
**15** 134:22 135:8
136:21 218:3,5,9
224:16,18 244:21
**16** 102:25 103:10
165:22 168:3,12
213:9 217:1
218:10,10
**165** 213:3
**17** 134:22 135:8
143:25 201:14
205:10 290:11
**17th** 50:1 65:25
**18** 75:3 133:17
134:7 135:14
165:25 168:24
201:16 217:1
218:10
**19** 134:8 143:1
**1969** 70:24 71:12
71:18
**1980** 35:18
**1980s** 17:21 154:25
**1980something**
35:20
**1990** 71:20
**1s** 247:18
**1st** 130:10

---

**2**

**2** 5:10,20,21 37:12
38:16 41:9 45:5
56:12 57:16 74:18
80:2 81:9 93:25

---

DIEGO COBOS-ROA, FINAL
April 10, 2012

94:20 96:18,19
102:9 122:10
135:4,4 143:24
145:16 147:4,12
158:11 165:22
170:14 172:4
179:21 188:11
200:3,10,11
228:23 229:2
234:7 246:6
247:11,17 248:6,9
248:11
**20** 137:5 142:11,12
165:11 189:10,18
214:23 238:15,20
239:2,21 303:8,23
**200** 61:25
**2000** 154:7
**200012** 96:4 119:11
122:5 124:14
**2002** 104:20 111:19
161:7
**2003** 16:16 171:12
**2004** 88:4 171:12
**2005** 31:17 61:25
89:7 111:20 161:7
161:14,24 236:11
242:12,17
**2006** 16:19 32:7
34:6 48:22 49:15
49:25 61:22,25
62:5,13,14,16,19
63:23 64:12 72:3
76:17 78:7 79:22
80:1 111:22,22
236:9 240:6
242:23 243:3
**2007** 80:1 81:9
134:8 225:22
234:25 235:1
302:24
**2008** 39:14 80:3
81:10,13 82:18
109:24 113:10
126:16 127:3,14
134:8 146:19
183:19 226:8,9

230:13,25 231:1
231:17
**2009** 32:6,7 39:15
42:1,15,22 44:25
58:11,13,17,18
59:10 80:1 82:19
83:20,23 89:12
109:25 110:6,11
175:18 176:9,13
177:8,18 258:21
258:21
**2010** 15:15,16,18
15:19 36:19,19
43:3,19,21 44:10
231:9,17,22
**2011** 45:3,4,4 82:20
93:22 95:24 96:3
122:19 123:4
147:18 171:8
222:22 225:24
252:16
**2012** 1:1,12 31:20
59:14 95:25
118:13,15 126:8
217:4 222:22
225:24 249:22
251:13,17 252:15
256:21 262:13
294:20
**20something**
189:19
**21** 118:17 131:10
147:8 149:8
170:17,22
**211** 69:18,19,24
**213** 172:4
**22** 73:18 118:17
122:24 123:8,12
125:3 131:10
132:14 147:8
149:8 170:17
171:2
**223** 69:17 70:12
**23** 73:18 104:16
118:1 125:3
132:14 152:14
196:21 228:11

284:14
**24** 104:16 118:1
147:3,11 149:14
152:14 155:1
284:2,12,17,19
**245** 73:18
**248** 143:1
**25** 104:17 118:2
134:10 140:18
143:1 158:1,3,17
158:20 165:11
211:10
**26** 121:18 124:24
153:22 160:3
214:23
**266** 75:3
**267** 210:21 211:2
**27** 154:6 161:5,8
**271** 204:15 205:5
**275** 204:22 205:6
**28** 96:15 105:13,21
105:23 107:11
108:11,13 122:19
124:7
**28th** 95:24 96:3
104:13
**29** 164:11,13
**29th** 302:24

─────────

**3**

**3** 38:13 60:4 72:13
72:14,21 96:15
102:16 111:14,16
112:1,6,13 126:23
151:24 205:11
244:17,21
**30** 29:25 30:3,3,18
30:18 93:12,23
136:16,17 283:16
284:20 285:11
297:8
**31** 1:13 56:5
**32** 285:8,13,15
286:3
**33** 29:25 304:18
**34** 205:11
**350** 145:12

**37** 2:17 3:8 9:4
170:19
**38** 228:23
**39** 9:12 102:10
**3d** 183:18 258:10
258:18 259:1,11
259:13,17

─────────

**4**

**4** 51:20 64:25 74:11
140:24 142:8
144:7 146:10
152:4 190:3,8
199:3 205:10
290:6,11 304:18
**40** 56:11 93:13,23
245:18 246:1
**42** 123:10 152:17
152:21 153:2
154:5,6
**43** 153:2 154:20
157:24 160:2
161:4
**44** 155:1 274:15
**45** 274:16
**46** 199:3
**47** 152:4 161:18
**48** 147:3 161:20
229:2
**49** 162:17 165:16
**4t** 70:22,25 71:15
**4th** 222:10

─────────

**5**

**5** 14:14 38:23 43:2
67:9 140:24
145:17,18 189:2,3
190:22 199:9,16
199:18 200:12
205:12 212:21
236:10
**50** 100:10 102:16
151:24 164:12
165:12 169:4,20
**500** 180:7 213:9
278:19
**515** 14:14

**52** 3:24 19:24
152:18 153:4
162:17 170:12
171:4
**53** 21:8
**5393** 302:25 304:3
**55** 21:17
**555** 1:10
**57** 199:8
**58** 170:19,20
196:13 197:8
**5897630** 9:14
**59** 170:12 173:13
196:13 197:8
210:22

─────────

**6**

**6** 51:20 69:15 73:8
73:11 74:11 75:6
81:9 102:24
104:12 118:2
132:14 145:7,11
145:17,18 152:11
152:14,14,17,18
152:21 153:4
244:21 290:6
**60** 133:25 136:9,25
137:5 159:5 169:6
169:10,18,22
204:12 210:22
**612** 74:11
**63** 173:13
**640** 152:15
**641** 152:15

─────────

**7**

**7** 94:12 104:12
118:2 123:23
127:2,13,19
132:14 168:25
171:14 190:4,9
199:15,18,18
200:12 290:11
**70** 92:16,17
**72124** 3:25
**74** 125:16,25
126:10 128:5

DIEGO COBOS-ROA, FINAL

April 10, 2012

Page 340

| | |
|---|---|
| **75** 125:15 127:19 | 140:25 146:21 |
| **79a** 100:16 101:20 | 147:3 153:20 |
| 102:20 103:18 | 154:20 157:24 |
| 104:5 | 160:2 161:18 |
| | 162:17 169:4 |
| **8** | 170:12,13 183:16 |
| **8** 1:13 9:4,12 19:24 | 184:6 185:2 |
| 21:8,17 96:1 | 190:11 191:16 |
| 105:9 126:15 | 246:5 249:22 |
| 127:2,4,12,13 | 251:14 258:15 |
| 128:16,20,23 | 277:21 |
| 129:4,12 158:12 | |
| 158:22 159:12,17 | **9** |
| 160:19,25 161:23 | **9** 56:5,11 96:1 |
| 161:24 165:23 | 118:15 121:18,20 |
| 168:12 174:22 | 126:7,18 128:9,20 |
| 186:20 190:3,8 | 128:21 129:5,11 |
| **81a** 99:25,25 | 130:8 143:2 156:3 |
| 100:13,15 101:1 | 186:24 187:3 |
| 101:20 102:21 | 191:3,24 192:4 |
| 103:18 104:5 | 193:4,15,18,20 |
| 110:13 | 208:2 211:18 |
| **8a** 96:2,3,9,14 | 212:20 299:14,25 |
| 104:12 105:10,17 | **90** 154:1 |
| 107:7,11 108:1,7 | **912** 105:12 |
| 108:13 111:3,14 | **95616** 2:18 |
| 113:4 117:21,24 | **9636982** 14:15 |
| 118:2,22 121:19 | **97** 224:11,22 |
| 121:20 122:7,19 | 226:25 |
| 124:22,25 125:12 | **98** 227:21 |
| 125:15,24 126:10 | **99** 224:20 228:7 |
| 128:5,21 129:10 | 273:12 |
| 183:16 184:6 | **9th** 95:25 96:4 |
| 185:1 246:5 | 118:13 119:10 |
| 258:15 | 122:5 124:14 |
| **8b** 96:2,4,10 105:11 | |
| 110:16,18 111:2 | |
| 118:13,16,25 | |
| 119:11,15 120:7 | |
| 120:23 121:19 | |
| 122:5,10,20,20,23 | |
| 123:1 124:11 | |
| 125:3,7,13,18,20 | |
| 126:8,22 128:12 | |
| 129:11,21 130:8 | |
| 132:12 134:8 | |
| 135:14 139:2 | |