# EXHIBIT 3

# Appendix 17
# Finite Element Seepage Study – Seepage Analysis for Foundation Breaches

Early in the IPET investigation of the breaches on the outflow canals, questions were raised about the underseepage in the marsh layer under the levee on the 17th Street Canal as the cause of the breach. For the breaches on London Avenue Canal, field observations indicated that underseepage in the sand layer under the marsh layer and the levees may have contributed to these breaches. Several other organizations investigating the levee breaches did some seepage analyses or speculated that either underseepage or through seepage caused the breaches. To address these concerns, a number of transient finite element seepage analyses were performed.

## 17th Street Canal Seepage Analysis

The seepage for the 17th Street Canal was conducted early in the IPET investigation of the performance of the floodwalls and levees. The focus of this initial seepage investigation was the time frame it would take for the marsh material to saturate and develop seepage pressures that could affect the stability of the floodwall and levee system. Early on in the investigation, the marsh material was referred to as peat.

The geological conditions in the New Orleans area are presented in Appendix V-2. A summary for the outfall canals are presented here. The soil conditions in the area of the New Orleans outfall canals has been determined through evaluation of existing and recently drilled engineering borings, earlier geologic mapping studies of the area (Dunbar et al. 1994 and 1995; Dunbar, Torrey, and Wakeley, 1999; Kolb, Smith, and Silva, 1975; Kolb, 1962; Kolb and Van Lopik, 1958; and Saucier, 1963 and 1994), and new studies performed since August 2005.

Geologic mapping of the surface and subsurface in the vicinity of the canal failures identifies distinct depositional environments, related to Holocene (less than 10,000 years old) sea-level rise and deposition of sediment by Mississippi River distributary channels during this period. Overlying the Pleistocene surface beneath the 17th Street Canal are approximately 50 to 60 ft of shallow water, fine-grained sediments consisting of bay sound or estuarine, beach, and lacustrine deposits as indicated in the cross section shown in Figure V-17-1. Overlying this shallow water sequence are approximately 10 to 20 ft of marsh and swamp deposits that correspond to the latter

## Inner Harbor Navigation Canal (IHNC) Seepage Analysis

In the IPET Final Draft Report (June 1, 2006), it noted that other possible modes of failure beside overtopping/erosion for the breaches of the IHNC I-wall along the Lower Ninth Ward included "sliding instability and piping and erosion from underseepage." The report goes on to say that "*Piping and erosion from underseepage is unlikely because the I-walls were founded in a clay levee fill, a marsh layer made up of organics, clay and silt, and a clay layer. Because of the thickness, the low permeabilities of these materials, and the relatively short duration of the storm, this failure mode was considered not likely and was eliminated as a possible mode of failure.*" In the NSF-Berkeley report (ILIT Final Report, July 31, 2006), they stated "*This greatly underestimates the permeability, and especially the laterally permeability of the marsh deposits. It also continues the very dangerous assumption that underseepage was not a serious problem for 'short duration' storm surge loading that plagued the original design of many sections of the New Orleans regional defense system, and led to use of sheetpile curtains that far too short to effectively (and safely) cut off underseepage flows.*"

The value of coefficient of permeability assigned to the marsh layer in the NSF-Berkeley report was $10^{-2}$ cm/sec. This is three orders of magnitude higher than the highest coefficient of permeability IPET determined from consolidation tests on undisturbed samples of the marsh layer, as shown in Figure V-17-15. Consolidation tests performed by IPET show that the coefficient of permeability of the marsh material decreases as consolidation pressure decreases, from a maximum of $10^{-5}$ cm/sec for low consolidation pressures, to values as low as $10^{-8}$ cm/sec for consolidation pressure equal to 4,000 psf.

Weber (1969) found a similar variation of permeability with effective overburden pressure using field permeability (piezometer) tests on peat in the California Delta, as shown in Figure V-17-15. Weber's peat coefficient of permeability values are roughly the same as the values determined from the IPET consolidation tests on marsh material from New Orleans, but the scatter of the values from consolidation tests is greater. The difference may be due to the fact that the consolidation tests represent point values, whereas the field tests represent average values for a larger volume of soil. There may also be some inherent differences between the materials.

The permeability values for the marsh materials used by NSF-Berkeley in their seepage analyses were at least **1,000** times too high. Their values are higher than the permeability values for the sand layer at the London Avenue Canal determined from field pump tests. The NSF-Berkeley report states, "*The values of lateral permeability used in these analyses were based on experience with similar geologic units from other regions, our own field observations, and the accumulated reports indicating high lateral permeability. A best-estimated coefficient of lateral permeability of $k_h \sim 10^{-2}$ cm/sec was modeled for the most open of the marsh sub-strata.*" There is no possible or plausible explanation for NSF-Berkeley's choice of permeability values for the marsh material. These permeability values were also used in all of their PLAXIS analyses, and they were higher than any other material, including the sand layers.