# EXHIBIT 5

Case 2:05-cv-04182-SRD-JCW  Document 20822-8 Filed 04/30/12 Page 2 of 9
Case 2:05-cv-04182-SRD-JCW  Document 19943-8 Filed 07/27/10 Page 2 of 56
                                                                    2698

```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   IN RE:  KATRINA DREDGING      *   Civil Action
     LIMITATION ACTION             *
 6   CONSOLIDATED LITIGATION       *   No. 05-4182
                                   *
 7                                 *   Section K(2)
     PERTAINS TO:                  *
 8   BARGE                         *   New Orleans, Louisiana
                                   *
 9   MUMFORD, C.A. NO. 05-5724, AS *   July 8, 2010
     TO PLAINTIFFS JOSEPHINE       *
10   RICHARDSON AND HOLLIDAY       *   Afternoon Session
     JEWELERS, INC., ONLY          *
11   AND                           *
     BENOIT, C.A. NO. 06-7516, AS  *
12   TO PLAINTIFFS JOHN ALFORD AND *
     JERRY ALFORD ONLY             *
13   * * * * * * * * * * * * * * *
14                      DAY TWELVE
                   BENCH TRIAL BEFORE THE
15             HONORABLE STANWOOD R. DUVAL, JR.
                 UNITED STATES DISTRICT JUDGE
16
17   APPEARANCES:
18   For the Plaintiffs:           Best Koeppel
                                   BY:  LAURENCE E. BEST, ESQ.
19                                 BY:  PETER S. KOEPPEL, ESQ.
                                   2030 St. Charles Avenue
20                                 New Orleans, Louisiana 70130
21
22   For the Plaintiffs:           Law Offices of Brian A. Gilbert
                                   BY:  BRIAN A. GILBERT, ESQ.
23                                 2030 St. Charles Avenue
                                   New Orleans, Louisiana  70130
24
25
```

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case 2:05-cv-04182-SRD-JCW Document 20822-8 Filed 04/30/12 Page 3 of 9
Case 2:05-cv-04182-SRD-JCW Document 19976-8 Filed 07/27/10 Page 3 of 9
2731

| | | |
|---|---|---|
| 14:26 | 1 | **THE WITNESS:** It's called "giddyup." |
| 14:26 | 2 | **THE COURT:** Thank you. |
| 14:26 | 3 | BY MR. RAFFMAN: |
| 14:26 | 4 | Q. The low soil that he creates affects the results because |
| 14:26 | 5 | it cuts off seepage and adds strength that otherwise wouldn't |
| 14:26 | 6 | be there; isn't that right? |
| 14:26 | 7 | A. That's correct. |
| 14:26 | 8 | **MR. RAFFMAN:** All right. I thank Your Honor's |
| 14:26 | 9 | patience. |
| 14:26 | 10 | BY MR. RAFFMAN: |
| 14:26 | 11 | Q. Permeability. |
| 14:26 | 12 | **MR. RAFFMAN:** And I promise this is my last issue, |
| 14:26 | 13 | permeability. |
| 14:26 | 14 | **THE COURT:** But an important one. Go ahead, sir. |
| 14:26 | 15 | **MR. RAFFMAN:** RB-119. |
| 14:26 | 16 | BY MR. RAFFMAN: |
| 14:26 | 17 | Q Describe for the Court the difference in the permeability |
| 14:26 | 18 | values that Dr. Marino used versus those that you used. |
| 14:26 | 19 | A. Well, the first thing I'd like to do is try and clear up |
| 14:26 | 20 | for this Court what in the hell permeability is. |
| 14:27 | 21 | As shown on this first scale are the numbers that the |
| 14:27 | 22 | Court was having difficulty understanding: 10-to-the-minus-2, |
| 14:27 | 23 | 3, 4; 10-to-the-minus-8, and so forth. This is an engineer's |
| 14:27 | 24 | way of quantitively expressing the rate at which water can |
| 14:27 | 25 | penetrate through the soil. |

Case 2:05-cv-04182-SRD-JCW   Document 20822-8   Filed 04/30/12   Page 4 of 9
Case 2:05-cv-04182-SRD-JCW   Document 19976-8   Filed 07/27/10   Page 5 of 9

2732

| | | |
|---|---|---|
| 14:27 | 1 | To an engineer, the numbers mean a lot; but to a |
| 14:27 | 2 | normal person, they mean nothing.  But where the something |
| 14:27 | 3 | starts to come from is in this column is talking about pervious |
| 14:27 | 4 | materials.  An example of a very pervious material would be a |
| 14:27 | 5 | well-graded gravel.  Well-graded gravel would have a |
| 14:27 | 6 | permeability that falls in this range.  A pervious soil would |
| 14:28 | 7 | be a sand, and sand would fall in this range. |
| 14:28 | 8 | Semi-pervious would be something like a silt with |
| 14:28 | 9 | some sand in it.  It could be a marshy material that has some |
| 14:28 | 10 | silt and sand in it, so it begins to fall in this semi-pervious |
| 14:28 | 11 | range. |
| 14:28 | 12 | When you get to impervious, this would be things like |
| 14:28 | 13 | fat clays.  And the fat clays, because there's not very much |
| 14:28 | 14 | conduits for water to get through, are essentially impervious. |
| 14:28 | 15 | As shown with the cartoons that I located and |
| 14:28 | 16 | incorporated in this graphic by showing the water that would |
| 14:28 | 17 | come through, this styrofoam perforated cup, that has 1 year |
| 14:29 | 18 | material, the water would completely get through the gravel in |
| 14:29 | 19 | 2 minutes.  In 2 hours, it would be an inch above the top of |
| 14:29 | 20 | the sand.  But the silt, in 200 days, it would be very little |
| 14:29 | 21 | through; and for clay, for 200 years, there would be no water |
| 14:29 | 22 | through it. |
| 14:29 | 23 | **Q.**   Now, which permeability values did you use and which did |
| 14:29 | 24 | Dr. Marino use? |
| 14:29 | 25 | **A.**   For the best estimate -- |

Case 2:05-cv-04182-SRD-JCW Document 20822-8 Filed 04/30/12 Page 5 of 9
Case 2:05-cv-04182-SRD-JCW Document 19762-8 Filed 07/27/10 Page 5 of 9

2733

| | | |
|---|---|---|
| 14:29 | 1 | **Q.** For the marsh layer. For the marsh layer. |
| 14:29 | 2 | **A.** The marsh layer is critical. But for our analyses, the |
| 14:29 | 3 | primary results were done for 10-to-the-minus-4, to |
| 14:29 | 4 | 10-of-the-minus-5. We were heavily criticized for the |
| 14:29 | 5 | 10-to-the-minus-2. Consequently, we re-examined that after we |
| 14:29 | 6 | had some field experience. |
| 14:29 | 7 | But Dr. Marino used 10-to-the-minus-8. That's |
| 14:29 | 8 | equivalent to trying to get water through a brick. |
| 14:30 | 9 | **THE COURT:** And mathematically, a 10-to-the-minus-2 |
| 14:30 | 10 | would be -- |
| 14:30 | 11 | **THE WITNESS:** Approaching that of sand. |
| 14:30 | 12 | **THE COURT:** It would be between semi-pervious and |
| 14:30 | 13 | pervious? |
| 14:30 | 14 | **THE WITNESS:** Yes. |
| 14:30 | 15 | **THE COURT:** And, of course, 10-to-the-minus-8 is |
| 14:30 | 16 | impervious. |
| 14:30 | 17 | **THE WITNESS:** That's what we -- that's what we build |
| 14:30 | 18 | dams out of. |
| 14:30 | 19 | **THE COURT:** I knew some judges who were |
| 14:30 | 20 | 10-to-the-minus-8. Go ahead. Go ahead. |
| 14:30 | 21 | **MR. RAFFMAN:** You will never hear that from me, Your |
| 14:30 | 22 | Honor. |
| 14:30 | 23 | **THE COURT:** Oh, no. I know. I can say that now. |
| 14:30 | 24 | That's one of the great things about being in this position. |
| 14:30 | 25 | Go ahead. |

Case 2:05-cv-04182-SRD-JCW Document 20822-8 Filed 04/30/12 Page 6 of 9
Case 2:05-cv-04182-SRD-JCW Document 19976-8 Filed 07/27/10 Page 7 of 16

2734

| | | |
|---|---|---|
| 14:30 | 1 | **THE WITNESS:** My wife thinks I'm impervious. |
| 14:30 | 2 | **BY MR. RAFFMAN:** |
| 14:30 | 3 | **Q.** All right. Permeability. So we've got marsh layer that's |
| 14:30 | 4 | the permeability of a brick on the one hand versus a marsh |
| 14:30 | 5 | layer that's the permeability of something else from |
| 14:30 | 6 | Professor Bea. |
| 14:31 | 7 | So, Professor Bea, which one is correct, yours or |
| 14:31 | 8 | Dr. Marino's? |
| 14:31 | 9 | **A.** I think the ones I used are correct -- |
| 14:31 | 10 | **Q.** All right. |
| 14:31 | 11 | **A.** -- or I wouldn't present them in court. |
| 14:31 | 12 | **Q.** We have a few more slides on permeability, and I'm going |
| 14:31 | 13 | to ask Dr. Bea to be -- summary in your treatment of the slides |
| 14:31 | 14 | to get the gist of what they show, and then we'll move forward. |
| 14:31 | 15 | **THE COURT:** Well, I think these are important issues, |
| 14:31 | 16 | I really do. |
| 14:31 | 17 | **MR. RAFFMAN:** Oh, okay. All right. |
| 14:31 | 18 | **THE COURT:** Because these are the core -- I hate to |
| 14:31 | 19 | use that word -- the core differences in this case vis-à-vis |
| 14:31 | 20 | the theories of the case. |
| 14:31 | 21 | **MR. RAFFMAN:** All right. Then we'll proceed at pace, |
| 14:31 | 22 | and we are approaching the end of the examination, Your Honor. |
| 14:31 | 23 | But thank you. |
| 14:31 | 24 | **THE COURT:** Yes. |
| | 25 | |

Case 2:05-cv-04182-SRD-JCW Document 20822-8 Filed 04/30/12 Page 7 of 9
Case 2:05-cv-04182-SRD-JCW Document 19972-8 Filed 07/27/10 Page 98 of 196
2735

```
14:31   1   BY MR. RAFFMAN:
14:31   2   Q.  The next slide is Defendant's Exhibit 145, IPET Volume V,
14:31   3   Appendix 17, Figure V-17-50.
14:31   4           Dr. Bea, would you explain what is shown by this
14:32   5   slide and how it relates to your permeability analysis versus
14:32   6   that -- you're seepage analysis versus that of Dr. Marino?
14:32   7   A.  Well, Dr. Marino showed and discussed this illustration
14:32   8   earlier in this trial.  Vertical scale is this measurement of
14:32   9   permeability the Court was trying to understand.  The
14:32   10  horizontal scale is the effect of overburden pressure.
14:32   11          The permeability being referred to here is a vertical
14:32   12  permeability.  Soils have differing permeabilities depending on
14:32   13  whether the water flow is coming through the material
14:32   14  vertically or horizontally, and that's because of layering in
14:32   15  the material.
14:32   16          It also has a difference, depending upon overburden
14:32   17  pressure, because the overburden pressure is acting to squeeze,
14:32   18  reduce the size of the channels, pores, the soil pores, that
14:33   19  the water is trying to move through.  So you would expect a
14:33   20  reduction in permeability as the pressure increases.
14:33   21          But Dr. Marino referred to the work done by Weber in
14:33   22  the California Delta.  And that's the area that we've been
14:33   23  working in, and that refers to the test data shown here to the
14:33   24  left.
14:33   25          We give that test data a lot of credence because it's
```

Case 2:05-cv-04182-SRD-JCW Document 20822-8 Filed 04/30/12 Page 8 of 9
Case 2:05-cv-04182-SRD-JCW Document 19762-8 Filed 07/27/10 Page 9 of 9

2736

| | | |
|---|---|---|
| 14:33 | 1 | being measured in the field.  There's a big difference between |
| 14:33 | 2 | measuring permeability in a laboratory and in a field, and |
| 14:33 | 3 | that's because of disturbance that's brought to the soil sample |
| 14:33 | 4 | by sampling it and also because of testing differences. |
| 14:33 | 5 | These other data points were gathered by the Army |
| 14:33 | 6 | Corps of Engineers IPET team here in New Orleans marsh |
| 14:34 | 7 | materials.  They gathered the marsh material as I'm showing |
| 14:34 | 8 | with this graphic in the upper right. |
| 14:34 | 9 | So they put the marsh material into a compression |
| 14:34 | 10 | device.  They put pressure at the top, squeeze water into a |
| 14:34 | 11 | porous stone at the bottom, and measure that permeability. |
| 14:34 | 12 | Q    And so it's -- |
| 14:34 | 13 | A    So they're actually getting water flow across the marsh |
| 14:34 | 14 | layering. |
| 14:34 | 15 | Q.   All right.  And so that the record is clear, this graphic |
| 14:34 | 16 | at the upper right is Defendant's Exhibit 206, Bea report, |
| 14:34 | 17 | Appendix C, Figure 82. |
| 14:34 | 18 | In order to get the permeability test, they would put |
| 14:34 | 19 | water in the top of the sample and then squeeze the water down |
| 14:34 | 20 | through the sample to the bottom; correct? |
| 14:34 | 21 | A.   That's correct.  The samples are already saturated so they |
| 14:34 | 22 | can actually just put a patent up here at the top, press down |
| 14:34 | 23 | on it like you would squeeze water out of cheese. |
| 14:35 | 24 | Q    All right. |
| 14:35 | 25 | A    At the bottom, they're measuring the water as a function |

Case 2:05-cv-04182-SRD-JCW Document 20822-8 Filed 04/30/12 Page 9 of 9
Case 2:05-cv-04182-SRD-JCW Document 19972-8 Filed 07/27/10 Page 9 of 9
2737

| | | |
|--|--|--|
| 14:35 | 1 | of the pressure that they exert on that soil. |
| 14:35 | 2 | Q.  So is horizontal pressure -- or horizontal permeability |
| 14:35 | 3 | different from vertical permeability? |
| 14:35 | 4 | A.  Indeed it is. |
| 14:35 | 5 | I would further explain that the green range of |
| 14:35 | 6 | permeabilities that we have used describes the permeabilities |
| 14:35 | 7 | that we've incorporated in our analyses.  But the very high |
| 14:35 | 8 | range of 10-to-the-minus-2; we've gone at loads |
| 14:35 | 9 | 10-to-the-minus-6; and as I've previously opined, the best |
| 14:35 | 10 | estimate value we have for the marsh material is |
| 14:35 | 11 | 10-to-the-minus-4. |
| 14:35 | 12 | I've outlined here in red what Dr. Marino has used |
| 14:36 | 13 | for the marsh material on the protected side, and that's in |
| 14:36 | 14 | that range of 10-to-the-minus-8 to 10-to-the-minus-7. |
| 14:36 | 15 | **THE COURT:**  Just so I understand, it is your -- is it |
| 14:36 | 16 | your testimony that Dr. Marino -- I tell you what:  Explain it |
| 14:36 | 17 | to me.  How did Dr. Marino factor in horizontal permeability in |
| 14:36 | 18 | his analysis and how does it specifically differs from how you |
| 14:36 | 19 | did it? |
| 14:36 | 20 | **THE WITNESS:**  Well, Dr. Marino used, in general, |
| 14:36 | 21 | permeabilities in the horizontal direction that were equal to |
| 14:36 | 22 | or -- 2.5 is the number that is in my memory, but times that |
| 14:36 | 23 | vertical permeability.  We consistently used a factor of 10. |
| 14:37 | 24 | So the horizontal permeability was a factor of 10 times the |
| 14:37 | 25 | vertical permeability. |