# Cost Proposal
### IHNC-EBIA Joint Exploration and Testing Program
### Orleans Parish, LA
Rates per Contract No. W912P8-10-D-0017     **TOTAL PROJECT SUMMARY**

| CLIN | CATEGORY | DESCRIPTION | PROPOSED # OF UNITS | Proposed Extension | ACTUAL # OF UNITS | Actual Extension |
|---|---|---|---|---|---|---|
| **5" Borings** | | | | | | |
| 0001 | Mob/demob | Road time to site (mechanical drill crew) | 1 | $13,047.00 | 1 | $ 13,047.00 |
| 0002 | Mob/demob | Setup and takedown at site/moving between borings | 9 | $25,442.00 | 9 | $ 25,442.00 |
| 0003 | Boring | Daily travel | 84 | $19,760.00 | 64.75 | $ 15,231.00 |
| | Boring | Working Rate (drill rig and crew) | 0 | $0.00 | 30 | $ 9,786.00 |
| | Boring | Excavation Services (3rd Party Exp) | 0 | $0.00 | 1 | $ 600.00 |
| | Boring | Standby (crew and Equipment) | 0 | $0.00 | 3.5 | $ 823.00 |
| 0013 | Boring | 5" undisturbed boring (marsh) <= 100' | 585 | $49,100.00 | 612 | $ 51,366.00 |
| 0014 | Boring | 5" undisturbed boring (water) <= 100' | 0 | $0.00 | 0 | $ - |
| 0015 | Boring | 5" undisturbed boring (normal) <= 100' | 579 | $43,344.00 | 458.5 | $ 34,323.00 |
| 0017 | Boring | Grouting hole 5" diameter Hole | 474 | $3,498.00 | 667 | $ 4,923.00 |
| 0036a | Boring | Sample Transport of 5" Shelby tubes - equipment and personnel | 30 | $23,850.00 | 14 | $ 11,130.00 |
| 0037 | Miscellaneous | Per diem, per man | 208 | $42,016.00 | 116 | $ 23,432.00 |
| **CPTs** | | | | | | |
| 0030a1 | Mob/demob | Road time to site (CPT crew) | 40 | $13,610.00 | 40 | $ 13,610.00 |
| 0030a1 | Mob/demob | Setup and Moving between CPT locations | 97 | $33,005.00 | 91 | $ 30,965.00 |
| 0030b1 | CPTs | CPT Sounding, ATV | 2255 | $35,715.00 | 2075 | $ 31,603.00 |
| 0030d | CPTs | CPT data interpretation & log preparation | 54 | $3,194.00 | 72 | $ 4,259.00 |
| 0030e | CPTs | Grouting CPT holes, per LaDEQ guidelines (CPTs and VSTs) | 3565 | $12,121.00 | 3077 | $ 10,462.00 |
| 0030f | CPTs | CPT Crew Daily Travel | 56 | $9,443.00 | 39 | $ 6,635.00 |
| 0030a1 | CPTs | CPT Working Rate (Dissipation Tests) | 45 | $15,312.00 | 31 | $ 10,378.00 |
| | CPTs | Standby (crew and Equipment) | 0 | $0.00 | 8 | $ 1,276.00 |
| 0037 | Miscellaneous | Per diem, per man | 82 | $16,564.00 | 90 | $ 18,180.00 |
| 0040 | Miscellaneous | ASTM D 2573: Field Vane Shear Test in Cohesive Soil | 410 | $38,135.00 | 305 | $ 28,409.00 |
| **Field Survey** | | | | | | |
| 0024b | Surveying Crew | Two-person GPS survey party | 44 | $9,416.00 | 0 | $ - |
| | Miscellaneous | Rental Equipment to layout School Site and South EBIA Site | 0 | $0.00 | 1 | $ 988.00 |
| | Miscellaneous | Outside Survey by R.W. Krebbs LLC (See Invoice No. 113689) | 0 | $0.00 | 1 | $ 7,000.00 |
| | Miscellaneous | Outside Survey by R.W. Krebbs LLC (See Invoice Nos. 114327 and 113803) | 0 | $0.00 | 1 | $ 1,600.00 |
| | Miscellaneous | Outside Survey by R.W. Krebbs LLC (See Invoice No. 120137) | 0 | $0.00 | 1 | $ 1,200.00 |
| 0025 | Surveying Crew | Party chief | 1 | $546.00 | 0 | $ - |
| 0028 | Surveying Crew | Vehicle - sedan / pickup | 44 | $466.00 | 0 | $ - |
| 0037 | Miscellaneous | Per diem, per man | 2 | $404.00 | 0 | $ - |
| **Materials, Rental Equipment & 3rd Party Services - Borings and CPTs** | | | | | | |
| **A) Marsh Equipment** | | | | | | |
| 0039 | Miscellaneous | Mob/Demob of Cargo Buggy for Borings (includes mounting) | 1 | $5,900.00 | 1 | $ 5,900.00 |
| 0039 | Miscellaneous | Mob/Demob of Cargo Buggy for CPTs (includes mounting) | 1 | $5,900.00 | 1 | $ 5,900.00 |
| 0039 | Miscellaneous | Cargo Buggy (Borings) | 24 | $51,600.00 | 37 | $ 79,550.00 |
| 0039 | Miscellaneous | Cargo Buggy (CPTs) | 9 | $19,350.00 | 15 | $ 32,250.00 |
| 0039 | Miscellaneous | Cargo Buggy (VSTs) | 14 | $30,100.00 | 18 | $ 38,700.00 |
| 0039 | Miscellaneous | Fuel for Cargo Buggy (Borings) | 24 | $1,800.00 | 37 | $ 2,775.00 |
| 0039 | Miscellaneous | Fuel for Cargo Buggy (CPTs) | 9 | $675.00 | 15 | $ 1,125.00 |
| 0039 | Miscellaneous | Fuel for Cargo Buggy (VSTs) | 14 | $1,050.00 | 18 | $ 1,350.00 |
| 0039 | Miscellaneous | Mob/Demob of Marsh Master | 2 | $1,700.00 | 6 | $ 5,100.00 |
| 0039 | Miscellaneous | Marsh Master (for Crew, Sample Transport and Survey) | 30 | $25,840.00 | 62 | $ 52,700.00 |
| 0039 | Miscellaneous | Operator Per Diem | 0 | $0.00 | 0 | $ - |
| 0039 | Miscellaneous | Fuel & Lube Charges (Marsh Master) | 0 | $0.00 | 4 | $ 300.00 |
| **B) Jackup Boat** | | | | | | |
| 0039 | Miscellaneous | Jackup Boat (includes 4 days for mob/demob) | 0 | $0.00 | 0 | $ - |
| 0039 | Miscellaneous | Operator Per Diem | 0 | $0.00 | 0 | $ - |
| 0039 | Miscellaneous | Fuel & Lube Charges | 0 | $0.00 | 0 | $ - |
| 0039 | Miscellaneous | Load/Unload Drill Rig on Jackup | 0 | $0.00 | 0 | $ - |
| **C) Crew Boat** | | | | | | |
| 0039 | Miscellaneous | Crew Boat (includes 4 days for mob/demob) | 0 | $0.00 | 0 | $ - |
| 0039 | Miscellaneous | Operator Per Diem | 0 | $0.00 | 0 | $ - |

**Cost Proposal**
IHNC-EBIA Joint Exploration and Testing Program
Orleans Parish, LA
Rates per Contract No. W912P8-10-D-0017     **TOTAL PROJECT SUMMARY**

| CLIN | CATEGORY | DESCRIPTION | PROPOSED # OF UNITS | Proposed Extension | ACTUAL # OF UNITS | Actual Extension |
|---|---|---|---|---|---|---|
| 0039 | Miscellaneous | Fuel & Lube Charges | 0 | $0.00 | 0 | $ - |
| **D) Crane Service, Welding** | | | | | | |
| 0039 | Miscellaneous | Crane (load/unload Skid Drill Rig onto Cargo Buggies; 2 Events) | 4 | $2,400.00 | 2 | $ 2,400.00 |
| 0039 | Miscellaneous | Crane (load/unload Skid CPT Units onto Cargo Buggies; 2 Events) | 4 | $2,400.00 | 2 | $ 2,400.00 |
| 0039 | Miscellaneous | Welding Service On Site (Drill Rig - 2 Events) | 4 | $1,000.00 | 1 | $ 500.00 |
| 0039 | Miscellaneous | Welding Service On Site (CPT Unit - 2 Events) | 4 | $1,000.00 | 1 | $ 500.00 |
| **E) Hazard Survey** | | | | | | |
| 0039 | Miscellaneous | Hazard Survey | 0 | $0.00 | 0 | $ - |
| **F) Site Restoration** | | | | | | |
| 0039 | Miscellaneous | Site Restoration (2-man Fugro Crew) | 0 | $0.00 | 0 | $ - |
| **G) Security** | | | | | | |
| 0039 | Miscellaneous | Night Watchman (12 hrs/night per person) | 0 | $0.00 | 105 | $ 56,430.00 |
| | Miscellaneous | Night Watchman (12 hrs/night per person) | 1000 | $45,000.00 | 0 | $ - |
| **H) Pump Test Equipment** | | | | | | |
| 0039 | Miscellaneous | Pump Test Equipment including Mini Site Offices | 1 | $65,000.00 | 0 | $ - |
| **I) C.C. Lynch** | | | | | | |
| 0039 | Miscellaneous | .C. Lynch Rep for Pump Tests | 1 | $5,907.20 | 1 | $ 5,907.00 |
| **Field Permeability Tests (Pumping Well & Observation Well)** | | | | | | |
| **Pumping Wells** | | | | | | |
| 0001 | Mob/demob | Road time to site (mechanical drill crew-rigs for 5" UD borings to be used to drill well borings) | 0 | $0.00 | 0 | $ - |
| 0012 | Boring | Wash type (5" diameter) (less than 100') | 125 | $1,489.00 | 432.5 | $ 5,151.00 |
| 0020 | Miscellaneous | Setting piezometers pumping wells | 125 | $1,811.00 | 30 | $ 435.00 |
| | Miscellaneous | Working Rate to Install Pumping Wells | 0 | $0.00 | 24.5 | $ 5,763.00 |
| | Miscellaneous | 4" Sch. 40 PVC Screen (0.010" slots, 2' pre-packed/well) | 6 | $1,350.00 | 6 | $ 1,350.00 |
| | Miscellaneous | 4" Sch. 40 PVC Riser Pipe (includes 3' stickup above grade) | 130 | $975.00 | 130 | $ 975.00 |
| | Miscellaneous | 4" Sch. 40 PVC Threaded Plug | 5 | $100.00 | 5 | $ 100.00 |
| | Miscellaneous | 4" Centralizer (1 per well) | 5 | $475.00 | 5 | $ 475.00 |
| | Miscellaneous | Annular Backfill Materials (Sand, Bentonite, Grout) | 125 | $1,500.00 | 125 | $ 1,500.00 |
| | Miscellaneous | 4" Locking Cap | 5 | $175.00 | 5 | $ 175.00 |
| | Miscellaneous | Concrete Surface Seals - Materials (2' square x 1' thick) | 5 | $625.00 | 5 | $ 625.00 |
| | Miscellaneous | Protective Covers (6" x 5' long) | 5 | $875.00 | 5 | $ 875.00 |
| | Miscellaneous | Bollards (3" diam. x 5' length; 4 bollards per well) | 20 | $1,000.00 | 20 | $ 1,000.00 |
| | Miscellaneous | Brass Combination Locks | 5 | $75.00 | 5 | $ 75.00 |
| | Miscellaneous | 2" Diameter Well Supply Order (ECT Invoice No. 60916, 61007) | 0 | $0.00 | 1 | $ 2,120.00 |
| | Miscellaneous | Pumping Well Flushing, Development & Surface Pad (2-person installation crew) | 70 | $11,909.00 | 0 | $ - |
| | Miscellaneous | Generator | 6 | $3,000.00 | 0 | $ - |
| | Miscellaneous | Air Compressor Rental (for pump) | 6 | $3,000.00 | 0 | $ - |
| | Miscellaneous | Installation Crew per Diem (2-person crew) | 0 | $0.00 | 2 | $ 404.00 |
| **Observation Wells (Geoprobe Crews)** | | | | | | |
| 0033a | Mob/demob | Road time to site (GeoProbe)/moving between locations (2 crews; 1 buggy-mounted and 1 track-mounted) | 64.5 | $11,615.00 | 24 | $ 4,321.60 |
| | Miscellaneous | Standby (crew and Equipment) | 20 | $3,602.00 | 9 | $ 1,621.00 |
| 0036 | Miscellaneous | Working Rate (Geoprobe) | 849 | $5,400.00 | 100.5 | $ 22,613.00 |
| 0033 | Miscellaneous | Soil probing (GeoProbe) | 750 | $9,787.00 | 0 | $ - |
| 0033 | Miscellaneous | Soil probing (GeoProbe) - additional for Sites 1, 2, and 3 | 0 | $0.00 | 0 | $ - |
| 0033b | Miscellaneous | Grouting GeoProbe holes, per La DEQ guidelines (Additional) | 975 | $3,315.00 | 0 | $ - |
| 0020 | Miscellaneous | Setting observation wells | 750 | $10,868.00 | 0 | $ - |
| | Miscellaneous | 1" Sch. 40 PVC Screen (0.010" slots, 2' well) | 60 | $255.00 | 60 | $ 255.00 |
| | Miscellaneous | 1" Sch. 40 PVC Riser Pipe (includes 3' stickup above grade) | 780 | $1,755.00 | 780 | $ 1,755.00 |
| | Miscellaneous | 1" Sch. 40 PVC Threaded Plug | 30 | $240.00 | 30 | $ 240.00 |
| | Miscellaneous | Annular Backfill Materials (Sand, Bentonite, Grout) | 750 | $3,000.00 | 750 | $ 3,000.00 |
| | Miscellaneous | 1" Locking Cap | 30 | $750.00 | 30 | $ 750.00 |
| | Miscellaneous | Concrete Surface Seals - Materials (2' square x 1' thick) | 30 | $3,750.00 | 30 | $ 3,750.00 |
| | Miscellaneous | Protective Covers (4" x 5' long) | 30 | $4,500.00 | 30 | $ 4,500.00 |
| | Miscellaneous | Bollards (3" diam. x 5' length; 4 bollards per well) | 120 | $6,000.00 | 120 | $ 6,000.00 |
| | Miscellaneous | Brass Combination Locks | 30 | $450.00 | 30 | $ 450.00 |

**Cost Proposal**
IHNC-EBIA Joint Exploration and Testing Program
Orleans Parish, LA
Rates per Contract No. W912P8-10-D-0017         **TOTAL PROJECT SUMMARY**

| CLIN | CATEGORY | DESCRIPTION | PROPOSED # OF UNITS | Proposed Extension | ACTUAL # OF UNITS | Actual Extension |
|------|----------|-------------|---------------------|--------------------|--------------------|------------------|
|  | Miscellaneous | Delivery Charges | 1 | $750.00 | 0 | $ - |
|  | Miscellaneous | 1.5" Diameter Well Supply Order (ECT Invoice No. 60916, 61227, 61327) | 0 | $0.00 | 1 | $ 10,045.00 |
|  | Miscellaneous | Observation Well Flushing, Development & Surface Pad | 150 | $27,012.00 | 85 | $ 15,307.00 |
|  | Miscellaneous | Specialized Equipment (Marsh Buggy for Canal Side Geoprobes- includes 3 days for mob/demob and mounting geoprobe) | 12 | $22,200.00 | 0 | $ - |
|  | Miscellaneous | Transducer Rental (record data during pumping - includes pump) | 40 | $18,000.00 | 0 | $ - |
|  | Miscellaneous | Geoprobe Crew per Diem | 66 | $13,332.00 | 38 | $ 7,676.00 |
|  | Miscellaneous | Night Watchman (12 hrs/night per person) | 143.0 | $83,160.00 | 7 | $ 3,780.00 |
|  | Miscellaneous | Night Watchman (12 hrs/night per person) | 2000 | $90,000.00 | 3000 | $ 135,000.00 |

# Cost Proposal
## IHNC-EBIA Joint Exploration and Testing Program
### Orleans Parish, LA
Rates per Contract No. W912P8-10-D-0017       **TOTAL PROJECT SUMMARY**

| CLIN | CATEGORY | DESCRIPTION | PROPOSED # OF UNITS | Proposed Extension | ACTUAL # OF UNITS | Actual Extension |
|---|---|---|---|---|---|---|
| **Pumping Test Materials** | | | | | | |
| | Miscellaneous | PURE FEP Teflon Tubing - .17" ID x 1/4" OD x 500' Coil (ECT Invoice No. 61146) | 0 | $0.00 | 1 | $ 934.00 |
| | Miscellaneous | Silicone Tubing, Supernova Pumps, Low Flow Controller, Low Flow Control Valve, & Poly Tubing (ECT Invoice No. 61243) | 0 | $0.00 | 1 | $ 1,779.00 |
| | Miscellaneous | Four (4) Rugged Level Tapes - 100' (In-Situ Invoice No. 00077323) | 0 | $0.00 | 1 | $ 1,999.00 |
| | Miscellaneous | Misc. Pump Test Supplies - electical cords, lights, battery booster, etc. (see Lowe's sales receipt No. S3016DS1 1520584) | 0 | $0.00 | 1 | $ 1,009.00 |
| | Miscellaneous | Two (2) Honda Generators (see Honda of NO Invoice No. 52610) | 0 | $0.00 | 1 | $ 2,390.00 |
| | Miscellaneous | Four (4) Dwyer VFA-34 Flowmeters (Dwyer Invoice No. 03263241) | 0 | $0.00 | 1 | $ 135.00 |
| | Miscellaneous | Three (3) Schlumberger AquiferTest Pro Software (Invoice No. WH-09-11-16442) | 0 | $0.00 | 1 | $ 4,685.00 |
| | Miscellaneous | Federal Express Shipping Costs for In-Situ Equipment (Invoice No. 7-621-84796) | 0 | $0.00 | 1 | $ 1,777.00 |
| | Miscellaneous | PVC screen, push in caps ECT Invoice No. 61267 | 0 | $0.00 | 1 | $ 172.53 |
| | Miscellaneous | Pump test rental equipment from In-Situ Invoice No. 69728 | 0 | $0.00 | 1 | $ 23,306.40 |
| | Miscellaneous | Equipment rental from Geotech Environmental Equip. Invoice No. 358044 + tax | 0 | $0.00 | 1 | $ 1,768.96 |
| | Miscellaneous | In-Situ Inc. - Level Tape Rental - See Invoice No. 69696 | 0 | $0.00 | 1 | $ 374.40 |
| | Miscellaneous | Federal Express Shipping Costs for In-Situ Equipment (Invoice No.'s 765254066 and 763707863) | 0 | $0.00 | 1 | $ 723.57 |
| | Miscellaneous | Mobile Mini Inc. Container Rentals 5-20' Rentals 2-10' Rentals See Invoice No.'s 115180191,115181747, 115181845, 115181846, | 0 | $0.00 | 1 | $ 3,475.70 |
| | Miscellaneous | Sunbelt Rentals, Inc. - Towbehind Diesel Light Tower Rentals See Invoice No.'s 32117741001 and 32117741002 | 0 | $0.00 | 1 | $ 1,434.74 |
| | Miscellaneous | Geotech Environmental Equipment, Inc. Geopump and Battery Charger Rental - See Invoice No. 360277 + tax | 0 | $0.00 | 1 | $ 1,185.60 |
| | Miscellaneous | Geotech Environmental Equipment, Inc. - Tubing and Pumphead Rental - See Invoice No. 360405 + tax | 0 | $0.00 | 1 | $ 284.63 |
| | Miscellaneous | In-Situ Inc., Equipment - See Invoice No.'s 69835, 69844, 69927, 70087, 70171, 70172, 70174, 70213 | 0 | $0.00 | 1 | $ 26,842.40 |
| | Miscellaneous | Gas for generators | 0 | $0.00 | 1 | $ 480.40 |
| | Miscellaneous | Weather Station Subscription Fee's (2 months) | 0 | $0.00 | 1 | $ 1,107.38 |
| | Miscellaneous | Federal Express Shipping Costs for In-Situ Equipment - See Invoice No. 766777612) | 0 | $0.00 | 1 | $ 115.24 |
| | Miscellaneous | Diesel for Light Plants | 0 | $0.00 | 1 | $ 108.00 |
| | Miscellaneous | Federal Express Shipping Costs for Return of Equipment to Suppliers - See Invoice  No. 769716385 | 0 | $0.00 | 1 | $ 518.91 |
| | Miscellaneous | Federal Express Shipping Costs for sample shipment to Geocomp Corporation - See Invoice No. 769020971 | 0 | $0.00 | 1 | $ 180.85 |
| | Miscellaneous | Equipment Replacement - See In-Situ Inc. Invoice No.R068356 | 0 | $0.00 | 1 | $ 6,354.38 |
| | Miscellaneous | Level Troll Rental (Cables and Extender) - See In-Situ Invoice No. 70245 | 0 | $0.00 | 1 | $ 4,964.96 |
| | Miscellaneous | Packaging Material purchased to return rented equipment - See Office Depot Invoice No. 60115642205409661111 | 0 | $0.00 | 1 | $ 126.55 |
| | Miscellaneous | 2" Locking Cap | 0 | $0.00 | 0 | $ - |
| | Miscellaneous | Concrete Surface Seals - Materials (2' square x 1' thick) | 0 | $0.00 | 0 | $ - |
| | Miscellaneous | Protective Covers (4" square x 5' long) | 0 | $0.00 | 0 | $ - |
| | Miscellaneous | Bollards (3" diam. x 5' length; 4 bollards per well) | 0 | $0.00 | 0 | $ - |
| | Miscellaneous | Brass Combination Locks | 0 | $0.00 | 0 | $ - |
| | Miscellaneous | Piezometer Flushing, Development & Surface Pad | 0 | $0.00 | 0 | $ - |
| | Miscellaneous | Crew per Diem | 0 | $0.00 | 0 | $ - |
| | Miscellaneous | Transducer Rental (record data during falling head testing) | 0 | $0.00 | 0 | $ - |
| | Miscellaneous | Specialized Equipment (1 Marsh Master Buggies including 2 days rental for mob/demob) | 0 | $0.00 | 0 | $ - |
| **Standpipe Piezometers** | | | | | | |
| | Mob/demob | Road time to site (one installation crew) | 1 | $1,701.00 | 1 | $ 1,701.30 |
| 0020 | Miscellaneous | Setting piezometers | 375 | $5,434.00 | 182 | $ 2,637.00 |
| | Boring | Standby (crew and Equipment) | 0 | $0.00 | 16 | $ 3,764.00 |
| | Boring | Standby (crew and Equipment) | 0 | $0.00 | (8) | $ (1,882.00) |
| | | | 0 | $0.00 | 0 | $ - |
| | Miscellaneous | 2" Sch. 40 PVC Well Pre-Packed Screen (2' length, 0.010" slots) | 10 | $1,270.00 | 10 | $ 1,270.00 |
| | Miscellaneous | 2" Sch. 40 PVC Riser Pipe (includes 3' stickup above grade) | 385 | $1,925.00 | 385 | $ 1,925.00 |
| | Miscellaneous | 2" Sch. 40 PVC Threaded Plug | 10 | $120.00 | 10 | $ 120.00 |
| | Miscellaneous | 2" Stainless Steel Centralizers | 10 | $240.00 | 10 | $ 240.00 |
| | Miscellaneous | Annular Backfill Materials (Sand, Bentonite, Grout) | 375 | $3,000.00 | 375 | $ 3,000.00 |
| | Miscellaneous | 2" Locking Cap | 10 | $250.00 | 10 | $ 250.00 |
| | Miscellaneous | Concrete Surface Seals - Materials (2' square x 1' thick) | 10 | $1,250.00 | 10 | $ 1,250.00 |
| | Miscellaneous | Protective Covers (4" square x 5' long) | 10 | $1,500.00 | 10 | $ 1,500.00 |
| | Miscellaneous | Bollards (3" diam. x 5' length; 4 bollards per well) | 40 | $2,000.00 | 40 | $ 2,000.00 |
| | Miscellaneous | Brass Combination Locks | 10 | $150.00 | 10 | $ 150.00 |
| | Miscellaneous | Piezometer Flushing, Development & Surface Pad | 130 | $22,117.00 | 81 | $ 13,781.00 |
| | Miscellaneous | Crew per Diem | 0 | $0.00 | 29 | $ 5,858.00 |

**Cost Proposal**
IHNC-EBIA Joint Exploration and Testing Program
Orleans Parish, LA
Rates per Contract No. W912P8-10-D-0017    **TOTAL PROJECT SUMMARY**

| CLIN | CATEGORY | DESCRIPTION | PROPOSED # OF UNITS | Proposed Extension | ACTUAL # OF UNITS | Actual Extension |
|---|---|---|---|---|---|---|
| | Miscellaneous | Transducer Rental (record data during falling head testing) | 7 | $2,800.00 | 0 | $ - |
| | Miscellaneous | Specialized Equipment (1 Marsh Master Buggies including 2 days rental for mob/demob) | 26 | $22,100.00 | 1 | $ 850.00 |
| **Vibrating Wire Piezometers** | | | | | | |
| | Miscellaneous | Vibrating Wire Transducers & Equipment | 1 | $24,760.31 | 1 | $ 24,760.31 |
| 0017 | Boring | Grouting hole 5" diameter Hole | 315 | $2,325.00 | 147 | $ 1,081.00 |
| 0020 | Miscellaneous | Setting piezometers | 390 | $5,651.00 | 147 | $ 2,123.00 |
| | Miscellaneous | Steel Protective Covers fabricated by MBI, Inc. | 0 | $0.00 | 1 | $ 1,701.00 |
| | Miscellaneous | Constructing Permanent Surface Completion | 0 | $0.00 | 18 | $ 2,977.00 |
| | Miscellaneous | Crew per Diem | 8 | $1,616.00 | 28 | $ 5,656.00 |
| | Miscellaneous | Geokon Representative (on site during vibrating wire installation) | 0 | $0.00 | 1 | $ 5,166.32 |
| **Laboratory Testing** | | | | | | |
| 0043 | Classification | Undisturbed type (including extracting, logging and report) | 1,164 | $19,148.00 | 1,048 | $ 17,232.00 |
| 0044 | Classification | Geoprobe type (including extracting, logging and report) | 0 | $0.00 | 0 | $ - |
| 0045 | Testing | Liquid and plastic limits test | 244 | $14,008.00 | 288 | $ 16,534.00 |
| 0046 | Testing | Grain Size Analysis - sieve w/ hydrometer | | $0.00 | 4 | $ 485.00 |
| 0047 | Testing | Unconfined compression tests | 0 | $0.00 | 0 | $ - |
| 0059d | Testing | ASTM C-117 Materials Finer than No. 200 Sieve in Aggregates by Washing | 244 | $13,664.00 | 113 | $ 6,328.00 |
| 0049 | Testing | Triaxial Shear Test, Unconsolidated Undrained Shear (Q) 3-point | 0 | $0.00 | 0 | $ - |
| | Testing | Triaxial Shear Test, Consolidated Undrained shear (R) 3-point with Pore Pressure Recorded | 0 | $0.00 | 0 | $ - |
| | Testing | ASTM D-6528 Direct simple shear, 1-point | 32 | $39,936.00 | 28 | $ 34,944.00 |
| 0054 | Testing | Consolidation test (4 inch diameter) | 74 | $50,358.00 | 57 | $ 38,790.00 |
| | Testing | Constant Rate of Strain Consolidation Test | | $0.00 | 14 | $ 9,030.00 |
| 0059 | Testing | ASTM D-2974 Organic Soils Test | 79 | $3,777.00 | 87 | $ 4,159.00 |
| 0059c | Testing | ASTM D-854 Specific Gravity | 116 | $12,762.00 | 72 | $ 7,921.00 |
| 0059h | Testing | ASTM D-2216 Water (Moisture) Content of Soil and Rock by Mass | 244 | $2,518.00 | 0 | $ - |
| | Testing | Triaxial Shear Strength Testing - CKoU-TC | 15 | $25,350.00 | 0 | $ - |
| | Testing | Permeability Testing-One Specimen Consolidated to One Isotropic Effective Stress w/ Permeability Determination (vertical-distilled water) | 18 | $7,830.00 | 10 | $ 4,350.00 |
| | Testing | Permeability Testing-Additional Effective Stresses w/ Permeability Determination (vertical-distilled water) | 36 | $9,900.00 | 11 | $ 3,025.00 |
| | Testing | Permeability Testing-One Specimen Consolidated to One Isotropic Effective Stress w/ Permeability Determination (horizontal-distilled water) | 18 | $7,830.00 | 4 | $ 1,740.00 |
| | Testing | Permeability Testing-Additional Effective Stresses w/ Permeability Determination (horizontal-distilled water) | 36 | $9,900.00 | 6 | $ 1,650.00 |
| | Testing | Permeability Testing-One Specimen Consolidated to One Isotropic Effective Stress w/ Permeability Determination (vertical-site water) | 3 | $1,530.00 | 22 | $ 11,220.00 |
| | Testing | Permeability Testing-Additional Effective Stresses w/ Permeability Determination (vertical-site water) | 6 | $1,950.00 | 0 | $ - |
| | Testing | Permeability Testing-One Specimen Consolidated to One Isotropic Effective Stress w/ Permeability Determination (horizontal-site water) | 3 | $1,530.00 | 25 | $ 12,750.00 |
| | Testing | Permeability Testing-Additional Effective Stresses w/ Permeability Determination (horizontal-site water) | 6 | $1,950.00 | 0 | $ - |
| | Testing | Temporary 8'x40' Open Bay Office & Generator for On-Site Extrusion of Selected Tubes for Determining Piezometer Screen | 0 | $0.00 | 0 | $ - |
| | Testing | Laboratory Testing by GTX (Acton, MA) | 1 | $68,205.00 | 2 | $ 56,855.00 |
| | Testing | Sample Shipment (Houston, TX & Acton, MA) | 1 | $9,500.00 | 1 | $ 9,500.00 |
| | Miscellaneous | (1) 5-in Permeability Cells (Trautwein Soil Testing Equipment) | 0 | $0.00 | 1 | $ 2,509.52 |
| | Miscellaneous | (1) 5-in Permeability Cells (Trautwein Soil Testing Equipment) | 0 | $0.00 | 1 | $ 2,609.90 |
| | Miscellaneous | Three (3) 5-in Permeability Cells (Trautwein Soil Testing Equipment) | 0 | $0.00 | 1 | $ 9,453.54 |

# Cost Proposal
IHNC-EBIA Joint Exploration and Testing Program
Orleans Parish, LA
Rates per Contract No. W912P8-10-D-0017

**TOTAL PROJECT SUMMARY**

| CLIN | CATEGORY | DESCRIPTION | PROPOSED # OF UNITS | Proposed Extension | ACTUAL # OF UNITS | Actual Extension |
|---|---|---|---|---|---|---|
| **Professional Services** | | | | | | |
| 0060 | Professional / Office Personnel | Principal | 403 | $108,652.22 | 304.50 | $ 82,097.49 |
| 0061 | Professional / Office Personnel | Project Manager | 807 | $142,128.44 | 856.50 | $ 150,847.00 |
| | | Air Travel | 2 | $1,750.00 | 10.00 | $ 8,750.00 |
| | | Per Diem | 4 | $808.00 | 48.00 | $ 9,696.00 |
| | | Rental Vehicle | 4 | $500.00 | 38.00 | $ 4,750.00 |
| 0062 | Professional / Office Personnel | Project Engineer (local) | 1568 | $213,389.24 | 2084.25 | $ 283,644.16 |
| | | Air Travel | 0 | $0.00 | 4.00 | $ 3,500.00 |
| | | Per Diem | 0 | $0.00 | 53.00 | $ 10,706.00 |
| | | Rental Vehicle | 0 | $0.00 | 53.00 | $ 6,625.00 |
| 0064 | Professional / Office Personnel | Geologist | 834 | $83,500.32 | 876.25 | $ 87,729.64 |
| | | Air Travel | 0 | $0.00 | 2.00 | $ 1,750.00 |
| | | Per Diem | 0 | $0.00 | 20.00 | $ 4,040.00 |
| | | Rental Vehicle | 0 | $0.00 | 20.00 | $ 2,500.00 |
| | Professional / Office Personnel | Specialist Technician | 0 | $0.00 | 95.00 | $ 6,650.00 |
| | | Per Diem | 0 | $0.00 | 9.00 | $ 1,818.00 |
| 0065 | Professional / Office Personnel | Engineering Technician (local) | 1913 | $112,752.12 | 909.50 | $ 53,605.67 |
| | | Air Travel | 0 | $0.00 | 0.00 | $ - |
| | | Per Diem | 0 | $0.00 | 24.00 | $ 4,848.00 |
| | | Rental Vehicle | 0 | $0.00 | 0.00 | $ - |
| 0065a | Professional / Office Personnel | CADD | 64 | $5,076.00 | 117.50 | $ 9,319.08 |
| 0066 | Professional / Office Personnel | Secretary | 99 | $6,380.00 | 244.00 | $ 15,726.00 |
| | | | | | | |
| | | | Subtotal | $ 2,099,501.85 | | $ 2,062,342.13 |
| | | **Total Estimated Costs for IHI** | | $ 2,099,501.85 | | **$ 2,062,342.13** |