# EXHIBIT 8

**ROBERT BEA**                                                    **March 27, 2012**

---

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION       NO. 05-4182 K2
JUDGE DUVAL
PERTAINS TO MRGO          MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
      05-6314, 05-6324, 05-6327, 05-6359,
      06-0225, 06-0886, 06-1885, 06-2152,
      06-2278, 06-2287, 06-2824, 06-4024,
      06-4065, 06-4066, 06-4389, 06-4634,
      06-4931, 06-5032, 06-5155, 06-5159,
      06-5156, 06-5162, 06-5260, 06-5771,
      06-5786, 06-5937, 07-0206, 07-0621,
      07-1073, 07-1271, 07-1285
          * * *
       ( V O L U M E  I )
      Deposition of ROBERT G. BEA, PH.D.,
given at the offices of Stone Pigman Walther
Wittmann, LLC, 546 Carondelet Street, New
Orleans, Louisiana 70130, on March 27th, 2012.
REPORTED BY:
      JOSEPH A. FAIRBANKS, JR., CCR, RPR
      CERTIFIED COURT REPORTER #75005

---

Page 2

1  APPEARANCES:
2  REPRESENTING THE PLAINTIFFS:
3      BRUNO & BRUNO
4      (BY:  JOSEPH M. BRUNO, ESQUIRE)
5      855 Baronne Street
6      New Orleans, Louisiana 70113
7      504-525-1335
8  - AND -
9      DOMENGEAUX, WRIGHT, ROY & EDWARDS
10      (BY: ELWOOD C. STEVENS, JR., ESQUIRE)
11      556 Jefferson Street, Suite 500
12      Lafayette, Louisiana 70501
13      337-233-3033
14
15  REPRESENTING THE UNITED STATES OF AMERICA:
16      U.S. DEPARTMENT OF JUSTICE
17      (BY:  ROBIN DOYLE SMITH, ESQUIRE)
18      (BY:  RUPERT MITSCH, ESQUIRE)
19      (BY:  JACK WOODCOCK, ESQUIRE)
20      Torts Branch, Civil Division
21      P.O. Box 888
22      Benjamin Franklin Station
23      Washington, D.C. 20044
24      202-616-4289
25

---

Page 3

1  REPRESENTING WASHINGTON GROUP INTERNATIONAL,
2      INC.:
3      JONES DAY
4      (BY:  DEBRA S. CLAYMAN, ESQUIRE)
5      (BY:  ADRIAN WAGER-ZITO, ESQUIRE)
6      (BY:  CHRISTOPHER N. THATCH, ESQUIRE)
7      51 Louisiana Avenue, N.W.
8      Washington, D.C. 20001-2113
9      202-879-4645
10  - and -
11      STONE PIGMAN WALTHER WITTMANN, L.L.C.
12      (BY:  WILLIAM D. TREEBY, ESQUIRE)
13      546 Carondelet Street
14      New Orleans, Louisiana 70130
15      504-581-3200
16
17  ALSO PRESENT:
18      FRANCISCO SILVA-TULLA
19      TIMOTHY STARK
20      TOM BRANDON
21
22  VIDEOGRAPHER:  GILLEY DELORIMIER (DEPO-VUE)
23
24
25

---

Page 4

1      E X A M I N A T I O N   I N D E X
2
3  EXAMINATION BY:                    PAGE
4  MR. TREEBY  ...............................7
5
6      E X H I B I T   I N D E X
7
8  EXHIBIT NO.                    PAGE
9  Bea Exhibit 1 ...............................10
10  Bea Exhibit 2 ...............................72
11  Bea Exhibit 3 ...............................78
12  Bea Exhibit 4 ...............................86
13  Bea Exhibit 5 ...............................98
14  Bea Exhibit 5A ...........................99
15  Bea Exhibit 6 ...........................127
16  Bea Exhibit 7 ...........................132
17  Bea Exhibit 8 ...........................136
18  Bea Exhibit 9 ...........................154
19  Bea Exhibit 10 .........................157
20  Bea Exhibit 11 .........................170
21  Bea Exhibit 12 .........................173
22  Bea Exhibit 13 .........................177
23  Bea Exhibit 14 .........................180
24  Bea Exhibit 15 .........................203
25  Bea Exhibit 16 .........................219

---

1 (Pages 1 to 4)

**ROBERT BEA**                                                    **March 27, 2012**

Page 5

1   Bea Exhibit 17 ...........................220
2   Bea Exhibit 18 ...........................238
3   Bea Exhibit 19 ...........................240
4   Bea Exhibit 20 ...........................244
5   Bea Exhibit 21 ...........................249
6   Bea Exhibit 22 ...........................263
7   Bea Exhibit 23 ...........................265
8   Bea Exhibit 24 ...........................272
9   Bea Exhibit 25 ...........................274
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

 1          ROBERT G. BEA, PH.D.
 2   60 Shuey Drive, Moraga, California 94556, a
 3   witness named in the above institution, having
 4   been first duly sworn, was examined and
 5   testified on his oath as follows:
 6   EXAMINATION BY MR. TREEBY:
 7       Q.  Dr. Bea, we met before the deposition
 8   started.  Just briefly, I know you're
 9   experienced in having your deposition taken.
10          Is that correct?
11       A.  A little.
12       Q.  Okay.  And I'm going to ask you, and
13   I'm sure you know this, that you wait for me
14   till I finish asking my question, and I'll wait
15   for you till you finish answering the question.
16          Is that fair?
17       A.  Yes.
18       Q.  And if you don't understand my
19   question, please ask the Court for
20   clarification.  If you don't, I will assume you
21   understood the question.
22          Is that fair?
23       A.  Yes.
24       Q.  Okay.
25          MR. TREEBY:

Page 6

 1          S T I P U L A T I O N
 2          IT IS STIPULATED AND AGREED by and
 3   among counsel for the parties hereto that the
 4   deposition of the aforementioned witness may be
 5   taken for all purposes permitted within the
 6   Federal Rules of Civil Procedure, in accordance
 7   with law, pursuant to notice;
 8          That all formalities, save reading
 9   and signing of the original transcript by the
10   deponent, are hereby specifically waived;
11          That all objections, save those as to
12   the form of the question and the responsiveness
13   of the answer, are reserved until such time as
14   this deposition, or any part thereof, is used
15   or sought to be used in evidence.
16
17
18                    * * *
19
20
21
22          JOSEPH A. FAIRBANKS, JR., CCR, RPR,
23   Certified Court Reporter in and for the State
24   of Louisiana, officiated in administering the
25   oath to the witness.

Page 8

 1          To begin -- and I'll put this on
 2   the record -- we've talked about this:
 3   This is going to be a long -- this
 4   deposition has a lot of ground to
 5   cover, and we're going to do our best
 6   to do it quickly.  We've tried to
 7   collaborate between the Department of
 8   Justice and myself to not duplicate.
 9   And I think we will do a good job of
10   that.
11          As I said, we're going to do our
12   best.  If we don't finish, we may ask
13   for more time.  If we can't make an
14   agreement about that somehow, perhaps
15   involving our experts, as well,
16   whatever, we will -- we may need to
17   ask for relief.  I just wanted to say
18   that in advance.  I hope it doesn't go
19   there, but we're going to do our best
20   to finish this in the allotted time.
21   EXAMINATION BY MR. TREEBY:
22       Q.  Did begin with, Dr. Bea, I wanted to
23   introduce your entire report including
24   Appendices A, B, C, D, your reliance list, Rule
25   26 disclosures, and compensation, as Bea

ROBERT BEA                                                    March 27, 2012

---

Page 9

1    Exhibit number 1.
2        MR. STEVENS:
3            I just want to add to your
4        comment, Bill, we have two days set
5        aside for Dr. Bea's deposition.  We're
6        prepared to go forward with that.  At
7        the end of two days, if you haven't
8        asked the critical questions, well,
9        shame on you.  You need to get to the
10       good stuff as early as you can, and
11       then if you have sort of fluffy
12       cross-examination, save that for last.
13       But, you know, we'll work with you.
14       We've done that pretty well on both
15       sides, in both directions, so --
16       MR. TREEBY:
17           With due respect, I don't think
18       anything that I've got planned to ask
19       is fluffy.
20       MR. STEVENS:
21           Okay, good.
22   EXAMINATION BY MR. TREEBY:
23       Q.  So I'm showing you -- this is a copy
24   of your report.  And I'm not going to ask you
25   to look at every page to see if it's exactly

---

Page 10

1    right, but I'm representing to you this is what
2    we were given.  And just briefly look through
3    it and see if it looks like your report.
4        (Bea Exhibit 1 was marked for
5        identification and is attached hereto.)
6        A.  Yes.
7    EXAMINATION BY MR. TREEBY:
8        Q.  Okay.  Please turn to Page 1 of
9    Appendix A of your report, which is your
10   résumé.
11       A.  Yes.
12       Q.  Is this a current résumé through and
13   including today?
14       A.  Yes.
15       Q.  Turn to the section entitled
16   Education.  You state that you received a
17   Bachelor's degree in civil engineering at the
18   University of Florida in 1959.
19           Did you specialize or minor in
20   geotechnical engineering or soil mechanics?
21       A.  Yes.
22       Q.  What courses did you take in
23   geotechnical engineering while pursuing this
24   degree?
25       A.  Fundamental soil mechanics, um --

---

Page 11

1    foundation engineering and design, foundation
2    dynamics, foundation structure interaction,
3    foundation interaction, sea floor interaction
4    in coastal and offshore engineering.
5        Q.  And that was in your Bachelor's degree
6    program, is that correct?
7        A.  That's incorrect.  The last one I
8    cited was part of my master's degree.
9        Q.  The others were in your bachelor's
10   degree?
11       A.  That's correct.
12       Q.  What if any courses in soil mechanics
13   did you take while pursuing this degree?
14       A.  As I said, a basic course in soil
15   mechanics taught by Professor Dr. John
16   Schmertman.
17       Q.  What if any courses in flow analysis
18   did you take while pursuing your bachelor's
19   degree?
20       A.  Please define what you mean by flow
21   analysis.
22       Q.  You did a flow analysis in this case,
23   did you not?
24       A.  Please define what you mean by flow
25   analysis.

---

Page 12

1        Q.  Well, did you do something you called
2    a flow analysis in this case?  I'm really more
3    interested in what you call things than what I
4    call things.
5        A.  Well, in my bachelor's degree, I had
6    fundamental courses, plural, in hydraulics.
7    That's flow of water.  In the soil mechanics
8    degree, I had flow within soils.
9        Q.  Okay.  Okay.  And you also state in
10   your CV that you received a master's degree in
11   engineering from the University of Florida in
12   1960?
13       A.  Correct.
14       Q.  Did you specialize in any particular
15   fields when working toward your master's?
16       A.  Yes.
17       Q.  What were they?
18       A.  Creep and cohesion in clays was the
19   focus of my experimental and master's degree
20   research, combined with laboratory research for
21   the National Science Foundation dealing in the
22   response of laterally loaded walls in soils,
23   and, or course, other course work.
24       Q.  In the barge trial you testified you
25   specialized in geotechnical engineering and

---

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

ROBERT BEA                                                                    March 27, 2012

                                                                              Page 13

1    ocean engineering in your master's.
2        A.  And that's correct.
3        Q.  Okay.  You didn't say you specialized
4    in the matters that you just told me you
5    specialized in.
6            Which was correct?  Or did you have
7    all those specialties?
8        A.  I had those specialties in ocean
9    engineering.  I was assigned as a senior
10   researcher in the investigation of unusual
11   motions of a radar tower offshore of the coast
12   of New York that was known as Texas Tower
13   Number 4.  That work was a combination of ocean
14   engineering and foundation engineering.
15       Q.  Did you take any course work that
16   specifically addressed levees, floodwalls, or
17   other flood control structures?
18       A.  Well, the course in advanced soil
19   mechanics and foundations at the master's
20   degree level taught by professor John
21   Schmertman did address levees.
22       Q.  Did you teach any courses as a
23   graduate student?
24       A.  Yes.
25       Q.  What were they?

                                                                              Page 14

1        A.  Fundamental mechanics, statics and
2    dynamics.  And I served as a graduate student
3    instructor in a course given by Dr. Frank E.
4    Richart, R-I-C-H-A-R-T, Jr., in dynamics of
5    structured foundation systems.
6        Q.  In your CV, you also state that from
7    1961 through 1997, you pursued postgraduate
8    studies at a number of colleges and
9    universities.  Did any of those studies involve
10   geotechnical engineering?
11       A.  Yes.
12       Q.  Where?
13       A.  Tulane University, where Professor
14   Dr. Walter E. Blessey directed my postgraduate,
15   pre-doctorate research.  That involved soil
16   structure interaction under dynamic loadings.
17   The source of those loadings were nuclear
18   bombs.  So it was studying with Professor
19   Blessey and Professor Robert Bruce of the
20   interaction of surface and subsurface
21   structures in response to nuclear bomb attack.
22       Q.  Any other postgraduate studies that
23   involved geotechnical engineering?
24       A.  Well, then I go to Rice University,
25   and I'm working under the supervision of a

                                                                              Page 15

1    Dr. Professor Andy Veletsos.  And that course
2    work involved dynamics of soil structure
3    interaction.  The primary forcing function in
4    the dynamics was earthquakes.
5            I then continued my research.  The
6    next stop was the University of California at
7    Bakersfield.  That course work, in addition to
8    welding -- I became a code certified welder at
9    the university -- involved structure foundation
10   mechanics.
11           Next stop is Trondheim University in
12   Trondheim, Norway.  That portion of my work
13   dealt with soil mechanics and human factors, so
14   it's a set of course work that dealt with soil
15   in the form we normally think about, and soil
16   in another form; people.  And so we were
17   looking at human factors as they influence
18   geotechnical and other fields of engineering.
19           Next stop is University of Western
20   Australia located in Perth.  My senior
21   adviser -- I cannot recall her name at this
22   time, but my work there also involved
23   foundation dynamics involving sea floor mounted
24   mobile offshore drilling units, pipelines,
25   platforms and human and organizational factors.

                                                                              Page 16

1    It was at the University -- or pardon me,
2    University of Western Australia-Perth.
3            And if I could, my supervisor at Perth
4    was Dr. Beverly Ronalds.  And that work, again,
5    engaged foundations much as I had at the
6    University of Trondheim in Norway.
7        Q.  Okay.  You think you've given me a
8    complete answer now?
9        A.  Yes.
10       Q.  Okay.  When did you study at Tulane?
11       A.  1965 through 1967 or '8.
12       Q.  When did you study at Rice?
13       A.  As soon as I transferred to Houston
14   from here, I picked up, so that would be 1968
15   through 1976.
16       Q.  When did you study at University of
17   California-Bakersfield?
18       A.  That's 19 -- let's see.  That's 1974.
19           I was assigned for a year, by Shell.
20   From Houston, I went to Bakersfield College,
21   and that's when the welding work -- I became a
22   code certified welder at that time.  I was
23   transferred back to Houston and completed the
24   work at Rice University 1976.
25       Q.  When were you at Trondheim?

                                                                      4 (Pages 13 to 16)

**ROBERT BEA**                                                  **March 27, 2012**

Page 17

1    A.  Trondheim is 19 -- to the best of my
2    recollection, it's 1993 through 19 -- yeah,
3    through 1994.
4        Q.  And what was the length of your
5    studies at the University of Western
6    Australia-Perth?
7        A.  I picked up the following year, that's
8    1995, and then continued my research and course
9    work there through 2000.
10       Q.  These postgraduate studies --
11       A.  Pardon me.  I'd like to make a
12   correction to the record.  Through
13   January 2001.
14       Q.  These postgraduate studies, then,
15   extended from 1965 through 2001.  As I
16   appreciate your CV, you received a Ph.D. from
17   the University of Western Australia at that
18   point, 2001.
19       A.  That's correct.
20       Q.  Was there any occasion where you had
21   performed the course work necessary to receive
22   a Ph.D. but you didn't receive it?
23       A.  Um -- I was working toward a Ph.D.
24   through the entire set of course work that I
25   related to you, with the exception of the work

Page 18

1    I did at the University of
2    California-Bakersfield.
3        Q.  Well, the Bakersfield -- that sounded
4    like it was basically welding instruction.  Is
5    that correct?
6        A.  Correct.  Also, I obtained a private
7    pilot 's license with the additional
8    qualification of instrument training.
9        Q.  In what field -- in your Ph.D., what
10   would you describe as the emphasis or focus of
11   your thesis for your Ph.D.?
12       A.  Well, the thesis was tilted "Human and
13   Organizational Factors in the Reliability of
14   Offshore Platforms."  So it was a combination
15   of traditional engineering science elements,
16   with human organizational behavior, political
17   science, and economics elements.
18       Q.  From looking at your work experience
19   section of your CV, combined with your academic
20   experience, you did much of this postgraduate
21   work while you were working for the University
22   of California-Berkeley, is that correct?
23       A.  That's the work post-January 1989 was
24   done while I was working, or appointed to the
25   faculty at the University of

Page 19

1    California-Berkeley.
2        Q.  Were you employed by anyone other than
3    the University of California-Berkeley from that
4    period, January of '89 through your Ph.D. from
5    Western Australia?
6        A.  Yes.
7        Q.  Other than Berkeley, you were employed
8    by someone else?
9        A.  Yes.
10       Q.  By whom?
11       A.  Berkeley appointed me to the faculty
12   with a 9-month full-time appointment.  By
13   contract, I cannot work outside the university
14   during that time period.  But the three months
15   other period, I can.  And at that point, I had
16   a wide variety of clients, distributed around
17   the world, dealing with problems such as we've
18   discussed here this morning.
19           (Whereupon Mr. Bruno entered the
20   deposition in progress.)
21       A.  If you'd like me to cite the names of
22   those companies, I would be glad to.
23   EXAMINATION BY MR. TREEBY:
24       Q.  Were they consulting -- was that
25   consulting work?

Page 20

1        A.  Yes, sir.
2        Q.  It was not employment, as such.
3        A.  I consider consulting work employment.
4        Q.  Okay.  Were you an employee of any of
5    those companies?
6        A.  By, again, contract with the
7    University of California, I am forbidden to do
8    that.
9        Q.  Okay.  What prompted you to pursue a
10   Ph.D. at the University of Western Australia?
11       A.  God.
12       Q.  Okay.  I can think of a closer
13   university to where you were working as a
14   professor than University of Western Australia.
15           So how did you get to the University
16   of Western Australia?
17       A.  Well, the research I was doing was
18   unusual in engineering.  When I began I'll call
19   it the final push toward the goal line, I was
20   at the University of Trondheim, Norway.  And
21   the engineers in Norway are -- well, first,
22   they're extremely good.  I worked with
23   Norwegian Geotechnical Institute during that
24   time period, but they focus primarily on
25   traditional engineering things.  I wanted to do

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

ROBERT BEA                                                    March 27, 2012

Page 21

1   my research on traditional engineering things,
2   that's essentially what I do, but I wanted to
3   add the human factors, the organizational
4   things. And their department, their college,
5   was not encouraging me to expand the definition
6   of what constitutes engineering. And my
7   supervising professor said to me, one day, that
8   he was afraid that he could not see me through
9   to the completion of my Ph.D. there because of
10  this expansive focus.
11       So at that point, I returned home and
12  sought the counsel of my wife. And she
13  counseled me to think of where I had worked and
14  where they would provide that sort of expansive
15  focus. And I had spent a great deal of time
16  working offshore on the northwest shelf of
17  Australia on two major foundation failures that
18  involved failures not of calcareous soils, but
19  of people and their organizations, so at that
20  point I turned to the University of Western
21  Australia, Dr. Professor Beverly Ronalds and
22  Dr. Professor Mark Randolph and asked if I
23  could come there with the proviso of this
24  expanded focus. They said yes, and, in fact,
25  they would help fund my work while I was there.

Page 22

1   And that's how I came to be at the University
2   of Western Australia.
3       Q.  Who was your supervising professor at
4   Trondheim?
5       A.  Dr. Professor Togier Moan.
6       Q.  Am I correct you do not have an
7   undergraduate degree in risk management?
8       A.  That's correct.
9       Q.  Did you have course work that you were
10  required to take for your Ph.D., after your
11  master's?
12      A.  Yes.
13      Q.  What course work did the University of
14  Western Australia, who gave you your degree,
15  require of you?
16      A.  I had to both take courses, foundation
17  mechanics which I studied with Professor Mark
18  Randolph, and I had to give -- teach courses,
19  both formal courses and workshops for the
20  organizations in Australia. So I had
21  requirements for both formal course work and
22  for teaching.
23      Q.  What teaching course work did you do,
24  informal teaching course work as opposed to
25  workshops, in western Australia?

Page 23

1       A.  In risk assessment and management of
2   engineered systems.
3       Q.  Describe the parts of your doctoral
4   thesis work that related to geotechnical
5   engineering or soil mechanics.
6       A.  The research has a component that is
7   case-based research. Case-based research is a
8   forensic engineering based study of failures of
9   systems. And many of the systems that were
10  part of my case-based research involved systems
11  that had significant components in their
12  failures in foundations, in soil mechanics.
13       An example was the work I did as a
14  graduate student at the University of Florida
15  on Texas Tower Number 4. The radar tower
16  failed off the coast of New York City in
17  220 feet of water on January the 14th, 1961.
18  The foundation engineering firm was
19  Musler-Rudledge the structural firm was
20  Moran-Procter. And the concern in the failure
21  was that the foundation had failed.
22       So we had to forensically investigate,
23  or I had to forensically investigate the
24  potential for foundation failure to properly
25  explain the failure of that structure. And I

Page 24

1   did a approximately 30 of those case-based
2   studies. Um -- almost all of them involved
3   foundation geotechnical performance
4   considerations.
5       Q.  Did any of them involve levees or
6   floodwalls?
7       A.  Yes.
8       Q.  What specific levees and floodwalls
9   did your case-based research that went into
10  your doctoral thesis involve?
11      A.  It involved failures of levees
12  defending the chemical refining facilities of
13  coastal Alabama, Louisiana, and Texas. That
14  work earlier had been published by myself and
15  Dr. Tony Dover. I think that's only one I can
16  recall at this point.
17      Q.  Okay. Turning to the section of your
18  résumé titled Licenses, you state that you have
19  retired status as a licensed civil engineer in
20  Louisiana, Texas, Florida, Alaska, Washington,
21  Oregon, and California.
22       When did you receive those licenses?
23      A.  They were I'll call it distributed
24  through my career, but concentrated primarily
25  in the period 1965 -- no, 1964 through 1976.

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

Page 25

1     Q.  Did you have to set for an exam to
2  obtain any of those licenses?
3     A.  Yes.
4     Q.  For which states?
5     A.  California, Alaska, and Florida.  And
6  Oregon.
7     Q.  Did you receive the rest of those
8  licenses through reciprocity?
9     A.  No.  The first license I received was
10  the state of Louisiana.  So I had to make an
11  application, obtain references to attest to the
12  work that I had done.  So that was not by
13  reciprocity.
14        I had to do the same in the state of
15  Texas.  The remaining states that you cited
16  then were done by reciprocity.
17     Q.  What does retired status mean in the
18  context of these licenses?
19     A.  I essentially notified the boards that
20  I would no longer practice as an active design
21  engineer and would, therefore, not continue to
22  pay dues.
23     Q.  You also state that you have retired
24  status as a geotechnical engineer in
25  California.  Did you have to sit for an exam to

Page 26

1  receive that license?
2     A.  Yes.
3     Q.  When?
4     A.  It was the first year that they
5  developed such licensure.  And, um -- I don't
6  recall accurately.  I apologize.
7     Q.  Okay.  What does retired status mean
8  in the context of this geotechnical engineer
9  license in California?
10     A.  The same thing that I cited for
11  retirement in the other licenses.
12     Q.  Have you ever been subjected to any
13  disciplinary action by any licensing body?
14     A.  No.
15     Q.  Have you ever been the subject of a
16  complaint that was registered with any
17  licensing body?
18     A.  Not to my knowledge.
19     Q.  Have you ever had a professional
20  license that is not an engineering license,
21  that is not listed on your résumé?
22     A.  Please repeat your question.
23     Q.  Have you ever had a professional
24  license as an engineer that is not listed on
25  your résumé?

Page 27

1     A.  Well-- no, I did not.
2        I'm sorry, but would you please repeat
3  your question?
4     Q.  Have you ever had a professional
5  engineering license that is not listed on your
6  résumé?
7     A.  No, I don't.
8     Q.  Turning to the portion of your résumé
9  titled Experience, you worked at Shell Oil
10  Company from 1960 to 1976.  Is that right?
11     A.  That's correct.
12     Q.  Did any of the work you performed for
13  Shell during this time period involve
14  floodwalls, levees, or other flood control
15  structures?
16     A.  Yes.
17     Q.  What work?
18     A.  We conducted a study in 1965 of the
19  performance of levees that protected the
20  Greater New Orleans area, that was part of a
21  Shell Oil Company effort to understand how
22  earthen levees perform under hurricane loading
23  conditions, so that we could then bring that
24  knowledge into the area of design of levees to
25  protect refineries and oil storage facilities.

Page 28

1  That was the first one.
2     Q.  The first one implies there were
3  others, so what other work that you performed
4  for Shell from '60 to '76 involved floodwalls,
5  levees, or other flood control structures?
6     A.  We had research under way at Shell
7  Development Company in Houston.  I was manager
8  of the offshore research group at that
9  location, and a portion of the research was
10  directed toward the purpose I cited earlier,
11  improving the technology of the design of
12  coastal flood defense facilities for our
13  refineries and other coastal-based structures.
14     Q.  Any others?
15     A.  I think that's the important ones.
16     Q.  Were either of those studies that
17  you've just described at Shell published?
18     A.  No.  We were forbidden in those days
19  from significant publication.  Those were days
20  of proprietal work, and all of the publications
21  were internal to Shell -- Royal Dutch Shell.
22     Q.  Do you have any copies of those
23  studies?
24     A.  I used to.  I had a very extensive
25  library, approximately 600 feet, lineal feet,

**ROBERT BEA**                                                    **March 27, 2012**

Page 29

1    of library by the time I got to the University
2    of California at Berkeley.  And I donated my
3    library to the university, and it has been
4    subdivided among a number of groups within the
5    system.  I have a much smaller library at this
6    time.
7        Q.  My question wasn't about your whole
8    library, it was about those two studies.
9        Were those two studies -- do you have
10   still have access to those two studies that you
11   have just described that you did, with others,
12   I assume, when you were at Shell?
13       A.  I don't think so.  And the reason I
14   can't trace those specific reports to where
15   they are currently archived, but Shell
16   continues to maintain an archive of all of the
17   reports, including the ones I cited.
18       Q.  Was your name on those two studies?
19       A.  Yes, sir.
20       Q.  One was in '65, and the other was
21   when?
22       A.  Well, that's when I get to Shell
23   Development Company, and this is during the
24   time period I was doing research at Rice.  It's
25   in the time period of '68, '69, '70.  I can't

Page 30

1    recall the precise year.
2        Q.  Why did you leave Shell in 1976?
3        A.  Um -- two reasons:  The first reason,
4    I had a professional goal that I could not
5    achieve while I was at Shell.
6        Q.  What was that?
7        A.  I wanted to offer to industry and to
8    government a holistic approach to engineering.
9    And it would be a holistic approach -- we
10   called it cradle-to-grave engineering.
11   Shell 's view of career development and these
12   kinds of things for my career was different;
13   they wanted me to become an upper level
14   manager.
15       Q.  What was the second reason?
16       A.  I called it the velvet coffin.  It's
17   comfortable, it's paid well, and nails go in
18   progressively to inhibit freedom.
19       Q.  Were those two reasons for leaving
20   Shell satisfied at Woodward-Clyde Consultants?
21       A.  Not totally, but much better.
22       Q.  What was the nature of your work at
23   Woodward-Clyde Consultants?
24       A.  Um -- the nature of the work was an
25   effort to satisfy that goal, to offer freely to

Page 31

1    industry and government full scope, high
2    technology services involving any kind of
3    facility around the world.  We performed soil
4    borings, we did laboratory soil testing, we did
5    storm forecasting.  I had a very active
6    hurricane forecasting service.
7        We did work for the Federal Emergency
8    Management Agency on flooding.  And that
9    involved failure of levees and floodwalls.
10       We did work for the United States Air
11   Force in configuring early warning submarine
12   tracking and aircraft tracking activities
13   around the Pacific Basin.
14       We worked for Saudi Arabia on intake
15   facilities for gas processing facilities.
16       It was the effective realization of
17   the dream that I left Shell with.  And Shell
18   was one of our best clients.
19       Q.  Did the work you performed for
20   Woodward-Clyde involve any floodwalls and
21   levees?
22       A.  Yes.
23       Q.  Specifically, what floodwalls and
24   levees?
25       A.  The work I referred to that we did for

Page 32

1    FEMA as part of their flood mapping work is an
2    example of the work.  Another was the work I
3    referred to with now Dr. Tony Dover dealing
4    with levee/floodwall facilities to protect
5    refineries in the Gulf Coast area.
6        Q.  Why did you leave Woodward-Clyde?
7        A.  I wasn't man enough to do it.
8        Q.  To do what?
9        A.  To run a consulting organization that
10   worked 24 hours a day, 365 days a year, making
11   millions of dollars.  And I had become a victim
12   of my own success, only my wife interceded.
13       Q.  Did you resign Woodward-Clyde?
14       A.  Yes.  Under very good terms.
15       Q.  In 1981, you went to work for PMB
16   Engineering-Bechtel, Inc.
17       How did your work change from what you
18   had done at Woodward-Clyde?
19       A.  Well, the first thing, it changed
20   location.  We sold everything we could, the
21   house, the cars -- I couldn't sell the dogs or
22   the kids -- we climbed on a Pan American plane
23   and flew to San Francisco, got off of the
24   plane, and we started again.
25       We started in a place that my wife

8 (Pages 29 to 32)

ROBERT BEA                                                    March 27, 2012

---

Page 33

1   wanted to work.  I knew I could find work to do
2   even if it was mowing grass or painting walls.
3   We started again, built another company, with
4   very different ground rules, and life improved
5   tremendously.
6       Q.   Are you saying that you were a founder
7   of PMB Engineering-Bechtel?
8       A.   I was a founder of PMB Engineering,
9   Ocean Services Division.  I was chief
10  engineer/vice president.
11      Q.   Did any of the work you performed
12  while with Bechtel during this time period
13  involve floodwalls, levees, or other flood
14  control structures?
15      A.   Yes.
16      Q.   Give me specific examples.
17      A.   Sohio, British Petroleum Company,
18  north slope Alaska, the Mukluk Island
19  M-U-K-L-U-K Island, that's a specific example.
20      Q.   Was that a levee, floodwall?  What was
21  it?
22      A.   It's a flood defensive facility.
23  These islands are built in the coastal Beaufort
24  Sea.  They are essentially at sea level.  In
25  the center of those islands are oil and gas

---

Page 34

1   drilling exploration equipment, and they must
2   be defended around the perimeter of the island
3   with levees, floodwalls.  And that's because in
4   the summer, the ice disappears, replaced by the
5   Beaufort sea, and we have very, very severe
6   storms there during the summer period, so those
7   facilities had to be designed with earthen
8   berms.
9       Q.   Any other specific examples while at
10  Bechtel?
11      A.   An LNG intake facility in Kuwait, the
12  large seawater intake caissons, much like a
13  large concrete pipeline, they had to be
14  defended with earthen levees to protect the
15  pipeline facility from storms in the Red Sea.
16      I think that must be the important
17  ones.  Others are coming to my memory as I move
18  around the globe.
19      Q.   What percentage of your overall work
20  for Bechtel would you say involved levees,
21  floodwalls, flood control structures?
22      A.   10 percent or less.
23      Q.   And in 1989, you left Bechtel to work
24  at UC Berkeley, right?
25      A.   Yes.

---

Page 35

1       Q.   What prompted you to leave Bechtel?
2       A.   Bechtel.  We were an independent
3   company, PMB, um -- and Bechtel, because of the
4   success we had with Sohio-BP -- in those days,
5   it was Sohio-British Petroleum -- came to us
6   and asked us to sell the company.  We sold the
7   company to Bechtel, and I sort of sensed that I
8   was back at Shell; large organization, large
9   corporation.  And they had appointed me as the
10  Vice President of Bechtel, and when that
11  happened I had to sign a contract agreement
12  that I would not leave them for two years and
13  start another competing engineering contracting
14  organization.
15      At that point I went to the university
16  of California at Berkeley and applied as a
17  graduate student in a Ph.D. program.  And the
18  transcripts and applications all went through,
19  and one day four of the University of
20  California at Berkeley 's Department of Civil
21  Engineering, at that time, took me to lunch --
22  Dr. Harry Seed, Dr. Ben C. Gerwick, um -- oh,
23  Dr. Robert Wiegel, took me to lunch, told me
24  that I couldn't compete with the brilliant
25  students in Berkeley, asked if I had ever

---

Page 36

1   considered becoming an a member of an academic
2   family.
3       I said no.
4       They said they had some fully tenured
5   positions coming open and suggested I not apply
6   as a graduated student but apply as a fully
7   tenured member of the faculty.
8       And so I changed course direction,
9   applied.  All of the world 's competition for
10  that position came out, applied for it.  The
11  same three wise men took me to lunch again,
12  said, Bob, you might fail, we would like to
13  have you apply for a second position in
14  construction engineering and management.
15      I did.  So I got both positions and
16  became a member of the faculty at the
17  University of California at Berkeley.
18      Q.   Had you resigned from Bechtel at that
19  point, before you made that decision?
20      A.   No.  I had not.  I kept Bechtel
21  informed constantly as I was going through this
22  transition period.  I resigned six months
23  before I made the acceptance at the university.
24      Q.   On your entry to employment at UC
25  Berkeley, you don't describe yourself as a

---

**ROBERT BEA**                                          **March 27, 2012**

Page 37

1  professor for geotechnical engineering; right?
2      A.  That's correct.
3      Q.  Have you taught courses in
4  geotechnical engineering or soil mechanics at
5  UC Berkeley?
6      A.  I have taught parts of courses.  I
7  haven't had responsibility for the entire
8  course.
9      Q.  When you say parts of courses, can you
10  be specific?
11      A.  Certainly.
12      Q.  Not lengthily specific, but specific.
13      A.  As an example, I have extensive --
14      MR. STEVENS:
15          Object to the form of the
16      question.  You're handcuffing the
17      witness.  Don't handcuff the witness,
18      Mr. Treeby.
19      MR. TREEBY:
20          I'll give the keys to the
21      handcuffs, doctor.
22      A.  An example would be the design of deep
23  foundations, pile foundations.  I have
24  extensive experience in that area.  In fact, it
25  started here in New Orleans where the design of

Page 38

1  the foundations for the Shell building.  And I
2  would be invited in by Professor Raymond Seed,
3  Professor Jon Bray or Professor Juan Pestana
4  to -- Dr. Professor Juan Pestana,
5  P-E-S-T-A-N-A -- invited into their courses to
6  teach engineering design and construction of
7  deep pile foundations.
8      Q.  How often would you teach parts of
9  those courses, over the course of your career
10  at Berkeley?
11      A.  It was very frequently at the start.
12  I was initially appointed in two departments:
13  One, naval architecture, offshore engineering;
14  the second, in civil engineer.  And because I
15  was a young faculty member who did not know how
16  to say no yet, I would teach four courses per
17  year, and in that flurry, to start, I was
18  helping teach these geotechnical courses
19  annually.
20          After about the first five years, and
21  bordering on collapse, I refused to do that
22  except as I was available, and then would
23  stretch it out to perhaps one every two to
24  three years.  And after I earned my stripes,
25  then I was brought in only as a guest lecturer.

Page 39

1      Q.  And what courses did you regularly
2  teach?  Not the ones that you came in and
3  taught a part of a course.
4      A.  One course in Basic Naval
5  Architecture; Floating Structures, Dynamics,
6  Barges and Ships.
7          Another course called Engineering
8  Systems.  Senior capstone course.  I have all
9  of the senior engineers.  I taught that course
10  continuously for 23 years.
11          A course at the graduate level titled
12  Margins of Quality.
13          Another course at the undergraduate
14  level called Load Engineering for Engineered
15  Systems.
16          Another course titled Human
17  Organizational Factors in the Quality and
18  Reliability of Engineered Systems.
19          And for three years at the
20  undergraduate level I taught Basic Statics and
21  Dynamics at the sophomore level.
22          Oh, I also taught, for two years,
23  courses in Arctic Engineering.
24      Q.  Okay.  This is a good time to take a
25  break and change the tape.

Page 40

1          (Off the record.)
2  EXAMINATION BY MR. TREEBY:
3      Q.  Now, Dr. Bea, because the tape tapes
4  last an hour we're going to try to -- but if we
5  need the break in the middle of an hour, we
6  will.  If you tell me we need to break, we will
7  break, but we're going to try to do that,
8  because that hour -- we need to try to get it
9  done.
10          In your report, at Page 72 and Page 79
11  and Page 135 -- and you don't need to look
12  there because I think you'll -- this won't be a
13  hard question -- you cite a 1969 publication on
14  soil mechanics by Lambe & Whitman.  Is that
15  right?
16      A.  Yes.
17      Q.  For what purpose did you cite this
18  publication in your report?
19      A.  Um -- it's one of the publications
20  that I was taught with.  It has several
21  excellent chapters dealing with hydraulics in
22  soils.  I regard it as a foundational document.
23      Q.  Is the Lambe & Whitman book a widely
24  used reference in geotechnical engineering?
25      A.  Yes.

**JOHNS, PENDLETON COURT REPORTERS**                **504 219-1993**

**ROBERT BEA**                                                          **March 27, 2012**

Page 41

1    Q.  Have you used this 1969 Soil Mechanics
2    publication as a reference on other projects?
3    A.  Yes.
4    Q.  Do you have occasion in your course
5    work now, or at University of
6    California-Berkeley have you had occasion to
7    use the 69 Soil Mechanics publication, Lambe &
8    Whitman, as a reference when you teach?
9    A.  Well, I don't teach now.  I've retired
10   from the faculty effective I think January.
11   Um -- I used the text in the course I taught I
12   believe last time is 2009 titled load
13   engineering.
14   Q.  Okay.  The author Lambe is T. William
15   Lambe; is that right?
16   A.  That's correct.
17   Q.  Do you know Dr. Lambe?
18   A.  Yes.  I do.
19   Q.  Have you used any other publications
20   by Dr. Lambe in your own work?
21   A.  Yes.
22   Q.  What other publications?
23   A.  I don't recall them by title at this
24   time, but his work was of extreme importance in
25   the early work I did with others here in New

Page 42

1    Orleans dealing with sea floor slides.  So
2    Mr. Lambe, Dr. Lambe, Professor Lambe, god
3    Lambe, has come through my life frequently.
4    Q.  Okay.  I'm going to get back to one of
5    the words we talked about earlier somewhat.
6    Have you taught classes in flow analysis?
7    A.  I taught classes in flow analysis in
8    the following contexts: Classes that deal with
9    hydrodynamic/hydrostatic flows in water;
10   classes that deal with flows within and outside
11   of soils.  I've taught classes that deal with
12   the combination of the two.  Those classes have
13   been focused in that course titled load
14   engineering.  I furnished a copy of the book I
15   wrote I recall in my reliance materials.
16   Q.  What book was that?
17   A.  The book has got two names: One is
18   Load Engineering.  It slightly changed after
19   2009 to Margins of Quality for Engineered
20   Systems.
21   Q.  Would it be correct to say that the
22   majority of your professional experience did
23   not involve levees, floodwalls, and other flood
24   control structures?
25   A.  That's fair.  Yes.

Page 43

1    Q.  Would it be correct to say that a
2    majority of your professional experience did
3    not involve soil mechanics?
4    A.  No, that would not be fair.
5    Q.  So a majority of it would involve soil
6    mechanics?
7    A.  That's correct.
8    Q.  Okay.  You list in your -- in a
9    section of your résumé entitled Primary
10   Expertise -- please look at that list and tell
11   us what expertise you believe to be relevant to
12   your work in this case are covered by those
13   primary expertise areas.
14   A.  All of them.
15   Q.  Who first contacted you about working
16   in this case?
17   A.  The first contact that I received came
18   from Mr. Joseph Bruno.  It was about the same
19   time I also received an inquiry from Mr. Daniel
20   "Danny" Becnel.
21   Q.  And it sounds to me like based on your
22   answer this would have been in 2005-2006?
23   A.  I think it's 2006.  And it's probably
24   toward the end of 2006.
25   Q.  And to date, how much have you been

Page 44

1    paid for your work in this case?
2    A.  Um -- I don't know.  I know
3    approximately.  I have spent approximately
4    14,000 hours associated with the work done here
5    since August 2005.  Of that total, 2000 hours
6    has been paid.
7    Q.  Apart from your retention in the barge
8    and Robinson cases -- and it sounds to me like
9    you're collapsing all of those cases together,
10   really.
11   A.  Yes.  That's correct.
12   Q.  Okay.  Apart from your prior retention
13   in cases involving lawsuits involving Katrina
14   flooding, have you ever been retained as an
15   expert in litigation before this case?
16   A.  Would you repeat your question,
17   please, sir?
18   Q.  Aside from any expert retention
19   involved in the Katrina flood event, have you
20   been retained as an expert in litigation?
21   A.  Yes.
22   Q.  By whom?
23   A.  I don't recall the names of the
24   companies.  I recall the nature of the
25   consulting expert services that I provided.  I

**ROBERT BEA**                                        **March 27, 2012**

1  can supply you with the names of the companies,
2  I just don't recall them now.
3      Q.   Okay.  Prior to, let's say, August of
4  2005, what is the previous -- if you can
5  remember, the previous case for that, that you
6  were retained as an expert in litigation?
7      A.   I was retained by a firm located in
8  Houston, Texas, dealing with mobile offshore
9  drilling units that broke loose of their
10  moorings in the Gulf of Mexico, collided with
11  structures and pipelines.  That's one.
12      Q.   Okay.  What was the first -- if you
13  recall, the first time you were ever retained
14  as a litigation expert?
15      A.   Oh, that would be the failure of the
16  RANGER I drilling unit, Gulf of Mexico, and I
17  believe the year is 1977.  So I was out with
18  Woodward-Clyde Ocean Services Division,
19  Houston, Texas, and I think the firm was Noble
20  Denton and Associates.
21      Q.   Okay.  And are you willing to provide
22  me a list of your litigation consulting work so
23  I don't -- we don't have to have a memory
24  exercise here?  From your scrapbook of cards I
25  suspect you can tell us every one of them.

1      A.   I would be pleased to do so.  If you
2  will send me, through counsel, a request, I
3  will be pleased to do it.
4      Q.   Thank you.  Now, can you identify any
5  expert litigation work that you performed
6  before the Katrina flood event that involved
7  floodwalls, levees, or their flood control
8  structures?
9      A.   No.
10      Q.   You state in the Background section of
11  your résumé that you've investigated 630,
12  quote, major accidents, failures and disasters,
13  close quote.
14      A.   Correct.
15      Q.   How many of these involve failures of
16  levees, floodwalls or other flood control
17  structures?  Other than this case.  Other than
18  Katrina.
19      A.   There are two outstanding:  One is a
20  failure of the flood control structures in the
21  upper Mississippi River area in 2008; the other
22  is failure of levee flood control structures in
23  the California, Sacramento, San Joaquin River
24  delta.
25      Q.   Now, is that the same case that

1  Dr. Rogers was involved in?
2      A.   Oh, Dr. Rogers was one of the
3  principal investigators in the 2008 study, and
4  he has done occasional lecture consulting work
5  with us in the California delta work we have
6  done for four years now.  And, in addition,
7  he's done extensive consulting regarding
8  failures of the levee flood protection
9  structures in the California delta.
10      Q.   I may not have asked a clear question,
11  so let me try to clarify it.  Dr. Rogers
12  testified about a Sacramento River, San Joaquin
13  Valley litigation in which he is retained as an
14  expert.
15          Is that the same work that -- the same
16  case or same work that you described as
17  Sacramento, San Joaquin Valley?
18      A.   No.
19      Q.   Can I assume from the answers, and
20  hopefully this is clear, that these other
21  involvements in consulting work involving
22  levees, floodwalls, other flood control
23  structures, did not involve litigation?
24      A.   That's correct.
25      Q.   Okay.

1      A.   To complete the record, the work for
2  the upper Mississippi River flooding was
3  sponsored by the National Science Foundation.
4  The work, a four-year research effort in the
5  California delta, is also sponsored by the
6  National Science Foundation.  There are other
7  sponsors to that work, such as the California
8  Department of Water Resources.
9      Q.   You talked about having 2000 hours for
10  which you have been paid in the Katrina
11  litigation.
12      A.   Correct.
13      Q.   Correct?  And would it be correct to
14  say you have been paid for 2000 hours at your
15  current rate of $800 an hour?
16      A.   No.
17      Q.   Okay.  What rate -- then I want to get
18  back to that question.
19          Can you tell us approximately the
20  total you've been paid for work in Katrina
21  flooding cases?
22      A.   We could get an approximate by taking
23  1,000 hours at $600 per hour, take the other
24  1,000 hours at $800 per hour, and you would
25  have a reasonable estimate.  For further

**JOHNS, PENDLETON COURT REPORTERS**              **504 219-1993**

**ROBERT BEA**                                           **March 27, 2012**

Page 49

1   detail, my wife could provide those figures.
2       Q.   My quick math, and I must say math is
3   not my strong suit, which you might be happy to
4   know, that's $1,400,000.
5           Does that sound about right?
6       A.   That sounds reasonable, yes, sir.
7       Q.   Have you authored any textbooks or
8   portions thereof on geotechnical engineering or
9   soil mechanics?
10      A.   Yes.
11      Q.   What are they?
12      A.   The first is at the University of
13  Western Australia.  It's a book currently
14  published by the Institution of Engineers
15  Australia.
16          There's a similar, related book
17  published by the Center for Oil and Gas
18  Engineering at University of Western Australia,
19  Nedlands, spelled N-E-D-L-A-N-D-S, western
20  Australia.
21          The book that I cited earlier titled
22  Load Engineering contains work on soil
23  mechanics foundations.
24          The book on Human and Organizational
25  Factors in the Quality and Reliability of

Page 50

1   Engineering Systems contains case studies that
2   deal with failure of geotechnical systems.
3       Q.   Have you authored any textbooks or
4   portions thereof on levees, floodwalls or flood
5   control structures?
6       A.   No.
7       Q.   Would it be correct to say that the
8   majority of articles you've authored address
9   offshore platforms, oil rigs, and other oil and
10  gas related topics?
11      A.   Correct.
12      Q.   What percentage of your articles would
13  deal with those topics; offshore platforms, oil
14  rigs, and other oil and gas related topics?
15      A.   90 percent.
16      Q.   If you would look at the list of
17  publications attached to your report on
18  Appendix A, if you would, please take a moment
19  and identify quickly any publications on
20  floodwall, levee or flood control failures that
21  were published prior to Hurricane Katrina.
22          In case I didn't make it clear, I may
23  need to -- I'm just talking about what you call
24  publication, not what you call conference and
25  symposium papers.

Page 51

1       A.   You want refereed journal papers.
2       Q.   Right, what you call publications,
3   yes.
4       A.   Well, a book is a publication.
5       Q.   Okay.  I agree with that.
6           If you think, Dr. Bea, this is going
7   to take a long time, I was -- let's make clear
8   what the question is, because maybe you can do
9   it over lunch.  I'm asking my question, which I
10  think you've looked at several times, you know
11  what it is, I'm asking that about items that
12  are contained in numbers, really, 1 through 74
13  on your Refereed Publications A, archival
14  journals, because 75 and later involve after
15  Katrina, and in Items B, Refereed Conference
16  Proceedings and Symposium Proceedings, Items 1
17  through whatever the date of Katrina was, which
18  I think will be -- you have these in date
19  order, through 91, I believe.
20      A.   I'm up to 65 on the second list.
21      Q.   On the second list?
22      A.   Yes.
23      Q.   And perhaps maybe to make this easy,
24  if you would draw a line there and come back to
25  it, you've marked them, and all I'll need are

Page 52

1   the numbers.
2       A.   Yes.  That's just what I'm trying to
3   get.
4       Q.   Okay.  So would it be better to do it
5   during lunch?  I don't --
6           MR. STEVENS:
7               If we take a lunch break, he
8           needs a break, too, rather than giving
9           him an assignment.
10          MR. TREEBY:
11              Fair enough.
12      A.   Thank you for the clarification.
13  We're on the same page.
14          (Off the record.)
15      A.   To the best of my recollection of what
16  is in these papers, number 39, number 76,
17  number 19, I have a question about 36.
18  EXAMINATION BY MR. TREEBY:
19      Q.   You said 19?
20      A.   I said 39, 76, 19 and 36.
21      Q.   19 is on the next list?
22      A.   Correct.
23      Q.   Well, just so we have a clear record,
24  because I'm not sure it is at this point, let's
25  start with A, Section A, Archival Journals.

**JOHNS, PENDLETON COURT REPORTERS**                **504 219-1993**

ROBERT BEA                                          **March 27, 2012**

Page 53

1    What number, if any, do you have listed in
2    answer to my question under A, Archival
3    Journals?
4          39 is the first one?
5    A.   39 is the first one.
6    Q.   Okay.
7    A.   76 is the second.
8    Q.   76 is after Katrina, in the refereed
9    materials.
10         Archival journals.
11   A.   That paper was submitted for
12   publication before Katrina.
13   Q.   But published after Katrina?
14   A.   That's correct.
15   Q.   Okay.  That's as it relates to the
16   refereed archival journals.
17         And you were also looking at B?
18   A.   Yes.
19   Q.   And what numbers under B, Refereed
20   Conference Proceedings and Symposium
21   Proceedings?
22   A.   19 is the first one.  36 is the second
23   one.  And 77 is the third one.
24   Q.   So that completes your answer?
25   A.   Yes.

Page 54

1    Q.   Thank you.  We'll do a similar thing,
2    but I'm going to ask that we do it at lunch,
3    and I'll ask the question before we break for
4    lunch.  I'll come back to ask that question, if
5    I can remember, with the non refereed
6    publications or papers.
7          I think it would be correct to say,
8    then, would it not, that a majority of your
9    refereed publications address offshore
10   platforms, oil rigs, and other oil and gas
11   related topics, and not levees, floodwalls, and
12   flood control structures.
13   A.   That's correct.
14   Q.   And an overwhelming percentage, would
15   that be true?
16   A.   That's correct.
17   Q.   And this won't require -- I don't
18   believe would require you to look at the list,
19   although we'll ask you to do that at lunch:
20   Would it be correct to say that a majority of
21   non peer-reviewed technical reports that you've
22   authored do not address levees, floodwalls, and
23   flood control structures?
24   A.   That's fair.  That's correct.
25   Q.   At any point during your professional

Page 55

1    career, and I'm including your work career and
2    your academic career, have you performed --
3    actually done the performance of a flow
4    analysis?
5          And you may want me to define that
6    term as I'm using it in my question.  Would you
7    went me to define it?
8    A.   Please.
9    Q.   Okay.  By flow analysis, I mean, the
10   solution of field equations for development of
11   flow lines and equipotentials to evaluate flow
12   through porous media.  That's what I mean by
13   flow analysis.
14         And then my question is, at any point
15   during your professional career, have you
16   performed a flow analysis?
17   A.   Yes.
18   Q.   Okay.  For whom was this work
19   performed?  And I mean specifically.
20   A.   In the first, Professor John
21   Schmertman, as part of his Soil Mechanics and
22   Foundation course; second, Professor Walter
23   Zimpher, as part of his foundation engineering
24   course; I performed such analyses during my
25   career with Shell Oil company associated with

Page 56

1    flood protection structures previously cited;
2    at Shell Development Company, those kinds of
3    calculations associated with what are
4    identified as suction caissons; we've performed
5    such analyses associated with constructed
6    islands that have been overtopped, interior
7    flooded, during arctic storms; we performed
8    such analyses associated with lateral flow from
9    the installation of large piling offshore in a
10   variety of soils, including sands, silts,
11   clays, and calcareous soils.
12         That is the best recollection from my
13   memory where I've personally dealt with these
14   analyses.
15   Q.   I noted that you did not include the
16   flow analyses performed in this case.  Is that
17   correct?
18   A.   That's correct.  I thought you were
19   asking me prior to 2005.
20   Q.   Okay.  Well, then, since -- so you've
21   answered for prior to 2005.
22         Since 2005, have you personally
23   performed any flow analyses?
24   A.   Yes.
25   Q.   And what flow analyses have you

**JOHNS, PENDLETON COURT REPORTERS**            **504 219-1993**

ROBERT BEA                                          March 27, 2012

Page 57

1    personally performed?
2        A.  Well, for example, I personally
3    performed flow analyses associated with the
4    effects of backfilled excavations on the East
5    Bank Industrial Area adjacent to the Lower
6    Ninth Ward.
7        Q.  You said, for example.  Are there
8    other examples?
9        A.  Yes.  I, for example, performed such
10   analysis at the breach of the 17th Street
11   Canal.  Um -- oh, I also did a flow analysis to
12   help me understand the breaches that developed
13   at the south end of the Bayou Bienvenue flood
14   control structure, and at the north end of the
15   Bayou Dupre flood control structure during
16   Hurricane Katrina.
17       That, to my recollection, are the ones
18   I have personally performed.
19       Q.  For the work that you've done since
20   Katrina, did anyone assist you in doing those
21   flow analyses?
22       A.  Well, there's two categories of flow
23   analyses.  One category are performed using
24   electronic digital computers.  The majority of
25   those flow analyses have been performed by a

Page 58

1    soon to be doctor, Diego Cobos-Roa; a Dr.,
2    um --
3        Q.  Xavier Vera-Grunauer?
4        A.  Thank you very much.  You are indeed a
5    gentleman.
6        Yes.  And the third is Dr. Rune
7    Storesund.  Those electronic, digital
8    computer-assisted analyses have been performed
9    by those individuals.
10       I have performed my analyses using,
11   um -- paper, pencil, and a desktop computer.
12   They are what I call hand calculations.
13       Q.  Okay.  These are the two categories,
14   electronic-digital, and paper and pencil
15   desktop computer type?
16       A.  Yes, sir.
17       Q.  Have we been given any paper and
18   pencil flow analyses that you personally did?
19       A.  I don't think you have.  I can
20   recollect only one that still exists.  The rest
21   I didn't keep after we had corroborated the
22   results between my hand calculations and those
23   performed for those locations by the
24   individuals we cited.
25       Q.  So you have at least one remaining

Page 59

1    paper and pencil personal calculation of flow?
2        A.  Correct.
3        Q.  And you said desktop computer.  Do you
4    have those records?
5        A.  When I say desktop calculator --
6        Q.  I may have misheard.
7        A.  I may have misspoken.  I use a Hewlett
8    Packard 65 desktop calculator purchased in
9    1977.
10       Q.  So -- okay.  The court reporter had
11   desktop computer.
12       You didn't mean to say that?
13       A.  I didn't mean to.  That's incorrect.
14       Q.  Okay.  So there's no record of
15   those -- the work did you on the HP calculator.
16   Is that fair?
17       A.  That's fair, with the exception of the
18   last one.  The results of my hand calculations
19   are included in the professional paper written
20   for the Schmertman symposium published in the
21   geotechnical, um -- proceedings of that
22   symposium dealing with the 17th Street Canal.
23   We had to determine flow effects on the lateral
24   stability of the floodwall levee system.  So
25   it's result's included there.

Page 60

1        The second place are, is in the
2    engineering report we wrote for the canals
3    litigation in which I performed similar kinds
4    of analyses.
5        To the best of my knowledge, that's
6    the two places the results are published.
7        Q.  Okay.  And you used the word results.
8    I'm asking about the actual hand calculations.
9        Do we have any of those?
10       A.  No, you don't.  The only one that
11   still exists is the one I cited.
12       Q.  Isn't one you cited?
13       A.  Is the one I cited.
14       Q.  Is the one you cited.
15       A.  Yes, sir.
16       Q.  I want a copy of that.  It's
17   apparently not in the reliance materials, and
18   we want a copy of that.
19       A.  I will be pleased to provide it.  It's
20   sitting to the right hand of my desk at home.
21       Q.  So the actual calculations that we
22   have been given, to date, to the extent we have
23   been given them, are the computer -- what you
24   call the electronic digital calculations done
25   by Diego Cobos-Roa, Xavier Vera-Grunauer or

JOHNS, PENDLETON COURT REPORTERS          504 219-1993

**ROBERT BEA**                                             **March 27, 2012**

Page 61

1  Rune Storesund.  Is that correct?
2      A.  That's correct.  The reason --
3      Q.  Excuse me.
4      A.  If I can, the reason for that is I was
5  taught anytime I used a computer to perform a
6  complex analysis to validate the results from
7  those analyses using hand calculations.
8      Q.  Okay.
9      A.  I persist in that practice and teach
10  it, to the time I retired.
11      Q.  Do I understand your testimony
12  correctly that the hand calculations that are
13  sitting on the right-hand side of your desk at
14  home relate to the EBIA breaches?
15      A.  That's correct.
16      Q.  Does Diego Cobos-Roa have any
17  professional licenses in the United States?
18      A.  The gentleman was coughing and I
19  couldn't hear your question.  If you would
20  repeat it.
21      Q.  Be happy to.  Does Diego Cobos-Roa
22  have any professional licenses in the United
23  States?
24      A.  No.
25      Q.  To your knowledge, is he a United

Page 62

1  States citizen?
2      A.  No.
3      Q.  To your knowledge, what if any legal
4  restrictions exist regarding his ability to
5  work for compensation in the United States?
6      A.  He does have a restriction, and I'm
7  not aware of the details of that restriction.
8  This is one of the reasons that contracting has
9  been done with the firm GeoEstudios located
10  outside of the United States, so that we would
11  not endanger his, um -- I'm not sure what the
12  correct term is -- endanger his status while
13  he's completing his doctorate degree.
14      Q.  How long has Mr. Cobos-Roa been a
15  doctoral candidate at UC Berkeley?
16      A.  I can't give you the precise date, but
17  the date that he started the research that he
18  continues to be engaged in is October 2005.
19      Q.  Are you his adviser?
20      A.  No.
21      Q.  Who is his adviser?
22      A.  Dr. Juan Pestana.
23      Q.  What if any role do you have -- I
24  think you just told us, and I'm not sure we
25  knew it till then, that you retired from UC

Page 63

1  Berkeley in January this year?
2      A.  Correct.
3      Q.  Would it be correct to say, then, that
4  you have no role in determining whether
5  Mr. Cobos-Roa was awarded a doctorate degree
6  from UC Berkeley?
7      A.  Not correct.  I'm on research recall,
8  because of this very large National Science
9  Foundation -- large in the scale for an
10  academic institution.  I was brought back on
11  research recall, and I continue to advise
12  doctoral research students and serve on Ph.D.
13  committees.
14      Q.  So you do have a role in determining
15  whether Mr. Cobos-Roa is awarded a doctorate.
16  Is that correct?
17      A.  Not really, because I don't serve on
18  his dissertation review committee.  I serve as
19  an adviser and as a sponsor of a portion of the
20  research that he does.  So I have no
21  determining yes or no relative to his -- the
22  award of his degree.
23      Q.  I'm a little confused based on your
24  answers, and I went back just to look here, and
25  what you answered to my first question was --

Page 64

1  my first question was, That you have no role in
2  determining whether Mr. Cobos-Roa is awarded a
3  doctorate degree from UC Berkeley.  And you
4  say, not correct.  And then I asked you, Then
5  that, means you do have a role.  And you said,
6  Well, no, I don't -- so I'm confused.
7      A.  I apologize for confusion.  I'm
8  sponsoring a portion of the research that he
9  does.  That has a determinant ability on his
10  ability to support himself while he's
11  conducting his Ph.D. work.  So as a research
12  sponsor and adviser, that is a determining role
13  in the conduct of his program.  I have no
14  determining role in approving his dissertation.
15      Q.  Tell us what qualifications you
16  personally know of that Mr. Cobos-Roa has that
17  would allow him to perform electronic digital
18  flow analyses?
19      A.  He's taken the full suite courses at
20  the University of California at Berkeley.  He
21  was one of the first arrivals here following
22  Katrina.  I think he was here along with
23  Dr. Silva-Tulla in that earlier campaign.  So
24  he was part of the forensic engineering soils
25  testing we did here, as well.

**JOHNS, PENDLETON COURT REPORTERS**            **504 219-1993**

**ROBERT BEA**                                        **March 27, 2012**

1        17th Street Canal gave us some of the
2   early alerts relative to hydraulic conductivity
3   effects.  He was in the field that day.  I
4   followed him quickly.
5        And then, as we began analyzing the
6   breaches in more detail he became a member of
7   that effort through the Independent Levee
8   Investigation Team that was also occupying
9   Dr. Rune Storesund and Dr. Grunauer.
10       Then, he carried forward,
11  continuously, through the litigation work that
12  started I think I called it Phase III in 2007.
13       So he's been continuously performing
14  these kinds of studies during that entire time.
15       Q.   Maybe my question wasn't clear.  I
16  understand he's had experience here in New
17  Orleans since Katrina.
18       A.   Yes.
19       Q.   My question was what qualifications he
20  had.  One thing you said was that he had taken
21  the full suite of courses at U Cal Berkeley.
22       A.   Correct.
23       Q.   And it was that course work that
24  qualified him, is that --
25       A.   No, it's a combination of those

1   things.  The course work gives us basic
2   understanding of the physics and mechanics.
3   Professor Raymond Seed was one of his
4   instructors.  Professor Jonathan Bray.  So
5   that's the course work background.
6        The next one is field work, performing
7   borings, observing hydraulic responses.
8        And the third one is what I call the
9   crucible of the previous two, and that's doing
10  forensic engineering study on breaches.  So
11  that we're able to bring that entire suite of
12  tools, knowledge, technology, to its pinnacle
13  challenge, which is to understand these complex
14  soil structure interaction issues.  That's what
15  qualifies Mr., to be doctor, Cobos-Roa.
16       Q.   Are you personally experienced using
17  the digital tools that Mr. Cobos-Roa used in
18  the work he did in this case?  And I'm not
19  talking about 17th Street Canal, I'm talking
20  about this case.
21       A.   Only to the extent of understanding
22  what's documented in the user's manual that
23  becomes a road map for users of these general
24  purpose flow analyses tools, such as SEEP/W
25  that was used in our analysis.  So I'm familiar

1   with the contents of those manuals.  I don't
2   perform the calculations personally, but
3   Dr. Cobos-Roa -- pardon me, to be Dr. Cobos-Roa
4   and I would be discussing analyses.
5        At that point, we would decide on how
6   to approach the analyses, and then he would do
7   the input, the processing and the output, bring
8   that back to me for verification.  That's where
9   my hand calculations become important, to make
10  sure the computer is not telling fibs.  Once we
11  got closure on that, we go to the next problem.
12  So it's done interactively.
13       Q.   Was Mr. Cobos-Roa paid for any of his
14  work in this case?
15       A.   Yes.
16       Q.   How much?
17       A.   I have no idea.
18       Q.   By whom was he paid?
19       A.   By the, um -- legal teams that we were
20  representing.  He was paid directly by those
21  teams.  I had no influence or effect on his
22  payment.
23       Q.   So he had a separate contract with the
24  lawyers, is that it?
25       A.   That's correct.

1        Q.   When was he paid?  You don't know how
2   much, but when?
3        A.   I don't know that either.
4        Q.   Do you know what his rate of pay was?
5        A.   No.
6        Q.   Was Mr. Cobos-Roa employed at the time
7   that he was working on this case?  Was he
8   employed as a graduate research assistant at UC
9   Berkeley?
10       A.   To my knowledge, yes.
11       Q.   Was he also employed as a graduate
12  teaching assistant at UC Berkeley?
13       A.   I think he was.
14       Q.   Do you know what courses Mr. Cobos-Roa
15  teaches at UC Berkeley?
16       A.   Well, as a graduate student
17  instructor, you don't actually teach the
18  course, you teach the course in collaboration
19  with the course instructor.  And he's taught --
20  or served as a graduate student instructor in a
21  variety of the courses that are taught by our
22  geotechnical, geoenvironmental group in the
23  department of civil and environmental
24  engineering.
25       Q.   Can I take it from your answer you

**JOHNS, PENDLETON COURT REPORTERS**          **504 219-1993**

**ROBERT BEA**                                                              **March 27, 2012**

Page 69

```
 1    don't know the specific courses that he so
 2    taught work?
 3        A.  That's correct.
 4        Q.  And who is Xavier Vera-Grunauer?
 5        A.  He's a year ahead of Dr. Diego
 6    Cobos-Roa.  They're colleagues.  And Xavier
 7    finished his work before Diego, so they work
 8    together.  They're both participants in
 9    GeoEstudios.
10        Q.  Does Xavier Vera-Grunauer have any
11    professional licenses in the United States?
12        A.  To my knowledge, no.
13        Q.  To your knowledge, is Xavier
14    Vera-Grunauer a United States citizen?
15        A.  I don't think so.
16        Q.  Do you know if Xavier Vera-Grunauer
17    was paid for his work in this case?
18        A.  Yes.  Oh, pardon me.  I don't know.
19            (Brief recess.)
20    EXAMINATION BY MR. TREEBY:
21        Q.  Dr. Bea, were you Xavier
22    Vera-Grunauer 's adviser at UC Berkeley?
23        A.  I advised him.  I was not his chief
24    advisor.
25        Q.  What if any role did you have in
```

Page 70

```
 1    determining whether Dr. Vera-Grunauer was
 2    awarded a doctorate from UC Berkeley?
 3        A.  A review role of parts of the research
 4    he performed.
 5        Q.  What was his research thesis?
 6        A.  He was dealing with interaction of
 7    soil structures on specifically things
 8    associated with the Independent Levee
 9    Investigation Team work here following
10    Hurricane Katrina.
11        Q.  I take it from that that he did
12    perform work for you while he was a doctoral
13    candidate.
14        A.  That's correct.
15        Q.  Do you know whether he taught classes
16    at UC Berkeley while he was a doctoral
17    candidate?
18        A.  I believe he did.
19        Q.  Do you know what courses he taught?
20        A.  No, I do not.
21        Q.  What is GeoEstudios S.A.?
22        A.  It's a geotechnical engineering
23    consulting firm.
24        Q.  Is that firm licensed to perform work
25    in the United States?
```

Page 71

```
 1        A.  I do not know.
 2        Q.  What if any work did GeoEstudios S.A.
 3    perform on this case?
 4        A.  Well, both Dr. Grunauer and
 5    Mr. Cobos-Roa are members of GeoEstudios and
 6    both have participated in this work.
 7        Q.  Do you know how much GeoEstudios was
 8    paid for work in this case?
 9        A.  No, I don't.
10        Q.  Do you know if it has a contract with
11    any of the attorneys in this case?
12        A.  I do not know any of the contractual
13    arrangements between Mr. Cobos-Roa and
14    Dr. Grunauer.
15        Q.  You said that earlier, but I'm asking
16    about GeoEstudios S.A., that entity.
17        A.  I don't know.
18        Q.  Was there any particular reason you
19    selected GeoEstudios S.A. over any other firm
20    to perform work in this case?
21        A.  Yes.
22        Q.  What is it?
23        A.  They're uniquely qualified by the
24    experience, knowledge and training of
25    Dr. Grunauer and Mr. Cobos-Roa.
```

Page 72

```
 1        Q.  The word unique that you use in your
 2    answer, is that because of their experience
 3    with you down here following Hurricane Katrina?
 4        A.  That's correct.
 5        Q.  I'm showing you two separate analyses
 6    that you cite as references in your report done
 7    by GeoEstudios S.A. on October 28, 2011 and on
 8    January 9th, 2012.  We're going to mark them in
 9    globo as Bea Exhibit number 2.  (Tendering.)
10            GeoEstudios utilized the software
11    SEEP/W owned by GEO-SLOPE International, a
12    Canadian company, to do the flow analyses you
13    used in this case; did you know that?
14            (Bea Exhibit 2 was marked for
15    identification and is attached hereto.)
16        A.  Yes.
17    EXAMINATION BY MR. TREEBY:
18        Q.  Do you have a license from GEO-SLOPE
19    International to use that software?
20        A.  No.
21        Q.  Does UC Berkeley have a license to use
22    that software?
23        A.  Yes.
24        Q.  What kind of license does UC Berkeley
25    have to use that software?
```

**JOHNS, PENDLETON COURT REPORTERS**                           **504 219-1993**

**ROBERT BEA**                                                **March 27, 2012**

Page 73

```
 1       A.  I do not know.
 2       Q.  What do you know about their UC
 3  Berkeley license to use that software?
 4       A.  I know nothing.
 5       Q.  Who would know the answer to that
 6  question?
 7       A.  Um -- Mr. Noah Biel.  The next
 8  individuals would be Dr. Juan Pestana, Dr. Jon
 9  Bray.
10       Q.  Do you know whether or not GeoEstudios
11  utilized the UC Berkeley license from GEO-SLOPE
12  International in this case?
13       A.  No, I don't.
14       Q.  You don't know whether or not?
15       A.  That's correct.
16       Q.  Are you aware that GEO-SLOPE
17  International calls it's entire suite of
18  software which includes SEEP/W and SEEP/3D by
19  the name GeoStudio?
20       A.  No.
21       Q.  You didn't know that?
22       A.  No.
23       Q.  Do you know whether or not go 0 he's
24  you had the KWROS S.A.--
25       A.  I need to correct the record.  It just
```

Page 74

```
 1  came into my head.  I do know that that's the
 2  name of that entire package.
 3       Q.  Okay.  Does GeoEstudios S.S.,
 4  Vera-Grunauer 's company, have a license to use
 5  that software owned by GEO-SLOPE International?
 6       A.  I did not know.
 7       Q.  Do you know whether or not
 8  Dr. Vera-Grunauer has such a license?
 9       A.  I do not know.
10       Q.  Since receiving his doctorate -- when
11  did Vera-Grunauer receive his doctorate?
12       A.  Approximately a year and a half ago.
13       Q.  Since then, has he been employed by UC
14  Berkeley?
15       A.  I do not know.
16       Q.  Wouldn't you know if he was an
17  employee of UC Berkeley?
18       A.  You said employed by.  I don't know
19  the contractual relationships that would
20  potentially exist between Dr. Grunauer and
21  other faculty members in other research
22  projects.
23       Q.  I'm asking about UC Berkeley, not
24  about other professors.
25       A.  That's exactly what I'm referring to.
```

Page 75

```
 1       Q.  Would you not know if he were an
 2  employee of UC Berkeley?
 3       A.  No, I would not necessarily know.
 4       Q.  Have you ever hired GeoEstudios S.A.
 5  to perform work for you other than the work
 6  they performed that's involved in Bea Exhibit
 7  number 2?
 8       A.  To my recollection, no.
 9       Q.  During your career -- I think I know
10  the answer to that.  We'll skip that question.
11       MR. STEVENS:
12           Let the record reflect that Bill
13           knew the answer before he answered.
14       MR. TREEBY:
15           Well, I already asked the
16           question.  I'm trying not to
17           duplicate.
18       MR. STEVENS:
19           Thank you.  But I would note that
20           we're short on time and you're
21           spending a whole lot of time on other
22           business that doesn't seem to be all
23           that relevant to me.  Your call.
24       MR. TREEBY:
25           You might we surprised.
```

Page 76

```
 1       MR. STEVENS:
 2           Your time.
 3  EXAMINATION BY MR. TREEBY:
 4       Q.  Would you give us your definition of
 5  the term granular aquifer?
 6       A.  Um -- an aquifer composed of
 7  predominantly large soil particles.
 8       Q.  And by large, can you give us a range?
 9       A.  Um -- tenth of a millimeter to a
10  millimeter.
11       Q.  Did you say tenth of a millimeter?
12       A.  Correct.  Sand size particles.
13       Q.  And what is your definition of an
14  aquifer?
15       A.  A soil deposit that is capable of
16  transporting water.
17       Q.  Significant quantity of water?
18       A.  Um -- correct.
19       Q.  That would be the ASTM terminology
20  definition, would it not?  A geologic
21  formation, group of formations, or part of a
22  formation that is saturated and is capable of
23  providing a significant quantity of water.
24       A.  Correct.
25       Q.  Okay.  The addition of the word
```

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**ROBERT BEA**                                                    **March 27, 2012**

Page 77

1    granular to that phrase, would that not make it
2    clear that this formation of materials consists
3    of grains that would allow the relatively easy
4    flow of water in an aquifer?
5        A.  Not necessarily clear.
6        Q.  Not necessarily what?
7        A.  Clear.
8        Q.  Why do you mean not necessarily clear?
9        A.  Well, you can have granular deposits
10   whose grains are cemented together and so that
11   inhibits the transport of water.  Calcareous
12   granular formations are an example.
13       Q.  Would you agree with me that an
14   aquitard is a confining bed that retards but
15   does not prevent the flow of water to or from
16   an adjacent aquifer?
17       A.  That's correct.  It's frequently
18   called a leaky aquitard, for that reason.
19       Q.  Are you familiar with the ASTM soils
20   classifications ASTM guideline or Standard D
21   2487?
22       A.  No.
23       Q.  Let me show you a copy of it.
24           So you're not familiar with this ASTM
25   document?

Page 78

1           (Bea Exhibit 3 was marked for
2    identification and is attached hereto.)
3        A.  No.
4    EXAMINATION BY MR. TREEBY:
5        Q.  So you would not be able to answer us
6    whether organic clay in this soils
7    classification standard would be considered an
8    aquifer or an aquitard?
9        A.  That's correct.  I couldn't.
10       Q.  Would you consider whatever your
11   understanding of organic clay is to be an
12   aquifer or an aquitard?
13       A.  No, I don't.  Not in the context of
14   this guideline.
15       Q.  Again, let me ask a clearer question.
16   Because it didn't call for a yes or no,
17   actually, it called for a different answer.
18           Do you have an understanding of
19   organic clay?
20       A.  Yes.
21       Q.  What it is.
22       A.  Yes.
23       Q.  Okay.  With your understanding of
24   organic clay, without reference to the ASTM
25   standard, would you consider organic clay to be

Page 79

1    an aquifer?
2        A.  No.
3        Q.  Would you consider it to be an
4    aquitard?
5        A.  Yes.  It can be.
6        Q.  Were you part of the plaintiffs'
7    experts team who determined what it wanted in
8    connection with the Court's required joint
9    soils exploration work?
10           MR. STEVENS:
11               Last summer's testing program, in
12       a nutshell.
13   EXAMINATION BY MR. TREEBY:
14       Q.  The joint exploration and testing
15   program that the Court ordered us to do.
16           Were you part of the team for the
17   plaintiffs that decided on what would be
18   involved from their standpoint in that program?
19       A.  Only an observer.
20       Q.  Only an observe of what?
21       A.  What was happening.
22       Q.  Okay.  Because that joint testing
23   program required soils to be classified by the
24   third-party consultant according to ASTM D
25   2487, Exhibit 3.

Page 80

1           Did you know that?
2        A.  Um -- yes, I did know that.
3        Q.  Did you know that the soils that they
4    tested were to be classified according to that
5    standard?
6        A.  Yes.
7        Q.  But you're not, yourself, familiar
8    with this standard.
9        A.  That's correct.
10       Q.  Who, if anyone that you know of, was
11   responsible on the plaintiffs' experts team for
12   determining that this ASTM standard is what is
13   used should be the classified soil?
14       A.  As far as I know, Dr. David Rogers,
15   Mr. Kevin Pope and Dr. Rune Storesund were the
16   three key individuals representing the
17   plaintiffs in the summer testing program
18   performed at the Lower Ninth Ward.
19       Q.  Did you know that the plaintiffs
20   decided not to ask for -- did not participate
21   in or pay for many of the laboratory tests that
22   were requested by the defendants?
23       A.  I did know, yes.
24       Q.  Did you participate in making the
25   decision with the plaintiffs' experts that that

**JOHNS, PENDLETON COURT REPORTERS**                  **504 219-1993**

**ROBERT BEA**                                                      **March 27, 2012**

Page 81

1   would be the case?
2       A.  Absolutely not.
3       Q.  I would assume you know, either
4   personally or by reputation, the professional
5   qualification of the defense experts in this
6   case.  Is that correct?
7       A.  Please repeat your question.  It's not
8   clear from the transcript what the question
9   was.
10      Q.  Okay.  Do you know, either personally
11  or by reputation, the professional
12  qualifications of the defendants' experts in
13  this case?
14      A.  In general, yes.
15      Q.  Okay.  Do you respect the professional
16  qualifications of the defendants' experts in
17  this case?
18      A.  Yes.
19      Q.  And I was going to ask you, but I
20  won't, if there were any exceptions to your
21  respect, but you said it so soundly that I
22  won't do it.  I was going to call for names.
23  But --
24      A.  Some are sitting around this table.
25  They're individuals with recognized, um --

Page 82

1   excellent qualifications.
2       Q.  Have you read, by any chance,
3   Dr. Rogers' deposition in this case?
4       A.  Um -- only superficially.  It was
5   coming in with a large avalanche of
6   information, and I did not spend significant
7   time with it.
8       Q.  Have you looked at the Fugro soils
9   investigation final report?
10      A.  Yes.
11      Q.  For what purpose did you look at it?
12      A.  Information.
13      Q.  Are you aware of the fact that the
14  Fugro soils investigation final report showed
15  that there were no peats in the soils that were
16  tested?
17      A.  That's an interesting point that we
18  are continuing to discuss, which is a
19  difference between the classification given to
20  soils in the field and those given in the final
21  report.
22      Q.  From reading -- you indicated that you
23  did read, I believe, the protocol under which
24  the joint soils investigation and testing
25  program was set forth.

Page 83

1       A.  Correct.
2       Q.  Then you would know, would you not,
3   that it was Fugro 's obligation to follow ASTM
4   D 2487 --
5       A.  Correct.
6       Q.  -- in making their final report?
7       A.  Correct.
8       Q.  Okay.  Are you familiar with the
9   minimum control line that the Corps had
10  previously established for excavations in the
11  East Bank Industrial Area prior to the
12  beginning of Washington Group International 's
13  remediation work?
14      A.  I believe I am.
15      Q.  You would agree, would you not, that
16  the establishment of such a control line was
17  the responsibility of the United States Army
18  Corps of Engineers and not the responsibility
19  of Washington group?
20      A.  To my knowledge, that's correct.
21      Q.  What do you understand the minimum
22  control line that was determined by the United
23  States Army Corps of Engineers for the levees
24  and floodwalls in the East Bank Industrial Area
25  to be?

Page 84

1       A.  My understanding is that control line
2   was intended to be a line for alert to the work
3   being done concerning potential endangerment
4   directly to the flood control -- pardon me --
5   the flood protection system for the Lower Ninth
6   Ward.
7       Q.  And do you know how that line was
8   specifically defined by the U.S. Army Corps of
9   Engineers in connection with the East Bank
10  Industrial Area?
11      A.  No, I don't.
12      Q.  You don't know where it was located?
13      A.  Well, I don't know how they define
14  that line.  I have not had access to any
15  documentation that presented the logic for that
16  line.
17      Q.  Well, do you know what the line was
18  that they established?
19      A.  It was, to my knowledge, associated
20  with the location of Surekote Road in the area
21  adjacent to the toe of the levee that was
22  constructed.
23      Q.  Did you understand that it was from
24  the toe of the levee at a slope down into the
25  subterranean soils?

**JOHNS, PENDLETON COURT REPORTERS**                        **504 219-1993**

**ROBERT BEA**                                                      **March 27, 2012**

1      A.  Yes.
2      Q.  Okay.  And on a 3:1?  Or 1:3, I should
3  say?
4      A.  I don't recall the slope.
5      Q.  Okay.  You used a reference datum
6  throughout your report, in many locations in
7  your report, of NAVD88.
8      A.  Yes, sir.
9      Q.  Do you recall that?
10     A.  Yes.
11     Q.  When you used NAVD88 in your report,
12  what did you intend?
13     A.  To give a sensible, globally
14  applicable datum to reference elevations.
15         Since the start of the work here,
16  we've had extensive difficulty in
17  communications amongst the people, individuals
18  involved, what elevation datum are we
19  referencing?  So at the advice of people who
20  have that expertise, I've adopted NAVD88 as the
21  elevation I refer to as we're talking about
22  elevations.
23     Q.  In your answer, you said at the advice
24  of people who have that expertise.
25     A.  Yes.

1      Q.  Who are you talking about?
2      A.  For example, Mr. Chad Morris.  For
3  example, surveyors whose names I can't recall,
4  but they're located here in New Orleans that
5  work for the U.S. Army Corps of Engineers.
6  They were involved engaged in the work done
7  here during the Interagency Performance
8  Evaluation Task Force studies to help us make
9  sense of the variety of reference datums.
10     Q.  Do you remember the name of these
11  surveyors?
12     A.  No.  I wish I did.
13     Q.  Okay.  I'm going to hand you a
14  document we're marking Bea Exhibit number 4.
15  (Tendering.)  And this is the Geodetic Vertical
16  and Water Level Datum Assessment Report number
17  2 by a man named Jim Garster of the United
18  States Army Corps of Engineers.  And it
19  provides the various datum references and
20  corresponding differences these datum
21  references mean.
22         Have you ever looked at this report?
23         (Bea Exhibit 4 was marked for
24  identification and is attached hereto.)
25     A.  I've not seen this document prior to

1  this time.
2      EXAMINATION BY MR. TREEBY:
3      Q.  Okay.  This chart was taken from --
4  and I can give you -- I won't read it into the
5  record, but I'll be happy to give it to
6  counsel.  Websites read into the record are
7  sometimes very confusing.  I'll be happy to
8  give it to you.
9          MR. STEVENS:
10             What is the date of this?
11         MR. TREEBY:
12             This chart was retrieved from a
13  website on which it is maintained on
14  March 22nd, 2012.  But that's just
15  when we retrieved it.  It's been in
16  existence for a while, but you can
17  determine that by going on the website
18  which I'll be happy to give you the
19  address of.
20         MR. BRUNO:
21             But unfortunately, the government
22  has a nasty habit of changing the
23  website, particularly the IPET
24  website.
25         MR. TREEBY:

1              You can deal with that anytime
2  you want, Joe.  Let's continue and not
3  waste our time.
4          MR. BRUNO:
5              I'm not wasting time.  I saying,
6  do we have any knowledge as to whether
7  this is the same one they put on the
8  original website, because they change
9  the documents all the time.
10         MR. TREEBY:
11             Okay.
12  EXAMINATION BY MR. TREEBY:
13     Q.  If you would look at the last page,
14  which is referenced as Slide 19, it provides an
15  elevation in feet.  And this happens to be, on
16  that website, with regard to the Inner Harbor
17  Navigational Canal East Levee Floodwall Capping
18  in 1970.  And it's -- because you have to --
19  when you're doing the reference datums, you
20  have to know where your point is that you want
21  to use a reference datum.
22     A.  Yes, sir.
23     Q.  And there are periodic adjustments,
24  and there are benchmarks, and it's not an easy
25  topic.  You would agree with me.

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**ROBERT BEA**                                                      **March 27, 2012**

Page 89

1      A.   Amen.
2      Q.   Okay.  And there is an elevation in
3   feet at the left column, there's a datum
4   designation in the middle column, and an
5   adjustment that must be made in the right-hand
6   column.  Or that should be made.
7           Now, if you will look on this, under
8   the datum reference, there is something called
9   NAVD -- there are two things called just
10  NAVD88.  Do you see that?
11     A.   Yes, sir.
12     Q.   One is dated 14 February 1994 -- and I
13  just hate engineers who put the day of the
14  month first, but -- I don't hate them, but I
15  hate that system.  But it is what it is.
16     A.   I know.
17     Q.   I call that February 14th, 1994.
18     A.   The Australians do that, too.
19     Q.   And December 1996.  There are two
20  different NAVD88s.
21     A.   Yes, sir.
22     Q.   Do you have any idea which of those
23  two you meant when you used NAVD 88?
24     A.   I believe it's neither of the two.  I
25  believe it's NAVD88(2004.65).

Page 90

1      Q.   You believe that.
2      A.   Yes.
3      Q.   NAVD88(2004.65.)
4      A.   I believe that's the correct date
5   we've been using.
6      Q.   Okay.  We will walk through that.
7   That was actually my next question.  Because
8   there is a difference you can see, at least on
9   this chart, between NAVD88 and NAVD88(2004.65).
10          Is that right?
11     A.   That's correct.
12     Q.   Were you aware of those differences
13  when you wrote your report in this case?
14     A.   Yes.
15     Q.   Were those differences taken into
16  account in your various references to NAVD88 in
17  your report in this case?
18     A.   I believe so, yes.
19     Q.   So would it be fair for me to conclude
20  that as best you can tell right now, when you
21  used NAVD88 you meant NAVD88(2004.65) in your
22  report?
23     A.   To the best of my recollection, yes.
24     Q.   On Table 1, Page 22 of your report, if
25  you would look there -- and we're going to be

Page 91

1   in your report for a while, so keep that in
2   front of you.  Bea Exhibit number 1, Table 1,
3   Page 22.  You reference a surge height
4   elevation there in NAVD88.
5      A.   (2004.65).  Correct.
6      Q.   You say correct.  You don't say
7   (2004.65); right?
8      A.   Well, the elevations are in reference
9   to Figures 2 and 3.  And they're shown on Page
10  21.  And the reference for those elevations is
11  NAVD88(2004.65).
12     Q.   So, but, on this table at
13  least, meaning Table 1, Page 22, in the second
14  column, where you have surge height in feet,
15  you, using NAVD88, were using that
16  interchangeably with NAVD88(2004.65).
17     A.   Correct.
18     Q.   All right.  And that's -- I assume you
19  know that when IPET references storm surge
20  elevations they reference them in
21  NAVD88(2004.65).  Right?
22     A.   And that's the original source of the
23  two figures shown on Page 21.  And that became
24  the base of reference for Table 1, Page 22.
25     Q.   Okay.  You also reference NAVD88 in

Page 92

1   Paragraph 38 on Page 35 of your report; is that
2   correct?
3      A.   Page?
4      Q.   Page 35, Paragraph 38.  You see that?
5      A.   Would you read the reference?
6      Q.   If you look in Paragraph 38, from the
7   bottom, up two lines, you have a -4 feet
8   NAVD88, in the prior line you have -10 feet to
9   -12 feet NAVD88.
10     A.   Yes, sir.
11     Q.   You, am I correct in making the
12  assumption that you intended by that reference
13  to mean NAVD88(2004.65)?
14     A.   Yes, sir.
15     Q.   Also on Paragraph 39, on Page 36, next
16  page, you have a similar reference.
17          Would the same be true?
18     A.   Correct.  I did -- well, I could make
19  sure we -- or I consistently reference the same
20  NAVD88 datum.
21     Q.   Was that reference datum converted
22  from the reference datum used on the design
23  drawings for that project from which you got
24  elevations?
25     A.   Well, first, I didn't derive those

**JOHNS, PENDLETON COURT REPORTERS**              **504 219-1993**

**ROBERT BEA**                                                  **March 27, 2012**

1    elevations.  This was work done by Chad Morris
2    to give us this consistent base of reference.
3        Q.  Okay.  Explain that process to me.
4            In your report, when you used
5    elevations that came from a source that was not
6    NAVD88(2004.65), are you saying Chad Morris
7    made all those conversions?
8        A.  He did all the important conversions
9    that penetrated all of the work that I've done
10   here.
11       Q.  So how did the process work?  Did you
12   send him a draft report with references to the
13   source of the elevation and he then did the
14   conversion?
15       A.  Usually, it was not done in that
16   manner.  We would ask about specific things
17   that we needed elevation references to.  So it
18   was, tell me what this is, or give me the
19   background that has been used there.  And then
20   it came to me, and then it got to the report.
21       Q.  So if there was a mistake in the
22   conversion or a failure to convert properly,
23   that's not yours, that's Chad Morris'?
24       A.  Correct.
25       Q.  Did you check his conversions?

1        A.  To the best of my ability, yes.
2        Q.  We'll continue.  You reference NAVD88
3    in Paragraph 54, Page 54 of your report.  And
4    here you're talking about, if I can find it --
5        MR. STEVENS:
6            Third line up from the bottom?
7        MR. TREEBY:
8            Yes.  Fourth line up from the
9        bottom.  Yes, it is.
10       MR. STEVENS:
11           Third whole line.
12   EXAMINATION BY MR. TREEBY:
13       Q.  And you state there, both of those --
14   and also, let's deal with two at once, look at
15   that one, and look at the one in the next page
16   which is Paragraph 55, where there is an NAVD88
17   reference, in the fourth line of Paragraph 55.
18           Both of those references relate to
19   water elevations in the East Bank Industrial
20   Area and elevations of what you called the
21   swamp-marsh deposits in the East Bank
22   Industrial Area.  Isn't that right?
23       A.  Correct.
24       Q.  And what was the source of those
25   elevation references?

1        A.  Um -- to the best of my recollection,
2    the source was the documentation provided by
3    the Department of Justice from the U.S. Army
4    Corps of Engineers office here as to the
5    elevations of those piezometers.
6        Q.  And did that source use the same
7    reference datum that you have said you intended
8    the use, NAVD88(2004.65), or did it use another
9    datum reference, originally?
10       A.  I don't know the answer.
11       Q.  Do you know if this is one of those
12   instances?  And I take it you would not know
13   whether this is one of those instances in which
14   you asked Mr. Morris to make a conversion.
15       A.  Oh.  I did not ask Chad Morris to make
16   a conversion for these NAVD88s.
17       Q.  How can we tell when you did or did
18   not ask for a conversion?
19       A.  Generally, by dates and by specific
20   things in those dates.  Chad was actively
21   engaged, um -- in this work up through 2009-10.
22   The piezometers PZ-3 and 6 became available to
23   me in a production from the Department of
24   Justice following that time, and I relied on
25   their definition of NAVD88 to reference these

1    piezometers.
2        Q.  Okay.  Is it your testimony that the
3    Corps of Engineers told you that the elevations
4    that provided these elevations were being
5    stated in NAVD88(2004.65)?  Is that your
6    testimony?
7        A.  No, that's not my testimony.  We could
8    consult the documentation provided by the
9    Department of Justice, and there's where the
10   definition of the piezometer references were
11   given.  They were given in NAVD88, but I don't
12   know which of the three NAVD88s are referenced
13   in this case.
14       Q.  Actually, there are more than three,
15   if you look at that chart there.  If you want
16   to just use the first letters and numbers --
17       A.  I never could do.
18       Q.  Actually, there are only three here.
19           But are you aware of any other NAVD88
20   parenthesis some other year and dot?
21       A.  Yes.
22       Q.  Okay.  So I'm trying to understand.
23           Are you saying that the Corps of
24   Engineers told you this was NAVD88(2004.65)?
25       A.  I'm not saying that.  I'm saying that

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**ROBERT BEA**                                                    **March 27, 2012**

1   in documentation produced was reference NAVD88.
2   I don't know which of the three was referenced
3   in that documentation. The Corps of Engineers
4   here has never, in this context, told me
5   anything.
6       Q.  Okay.  So I guess what that would say,
7   then, is you're not sure that, in fact, the
8   elevations given there are, in fact, at
9   NAVD88(2004.65).
10      A.  Correct.
11      Q.  And you would agree that if they're
12  not, then the elevations are probably not
13  correct.
14      A.  Correct.
15      Q.  Now, on your Table 1, Page 60, this is
16  a table, is it not, that you took from -- you
17  have summarized, rather, from Washington Group
18  International 's August 2005 groundwater
19  characterization report?
20      A.  Correct.
21      Q.  In that Table 1, Page 60, you apply a
22  .5-foot adjustment to the datum without
23  referencing why or on what basis you are making
24  that adjustment.
25          What was the basis and reason for that

1   adjustment?
2       A.  I don't recall.
3       Q.  Is that something you would have done,
4   or somebody working for you would have done?
5       A.  I don't recall.
6       Q.  Is there anything you could refer to
7   that would refresh your recollection?
8       A.  Well, I'd have to go back to the
9   referenced WGI report, then track how that
10  adjustment was put in, to then determine the
11  source.
12      Q.  Okay.  I'm going to mark the next
13  exhibit as Bea Exhibit number 5. (Tendering.)
14          (Bea Exhibit 5 was marked for
15  identification and is attached hereto.)
16  EXAMINATION BY MR. TREEBY:
17      Q.  Okay.  The blowup is actually a blowup
18  of a page in this report.  And if you look at
19  the Bates numbers at the bottom of the pages of
20  the report --
21      A.  Yes, sir.
22      Q.  -- the last four digits are 2536.
23          MR. STEVENS:
24              You want to just call it 5A, the
25          blow up?

1           MR. TREEBY:
2               We can mark it 5A.  We will mark
3           the blowup map 5A.
4           (Bea Exhibit 5A was marked for
5   identification and is attached hereto.)
6   EXAMINATION BY MR. TREEBY:
7       Q.  Did you find that Bates number?
8       A.  Yes, sir.
9       Q.  Okay.  And we're going to -- let us
10  mark that map so that we have it properly
11  marked and we'll give it back to you.
12          I will tell you, and just to save some
13  time, on the legend, and this was a Wink,
14  Incorporated map of survey, East Bank
15  Industrial Area that was done in connection
16  with this groundwater -- whatever the name of
17  the report was, that was based on NGVD.
18          That's a whole different reference,
19  isn't it?
20      A.  Yes.  It is.
21      Q.  If you will confirm that by looking on
22  the right-hand side, right under the table that
23  shows monitor wells, there's a note, Elevations
24  are based on NGS monument pump having an
25  elevation of 14.82 feet NGVD.  Is that right?

1       A.  I don't know where --
2       Q.  Right above the engineer's stamp.
3       A.  Which document?  This one?
4       Q.  That document, yes.  It's the same on
5   both.  One is blown up.
6       A.  Now I'm with you.
7       Q.  Okay?
8       A.  Yep.
9       Q.  Do you see that note?
10      A.  Elevations are based on NGS monument
11  pump having an elevation of 14.82 feet NGVD.
12      Q.  So that's a different reference datum
13  than any NAVD88, right?
14      A.  That's correct.
15      Q.  You made an adjustment.  Do you know
16  if that's a correct adjustment from NGVD to
17  NAVD88 of any kind?
18      A.  I think it is, but --
19      Q.  Did you do it?
20      A.  No.  I did not.
21      Q.  And you don't remember who did.
22      A.  That's correct.
23      Q.  In your Paragraph 90, on Page 81 of
24  your report?
25      A.  On which page?

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**ROBERT BEA**                                                **March 27, 2012**

Page 101

1    Q.  Page 81, Paragraph 90.
2    A.  Thank you.
3    Q.  Are you there?
4    A.  Yes, sir.
5    Q.  Okay.  You reference a surge water
6    elevation; is that correct?
7    A.  That's correct.
8    Q.  And you reference, and you say that
9    it -- that Figure 47 -- let me read the whole
10   thing.  As summarized in Figures 45 through 48,
11   the Case 1-1, Figure 45, and Case 2-1, Figure
12   46, hydraulic conductivity analyses result in
13   vertical hydraulic gradients between .7 and .8,
14   between 3:00 and 6:00 a.m. CDT on August 29,
15   2005, Figure 47, corresponding to a canal surge
16   water elevation between +8 and +10 feet NAVD88.
17   A.  Correct.
18   Q.  Okay.  You don't reference a source.
19       What reference datum -- well, first,
20   what is the source for that?
21   A.  In all cases where we reference water
22   elevation in the Inner Harbor Navigation Canal,
23   we're referencing the NAVD88(2004.64).
24       MR. STEVENS:
25           It's 2004.65.

Page 102

1        MR. TREEBY:
2            Right.  I understand.
3    EXAMINATION BY MR. TREEBY:
4    Q.  I understand the confusion with my
5    question, so let me try to clarify my question.
6        When you came up with an elevation,
7    you had to have a source document that gave you
8    that elevation.
9    A.  That's correct.
10   Q.  What was that source document for
11   surge water elevations that you used in
12   Paragraph 90?
13   A.  The figure that we were looking at
14   previously was our baseline reference for all
15   of the surge elevations, that's Figure 2,
16   Page 21, reference to the U.S. Army Corps of
17   Engineers Interagency Performance Evaluation
18   Task Force, 2007.
19   Q.  So would the same be true in your
20   Figure 51 on Page 85 of your report?
21   A.  Yes, sir.
22   Q.  So you're saying the source document
23   for that was Figure 2?
24   A.  And the digital table that accompanied
25   Figure 2.  And I believe we produced that

Page 103

1    digital table in a request either from you or
2    the Department of Justice.  Mr. Thomas Sims
3    provided that table.
4    Q.  On your Figure 61, on Page 93 --
5    A.  I don't have a Figure 61 -- well, I do
6    have a Figure 61 on Page 93.  And all of these
7    references are to NAVD88.  And this is
8    consistently going back to the source I cited.
9    Q.  So NAVD88, again there, for you, meant
10   NAVD88(2004.65).
11   A.  Yes, sir.  Thank you.
12   Q.  And your Figure 72, on Page 102, would
13   the same be true?
14   A.  Yes.
15   Q.  On Figure 74, Page 103 --
16   A.  Yes.
17   Q.  -- the same would be true?
18   A.  Correct.
19   Q.  Okay.  And Paragraph 121 on Page 114,
20   what was the source of that elevation?  It
21   says, an elevation of the sheet piling tip
22   depth in the bottom of a scour trench.
23   A.  The source of Figure 87 is the
24   Interagency Performance Evaluation Task Force
25   report of 2007.

Page 104

1    Q.  And that was stated in
2    NAVD88(2004.65)?
3    A.  I don't recall if it was the .65
4    reference or NAVD88, and I can't remember the
5    date of that one either.  But I'm sure a study
6    of the reference document could tell us which
7    one it was.
8    Q.  Then a conversion would have been
9    required, is that correct?
10   A.  That's correct.
11   Q.  And who would have made that
12   conversion?
13   A.  Well, my recollection is I used the
14   NAVD88 reference supplied by IPET.  I made no
15   adjustments.
16   Q.  Okay.  Would the same be true for your
17   use of NAVD88 in the very next paragraph?
18   Paragraph 122.
19   A.  That's correct.
20   Q.  Are you saying the source there was
21   the same?
22   A.  Correct.
23   Q.  That IPET said that the so-called
24   swamp-marsh deposits were not present above an
25   elevation of -60 feet?

26 (Pages 101 to 104)

**ROBERT BEA**                                                    **March 27, 2012**

Page 105

1    A.  The Corps provided GINT logs as their
2  known, we geo-referenced them and tied the
3  reference of their GINT log, which has
4  specified NAVD88, and that's how those figures
5  came to be.
6    Q.  So you don't know which NAVD88 this is
7  either.
8    A.  I don't recall.  But we can determine
9  it by going to the IPET source.
10   Q.  Did you make any -- do you recall
11 making any adjustment?
12   A.  No.
13   Q.  Look at Paragraph 135 on Page 127 of
14 your report.  You reference surge elevations.
15     Is that based on the source being
16 Figure 2 in this report?
17   A.  That's correct.
18   Q.  Would the same be true of the
19 reference in Paragraph 136, Paragraph 136 on
20 the same page?
21   A.  That's correct.
22   Q.  Look at Paragraph 140 on Page -- well,
23 it straddles Pages 129-130, and it's talking
24 about depths of excavations.  And you have
25 depth of -- well, let me just read it.  The

Page 106

1  beginning of that paragraph says, The effects
2  of the EBIA site remediation activities clearly
3  extended well below the specified soil
4  excavation levels that were originally
5  specified.  Removal of barges, piles,
6  underground storage tanks and underground
7  utilities, parens, e.g., sewer, water, gas
8  lies, close parens, reached and substantially
9  exceeded elevations of -10 feet to -25 feet
10 NAVD88.
11     What is your source for that
12 elevation?
13   A.  That source is contained in the report
14 Chad Morris and I jointly authored.  The date I
15 recall is 2008.
16   Q.  In 2008 -- you say the source was
17 something that you and Chad Morris -- some work
18 that was done?
19   A.  Yes.  We reported, at that time, based
20 on the information we had been able to obtain,
21 what the reference elevations were.  And my
22 recollection says these figures came from that
23 report that we jointly authored.  It's an
24 appendix to one of my expert reports.
25   Q.  Okay.  Did you do a survey at that

Page 107

1  time?
2    A.  No.
3    Q.  Where did you get the -10 to -25?
4  What is the source of that?  I know you did a
5  report, but where did that report source --
6  what was the source of the elevation data in
7  that report?
8    A.  First, I have to apologize for having
9  interrupted you.
10     It was Chad Morris.  Chad was our
11 constant source, in that time period, in fact
12 from the start, for making sense of elevations.
13 And our agreement was we would choose the
14 NAVD88 reference that we previously discussed,
15 and that's where this would come from.
16   Q.  Do you know what Chad Morris' source
17 was for any elevation of depths of excavations?
18   A.  Well, he was using the same documents
19 that I had been provided with concerning the
20 EBIA site clearance operations, a large number
21 of them.  I don't know the specific source or
22 sources, But that he used to identify that
23 range.
24   Q.  So if you don't know the specific
25 source, you don't know what the original

Page 108

1  reference datum was.  Is that correct?
2    A.  That's correct.
3     (Lunch break.)
4  EXAMINATION BY MR. TREEBY:
5    Q.  Dr. Bea, let me ask you something I
6  failed to ask you before.
7     When Mr. Cobos-Roa was doing the
8  electronic digital flow analyses in this case,
9  did you supervise him?
10   A.  Yes.
11   Q.  So you supervised his work?
12   A.  Yes.
13   Q.  And did you -- is the same true for
14 Grunauer?
15   A.  Yes.
16   Q.  And you said something about Rune
17 Storesund.  Did he do electronic digital work
18 in this case?  I haven't seen any reports by
19 him in your reference material.
20   A.  Not seepage or hydraulic conductivity.
21 But he's done analysis to support this case.
22   Q.  What analysis did he do to support
23 your report in those case, if any?
24   A.  Well, it's noted in the authorship, I
25 think, Appendix B.  If it isn't, it's an

27 (Pages 105 to 108)

**ROBERT BEA**                                                    **March 27, 2012**

Page 109

1    omission on my part.
2        Q.  Would you please look at Appendix B of
3    Exhibit 1 and tell me what you're talking
4    about?
5        A.  Yes, sir.  He's the third author.
6        Q.  In the reference list?
7        A.  No.  Appendix B.  He's the third
8    author of Appendix B.
9        Q.  I see.  Well, what specifically did he
10   do to deserve to be mentioned as the third
11   author of Appendix B?
12       A.  Well, he was a principal contributor
13   to the work I identified as a deductive
14   analysis of the available information to
15   characterize the soil, floodwall conditions at
16   the location of the north breach and south
17   breach, and that's been identified generically
18   as Case 2 conditions.
19       Q.  Did he provide any inputs to Diego
20   Cobos-Roa for the electronic digital flow
21   analyses?
22       A.  He assisted Dr. David Rogers in input
23   characterizations for the horizontal hydraulic
24   conductivities associated with the various soil
25   deposits at the Lower Ninth Ward.

Page 110

1        Q.  Any other inputs other than hydraulic
2    conductivities that Rune Storesund gave to
3    Diego Cobos-Roa in running the electronic
4    digital flow analyses?
5        A.  Well, the information in Appendix B
6    that characterizes the Case 2 cross-sections
7    came principally through Rune Storesund and
8    Dr. David Rogers.
9        Q.  Did you supervise Xavier Vera-Grunauer
10   in his electronic digital analysis that you
11   reference in your report?
12       A.  You'd have to be more specific on the
13   digital analyses.  Dr. Grunauer performed
14   digital analyses of these breaches starting in
15   late 2005.  And that was during the Independent
16   Levee Investigation Team.  As we moved from
17   Phase I to Phase II, he continued doing that
18   work.  He was being co-supervised by Juan
19   Pestana, Dr. Seed, Dr. Jon Bray, myself, as we
20   moved into the litigation phase, that then
21   falls to my responsibility for his direction.
22       Q.  So you would have supervised him for
23   his work in this case.
24       A.  That's correct.
25       Q.  This case.  The case that we're here

Page 111

1    on.
2        A.  Yes.
3        Q.  Now, were you able to do the homework
4    that I gave you during lunch?
5        A.  No, sir.  But I'll attempt to do it
6    tonight, just don't lower my grade.
7        Q.  I would not do that.
8           MR. TREEBY:
9               And counsel, he's volunteered, so
10          you can't object.  Right?
11          MR. STEVENS:
12              I can object.  But if he's
13          volunteered to do it on his time
14          tonight --
15          THE WITNESS:
16              I said I would try.
17          MR. STEVENS:
18              Oh, try.  It's not fair.
19   EXAMINATION BY MR. TREEBY:
20       Q.  When we broke for lunch, I was having
21   you look through your report at the various
22   NAVD88 references.  And I'm almost finished
23   with that, but I want to ask you a couple more
24   questions.
25          We started talking about your depth of

Page 112

1    excavations, and I believe you have -- just to
2    pick back up from where we left back off --
3        A.  Thank you.
4        Q.  -- you, I believe, indicated you did
5    not know what Chad Morris' source was for the
6    depth of excavations that he gave you.  You
7    know what the reference datum that he said he
8    was using, but you don't know what the source
9    was.
10       A.  Well, I know, in general, at the time
11   we were doing that work we worked with three
12   principal sources of information:  One was
13   sequential aerial photography; the second was
14   ground photography; and the third were the
15   records that WGI provided in boxes.  And that
16   was the third principal source used at that
17   time.
18       Q.  Well, I probably -- I'll just read my
19   question and your answer, and that's where
20   we'll pick up.  I said, so if you don't know
21   the specific source, you don't know what the
22   original reference, you would not know what the
23   original reference datum was, is that correct?
24   And you said that's correct.
25       A.  That's correct.

28 (Pages 109 to 112)

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**ROBERT BEA**                                          **March 27, 2012**

Page 113

```
 1    Q.  Okay.
 2        MR. STEVENS:
 3            And for point of clarity, if you
 4        want to know what Chad Morris used,
 5        you can look at Page 4 of his report,
 6        which was available to --
 7        MR. TREEBY:
 8            I'm going to ask him some
 9        questions about Chad Morris' report.
10    EXAMINATION BY MR. TREEBY:
11    Q.  Have you read Chad Morris' report?
12    A.  Which one?
13    Q.  The one he did in this case.
14    A.  Yes.
15    Q.  The expert report in the case we're
16  here for.
17    A.  Yes, sir.
18    Q.  Did you read his deposition?
19    A.  No, sir.
20    Q.  So if he said that he did not do any
21  personal reference datum conversions, that
22  would be contrary to your understanding.
23    A.  Yeah.  That's correct.  It would be
24  contrary to my understanding.
25    Q.  And I'll refer you -- and I'll just
```

Page 114

```
 1  read it to you.  And counsel probably has his
 2  deposition, but if not I'm happy to share my
 3  copy.
 4        On Page 53 of his deposition, at Line
 5  21, he was asked: Do you consider yourself an
 6  expert in converting NGVD -- measurements taken
 7  on NGVD to NAVD 1988?
 8        Answer:  I can do it, yes.
 9        Question:  Have you done that in
10  connection with your work in the EBIA case?
11        Answer:  I don't recall dealing with
12  specifics of it.  There are -- in the IPET
13  report there's a good chapter, a very good
14  explanation of the differences in datums, and
15  they have -- they looked into it extensively
16  because the Corps, in my judgment, made some --
17  I'm sure there were rationales or reasons for
18  it -- they essentially decided they would use
19  old datums and made that a policy.  The result
20  of that, in some cases, was that things weren't
21  as high as they were supposed to be because the
22  datums were outdated.  I think they learned
23  some lessons during Katrina and they looked
24  into what those decisions -- they certainly
25  were looking into what the heights were of
```

Page 115

```
 1  their floodwalls and levees after Katrina, and
 2  had to address some datum issues that had been,
 3  let's just say, put off.  And the IPET report
 4  has a detailed explanation of the differences
 5  in some of the datums and how to update older
 6  datums to the newer, more current information.
 7        Just for completeness, I read his
 8  whole answer.  But he indicated he had not done
 9  that in this case.
10    A.  Well, the difficulty is the
11  identification of that.
12        MR. STEVENS:
13            And I would like to make a
14        comment here, Bill.  Your original
15        question was --
16        MR. TREEBY:
17            Whoa, whoa, whoa.
18        MR. STEVENS:
19            I'm making an objection.  You're
20        changing questions.
21        MR. TREEBY:
22            Well, then object as to form,
23        fine.  But that's it.  We're not going
24        to have speaking objections.
25        MR. STEVENS:
```

Page 116

```
 1            Oh, you don't want clarity?
 2        Fine.  I'll be happy to not clarify.
 3        MR. TREEBY:
 4            Good.
 5        MR. STEVENS:
 6            You don't want clarity?  Fine.
 7        MR. TREEBY:
 8            Not on that.
 9        MR. STEVENS:
10            Not a problem.  Not a problem.
11        But I would note for the record
12        that your question was, What datum did
13        Mr. Morris use when he evaluated your
14        excavation depths?  Period.  And that
15        whole explanation was about something
16        else.  If you want to know, I'll tell
17        you what he used because it's on Page
18        4 of his report, which addressed
19        excavation depths.
20            I'm done.
21        MR. TREEBY:
22            Thank you.
23        MR. STEVENS:
24            I'm sorry.  I was going to say,
25        if you will indulge me, I will speak
```

**ROBERT BEA**                                                    **March 27, 2012**

Page 117

```
 1        anytime I wish.  Thank you.
 2      EXAMINATION BY MR. TREEBY:
 3        Q.  Okay.  The difference between NGVD and
 4      NAVD88(2004.65) for Washington Group
 5      International wells number 7 and 8 shown in
 6      Table 1 of your Page 60 is .8 feet, in fact.
 7      But you used a difference of .5 feet between
 8      NGVD and NAVD88.
 9            We're trying to figure out where you
10      found the way basis for that adjustment.
11        A.  And I explained to you I'd have to
12      consult the records that I have to explain that
13      figure.  I do not recall.
14        Q.  Okay.  On Pages 31, Paragraph 37 of
15      your report, and Page 32, Figure 11 --
16        A.  Could I ask for just one at a time?
17        Q.  Well, okay.  You make the same
18      statement in both pages, but here are the
19      questions, and if there's a problem, I'll
20      clarify it:  Okay?
21        A.  Thank you.
22        Q.  I don't think there will be.
23            On both Pages 31, in Paragraph 37, and
24      Page 32, Figure 11, you assert that distortions
25      of the EBIA floodwall occurred during Katrina;
```

Page 118

```
 1      is that right?
 2        A.  Yes, sir.
 3        Q.  And in talking about these distortions
 4      on those pages, are you comparing the
 5      pre-Katrina wall alignment with the
 6      post-Katrina alignment?
 7        A.  Correct.
 8        Q.  And that would mean your assumption
 9      was that the floodwall was reasonably straight
10      prior to Katrina?
11        A.  Wrong.
12        Q.  What basis do you have, then, for
13      determining that whatever bends and crooks
14      there were in the pre-Katrina floodwall were
15      not the same ones you observed when you're
16      calling it distortion?
17        A.  We dealt with that question
18      extensively in the barge case.  We had high
19      resolution photography that identified two
20      significant kinks, looking at the length of the
21      wall that preexisted Hurricane Katrina.  As I
22      looked at this photograph, I had to be sure my
23      eye was not picking up on those two definitive
24      kinks.  That's the basis.
25        Q.  Okay.  And looking at Figure 11 on
```

Page 119

```
 1      Page 32, you have two red arrows --
 2        A.  Yes.
 3        Q.  -- imposed on a post-Katrina
 4      photograph to show the location of this
 5      distortion.  Is that correct?
 6        A.  No.  I'm attempting to show the
 7      location relative to the McDonough borrow pit.
 8      That's the water here shown to the right.
 9        Q.  Okay.  The caption on Figure 11 says,
10      Floodwall between north breach and south breach
11      looking south was severely distorted during
12      Hurricane Katrina, IPET 2007.  This section of
13      the floodwall exhibited clear indications of
14      being in the early stages of development of a
15      breach.
16            And you're saying that these two
17      arrows have nothing to do with that?
18        A.  No.  The two arrows, I'm attempting to
19      draw the reader 's attention to the proximity
20      of the floodwall to the McDonough borrow pit
21      location.  The signs of deformation can be seen
22      locally in the photograph toward the bottom.
23      It is relative displacements between the panels
24      of the floodwall and, in addition, the tension
25      crack features on the flood side of the
```

Page 120

```
 1      floodwall.  So it's a general, um -- photograph
 2      available at that time to capture this set of
 3      features.
 4        Q.  Okay.  I see that those two arrows
 5      point at a place in the wall where the wall is
 6      not straight.  Is that correct?
 7        A.  That's correct.
 8        Q.  Are you saying the place in the wall
 9      that's not straight, that you have the two
10      arrows pointed to, have nothing to do with the
11      distortion you're describing in the caption?
12        A.  No.  Quite the opposite, there's
13      the -- to the south of the uppermost area is
14      the northernmost preexisting kink in the
15      floodwall.  The distortions in the floodwall
16      north of that kink are the ones I'm referring
17      to.
18        Q.  So where on the floodwall is the
19      evidence of distortion?
20        A.  Well, we could --
21        Q.  Is it shown in that photograph?
22        A.  Yes.
23        Q.  Where?
24        A.  Relative displacements of the panels
25      of the I-wall.
```

                                        30  (Pages 117 to 120)

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**ROBERT BEA**                                                          **March 27, 2012**

Page 121

1      Q.  At the bottom of the picture?
2      A.  Right here at the bottom.
3  (Indicating.)
4      Q.  Okay.
5      A.  That's one.  As you move farther
6  south, there's another relative distortion.  As
7  you move further south, the unobliterated
8  evidences of the tension crack on the flood
9  side.  As you continue south, getting to that
10  lowermost red arrow, are additional
11  out-of-alignment distortions that are
12  immediately opposite the McDonough borrow pit.
13  And then, as you move toward the upper arrow,
14  those distortions continue until you reach that
15  out-of-alignment kink that preexisted Hurricane
16  Katrina.
17      I placed those arrows on the
18  photograph myself.  It was difficult to get
19  them we'll call it with precision opposite
20  anything.
21      Q.  Go to Page 61, Paragraph -- excuse me,
22  62 of your report.
23      A.  Yes, sir.
24      Q.  And you state -- and let me find the
25  place -- in the last sentence -- no, I'm sorry,

Page 122

1  it's not the last sentence.  Let me find it.
2  Next-to-the-last sentence, third line up from
3  the end of that paragraph, you say, In
4  performing these analyses and in summarizing
5  the results herein, I am not suggesting that
6  only the backfilled excavations described in
7  the analytical cross-sections were the sole
8  contributors to the development of the north
9  breach and south breach.
10      What factors, other than the
11  backfilled excavations described in the
12  analytical cross-sections, do you contend
13  contributed to the East Bank Industrial Area
14  levee floodwall failures?
15      A.  For example, at the north breach, the
16  Surekote Road overpass.
17      Q.  Well, I want all of the contributing
18  factors that you say -- that you contend
19  contributed to the failures.
20      Is that the only one?
21      A.  Well, no.  There are others that we
22  have identified as contributors, starting at
23  the Industrial Canal bank and proceeding east
24  to adjacent to the face of the floodwall.
25      Q.  Other than excavations described in

Page 123

1  your analytical cross-sections, what other
2  factors do you contend contributed to the
3  failure of the levees and floodwalls?
4      A.  For example, the piling, some 1,000
5  pulled.  The definitive answer to the question
6  I think you're posing is in the appendix that I
7  referred to earlier that Chad Morris and myself
8  coauthored.  I think the date is 2008.  And
9  then we did additional work during this phase,
10  thanks to the information provided by the
11  defense, that then pursued written records to
12  identify other potential contributors such as
13  the Transite excavations at the area of the
14  north breach, the exploratory grid trenching
15  that was done at various locations along the
16  Lower Ninth Ward.
17      The references within my expert report
18  contain all the background information to
19  identify these multiple excavation, backfilled
20  or not, locations that we think are potential
21  contributors to the causation of the two
22  breaches.
23      Q.  I'm not limiting my question to
24  excavations.  I'm asking you if there are
25  any -- are you saying, by your last answer,

Page 124

1  that the only things that contributed to the
2  failure were excavations?
3      A.  No.
4      Q.  What else?
5      A.  Water pressure.
6      Q.  What else?
7      A.  Um -- soil conditions under the
8  floodwall; conditions on the back side of the
9  floodwall, for example, grass, dense, mowed on
10  the back side of the floodwall; the low
11  elevations along the stretch between the north
12  and south breaches of the Lower Ninth Ward.
13  Those are all contributors to the causation of
14  the breaches.
15      Q.  Anything else?  I'm trying to get an
16  exclusive list of what you say are
17  contributors to the failures of the floodwall
18  in the East Bank Industrial Area.
19      A.  We'll start with the -- or I will, to
20  get some coherence to my answer to your
21  question, I'll start at the top of the
22  floodwall.  All right?  The elevations of the
23  floodwall are an important consideration; as I
24  move down the floodwalls, those water stop
25  joints that we were looking at, those are

31 (Pages 121 to 124)

**ROBERT BEA**                                          **March 27, 2012**

Page 125

```
 1    important contributors; as I reach the top of
 2    the soil levee, I begin to engage the sheet
 3    piling that are a portion of the I-wall; as I
 4    move down in the picture, I'm passing levee
 5    construction materials, I'm passing old roads
 6    that were buried under the 1960s era levee
 7    expansion; and as I move further and further, I
 8    encounter the upper swamp layer; I encounter
 9    the marsh layer below it; and then I encounter
10    everything down to the Pleistocene sands.
11         Then I'll go to the surface and
12    configuration of the levee itself. The grass
13    cover that I cited is an important
14    consideration; the elevations of the land on
15    the protected side are another important
16    consideration; and at the north breach, the
17    joint between the 1960-69 floodwalls, I'll call
18    it, and the 1980s T-wall, is another important
19    contributor, together with the difference in
20    elevation between those walls; the Surekote
21    Road and its composition is another important
22    contributor; and then the excavation and
23    geotechnical conditions on the EBIA side are
24    another contributor; and reaching over all of
25    this is water, and that's water under the
```

Page 126

```
 1    ground and over the ground; wind loads a little
 2    bit, not much; waves generated by wind loads,
 3    some.
 4         At the south end of the south breach,
 5    the effects of the barge entering the south
 6    breach, that's another. Um -- I think that's a
 7    fairly complete list.
 8      Q.  Well, let me ask you about one that
 9    you haven't mentioned that was prominent in
10    prior reports you've made. You haven't
11    mentioned any gap or tension crack I think you
12    called it.
13      A.  Oh. And quite to the contrary, I did,
14    as we looked previously at the photograph along
15    the length of the wall.
16      Q.  I'm talking about this exclusive list
17    that we went through. And it may have just
18    been an oversight, but you didn't mention it in
19    the 21 items that I listed.
20      A.  That is very fair. The tension gap is
21    another important contributor. In this case,
22    the tension gap is a response to the
23    performance of the system that we're talking
24    about, because certainly tension gap behavior
25    is an extremely important thing to be referred
```

Page 127

```
 1    to. I apologize for the omission.
 2      Q.  That's all right.
 3         In fact, in prior reports you've
 4    given, the studies you did showed that without
 5    that gap you wouldn't have a failure, with the
 6    gap you would. Is that fair? I'll take you to
 7    them, but --
 8      A.  I don't think that's fair. You would
 9    need to draw my attention to the specific that
10    you're reaching for. With further explanation,
11    the definition of what constitutes failure is
12    something that is not precise and, hence, my
13    appeal to you to be more specific so that I can
14    be more responsive.
15      Q.  I'm going to mark this as Bea Exhibit
16    number 6. (Tendering.) And this is your
17    supplemental report submitted in the barge
18    litigation dated September 4, 2009.
19         (Bea Exhibit 6 was marked for
20    identification and is attached hereto.)
21      A.  Yes, sir.
22    EXAMINATION BY MR. TREEBY:
23      Q.  Please refer to Page 15, Figure 15 of
24    that report.
25      A.  Yes, sir.
```

Page 128

```
 1      Q.  This is a plot showing the factor of
 2    safety for the levee floodwall in the East Bank
 3    Industrial Area at various storm surge levels;
 4    isn't that right?
 5      A.  Yes, sir.
 6      Q.  And this particular plot refers to the
 7    location of the north breach. Isn't that
 8    correct?
 9      A.  One correction: It not storm levels,
10    it's storm surge elevation referenced in
11    NAVD88(2004.65).
12      Q.  My question was various storm surge
13    levels. Do you differentiate between storm
14    surge levels and storm surge elevation?
15      A.  Yes. And it's because of the
16    confusion of what level you're referencing.
17    I'm being very specific --
18      Q.  Okay.
19      A.  -- and trying to be consistent.
20      Q.  Okay. Elevation. Storm surge
21    elevation.
22      A.  Thank you.
23      Q.  And this was at the north breach.
24      A.  That's correct.
25      Q.  And for this display in the barge
```

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

ROBERT BEA

March 27, 2012

Page 129

1  supplemental report, you've used a permeability
2  estimate of 10 to the -4 centimeters per second
3  for what you call the marsh layer.  Isn't that
4  right?
5      A.  That's correct.
6      Q.  Just as an aside, are you aware that
7  Rogers insists this is not a marsh layer at
8  all, but rather a swamp layer?
9      A.  Well, it's actually a combination.
10  Originally, there was a marsh there.  This is
11  pre the rising sea level period.  On top of
12  that marsh, water is rising, fresh water is in
13  the area, and we develop a cypress swamp.  That
14  then connects with the underlying marsh layer.
15  We're calling that entire sequence the
16  swamp-marsh deposit.
17      Q.  And the finding of permeability for
18  the soils at that location, 10 to the
19  -4 centimeters per second is ten times higher
20  than the permeability you're estimating now, is
21  that right?
22      A.  That's correct.
23      Q.  And you calculated the pore pressures
24  generated by the Katrina storm surge at various
25  levels in relation to the factor of safety.

Page 130

1  Isn't that right?
2      A.  We did.  Yes.
3      Q.  And that's what's shown on this Figure
4  15.
5      A.  No, that's incorrect.
6      Q.  Okay.  This is a factor of safety for
7  storm surge elevations by feet; am I right?
8      A.  Yes.
9      Q.  I'm sure there was something wrong
10  with my question, so let me try to make it
11  simple.
12          The blue dots are with no gap; right?
13      A.  Correct.
14      Q.  And all the blue dots say well above
15  1.  Right?
16      A.  Well --
17      Q.  1.3, or 1.2-1/2, maybe?  At these
18  storm surge elevations?
19      A.  No.  The factors of safety go out to
20  almost 3.
21      Q.  But the lowest they get is 1.3 or
22  1.2-1/2.  Is that fair?
23      A.  For the blue dots.
24      Q.  For the blue dots.  And that's the no
25  gap scenario.

Page 131

1      A.  That's correct.
2      Q.  The red dots, however, with the gap,
3  it falls below unity, or 1, somewhere between 8
4  and 10 feet.
5      A.  Yes.  That's correct.
6          Now, the factor of safety is referring
7  to global instability at the north breach
8  location, which includes hydraulic uplift and
9  pore pressure effects.  So it's not just a
10  hydraulic pore pressure analysis.
11      Q.  You did calculate, though, the pore
12  pressure generated by the Katrina storm surge
13  at various levels in relation to the factor of
14  safety.  Isn't that right?
15      A.  Yes, sir.
16      Q.  And this includes -- when you did that
17  calculation, you included your 3D analysis
18  modification factor of plus 30 percent; isn't
19  that right?
20      A.  That is incorrect.  In the report,
21  these results are purely two-dimensional on
22  both hydraulic and lateral stability analyses.
23  There were no corrections put to these results
24  to recognize a narrow trench small geometry
25  excavation adjacent to the toe of the levee.

Page 132

1      Q.  We'll look at another display of the
2  effect of the gap that you published with
3  Mr. Cobos-Roa in 2008, in an article entitled
4  Failure of I-Wall Flood Protection Structures
5  in the Electronic Journal of Geotechnical
6  Engineering which here I'm marking as Bea
7  Exhibit number 7.  (Tendering.)
8          (Bea Exhibit 7 was marked for
9  identification and is attached hereto.)
10  EXAMINATION BY MR. TREEBY:
11      Q.  Would you look at, on Page 24, Figure
12  28 of that 2008 paper with Cobos-Roa, you show
13  something that you called a transient seepage
14  analysis for the marsh layer in the EBIA using
15  a permeability value for the marsh layer of 10
16  to the -3 centimeters per second.  Is that
17  righty?
18      A.  I'm still locating what you're
19  referencing.  Just a few minutes.  Please, I've
20  got that figure and page.
21      Q.  I'm sorry.  I should have waited for
22  you.
23      A.  Please repeat --
24      Q.  Looking it at Figure 28 on Page 24 of
25  that --

33 (Pages 129 to 132)

JOHNS, PENDLETON COURT REPORTERS

504 219-1993

**ROBERT BEA**                                                    **March 27, 2012**

Page 133

1      A.  Figure 28 on 24?
2      Q.  Yes.
3      A.  I'm sorry.  I still have the wrong
4  page.
5      Q.  Pages numbers are at the top.
6      A.  Got it.  Now I'm there.  Thank you.
7      Q.  Okay.  Page 24, Figure 28 of that 2008
8  paper with Cobos-Roa, you show something that
9  you called a transient seepage analysis where
10  the marsh layer in the EBIA using a
11  permeability of 10 to the -3 centimeters per
12  second, which is 100 times greater than your
13  current estimate.
14      A.  That's correct.
15      Q.  Okay.  And once again, in this
16  article, you compared the gap with a no gap
17  scenario, isn't that right?
18      A.  That's correct.
19      Q.  And this figure shows, does it not,
20  that without the gap the pore pressures
21  remained steady in the marsh layer with no
22  noticeable spike throughout the Katrina storm
23  surge cycle?  Isn't that correct?
24      A.  Well, that's correct.
25      Q.  And, in fact, it's only with the gap

Page 134

1  that there is any noticeable spike in pore
2  pressures at 5:00 a.m. on August 29th, 2005.
3  Isn't that right?
4      A.  Correct.  For these analyses.
5      Q.  And on Page 25, right across the page,
6  Figure 29 of your 2008 paper with Cobos-Roa,
7  you're demonstrating something called factor of
8  safety against hydraulic uplift, south breach.
9  Right?
10      A.  That's correct.
11      Q.  And again, as in Figure 28 from that
12  same report, you are using the permeability of
13  10 to the -3 centimeters per second for the
14  marsh layer.  Isn't that right?
15      A.  That's correct.
16      Q.  And your Figure 29 would indicate that
17  the no gap scenarios would never come close to
18  invading the safety factor of 1.  Isn't that
19  right?
20      A.  That's correct.
21      Q.  They never even invade a safety factor
22  of 2, in fact; isn't that correct?
23      A.  Well -- let's see.  In both of those,
24  uplift factors of safety are greater than 2.
25      Q.  Okay.  Now, Professor Bea, please

Page 135

1  refer to Page 100 of your report in this case,
2  in Paragraph 107 --
3      A.  Page again, please, sir?
4      Q.  Page 100, Paragraph 107 --
5      A.  Yes, sir.
6      Q.  -- and beginning in the fourth line,
7  there's a sentence that begins with the word
8  results.  And I'm going to -- if you find that
9  place in your report -- do you see that word?
10  I'm going to read it.  Just make sure I'm
11  correctly reading it.  This is a quote from
12  your report:  Results from the 3D hydraulic
13  conductivity model indicates there's a
14  30 percent increase in the gradients near the
15  landside toe in the cross-section through the
16  filled excavation compared to the section
17  outside this area.  These results are in
18  excellent agreement with those developed by
19  Money, 2006, for comparable excavation
20  geometries.
21          You see that?
22      A.  Yes.
23      Q.  I want to ask you some questions about
24  that statement.
25          First, do you still stand by it, or do

Page 136

1  you recognize that it was mistaken?
2      A.  What's it?
3      Q.  Your statement there.  The statement I
4  read from your report.  Do you now recognize it
5  was mistaken, or do you still stand by it?
6      A.  I think it's correct.
7      Q.  Okay.  Do you know Ms. Money?
8      A.  No.
9      Q.  So she was -- I take it from that --
10  well, do you know whether she was a student of
11  yours or not?
12      A.  No, she's not a student.
13      Q.  Well, let me show you Ms. Money 's
14  paper, and refer you to Page 2 of her 2006
15  paper which we're marking as Bea Exhibit number
16  8.  (Tendering.)
17          (Bea Exhibit 8 was marked for
18  identification and is attached hereto.)
19      A.  Okay.
20  EXAMINATION BY MR. TREEBY:
21      Q.  And if you turn to Page 2, under the
22  heading Discussion of Seepage Analysis
23  Results -- you there?
24      A.  Yes, sir.
25      Q.  Okay.  And go down eight lines.  In

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**ROBERT BEA**                                                    **March 27, 2012**

---

Page 137

1  the eighth line, the sentence begins, The
2  second portion.
3      A.  Yes, sir.
4      Q.  This is the second portion of her
5  analysis -- compared 3D analysis of a limited
6  excavation, in this case a swimming pool, at
7  the toe of the levee to the 2D infinitely long
8  excavation results.  Comparison to the 2D model
9  showed differences ranging from 44 to
10 122 percent for an open excavation, and from 50
11 to 150 percent for a lined excavation.
12         And I think I read that correctly.  Is
13 that right?
14     A.  Yes.
15     Q.  In Money 's analysis, isn't it true
16 that she is determining vertical gradient at
17 the base of the downstream excavation, that is,
18 the excavation for the swimming pool is on the
19 land side, with the Sacramento River on the
20 water side away from the excavation?  Isn't
21 that right?
22     A.  I would have to go back, read the
23 paper in order to answer your question
24 truthfully.  I don't recall.
25     Q.  Well, if you will look at -- if you

---

Page 138

1  look at the figure on the third page of this
2  exhibit, Figure 1, do you see the limited
3  excavation there?  Oh, I'm sorry.  Okay, this
4  page shows the infinite excavation, right?
5      A.  That's correct.
6      Q.  And the next page shows the limited
7  sized open excavation using Seep3D.  Right?
8      A.  Yes, sir.  Now I'm with you.
9      Q.  Okay.  And I think you can look at
10 this pretty quickly and see that the excavation
11 in both cases, both the infinite excavation and
12 the limited excavation are on the land side,
13 and the Sacramento River is on the other side.
14     A.  And that's correct.
15     Q.  Okay.  That was really all I wanted to
16 get.  So it would be correct to that her
17 analysis is looking at vertical gradient at the
18 base of the downstream excavation, which is
19 either the infinite or the swimming pool.
20     A.  Correct.
21     Q.  Okay.  And Ms. Money concluded that a
22 3D analysis of a confined downstream landside
23 swimming pool excavation resulted in larger
24 vertical gradients at the base of the
25 excavation than those calculated from a 2D

---

Page 139

1  seepage analysis for an infinitely long
2  downstream excavation.
3      A.  Correct.
4      Q.  Right.  Now, how are the results of
5  your single analysis similar to the results of
6  Money 's two analyses?
7      A.  In our analysis, we're attempting to
8  understand the potential contributions of an
9  excavation on the flood side to --
10     Q.  The water side.
11     A.  -- the water side, to the flow
12 intensities on the protected side at the toe of
13 the levee.
14     Q.  Now, why do you believe, given the
15 fact that those excavations -- in the one
16 analysis excavation you do, which is on the
17 water side, can be compared with Ms. Money 's
18 analysis, which is talking about excavations on
19 the land side?
20     A.  We're looking to pick up the inflow
21 contributions from that third dimension that is
22 not captured in the 2D analyses.
23     Q.  Ms. Money reports about a case where
24 the groundwater flow occurs from the water side
25 of the levee to the bottom of a small

---

Page 140

1  excavation near the landside toe; right?
2      A.  Correct.
3      Q.  And for that analysis, the flow lines
4  for the 3D case would, thus, converge toward
5  the swimming pool excavation on the land side
6  and result in higher gradients when compared to
7  the 2D case of an infinitely long excavation
8  also near the landside toe.  Isn't that right?
9      A.  That's correct.
10     Q.  Now, that makes sense.
11     A.  Yes.
12     Q.  The case you describe on Page 100,
13 Paragraph 107 of your report, is just the
14 opposite, isn't it?
15     A.  We're attempting to pick up the
16 contribution of flow as it affects the results
17 from the 2D analyses.  Our excavations are on
18 different sides of the levee; money is on the
19 protected side, ours is on the flood side.
20 We're both attempting to understand how the 3D
21 will contribute to the flow indicated by 2D
22 analysis.
23     Q.  I understand what you're trying to do.
24 But isn't the case you describe the opposite of
25 Ms. Money's case?

---

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**ROBERT BEA**                                                    **March 27, 2012**

Page 141

1    A.  Yes.
2    Q.  In your analysis, the flow you
3  describe occurs from a narrow excavation on the
4  canal side toward the unaltered landside toe of
5  the levee.
6    A.  That's correct.
7    Q.  Doesn't it then make sense to you,
8  based on Money 's analyses, that gradients
9  would increase from the 2D case to the 3D case
10  for the situation referred to on Page 100 of
11  your report?
12    A.  Correct.  It results in an increase in
13  intensities in the amount you cited.
14    Q.  On Page -- so you don't see the
15  mistake you've made.  Is that what you're
16  saying?
17    A.  I don't see that I made a mistake.  If
18  I made a mistake, I want to understand it and
19  correct it.
20    Q.  Well, I think you just stated that
21  based on Money's analysis gradients would
22  increase from the 2D case to the 3D case for
23  the situation that you have on Page 100 of your
24  report.  I thought you said yes to that.
25    A.  Both of us show intensification of the

Page 142

1  flow on the protected side as we pick up the
2  third dimension of flow on the unprotected
3  side.
4    Q.  On Page 101, Paragraph 108 -- perhaps
5  we can get there -- in your report in this
6  case, you state, beginning of the paragraph --
7  you got 108?
8    A.  (Shakes head negatively.)
9    Q.  Your report, Page 101, Paragraph 108.
10  In the beginning of that paragraph, you state,
11  quote, Based on these results, the hydraulic
12  gradients for the south breach Case 2-1 were
13  increased by 30 percent to recognize the 3D
14  flow effects.
15       Do you see that?
16    A.  Correct.
17    Q.  But you did not perform both a 2D
18  analysis with infinitely wide canal side
19  upstream excavation and a 3D analysis of a
20  narrow upstream excavation on identical soil
21  profiles.  Isn't that correct?
22    A.  That's correct.
23    Q.  Another way -- let me ask it this way:
24  Have you performed analyses where the only
25  change is going from a canal side, upstream 2D

Page 143

1  geometry to a canal side, upstream 3D geometry,
2  to evaluate the effects on the gradients on the
3  land side of the floodwall and levee?
4    A.  Yes.
5    Q.  You did that?  Where?
6    A.  Yes.
7    Q.  Where?
8    A.  In the Electronic Journal of
9  Geotechnical Engineering.
10    Q.  The one we don't have the files for?
11  Is that what you're talking about?
12    A.  Well, I'm answering the first
13  question.
14    Q.  Okay.
15    A.  The first question is, That paper
16  considers a long narrow excavation for 2D
17  seepage, and we're monitoring the seepage
18  effect on the protected side.  And as we
19  brought the third dimension into it, then we
20  got the intensification of the flow on the
21  protected side.
22    Q.  Would that show -- excuse me.
23    A.  That increase was approximately
24  30 percent.  And I showed the results from the
25  two analyses to justify the correction that I

Page 144

1  had to put into this report to recognize the
2  narrow excavation, Case 2, at the south breach.
3    Q.  So those are -- this comparison you
4  say you did is in the paper for which we don't
5  have the 3D model files; right?
6    A.  That's correct.
7    Q.  So we don't -- we can't examine
8  whether you used the same inputs or not; right?
9    A.  Well, you could, sure.  You just
10  repeat --
11    Q.  Without the model file?
12    A.  Sure.  You just repeat the analyses.
13    Q.  Well, you could do that, too, right?
14    A.  Yes.  I just need time and money.
15    Q.  How much time?  That's another
16  question.  I'm jumping way ahead.  That's good.
17       MR. STEVENS:
18          To redo that analyses?
19  EXAMINATION BY MR. TREEBY:
20    Q.  To redo the 3D analysis that you've
21  lost the files for.
22    A.  That's fair.  And I'm sitting here --
23  I could give you a definitive answer, because
24  all of the work in Electronic Journal of
25  Geotechnical Engineering came from our 2007-8

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**ROBERT BEA**                                                                                      **March 27, 2012**

Page 145

1    studies of these effects.  So it would be a
2    matter of going back to those buildings and
3    estimate time and money.  My guess is a couple
4    of months at the pay scale of, um -- Diego
5    Cobos-Roa, with a day per week, maybe two, or a
6    day and a half, for my part.  So you could --
7    we could develop a time and a cost estimate for
8    you.
9        Q.  Do you know what his pay scale is?
10       A.  No.  Not now.
11       Q.  Would it surprise you if I told you
12   that people using that SEEP/W and 3D flow could
13   have done it in days, not months?  A few days?
14   Less than a week?
15       A.  They're probably very good.
16       Q.  You have numerous references in your
17   report in this case to the 3D flow analysis
18   done by Diego Cobos-Roa in 2008; isn't that
19   right?
20       A.  Yes, sir.
21       Q.  In fact, you make reference to the
22   analysis throughout your report.
23       A.  Repeat your question.
24       Q.  Yeah, I'm trying to go too fast.
25           You make reference to that 3D analysis

Page 146

1    throughout your report; isn't that right?
2        A.  Which report?
3        Q.  The report in this case.
4        A.  Yes.  Not throughout.  Only for Case
5    2, south breach.  So it's consistent through
6    the report to that specific case.
7        Q.  And that 3D analysis is something that
8    was in a report you did along with Diego
9    Cobos-Roa.  Isn't that right?
10       A.  That's correct, sir.
11       Q.  And then another 3D -- actually, the
12   2D 3D report in 2009 was done for the Robinson
13   case.  Right?
14       A.  I think that is correct, yes, sir.
15       Q.  And those files were lost, as well,
16   right?
17       A.  They're the same files.
18       Q.  Okay.  But is that the report in which
19   you did the comparison we've just talked about?
20       A.  Yes, sir.
21       Q.  Okay.  Now, both those -- well, that
22   3D analysis in the first -- in the 2008 report
23   that was just used again in 2009, this was a
24   report that you and Cobos-Roa did together;
25   right?

Page 147

1        A.  Yes.
2        Q.  This isn't some third party 's
3    published report; right?
4        A.  That's correct.
5        Q.  It's your prior report that you are
6    relying upon in this report.
7        A.  And that's correct.
8        Q.  Now, I've heard differing versions of
9    how these files were lost.  I'd like your
10   version under oath.
11       A.  Um -- the files that were lost twice.
12   When Diego Cobos-Roa performed the analyses
13   using SEEP/W, those files were contained and
14   archives on his laptop computer.  At the same
15   time, he had a backup external hard drive in
16   which we backed up all of those files.  The
17   primary computer was stolen, taken, good-bye.
18   The backup hard disk drive was dropped,
19   crashed.  And afterward, no retrieval, and it
20   was stolen.  We lost it twice in two different
21   ways.
22       Q.  When was -- when were these events?
23       A.  Um -- I can't determine a precise date
24   for you, but it was late 2008 to early 2009,
25   and I'm sure Diego Cobos-Roa, being the victim

Page 148

1    of the problems, could give us a lot better
2    date.
3        Q.  So there were two separate events on
4    two different days, months, years, is that
5    right?
6        A.  That's correct.
7        Q.  And is anybody a witness to these
8    losses other than Diego Cobos-Roa?
9        A.  I don't know.  Of course, for a theft,
10   you would think only the thief would be a
11   witness, but we don't know who that is, or the
12   group that it was.  And I don't know about the
13   dropping of the external hard drive.  So I
14   can't answer your question, personally.
15       Q.  Where were you told these events
16   occurred?
17       A.  At the university.
18       Q.  Both events?
19       A.  Both events.
20       Q.  Was a police report made on the first
21   event?
22       A.  I have no knowledge.
23       Q.  If there was a police report, it would
24   have been done in Oakland?
25       A.  Well, usually the students had to make

37 (Pages 145 to 148)

**JOHNS, PENDLETON COURT REPORTERS**                                    **504 219-1993**

**ROBERT BEA**                                                    **March 27, 2012**

Page 149

1   the police report first to the campus police.
2   And at that point, depending on what's
3   involved, it will go to the City of Berkeley,
4   not the Oakland Police Department.  And from
5   there, it will go to the local police
6   department for Berkeley.
7        Q.   Okay.
8             (Off the record.)
9   EXAMINATION BY MR. TREEBY:
10       Q.   Now, without the input files and other
11  computer files for that 3D model, one cannot
12  check to determine all of the inputs to that
13  model to see if they match reality.  Isn't that
14  true?
15       A.   Well, we could repeat the analyses and
16  check it.
17       Q.   Yes.  And do you, yourself, have
18  access to the computer software to do those
19  flow analyses?
20       A.   Well, I don't perform the analyses, as
21  I explained to you this morning, myself.  But
22  certainly with the assistance of Diego
23  Cobos-Roa, Dr. Storesund, we could repeat those
24  analyses.
25       Q.   Is it your testimony Dr. Storesund

Page 150

1   knows how to run that computer software to do
2   those flow analyses?
3        A.   Yes.
4        Q.   But you do not personally know how to
5   run that software.
6        A.   That's correct.
7        Q.   Refer to Pages 70 and 71 of your
8   report, if you would, please.
9        A.   Yes, sir.
10       Q.   Paragraph 77.  Wait.  I'm sorry.  I
11  may have said wrong.  Pages 71 and 72.  And I'm
12  looking particularly at Paragraph 77 which
13  begins on Page 71 and continues over to
14  Page 72.
15            In that paragraph, you refer to
16  Mr. Rogers' 2012 report and to your prior work
17  in 2008 and 2009 with Mr. Cobos-Roa; is that
18  correct?
19       A.   Yes, sir.
20       Q.   Did you mean to say there, in
21  Paragraph 77, in your work in 2008 and 2009
22  with Mr. Cobos-Roa, that you previously and
23  consistently estimated the horizontal
24  permeability of the marsh layer in the East
25  Bank Industrial Area to be 10 to the -5

Page 151

1   centimeters per second?
2        A.   No.
3        Q.   You didn't mean to say that?
4        A.   No.
5        Q.   That's not what you meant to imply.
6        A.   No.
7        Q.   Okay.
8        A.   In the earlier report, we studied a
9   range of horizontal permeability.
10       Q.   Well, in fact, in ILIT, it wasn't a
11  range, really, it was 10 to the -2 centimeters
12  per second.  Isn't that right?
13       A.   I'm not referring to ILIT, but in the
14  previous work in 2008.
15       Q.   Okay.  In this paragraph, you start
16  off by talking about ILIT.  You include IPET,
17  you include the work that you did with
18  Cobos-Roa in 2008 and 2009, and you say, based
19  on all of that work the hydraulic permeability
20  was determined to be 1 times 10 to the minus --
21  10 to the -5 centimeters per second, isn't that
22  right?
23       A.   No.  I determined that based on those
24  sources.
25       Q.   But in ILIT, in fact, you didn't have

Page 152

1   a range, did you?
2        A.   Well, there are two ILIT phases:  One,
3   the generation of the report; and then Phase II
4   is after.  And we discriminate between the two
5   phases.  In the second phase that led to the
6   multiple publications in the Journal of
7   Geotechnical and Geoenvironmental Engineering,
8   we studied a range of horizontal
9   permeabilities.  My memory says 10 to the -2 to
10  10 to the -5 or 6.
11       Q.   I understand that.  This ILIT report
12  that's referred to in Paragraph 77 is 2006;
13  right?
14       A.   Correct.
15       Q.   In that report, you had one
16  permeability; isn't that correct?
17       A.   Correct.
18       Q.   For the East Bank Industrial Area, and
19  it was 10 to the -2 centimeters per second.
20       A.   Yes, sir.
21       Q.   Thank you.  In fact, you have held
22  different opinions regarding your, quote, best
23  estimate, close quote, of the permeability of
24  the marsh layer in the East Bank Industrial
25  Area, isn't that right?

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**ROBERT BEA**                                              **March 27, 2012**

Page 153

1      A.  That is correct.  As more information
2    becomes available, I change my opinions.
3      Q.  In a 2008 report with Cobos-Roa that
4    you've cited in your current report, you looked
5    at a range of 10 to -2 centimeters per second
6    to 10 to the -6 centimeters per second as a
7    plausible range for the hydraulic conductivity
8    of the marsh layer; is that right?
9      A.  Correct.
10     Q.  That's quite a large range, isn't it,
11   Professor Bea?
12     A.  Yes, sir.
13     Q.  No, sir?
14     A.  Yes, sir.
15     Q.  And you found in that report that,
16   quote, the results are relatively insensitive,
17   close quote, to the range of possible hydraulic
18   conductivities for the marsh.  Is that correct?
19     A.  I'd have to do back and read the
20   wording, but I'm sure you have.
21     Q.  If you don't know, I'll show you the
22   report.  That's fine.
23     A.  I think that would be best.
24     Q.  Okay.  Let's do that.  It's Bea
25   Exhibit 9.  (Tendering.)

Page 154

1        (Bea Exhibit 9 was marked for
2    identification and is attached hereto.)
3        MR. TREEBY:
4          This is the declaration.  I'm not
5          sure this is what we want.
6    EXAMINATION BY MR. TREEBY:
7      Q.  I skipped a bunch of things, and I may
8    have tripped up my team here.  So let's see.
9    Hold on, let me see.  No, this is fine.
10         Page 121.  I see -- this was a lengthy
11   report.  We had just excerpted it.  Okay?
12     A.  Yes, sir.
13     Q.  If you'll look at Page 121, which is
14   about three pages in, the last sentence above
15   Paragraph 167 reads:  However, the analyses
16   indicated hydraulic uplift pressures developed
17   under the relatively less permeable levee soils
18   were relatively insensitive to the range and
19   horizontal permeabilities analyzed.  Here it's
20   10 to the -3 to 10 to the -5 centimeters per
21   second.
22         Is that correct?
23     A.  You read it correctly.
24     Q.  If you would look at Bea Exhibit 7,
25   and if you would turn to Page 20 -- and the

Page 155

1    page numbers are up at the top.  You there?
2      A.  Yes.
3      Q.  Right under the figure, the paragraph
4    reads, As noted, the seepage-pore pressure -
5    uplift pressure analyses employed a very wide
6    range in hydraulic conductivity of the varied
7    marsh-swamp layers, 10 to the -2 centimeters to
8    10 to the -6 centimeters per second, four
9    orders of magnitude.  For this entire range of
10   hydraulic conductivity, the transient water
11   pressures developed at the time of breach
12   development were within 70 percent to
13   80 percent of the sediment steady state
14   conditions.  The results are relatively
15   insensitive to a plausible range in hydraulic
16   conductivity.
17         You see that statement?
18     A.  Yes, sir.
19     Q.  Did that puzzle you?
20     A.  For a while.
21     Q.  What?
22     A.  For a while.  But then we came to
23   understand it.
24     Q.  Despite the statement we just read in
25   Bea Exhibit number 7, in the remainder of that

Page 156

1    report you actually used a hydraulic
2    conductivity rate of 10 to the -3 centimeters
3    per second.  Is that right?
4      A.  Please give me the exhibit number
5    you're --
6      Q.  Well, it's the one we just looked at,
7    Bea Exhibit 7.
8      A.  Yes, sir.
9      Q.  Didn't you, then, after making that
10   statement --
11         MR. STEVENS:
12           Hold on.  Exhibit 7, Figure 23,
13           the paragraph immediately below Figure
14           23 on Page 20 is what he's referring
15           to.
16           Am I right?
17         MR. TREEBY:
18           Not really.
19         MR. STEVENS:
20           Okay.  Please.
21   EXAMINATION BY MR. TREEBY:
22     Q.  My question was, didn't you, after
23   making the statement that I read into the
24   record and that you -- that we just talked
25   about --

**JOHNS, PENDLETON COURT REPORTERS**                        **504 219-1993**

ROBERT BEA                                    March 27, 2012

---

Page 157

1      A.  Yes.
2      Q.  -- didn't you in your report actually
3    end up using for your analyses what you've said
4    was the best estimate of hydraulic
5    conductivity, which was 10 to the -3
6    centimeters per second?
7      A.  In the report.
8      Q.  In this report.
9      A.  That's not a report.  That's a journal
10   publication paper.  There's a report that that
11   came from in 2008-9.  And I take you're asking
12   if you have read this paper -- journal paper
13   correctly.
14     Q.  That's right.
15     A.  And I think you have.
16     Q.  Okay.  I show you a document we're
17   going to mark Bea Exhibit number 10.
18   (Tendering.)  Are you familiar with this?
19         (Bea Exhibit 10 was marked for
20   identification and is attached hereto.)
21     A.  Yes, sir.
22   EXAMINATION BY MR. TREEBY:
23     Q.  This is a report that -- Technical
24   Report Number III, it's entitled, that you made
25   in the Robinson case.  Is that correct?

---

Page 158

1      A.  That's correct.  That's the cover
2    page.
3      Q.  And, in fact, 10 to the -3 centimeters
4    per second is the same hydraulic conductivity
5    value you submitted to the Court in this
6    technical report.  Is that correct?
7      A.  I don't recall.  It's not possible for
8    me to answer your question based on the
9    excerpts that are contained within Exhibit 10.
10   This is not the entire report.
11     Q.  No, I know --
12     A.  It's just scattered pages.
13     Q.  We're trying to kill less trees.
14   Maybe that was a mistake, but let's look at it.
15   Page 65, under Marsh Permeability --
16     A.  Yes.
17     Q.  And that's actually field tests
18   somewhere else.
19     A.  That's correct.
20     Q.  Let me look.
21        If you'd with look at Page 66, you've
22   stated, at the bottom of the page, last three
23   lines -- do you see that?
24     A.  Yes, sir.
25     Q.  You've stated that you did not use an

---

Page 159

1    absolute value for hydraulic conductivity in
2    order to generate a best estimate value for the
3    marsh layers permeability; is that right?
4      A.  You'd have to tell me what paragraph
5    you're reading.
6      Q.  At the very last paragraph, I'll read
7    it.
8      A.  Oh, Page 66.
9      Q.  Yes.
10     A.  Yes, sir.  Thank you.
11     Q.  That's what that says, is it not?
12     A.  Yes.
13     Q.  Okay.
14     A.  Well, one of us should read the entire
15   paragraph.
16     Q.  I'll read it.  I'll be happy to.  The
17   last paragraph reads:  Permeability test such
18   as piezometer slug tests and cube methods have
19   suggested by some of above-mentioned authors;
20   however, there is no absolute value of the K
21   values used in this report in order to generate
22   a best estimate value for this permeability.
23     A.  That's read correctly.
24     Q.  Okay.  And then on the next page --
25   I'm trying to summarize.  So if you would just

---

Page 160

1    read the language -- I can read it, but don't
2    you say, essentially, A generalization is not
3    possible?
4      A.  That's correct.
5      Q.  Okay.
6      A.  And, of course, that statement led to
7    our work over this past summer.
8      Q.  Right.  And then on Page 69 that we
9    have in this excerpt, you state that -- I'm
10   trying to find the exact place.  I think it's
11   the last paragraph.  Yes.  You basically state:
12   Well, I'll read it.  It says, Analyzing the
13   seepage analyses performed by IPET on Appendix
14   17 of their final report, the best estimate for
15   the permeability of the marsh deposit is 10 to
16   the -4 centimeters per second.
17        Is that right?
18     A.  Correct.
19     Q.  And at the bottom of that same
20   paragraph, it reads:  This is a likely range
21   for the shallow layer located at the toe of the
22   levee, but the deeper marsh underneath the
23   levee is probably subject to effective stresses
24   in the order of 0 to 1000 pounds per square
25   foot, psf, with permeability of 10 to the -5 to

---

JOHNS, PENDLETON COURT REPORTERS          504 219-1993

**ROBERT BEA**                                              **March 27, 2012**

Page 161

```
1    10 to the -7 centimeters per second.
2         Is that right?
3    A.  That's correct.
4    Q.  But then, I don't know if we have this
5  page -- I don't have it.  Oh, on Exhibit 9,
6  which if you will turn back to that, which I
7  think we've already identified somewhere --
8       MR. STEVENS:
9           That's the declaration.
10 EXAMINATION BY MR. TREEBY:
11   Q.  Yes.  The declaration to the Court on
12 behalf of the plaintiffs in Robinson.  That's
13 what it is.
14       If you would turn to the last page of
15 this excerpted section, Paragraph 182 --
16   A.  Yes.
17   Q.   -- I'll just read it.  It says, The
18 defense experts correctly observed that in my
19 July 2008 expert report I presented detailed
20 results that referenced the seepage results
21 associated with a best estimate, free-field, in
22 situ horizontal permeability of 10 to the -3
23 centimeters per second.  Is that right?
24   A.  That's correct.
25   Q.  And if you would turn back two pages
```

Page 162

```
1  in this excerpt, Bea Exhibit 9, to Page 121,
2  the last sentence, we may have already read
3  this -- well, it reads:  However, the analyses
4  indicated hydraulic uplift pressure developed
5  under the relatively less permeable levee soils
6  were relatively insensitive to the range in
7  horizontal permeability analyzed, which was 10
8  to the -3 to 10 to the -5 centimeters per
9  second.
10       MR. STEVENS:
11           Yes, you have read it.
12 EXAMINATION BY MR. TREEBY:
13   Q.  And then on Page 123 --
14       MR. TREEBY:
15           Thank you, Elwood.
16 EXAMINATION BY MR. TREEBY:
17   Q.  On Page 123, Paragraph 170, in the
18 middle of that paragraph, there's a line that
19 begins, e.g., Table 6.
20       Do you see that?
21   A.  Yes, sir.
22   Q.  There's a sentence, and it's all
23 underlined, this whole sentence:  The most
24 regrettable element in the fog created by
25 Dr. Mosher in his December 2008 expert report
```

Page 163

```
1  is that he fails to recognize that we have
2  found that the important hydraulic uplift
3  pressures are virtually independent of the
4  permeability values assigned to the marsh and
5  swamp layers.
6       Is that right?
7    A.  You read that correctly.
8    Q.  But now, after all of this what I'll
9  call changes in opinions, having more
10 information, you come to the position that you
11 essentially agree with IPET on the permeability
12 value for the so-called marsh layer.  Isn't
13 that correct?
14   A.  What value?
15   Q.  10 to the -5.
16   A.  Correct.
17   Q.  So 10 to the -5 centimeters per second
18 is now your best judgment estimate, right?
19   A.  For the swamp-marsh deposits, correct.
20   Q.  So you've gone from estimates as high
21 as 10 to the -2, up to, now, 10 to the -5, as
22 your best estimate.  Is that fair?
23   A.  That's not fair.  I did not make the
24 10 to the -2 estimate personally.
25   Q.  Who did it?  It was in ILIT.
```

Page 164

```
1    A.  At that point in time, um -- Professor
2  Ray Seed, Jon Bray, Juan Pestana were
3  evaluating those characteristics.  They made
4  that estimate.
5    Q.  So if Dr. Rogers said he made that
6  estimate, he's not telling the truth?
7    A.  No.  If Dr. Rogers said he made that
8  estimate, or helped them make the estimate,
9  he's telling the truth.
10   Q.  And he said, in deposition, ten days
11 ago or so, that the basis for it were some
12 tests on the 17th Street Canal.
13       Does that surprise you?
14   A.  No.
15   Q.  You are aware, aren't you, that your
16 estimate of compressibility is inconsistent
17 with the compressibility value reported by
18 Dr. Rogers and calculated by his colleague
19 Kevin Pope; am I right?
20   A.  In our, um -- hydraulic conductivity
21 analyses, we have consistently used a
22 compressibility that is very, very low, meaning
23 the, um -- a hydraulic conductivity analyses
24 that we are performing are identified as those
25 appropriate for steady flow conditions.  The
```

41 (Pages 161 to 164)

**ROBERT BEA**                                        **March 27, 2012**

Page 165

1    basis for the selection of I think it's
2    frequently referenced a compressibility factor
3    of 10 to the -9 pound per square foot is
4    intended to treat incompressible, fully
5    saturated flow conditions without change in
6    soil void ratio.
7        Q.  You stated earlier, and we've just
8    covered it, that you found that the results of
9    your analysis were relatively insensitive to
10   whether a marsh layer had a hydraulic
11   conductivity of 10 to the -2 centimeters per
12   second or 10 to the -6 centimeters per second.
13   Right?
14       A.  We're referring to uplift pressure
15   effects.  That is correct.
16       Q.  And those uplift pressure effects,
17   gradient -- is that what that has to do with;
18   gradient?
19       A.  That's partially what it has to do.
20   The gradient is an index that we're using to
21   reflect the hydraulic uplift effects.  The
22   gradients are not point gradients at a single
23   point, but are taken over the depth of the
24   blanket at the protected side of the toe of the
25   levee.

Page 166

1        Q.  If you would look at Bea Exhibit 10,
2    which is an excerpt from the Robinson technical
3    report that you submitted --
4        A.  Yes, sir.
5        Q.  -- you state the following, at the
6    top.
7        A.  Page?
8        Q.  Page 65.  I'm sorry.
9        A.  Okay.
10       Q.  The top of Page 65, under the heading
11   Marsh Permeability, you state:  Quote, marsh,
12   parens, swamp, wetland, peat, humus, close
13   parens, deposits are highly compressible
14   materials that exhibit rapid decrease of
15   hydraulic conductivity, parens permeability, K,
16   close parens, as stresses increase and void
17   spaces decrease, citing Mesri, 2007.  The
18   factors influencing the behavior of such soils
19   depend not only on stresses but on depositional
20   mechanics, aging and decomposition, amount,
21   type and orientation of fibers and saturation.
22           Did I read that correctly?
23       A.  Yes, you did.
24       Q.  Dr. Bea, you would agree, would you
25   not, that compressibility is an essential

Page 167

1    parameter to analyze transient flow?
2        A.  In what?
3        Q.  In what?  What do you mean in what?
4        A.  In what soils?
5        Q.  In this case, in soils.
6        A.  Well, we're submerged.  We're fully
7    saturated.  We're not exposed to changes in
8    void ratio, changes in saturation for a number
9    of reasons.  Mesri 's work, much like Tim
10   Stark 's work, is addressing a wide variety of
11   marsh-swamp layers and a wide variety of
12   conditions, and that's what I'm reflecting
13   based on Mesri 's work.
14       Q.  Now, back to my question, which was,
15   Would you agree that compressibility is an
16   essential parameter to analyze transient flow?
17       A.  No.
18       Q.  You would not.
19       A.  That's correct.
20       Q.  So you would disagree with the text
21   that say that's the case, and Dr. Rogers who
22   said that was the case.
23       A.  He's talking about in a very wide
24   variety of conditions, talking about
25   depositional mechanics, aging, decomposition,

Page 168

1    humidification, amount, type, and orientation
2    of fibers, and most importantly, saturation.
3            We're in saturated conditions, there
4    is no free gas that we're aware of, bloatings
5    come on rapidly so there's not time for
6    consolidation.  We have adopted consistently
7    steady flow, um -- conditions.
8        Q.  Are you aware that in this case Kevin
9    Pope, for Dr. Rogers, performed pumping test
10   analyses?
11       A.  Yes.
12       Q.  Are you aware that those pumping test
13   analyses, in these in situ soils, produced a
14   figure for compressibility?
15       A.  I have questioned Kevin Pope and
16   Dr. Rogers on that point.  Compressibility was
17   not used in the determination of hydraulic
18   conductivity permeability.
19       Q.  You've not answered my question, so
20   let me ask it again.
21       A.  I'm sorry.
22       Q.  Are you aware that those pumping test
23   analyses that he performed produced a value for
24   compressibility?
25       A.  I am aware, yes, sir.

**JOHNS, PENDLETON COURT REPORTERS**            **504 219-1993**

**ROBERT BEA**                                                                      **March 27, 2012**

Page 169

1    Q.  It also produced a value for hydraulic
2  conductivity in these soils, at these sites.
3    A.  Yes, sir.
4    Q.  Why did you ignore the figure for
5  compressibility that these tests, on these
6  sites, produced by your experts?
7    A.  The experts, when they analyzed the
8  test data, used analytical relationships in
9  which the flow is steady, meaning it's fully
10 saturated, there is no change in void ratio, MV
11 or partially saturated flow conditions did not
12 enter the determination of permeability.
13   Q.  Who are these experts you're talking
14 about?  The experts, when they analyzed the
15 test data, who are you talking about?
16   A.  I'm talking about Kevin Pope and
17 Dr. Rogers.
18   Q.  Dr. Rogers stated that these tests
19 produced a compressibility value.
20      My question to you, which you haven't
21 answered yet, is why did you not use that
22 compressibility value in your flow analysis?
23   A.  Because it violates the basic premise
24 of flow analysis.  The basic premise was steady
25 flow.  Their analyses can produce a

Page 170

1  compressibility factor, but it's introduction
2  into the steady flow analyses for these
3  conditions, I deemed, personally, as
4  inappropriate.
5    Q.  Do you consider Freeze and Cherry to
6  be an authoritative reference book as it
7  relates to groundwater flow?
8    A.  Yes.
9    Q.  That's the book that Dr. Rogers cited
10 in his site characterization expert report.
11 Did you know that?
12   A.  Yes.
13   Q.  I show you a document we've marked Bea
14 11.  (Tendering.)  Now I've copied the pages
15 from Freeze and Cherry that relate to
16 groundwater flow analysis.  And this contains
17 the cover page for the book and then Pages 63
18 through 66.
19      First, you've already agreed that the
20 analysis of groundwater flow during the Katrina
21 storm surge would be a transient flow analysis,
22 right?
23      (Bea Exhibit 11 was marked for
24 identification and is attached hereto.)
25   A.  No.

Page 171

1  EXAMINATION BY MR. TREEBY:
2    Q.  You don't think so?
3    A.  A transient flow analysis has several
4  meanings.  In the context that we have used
5  transient flow, we mean the hydraulic loadings,
6  are transient.  The flow is being treated as
7  steady state.  So that we produce --
8      Are you ready for me?
9    Q.  I was listening the whole time.
10   A.  We produce time dependent on hydraulic
11 pressures, that's transient, time-dependent.
12 The analyses of the pressure effects are based
13 on steady state flow mechanics.
14      Now, within hydrology and within this
15 area, there are transient flow mechanics.  We
16 are not addressing the second category.
17   Q.  Look at transient -- what -- on Page
18 64 of Freeze and Cherry, you've said these
19 soils are saturated.  That's the term you used;
20 right?
21   A.  Well, saturation is one of two
22 components.  I cited two.  One is saturation,
23 no gas; and the second is no changes in void
24 ratio.  Both of those enter the none steady
25 flow condition, for which there is no

Page 172

1  recognized solution.
2    Q.  Looking at Freeze and Cherry, he's
3  describing transient saturated flow.  Is that
4  right?
5    A.  A groundwater problem, that's correct.
6    Q.  Well, we're talking about ground
7  waters here, aren't we?
8    A.  Yes.  And we're not talking about
9  flows, we're talking about conduct of
10 pressures.
11   Q.  Okay.  He is talking about transient
12 saturated flow; is that right?
13   A.  That's correct.
14   Q.  Okay.  And he states, and would you
15 agree, on Page 65, that a solution to the
16 transient saturated flow analysis requires
17 knowledge of three basic parameters?  Is that
18 right?
19   A.  That's what is here, correct.
20   Q.  And those three are hydraulic
21 conductivity, compressibility, and porosity.
22 Isn't that correct?
23   A.  Correct.
24   Q.  And Dr. Rogers' pumping test analyses
25 that you relied upon, at least partially,

43 (Pages 169 to 172)

**ROBERT BEA**                                    **March 27, 2012**

Page 173

1 determined the storage coefficient. Isn't that
2 right?
3     A.  I think that's correct, yes.
4     Q.  And compressibility, as a basic
5 hydrogeological parameter, is directly related
6 to storage coefficient. Isn't that right?
7     A.  That's correct.
8     Q.  And I'm going to show you, as Bea
9 Exhibit 12 --
10     A.  I can put this away?
11     Q.  Well, no, not yet. You can't put any
12 of them away. We'll use them all.
13         These are some pages that we have
14 printed from some of Dr. Rogers' pumping test
15 analyses. (Tendering.)
16         Have you seen these before?
17         (Bea Exhibit 12 was marked for
18 identification and is attached hereto.)
19     A.  No.
20 EXAMINATION BY MR. TREEBY:
21     Q.  The red file name that's imposed in
22 the middle of each page, do you see that?
23     A.  Yes.
24     Q.  That was added. We added that just
25 for ease of reference to the files.

Page 174

1         These pages are from Kevin Pope 's
2 analyses done for you and Dr. Rogers. And
3 Dr. Rogers so identified these pages in his
4 deposition. And I make that representation to
5 you.
6     A.  Thank you.
7     Q.  Beginning with the first page on top,
8 these are some of the results for the south
9 EBIA pump test number 2. And they demonstrate
10 a storage coefficient in the range of 1.99
11 times 10 to the -2, to 1.45 times 10 to the -3
12 PSF. Is that right? No. They're not right.
13 They're not PSFs, right? No. Just those are
14 the units.
15         Do you see that?
16     A.  No.
17     Q.  Okay. If you will look at the bottom
18 table, do you see the Storage Coefficient
19 column?
20     A.  Yes, sir.
21     Q.  Okay. Other than the pumping well,
22 which is rented at the very top, you see all of
23 the observation wells, their storage
24 coefficients there, these test results show
25 storage coefficient results in a range of 1.99

Page 175

1 times 10 to the -2 to 1.45 times 10 to the -3.
2 Is that right?
3     A.  I don't see those figures under
4 Storage Coefficient.
5     Q.  Well, if you look down -- let's see.
6 The one -- count up from the bottom, six. You
7 see 1.99 times 10 to the -2?
8     A.  Yes, sir.
9     Q.  Okay. And then if you go down from
10 the top, fourth one down is 1.45 times 10 to
11 the -3. Right?
12     A.  That's correct.
13     Q.  Do you know how to convert the storage
14 coefficient to the coefficient of volume change
15 that's used by SEEP/W?
16     A.  Um -- I don't recall sitting here, but
17 I could determine -- find it.
18     Q.  You know they're related; right?
19     A.  Yes.
20         Pardon me. Would you repeat your
21 question? You know they are related? What
22 relationship are you concerned with?
23     Q.  Well, you know that the storage
24 coefficient is related to the coefficient of
25 volume change. Is that right?

Page 176

1     A.  Yes, sir.
2     Q.  Go back to your technical report in
3 Robinson. Yeah, Bea Exhibit 10. At the top,
4 it says Technical Report Number III.
5     A.  Yes, sir.
6     Q.  Page 65.
7     A.  Yes, sir.
8     Q.  Let me see if I can find it. Yes. In
9 the top paragraph, which we read, we won't read
10 again, but you cite Mesri. You see that?
11     A.  Yes, sir.
12     Q.  Now, when you cited Mesri, are you
13 referring to Mesri and Ajlouni 2007? Is that a
14 more correct reference?
15     A.  In the first paragraph?
16     Q.  Yes.
17     A.  No. Just Mesri.
18     Q.  2007.
19     A.  Yes.
20     Q.  Can tell me what that is, by Mesri?
21     A.  My memory is not that good. I have
22 the -- the portable document file on my
23 computer, so if you like I could produce that
24 publication.
25     Q.  Yeah. Here's what we have, and this

**JOHNS, PENDLETON COURT REPORTERS**              **504 219-1993**

ROBERT BEA                                           March 27, 2012

Page 177

1    is the only Mesri report that you cited in this
2    report, in this case, okay, which we're going
3    to mark Bea 13. (Tendering.)
4            (Bea Exhibit 13 was marked for
5    identification and is attached hereto.)
6        A.  This is the paper I was referring to
7    that I have on my computer, and it's dated
8    July 2007.  So that matches to this reference.
9    EXAMINATION BY MR. TREEBY:
10       Q.  So the Mesri you cite on Page 65 in
11   your technical report, which is Bea Exhibit 10,
12   is what we have now marked Bea Exhibit 13.
13       A.  Correct. I left off Mr., Dr. Ajlouni
14   in my citation.  That's an error on my part.
15       Q.  Okay.  We searched through this
16   publication, and we did not ever see the word
17   marsh anywhere in the text of this publication.
18       A.  Well, the words I put in the
19   parentheses, swamp, wetland, peat, humus, I was
20   using generically in the term marsh.
21       Q.  And the Fugro field exploration
22   program did not find any soils in the EBIA that
23   met the ASTM classification of peat.  Is that
24   right?
25       A.  I'm still working to determine that,

Page 178

1    as I said earlier this morning.  There are
2    discrepancies between the field report and
3    what's in the final report.  I'm working to
4    find out how to resolve those discrepancies, so
5    I can't answer your question at this time.
6        Q.  Do you think when Mesri and Ajlouni
7    are talking about peat they're talking about
8    something that was visually observed as peat,
9    or you think they're talking about something
10   that was, in fact, tested to be peat under the
11   standard soils classification?
12       A.  I think it's the latter.
13       Q.  Okay.  And that was what Fugro in
14   their final report tested for and put.  Right?
15   You understand that.  We covered this ground
16   earlier.
17       A.  I'm not there yet, but I think you're
18   right.
19       Q.  And certainly there's nothing anybody,
20   I don't think, has called fibrous peat as is
21   being described by Mesri and Ajlouni in the
22   East Bank Industrial Area.  Isn't that correct?
23       A.  I think that's correct.  I have
24   several grab samples of this material that I
25   showed the Court during the barge trial.  It's

Page 179

1    humidified, decayed material, black in color,
2    so it would not fall under the common
3    definition of peat.
4        Q.  In reality, would you agree with me
5    that Mesri and Ajlouni 2007 paper is not very
6    relevant to the assessment of the East Bank
7    Industrial Area failures?
8        A.  No, I would not agree to that.
9        Q.  Okay, sir.  Do you think any type of
10   adjustments or corrections would have to be
11   made to make it relevant?
12       A.  Yes.
13       Q.  What are those adjustments and
14   corrections?
15       A.  Well, the soils that we are dealing
16   with are a combination of elements.  The
17   general term peat is referring to a very, very
18   high organic content, perhaps not significantly
19   humidified, further decayed.  As we put in
20   silts and sands and clay fractions, adjustments
21   have to be made for that change in soil
22   characteristic.  That's what makes this problem
23   so deviling.
24       Q.  I show you a document we're marking
25   Bea Exhibit number 14.  (Tendering.)  What I'm

Page 180

1    showing you here, Dr. Bea, is an e-mail
2    response we received from your attorney to
3    several questions that we posed that were
4    related to your report.  And I want to refer
5    you -- you may want to look through it, but I
6    want you to -- we've tried to the mark the page
7    there with a flag that we're going to tend up
8    at, but please look through there, just so
9    you're generally familiar with what we're
10   doing.
11           And for the record, this is Page 8 at
12   the bottom of the page that we're going to go
13   to.
14           (Bea Exhibit 14 was marked for
15   identification and is attached hereto.)
16       A.  What is the --
17   EXAMINATION BY MR. TREEBY:
18       Q.  At the bottom of an answer to an
19   inquiry that has number 1.  I'm sorry.  What?
20       A.  What is the date of --
21       Q.  The date of this e-mail is
22   February 23rd.  That's when it was sent to me.
23       A.  All right.  So we presume the rest of
24   it is February 23rd.
25       Q.  Or before that, at least.

45 (Pages 177 to 180)

ROBERT BEA                                          March 27, 2012

Page 181

1      A.   Thank you.
2      Q.   And I will tell you, it started with a
3  letter from counsel for the defendants that was
4  sent with inquiries in it.  And, in fact, I
5  believe what has happened is someone has
6  provided responses in italics to plain font
7  questions.
8      A.   Understood.  Thank you.  That helps.
9      Q.   And if you would go to the page that
10  is flagged, which is Page 8, you'll have a red
11  flag on it, you may want to look through it.
12  That's fine.  The one I'm going to end up at is
13  where the red flag is.
14      A.   Got it.
15      Q.   That's it.  At the top of the page
16  there is a number 1.  You see that?
17      A.   Yes.
18      Q.   Now, the e-mail had attached -- this,
19  with the rest of the document, was an
20  attachment to the e-mail.  Okay?
21      A.   Okay.
22      Q.   And have you seen the attached letter
23  before?
24      A.   No.  During that time period I was
25  here in New Orleans preparing to testify at the

Page 182

1  BP Deepwater Horizon Macondo well trial.
2      Q.   Okay.  Do you know who provided these
3  responses?  They don't appear to be a lawyer.
4      A.   To my knowledge, at that time period
5  the contacts were with Diego Cobos-Roa, Rune
6  Storesund, Dr. Dave Rogers, and Kevin Pope may,
7  as well, have been involved.
8      Q.   Okay.  Would you look at the very last
9  section, which I'll go up, one, two -- at the
10  end -- just above number 2, go up six lines.
11  There's a line beginning Aquifer
12  compressibility.  You see that?
13      A.   Yes.
14      Q.   And I want you to read that and ask if
15  you agree with it.
16      A.   Aquifer compressibility, specific
17  storage and transmissivity of the aquifer, in
18  parentheses S for aquifers, are internally
19  computed by the finite element program from
20  input geometry, in parentheses, aquifer
21  thickness, close parentheses, value of
22  hydraulic conductivity and a input value of
23  coefficient of compressibility that represents
24  the slope of the volumetric water content curve
25  on the positive pressure regime.  This value is

Page 183

1  dependent on compressibility of the soil
2  skeleton itself, and given the absence of
3  site-specific data, a value of 0.00001 1/KPA,
4  representing kilopascals, is recommended by the
5  software package.
6      Q.   Do you agree with that statement?
7      A.   Well, I find it difficult to agree
8  with, not knowing its source or what it's
9  referencing.
10      Q.   Well, its source is obviously Tom Sims
11  telling us that these are the answers to our
12  questions.  And the question there was, Give us
13  the inputs, the values used -- the values and
14  inputs to your, um -- flow analysis.  Provide
15  all the input parameters and information
16  required for the analyses, both Cases 1-1 and
17  1-2 for each of the soil types or soil layers
18  used.  That's what -- including compressibility
19  in the case of the transient flow analysis.
20      A.   This paragraph that I just read, I
21  can, with fair certainty, tell you was not
22  written by Cobos-Roa, Xavier Grunauer, I'm not
23  certain about Rune Storesund.  The wording of
24  this paragraph I would attribute to Kevin Pope.
25  I don't know since I wasn't involved in the

Page 184

1  compilation of this response.
2      Q.   To your knowledge, is Kevin Pope
3  knowledgeable about the value for
4  compressibility that was used as an input to
5  the SEEP/W analysis?
6      A.   I think we may be talking about
7  different computer programs.  Kevin Pope has to
8  use a suite of computer programs to analyze the
9  data from the field pump test, and slug tests.
10  There's another computer program that is
11  SEEP/W, that we have discussed, and the sole
12  input parameter that we need from Kevin Pope,
13  Dave Rogers, Rune Storesund, is horizontal and
14  vertical hydraulic conductivity.  We do not ask
15  them for storage coefficients or anything else
16  that would put us outside the regime of steady
17  flow analysis.
18      Q.   You say steady flow.  You mean steady
19  state, don't you?
20      A.   No.  I don't.
21      Q.   You mean steady flow.
22      A.   I mean steady flow.  Consult Lambe &
23  Whitman textbook.
24      Q.   I'll come back to that.
25      A.   I think I have the --

46  (Pages 181 to 184)

ROBERT BEA                                                      March 27, 2012

Page 185

1    Q.  We'll come back to that, but I'm still
2  trying to deal with this is e-mail.  Okay?
3  So -- and this question was asking questions
4  about compressibility.  And this is the answer
5  we got for compressibility.
6         That would not have been a question
7  addressed to Kevin Pope.  Am I correct?  I
8  think you've just said that.
9    A.  The paragraph that I read I do not
10  think came from either Diego Cobos-Roa, and I
11  am fairly certain not Dr. Storesund.  I would
12  attribute that paragraph, in my lack of
13  knowledge to Kevin Pope.
14    Q.  Well, let me -- I think that's not
15  correct, let me tell you why, and let's see if
16  we can come to some understanding.
17         This terminology, compressibility
18  given the absence of site specific data, is a
19  precise query that SEEP/W software makes to the
20  person who's running the analysis.
21    A.  Oh.  I'm aware of that.
22    Q.  Not something that has anything to do
23  with pumping test analysis.
24    A.  Okay.
25    Q.  So that's what's being answered here.

Page 186

1    A.  Well, if that's what's being answered,
2  it's incorrect.  We never entered a significant
3  compressibility in any of the analyses, to my
4  knowledge.  We've consistently held them as
5  incompressible regime toward 10 to the -9 per
6  PSF.
7    Q.  Or even zero.
8    A.  Zero introduces numerical stability
9  problems in the solution of the differential
10  equations.
11    Q.  Are you saying you didn't enter zero?
12    A.  10 to the -9 is pretty close to zero
13  for this.
14    Q.  I'm asking -- answer the question I
15  just asked.
16         Are you saying that zero was not used
17  in your flow analysis?
18    A.  I'm almost certain it was not.
19    Q.  If it was, it was a mistake?
20    A.  No, it was not.  Because it's
21  translating into incompressible flow, which is
22  what we're attempting to achieve with a number
23  as small as 10 to the -9.
24    Q.  Well, we recognize that.
25         And, in fact, you're treating this as

Page 187

1  a steady state analysis, are you not?  You're
2  turning it into that.
3    A.  I think we are passing each other in
4  terminology.  I'm saying the basis of the
5  analysis that we performed has been
6  consistently steady flow.  Um --
7    Q.  Okay.  The tape is over, so we're
8  going to have to cut it.  Take a break.
9         (Off the record.)
10  EXAMINATION BY MR. TREEBY:
11    Q.  Have you ever worked with Kevin Pope
12  before this case?
13    A.  No.
14    Q.  Do you have any reason to believe that
15  he is familiar with GEO-SLOPE SEEP/W software?
16    A.  I think he's not familiar with them.
17    Q.  He is?
18    A.  Not.  Sorry for my poor diction.
19    Q.  So to the extent that this terminology
20  in this response that we looked at in Bea
21  Exhibit 14 is terminology from the SEEP/W
22  software, in response to a question about the
23  inputs to the SEEP/W software, why would it be
24  Kevin Pope?
25    A.  I said, by reading it, with that

Page 188

1  language, the only person I could attribute it
2  to would be Kevin.  If this quote comes from
3  SEEP/W, that's easily identified.
4    Q.  It does come -- I'm representing to
5  you that it does.
6    A.  If you represent that it does, it
7  does.
8    Q.  Okay.  Then my question is, then that
9  would mean this response was not from Ken Pope.
10    A.  That's correct, sir.
11    Q.  You used the term -- just when we
12  broke, you used the term steady flow analysis.
13    A.  Correct.
14    Q.  Let's take that apart.
15         Steady.  What do you mean by steady?
16    A.  Um -- steady meaning there is no
17  change in void ratio and there are no changes
18  in the saturation during the time of the flow.
19    Q.  Do you contend that if you change the
20  effective stresses in the East Bank Industrial
21  Area on the marsh, the soils will not deform?
22    A.  They will deform.
23    Q.  So they're compressible.
24    A.  No.  Those are different things.  You
25  can deform a soil and it doesn't have to be

**ROBERT BEA**                                                    **March 27, 2012**

Page 189

1   compressible.
2       Q.  Well, do you say that these soils are
3   not compressible?
4       A.  The non compressibility that we're
5   referring to is associated with the swamp --
6   buried swamp-marsh layers.  Given the time
7   duration of the applied hydraulic loadings,
8   there is not time for consolidation or
9   expansion which affects void ratio.  That's
10  just where the process starts.
11      Q.  Now, let me get an answer to my
12  question.
13      A.  I'm sorry.
14      Q.  Are you saying that these organic
15  soils in the swamp-marsh layer, to use your
16  terminology, are not compressible?
17      A.  They're compressible if you provide it
18  time and boundary conditions to allow them to
19  consolidate.
20      Q.  Were the other clays that were in
21  these soils in the East Bank Industrial Area,
22  as demonstrated by all the soils tests that
23  were done, were these also modeled by you as
24  incompressible?
25      A.  At or below the phreatic surface, the

Page 190

1   water table, those are being modeled with the
2   conditions I described, no change in void
3   ratio, no change in saturation.  That's
4   defining steady flow hydraulic conductivity
5   analysis.
6       Q.  I'm still asking and haven't gotten an
7   answer to it.
8       A.  I'm sorry.
9       Q.  Are you saying they were modeled as
10  incompressible or not?
11      A.  Yes.
12      Q.  You're saying they were modeled as
13  incompressible.
14      A.  The buried swamp-marsh layers.
15      Q.  And the clays.
16      A.  No.  The clays above the phreatic
17  surface have compressibility.  They are not
18  fully saturated, so those soils are
19  appropriately modeled, or attempted to be
20  modeled, to account for that.  It's the
21  submerged soils that we're treating as
22  incompressible given the loading conditions
23  that we're dealing with.
24      Q.  For this poor lawyer who doesn't have
25  any advanced math, aren't they all covered with

Page 191

1   water?
2       A.  No.
3       Q.  They're not?
4       A.  No.
5       Q.  When the flood is up over the
6   floodwall, those soils are not covered with
7   water?
8       A.  Both of us know it is.  But they
9   couldn't have conducted the East Bank
10  Industrial Area activities if it was
11  continuously covered with watered.
12      Q.  Right.
13      A.  So those soils are undergoing a change
14  in this characteristic we're discussing,
15  depending on time.
16      Q.  Well, this phreatic surface that you
17  describe, when is it that -- tell us how deep
18  that was before Katrina started, just before
19  the storm surge.
20      A.  Well, it changes depth as a function
21  of time and location.
22      Q.  Okay.
23      A.  The groundwater measurement test that
24  we -- or groundwater monitoring that we
25  discussed earlier today is an example of normal

Page 192

1   conditions.  The results gained from Piezometer
2   number 3 on the flood side of the wall gave
3   important insight into what was happening in
4   the saturated, buried swamp-marsh layers as
5   water then inundated over the top of the East
6   Bank Industrial Area.
7       Q.  When Katrina occurred, were the clays
8   that were shown in the soils classification
9   tests and the borings that were done, were
10  those clays at that time incompressible?
11      A.  Well, the clays below the phreatic
12  surface given that loading condition are being
13  modeled as incompressible.  The soils above
14  that surface, until they become saturated, have
15  to be modeled to appropriately account for that
16  compressibility.
17      Q.  And where is that phreatic surface, in
18  your model?  Where is it located?
19      A.  Well, it changes as a function of
20  time.
21      Q.  During the storm surge.
22      A.  Well, during the storm surge, the
23  phreatic surface on the, um -- flood side is at
24  the soil surface.  The free water level
25  elevation head is following the surge.  Over on

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**ROBERT BEA**                                                      **March 27, 2012**

Page 193

1  the protected side, that phreatic surface,
2  before interior flooding, would be close to the
3  ground level. After interior flooding, it will
4  then raise the elevation head to follow the
5  internal flooding.
6      Q.  So based on your answer, as soon as
7  the water got over the ground surface in the
8  during the storm surge, all of the soils on the
9  canal side were treated, you believe, as
10 incompressible.
11     A.  Not all. The compressibility takes
12 time to develop. And that's because we're
13 having the changed soil structure. In some
14 cases, if we're compressing, we have to move
15 water to in fact change that. So there's a
16 time dependency on the soils above the phreatic
17 surface. Until I bring that to equilibrium, I
18 can't treatment them as though they are
19 incompressible fully saturated. So there's a
20 time dependency there.
21     Q.  What is the time that it takes?
22     A.  It depends on where you're at. Some
23 of the locations on the EBIA have soils that
24 apparently communicate pressure very, very
25 rapidly. It's within seconds or minutes of the

Page 194

1  water level rise. There are other conditions
2  that that rapid pressure connection is
3  apparently not there, and the soils are
4  behaving in a compressible manner. It's not
5  uniform isotropic, homogeneous in terms of
6  compressibility. I wish it were.
7      Q.  How long do the clays -- above the
8  marsh layer, how long did that take, that
9  layer, to become what you call incompressible?
10     A.  In our analysis, as long as we're
11 below the phreatic surface, we treat it as
12 incompressible steady flow.
13     Q.  But the phreatic surface -- if I
14 understood you correctly, as soon as the ground
15 level is covered, the phreatic surface is now
16 above the top of the ground level. Right?
17     A.  But I'm still saturating those
18 unsaturated soils. That takes time.
19     Q.  How long does it take for the clays
20 above the organic layer, in these soil borings,
21 how long does it take for those to become
22 incompressible, in your analysis?
23     A.  In our analysis of the pressure
24 transmission effects occurring in the buried
25 swamp-marsh layer, the materials above are

Page 195

1  being treated in a steady flow, in parentheses,
2  incompressible manner.
3      Q.  So all of the soils, then, are being
4  treated as incompressible, because that's
5  everything above the marsh layer. Right?
6      A.  At the time that we have inundated
7  the, um -- EBIA.
8      Q.  So in effect, you're modeling the flow
9  through the marsh layer as a series of steady
10 state flow analysis with a varying load from
11 the storm surge.
12     A.  And I stated that -- that's correct,
13 and that's what I've attempted to state this
14 morning.
15     Q.  Now, you stated earlier in your
16 answers that, you know, you finally came to
17 that understanding, the explain -- sometime
18 during this process of studying Katrina, you
19 came to this understanding. Isn't that right?
20     A.  Yes.
21     Q.  Okay. How did you come to that
22 understanding?
23     A.  Um -- the thing that first alerted us
24 to this behavior started at 17th Street Canal
25 in the work we did on breaches. In the IPET

Page 196

1  work done in Phase I and Phase II, steady flow
2  conditions were used in all of those analyses,
3  including the work on the London north and
4  London south breaches.
5      Q.  Now, on Page 54 in your report,
6  Paragraph 54, and you were just talking about
7  this, actually, you state that once -- are you
8  there?
9      A.  Yes, sir.
10     Q.  You state that once the water rose
11 above an elevation of about +3 feet NAVD88, the
12 piezometer showed rapid responses to the
13 measured water elevations in the IHNC. This
14 data indicated that the buried, quote,
15 swamp-marsh soils, close quote, were indirect
16 hydrologic contact with the water in the IHNC,
17 close quote.
18         You see that?
19     A.  Yes, sir.
20     Q.  And you reference Figure 34. You see
21 that?
22     A.  Yes.
23     Q.  What do you mean by in direct
24 hydrologic contact with the water in the IHNC?
25     A.  The pressure response in Piezometer 3

49 (Pages 193 to 196)

**ROBERT BEA**                                    **March 27, 2012**

Page 197

1  shown in the blue dots follows the pressure
2  increase in the IHNC in the order of minutes.
3  So it's indicating to us that we've got a
4  direct pressure contact in this system, for
5  those conditions.
6      Q.  Now, Piezometer -- so you're making a
7  contention that the observed rise in the water
8  level in Army Corps Piezometer PZ-3 is due to
9  flow from the IHNC, and that is through the
10 buried marsh-swamp soils, right?
11     A.  No.
12     Q.  It's not through the buried marsh
13 soils?
14     A.  I didn't mention flow.  I mentioned
15 pressure.  They're different things.
16     Q.  So there's no flow, it's just
17 pressure.
18     A.  That's correct.
19     Q.  Okay.  Now, Piezometer PZ-3 is located
20 on the canal side of the levee.  Correct?
21     A.  That's correct.
22     Q.  On Page 8 of Appendix C of your
23 report -- take your time to get there.  It's
24 Page 8, Appendix C.
25     A.  Yes, sir.

Page 198

1      Q.  -- you state that the peak value on
2  the IHNC gauge was recorded on September 1,
3  2008, at 12:00 p.m. with an elevation of 12.06
4  feet, and the corresponding peak in the
5  piezometer readings was also recorded at
6  12:00 p.m. of the same day with a hydraulic
7  head of 9.2 feet, quote.  Is that correct?
8      A.  Correct.
9      Q.  And then the next paragraph on Page 8
10 of Appendix C, you state that, quote, at
11 9:00 a.m. on September 12, the IHNC gauge
12 recorded a water level of 9.27 feet, and at the
13 same time, the piezometer recorded a head of
14 5.5 feet.
15         Is this also correct?
16     A.  Yes.
17     Q.  Look at Appendix C at the top of
18 Page 9, where you state, quote, The elevation
19 at the top of PZ-3 is plus 6.2 feet.
20         Do you see that?
21     A.  That's the best of our knowledge.
22     Q.  So if PZ-3 was located on the canal
23 side of the floodwall --
24     A.  Correct.
25     Q.  -- and the top of the piezometer was

Page 199

1  at the elevation 6.2 feet --
2      A.  Right.
3      Q.  -- and the IHNC water level rose to
4  9.27 feet during Hurricane Ike --
5      A.  Right.
6      Q.  -- wouldn't you agree that the top of
7  PZ-3 would have been submerged under more than
8  three feet of water at the peak of the storm?
9      A.  Correct.
10     Q.  Okay.  And wouldn't you also agree
11 that the 12.06-foot surge of the IHNC during
12 Gustav would have submerged the top of PZ-3
13 under nearly six feet of water?
14     A.  Correct.
15     Q.  Now, look again at Page 9, Appendix C,
16 second paragraph, where you state that the
17 ground surface is between +2 and +3 feet
18 NAVD88.
19         If we use the higher ground surface
20 elevation of +3 feet, would you agree that at
21 the peak of Ike the ground surface at PZ-3 was
22 submerged under about six feet of water?
23     A.  I believe the figures are correct.
24     Q.  And wouldn't you also agree that at
25 the peak at the Gustav event the ground surface

Page 200

1  at PZ-3 was submerged under about 9 feet of
2  water?
3      A.  I think that's correct.
4      Q.  Now, when the top of PZ-3 was flooded
5  and submerged under up to at least six feet of
6  water during these two storms, water would have
7  entered the top of PZ-3 and caused the observed
8  increase in water level inside the piezometer,
9  isn't that right?
10     A.  No.
11     Q.  It wouldn't have?
12     A.  Well, we pursued this factor because
13 of what we are questioning.  We had, too,
14 question.  The answer was not clear, but PZ-3
15 was purportedly capped, meaning there's a cap
16 on the top of the piezometer to inhibit
17 significant water entry.
18     Q.  What is your evidence that it was
19 sealed?
20     A.  The information provided in the
21 production from the Department of Justice that
22 contained background information on each of the
23 piezometers.  My memory says like eight or ten
24 of them.
25     Q.  And are you saying that the USACE

**ROBERT BEA**                                                    **March 27, 2012**

Page 201

1   reported that those piezometers' caps were
2   watertight caps?
3        A.  They were, as best we could trace it,
4   tight-fitting PVC caps.  The question of
5   potential water entry either inside or outside
6   the piezometer tube is a potential that can
7   influence the water level rises we are
8   attributing to the inside of the piezometer
9   tube --
10       Q.  Are you familiar --
11       A.  -- leakage.
12       Q.  Excuse me.  But you admit that you
13  don't really know whether those caps were
14  leaking or not.  Right?
15       A.  Um -- the leakage we're concerned with
16  is significant water that could significantly
17  influence our water level elevations in the
18  piezometer.  So it's not drops.  We've got to
19  have a significant amount of water entry inside
20  or outside that affects over that entire time
21  period the rise and fall of the water.  The
22  tip-off for us was it followed the canal as it
23  fell rapidly.  So it was not only the upswing
24  and that point at the peak, but it followed it
25  down, as well.  So it indicated to us it was

Page 202

1   not significant leakage.
2        Q.  In fact, your report states -- and I'm
3   just trying to get you to say what your report
4   says -- if the piezometer was not sealed with a
5   watertight cap, it might have allowed surge
6   waters to leak.  Right?
7        A.  Correct.
8        Q.  The water leakage through the top
9   could contribute to the responses observed
10  associated with the rising water levels.
11  Right?
12       A.  Correct.
13       Q.  Okay.  You're not denying that now,
14  are you?
15       A.  Absolutely not.
16       Q.  Thank you.
17           Now, are you familiar where the
18  concept of pore pressure parameter C?
19       A.  Please repeat your question.
20       Q.  Are you familiar with the concept of
21  pore pressure parameter C?
22       A.  I think so, but my memory is, um --
23  dim on that C parameter.
24       Q.  Well, I'm going to show you -- well,
25  before I show you the document, the C parameter

Page 203

1   relates change in pore pressure to change in
2   vertical total stress for one-dimensional
3   compression.
4            Does that help your recollection?
5        A.  Yes, it does.  Thank you.  Okay.
6        Q.  And for typical saturated soils, the
7   value of C is essentially unity.  Isn't that
8   correct?
9        A.  Correct.
10       Q.  And we'll show you that in the
11  reference material you cited before that was
12  written by God, I think you said, Exhibit B,
13  Exhibit 15.
14           (Bea Exhibit 15 was marked for
15  identification and is attached hereto.)
16       A.  By a god.  I didn't say The God.
17  EXAMINATION BY MR. TREEBY:
18       Q.  A god.  Okay.  A small g god.
19       A.  Correct.  Thank you.
20       Q.  And on Page 395, which I think is the
21  last page of this excerpt, at the top of the
22  right column, in discussing this parameter C,
23  and this says for all typical saturated soils,
24  C is essentially unity.
25           And you agree with that.

Page 204

1        A.  Correct.
2        Q.  And Dr. Bea, when the storm surge
3   waters flood the EBIA, it imposes a change in
4   vertical total stress on the subsoil materials,
5   including the soil around the PZ-3 sensor;
6   isn't that correct?
7        A.  That is correct.
8        Q.  And this change in vertical total
9   stress results in a corresponding pore pressure
10  increase given by the pore pressure parameter
11  C, correct?
12       A.  Yes.  That's an extremely important
13  observation.
14       Q.  For most typical soils, the pore
15  pressure increase would be close to the
16  increase in vertical total stress; correct?
17       A.  That's as long as we've got the
18  application of the stress immediately in
19  contact with the soil that we're concerned
20  with, that is correct.
21       Q.  So the response of PZ-3 to the storm
22  surge can be explained solely by the effects of
23  change in vertical total stress, isn't that
24  correct?
25       A.  I think it is appropriately explained

**ROBERT BEA**                                    **March 27, 2012**

Page 205

1  that way, with the exception of the difference
2  in the pressures. The two peaks don't coincide
3  in terms of their magnitude. It tells me that
4  I'm experiencing losses as I communicate with
5  the water on top of the EBIA site and the
6  piezometer screens that are recording that
7  response. So I have the equivalent of a
8  frictional damping in pressure related to
9  permeability.
10     Q.  So it would go up as the water first
11  submerged the ground level --
12     A.  Correct.
13     Q.  -- and got higher and hire it would go
14  up?
15     A.  Right.
16     Q.  And as that water on the ground went
17  down toward the ground level it would come
18  down.
19     A.  Correct. And that's what the
20  piezometer showed.
21     Q.  Okay.
22     A.  In addition, that's what the
23  piezometers told us several years ago at 17th
24  Street Canal. In addition, that's what the
25  London Canal tests that Dr. Brandon figured so

Page 206

1  prominently and indicated with the application
2  of hydraulic loading.
3     EXAMINATION BY MR. TREEBY:
4     Q.  Turn to Page 18, if you would, in your
5  report, Paragraph 29.
6        Are you there?
7     A.  Not quite. The report is coming
8  apart.
9        Okay. Page please, sir?
10     Q.  Yes. Page 18, Paragraph 29.
11     A.  Yes.
12     Q.  You state that your fundamental
13  conclusion regarding the breaches in the EBIA
14  was that they were, quote, initiated with surge
15  water pressures developed on the water side of
16  the flood protection structures, coupled with
17  hydraulic seepage and uplift pressures
18  generated in the marsh layers under the soil
19  levee, Figure 1, through nearby excavations
20  backfilled with high permeability materials,
21  close quote.
22        Did I read that from your report
23  correctly?
24     A.  Yes. You did.
25     Q.  How do you define the term nearby, in

Page 207

1  this sentence?
2     A.  Nearby are those excavations that are
3  close to the floodwall. And close to depends
4  on the loading conditions. Earlier, we were
5  talking about the hand calculations I had
6  performed. The hand calculations that I had
7  performed were intended to provide insight as
8  to a distance effect on the conduct of
9  pressure.
10        If you're close, the effects are
11  large, including tension cracks. If you are
12  very distant, they are not as large, but that
13  has to be said carefully depending on what's
14  around the area that can provide hydraulic
15  connections.
16     Q.  Okay. How far is nearby from the
17  floodwall? All you've told me is nearby is the
18  same as close to.
19     A.  500 feet. A few hundred feet.
20     Q.  Anything within 500 feet.
21     A.  Has a important effect on the
22  pressures exerted on the protected side of the
23  floodwall.
24     Q.  So that would be every excavation in
25  the East Bank Industrial Area, then, because I

Page 208

1  don't think the bank was more than about 500
2  feet from the floodwall at any location.
3        So it's every excavation?
4     A.  No. It's the excavations that have
5  poor backfill in them that provide the water
6  connection. If I've got clays that in one
7  manner or another have been properly compacted,
8  they're behaving much like the adjacent soils.
9  So this is associated with poorly backfilled
10  excavations, the explanation I am given.
11     Q.  Precisely which excavations, quote,
12  near the levees in the EBIA, were backfilled
13  with high permeability materials?
14     A.  The best that we can ascertain are
15  excavations at north breach, associated with
16  the contaminated soils in Area number 1
17  adjacent to the Industrial Canal that then
18  connects to, um -- excavations that were
19  developed on the west side of Surekote Road,
20  and they seem to be associated with grid
21  trenching and Transite removal that then
22  connected to the sandy shelly porous fill under
23  Surekote Road, and, of course, associated with
24  the overpass that then connects to the levee
25  floodwall system at that location.

**ROBERT BEA**                                                    **March 27, 2012**

Page 209

1        At the south breach, we identified two
2   nearby excavations, excavation activity
3   associated with grid trenching, road removal,
4   and utility line removal, that were excavations
5   important in the causation of the south breach.
6        As you move from those nearby
7   excavations, we move toward the Industrial
8   Canal, and that's what I was referring to as
9   the contributing effects of poorly backfilled
10  excavation as you move westward.
11       Q.  I followed you up until the last
12  sentence.  And let me read it to you, and you
13  make sense of it if you would.  As you move
14  from those nearby excavations, the ones you've
15  described at the north breach and the south
16  breach, we move toward the Industrial Canal and
17  that's what I was referring to as the
18  contributing effects of poorly backfilled
19  excavation as you move westward.
20       A.  I'm sorry for the bad description.
21  What I'm attempting to describe is there are
22  multiple excavations that enter the picture of
23  hydraulic pressure conductivity to the
24  protected side.  The most important ones are
25  close.  They're the major contributors to that

Page 210

1   hydraulic pressure effect.
2        As you move toward the Industrial
3   Canal, there are different kinds of
4   excavations, with different kinds of backfill,
5   and it's those backfilled with porous
6   materials, be it chunks of clay not compacted
7   at all, or river sands that are put into the
8   excavations that are the next contributors.
9        Q.  Can you be more specific about what
10  this next section of excavations you're talking
11  about, those -- you say as you move toward the
12  Industrial Canal, there are different kinds of
13  excavations with different kind of backfill,
14  and it's those backfilled with porous
15  materials.  Okay.  Let's stop there.
16       Where are they?  Tell us what they
17  are.
18       A.  Well, if we start at the canal edge,
19  the 1500 -- I've forgotten the exact number of
20  the piles that were withdrawn -- they, to our
21  knowledge, were not backfilled.  They got
22  surface materials over the top.  We could find
23  in the record, which is incomplete, no evidence
24  of any backfilling.
25       As you move progressively toward the

Page 211

1   floodwall, through such things as the
2   contaminated soil areas that were removed on
3   the Saucer Marine site, those, again, as we can
4   trace the record, were backfilled with sands.
5   Because the soils that were removed were
6   polluted, they had to be trucked off the site.
7        As you move further to the wall, other
8   excavations that we associated with grid
9   trenching, road removal, are the next ones of
10  concern.
11       Q.  And you've talked about those earlier.
12  Okay.
13       A.  Yes, sir.
14       Q.  Describe your work, if you will, in
15  evaluating the locations and sizes of
16  excavations in the East Bank Industrial Area
17  and the type of backfill used.
18       First, who performed the work?
19       A.  I'll describe that as I answer your
20  question.  The work was done in, um -- two
21  phases.  The first phase of work was done
22  principally by Chad Morris and myself, assisted
23  by Mr. Scott Joanen.  This is a phase in which
24  we are working with sequential aerial
25  photography, sequential ground photography, and

Page 212

1   the pictures that were provided in the boxes I
2   referred to of, um -- of the East Bank
3   Industrial Area site clearing operations,
4   including backfill.
5        The identification of critical areas
6   to the north breach, south breach, and near
7   breach between the two that we discussed
8   earlier, are documented in my expert reports,
9   in the coauthored appendix by Chad Morris and
10  myself.
11       Phase II:  Phase II is now -- we have,
12  of course, the results from Phase I, aerial
13  photography, ground photography, the pictures
14  from Washington Group International as they
15  went through the site clearing operations.
16       Now, we've got an avalanche of new
17  information on details of soil removal
18  associated with contaminated soils, removal
19  operations associated with removing buildings,
20  particularly Building 6A adjacent to the north
21  breach, and then a multitude of details
22  associated with the grid trenching operations.
23       In Phase II, that work falls to Dave
24  Rogers, Rune Storesund, Bob Bea.  We are
25  assisted in the mountain of information

**ROBERT BEA**                                                    **March 27, 2012**

Page 213

1    correlation by Mr. Chris Yount and Mr. Andy
2    Owen.
3        Q.  Has all of the work that you've just
4    described been provided in your matters
5    considered?
6        A.  No.
7        Q.  What has not been provided in your
8    matters considered that you just referred to as
9    the work you did to evaluate the locations and
10   sizes of excavations and types of backfill
11   used?
12       A.  Well, one of the things that we did
13   not have the opportunity to provide at the time
14   I had to provide my expert report, February the
15   1st, we wanted to develop a detailed mapping of
16   the excavations on the East Bank Industrial
17   Area.  I have continued that work, and it will
18   be a part of my rebuttal report that you will
19   receive on April 3rd.
20       Q.  That will, then, be all your matters
21   considered?
22       A.  Yes.  For this topic.
23       Q.  In Paragraph 29, you refer to Figure 1
24   of your report.  Right?
25       A.  Yes, sir.

Page 214

1        Q.  Turn to Figure 1 on Page 20.
2        A.  Yes, sir.
3        Q.  Are you suggesting by Figure 1 there
4    is a connection between the backfill activities
5    shown in the photograph in the lower left-hand
6    corner and the breach shown in the photograph
7    in the lower right-hand corner, Figure 1?
8        A.  Yes.
9        Q.  In the photo the dozer on the left
10   side of the page, part of your evidence of
11   high -- excuse me.  Is the photo of the dozer
12   on the left side of the page part of your
13   evidence of high permeability materials being
14   used in, quote, nearby, close quote,
15   excavations?
16       A.  Yes, sir.
17       Q.  What evidence do you have as to the
18   location of the dozer work at the bottom
19   left-hand corner of Figure 1?
20       A.  Um -- the dozer work shown here is
21   obviously close to the Florida Avenue bridge,
22   which is shown in the background.  My
23   recollection is the captioned photographs
24   provided by WGI connect this area to the area I
25   previously referred to as Area 1.  This is the

Page 215

1    area out toward the Industrial Canal.  It then
2    ties to the next area, which is shown in the
3    photograph to the right.  This is the
4    backfilled area that we traced to the west side
5    of Surekote Road.  That then connects to the
6    Surekote Road sand shell fill, which then abuts
7    to the levee floodwall at the north breach.
8            These figures are intended to be
9    illustrative and by no means attribute
10   precision to this illustrative figure.
11       Q.  Okay.  You've described Area 1.  Let's
12   go there.  I think you have a map that shows
13   where Area 1 is.  It's in Appendix B, Page 9 of
14   your report.  Keep your finger back, though, at
15   Figure 1.
16       A.  Will do.  Please give me the --
17       Q.  Page 9, Figure 5A.
18           Are you there?
19       A.  Yes.
20       Q.  Area 1, near the bank, near the
21   Industrial Canal, the north end of Boland.
22   Right?
23       A.  Yes.
24       Q.  And that's what you're saying that
25   picture with the dozer is showing.

Page 216

1        A.  I think so.  That's why I said, um --
2        Q.  And you say you base that on WGI 's
3    caption on the photo.  We're going to talk a
4    lot about WGI 's caption on photos, but that's
5    what you say that represents, right?
6        A.  That's what I'm representing or
7    attempting to represent in this illustrative
8    figure.
9        Q.  Did somebody else provide you that
10   information, or did you come up with it on your
11   own?
12       A.  Which information?
13       Q.  The information about what was on the
14   caption of that photograph.
15       A.  In the original photographs that we
16   obtained, the captions were a part of the
17   photograph.
18       Q.  Right.  I understand that.  I'm asking
19   who on your team, was it you, personally, or
20   someone else, that you recall telling you that
21   this was Area 1?
22       A.  Which phase?  I explained to you that
23   there were two phases.
24       Q.  No.  Let's stick with our questions,
25   here.  You have just told us that your Figure

54 (Pages 213 to 216)

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**ROBERT BEA**                                                    **March 27, 2012**

Page 217

1  1 -- okay -- the lower left hand picture --
2      A.  Right.
3      Q.  -- which doesn't have a caption on
4  it -- you just say -- in fact, you call it
5  mechanism of breach development at the Lower
6  Ninth Ward.
7      A.  And that's all I'm attempting to
8  illustrate.
9      Q.  I understand.  But the picture at the
10 bottom lower left-hand corner -- I asked you
11 how you identified the location.
12         You said you did it based on a caption
13 on the WGI photograph that was originally
14 there; right?
15     A.  It's still there.
16     Q.  Right.  It is.  We're going to show it
17 to in a minute.
18     A.  Excellent.
19     Q.  My question is -- and we found where
20 Area 1 was from your appendix.
21     A.  Yes.
22     Q.  My question to you is, who made that
23 identification that that picture was Area 1;
24 was that you or did you rely on somebody
25 telling you that?

Page 218

1      A.  In Phase number II, that was primarily
2  the work done by Dr. Rogers and Dr. Storesund.
3         In number I, that was done by myself
4  and Chad Morris.
5      Q.  Well, which phase was that photograph
6  identified in?
7      A.  I think both.
8      Q.  Okay.  So you would have done it once,
9  and somebody else would have stood back behind
10 you and double-checked it.
11        Loo, at -- I'm going to show you
12 Document B, Exhibit 16.
13     A.  No, sir.  That's not what I'm
14 attempting to convey.  The picture that we're
15 looking at with the sand in the Florida Avenue
16 bridge I'm attempting to use as an illustrative
17 element to show how hydraulic pressure
18 conductivity could be developed with the
19 excavations shown to the right-hand side.
20     Q.  Uh-huh.
21     A.  So I'm not attempting precision, but,
22 rather, to communicate poor backfill,
23 excavations, uplift pressure, failure of wall.
24     Q.  Well, the location is important, isn't
25 it, to that illustration?

Page 219

1      A.  Not really.
2      Q.  No?  So it could have been at the
3  south end of the EBIA, then, and it would have
4  been -- that picture could have been taken
5  there.
6      A.  The picture needs to come from the
7  area I'm attempting to illustrate.
8      Q.  Nearby.
9      A.  I've got to get it close enough to the
10 area that's shown here on the right so that it
11 conveys, oh, well, why are those holes there?
12     Q.  Right.  And I would assume you are
13 representing to the viewer here that this
14 picture at the lower left is directly west of
15 the north breach.
16        Is that fair?
17     A.  It's west of the north breach.  That's
18 the recollection I have.  And the recollection
19 is aided, abetted by the Florida Avenue bridge.
20     Q.  Look at Exhibit Bea Exhibit 16 which
21 is the actual picture that you show there.
22        First, identify it.  That's the same
23 picture you're using in Figure 1, is it not?
24        (Bea Exhibit 16 was marked for
25 identification and is attached hereto.)

Page 220

1      A.  Yes, sir.
2  EXAMINATION BY MR. TREEBY:
3      Q.  Read the caption into the record, if
4  you would.
5      A.  229012605-09  placing imported sand
6  backfill at north side of Area 2 at Boland
7  Marine.
8      Q.  Okay.  Not Area 1.
9      A.  Correct.
10     Q.  Okay.  I'm going to mark as Bea
11 Exhibit 17 an excerpt from the NFAATT Submittal
12 Report, Boland Marine, Inner Harbor
13 Navigational Canal, East Bank Industrial Area,
14 dated June 2005, and refer you to the last page
15 of this excerpt bearing Bates number WGI
16 065681.
17        (Bea Exhibit 17 was marked for
18 identification and is attached hereto.)
19     A.  Yes.
20 EXAMINATION BY MR. TREEBY:
21     Q.  Where is Area 2?
22     A.  Oh.  Area 2 seems to be subsumed into
23 the areas here identified as 1518 from what I
24 can tell.  This is the reason I was being
25 careful as I used area numbers.  They changed

**ROBERT BEA**                                              **March 27, 2012**

Page 221

1   in the process of the documentation I reviewed.
2       Q.   Well, these photos relate to this
3   report, don't they?
4       A.   Um -- I don't recall for sure, but we
5   have organized the photos now to specific areas
6   so that the question you asked could be
7   answered definitively.  I don't recall.
8       Q.   Well, in fact, if you will look at the
9   picture with its original, contemporaneous
10  caption, are you able to tell the date of that
11  picture?
12      A.   It looks like 2001.
13      Q.   In fact, this picture is dated
14  January 26th, 2005.
15      A.   That's correct.  I'm sorry.  I misread
16  the caption.
17      Q.   Okay.  And so on January -- and that's
18  the Area 2 that is being described -- the
19  picture has been taken over.  Is that it?
20      A.   I have to apologize, the buildings
21  have been removed.  So this has to be '05, not
22  '01.  I was mistaken.
23      Q.   So the picture that you are using to
24  illustrate a connection, the mechanics of
25  breach development, in fact, is way distant

Page 222

1   from the north breach, is it not?
2       A.   Yes.
3       Q.   So it's not a fair depiction of a
4   breach mechanism, isn't that correct?
5       A.   No.
6       Q.   It is a fair depiction of this breach
7   mechanism?
8       A.   Yes.
9       Q.   Even though it's more than 500 feet
10  away from the north breach.
11      A.   But in this case, it is providing
12  connectivity to one adjacent to it.  This is
13  not a single excavation conductivity problem.
14  So we've got sand in this area connecting to
15  sand in another area, connecting to sand in a
16  third area coming up against the face of the
17  levee.  So that's why my communications of
18  these connections is difficult to achieve.
19      Q.   What are the other excavations that
20  you say were highly permeable materials that
21  made a connection between the very south end of
22  Boland to the very north end of Boland?
23      A.   Oh, I didn't contend there was any
24  such connection, or I didn't intend to.  What
25  we're talking about, I think, is the north end

Page 223

1   of Boland.
2       Q.   No.  Look again, if you would, at the
3   map on Bea Exhibit number 17.
4       A.   Yes, sir.
5       Q.   Area 2, which is where the photograph
6   is, is at the south end of Boland.
7       A.   Now look at Figure 5A, Appendix B,
8   Page 9.
9       Q.   I'm there.
10      A.   Please tell me where Area 2 is.
11      Q.   Area 2 is down where Building 37 and
12  41 and 34 are.
13      A.   Well, we may have two Area 2s.
14      Q.   Those aren't area descriptions, those
15  are building descriptions.
16      A.   That's what I'm referring to.
17  (Indicating.)
18      Q.   I understand.  Area -- but you've
19  testified that this picture that is in your
20  Figure 1 was in Area 1 of Boland.
21      A.   And that's where I was making that
22  connection.  So I had -- and had told you I did
23  not recall the location of that photograph, it
24  was intended as an example, but it's an example
25  of the kind of backfill that we traced to Area

Page 224

1   1.  And I'm referring to Area 1 shown in that
2   figure.
3       Q.   But you will agree --
4       MR. STEVENS:
5           Excuse me.  For the record, show
6       me which figure.
7       THE WITNESS:
8           This is Figure 5A, Appendix B,
9       Page 9.
10  EXAMINATION BY MR. TREEBY:
11      Q.   I understand where it is.  But in
12  fact, Area 1, as referred to in the photograph,
13  even Area 1 as referred to in the photograph in
14  Boland is way down at the south end.
15          The point is this:  What evidence do
16  you have that low permeability materials --
17  excuse me -- high permeability materials were
18  placed at the north end of Boland, as this
19  picture tries to depict?  The picture is at the
20  south end.
21          Do you understand what the question
22  is?  I'll try to clarify it, if you don't.
23      A.   I think so.  But please provide me
24  time to, um -- locate a picture that will
25  answer your question.  If I don't provide a

**JOHNS, PENDLETON COURT REPORTERS**            **504 219-1993**

**ROBERT BEA**                                                   **March 27, 2012**

Page 225

1  responsive answer, then we can retrace this
2  discussion.
3      Q.  Well, let's -- you can do that.  And
4  if you find that and you want to show it to me
5  later, that's fine.  And I'll be open to that.
6  I'll be open to that even without a question.
7  Okay?
8      A.  Okay.
9      Q.  But you would agree with me that the
10  picture that you used on Figure 1 is the
11  picture that is shown on Bea Exhibit 16 --
12      A.  Yes.
13      Q.  -- with it's proper caption.
14      A.  Yes.
15      Q.  And that picture was taken in 2005 --
16      A.  Right.
17      Q.  -- and that, in fact, the NFAATT for
18  the Boland site shows Area 2, which is where
19  the picture is, at the south end of Boland.
20      A.  Correct.
21      Q.  Not the north.
22      A.  Correct.
23      Q.  I take it that you think there's some
24  other picture that might be at the north end of
25  Boland?

Page 226

1      A.  Yes.
2      Q.  But you thought this picture was at
3  the north end of Boland.
4      A.  No, I did not.  I was using it to
5  illustrate the connections and had told you I
6  did not recall its location.
7      Q.  Well, when I asked you its location,
8  you took me to Page 9 of Appendix B, Figure 5A,
9  and you said, Right there, see, it's at the
10  north end of Boland.
11      A.  That's where I was recalling that
12  picture was associated with the clearing
13  activities done at that area.
14      Q.  But that was wrong.
15      A.  Yes.
16      Q.  Thank you.
17      MR. STEVENS:
18          Incidentally, it was not wrong.
19      You're switching areas.  The area used
20      on this chart is different than the
21      area he's referring to.  It's all
22      labeling, and you're using a wrong
23      label.
24      MR. TREEBY:
25          Are you testifying now?

Page 227

1      MR. STEVENS:
2          No, I have a question.  Everybody
3      has the obligation to seek the truth
4      here --
5      MR. TREEBY:
6          What you just said is not the
7      truth.  And if you want to testify
8      about it, get under oath and get on
9      the stand.
10      MR. STEVENS:
11          Swear me in.  Okay?  Let's do it.
12      MR. TREEBY:
13          Come on.  Make yourself a witness
14      in the case.
15      MR. STEVENS:
16          No, I don't want to do that.
17      MR. TREEBY:
18          Okay.  Well, that's what -- you
19      want to go off the record and have
20      this discussion, or you want to have
21      it on the record?
22      MR. STEVENS:
23          I'm want it on the record.
24      MR. TREEBY:
25          Okay.  That is not true.  This is

Page 228

1  exactly the correct area descriptive
2  that is used for that photo.  This
3  photo is of that area. (Indicating.)
4      MR. STEVENS:
5          Bring me up to speed, Bill.  Your
6      photograph on Bea Exhibit 16, the top
7      one, has your caption.  That is WGI 's
8      caption; right?
9      MR. TREEBY:
10          Contemporaneous, on January 26th,
11      2005.
12      MR. STEVENS:
13          Right.  And it says, north side
14      of Area 2 at Boland.
15      MR. TREEBY:
16          And this is Area 2 at Boland on
17      this NFAATT report about Boland.
18      MR. STEVENS:
19          And where is Boland; is it near
20      the north breach or the south breach?
21      MR. TREEBY:
22          Well, part of it is near the
23      north breach, but the part that Area 2
24      is in is not.  It's at the very south
25      end of Boland.

ROBERT BEA                                           March 27, 2012

Page 229

1    MR. JOANEN:
2        No, it's not. That's why he
3    points out this one. (Indicating.)
4    MR. TREEBY:
5        That's a building. I know what
6    he --
7    MR. JOANEN:
8        Wait. Wait. But he picked that
9    as the space. That's what we're
10   saying, he picked that as the space.
11   MR. TREEBY:
12       And he just admitted it was a
13   mistake.
14   MR. JOANEN:
15       And we're correcting that.
16   MR. STEVENS:
17       Because he's referring to
18   building 2, and not Area 2, although
19   he called it Area 2.
20   MR. TREEBY:
21       No, he's referring to Area 1.
22   You're confusing the record. He
23   called it Area 1.
24   MR. JOANEN:
25       We're trying to clarify the

Page 230

1    record.
2    MR. TREEBY:
3        It is clarified.
4    MR. JOANEN:
5        He points this out. He said, I'm
6    talking about --
7    MR. TREEBY:
8        Okay. Y'all are just trying to
9    make a mess here. That's fine. Go
10   ahead. Make your mess. And I object
11   to any more comments by counsel. Go
12   ahead.
13   MR. STEVENS:
14       I'm asking questions. I want you
15   to help me come to speed here.
16   MR. TREEBY:
17       You shouldn't be on the record if
18   asking me a question. I'm not under
19   oath.
20   MR. STEVENS:
21       It's for everybody. It ain't for
22   me and you; it's for the Court, it's
23   for all counsel, it's for all the
24   parties.
25   MR. TREEBY:

Page 231

1        The tape is gone and we're of the
2    record.
3    MR. STEVENS:
4        I don't need a video.
5    MR. TREEBY:
6        We're off the record.
7    MR. STEVENS:
8        No. I want it on the record.
9        Answer this, Bill:
10   MR. TREEBY:
11       I'm not answering your questions.
12   MR. STEVENS:
13       Okay. Fine. Then I'll just put
14   it on -- I'll ask my question. Answer
15   it; if you don't want to --
16   MR. TREEBY:
17       If you want to ask me questions
18   off the record, Elwood, I'll talk to
19   you about it. That's the appropriate
20   thing for you to address questions to
21   counsel.
22       If you're confused, I'll try to
23   clean clear up your confusion. The
24   record is clear, and you're trying to
25   confuse the record and I object to it.

Page 232

1    MR. STEVENS:
2        I have a simple question. You
3    got to hear it first.
4        Do we want this on video?
5    MR. TREEBY:
6        Yes. I want what you're doing on
7    video. If it's going to be on the
8    record I want it on video.
9    MR. STEVENS:
10       Your tape.
11   MR. TREEBY:
12       This witness has made -- he's
13   admitted it's a mistake, and it is a
14   mistake. And that's okay, we all make
15   mistakes.
16   MR. STEVENS:
17       It ain't about the witness now,
18   Bill. It's about me and you figuring
19   out what's going on here. I want to
20   ask you how the same photograph has
21   two separate WGI Bates stamp numbers
22   on it.
23   MR. TREEBY:
24       It doesn't.
25   MR. STEVENS:

Page 233

1    It does.
2    MR. TREEBY:
3        No, it doesn't.
4    MR. STEVENS:
5        Well, stand by.  Go to the Morris
6    report, July 18, 2011.
7    MR. TREEBY:
8        We're off the record.
9    MR. STEVENS:
10       We're on this record.
11   MR. TREEBY:
12       I'm not.  I'm not on the record.
13   MR. STEVENS:
14       All right.  Y'all can take your
15   break.
16   MR. TREEBY:
17       Okay.  And I object to what
18   you're doing.
19   MR. STEVENS:
20       Please, note it.
21       Page 14 of the Chad Morris report
22   dated July 18th has Figure 3-14.
23   Photograph number 5 shows the same
24   photograph, the bulldozer pushing
25   dirt, placing imported sand backfill

Page 234

1    material at the north side of Area 2
2    at Boland Marine, which is the same
3    caption contained on Bea number 16,
4    the top photograph, except that
5    photograph has a Bates stamp number
6    WGI 064977A, and this photograph has a
7    Bates stamp number of 1014984.  Yet it
8    purports to be the same photograph.
9    It looks to be identical.
10       All I want to know is, how is it
11   they have two different Bates stamp
12   numbers?  And is it the same
13   photograph?  That might help everybody
14   sort things out.
15   MR. TREEBY:
16       Okay.  We're off the record now?
17   MR. STEVENS:
18       Okay.  You going to answer it?
19   MR. TREEBY:
20       I'm not answering your questions
21   on the record.
22       Wait.  Are we off the record?
23   MR. STEVENS:
24       No.  If she wants me to answer a
25   question, okay, we're off the record.

Page 235

1        (Off the record.)
2    EXAMINATION BY MR. TREEBY:
3        Q.  Do you know what the depth of the
4    excavation in Area 2 of Boland that we have
5    identified is?  Do you know what the depth of
6    those excavations which are over near the canal
7    bank at the south end of Boland, do you know
8    what the depths are?
9        A.  I don't recall.  We tabulated the
10   depths, and all that information is going into
11   the current effort I cited.  So.
12       Q.  So we don't have it yet, but you're
13   going to have it for your rebuttal report; is
14   that what you're saying?
15       A.  That's correct.  And you have it, but
16   it's not in my head.  It's within the records
17   that we've developed in the course of this
18   work.
19       Q.  If you would look at Exhibit 17 that
20   we just gave you, which is the NFAATT Submittal
21   Report for Boland Marine, June 2005, this is
22   information that was done contemporaneously, it
23   indicates that the excavations were five or six
24   feet in Area 2.  Is that right?
25       A.  Correct.

Page 236

1        Q.  When did the work start on this
2    document that you've not given us yet that is
3    now going to be given to us with your rebuttal
4    report?
5        A.  Well, the work has -- it started when
6    we started this phase of our study.  So it's
7    been going on and we've been accumulating and
8    tabulating the data.  We're now at a point
9    where we can bring it to a comprehensive map
10   and maps that we can give to you to capture the
11   essence and details in what we are calling the
12   Swiss cheese graphics.  That should be supplied
13   as part of my rebuttal report due April 3rd.
14       Q.  Who's doing maps?
15       A.  Um -- Dr. Storesund, assisted by Andy
16   Owen, um -- and a geographic information system
17   expert that Dr. Storesund has brought in to
18   assist him in developing and documenting the
19   graphics.  There are three people, to my
20   knowledge, engaged in that activity at this
21   minute.
22       Q.  Who is this new expert?
23       A.  I've never met him.  We were forced to
24   add to the team when the Judge decided that my
25   expert report was due April 3rd.  And so at

Page 237

1  that point, in order to complete the work for
2  you and document it, we had to add this
3  additional person to assist Dr. Storesund.
4      Q.  Who is this new expert?
5      A.  I don't know.
6      Q.  You don't know his name?
7      A.  No.  I've never met him.
8  Dr. Storesund has handled the selection and
9  engagement of this person.
10     Q.  Okay.  Would you turn to Page 40,
11 Paragraph 42 of your report.
12     A.  Page 40?
13     Q.  Yes.
14     A.  Yes, sir.
15     Q.  You state in that paragraph that,
16 quote, the proposed new locks would require a
17 bypass channel that would be constructed at the
18 East Bank Industrial Area, close quote.
19         You see that?
20     A.  Is that Paragraph 42?
21     Q.  Fourth line.
22     A.  Yes, sir.
23     Q.  The proposed new locks would require a
24 bypass channel that would be constructed at the
25 East Bank Industrial Area, EBIA, Rogers 2012.

Page 238

1      A.  Check.
2      Q.  Okay.  The channel, I assume you knew,
3  was to be dredged through the East Bank
4  Industrial Area.  Right?
5      A.  Correct.
6      Q.  Do you know the dimensions, width,
7  depths, and distance from the floodwall for the
8  proposed bypass channel?
9      A.  No.
10     Q.  You're not aware of that?
11     A.  I'm aware of it. I don't recall the
12 dimensions.
13     Q.  I show you a document which we're
14 marking Bea Exhibit 18.  And this is figures
15 from Appendix B from Dr. Silva 's report.  And
16 we're just going to refer -- I don't know why
17 we had both attached, but for now we're just
18 going to refer to the front page, which is
19 Figure 2.
20         You see that?
21         (Bea Exhibit 18 was marked for
22 identification and is attached hereto.)
23     A.  Yes, sir.
24 EXAMINATION BY MR. TREEBY:
25     Q.  Down at the right-hand corner.

Page 239

1          You see the overlay of the proposed
2  bypass channel dimensions on the EBIA site.
3          Are you familiar enough to tell us if
4  that generally comports with your
5  understanding?
6      A.  Yes, sir.  It does comport with my
7  general understanding.
8      Q.  You would agree that the majority of
9  the EBIA would have been dredged or otherwise
10 removed to construct the bypass channel; right?
11     A.  Correct.
12     Q.  Are you aware that the Corps
13 geotechnical branch determined that dredging
14 the bypass channel would not negatively affect
15 the levees and floodwalls in the East Bank
16 Industrial Area?
17     A.  No.
18     Q.  You weren't aware of that?
19     A.  That's correct.
20     Q.  All right.  Are you familiar with
21 Gerald Dicharry?
22     A.  No.
23     Q.  You don't know the name?
24     A.  No.
25     Q.  I take it from that you've not

Page 240

1  reviewed his deposition in this case.
2      A.  That's correct.
3      Q.  I'm going to go ahead and mark this as
4  Bea Exhibit 19.  This is the entire deposition.
5  (Tendering.)  And first I'll refer you to
6  Page 10 of his deposition.  There are four
7  pages on each page.  Page 10 is in the top left
8  hand corner.
9          You see that?
10         (Bea Exhibit 19 was marked for
11 identification and is attached hereto.)
12     A.  Yes, sir.
13 EXAMINATION BY MR. TREEBY:
14     Q.  And I'm going to read Page 10, Lines
15 19 through 23.
16         Question:  Are you a licensed engineer
17 in the state of Louisiana?
18         Answer:  Yes.
19         Question:  Civil engineer?
20         Answer:  Yes.
21         And then Page 13, which is on, just
22 below that to the right, beginning on Line 9,
23 Question:  Okay.  Now, you had mentioned that
24 you were involved in the IHNC lock replacement
25 project.

**ROBERT BEA**                                          **March 27, 2012**

Page 241

1       Answer:  Correct.
2       Question:  You're referring to the
3   project to replace the ship lock at the
4   Industrial Canal?  Is that correct?
5       Answer:  That is correct.
6       Question:  Can you describe what your
7   position was when you were working on that
8   project?
9       Answer:  I was the senior project
10  manager for the project.  The overall manager.
11      Do you see that?
12  A.  Yes.
13  Q.  Page 30 in the deposition.  Tell me
14  when you're there.
15  A.  I'm there.
16  Q.  On Line 15.  Beginning on Line 15.
17      Question:  Now, you're aware that
18  there's a levee floodwall, hurricane protection
19  structure located to the east of the east bank
20  between that east bank area that you just
21  described as the location for the bypass
22  channel and the Lower Ninth Ward.
23      Answer:  Right.
24      Question:  Now, when the Corps was
25  developing this proposal to dredge the bypass

Page 242

1   channel at this east bank location, how did the
2   location of that levee floodwall protection
3   system factor into the facility?
4       Answer:  It limited the size of that
5   bypass channel because we couldn't violate the
6   stability of the levee and the floodwall along
7   the east side.  So that was the governing
8   factor.  That was determined where the levee
9   stability line was, then we tried to fit a
10  bypass channel to not go into that levee
11  stability line.
12      Question:  Okay.  Now you're
13  describing levee stability line.  Did the
14  geotechnical engineers at the Corps --
15      Answer:  Yes.
16      Question:  -- develop that levee
17  stability line?
18      Answer:  Yes.
19      Question:  And do you know if the
20  geotechnical branch in the engineering division
21  did an analysis to determine that the dredging
22  of the bypass channel at that location would
23  not affect the levee?
24      Answer:  I'm sure they did, yes.
25      And you have no evidence, I would

Page 243

1   assume, to refute Dicharry 's testimony.  Isn't
2   that true?
3   A.  True.
4   Q.  And to continue with his testimony, on
5   Line 23, Page 31, and the Corps --
6       Question:  And the Corps ultimately
7   determined that dredging the bypass channel
8   would not have an effect.
9       Answer:  That's correct.  We also had
10  to make sure, you know, when we build the new
11  floodwalls and levee on the east side, that
12  they wouldn't be violated by the bypass
13  channel, also.
14      (Off the record.)
15  EXAMINATION BY MR. TREEBY:
16  Q.  Have you seen any evidence to suggest
17  that Washington Group International had any
18  responsibility under Task Order 26 for
19  evaluating the impact of the proposed bypass
20  channel on the levee 's floodwalls in the East
21  Bank Industrial Area?
22  A.  No, I have not.
23  Q.  If you would turn to Page 45,
24  Paragraph 47 of your report.  Do you see that
25  paragraph?

Page 244

1   A.  Yes, sir.
2   Q.  In that paragraph, if you would look
3   down six lines -- well, before that, I assume
4   you've looked at this sufficiently, you know
5   that this paragraph deals with the borrow pit.
6   A.  Correct.
7   Q.  Which you described as being adjacent
8   to what you call in your report the near breach
9   site?
10  A.  Correct.
11  Q.  Okay.  The sentence beginning on that
12  line states that this location was chosen
13  because the extensive coring of the area
14  performed by Washington Group International had
15  identified the predominantly cohesive clayey
16  soils in this area.
17      Is that what you say?
18  A.  Yes.
19  Q.  And you cite to what you described as
20  WGI 2005A.  Is that right?
21  A.  Yes.
22  Q.  I show you a document we're marking
23  Bea Exhibit 20, which is the document you're
24  referring to there.  Is it not?
25      (Bea Exhibit 20 was marked for

**JOHNS, PENDLETON COURT REPORTERS**            **504 219-1993**

ROBERT BEA                                                    March 27, 2012

Page 245

1   identification and is attached hereto.)
2   EXAMINATION BY MR. TREEBY:
3        Q.  You can find the citation on Page --
4        A.  Right.  I checked the citation.
5        Q.  You agree.  Okay.
6            This is Washington Group 's technical
7   completion report.  It has a longer title, but
8   those are the first words on the report.
9            That's what you cite.  Show me, in
10  particular, in this document, where the
11  technical completion report states that the
12  borrow pit location was chosen because the area
13  was made up of cohesive clayey soils.
14           And just to help you, Page 19 of the
15  completion report refers to the borrow pit,
16  although you're free to look anywhere you want
17  in the document.
18       A.  19.
19       Q.  No, 19 in the completion report.  I'm
20  sorry.  You'll see there are page numbers at
21  the very bottom, which is, I'm sure, what you
22  were seeing, since they were big and bold.
23  Then there are page numbers up above that to
24  the right on the text pages.
25       A.  Yes, sir.

Page 246

1        Q.  Yeah.  That Page 19, the smaller
2   Page 19 number.
3        A.  Mine has 19 on the same page.
4        Q.  No.  It's page 35 at the bottom.  We
5   need t go by that number.  I think that will
6   help us.
7        A.  Yes, sir.
8        Q.  Okay.  This deals with the borrow pit.
9   But again you can look anywhere else you want
10  to.
11           You cited this report for the
12  proposition that I read, that it was chosen
13  because of the extensive coring performed by
14  Washington Group and had identified the
15  predominantly cohesive clayey soils in this
16  area.  That's what you cited.
17       A.  Yes.
18       Q.  This is what refers to borrow pit,
19  although you're free to look at anything else
20  in this document.  So I want to know where you
21  got that idea.
22       A.  Well, it says, at the top of Page 35,
23  With receipt of sample test results indicating
24  the entire excavation had reached clean soils,
25  backfilling operations commenced.

Page 247

1            I then made a connection, and here I'm
2   referring to backfill material, in the
3   remainder of that paragraph, to the WGI report
4   on the coring performed in this area, and it
5   had identified a predominantly, um -- fat clays
6   in the cores.
7        Q.  But what you say in your report, that
8   the reason it was chosen was because of that.
9        A.  Yes.
10       Q.  Where in this report does it say
11  that's why it was chosen?
12       A.  Well, this report is saying that the
13  site is going to be used as backfill material.
14       Q.  It does say that.  But where does it
15  say the reason it was chosen for backfill was
16  because Washington Group had identified this as
17  cohesive clayey soils?  In other words, that
18  connection you're making, you're just -- am I
19  correct you just made that assumption?
20       A.  No, I don't --
21       Q.  Okay.  Where does it --
22       A.  I don't make assumptions.
23       Q.  Well, this is a statement of fact
24  about why an action was taken.  Okay?
25           Is there anything you can show us in

Page 248

1   this report that says that's why this site was
2   selected?
3        A.  I'd have to review the entire report
4   in order to respond to your question.
5        Q.  Okay.  And you're free to do that.
6   And I don't think we want you to read --
7   anybody really wanties you to sit here and read
8   through it.  I can tell you, we've looked at
9   it.  That's not there.
10       A.  Okay.
11       Q.  And let me get you to turn to the next
12  page.  I'm sorry, it's a different question.
13           Now, you're free to rebut me, but I'm
14  telling you we've looked for it, that's not
15  what we find.
16       A.  And what do you want me to do?
17       Q.  If you stand by that, we're going to
18  prove that that's not what happened.  So if you
19  want to stand by it, I would suggest you might
20  find that reference, because you cited the
21  document.
22           But let me show you a document that
23  shows the real reason it was selected.
24       A.  Go.
25       Q.  Which we will mark Bea Exhibit 21.

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

**ROBERT BEA**                                                    **March 27, 2012**

Page 249

1      (Bea Exhibit 21 was marked for
2  identification and is attached hereto.)
3      A.  But returning briefly, if you would,
4  to my question, what is it you would like to
5  have me do with regard to Exhibit 20?
6  EXAMINATION BY MR. TREEBY:
7      Q.  Well, it's an exhibit in the case.
8  I've asked you where in the document you got
9  the reference that would say that that was the
10  reason the borrow pit was chosen.
11      A.  Yes.
12      Q.  Because you cite that as your citation
13  for that proposition.
14      A.  Correct.
15      Q.  So we don't find it.  That's the only
16  section about the borrow pit.  If you want to
17  rebut what I've put on the record, have at it.
18      A.  Thank you.
19      Q.  And we've given you a document we've
20  marked Bea Exhibit 21, and this is an excerpt
21  from the Recap Submittal Report, Borrow Pit
22  report, Inner Harbor Navigational Canal -- and
23  before we --
24      I'm trying to go too fast.  Before we
25  go to that exhibit, I'm going to refer you back

Page 250

1  to your report, Appendix B, Page 32.  Because
2  you there say the same thing in different
3  words.  So I want to -- maybe it will help you
4  find what you remember.
5      A.  Yes, sir.
6      Q.  Page 32.  And this is where you're
7  talking about the near breach site.  Second
8  paragraph from the top of the page, you say,
9  The available information indicates this borrow
10  pit was placed at this particular location
11  because of the relatively impervious silty clay
12  soils found overlying the buried swamp-marsh
13  soils in this area.  MMG2001.  And there you're
14  referring to the borings that were done at the
15  beginning, site clearance borings.
16      A.  That's what I referred to earlier.
17      Q.  Right.  Now, have you seen any
18  statement, in any document, that says the
19  borrow pit location was chosen because of the
20  relatively impervious silty clayey soils found
21  overlying the buried swamp-marsh soils in that
22  area?
23      A.  I don't recall.
24      Q.  But the implication there is, by using
25  the word relatively impervious, that somehow

Page 251

1  this site has soils that are different from
2  other sites in the EBIA.  Is that fair?
3      A.  Correct.
4      Q.  Okay.  I show you a document we've
5  marked now as Bea Exhibit 21.  It's one page
6  from the recap submittal report.  It has Bates
7  numbers at the bottom.  The cover is WGI
8  331697, and the page that we have attached as
9  an excerpt is WGI 331704, which is -- actually
10  has a couple of page numbers, but the page
11  number in that recap submittal report is
12  Page 6.
13      A.  Do I have it?
14      Q.  Just gave it to you.
15      A.  21?
16      Q.  Yeah.
17      A.  Now that I caught up, repeat your
18  question, please.
19      Q.  Yeah.  I'm about to ask you a
20  question.
21      If you would turn to the second page
22  of the exhibit, this is the Executive Summary
23  from the Recap Submittal Report, Borrow Pit
24  Report.
25      A.  Yes, sir.

Page 252

1      Q.  And if you would, look at the top, and
2  beginning in the third line, it says, The
3  borrow pit was originally proposed to be in The
4  International Tank terminal facility, but
5  during drilling a significant number of
6  underground obstructions were discovered that
7  made the area unsuitable as a borrow pit, and
8  so the location was changed.  The area at the
9  McDonough Marine facility was chosen because of
10  its apparent lack of chemical impact.  Based on
11  the analytical results, this proved to be the
12  case.
13      You didn't include this statement in
14  your report.  Why not?
15      A.  Correct.  I don't recall.
16      It was important that they locate an
17  appropriate backfill material that was not
18  contaminated.
19      Q.  Do you still maintain that the borrow
20  pit location was chosen because of the
21  predominantly cohesive clay and relatively
22  impervious silty clay soils in that area?
23      A.  It was one of the factors that was
24  involved in the decision as far as I could
25  trace from the available written records.

63 (Pages 249 to 252)

**ROBERT BEA**                                         **March 27, 2012**

Page 253

1    Q.  Would you agree that the borrow pit
2  was the primary source of backfill for
3  excavations in the EBIA?
4    A.  It was a primary, not necessarily the
5  primary.
6    Q.  What other primary source of backfill
7  was there for excavations in the EBIA?
8    A.  Imported, trucked-in fill.
9    Q.  And you think that was -- when you use
10  the word primary, you say there was more than
11  one primary, I don't know, I thought primary --
12    A.  Well, there --
13    Q.  Excuse me.
14    A.  There is more than one source.  Second
15  is, I don't know the volumes of, um -- those
16  that came from native materials on the EBIA
17  site and those that were imported.  It's just a
18  deficiency in my memory.
19    Q.  Okay.  You would agree with me that
20  there's only one primary.
21    A.  Um -- no.  I used to think that way,
22  but I don't anymore.
23    Q.  Perhaps it's a symptom of living in
24  California.
25        MR. STEVENS:

Page 254

1        Or a sign of wisdom.
2  EXAMINATION BY MR. TREEBY:
3    Q.  And have you identified specifically
4  which of the excavations were backfilled with
5  borrow pit material?
6    A.  We've tried.
7    Q.  Does that mean you failed?
8    A.  Um -- we tried to trace backfill
9  material to excavations.  In some cases we were
10  successful because the records let us do that.
11  In other cases we were not, and there's where
12  we had to rely on aerial photography and ground
13  photography to guide us in what was in the
14  excavation.
15    Q.  Why don't any of your cross-sections
16  show the use of this relatively impervious
17  clayey material as backfill?
18    A.  Because if that's the type of
19  backfill, and it's been reasonably compacted,
20  is what's there, it does not provide the
21  hydraulic pressure conductivity that is of
22  concern to the destabilization of the levee
23  floodwall system on the protected side.
24    Q.  I take it from your answer that if
25  some of the excavations that you show as having

Page 255

1  pervious material were demonstrated to in fact
2  have been backfilled and compacted with
3  impervious material, that would affect your
4  opinions.
5    A.  Certainly.
6    Q.  Go to Page 45 in your main report,
7  Paragraph 47.
8        You there?
9    A.  Yes, sir.
10    Q.  You state -- and we're still talking
11  about the borrow pit -- that the east side of
12  this borrow pit was about 30 feet from the
13  floodwall.  Do you see that?
14    A.  Yes.
15    Q.  What is your support for that
16  statement?
17    A.  Um -- the estimation of the upper
18  boundary of the borrow pit relative to the face
19  of the floodwall.
20    Q.  Well, turn to Appendix B of your
21  report, Page 32.
22    A.  Page 32?
23    Q.  Right.  On the third line, you say the
24  east edge of the borrow pit was located
25  approximately 75 feet west of the floodwall.

Page 256

1    A.  Yes.
2    Q.  Which is it?
3    A.  It must be getting late in the day.
4  And please, go again -- I'm not catching.
5  You're referring to the 30 feet as opposed to
6  the 75.
7    Q.  In one place in your report, you say
8  30 feet from the east edge, in another place
9  you say 75.
10        Which is it?
11    A.  Well, in the case of Figure 25 shown
12  on Page 46, the estimated distance is 30 feet.
13        The main body of the borrow pit shown
14  in Figure 26 is 75 feet.
15    Q.  Do you see a tape measure -- we'll
16  start -- well, first, all kind of ways.  Do you
17  see a tape measure on Figure 25?  Or do you
18  just have the kind of eyesight that can say
19  that's 25 feet?  From a picture.
20    A.  The first thing is, I don't have a
21  tape measure on Figure 25.
22    Q.  Would it surprise you if Figure 25 is
23  actually not the borrow pit?
24    A.  Um -- the caption on the figure is
25  clay wedge placed in Area 1, so we have to

**JOHNS, PENDLETON COURT REPORTERS**            **504 219-1993**

ROBERT BEA                                                    March 27, 2012

Page 257

1    straighten out Area 1 excavation to rebuild
2    small section of the original levee removed for
3    remediation.
4    Q.   Right.  Nothing about a borrow pit;
5    right?
6    A.   Um -- in that caption, that's correct.
7    Q.   And that was the contemporaneous
8    caption placed by Washington Group, correct?
9    A.   That's correct.
10   Q.   And we'll go into more records about
11   that, but do you know which is correct?  Is it
12   30 feet from the east edge of the borrow pit to
13   the floodwall or 75 feet?
14   A.   75 feet.
15   Q.   The near breach cross-sections that
16   you used to attempt to support your seepage and
17   lateral stability analyses are based on the
18   75-foot distance, isn't that right?
19   A.   That's correct.
20   Q.   So the 30-foot distance is incorrect.
21   A.   The 30-foot distance is a -- I
22   believe -- my professional opinion, since
23   belief is not part of this, is 30 feet for that
24   picture, the location of the excavation
25   relative to the near breach site that we used,

Page 258

1    is 75 feet.  And that comports with the
2    information cited on Page 32.
3    Q.   Paragraph 47, same paragraph we just
4    looked at, you also state -- and I'll get you
5    to that place before I read it, hopefully.
6    Oh, right after the sentence about the
7    30 feet from the floodwall.  You see that?
8    Because of?
9    A.   Yes.
10   Q.   Because of concerns for seepage under
11   the floodwall, clay was placed on the eastern
12   wall of the borrow pit.  And you refer to
13   Figure 25 for support.
14   A.   That's an example of clayey.
15   Q.   I haven't asked a question yet.  I'm
16   sorry.
17   A.   I'm sorry.
18   MR. STEVENS:
19       He has a right to explain his
20       answer if he wishes.
21   MR. TREEBY:
22       I haven't asked a question yet.
23   MR. STEVENS:
24       He's explaining his last answer.
25       He's entitled to do that.

Page 259

1    A.   Please continue.
2    EXAMINATION BY MR. TREEBY:
3    Q.   Okay.  Again, you state, because of
4    concerns for seepage under the floodwall, clay
5    was placed in the eastern wall of the borrow
6    pit.  And you refer to Figure 25.
7    Who do you say had these seepage
8    concerns?
9    A.   The collaboration between the U.S.
10   Army Corps of Engineers and WGI.
11   Q.   What evidence do you have that there
12   was such a concern?
13   A.   Well, they're doing things to dress
14   the slope with impervious materials.  They are
15   ensuring that they don't penetrate water
16   conductive layers under the bottom of the
17   borrow pit.  This picture --
18   Q.   Borrow pit?  We've already established
19   this is not the borrow pit; right?
20   A.   Not Figure --
21   Q.   25.
22   A.   I'm not talking about 25.  I'm
23   referring to Figure 26.
24   Q.   Okay.  You cite it.  I read the
25   sentence.  Because of concerns for seepage

Page 260

1    under the floodwall, clay was placed on the
2    eastern wall of the borrow pit.  Figure 25.
3    I'm reading your report.
4    A.   Then I may have a mistaken figure
5    reference.
6    Q.   No, you cite Figure 26 for something
7    else in the next sentence.
8    A.   Let me read briefly, please.
9    Q.   Sure.
10   A.   Yes, sir.  Now ask your question
11   again, please.
12   Q.   Do you have any evidence, other than
13   deduction, let's say, because anyone had
14   the concern you describe in that sentence?
15   A.   It is a deduction from the records I
16   read and the photographs I reviewed.  And I
17   take as an example of that effort being Figures
18   25 and 26.
19   Q.   I take it from your answer that you
20   don't have evidence, it's just a deduction from
21   other things.
22   A.   Well, the two photographs are key in
23   that deductive process.
24   Q.   But when you say someone has a
25   concern, it would seem to me that you would

65 (Pages 257 to 260)

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

**ROBERT BEA**                                                    **March 27, 2012**

Page 261

1  need to have some evidence from a deposition
2  where somebody admitted they had such a concern
3  or a document in which there was an admission
4  that there was a concern to make that
5  statement, unless it's just deduction.
6      A.  I admit it's deduction.
7      Q.  Okay.
8      A.  And the evidence I'm using are the
9  actions taken, as indicated.
10     Q.  Aren't those actions also consistent,
11 to the extent they're there, with preventing
12 erosion as opposed to seepage?
13     A.  Um -- I don't think so.
14     Q.  Okay.  But you admit you have not seen
15 evidence of the concern in a deposition -- is
16 that correct?
17     A.  Correct.
18     Q.  And you've not seen evidence of
19 someone admitting such a concern in any
20 document.
21     A.  Correct.
22     Q.  Now the contemporaneous caption for
23 photo in Figure 25 says, clay wedge placed in
24 Area 1 excavation to rebuild small section of
25 original levee removed during remediation.

Page 262

1          But that's not what your caption says,
2  is it?
3      A.  My caption says, Excavations for soil
4  borrow pit adjacent to floodwall at the
5  McDonough Marine parcel.  And I cited WGI
6  reference.
7      Q.  But the borrow pit didn't encroach
8  into the original levee, did it?
9      A.  Not to my knowledge.  Correct.
10     Q.  In fact, you've told us -- you've now
11 admitted that, really, the east edge of it was
12 75 feet from the floodwall.
13     A.  That's correct.
14     Q.  And, in fact, a contemporaneous photo
15 caption, which you obviously had available to
16 you, said this is to rebuild a small section of
17 original levee.
18     A.  Correct.
19     Q.  So your caption on figure 25 is in
20 error, is it not?
21     A.  Um -- I'd have to go back and identify
22 the location of Area 1.
23     Q.  Well, we're going to do that, but you
24 say in your caption that this was the soil --
25 excavations for soil borrow pit adjacent to

Page 263

1  floodwall.  Right?
2      A.  Yes.
3      Q.  And the real caption, your
4  contemporaneous caption, talks about Area 1
5  excavation to rebuild small section of original
6  levee.
7      A.  Yes.
8      Q.  You admitted that the borrow pit was
9  not at the original levee.
10     A.  Not to my knowledge.
11     Q.  Okay.  I show you a document which is
12 Bea Exhibit 22, which is NFAATT Submittal
13 Report, McDonough Marine, December 2004.  And
14 this is an excerpt.
15         You had these NFAATT reports available
16 to you, did you not?
17         (Bea Exhibit 22 was marked for
18 identification and is attached hereto.)
19     A.  I had some.  I didn't have all.  I
20 recall that I did have this one.
21 EXAMINATION BY MR. TREEBY:
22     Q.  Okay.  Are you telling me -- can you
23 identify any NFAATT submittal report you did
24 not have?  I'm not saying didn't look at, but
25 I'm saying didn't have.

Page 264

1      A.  I had available to me all that had
2  been produced.
3      Q.  Okay.
4      A.  I then requested information that
5  pertained to the three specific sites that I
6  studied.  And that's how I then screened, I'll
7  call it, through all of the documents to
8  identify the ones key to the work I was doing.
9      Q.  I am referring you to the last page of
10 this exhibit, which is upside-down.
11     A.  Yes, sir.
12     Q.  Which isn't very helpful, but it is.
13 And because if you look and get the page number
14 at the bottom of the page, it works.  I think
15 what happened was actually the drawing is
16 upside-down with relation to the page number
17 and the Bates number.
18         But okay.  We're on Page 37 at the
19 bottom, WGI 257982.  You see that?
20     A.  Yes, sir.
21     Q.  Do you see Area 1 on the McDonough
22 Marine site?
23     A.  Yes, sir.
24     Q.  Area 1 is not borrow pit, is it?
25     A.  Um -- that's correct.  Area 1 ties to

ROBERT BEA                                                    March 27, 2012

Page 265

1    the Figure 25 on Page 46 of my report.
2        Q.   Which would make sense if you read the
3    original contemporaneous caption, right?
4        A.   That's correct.
5        Q.   And if you will look on Page 22, which
6    is the second page of this exhibit which bears
7    the Bates number that ends 967, up at the top,
8    excavation area Area 1.  You see that?
9        A.   Yes, sir.
10       Q.   That excavation area is 207.5 feet x
11   25 feet, 4 feet deep; is that right?
12       A.   Correct.
13       Q.   And there is also volume in cubic
14   yards.
15       A.   Yes, sir.
16       Q.   And I show you a document that we're
17   marking Bea number 23. (Tendering.)
18       (Bea Exhibit 23 was marked for
19   identification and is attached hereto.)
20       A.   Are we through with this one?
21   EXAMINATION BY MR. TREEBY:
22       Q.   For now.
23       A.   Okay.
24       Q.   This is Bates numbered NCS, a lot of
25   numbers, ending in 252.  And it's a

Page 266

1    geotechnical engineering memorandum for borrow
2    pit extension.
3        Have you seen this is document before?
4        A.   I don't recall the first page, but I
5    recall Page 3 with the map -- aerial map.
6    Um -- I don't recall Page 4.  And let's see --
7        Q.   Let me ask a general question.  Did
8    you realize that there was a geotechnical
9    engineering branch study made in connection
10   with approving the borrow pit extension?
11       A.   Please -- the thing that is confusing
12   me, a geotechnical branch of WGI or within the
13   Corps?
14       Q.   Well, if you look at it, it's the
15   Corps, yes.  It's the geotechnical branch of
16   the Corps.
17       A.   Okay.
18       Q.   We didn't have geotechnical engineers
19   on this site.  Okay?
20       But look at this, if you will, and --
21   I'm just asking you generally, did you know
22   that the geotechnical branch was requested to
23   do a geotechnical engineering study to approve
24   the extension and expansion of the borrow pit
25   at the McDonough Marine site?

Page 267

1        A.   I do recall that.
2        Q.   And if you would look at Page Bates
3    number 254, which is the map you said you have
4    seen --
5        A.   Yes.
6        Q.   -- do you see the area to be
7    remediated that's highlighted in yellow?
8        A.   I have no --
9        Q.   No, yours isn't highlighted yellow.
10   It was on the other map.  I'm sorry.  It's
11   highlighted in yellow on mine.
12       A.   You're fortunate.
13       Q.   Do you see this 25-foot x 207-foot
14   section up in the right-hand corner of the
15   drawing?
16       A.   This linear feature --
17       Q.   Yes.
18       A.   -- Area 1 --
19       Q.   Yes.
20       A.   -- we called it?  Yes.
21       Q.   Well, we identified it as Area 1, and
22   that's why I said for now -- if you go back,
23   you'll see it referenced right here on the
24   prior exhibit.
25       A.   Yes, sir.

Page 268

1        Q.   Okay.  And you see, in conjunction
2    with that, or in connection with that, the
3    location of the borrow pit, do you not?
4        A.   Correct.  And so there is a portion of
5    Area 1 that is within the area footprint of the
6    borrow pit.
7        Q.   The borrow pit is outlined, is it not,
8    in a double line?
9        A.   Yes, the slopes.
10       Q.   And there is a space, there's a
11   distance, a section, if you will, between that
12   double line and the area to be remediated, is
13   there not?
14       A.   That's correct.  They over --
15       Q.   So the area -- excuse me.  The area to
16   be remediated is not in the footprint of the
17   borrow pit, is it?
18       A.   It's within that area.
19       Q.   Area 1 is the area to be remediated.
20       A.   What I'm referring to as the area is
21   the north to south area outlining the borrow
22   pit.  That line, or that -- that line at its
23   northern and southern extent overlies the area
24   we discussed and identified as Area 1 and is
25   identified as Area 2 in the previous exhibit.

67 (Pages 265 to 268)

**ROBERT BEA**                                                **March 27, 2012**

Page 269

1    So I'm referring to the overlapping relative to
2    that east-west, north-south location.
3        Q.  If you look at the double line which
4    describes the borrow pit boundary -- do you see
5    that?
6        A.  Yes.
7        Q.  Do you see its easternmost extent?
8        A.  Yes.
9        Q.  Is it not true there is a space
10   between both Area 1 and Area 2 and the borrow
11   pit?
12       A.  Yes.
13       Q.  They're not in the same footprint.
14       A.  I explained what I meant by footprint.
15       Q.  Okay.  If I call the footprint the
16   boundary, the borrow pit boundary, it's not
17   within the borrow pit boundary, is it?
18       A.  That's correct.
19       Q.  Okay.  So in Paragraph 47 of your
20   report, when you say that clay was placed on
21   the eastern wall of the borrow pit -- you see
22   that?
23       A.  Not yet.
24       Q.  Just before citing to Figure 25.
25       A.  Yes, sir.

Page 270

1        Q.  And you refer to Figure 25.  You were,
2    in fact, referring to the eastern wall of Area
3    1.
4        A.  That is correct.
5        Q.  Not the borrow pit.
6        A.  That is correct.
7        Q.  Keep looking at the advice from the
8    geotechnical engineering branch, if you will,
9    which is Exhibit Bea Exhibit 23.
10       Does this advice include anything
11   about placing clay on the eastern wall of the
12   borrow pit to prevent seepage?
13       A.  No.
14       Q.  If seepage from the borrow pit was a
15   legitimate concern, wouldn't you have expected
16   the Army Corps 's geotechnical branch to
17   mention it when conducting a stability analysis
18   for the proposed borrow pit extension to the
19   east?
20       A.  It would be, in the context of that
21   term, a part of a stability analysis.
22       Q.  My question is, if there was a -- you
23   formerly said you deduced that there was a
24   concern.
25       If there was a concern, wouldn't you

Page 271

1    expect it to be expressed here?
2        A.  Not necessarily.  It could be
3    expressed in a term called stability.  They
4    knew they were going to flood the borrow pit.
5    They were going to bring water from the
6    Industrial Canal to the eastern side.  They
7    were, in my opinion, demonstrating care for how
8    they constructed the borrow pit so that they
9    did not endanger the stability of the adjacent
10   floodwall.
11       Q.  Okay.  Putting aside Figure 25, which
12   we've dealt with, do you have any evidence that
13   clay was placed on the eastern wall of the
14   borrow pit?
15       A.  An example of the best evidence is in
16   Figure 26 where they're addressing the slope
17   that we previously referred to as the double
18   line with clay from the borrow pit.  The piles
19   of soil to the right are soils that they are
20   draining prior to that loader loading those
21   soils into the truck for transport elsewhere.
22       Q.  Okay.  Let's pursue that.
23       The next sentence of Paragraph 47, you
24   state, the other walls of the borrow pit were
25   dressed with clays obtained from the borrow

Page 272

1    pit, and you reference Figure 26 as support for
2    that statement.  Right?
3        A.  Correct.
4        Q.  And your caption for Figure 26 says,
5    Dressing the walls of excavations for soil
6    borrow pit adjacent to floodwall with clays.
7    Right?
8        A.  Yes.
9        Q.  Okay.  I show you a document we're
10   going to mark as Bea 24, which is that same
11   photo, is it not, that you -- at the bottom,
12   it's the same photo that you used; is that
13   right?
14       (Bea Exhibit 24 was marked for
15   identification and is attached hereto.)
16       A.  That's correct.
17   EXAMINATION BY MR. TREEBY:
18       Q.  And this contemporaneous photo caption
19   says, reworked slope, east side southeast
20   borrow pit.
21       A.  Yes.
22       Q.  It doesn't say anything about lining
23   it with clay, does it?
24       A.  Well, the borrow pit is made from
25   clay.  And so they're reworking that slope and

**ROBERT BEA**                                          **March 27, 2012**

Page 273

1   dressing it with clay.
2       Q.  Your caption and your description
3   would indicate that they intentionally selected
4   clay to dress the east side; isn't that fair?
5       A.  No.  It's not fair.
6       Q.  Oh.  Okay.
7       A.  I used the term dressing.  So they're
8   using materials from the borrow pit itself to
9   dress the slope.  That's the intent of that
10  caption.
11      Q.  This caption that was contemporaneous
12  would in fact be evidence that the slope was
13  being dressed to comply with the geotechnical
14  engineering branch 's instruction as to the
15  slope; isn't that correct?
16          I would request that you ask me to
17  repeat the question, because otherwise it takes
18  too much time.  Because he can't -- you can't
19  sometimes translate what he puts in.
20      A.  Thank you.  Please do.
21      Q.  Okay.  I'll repeat the question.
22          This contemporaneous caption is
23  evidence that the slope was being dressed to
24  comply with the geotechnical engineering
25  branch 's instruction as to slope; isn't that

Page 274

1   correct?
2       A.  That's correct.
3       Q.  Why did you remove Washington Group 's
4   photo caption when you put this photo in your
5   report?
6       A.  I don't recall.
7       Q.  Why did you intentionally leave out
8   many captions on many photos?
9       A.  One reason was I was trying to save
10  space, initially.  Once I discovered that
11  saving space was not constructive, I went back,
12  as thoroughly as I could, reexposing the
13  captions.
14      Q.  I show you a document we're marking
15  Bea Exhibit 25, which is QAR number 397.  And
16  it has a Bates number that it that ends in
17  2323.
18          Do you recognize this document?
19          (Bea Exhibit 25 was marked for
20  identification and is attached hereto.)
21      A.  I recall seeing parts of this
22  document.  And if I saw parts, I must have seen
23  the document.  And my memory is not capturing,
24  apparently, the parts that I don't recall.
25  EXAMINATION BY MR. TREEBY:

Page 275

1       Q.  Okay. this is dated July 2, 2002;
2   right?
3       A.  Yes.
4       Q.  And it's the same date as the photo
5   we've just talked about that had the caption
6   removed.  Is that right?
7       A.  Yes.
8       Q.  And look at, under follow-up site
9   work, on the second page of this document, it
10  says, Observed PC270 excavating borrow material
11  along the eastern slope of southeast pit at
12  McDonough Marine.  Assured that the eastern
13  slope of the pit shaped according to design
14  template.
15          You see that?
16      A.  Yes, sir.
17      Q.  So the contractors were removing
18  material from the slope to use for fill, then
19  they reshaped the slope to conform with the
20  design template for the borrow pit just as the
21  caption for the photo in Figure 26 describes.
22          Isn't that right?
23      A.  Correct.
24      Q.  Do you see any reference to dressing
25  the walls of the borrow pit with clay in this

Page 276

1   QAR?
2       A.  In the parts I have read rapidly, I
3   can't say.
4       Q.  Do you see any evidence in this QAR
5   the contractors reshaped the walls of the
6   borrow pit because of concerns for seepage?
7       A.  No, I can't say if I do or I don't.
8           MR. TREEBY:
9               I think we better end, because
10          the tape is ending.
11          (Off the record.)
12          MR. TREEBY:
13              On the record, if you will, would
14          you confirm that Tom Sims told you
15          that Diego Cobos-Roa provided that
16          description that we've discussed
17          before as to the compressibility that
18          was used on the input models?
19          MR. STEVENS:
20              That is correct.
21          MR. TREEBY:
22              Thank you.
23          (Recessed for the day.)
24
25

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

Page 277

1          WITNESS' CERTIFICATE
2
3          I, ROBERT G. BEA, Ph.D., do hereby
4   certify that the foregoing testimony was given
5   by me, and that the transcription of said
6   testimony, with corrections and/or changes, if
7   any, is true and correct as given by me on the
8   aforementioned date.
9
10   _____   _____
11   DATE SIGNED        ROBERT G. BEA, Ph.D.
12
13   _____  Signed with corrections as noted.
14
15   _____  Signed with no corrections noted.
16
17
18
19
20
21
22
23
24
25   DATE TAKEN:  March 27th, 2012

Page 278

1          REPORTER'S CERTIFICATE
2          I, JOSEPH A. FAIRBANKS, JR., CCR, RPR,
3   Certified Court Reporter in and for the State
4   of Louisiana, do hereby certify that the
5   aforementioned witness, after having been first
6   duly sworn by me to testify to the truth, did
7   testify as hereinabove set forth;
8          That said deposition was taken by me
9   in computer shorthand and thereafter
10   transcribed under my supervision, and is a true
11   and correct transcription to the best of my
12   ability and understanding.
13          I further certify that I am not of
14   counsel, nor related to counsel or the parties
15   hereto, and am in no way interested in the
16   result of said cause.
17
18
19
20
21
22
23   _____
24   JOSEPH A. FAIRBANKS, JR., CCR, RPR
25   CERTIFIED COURT REPORTER #75005

ROBERT BEA

March 27, 2012

## A

**abetted** 219:19
**ability** 62:4 64:9,10
  94:1 278:12
**able** 66:11 78:5
  106:20 111:3
  221:10
**abovementioned**
  159:19
**absence** 183:2
  185:18
**absolute** 159:1,20
**absolutely** 81:2
  202:15
**abuts** 215:6
**academic** 18:19
  36:1 55:2 63:10
**acceptance** 36:23
**access** 29:10 84:14
  149:18
**accidents** 46:12
**accompanied**
  102:24
**account** 90:16
  190:20 192:15
**accumulating**
  236:7
**accurately** 26:6
**achieve** 30:5
  186:22 222:18
**action** 1:4 26:13
  247:24
**actions** 261:9,10
**active** 25:20 31:5
**actively** 95:20
**activities** 31:12
  106:2 191:10
  214:4 226:13
**activity** 209:2
  236:20
**actual** 60:8,21
  219:21
**add** 9:3 21:3
  236:24 237:2
**added** 173:24,24
**addition** 15:7 47:6

76:25 119:24
  205:22,24
**additional** 18:7
  121:10 123:9
  237:3
**address** 13:21 50:8
  54:9,22 87:19
  115:2 231:20
**addressed** 13:16
  116:18 185:7
**addressing** 167:10
  171:16 271:16
**adjacent** 57:5
  77:16 84:21
  122:24 131:25
  208:8,17 212:20
  222:12 244:7
  262:4,25 271:9
  272:6
**adjustment** 89:5
  97:22,24 98:1,10
  100:15,16 105:11
  117:10
**adjustments** 88:23
  104:15 179:10,13
  179:20
**administering** 6:24
**admission** 261:3
**admit** 201:12 261:6
  261:14
**admitted** 229:12
  232:13 261:2
  262:11 263:8
**admitting** 261:19
**adopted** 85:20
  168:6
**adrian** 3:5
**advance** 8:18
**advanced** 13:18
  190:25
**advice** 85:19,23
  270:7,10
**advise** 63:11
**advised** 69:23
**adviser** 15:21
  62:19,21 63:19
  64:12 69:22

**advisor** 69:24
**aerial** 112:13
  211:24 212:12
  254:12 266:5
**affect** 239:14
  242:23 255:3
**aforementioned**
  6:4 277:8 278:5
**afraid** 21:8
**afterward** 147:19
**agency** 31:8
**aging** 166:20
  167:25
**ago** 74:12 164:11
  205:23
**agree** 51:5 77:13
  83:15 88:25 97:11
  163:11 166:24
  167:15 172:15
  179:4,8 182:15
  183:6,7 199:6,10
  199:20,24 203:25
  224:3 225:9 239:8
  245:5 253:1,19
**agreed** 6:2 170:19
**agreement** 8:14
  35:11 107:13
  135:18
**ahead** 69:5 144:16
  230:10,12 240:3
**aided** 219:19
**aint** 230:21 232:17
**air** 31:10
**aircraft** 31:12
**ajlouni** 176:13
  177:13 178:6,21
  179:5
**alabama** 24:13
**alaska** 24:20 25:5
  33:18
**alert** 84:2
**alerted** 195:23
**alerts** 65:2
**alignment** 118:5,6
**allotted** 8:20
**allow** 64:17 77:3
  189:18

**allowed** 202:5
**amen** 89:1
**america** 2:15
**american** 32:22
**amount** 141:13
  166:20 168:1
  201:19
**analyses** 55:24 56:5
  56:8,14,16,23,25
  57:3,21,23,25
  58:8,10,18 60:4
  61:7 64:18 66:24
  67:4,6 72:5,12
  101:12 108:8
  109:21 110:4,13
  110:14 112:4
  131:22 134:4
  139:6,22 140:17
  141:8 142:24
  143:25 144:12,18
  147:12 149:15,19
  149:20,24 150:2
  154:15 155:5
  157:3 160:13
  162:3 164:21,23
  168:10,13,23
  169:25 170:2
  171:12 172:24
  173:15 174:2
  183:16 186:3
  196:2 257:17
**analysis** 11:17,21
  11:22,25 12:2
  42:6,7 55:4,9,13
  55:16 57:10,11
  61:6 66:25 108:21
  108:22 109:14
  110:10 131:10,17
  132:14 133:9
  136:22 137:5,5,15
  138:17,22 139:1,5
  139:7,16,18 140:3
  140:22 141:2,21
  142:18,19 144:20
  145:17,22,25
  146:7,22 165:9
  169:22,24 170:16

170:20,21 171:3
  172:16 183:14,19
  184:5,17 185:20
  185:23 186:17
  187:1,5 188:12
  190:5 194:10,22
  194:23 195:10
  242:21 270:17,21
**analytical** 122:7,12
  123:1 169:8
  252:11
**analyze** 167:1,16
  184:8
**analyzed** 154:19
  162:7 169:7,14
**analyzing** 65:5
  160:12
**andy** 15:1 213:1
  236:15
**annually** 38:19
**answer** 6:13 16:8
  43:22 53:2,24
  68:25 72:2 73:5
  75:10,13 78:5,17
  85:23 95:10
  112:19 114:8,11
  115:8 123:5,25
  124:20 137:23
  144:23 148:14
  158:8 178:5
  180:18 185:4
  186:14 189:11
  190:7 193:6
  200:14 211:19
  224:25 225:1
  231:9,14 234:18
  234:24 240:18,20
  241:1,5,9,23
  242:4,15,18,24
  243:9 254:24
  258:20,24 260:19
**answered** 56:21
  63:25 75:13
  168:19 169:21
  185:25 186:1
  221:7
**answering** 7:15

JOHNS, PENDLETON COURT REPORTERS

504 219-1993

143:12 231:11
234:20
**answers** 47:19
63:24 183:11
195:16
**anybody** 148:7
178:19 248:7
**anymore** 253:22
**anytime** 61:5 88:1
117:1
**apart** 44:7,12
188:14 206:8
**apologize** 26:6 64:7
107:8 127:1
221:20
**apparent** 252:10
**apparently** 60:17
193:24 194:3
274:24
**appeal** 127:13
**appear** 182:3
**appearances** 2:1
**appendices** 8:24
**appendix** 10:9
50:18 106:24
108:25 109:2,7,8
109:11 110:5
123:6 160:13
197:22,24 198:10
198:17 199:15
212:9 215:13
217:20 223:7
224:8 226:8
238:15 250:1
255:20
**applicable** 85:14
**application** 25:11
204:18 206:1
**applications** 35:18
**applied** 35:16 36:9
36:10 189:7
**apply** 36:5,6,13
97:21
**appointed** 18:24
19:11 35:9 38:12
**appointment** 19:12
**appreciate** 17:16

**approach** 30:8,9
67:6
**appropriate** 164:25
231:19 252:17
**appropriately**
190:19 192:15
204:25
**approve** 266:23
**approving** 64:14
266:10
**approximate** 48:22
**approximately**
24:1 28:25 44:3,3
48:19 74:12
143:23 255:25
**april** 213:19 236:13
236:25
**aquifer** 76:5,6,14
77:4,16 78:8,12
79:1 182:11,16,17
182:20
**aquifers** 182:18
**aquitard** 77:14,18
78:8,12 79:4
**arabia** 31:14
**architecture** 38:13
39:5
**archival** 51:13
52:25 53:2,10,16
**archive** 29:16
**archived** 29:15
**archives** 147:14
**arctic** 39:23 56:7
**area** 27:20,24 32:5
37:24 46:21 57:5
83:11,24 84:10,20
94:20,22 99:15
120:13 122:13
123:13 124:18
128:3 129:13
135:17 150:25
152:18,25 171:15
178:22 179:7
188:21 189:21
191:10 192:6
207:14,25 208:16
211:16 212:3

213:17 214:24,24
214:25 215:1,2,4
215:11,13,20
216:21 217:20,23
219:7,10 220:6,8
220:13,21,22,25
221:18 222:14,15
222:16 223:5,10
223:11,13,14,18
223:20,25 224:1
224:12,13 225:18
226:13,19,21
228:1,3,14,16,23
229:18,19,21,23
234:1 235:4,24
237:18,25 238:4
239:16 241:20
243:21 244:13,16
245:12 246:16
247:4 250:13,22
252:7,8,22 256:25
257:1 261:24
262:22 263:4
264:21,24,25
265:8,8,10 267:6
267:18,21 268:5,5
268:12,15,15,18
268:19,19,20,21
268:23,24,25
269:10,10 270:2
**areas** 43:13 211:2
212:5 220:23
221:5 226:19
**arent** 164:15 172:7
190:25 223:14
261:10
**army** 83:17,23 84:8
86:5,18 95:3
102:16 197:8
259:10 270:16
**arrangements**
71:13
**arrivals** 64:21
**arrow** 121:10,13
**arrows** 119:1,17,18
120:4,10 121:17
**article** 132:3

133:16
**articles** 50:8,12
**ascertain** 208:14
**aside** 9:5 44:18
129:6 271:11
**asked** 9:8 21:22
35:6,25 47:10
64:4 75:15 95:14
114:5 186:15
217:10 221:6
226:7 249:8
258:15,22
**asking** 7:14 51:9,11
56:19 60:8 71:15
74:23 123:24
157:11 185:3
186:14 190:6
216:18 230:14,18
266:21
**assert** 117:24
**assessment** 23:1
86:16 179:6
**assigned** 13:9
16:19 163:4
**assignment** 52:9
**assist** 57:20 236:18
237:3
**assistance** 149:22
**assistant** 68:8,12
**assisted** 109:22
211:22 212:25
236:15
**associated** 44:4
55:25 56:3,5,8
57:3 70:8 84:19
109:24 161:21
189:5 202:10
208:9,15,20,23
209:3 211:8
212:18,19,22
226:12
**associates** 45:20
**assume** 7:20 29:12
47:19 81:3 91:18
219:12 238:2
243:1 244:3
**assumption** 92:12

118:8 247:19
**assumptions**
247:22
**assured** 275:12
**astm** 76:19 77:19
77:20,24 78:24
79:24 80:12 83:3
177:23
**attached** 10:5
50:17 72:15 78:2
86:24 98:15 99:5
127:20 132:9
136:18 154:2
157:20 170:24
173:18 177:5
180:15 181:18,22
203:15 219:25
220:18 238:17,22
240:11 245:1
249:2 251:8
263:18 265:19
272:15 274:20
**attachment** 181:20
**attack** 14:21
**attempt** 111:5
257:16
**attempted** 190:19
195:13
**attempting** 119:6
119:18 139:7
140:15,20 186:22
209:21 216:7
217:7 218:14,16
218:21 219:7
**attention** 119:19
127:9
**attest** 25:11
**attorney** 180:2
**attorneys** 71:11
**attribute** 183:24
185:12 188:1
215:9
**attributing** 201:8
**august** 44:5 45:3
97:18 101:14
134:2
**australia** 15:20

17:17 19:5 20:10
20:14,16 21:17,21
22:2,14,20,25
49:13,15,18,20
**australians** 89:18
**australiaperth** 16:2
17:6
**author** 41:14 109:5
109:8,11
**authored** 49:7 50:3
50:8 54:22 106:14
106:23
**authoritative** 170:6
**authors** 159:19
**authorship** 108:24
**available** 8:22
95:22 109:14
113:6 120:2 153:2
250:9 252:25
262:15 263:15
264:1
**avalanche** 82:5
212:16
**avenue** 3:7 214:21
218:15 219:19
**award** 63:22
**awarded** 63:5,15
64:2 70:2
**aware** 62:7 73:16
82:13 90:12 96:19
129:6 164:15
168:4,8,12,22,25
185:21 238:10,11
239:12,18 241:17

**B**
**bachelors** 10:17
11:5,9,18 12:5
**back** 16:23 35:8
42:4 48:18 51:24
54:4 63:10,24
67:8 98:8 99:11
103:8 112:2,2
124:8,10 137:22
145:2 153:19
161:6,25 167:14
176:2 184:24

185:1 215:14
218:9 249:25
262:21 267:22
274:11
**backed** 147:16
**backfill** 208:5
210:4,13 211:17
212:4 213:10
214:4 218:22
220:6 223:25
233:25 247:2,13
247:15 252:17
253:2,6 254:8,17
254:19
**backfilled** 57:4
122:6,11 123:19
206:20 208:9,12
209:9,18 210:5,14
210:21 211:4
215:4 254:4 255:2
**backfilling** 210:24
246:25
**background** 46:10
66:5 93:19 123:18
200:22 214:22
**backup** 147:15,18
**bad** 209:20
**bakersfield** 15:7
16:20 18:3
**bank** 57:5 83:11,24
84:9 94:19,21
99:14 122:13,23
124:18 128:2
150:25 152:18,24
178:22 179:6
188:20 189:21
191:9 192:6
207:25 208:1
211:16 212:2
213:16 215:20
220:13 235:7
237:18,25 238:3
239:15 241:19,20
242:1 243:21
**barge** 12:24 44:7
118:18 126:5
127:17 128:25

178:25
**barges** 39:6 106:5
**baronne** 2:5
**base** 91:24 93:2
137:17 138:18,24
216:2
**based** 23:8 43:21
63:23 99:17,24
100:10 105:15
106:19 141:8,21
142:11 151:18,23
158:8 167:13
171:12 193:6
217:12 252:10
257:17
**baseline** 102:14
**basic** 11:14 39:4,20
66:1 169:23,24
172:17 173:4
**basically** 18:4
160:11
**basin** 31:13
**basis** 97:23,25
117:10 118:12,24
164:11 165:1
187:4
**bates** 98:19 99:7
220:15 232:21
234:5,7,11 251:6
264:17 265:7,24
267:2 274:16
**bayou** 57:13,15
**bea** 1:19 4:9,10,11
4:12,13,14,15,16
4:17,18,19,20,21
4:22,23,24,25 5:1
5:2,3,4,5,6,7,8,9
7:1,7 8:22,25 10:4
40:3 51:6 69:21
72:9,14 75:6 78:1
86:14,23 91:2
98:13,14 99:4
108:5 127:15,19
132:6,8 134:25
136:15,17 153:11
153:24 154:1,24
155:25 156:7

157:17,19 162:1
166:1,24 170:13
170:23 173:8,17
176:3 177:3,4,11
177:12 179:25
180:1,14 187:20
203:14 204:2
212:24 219:20,24
220:10,17 223:3
225:11 228:6
234:3 238:14,21
240:4,10 244:23
244:25 248:25
249:1,20 251:5
263:12,17 265:17
265:18 270:9
272:10,14 274:15
274:19 277:3,11
**bearing** 220:15
**bears** 265:6
**beas** 9:5
**beaufort** 33:23
34:5
**bechtel** 33:12 34:10
34:20,23 35:1,2,3
35:7,10 36:18,20
**becnel** 43:20
**becoming** 36:1
**bed** 77:14
**began** 20:18 65:5
**beginning** 83:12
106:1 135:6 142:6
142:10 174:7
182:11 240:22
241:16 244:11
250:15 252:2
**begins** 135:7 137:1
150:13 162:19
**behalf** 161:12
**behaving** 194:4
208:8
**behavior** 18:16
126:24 166:18
195:24
**belief** 257:23
**believe** 41:12 43:11
45:17 51:19 54:18

70:18 82:23 83:14
89:24,25 90:1,4
90:18 102:25
112:1,4 139:14
181:5 187:14
193:9 199:23
257:22
**ben** 35:22
**benchmarks** 88:24
**bends** 118:13
**benjamin** 2:22
**berkeley** 19:7,11
29:2 34:24 35:16
35:20,25 36:17,25
37:5 38:10 62:15
63:1,6 64:3,20
65:21 68:9,12,15
69:22 70:2,16
72:21,24 73:3,11
74:14,17,23 75:2
149:3,6
**berms** 34:8
**best** 8:5,12,19 17:1
31:18 52:15 56:12
60:5 90:20,23
94:1 95:1 152:22
153:23 157:4
159:2,22 160:14
161:21 163:18,22
198:21 201:3
208:14 271:15
278:11
**better** 30:21 52:4
148:1 276:9
**beverly** 16:4 21:21
**biel** 73:7
**bienvenue** 57:13
**big** 245:22
**bill** 9:4 75:12
115:14 228:5
231:9 232:18
**bit** 126:2
**black** 179:1
**blanket** 165:24
**blessey** 14:14,19
**bloatings** 168:4
**blow** 98:25

**blown** 100:5
**blowup** 98:17,17
  99:3
**blue** 130:12,14,23
  130:24 197:1
**boards** 25:19
**bob** 36:12 212:24
**body** 26:13,17
  256:13
**boland** 215:21
  220:6,12 222:22
  222:22 223:1,6,20
  224:14,18 225:18
  225:19,25 226:3
  226:10 228:14,16
  228:17,19,25
  234:2 235:4,7,21
**bold** 245:22
**bomb** 14:21
**bombs** 14:18
**book** 40:23 42:14
  42:16,17 49:13,16
  49:21,24 51:4
  170:6,9,17
**bordering** 38:21
**borings** 31:4 66:7
  192:9 194:20
  250:14,15
**borrow** 119:7,20
  121:12 244:5
  245:12,15 246:8
  246:18 249:10,16
  249:21 250:9,19
  251:23 252:3,7,19
  253:1 254:5
  255:11,12,18,24
  256:13,23 257:4
  257:12 258:12
  259:5,17,18,19
  260:2 262:4,7,25
  263:8 264:24
  266:1,10,24 268:3
  268:6,7,17,21
  269:4,10,16,17,21
  270:5,12,14,18
  271:4,8,14,18,24
  271:25 272:6,20

272:24 273:8
  275:10,20,25
  276:6
**bottom** 92:7 94:6,9
  98:19 103:22
  119:22 121:1,2
  139:25 158:22
  160:19 174:17
  175:6 180:12,18
  214:18 217:10
  245:21 246:4
  251:7 259:16
  264:14,19 272:11
**boundary** 189:18
  255:18 269:4,16
  269:16,17
**box** 2:21
**boxes** 112:15 212:1
**bp** 182:1
**branch** 2:20 239:13
  242:20 266:9,12
  266:15,22 270:8
  270:16 273:14,25
**brandon** 3:20
  205:25
**bray** 38:3 66:4 73:9
  110:19 164:2
**breach** 57:10
  109:16,17 119:10
  119:10,15 122:9,9
  122:15 123:14
  125:16 126:4,6
  128:7,23 131:7
  134:8 142:12
  144:2 146:5
  155:11 208:15
  209:1,5,15,16
  212:6,6,7,21
  214:6 215:7 217:5
  219:15,17 221:25
  222:1,4,6,10
  228:20,20,23
  244:8 250:7
  257:15,25
**breaches** 1:4 57:12
  61:14 65:6 66:10
  110:14 123:22

124:12,14 195:25
  196:4 206:13
**break** 39:25 40:5,6
  40:7 52:7,8 54:3
  108:3 187:8
  233:15
**bridge** 214:21
  218:16 219:19
**brief** 69:19
**briefly** 7:8 10:2
  249:3 260:8
**brilliant** 35:24
**bring** 27:23 66:11
  67:7 193:17 228:5
  236:9 271:5
**british** 33:17
**broke** 45:9 111:20
  188:12
**brought** 38:25
  63:10 143:19
  236:17
**bruce** 14:19
**bruno** 2:3,3,4
  19:19 43:18 87:20
  88:4
**build** 243:10
**building** 38:1
  212:20 223:11,15
  229:5,18
**buildings** 145:2
  212:19 221:20
**built** 33:3,23
**bulldozer** 233:24
**bunch** 154:7
**buried** 125:6 189:6
  190:14 192:4
  194:24 196:14
  197:10,12 250:12
  250:21
**business** 75:22
**bypass** 237:17,24
  238:8 239:2,10,14
  241:21,25 242:5
  242:10,22 243:7
  243:12,19

———— **C** ————

**caissons** 34:12 56:4
**cal** 65:21
**calcareous** 21:18
  56:11 77:11
**calculate** 131:11
**calculated** 129:23
  138:25 164:18
**calculation** 59:1
  131:17
**calculations** 56:3
  58:12,22 59:18
  60:8,21,24 61:7
  61:12 67:2,9
  207:5,6
**calculator** 59:5,8
  59:15
**california** 7:2 15:6
  20:7 24:21 25:5
  25:25 26:9 29:2
  35:16,20 36:17
  46:23 47:5,9 48:5
  48:7 64:20 253:24
**californiabakersf...**
  16:17 18:2
**californiaberkeley**
  18:22 19:1,3 41:6
**call** 12:3,4 20:18
  24:23 50:23,24
  51:2 58:12 60:24
  66:8 75:23 78:16
  81:22 89:17 98:24
  121:19 125:17
  129:3 163:9 194:9
  217:4 244:8 264:7
  269:15
**called** 12:1 30:10
  30:16 39:7,14
  65:12 77:18 78:17
  89:8,9 94:20
  126:12 132:13
  133:9 134:7
  178:20 229:19,23
  267:20 271:3
**calling** 118:16
  129:15 236:11
**calls** 73:17
**campaign** 64:23

**campus** 149:1
**canadian** 72:12
**canal** 1:4 57:11
  59:22 65:1 66:19
  88:17 101:15,22
  122:23 141:4
  142:18,25 143:1
  164:12 193:9
  195:24 197:20
  198:22 201:22
  205:24,25 208:17
  209:8,16 210:3,12
  210:18 215:1,21
  220:13 235:6
  241:4 249:22
  271:6
**canals** 60:2
**candidate** 62:15
  70:13,17
**cant** 8:13 29:14,25
  62:16 86:3 104:4
  111:10 144:7
  147:23 148:14
  173:11 178:5
  193:18 273:18,18
  276:3,7
**cap** 200:15 202:5
**capable** 76:15,22
**capped** 200:15
**capping** 88:17
**caps** 201:1,2,4,13
**capstone** 39:8
**caption** 119:9
  120:11 216:3,4,14
  217:3,12 220:3
  221:10,16 225:13
  228:7,8 234:3
  256:24 257:6,8
  261:22 262:1,3,15
  262:19,24 263:3,4
  265:3 272:4,18
  273:2,10,11,22
  274:4 275:5,21
**captioned** 214:23
**captions** 216:16
  274:8,13
**capture** 120:2

236:10
**captured** 139:22
**capturing** 274:23
**cards** 45:24
**care** 271:7
**career** 24:24 30:11
30:12 38:9 55:1,1
55:2,15,25 75:9
**careful** 220:25
**carefully** 207:13
**carondelet** 1:21
3:13
**carried** 65:10
**cars** 32:21
**case** 11:22 12:2
43:12,16 44:1,15
45:5 46:17,25
47:16 50:1,22
56:16 66:18,20
67:14 68:7 69:17
71:3,8,11,20
72:13 73:12 81:1
81:6,13,17 82:3
90:13,17 96:13
101:11,11 108:8
108:18,21,23
109:18 110:6,23
110:25,25 113:13
113:15 114:10
115:9 118:18
126:21 135:1
137:6 139:23
140:4,7,12,24,25
141:9,9,22,22
142:6,12 144:2
145:17 146:3,4,6
146:13 157:25
167:5,21,22 168:8
177:2 183:19
187:12 222:11
227:14 240:1
249:7 252:12
256:11
**casebased** 23:7,7
23:10 24:1,9
**cases** 44:8,9,13
48:21 101:21

114:20 138:11
183:16 193:14
254:9,11
**catching** 256:4
**categories** 57:22
58:13
**category** 57:23
171:16
**caught** 251:17
**causation** 123:21
124:13 209:5
**cause** 278:16
**caused** 200:7
**ccr** 1:24 6:22 278:2
278:24
**cdt** 101:14
**cemented** 77:10
**center** 33:25 49:17
**centimeters** 129:2
129:19 132:16
133:11 134:13
151:1,11,21
152:19 153:5,6
154:20 155:7,8
156:2 157:6 158:3
160:16 161:1,23
162:8 163:17
165:11,12
**certain** 183:23
185:11 186:18
**certainly** 37:11
114:24 126:24
149:22 178:19
255:5
**certainty** 183:21
**certificate** 277:1
278:1
**certified** 1:25 6:23
15:8 16:22 278:3
278:25
**certify** 277:4 278:4
278:13
**chad** 86:2 93:1,6,23
95:15,20 106:14
106:17 107:10,10
107:16 112:5
113:4,9,11 123:7

211:22 212:9
218:4 233:21
**challenge** 66:13
**chance** 82:2
**change** 32:17 39:25
88:8 142:25 153:2
165:5 169:10
175:14,25 179:21
188:17,19 190:2,3
191:13 193:15
203:1,1 204:3,8
204:23
**changed** 32:19 36:8
42:18 193:13
220:25 252:8
**changes** 163:9
167:7,8 171:23
188:17 191:20
192:19 277:6
**changing** 87:22
115:20
**channel** 237:17,24
238:2,8 239:2,10
239:14 241:22
242:1,5,10,22
243:7,13,20
**chapter** 114:13
**chapters** 40:21
**characteristic**
179:22 191:14
**characteristics**
164:3
**characterization**
97:19 170:10
**characterizations**
109:23
**characterize**
109:15
**characterizes**
110:6
**chart** 87:3,12 90:9
96:15 226:20
**check** 93:25 149:12
149:16 238:1
**checked** 245:4
**cheese** 236:12
**chemical** 24:12

252:10
**cherry** 170:5,15
171:18 172:2
**chief** 33:9 69:23
**choose** 107:13
**chosen** 244:12
245:12 246:12
247:8,11,15
249:10 250:19
252:9,20
**chris** 213:1
**christopher** 3:6
**chunks** 210:6
**citation** 177:14
245:3,4 249:12
**cite** 19:21 40:13,17
72:6 176:10
177:10 244:19
245:9 249:12
259:24 260:6
**cited** 11:8 25:15
26:10 28:10 29:17
49:21 56:1 58:24
60:11,12,13,14
103:8 125:13
141:13 153:4
170:9 171:22
176:12 177:1
203:11 235:11
246:11,16 248:20
258:2 262:5
**citing** 166:17
269:24
**citizen** 62:1 69:14
**city** 23:16 149:3
**civil** 1:4 2:20 6:6
10:17 24:19 35:20
38:14 68:23
240:19
**clarification** 7:20
52:12
**clarified** 230:3
**clarify** 47:11 102:5
116:2 117:20
224:22 229:25
**clarity** 113:3 116:1
116:6

**classes** 42:6,7,8,10
42:11,12 70:15
**classification** 78:7
82:19 177:23
178:11 192:8
**classifications**
77:20
**classified** 79:23
80:4,13
**clay** 78:6,11,19,24
78:25 179:20
210:6 250:11
252:21,22 256:25
258:11 259:4
260:1 261:23
269:20 270:11
271:13,18 272:23
272:25 273:1,4
275:25
**clayey** 244:15
245:13 246:15
247:17 250:20
254:17 258:14
**clayman** 3:4
**clays** 12:18 56:11
189:20 190:15,16
192:7,10,11 194:7
194:19 208:6
247:5 271:25
272:6
**clean** 231:23
246:24
**clear** 47:10,20
50:22 51:7 52:23
65:15 77:2,5,7,8
81:8 119:13
200:14 231:23,24
**clearance** 107:20
250:15
**clearer** 78:15
**clearing** 212:3,15
226:12
**clearly** 106:2
**clients** 19:16 31:18
**climbed** 32:22
**close** 46:13 106:8
134:17 152:23

ROBERT BEA

March 27, 2012

Page 284

153:17 166:12,16
182:21 186:12
193:2 196:15,17
204:15 206:21
207:3,3,10,18
209:25 214:14,21
219:9 237:18
**closer** 20:12
**closure** 67:11
**coast** 13:11 23:16
32:5
**coastal** 11:4 24:13
28:12 33:23
**coastalbased** 28:13
**coauthored** 123:8
212:9
**cobosroa** 58:1
60:25 61:16,21
62:14 63:5,15
64:2,16 66:15,17
67:3,3,13 68:6,14
69:6 71:5,13,25
108:7 109:20
110:3 132:3,12
133:8 134:6 145:5
145:18 146:9,24
147:12,25 148:8
149:23 150:17,22
151:18 153:3
182:5 183:22
185:10 276:15
**code** 15:8 16:22
**coefficient** 173:1,6
174:10,18,25
175:4,14,14,24,24
182:23
**coefficients** 174:24
184:15
**coffin** 30:16
**coherence** 124:20
**cohesion** 12:18
**cohesive** 244:15
245:13 246:15
247:17 252:21
**coincide** 205:2
**collaborate** 8:7
**collaboration**

68:18 259:9
**collapse** 38:21
**collapsing** 44:9
**colleague** 164:18
**colleagues** 69:6
**college** 16:20 21:4
**colleges** 14:8
**collided** 45:10
**color** 179:1
**column** 89:3,4,6
91:14 174:19
203:22
**combination** 13:13
18:14 42:12 65:25
129:9 179:16
**combined** 12:20
18:19
**come** 21:23 42:3
51:24 54:4 107:15
134:17 163:10
168:5 184:24
185:1,16 188:4
195:21 205:17
216:10 219:6
227:13 230:15
**comes** 188:2
**comfortable** 30:17
**coming** 34:17 36:5
82:5 206:7 222:16
**commenced** 246:25
**comment** 9:4
115:14
**comments** 230:11
**committee** 63:18
**committees** 63:13
**common** 179:2
**communicate**
193:24 205:4
218:22
**communications**
85:17 222:17
**compacted** 208:7
210:6 254:19
255:2
**companies** 19:22
20:5 44:24 45:1
**company** 27:10,21

28:7 29:23 33:3
33:17 35:3,6,7
55:25 56:2 72:12
74:4
**comparable** 135:19
**compared** 133:16
135:16 137:5
139:17 140:6
**comparing** 118:4
**comparison** 137:8
144:3 146:19
**compensation** 8:25
62:5
**compete** 35:24
**competing** 35:13
**competition** 36:9
**compilation** 184:1
**complaint** 26:16
**complete** 16:8 48:1
126:7 237:1
**completed** 16:23
**completeness** 115:7
**completes** 53:24
**completing** 62:13
**completion** 21:9
245:7,11,15,19
**complex** 61:6 66:13
**comply** 273:13,24
**component** 23:6
**components** 23:11
171:22
**comport** 239:6
**comports** 239:4
258:1
**composed** 76:6
**composition**
125:21
**comprehensive**
236:9
**compressibility**
164:16,17,22
165:2 166:25
167:15 168:14,16
168:24 169:5,19
169:22 170:1
172:21 173:4
182:12,16,23

183:1,18 184:4
185:4,5,17 186:3
189:4 190:17
192:16 193:11
194:6 276:17
**compressible**
166:13 188:23
189:1,3,16,17
194:4
**compressing**
193:14
**compression** 203:3
**computed** 182:19
**computer** 58:11,15
59:3,11 60:23
61:5 67:10 147:14
147:17 149:11,18
150:1 176:23
177:7 184:7,8,10
278:9
**computerassisted**
58:8
**computers** 57:24
**concentrated** 24:24
**concept** 202:18,20
**concern** 23:20
211:10 254:22
259:12 260:14,25
261:2,4,15,19
270:15,24,25
**concerned** 175:22
201:15 204:19
**concerning** 84:3
107:19
**concerns** 258:10
259:4,8,25 276:6
**conclude** 90:19
**concluded** 138:21
**conclusion** 206:13
**concrete** 34:13
**condition** 171:25
192:12
**conditions** 27:23
109:15,18 124:7,8
125:23 155:14
164:25 165:5
167:12,24 168:3,7

169:11 170:3
189:18 190:2,22
192:1 194:1 196:2
197:5 207:4
**conduct** 64:13
172:9 207:8
**conducted** 27:18
191:9
**conducting** 64:11
270:17
**conductive** 259:16
**conductivities**
109:24 110:2
153:18
**conductivity** 65:2
101:12 108:20
135:13 153:7
155:6,10,16 156:2
157:5 158:4 159:1
164:20,23 165:11
166:15 168:18
169:2 172:21
182:22 184:14
190:4 209:23
218:18 222:13
254:21
**conference** 50:24
51:15 53:20
**configuration**
125:12
**configuring** 31:11
**confined** 138:22
**confining** 77:14
**confirm** 99:21
276:14
**conform** 275:19
**confuse** 231:25
**confused** 63:23
64:6 231:22
**confusing** 87:7
229:22 266:11
**confusion** 64:7
102:4 128:16
231:23
**conjunction** 268:1
**connect** 214:24
**connected** 208:22

ROBERT BEA

March 27, 2012

Page 285

connecting 222:14 222:15
connection 79:8 84:9 99:15 114:10 194:2 208:6 214:4 221:24 222:21,24 223:22 247:1,18 266:9 268:2
connections 207:15 222:18 226:5
connectivity 222:12
connects 129:14 208:18,24 215:5
consider 20:3 78:10,25 79:3 114:5 170:5
consideration 124:23 125:14,16
considerations 24:4
considered 36:1 78:7 213:5,8,21
considers 143:16
consistent 93:2 128:19 146:5 261:10
consistently 92:19 103:8 150:23 164:21 168:6 186:4 187:6
consists 77:2
consolidate 189:19
consolidated 1:5
consolidation 168:6 189:8
constant 107:11
constantly 36:21
constitutes 21:6 127:11
construct 239:10
constructed 56:5 84:22 237:17,24 271:8
construction 36:14 38:6 125:5
constructive

274:11
consult 96:8 117:12 184:22
consultant 79:24
consultants 30:20 30:23
consulting 19:24 19:25 20:3 32:9 44:25 45:22 47:4 47:7,21 70:23
contact 43:17 196:16,24 197:4 204:19
contacted 43:15
contacts 182:5
contain 123:18
contained 51:12 106:13 147:13 158:9 200:22 234:3
contains 49:22 50:1 170:16
contaminated 208:16 211:2 212:18 252:18
contemporaneous 221:9 228:10 257:7 261:22 262:14 263:4 265:3 272:18 273:11,22
contemporaneou... 235:22
contend 122:12,18 123:2 188:19 222:23
content 179:18 182:24
contention 197:7
contents 67:1
context 25:18 26:8 78:13 97:4 171:4 270:20
contexts 42:8
continue 25:21 63:11 88:2 94:2 121:9,14 243:4

259:1
continued 15:5 17:8 110:17 213:17
continues 29:16 62:18 150:13
continuing 82:18
continuously 39:10 65:11,13 191:11
contract 19:13 20:6 35:11 67:23 71:10
contracting 35:13 62:8
contractors 275:17 276:5
contractual 71:12 74:19
contrary 113:22,24 126:13
contribute 140:21 202:9
contributed 122:13 122:19 123:2 124:1
contributing 122:17 209:9,18
contribution 140:16
contributions 139:8,21
contributor 109:12 125:19,22,24 126:21
contributors 122:8 122:22 123:12,21 124:13,17 125:1 209:25 210:8
control 13:17 27:14 28:5 33:14 34:21 42:24 46:7,16,20 46:22 47:22 50:5 50:20 54:12,23 57:14,15 83:9,16 83:22 84:1,4
converge 140:4
conversion 93:14 93:22 95:14,16,18

104:8,12
conversions 93:7,8 93:25 113:21
convert 93:22 175:13
converted 92:21
converting 114:6
convey 218:14
conveys 219:11
copied 170:14
copies 28:22
copy 9:23 42:14 60:16,18 77:23 114:3
cores 247:6
coring 244:13 246:13 247:4
corner 214:6,7,19 217:10 238:25 240:8 267:14
corporation 35:9
corps 83:9,18,23 84:8 86:5,18 95:4 96:3,23 97:3 102:16 105:1 114:16 197:8 239:12 241:24 242:14 243:5,6 259:10 266:13,15 266:16 270:16
correct 7:10 11:6 11:11 12:13 13:2 13:6 17:19 18:5,6 18:22 22:6,8 27:11 37:2 41:16 42:21 43:1,7 44:11 46:14 47:24 48:12,13,13 50:7 50:11 52:22 53:14 54:7,13,16,20,24 56:17,18 59:2 61:1,2,15 62:12 63:2,3,7,16 64:4 65:22 67:25 69:3 70:14 72:4 73:15 73:25 76:12,18,24 77:17 78:9 80:9

81:6 83:1,5,7,20 90:4,11 91:5,6,17 92:2,11,18 93:24 94:23 97:10,13,14 97:20 100:14,16 100:22 101:6,7,17 102:9 103:18 104:9,10,19,22 105:17,21 108:1,2 110:24 112:23,24 112:25 113:23 118:7 119:5 120:6 120:7 128:8,24 129:5,22 130:13 131:1,5 133:14,18 133:23,24 134:4 134:10,15,20,22 136:6 138:5,14,16 138:20 139:3 140:2,9 141:6,12 141:19 142:16,21 142:22 144:6 146:10,14 147:4,7 148:6 150:6,18 152:14,16,17 153:1,9,18 154:22 157:25 158:1,6,19 160:4,8 161:3,24 163:13,16,19 165:15 167:19 172:5,13,19,22,23 173:3,7 175:12 176:14 177:13 178:22,23 185:7 185:15 188:10,13 195:12 197:18,20 197:21 198:7,8,15 198:24 199:9,14 199:23 200:3 202:7,12 203:8,9 203:19 204:1,6,7 204:11,16,20,24 205:12,19 220:9 221:15 222:4 225:20,22 228:1 235:15,25 238:5 239:11,19 240:2

ROBERT BEA

March 27, 2012

241:1,4,5 243:9
244:6,10 247:19
249:14 251:3
252:15 257:6,8,9
257:11,19 261:16
261:17,21 262:9
262:13,18 264:25
265:4,12 268:4,14
269:18 270:4,6
272:3,16 273:15
274:1,2 275:23
276:20 277:7
278:11
**correcting** 229:15
**correction** 17:12
128:9 143:25
**corrections** 131:23
179:10,14 277:6
277:13,15
**correctly** 61:12
135:11 137:12
154:23 157:13
159:23 161:18
163:7 166:22
194:14 206:23
**correlation** 213:1
**corresponding**
86:20 101:15
198:4 204:9
**corroborated**
58:21
**cost** 145:7
**cosupervised**
110:18
**coughing** 61:18
**couldnt** 32:21
35:24 61:19 78:9
191:9 242:5
**counsel** 6:3 21:12
46:2 87:6 111:9
114:1 181:3
230:11,23 231:21
278:14,14
**counseled** 21:13
**count** 175:6
**couple** 111:23
145:3 251:10

**coupled** 206:16
**course** 11:14 12:23
12:23 13:15,18
14:3 15:1,7,14
17:8,21,24 22:9
22:13,21,23,24
36:8 37:8 38:9
39:3,4,7,8,9,11,13
39:16 41:4,11
42:13 55:22,24
65:23 66:1,5
68:18,18,19 148:9
160:6 208:23
212:12 235:17
**courses** 10:22
11:12,17 12:6
13:22 22:16,18,19
37:3,6,9 38:5,9,16
38:18 39:1,23
64:19 65:21 68:14
68:21 69:1 70:19
**court** 1:1,25 6:23
7:19 59:10 79:15
158:5 161:11
178:25 230:22
278:3,25
**courts** 79:8
**cover** 8:5 125:13
158:1 170:17
251:7
**covered** 43:12
165:8 178:15
190:25 191:6,11
194:15
**crack** 119:25 121:8
126:11
**cracks** 207:11
**cradletograve**
30:10
**crashed** 147:19
**created** 162:24
**creep** 12:18
**critical** 9:8 212:5
**crooks** 118:13
**crossexamination**
9:12
**crosssection** 135:15

**crosssections** 110:6
122:7,12 123:1
254:15 257:15
**crucible** 66:9
**cube** 159:18
**cubic** 265:13
**current** 10:12
48:15 115:6
133:13 153:4
235:11
**currently** 29:15
49:13
**curve** 182:24
**cut** 187:8
**cv** 12:10 14:6 17:16
18:19
**cycle** 133:23
**cypress** 129:13

---

## D

**damping** 205:8
**daniel** 43:19
**danny** 43:20
**data** 107:6 169:8
169:15 183:3
184:9 185:18
196:14 236:8
**date** 43:25 51:17,18
60:22 62:16,17
87:10 90:4 104:5
106:14 123:8
147:23 148:2
180:20,21 221:10
275:4 277:8,11,25
**dated** 89:12 127:18
177:7 220:14
221:13 233:22
275:1
**dates** 95:19,20
**datum** 85:5,14,18
86:16,19,20 88:21
89:3,8 92:20,21
92:22 95:7,9
97:22 100:12
101:19 108:1
112:7,23 113:21
115:2 116:12

**datums** 86:9 88:19
114:14,19,22
115:5,6
**dave** 182:6 184:13
212:23
**david** 80:14 109:22
110:8
**day** 3:3 21:7 32:10
35:19 65:3 89:13
145:5,6 198:6
256:3 276:23
**days** 9:4,7 28:18,19
32:10 35:4 145:13
145:13 148:4
164:10
**deal** 21:15 42:8,10
42:11 50:2,13
88:1 94:14 185:2
**dealing** 12:21
19:17 32:3 40:21
42:1 45:8 59:22
70:6 114:11
179:15 190:23
**deals** 244:5 246:8
**dealt** 15:13,14
56:13 118:17
271:12
**debra** 3:4
**decayed** 179:1,19
**december** 89:19
162:25 263:13
**decide** 67:5
**decided** 79:17
80:20 114:18
236:24
**decision** 36:19
80:25 252:24
**decisions** 114:24
**declaration** 154:4
161:9,11
**decomposition**
166:20 167:25
**decrease** 166:14,17
**deduced** 270:23
**deduction** 260:13
260:15,20 261:5,6
**deductive** 109:13

260:23
**deemed** 170:3
**deep** 37:22 38:7
191:17 265:11
**deeper** 160:22
**deepwater** 182:1
**defendants** 80:22
81:12,16 181:3
**defended** 34:2,14
**defending** 24:12
**defense** 28:12 81:5
123:11 161:18
**defensive** 33:22
**deficiency** 253:18
**define** 11:20,24
55:5,7 84:13
206:25
**defined** 84:8
**defining** 190:4
**definition** 21:5
76:4,13,20 95:25
96:10 127:11
179:3
**definitive** 118:23
123:5 144:23
**definitively** 221:7
**deform** 188:21,22
188:25
**deformation**
119:21
**degree** 10:17,24
11:5,8,10,13,19
12:5,8,10,19
13:20 22:7,14
62:13 63:5,22
64:3
**delorimier** 3:22
**delta** 46:24 47:5,9
48:5
**demonstrate** 174:9
**demonstrated**
189:22 255:1
**demonstrating**
134:7 271:7
**dense** 124:9
**denton** 45:20
**denying** 202:13

**department** 2:16
8:7 21:4 35:20
48:8 68:23 95:3
95:23 96:9 103:2
149:4,6 200:21
**departments** 38:12
**depend** 166:19
**dependency** 193:16
193:20
**dependent** 171:10
183:1
**depending** 149:2
191:15 207:13
**depends** 193:22
207:3
**depict** 224:19
**depiction** 222:3,6
**deponent** 6:10
**deposit** 76:15
129:16 160:15
**deposition** 1:19 6:4
6:14 7:7,9 8:4 9:5
19:20 82:3 113:18
114:2,4 164:10
174:4 240:1,4,6
241:13 261:1,15
278:8
**depositional**
166:19 167:25
**deposits** 77:9 94:21
104:24 109:25
163:19 166:13
**depovue** 3:22
**depth** 103:22
105:25 111:25
112:6 165:23
191:20 235:3,5
**depths** 105:24
107:17 116:14,19
235:8,10 238:7
**derive** 92:25
**describe** 18:10 23:3
36:25 140:12,24
141:3 191:17
209:21 211:14,19
241:6 260:14
**described** 28:17

29:11 47:16 122:6
122:11,25 178:21
190:2 209:15
213:4 215:11
221:18 241:21
244:7,19
**describes** 269:4
275:21
**describing** 120:11
172:3 242:13
**description** 209:20
273:2 276:16
**descriptions**
223:14,15
**descriptive** 228:1
**deserve** 109:10
**design** 11:1 25:20
27:24 28:11 37:22
37:25 38:6 92:22
275:13,20
**designation** 89:4
**designed** 34:7
**desk** 60:20 61:13
**desktop** 58:11,15
59:3,5,8,11
**despite** 155:24
**destabilization**
254:22
**detail** 49:1 65:6
**detailed** 115:4
161:19 213:15
**details** 62:7 212:17
212:21 236:11
**determinant** 64:9
**determination**
168:17 169:12
**determine** 59:23
87:17 98:10 105:8
147:23 149:12
175:17 177:25
242:21
**determined** 79:7
83:22 151:20,23
173:1 239:13
242:8 243:7
**determining** 63:4
63:14,21 64:2,12

64:14 70:1 80:12
118:13 137:16
**develop** 129:13
145:7 193:12
213:15 242:16
**developed** 26:5
57:12 135:18
154:16 155:11
162:4 206:15
208:19 218:18
235:17
**developing** 236:18
241:25
**development** 28:7
29:23 30:11 55:10
56:2 119:14 122:8
155:12 217:5
221:25
**deviling** 179:23
**dicharry** 239:21
243:1
**diction** 187:18
**didnt** 13:3 17:22
50:22 58:21 59:12
59:13 73:21 78:16
92:25 126:18
151:3,25 156:9,22
157:2 186:11
197:14 203:16
222:23,24 252:13
262:7 263:19,24
263:25 266:18
**diego** 58:1 60:25
61:16,21 69:5,7
109:19 110:3
145:4,18 146:8
147:12,25 148:8
149:22 182:5
185:10 276:15
**difference** 82:19
90:8 117:3,7
125:19 205:1
**differences** 86:20
90:12,15 114:14
115:4 137:9
**different** 30:12
33:4 78:17 89:20

99:18 100:12
140:18 147:20
148:4 152:22
184:7 188:24
197:15 210:3,4,12
210:13 226:20
234:11 248:12
250:2 251:1
**differential** 186:9
**differentiate**
128:13
**differing** 147:8
**difficult** 121:18
183:7 222:18
**difficulty** 85:16
115:10
**digital** 57:24 58:7
60:24 64:17 66:17
102:24 103:1
108:8,17 109:20
110:4,10,13,14
**digits** 98:22
**dim** 202:23
**dimension** 139:21
142:2 143:19
**dimensions** 238:6
238:12 239:2
**direct** 196:23 197:4
**directed** 14:14
28:10
**direction** 36:8
110:21
**directions** 9:15
**directly** 67:20 84:4
173:5 219:14
**dirt** 233:25
**disagree** 167:20
**disappears** 34:4
**disasters** 46:12
**disciplinary** 26:13
**disclosures** 8:25
**discovered** 252:6
274:10
**discrepancies**
178:2,4
**discriminate** 152:4
**discuss** 82:18

**discussed** 19:18
107:14 184:11
191:25 212:7
268:24 276:16
**discussing** 67:4
191:14 203:22
**discussion** 136:22
225:2 227:20
**disk** 147:18
**displacements**
119:23 120:24
**display** 128:25
132:1
**dissertation** 63:18
64:14
**distance** 207:8
238:7 256:12
257:18,20,21
268:11
**distant** 207:12
221:25
**distorted** 119:11
**distortion** 118:16
119:5 120:11,19
121:6
**distortions** 117:24
118:3 120:15
121:11,14
**distributed** 19:16
24:23
**district** 1:1,2
**division** 2:20 33:9
45:18 242:20
**doctor** 37:21 58:1
66:15
**doctoral** 23:3 24:10
62:15 63:12 70:12
70:16
**doctorate** 62:13
63:5,15 64:3 70:2
74:10,11
**document** 40:22
77:25 86:14,25
100:3,4 102:7,10
102:22 104:6
157:16 170:13
176:22 179:24

181:19 202:25
218:12 236:2
237:2 238:13
244:22,23 245:10
245:17 246:20
248:21,22 249:8
249:19 250:18
251:4 261:3,20
263:11 265:16
266:3 272:9
274:14,18,22,23
275:9
**documentation**
84:15 95:2 96:8
97:1,3 221:1
**documented** 66:22
212:8
**documenting**
236:18
**documents** 88:9
107:18 264:7
**doesnt** 8:18 75:22
141:7 188:25
190:24 217:3
232:24 233:3
272:22
**dogs** 32:21
**doing** 20:17 29:24
57:20 66:9 88:19
108:7 110:17
112:11 180:10
232:6 233:18
236:14 259:13
264:8
**dollars** 32:11
**domengeaux** 2:9
**donated** 29:2
**dont** 7:18,20 8:12
9:17 26:5 27:7
29:13 36:25 37:17
40:11 41:9,23
44:2,23 45:2,23
45:23 52:5 54:17
58:19 60:10 63:17
64:6 67:1 68:1,3
68:17 69:1,15,18
71:9,17 73:13,14

74:18 78:13 84:11
84:12,13 85:4
89:14 91:6 95:10
96:11 97:2 98:2,5
100:1,21 101:18
103:5 104:3 105:6
105:8 107:21,24
107:25 111:6
112:8,20,21
114:11 116:1,6
117:22 127:8
137:24 141:14,17
143:10 144:4,7
148:9,11,12
149:20 153:21
158:7 160:1 161:4
161:5 171:2 175:3
175:16 178:20
182:3 183:25
184:19,20 201:13
205:2 208:1 221:3
221:4,7 224:22,25
227:16 231:4,15
235:9,12 237:5,6
238:11,16 239:23
247:20,22 248:6
249:15 250:23
252:15 253:11,15
253:22 254:15
256:20 259:15
260:20 261:13
266:4,6 274:6,24
276:7
**dot** 96:20
**dots** 130:12,14,23
130:24 131:2
197:1
**double** 268:8,12
269:3 271:17
**doublechecked**
218:10
**dover** 24:15 32:3
**downstream**
137:17 138:18,22
139:2
**doyle** 2:17
**dozer** 214:9,11,18

214:20 215:25
**dr** 7:7 8:22 9:5
11:15 14:3,14
15:1 16:4 21:21
21:22 22:5 24:15
32:3 35:22,22,23
38:4 40:3 41:17
41:20 42:2 47:1,2
47:11 51:6 58:1,6
62:22 64:23 65:9
65:9 67:3,3 69:5
69:21 70:1 71:4
71:14,25 73:8,8
74:8,20 80:14,15
82:3 108:5 109:22
110:8,13,19,19
149:23,25 162:25
164:5,7,18 166:24
167:21 168:9,16
169:17,18 170:9
172:24 173:14
174:2,3 177:13
180:1 182:6
185:11 204:2
205:25 218:2,2
236:15,17 237:3,8
238:15
**draft** 93:12
**draining** 271:20
**draw** 51:24 119:19
127:9
**drawing** 264:15
267:15
**drawings** 92:23
**dream** 31:17
**dredge** 241:25
**dredged** 238:3
239:9
**dredging** 239:13
242:21 243:7
**dress** 259:13 273:4
273:9
**dressed** 271:25
273:13,23
**dressing** 272:5
273:1,7 275:24
**drilling** 15:24 34:1

45:9,16 252:5
**drive** 7:2 147:15,18
148:13
**dropped** 147:18
**dropping** 148:13
**drops** 201:18
**due** 9:17 197:8
236:13,25
**dues** 25:22
**duly** 7:4 278:6
**duplicate** 8:8 75:17
**dupre** 57:15
**duration** 189:7
**dutch** 28:21
**duval** 1:6
**dynamic** 14:16
**dynamics** 11:2 14:2
14:4 15:2,4,23
39:5,21

_____

**E**

**earlier** 24:14 28:10
42:5 49:21 64:23
71:15 123:7 151:8
165:7 178:1,16
191:25 195:15
207:4 211:11
212:8 250:16
**early** 9:10 31:11
41:25 65:2 119:14
147:24
**earned** 38:24
**earthen** 27:22 34:7
34:14
**earthquakes** 15:4
**ease** 173:25
**easily** 188:3
**east** 57:4 83:11,24
84:9 88:17 94:19
94:21 99:14
122:13,23 124:18
128:2 150:24
152:18,24 178:22
179:6 188:20
189:21 191:9
192:5 207:25
211:16 212:2

213:16 220:13
237:18,25 238:3
239:15 241:19,19
241:20 242:1,7
243:11,20 255:11
255:24 256:8
257:12 262:11
270:19 272:19
273:4
**eastern** 1:2 258:11
259:5 260:2
269:21 270:2,11
271:6,13 275:11
275:12
**easternmost** 269:7
**eastwest** 269:2
**easy** 51:23 77:3
88:24
**ebia** 61:14 106:2
107:20 114:10
117:25 125:23
132:14 133:10
174:9 177:22
193:23 195:7
204:3 205:5
206:13 208:12
219:3 237:25
239:2,9 251:2
253:3,7,16
**economics** 18:17
**edge** 210:18 255:24
256:8 257:12
262:11
**education** 10:16
**edwards** 2:9
**effect** 67:21 132:2
143:18 195:8
207:8,21 210:1
243:8
**effective** 31:16
41:10 160:23
188:20
**effects** 57:4 59:23
65:3 106:1 126:5
131:9 142:14
143:2 145:1
165:15,16,21

171:12 194:24
204:22 207:10
209:9,18
**effort** 27:21 30:25
48:4 65:7 235:11
260:17
**eight** 136:25
200:23
**eighth** 137:1
**either** 28:16 68:3
81:3,10 103:1
104:5 105:7
138:19 185:10
201:5
**electronic** 57:24
58:7 60:24 64:17
108:8,17 109:20
110:3,10 132:5
143:8 144:24
**electronicdigital**
58:14
**element** 162:24
182:19 218:17
**elements** 18:15,17
179:16
**elevation** 85:18,21
88:15 89:2 91:4
93:13,17 94:25
99:25 100:11
101:6,16,22 102:6
102:8 103:20,21
104:25 106:12
107:6,17 125:20
128:10,14,20,21
192:25 193:4
196:11 198:3,18
199:1,20
**elevations** 85:14,22
91:8,10,20 92:24
93:1,5 94:19,20
95:5 96:3,4 97:8
97:12 99:23
100:10 102:11,15
105:14 106:9,21
107:12 124:11,22
125:14 130:7,18
196:13 201:17

**elwood** 2:10 162:15
231:18
**email** 180:1,21
181:18,20 185:2
**emergency** 31:7
**emphasis** 18:10
**employed** 19:2,7
68:6,8,11 74:13
74:18 155:5
**employee** 20:4
74:17 75:2
**employment** 20:2,3
36:24
**encounter** 125:8,8
125:9
**encouraging** 21:5
**encroach** 262:7
**endanger** 62:11,12
271:9
**endangerment**
84:3
**ends** 265:7 274:16
**engage** 125:2
**engaged** 16:5 62:18
86:6 95:21 236:20
**engagement** 237:9
**engineer** 24:19
25:21,24 26:8,24
33:10 38:14
240:16,19
**engineered** 23:2
39:14,18 42:19
**engineering** 10:17
10:20,23 11:1,4
12:11,25 13:1,9
13:14,14 14:10,23
15:18 18:15 20:18
20:25 21:1,6 23:5
23:8,18 26:20
27:5 30:8,10 33:8
35:13,21 36:14
37:1,4 38:6,13
39:7,14,23 40:24
41:13 42:14,18
49:8,18,22 50:1
55:23 60:2 64:24
66:10 68:24 70:22

132:6 143:9
144:25 152:7
242:20 266:1,9,23
270:8 273:14,24
**engineeringbechtel**
32:16 33:7
**engineers** 20:21
39:9 49:14 83:18
83:23 84:9 86:5
86:18 89:13 95:4
96:3,24 97:3
100:2 102:17
242:14 259:10
266:18
**ensuring** 259:15
**enter** 169:12
171:24 186:11
209:22
**entered** 19:19
186:2 200:7
**entering** 126:5
**entire** 8:23 17:24
37:7 65:14 66:11
73:17 74:2 129:15
155:9 158:10
159:14 201:20
240:4 246:24
248:3
**entitled** 10:15 43:9
132:3 157:24
258:25
**entity** 71:16
**entry** 36:24 200:17
201:5,19
**environmental**
68:23
**equations** 55:10
186:10
**equilibrium** 193:17
**equipment** 34:1
**equipotentials**
55:11
**equivalent** 205:7
**era** 125:6
**erosion** 261:12
**error** 177:14
262:20

**esquire** 2:4,10,17
2:18,19 3:4,5,6,12
**essence** 236:11
**essential** 166:25
167:16
**essentially** 21:2
25:19 33:24
114:18 160:2
163:11 203:7,24
**established** 83:10
84:18 259:18
**establishment**
83:16
**estimate** 48:25
129:2 133:13
145:3,7 152:23
157:4 159:2,22
160:14 161:21
163:18,22,24
164:4,6,8,8,16
**estimated** 150:23
256:12
**estimates** 163:20
**estimating** 129:20
**estimation** 255:17
**evaluate** 55:11
143:2 213:9
**evaluated** 116:13
**evaluating** 164:3
211:15 243:19
**evaluation** 86:8
102:17 103:24
**event** 44:19 46:6
148:21 199:25
**events** 147:22
148:3,15,18,19
**everybody** 227:2
230:21 234:13
**evidence** 6:15
120:19 200:18
210:23 214:10,13
214:17 224:15
242:25 243:16
259:11 260:12,13
260:20 261:1,8,15
261:18 271:12,15
273:12,23 276:4

**evidences** 121:8
**exact** 160:10
210:19
**exactly** 9:25 74:25
228:1
**exam** 25:1,25
**examination** 4:3
7:6 8:21 9:22
10:7 19:23 40:2
52:18 69:20 72:17
76:3 78:4 79:13
87:2 88:12 94:12
98:16 99:6 102:3
108:4 111:19
113:10 117:2
127:22 132:10
136:20 144:19
149:9 154:6
156:21 157:22
161:10 162:12,16
171:1 173:20
177:9 180:17
187:10 203:17
206:3 220:2,20
224:10 235:2
238:24 240:13
243:15 245:2
249:6 254:2 259:2
263:21 265:21
272:17 274:25
**examine** 144:7
**examined** 7:4
**example** 23:13 32:2
33:19 37:13,22
57:2,7,9 77:12
86:2,3 122:15
123:4 124:9
191:25 223:24,24
258:14 260:17
271:15
**examples** 33:16
34:9 57:8
**excavating** 275:10
**excavation** 106:4
116:14,19 123:19
125:22 131:25
135:16,19 137:6,8

ROBERT BEA

March 27, 2012

Page 290

137:10,11,17,18
137:20 138:3,4,7
138:10,11,12,18
138:23,25 139:2,9
139:16 140:1,5,7
141:3 142:19,20
143:16 144:2
207:24 208:3
209:2,10,19
222:13 235:4
246:24 254:14
257:1,24 261:24
263:5 265:8,10
**excavations** 57:4
83:10 105:24
107:17 112:1,6
122:6,11,25
123:13,24 124:2
139:15,18 140:17
206:19 207:2
208:4,10,11,15,18
209:2,4,7,14,22
210:4,8,10,13
211:8,16 213:10
213:16 214:15
218:19,23 222:19
235:6,23 253:3,7
254:4,9,25 262:3
262:25 272:5
**exceeded** 106:9
**excellent** 40:21
82:1 135:18
217:18
**exception** 17:25
59:17 205:1
**exceptions** 81:20
**excerpt** 160:9
162:1 166:2
203:21 220:11,15
249:20 251:9
263:14
**excerpted** 154:11
161:15
**excerpts** 158:9
**exclusive** 124:16
126:16
**excuse** 61:3 121:21

143:22 201:12
214:11 224:5,17
253:13 268:15
**executive** 251:22
**exercise** 45:24
**exerted** 207:22
**exhibit** 4:8,9,10,11
4:12,13,14,15,16
4:17,18,19,20,21
4:22,23,24,25 5:1
5:2,3,4,5,6,7,8,9
9:1 10:4 72:9,14
75:6 78:1 79:25
86:14,23 91:2
98:13,13,14 99:4
109:3 127:15,19
132:7,8 136:15,17
138:2 153:25
154:1,24 155:25
156:4,7,12 157:17
157:19 158:9
161:5 162:1 166:1
166:14 170:23
173:9,17 176:3
177:4,11,12
179:25 180:14
187:21 203:12,13
203:14 218:12
219:20,20,24
220:11,17 223:3
225:11 228:6
235:19 238:14,21
240:4,10 244:23
244:25 248:25
249:1,5,7,20,25
251:5,22 263:12
263:17 264:10
265:6,18 267:24
268:25 270:9,9
272:14 274:15,19
**exhibited** 119:13
**exist** 62:4 74:20
**existence** 87:16
**exists** 58:20 60:11
**expand** 21:5
**expanded** 21:24
**expansion** 125:7

189:9 266:24
**expansive** 21:10,14
**expect** 271:1
**expected** 270:15
**experience** 18:18
18:20 27:9 37:24
42:22 43:2 65:16
71:24 72:2
**experienced** 7:9
66:16
**experiencing** 205:4
**experimental** 12:19
**expert** 44:15,18,20
44:25 45:6,14
46:5 47:14 106:24
113:15 114:6
123:17 161:19
162:25 170:10
212:8 213:14
236:17,22,25
237:4
**expertise** 43:10,11
43:13 85:20,24
**experts** 8:15 79:7
80:11,25 81:5,12
81:16 161:18
169:6,7,13,14
**explain** 23:25 93:3
117:12 195:17
258:19
**explained** 117:11
149:21 204:22,25
216:22 269:14
**explaining** 258:24
**explanation** 114:14
115:4 116:15
127:10 208:10
**exploration** 34:1
79:9,14 177:21
**exploratory** 123:14
**exposed** 167:7
**expressed** 271:1,3
**extended** 17:15
106:3
**extension** 266:2,10
266:24 270:18
**extensive** 28:24

37:13,24 47:7
85:16 244:13
246:13
**extensively** 114:15
118:18
**extent** 60:22 66:21
187:19 261:11
268:23 269:7
**external** 147:15
148:13
**extreme** 41:24
**extremely** 20:22
126:25 204:12
**eye** 118:23
**eyesight** 256:18

**F**

**face** 122:24 222:16
255:18
**facilities** 24:12
27:25 28:12 31:15
31:15 32:4 34:7
**facility** 31:3 33:22
34:11,15 242:3
252:4,9
**fact** 21:24 37:24
82:13 97:7,8
107:11 117:6
127:3 133:25
134:22 139:15
145:21 151:10,25
152:21 158:3
178:10 181:4
186:25 193:15
202:2 217:4 221:8
221:13,25 224:12
225:17 247:23
255:1 262:10,14
270:2 273:12
**factor** 128:1 129:25
130:6 131:6,13,18
134:7,18,21 165:2
170:1 200:12
242:3,8
**factors** 15:13,17,25
18:13 21:3 39:17
49:25 122:10,18

123:2 130:19
134:24 166:18
252:23
**faculty** 18:25 19:11
36:7,16 38:15
41:10 74:21
**fail** 36:12
**failed** 23:16,21
108:6 254:7
**fails** 163:1
**failure** 23:20,24,25
31:9 45:15 46:20
46:22 50:2 93:22
123:3 124:2 127:5
127:11 132:4
218:23
**failures** 21:17,18
23:8,12 24:11
46:12,15 47:8
50:20 122:14,19
124:17 179:7
**fair** 7:16,22 42:25
43:4 52:11 54:24
59:16,17 90:19
111:18 126:20
127:6,8 130:22
144:22 163:22,23
183:21 219:16
222:3,6 251:2
273:4,5
**fairbanks** 1:24
6:22 278:2,24
**fairly** 126:7 185:11
**fall** 179:2 201:21
**falls** 110:21 131:3
212:23
**familiar** 66:25
77:19,24 80:7
83:8 157:18 180:9
187:15,16 201:10
202:17,20 239:3
239:20
**family** 36:2
**far** 80:14 207:16
252:24
**farther** 121:5
**fast** 145:24 249:24

ROBERT BEA

March 27, 2012

Page 291

**fat** 247:5
**feature** 267:16
**features** 119:25
120:3
**february** 89:12,17
180:22,24 213:14
**federal** 6:6 31:7
**feet** 23:17 28:25,25
88:15 89:3 91:14
92:7,8,9 99:25
100:11 101:16
104:25 106:9,9
117:6,7 130:7
131:4 196:11
198:4,7,12,14,19
199:1,4,8,13,17
199:20,22 200:1,5
207:19,19,20
208:2 222:9
235:24 255:12,25
256:5,8,12,14,19
257:12,13,14,23
258:1,7 262:12
265:10,11,11
**fell** 201:23
**fema** 32:1
**fibers** 166:21 168:2
**fibrous** 178:20
**fibs** 67:10
**field** 18:9 55:10
65:3 66:6 82:20
158:17 177:21
178:2 184:9
**fields** 12:15 15:18
**figure** 101:9,11,11
101:15 102:13,15
102:20,23,25
103:4,5,6,12,15
103:23 105:16
117:9,13,15,24
118:25 119:9
127:23 130:3
132:11,20,24
133:1,7,19 134:6
134:11,16 138:1,2
155:3 156:12,13
168:14 169:4

196:20 206:19
213:23 214:1,3,7
214:19 215:10,15
215:17 216:8,25
219:23 223:7,20
224:2,6,8 225:10
226:8 233:22
238:19 256:11,14
256:17,21,22,24
258:13 259:6,20
259:23 260:2,4,6
261:23 262:19
265:1 269:24
270:1 271:11,16
272:1,4 275:21
**figured** 205:25
**figures** 49:1 91:9
91:23 101:10
105:4 106:22
175:3 199:23
215:8 238:14
260:17
**figuring** 232:18
**file** 144:11 173:21
176:22
**filed** 1:8
**files** 143:10 144:5
144:21 146:15,17
147:9,11,13,16
149:10,11 173:25
**fill** 208:22 215:6
253:8 275:18
**filled** 135:16
**final** 20:19 82:9,14
82:20 83:6 160:14
178:3,14
**finally** 195:16
**find** 33:1 94:4 99:7
121:24 122:1
135:8 160:10
175:17 176:8
177:22 178:4
183:7 210:22
225:4 245:3
248:15,20 249:15
250:4
**finding** 129:17

**fine** 115:23 116:2,6
153:22 154:9
181:12 225:5
230:9 231:13
**finger** 215:14
**finish** 7:14,15 8:12
8:20
**finished** 69:7
111:22
**finite** 182:19
**firm** 23:18,19 45:7
45:19 62:9 70:23
70:24 71:19
**first** 7:4 20:21 25:9
26:4 28:1,2 30:3
32:19 38:20 43:15
43:17 45:12,13
49:12 53:4,5,22
55:20 63:25 64:1
64:21 89:14 92:25
96:16 101:19
107:8 135:25
143:12,15 146:22
148:20 149:1
170:19 174:7
176:15 195:23
205:10 211:18,21
219:22 232:3
240:5 245:8
256:16,20 266:4
278:5
**fit** 242:9
**five** 38:20 235:23
**flag** 180:7 181:11
181:13
**flagged** 181:10
**flew** 32:23
**floating** 39:5
**flood** 13:17 27:14
28:5,12 32:1
33:13,22 34:21
42:23 44:19 46:6
46:7,16,20,22
47:8,22 50:4,20
54:12,23 56:1
57:13,15 84:4,5
119:25 121:8

132:4 139:9
140:19 191:5
192:2,23 204:3
206:16 271:4
**flooded** 56:7 200:4
**flooding** 31:8 44:14
48:2,21 193:2,3,5
**floodwall** 32:4
33:20 50:20 59:24
88:17 109:15
117:25 118:9,14
119:10,13,20,24
120:1,15,15,18
122:14,24 124:8,9
124:10,17,22,23
128:2 143:3 191:6
198:23 207:3,17
207:23 208:2,25
211:1 215:7 238:7
241:18 242:2,6
254:23 255:13,19
255:25 257:13
258:7,11 259:4
260:1 262:4,12
263:1 271:10
272:6
**floodwalls** 13:16
24:6,8 27:14 28:4
31:9,20,23 33:13
34:3,21 42:23
46:7,16 47:22
50:4 54:11,22
83:24 115:1 123:3
124:24 125:17
239:15 243:11,20
**floor** 11:3 15:23
42:1
**florida** 10:18 12:11
23:14 24:20 25:5
214:21 218:15
219:19
**flow** 11:17,20,22,24
12:2,7,8 42:6,7
55:3,9,11,11,13
55:16 56:8,16,23
56:25 57:3,11,21
57:22,25 58:18

59:1,23 64:18
66:24 72:12 77:4
77:15 108:8
109:20 110:4
139:11,24 140:3
140:16,21 141:2
142:1,2,14 143:20
145:12,17 149:19
150:2 164:25
165:5 167:1,16
168:7 169:9,11,22
169:24,25 170:2,7
170:16,20,21
171:3,5,6,13,15
171:25 172:3,12
172:16 183:14,19
184:17,18,21,22
186:17,21 187:6
188:12,18 190:4
194:12 195:1,8,10
196:1 197:9,14,16
**flows** 42:9,10 172:9
**fluffy** 9:11,19
**flurry** 38:17
**focus** 12:19 18:10
20:24 21:10,15,24
**focused** 42:13
**fog** 162:24
**follow** 83:3 193:4
**followed** 65:4
201:22,24 209:11
**following** 17:7 42:8
64:21 70:9 72:3
95:24 166:5
192:25
**follows** 7:5 197:1
**followup** 275:8
**font** 181:6
**foot** 160:25 165:3
**footprint** 268:5,16
269:13,14,15
**forbidden** 20:7
28:18
**force** 31:11 86:8
102:18 103:24
**forced** 236:23
**forcing** 15:3

ROBERT BEA

March 27, 2012

Page 292

**forecasting** 31:5,6
**foregoing** 277:4
**forensic** 23:8 64:24
66:10
**forensically** 23:22
23:23
**forgotten** 210:19
**form** 6:12 15:15,16
37:15 115:22
**formal** 22:19,21
**formalities** 6:8
**formation** 76:21,22
77:2
**formations** 76:21
77:12
**formerly** 270:23
**forth** 82:25 278:7
**fortunate** 267:12
**forward** 9:6 65:10
**found** 117:10
153:15 163:2
165:8 217:19
250:12,20
**foundation** 11:1,1
11:2,3 12:21
13:14 14:5 15:9
15:23 21:17 22:16
23:18,21,24 24:3
48:3,6 55:22,23
63:9
**foundational** 40:22
**foundations** 13:19
16:5 23:12 37:23
37:23 38:1,7
49:23
**founder** 33:6,8
**four** 35:19 38:16
47:6 98:22 155:8
240:6
**fourth** 94:8,17
135:6 175:10
237:21
**fouryear** 48:4
**fractions** 179:20
**francisco** 3:18
32:23
**frank** 14:3

**franklin** 2:22
**free** 168:4 192:24
245:16 246:19
248:5,13
**freedom** 30:18
**freefield** 161:21
**freely** 30:25
**freeze** 170:5,15
171:18 172:2
**frequently** 38:11
42:3 77:17 165:2
**fresh** 129:12
**frictional** 205:8
**front** 91:2 238:18
**fugro** 82:8,14 83:3
177:21 178:13
**full** 31:1 64:19
65:21
**fulltime** 19:12
**fully** 36:4,6 165:4
167:6 169:9
190:18 193:19
**function** 15:3
191:20 192:19
**fund** 21:25
**fundamental** 10:25
12:6 14:1 206:12
**furnished** 42:14
**further** 48:25
121:7 125:7,7
127:10 179:19
211:7 278:13

--------
**G**
**gained** 192:1
**gap** 126:11,20,22
126:24 127:5,6
130:12,25 131:2
132:2 133:16,16
133:20,25 134:17
**garster** 86:17
**gas** 31:15 33:25
49:17 50:10,14
54:10 106:7 168:4
171:23
**gauge** 198:2,11
**general** 66:23

81:14 112:10
120:1 179:17
239:7 266:7
**generalization**
160:2
**generally** 95:19
180:9 239:4
266:21
**generate** 159:2,21
**generated** 126:2
129:24 131:12
206:18
**generation** 152:3
**generically** 109:17
177:20
**gentleman** 58:5
61:18
**geodetic** 86:15
**geoenvironmental**
68:22 152:7
**geoestudios** 62:9
69:9 70:21 71:2,5
71:7,16,19 72:7
72:10 73:10 74:3
75:4
**geographic** 236:16
**geologic** 76:20
**geometries** 135:20
**geometry** 131:24
143:1,1 182:20
**georeferenced**
105:2
**geoslope** 72:11,18
73:11,16 74:5
187:15
**geostudio** 73:19
**geotechnical** 10:20
10:23 12:25 14:10
14:23 15:18 20:23
23:4 24:3 25:24
26:8 37:1,4 38:18
40:24 49:8 50:2
59:21 68:22 70:22
125:23 132:5
143:9 144:25
152:7 239:13
242:14,20 266:1,8

266:12,15,18,22
266:23 270:8,16
273:13,24
**gerald** 239:21
**gerwick** 35:22
**getting** 121:9 256:3
**gilley** 3:22
**gint** 105:1,3
**give** 22:18 33:16
37:20 62:16 76:4
76:8 85:13 87:4,5
87:8,18 93:2,18
99:11 144:23
148:1 156:4
183:12 215:16
236:10
**given** 1:20 10:2
14:3 16:7 58:17
60:22,23 82:19,20
96:11,11 97:8
127:4 139:14
183:2 185:18
189:6 190:22
192:12 204:10
208:10 236:2,3
249:19 277:4,7
**gives** 66:1
**giving** 52:8
**glad** 19:22
**global** 131:7
**globally** 85:13
**globe** 34:18
**globo** 72:9
**go** 8:18 9:6 14:24
30:17 67:11 73:23
98:8 121:21
125:11 130:19
136:25 137:22
145:24 149:3,5
175:9 176:2
180:12 181:9
182:9,10 205:10
205:13 215:12
227:19 230:9,11
233:5 240:3
242:10 246:5
248:24 249:24,25

255:6 256:4
257:10 262:21
267:22
**goal** 20:19 30:4,25
**god** 20:11 42:2
203:12,16,16,18
203:18
**going** 7:12 8:3,5,11
8:19 9:24 36:21
40:4,7 42:4 51:6
54:2 72:8 81:19
81:22 86:13 87:17
90:25 98:12 99:9
103:8 105:9 113:8
115:23 116:24
127:15 135:8,10
142:25 145:2
157:17 173:8
177:2 180:7,12
181:12 187:8
202:24 216:3
217:16 218:11
220:10 232:7,19
234:18 235:10,13
236:3,7 238:16,18
240:3,14 247:13
248:17 249:25
262:23 271:4,5
272:10
**good** 8:9 9:10,21
20:22 32:14 39:24
114:13,13 116:4
144:16 145:15
176:21
**goodbye** 147:17
**gotten** 190:6
**governing** 242:7
**government** 30:8
31:1 87:21
**grab** 178:24
**grade** 111:6
**gradient** 137:16
138:17 165:17,18
165:20
**gradients** 101:13
135:14 138:24
140:6 141:8,21

142:12 143:2 165:22,22
**graduate** 13:23 14:2 23:14 35:17 39:11 68:8,11,16 68:20
**graduated** 36:6
**grains** 77:3,10
**granular** 76:5 77:1 77:9,12
**graphics** 236:12,19
**grass** 33:2 124:9 125:12
**great** 21:15
**greater** 27:20 133:12 134:24
**grid** 123:14 208:20 209:3 211:8 212:22
**ground** 8:4 33:4 112:14 126:1,1 172:6 178:15 193:3,7 194:14,16 199:17,19,21,25 205:11,16,17 211:25 212:13 254:12
**groundwater** 97:18 99:16 139:24 170:7,16,20 172:5 191:23,24
**group** 3:1 28:8 68:22 76:21 83:12 83:19 97:17 117:4 148:12 212:14 243:17 244:14 245:6 246:14 247:16 257:8 274:3
**groups** 29:4
**grunauer** 65:9 71:4 71:14,25 74:20 108:14 110:13 183:22
**guess** 97:6 145:3
**guest** 38:25
**guide** 254:13

**guideline** 77:20 78:14
**gulf** 32:5 45:10,16
**gustav** 199:12,25

## H

**habit** 87:22
**half** 74:12 145:6
**hand** 58:12,22 59:18 60:8,20 61:7,12 67:9 86:13 207:5,6 217:1 240:8
**handcuff** 37:17
**handcuffing** 37:16
**handcuffs** 37:21
**handled** 237:8
**happened** 35:11 181:5 248:18 264:15
**happening** 79:21 192:3
**happens** 88:15
**happy** 49:3 61:21 87:5,7,18 114:2 116:2 159:16
**harbor** 88:16 101:22 220:12 249:22
**hard** 40:13 147:15 147:18 148:13
**harry** 35:22
**hate** 89:13,14,15
**havent** 9:7 37:7 108:18 126:9,10 169:20 190:6 258:15,22
**head** 74:1 142:8 192:25 193:4 198:7,13 235:16
**heading** 136:22 166:10
**hear** 61:19 232:3
**heard** 147:8
**height** 91:3,14
**heights** 114:25
**held** 152:21 186:4

**help** 21:25 57:12 86:8 203:4 230:15 234:13 245:14 246:6 250:3
**helped** 164:8
**helpful** 264:12
**helping** 38:18
**helps** 181:8
**hereinabove** 278:7
**heres** 176:25
**hereto** 6:3 10:5 72:15 78:2 86:24 98:15 99:5 127:20 132:9 136:18 154:2 157:20 170:24 173:18 177:5 180:15 203:15 219:25 220:18 238:22 240:11 245:1 249:2 263:18 265:19 272:15 274:20 278:15
**hes** 47:7 62:13 64:10,19 65:13,16 68:19 69:5 73:23 108:21 109:5,7 111:9,12 156:14 164:6,9 167:23 172:2 187:16 226:21 229:17,21 232:12 258:24,25
**hewlett** 59:7
**high** 31:1 114:21 118:18 163:20 179:18 206:20 208:13 214:11,13 224:17
**higher** 129:19 140:6 199:19 205:13
**highlighted** 267:7,9 267:11
**highly** 166:13 222:20
**hire** 205:13
**hired** 75:4

**hold** 154:9 156:12
**holes** 219:11
**holistic** 30:8,9
**home** 21:11 60:20 61:14
**homework** 111:3
**homogeneous** 194:5
**hope** 8:18
**hopefully** 47:20 258:5
**horizon** 182:1
**horizontal** 109:23 150:23 151:9 152:8 154:19 161:22 162:7 184:13
**hour** 40:4,5,8 48:15 48:23,24
**hours** 32:10 44:4,5 48:9,14,23,24
**house** 32:21
**houston** 16:13,20 16:23 28:7 45:8 45:19
**hp** 59:15
**human** 15:13,17,25 18:12,16 21:3 39:16 49:24
**humidification** 168:1
**humidified** 179:1 179:19
**humus** 166:12 177:19
**hundred** 207:19
**hurricane** 27:22 31:6 50:21 57:16 70:10 72:3 118:21 119:12 121:15 199:4 241:18
**hydraulic** 65:2 66:7 101:12,13 108:20 109:23 110:1 131:8,10,22 134:8 135:12 142:11 151:19

153:7,17 154:16 155:6,10,15 156:1 157:4 158:4 159:1 162:4 163:2 164:20,23 165:10 165:21 166:15 168:17 169:1 171:5,10 172:20 182:22 184:14 189:7 190:4 198:6 206:2,17 207:14 209:23 210:1 218:17 254:21
**hydraulics** 12:6 40:21
**hydrodynamic** 42:9
**hydrogeological** 173:5
**hydrologic** 196:16 196:24
**hydrology** 171:14
**hydrostatic** 42:9

## I

**ice** 34:4
**id** 17:11 98:8 117:11 147:9 153:19 248:3 262:21
**idea** 67:17 89:22 246:21
**identical** 142:20 234:9
**identification** 10:5 72:15 78:2 86:24 98:15 99:5 115:11 127:20 132:9 136:18 154:2 157:20 170:24 173:18 177:5 180:15 203:15 212:5 217:23 219:25 220:18 238:22 240:11 245:1 249:2 263:18 265:19

ROBERT BEA

March 27, 2012

Page 294

272:15 274:20
**identified** 56:4
109:13,17 118:19
122:22 161:7
164:24 174:3
188:3 209:1
217:11 218:6
220:23 235:5
244:15 246:14
247:5,16 254:3
267:21 268:24,25
**identify** 46:4 50:19
107:22 123:12,19
219:22 262:21
263:23 264:8
**ignore** 169:4
**ihnc** 196:13,16,24
197:2,9 198:2,11
199:3,11 240:24
**ii** 110:17 152:3
196:1 212:11,11
212:23 218:1
**iii** 65:12 157:24
176:4
**ike** 199:4,21
**ilit** 151:10,13,16,25
152:2,11 163:25
**ill** 7:14 8:1 20:18
24:23 37:20 51:25
54:3,4 87:5,7,18
111:5 112:18
113:25,25 116:2
116:16 117:19
124:21 125:11,17
127:6 153:21
159:6,16,16
160:12 161:17
163:8 182:9
184:24 211:19
224:22 225:5,6
231:13,14,22
240:5 258:4 264:6
273:21
**illustrate** 217:8
219:7 221:24
226:5
**illustration** 218:25

**illustrative** 215:9
215:10 216:7
218:16
**im** 7:12,13 9:23,24
10:1 12:2 14:25
27:2 42:4 50:23
51:9,11,20 52:2
52:24 54:2 55:1,6
60:8 62:6,11,24
63:7,23 64:6,7
66:18,19,25 71:15
72:5 74:23,25
75:16 86:13 88:5
96:22,25,25 98:12
100:6 104:5
111:22 113:8
114:2,17 115:19
116:20,24 119:6
119:18 120:16
121:25 123:23,24
124:15 125:4,5
126:16 127:15
128:17 130:9
132:6,18,21 133:3
133:6 135:8,10,10
138:3,8 143:12
144:16,22 145:24
147:25 150:10,11
151:13 153:20
154:4 159:25
160:9 166:8
167:12 168:21
169:16 173:8
177:25 178:3,17
179:25 180:19
181:12 183:22
185:1,21 186:14
186:18 187:4
188:4 189:13
190:6,8 194:17
202:2,24 205:4
209:20,21 216:6
216:18 217:7
218:11,13,16,21
219:7 220:10
221:15 223:9,16
224:1 227:23

230:5,14,18
231:11 233:12,12
234:20 238:11
240:3,14 241:15
242:24 245:19,21
247:1 248:12,13
249:24,25 251:19
256:4 258:15,17
259:22,22 260:3
261:8 263:24,25
266:21 267:10
268:20 269:1
**immediately**
121:12 156:13
204:18
**impact** 243:19
252:10
**impervious** 250:11
250:20,25 252:22
254:16 255:3
259:14
**implication** 250:24
**implies** 28:2
**imply** 151:5
**importance** 41:24
**important** 28:15
34:16 67:9 93:8
124:23 125:1,13
125:15,18,21
126:21,25 163:2
192:3 204:12
207:21 209:5,24
218:24 252:16
**importantly** 168:2
**imported** 220:5
233:25 253:8,17
**imposed** 119:3
173:21
**imposes** 204:3
**improved** 33:4
**improving** 28:11
**inappropriate**
170:4
**incidentally** 226:18
**include** 56:15
151:16,17 252:13
270:10

**included** 59:19,25
131:17
**includes** 73:18
131:8,16
**including** 8:23
10:13 29:17 55:1
56:10 183:18
196:3 204:5
207:11 212:4
**incomplete** 210:23
**incompressible**
165:4 186:5,21
189:24 190:10,13
190:22 192:10,13
193:10,19 194:9
194:12,22 195:2,4
**inconsistent** 164:16
**incorporated** 99:14
**incorrect** 11:7
59:13 130:5
131:20 186:2
257:20
**increase** 135:14
141:9,12,22
143:23 166:16
197:2 200:8
204:10,15,16
**increased** 142:13
**independent** 35:2
65:7 70:8 110:15
163:3
**index** 165:20
**indicate** 134:16
273:3
**indicated** 82:22
112:4 115:8
140:21 154:16
162:4 196:14
201:25 206:1
261:9
**indicates** 135:13
235:23 250:9
**indicating** 121:3
197:3 223:17
228:3 229:3
246:23
**indications** 119:13

**indirect** 196:15
**individuals** 58:9,24
73:8 80:16 81:25
85:17
**indulge** 116:25
**industrial** 57:5
83:11,24 84:10
94:19,22 99:15
122:13,23 124:18
128:3 150:25
152:18,24 178:22
179:7 188:20
189:21 191:10
192:6 207:25
208:17 209:7,16
210:2,12 211:16
212:3 213:16
215:1,21 220:13
237:18,25 238:4
239:16 241:4
243:21 271:6
**industry** 30:7 31:1
**infinite** 138:4,11,19
**infinitely** 137:7
139:1 140:7
142:18
**inflow** 139:20
**influence** 15:17
67:21 201:7,11
**influencing** 166:18
**informal** 22:24
**information** 82:6
82:12 106:20
109:14 110:5
112:12 115:6
123:10,18 153:1
163:10 183:15
200:20,22 212:17
212:25 216:10,12
216:13 235:10,22
236:16 250:9
258:2 264:4
**informed** 36:21
**inhibit** 30:18
200:16
**inhibits** 77:11
**initially** 38:12

274:10
**initiated** 206:14
**inner** 88:16 101:22
220:12 249:22
**input** 67:7 109:22
149:10 182:20,22
183:15 184:4,12
276:18
**inputs** 109:19
110:1 144:8
149:12 183:13,14
187:23
**inquiries** 181:4
**inquiry** 43:19
180:19
**insensitive** 153:16
154:18 155:15
162:6 165:9
**inside** 200:8 201:5
201:8,19
**insight** 192:3 207:7
**insists** 129:7
**instability** 131:7
**installation** 56:9
**instances** 95:12,13
**institute** 20:23
**institution** 49:14
63:10
**instruction** 18:4
273:14,25
**instructor** 14:3
68:17,19,20
**instructors** 66:4
**instrument** 18:8
**intake** 31:14 34:11
34:12
**intend** 85:12
222:24
**intended** 84:2
92:12 95:7 165:4
207:7 215:8
223:24
**intensification**
141:25 143:20
**intensities** 139:12
141:13
**intent** 273:9

**intentionally** 273:3
274:7
**interaction** 11:2,3
11:3 14:16,20
15:3 66:14 70:6
**interactively** 67:12
**interagency** 86:7
102:17 103:24
**interceded** 32:12
**interchangeably**
91:16
**interested** 12:3
278:15
**interesting** 82:17
**interior** 56:6 193:2
193:3
**internal** 28:21
193:5
**internally** 182:18
**international** 3:1
72:11,19 73:12,17
74:5 83:12 97:18
117:5 212:14
243:17 244:14
252:4
**interrupted** 107:9
**introduce** 8:23
**introduces** 186:8
**introduction** 170:1
**inundated** 192:5
195:6
**invade** 134:21
**invading** 134:18
**investigate** 23:22
23:23
**investigated** 46:11
**investigation** 13:10
65:8 70:9 82:9,14
82:24 110:16
**investigators** 47:3
**invited** 38:2,5
**involve** 14:9 24:5
24:10 27:13 31:20
33:13 42:23 43:3
43:5 46:15 47:23
51:14
**involved** 14:15,23

15:2,9,22 21:18
23:10 24:2,11
28:4 31:9 34:20
44:19 46:6 47:1
75:6 79:18 85:18
86:6 149:3 182:7
183:25 240:24
252:24
**involvements** 47:21
**involving** 8:15
15:23 31:2 44:13
44:13 47:21
**ipet** 87:23 91:19
104:14,23 105:9
114:12 115:3
119:12 151:16
160:13 163:11
195:25
**island** 33:18,19
34:2
**islands** 33:23,25
56:6
**isnt** 60:12 94:22
99:19 108:25
128:4,7 129:3
130:1 131:14,18
133:17,23 134:3
134:14,18,22
137:15,20 140:8
140:14,24 142:21
145:18 146:1,9
147:2 149:13
151:12,21 152:16
152:25 153:10
163:12 172:22
173:1,6 178:22
195:19 200:9
203:7 204:6,23
218:24 222:4
243:1 257:18
264:12 267:9
273:4,15,23
275:22
**isotropic** 194:5
**issues** 66:14 115:2
**italics** 181:6
**items** 51:11,15,16

126:19
**ive** 9:18 41:9 42:11
56:13 85:20 86:25
93:9 132:19 147:8
170:14 195:13
208:6 210:19
219:9 236:23
237:7 249:8,17
**iwall** 120:25 125:3
132:4

---

**J**

**jack** 2:19
**january** 17:13 19:4
23:17 41:10 63:1
72:8 221:14,17
228:10
**jefferson** 2:11
**jim** 86:17
**joanen** 211:23
229:1,7,14,24
230:4
**joaquin** 46:23
47:12,17
**job** 8:9
**joe** 88:2
**john** 11:15 13:20
55:20
**joint** 79:8,14,22
82:24 125:17
**jointly** 106:14,23
**joints** 124:25
**jon** 38:3 73:8
110:19 164:2
**jonathan** 66:4
**jones** 3:3
**joseph** 1:24 2:4
6:22 43:18 278:2
278:24
**journal** 51:1 132:5
143:8 144:24
152:6 157:9,12
**journals** 51:14
52:25 53:3,10,16
**jr** 1:24 2:10 6:22
14:4 278:2,24
**juan** 38:3,4 62:22

73:8 110:18 164:2
**judge** 1:6 236:24
**judgment** 114:16
163:18
**july** 161:19 177:8
233:6,22 275:1
**jumping** 144:16
**june** 220:14 235:21
**justice** 2:16 8:8
95:3,24 96:9
103:2 200:21
**justify** 143:25

---

**K**

**k2** 1:5
**katrina** 1:4 44:13
44:19 46:6,18
48:10,20 50:21
51:15,17 53:8,12
53:13 57:16,20
64:22 65:17 70:10
72:3 114:23 115:1
117:25 118:10,21
119:12 121:16
129:24 131:12
133:22 170:20
191:18 192:7
195:18
**keep** 58:21 91:1
215:14 270:7
**ken** 188:9
**kept** 36:20
**kevin** 80:15 164:19
168:8,15 169:16
174:1 182:6
183:24 184:2,7,12
185:7,13 187:11
187:24 188:2
**key** 80:16 260:22
264:8
**keys** 37:20
**kids** 32:22
**kill** 158:13
**kilopascals** 183:4
**kind** 31:2 72:24
100:17 210:13
223:25 256:16,18

ROBERT BEA

March 27, 2012

Page 296

**kinds** 30:12 56:2
60:3 65:14 210:3
210:4,12
**kink** 120:14,16
121:15
**kinks** 118:20,24
**knew** 33:1 62:25
75:13 238:2 271:4
**know** 7:8,13 9:13
38:15 41:17 44:2
44:2 49:4 51:10
64:16 68:1,3,4,14
69:1,16,18 70:15
70:19 71:1,7,10
71:12,17 72:13
73:1,2,4,5,10,14
73:21,23 74:1,6,7
74:9,15,16,18
75:1,3,9 80:1,2,3
80:10,14,19,23
81:3,10 83:2 84:7
84:12,13,17 88:20
89:16 91:19 95:10
95:11,12 96:12
97:2 100:1,15
105:6 107:4,16,21
107:24,25 112:5,7
112:8,10,20,21,22
113:4 116:16
136:7,10 145:9
148:9,11,12 150:4
153:21 158:11
161:4 170:11
175:13,18,21,23
182:2 183:25
191:8 195:16
201:13 229:5
234:10 235:3,5,7
237:5,6 238:6,16
239:23 242:19
243:10 244:4
246:20 253:11,15
257:11 266:21
**knowing** 183:8
**knowledge** 26:18
27:24 60:5 61:25
62:3 66:12 68:10

69:12,13 71:24
83:20 84:19 88:6
148:22 172:17
182:4 184:2
185:13 186:4
198:21 210:21
236:20 262:9
263:10
**knowledgeable**
184:3
**known** 13:12 105:2
**knows** 150:1
**kpa** 183:3
**kuwait** 34:11
**kwros** 73:24

**L**

**label** 226:23
**labeling** 226:22
**laboratory** 12:20
31:4 80:21
**lack** 185:12 252:10
**lafayette** 2:12
**lambe** 40:14,23
41:7,14,15,17,20
42:2,2,2,3 184:22
**land** 125:14 137:19
138:12 139:19
140:5 143:3
**landside** 135:15
138:22 140:1,8
141:4
**language** 160:1
188:1
**laptop** 147:14
**large** 34:12,13 35:8
35:8 56:9 63:8,9
76:7,8 82:5
107:20 153:10
207:11,12
**larger** 138:23
**late** 110:15 147:24
256:3
**lateral** 56:8 59:23
131:22 257:17
**laterally** 12:22
**law** 6:7

**lawsuits** 44:13
**lawyer** 182:3
190:24
**lawyers** 67:24
**layer** 125:8,9 129:3
129:7,8,14 132:14
132:15 133:10,21
134:14 150:24
152:24 153:8
160:21 163:12
165:10 189:15
194:8,9,20,25
195:5,9
**layers** 155:7 159:3
163:5 167:11
183:17 189:6
190:14 192:4
206:18 259:16
**leak** 202:6
**leakage** 201:11,15
202:1,8
**leaking** 201:14
**leaky** 77:18
**learned** 114:22
**leave** 30:2 32:6
35:1,12 274:7
**leaving** 30:19
**lecture** 47:4
**lecturer** 38:25
**led** 152:5 160:6
**left** 31:17 34:23
89:3 112:2 177:13
214:9,12 217:1
219:14 240:7
**lefthand** 214:5,19
217:10
**legal** 62:3 67:19
**legend** 99:13
**legitimate** 270:15
**length** 17:4 118:20
126:15
**lengthily** 37:12
**lengthy** 154:10
**lessons** 114:23
**letter** 181:3,22
**letters** 96:16
**levee** 32:4 33:20

46:22 47:8 50:20
59:24 65:7 70:8
84:21,24 88:17
110:16 122:14
125:2,4,6,12
128:2 131:25
137:7 139:13,25
140:18 141:5
143:3 154:17
160:22,23 162:5
165:25 197:20
206:19 208:24
215:7 222:17
241:18 242:2,6,8
242:10,13,16,23
243:11,20 254:22
257:2 261:25
262:8,17 263:6,9
**levees** 13:16,21
24:5,8,11 27:14
27:19,22,24 28:5
31:9,21,24 33:13
34:3,14,20 42:23
46:7,16 47:22
50:4 54:11,22
83:23 115:1 123:3
208:12 239:15
**level** 13:20 30:13
33:24 39:11,14,20
39:21 86:16
128:16 129:11
192:24 193:3
194:1,15,16 197:8
198:12 199:3
200:8 201:7,17
205:11,17
**levels** 106:4 128:3,9
128:13,14 129:25
131:13 202:10
**library** 28:25 29:1
29:3,5,8
**license** 18:7 25:9
26:1,9,20,20,24
27:5 72:18,21,24
73:3,11 74:4,8
**licensed** 24:19
70:24 240:16

**licenses** 24:18,22
25:2,8,18 26:11
61:17,22 69:11
**licensing** 26:13,17
**licensure** 26:5
**lies** 106:8
**life** 33:4 42:3
**limited** 137:5 138:2
138:6,12 242:4
**limiting** 123:23
**line** 20:19 51:24
83:9,16,22 84:1,2
84:7,14,16,17
92:8 94:6,8,11,17
114:4 122:2 135:6
137:1 162:18
182:11 209:4
237:21 240:22
241:16,16 242:9
242:11,13,17
243:5 244:12
252:2 255:23
268:8,12,22,22
269:3 271:18
**lineal** 28:25
**linear** 267:16
**lined** 137:11
**lines** 55:11 92:7
136:25 140:3
158:23 182:10
240:14 244:3
**lining** 72:22
**list** 8:24 43:8,10
45:22 50:16 51:20
51:21 52:21 54:18
109:6 124:16
126:7,16
**listed** 26:21,24 27:5
53:1 126:19
**listening** 171:9
**litigation** 1:5 44:15
44:20 45:6,14,22
46:5 47:13,23
48:11 60:3 65:11
110:20 127:18
**little** 7:11 63:23
126:1

ROBERT BEA

March 27, 2012

Page 297

living 253:23
llc 1:21
lng 34:11
load 39:14 41:12
  42:13,18 49:22
  195:10
loaded 12:22
loader 271:20
loading 27:22
  190:22 192:12
  206:2 207:4
  271:20
loadings 14:16,17
  171:5 189:7
loads 126:1,2
local 149:5
locally 119:22
locate 224:24
  252:16
located 15:20 45:7
  62:9 84:12 86:4
  160:21 192:18
  197:19 198:22
  241:19 255:24
locating 132:18
location 28:9 32:20
  84:20 109:16
  119:4,7,21 128:7
  129:18 131:8
  191:21 208:2,25
  214:18 217:11
  218:24 223:23
  226:6,7 241:21
  242:1,2,22 244:12
  245:12 250:10,19
  252:8,20 257:24
  262:22 268:3
  269:2
locations 58:23
  85:6 123:15,20
  193:23 211:15
  213:9
lock 240:24 241:3
locks 237:16,23
log 105:3
logic 84:15
logs 105:1

london 196:3,4
  205:25
long 8:3 51:7 62:14
  137:7 139:1 140:7
  143:16 194:7,8,10
  194:19,21 204:17
longer 25:20 245:7
loo 218:11
look 9:25 10:2
  40:11 43:10 50:16
  54:18 63:24 82:11
  88:13 89:7 90:25
  92:6 94:14,15
  96:15 98:18
  105:13,22 109:2
  111:21 113:5
  132:1,11 137:25
  138:1,9 154:13,24
  158:14,20,21
  166:1 171:17
  174:17 175:5
  180:5,8 181:11
  182:8 198:17
  199:15 219:20
  221:8 223:2,7
  235:19 244:2
  245:16 246:9,19
  252:1 263:24
  264:13 265:5
  266:14,20 267:2
  269:3 275:8
looked 51:10 82:8
  86:22 114:15,23
  118:22 126:14
  153:4 156:6
  187:20 244:4
  248:8,14 258:4
looking 15:17
  18:18 53:17 99:21
  102:13 114:25
  118:20,25 119:11
  124:25 132:24
  138:17 139:20
  150:12 172:2
  218:15 270:7
looks 10:3 221:12
  234:9

loose 45:9
losses 148:8 205:4
lost 144:21 146:15
  147:9,11,20
lot 8:4 75:21 148:1
  216:4 265:24
louisiana 1:2,22 2:6
  2:12 3:7,14 6:24
  24:13,20 25:10
  240:17 278:4
low 124:10 164:22
  224:16
lower 57:5 80:18
  84:5 109:25 111:6
  123:16 124:12
  214:5,7 217:1,5
  217:10 219:14
  241:22
lowermost 121:10
lowest 130:21
lunch 35:21,23
  36:11 51:9 52:5,7
  54:2,4,19 108:3
  111:4,20

## M

macondo 182:1
mag 1:7
magnitude 155:9
  205:3
main 255:6 256:13
maintain 29:16
  252:19
maintained 87:13
major 21:17 46:12
  209:25
majority 42:22
  43:2,5 50:8 54:8
  54:20 57:24 239:8
making 32:10
  80:24 83:6 92:11
  97:23 105:11
  107:12 115:19
  156:9,23 197:6
  223:21 247:18
man 32:7 86:17
management 22:7

23:1 31:8 36:14
manager 28:7
  30:14 241:10,10
manner 93:16
  194:4 195:2 208:7
manual 66:22
manuals 67:1
map 66:23 99:3,10
  99:14 215:12
  223:3 236:9 266:5
  266:5 267:3,10
mapping 32:1
  213:15
maps 236:10,14
march 1:22 87:14
  277:25
margins 39:12
  42:19
marine 211:3 220:7
  220:12 234:2
  235:21 252:9
  262:5 263:13
  264:22 266:25
  275:12
mark 21:22 22:17
  72:8 98:12 99:2,2
  99:10 127:15
  157:17 177:3
  180:6 220:10
  240:3 248:25
  272:10
marked 10:4 51:25
  72:14 78:1 86:23
  98:14 99:4,11
  127:19 132:8
  136:17 154:1
  157:19 170:13,23
  173:17 177:4,12
  180:14 203:14
  219:24 220:17
  238:21 240:10
  244:25 249:1,20
  251:5 263:17
  265:18 272:14
  274:19
marking 86:14
  132:6 136:15

179:24 238:14
  244:22 265:17
  274:14
marsh 125:9 129:3
  129:7,10,12,14
  132:14,15 133:10
  133:21 134:14
  150:24 152:24
  153:8,18 158:15
  159:3 160:15,22
  163:4,12 165:10
  166:11,11 177:17
  177:20 188:21
  194:8 195:5,9
  197:12 206:18
marshswamp
  155:7 167:11
  197:10
masters 11:8 12:10
  12:15,19 13:1,19
  22:11
match 149:13
matches 177:8
material 108:19
  178:24 179:1
  203:11 234:1
  247:2,13 252:17
  254:5,9,17 255:1
  255:3 275:10,18
materials 42:15
  53:9 60:17 77:2
  125:5 166:14
  194:25 204:4
  206:20 208:13
  210:6,15,22
  214:13 222:20
  224:16,17 253:16
  259:14 273:8
math 49:2,2 190:25
matter 145:2
matters 13:4 213:4
  213:8,20
mcdonough 119:7
  119:20 121:12
  252:9 262:5
  263:13 264:21
  266:25 275:12

mean 11:20,24
25:17 26:7 55:9
55:12,19 59:12,13
77:8 86:21 92:13
118:8 150:20
151:3 167:3 171:5
184:18,21,22
188:9,15 196:23
254:7
meaning 91:13
164:22 169:9
188:16 200:15
meanings 171:4
means 64:5 215:9
meant 89:23 90:21
103:9 151:5
269:14
measure 256:15,17
256:21
measured 196:13
measurement
191:23
measurements
114:6
mechanics 10:20
10:25 11:12,15
12:7 13:19 14:1
15:10,13 22:17
23:5,12 37:4
40:14 41:1,7 43:3
43:6 49:9,23
55:21 66:2 166:20
167:25 171:13,15
221:24
mechanism 217:5
222:4,7
media 55:12
member 36:1,7,16
38:15 65:6
members 71:5
74:21
memorandum
266:1
memory 34:17
45:23 56:13 152:9
176:21 200:23
202:22 253:18

274:23
men 36:11
mention 126:18
197:14 270:17
mentioned 109:10
126:9,11 197:14
240:23
mesri 166:17 167:9
167:13 176:10,12
176:13,17,20
177:1,10 178:6,21
179:5
mess 230:9,10
met 7:7 177:23
236:23 237:7
methods 159:18
mexico 45:10,16
middle 40:5 89:4
162:18 173:22
millimeter 76:9,10
76:11
millions 32:11
mine 246:3 267:11
minimum 83:9,21
minor 10:19
minus 151:20
minute 217:17
236:21
minutes 132:19
193:25 197:2
misheard 59:6
misread 221:15
mississippi 46:21
48:2
misspoken 59:7
mistake 93:21
141:15,17,18
158:14 186:19
229:13 232:13,14
mistaken 136:1,5
221:22 260:4
mistakes 232:15
mitsch 2:18
mmg2001 250:13
moan 22:5
mobile 15:24 45:8
model 135:13

137:8 144:5,11
149:11,13 192:18
modeled 189:23
190:1,9,12,19,20
192:13,15
modeling 195:8
models 276:18
modification
131:18
moment 50:18
money 135:19
136:7,13 137:15
138:21 139:6,17
139:23 140:18
141:8 144:14
145:3
moneys 140:25
141:21
monitor 99:23
monitoring 143:17
191:24
month 89:14
months 19:14
36:22 145:4,13
148:4
monument 99:24
100:10
moorings 45:10
moraga 7:2
moranprocter
23:20
morning 19:18
149:21 178:1
195:14
morris 86:2 93:1,6
93:23 95:14,15
106:14,17 107:10
107:16 112:5
113:4,9,11 116:13
123:7 211:22
212:9 218:4 233:5
233:21
mosher 162:25
motions 13:11
mountain 212:25
mounted 15:23
move 34:17 121:5,7

121:13 124:24
125:4,7 193:14
209:6,7,10,13,16
209:19 210:2,11
210:25 211:7
moved 110:16,20
mowed 124:9
mowing 33:2
mrgo 1:7
mukluk 33:18,19
multiple 123:19
152:6 209:22
multitude 212:21
muslerrudledge
23:19
mv 169:10

## N

nails 30:17
name 15:21 29:18
73:19 74:2 86:10
99:16 173:21
237:6 239:23
named 7:3 86:17
names 19:21 42:17
44:23 45:1 81:22
86:3
narrow 131:24
141:3 142:20
143:16 144:2
nasty 87:22
national 12:21 48:3
48:6 63:8
native 253:16
nature 30:22,24
44:24
naval 38:13 39:4
navd 89:9,23 114:7
navd88 85:7,11,20
89:10,25 90:3,9,9
90:16,21,21 91:4
91:11,15,16,21,25
92:8,9,13,20 93:6
94:2,16 95:8,25
96:5,11,19,24
97:1,9 100:13,17
101:16,23 103:7,9

103:10 104:2,4,14
104:17 105:4,6
106:10 107:14
111:22 117:4,8
128:11 196:11
199:18
navd88s 89:20
95:16 96:12
navigation 101:22
navigational 88:17
220:13 249:22
ncs 265:24
near 135:14 140:1
140:8 208:12
212:6 215:20,20
228:19,22 235:6
244:8 250:7
257:15,25
nearby 206:19,25
207:2,16,17 209:2
209:6,14 214:14
219:8
nearly 199:13
necessarily 75:3
77:5,6,8 253:4
271:2
necessary 17:21
nedlands 49:19,19
need 8:16 9:9 40:5
40:6,8,11 50:23
51:25 73:25 127:9
144:14 184:12
231:4 246:5 261:1
needed 93:17
needs 52:8 219:6
negatively 142:8
239:14
neither 89:24
never 96:17 97:4
134:17,21 186:2
236:23 237:7
new 1:21 2:6 3:14
13:12 23:16 27:20
37:25 41:25 65:16
86:4 181:25
212:16 236:22
237:4,16,23

ROBERT BEA

March 27, 2012

Page 299

243:10
newer 115:6
nexttothelast 122:2
nfaatt 220:11
  225:17 228:17
  235:20 263:12,15
  263:23
ngs 99:24 100:10
ngvd 99:17,25
  100:11,16 114:6,7
  117:3,8
ninth 57:6 80:18
  84:5 109:25
  123:16 124:12
  217:6 241:22
noah 73:7
noble 45:19
non 54:5,21 189:4
normal 191:25
normally 15:15
north 33:18 57:14
  109:16 119:10
  120:16 122:8,15
  123:14 124:11
  125:16 128:7,23
  131:7 196:3
  208:15 209:15
  212:6,20 215:7,21
  219:15,17 220:6
  222:1,10,22,25
  224:18 225:21,24
  226:3,10 228:13
  228:20,23 234:1
  268:21
northern 268:23
northernmost
  120:14
northsouth 269:2
northwest 21:16
norway 15:12 16:6
  20:20,21
norwegian 20:23
note 75:19 99:23
  100:9 116:11
  233:20
noted 56:15 108:24
  155:4 277:13,15

notice 6:7
noticeable 133:22
  134:1
notified 25:19
nuclear 14:17,21
number 9:1 13:13
  14:8 23:15 29:4
  52:16,16,17 53:1
  72:9 75:7 86:14
  86:16 91:2 98:13
  99:7 107:20 117:5
  127:16 132:7
  136:15 155:25
  156:4 157:17,24
  167:8 174:9 176:4
  179:25 180:19
  181:16 182:10
  186:22 192:2
  208:16 210:19
  218:1,3 220:15
  223:3 233:23
  234:3,5,7 246:2,5
  251:11 252:5
  264:13,16,17
  265:7,17 267:3
  274:15,16
numbered 265:24
numbers 51:12
  52:1 53:19 96:16
  98:19 133:5 155:1
  220:25 232:21
  234:12 245:20,23
  251:7,10 265:25
numerical 186:8
numerous 145:16
nutshell 79:12

─────────
O
─────────
oakland 148:24
  149:4
oath 6:25 7:5
  147:10 227:8
  230:19
object 37:15
  111:10,12 115:22
  230:10 231:25
  233:17

objection 115:19
objections 6:11
  115:24
obligation 83:3
  227:3
observation 174:23
  204:13
observe 79:20
observed 118:15
  161:18 178:8
  197:7 200:7 202:9
  275:10
observer 79:19
observing 66:7
obstructions 252:6
obtain 25:2,11
  106:20
obtained 18:6
  216:16 271:25
obviously 183:10
  214:21 262:15
occasion 17:20
  41:4,6
occasional 47:4
occupying 65:8
occurred 117:25
  148:16 192:7
occurring 194:24
occurs 139:24
  141:3
ocean 13:1,8,13
  33:9 45:18
october 62:18 72:7
offer 30:7,25
office 95:4
offices 1:20
officiated 6:24
offshore 11:4 13:11
  15:24 18:14 21:16
  28:8 38:13 45:8
  50:9,13 54:9 56:9
oh 35:22 39:22
  45:15 47:2 57:11
  69:18 95:15
  111:18 116:1
  126:13 138:3
  159:8 161:5

185:21 219:11
  220:22 222:23
  258:6 273:6
oil 27:9,21,25 33:25
  49:17 50:9,9,13
  50:14 54:10,10
  55:25
okay 7:12,24 9:21
  10:8 12:9,9 13:3
  16:7,10 20:4,9,12
  24:17 26:7 39:24
  41:14 42:4 43:8
  44:12 45:3,12,21
  47:25 48:17 51:5
  52:4 53:6,15 55:9
  55:18 56:20 58:13
  59:10,14 60:7
  61:8 74:3 76:25
  78:23 79:22 81:10
  81:15 83:8 85:2,5
  86:13 87:3 88:11
  89:2 90:6 91:12
  91:25 93:3 96:2
  96:22 97:6 98:12
  98:17 99:9 100:7
  101:5,18 103:19
  104:16 106:25
  113:1 117:3,14,17
  117:20 118:25
  119:9 120:4 121:4
  128:18,20 130:6
  133:7,15 134:25
  136:7,19,25 138:3
  138:9,15,21
  143:14 146:18,21
  149:7 151:7,15
  153:24 154:11
  156:20 157:16
  159:13,24 160:5
  166:9 172:11,14
  174:17,21 175:9
  177:2,15 178:13
  179:9 181:20,21
  182:2,8 185:2,24
  187:7 188:8
  191:22 195:21
  197:19 199:10

202:13 203:5,18
  205:21 206:9
  207:16 210:15
  211:12 215:11
  217:1 218:8 220:8
  220:10 221:17
  225:7,8 227:11,18
  227:25 230:8
  231:13 232:14
  233:17 234:16,18
  234:25 237:10
  238:2 240:23
  242:12 244:11
  245:5 246:8
  247:21,24 248:5
  248:10 251:4
  253:19 259:3,24
  261:7,14 263:11
  263:22 264:3,18
  265:23 266:17,19
  268:1 269:15,19
  271:11,22 272:9
  273:6,21 275:1
old 114:19 125:5
older 115:5
omission 109:1
  127:1
once 67:10 94:14
  133:15 196:7,10
  218:8 274:10
onedimensional
  203:2
ones 28:15 29:17
  34:17 39:2 57:17
  118:15 120:16
  209:14,24 211:9
  264:8
open 36:5 137:10
  138:7 225:5,6
operations 107:20
  212:3,15,19,22
  246:25
opinion 257:22
  271:7
opinions 152:22
  153:2 163:9 255:4
opportunity 213:13

ROBERT BEA

March 27, 2012

**opposed** 22:24
256:5 261:12
**opposite** 120:12
121:12,19 140:14
140:24
**order** 51:19 137:23
159:2,21 160:24
197:2 237:1
243:18 248:4
**ordered** 79:15
**orders** 155:9
**oregon** 24:21 25:6
**organic** 78:6,11,19
78:24,25 179:18
189:14 194:20
**organization** 32:9
35:8,14
**organizational**
15:25 18:13,16
21:3 39:17 49:24
**organizations**
21:19 22:20
**organized** 221:5
**orientation** 166:21
168:1
**original** 6:9 88:8
91:22 107:25
112:22,23 115:14
216:15 221:9
257:2 261:25
262:8,17 263:5,9
265:3
**originally** 95:9
106:4 129:10
217:13 252:3
**orleans** 1:22 2:6
3:14 27:20 37:25
42:1 65:17 86:4
181:25
**outdated** 114:22
**outlined** 268:7
**outlining** 268:21
**outofalignment**
121:11,15
**output** 67:7
**outside** 19:13 42:10
62:10 135:17

184:16 201:5,20
**outstanding** 46:19
**overall** 34:19
241:10
**overlapping** 269:1
**overlay** 239:1
**overlaying** 250:21
**overlies** 268:23
**overlying** 250:12
**overpass** 122:16
208:24
**oversight** 126:18
**overtopped** 56:6
**overwhelming**
54:14
**owen** 213:2 236:16
**owned** 72:11 74:5

---

**P**

**pacific** 31:13
**package** 74:2 183:5
**packard** 59:8
**page** 4:3,8 9:25
10:8 40:10,10,11
52:13 88:13 90:24
91:3,9,13,23,24
92:1,3,4,15,16
94:3,15 97:15,21
98:18 100:23,25
101:1 102:16,20
103:4,6,12,15,19
105:13,20,22
113:5 114:4
116:17 117:6,15
117:24 119:1
121:21 127:23
132:11,20,24
133:4,7 134:5,5
135:1,3,4 136:14
136:21 138:1,4,6
140:12 141:10,14
141:23 142:4,9
150:13,14 154:10
154:13,25 155:1
156:14 158:2,15
158:21,22 159:8
159:24 160:8

161:5,14 162:1,13
162:17 166:7,8,10
170:17 171:17
172:15 173:22
174:7 176:6
177:10 180:6,11
180:12 181:9,10
181:15 196:5
197:22,24 198:9
198:18 199:15
203:20,21 206:4,9
206:10 214:1,10
214:12 215:13,17
220:14 223:8
224:9 226:8
233:21 237:10,12
238:18 240:6,7,7
240:14,21 241:13
243:5,23 245:3,14
245:20,23 246:1,2
246:3,4,22 248:12
250:1,6,8 251:5,8
251:10,10,12,21
255:6,21,22
256:12 258:2
264:9,13,14,16,18
265:1,5,6 266:4,5
266:6 267:2 275:9
**pages** 98:19 105:23
117:14,23 118:4
133:5 150:7,11
154:14 158:12
161:25 170:14,17
173:13 174:1,3
240:7 245:24
**paid** 30:17 44:1,6
48:10,14,20 67:13
67:18,20 68:1
69:17 71:8
**painting** 33:2
**pan** 32:22
**panels** 119:23
120:24
**paper** 53:11 58:11
58:14,17 59:1,19
132:12 133:8
134:6 136:14,15

137:23 143:15
144:4 157:10,12
157:12 177:6
179:5
**papers** 50:25 51:1
52:16 54:6
**paragraph** 92:1,4,6
92:15 94:3,16,17
100:23 101:1
102:12 103:19
104:17,18 105:13
105:19,19,22
106:1 117:14,23
121:21 122:3
135:2,4 140:13
142:4,6,9,10
150:10,12,15,21
151:15 152:12
154:15 155:3
156:13 159:4,6,15
159:17 160:11,20
161:15 162:17,18
176:9,15 183:20
183:24 185:9,12
196:6 198:9
199:16 206:5,10
213:23 237:11,15
237:20 243:24,25
244:2,5 247:3
250:8 255:7 258:3
258:3 269:19
271:23
**parameter** 167:1
167:16 173:5
184:12 202:18,21
202:23,25 203:22
204:10
**parameters** 172:17
183:15
**parcel** 262:5
**pardon** 16:1 17:11
67:3 69:18 84:4
175:20
**parens** 106:7,8
166:12,13,15,16
**parentheses** 177:19
182:18,20,21

195:1
**parenthesis** 96:20
**part** 6:14 11:8
23:10 27:20 32:1
39:3 55:21,23
64:24 76:21 79:6
79:16 109:1 145:6
177:14 213:18
214:10,12 216:16
228:22,23 236:13
257:23 270:21
**partially** 165:19
169:11 172:25
**participants** 69:8
**participate** 80:20
80:24
**participated** 71:6
**particles** 76:7,12
**particular** 12:14
71:18 128:6
245:10 250:10
**particularly** 87:23
150:12 212:20
**parties** 6:3 230:24
278:14
**parts** 23:3 37:6,9
38:8 70:3 274:21
274:22,24 276:2
**party** 147:2
**passing** 125:4,5
187:3
**pay** 25:22 68:4
80:21 145:4,9
**payment** 67:22
**pc270** 275:10
**peak** 198:1,4 199:8
199:21,25 201:24
**peaks** 205:2
**peat** 166:12 177:19
177:23 178:7,8,10
178:20 179:3,17
**peats** 82:15
**peerreviewed**
54:21
**pencil** 58:11,14,18
59:1
**penetrate** 259:15

ROBERT BEA                                                          March 27, 2012

penetrated 93:9
people 15:16 21:19
  85:17,19,24
  145:12 236:19
percent 34:22
  50:15 131:18
  135:14 137:10,11
  142:13 143:24
  155:12,13
percentage 34:19
  50:12 54:14
perform 27:22 61:5
  64:17 67:2 70:12
  70:24 71:3,20
  75:5 142:17
  149:20
performance 24:3
  27:19 55:3 86:7
  102:17 103:24
  126:23
performed 17:21
  27:12 28:3 31:3
  31:19 33:11 46:5
  55:2,16,19,24
  56:4,7,16,23 57:1
  57:3,9,18,23,25
  58:8,10,23 60:3
  70:4 75:6 80:18
  110:13 142:24
  147:12 160:13
  168:9,23 187:5
  207:6,7 211:18
  244:14 246:13
  247:4
performing 65:13
  66:6 122:4 164:24
perimeter 34:2
period 19:4,14,15
  20:24 24:25 27:13
  29:24,25 33:12
  34:6 36:22 107:11
  116:14 129:11
  181:24 182:4
  201:21
periodic 88:23
permeabilities
  152:9 154:19

permeability 129:1
  129:17,20 132:15
  133:11 134:12
  150:24 151:9,19
  152:16,23 158:15
  159:3,17,22
  160:15,25 161:22
  162:7 163:4,11
  166:11,15 168:18
  169:12 205:9
  206:20 208:13
  214:13 224:16,17
permeable 154:17
  162:5 222:20
permitted 6:5
persist 61:9
person 185:20
  188:1 237:3,9
personal 59:1
  113:21
personally 56:13
  56:22 57:1,2,18
  58:18 64:16 66:16
  67:2 81:4,10
  148:14 150:4
  163:24 170:3
  216:19
pertained 264:5
pertains 1:7
perth 15:20 16:3
pervious 255:1
pestana 38:3,4,5
  62:22 73:8 110:19
  164:2
petroleum 33:17
  35:5
ph 1:19 7:1 17:16
  17:22,23 18:9,11
  19:4 20:10 21:9
  22:10 35:17 63:12
  64:11 277:3,11
phase 65:12 110:17
  110:17,20 123:9
  152:3,5 196:1,1
  211:21,23 212:11
  212:11,12,23
  216:22 218:1,5

236:6
phases 152:2,5
  211:21 216:23
photo 214:9,11
  216:3 228:2,3
  261:23 262:14
  272:11,12,18
  274:4,4 275:4,21
photograph 118:22
  119:4,22 120:1,21
  121:18 126:14
  214:5,6 215:3
  216:14,17 217:13
  218:5 223:5,23
  224:12,13 228:6
  232:20 233:23,24
  234:4,5,6,8,13
photographs
  214:23 216:15
  260:16,22
photography
  112:13,14 118:19
  211:25,25 212:13
  212:13 254:12,13
photos 216:4 221:2
  221:5 274:8
phrase 77:1
phreatic 189:25
  190:16 191:16
  192:11,17,23
  193:1,16 194:11
  194:13,15
physics 66:2
pick 112:2,20
  139:20 140:15
  142:1
picked 16:14 17:7
  229:8,10
picking 118:23
picture 121:1 125:4
  209:22 215:25
  217:1,9,23 218:14
  219:4,6,14,21,23
  223:19 224:19,19
  224:24 225:10,11
  225:15,19,24

226:2,12 256:19
  257:24 259:17
pictures 212:1,13
piezometer 96:10
  159:18 192:1
  196:12,25 197:6,8
  197:19 198:5,13
  198:25 200:8,16
  201:6,8,18 202:4
  205:6,20
piezometers 95:5
  95:22 96:1 200:23
  201:1 205:23
pigman 1:20 3:11
pile 37:23 38:7
piles 106:5 210:20
  271:18
piling 56:9 103:21
  123:4 125:3
pilot 18:7
pinnacle 66:12
pipeline 34:13,15
pipelines 15:24
  45:11
pit 119:7,20 121:12
  244:5 245:12,15
  246:8,18 249:10
  249:16,21 250:10
  250:19 251:23
  252:3,7,20 253:1
  254:5 255:11,12
  255:18,24 256:13
  256:23 257:4,12
  258:12 259:6,17
  259:18,19 260:2
  262:4,7,25 263:8
  264:24 266:2,10
  266:24 268:3,6,7
  268:17,22 269:4
  269:11,16,17,21
  270:5,12,14,18
  271:4,8,14,18,24
  272:1,6,20,24
  273:8 275:11,13
  275:20,25 276:6
place 32:25 60:1
  120:5,8 121:25

135:9 160:10
  256:7,8 258:5
placed 121:17
  224:18 250:10
  256:25 257:8
  258:11 259:5
  260:1 261:23
  269:20 271:13
places 60:6 117:18
placing 220:5
  233:25 270:11
plain 181:6
plaintiffs 2:2 79:6
  79:17 80:11,17,19
  80:25 161:12
plane 32:22,24
planned 9:18
platforms 15:25
  18:14 50:9,13
  54:10
plausible 153:7
  155:15
please 7:19 10:8
  11:20,24 26:22
  27:2 43:10 44:17
  50:18 55:8 81:7
  109:2 127:23
  132:19,23 134:25
  135:3 150:8 156:4
  156:20 180:8
  202:19 206:9
  215:16 223:10
  224:23 233:20
  251:18 256:4
  259:1 260:8,11
  266:11 273:20
pleased 46:1,3
  60:19
pleistocene 125:10
plot 128:1,6
plural 12:6
plus 131:18 198:19
pmb 32:15 33:7,8
  35:3
point 17:18 19:15
  21:11,20 24:16
  35:15 36:19 52:24

ROBERT BEA

March 27, 2012

Page 302

54:25 55:14 67:5
82:17 88:20 113:3
120:5 149:2 164:1
165:22,23 168:16
201:24 224:15
236:8 237:1
**pointed** 120:10
**points** 229:3 230:5
**police** 148:20,23
149:1,1,4,5
**policy** 114:19
**political** 18:16
**polluted** 211:6
**pool** 137:6,18
138:19,23 140:5
**poor** 187:18 190:24
208:5 218:22
**poorly** 208:9 209:9
209:18
**pope** 80:15 164:19
168:9,15 169:16
174:1 182:6
183:24 184:2,7,12
185:7,13 187:11
187:24 188:9
**pore** 129:23 131:9
131:10,11 133:20
134:1 202:18,21
203:1 204:9,10,14
**porosity** 172:21
**porous** 55:12
208:22 210:5,14
**portable** 176:22
**portion** 15:12 27:8
28:9 63:19 64:8
125:3 137:2,4
268:4
**portions** 49:8 50:4
**posed** 180:3
**posing** 123:6
**position** 36:10,13
163:10 241:7
**positions** 36:5,15
**positive** 182:25
**possible** 153:17
158:7 160:3
**postgraduate** 14:7

14:14,22 17:10,14
18:20
**postjanuary** 18:23
**postkatrina** 118:6
119:3
**potential** 23:24
84:3 123:12,20
139:8 201:5,6
**potentially** 74:20
**pound** 165:3
**pounds** 160:24
**practice** 25:20 61:9
**pre** 129:11
**precise** 30:1 62:16
127:12 147:23
185:19
**precisely** 208:11
**precision** 121:19
215:10 218:21
**predoctorate** 14:15
**predominantly**
76:7 244:15
246:15 247:5
252:21
**preexisted** 118:21
121:15
**preexisting** 120:14
**prekatrina** 118:5
118:14
**premise** 169:23,24
**prepared** 9:6
**preparing** 181:25
**present** 3:17
104:24
**presented** 84:15
161:19
**president** 33:10
35:10
**pressure** 124:5
131:9,10,12 155:4
155:5 162:4
165:14,16 171:12
182:25 193:24
194:2,23 196:25
197:1,4,15,17
202:18,21 203:1
204:9,10,15 205:8

207:9 209:23
210:1 218:17,23
254:21
**pressures** 129:23
133:20 134:2
154:16 155:11
163:3 171:11
172:10 205:2
206:15,17 207:22
**presume** 180:23
**pretty** 9:14 138:10
186:12
**prevent** 77:15
270:12
**preventing** 261:11
**previous** 45:4,5
66:9 151:14
268:25
**previously** 56:1
83:10 102:14
107:14 126:14
150:22 214:25
271:17
**primarily** 20:24
24:24 218:1
**primary** 15:3 43:9
43:13 147:17
253:2,4,5,6,10,11
253:11,20
**principal** 47:3
109:12 112:12,16
**principally** 110:7
211:22
**printed** 173:14
**prior** 44:12 45:3
50:21 56:19,21
83:11 86:25 92:8
118:10 126:10
127:3 147:5
150:16 267:24
271:20
**private** 18:6
**probably** 43:23
97:12 112:18
114:1 145:15
160:23
**problem** 67:11

116:10,10 117:19
172:5 179:22
222:13
**problems** 19:17
148:1 186:9
**procedure** 6:6
**proceeding** 122:23
**proceedings** 51:16
51:16 53:20,21
59:21
**process** 93:3,11
189:10 195:18
221:1 260:23
**processing** 31:15
67:7
**produce** 169:25
171:7,10 176:23
**produced** 97:1
102:25 168:13,23
169:1,6,19 264:2
**production** 95:23
200:21
**professional** 26:19
26:23 27:4 30:4
42:22 43:2 54:25
55:15 59:19 61:17
61:22 69:11 81:4
81:11,15 257:22
**professor** 11:15
13:20 14:13,18,19
15:1 20:14 21:7
21:21,22 22:3,5
22:17 37:1 38:2,3
38:3,4 42:2 55:20
55:22 66:3,4
134:25 153:11
164:1
**professors** 74:24
**profiles** 142:21
**program** 11:6
35:17 64:13 79:11
79:15,18,23 80:17
82:25 177:22
182:19 184:10
**programs** 184:7,8
**progress** 19:20
**progressively**

30:18 210:25
**project** 92:23
240:25 241:3,8,9
241:10
**projects** 41:2 74:22
**prominent** 126:9
**prominently** 206:1
**prompted** 20:9
35:1
**proper** 225:13
**properly** 23:24
93:22 99:10 208:7
**proposal** 241:25
**proposed** 237:16
237:23 238:8
239:1 243:19
252:3 270:18
**proposition** 246:12
249:13
**proprietal** 28:20
**protect** 27:25 32:4
34:14
**protected** 27:19
125:15 139:12
140:19 142:1
143:18,21 165:24
193:1 207:22
209:24 254:23
**protection** 47:8
56:1 84:5 132:4
206:16 241:18
242:2
**protocol** 82:23
**prove** 248:18
**proved** 252:11
**provide** 21:14
45:21 49:1 60:19
109:19 183:14
189:17 207:7,14
208:5 213:13,14
216:9 224:23,25
254:20
**provided** 44:25
95:2 96:4,8 103:3
105:1 107:19
112:15 123:10
181:6 182:2

JOHNS, PENDLETON COURT REPORTERS                504 219-1993

200:20 212:1 213:4,7 214:24 276:15
**provides** 86:19 88:14
**providing** 76:23 222:11
**proviso** 21:23
**proximity** 119:19
**psf** 160:25 174:12 186:6
**psfs** 174:13
**publication** 28:19 40:13,18 41:2,7 50:24 51:4 53:12 157:10 176:24 177:16,17
**publications** 28:20 40:19 41:19,22 50:17,19 51:2,13 54:6,9 152:6
**published** 24:14 28:17 49:14,17 50:21 53:13 59:20 60:6 132:2 147:3
**pulled** 123:5
**pump** 99:24 100:11 174:9 184:9
**pumping** 168:9,12 168:22 172:24 173:14 174:21 185:23
**purchased** 59:8
**purely** 131:21
**purportedly** 200:15
**purports** 234:8
**purpose** 28:10 40:17 66:24 82:11
**purposes** 6:5
**pursuant** 6:7
**pursue** 20:9 271:22
**pursued** 14:7 123:11 200:12
**pursuing** 10:23 11:13,18
**push** 20:19

**pushing** 233:24
**put** 8:1 88:7 89:13 98:10 115:3 131:23 144:1 173:10,11 177:18 178:14 179:19 184:16 210:7 231:13 249:17 274:4
**puts** 273:19
**putting** 271:11
**puzzle** 155:19
**pvc** 201:4
**pz3** 95:22 197:8,19 198:19,22 199:7 199:12,21 200:1,4 200:7,14 204:5,21

──────────
**Q**

**qar** 274:15 276:1,4
**qualification** 18:8 81:5
**qualifications** 64:15 65:19 81:12 81:16 82:1
**qualified** 65:24 71:23
**qualifies** 66:15
**quality** 39:12,17 42:19 49:25
**quantity** 76:17,23
**query** 185:19
**question** 6:12 7:14 7:15,19,21 26:22 27:3 29:7 37:16 40:13 44:16 47:10 48:18 51:8,9 52:17 53:2 54:3,4 55:6,14 61:19 63:25 64:1 65:15 65:19 73:6 75:10 75:16 78:15 81:7 81:8 90:7 102:5,5 112:19 114:9 115:15 116:12 118:17 123:5,23 124:21 128:12

130:10 137:23 143:13,15 144:16 145:23 148:14 156:22 158:8 167:14 168:19 169:20 175:21 178:5 183:12 185:3,6 186:14 187:22 188:8 189:12 200:14 201:4 202:19 211:20 217:19,22 221:6 224:21,25 225:6 227:2 230:18 231:14 232:2 234:25 240:16,19,23 241:2,6,17,24 242:12,16,19 243:6 248:4,12 249:4 251:18,20 258:15,22 260:10 266:7 270:22 273:17,21
**questioned** 168:15
**questioning** 200:13
**questions** 9:8 111:24 113:9 115:20 117:19 135:23 180:3 181:7 183:12 185:3 216:24 230:14 231:11,17 231:20 234:20
**quick** 49:2
**quickly** 8:6 50:19 65:4 138:10
**quite** 120:12 126:13 153:10 206:7
**quote** 46:12,13 135:11 142:11 152:22,23 153:16 153:17 166:11 188:2 196:14,15 196:17 198:7,10 198:18 206:14,21

208:11 214:14,14 237:16,18

──────────
**R**

**radar** 13:11 23:15
**raise** 193:4
**randolph** 21:22 22:18
**range** 76:8 107:23 151:9,11 152:1,8 153:5,7,10,17 154:18 155:6,9,15 160:20 162:6 174:10,25
**ranger** 45:16
**ranging** 137:9
**rapid** 166:14 194:2 196:12
**rapidly** 168:5 193:25 201:23 276:2
**rate** 48:15,17 68:4 156:2
**ratio** 165:6 167:8 169:10 171:24 188:17 189:9 190:3
**rationales** 114:17
**ray** 164:2
**raymond** 38:2 66:3
**reach** 121:14 125:1
**reached** 106:8 246:24
**reaching** 125:24 127:10
**read** 82:2,23 87:4,6 92:5 101:9 105:25 112:18 113:11,18 114:1 115:7 135:10 136:4 137:12,22 153:19 154:23 155:24 156:23 157:12 159:6,14,16,23 160:1,1,12 161:17 162:2,11 163:7 166:22 176:9,9

182:14 183:20 185:9 206:22 209:12 220:3 240:14 246:12 248:6,7 258:5 259:24 260:8,16 265:2 276:2
**reader** 119:19
**reading** 6:8 82:22 135:11 159:5 187:25 260:3
**readings** 198:5
**reads** 154:15 155:4 159:17 160:20 162:3
**ready** 171:8
**real** 248:23 263:3
**reality** 149:13 179:4
**realization** 31:16
**realize** 266:8
**really** 12:2 44:10 51:12 63:17 138:15 151:11 156:18 201:13 219:1 248:7 262:11
**reason** 29:13 30:3 30:15 61:2,4 71:18 77:18 97:25 187:14 220:24 247:8,15 248:23 249:10 274:9
**reasonable** 48:25 49:6
**reasonably** 118:9 254:19
**reasons** 30:3,19 62:8 114:17 167:9
**rebuild** 257:1 261:24 262:16 263:5
**rebut** 248:13 249:17
**rebuttal** 213:18 235:13 236:3,13
**recall** 15:21 24:16

ROBERT BEA

March 27, 2012

Page 304

26:6 30:1 41:23
42:15 44:23,24
45:2,13 63:7,11
85:4,9 86:3 98:2,5
104:3 105:8,10
106:15 114:11
117:13 137:24
158:7 175:16
216:20 221:4,7
223:23 226:6
235:9 238:11
250:23 252:15
263:20 266:4,5,6
267:1 274:6,21,24
**recalling** 226:11
**recap** 249:21 251:6
251:11,23
**receipt** 246:23
**receive** 17:21,22
24:22 25:7 26:1
74:11 213:19
**received** 10:16
12:10 17:16 25:9
43:17,19 180:2
**receiving** 74:10
**recess** 69:19
**recessed** 276:23
**reciprocity** 25:8,13
25:16
**recognize** 131:24
136:1,4 142:13
144:1 163:1
186:24 274:18
**recognized** 81:25
172:1
**recollect** 58:20
**recollection** 17:2
52:15 56:12 57:17
75:8 90:23 95:1
98:7 104:13
106:22 203:4
214:23 219:18,18
**recommended**
183:4
**record** 8:2 17:12
40:1 48:1 52:14
52:23 59:14 73:25

75:12 87:5,6
116:11 149:8
156:24 180:11
187:9 210:23
211:4 220:3 224:5
227:19,21,23
229:22 230:1,17
231:2,6,8,18,24
231:25 232:8
233:8,10,12
234:16,21,22,25
235:1 243:14
249:17 276:11,13
**recorded** 198:2,5
198:12,13
**recording** 205:6
**records** 59:4
112:15 117:12
123:11 235:16
252:25 254:10
257:10 260:15
**red** 34:15 119:1
121:10 131:2
173:21 181:10,13
**redo** 144:18,20
**reexposing** 274:12
**refer** 85:21 98:6
113:25 127:23
135:1 136:14
150:7,15 180:4
213:23 220:14
238:16,18 240:5
249:25 258:12
259:6 270:1
**refereed** 51:1,13,15
53:8,16,19 54:5,9
**reference** 40:24
41:2,8 78:24 85:5
85:14 86:9 88:19
88:21 89:8 91:3,8
91:10,20,24,25
92:5,12,16,19,21
92:22 93:2 94:2
94:17 95:7,9,25
97:1 99:18 100:12
101:5,8,18,19,21
102:14,16 104:4,6

104:14 105:3,14
105:19 106:21
107:14 108:1,19
109:6 110:11
112:7,22,23
113:21 145:21,25
170:6 173:25
176:14 177:8
196:20 203:11
248:20 249:9
260:5 262:6 272:1
275:24
**referenced** 88:14
96:12 97:2 98:9
128:10 161:20
165:2 267:23
**references** 25:11
72:6 86:19,21
90:16 91:19 93:12
93:17 94:18,25
96:10 103:7
111:22 123:17
145:16
**referencing** 85:19
97:23 101:23
128:16 132:19
183:9
**referred** 31:25 32:3
123:7 126:25
141:10 152:12
212:2 213:8
214:25 224:12,13
250:16 271:17
**referring** 74:25
120:16 131:6
151:13 156:14
165:14 176:13
177:6 179:17
189:5 209:8,17
223:16 224:1
226:21 229:17,21
241:2 244:24
247:2 250:14
256:5 259:23
264:9 268:20
269:1 270:2
**refers** 128:6 245:15

246:18
**refineries** 27:25
28:13 32:5
**refining** 24:12
**reflect** 75:12
165:21
**reflecting** 167:12
**refresh** 98:7
**refused** 38:21
**refute** 243:1
**regard** 40:22 88:16
249:5
**regarding** 47:7
62:4 152:22
206:13
**regime** 182:25
184:16 186:5
**registered** 26:16
**regrettable** 162:24
**regularly** 39:1
**relate** 61:14 94:18
170:15 221:2
**related** 17:25 23:4
49:16 50:10,14
54:11 173:5
175:18,21,24
180:4 205:8
278:14
**relates** 53:15 170:7
203:1
**relation** 129:25
131:13 264:16
**relationship** 175:22
**relationships** 74:19
169:8
**relative** 63:21 65:2
119:7,23 120:24
121:6 255:18
257:25 269:1
**relatively** 77:3
153:16 154:17,18
155:14 162:5,6
165:9 250:11,20
250:25 252:21
254:16
**relevant** 43:11
75:23 179:6,11

**reliability** 18:13
39:18 49:25
**reliance** 8:24 42:15
60:17
**relied** 95:24 172:25
**relief** 8:17
**rely** 217:24 254:12
**relying** 147:6
**remainder** 155:25
247:3
**remained** 133:21
**remaining** 25:15
58:25
**remediated** 267:7
268:12,16,19
**remediation** 83:13
106:2 257:3
261:25
**remember** 45:5
54:5 86:10 100:21
104:4 250:4
**removal** 106:5
208:21 209:3,4
211:9 212:17,18
**remove** 274:3
**removed** 211:2,5
221:21 239:10
257:2 261:25
275:6
**removing** 212:19
275:17
**rented** 174:22
**repeat** 26:22 27:2
44:16 61:20 81:7
132:23 144:10,12
145:23 149:15,23
175:20 202:19
251:17 273:17,21
**replace** 241:3
**replaced** 34:4
**replacement**
240:24
**report** 8:23 9:24
10:3,9 40:10,18
50:17 60:2 72:6
82:9,14,21 83:6
85:6,7,11 86:16

ROBERT BEA

March 27, 2012

Page 305

86:22 90:13,17,22
90:24 91:1 92:1
93:4,12,20 94:3
97:19 98:9,18,20
99:17 100:24
102:20 103:25
105:14,16 106:13
106:23 107:5,5,7
108:23 110:11
111:21 113:5,9,11
113:15 114:13
115:3 116:18
117:15 121:22
123:17 127:17,24
129:1 131:20
134:12 135:1,9,12
136:4 140:13
141:11,24 142:5,9
144:1 145:17,22
146:1,2,3,6,8,12
146:18,22,24
147:3,5,6 148:20
148:23 149:1
150:8,16 151:8
152:3,11,15 153:3
153:4,15,22
154:11 156:1
157:2,7,8,9,10,23
157:24 158:6,10
159:21 160:14
161:19 162:25
166:3 170:10
176:2,4 177:1,2
177:11 178:2,3,14
180:4 196:5
197:23 202:2,3
206:5,7,22 213:14
213:18,24 215:14
220:12 221:3
228:17 233:6,21
235:13,21 236:4
236:13,25 237:11
238:15 243:24
244:8 245:7,8,11
245:15,19 246:11
247:3,7,10,12
248:1,3 249:21,22

250:1 251:6,11,23
251:24 252:14
255:6,21 256:7
260:3 263:13,23
265:1 269:20
274:5
**reported** 1:23
106:19 164:17
201:1
**reporter** 1:25 6:23
59:10 278:3,25
**reporters** 278:1
**reports** 29:14,17
54:21 106:24
108:18 126:10
127:3 139:23
212:8 263:15
**represent** 188:6
216:7
**representation**
174:4
**representing** 2:2
2:15 3:1 10:1
67:20 80:16 183:4
188:4 216:6
219:13
**represents** 182:23
216:5
**reputation** 81:4,11
**request** 46:2 103:1
273:16
**requested** 80:22
264:4 266:22
**require** 22:15
54:17,18 237:16
237:23
**required** 22:10
79:8,23 104:9
183:16
**requirements**
22:21
**requires** 172:16
**research** 12:20,20
14:15 15:5 17:8
20:17 21:1 23:6,7
23:7,10 24:9 28:6
28:8,9 29:24 48:4

62:17 63:7,11,12
63:20 64:8,11
68:8 70:3,5 74:21
**researcher** 13:10
**reserved** 6:13
**reshaped** 275:19
276:5
**resign** 32:13
**resigned** 36:18,22
**resolution** 118:19
**resolve** 178:4
**resources** 48:8
**respect** 9:17 81:15
81:21
**respond** 248:4
**response** 12:22
14:21 126:22
180:2 184:1
187:20,22 188:9
196:25 204:21
205:7
**responses** 66:7
181:6 182:3
196:12 202:9
**responsibility** 37:7
83:17,18 110:21
243:18
**responsible** 80:11
**responsive** 127:14
225:1
**responsiveness**
6:12
**rest** 25:7 58:20
180:23 181:19
**restriction** 62:6,7
**restrictions** 62:4
**result** 101:12
114:19 140:6
278:16
**resulted** 138:23
**results** 58:22 59:18
59:25 60:6,7 61:6
122:5 131:21,23
135:8,12,17
136:23 137:8
139:4,5 140:16
141:12 142:11

143:24 153:16
155:14 161:20,20
165:8 174:8,24,25
192:1 204:9
212:12 246:23
252:11
**retained** 44:14,20
45:6,7,13 47:13
**retards** 77:14
**retention** 44:7,12
44:18
**retired** 24:19 25:17
25:23 26:7 41:9
61:10 62:25
**retirement** 26:11
**retrace** 225:1
**retrieval** 147:19
**retrieved** 87:12,15
**returned** 21:11
**returning** 249:3
**review** 63:18 70:3
248:3
**reviewed** 221:1
240:1 260:16
**reworked** 272:19
**reworking** 272:25
**rice** 14:24 16:12,24
29:24
**richart** 14:4,4
**right** 10:1 27:10
34:24 37:1 40:15
41:15 49:5 51:2
60:20 90:10,20
91:7,18,21 94:22
99:22,25 100:2,13
102:2 111:10
118:1 119:8 121:2
124:22 127:2
128:4 129:4,21
130:1,7,12,15
131:14,19 133:17
134:3,5,9,14,19
137:13,21 138:4,7
139:4 140:1,8
144:5,8,13 145:19
146:1,9,13,16,25
147:3 148:5

151:12,22 152:13
152:25 153:8
155:3 156:3,16
157:14 159:3
160:8,17 161:2,23
163:6,18 164:19
165:13 170:22
171:20 172:4,12
172:18 173:2,6
174:12,12,13
175:2,11,18,25
177:24 178:14,18
180:23 191:12
194:16 195:5,19
197:10 199:2,5
200:9 201:14
202:6,11 203:22
205:15 213:24
215:3,22 216:5,18
217:2,14,16
219:10,12 225:16
226:9 228:8,13
233:14 235:24
238:4 239:10,20
240:22 241:23
244:20 245:4,24
250:17 255:23
257:4,5,18 258:6
258:19 259:19
263:1 265:3,11
267:23 271:19
272:2,7,13 275:2
275:6,22
**righthand** 61:13
89:5 99:22 214:7
218:19 238:25
267:14
**righty** 132:17
**rigs** 50:9,14 54:10
**rise** 194:1 197:7
201:21
**rises** 201:7
**rising** 129:11,12
202:10
**risk** 22:7 23:1
**river** 46:21,23
47:12 48:2 137:19

ROBERT BEA

March 27, 2012

138:13 210:7
**road** 66:23 84:20
  122:16 125:21
  208:19,23 209:3
  211:9 215:5,6
**roads** 125:5
**robert** 1:19 7:1
  14:19 35:23 277:3
  277:11
**robin** 2:17
**robinson** 44:8
  146:12 157:25
  161:12 166:2
  176:3
**rogers** 47:1,2,11
  80:14 82:3 109:22
  110:8 129:7
  150:16 164:5,7,18
  167:21 168:9,16
  169:17,18 170:9
  172:24 173:14
  174:2,3 182:6
  184:13 212:24
  218:2 237:25
**role** 62:23 63:4,14
  64:1,5,12,14
  69:25 70:3
**ronalds** 16:4 21:21
**rose** 196:10 199:3
**roy** 2:9
**royal** 28:21
**rpr** 1:24 6:22 278:2
  278:24
**rule** 8:24
**rules** 6:6 33:4
**run** 32:9 150:1,5
**rune** 58:6 61:1 65:9
  80:15 108:16
  110:2,7 182:5
  183:23 184:13
  212:24
**running** 110:3
  185:20
**rupert** 2:18
**résumé** 10:10,12
  24:18 26:21,25
  27:6,8 43:9 46:11

## S

**sacramento** 46:23
  47:12,17 137:19
  138:13
**safety** 128:2 129:25
  130:6,19 131:6,14
  134:8,18,21,24
**sample** 246:23
**samples** 178:24
**san** 32:23 46:23
  47:12,17
**sand** 76:12 215:6
  218:15 220:5
  222:14,15,15
  233:25
**sands** 56:10 125:10
  179:20 210:7
  211:4
**sandy** 208:22
**satisfied** 30:20
**satisfy** 30:25
**saturated** 76:22
  165:5 167:7 168:3
  169:10,11 171:19
  172:3,12,16
  190:18 192:4,14
  193:19 203:6,23
**saturating** 194:17
**saturation** 166:21
  167:8 168:2
  171:21,22 188:18
  190:3
**saucer** 211:3
**saudi** 31:14
**save** 6:8,11 9:12
  99:12 274:9
**saving** 274:11
**saw** 274:22
**saying** 33:6 88:5
  93:6 96:23,25,25
  102:22 104:20
  119:16 120:8
  123:25 141:16
  186:11,16 187:4
  189:14 190:9,12
  200:25 215:24

229:10 235:14
  247:12 263:24,25
**says** 103:21 106:1
  106:22 119:9
  152:9 159:11
  160:12 161:17
  176:4 200:23
  202:4 203:23
  228:13 246:22
  248:1 250:18
  252:2 261:23
  262:1,3 272:4,19
  275:10
**scale** 63:9 145:4,9
**scattered** 158:12
**scenario** 130:25
  133:17
**scenarios** 134:17
**schmertman** 11:16
  13:21 55:21 59:20
**science** 12:21 18:15
  18:17 48:3,6 63:8
**scope** 31:1
**scott** 211:23
**scour** 103:22
**scrapbook** 45:24
**screened** 264:6
**screens** 205:6
**sea** 11:3 15:23
  33:24,24 34:5,15
  42:1 129:11
**sealed** 200:19
  202:4
**searched** 177:15
**seawater** 34:12
**second** 30:15 36:13
  38:14 51:20,21
  53:7,22 55:22
  60:1 91:13 112:13
  129:2,19 132:16
  133:12 134:13
  137:2,4 151:1,12
  151:21 152:5,19
  153:5,6 154:21
  155:8 156:3 157:6
  158:4 160:16
  161:1,23 162:9

163:17 165:12,12
  171:16,23 199:16
  250:7 251:21
  253:14 265:6
  275:9
**seconds** 193:25
**section** 10:15 18:19
  24:17 43:9 46:10
  52:25 119:12
  135:16 161:15
  182:9 210:10
  249:16 257:2
  261:24 262:16
  263:5 267:14
  268:11
**sediment** 155:13
**see** 9:25 10:3 16:18
  21:8 89:10 90:8
  92:4 100:9 109:9
  120:4 134:23
  135:9,21 138:2,10
  141:14,17 142:15
  149:13 154:8,9,10
  155:17 158:23
  162:20 173:22
  174:15,18,22
  175:3,5,7 176:8
  176:10 177:16
  181:16 182:12
  185:15 196:18,20
  198:20 226:9
  237:19 238:20
  239:1 240:9
  241:11 243:24
  245:20 255:13
  256:15,17 258:7
  264:19,21 265:8
  266:6 267:6,13,23
  268:1 269:4,7,21
  275:15,24 276:4
**seed** 35:22 38:2
  66:3 110:19 164:2
**seeing** 245:22
  274:21
**seek** 227:3
**seen** 86:25 108:18
  119:21 173:16

181:22 243:16
  250:17 261:14,18
  266:3 267:4
  274:22
**seep** 66:24 72:11
  73:18,18 145:12
  147:13 175:15
  184:5,11 185:19
  187:15,21,23
  188:3
**seep3d** 138:7
**seepage** 108:20
  132:13 133:9
  136:22 139:1
  143:17,17 160:13
  161:20 206:17
  257:16 258:10
  259:4,7,25 261:12
  270:12,14 276:6
**seepagepore** 155:4
**selected** 71:19
  248:2,23 273:3
**selection** 165:1
  237:8
**sell** 32:21 35:6
**send** 46:2 93:12
**senior** 13:9 15:20
  39:8,9 241:9
**sense** 86:9 107:12
  140:10 141:7
  209:13 265:2
**sensed** 35:7
**sensible** 85:13
**sensor** 204:5
**sent** 180:22 181:4
**sentence** 121:25
  122:1,2 135:7
  137:1 154:14
  162:2,22,23 207:1
  209:12 244:11
  258:6 259:25
  260:7,14 271:23
**separate** 67:23
  72:5 148:3 232:21
**september** 127:18
  198:2,11
**sequence** 129:15

**sequential** 112:13
 211:24,25
**series** 195:9
**serve** 63:12,17,18
**served** 14:2 68:20
**service** 31:6
**services** 31:2 33:9
 44:25 45:18
**set** 9:4 15:14 17:24
 25:1 82:25 120:2
 278:7
**severe** 34:5
**severely** 119:11
**sewer** 106:7
**shakes** 142:8
**shallow** 160:21
**shame** 9:9
**shaped** 275:13
**share** 114:2
**sheet** 103:21 125:2
**shelf** 21:16
**shell** 16:19 27:9,13
 27:21 28:4,6,17
 28:21,21 29:12,15
 29:22 30:2,5,11
 30:20 31:17,17
 35:8 38:1 55:25
 56:2 215:6
**shelly** 208:22
**shes** 136:12
**ship** 241:3
**ships** 39:6
**short** 75:20
**shorthand** 278:9
**shouldnt** 230:17
**show** 77:23 119:4,6
 132:12 133:8
 136:13 141:25
 143:22 153:21
 157:16 170:13
 173:8 174:24
 179:24 202:24,25
 203:10 217:16
 218:11,17 219:21
 224:5 225:4
 238:13 244:22
 245:9 247:25

 248:22 251:4
 254:16,25 263:11
 265:16 272:9
 274:14
**showed** 82:14
 127:4 137:9
 143:24 178:25
 196:12 205:20
**showing** 9:23 72:5
 128:1 180:1
 215:25
**shown** 91:9,23
 117:5 119:8
 120:21 130:3
 192:8 197:1 214:5
 214:6,20,22 215:2
 218:19 219:10
 224:1 225:11
 256:11,13
**shows** 99:23 133:19
 138:4,6 215:12
 225:18 233:23
 248:23
**shuey** 7:2
**side** 61:13 99:22
 119:25 121:9
 124:8,10 125:15
 125:23 137:19,20
 138:12,13 139:9
 139:10,11,12,17
 139:19,24 140:5
 140:19,19 141:4
 142:1,3,18,25
 143:1,3,18,21
 165:24 192:2,23
 193:1,9 197:20
 198:23 206:15
 207:22 208:19
 209:24 214:10,12
 215:4 218:19
 220:6 228:13
 234:1 242:7
 243:11 254:23
 255:11 271:6
 272:19 273:4
**sides** 9:15 140:18
**sign** 35:11 254:1

**signed** 277:11,13
 277:15
**significant** 23:11
 28:19 76:17,23
 82:6 118:20 186:2
 200:17 201:16,19
 202:1 252:5
**significantly**
 179:18 201:16
**signing** 6:9
**signs** 119:21
**silts** 56:10 179:20
**silty** 250:11,20
 252:22
**silva** 238:15
**silvatulla** 3:18
 64:23
**similar** 49:16 54:1
 60:3 92:16 139:5
**simple** 130:11
 232:2
**sims** 103:2 183:10
 276:14
**single** 139:5 165:22
 222:13
**sir** 20:1 29:19
 44:17 49:6 58:16
 60:15 85:8 88:22
 89:11,21 92:10,14
 98:21 99:8 101:4
 102:21 103:11
 109:5 111:5
 113:17,19 118:2
 121:23 127:21,25
 128:5 131:15
 135:3,5 136:24
 137:3 138:8
 145:20 146:10,14
 146:20 150:9,19
 152:20 153:12,13
 153:14 154:12
 155:18 156:8
 157:21 158:24
 159:10 162:21
 166:4 168:25
 169:3 174:20
 175:8 176:1,5,7

 176:11 179:9
 188:10 196:9,19
 197:25 206:9
 211:13 213:25
 214:2,16 218:13
 220:1 223:4
 237:14,22 238:23
 239:6 240:12
 244:1 245:25
 246:7 250:5
 251:25 255:9
 260:10 264:11,20
 264:23 265:9,15
 267:25 269:25
 275:16
**sit** 25:25 248:7
**site** 106:2 107:20
 170:10 185:18
 205:5 211:3,6
 212:3,15 225:18
 239:2 244:9
 247:13 248:1
 250:7,15 251:1
 253:17 257:25
 264:22 266:19,25
 275:8
**sites** 169:2,6 251:2
 264:5
**sitespecific** 183:3
**sitting** 60:20 61:13
 81:24 144:22
 175:16
**situ** 161:22 168:13
**situation** 141:10,23
**six** 36:22 175:6
 182:10 199:13,22
 200:5 235:23
 244:3
**size** 76:12 242:4
**sized** 138:7
**sizes** 211:15 213:10
**skeleton** 183:2
**skip** 75:10
**skipped** 154:7
**slide** 88:14
**slides** 42:1
**slightly** 42:18

**slope** 33:18 84:24
 85:4 182:24
 259:14 271:16
 272:19,25 273:9
 273:12,15,23,25
 275:11,13,18,19
**slopes** 268:9
**slug** 159:18 184:9
**small** 131:24
 139:25 186:23
 203:18 257:2
 261:24 262:16
 263:5
**smaller** 29:5 246:1
**smith** 2:17
**socalled** 104:23
 163:12
**software** 72:10,19
 72:22,25 73:3,18
 74:5 149:18 150:1
 150:5 183:5
 185:19 187:15,22
 187:23
**sohio** 33:17
**sohiobp** 35:4
**sohiobritish** 35:5
**soil** 10:20,25 11:12
 11:14 12:7 13:18
 14:15 15:2,13,14
 15:15 23:5,12
 31:3,4 37:4 40:14
 41:1,7 43:3,5 49:9
 49:22 55:21 66:14
 70:7 76:7,15
 80:13 106:3
 109:15,24 124:7
 125:2 142:20
 165:6 179:21
 183:1,17,17
 188:25 192:24
 193:13 194:20
 204:5,19 206:18
 211:2 212:17
 262:3,24,25
 271:19 272:5
**soils** 12:8,22 21:18
 40:22 42:11 56:10

ROBERT BEA

March 27, 2012

Page 308

56:11 64:24 77:19
78:6 79:9,23 80:3
82:8,14,15,20,24
84:25 129:18
154:17 162:5
166:18 167:4,5
168:13 169:2
171:19 177:22
178:11 179:15
188:21 189:2,15
189:21,22 190:18
190:21 191:6,13
192:8,13 193:8,16
193:23 194:3,18
195:3 196:15
197:10,13 203:6
203:23 204:14
208:8,16 211:5
212:18 244:16
245:13 246:15,24
247:17 250:12,13
250:20,21 251:1
252:22 271:19,21
**sold** 32:20 35:6
**sole** 122:7 184:11
**solely** 204:22
**solution** 55:10
172:1,15 186:9
**somebody** 98:4
216:9 217:24
218:9 261:2
**somewhat** 42:5
**soon** 16:13 58:1
193:6 194:14
**sophomore** 39:21
**sorry** 27:2 116:24
121:25 132:21
133:3 138:3
150:10 166:8
168:21 180:19
187:18 189:13
190:8 209:20
221:15 245:20
248:12 258:16,17
267:10
**sort** 9:11 21:14
35:7 234:14

**sought** 6:15 21:12
**sound** 49:5
**sounded** 18:3
**soundly** 81:21
**sounds** 43:21 44:8
49:6
**source** 14:17 91:22
93:5,13 94:24
95:2,6 98:11
101:18,20 102:7
102:10,22 103:8
103:20,23 104:20
105:9,15 106:11
106:13,16 107:4,5
107:6,11,16,21,25
112:5,8,16,21
183:8,10 253:2,6
253:14
**sources** 107:22
112:12 151:24
**south** 57:13 109:16
119:10,11 120:13
121:6,7,9 122:9
124:12 126:4,4,5
134:8 142:12
144:2 146:5 174:8
196:4 209:1,5,15
212:6 219:3
222:21 223:6
224:14,20 225:19
228:20,24 235:7
268:21
**southeast** 272:19
275:11
**southern** 268:23
**space** 229:9,10
268:10 269:9
274:10,11
**spaces** 166:17
**speak** 116:25
**speaking** 115:24
**specialize** 10:19
12:14
**specialized** 12:25
13:3,5
**specialties** 13:7,8
**specific** 24:8 29:14

33:16,19 34:9
37:10,12,12 69:1
93:16 95:19
107:21,24 110:12
112:21 127:9,13
128:17 146:6
182:16 185:18
210:9 221:5 264:5
**specifically** 6:10
13:16 31:23 55:19
70:7 84:8 109:9
254:3
**specifics** 114:12
**specified** 105:4
106:3,5
**speed** 228:5 230:15
**spelled** 49:19
**spend** 82:6
**spending** 75:21
**spent** 21:15 44:3
**spike** 133:22 134:1
**sponsor** 63:19
64:12
**sponsored** 48:3,5
**sponsoring** 64:8
**sponsors** 48:7
**square** 160:24
165:3
**stability** 59:24
131:22 186:8
242:6,9,11,13,17
257:17 270:17,21
271:3,9
**stages** 119:14
**stamp** 100:2
232:21 234:5,7,11
**stand** 135:25 136:5
227:9 233:5
248:17,19
**standard** 77:20
78:7,25 80:5,8,12
178:11
**standpoint** 79:18
**stark** 3:19 167:10
**start** 35:13 38:11
38:17 52:25 85:15
107:12 124:19,21

151:15 210:18
236:1 256:16
**started** 7:8 32:24
32:25 33:3 37:25
62:17 65:12
111:25 181:2
191:18 195:24
236:5,6
**starting** 110:14
122:22
**starts** 189:10
**state** 6:23 10:16
12:9 14:6 24:18
25:10,14,23 46:10
94:13 121:24
142:6,10 155:13
160:9,11 166:5,11
171:7,13 184:19
187:1 195:10,13
196:7,10 198:1,10
198:18 199:16
206:12 237:15
240:17 255:10
258:4 259:3
271:24 278:3
**stated** 96:5 104:1
141:20 158:22,25
165:7 169:18
195:12,15
**statement** 117:18
135:24 136:3,3
155:17,24 156:10
156:23 160:6
183:6 247:23
250:18 252:13
255:16 261:5
272:2
**states** 1:1 2:15 25:4
25:15 31:10 61:17
61:23 62:1,5,10
69:11,14 70:25
83:17,23 86:18
172:14 202:2
244:12 245:11
**statics** 14:1 39:20
**station** 2:22
**status** 24:19 25:17

25:24 26:7 62:12
**steady** 133:21
155:13 164:25
168:7 169:9,24
170:2 171:7,13,24
184:16,18,18,21
184:22 187:1,6
188:12,15,15,16
190:4 194:12
195:1,9 196:1
**stevens** 2:10 9:2,20
37:14 52:6 75:11
75:18 76:1 79:10
87:9 94:5,10
98:23 101:24
111:11,17 113:2
115:12,18,25
116:5,9,23 144:17
156:11,19 161:8
162:10 224:4
226:17 227:1,10
227:15,22 228:4
228:12,18 229:16
230:13,20 231:3,7
231:12 232:1,9,16
232:25 233:4,9,13
233:19 234:17,23
253:25 258:18,23
276:19
**stick** 216:24
**stipulated** 6:2
**stipulation** 7:3
**stolen** 147:17,20
**stone** 1:20 3:11
**stood** 218:9
**stop** 15:6,11,19
124:24 210:15
**storage** 27:25
106:6 173:1,6
174:10,18,23,25
175:4,13,23
182:17 184:15
**storesund** 58:7
61:1 65:9 80:15
108:17 110:2,7
149:23,25 182:6
183:23 184:13

ROBERT BEA

March 27, 2012

Page 309

185:11 212:24 218:2 236:15,17 237:3,8
**storm** 31:5 91:19 128:3,9,10,12,13 128:14,20 129:24 130:7,18 131:12 133:22 170:21 191:19 192:21,22 193:8 195:11 199:8 204:2,21
**storms** 34:6,15 56:7 200:6
**straddles** 105:23
**straight** 118:9 120:6,9
**straighten** 257:1
**street** 1:21 2:5,11 3:13 57:10 59:22 65:1 66:19 164:12 195:24 205:24
**stress** 203:2 204:4 204:9,16,18,23
**stresses** 160:23 166:16,19 188:20
**stretch** 38:23 124:11
**stripes** 38:24
**strong** 49:3
**structural** 23:19
**structure** 11:2 14:16 15:2,9 23:25 57:14,15 66:14 193:13 241:19
**structured** 14:5
**structures** 13:17 14:21 27:15 28:5 28:13 33:14 34:21 39:5 42:24 45:11 46:8,17,20,22 47:9,23 50:5 54:12,23 56:1 70:7 132:4 206:16
**student** 13:23 14:2 23:14 35:17 36:6 68:16,20 136:10

136:12
**students** 35:25 63:12 148:25
**studied** 22:17 151:8 152:8 264:6
**studies** 14:8,9,22 17:5,10,14 24:2 28:16,23 29:8,9 29:10,18 50:1 65:14 86:8 127:4 145:1
**study** 16:10,12,16 23:8 27:18 47:3 66:10 104:5 236:6 266:9,23
**studying** 14:18 195:18
**stuff** 9:10
**subdivided** 29:4
**subject** 26:15 160:23
**subjected** 26:12
**submarine** 31:11
**submerged** 167:6 190:21 199:7,12 199:22 200:1,5 205:11
**submittal** 220:11 235:20 249:21 251:6,11,23 263:12,23
**submitted** 53:11 127:17 158:5 166:3
**subsoil** 204:4
**substantially** 106:8
**subsumed** 220:22
**subsurface** 14:20
**subterranean** 84:25
**success** 32:12 35:4
**successful** 254:10
**suction** 56:4
**sufficiently** 244:4
**suggest** 243:16 248:19
**suggested** 36:5

159:19
**suggesting** 122:5 214:3
**suit** 49:3
**suite** 2:11 64:19 65:21 66:11 73:17 184:8
**summarize** 159:25
**summarized** 97:17 101:10
**summarizing** 122:4
**summary** 251:22
**summer** 34:4,6 80:17 160:7
**summers** 79:11
**superficially** 82:4
**supervise** 108:9 110:9
**supervised** 108:11 110:22
**supervising** 21:7 22:3
**supervision** 14:25 278:10
**supervisor** 16:3
**supplemental** 127:17 129:1
**supplied** 104:14 236:12
**supply** 45:1
**support** 64:10 108:21,22 255:15 257:16 258:13 272:1
**supposed** 114:21
**sure** 7:13 52:24 62:11,24 67:10 92:19 97:7 104:5 114:17 118:22 130:9 135:10 144:9,12 147:25 153:20 154:5 221:4 242:24 243:10 245:21 260:9
**surekote** 84:20 122:16 125:20

208:19,23 215:5,6
**surface** 14:20 125:11 189:25 190:17 191:16 192:12,14,17,23 192:24 193:1,7,17 194:11,13,15 199:17,19,21,25 210:22
**surge** 91:3,14,19 101:5,15 102:11 102:15 105:14 128:3,10,12,14,14 128:20 129:24 130:7,18 131:12 133:23 170:21 191:19 192:21,22 192:25 193:8 195:11 199:11 202:5 204:2,22 206:14
**surprise** 145:11 164:13 256:22
**surprised** 75:25
**survey** 99:14 106:25
**surveyors** 86:3,11
**suspect** 45:25
**swamp** 125:8 129:8 129:13 163:5 166:12 177:19 189:5
**swampmarsh** 94:21 104:24 129:16 163:19 189:6,15 190:14 192:4 194:25 196:15 250:12,21
**swear** 227:11
**swimming** 137:6 137:18 138:19,23 140:5
**swiss** 236:12
**switching** 226:19
**sworn** 7:4 278:6
**symposium** 50:25 51:16 53:20 59:20

59:22
**symptom** 253:23
**system** 29:5 59:24 84:5 89:15 126:23 197:4 208:25 236:16 242:3 254:23
**systems** 14:5 23:2,9 23:9,10 39:8,15 39:18 42:20 50:1 50:2

**T**
**table** 81:24 90:24 91:2,12,13,24 97:15,16,21 99:22 102:24 103:1,3 117:6 162:19 174:18 190:1
**tabulated** 235:9
**tabulating** 236:8
**take** 10:22 11:13,18 13:15 22:10,16 39:24 48:23 50:18 51:7 52:7 68:25 70:11 95:12 127:6 136:9 157:11 187:8 188:14 194:8,19,21 197:23 225:23 233:14 239:25 254:24 260:17,19
**taken** 6:5 7:9 64:19 65:20 87:3 90:15 114:6 147:17 165:23 219:4 221:19 225:15 247:24 261:9 277:25 278:8
**takes** 193:11,21 194:18 273:17
**talk** 216:3 231:18
**talked** 8:2 42:5 48:9 146:19 156:24 211:11 275:5
**talking** 50:23 66:19

ROBERT BEA

March 27, 2012

66:19 85:21 86:1
94:4 105:23 109:3
111:25 118:3
126:16,23 139:18
143:11 151:16
167:23,24 169:13
169:15,16 172:6,8
172:9,11 178:7,7
178:9 184:6 196:6
207:5 210:10
222:25 230:6
250:7 255:10
259:22
**talks** 263:4
**tank** 252:4
**tanks** 106:6
**tape** 39:25 40:3
187:7 231:1
232:10 256:15,17
256:21 276:10
**tapes** 40:3
**task** 86:8 102:18
103:24 243:18
**taught** 11:15 13:20
37:3,6 39:3,9,20
39:22 40:20 41:11
42:6,7,11 61:5
68:19,21 69:2
70:15,19
**teach** 13:22 22:18
38:6,8,16,18 39:2
41:8,9 61:9 68:17
68:18
**teaches** 68:15
**teaching** 22:22,23
22:24 68:12
**team** 65:8 70:9
79:7,16 80:11
110:16 154:8
216:19 236:24
**teams** 67:19,21
**technical** 54:21
157:23 158:6
166:2 176:2,4
177:11 245:6,11
**technology** 28:11
31:2 66:12

**tell** 40:6 43:10
45:25 48:19 64:15
90:20 93:18 95:17
99:12 104:6 109:3
116:16 159:4
176:20 181:2
183:21 185:15
191:17 210:16
220:24 221:10
223:10 239:3
241:13 248:8
**telling** 67:10 164:6
164:9 183:11
216:20 217:25
248:14 263:22
**tells** 205:3
**template** 275:14,20
**ten** 129:19 164:10
200:23
**tend** 180:7
**tendering** 72:9
86:15 98:13
127:16 132:7
136:16 153:25
157:18 170:14
173:15 177:3
179:25 240:5
265:17
**tension** 119:24
121:8 126:11,20
126:22,24 207:11
**tenth** 76:9,11
**tenured** 36:4,7
**term** 55:6 62:12
76:5 171:19
177:20 179:17
188:11,12 206:25
270:21 271:3
273:7
**terminal** 252:4
**terminology** 76:19
185:17 187:4,19
187:21 189:16
**terms** 32:14 194:5
205:3
**test** 159:17 168:9
168:12,22 169:8

169:15 172:24
173:14 174:9,24
184:9 185:23
191:23 246:23
**tested** 80:4 82:16
178:10,14
**testified** 7:5 12:24
47:12 223:19
**testify** 181:25
227:7 278:6,7
**testifying** 226:25
**testimony** 61:11
96:2,6,7 149:25
243:1,4 277:4,6
**testing** 31:4 64:25
79:11,14,22 80:17
82:24
**tests** 80:21 158:17
159:18 164:12
169:5,18 184:9
189:22 192:9
205:25
**texas** 13:12 23:15
24:13,20 25:15
45:8,19
**text** 41:11 167:20
177:17 245:24
**textbook** 184:23
**textbooks** 49:7
50:3
**thank** 46:4 52:12
54:1 58:4 75:19
101:2 103:11
112:3 116:22
117:1,21 128:22
133:6 152:21
159:10 162:15
174:6 181:1,8
202:16 203:5,19
226:16 249:18
273:20 276:22
**thanks** 123:10
**thatch** 3:6
**thats** 11:7,11 12:7
13:2 16:18,18,21
17:7,19 18:23
21:2 22:1,8 24:15

27:11 28:15 29:22
33:19 34:3 37:2
41:16 42:25 43:7
44:11 45:11 47:24
49:4 52:2 53:14
53:15 54:13,16,24
54:24 55:12 56:18
59:13,17 60:5
61:2,15 66:5,9,14
67:8,25 69:3
70:14 72:4 73:15
74:1,25 75:6
77:17 78:9 80:9
82:17 83:20 87:14
90:4,11 91:18,22
93:23,23 96:7
99:18 100:12,14
100:16,22 101:7
102:9,15 104:10
104:19 105:4,17
105:21 107:15
108:2 109:17
110:24 112:19,24
112:25 113:23
115:23 118:24
119:8 120:7,9
121:5 125:25
126:6,6 127:2,8
128:24 129:5,22
130:3,5,24 131:1
131:5 133:14,18
133:24 134:10,15
134:20 138:5,14
140:9 141:6
142:22 144:6,15
144:16,22 146:10
147:4,7 148:6
150:6 151:5
152:12 153:10,22
157:9,9,14 158:1
158:1,17,19
159:11,23 160:4
161:3,9,12,24
163:23 165:19
167:12,19,21
170:9 171:11,19
172:5,13,19 173:3

173:7,21 175:12
175:15 177:14
178:23 179:22
180:22 181:12,15
183:18 185:14,25
186:1 188:3,10
189:9 190:3
193:12 195:4,12
195:13 197:18,21
198:21 200:3
204:12,17 205:19
205:22,24 209:8
209:17 215:24
216:1,4,6 217:7
218:13 219:10,17
219:22 221:15,17
222:17 223:16,21
225:5 226:11
227:18 229:2,5,9
230:9 231:19
232:14 235:15
239:19 240:2
243:9 245:9
246:16 247:11
248:1,9,14,18
249:15 250:16
254:18 256:19
257:6,9,19 258:14
262:1,13 264:6,25
265:4 267:7,22
268:14 269:18
272:16 273:9
274:2
**theft** 148:9
**thereof** 6:14 49:8
50:4
**theres** 49:16 57:22
59:14 89:3 96:9
99:23 114:13
117:19 120:12
121:6 135:7,13
157:10 162:18,22
168:5 178:19
182:11 184:10
193:15,19 197:16
200:15 225:23
241:18 253:20

ROBERT BEA

March 27, 2012

Page 311

254:11 268:10
**thesis** 18:11,12
23:4 24:10 70:5
**theyre** 20:22 69:6,8
71:23 81:25 86:4
91:9 97:11 145:15
146:17 174:12,13
175:18 178:7,9
188:23 189:17
191:3 197:15
208:8 209:25
259:13 261:11
269:13 271:16
272:25 273:7
**thickness** 182:21
**thief** 148:10
**thing** 26:10 32:19
54:1 65:20 101:10
126:25 195:23
231:20 250:2
256:20 266:11
**things** 12:3,4 20:25
21:1,4 30:12 66:1
70:7 89:9 93:16
95:20 114:20
124:1 154:7
188:24 197:15
211:1 213:12
234:14 259:13
260:21
**think** 8:9 9:17
15:15 16:7 20:12
21:13 24:15 28:15
29:13 34:16 40:12
41:10 43:23 45:19
51:6,10,18 54:7
58:19 62:24 64:22
65:12 68:13 69:15
75:9 100:18
108:25 114:22
117:22 123:6,8,20
126:6,11 127:8
136:6 137:12
138:9 141:20
146:14 148:10
153:23 157:15
160:10 161:7

165:1 171:2 173:3
178:6,9,12,17,20
178:23 179:9
184:6,25 185:8,10
185:14 187:3,16
200:3 202:22
203:12,20 204:25
208:1 215:12
216:1 218:7
222:25 224:23
225:23 246:5
248:6 253:9,21
261:13 264:14
276:9
**third** 53:23 58:6
66:8 94:6,11
109:5,7,10 112:14
112:16 122:2
138:1 139:21
142:2 143:19
147:2 222:16
252:2 255:23
**thirdparty** 79:24
**thomas** 103:2
**thoroughly** 274:12
**thought** 56:18
141:24 226:2
253:11
**three** 19:14 36:11
38:24 39:19 80:16
96:12,14,18 97:2
112:11 154:14
158:22 172:17,20
199:8 236:19
264:5
**tied** 105:2
**ties** 215:2 264:25
**tightfitting** 201:4
**till** 7:14,15 62:25
**tilted** 18:12
**tim** 167:9
**time** 6:13 8:13,20
15:22 16:22 19:14
20:24 21:15 27:13
29:1,6,24,25
33:12 35:21 39:24
41:12,24 43:19

45:13 51:7 61:10
65:14 68:6 75:20
75:21 76:2 82:7
87:1 88:3,5,9
95:24 99:13
106:19 107:1,11
111:13 112:10,17
117:16 120:2
144:14,15 145:3,7
147:15 155:11
164:1 168:5 171:9
171:10 178:5
181:24 182:4
188:18 189:6,8,18
191:15,21 192:10
192:20 193:12,16
193:20,21 194:18
195:6 197:23
198:13 201:20
213:13 224:24
273:18
**timedependent**
171:11
**times** 51:10 129:19
133:12 151:20
174:11,11 175:1,1
175:7,10
**timothy** 3:19
**tip** 103:21
**tipoff** 201:22
**title** 41:23 245:7
**titled** 24:18 27:9
39:11,16 41:12
42:13 49:21
**today** 10:13 191:25
**toe** 84:21,24 131:25
135:15 137:7
139:12 140:1,8
141:4 160:21
165:24
**togier** 22:5
**told** 13:4 35:23
62:24 96:3,24
97:4 145:11
148:15 205:23
207:17 216:25
223:22 226:5

262:10 276:14
**tom** 3:20 183:10
276:14
**tonight** 111:6,14
**tony** 24:15 32:3
**tools** 66:12,17,24
**top** 124:21 125:1
129:11 133:5
155:1 166:6,10
174:7,22 175:10
176:3,9 181:15
192:5 194:16
198:17,19,25
199:6,12 200:4,7
200:16 202:8
203:21 205:5
210:22 228:6
234:4 240:7
246:22 250:8
252:1 265:7
**topic** 88:25 213:22
**topics** 50:10,13,14
54:11
**torts** 2:20
**total** 44:5 48:20
203:2 204:4,8,16
204:23
**totally** 30:21
**tower** 13:11,12
23:15,15
**trace** 29:14 201:3
211:4 252:25
254:8
**traced** 215:4
223:25
**track** 98:9
**tracking** 31:12,12
**traditional** 18:15
20:25 21:1
**training** 18:8 71:24
**transcribed** 278:10
**transcript** 6:9 81:8
**transcription** 277:5
278:11
**transcripts** 35:18
**transferred** 16:13
16:23

**transient** 132:13
133:9 155:10
167:1,16 170:21
171:3,5,6,11,15
171:17 172:3,11
172:16 183:19
**transite** 123:13
208:21
**transition** 36:22
**translate** 273:19
**translating** 186:21
**transmission**
194:24
**transmissivity**
182:17
**transport** 77:11
271:21
**transporting** 76:16
**treat** 165:4 194:11
**treated** 171:6 193:9
195:1,4
**treating** 186:25
190:21
**treatment** 193:18
**treeby** 3:12 4:4 7:6
7:25 8:21 9:16,22
10:7 19:23 37:18
37:19 40:2 52:10
52:18 69:20 72:17
75:14,24 76:3
78:4 79:13 87:2
87:11,25 88:10,12
94:7,12 98:16
99:1,6 102:1,3
108:4 111:8,19
113:7,10 115:16
115:21 116:3,7,21
117:2 127:22
132:10 136:20
144:19 149:9
154:3,6 156:17,21
157:22 161:10
162:12,14,16
171:1 173:20
177:9 180:17
187:10 203:17
206:3 220:2,20

JOHNS, PENDLETON COURT REPORTERS

504 219-1993

ROBERT BEA

March 27, 2012

Page 312

| | | | | |
|---|---|---|---|---|
| 224:10 226:24 | 130:10 224:22 | 168:1 179:9 | **underlined** 162:23 | 41:5 49:12,18 |
| 227:5,12,17,24 | 231:22 | 211:17 254:18 | **underlying** 129:14 | 64:20 148:17 |
| 228:9,15,21 229:4 | **trying** 52:2 75:16 | **types** 183:17 | **underneath** 160:22 | **unobliterated** |
| 229:11,20 230:2,7 | 96:22 117:9 | 213:10 | **understand** 7:18 | 121:7 |
| 230:16,25 231:5 | 124:15 128:19 | **typical** 203:6,23 | 27:21 57:12 61:11 | **unprotected** 142:2 |
| 231:10,16 232:5 | 140:23 145:24 | 204:14 | 65:16 66:13 83:21 | **unsaturated** |
| 232:11,23 233:2,7 | 158:13 159:25 | | 84:23 96:22 102:2 | 194:18 |
| 233:11,16 234:15 | 160:10 185:2 | **U** | 102:4 139:8 | **unsuitable** 252:7 |
| 234:19 235:2 | 202:3 229:25 | **uc** 34:24 36:24 37:5 | 140:20,23 141:18 | **unusual** 13:10 |
| 238:24 240:13 | 230:8 231:24 | 62:15,25 63:6 | 152:11 155:23 | 20:18 |
| 243:15 245:2 | 249:24 274:9 | 64:3 68:8,12,15 | 178:15 216:18 | **update** 115:5 |
| 249:6 254:2 | **tube** 201:6,9 | 69:22 70:2,16 | 217:9 223:18 | **uplift** 131:8 134:8 |
| 258:21 259:2 | **tulane** 14:13 16:10 | 72:21,24 73:2,11 | 224:11,21 | 134:24 154:16 |
| 263:21 265:21 | **turn** 10:8,15 | 74:13,17,23 75:2 | **understanding** | 155:5 162:4 163:2 |
| 272:17 274:25 | 136:21 154:25 | **uhhuh** 218:20 | 66:2,21 78:11,18 | 165:14,16,21 |
| 276:8,12,21 | 161:6,14,25 206:4 | **ultimately** 243:6 | 78:23 84:1 113:22 | 206:17 218:23 |
| **trees** 158:13 | 214:1 237:10 | **um** 10:25 17:23 | 113:24 185:16 | **upper** 30:13 46:21 |
| **tremendously** 33:5 | 243:23 248:11 | 24:2 26:5 30:3,24 | 195:17,19,22 | 48:2 121:13 125:8 |
| **trench** 103:22 | 251:21 255:20 | 35:3,22 40:19 | 239:5,7 278:12 | 255:17 |
| 131:24 | **turned** 21:20 | 41:11 44:2 57:11 | **understood** 7:21 | **uppermost** 120:13 |
| **trenching** 123:14 | **turning** 24:17 27:8 | 58:2,11 59:21 | 181:8 194:14 | **upsidedown** 264:10 |
| 208:21 209:3 | 187:2 | 62:11 67:19 73:7 | **unfortunately** | 264:16 |
| 211:9 212:22 | **twall** 125:18 | 76:6,9,18 80:2 | 87:21 | **upstream** 142:19 |
| **trial** 12:24 178:25 | **twice** 147:11,20 | 81:25 82:4 95:1 | **uniform** 194:5 | 142:20,25 143:1 |
| 182:1 | **two** 9:4,7 21:17 | 95:21 120:1 124:7 | **unique** 72:1 | **upswing** 201:23 |
| **tried** 8:6 180:6 | 29:8,9,10,18 30:3 | 126:6 145:4 | **uniquely** 71:23 | **usace** 200:25 |
| 242:9 254:6,8 | 30:19 35:12 38:12 | 147:11,23 164:1 | **unit** 45:16 | **use** 41:7 59:7 72:1 |
| **tries** 224:19 | 38:23 39:22 42:12 | 164:20,23 168:7 | **united** 1:1 2:15 | 72:19,21,25 73:3 |
| **tripped** 154:8 | 42:17 46:19 57:22 | 175:16 183:14 | 31:10 61:17,22,25 | 74:4 88:21 95:6,8 |
| **trondheim** 15:11 | 58:13 60:6 66:9 | 187:6 188:16 | 62:5,10 69:11,14 | 95:8 96:16 104:17 |
| 15:12 16:6,25 | 72:5 89:9,19,23 | 192:23 195:7,23 | 70:25 83:17,22 | 114:18 116:13 |
| 17:1 20:20 22:4 | 89:24 91:23 92:7 | 201:15 202:22 | 86:17 | 158:25 169:21 |
| **truck** 271:21 | 94:14 118:19,23 | 208:18 211:20 | **units** 15:24 45:9 | 173:12 184:8 |
| **trucked** 211:6 | 119:1,16,18 120:4 | 212:2 214:20 | 174:14 | 189:15 199:19 |
| **truckedin** 253:8 | 120:9 123:21 | 216:1 221:4 | **unity** 131:3 203:7 | 218:16 253:9 |
| **true** 54:15 92:17 | 139:6 143:25 | 224:24 236:15,16 | 203:24 | 254:16 275:18 |
| 102:19 103:13,17 | 145:5 147:20 | 247:5 253:15,21 | **universities** 14:9 | **users** 66:22,23 |
| 104:16 105:18 | 148:3,4 152:2,4 | 254:8 255:17 | **university** 10:18 | **usually** 93:15 |
| 108:13 137:15 | 161:25 171:21,22 | 256:24 257:6 | 12:11 14:13,24 | 148:25 |
| 149:14 227:25 | 182:9 200:6 205:2 | 261:13 262:21 | 15:6,9,11,19 16:1 | **utilities** 106:7 |
| 243:2,3 269:9 | 209:1 211:20 | 264:25 266:6 | 16:2,6,16,24 17:5 | **utility** 209:4 |
| 277:7 278:10 | 212:7 216:23 | **unaltered** 141:4 | 17:17 18:1,21,25 | **utilized** 72:10 |
| **truth** 164:6,9 227:3 | 223:13 232:21 | **undergoing** 191:13 | 19:3,13 20:7,10 | 73:11 |
| 227:7 278:6 | 234:11 260:22 | **undergraduate** | 20:13,14,15,20 | |
| **truthfully** 137:24 | **twodimensional** | 22:7 39:13,20 | 21:20 22:1,13 | **V** |
| **try** 40:4,7,8 47:11 | 131:21 | **underground** | 23:14 29:1,3 | **validate** 61:6 |
| 102:5 111:16,18 | **type** 58:15 166:21 | 106:6,6 252:6 | 35:15,19 36:17,23 | **valley** 47:13,17 |

JOHNS, PENDLETON COURT REPORTERS

504 219-1993

ROBERT BEA

March 27, 2012

Page 313

**value** 132:15 158:5
159:1,2,20,22
163:12,14 164:17
168:23 169:1,19
169:22 182:21,22
182:25 183:3
184:3 198:1 203:7
**values** 159:21
163:4 183:13,13
**varied** 155:6
**variety** 19:16 56:10
68:21 86:9 167:10
167:11,24
**various** 86:19
90:16 109:24
111:21 123:15
128:3,12 129:24
131:13
**varying** 195:10
**veletsos** 15:1
**velvet** 30:16
**veragrunauer** 58:3
60:25 69:4,10,14
69:16,22 70:1
74:4,8,11 110:9
**verification** 67:8
**version** 147:10
**versions** 147:8
**vertical** 86:15
101:13 137:16
138:17,24 184:14
203:2 204:4,8,16
204:23
**vice** 33:10 35:10
**victim** 32:11
147:25
**video** 231:4 232:4,7
232:8
**videographer** 3:22
**view** 30:11
**viewer** 219:13
**violate** 242:5
**violated** 243:12
**violates** 169:23
**virtually** 163:3
**visually** 178:8
**void** 165:6 166:16

167:8 169:10
171:23 188:17
189:9 190:2
**volume** 175:14,25
265:13
**volumes** 253:15
**volumetric** 182:24
**volunteered** 111:9
111:13

--- W ---

**wagerzito** 3:5
**wait** 7:13,14 150:10
229:8,8 234:22
**waited** 132:21
**waived** 6:10
**walk** 90:6
**wall** 118:5,21 120:5
120:5,8 126:15
192:2 211:7
218:23 258:12
259:5 260:2
269:21 270:2,11
271:13
**walls** 12:22 33:2
125:20 271:24
272:5 275:25
276:5
**walter** 14:14 55:22
**walther** 1:20 3:11
**want** 9:3 48:17
51:1 55:5 60:16
60:18 88:2,20
96:15 98:24
111:23 113:4
116:1,6,16 122:17
135:23 141:18
154:5 180:4,5,6
181:11 182:14
225:4 227:7,16,19
227:20,23 230:14
231:8,15,17 232:4
232:6,8,19 234:10
245:16 246:9,20
248:6,16,19
249:16 250:3
**wanted** 8:17,22

20:25 21:2 30:7
30:13 33:1 79:7
138:15 213:15
**wanties** 248:7
**wants** 234:24
**ward** 57:6 80:18
84:6 109:25
123:16 124:12
217:6 241:22
**warning** 31:11
**washington** 2:23
3:1,8 24:20 83:12
83:19 97:17 117:4
212:14 243:17
244:14 245:6
246:14 247:16
257:8 274:3
**wasnt** 29:7 32:7
65:15 151:10
183:25
**waste** 88:3
**wasting** 88:5
**water** 12:7 23:17
42:9 48:8 76:16
76:17,23 77:4,11
77:15 86:16 94:19
101:5,16,21
102:11 106:7
119:8 124:5,24
125:25,25 129:12
129:12 137:20
139:10,11,17,24
155:10 182:24
190:1 191:1,7
192:5,24 193:7,15
194:1 196:10,13
196:16,24 197:7
198:12 199:3,8,13
199:22 200:2,6,6
200:8,17 201:5,7
201:16,17,19,21
202:8,10 205:5,10
205:16 206:15,15
208:5 259:15
271:5
**watered** 191:11
**waters** 172:7 202:6

204:3
**watertight** 201:2
202:5
**waves** 126:2
**way** 28:6 117:10
142:23,23 144:16
205:1 221:25
224:14 253:21
278:15
**ways** 147:21 256:16
**website** 87:13,17
87:23,24 88:8,16
**websites** 87:6
**wedge** 256:25
261:23
**week** 145:5,14
**welder** 15:8 16:22
**welding** 15:8 16:21
18:4
**wells** 99:23 117:5
174:23
**went** 16:20 24:9
32:15 35:15,18
55:7 63:24 126:17
205:16 212:15
274:11
**west** 208:19 215:4
219:14,17 255:25
**western** 15:19 16:2
17:5,17 19:5
20:10,14,16 21:20
22:2,14,25 49:13
49:18,19
**westward** 209:10
209:19
**wetland** 166:12
177:19
**weve** 8:2,6 9:14
19:17 56:4 85:16
90:5 146:19 161:7
165:7 170:13
180:6 186:4 197:3
201:18 204:17
212:16 222:14
235:17 236:7
248:8,14 249:19
249:19 251:4

254:6 259:18
271:12 275:5
276:16
**wgi** 98:9 112:15
214:24 216:2,4
217:13 220:15
228:7 232:21
234:6 244:20
247:3 251:7,9
259:10 262:5
264:19 266:12
**whats** 66:22 130:3
136:2 149:2 178:3
185:25 186:1
207:13 232:19
254:20
**whitman** 40:14,23
41:8 184:23
**whoa** 115:17,17,17
**whos** 185:20
236:14
**wide** 19:16 142:18
155:5 167:10,11
167:23
**widely** 40:23
**width** 238:6
**wiegel** 35:23
**wife** 21:12 32:12,25
49:1
**wilkinson** 1:7
**william** 3:12 41:14
**willing** 45:21
**wind** 126:1,2
**wink** 99:13
**wisdom** 254:1
**wise** 36:11
**wish** 86:12 117:1
194:6
**wishes** 258:20
**withdrawn** 210:20
**witness** 6:4,25 7:3
37:17,17 111:15
148:7,11 224:7
227:13 232:12,17
277:1 278:5
**wittmann** 1:21
3:11

ROBERT BEA                                          March 27, 2012

| | | | | |
|---|---|---|---|---|
| **wont** 40:12 54:17 81:20,22 87:4 176:9 | 123:9 144:24 150:16,21 151:14 151:17,19 160:7 | **yall** 230:8 233:14 **yards** 265:14 **yeah** 17:2 113:23 | 246:19 247:18,18 248:5,13 250:6,13 256:5 267:12 | **062152** 1:10 **062278** 1:11 **062287** 1:11 |
| **woodcock** 2:19 **woodwardclyde** 30:20,23 31:20 | 167:9,10,13 195:25 196:1,3 211:14,18,20,21 | 145:24 176:3,25 246:1 251:16,19 **year** 16:19 17:7 | **youve** 16:7 28:17 46:11 48:20 50:8 51:10,25 54:21 | **062824** 1:11 **064024** 1:11 **064065** 1:12 |
| 32:6,13,18 45:18 **word** 60:7 72:1 76:25 135:7,9 | 212:23 213:3,9,17 214:18,20 218:2 235:18 236:1,5 | 26:4 30:1 32:10 38:17 45:17 63:1 69:5 74:12 96:20 | 56:20 57:19 126:10 127:3 129:1 141:15 | **064066** 1:12 **064389** 1:12 **064634** 1:12 |
| 177:16 250:25 253:10 **wording** 153:20 | 237:1 264:8 275:9 **worked** 20:22 21:13 27:9 31:14 | **years** 35:12 38:20 38:24 39:10,19,22 47:6 148:4 205:23 | 144:20 153:4 157:3 158:21,25 163:20 168:19 | **064931** 1:13 **064977a** 234:6 **065032** 1:13 |
| 183:23 **words** 42:5 177:18 245:8 247:17 | 32:10 112:11 187:11 **working** 12:15 | **yellow** 267:7,9,11 **yep** 100:8 **york** 13:12 23:16 | 170:19 171:18 185:8 207:17 209:14 211:11 | **065155** 1:13 **065156** 1:14 **065159** 1:13 |
| 250:3 **work** 9:13 12:23 13:13,15 15:2,7 | 14:25 17:23 18:21 18:24 20:13 21:16 43:15 68:7 98:4 | **youd** 19:21 110:12 158:21 159:4 **youll** 40:12 154:13 | 213:3 215:11 223:18 236:2 239:25 244:4 | **065162** 1:14 **065260** 1:14 **065681** 220:16 |
| 15:12,14,22 16:4 16:21,24 17:9,21 17:24,25 18:18,21 | 177:25 178:3 211:24 241:7 **works** 264:14 | 181:10 245:20 267:23 **young** 38:15 | 261:18 262:10,10 | **065771** 1:14 **065786** 1:15 **065937** 1:15 |
| 18:23 19:13,25 20:3 21:25 22:9 | **workshops** 22:19 22:25 | **yount** 213:1 **youre** 7:8 37:16 | **Z** | **06foot** 199:11 **070206** 1:15 |
| 22:13,21,23,24 23:4,13 24:14 | **world** 19:17 31:3 36:9 | 44:9 75:20 77:24 80:7 88:19 94:4 | **zero** 186:7,8,11,12 186:16 **zimpher** 55:23 | **070621** 1:15 **071073** 1:16 |
| 25:12 27:12,17 28:3,20 30:22,24 | **wouldnt** 74:16 127:5 199:6,10,24 | 97:7 102:22 109:3 115:19 118:15 | | **071271** 1:16 **071285** 1:16 |
| 31:7,10,19,25 32:1,2,2,15,17 | 200:11 243:12 270:15,25 | 119:16 120:11 123:6 127:10 | **0** | |
| 33:1,1,11 34:19 34:23 41:5,20,24 | **wright** 2:9 **written** 59:19 | 128:16 129:20 132:18 134:7 | **0** 73:23 160:24 183:3 **00** 101:14,14 134:2 | **1** |
| 41:25 43:12 44:1 44:4 45:22 46:5 | 123:11 183:22 203:12 252:25 | 140:23 141:15 143:11 156:5 | 198:3,6,11 **000** 44:4 48:23,24 | **1** 4:9 9:1 10:4,8 48:23,24 49:4 |
| 47:4,5,15,16,21 48:1,4,7,20 49:22 | **wrong** 118:11 130:9 133:3 | 157:11 159:5 169:13 178:17 | 49:4 123:4 **00001** 183:3 | 51:12,16 85:2,2 90:24 91:2,2,13 |
| 55:1,18 57:19 59:15 62:5 64:11 | 150:11 226:14,18 226:22 | 180:9 186:25 187:1 190:12 | **01** 221:22 **05** 221:21 | 91:24 97:15,21 109:3 117:6 123:4 |
| 65:11,23 66:1,5,6 66:18 67:14 69:2 | **wrote** 42:15 60:2 90:13 | 193:22 195:8 197:6 202:13 | **054181** 1:8 **054182** 1:5,8 | 130:15,17,17,21 130:22 131:3 |
| 69:7,7,17 70:9,12 70:24 71:2,6,8,20 | **X** | 207:10 210:10 215:24 219:23 | **055237** 1:8 **056073** 1:8 | 134:18 138:2 151:20 174:10,11 |
| 75:5,5 79:9 83:13 84:2 85:15 86:5,6 | **xavier** 58:3 60:25 69:4,6,10,13,16 | 226:19,22 229:22 231:22,24 232:6 | **056314** 1:9 **056324** 1:9 | 174:25 175:1,7,10 180:19 181:16 |
| 93:1,9,11 95:21 106:17 108:11,17 | 69:21 110:9 183:22 | 233:18 235:12,14 238:10 241:2,14 | **056327** 1:9 **056359** 1:9 | 183:3 198:2 206:19 208:16 |
| 109:13 110:18,23 112:11 114:10 | **Y** | 241:17 242:12 244:23 245:16 | **06** 198:3 **060225** 1:10 **060886** 1:10 **061885** 1:10 | 213:23 214:1,3,7 214:19,25 215:11 215:13,15,20 216:21 217:1,20 |

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

217:23 219:23
220:8 223:20,20
224:1,1,12,13
225:10 229:21,23
256:25 257:1
261:24 262:22
263:4 264:21,24
264:25 265:8
267:18,21 268:5
268:19,24 269:10
270:3
**10** 4:9,19 34:22
92:8 101:16 106:9
107:3 129:2,18
131:4 132:15
133:11 134:13
150:25 151:11,20
151:21 152:9,10
152:19 153:5,6
154:20,20 155:7,8
156:2 157:5,17,19
158:3,9 160:15,25
161:1,22 162:7,8
163:15,17,21,21
163:24 165:3,11
165:12 166:1
174:11,11 175:1,1
175:7,10 176:3
177:11 186:5,12
186:23 240:6,7,14
**100** 133:12 135:1,4
140:12 141:10,23
**1000** 160:24
**101** 142:4,9
**1014984** 234:7
**102** 103:12
**103** 103:15
**107** 135:2,4 140:13
**108** 142:4,7,9
**11** 4:20 101:11
117:15,24 118:25
119:9 170:14,23
183:16
**114** 103:19
**12** 4:21 92:9 173:9
173:17 183:17
198:3,3,6,11

199:11
**121** 103:19 154:10
154:13 162:1
**122** 104:18 137:10
**123** 162:13,17
**127** 4:15 105:13
**129130** 105:23
**13** 4:22 177:3,4,12
240:21
**132** 4:16
**135** 40:11 105:13
**136** 4:17 105:19,19
**14** 4:23 44:4 89:12
99:25 100:11
179:25 180:14
187:21 233:21
**140** 105:22
**14th** 23:17 89:17
**15** 4:24 127:23,23
130:4 203:13,14
241:16,16
**150** 137:11
**1500** 210:19
**1518** 220:23
**154** 4:18
**157** 4:19
**16** 4:25 218:12
219:20,24 225:11
228:6 234:3
**167** 154:15
**17** 5:1 160:14
220:11,17 223:3
235:19
**170** 4:20 162:17
**173** 4:21
**177** 4:22
**17th** 57:10 59:22
65:1 66:19 164:12
195:24 205:23
**18** 5:2 206:4,10
233:6 238:14,21
**180** 4:23
**182** 161:15
**18th** 233:22
**19** 5:3 16:18 17:1,2
52:17,19,20,21
53:22 88:14 240:4

240:10,15 245:14
245:18,19 246:1,2
246:3
**1959** 10:18
**1960** 12:12 27:10
**196069** 125:17
**1960s** 125:6
**1961** 14:7 23:17
**1964** 24:25
**1965** 16:11 17:15
24:25 27:18
**1967** 16:11
**1968** 16:14
**1969** 40:13 41:1
**1970** 88:18
**1974** 16:18
**1976** 16:15,24
24:25 27:10 30:2
**1977** 45:17 59:9
**1980s** 125:18
**1981** 32:15
**1988** 114:7
**1989** 18:23 34:23
**1993** 17:2
**1994** 17:3 89:12,17
**1995** 17:8
**1996** 89:19
**1997** 14:7
**1st** 213:15

───────────────
**2**
───────────────
**2** 4:10 72:9,14 75:7
86:17 91:9 102:15
102:23,25 105:16
109:18 110:6
130:17,22 134:22
134:24 136:14,21
144:2 146:5
151:11 152:9,19
153:5 155:7
163:21,24 165:11
174:9,11 175:1,7
182:10 198:7,19
199:1,17 220:6,21
220:22 221:18
223:5,10,11
225:18 228:14,16

228:23 229:18,18
229:19 234:1
235:4,24 238:19
268:25 269:10
275:1
**20** 5:4 154:25
156:14 214:1
244:23,25 249:5
**2000** 17:9 44:5 48:9
48:14
**200012113** 3:8
**2001** 17:13,15,18
221:12
**2002** 275:1
**2004** 89:25 90:3,9
90:21 91:5,7,11
91:16,21 92:13
93:6 95:8 96:5,24
97:9 101:23,25
103:10 104:2
117:4 128:11
263:13
**20044** 2:23
**2005** 44:5 45:4
56:19,21,22 62:18
97:18 101:15
110:15 134:2
220:14 221:14
225:15 228:11
235:21
**20052006** 43:22
**2005a** 244:20
**2006** 43:23,24
135:19 136:14
152:12
**2007** 65:12 102:18
103:25 119:12
166:17 176:13,18
177:8 179:5
**20078** 144:25
**2008** 46:21 47:3
106:15,16 123:8
132:3,12 133:7
134:6 145:18
146:22 147:24
150:17,21 151:14
151:18 153:3

161:19 162:25
198:3
**20089** 157:11
**2009** 41:12 42:19
127:18 146:12,23
147:24 150:17,21
151:18
**200910** 95:21
**2011** 72:7 233:6
**2012** 1:22 72:8
87:14 150:16
237:25 277:25
**2026164289** 2:24
**2028794645** 3:9
**203** 4:24
**207** 265:10
**207foot** 267:13
**21** 5:5 91:10,23
101:11 102:16
114:5 126:19
130:17,22 142:12
248:25 249:1,20
251:5,15
**219** 4:25
**22** 5:6 90:24 91:3
91:13,24 263:12
263:17 265:5
**220** 5:1 23:17
**22901260509** 220:5
**22nd** 87:14
**23** 5:7 39:10 156:12
156:14 240:15
243:5 265:17,18
270:9
**2323** 274:17
**238** 5:2
**23rd** 180:22,24
**24** 5:8 32:10 132:11
132:24 133:1,7
272:10,14
**240** 5:3
**244** 5:4
**2487** 77:21 79:25
83:4
**249** 5:5
**25** 5:9 106:9 107:3
134:5 256:11,17

ROBERT BEA                                                    March 27, 2012

256:19,21,22
258:13 259:6,21
259:22 260:2,18
261:23 262:19
265:1,11 269:24
270:1 271:11
274:15,19
**252** 265:25
**2536** 98:22
**254** 267:3
**257982** 264:19
**25foot** 267:13
**26** 8:25 243:18
256:14 259:23
260:6,18 271:16
272:1,4 275:21
**263** 5:6
**265** 5:7
**26th** 221:14 228:10
**27** 198:12 199:4
**272** 5:8
**274** 5:9
**27th** 1:22 277:25
**28** 72:7 132:12,24
133:1,7 134:11
**29** 101:14 134:6,16
206:5,10 213:23
**29th** 134:2
**2d** 137:7,8 138:25
139:22 140:7,17
140:21 141:9,22
142:17,25 143:16
146:12
**2s** 223:13

---

**3**

**3** 4:11 78:1 79:25
85:2,2 91:9
101:14 130:17,20
130:21 132:16
133:11 134:13
154:20 156:2
157:5 158:3
161:22 162:8
174:11 175:1,11
192:2 196:11,25
199:17,20 266:5

**30** 24:1 131:18
135:14 142:13
143:24 241:13
255:12 256:5,8,12
257:12,23 258:7
**30foot** 257:20,21
**31** 117:14,23 243:5
**314** 233:22
**32** 117:15,24 119:1
250:1,6 255:21,22
258:2
**331697** 251:8
**331704** 251:9
**3372333033** 2:13
**34** 196:20 223:12
**35** 92:1,4 246:4,22
**36** 52:17,20 53:22
92:15
**365** 32:10
**37** 117:14,23
223:11 264:18
**38** 92:1,4,6
**39** 52:16,20 53:4,5
92:15
**395** 203:20
**397** 274:15
**3d** 73:18 131:17
135:12 137:5
138:22 140:4,20
141:9,22 142:13
142:19 143:1
144:5,20 145:12
145:17,25 146:7
146:11,12,22
149:11
**3rd** 213:19 236:13
236:25

---

**4**

**4** 4:12 13:13 23:15
86:14,23 92:7
113:5 116:18
127:18 129:2,19
160:16 265:11
266:6
**40** 237:10,12
**400** 49:4

**41** 223:12
**42** 237:11,20
**44** 137:9
**45** 101:10,11
174:11 175:1,10
243:23 255:6
**46** 101:12 256:12
265:1
**47** 101:9,15 243:24
255:7 258:3
269:19 271:23
**48** 101:10

---

**5**

**5** 4:13 98:13,14
117:7 134:2
150:25 151:21
152:10 154:20
160:25 162:8
163:15,17,21
198:14,14 233:23
265:10
**50** 137:10
**500** 2:11 207:19,20
208:1 222:9
**5045251335** 2:7
**5045813200** 3:15
**51** 3:7 102:20
**53** 114:4
**54** 94:3,3 196:5,6
**546** 1:21 3:13
**55** 94:16,17
**556** 2:11
**5a** 4:14 98:24 99:2
99:3,4 215:17
223:7 224:8 226:8
**5foot** 97:22

---

**6**

**6** 4:15 95:22 101:14
127:16,19 152:10
153:6 155:8
162:19 165:12
198:19 199:1
251:12
**60** 7:2 28:4 97:15
97:21 104:25

117:6
**600** 28:25 48:23
**61** 103:4,5,6 121:21
**62** 121:22
**63** 170:17
**630** 46:11
**64** 101:23 171:18
**65** 29:20 51:20 59:8
89:25 90:3,9,21
91:5,7,11,16,21
92:13 93:6 95:8
96:5,24 97:9
101:25 103:10
104:2,3 117:4
128:11 158:15
166:8,10 172:15
176:6 177:10
**66** 158:21 159:8
170:18
**68** 29:25
**69** 29:25 41:7 160:8
**6a** 212:20

---

**7**

**7** 4:4,16 101:13
117:5 132:7,8
154:24 155:25
156:7,12 161:1
**70** 29:25 150:7
155:12
**70113** 2:6
**70130** 1:22 3:14
**70501** 2:12
**71** 150:7,11,13
**72** 4:10 40:10
103:12 150:11,14
**74** 51:12 103:15
**75** 51:14 255:25
256:6,9,14 257:13
257:14 258:1
262:12
**75005** 1:25 278:25
**75foot** 257:18
**76** 28:4 52:16,20
53:7,8
**77** 53:23 150:10,12
150:21 152:12

**78** 4:11
**79** 40:10

---

**8**

**8** 4:17 16:11 101:13
101:16 117:5,6
131:3 136:16,17
180:11 181:10
197:22,24 198:9
**80** 155:13
**800** 48:15,24
**81** 100:23 101:1
**82** 99:25 100:11
**85** 102:20
**855** 2:5
**86** 4:12
**87** 103:23
**88** 89:23
**888** 2:21
**89** 19:4

---

**9**

**9** 4:18 153:25 154:1
161:5 162:1 165:3
186:5,12,23 198:7
198:11,12,18
199:4,15 200:1
215:13,17 223:8
224:9 226:8
240:22
**90** 50:15 100:23
101:1 102:12
**91** 51:19
**93** 103:4,6
**94556** 7:2
**967** 265:7
**98** 4:13
**99** 4:14 174:10,25
175:7
**9month** 19:12
**9th** 72:8

---

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993