# EXHIBIT 9

**DR. ROBERT BEA**                                  **March 28, 2012**

---

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION        NO. 05-4182 K2
         JUDGE DUVAL
PERTAINS TO MRGO          MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
      05-6314, 05-6324, 05-6327, 05-6359,
      06-0225, 06-0886, 06-1885, 06-2152,
      06-2278, 06-2287, 06-2824, 06-4024,
      06-4065, 06-4066, 06-4389, 06-4634,
      06-4931, 06-5032, 06-5155, 06-5159,
      06-5156, 06-5162, 06-5260, 06-5771,
      06-5786, 06-5937, 07-0206, 07-0621,
      07-1073, 07-1271, 07-1285
             * * *
           (V O L U M E  II)
      Deposition of ROBERT G. BEA, PH.D.,
given at the offices of Stone Pigman Walther
Wittmann, LLC, 546 Carondelet Street, New
Orleans, Louisiana 70130, on March 28th, 2012.
REPORTED BY:
      JOSEPH A. FAIRBANKS, JR., CCR, RPR
      CERTIFIED COURT REPORTER #75005

---

Page 2

1  APPEARANCES:
2  REPRESENTING THE PLAINTIFFS:
3      BRUNO & BRUNO
4      (BY:  JOSEPH M. BRUNO, ESQUIRE)
5      (BY:  SCOTT JOANEN, ESQUIRE)
6      855 Baronne Street
7      New Orleans, Louisiana 70113
8      504-525-1335
9  - AND -
10      DOMENGEAUX, WRIGHT, ROY & EDWARDS
11      (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)
12      556 Jefferson Street, Suite 500
13      Lafayette, Louisiana 70501
14      337-233-3033
15
16  REPRESENTING THE UNITED STATES OF AMERICA
17      U.S. DEPARTMENT OF JUSTICE
18      (BY:  ROBIN DOYLE SMITH, ESQUIRE)
19      (BY:  RUPERT MITSCH, ESQUIRE)
20      (BY:  JACK WOODCOCK, ESQUIRE)
21      Torts Branch, Civil Division
22      P.O. Box 888
23      Benjamin Franklin Station
24      Washington, D.C. 20044
25      202-616-4289

---

Page 3

1   REPRESENTING WASHINGTON GROUP INTERNATIONAL,
2       INC.:
3       JONES DAY
4       (BY:  DEBRA S. CLAYMAN, ESQUIRE)
5       (BY:  ADRIAN WAGER-ZITO, ESQUIRE)
6       (BY:  CHRISTOPHER N. THATCH, ESQUIRE)
7       51 Louisiana Avenue, N.W.
8       Washington, D.C. 20001-2113
9       202-879-4645
10  - and -
11       STONE PIGMAN WALTHER WITTMANN, L.L.C.
12       (BY:  WILLIAM D. TREEBY, ESQUIRE)
13       546 Carondelet Street
14       New Orleans, Louisiana 70130
15       504-581-3200
16
17  ALSO PRESENT:
18       FRANCISCO SILVA-TULLA
19       TIMOTHY STARK
20       TOM BRANDON
21
22  VIDEOGRAPHER:  GILLEY DELORIMIER (DEPO-VUE)
23
24
25

---

Page 4

1          E X A M I N A T I O N   I N D E X
2
3  EXAMINATION BY:                      PAGE
4  MR. TREEBY  ................................8
5  MR. SMITH  .............................171
6
7          E X H I B I T   I N D E X
8  EXHIBIT NO.                       PAGE
9  Bea Exhibit 26 ...............................8
10  Bea Exhibit 27 .............................21
11  Bea Exhibit 28 .............................22
12  Bea Exhibit 29 .............................25
13  Bea Exhibit 30 .............................30
14  Bea Exhibit 31 .............................31
15  Bea Exhibit 32 .............................34
16  Bea Exhibit 33 .............................45
17  Bea Exhibit 34 .............................84
18  Bea Exhibit 35 .............................85
19  Bea Exhibit 36 .............................90
20  Bea Exhibit 37 .............................96
21  Bea Exhibit 38 ...........................126
22  Bea Exhibit 40 ...........................155
23  Bea Exhibit 41 ...........................246
24  Bea Exhibit 42 ...........................267
25  Bea Exhibit 43 ...........................276

---

1 (Pages 1 to 4)

**DR. ROBERT BEA**                                                    **March 28, 2012**

<table>
<tr><td>

Page 5

```
 1   Bea Exhibit 43A ..........................279
 2   Bea Exhibit 44 ...........................304
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
</td><td>

Page 7

```
 1         ROBERT G. BEA, PH.D.
 2   60 Shuey Drive, Moraga, California 94556, a
 3   witness named in the above stipulation, having
 4   been first reminded of his oath, was examined
 5   and continued testifying on his oath as
 6   follows:
 7         MR. STEVENS:
 8            Okay.  Bill, you asked Dr. Bea to
 9   do some homework.  He did the
10   homework.  The dog ate it at the
11   hotel, but he did it again this
12   morning.
13         MR. TREEBY:
14            Hard drive crashed again, huh?
15         MR. STEVENS:
16            No hard drive crashed.
17            In his own handwriting, the list
18   of publications that you requested
19   yesterday. (Tendering.)
20         THE WITNESS:
21            Part 2.
22         MR. TREEBY:
23            These are the non-refereed
24   publications?
25         THE WITNESS:
```
</td></tr>
<tr><td>

Page 6

```
 1         S T I P U L A T I O N
 2         IT IS STIPULATED AND AGREED by and
 3   among counsel for the parties hereto that the
 4   deposition of the aforementioned witness may be
 5   taken for all purposes permitted within the
 6   Federal Rules of Civil Procedure, in accordance
 7   with law, pursuant to notice;
 8         That all formalities, save reading
 9   and signing of the original transcript by the
10   deponent, are hereby specifically waived;
11         That all objections, save those as to
12   the form of the question and the responsiveness
13   of the answer, are reserved until such time as
14   this deposition, or any part thereof, is used
15   or sought to be used in evidence.
16
17
18            *  *  *
19
20
21
22         JOSEPH A. FAIRBANKS, JR., CCR, RPR,
23   Certified Court Reporter in and for the State
24   of Louisiana, officiated in administering the
25   oath to the witness.
```
</td><td>

Page 8

```
 1            Correct.
 2         MR. STEVENS:
 3            What's your next sticker number?
 4   You want to at attach it?
 5         MR. TREEBY:
 6            That's fine.  Let's make it an
 7   exhibit.
 8         MR. STEVENS:
 9            Then there's no dispute over what
10   he said.
11         MR. TREEBY:
12            What number did we mark that?
13   26.  Okay.
14         (Bea Exhibit 26 was marked for
15   identification and is attached hereto.)
16   EXAMINATION BY MR. TREEBY:
17      Q.  Okay.  Good morning.
18      A.  Good morning.
19      Q.  Dr. Bea, if you would turn to Page 16
20   of your report, Paragraph 28 C?  For the
21   record, your report is Exhibit 1.
22      A.  Yes.
23      Q.  28C describes multiple engineering
24   analyses I have performed.  And I want to limit
25   my question to whatever engineering analyses
```
</td></tr>
</table>

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

DR. ROBERT BEA                                    March 28, 2012

Page 9

1   that were done by computer for the North Breach
2   and South Breach at the East Bank Industrial
3   Area.
4        For that computer work, did you
5   provide the input values for those computer
6   analyses?
7        A.  Yes.
8        Q.  Did you select the hydraulic
9   conductivity values?
10       A.  Yes.
11       Q.  Did you select the values of
12  coefficient of volume change.  M sub V?
13       A.  Yes.
14       Q.  Did you select the values of porosity?
15       A.  Yes.  And to clarify the record, I'm
16  referring to analyses done during Phase III of
17  my studies.
18       Q.  Okay.  I didn't limit my question to
19  Phase III.  So you self-limited your answer to
20  Phase III.
21       A.  Yes, sir.
22       Q.  So if I need to I'll ask the same
23  questions again.  I was hoping to get a
24  complete answer.  But I want to know, for the
25  computer analyses done on the north and south

Page 10

1   breaches, in any of your work, because you
2   describe multiple engineering analyses -- I'm
3   limiting it to the East Bank Industrial Area,
4   I'm limiting it to the north and South
5   Breach -- for the computer analyses you did,
6   who selected -- did you provide the input
7   values -- all the input values for all these
8   analyses?
9        A.  In Phase I and Phase II, which is the
10  Independent Levee Investigation Team, um -- for
11  those phases, I did not supply the input values
12  used in the digital computer analyses.  In the
13  subsequent phases, I did, and made use of input
14  from other qualified people to guide me in the
15  definition of those key parameters.  I was
16  responsible.
17       Q.  So the only computer analyses, the
18  digital computer analyses that you did not
19  supply the input values for was the Independent
20  Levee Investigation Team, ILIT.
21       A.  Phases I and II.
22       Q.  Okay.  I thought you just described
23  Phase I and II as being the Independent Levee
24  Investigation Team work.
25       A.  It is.  The Independent Investigation

Page 11

1   Team completed its work here in New Orleans and
2   Baton Rouge on May 14th, 2006.  The work done
3   subsequent to that in Phase II was done with
4   the Independent Levee Investigation Team
5   reporting to the Center for Catastrophic Risk
6   Management at the University of California.
7   The two phases were sponsored by different
8   organizations.
9        Q.  Okay.  I'm not -- I don't need any of
10  that information, except when was the second --
11  what you're calling the second phase, when was
12  that complete?
13       A.  May 2006.
14       Q.  The second phase was completed.
15       A.  That's correct.
16       Q.  So everything after that, you supplied
17  the input values for these key parameters we've
18  talked about for the people doing the digital
19  computer work.  Is that correct?
20       A.  No, it's not correct.  And the reason
21  it's not is I told you incorrectly.  The end of
22  Phase III is the end of the Independent Levee
23  Investigation Team work, and that was
24  March 2007.
25       Phase I, up till that time, I

Page 12

1   mentioned Phase II, additional field
2   investigations and studies, and Phase III,
3   under the Center for Catastrophic Risk
4   Management.  So as we were moving through that
5   time, both the sponsoring organization, the
6   composition of the team and our
7   responsibilities were changing.  That's why I
8   have difficulty in answering your question as
9   yes or no.
10       My work impacted after the completion
11  of Phase III that starts in March 2007.
12       Q.  Would it be correct, then, that any
13  publications or papers that -- or reports that
14  you have -- that have been produced with your
15  name on them, since that date, you are
16  responsible for the input parameter values.
17       A.  Correct.  For the record, the phases
18  and my responsibility are defined in my expert
19  report starting on Page 9.
20       Q.  Okay.  On Page 18 of your report, at
21  the top of the page, in Paragraph -- I don't
22  know what the -- it doesn't matter, but
23  Subparagraph g, right above Roman II, Forensic
24  Engineering Investigations, you see that two
25  lines in g?

3 (Pages 9 to 12)

JOHNS, PENDLETON COURT REPORTERS                  504 219-1993

**DR. ROBERT BEA**                                    **March 28, 2012**

---

Page 13

1      A.  Yes.
2      Q.  You use the word, in that sentence,
3   peer reviewed.
4      A.  Right.
5      Q.  Peer reviewed conference and technical
6   journal papers.  Right?
7      A.  Correct.
8      Q.  What is required, in your estimation,
9   for something to be considered a peer reviewed
10  paper?
11     A.  I have the paper reviewed by
12  appropriately qualified, knowledged and
13  experienced colleagues, such as
14  Dr. Silva-Tulla, such as Dr. Thomas Brandon.
15     Q.  Are the people who peer reviewed the
16  papers you're referring to here, conference and
17  technical journal papers, are the people you
18  say are qualified as Tom Brandon and
19  Dr. Silva-Tulla mentioned anywhere in those
20  conference and technical journal papers?
21     A.  In some cases.
22     Q.  But not in all.
23     A.  Yes.  Not in all.  For example, the
24  Journal of Electronic Geotechnical Engineering
25  does not disclose the names of the peer

---

Page 14

1   reviewers.  In the discussion paper submitted
2   to the American Society of Civil Engineers the
3   peer reviewers are the authors of the reports
4   that we are commenting on, so their names are
5   known.
6      Q.  Does the University of California
7   Berkeley use that term peer reviewed paper in
8   any of its evaluations of professors for
9   tenure?
10     A.  Yes.
11     Q.  Where would one find the University of
12  California Berkeley 's definition of peer
13  reviewed for that purpose?
14     A.  You'd have to go to the Academic
15  Senate of the University of California.  It has
16  the definitions within the academic senate
17  guidelines for.
18     Q.  Is that public information?
19     A.  Yes.  It's a public university.
20     Q.  Is it on their website?
21     A.  I have no idea, but I think it is.
22     Q.  At the end of the day yesterday we
23  were talking about the -- we were talking
24  about, let's turn to it, Figure 26, which is on
25  Page 46 of your report.

---

Page 15

1          I don't want to try to go back through
2   anything we covered yesterday.  But first of
3   all, you know, do you not, that the excavation
4   remediation project at the East Bank Industrial
5   Area continued into 2005?
6      A.  Correct.
7      Q.  Isn't it true that the contractors
8   would have continued to remove soil from the
9   borrow pit to use for fill after the photo was
10  taken on July 2nd, 2002?
11     A.  Yes.
12     Q.  Can you think of any sensible reason
13  why the contractors would have dressed the
14  walls of the borrow pit with clay out of
15  concern for seepage before completing the
16  project?
17     A.  They're doing it as a measure to
18  preserve the slope stability.  As, in fact,
19  shown in 26, they are in the process of -- in
20  the area to the south of the dressed area, they
21  have stockpiled material from the borrow pit
22  close to the road and are loading it into dump
23  trucks.  So it's a good illustration of the
24  process that you're suggesting where material
25  is being continuously exported, as needed,

---

Page 16

1   until they flooded the borrow pit.
2      Q.  Do you have any evidence, other than
3   the mistaken caption on your Figure 26 that was
4   not done contemporaneously, that, quote, the
5   other walls of the borrow pit were dressed with
6   clays obtained from the borrow pit, close
7   quote?
8      A.  There are other photographs in this
9   collection that show the walls of the
10  excavation.  I'm recalling one that captures
11  the south wall of the excavation that has been
12  dressed with clays from the excavation.  The
13  evidence for the clays are the colors that are
14  indicated in the color photographs.
15     Q.  Is that picture in your report that
16  you're talking about?
17     A.  Um -- may I review it?
18     Q.  Well, I don't want to take a lot of
19  time.  Do you remember that that picture is in
20  your report or not?
21     A.  I'm not sure that it's in this report.
22  I'm fairly confident that it's in previous
23  reports that would go back to Robinson and the
24  barge trial.  If I'm mistaken, I'd be glad to
25  supply those photographs.

---

**JOHNS, PENDLETON COURT REPORTERS**                **504 219-1993**

**DR. ROBERT BEA**                                    **March 28, 2012**

1   Q.  If you come across those photographs,
2   supply them.  I don't want to have you paging
3   through your report if you don't remember it
4   from your report.
5   A.  Please, if you would, sir, develop a
6   grocery list of things you would like to have
7   me supply, pass them to my counsel, and they'll
8   make sure I get it done in an appropriate time
9   and way.
10   Q.  On Page 45, Paragraph 47 of your
11   report, you state, quote:  After removal of the
12   borrow materials, the pit was flooded with
13   water from the IHNC bringing the IHNC waters to
14   the toe of the levee.  And you reference Figure
15   27B for support for that statement.  Do you see
16   that?
17   A.  Yes, sir.
18   Q.  How does the photo in Figure 27B
19   support your statement that breaching the
20   borrow pit at McDonough Marine would bring
21   water from the INHC to the toe of the levee?
22   A.  Well, the photograph is one taken
23   looking to the west.  It shows the breach that
24   has been created in that boundary, and the
25   water is intruding to the prescribed boundaries

1   of the borrow pit.  The boundary of the borrow
2   pit on the western side, to the best of my
3   recollection, and we reviewed the drawings
4   yesterday, terminates at the western border of
5   Surekote Road.
6   Q.  I thought we decided it was 75 feet
7   from the east edge of the borrow pit to the
8   floodwall.  That wouldn't bring it right up to
9   Surekote Road, would it?
10   A.  I believe it would.
11   Q.  So you think that Surekote Road -- how
12   wide do you believe Surekote Road was?
13   A.  Ten feet.  Twelve feet.  We could look
14   at the drawings you had me review yesterday,
15   and it will clarify the geometry.
16   Q.  Yeah.  Well, in fact, the slope of the
17   levee, the toe of the levee is 15 feet from the
18   floodwall, is it not?
19   A.  15 to 25 feet on that western side.
20   And we're using the available survey data to
21   identify, quote, the toe.  There's a mark
22   change in the slope coming from the flood
23   protection structure to the East Bank
24   Industrial Area ground surface.
25   Q.  If it's 25 feet and the road is

1   10 feet, that's 35 feet; right?
2   A.  Correct.
3   Q.  And it's your statement now that the
4   east side of the borrow pit comes to 35 feet of
5   the floodwall?
6   A.  No.  I would say that we would need to
7   consult the map that you showed yesterday.
8   Q.  I don't want to replow that ground.
9   It was 75 feet that you agreed to yesterday and
10   now you're saying it's 35.  I'm just trying to
11   get clear.
12   A.  No.  Thank you for wanting to get it
13   clear.  The 75 feet is the correct dimension
14   measured from the floodwall.
15   Q.  Okay.  How does -- again -- well,
16   let's start with this:  What do you mean in
17   that paragraph by toe of the levee?
18   A.  Well, the levee toe is an extension of
19   the slope above ground level.  And I'm
20   referring to that intersection.  That geometry
21   definition comes from the U.S. Army Corps of
22   Engineers guidelines regarding definition of
23   excavations that need to be considered relative
24   to their potential impacts on the flood
25   protection structure.  I can supply that

1   illustration if it will help.
2   Q.  In fact, the borrow pit never came to
3   the toe of the levee; isn't that right?
4   A.  The borrow pit upper intersection with
5   the ground level is located, to the best of our
6   knowledge, 75 feet from the floodwall.
7   Q.  So your statement that the waters came
8   to the toe of the levee would not be correct.
9   Isn't that right?
10   A.  It depends on where you define the toe
11   of the levee.
12   Q.  I define it just as you defined it,
13   where the slope meets the ground surface.
14   A.  No, I defined it in a different way,
15   sir.  It is the slope that goes beyond that
16   slope beyond the ground surface that defines
17   the so-called toe of the levee.  If you refer
18   to the intersection with the ground surface,
19   that's a different reference.
20   Q.  Okay.  But that -- now, how does that
21   photo, in any case, tell you how close the
22   water came to the floodwall?
23   A.  It doesn't.
24   Q.  But you cited it for that purpose.
25   A.  No, I cite it for the purpose that

**JOHNS, PENDLETON COURT REPORTERS**                **504 219-1993**

DR. ROBERT BEA                                                    March 28, 2012

Page 21

1  they're intentionally breaching the borrow pit
2  to allow water to fill the borrow pit.
3      Q.  I show you a document that we'll mark
4  as Bea Exhibit 27, which has Bates number WGI
5  ending in 6570.  (Tendering.)
6          The picture at the top of this exhibit
7  is exactly the same picture that you reference
8  as 27B.  Isn't that right?
9          (Bea Exhibit 27 was marked for
10 identification and is attached hereto.)
11     A.  Correct.
12 EXAMINATION BY MR. TREEBY:
13     Q.  But this one has the contemporaneous
14 caption, which says, Breaching the bank at boat
15 slip/borrow pit.  Is that correct?
16     A.  Correct.
17     Q.  And it was taken contemporaneously
18 with -- the date is on there.  Let's say that.
19 It's February 20th of 2002; right?
20     A.  Correct.
21     Q.  Why didn't you include this caption in
22 Figure 27B?
23     A.  I explained that.
24     Q.  Same explanation you gave yesterday
25 for why you didn't?

Page 22

1      A.  Correct.
2      Q.  Okay.  We don't need to replow that
3  ground.
4          I show you a document that we're
5  marking Bea Exhibit number 28.  (Tendering.)
6  This is a Army Corps QAR for February 20, 2002,
7  the same day the photo in Figure 27B was taken.
8  Is that right?
9          (Bea Exhibit 28 was marked for
10 identification and is attached hereto.)
11     A.  Yes.
12 EXAMINATION BY MR. TREEBY:
13     Q.  Turn to the fourth page.  And they're
14 two-sided here.  It bears the Bates number at
15 the bottom ending in 1007.  Do you see that?
16     A.  Yes, sir.
17     Q.  Okay.  If you would turn -- look down
18 to in the Section 4 of this QAR -- do you see
19 Section 4?
20     A.  Yes, sir.
21     Q.   -- and go down to the bottom of
22 Section 4, just above Section 5, go up four
23 lines, the line begins WGI performed dewatering
24 and drainage activities at Boland cofferdam
25 throughout shift.

Page 23

1      Do you see that?
2      A.  Yes, sir.
3      Q.  And then it says, Installed breach in
4  levee between northeast borrow pit and the boat
5  slip at McDonough Marine.  Started building a
6  berm around the open area to control tidewater
7  from entering.  Is that correct?
8      A.  Correct.
9      Q.  And you agree, do you not, that the --
10 I think you've already agreed this morning that
11 the remediation excavation project had not been
12 completed in February of 2002.  Is that right?
13     A.  I think that's correct.
14     Q.  And the contractors would continue to
15 use the borrow pit for fill material throughout
16 the remainder of the project until 2005.  Is
17 that correct?
18     A.  Correct.
19     Q.  The contractors then would not have
20 intended for the borrow pit to remain filled
21 with watered from 2002 forward, isn't that
22 correct?
23     A.  Well, they were apparently flooding
24 parts of the borrow pit as they proceeded with
25 the activity.

Page 24

1      Q.  It's still your contention that that
2  picture represents flooding of any part of the
3  borrow pit, after reading that note on the QAR.
4      A.  No.  What I am attempting to
5  illustrate with that picture in my report, that
6  the intent of the activity eventually is to
7  flood the borrow pit.  The entire attention on
8  the borrow pit is intended to provide us with a
9  base of reference to validate, verify our
10 analytical modeling of breach occurrence.
11     Q.  Where do you get the factual
12 information in your caption for this Picture
13 27B to say that the soil borrow pit breached
14 bringing INHC waters to within 100 feet of the
15 floodwall?
16     Where do you get your 100 feet?
17     A.  Um -- should have been 75 feet.
18     Q.  Page 48, Paragraph 48.  Are you there?
19     A.  Yes.
20     Q.  You state in that paragraph that it is
21 reported by WGI that in the majority of cases
22 the canal bank was excavated as required to a
23 depth of four feet.  Additional observations of
24 contamination prompted excavations to depths
25 exceeding ten feet, close quote.

JOHNS, PENDLETON COURT REPORTERS                        504 219-1993

DR. ROBERT BEA                                          **March 28, 2012**

---

Page 25

1        You see that?
2    A.  Yes, sir.
3    Q.  And you reference for that statement
4  the Technical Completion Report.  Is that
5  right?
6    A.  I believe that's correct, yes.
7    Q.  And the Technical Completion Report is
8  Exhibit 20.  Would you find Exhibit 20, please,
9  in that stack.  You don't need to refer to it,
10  I just want you to have it in front of you.
11    A.  I have it.
12    Q.  Okay.  I want to show you a document
13  we're going to mark as Bea Exhibit number 29,
14  which is a declaration that you have made in
15  this case March 25, 2008.  (Tendering.)
16        Do you recognize this document?
17        (Bea Exhibit 29 was marked for
18  identification and is attached hereto.)
19    A.  I do.
20  EXAMINATION BY MR. TREEBY:
21    Q.  You submitted this declaration on
22  behalf of the plaintiffs in the Robinson case;
23  correct?
24    A.  I believe that's correct, yes.
25    Q.  And this declaration constitutes your

---

Page 26

1  expert opinions concerning the performance of
2  the levees and floodwalls at the East Bank
3  Industrial Area during Katrina, isn't that
4  right?
5    A.  As of that date, that is correct.
6    Q.  Go to Page 28, Paragraph 37 of your
7  declarations.
8    A.  Yes, sir.
9    Q.  You state there, It is reported by WGI
10  that in the majority of cases the canal bank
11  was excavated as required to a depth of four
12  feet.  Additional observations of contamination
13  prompted excavations to depths exceeding nine
14  feet, close quote.
15        Is that right?
16    A.  Yes.
17    Q.  This sentence is identical to the
18  sentence we just read from your expert report
19  in this case, except your report in this case
20  says it exceeded ten feet.
21    A.  Yes.
22    Q.  And your 2008 declaration says
23  exceeded nine feet.  Right?
24    A.  Yes.
25    Q.  Why did you change the depth from

---

Page 27

1  exceeding 9 feet to exceeding 10 feet in your
2  latest report?
3    A.  I don't recall, but it must be that I
4  learned something new between '08 and '09.  I
5  don't recall the reason for the one-foot
6  change.
7    Q.  In both cases, you cited the WGI
8  Technical Completion Report, isn't that true?
9    A.  That's correct.
10    Q.  But you don't remember what new thing
11  you discovered.
12    A.  No, I don't.
13    Q.  Okay.  Go back to the Technical
14  Completion Report which we've already marked as
15  Exhibit 20.  And look at Page 36 on the big
16  page numbers at the bottom.
17    A.  Yes, sir.
18    Q.  This is the only citation of authority
19  you made in your report, or in your
20  declaration; isn't that right?
21    A.  Yes.
22    Q.  You didn't cite to any new
23  information; right?
24    A.  That's correct.
25    Q.  But you think there must be some new

---

Page 28

1  information, is that right?
2    A.  Yes.
3    Q.  But you don't know what it is.
4    A.  Well, the only thing I could speculate
5  is it could be photographs, additional
6  photographs that I was able to review, or
7  additional documents I don't recall.
8    Q.  Look at the last sentence in the top
9  paragraph on that page.  It reads:  Although in
10  all cases the canal bank was excavated as
11  required to a depth of four feet, additional
12  observations of contamination prompted
13  excavations to as deep as nine feet.  Is that
14  right?
15    A.  Yes.  And your concern is for the
16  difference in one foot?
17    Q.  My concern is your liberality with
18  facts, Dr. Bea.  That's my concern.  You asked
19  the question, I answered you.  It doesn't
20  require further comment.
21        MR. STEVENS:
22            Excuse me, Bill.
23    A.  Well, I'm sorry.  It does.
24  EXAMINATION BY MR. TREEBY:
25    Q.  If you want to make a speech, to

---

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**DR. ROBERT BEA**                                                    **March 28, 2012**

Page 29

1  ahead.
2      A.  No, I don't want to make a speech.
3      Q.  You have the floor, make a speech.
4      A.  I don't want to make a speech, I
5  wanted to comment relative to the one-foot
6  difference.  I don't go willy-nilly through
7  this and just add a foot because it might help
8  something that I'm attempting to achieve.  I do
9  the best I can to make appropriate estimates at
10  the time based on the information I have
11  available.  I'm not trying to cook the books.
12      Q.  If you'd turn to Page 49, Figure 28.
13      A.  Of what document?
14      Q.  Your report.
15      A.  Repeat?
16      Q.  Exhibit 1, Page 49 --
17      A.  Thank you.
18      Q.  -- Figure 28.
19      A.  Yes.
20      Q.  On that page, your photo caption says,
21  cofferdam at Boland Marine site dug to depth
22  exceeding 20 feet, water entry was associated
23  with penetration of organic layers encountered
24  at -16 feet, close quote.  Is that a correct
25  reading of your caption?

Page 30

1      A.  Correct.
2      Q.  This is the wedding cake excavation at
3  the Boland Marine site; is that right?
4      A.  That's correct.
5      Q.  Are you suggesting that water seeped
6  into the excavation when the contractors
7  reached elevation -16 feet?
8      A.  Um -- to the best of my recollection,
9  that's correct.
10      Q.  You don't see any water flowing out of
11  the organic layers in this photograph, do you?
12      A.  The water is still in this photograph.
13      Q.  Right.  And you're certain -- you
14  certainly didn't witness any water flowing from
15  the organic layers when this hole was
16  excavated, did you, personally?
17      A.  No.  I wasn't there.
18      Q.  All right.  Look at -- I'm going to
19  show you a document which will be Bea number
20  30.  (Tendering.)  Do you have that?
21          (Bea Exhibit 30 was marked for
22  identification and is attached hereto.)
23      A.  Yes, sir.
24  EXAMINATION BY MR. TREEBY:
25      Q.  The photo at the top of this document

Page 31

1  is the photo in Figure 28 of your report, is
2  that right?
3      A.  That's right.
4      Q.  The contemporaneous photo caption on
5  that page shows that the photo was taken on
6  February 15, 2002, and the caption says, quote,
7  BOL, standing water inside the cofferdam at
8  number 004, close quote.  Is that right?
9      A.  Correct.
10      Q.  You don't know how long the standing
11  water stood in the excavation, do you?
12      A.  No, I don't.
13      Q.  I show you a document that we're
14  marking as Bea Exhibit 31.  (Tendering.)  And
15  this is a QAR dated February 14, 2002, is that
16  right?
17          (Bea Exhibit 31 was marked for
18  identification and is attached hereto.)
19      A.  Correct.
20  EXAMINATION BY MR. TREEBY:
21      Q.  The day before the photo in Figure 28
22  was taken, is that right?
23      A.  Correct.
24      Q.  Turn to the page that has a Bates
25  number ending in 889 at the bottom right-hand.

Page 32

1      A.  Yes, sir.
2      Q.  You there?
3      A.  Yes.
4      Q.  You see issue 2?
5      A.  Yes.
6      Q.  And this is -- this page is entitled
7  Nonconformance Report Issues, is that right?
8      A.  Correct.
9      Q.  And down in Issue 2, it says, site
10  maintenance and dewatering of the cofferdam
11  work area at Boland Marine Southern Block,
12  Foundation Number 4, is not being effectively
13  maintained or dewatered -- do you see that?
14      A.  Yes.
15      Q.  And it also says that the work plan
16  for removal of the southern block, quote,
17  indicates that it is anticipated to encounter
18  groundwater, close quote.  Is that right?
19      A.  I don't see that.
20      Q.  If you would look in the second
21  paragraph, there's a sentence in the second
22  line beginning The Hamp's Construction work
23  plan for construction foundation removal and
24  cofferdam indicates that it is anticipated to
25  encounter groundwater.  You see that?

**JOHNS, PENDLETON COURT REPORTERS**                        **504 219-1993**

Page 33

A. Yes, sir.
Q. Okay. Isn't it common to find groundwater at the bottom of excavations that are below sea level in areas such at the East Bank Industrial Area?
A. Yes.
Q. And it's also possible, is it not, that the water in the bottom of the excavation was rain familiar runoff, right?
A. I don't know that it was.
Q. Is that possible?
A. Of course.
Q. So the water at the bottom of the excavation, in your Figure 28, might have been a combination of groundwater and rainwater that collected over time due to ineffective dewatering activities. Isn't that true?
A. Sure.
Q. Aside from Figure 28, in your report, can you point to any evidence that water entered that excavation due to penetration of organic layers at minus 16 feet?
A. No.
Q. Let's turn to Page 48, Paragraph 49. Your report.

Page 34

A. Thank you. Are we through with this Exhibit 31?
Q. Probably.
A. Thank you.
Q. But I'm not making promises.
A. You don't have to.
Q. Okay. Paragraph 49.
A. Paragraph 49.
Q. Right. On Page 48 of your report, Paragraph 49, you state that, quote, Excavations to remove contaminated soils were made immediately adjacent to the floodwall at the Boland Marine site, close quote. And you reference Figure 29.
Do you see that? It's the last sentence. Is that correct? Did I read it correctly?
A. Yes, you did.
Q. Okay. I show you a document that we've marked as Bea Exhibit 32. You there? You see it?
(Bea Exhibit 32 was marked for identification and is attached hereto.)
A. Yes, sir.
EXAMINATION BY MR. TREEBY:

Page 35

Q. Okay. This is the photo at the bottom of your document -- I'm sorry. The photo at the bottom of Bea 32 is exactly the same photo that you have as Figure 29; is that right?
A. That's correct.
Q. Only difference is it has the contemporaneous caption; is that right?
A. That's correct.
Q. The photo -- the contemporaneous photo caption says, quote, continuing excavation of ACM at northeast corner of Area 8 at Boland Marine. Is that correct?
A. Right.
Q. Why didn't you include that contemporaneous -- it is the same as you gave me yesterday as to why you didn't include the contemporaneous caption?
A. Yes, sir.
Q. You had it, right? You had the photo with the contemporaneous caption.
A. I don't recall because those photographs came in different groups. I could determine if I had the photographs with the captions. I don't recall clearly. But if they're there, they're there.

Page 36

Q. Right. This was a Washington Group International production, and I will tell you it was produced in this manner.
A. Then those captions are there.
Q. Are you familiar with the location of Area 8 as referred to in the correct photo caption?
A. We would have to identify, as we did yesterday, which Area 8.
Q. Okay. Sitting here, are you familiar with the location of Area 8 as referred to in the correct photo caption? Right now.
A. I'm using as a reference the floodwall in the upper right-hand corner of the figure we're discussing, Bea Exhibit 32.
Q. Okay. I'm going to show you -- well, in fact, look back at Bea Exhibit number 17, which we identified yesterday.
A. Yes, sir.
Q. If you look at the last page, this gives us Area 8, does it not?
A. Correct.
Q. And Area 8 is at -- begins the northeast corner of Area 8, which is what the photo caption says is depicted --

A. Right.
Q. -- is near the canal bank, is it not?
A. Correct.
Q. Not near the floodwall. Is that correct?
A. Well, the levee wall shown in the background is what I'm referring to.
Q. That levee wall is, in fact, the east-west levee wall that did not fail. Isn't that correct?
A. That's correct.
Q. So area 8 was not immediately adjacent to the floodwall that breached during Katrina, was it?
A. That's correct.
Q. And that same Exhibit 17, look at the prior page, which is -- look at Table 2 on the prior page, and look down, if you will, at Area 8. Do you see that?
A. Yes, sir.
Q. And the excavations there, the horizontal extent were 150 x 100 feet and 50 x 15 feet, right?
A. Correct.
Q. One of them being a 7-foot depth and

the other a 4-foot depth, is that right?
A. Correct.
Q. What evidence do you have that excavations to remove contaminated soils were made immediately adjacent to the floodwall at Boland that failed?
A. To my recollection, none.
Q. If you would, turn to your Appendix B, Page 11. And look at it Figure 6, if you would, on that page. Are you there?
A. Not yet, sir.
Q. I'm looking at your report. I'm sorry. Appendix B is your report.
A. I'm attempting to put back in order the exhibits so I don't absorb a lot of your time looking at these things messed up.
Q. That's fine. Thanks.
Appendix B, Page 11, Figure 6.
A. Yes, sir.
Q. Your caption for Figure 6 says, quote, maps showing contaminated soils removed in the northern area of Boland Marine up to the perimeter security fence. Is that right?
A. Correct.
Q. Now, this map isn't drawn to scale, is

it?
A. Um -- I don't recall whether it's scale or sketch.
Q. In fact, isn't there an indication at the bottom of this that it's not to scale?
A. Correct. Thank you.
Q. In fact, the legend at the bottom right-hand corner of the map says, quote, generalized map of the IHNC. Isn't that correct?
A. That's correct, sir.
Q. This document designates an area described as, quote, remaining excavation areas for ACM as of 10/5/01; right?
A. Correct.
Q. In the bottom left-hand corner of this hand-drawn document, in small type, it states, quote, average depths of Transite is estimated to be plus or minus 2 feet; right? Small type.
A. I can't read the small type.
Q. Okay. I will represent to you it says, and your counsel will absolutely correct me if I'm misreading it, average depth of Transite is estimated at plus or minus 2 feet.
A. Thank you.

Q. Okay.
MR. TREEBY:
Counsel, did you see that?
MR. STEVENS:
You read it correctly, Mr. Treeby.
MR. TREEBY:
Thank you.
EXAMINATION BY MR. TREEBY:
Q. Have you seen any evidence to dispute this characterization of the average depths of ACM removal on Boland right here next to Surekote Road?
A. Only the photographic evidence that was available showing the excavations of Transite. I did review those, and that's additional information relative to this work.
Q. Are these the photographs we looked at yesterday?
A. No. The Transite photographs are a different group.
Q. Okay. And are those, the Transite photograph you're referring to in your testimony here, are they in your report?
A. No.

Page 41

Q. When were you going to show us this evidence?
A. Well, as I attempted to say yesterday, this assembly of the evidence we have gathered regarding those excavations is presently being developed for my rebuttal report to be provided to you April 3rd. That, much like Dr. Silva-Tulla 's map that you showed me yesterday, will identify locations, depths, geometries, of those excavations based on currently available data, meaning both written and photographic.
I did check on the progress of that work last night, and have received reasonable assurances it will be ready for all of us when I return to Moraga tomorrow.
Q. And who did you talk to last night that told you this?
A. I didn't talk, it was an e-mail communication with counsel and Dr. Rune Storesund.
Q. Did they happen to tell you who this new expert was?
A. No. I still don't know. And I didn't ask.

Page 42

Q. So I would assume, then, you're not supervising this new expert.
A. That's correct. Dr. Storesund is. I can't be in two places -- different places at the same time.
Q. You agree that the excavation shown in this hand drawing, even though it's not to scale, are all to the west of Surekote Road; is that right?
A. That's correct.
Q. How far is the western edge of -- we've already established how far the western edge of Surekote Road could be from the floodwall; isn't that right?
A. Yes, sir.
Q. Now, this drawing also indicates that the excavations just west of Surekote Road and east of the Boland fence line, some of which fall in your red dotted circle that you've added to this figure, are to be, quote, excavated at a later date, quote. Right?
A. Yes.
Q. Do you know if these particular excavations ever occurred?
A. Only by the photographs and totally of

Page 43

polluted, contaminated soils removed from this area.
Q. Do you know the extent or depth of these excavations, if they ever occurred?
A. I don't have that recollection, but I'm sure it's in the record that I have referred to.
Q. Look at your Figure 9, Page 13, if you would, in Appendix B. It's a picture.
A. Yes, sir.
Q. The picture is two aerial photographs, one of 2002 and one of 2005; is that correct?
A. Correct.
Q. In both pictures, there is grass to the west of Surekote Road in the area we're talking about. Isn't that correct?
A. That's correct.
Q. So even in 2005, there was still grass there. You see that?
A. Yes, that's on the inside of the security fence.
Q. You see a security fence in that photo? I can't see one.
A. You can see the security fence in the ground level photographs better.

Page 44

Q. Can you -- I hate to be insistent, but I want an answer to my question.
Can you see it in this aerial photograph?
A. No, sir, you can't.
Q. Thank you.
A. You can see an outline that can be inferred, but it takes having seen the ground level photograph to know what that line represents.
Q. Page 48 of your report, the main part of your report, if you would turn there, please. 50. Are you there?
A. Yes, sir.
Q. Looking at the last sentence in that paragraph, there are references to a contractor called McElwee Construction. Is that right?
A. It's pronounced McElwee.
Q. Well, you pronounce it however you want, and I'll pronounce it how I want.
A. I pronounced it like he wants.
Q. Well, actually I had that discussion with him in person, so --
A. I have, too.
Q. And he gave me permission to pronounce

**DR. ROBERT BEA**                                          **March 28, 2012**

Page 45

1  it the way I did.  Okay?  So I would appreciate
2  it if I would also give me that permission and
3  we don't spend time with that kind of nonsense.
4  Okay?
5      A.  I agree.
6      MR. STEVENS:
7          We can stipulate to that, Bill.
8      MR. TREEBY:
9          Good.
10  EXAMINATION BY MR. TREEBY:
11      Q.  On Page 6 through 18 of the final ILIT
12  report which I'm going to show you as
13  Exhibit 33 -- I said 6 through 18, I meant
14  6-18.
15      MR. STEVENS:
16          What number is this going to be,
17      33?
18      MR. TREEBY:
19          Yes, it is.
20      MR. STEVENS:
21          Thank you.
22      (Bea Exhibit 33 was marked for
23  identification and is attached hereto.)
24  EXAMINATION BY MR. TREEBY:
25      Q.  It's the last page of this excerpt

Page 46

1  from ILIT.  You there?
2      A.  Yes, sir.
3      Q.  Are you there?
4      A.  Yes, sir.
5      Q.  Okay.  This -- there is a paragraph
6  down as the third full paragraph, if you don't
7  count the numbers as separate paragraphs,
8  there's a paragraph that begins, this site.
9          Do you see that?
10      A.  Yes, sir.
11      Q.  And in this section of this report,
12  we're talking about the East Bank Industrial
13  Area.  Isn't that true?
14      A.  That's true.
15      Q.  And there, you say, quote -- or ILIT
16  says, and you were one of authors -- quote,
17  This site has a well-documented history of
18  under seepage problems, semicolon; McElwee
19  Construction had great difficulty dewatering an
20  excavation at this site during earlier
21  construction, and residents of the neighborhood
22  also had previously reported problems with
23  seepage at the inboard toe, close quote.
24          You see that?
25      A.  Yes, sir.

Page 47

1      Q.  Those statements in ILIT are
2  completely without foundation; isn't that
3  correct?
4      A.  The connection in ILIT in this
5  paragraph is incorrect.
6      Q.  Thank you.  At the time those were
7  written, these statements were untrue; isn't
8  that correct?
9      A.  Um -- the statements concerning the
10  local residents I don't have knowledge of.  My
11  associates were talking to those people, so I
12  can't attest to that portion.  But the
13  connection of Mr. McElwee and his work at the
14  Dwyer Road site drainage site is incorrect.
15      Q.  So you are now aware that the site
16  Mr. McElwee was referring to was three to four
17  miles north of the East Bank Industrial Area,
18  north of the Gulf Intracoastal Waterway and
19  north of I-10 at the Dwyer Road pumping
20  station.  Isn't that correct --
21      A.  That's right.
22      Q.  Are you aware that Melvin McElwee, the
23  proprietor of McElwee Brothers was previously
24  deposed in this litigation?
25      A.  Yes.

Page 48

1      Q.  Have you read this deposition?
2      A.  No.
3      Q.  Are you aware that Mr. McElwee
4  testified in this deposition that McElwee
5  Brothers had never performed work in the East
6  Bank Industrial Area?
7      A.  That makes sense.
8      Q.  Do you have any basis by which to
9  dispute his testimony on that fact?
10      A.  No.
11      Q.  Are you aware that in November 2007,
12  way issued a subpoena to him asking -- McElwee
13  Brothers, asking it to provide, among other
14  things, documents reflecting any dewatering
15  procedures or excavations conducted or
16  attempted by McElwee Brothers between Florida
17  and Claiborne Avenues along the Industrial
18  Canal.  Were you aware of that?
19      A.  No.
20      Q.  In response to that subpoena,
21  Mr. McElwee stated that McElwee Brothers has
22  not conducted or attempted to conduct
23  excavation along the Industrial Canal 's east
24  bank between Florida and Claiborne Avenues.
25  And that doesn't surprise you, does it?

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**DR. ROBERT BEA**                                    **March 28, 2012**

Page 49

1    A.  No.  It doesn't.  I've spent two days
2   with Melvin McElwee --
3        Q.  Object.  It's nonresponsive.  I don't
4   have much time today.
5        A.  I'm sorry, sir.
6        Q.  Okay?  So.
7        A.  My apology.
8        Q.  Are you also aware that Mr. McElwee
9   later confirmed in this deposition that McElwee
10  Brothers had never reported to anyone that he
11  observed under seepage, ponding, or pooling of
12  waters between Florida and Claiborne Avenue
13  bridges?  Are you aware of that?
14       A.  No.
15       Q.  Are you aware that in further written
16  response to Washington Group 's subpoena,
17  Mr. McElwee stated that McElwee Brothers had
18  never, quote, received complaints or
19  expressions of concern from residents in the
20  Lower Ninth Ward about under seepage or ponding
21  along the Industrial Canal?  Are you aware of
22  that?
23       A.  No.
24       Q.  Do you deny that?
25       A.  No.

Page 50

1        Q.  And are you also aware that in further
2   written response, Mr. McElwee stated McElwee
3   Brothers had no evidence of sink holes along
4   the Industrial Canal?  Are you aware of that?
5        A.  No.
6        Q.  Do you deny that?  That he observed --
7   he says he didn't observe them.  ILIT says he
8   said he did.  That's the point.
9        A.  Well, I made the point earlier that
10  the statement in ILIT is wrong.
11       Q.  It really is.
12           Paragraph 48, Paragraph 51.  On Page
13  48 of your report, Paragraph 51, you state, The
14  fill used to backfill the excavation ranged
15  from imported sand, Figures 30 and 31, to,
16  quote, reworked fill materials from the EBIA,
17  and you cite to Rogers 2012.  You see that?
18       A.  Yes, sir.
19       Q.  What do you mean by reworked fill
20  materials?
21       A.  For example, materials taken from the
22  McDonough borrow pit and transported to other
23  locations and used as unpolluted backfill
24  material, in some cases with native materials
25  that were produced during the excavation.

Page 51

1        Q.  And you previously state in your
2   report that the borrow pit contained, quote,
3   predominantly cohesive clayey soils, is that
4   right?
5        A.  Correct.
6        Q.  That would also be true of the native
7   soils, isn't that correct?
8        A.  No, that's not necessarily correct,
9   because some of the native soils had heavy
10  shell, sand, silt characteristics.
11       Q.  I think we need to change the tape.
12          (Brief recess.)
13  EXAMINATION BY MR. TREEBY:
14       Q.  Dr. Bea, when you refer to reworked
15  fill in Paragraph 51 on Page 48 of your report,
16  you cite to David Rogers' report.
17       A.  Yes.
18       Q.  Where exactly in Rogers' report is
19  that a reference to?
20       A.  His report.
21       Q.  I understand.  It's a long report.
22       A.  Yes.  It is.
23       Q.  Where in that report is this reworked
24  fill?
25       A.  It's the portion of the report where

Page 52

1   he is reviewing the phase of East Bank
2   Industrial Area site clearing.  I can't cite to
3   a specific page or paragraph at this time.
4        Q.  We did a search of that entire report.
5   We never saw the words reworked fill.  Or
6   reworked, for that matter.
7        A.  Uh-huh.
8        Q.  Does that surprise you?
9        A.  Yes.
10       Q.  Okay.
11       A.  But, um -- yes.
12       Q.  Are you aware of the type of sand that
13  was imported to backfill the excavations at the
14  East Bank Industrial Area?
15       A.  In a general way, yes.
16       Q.  It was river sand; right?
17       A.  Correct.
18       Q.  Have you read Dr. Rogers' testimony in
19  this case about what that sand consisted of?
20       A.  No.
21       Q.  He said, and I'm quoting him on his
22  deposition, volume 2, Page 158, 8 through 15,
23  for the benefit of the record and counsel.  He
24  said, It's usually dredge spoil out of the
25  river.  It is the most common source of it.

13 (Pages 49 to 52)

**DR. ROBERT BEA**                                                    **March 28, 2012**

1    It's out of the channel, the Mississippi River
2    channel.
3         Do you have any reason to disagree
4    with Dr. Rogers' testimony about that?
5         A.  No.
6         Q.  And river sand is less permeable than
7    beach sand, isn't that correct?
8         A.  That's true.
9         Q.  And it's commonly used for backfill in
10   the New Orleans area, isn't that true?
11        A.  That's true.
12        Q.  And Dr. Rogers also testified that the
13   use of imported river sand backfill was not
14   inappropriate on Task Order 26.  Did you know
15   that?
16        A.  No.
17        Q.  Did you know that?
18        A.  I said no.  I did not speak loudly or
19   clearly enough.  My apology.
20        Q.  Not a problem.
21        Do you disagree with Dr. Rogers about
22   that when he testified that the use if imported
23   river sand backfill was not inappropriate on
24   Task Order 26?
25        A.  Um -- yes.

1         Q.  You agree or disagree?
2         A.  Disagree.
3         Q.  What specific excavations do you
4    believe were inappropriate to backfill with
5    imported river sand?
6         A.  Any excavation that would exacerbate
7    the hydraulic conductivity pressures during
8    hurricane surge loadings.
9         Q.  Do you have a specific excavation in
10   mind that you can point us to?
11        A.  We did, in my expert report.
12        Q.  So all of the ones that you would make
13   that statement about are referenced in your
14   report?
15        A.  No.  The ones referenced in the report
16   are the ones we've had time to analyze.  And as
17   I state in my report, we've not had time to
18   analyze the contributions of other excavations.
19        Q.  On Paragraph 51, Page 48 of your
20   report, when you state that fill used to
21   backfill the excavations included imported
22   sand, you refer to the Figures 30 and 31 in
23   your report, is that correct?
24        A.  Correct.
25        Q.  And that's on Page 50, is that

1    correct?
2         A.  Correct.
3         Q.  We've already dealt with the picture
4    at bottom.  We've actually dealt with both of
5    these, have we not?
6         A.  Yes, we have.  And in fact, the fence
7    that we were discussing earlier is shown in
8    Figure 31.  That's the land level fence I was
9    referring to.
10        Q.  And that's an east-west fence, is that
11   right?
12        A.  No, it's --
13        Q.  In that picture.
14        A.  -- approximately a north-south fence.
15   It's paralleling the Surekote Road overpass at
16   the floodwall.  It's in the background.
17        Q.  I see it.
18        A.  The large oak tree that's further in
19   the background is the one as you look in this
20   direction that's to the right of the pump
21   station.
22        Q.  Let me just get this clear.  It is
23   your statement under oath that that fence
24   shown, the piece of fence shown right there
25   next to the excavator, is running north-south.

1    That's your testimony.
2         A.  It's the one I was referring to as we
3    looked at the aerial photographs earlier.
4         Q.  Is it your testimony, Dr. Bea, the
5    fence that is shown in this picture is running
6    north and south?
7         A.  It runs to the northwest and to the
8    southeast.  So it's not perfectly north-south.
9         Q.  Turn to Page 51 of your report.
10   Paragraph 52 at the top.  You see that?
11        A.  Yes, sir.
12        Q.  You say, quote, The excavations
13   consistently encounter a clay-covered buried
14   swamp at an elevation between approximately -15
15   feet and -25 feet, close quote.  And you cite
16   to Figures 32A and 32B.  Isn't that right?
17        A.  Yes.
18        Q.  Figures 32A and 32B show the borrow
19   pit; right?
20        A.  32B is a picture of a cypress tree log
21   that was exposed as they encountered this,
22   um -- buried swamp interface.  And that
23   photograph is not in the borrow pit.
24        Q.  Well, you say it was.
25        A.  Well, that's incorrect.

14 (Pages 53 to 56)

**DR. ROBERT BEA**                                               **March 28, 2012**

1    Q.  So your caption that says it's from
2  the borrow pit is incorrect.
3    A.  That's correct.  That's for --
4    Q.  It's correct that it's incorrect;
5  right?
6       MR. STEVENS:
7          Yes, we have no bananas.
8    A.  The Figure 32B where I attribute the
9  cypress tree trunk removed from the borrow pit
10  is not correct.
11  EXAMINATION BY MR. TREEBY:
12    Q.  Now, the borrow pit was not 25-foot
13  deep, was it?
14    A.  No.
15    Q.  So what excavation between -15 feet
16  and -25 feet are you referring to in
17  Paragraph 52, in which you refer to Figures 32A
18  and 32B?
19    A.  Excavations that penetrated to that
20  deep, for example, at Saucer and the wedding
21  cake structure at Boland.
22    Q.  Are there any other penetrations that
23  you contend -- excavations, I should say, that
24  you contend were as deep as -25 feet other than
25  wedding cake and the sewer lift station?

1    A.  I don't recall, but the information,
2  as I said earlier, is being compiled for us at
3  this time.  But those were the principal ones I
4  was using as an example of excavations that
5  encountered the buried swamp-marsh layers.
6    Q.  And your report, in Appendix B, says
7  that the borrow pit was between 10 and 14 feet
8  deep.  Right?
9    A.  Right.
10    Q.  Not 15 feet, not 25 feet.
11    A.  Correct.
12    Q.  Look at Page 52, Paragraph 53 of your
13  report.
14    A.  Yes, sir.
15    Q.  You state in Paragraph 53, quote, The
16  effects of these site remediation activities
17  clearly extended well below the specified soil
18  excavation level cited earlier, close quote.
19       Do you see that?
20    A.  Right.
21    Q.  What, quote, specified soil excavation
22  levels are referring to with that language in
23  Paragraph 53 of your report?
24    A.  The general levels that were stated in
25  the original scope of work for the EBIA site

1  clearing activities.
2    Q.  I think a fair reading of this
3  paragraph would say, specified soil levels
4  cited earlier.  That would mean, to me, cited
5  earlier, somewhere in this report.  Is that
6  correct?
7    A.  Should be.
8    Q.  Isn't that what you intended?
9    A.  First sentence, that's what I
10  intended.
11    Q.  My question is, where are those
12  specified soil excavation levels found
13  earlier -- cited earlier in your report?
14    A.  I'd have to review the report to
15  answer that question.
16    Q.  Well, I'll represent to you, and then
17  you can dispute me later if you find it to be
18  inaccurate, Page 48, Paragraph 48 of your
19  report is the only earlier citation we find to
20  soil excavation levels.
21    A.  (Nods affirmatively.)
22    Q.  If that's true, and I'm representing
23  to you it is, but if I'm wrong please correct
24  me, that's for the canal bank, isn't it?  Look
25  at Paragraph 48, Page 48.

1    A.  And your question is?
2    Q.  This is the only citation we've found
3  to excavation levels that you had cited earlier
4  in your report.
5    A.  I think that's true.
6    Q.  And this citation is to excavation
7  levels at the canal bank.  Isn't that true?
8    A.  That's true.
9    Q.  And this was the one we had questions
10  about before where you here said exceeding 10
11  feet, earlier said exceeding 9 feet, citing to
12  a report that said as deep as 9 feet.  Do you
13  recall that?
14    A.  Oh.  Yes, sir.
15    Q.  Okay.  And as defined on Page 45,
16  Paragraph 47 of your report, you define canal
17  bank, don't you?  First sentence in
18  Paragraph 47.
19    A.  Yes, sir.
20    Q.  And as defined on Page 45,
21  Paragraph 47, the canal bank includes only the
22  area 15 feet from the edge of the water onto
23  land.  Isn't that right?
24    A.  Yes.
25    Q.  The canal bank is not the entire EBIA

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

DR. ROBERT BEA                                                March 28, 2012

Page 61

1  site; isn't that right?
2      A.  That's correct.
3      Q.  You weren't suggesting that the
4  contractors weren't supposed to excavate below
5  certain specified excavation levels across this
6  site, are you?
7      A.  No.
8      Q.  The contractors were aware, were they
9  not -- you know this -- that subsurface
10 obstructions existed on the site.  Isn't that
11 right?
12     A.  Yes.
13     Q.  And the project always contemplated
14 removing those obstructions, right?
15     A.  Yes.  It was necessary because dredges
16 don't like underground hard obstructions.
17     Q.  I understand that.  Now, look back at
18 Page 52, Paragraph 53.  And I'll read to you
19 the same thing I read to you from your report
20 before.
21         Quote:  The effects of these site
22 remediation activities clearly extended well
23 below the specified soil excavation levels
24 cited earlier.
25     A.  Correct.

Page 62

1      Q.  There's no basis for that statement,
2  is there?
3      A.  That's not true.  You cited such
4  things as the wedding cake structure, the sewer
5  lift station excavation, and that's the only
6  depths that I cited earlier.  Isn't it?
7      Q.  Your sentence says, the effects of
8  these site remediation activities -- that's
9  Washington Group 's work; correct?
10     A.  Across the entire EBIA.
11     Q.  Right -- clearly extended well below
12 the specified soil excavation levels cited
13 earlier.
14     A.  And those are the ones we just --
15     Q.  Canal bank.
16     A.  That's correct.
17     Q.  Look at Page 52 -- again, Page 52,
18 same paragraph, 53.  You also state, quote,
19 Removal of barges, piles, underground storage
20 tanks, and underground utilities, parens, e.g.,
21 sewer, water, gas lines, close parens, reached
22 and substantially exceeded elevations of
23 -10 feet to -25 feet NAVD88, close quote.
24     A.  Yes.
25     Q.  What evidentiary basis do you have for

Page 63

1  that statement that the removal of barges --
2  let's take it one at a time.  We're going to
3  take them one at a time, if that's okay, so we
4  don't confuse anybody.  Mostly me.
5         You relied on Chad Morris' report to
6  prepare your expert opinions in this case;
7  correct?
8      A.  That was a principal source, that's
9  correct.
10     Q.  His report is cited several times in
11 your report, in fact, isn't it?
12     A.  Correct.
13     Q.  And have you reviewed his deposition
14 testimony in this case?
15     A.  I responded yesterday, no, I had not.
16     Q.  Okay.  I will represent to you that
17 Morris testified that not including the wedding
18 cake excavation at Boland and the piling
19 extractions, he wasn't aware of any excavations
20 at the EBIA that exceeded -25 feet below sea
21 level.
22         Do you have a different opinion?
23     A.  The removal of the underground storage
24 tank, my recollection, at Saucer extended to
25 those depths.  The record I'm relying on in

Page 64

1  providing that response is the photographic
2  record that we obtained from Washington Group
3  International concerning the removal of that
4  buried railroad tank car.
5      Q.  Okay.  You've talked about two things.
6  And maybe you're calling them just different
7  names.
8         Are you saying there was a railroad
9  tank car that was below that depth and also an
10 underground storage tank, or are you equating
11 the two?
12     A.  The two are the same.
13     Q.  So it's one thing.
14     A.  Correct.
15     Q.  Is the that picture anywhere in your
16 report?
17     A.  Um -- it is, I believe, in an earlier
18 report where I show the men down in the
19 excavation taking samples of the tank car steel
20 that's inside the cofferdam, and there's a
21 subsequent picture of a crane lifting that
22 railroad tank car from that excavation.  I
23 believe those are --
24     Q.  Is it in this report?  That is, Bea
25 Exhibit 1?  That was my question.

                              16 (Pages 61 to 64)

JOHNS, PENDLETON COURT REPORTERS              504 219-1993

DR. ROBERT BEA                                           March 28, 2012

Page 65

1    A.  I don't think so.  It's in the earlier
2  reports I was citing.
3    Q.  Okay.  We don't have -- this is the
4  report I've got to deal with in this case.  So
5  it's not in this report.  Right?
6    A.  I don't think it is.
7    Q.  Okay.  And you're not calling the
8  sewer lift station an underground storage tank,
9  are you?
10    A.  No.
11    Q.  Okay.  In fact, you're not aware of
12  any underground utility excavations that went
13  to depths substantially exceeding -25 feet, are
14  you?
15    A.  Um -- I don't know the bottom
16  elevation of the utility lines that tied to the
17  sewer lift station.  Um -- and, in fact, I
18  found it extremely difficult to trace that
19  sewer lift station pipeline that connects to
20  the Lower Ninth Ward.  That's the only utility
21  line that I recall that extended to such a
22  depth.
23    Q.  It's your statement that there was a
24  sewer line that went to -25 feet in the East
25  Bank Industrial Area?

Page 66

1    A.  I could not corroborate the elevation
2  of that line.  The sewer lift station details
3  were not available to me, and I don't know, for
4  sure, the elevation at the sewer lift station
5  for that utility.  But it's deep.
6    Q.  You couldn't corroborate it, but
7  you're sure it's more than -25 feet?
8    A.  No, that's not what I'm saying.
9    Q.  I'm asking what evidence you have of
10  the statement you made, if it related to sewer
11  lines or utility lines, that any sewer line or
12  utility line -- what evidence do you have that
13  any of them went to -25 feet?
14    A.  I was attempting to respond to you the
15  only evidence I have is the sewer lift station
16  has to have a connecting line to it.  And then
17  the trail, to define that elevation, became
18  obscure, still not clear, and, hence, the
19  answer to your question directly, which I think
20  is what you're asking for, I do not have
21  definitive information on any utility lines
22  that go to -25 feet.
23    Q.  What evidence do you have that any
24  underground storage tanks were excavated to
25  depths substantially more than -25 feet, other

Page 67

1  than the railcar which we'll talk about later?
2    A.  Well, the only evidence that I've
3  reviewed have been the railroad tank car, the
4  sewer lift station, and the, um -- wedding cake
5  foundry structure on Boland.  Those are the
6  three I've identified that have excavation
7  effects to those depths.
8    Q.  But you already agreed the sewer lift
9  station was not an underground storage tank, is
10  that right?
11    A.  Correct.
12    Q.  And I excluded from my question
13  railroad tank car, right?
14    A.  Yes.  You did.
15    Q.  And the wedding cake structure is not
16  an underground storage tank, is it?
17    A.  No.  It's not.
18    Q.  So there's no underground storage
19  tank, unless you call the railcar an
20  underground storage tank, that exceeds -25
21  feet, isn't that right?
22    A.  I think that's the true.
23    Q.  The barges removed during the project
24  were located at the canal bank or in some cases
25  completely submerged in the canal.  Isn't that

Page 68

1  correct?
2    A.  That's correct.
3    Q.  You don't have any evidence that
4  barges were removed near the floodwall, do you?
5    A.  None.
6    Q.  And you have no evidence that barges
7  were excavated to depths substantially
8  exceeding -25 feet either, isn't that correct?
9    A.  I think that's correct.
10    Q.  So then what excavations -- have you
11  now identified any excavations you believe
12  substantially exceeded 25 feet?
13    A.  The excavation effects at the railroad
14  tank car site is the example we're citing.
15    Q.  Yeah, but your statement, going back
16  to it, Page 53 -- sorry, page 52, Paragraph 53,
17  you said, barges, piles, underground storage
18  tanks, and underground utilities --
19    A.  Yes.
20    Q.  -- exceeded 25 feet.
21    A.  Yes.
22    Q.  Of all of those, barges you don't have
23  any evidence they exceeded 25 feet, right?
24    A.  That's correct.
25    Q.  Underground storage tanks, unless you

17  (Pages 65 to 68)

DR. ROBERT BEA                                        March 28, 2012

Page 69

1    call the railcar an underground storage tank?
2        A.  I do.
3        Q.  I understand.  Other than -- we'll get
4    to the railcar.
5        A.  Okay.
6        Q.  Other than the railcar, which you
7    apparently now are calling an underground
8    storage tank, there's no other underground
9    storage tank that exceeded 25 feet excavation,
10   right?
11       A.  I think that's correct.
12       Q.  And you don't have any evidence,
13   evidence that you can present, that there were
14   any underground utilities that reached and
15   substantially exceeded that elevation.
16       A.  That's correct.
17       Q.  Thank you.
18       A.  The piles certainly --
19       Q.  I didn't ask you about the piles.
20           MR. STEVENS:
21              He can explain any answer he
22   wishes.
23           MR. TREEBY:
24              That's not an explanation.
25           MR. STEVENS:

Page 70

1              He can --
2            MR. TREEBY:
3              Look.  I don't have time here --
4            MR. STEVENS:
5              You can do whatever you want,
6    Mr. Treeby.  He's going to explain
7    this answer.
8            MR. TREEBY:
9              I didn't ask him about piles.
10       A.  Well, you did.  You mentioned it in
11   your question, I believe, sir.
12   EXAMINATION BY MR. TREEBY:
13       Q.  No.  I said I'm going to take them one
14   at time, and I went through them one at time.
15   And I didn't ask you about piles.
16       A.  You didn't include piles.
17       Q.  You actually didn't --
18       A.  I'm sorry.
19       Q.  We'll get to piles.  We'll get there.
20   Trust me, if you'll give me some time and don't
21   take it all up, I'm going to get there.  Okay?
22       A.  Thank you.
23       Q.  Thank you.  If you would look at
24   Page 52, Paragraph 53, again still in that
25   page.  You mention excavations backfilled with,

Page 71

1    quote, very porous soils, parens, e.g., sands,
2    shells, uncompacted native soils, close parens,
3    close quote.  Do you see that reference in your
4    report?
5        A.  Yes, sir.
6        Q.  When you say sands, are you referring
7    to the imported river sand we discussed earlier
8    today?
9        A.  Yes.
10       Q.  What evidence do you have that shells
11   were used to backfill any excavations done by
12   Washington Group at the EBIA?
13       A.  The shells were part of the backfill
14   material used at several of the excavations.
15   The shells were part of the native materials on
16   the EBIA site.  The shells are endemic to this
17   area, coming from Lake Pontchartrain.  The
18   knowledge concerning their presence is
19   photographic, and the photographs include very
20   light colored objection that resemble bivalve
21   clams that are white.
22       Q.  Now, what photograph would
23   illustrate -- again, listen carefully to the
24   question -- the use by Washington Group of any
25   shells to backfill any specific excavation you

Page 72

1    can point to?
2        A.  I'd have to refer to the library that
3    shows the backfill material.  And I think an
4    example would be the sewer lift station where
5    the native materials that were excavated
6    include these white bivalves.  So it would be
7    photographic evidence of that.
8        Q.  Any -- do you have one photograph you
9    can show us that will say that the native soils
10   that came out of the sewer lift station?  Is
11   that what you referred to?
12       A.  That's one of them.
13       Q.  The sewer lift station contained shell
14   that was then put back into that excavation?
15       A.  First, photographs don't say anything.
16   Someone has to interpret the photographs and
17   then understand the purpose of the stockpiling
18   of the material to backfill the excavation.
19   I'm proceeding entirely, unfortunately, because
20   of the incomplete record, and having to rely on
21   photographic evidence.
22       Q.  Is it your testimony that there are
23   shells in backfill material that was piled up
24   at the sewer lift station?
25       A.  That's my recollection, yes, sir.

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

**DR. ROBERT BEA**                                              **March 28, 2012**

1   Q.  Show me that photograph.
2   A.  I'd have to go through the library of
3   the photographs to do so.
4   Q.  Is it in your report?
5   A.  I don't think so.
6   Q.  Okay.  I wanted to ask --
7   A.  And I would be glad to supply the
8   photographs.  Add them to the list of
9   information that we referred to earlier, and I
10  will do it.
11  Q.  And this library you refer to, is
12  there some way we can get a card to that
13  library?
14  A.  You'll have to speak to counsel, but
15  that's been part of our work to assemble,
16  catalog, organize the information pertaining to
17  the EBIA excavations and backfilling
18  operations.
19  Q.  If you relied on material to make
20  statements like that in your report, we were
21  entitled to get it.
22  MR. STEVENS:
23      And you did.
24  MR. TREEBY:
25      Wait a minute.  Let me finish my

1   question.  What are you doing?  I'm
2   trying to finish my question.
3   MR. STEVENS:
4       We're going to take five, Bill,
5   and you and I are going to talk about
6   this.
7   MR. TREEBY:
8       Oh, no.  No, we're not.
9   MR. STEVENS:
10      You're not going to hammer on
11  this witness about something that's in
12  his reliance materials.  His report
13  outlines his opinions in this case.
14  You asked for what he relied on, we
15  gave it to you.
16  MR. TREEBY:
17      I object to your objection
18  because it's not an objection.
19  EXAMINATION BY MR. TREEBY:
20  Q.  Now, my question to you, Dr. Bea --
21  A.  Yes, sir.
22  Q.  -- is, are you saying that the
23  photograph you're referring to that shows shell
24  in a pile of material taken out of the sewer
25  lift station is in your reliance materials?

1   A.  I would have to go back to that,
2   review the photographs, and respond
3   accordingly.
4   Q.  So you can't answer my question right
5   now.
6   A.  That's correct.  My memory is not that
7   good.
8   Q.  And if that were the case, isn't it
9   true that Washington Group didn't put that
10  shell there, it was part of the native soil is
11  that right?
12  A.  That's correct.
13  Q.  Now, let me show you the only picture
14  we saw that had any reference to shell in it,
15  at least in your caption.  Appendix B, Figure
16  8, Page 12 of Appendix B.  Appendix B, Page 12,
17  Figure 8.  It's the only picture we see that
18  your caption talks about shell.
19      Sitting here, do you know of any other
20  picture that shows shell?
21  A.  Where?
22  Q.  In your report.
23  A.  No.
24  Q.  In your reliance materials.  Sitting
25  here, do you know?

1   A.  Well, in the reliance materials, as I
2   responded you to earlier, I would have to
3   review the assembly of photographs.
4   Q.  That's why I said sitting here.  I'm
5   trying to not have to reinvent the wheel here.
6   So you had previously said you'd have to look
7   in your reliance materials, but you can't,
8   sitting here, tell us of a picture.
9   A.  And you're correct.
10  Q.  Okay.  If you will look at that
11  picture, the contemporaneous caption, which was
12  a picture taken on March 10th, 2005, says,
13  close up of soil profile during excavation at
14  middle of north edge of Area 8.  Is that
15  correct?
16  A.  Yes.
17  Q.  And we've already identified that Area
18  8, at Boland Marine, was near the canal --
19  correct?
20  A.  Yes.
21  Q.  Closer to the canal than to the
22  floodwall.
23  A.  Yes, sir.
24  Q.  And this is -- this contemporaneous
25  caption says, middle of north edge of Area 8.

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

DR. ROBERT BEA                                          March 28, 2012

Page 77

1    Correct?
2        A.  Yes.  That's what it says.
3        Q.  And this is a picture of an
4    excavation, not a backfill, is that correct?
5        A.  That's correct.
6        Q.  Now, where do you say there is shell
7    shown in this picture?
8        A.  It's a white grain elements shown in
9    the background where we've cut the soil.
10   Waters in the bottom provide reference.  And
11   I'm referring to the light colored shell that's
12   within wall of that excavation.
13       Q.  Okay.  So anything white colored there
14   we're to consider shell?
15       A.  Well, that's parts of it that can be
16   Transite or whatever pollutant was in that
17   area.  That would be that horizontal seem that
18   you see, yeah, about midway through that
19   excavated wall.
20       Q.  So you think that line is Transite.
21       A.  I don't know what the line is.
22       Q.  So you don't say that's shell.  It
23   could be Transite.
24       A.  That's correct.
25       Q.  It could be Transite.

Page 78

1        A.  That's correct.
2        Q.  I'm trying to fin out what you are
3    saying is shell.
4        A.  Look at the white materials below that
5    level.
6        Q.  I personally don't see any, but are
7    you saying that you see white pieces below that
8    horizontal line in the middle of that cut?
9        A.  Yes.
10       Q.  Okay.  But this is not fill, is it?
11       A.  No.  And that's not how this figure is
12   referenced.
13       Q.  You say it appears to expose -- to
14   have exposed pervious shell fill.
15       A.  Right.
16       Q.  But you're admitting that's not fill
17   that Washington Group put there.  Isn't that
18   right?
19       A.  I don't know who put it there, but
20   this is not backfill that's going into an
21   excavation.
22       Q.  It preexisted.
23           MR. BRUNO:
24               Bill, we'll stipulate to that.
25           That's two times.

Page 79

1        MR. TREEBY:
2            If you're going to stipulate
3    something, get the mic on, I want a
4    stipulation of that.
5        MR. BRUNO:
6            I just said that stuff.
7        MR. TREEBY:
8            You're not on a mic.  I want a
9    stipulation.
10       MR. BRUNO:
11           We stipulate that materials that
12   Washington Group pulled out of the
13   holes was there before Washington
14   Group got there.  We also stipulation
15   that Washington Group put that stuff
16   back in the holes after they filled
17   them up.
18       MR. TREEBY:
19           We don't stipulate to the second
20   part.  And it's not true.
21       MR. BRUNO:
22           Well, fine.
23       MR. TREEBY:
24           Quit trying to testify, Joe.
25       MR. BRUNO:

Page 80

1            You don't have to ask the same
2    question over and over again, your
3    time is so short, as you keep
4    reminding us.
5        MR. TREEBY:
6            Who's defending this deposition?
7        MR. STEVENS:
8            We are.
9        MR. BRUNO:
10           Elwood is.
11       MR. STEVENS:
12           I am.  I adopt what he said.
13       MR. BRUNO:
14           Shame on me.  Okay?  I know that
15   you're sensitive to the time and I'm
16   trying to help you, sir.
17   EXAMINATION BY MR. TREEBY:
18       Q.  Do you have any evidence other than
19   this photograph that you think exists in your
20   reliance materials that Washington Group
21   actually backfilled anything with Shell?
22       A.  No.
23       Q.  Can you point me to any specific
24   document that supports the statement that
25   shells were used to backfill any excavation by

DR. ROBERT BEA                                    March 28, 2012

Page 81

1   Washington Group in its work at the EBIA?
2       A.  No.
3       Q.  Now, also in that statement you say
4   that backfill material was not compacted.  Is
5   that correct?
6       A.  Which statement?  Which page?
7       Q.  The statement we were dealing with,
8   which is Page 52, Paragraph 53.
9           You find the statement?
10      A.  No, sir.
11      Q.  I'll read it to you.  It's about six
12  lines -- eight lines up.  When these
13  excavations.  You see that?
14      A.  I'm with you.  Thank you.
15      Q.  When these excavations were backfilled
16  with very porous soils, parens, e.g., sands,
17  shells, uncompacted native soils -- you say
18  uncompacted.
19      A.  Uh-huh.
20      Q.  What is your basis for that statement
21  that any backfill material Washington Group put
22  back into a hole was not compacted?
23      A.  Well, you need special equipment to
24  accomplish compaction, and we found -- or I
25  found no evidence that such equipment was on

Page 82

1   site.  Compaction was passes of a bulldozer
2   over the top of fill.  Sometimes the use of an
3   excavator to tamp soil, but no controlled
4   compaction of backfill.
5       Q.  You don't say controlled here in this
6   sentence, do you?
7       A.  I just say uncompacted.
8       Q.  Right.  You don't say controlled.
9   That's not there.  You've added that in our
10  your testimony now.
11      A.  That's correct.
12      Q.  In fact, isn't it true, based on
13  records you have reviewed, that the Corps told
14  Washington Group how and what method to use to
15  compact the backfills, including track walking,
16  tamping with the back of a bucket of an
17  excavator?  Isn't that true?
18      A.  Um -- I'm not sure.  And the reason
19  that I'm not sure is I cannot recall -- cite
20  for you the documents that you are questioning.
21      Q.  If you would, look at the technical
22  completion report which is already marked as
23  Bea Exhibit number 20.  And look at Pages 34
24  and 35, I think, with the big numbers at the
25  bottom.  We've covered this yesterday, but --

Page 83

1   you see that?  Are you on that page?  I'm
2   sorry.  Page 35.
3       A.  Got it.
4       Q.  Top paragraph, last sentence.
5   Backfill soils -- this is one instance, I'm
6   not -- okay?  Backfill soils were compacted
7   using track walking during placement
8   operations.
9       A.  Yes, sir.
10      Q.  This was a technical completion report
11  to the Corps which was accepted and approved by
12  the Corps after a back and forth.  You knew,
13  that, didn't you?
14      A.  No.
15      Q.  If I represent that to you -- what do
16  you think a technical completion report is?
17      A.  It says what was done.  I have no
18  knowledge of the back and forth that went on
19  between WGI and the Corps.
20      Q.  Do you have any reason to dispute the
21  accuracy of the statement that I just read,
22  that last sentence of the first paragraph?
23      A.  No, I don't.
24      Q.  I show you a document we're marking
25  Bea number 34.  You have it?  Have you been

Page 84

1   given it?
2       A.  No, I don't have it.
3       Q.  Okay.  This is a QAR dated
4   February 22nd, 2002.  Isn't that correct?
5           (Bea Exhibit 34 was marked for
6   identification and is attached hereto.)
7       A.  Yes, sir.
8   EXAMINATION BY MR. TREEBY:
9       Q.  Quality assurance report.  If you
10  would look at the page which I believe is just
11  the back of the front page which is Bates
12  numbered 1058 at the bottom, you see that?
13      A.  Yes, sir.
14      Q.  If you would -- and this is signed off
15  on, you can see that, by the Corps inspectors.
16  Correct?
17      A.  Yes, sir.
18      Q.  Okay.  Under follow-up, do you see
19  that?
20      A.  Yes, sir.
21      Q.   -- and if you would look at the last
22  two lines under follow-up excavation and
23  demolition of concrete foundations, the last
24  two sentences read, observed PC400 begin
25  backfilling, southeast quadrant of sheet pile

JOHNS, PENDLETON COURT REPORTERS                   504 219-1993

**DR. ROBERT BEA**                                    **March 28, 2012**

1    cofferdam, period.  Assured cofferdam is
2    backfilled in, two-foot lifts and compacted
3    with bucket.
4         A.   Uh-huh.
5         Q.   So the Corps approved this compaction,
6    isn't that true?
7         A.   It appears to be true.
8         Q.   And it's compaction.
9         A.   Right.  Wait.
10        Q.   Excuse me?
11        A.   It is a form of compaction.  It's not
12   a controlled placement of soil.
13        Q.   But we've already established, you
14   didn't use the word it wasn't done with
15   controlled compaction, you just said it was
16   uncompacted, right?
17        A.   No.  I'm referring to proper
18   engineering control with compaction of backfill
19   in an important area.
20        Q.   I show you a document Bea number 35.
21   You have it?
22            (Bea Exhibit 35 was marked for
23   identification and is attached hereto.)
24        A.   Yes, sir.
25   EXAMINATION BY MR. TREEBY:

1         Q.   This is a quality assurance report
2    dated November 8, 2001; is that right?
3         A.   Yes.
4         Q.   Refer you to the back page of the
5    first page.  Again, approved by the Corps, is
6    that correct?
7         A.   Yes.
8         Q.   And at the bottom line under follow-up
9    lift station removal -- you see that?
10        A.   Yes.
11        Q.   It reads, assured 320LC excavator is
12   transferring stockpiled spoil material to PC400
13   excavator, and PC400 backfilling cofferdam in
14   approximate two-foot lifts and compacting.  No
15   deficiency observed.
16            Is that what it says?
17        A.   Yes, sir.
18        Q.   So the Corps approved that compacting.
19   Is that right?
20        A.   Yes, sir.
21        Q.   And the same thing at the end of the
22   next section, three lines up:  Observed dozer
23   barge filling excavations with clay hauled from
24   McDonough Marine borrow pit.  Assured clay is
25   placed in dry excavation and compacted.  No

1    deficiencies observed.  Is that correct?
2         A.   You said the next paragraph up?
3         Q.   Follow-up removal of Transite
4    contaminated concrete and soil.  That section.
5    Bottom three lines.  Did I read that correctly?
6            Observed dozer backfilling excavations
7    with clay hauled from McDonough Marine borrow
8    pit.  Assured clay is placed in dry excavation
9    and compacted.  No deficiencies observed.  Did
10   I read that correctly?
11        A.   You read that correctly.
12        Q.   And Corps approved that compaction.
13        A.   Yes.
14        Q.   Okay.  Page 52, Paragraph 53.  Same
15   paragraph, actually.  You mention, right there,
16   in that same sentence --
17        A.   What document are you --
18        Q.   I'm sorry.  Page 52, Paragraph 53, of
19   your report.
20        A.   Thank you.
21        Q.   Exhibit 1.  You might just keep it
22   open to that page until we get off it.
23        A.   Okay.
24        Q.   Right down where we were just talking
25   about, we've gone through uncompacted native

1    soils, some cases -- and then you see, right
2    after that, it says, and in some cases not
3    backfilled at all, e.g., holes remaining after
4    piling extractions.
5         A.   Correct.
6         Q.   You see that?  Okay.
7            What materials in the Chad Morris
8    report are you relying on for this statement?
9         A.   Um -- photographs showing the
10   penetrations left after pile extraction.
11        Q.   And again, you've said you have not
12   reviewed Chad Morris' deposition testimony on
13   this point, is that right?
14        A.   That's correct.
15        Q.   I will represent to you that he said
16   he didn't know if the piling extractions were
17   backfilled.  Did you know that?
18        A.   No.
19        Q.   And I'm quoting his deposition,
20   Page 126, Lines 8 through 14.  He said, quote,
21   I have not seen documentation that they were
22   backfilled and compacted, et cetera.  I haven't
23   seen documentation of really any backfilling,
24   close quote.
25            So, do you know if the piling holes

**JOHNS, PENDLETON COURT REPORTERS**          **504 219-1993**

**DR. ROBERT BEA**                                        **March 28, 2012**

Page 89

```
 1   were backfilled?
 2       A.  To my knowledge, they were not
 3   backfilled.
 4       Q.  What is that knowledge based on?
 5   Evidence.
 6       A.  I haven't been able to find any
 7   evidence that there was backfilling of those.
 8   The surface was graded, but I found nothing
 9   that indicates appropriate backfilling of those
10   borings.
11       Q.  Isn't it true that after the pilings
12   were extracted the piling holes would close up
13   on their own in a few days or months due to the
14   lateral stresses within the subsurface clays in
15   this area?
16       A.  Not necessarily.
17       Q.  Okay.  Did you know that the
18   plaintiffs' expert David Rogers testified to
19   that effect?
20       A.  No.
21       Q.  If he did, do you disagree with it?
22       A.  I'd first of all have to know what he
23   testified to in order to answer your question.
24       Q.  Okay.  Well, we will do that.
25       A.  Thank you.
```

Page 90

```
 1       Q.  I show you Dr. Rogers' deposition,
 2   Volume II, taken on March 17th, 2012, as Bea
 3   number 37.
 4       A.  Mine is labeled Bea 36.
 5       Q.  He labeled it right, I just said it
 6   wrong.
 7       A.  That's fine.
 8       Q.  Bea 36.
 9           (Bea Exhibit 36 was marked for
10   identification and is attached hereto.)
11       A.  Wore helping each other.
12   EXAMINATION BY MR. TREEBY:
13       Q.  We will go to Page 190.  And I'm going
14   to refer to you Page 190, Line 6, and then we
15   can read the context as you see fit.  And maybe
16   we need to talk about this just to put it in
17   context.  Many of these pilings, at least the
18   ones we were asking about, were in the water.
19       A.  Yes.  They were supporting a wharf.
20       Q.  What now?
21       A.  A wharf that was its purpose.
22       Q.  Right.
23       A.  The other pilings were supporting
24   building foundations.
25       Q.  What buildings were supported by
```

Page 91

```
 1   pilings in the East Bank Industrial Area?
 2       A.  I'm referring to buildings I think
 3   it's in the 66A complex, Boland Marine.
 4       Q.  The 66A complex.
 5       A.  That's the name of the -- or the
 6   number that's connected to those buildings.
 7   When they salvaged the concrete slabs they
 8   found pilings under those slabs that had to be
 9   extracted.  Evidence became available in the
10   last productions that were made by the
11   Department of Justice.
12       Q.  Actually, if you would back up to
13   Page 189, Line 21 of that -- it's right there
14   across the page, Line 21.  You see that?
15       A.  Yes, sir.
16       Q.  Question:  And, in fact, there was a
17   structure called the wedding cake structure you
18   recall in the Boland Marine site.
19           Answer:  Yeah.  I don't know much
20   about it other than I hear the term bantered
21   around, but I don't know anything about it.
22           Question:  Did you know there were
23   pilings underneath that concrete structure your
24   that was excavated?
25           Answer:  No, I didn't know that.
```

Page 92

```
 1           Question:  Well, if that's not out in
 2   the water but is several hundred feet from the
 3   floodwall there, and there were pilings down at
 4   the bottom of that excavation that were
 5   extracted, isn't it true that you would expect
 6   these holes to close up in a few days due to
 7   the pressure on the subsurface clays in the
 8   area?
 9           Answer:  Well, there's two things.
10   There's two different things there.  One,
11   there's moreover burden pressure, so there
12   would be more tendency to close.  But then the
13   year not under the water -- well, you are under
14   the water table, but you're not under the free
15   water of the canal and you're not on a slope.
16           I would expect those -- I think it's a
17   typo, the close up -- to close up pretty
18   quickly.  They would probably take a little
19   longer.
20           Question:  A few days, in these soft
21   clays?
22           Answer:  I don't know if it's a few
23   days or a few months.  But it isn't going to be
24   a few years.  It's going to be pretty soon.
25           Do you disagree with that?
```

23 (Pages 89 to 92)

**JOHNS, PENDLETON COURT REPORTERS**          **504 219-1993**

**DR. ROBERT BEA**                                                        **March 28, 2012**

1    A.  Um -- it's that pretty soon that's
2  critical.  I don't know what he considers
3  pretty soon for these piling excavation holes,
4  and in those particular soils.  I do know that
5  we have pulled such displacement piles in very
6  solid soils, and those holes remained open for
7  a year or more.  And it's due to two effects,
8  as we came to understand it:  The insertion of
9  a displacement pile causes local consolidation
10  around that hole that stiffens and strengthens
11  the soils.  Water within the hole acts to
12  counterbalance water on the outside, and a
13  phenomenon known as arching then goes into
14  effect.  We found those holes open years after
15  the piling had been extracted.
16    Q.  Where was that?
17    A.  This is Compressor Station number 6 at
18  the mouth of the river.  It's East Bay Block
19  27.
20    Q.  Okay.  So you disagree with the few
21  months that Dr. Rogers put this at?
22    A.  That's correct.
23    Q.  We know that the borrow pit was not
24  backfilled; correct?
25    A.  Correct.

1    Q.  The levees floodwalls did not breach
2  at the cite where the borrow pit was located.
3  Isn't that true?
4    A.  That's correct.
5    Q.  The contractors also did not backfill
6  excavations in the canal, for instance the
7  submerged railroad fuel tanker car that was
8  removed near Boland Marine, isn't that right?
9    A.  That's correct.
10    Q.  And so the submerged railroad fuel
11  tanker car that you talked about earlier was
12  actually in the canal, isn't that right?
13    A.  It was at the -- my recollection is it
14  was at the -- or under the exposed EBIA land
15  adjacent to the then canal bank.
16    Q.  It's your testimony that it was not
17  in -- it was not west of the canal bank?  Is
18  that what your testimony is?
19    A.  Yes.
20    Q.  So you're saying that it was -- canal
21  bank, you have a defined term, 15 feet from the
22  water.  Right?
23    A.  No.
24    Q.  You earlier defined --
25    A.  I'm trying to answer your question,

1  sir.
2    Q.  Okay.
3    A.  I'm using the term canal bank to
4  represent where the land reaches the water.
5    Q.  That's not where you defined it
6  earlier, is it?
7    A.  In this case, you're asking me about
8  the location of this railroad tank car.  My
9  best recollection is the railroad tank car was
10  buried under EBIA exposed land at the
11  intersection between the canal bank and the
12  canal.
13    Q.  And what is the evidence that you have
14  for that statement you just made?
15    A.  It's all photographic.  The series of
16  photographs --
17    Q.  Is that in this report?
18    A.  No.
19    Q.  Okay.  Do you know that that's been
20  testified to by people who were on the site at
21  the time, the location of that railroad tank
22  car?
23    A.  No.
24    Q.  Okay.  Do you know who Lee Guillory
25  is?

1        (Bea Exhibit 37 was marked for
2  identification and is attached hereto.)
3    A.  Yes.  Well, I know in general.
4  EXAMINATION BY MR. TREEBY:
5    Q.  He was a civil engineer who was the
6  project manager for the Corps on this project.
7        Did you know that?
8    A.  Yes.
9    Q.  Okay.  I'm going to refer you to his
10  deposition, volume II, taken August 22nd, 2008,
11  and refer to you Page 148, top of the page,
12  Line 1.
13        Question:  Do you know whether the
14  U.S. Army Corps of Engineers accepted the
15  excavation and backfilling of the fuel tanker
16  excavation as complete?
17        Answer:  For clarification, there was
18  no excavation and backfilling of that
19  particular cofferdam.
20        Question:  I'm sorry.  Okay.
21        Answer:  It was in the water.  So the
22  fuel tanker was floated to the top, removed
23  from the cofferdam, and disposed of.  And then
24  Stuart Construction Company extracted the
25  cofferdam from there.

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**DR. ROBERT BEA**                                              **March 28, 2012**

1        Do you have any reason to dispute
2   Mr. Guillory, who was on the site?
3        A.  No.
4        Q.  So the contractors also did not
5   backfill excavations in the canal, for
6   instance, the submerged railroad fuel tanker
7   car that was removed near Boland Marine.  Isn't
8   that right?
9        A.  That is correct.
10           MR. TREEBY:
11               We need to change the tape.
12           (Off the record.)
13   EXAMINATION BY MR. TREEBY:
14        Q.  Dr. Bea, we are still in the line of
15   questions examining your statement that in some
16   cases excavations were not backfilled at all,
17   example, piling extractions which we've now
18   covered.  Or I've asked the questions I want to
19   ask, let's say that it way.
20           But in fact, in addition, Washington
21   Group did not backfill a recap excavation at
22   the Indian Towing site, as well.  Did you know
23   that?
24        A.  No.
25        Q.  That excavation was about eight feet

1   deep.  Were you aware of that?
2        A.  No.
3        Q.  If you would look at Exhibit 20, the
4   technical completion report.  This is not going
5   to be easy to see, but you can find it on Page
6   that has the big Page number 49 on it.
7        A.  Yes, sir.
8        Q.  Do you see the Indian Towing site?
9        A.  Yes, sir.
10        Q.  I will represent to you that that
11   hatched area is a picture of the part of the
12   Indian Towing site that was breached and
13   flooded purposely.
14        A.  There's five hatched areas which.
15        Q.  The large hatched area that connects
16   to the canal --
17        A.  Got it.
18        Q.  -- was breached at the end of the job
19   and left open.  You didn't know that, I take
20   it.
21        A.  Well, I don't recall that.
22        Q.  Okay.  Aside from the borrow pit, the
23   Indian Towing excavation, the excavations in
24   the water, and the piling extractions, you
25   weren't aware of any excavations at the EBIA

1   that were not backfilled, were you?  Are you?
2        A.  That's correct.
3        Q.  Look at page -- of your report now,
4   back to your report, Bea exhibit number 1,
5   refer to Page 58, Paragraph 57.  Tell me what
6   you get there.
7        A.  Page 58, correct.
8        Q.  Page 58, Paragraph 57, second
9   sentence.  Really, the first two sentences.
10   But in the second sentence, you state, The
11   ground water surface elevations at the North
12   Breach site are approximately the same as those
13   present in the soils adjacent to the IHNC.
14           Is that right?
15        A.  Correct.
16        Q.  What do you mean by groundwater
17   surface elevation?
18        A.  I'm referring to the contours shown in
19   Figure 37A, the contour of the two feet being a
20   reference there, and the red circle drawn
21   around Monitoring Well 11.  And I have shown
22   approximately the location of the North Breach
23   site relative to that monitoring well.  The two
24   feet, um -- elevation goes to the canal, the
25   Industrial Canal, and then penetrates to the

1   MW-11 location.  There's a similar bending of
2   the one-foot elevation at that same area.
3        Q.  Is your use of the term groundwater
4   surface elevation synonymous with groundwater
5   elevation?
6        A.  Yes.
7        Q.  Okay.  The actual groundwater
8   elevations in the soils adjacent to the IHNC
9   are not reflected in that figure, are they?
10        A.  Well, the bank of the IHNC I
11   identified with the blue arrow.
12        Q.  Okay.  Isn't it correct that the
13   actual groundwater elevations in the soils
14   adjacent to the IHNC are not reflected in that
15   figure?
16        A.  Well, the bank is shown and the two
17   feet connects to that bank, and the two feet
18   penetrates across the EBIA to the North Breach
19   site.
20        Q.  You reference the ground -- I believe
21   you reference -- let me see if you do.  I
22   thought you did.  Yes.  You reference -- in the
23   figure description, you reference the
24   groundwater characterization report.  Is that
25   right?

**JOHNS, PENDLETON COURT REPORTERS**                      **504 219-1993**

**DR. ROBERT BEA**                                    **March 28, 2012**

---

Page 101

1    A.  Correct.  That's where this figure --
2    the base figure came from.
3    Q.  Well, you reference -- well, actually,
4    you reference the groundwater monitoring
5    report.  Isn't that right?
6    A.  Yes.
7    Q.  Yeah.  Look at Page 58 to 59, and 59,
8    Figure 37B.  I think it's Page 59, not 58.
9    Yeah.  Figure 37B.  You describe -- actually,
10   let me -- yeah.  Actually, it is at both pages.
11   The last sentence above Figure 37A, says, these
12   sandy backfilled excavations put the waters in
13   the IHNC in direct contact with the soils under
14   the EBIA adjacent to the North Breach site.  Do
15   you see that?
16   A.  Which page are you reading from, sir?
17   Q.  Last sentence, Paragraph 57 on Page
18   58.
19   A.  Yes, sir.
20   Q.  I just read it.
21   A.  I'm with you.
22   Q.  And then, if you look at the next
23   page, Figure 37B, in the second line, you say,
24   This picture taken shortly before Hurricane
25   Katrina shows light colored sandy backfill

---

Page 102

1    above and below water adjacent to North Breach
2    site.
3        Do you see that?
4    A.  Correct.
5    Q.  Are you basing your description of
6    sandy backfill on the light beige color that's
7    shown in that Figure 37B?
8    A.  Yes, sir.  And the darker beige color
9    that shows up below the water surface.
10   Q.  Isn't it true that the light beige
11   color you're referring to appears throughout
12   the entire EBIA in that figure?
13   A.  No.
14   Q.  It's not.
15       Isn't it -- there's also light beige
16   color on the west bank of the IHNC directly
17   across the canal to the west of the area at
18   Boland that you describe as, quote, sandy
19   backfill.
20       Are you suggesting that area is
21   covered with sand?
22   A.  I'm not suggesting anything other than
23   the area I've identified.
24   Q.  But you're just doing it by the light
25   beige color, right?

---

Page 103

1    A.  That's correct.
2    Q.  And there's the same light beige color
3    right across the canal, right?
4    A.  Yes.
5    Q.  Okay.  From this aerial photograph,
6    you have no way to tell the depth of that what
7    you're calling sandy backfill, right?  The
8    depth.  From that photo.
9    A.  That is correct.
10   Q.  Thank you.
11   A.  I can't see below ground level.
12   Q.  I can't either.  I thought maybe you
13   were claiming to be able to see it.
14   A.  No, sir.
15   Q.  If you would look --
16   A.  My training in aerial photography
17   interpretation doesn't cover that.
18   Q.  Is what you see as the light beige
19   color in Figure 37B your only evidence of sandy
20   backfilled excavations at the north area of the
21   Boland site?
22   A.  No.
23   Q.  Okay.  What other evidence than that
24   photo do you have for that conclusion?
25   A.  The series of borings performed by

---

Page 104

1    MMG, the date I don't recall at this moment,
2    but it's referenced in my report.
3    Q.  But you don't cite them here, do you?
4    A.  No.  I don't.
5    Q.  And those borings that you're
6    referring to, the MMG borings, were done in
7    2001, weren't they?
8    A.  Yes.
9    Q.  This is before any work was done at
10   the Boland Marine site, isn't that true?
11   A.  Um -- I am not for sure, just sitting
12   here, that that's true.  I don't recall if work
13   was done between 2001 -- or pardon me, 2000 and
14   the 2001 MMG boring series.  I'd have to look
15   back to those reports.
16   Q.  If I tell you there was no excavations
17   at the Boland Marine site before the end of
18   2001 when these borings were done, then you
19   couldn't cite that as evidence that backfill by
20   Washington Group was sand.  Isn't that right?
21   A.  I think that's correct.
22   Q.  What other evidence, other than this
23   aerial photograph, do you have for sandy
24   backfill at the Boland Marine site?
25   A.  I cited the MMG boring series done at

---

26 (Pages 101 to 104)

**DR. ROBERT BEA**                                              **March 28, 2012**

Page 105

1   Boland --
2       Q.  I understand.
3       A.  -- and that date is 2001.
4       Q.  Other than that, my question was, do
5   you have any evidence, other than the aerial
6   photograph and these borings that were done
7   before any excavations at Boland Marine, do you
8   have any evidence that Washington Group
9   backfilled at Boland Marine with sand?
10      A.  We were looking at those photographs
11  earlier.
12      Q.  You're talking about the photograph on
13  Page 12 of Appendix B at the top of the page?
14  Is that what you're talking about?
15      A.  No.
16      Q.  No?  That's not what you're talking
17  about?
18      A.  I'm referring to Figure 31, Page 50.
19  And then I'll be glad to.
20      Q.  It's the same picture.
21      A.  Well, if it is, that's great.
22      Q.  Well, it is.
23      A.  Great.
24      Q.  You can't tell from that picture how
25  deep that excavation is; isn't that correct?

Page 106

1       A.  I'm only observing the backfilling
2   with the river sands.
3       Q.  I understand.  You can't tell how deep
4   that is, can you?
5       A.  How deep what is that?
6       Q.  The excavation shown in the picture.
7       A.  No, I cannot.
8       Q.  Thank you.  And you can't tell the
9   dimensions of the excavation from this picture,
10  can you?
11      A.  No.
12      Q.  If you would, go to Page 80 of your
13  report.
14      A.  Yes, sir.
15      Q.  Figures 43 and 44, you show conceptual
16  cross-sections for your North Breach Case 1-1
17  and 2-1; is that right?
18      A.  Correct.
19      Q.  Those cross-sections are also shown in
20  Appendix B, Pages 14 through 17, along with
21  cross-sections for North Breach Case 1-2 and
22  2-2; correct?
23      A.  Which figures were --
24      Q.  Appendix B.  I'm just trying to make
25  sure that we're right in equating these

Page 107

1   figures.  If you look at them, Appendix B,
2   Pages 14, 15, 16 and 17 --
3       A.  Figure 14 or pages?
4       Q.  No, Pages 14, 15, 16, 17.
5       A.  Yes, sir.  So we have two figures on
6   Page 80.
7       Q.  Two figures on Page 80.
8       A.  We have four figures that you have
9   just referenced.
10      Q.  Right.  But they are showing --
11  they're showing -- together they're showing
12  your conceptual cross-sections for your North
13  Breach Case 1-1 and 2-1, and then in Appendix
14  B, Case 1-2 and 2-2.  Is that correct?
15      A.  That's correct, sir.
16      Q.  Explain to me how you developed these
17  conceptual cross-sections for North Breach
18  Cases 1-1, 1-2, 2-1 and 2-2.  Just give me just
19  a general description of how -- pithy, if you
20  will -- as to how you developed these
21  conceptual cross-sections.
22      A.  I describe the process in two
23  categories.  One, I've termed inductive; the
24  other I termed deductive.  The inductive was
25  based, at the start, primarily with aerial

Page 108

1   photography taken after Hurricane Katrina, but
2   very carefully after Katrina, before Rita, and
3   ground level photography taken in those time
4   periods, together with the soil boring
5   information that we had available at that time,
6   together with the WGI site clearing photographs
7   that we had available at that time.  That
8   formed the primary database that we then used
9   to determine extents, depths of the features
10  identified here in Case number 1-1 and Case
11  number 1-2.
12          The difference between 1-1 and 1-2 is
13  then addressing another factor I introduced in
14  my report was how we were dealing with
15  uncertainties in these profiles.  So they're
16  representing our best estimates of the
17  potential contacts between the excavations and
18  the buried swamp-marsh deposits.
19          The Case 2 series were developed using
20  deductive methods.  Here 's where, in that
21  phase, we have a greatly improved but still
22  incomplete record of the excavation activity.
23  So, we started with those records, brought in
24  the soil boring information that I referred to.
25  There was some work with ground level

DR. ROBERT BEA                                          March 28, 2012

Page 109

1    photography provided by WGI, and that became
2    the primary source of the Case 2
3    cross-sections.
4         And we had two sub-cases representing
5    the uncertainty associated with the contact of
6    the -- with the buried swamp-marsh deposits.
7         Q.  Okay.  Thank you for that explanation.
8    It was important.  I don't want to repeat it, I
9    just want to go from there.  Okay?
10        In your cross-sections for the North
11   Breach Case 1-1 which is on Page 80, Figure 43,
12   and 1-2 which is on Page 15 of Appendix B --
13   and you're going to need to keep your fingers
14   in Appendix B, Pages 14 through 17.  I didn't
15   write it your this way, you did, so it's your
16   responsibility to keep your fingers in the
17   right place.  Okay?
18        A.  I'll mark them.
19        Q.  Okay.  That's Case 1-2, right, on Page
20   15, Figure 11, Appendix B?
21        A.  The North Breach Case 1-2 is on Page
22   15, and it's Figure 11, North Breach Case 1-2.
23        Q.  That's what I think I just said.
24   Okay.
25        A.  Yes, sir.

Page 110

1         Q.  You show in both those cases a
2    backfilled excavation.  You see that?
3         A.  Yes.
4         Q.  You describe it as a deep backfilled
5    rectangular excavation located approximately 60
6    feet from the sheet pile.  Do you see that?
7         A.  Yes.
8         Q.  You also say the excavation was
9    25 feet wide, 100 feet long, and approximately
10   10 feet deep.  Do you see that?
11        A.  Yes.
12        Q.  Now, if you turn to Figure 43 of your
13   report, this cross-section appears to show a
14   conceptual backfilled excavation that is deeper
15   than 10 feet from ground surface, maybe closer
16   to 15 to 17 feet from ground surface.
17        So are you intending to represent
18   depth in terms of some reference datum, or are
19   you intending to describe depth from ground
20   surface?
21        A.  The depth referenced for the 10 feet
22   is based on analysis of the ground level
23   photography following Katrina and prior to
24   Rita, and it's referring to that ground surface
25   elevation.  The shallow or surface materials

Page 111

1    had been removed during the inflow and outflow.
2         Q.  So if I understand your answer
3    correctly, it would show, if there was any
4    validity to your conceptual excavation, before
5    Katrina, you would -- this excavation, to have
6    backfill to that depth, would have had to have
7    been a hole dug 15 to 17 deep, right?
8         A.  That figure sounds correct.
9         Q.  Okay.
10        A.  And that's what the cross-section, I
11   think, shows.
12        Q.  That's what your conceptual
13   cross-section shows; right?
14        A.  Yes, sir.
15        Q.  Okay.  Isn't it true you don't know
16   what was -- back up.
17        An excavation requires removal of
18   something; right?
19        A.  Correct.
20        Q.  And you don't know what was removed
21   from this conceptual backfilled excavation, if
22   in fact it was ever there, right?
23        A.  I document in my expert report the
24   bases that we could find in the record for that
25   cross-section.

Page 112

1         Q.  When was this excavation performed by
2    Washington Group, if you contend that it was?
3         A.  I can't identify that.  The record is
4    not complete enough for me to be able to do
5    that.
6         Q.  In fact, isn't it true you don't know
7    that Washington Group did such an excavation?
8    Isn't that true?
9         A.  We only know that excavations were
10   done in this area by Washington Group
11   International during the site clearing
12   operations at this location, and I reference
13   the record that we have available to
14   substantiate that assertion.
15        Q.  What excavation do you say Washington
16   Group did at that location?  At that location.
17   Tell me what it is.
18        A.  We identified both grid trenching and
19   fiberoptic cable removing excavations.  That
20   was as close as we could get to connecting the
21   WGI site clearing work and what we observed
22   following Hurricane Katrina and before
23   Hurricane Rita.
24        Q.  You know, you've given me your
25   explanation for how you came up with your

DR. ROBERT BEA                                    March 28, 2012

Page 113

1  concept, a lengthy explanation, and it's all in
2  the record.  Okay?
3      Now, what I'm asking is not about
4  concept, and not about what you saw in
5  photographs after Katrina.  I'm asking about
6  any evidence you have pre-Katrina for any
7  excavation at that location that was a 15 to
8  17-foot deep excavation with anything near
9  these dimensions, 25 feet wide, 100 feet long,
10  15 to 17 feet deep, at that location.  Any
11  evidence.
12     A.  And your question of me is do I have a
13  document that says a hole, excavation, with
14  those dimensions, was developed at that
15  location by WGI pre-Katrina?  The answer to
16  that is no.  I don't have a complete enough
17  record to trace it.
18     Q.  As a result, you don't know when any
19  such excavation was performed by Washington
20  Group.  Isn't that logical?
21     A.  That's correct.
22     Q.  Uh-huh.  If you have no evidence that
23  Washington Group performed such an excavation
24  anything like 25 feet wide, 100 feet deep, 15
25  to 17 feet wide, 100 feet long, 15 to 17 feet

Page 114

1  deep, at that location, isn't it fundamentally
2  erroneous to contend there was such an
3  excavation by Washington Group in this lawsuit?
4     A.  No.
5     Q.  Okay.  We can just make up our facts
6  as we go along, is that correct?
7     A.  Oh, no, sir.  I'm a qualified forensic
8  engineer.  I would never try to make up facts.
9     Q.  Okay.  Appendix B of your report,
10  Page 3, if you would turn there.  Page 3 of
11  Appendix B.
12     A.  Yes, sir.
13     Q.  You state there, and if I can find
14  where -- sorry, I referred you to the wrong
15  page.  There's a typo in my outline.  Heaven
16  forbid.
17     If you would refer to Page 8 of
18  Appendix B, please.
19     A.  Yes, sir.
20     Q.  If you would look down in the middle
21  of the page -- if you go up in the paragraph in
22  the text, six lines, there's a reference to
23  Figure 4.  Do you see that?
24     A.  Six lines from the top or bottom?
25     Q.  Bottom.  Up from the bottom of the

Page 115

1  text.
2     A.  Yes, sir.
3     Q.  Figure 4 shows the location of the
4  backfilled excavation after the floodwaters
5  from Hurricane Katrina had receded.  Do you see
6  that?
7     A.  Yes.
8     Q.  I don't find such a Figure 4.  Can you
9  tell me where it is?
10     A.  It should be Figure 3.
11     Q.  Oh.  So that's a mistake to say Figure
12  4 there.
13     A.  Yes.  It's referring to 3 below it.
14     Q.  Okay.
15     A.  That's an error on my part.
16     Q.  Now, aside from this -- I think I've
17  got the answer to that question.  I don't need
18  to do it.
19     Let me just ask a general question:
20  You've given me your answer about the -- you
21  have a similar conceptual excavation in your
22  cases that relate to the South Breach; is that
23  correct?
24     A.  Correct.
25     Q.  Is it correct, as well, that you don't

Page 116

1  have any -- maybe because the record isn't
2  complete, or for whatever reason, you don't
3  have any evidence, pre-Katrina, that shows that
4  Washington Group did an excavation like the one
5  in your conceptual cross-section, is that
6  correct?
7     A.  And you are asking your question
8  specific to those locations.  Is that correct?
9     Q.  Well, you've already answered me as to
10  the North Breach on those cases.  We've looked
11  at that.
12     A.  Right.
13     Q.  Now I'm talking about the South
14  Breach.  You have a similar conceptual
15  cross-section and you show an excavation to
16  depth.
17     A.  Correct.
18     Q.  And --
19     A.  That's the Case 1.
20     Q.  Okay.  And in fact, you have -- well,
21  is it true you don't have any evidence
22  pre-Katrina that Washington Group performed
23  such an excavation?
24     A.  At that location.
25     Q.  At that location.

**DR. ROBERT BEA**                                                    **March 28, 2012**

---

Page 117

1    A.  All of the evidence that we cited for
2  both Cases 1 and 2 are contained in my report.
3  I don't think we were able to trace the Case 1
4  excavation to a specific document concerning
5  WGI's work at that location.  The document
6  trail went cold.
7    Q.  Are you saying you didn't get
8  documents you asked for?
9    A.  We have gotten documents in dribs and
10  drabs --
11    Q.  From Washington Group?  Wait.
12  Washington Group?
13    A.  How to put it:  From both Washington
14  Group and the Department of Justice.  I have
15  not been able to make a discrimination of how
16  the information was coming.  It's when the
17  information is compiled that I then attempt to
18  develop the background shown here.  The exact
19  suppliers of the documents I don't know, sir.
20    Q.  Well, pardon me, but in this case I
21  represent Washington Group.
22    A.  Yes.
23    Q.  And I will represent to you -- counsel
24  is here who can confirm this -- Washington
25  Group International produced every daily

---

Page 118

1  quality control report from Day 1 of its work
2  in 2000 to the day it finished in May of 2005.
3  And all of the subcontractors, as well.
4    Are you saying you didn't get those?
5  We did that, by the way, in 2008.  February
6  2008.
7    A.  You're ahead of me.  I was just going
8  to ask that.
9    I can't answer your question for sure.
10  And the reason is, I did not review,
11  personally, all of the documents.  I was
12  assisted, as I described yesterday, by Mr. Andy
13  Owen.  I omitted, sir, yesterday, citing
14  Mr. Chris Yount and Mr. Scott Joanen, then
15  Dr. Rune Storesund, Dr. Dave Rogers, and then I
16  was provided with documents deemed to be
17  important to the development of both Case 1 and
18  Case 2, and those are the documents I reviewed.
19  So my documents represent a subset of the
20  total.
21    Q.  Go back, if you will -- go back to
22  Exhibit 17 -- Bea Exhibit 17, if you will,
23  which is the no further action report for
24  Boland Marine which we marked as Bea
25  Exhibit 17.

---

Page 119

1    And we've looked at this map on
2  several occasions.  It's the last page of that
3  exhibit which is an extract from the Boland
4  Marine no further action report.
5    A.  Yes.
6    Q.  This map shows the location of the --
7  locations of the remediation excavations at the
8  Boland Marine site, the site that was adjacent
9  to where the North Breach occurred.  Do you see
10  that?
11    A.  Yes.
12    Q.  Do any of the excavations on the
13  NFAATT map match the backfilled excavation that
14  is shown in your conceptual cross-sections that
15  appear on Figure 43 of your report and Figure
16  10 of your Appendix B?
17    A.  No.
18    Q.  And none of those excavations on the
19  NFAATT map are as close as 60 feet from the
20  floodwall, isn't that correct?
21    A.  That's correct.
22    Q.  And look at table -- the prior page, I
23  believe it is, in the same exhibit.  According
24  to the table, none of the excavations on the
25  NFAATT map were more than 8 feet deep.  Isn't

---

Page 120

1  that correct?
2    A.  Correct.
3    Q.  And I believe you've testified earlier
4  that this evidence, which was that hand
5  drawn map, showed the average depths of ACM
6  Transite contamination at Boland was estimated
7  to be plus or minus 2 feet, correct?
8    A.  Correct.
9    Q.  You don't have any evidence that ACM
10  Transite excavations at Boland were even
11  10 feet deep, much less 15 to 17 feet deep;
12  isn't that correct?
13    A.  That's correct.
14    Q.  I believe you said you had reviewed
15  Dr. Rogers' testimony.
16    A.  I said I had not, sir.
17    Q.  Oh.  I'm sorry.  I get confused.  I
18  thought you had not Chad Morris, but you had
19  Rogers.
20    A.  No, I have not reviewed either.  So if
21  I gave you the wrong impression, I'm sorry.
22    Q.  Well, it's probably my faulty memory.
23  We'll see.  But it doesn't matter.  I'm now
24  going to refer to you Dr. Rogers' deposition,
25  which is Bea 36.

---

**JOHNS, PENDLETON COURT REPORTERS**                     **504 219-1993**

**DR. ROBERT BEA**                                    **March 28, 2012**

Page 121

```
 1        You got it?
 2     A.  Got it.  Page?
 3     Q.  Page 248.  Now, before I go to my
 4  specific question about Dr. Rogers, he was the
 5  expert -- by the way, did you supervise him?
 6     A.  No.
 7     Q.  Okay.
 8     A.  Only his wife supervises David.
 9     Q.  Well, you knew he was in charge of
10  doing the site characterization for this EBIA
11  site, is that correct?  Among other things.
12     A.  That's incorrect.  He was one of the
13  people.  That's the Phase II work that I was
14  describing.  Phase I is where Chad Morris and
15  myself were working.  The Phase I work
16  placed -- I'm sorry.
17     Q.  Yeah.  I don't want to go back through
18  Phase I, Phase II, Phase III, Phase X.  I want
19  to the ask you about this report in this case.
20        Have you read this report?
21     A.  Yes.  I have.
22     Q.  It's entitled site characterization.
23     A.  That's right.
24     Q.  And that's what it was and that's the
25  expert we've been given who was characterizing
```

Page 122

```
 1  the site.  We also have Chad Morris' report.
 2     A.  That's the reason I --
 3     Q.  Okay.  So he was doing that.  Let me
 4  refer you, if you will, to Page 248, beginning
 5  on Line 19.  Do you see that?
 6     A.  Yes, sir.
 7     Q.  Okay.
 8        Question, by Mr. Mitsch:  Okay.  And
 9  would you go the Page 80 and Figure 43, please.
10        And he's talking about Page 80, Figure
11  43 in your report.
12     A.  Okay.  Let's go there.
13     Q.  Well, you can go there.  You can have
14  it in front of you.  That's fine.
15     A.  Thank you.
16     Q.  That's what we've been talking about.
17        I thought we had an understanding you
18  were going to mark that page.  No.  You've got
19  it now, right?
20     A.  Yes, sir.
21     Q.  Okay.  Figure 43:  That's what he's
22  talking about.  Page 80, Figure 43.
23        Question:  Okay.  And would you go to
24  Page 80, and Figure 43, please.
25        Answer:  Okay.
```

Page 123

```
 1        Is that your understanding of what the
 2  cross-section of the that North Breach was?
 3        Answer:  Well, with the exception of
 4  the backfilled excavation -- I don't know what
 5  that particular one is in that case.  But you
 6  see there the semi-contiguous nature of the
 7  sand and the shell coming over to 81-A is what
 8  I was talking about.
 9        Question:  Okay.  And so let's just
10  take out that backfill, that box, the
11  backfilled excavation.
12        Answer:  Right.  Like you see down
13  below.  This one down below, case 2-1, that was
14  another one of the options I gave him.  He put
15  in the excavations.  I didn't do those.
16        Is that correct?  You put in those
17  excavations.
18     A.  Partially.  That's the work I was
19  referring to as the Phase I work that Chad
20  Morris and myself did.
21        Dr. Rogers did the Phase II work, and
22  that resulted in the Case 2 cross-sections.
23  So, naturally, your questioning of him about
24  Figure 43 would result in the result you got.
25  Dave Rogers did not contribute to Figure 43.
```

Page 124

```
 1     Q.  If you go to Page 95 and 96.
 2     A.  Of what document is, sir?
 3     Q.  Your report, Figures 63 and 64.
 4     A.  Yes, sir.
 5     Q.  This is your Case 1 cross-section --
 6  on Page 95 is your Case 1 cross-section for the
 7  South Breach; right?
 8     A.  Correct, sir.
 9     Q.  And it has a backfilled excavation as
10  well, isn't that right?
11     A.  Correct.
12     Q.  And you describe the excavation as an
13  excavation a the waterside toe.  Isn't that
14  right?
15     A.  Correct.
16     Q.  And by waterside toe, you mean the toe
17  of the levee on the canal side of the Saucer
18  Marine site, is that correct?
19     A.  Correct.
20     Q.  And you also state the backfilled
21  excavation is 20 to 25 feet wide, 50 feet long,
22  and approximately 8 to 10 feet deep.  Is that
23  correct?
24     A.  Correct.
25     Q.  And on Figure 63 of your report, it
```

31 (Pages 121 to 124)

DR. ROBERT BEA                                          March 28, 2012

Page 125

1    appears to show a backfilled excavation almost
2    20 feet deep below pre-Katrina ground surface.
3    Isn't that correct?
4        A.  Are you referring to Figure --
5        Q.  1-1.  Case 1-1, Figure 63.
6        A.  Oh.  Okay.  Yes, sir.  Now, repeat
7    your question.
8        Q.  This cross-section appears to show
9    this backfilled excavation almost 20 feet deep
10   below pre-Katrina ground surface; isn't that
11   correct?
12       A.  That's correct.  The 8 to 10 feet was
13   being referenced to the ground elevation that
14   remained following Hurricane Katrina and before
15   Hurricane Rita.
16       Q.  I understand that based on your prior
17   long explanation of your -- of how you
18   proceeded here.  So I understand that.  I'm
19   just talking -- but this -- if this
20   hypothetical backfilled excavation occurred,
21   this would show that it was 20 feet below
22   ground surface when the excavation was done, is
23   that correct?
24       A.  I get approximately 16 feet.  And
25   estimating ground surface at that location

Page 126

1    about +6, at the bottom of the elevation, at
2    approximately -10 -- pardon me, -11 to minus
3    12.
4        Q.  So if it's 12, and what did you say
5    the top was, 6?
6        A.  6.
7        Q.  That's 18 feet.
8        A.  Not 20.
9        Q.  If would look at that cross-section in
10   Figure 63, Page 95 -- you there?
11       A.  Yes.
12       Q.  Within the figure, immediately above
13   the alleged backfilled excavation, appears in
14   small print the reference 29A.  Do you see
15   that?
16       A.  Yes.
17       Q.  And now I want to show you a document
18   we're marking Bea number 38.  And this is --
19   those are selected pages, again, but this time
20   from the Saucer Marine no further action
21   report.
22       Q.  And now I want to show you a document
23   we're marking Bea number 38.  And these are
24   selected pages, again, but this time from the
25   Saucer Marine no further action report

Page 127

1        A.  Yes, sir.
2        Q.  And the last page is a map, similar to
3    the one we looked at earlier for Boland.
4        A.  Right.
5        Q.  Do you see 29A on that map?
6        A.  Yes.
7        Q.  And that's the same 29A that you
8    describe in the cross-section on Figure 63,
9    Page 95.  Is that right?
10       A.  I'm not sure.  I think 29A, in the
11   cross-section, is referring to a soil boring.
12   Given that is the same 29A I'm looking at
13   in this figure, they should be the same.
14       Q.  Okay.  Does this NFAATT -- Bea 38,
15   NFAATT map, shows the excavations, however, on
16   that site, does it not?
17       A.  Yes.
18       Q.  And there is no excavation anywhere
19   near the location that you have this conceptual
20   backfilled excavation on your conceptual
21   cross-sections Figure 63.  Isn't that correct?
22       A.  That's correct.
23       Q.  And looking again at Page 22 of that
24   same NFAATT report, Table 2, it shows no
25   excavation -- well, in that table, bore hole

Page 128

1    29A is not listed on that table, is it?
2        A.  No, it isn't.
3        Q.  If you would turn to Figure 64, right
4    across the page there, in your Case --
5        A.  Well, are we through with 38?
6        Q.  For now.  I don't know.  Never know,
7    but hope so.  Moving right along.
8        A.  Yes.
9        Q.  Figure 64, Case 2-1.
10           Now, the cross-section for South
11   Breach Case 2-1 shows an area identified on
12   that conceptual drawing as trenched backfill.
13   Do you see that?
14       A.  Yes, sir.
15       Q.  And the same trenched backfill also
16   appears in the cross-section for South Breach
17   Case 2-2, which is back in Appendix B.  Is that
18   right?
19       A.  That's correct.
20       Q.  Do you believe the contractors
21   Washington Group dug such a trench as you
22   describe here to remove utilities?
23       A.  Um -- the reference material for the
24   Case 2 cross-sections are cited in my report
25   and are also cited in Dr. Rogers' report.

                    32  (Pages 125 to 128)

DR. ROBERT BEA                                March 28, 2012

Page 129

1    Q.  Can I get an answer to my question?
2    A.  I tried to.  But if I didn't, you've
3  been very patient with me.
4    Q.  And I sometimes suffer from a lack of
5  patience, and you'll have to forgive me for
6  that.
7        MR. STEVENS:
8           We'll stipulate to that.
9        MR. TREEBY:
10          And I will, as well.
11   A.  I think you've been very patient.
12  Thank you.
13  EXAMINATION BY MR. TREEBY:
14   Q.  But this would indicate that you
15  believe -- wouldn't this indicate you believe
16  that Washington Group dug such a trench to
17  remove utilities?
18   A.  Um -- yes.
19   Q.  And what evidence do you have that
20  Washington Group dug such a trench as you
21  describe in these figures?
22   A.  I cited it.
23   Q.  What, your post-Katrina photographs?
24   A.  Oh, no.  That's Case 1.
25   Q.  Okay.

Page 130

1    A.  All the Case 2 work was led by
2  Dr. Rogers.  And in his expert report, he
3  documents the genesis of the Case 2, and that
4  Case 2 is the same Case 2 we're discussing.
5    Q.  Okay.  This alleged trench that you
6  show on Figure -- we'll see about -- we'll get
7  to that.
8    A.  Okay.
9    Q.  Figure 64 shows a trench that appears
10  to be 10 feet deep from the ground surface.  Is
11  that correct?
12   A.  No.
13   Q.  Oh, it's deeper than that?
14   A.  At the western edge, it's
15  approximately, referencing ground level, 4 to
16  5 feet.  It gets deeper as you approach the
17  floodwall, and at that location extends from
18  -3 feet to +5 feet, so approximately 8 feet at
19  that end of the excavation.
20   Q.  Did you review -- you've answered my
21  question.  I don't need to ask that one.
22       You did not review Dr. Rogers'
23  testimony regarding the so-called two deep
24  utilities at the South Breach.
25   A.  That's correct.

Page 131

1    Q.  I will represent to you that he said
2  that aside from some 1966 design plans he could
3  not find any evidence those two utilities
4  existed.  Did you know that?
5    A.  Well, I couldn't.  I haven't seen his
6  deposition testimony.
7    Q.  Okay.  So you can't deny that.
8        I will also represent he testified he
9  could find no evidence in any work plans or
10  other project documents that the two utilities
11  that were designed, perhaps, were ever removed.
12       Do you have any basis to disagree with
13  Dr. Rogers' testimony if that's what it is?
14   A.  No.
15   Q.  You relied on him, I take it, for that
16  information in this conceptual drawing.
17   A.  That is correct, sir.
18   Q.  Nothing else.
19   A.  That's correct.
20   Q.  Would it be correct to say that you
21  first postulated an excavation and then tried
22  to find evidence to support your postulation?
23   A.  Could you be specific in what you're
24  referring to?
25   Q.  I'm referring to -- let's start with

Page 132

1  the deep excavations at the North Breach in
2  your Cases 1 and South Breach in your Cases 1.
3    A.  Yes, sir.
4    Q.  That you postulated an excavation and
5  then tried to find evidence to support it, and
6  you found evidence, quote, evidence, in the
7  form of post-Katrina, pre-Rita photographs.
8    A.  I cited the genesis of the Case 1
9  cross-sections, and I carefully, or attempted
10  to, articulate the various sources of
11  information that we used to define those
12  cross-sections.  It was much more than
13  post-Katrina photography.
14   Q.  Well, the record is what it is.
15  You've testified about it.
16   A.  Yes, sir.
17   Q.  And we'll be satisfied with that.
18   A.  Thank you.
19       (Brief recess.)
20  EXAMINATION BY MR. TREEBY:
21   Q.  Dr. Bea, if you would turn to Appendix
22  B of your report to Page 9.
23   A.  Yes, sir.
24   Q.  I'm sorry.  That's wrong.  Page 10,
25  Figure 5.  You got that?

JOHNS, PENDLETON COURT REPORTERS          504 219-1993

DR. ROBERT BEA                                        March 28, 2012

Page 133

1    A.  Yes, sir.
2       MR. STEVENS:
3          5B or 5?
4    EXAMINATION BY MR. TREEBY:
5    Q.  In Appendix B. Page 10, Figure 5B.
6    A.  Correct.
7    Q.  And Appendix B.  Put your other finger
8    in Appendix B, Page 39, Figure 32C.
9    A.  Yes, sir.
10   Q.  You see that?
11   A.  Yes, sir.
12   Q.  These are maps, are they not, showing
13   grid trenching at Boland Marine and Saucer?
14   A.  Correct.
15   Q.  If you would first look at Page 9
16   under Appendix B, Figure 5B, Page 10 -- no, on
17   Page 9 -- I'm sorry.  But on Page 10, it's
18   Figure B.  So there's text about it on -- I
19   believe on Page 9, and then the figure is
20   actually on Page 10.  And you describe on Page
21   9 in your text the grid trenching operation.
22   Is that correct?
23   A.  Could you refer me to the paragraph?
24   Q.  Yes.  Down from the top of the page,
25   one, two, three, four, five, the project work

Page 134

1    plan states that the grid trenches were to
2    extend to a depth of 5 feet below the 2002 site
3    grades.  You see that?
4    A.  Yes, sir.
5    Q.  And then on Page 35 of Appendix B,
6    just again keep a finger there and go over the
7    Page 35, and Figure 32C --
8    A.  Yes, sir.
9    Q.  -- you also describe grid trenching.
10   Is that correct?
11      MR. STEVENS:
12          For clarity, it's actually on
13   Page 39, Figure 32C.  You said 35.
14      MR. TREEBY:
15          Oh.  Okay.  Yes.  That's correct.
16   Thank you.
17   A.  At this stage, I'm confused.
18   EXAMINATION BY MR. TREEBY:
19   Q.  Yeah.  I trying to find this text
20   description.  Okay.  It's on Page 35 of
21   Appendix B you describe the trenching.  At,
22   um -- I think.  You are.  At the bottom of that
23   text paragraph, you say, Figure 32B, a
24   north-south grid trenching performed at this
25   location on the EBIA is part of the site

Page 135

1    clearing remediation performed by Washington
2    Group, and you refer to Figure 32C.
3          You see that?
4    A.  Yes.
5    Q.  Figure 32C is on Page 39.  Okay.  Just
6    getting your bearings here.
7    A.  Yes, sir.  Thank you.
8    Q.  Now, on Page 9 of Appendix B, you
9    agree that the grid trenching performed
10   extended to a depth of 5 feet below ground
11   surface.  Isn't that correct?
12   A.  That's correct.
13   Q.  You also agree that no grid trenching
14   was performed east of Surekote Road between the
15   road and the floodwall, isn't that right?
16   A.  That's correct.
17   Q.  And then, if you would turn to
18   Appendix B -- that's it.  Return to Appendix B,
19   Page 41, if you will.
20   A.  Yes, sir.
21   Q.  Figure 34 has the description on it,
22   tapered sides used by Washington Group in
23   digging grid trenches at Saucer Marine.
24   A.  Uh-huh.
25   Q.  You see that?

Page 136

1    A.  Yes, sir.
2    Q.  The diagram in Figure 34 says, at the
3    top, Saucer Marine proposed excavation for Area
4    5.  Do you see that?
5    A.  Yes, sir.
6    Q.  Do you really contend this was a
7    drawing of proposed grid trenching?
8    A.  No.  This is soil remediation work,
9    and is showing the detail of the side slopes
10   and depths associated with that work.
11   Q.  So your reference in Figure 34
12   description, tapered sides used by Washington
13   Group in digging grid trenches.  I'm looking at
14   it.  That's an error, then, isn't it?
15   A.  That's an error.  Yes, sir.
16   Q.  And it's an important error, frankly,
17   for someone who's uninitiated reading this,
18   because it shows excavations to 9 feet depth.
19   Right?
20   A.  This is that contaminated soil
21   removal.
22   Q.  Well, the grid trenches didn't go to
23   9 feet deep, isn't that right?
24   A.  Well, I'm not sure that's correct.
25   Q.  Do you have any evidence it's not?

34  (Pages 133 to 136)

DR. ROBERT BEA                                                    March 28, 2012

Page 137

1    A.  Well, I've got evidence so far that
2  there are sections in grid trenching that
3  certainly exceeded 5 feet.
4    Q.  Where?
5    A.  This is photographic evidence
6  associated with the grid trenching work
7  provided by Washington Group International, and
8  those photographs should be in my reliance
9  material.  Those photographs will be a part of
10  the database associated with the
11  three-dimensional Swiss cheese graphics that
12  will be provided to you on or about April 3rd.
13    Q.  Well, let me say this:  If and when
14  that is ever accepted as an appropriate
15  rebuttal, I hope you spell cheese right.
16  That's all I would say about that.
17    MR. STEVENS:
18    Bill.  Bill, please.
19    (Off the record.)
20    A.  Are you talking about the z or the s?
21  EXAMINATION BY MR. TREEBY:
22    Q.  The z.  There's no z in cheese, as I
23  know it.
24    A.  Well, spelling was one of my problems.
25    Q.  I'd like to engage you, but I won't.

Page 138

1  let's go on.
2    A.  I did misspell it.
3    Q.  Okay.  Is any photograph of grid
4  trenching that is in your report evidence that
5  grid trenching went below 5 feet?
6    A.  No.
7    Q.  Some photograph that you think you
8  have, that you might put in a subsequent
9  report.
10    A.  No, I think the photographs are in my
11  reliance material.  I attempted to put in there
12  all of the WGI photographs that I had obtained.
13  If I missed any, they're retrievable.
14    Q.  Turn to Page 120 of your report, if
15  you would.
16    A.  Yes, sir.
17    Q.  This section of your report, Pages 120
18  through 124, entitled Excavations Adjacent to
19  Flood Protection Structures, right?
20    A.  Yes, sir.
21    Q.  In the second-to-last sentence, in
22  Paragraph 125 -- oh, I'm sorry.  It's the
23  second-to-last sentence of 125 before you get
24  to A.
25    A.  Yes, sir.

Page 139

1    Q.  In the third line, end of the line, it
2  says, Very limited documentation was available
3  for this review to assess the specific
4  protocols employed during the demolition phase
5  of this project, and you cite WGI 2005A.
6    A.  Correct.
7    Q.  This review.  When did you conduct
8  what you're referring to as this review?
9    A.  Let's see.  The first generation of
10  this review, my memory says, is contained in my
11  2008-9 MRGO Robinson expert report.  And then
12  we repeated that effort in this phase of my
13  work.  So it's a synthesis of the two.
14    Q.  So why did you cite Washington Group
15  International 2005a for this proposition?
16  That's the technical completion report which is
17  in evidence.
18    A.  That's the principal document I relied
19  on.
20    Q.  When you say demolition phase, are you
21  referring to the remediation excavations, as
22  well?
23    A.  Yes.
24    Q.  What limit to the documentation for
25  Washington Group 's excavation and demolition

Page 140

1  activities in Task Order 26 do you contend
2  there was?  What limit do you contend there
3  was?
4    You say very limited documentation.
5    A.  Right.
6    Q.  What limit do you say there was?
7    A.  The limit of the documents I had
8  available to perform the study.
9    Q.  Did you review the recommendation
10  report?
11    A.  If I didn't cite it, no.
12    Q.  Did you have it to review?  We gave it
13  to the plaintiffs' counsel.  Did you have it to
14  review?
15    A.  I don't know the answer, but I
16  certainly could consult my library to answer
17  your question appropriately.
18    Q.  Did you review the project work plan?
19    A.  I believe so.
20    Q.  Did you review the subcontractor work
21  plans for specific features of work?
22    A.  No.
23    Q.  Are you saying you didn't have that
24  available to you?
25    A.  I'm saying, in response to your

35 (Pages 137 to 140)

**DR. ROBERT BEA**                                    **March 28, 2012**

Page 141

1  question, I don't recall reviewing that.
2      Q.  I understand that.  But I'm dealing
3  where your sentence that says very limited
4  documentation was available for this review.
5          You've said this review continued up
6  till you did this report; right?
7      A.  And that's correct.
8      Q.  Okay.  My question, then, is, are you
9  saying you didn't have it available to you to
10 review when I talk about this subcontractor
11 work plans for specific features of work?
12     A.  I don't know.
13     Q.  Did you review the daily contractor
14 quality control reports?
15     A.  Some.
16     Q.  So you had them available for yourself
17 to review?
18     A.  The ones I did review, that's correct.
19 That's how I got them.
20     Q.  Okay.  But available -- we gave them
21 all at the same time in 2008.  So I'm trying to
22 find out if you got them.  That's what I'm
23 trying to find out.
24     MR. BRUNO:
25         That's not true.  Objection.

Page 142

1      MR. TREEBY:
2          That is true, Joe.  You're not --
3      MR. BRUNO:
4          Elwood, would you make the
5      objection, please?
6          Objection.  It's not accurate.
7      MR. TREEBY:
8          Okay.  It is accurate.  Scott
9      know it's accurate.  But go ahead.
10     You don't know what you're talking
11     about, Joe.
12     A.  Please repeat it.
13 EXAMINATION BY MR. TREEBY:
14     Q.  Did you have it available to review?
15     A.  Please define it.  You said, did you
16 have it available.  I was trying to get at it.
17     Q.  I don't blame you for not
18 remembering ing the question.  I don't blame
19 you.  It's not your fault.  I'll repeat it.
20         Did you have available to review the
21 subcontractor work plans for specific features
22 of work?
23     A.  I don't think so.
24     Q.  You don't think you had it available.
25     A.  That's correct.

Page 143

1      Q.  Did you have available to you the
2  daily contractor quality control reports?
3      A.  Some of them.
4      Q.  You don't think you had them all
5  available?
6      A.  That's correct.
7      Q.  Did you have available to you the
8  submittals made by Washington Group to the
9  Louisiana Department of Environmental Quality?
10     A.  Some of them.
11     Q.  You think they weren't available to
12 you -- all available to you?  The LDEQ reports?
13 Did somebody -- maybe we can cut through some
14 of this.
15         Did somebody, to your knowledge -- if
16 you know, did somebody select portions of
17 Washington Group 's production and give you
18 just selected portions?
19     A.  Yes.
20     Q.  Who made those selections?  That's my
21 question.
22     A.  Well, I described the group to you
23 previously.
24     Q.  Okay.
25     A.  It consisted of those four

Page 144

1  individuals.  Five, actually.
2      Q.  Got you.  And would the same be true
3  for the depositions of the Corps personnel and
4  Washington Group personnel that worked on Task
5  Order 26, that you didn't have them all
6  available to you?
7      A.  Please repeat the question.
8      Q.  Did you have available to you the
9  depositions of the U.S. Army Corps of Engineers
10 personnel and Washington Group employees that
11 worked on Task Order 26?  Did you have those
12 depositions available to you?
13     A.  Some of them.  I'm not aware of all of
14 them.
15     Q.  Okay.  On Page 120, Paragraph 126, you
16 state, quote, All USACE design guidelines
17 pertaining to the flood protection systems
18 require seepage analyses to be performed as
19 part of design.
20         And then you cite to a number of Army
21 Corps of Engineers engineering manuals.  Do you
22 see that?
23     A.  Yes, sir.
24     Q.  Isn't it true that you now know that
25 any responsibility for following engineering

**JOHNS, PENDLETON COURT REPORTERS**            **504 219-1993**

DR. ROBERT BEA                                            March 28, 2012

Page 145

1  manuals for conducting seepage analyses
2  relating to the design of levees in the East
3  Bank Industrial Area was not a responsibility
4  of Washington Group?
5       A.  I do not have that knowledge.  The
6  knowledge I do have says both the Army Corps of
7  Engineers and WGI share the responsibility to
8  do no harm, in the process of their work, to
9  the integrity and reliability of the flood
10 protection structures.
11      Q.  Is that your expertise as an attorney?
12      A.  No, sir.
13      Q.  Sounds like a legal opinion to me.
14      A.  That's my expertise as a researcher in
15 the area of the standard of care for
16 engineering.
17      Q.  I'm specifically talking about
18 engineering manuals.  Let's limit -- whoa.  Let
19 me get my question.
20      A.  I'm sorry, sir.  I apologize.
21      Q.  I'm talking only here about
22 engineering.
23          Do you know any engineering manual
24 published by the Army Corps of Engineers that
25 says it's applicable to thirty parties?

Page 146

1       A.  No.
2       Q.  Do you know what a TERC is, Total
3  Environmental Restoration Contract?
4       A.  In basic terms, yes.
5       Q.  Do you have any experience prior to
6  this case in working with a TERC?
7       A.  No.
8       Q.  Are you familiar with a contract
9  identified as Indefinite Delivery-Indefinite
10 Quantity contracts that are used by the Corps
11 of Engineers?
12      A.  I've got basic understanding.
13      Q.  Do you have any personal experience
14 prior to this case in working in a contract or
15 working under an indefinite delivery-indefinite
16 quantity contract?
17      A.  Yes.
18      Q.  When is that?
19      A.  U.S. Army Corps of Engineers South
20 Florida Flood Control District, years 1954
21 through 1959.
22      Q.  Any since then?
23      A.  None.
24      Q.  Did you review the actual total
25 environmental restoration contract between

Page 147

1  Washington Group International and the U.S.
2  Army Corps of Engineers Tulsa District that
3  governed Washington Group 's restoration work
4  in the EBIA?
5       A.  No, sir.
6       Q.  Have you reviewed Task Order 26 and
7  its related statements of work?
8       A.  I believe so.
9       Q.  What did with your review of those
10 documents consist of?
11      A.  Reading what was in the documents to
12 develop an understanding of the extent of work
13 to be performed.
14      Q.  We've already established that you
15 knew who Mr. Lee Guillory is; right?
16      A.  That's correct.
17      Q.  The construction manager and
18 contracting officer representative on Task
19 Order 26 for the Army Corps of Engineers,
20 right?
21      A.  Yes, sir.
22      Q.  Are you aware that Mr. Guillory
23 testified that Washington Group International
24 was not responsible for geotechnical
25 engineering relating to the levees and

Page 148

1  floodwalls under Task Order 26?
2       A.  I don't think so.
3       Q.  You don't think you were aware of
4  that?
5       A.  That's correct.
6       Q.  Do you have any reason to dispute that
7  fact?
8       A.  If you stated it as you did from his
9  deposition, I have no basis to dispute it.
10      Q.  Were you aware that civil engineers
11 from the Army Corps of Engineers were on site
12 in the EBIA with Washington Group every day?
13      A.  Yes.
14      Q.  Were you aware that Mr. Guillory,
15 construction manager and contracting officer's
16 representative, and a professional engineer,
17 referred certain excavations to the United
18 States Army Corps of Engineers Geotechnical
19 Engineering Branch of he felt they might impact
20 levees and floodwalls?
21      A.  Yes, I have that general
22 understanding.
23      Q.  Looking again at Paragraph 126 on Page
24 120 of your report, your references there,
25 would you agree with this:  To the extent there

37 (Pages 145 to 148)

DR. ROBERT BEA                                    March 28, 2012

Page 149

1  are any mandatory requirements -- and I'm using
2  that term in quotes -- to the extent there are
3  any mandatory requirements in the engineering
4  manuals you cite in that paragraph, they did
5  not require anything to be done by Washington
6  Group on Task Order 26?
7      A.  Since you used the term mandatory
8  requirements in quotes, please define what you
9  mean by mandatory requirements.
10     Q.  In the engineering manuals there are
11 things that are guidelines for the Corps to
12 follow --
13     A.  Right.
14     Q.  -- and there are things that are
15 mandatory requirements for the Corps to follow.
16     A.  Correct.
17     Q.  That's the way I'm using mandatory
18 requirements.
19     A.  Understood.  And please, now that I've
20 got that understanding, please repeat your
21 question.
22     Q.  Would you agree that to the extent
23 there are any mandatory requirements in the
24 engineering manuals you cite in that paragraph,
25 they did not require anything to be done by

Page 150

1  Washington Group under Task Order 26?
2      A.  The requirements are general.  The
3  mandatory connection to Task Order 26 via
4  contract I don't know about.
5      Q.  In your experience with the United
6  States Army Corps of Engineers contract work,
7  doesn't the Corps specify which of its
8  engineering regulations or engineering manuals
9  should apply to a particular contract?
10     A.  Yes.
11     Q.  Did you see they evidence that any of
12 these engineering manuals were incorporated
13 into or referenced in WGI 's Task Order 26?
14     A.  No, I did not.
15     Q.  In Paragraph B on Page 121 --
16 Subparagraph b -- you there?
17     A.  Yes, sir.
18     Q.   -- you are quoting, I believe, from
19 Engineering Manual 1110-2-1923.
20          Is that correct?
21     A.  Yes, sir.
22     Q.  I will tell you that that should be a
23 reference to 1913, I believe.
24     A.  I may have --
25     Q.  I think that's a typo.  But in any

Page 151

1  case, you quote a section about the
2  installation of pipes or other structures
3  within the levee or foundation; is that
4  correct?
5      A.  Yes, sir.
6      Q.  That's what you're talking about,
7  installation of pipes or other structures
8  within the levee.
9      A.  Yes, sir.
10     Q.  To your knowledge, did Washington
11 Group install pipes or other structures within
12 the levee or foundation of the levee?
13     A.  I don't know.  The documentation I've
14 read does not indicate Washington Group
15 installed such things, but was associated with
16 the removal of such things on the flood side of
17 the wall.
18     Q.  Another part of the quote in Paragraph
19 b says, quote, Most failures of levee systems
20 have initiated at the soil structure interface
21 and, therefore, every effort must be made to
22 ensure that these areas are not susceptible to
23 piping.
24          Are you familiar with the term soil
25 piping?

Page 152

1      A.  Yes, sir.
2      Q.  What conditions are usually necessary
3  for piping to occur?
4      A.  Sandy, silty, high permeability, high
5  erodibility material.
6      Q.  Did you evaluate this failure mode for
7  either the north or south breach?
8      A.  Not really.
9      Q.  Okay.  Go to Table 7-1 in Engineering
10 Manual 1110-2-1913.  Which I will hand you, I
11 suppose, which is Exhibit 39.  (Tendering.)
12          You see table 7-1?  I'll tell you
13 where it's at, that might help.
14     A.  Thank you.
15     Q.  It's actually near the end, at
16 Page 7-2.  It's, I don't know, a few page -- at
17 the bottom it says 7-2.
18     A.  Yes, sir.  I've got it.
19     Q.  Okay.  And this table lists three
20 categories of fill.  You see that?
21     A.  Yes, sir.
22     Q.  One of those types is uncompacted
23 fill.
24     A.  Yes.
25     Q.  And under construction methods for

DR. ROBERT BEA

March 28, 2012

Page 153

1    uncompacted fill, it says -- I'm quoting, see
2    if I'm right -- fill cast or dumped in place in
3    thick layers with little or no spreading or
4    compaction, close quote.
5        Is that what it says?
6    A.  Yes, sir.
7    Q.  And what, according to Table 7-1, is
8    uncompacted fill used for?  It says,
9    construction of stability berms, pit fills, and
10   seepage berms; correct?
11   A.  Where are you reading that, please?
12   Q.  Under Use.  There's three columns,
13   category, construction method, use.
14       Under the Use column for uncompacted
15   fill.  You see that?
16   A.  Yes, sir.
17   Q.  Both methods or used for construction
18   of stability berms, pit fills and seepage
19   berms.
20   A.  Yes.
21   Q.  Is that right?
22   A.  Correct.
23   Q.  Would you agree that the area beyond
24   the toe of the levee to the canal side in the
25   East Bank Industrial Area should be considered

Page 154

1    as a pit fill?
2    A.  Not the entire area, no.
3    Q.  If Dr. Rogers testified to that
4    effect, you would disagree with him; is that
5    fair?
6    A.  That's fair.
7    Q.  Okay.  Are you aware of any
8    excavations in the East Bank Industrial Area
9    beyond the toe of the levee that were not
10   backfilled in accordance with Table 7-1 EM
11   110-2-1913?
12   A.  We had an extensive discussion earlier
13   this morning concerning the voids left with the
14   pile extractions.  That's an example.
15       We had an extensive discussion
16   associated with removal of the buried tank car
17   at -- close to the bank of the Industrial Canal
18   that was not backfilled.
19       We had an extensive discussion --
20   Q.  I'm not talking about not backfilled.
21   That's not -- let me -- I think somehow the
22   question must have been lost.  It's probably my
23   fault.
24       I wasn't talking about not backfilled.
25   We know what those areas were.  But those that

Page 155

1    were backfilled, they were backfilled in
2    accordance with this table, were they not?
3    A.  Basically, yes.
4    Q.  Thank you.
5    A.  Sorry.
6    Q.  What kind of floodwalls existed along
7    the East Bank Industrial Area prior to Katrina?
8    They were I-walls, weren't three?
9    A.  Yes.  Except for the north end, where
10   we had the 1980s T-wall.
11   Q.  If you would look at Page 122 of your
12   report, Paragraph C --
13   A.  Yes, sir.
14   Q.  -- you reference Engineer Manual
15   110-2-2502.  Is that right?
16   A.  Yes, sir.
17   Q.  And you reference it as though it's
18   applicable here.  Is that right?
19   A.  Yes, sir.
20   Q.  Turn to Page 2-4 of the engineering
21   manual which we're giving you as Bea Exhibit
22   number 40.  (Tendering.)  Page 4-2.
23       (Bea Exhibit 40 was marked for
24   identification and is attached hereto.)
25       MR. STEVENS:

Page 156

1        2-4, you said.
2    EXAMINATION BY MR. TREEBY:
3    Q.  You're right.  2-4.  Did you find
4    that?
5    A.  Yes, sir.
6    Q.  Okay.  Under 2-7, cantilever I-type
7    wall.  That's what this is, right?
8    A.  Correct.
9    Q.  The last sentence.  See if I'm reading
10   it correct.  It says, the design of these types
11   of walls is beyond the scope of this manual.
12       Is that correct?
13   A.  Yes, sir.
14   Q.  That engineering manual is not
15   applicable to this case, is it?
16   A.  Um -- the manual is addressing design.
17   And part of the manual addresses seepage,
18   hydraulic conductivity effects in soils
19   associated with flood protection systems.  A
20   variety of them are shown on the previous
21   Page 2-3.
22   Q.  Okay.  The fact that this says this is
23   not applicable to I-walls doesn't mean that
24   this engineering manual is not applicable to
25   this case?  Is that what you're saying?

JOHNS, PENDLETON COURT REPORTERS

504 219-1993

DR. ROBERT BEA                                    March 28, 2012

| Page 157 |
| --- |

1    MR. STEVENS:
2        Object to form, Bill.  It speaks
3    for itself.  It says it doesn't apply
4    to design of walls, and that's what he
5    just told you.
6    MR. TREEBY:
7        Oh.  Boy, that's a classic
8    speaking objection which is telling
9    the witness how to answer the
10   question.  That is totally bogus.
11   MR. STEVENS:
12       I'm only repeating his answer,
13   Bill.
14   MR. TREEBY:
15       Yeah.  That is a standard
16   speaking objection that is
17   objectionable.
18       Mark this place in the
19   deposition.
20       That's got to stop, Elwood.  You
21   can't do that.  Joe knows it.  Ask
22   him.
23   MR. STEVENS:
24       Next time I'll try to do it
25   before the witness answers, and then

| Page 158 |
| --- |

1    your comment would be accurate.
2    MR. TREEBY:
3        Whether it's before or after, a
4    speaking objection is not appropriate.
5    You can object as to form.  If I ask
6    you what's wrong with the form, then
7    you're entitled to tell me.  I didn't
8    ask you, you didn't make the objection
9    that way, it's an inappropriate
10   objection.  Judge Shaw would be
11   ashamed of you.
12   MR. STEVENS:
13       I'm sorry.  Mr. Treeby, I will
14   not speak again unless you give me
15   permission.
16   MR. TREEBY:
17       Thank you.
18   MR. STEVENS:
19       Psych.
20   EXAMINATION BY MR. TREEBY:
21   Q.  Look at Page 123, if you would.  Yeah,
22   Page 123, Paragraph E.  That title of that
23   engineering manual is Seepage Analysis and
24   Control for Dams.
25       Do you believe this engineer manual on

| Page 159 |
| --- |

1    seepage for dams is applicable to levees?
2    A.  Yes.
3    Q.  Okay.  Is the levee the same as a dam?
4    A.  Both are water retention structures.
5    The dam --
6    Q.  That's either yes or no.  Is the levee
7    the same as a dam?
8    A.  On one level, yes.
9    Q.  Okay.  Is then the levee manual
10   applicable to dams?
11   A.  Yes.
12   Q.  Okay.  Look at Paragraph 129 on Page
13   124.
14   A.  Yes, sir.
15   Q.  In that paragraph you're talking about
16   an engineering standard of care regulation; is
17   that right?
18   A.  I'm referring to the engineering
19   standard of care applied in the fields of
20   engineering.
21   Q.  Okay.  Do you see a distinction
22   between a contractor who is a remediation
23   contractor and an engineering firm in terms of
24   their standard of care?
25   A.  Well, the standard of care

| Page 160 |
| --- |

1    fundamentally says do no harm to the adjacent
2    structures.
3    Q.  Object.  Not responsive.  That's okay.
4    A.  I'm trying to be responsive.
5    MR. BRUNO:
6        Did you finish?
7    THE WITNESS:
8        No.
9    MR. STEVENS:
10       You have a right to explain your
11   answer.
12   MR. BRUNO:
13       You have a right to finish
14   whether he thinks it's responsive or
15   not.
16   MR. TREEBY:
17       I didn't stop him.  I just said
18   it's not responsive.
19   MR. STEVENS:
20       Please continue, Dr. Bea.
21   A.  Well, the engineering standard of care
22   is a part of the ethics of engineering.  And
23   that ethic says, as we conduct our work
24   throughout the life cycle of systems that we
25   engineer, our fundamental responsibility is not

JOHNS, PENDLETON COURT REPORTERS                504 219-1993

**DR. ROBERT BEA**                                                      **March 28, 2012**

Page 161

1   to do any harm to the adjacent systems.  That
2   is an extremely important part of engineering.
3   EXAMINATION BY MR. TREEBY:
4       Q.  Okay.  Now --
5       A.  I conducted research together with
6   Dr. Joshua Kardon for a period exceeding six
7   years to develop the depth and extent of this
8   very, very crucial issue for engineers and
9   engineering.
10      Q.  Appreciate your answer.
11         (Off the record.)
12      MR. TREEBY:
13            Object to the responsiveness of
14         the answer.
15  EXAMINATION BY MR. TREEBY:
16      Q.  Have you been asked to prepare --
17  first, have you reviewed the expert report of
18  Dr. Sykora?
19      A.  I have reviewed parts of it.  Due to
20  the date it was produced, together with the
21  other things I have to do to prepare for this
22  deposition, I was not able to devote the time
23  that I should to that report.
24      Q.  Have you been asked to prepare a
25  rebuttal report to Dr. Sykora 's report?

Page 162

1       A.  I've been asked to prepare a rebuttal
2   report.  Dr. Sykora 's report is not a primary
3   objective of my rebuttal report.
4       Q.  I don't know if I heard different than
5   the transcript read, but it's important so I'll
6   ask you.  Are you saying you have been asked or
7   you have not been asked?
8       A.  To do what?
9       Q.  A rebuttal report to Dr. Sykora 's
10  report.
11      A.  I have not been asked.
12      Q.  And that's what you just said, isn't
13  that true?
14      A.  I tried to.  Dr. Sykora 's report
15  provides important information that ends up
16  involved in expert reports by Dr. Silva-Tulla
17  and by Dr. Mar.  So to the extent that I need
18  to, I will pursue those details in Sykora 's
19  expert report.
20      Q.  You've not been asked to do a rebuttal
21  report, but you may do one?  Is that what I'm
22  hearing?
23      A.  Oh, I am going to do a rebuttal
24  report --
25      Q.  No.  To Dr. Sykora 's report.

Page 163

1       A.  Not specifically.  You'll know the
2   extent on April the 3rd.
3       Q.  Dr. Bea, I want to go back for just a
4   few minutes to your flow analyses of the
5   geotechnical events during Katrina.  I
6   understand that the plaintiffs performed
7   pumping tests at the EBIA to determine site
8   specific hydrogeologic properties for the
9   so-called marsh soils.
10         Is that right?
11      A.  Swamp-marsh deposits, that's correct.
12      Q.  And the data from these pumping tests
13  were analyzed using two different methods, both
14  of which involve transient analyses of radial
15  flow.  Is that correct?
16      A.  Could you be more specific in
17  identifying the two procedures you're
18  referencing.  I need --
19      Q.  Two different methods, I said.
20      A.  I need definition of the methods.  If
21  they're associated with names of specific
22  people who developed the methods, I can respond
23  to your question.
24      Q.  We'll get it.  We'll give it to you in
25  just a second.

Page 164

1       A.  Thank you.
2       Q.  One of them was Theis.  I'm trying to
3   remember the other name myself.  Hantush.  The
4   Theis method and the Hantush method.
5       A.  Yes, sir.
6       Q.  Both of those involve transient
7   analyses of radial flow, isn't that correct?
8       A.  I believe that's correct.
9       Q.  And these pumping tests resulted in
10  values of hydraulic conductivity and storage
11  coefficient for the marsh as testified to by
12  Dr. Rogers.  Is that correct?
13      A.  I cannot respond because I don't
14  recall the storage coefficient part.
15  Certainly, I recall the hydraulic conductivity.
16  And then pursuing whether or not that hydraulic
17  conductivity considered changes in void ratio
18  or changes in saturation, and I testified to
19  you that they did not.
20      Q.  I thought we covered this yesterday.
21  So, you say you don't remember them reflecting
22  storage coefficient?  I think we showed that to
23  you yesterday and you acknowledged that it did
24  produce that as well as hydraulic permeability.
25      A.  And that's correct --

41 (Pages 161 to 164)

DR. ROBERT BEA                                    March 28, 2012

Page 165

1    Q.  Okay.
2    A.  -- but I did not employ storages
3  coefficient.
4    Q.  I'm not asking whether you employed
5  it.  I'm asking -- you need -- I know we're
6  getting close to lunch, but, I'm trying to get
7  finished here.  The pumping test resulted in
8  values of hydraulic conductivity and storage
9  coefficient for this, quote, marsh, close
10  quote, layer.  Is that correct?
11    A.  Yes.  We reviewed that yesterday.
12    Q.  Thank you.  And to evaluate the flow
13  regime during Katrina, you used the value of
14  hydraulic conductivity obtained from the
15  pumping tests, is that correct?
16    A.  That was one of the primary sources of
17  information we used to identify a specific
18  value together with ranges of that best
19  estimate value.
20    Q.  Your best estimate as stated in your
21  report is 10 to the -5 centimeters per second
22  for hydraulic conductivity, correct?
23    A.  That's correct, sir.
24    Q.  And that is exactly what Dr. Rogers
25  said his best estimate was, isn't that correct?

Page 166

1    A.  That's correct, sir.
2    Q.  Okay.  But, if I understood your
3  testimony yesterday -- this is the main reason
4  for any questions on this subject now -- you
5  decided, a priori, to model the flow as steady
6  flow and to approximate that condition, used a
7  very low value of M sub V equal the 1 times 10
8  to the -91 over PSF in, your flow analyses for
9  the EBIA during Katrina, correct?
10    A.  That's correct.
11    Q.  These steady flow analyses disregard
12  the site specific value of storage coefficient
13  determined from the pumping tests, isn't that
14  correct?
15    A.  Yes.
16    Q.  Please describe steady flow as you are
17  using that term in your testimony.
18    A.  That term is defined in the text by
19  Lambe and Whitman and can be discriminated as
20  follows:  The flow analysis does not include
21  changes in either void ratio or saturation in
22  the soils.  So we're treating only the part
23  defined as steady flow.
24    Q.  Is there flow in what you are calling
25  steady flow?

Page 167

1    A.  There is transmission of pressure.
2  That's the portion that this entire
3  investigation, at least on my part, has
4  attempted to focus on.
5    Q.  I appreciate the speech.  I understand
6  that from your testimony yesterday.  Now let's
7  get an answer to the question I asked, as
8  opposed to the one you wanted to answer.
9      My question was, is there flow in what
10  you are calling steady flow?
11    A.  Yes.  There's transmission of fluid.
12    Q.  Thank you.  Is there a change in the
13  quantity of flow with time in your analyses?
14    A.  Yes.
15    Q.  When does the flow change?
16    A.  Oh, it changes when I change the
17  hydraulic forcing function.  And we provided
18  the --
19    Q.  Okay.  Have you quantified --
20    MR. STEVENS:
21      Excuse me.  He was in the middle
22    of a sentence.
23    A.  We provided for you time snapshots of
24  those changes as a function in the changes in
25  the hydraulic forcing function represented by

Page 168

1  the surge water elevation hydrographs.
2  EXAMINATION BY MR. TREEBY:
3    Q.  Have you quantified how much flow
4  occurred?
5    A.  No.
6    Q.  Now, this will call for a speech:  I
7  don't mind telling you that.
8    MR. STEVENS:
9      Bill, we don't need the comments,
10    please.  Your prefatory comment --
11    MR. TREEBY:
12      Dr. Bea knows exactly where I'm
13    going in this, and quit objecting
14    before the question is finished.
15    MR. STEVENS:
16      I'm objecting because the
17    question is not a question.
18    MR. TREEBY:
19      Oh.  I'm not finished.  It will
20    be a question.  It will be a question.
21    I'm making it a question.
22    MR. STEVENS:
23      Now we have a speech.
24  EXAMINATION BY MR. TREEBY:
25    Q.  Can you, Dr. Bea, please, at any

42 (Pages 165 to 168)

JOHNS, PENDLETON COURT REPORTERS                  504 219-1993

DR. ROBERT BEA                                                March 28, 2012

Page 169

1    length you wish to, or any minor length you
2    wish to, explain your justification to model
3    the flow problem in this case as steady flow.
4         A.  Yes.
5         MR. STEVENS:
6              Amen.  We're finally on the topic
7         at noon the second day.
8              Please proceed, Dr. Bea.
9         A.  It's based on the following key
10   elements:  The first is rapidly applied
11   hydraulic loading.  And when I use the term
12   rapidly applied, I'm referring to hurricane
13   surge hydrographs.
14              The second basis is dealing with and
15   addressing the buried swamp-marsh layers.  They
16   are saturated soils without significant free
17   gas in situ.
18              Item 3:  I am referencing pump tests
19   that have determined hydraulic conductivity
20   based on the saturated nature of the soil and
21   the incompressibility of the fluid/soil
22   mixture.
23              No. 3:  I'm basing this analysis on
24   results from piezometer tests in which we
25   measure the hydraulic loading, we measure the

Page 170

1    hydraulic pressure responses, and those
2    included PZ-3 that we discussed yesterday and
3    the piezometers installed by the Army Corps of
4    Engineers as part of their 17th Street Canal
5    safe water level study, and, as well, the work
6    done at the London Avenue test facility to
7    measure response in those soils to transient
8    loadings.
9              The next basis is the current United
10   States Army Corps of Engineers design
11   guidelines for I-walls.  And that includes
12   references to a number of engineering manuals.
13              And the last is, we've corroborated
14   these analyses with hind casting the breach
15   development at the 17th Street Canal, London
16   Canal north, London Canal south, Bayou
17   Bienvenue south, Bayou Dupre north, and all of
18   those applications of steady flow analysis have
19   been published publicly and documented in the
20   course of this series of litigations.
21        Q.  Okay.  How long do you say it took to
22   achieve steady state in the East Bank
23   Industrial Area?
24        A.  Please define what you are considering
25   in the definition of that term steady state.

Page 171

1         Q.  Steady flow.  Steady state flow which
2    is exactly what Lambe & Whitman say it is.  But
3    that's what I'm talking about.  Your steady
4    flow.  How long -- excuse me.
5         A.  Yes, sir.
6         Q.  How long do you say it took to achieve
7    that steady flow?
8         A.  I am not calculating flow.  I'm
9    calculating pressure.  And the available
10   information says it takes minutes.
11             (Lunch break.)
12   EXAMINATION BY MR. SMITH:
13        Q.  Good afternoon, Dr. Bea.
14        A.  Good afternoon.
15        Q.  I know you know my name, it's Robin
16   Smith and I represent the United States.
17             We've met before in this litigation,
18   haven't we?
19        A.  Yes.
20        Q.  If you'll bear with me, I'm getting
21   over a cold so any voice isn't the strongest.
22   I'll do my best the speak up.  And if you don't
23   understand me, you'll let me know, I'm sure.
24        A.  Yes.  Same for me.
25        Q.  Certainly.  Dr. Bea, I'd like you to

Page 172

1    turn to Paragraph 70 in your report.
2         A.  Yes, sir.
3         Q.  I'm going to read to you a portion of
4    this paragraph and I'm going to ask you some
5    questions about it.  I'm going to start I think
6    it's the third, fourth sentence in, During this
7    investigation.
8         A.  Yes.
9         Q.  During this investigation, the Type 2
10   uncertainties have been addressed by
11   developing, quote, validations, close quote, of
12   the analytical models.  These validations
13   involve comparing results from the analytical
14   models that reflect inputs, processing, and
15   outputs, with results from, quote, field tests,
16   close quote.  The comparisons characterized the
17   analytical model uncertainties in the form of,
18   quote, bias, close quote.  The ratio of the
19   true or observed characteristics in the field
20   with the nominal characteristics that result
21   from the analytical models.
22             Did I read take correctly?
23        A.  Yes.
24        Q.  Specifically, Dr. Bea, what analytical
25   models are you referring to?

43 (Pages 169 to 172)

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

A. Well, there's a variety of analytical models involved. In this case, one of the important analytical models are the models we use to compute hydraulic conductivity pressures. Other examples of models would be those models we use to evaluate the stability characteristics of I-walls.
Q. And by name, would those models be SEEP/W for hydraulic conductivity?
A. Correct.
Q. And for stability, would that be SLOPE/W?
A. Correct.
Q. And I'm not sure, does Plaxis fall into the stability category?
A. Yes, it does.
Q. Would those be the three models that you've relied on in this phase of your investigation?
A. There is a second category that I referred to yesterday that are hand-based calculations.
Q. And does that exhaust, then, all the analytical models that you're referring to in Paragraph 70 of your report?

A. Yes.
Q. In this paragraph, you contrast, quote, the true or observed characteristics in the field, close quote, with, quote, the nominal characteristics that result from the analytical models, close quote.
A. Correct.
Q. One of the definitions of nominal, from the American Heritage Dictionary, is, quote, insignificantly small, trifling.
Did you use the word nominal in this sense?
A. No, sir.
Q. Another definition is, quote, existing in name only, close quote.
Did you use nominal in this sense?
A. No.
Q. What in what sense did you use the word nominal?
A. Nominal represents the outputs from the analytical models. You can envision an analytical model as consisting of three parts: One part are the input characteristics; the second is the quantitative analytical processes, and qualitative analytical processes

that then produce outputs. The outputs are what I'm referring to as nominal.
Q. So as you've used it in this paragraph, then, the phrase nominal characteristic that resulted from the analytical models is synonymous with the word outputs.
A. Correct.
Q. Dr. Bea, do you agree that these programs SEEP/W, SLOPE/W and Plaxis are used and for many years have been used by geotechnical engineers to solve seepage and slope stability problems?
A. Yes, sir.
Q. Okay. And when you say in this paragraph that you have validated this model, have you done anything in your validation process that should be brought to the attention of the broader geotechnical engineering community to increase their confidence in the reliability of these programs?
A. Yes.
Q. And what would that be?
A. Well, for example, during the last four years we've been sponsored by the National

Science Foundation to study complex infrastructure systems located in the California delta. A principal component in those infrastructure systems are earthen levees.
As we have moved through that research, we've had to validate models associated with the global stability of the levees and validate models associated with the evaluation of seepage pressures generated under those levees. That has entailed accessing field data measurements gathered at known sites, and then we employ the analytical models in an attempt to produce results to compare with the actual measurements.
We've done that for both hydraulic pressure effects and lateral stability of the earthen levees. That work has been published in a series of reports, papers, to the National Science Foundation since 2008.
Q. Did I understand you to say that that study involved levees in the Sacramento Valley?
A. Correct.
Q. In Paragraph 70, this is my question: You say that during this investigation --

**DR. ROBERT BEA**                                          **March 28, 2012**

Page 177

1    A.  Well --
2    Q.  -- you have attempted to validate
3  these models.
4        Let me just ask the question so the
5  question is clear.  Have you done anything in
6  this investigation, or in this litigation, that
7  you consider to be a validation of these
8  models?
9    A.  Yes.
10   Q.  And what would that be?
11   A.  Well, for example, we engaged the same
12  models in the evaluation of the causation of
13  the breach at the 17th Street Canal and the non
14  breach at the same location.
15       Now, the work going on relative to
16  this litigation has benefited from the work, at
17  the same time, in the National Science
18  Foundation.  Both sets of analytical endeavors
19  have been documented in the professional
20  literature.
21   Q.  Dr. Bea, if I heard you correctly in
22  your response, you said, we engaged these
23  models at 17th Street.
24       You're not a licensed user of SEEP/W,
25  are you?

Page 178

1    A.  No.
2    Q.  You're not a licensed user of SLOPE/W,
3  are you?
4    A.  No.
5    Q.  You're not a licensed user of Plaxis,
6  are you?
7    A.  No.
8    Q.  How can you say, we engaged these
9  programs at 17th Street, when you're not a user
10  of any of them?
11   A.  That's the purpose of my collaboration
12  with people such as Dr. Grunauer and
13  Dr. Cobos-Roa and Dr. Rune Storesund.  Those
14  people have the access, in some cases license,
15  to use those analytical tools.  In a
16  collaborative way, I worked with those people
17  to arrive at a set of inputs that I must
18  validate and take responsibility for the
19  accuracy of those, and appropriateness of those
20  inputs.  They then operate the digital computer
21  programs that you cited.  It then produces
22  outputs.  At that point, it's incumbent on me
23  to validate the outputs.  That's the point at
24  which I utilize first principles techniques
25  that I have identified as hand calculation

Page 179

1  based techniques.
2        When that process has been completed.
3  We then take the results and compare them with
4  the available information on observed behavior.
5  For example, at the 17th Street Canal, thanks
6  to videotape recordings performed by Capt. Paul
7  Hellmers, we have good photographic records of
8  the development of the breach.
9        And immediately across from the breach
10  we have excellent information on its
11  performance.
12       We also have eyewitness performance,
13  from people who were on the Jefferson Parish
14  side observing the development of swirls that
15  looked like in a toilet bowl on the canal side,
16  in the immediate vicinity of the initiation
17  area for the breach.
18       So we're attempting -- or we are
19  gathering information from all of the sources
20  that we can to corroborate the outputs from our
21  analytical model.  It's a very intense and
22  extensive effort.
23   Q.  If I could summarize my understanding,
24  and correct me if I'm wrong, it seems that what
25  happens is you don't run the models.

Page 180

1        You don't run any of those models; is
2  that correct.
3    A.  That's incorrect.  I run the hand
4  calculation based models.
5    Q.  Okay.  For purposes of my questions,
6  I'll say, you don't run any of the computer
7  models.  Is that correct?
8    A.  That's correct.
9    Q.  Okay.  You collaborate with
10  Dr. Grunauer, Mr. Cobos-Roa, and Dr. Storesund
11  in developing the inputs for those models.
12   A.  Correct.
13   Q.  And you take responsibility for the
14  accuracy of those inputs.
15   A.  That's correct.
16   Q.  And then they run the software models
17  on the computers.  Correct?
18   A.  That's correct.
19   Q.  And they give you the outputs from
20  their model runs, and you compare their outputs
21  to other available data, and you compare that
22  with your own hand analysis --
23   A.  (Nods affirmatively.)
24   Q.  -- to determine whether the model
25  outputs, the computer model outputs, are what

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**DR. ROBERT BEA**                                          **March 28, 2012**

Page 181

1   you would call valid.
2       A.  That's correct.  That process is
3   prescribed for civil engineering in the
4   guidelines published by the American Society of
5   Civil Engineering for Forensic Investigation of
6   Failures.  There's actually a field within
7   civil engineering that's devoted to this art
8   and science of forensic engineering.
9       Q.  You testified yesterday, doctor, if I
10  recall correctly, that you drew some flownets
11  to analyze the accuracy of the SEEP/W outputs.
12      Is that correct?
13      A.  That's correct.
14      Q.  What sort of hand calculations did you
15  do to validate the outputs from SLOPE/W?
16      A.  At the 17th Street Canal, and this is
17  documented in my expert report, documented in
18  reliance material produced for that litigation,
19  we -- I documented the entire system, including
20  hand calculation validations and the comparison
21  with field observations.
22      Q.  Did you validate the SLOPE/W outputs
23  with respect to the IHNC floodwall failures?
24      A.  Yes.
25      Q.  Do you have those hand calculations

Page 182

1   that you used to validate the SLOPE/W model?
2       A.  No.  With the exception of the one
3   case that I testified to yesterday, with the
4   flow nets, and that are sitting on the table to
5   the right-hand side of my study desk.  That's
6   one I know for sure.
7       The library of work that we developed
8   in the course of these validation studies I had
9   to export from my home office to my university
10  office.  I've not consulted them recently.
11  Some of those hand calculations may be in those
12  files.
13      Q.  Why do you have one flow net on your
14  desk at home but none of the others?
15      A.  Well, the flow net I drew was
16  developed in my process of beginning the draft
17  of my expert rebuttal report.  So it's very
18  recent.  And, of course, I'm trying to return
19  to my home office so that I can complete it
20  before April 2nd.
21      Q.  When you say complete it, you don't
22  mean complete the flow net that's beside your
23  desk, do you?
24      A.  That's correct.
25      Q.  You mean complete your rebuttal

Page 183

1   report.
2       A.  Yes, sir.
3       Q.  The flow net that's on your desk or
4   next to your desk at home, does that validate
5   SLOPE/W and SEEP/W?
6       A.  No.  It's only working to validate
7   outputs from SEEP/W.
8       Q.  So as far as you know today, there are
9   no hand calculations that validate the model
10  run outputs of either SLOPE/W or Plaxis.  Would
11  that be correct?
12      A.  No.  The work I described at 17th
13  Street Canal is documented, and it involves a
14  validation of the three digital computer
15  programs that we've discussed and contains the
16  results from the hand calculations I performed
17  to evaluate the combined effect from hydraulic
18  conductivity pressures and lateral instability
19  of the floodwall and the levee.  So the hand
20  calculation captures those two categories of
21  effects.
22      Q.  At 17th Street Canal.
23      A.  Correct.
24      Q.  And that's not an analysis that you
25  performed in this case, is it?

Page 184

1       A.  Well, it's not the same, because the
2   geotechnical conditions, the I-wall conditions,
3   are different.  So those things are specific to
4   that location.
5       Over here on the Industrial Canal, as
6   we move through the process, we have endeavored
7   to do the same validations, and that process
8   started in Phase I with the Independent Levee
9   Investigation Team effort, and then has moved
10  progressively in time to the present day and
11  the results that are included in my expert
12  report dated February the first 2012.
13      Q.  Dr. Bea, why did the validations for
14  17th Street Canal exist, but not for the IHNC?
15      A.  Well, they do exist for the IHNC.  We
16  published some.  Those are the Independent
17  Levee Investigation Team report.  That's
18  public.  And then we published in the
19  Electronic Journal of Geotechnical --
20      Q.  Just -- excuse me.  I'll let you go
21  ahead, but I'm not sure that you're answering
22  my question.
23      A.  Okay.
24      Q.  My question is about your hand
25  calculations.

46 (Pages 181 to 184)

**JOHNS, PENDLETON COURT REPORTERS**              **504 219-1993**

DR. ROBERT BEA                                                    March 28, 2012

Page 185

1     A.   Okay.
2     Q.   You say that you validated 17th Street
3   by doing hand calculations.
4     A.   That's correct.
5     Q.   You say you validated your computer
6   model runs in this litigation with hand
7   calculations.
8     A.   That's correct.
9     Q.   Correct?  You're telling me today that
10  you have the hand validations that you did for
11  17th Street.  Correct?
12    A.   I think I have them.
13    Q.   But you're telling me you don't have
14  them for the IHNC breaches that are at issue in
15  this litigation.  Is that correct?
16    A.   With the exception of one I cited
17  yesterday.
18    Q.   So that's my question:  We're doing
19  this litigation now.  This is more recent than
20  the 17th Street Canal litigation.
21    A.   I'm sorry, sir.
22    Q.   Why do you have hand calculations to
23  validate your model runs at 17th Street and not
24  for the breaches that are at issue in this
25  litigation?

Page 186

1     A.   The hand calculation I did, or hand
2   calculations plural, at 17th Street, have been
3   now published and documented in my expert
4   report.  As we have come through the history at
5   the Lower Ninth Ward, as we completed a
6   particular phase in that history, I didn't
7   retain those hand calculations.  They were done
8   on the back of printed paper.  I don't throw
9   away paper when the back is still available.  I
10  kept these until we completed that activity and
11  then discarded them.
12    Q.   It's not your contention, though --
13  just to make this clear, it's not your
14  contention, is it, that the model runs that
15  were done by the UC Berkeley students for this
16  report, in this case, are validated by the hand
17  calculations that were previously published for
18  17th Street Canal, is it?
19    A.   Oh, no.  That would be inappropriate.
20    Q.   Dr. Bea, I'll continue to talk about
21  Paragraph 70 in your report.  In the same
22  sentences -- that's fine, you can look at it if
23  you want to, because I am going to ask you
24  about specific wording in the sentences that I
25  read earlier.  In those sentences that I read

Page 187

1   out of the middle of this Paragraph 70 in your
2   report, you say that you validated these
3   analytical models by, quote, comparing results
4   from the analytical models that reflected
5   inputs, processing, and outputs with results
6   from field tests.  Is that correct?
7     A.   Correct.  The term test is used in a
8   generic form.  It could be formal experiments.
9   An example would be the E-99 load test, or
10  results from the London Avenue Canal test.  Or
11  they could be tests in the sense of actual
12  performance of the floodwalls, levees of
13  concern in Hurricane Katrina, or in other
14  appropriate transient loading conditions.
15    Q.   If I understand your answer correctly,
16  you included in your definition of the phrase
17  field tests the actual performance of the IHNC
18  levee and floodwall during Hurricane Katrina.
19    A.   That's correct.
20    Q.   So when you use the term test, it's
21  not used in the scientific sense of something
22  that's repeatable.  Is that correct?
23    A.   Well, that's incorrect.  I'm using
24  test in the definition in forensic engineering.
25  A test can be the experiment you're talking

Page 188

1   about where it's under controlled conditions
2   and can, in fact, be repeated.  In the case of
3   field performance, unfortunately, that can't be
4   as highly controlled and can't be repeated
5   until there's a subsequent loading event to
6   continue the validation.  Two categories in
7   testing.
8     Q.   You testified yesterday that you,
9   personally, did not participate in the design
10  or supervision of the field testing program
11  that was undertaken by the parties in this
12  case.  Is that correct?
13    A.   Well, I served only as an observer.  I
14  was not engaged in the design.  True experts in
15  this field were.
16    Q.   And you testified that you knew, at
17  the time, that the plaintiffs were opting not
18  to participate in many of the field and
19  laboratory tests being performed to determine
20  soil properties as the EBIA, correct?
21    A.   Yes, sir.
22    Q.   And yet your testimony today is that
23  you use field tests such as those that were
24  performed as part of the joint soils and
25  exploration testing program to assist you in

47 (Pages 185 to 188)

**DR. ROBERT BEA**                                    **March 28, 2012**

Page 189

1  validating computer modem runs.  Is that
2  correct?
3      A.  No.  They assist me in determining
4  inputs to those analytical computational tools.
5  I did not perform any analyses of the results
6  from the pump testing or slug testing.
7      Q.  But those are the sorts of test
8  results, field test results that you would
9  ordinarily use to validate the program,
10  correct?
11      A.  No.  My validations are focused on
12  systems in the field, such as at the Lower
13  Ninth Ward breach, near breach, non breach, or
14  the other cases I cited previously.
15      Q.  So when you say -- again, I believe
16  I'm reading this correctly from Paragraph 70.
17  These validations involve comparing results
18  from the analytical models with results from
19  field tests.
20      A.  Correct.
21      Q.  Those are not the sort of field tests
22  that were performed in this litigation.  Is
23  that what your testimony is today?
24      A.  Those are the not the field tests I'm
25  referring to.

Page 190

1      Q.  In Paragraph 70, those are not the
2  field tests you're referring to.  In
3  Paragraph 70 which is talking about this
4  investigation.
5      A.  Uh-huh.
6      Q.  What field tests did you use to
7  validate the modeling in this case?
8      A.  I cited it previously.  I cited the
9  work that we've done in the California delta, I
10  cited the work that we've done progressively
11  through time in the Greater New Orleans area
12  associated with actual performance of I-walls
13  and earthen levees.
14      Q.  I'm sorry, Dr. Bea.  What field tests
15  did you rely on to validate the modeling in
16  this litigation, the computer modeling that was
17  done using SEEP/W, SLOPE/W, and Plaxis?
18      A.  With use of those tools in all of the
19  cases I cited.  We developed what we call an
20  appropriate forensic engineering pedigree for
21  the entire analytical process, and so these
22  previous case history studies are a part of
23  that pedigree.
24      Q.  You did not rely on any of the field
25  tests that were performed at the EBIA to

Page 191

1  validate SEEP/W, SLOPE/W, or Plaxis model runs
2  that you relied on for your expert opinion in
3  this case.  Is that correct?
4      A.  Correct.  I would add for you, if I
5  had they would be documented in my expert
6  report.
7      Q.  Okay.  So perhaps -- it sounds to me
8  like you've previously validated these software
9  programs by your prior investigations at London
10  Avenue Canal, in the Sacramento River Valley,
11  you validated those models by comparing their
12  outputs with field tests that you did in those
13  other locations.
14      A.  As long as --
15      Q.  Is that correct?  Is my understanding
16  correct?
17      A.  As long as you're understanding
18  encompasses the two categories of field test
19  that I have defined as I use that term.  And
20  that includes the breaches at the Lower Ninth
21  Ward.  And the non breach or near breach.
22      Q.  Did you perform a comparison of the
23  SEEP/W outputs with the field test results in
24  the joint soils and exploration testing program
25  in this case?

Page 192

1      A.  No.
2      Q.  Did you compare the SLOPE/W model run
3  outputs with the field test results from the
4  joint soils testing and exploration program in
5  this case?
6      A.  I was not aware of any results from
7  the field testing program performed in 2011
8  associated with this case that were appropriate
9  to validate slope stability analyses.
10      Q.  Did you compare SLOPE/W model run
11  outputs with any of the laboratory test results
12  from the joint exploration program in this
13  case?
14      A.  Well, laboratory test results don't
15  fall in the two categories I cited.  Laboratory
16  test results are useful in guiding the input
17  characterizations that are required for these
18  analyses.
19      Q.  So my question was, did you compare
20  any of the SLOPE/W model run outputs with the
21  laboratory tests in this litigation?
22      A.  We can't.
23      Q.  So the answer is no.
24      A.  Correct.
25      Q.  Did you use any of the laboratory test

48 (Pages 189 to 192)

DR. ROBERT BEA                                          March 28, 2012

Page 193

1    results in this litigation in setting the
2    inputs for SLOPE/W, the model runs in this
3    case?
4       A.   In some cases, yes.  When the
5    information on elements concerning organic
6    contents, that was a product of this work, on
7    grain size distributions, that was a product of
8    this work, on the stratigraphy, that was a
9    product of this work, um -- even the laboratory
10   consolidation testing that came from this work
11   provided useful information for the analyses of
12   the North Breach, South Breach, and near
13   breach.  So, yes, take advantage of the
14   information.
15          The frustrating part of all of this is
16   at the time of writing my February 1st report,
17   the results from the field testing were not
18   documented in a form that I could find
19   coherent, and the report was submitted during
20   March, that I was first able to get a
21   reasonably coherent report.  And yesterday I
22   referred to several mystifying things that
23   happened between the field reporting and the
24   final reporting that I'm attempting to
25   understand.

Page 194

1          So -- and the work coming from this
2    very important field study is not in the work
3    I've done, or received the attention that it
4    should receive, and that's not because I'm
5    goofing off or trying to ignore anything.  My
6    work is being driven by the court calendar.
7       Q.   Dr. Bea, did you use any of the
8    laboratory or field test results from the
9    parties' program in this litigation to either
10   validated Plaxis or to set inputs for Plaxis,
11   the model runs in this litigation?
12      A.   No.  And that's because the laboratory
13   test is not a comparison for the result 's
14   output of a lateral stability analysis for a
15   particular location.  The laboratory test
16   results are providing information for the
17   inputs to go into such a validation.
18      Q.   You've mentioned Mr. Cobos-Roa and
19   Dr. Grunauer perhaps a little bit like they're
20   Siamese twins.  It seems like they're --
21      A.   They don't look anything alike.
22      Q.   -- they're always mentioned in the
23   same sentence.
24          Did one of those gentlemen run one
25   specific set of models and another one run a

Page 195

1    different set of models, or did they each
2    participate in the running of all three
3    different types of computer models, if you
4    know?
5       A.   Well, first, if you would --
6       Q.   Okay, let me just break it down.
7       A.   Mr. Smith --
8       Q.   Let me withdraw that question.  Let me
9    ask you a simple question so we don't have a
10   20-minute answer here.
11      A.   I'm sorry if I'm slow.
12      Q.   Who ran the SEEP/W models that you
13   rely on for your opinions in this case?
14      A.   That was principally to-be Dr.~Diego
15   Cobos-Roa.
16      Q.   And who run the SLOPE/W model?
17      A.   The majority of that work was done by
18   Diego Cobos-Roa.  He was assisted in that
19   component by Dr. Grunauer.
20      Q.   Who assisted him in the SEEP/W model
21   runs?
22      A.   I did.  Inputs for -- well, yes,
23   inputs for the SEEP/W model were also provided
24   by Dr. David Rogers and Mr. Kevin Pope.
25      Q.   Other than providing suggestions

Page 196

1    concerning input values, did anyone assist
2    Mr. Cobos-Roa in his SEEP/W model runs?
3       A.   Me.
4       Q.   What assistance did you give
5    Mr. Cobos-Roa in running the SEEP/W software?
6       A.   Validation of input values, validation
7    of the 5 appropriate parameters to use within
8    the program, and then assistance in validating
9    and interpreting properly the outputs.  That's
10   my job.
11      Q.   Okay.  Do you draw a distinction
12   between what you did and what Dr. Rogers and
13   Mr. Pope did with respect --
14      A.   Oh, yes.  I'm sorry for interrupting
15   you, sir.
16      Q.   -- with respect to developing the
17   inputs for the SEEP/W model?
18      A.   Yes.
19      Q.   What's the difference between -- what
20   did Dr. Rogers and Mr. Pope do?
21      A.   They provided information that I have
22   to then take, understand, analyze, together
23   with the other information required for these
24   analyses.  I then interactively work the
25   definition of the inputs, develop them, with

49 (Pages 193 to 196)

DR. ROBERT BEA                                          March 28, 2012

Page 197

1    Diego Cobos-Roa in the cases we're discussing.
2    At the same time, check what's going on inside
3    their computational process.  Then, when the
4    outputs come out, I have to then validate what
5    is coming out in terms of its sensibility.  And
6    it's at that point, as appropriate, I engage
7    hand calculation techniques to assure myself
8    that the output is reliable.
9         I hope that's not too long of an
10   answer, but that's the process.
11        Q.  Let me just ask a question.
12        Dr. Bea, did you say that you check
13   what's going on inside that computational
14   process?
15        A.  I have t understand the basic theory
16   that is encoded in that process, because the
17   computer program is a general purpose computer
18   program used for a wide variety of problems.
19   In this case, we were focused on a subset of
20   that wide domain of problems.  So I have to be
21   sure that we're not mixing things for specific
22   with things intended for general application.
23        That's called forensic engineering.
24        Q.  Did Dr. Rogers and Mr. Pope
25   communicate directly with Mr. Cobos-Roa?

Page 198

1        A.  In some cases, yes.
2        Q.  And in some cases they communicated
3    information to you?
4        A.  Correct.
5        Q.  And you acted as an intermediary
6    between them and Mr. Cobos-Roa.
7        A.  In some cases.  In addition,
8    Dr. Storesund was heavily involved in this
9    entire set of interactions.
10        Q.  In the section of Paragraph 70 that I
11   read to you previously, you said that you
12   compared results that reflect inputs,
13   processing, and outputs.  I think you've
14   previously stated that results is essentially
15   synonymous with outputs.
16        A.  Correct.
17        Q.  So you didn't really compare results
18   with outputs, they are one in the same.
19        A.  Correct.
20        Q.  And in looking at the outputs that you
21   got, let's just say for SEEP/W.
22        A.  Okay.
23        Q.  Were you able to differentiate between
24   outputs that were -- that reflected, to use
25   your word in the sentence, that reflected

Page 199

1    inputs as opposed to outputs that reflected
2    processing?
3        A.  I'm confused --
4        Q.  Right.  Okay.  Let me --
5        A.  -- as to your question.
6        Q.  I'm trying to understand your
7    sentence.
8        A.  Okay.
9        Q.  Does your sentence imply that when you
10   get outputs from SEEP/W --
11        A.  Okay.
12        Q.  -- that you're able to differentiate
13   between the influence of the inputs and the
14   influence of the processing.
15        A.  Yes.
16        Q.  So when you get an output --
17        A.  Right.
18        Q.  -- a numerical output from SLOPE/W, or
19   a graph from SLOPE/W --
20        A.  Correct.
21        Q.  -- or SEEP/W, for instance --
22        A.  Correct.  Either one.
23        Q.  -- you can look at that output and you
24   can say, this is attributable to the input.
25        A.  Oh, no.  You have to perform

Page 200

1    parametric sensitivity studies that then
2    enhance your ability to tell what parameters
3    are controlling what things.  That's called
4    parametric analysis.  And we documented --
5        Q.  You did that in this case; correct?
6        A.  That's correct.  That's forensic
7    engineering.
8        Q.  Would you agree that choices made by
9    the operator of, for instance, SEEP/W, apart
10   from the soil material property values that you
11   assigned for the relevant soils in this
12   litigation, would you agree that decisions made
13   by the operator of the software can influence
14   the outputs from that software even without
15   changing the soil property values that are used
16   to input the model runs?
17        A.  Yes.  That's why it's so important to
18   carry the validation process coherently through
19   all three of those steps.  If you lose control
20   of any one of the steps, you can lose control
21   of the output characterizations.
22        Q.  Would you agree that the seepage and
23   stability model results that were obtained by
24   Mr. Cobos-Roa and Dr. Grunauer form an
25   essential underpinning of your opinions in this

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DR. ROBERT BEA                                         March 28, 2012

Page 201

1   case?
2       A.  Yes.
3       Q.  Would it be fair to say that the
4   seepage and slope stability modeling performed
5   by Mr. Cobos-Roa and Dr. Grunauer provide data
6   that are necessary to your opinions about the
7   causes of the IHNC floodwall failures?
8       A.  If you would give me a few seconds to
9   connect this machine up --
10          THE WITNESS:
11              It's Control O?
12      A.  If you would add into your question
13   Dr. Rune Storesund, the answer is yes.
14   EXAMINATION BY MR. SMITH:
15      Q.  And we need to add his name in there
16   because he did some of the model runs?
17      A.  He assisted in inputs and assisted in
18   output characterizations, validations.  The
19   actual performance of the analytical
20   calculations with SEEP/W, SLOPE, were performed
21   by Diego Cobos-Roa and Dr. Grunauer.
22      Q.  I'd like to just consider each of
23   those various models, the three models,
24   SLOPE/W, SEEP/W, and Plaxis.
25          Could you provide a list of the inputs

Page 202

1   that were used to generate the model run
2   outputs in this litigation?
3       A.  I could.
4       Q.  Can you tell us today what those would
5   be?
6       A.  No.
7       Q.  You don't know any of the inputs just
8   as you sit here today?
9       A.  No, I couldn't provide you with a
10   comprehensive list sitting here at this time,
11   today.  I would be glad to provide you with a
12   complete list.
13      Q.  Okay.  Can you give me any of the
14   inputs that you worked with Mr. Cobos-Roa to
15   enter into the SEEP/W program?
16      A.  Well, you could start, first, with the
17   cross-sections that are documented in Appendix
18   B of my report.  So those cross-sections are
19   critical parts of inputs.  I described for you
20   how the Case 1 inputs were developed, how the
21   Case 2 inputs were developed.  The next
22   important sets of things that have to go into
23   that, I elicited in the time before lunch where
24   we were addressing the issues associated with
25   steady flow seepage analyses.  So there's a

Page 203

1   wide variety of input and operating control
2   parameters that I was responsible for.
3           And then we have the outputs, and in
4   this case those outputs are primarily focused
5   on pressures that are important in the
6   assessment of the lateral instability.  So I
7   have to move through those steps for SEEP/W.
8           The same kinds of things also have to
9   be done for SLOPE/W.  And SLOPE/W has some new
10   elements, most of which are extremely well
11   documented in the 2006, 2011 later edition, of
12   the U.S. Army Corps of Engineers guidelines for
13   the design of new and analysis of existing
14   I-walls.  Such things as tension cracks and
15   those elements.
16      Q.  Wait.  I'm sorry.  I think either I've
17   lost focus or you've lost focus here, but
18   somewhere along the way I don't see what you're
19   saying is connected to my question.  So if you
20   need to ask more, but I thought my question was
21   about the inputs in SEEP/W.  And you've moved
22   on, now you're talking about SLOPE/W.
23      A.  Well, you've mentioned three computer
24   programs.  I wrote them down.  So what I'm
25   doing is moving to another category to answer

Page 204

1   your question.
2       Q.  Okay.  So you're going to give me all
3   three of them, SLOPE/W inputs, Plaxis inputs,
4   and SEEP/W inputs.
5       A.  Yes.  My understanding, that's what
6   you want me to address.
7       Q.  You were telling me about the new
8   model that came out, and I wasn't really sure
9   that was responsive to my question, frankly.
10      A.  Well, thank you for interacting.  I
11   want you to understand, as well as I can,
12   what's in my knowledge, and, hence, sometimes
13   my over-expansive, boring as hell responses,
14   and I apologize for that.  But it's a complex
15   problem, it requires complex thinking, and
16   simple sound bites are extremely dangerous.  So
17   I'm attempting to avoid that trap.  Please
18   forgive me if I mislead you.
19      Q.  And Dr. Bea, I'm not attempting to
20   entrap you --
21      A.  I know.
22      Q.  -- but I think we're expected to
23   conclude this deposition today.
24      A.  We are.  But I'll be back.
25      Q.  Well, if we don't move along, we may

51 (Pages 201 to 204)

**DR. ROBERT BEA**                                                    **March 28, 2012**

|                                               Page 205 |
| --- |

1  never leave.
2      A.  That my be true for you.  It won't be
3  true for me.
4          MR. STEVENS:
5              Gentleman.  Gentlemen.
6      A.  Oh, do you want -- I'm sorry.  Do you
7  want me to continue?
8  EXAMINATION BY MR. SMITH:
9      Q.  If you could just give me a list,
10  perhaps?
11      A.  You want me to write it down?
12      Q.  No.  No.  No.  If you could give me an
13  oral list.
14      A.  Well, I'm trying to, but before I put
15  you to sleep --
16      Q.  Let's go to SLOPE/W.  I interrupted
17  you.  You were telling me your SLOPE/W inputs.
18      A.  Right.  The quickest way to give you
19  an understanding of the inputs to SLOPE/W are
20  in the 2006, 2011 U.S. Army Corps of Engineers
21  that address design of new and analysis of
22  existing I-walls.  That's an excellent
23  guideline with its associated references.
24          A different set of inputs are required
25  for Plaxis.  It's a nonlinear, finite element

|                                               Page 206 |
| --- |

1  code that requires input of stress/strain
2  characteristics, in addition to other important
3  characteristics such as geometry of erosion
4  trenches, and geometry -- appropriate geometry
5  of tension crack effects.  So there's a number
6  of inputs, very similar to SLOPE/W, that are
7  required for Plaxis.
8      Q.  Can you name one?
9      A.  Shear strength.
10      Q.  Can you name a second one?
11      A.  Shear strain.
12      Q.  Can you name a third one?
13          (Brief interruption.)
14  EXAMINATION BY MR. SMITH:
15      Q.  Is there a third?
16      A.  I'd have to put in the weights of the
17  materials.
18      Q.  The weights did you say?
19      A.  W-E-I-G-H-T-S.
20      Q.  Unit weights?
21      A.  Unit weights.  Yes, sir.
22      Q.  Okay.  I have three.  Is there a
23  fourth?
24      A.  Geometry of erosion trenches on the
25  protected side.

|                                               Page 207 |
| --- |

1      Q.  Site geometry.
2      A.  The what?
3      Q.  Site geometry?
4      A.  Site geometry.
5      Q.  S-I-T-E.  Site geometry?
6      A.  Yeah.  I think that's fair, because
7  that would include the floodwall and the sheet
8  piling.  Those are materials who have
9  geometries and properties that have to also be
10  put into Plaxis.
11      Q.  I thought we were discussing SLOPE/W.
12  Was that a site geometry, shear strength, shear
13  strain, unit weights.  That's my list for
14  SLOPE/W.  Is that what you've given me so far?
15      A.  On SLOPE/W, have to properly
16  characterize the tension crack.  And to prevent
17  me from becoming unnecessarily verbose and
18  taking too much of your time, I reference you
19  to the U.S. Army Corps of Engineers guidelines
20  dated 2006 and 2007.  They've got a very
21  complete list of all of the parameters
22  necessary for SLOPE/W types of analyses.
23          The user manual for Plaxis, to cut it
24  to the quick chase, has a complete list of the
25  inputs required for the operation of that

|                                               Page 208 |
| --- |

1  program.  I believe we provided to you the
2  website links and perhaps even the user's
3  manual for that code.
4      Q.  Dr. Bea, are you aware that the United
5  States has retained an expert in this
6  litigation?
7      A.  Oh, yes.
8      Q.  So I'm not asking you where I could
9  find those answers.  I'm asking you to tell me
10  what you know about these things today.
11      A.  And I did.
12      Q.  Okay.  Do you know any of the inputs
13  for Plaxis?
14      A.  Yes.  I named them.  Or named some of
15  them.
16      Q.  Okay.  I thought we've covered SEEP/W
17  and SLOPE/W.
18      A.  And then we moved to Plaxis.  And
19  that's where I needed stress strength and
20  geometry at the site.  Thank you for that
21  suggestion.  And then I added geometry at
22  tension crack, it's time of development.  I
23  have to do the same for the erosion trench on
24  the protected side.
25          (Brief recess.)

52 (Pages 205 to 208)

**DR. ROBERT BEA**                                    **March 28, 2012**

Page 209

1  EXAMINATION BY MR. SMITH:
2      Q.  Dr. Bea, turn to Paragraph 80 in your
3  report, if you will.
4          MR. STEVENS:
5              80, you said?
6      A.  Yes, sir.
7  EXAMINATION BY MR. SMITH:
8      Q.  In Paragraph 80, you say the plausible
9  ranges in the important soil characteristics
10  were analyzed to determine the, quote,
11  sensitivities, close quote, of the results from
12  the floodwall levee performance analyses.
13          Did I read that correctly?
14      A.  Yes, you did.
15      Q.  Did you perform this analysis?
16      A.  Um -- the -- yes, I assisted in
17  performance of the analyses in the sense of
18  control on the inputs, the processor was held
19  constant, and then was responsible for the
20  review and validation, approval of the outputs.
21          Dr. Cobos-Roa and Dr. Grunauer were
22  responsible for the conduct of the computation
23  that linked the inputs to the outputs.
24      Q.  When was this sensitivity analysis
25  performed?

Page 210

1      A.  During -- well, actually, during both
2  Phase I and Phase II, the effort that concluded
3  with my final report.  And in the reliance
4  material I included the Phase I, Phase II
5  reports that were produced by Mr. Cobos-Roa and
6  Dr. Grunauer.
7      Q.  When you use the terms Phase I and
8  Phase II, you're referring to the four phases
9  of your investigation?
10      A.  No, sir.  I'm referring to the two
11  phases of analytical work done during this
12  current effort.  The first phase was prior to
13  our obtaining initial results from the 2011
14  field testing.  And then Phase II took
15  advantage of that, and other results at that
16  time, and that's what's documented in those two
17  different reports.  The primary parametric
18  studies were done during Phase II.  I
19  prescribed the ranges over which we were to
20  study them, anchored them with the best
21  estimate, best judgment conditions, and that's
22  the product included in my expert report.
23      Q.  And in terms of a month and a year, do
24  you know what month and year this analysis was
25  performed in?

Page 211

1      A.  Phase I work would have been
2  performed, um -- let's see -- late 2011.  And,
3  um -- my memory says Phase II was conducted
4  starting in January -- no, starting actually in
5  December 2011, and then completed during
6  January 2012.  And that input was then -- or
7  those inputs, incorporated into my February 1st
8  report.  The dates on those Phase I, Phase II
9  reports are included in the reliance material I
10  cited.
11      Q.  Did this analysis also include what
12  you previously described as hand calculations?
13      A.  No.  This work that was documented in
14  the reports I cited were produced exclusively
15  by Dr. Grunauer and Mr. Diego Cobos-Roa.
16      Q.  And would the model runs that
17  comprised the sensitivity analysis be within
18  your reliance materials?
19      A.  Yes.  And I included portions of that
20  in my expert report.  I believe they're in
21  Appendix D.
22      Q.  Paragraph 80 says that the plausible
23  range is in the important soil characteristics
24  that were analyzed.  Who decided which soil
25  characteristics were important?

Page 212

1      A.  I did.
2      Q.  What criteria did you use to decide
3  which soil characteristics were important?
4      A.  Their potential effect on important
5  outputs.  And that comes from 58 years of
6  practice in engineering.
7      Q.  What soil characteristics did you
8  decide, based on your 58 years of practice,
9  were important for analyzing seepage?
10      A.  Well, for example, the hydraulic
11  conductivity characteristics, vertical
12  permeabilities, horizontal permeabilities are
13  of great importance, and the results are
14  included in Appendix D.  And the Phase II
15  report by Dr. Grunauer and Mr. Diego Cobos-Roa.
16      Q.  That's the only one?  I asked you what
17  soil characteristics did you decide were
18  important for seepage, and all you told me was
19  hydraulic conductivity?
20      A.  No, that's one example.
21      Q.  Okay.  I'd like a list.  You told me
22  based on your 58 years experience you
23  determined which soil characteristics would
24  have the most influence on seepage results.  Is
25  that correct?

**JOHNS, PENDLETON COURT REPORTERS**          **504 219-1993**

DR. ROBERT BEA                                          March 28, 2012

Page 213

1     A.  That's correct.
2     Q.  Tell me, based on your 58 years of
3   experience, a comprehensive list of all the
4   important soil characteristics for determining
5   seepage outputs.
6     A.  Those are defined in my expert report
7   and in the two reliance reports I cited.
8         Continuing, for seepage, the
9   cross-section characteristics are of critical
10  importance, and those were encompassed in our
11  Case 1, Case 2 cross-sections.  I don't think
12  we varied saltwater, although they we should,
13  density.  It's been inappropriately assumed to
14  be fresh water in most cases.  Um -- we hold
15  the wall constant in terms of its --
16    Q.  Excuse me, Dr. Bea.  My question was
17  about soil characteristics.
18        MR. STEVENS:
19            Excuse me, but you're arguing
20        with him.  He's telling you.  Soil
21        permeability is --
22        MR. SMITH:
23            Top of the wall is not a soil
24        characteristic.
25    A.  It's a characteristic required for the

Page 214

1   SEEP/W analyses.
2   EXAMINATION BY MR. SMITH:
3     Q.  I don't want to be rude, doctor,
4   but --
5     A.  You're not --
6     Q.  Well, I'm sorry if I am.  I'm talking
7   about soil properties.
8     A.  The key soil property are those
9   hydraulic conductivities that were incorporated
10  and are SEEP/W pressure analyses that were then
11  imported into the SLOPE/W stability analyses.
12    Q.  KV and KH.
13    A.  Yes.
14    Q.  58 years.
15    A.  Yes.
16    Q.  That's the only soil characteristic
17  that you can identify that's important for
18  determining seepage outputs using SEEP/W; is
19  that correct?
20    A.  No.  I have to put in the geometry of
21  the system.
22    Q.  Okay.  So after you've put in the
23  geometry of the system, what soil properties
24  did you determine were important for your
25  parametric study?

Page 215

1     A.  KH, KV.
2     Q.  That's it.
3     A.  That's it.
4     Q.  Based on 58 years, that's the only one
5   you thought would have an influence on seepage.
6     A.  Those are the ones that we had
7   determined would have primary impacts
8   potentially on the hydraulic conductivity
9   pressures on the protected side.
10    Q.  So in your sensitivity analysis that
11  you describe in Paragraph 80, in which you
12  state that the plausible ranges in the
13  important soil characteristics were analyzed,
14  the only one that you varied at all in that
15  entire study was hydraulic conductivity.
16    A.  That's only true for the SEEP/W
17  analyses.
18    Q.  So in your 58 years of experience in
19  soil mechanics, you couldn't think of any other
20  soil properties that might have an influence on
21  seepage, if the values were varied within a
22  plausible range?
23    A.  Not for the purposes of the analyses I
24  was performing, that is correct.
25    Q.  So you didn't want to know whether

Page 216

1   seepage would be influenced by any other
2   properties than hydraulic conductivity.  Is
3   that what you mean your purpose is?  I thought
4   the purposes were to determine the
5   sensitivities of your model to various changes
6   in plausible soil property values.  Correct?
7     A.  And we identified two, and those are
8   the two we analyzed.
9         MR. STEVENS:
10            Excuse me.  I want to object to
11        the form of the question, too, Robin.
12        You're asking a question before you
13        get an answer, and you're asking a
14        compound question.  Thank you.
15        MR. SMITH:
16            Objection noted.
17    A.  Those are the two we analyzed.
18  EXAMINATION BY MR. SMITH:
19    Q.  And two are hydraulic conductivity
20  vertical and hydraulic conductivity horizontal.
21    A.  No, the soil geometry, site geometry
22  think is the term you used, was another
23  parametric variation.  That one is perhaps the
24  most important.
25    Q.  Okay.  Let's turn to stability now.

54 (Pages 213 to 216)

Page 217

1         What plausible ranges and important
2    soil characteristics were analyzed to determine
3    the sensitivities of results of the SLOPE/W
4    analyses?
5         A.   We analyzed the site geometry, as you
6    prescribed it; um -- we analyzed the effects of
7    erosion trenches of differing depths as parts
8    of the slope stability analyses; um -- we
9    analyzed, as discussed yesterday, the effects
10   of tension cracks with and without; um -- the,
11   um -- soil strength and weight parameters were
12   in the previous study to this one, that's the
13   2008 through 2010 analyses, we varied the
14   strength parameters prescribed, probability,
15   density functions for the important ones, but
16   to determine the effects of the soil strength
17   weight parameters on the resulting factors of
18   safety, and included in that work, as well, the
19   effects of uplift on the protected side levee
20   blanket.
21        Q.   And those were the stability values
22   that you varied in this sensitivity analysis,
23   is that correct?
24        A.   Yes, sir.
25        Q.   That would be true for -- I'm sorry.

Page 218

1    Did you remember another one?
2         A.   Yes.  I varied widths of the slope
3    stability analyses from narrow to I will use
4    the term wide and quantify that shortly, at the
5    North Breach.  So 3D geometry was introduced at
6    that location to understand the third dimension
7    effect on lateral stability.  That was one I
8    remembered.
9         Q.   Who decided what the ranges -- what
10   ranges were plausible?
11        A.   I did.
12        Q.   Do you recall what the plausible
13   ranges for hydraulic conductivity were?
14        A.   Well, referring to the hydraulic
15   conductivity in the buried swamp-marsh deposit,
16   the best estimate was fixed at 1 times 10 to
17   the -5 centimeters per second.  The +1 standard
18   deviation was set at 1 times 10 to the -4
19   centimeters per second.  And the -1 standard
20   deviation was set at 1 times 10 to the -6
21   centimeters per second.
22        Q.   I'm sorry.  You did say that you did a
23   3D site geometry analysis for stability; is
24   that correct?
25        A.   Yes.  That was done during the barge

Page 219

1    litigation, concerning both North and South
2    Breaches.
3         Q.   Is that 3D analysis in your reliance
4    materials that you furnished to us?
5         A.   It should be.  I believe, um -- you
6    were provided with the reliance materials from
7    the barge case, from the Robinson case, and I
8    think also from the Tenet Memorial Hospital
9    case.  I'm not certain if you were provided
10   with the reliance materials for the 17th Street
11   Canal -- canals litigation.
12        Q.   Did you identify compressibility as a
13   soil property that was important for purposes
14   of your sensitivity analysis?
15        A.   No.
16        Q.   Yesterday you testified that you
17   learned that your seepage analysis was
18   relatively insensitive to variations in
19   hydraulic conductivity.  Is that correct?
20        A.   The output pressures --
21        Q.   First of all, is that correct?  And
22   then you can explain.
23        A.   Okay.  It's only correct if the
24   seepage analyses that you are referring to are
25   those associated with analysis of the pressure

Page 220

1    effects on the protected side.  We also, in an
2    earlier stage, evaluated their effects on the
3    instability of the I-wall due to erosion trench
4    instability.
5         Q.   If I understand your testimony today,
6    then, you did not learn, as part of your
7    sensitivity analysis, that maintaining a very
8    low level of compressibility would render your
9    seepage analyses insensitive to uplift
10   pressures on the protected side.  Is that
11   correct?
12        A.   That is correct.  And the reasons for
13   reasons for that I stated before the lunch
14   break.  There were six of them.
15        Q.   But you didn't recognize the
16   relationship between those two values.  That's
17   my question.
18        Is your testimony today that at the
19   time, in January and December when you were
20   doing the sensitivity analysis, you did not
21   understand that maintaining the soil property
22   in the lower organic clay, which you referred
23   to as the swamp-marsh layer, as virtually
24   incompressible rendered your analysis for
25   uplift pressures relatively insensitive to

55 (Pages 217 to 220)

DR. ROBERT BEA                                        March 28, 2012

Page 221

1  changes in hydraulic conductivity, is that
2  correct?
3      A.  No.  We did recognize that.  The
4  selection of the compressibility was not in
5  accident, it was a conscious choice for the
6  reasons I stated.
7      Q.  Do you know, as you sit here today,
8  whether maintaining that soil compressibility
9  at a very, very low level does render your
10  seepage model outputs relatively insensitive to
11  changes in hydraulic conductivity?
12      A.  That's the reason.  Water that medium,
13  is acting as incompressible so that changes in
14  the elevation head are reflected in changes in
15  the hydraulic head, and that's the direct
16  connection.
17          And incompressible flow makes it one
18  on one.  And that's the reason that we
19  concluded the instantaneous responses that we
20  were seeing in the piezometer records made
21  sense.
22      Q.  So you did know that there was
23  relationship between incompressibility and
24  uplift pressure on the protected side.  Is that
25  correct?

Page 222

1      A.  Yes.
2      Q.  So that's why you didn't include it in
3  your sensitivity study.  You already knew that.
4      A.  We knew that the conditions that we
5  were modeling in the hydraulic conductivity
6  analyses fell in steady flow conditions.  I
7  stated the six reasons for the selection of
8  that characteristic, and that's where the
9  analyses had been founded since 2006.
10      Q.  Do you know whether you used the same
11  value for compressibility in barge -- in your
12  barge analyses that you used for
13  compressibility in this litigation?
14      A.  It better be the same.  As far as I
15  know, it is.  It better be the same in the
16  canals, it better be the same in Tenet Memorial
17  Hospital.  Yes.
18      Q.  And your belief is -- what is that
19  value?
20      A.  1 times 10 to the -9 pounds per square
21  foot.  I think the shorthand term is M sub V.
22      Q.  Okay.  The reason why you used SEEP/W,
23  SLOPE/W and Plaxis and don't rely entirely on
24  hand calculations for analyzing these problems
25  is that they can handle more sophisticated

Page 223

1  problems in a shorter period of time than you
2  can analyze by hand, is that correct?
3      A.  Yes, sir.
4      Q.  You'd agree, I think, professor, if I
5  understand your testimony today, that the
6  essential theoretical tools for solving
7  problems in earth works engineering are the
8  same today as they've been for fifty years.
9      A.  The basic theoretical tools have been
10  there since I went to school.  They've not
11  changed.  Physics and mechanics, thank God, are
12  not amenable to rapid changes.
13      Q.  I've said in my written question I
14  know you're familiar, but I change that to I
15  believe you're familiar, with the text that
16  I've seen described as the Bible of Soil
17  Mechanics.  It's the late Professor Karl
18  Terzaghi and Ralph Peck, Seminal Soil Mechanics
19  in Engineering Practice.  It's listed in your
20  bibliography.  That's why I said you're
21  familiar with it.
22      A.  I'm familiar with it, I had the
23  distinct privilege of working with Dr. Karl
24  Terzaghi as part of my research on cohesion and
25  friction in saturated clays.  I also worked

Page 224

1  with Ruth Terzaghi.  They are indeed small
2  g-O-Ds.
3      Q.  I'm just going to read you a
4  statement.  I don't think it's controversial,
5  but I took this out of the current edition,
6  which observes that the programs like SEEP/W
7  and SLOPE/W and Plaxis make it, quote,
8  increasingly important that the choice of soil
9  properties used in the analyses be based on a
10  fundamentally correct knowledge of soil
11  behavior.  You agree with that, don't you?
12      A.  Yes, sir.  Garbage in, garbage out.
13      Q.  And you also share their opinion that
14  behavior of all retaining walls, earth dams and
15  foundations depends chiefly on the physical
16  properties and the subsoil conditions.
17      A.  Yes.
18      Q.  And you testified yesterday, I think,
19  that you think more than half of your
20  more-than-50-year career as a civil engineer
21  has involved soil mechanics.
22      A.  Yes.
23      Q.  And you're familiar, right, with the
24  Unified Soil Classification System?
25      A.  Yes.  I don't have it memorized.

56 (Pages 221 to 224)

DR. ROBERT BEA                                                  March 28, 2012

Page 225

1    Q.  Right.  It was systemized, I think,
2  initially, by Casagrande?
3    A.  Yes.
4    Q.  And the Corps of Engineers sort of
5  adopted that and developed their own
6  systemization based on Casagrande's classes, is
7  that correct?
8    A.  Yes.  Thank goodness.  Because, you
9  know, I worked for the Corps of Engineers for
10  four and a half years, and a portion of my work
11  for them took me to the Vicksburg experiment
12  station, the waterways experiment station as it
13  was known, and they were world leaders in this
14  technology at that time.
15    Q.  Okay.  And this system of
16  classification is based on, essentially,
17  particle size characteristics of various soils.
18    A.  That's part of it.
19    Q.  And liquid limits and plastic limits.
20    A.  And, let's see, you mentioned water
21  content, organic content, um -- did you mention
22  grain size.
23    Q.  Yes.  Yes.
24    A.  Distribution?  Um --
25    Q.  I said particle.  That's probably what

Page 226

1  threw you off.
2    A.  No, it didn't.  Yes, I think that's
3  correct.
4    Q.  Prior to 2005, Hurricane Katrina,
5  could you approximate how many field
6  explorations to collect undisturbed soil
7  samples you participated in?
8    A.  It must number in the thousands.  That
9  was a principal focus of the early years at my
10  assignment to a drill rig that I did with Shell
11  Oil Company.  We, in one campaign, took over
12  500 soil borings.  I was offshore for six
13  months in that campaign.
14        The rest of my geotechnical work in
15  the field with borings has extended to the
16  arctic Beaufort Sea, to offshore South China
17  Sea, to offshore Australia.  It numbers in the
18  thousands.
19    Q.  And was it typical in these field
20  investigations for initial soil classification
21  to occur in the filed when samples were being
22  collected prior to laboratory testing?
23    A.  Yes.  And, in fact, I used to
24  participate with the field crews to ensure that
25  the classifications in the field made sense.

Page 227

1  And it was amazing how many times it didn't
2  make sense, as someone with the experience
3  wasn't there to advise the people in the field
4  concerning proper classification of the soils.
5        I used to be known as the "dirt eater"
6  for that reason.
7    Q.  So initial classification of soils is
8  often based on visual examination, plus some
9  other sensory attributes of the soil, perhaps
10  odor, color, stiffness?  Is that correct?
11    A.  Add taste and crunchiness in the
12  teeth, and your list is getting pretty good.
13    Q.  Also, sometimes the relative ease or
14  difficulty of advancing the drilling or
15  sampling tools -- I'm sorry.  I said that very
16  quickly.  I'll slow down.  Also, sometimes, the
17  relative ease or difficulty of advancing the
18  drilling and sampling tools, and the
19  consistency of the samples, are evaluated.  Is
20  that correct?
21    A.  Yes.  Crucial.  In this case, one of
22  the very early warning signs is the inability
23  to retrieve samples, the sample tubes come up
24  empty.  The temptation is to allow the process
25  to continue.  But on any borings I was on, that

Page 228

1  was not allowed.  And we began to understand
2  why those samples were not being retrieved.
3  Once that happened, we could retrieve the
4  sample.  The quality of the people in the field
5  is absolutely crucial.
6    Q.  Right.  So the choice of the terms
7  that are used to classify often depend on who's
8  doing the classification in the field, correct?
9    A.  Amen.
10    Q.  Not everybody is going to taste the
11  soil, like you, right Professor?
12    A.  I don't know.
13    Q.  You don't know?  In your experience,
14  everybody you've met does taste it?
15    A.  My wife won't.
16    Q.  Not everyone tastes the soil, right,
17  as parts of their classification of soil, do
18  they?
19    A.  They ones that worked on the jobs I'm
20  talking about learned to do it, yes.
21    Q.  Not everyone tastes the soil as part
22  of their classification, do they?
23    A.  I think that's true.  But since I
24  don't know everyone, I can't be sure.
25    Q.  Would you agree that using a

57 (Pages 225 to 228)

DR. ROBERT BEA                                    March 28, 2012

Page 229

1  classification system that relies on physical
2  tests that furnish numerical values is
3  important --
4      A.  Yes.
5      Q.  -- because --  Okay.
6      A.  The recent technology we've introduced
7  radiography to assist classifications, and
8  there are even electronic systems to produce
9  appropriate classifications in the field.
10     Q.  Okay.  According to the Unified Soil
11 Classification System, Dr. Bea, are all soils
12 divided into two major groups, course grain and
13 fine grain?
14     A.  I'd have to return to the Unified Soil
15 Classification in order to say yes or no to
16 your question.
17     Q.  You don't?
18     A.  I think that's right.  Fine grain,
19 course grain.
20     Q.  Yes.
21     A.  Calcareous soils have got their own,
22 organic soils have their own.  So grain size
23 alone have not sufficient to properly classify
24 the soils.
25     Q.  Do you know the boundary between those

Page 230

1  two categories?
2      A.  Um -- I don't recall it.  That's what
3  my grass and references are for.
4      Q.  So did you rely on Mr. Cobos-Roa and
5  Dr. Grunauer for some of the classification of
6  the soils in this case?
7      A.  No.
8      Q.  I'm just going to read you some
9  descriptions of various types of soil and ask
10 you whether you'd agree with them or not.  If
11 you don't know, you can say that, as well.
12 But, um -- I've taken these from Terzaghi and
13 Peck, and I don't think they're controversial,
14 but I'd just like to know whether you agree or
15 disagree, or maybe you think they are
16 ambiguous, and you can just let me know
17 whatever you think.
18     A.  All right.
19     Q.  Sand is a cohesionless aggregate.
20     A.  Are you through?
21     Q.  (Nods affirmatively.)
22     A.  Yes, it is.
23     Q.  Inorganic silt is a fine grain soil
24 with little or no plasticity.
25     A.  Yes.

Page 231

1      Q.  Organic silt is a fine-grained, more
2  or less plastic soil, with an admixture of
3  finely divided particles of organic matter.
4      A.  That sounds correct.
5      Q.  Clay.  I know you've done work with
6  clay.  Clay is an aggregate of microscopic and
7  submicroscopic particles derived from the
8  chemical decomposition of rock constituents.
9      A.  Correct.
10     Q.  Clay is plastic within a moderate to
11 wide range of water content.
12     A.  Correct.
13     Q.  The permeability of clay is extremely
14 low.
15     A.  Correct.
16     Q.  Organic clay is a clay with sufficient
17 organic content to influence the soil
18 properties.
19     A.  Correct.
20     Q.  When saturated, organic clay is likely
21 to be very compressible.
22     A.  Correct.
23     Q.  Peat is a somewhat fibrous aggregate
24 of macroscopic and microscopic fragments of
25 decayed vegetable matter.

Page 232

1      A.  Correct.
2      Q.  Peat is so compressible that it is
3  almost always unsuitable for supporting
4  foundations.
5      A.  Correct.
6      Q.  Now, I think you probably know this,
7  but under the USCS, if a soil is made up of a
8  combination of two different soil types, the
9  predominant ingredient -- I won't use primary
10 because there could be several primary
11 ingredients.  I think we established that
12 yesterday.
13     A.  Yes.
14     Q.  But the predominant ingredient is
15 expressed as a noun and the less prominent
16 ingredient is a modifying adjective.  For
17 example, silty sands.
18     A.  Yes.
19     Q.  Under the Unified Soil Classification
20 System, the adjective clean has a specific
21 technical definition to denote a specific
22 property of sands and gravels.  Isn't that
23 true?
24     A.  Yes.
25     Q.  When a sand is classified as clean,

58 (Pages 229 to 232)

JOHNS, PENDLETON COURT REPORTERS        504 219-1993

DR. ROBERT BEA                                                March 28, 2012

Page 233

1   what does that label signify?
2       A.  That it's relatively free of other
3   important ingredients, including chemical
4   ingredients.
5       Q.  In your Appendix B at Page 9 -- and
6   you're welcome to turn to that, if you will.
7       A.  Yes, sir.
8       Q.  -- you state -- if I can find the page
9   to help you - it's the first sentence in the
10  paragraph on Page 9.  WGI documentation
11  describes the placement of clean sand backfill
12  in excavated areas in the northern portion of
13  Boland Marine.  And I'm not going to read the
14  parenthetical.
15      That statement is there; correct?
16      A.  Yes.
17      Q.  You didn't specify what WGI
18  documentation you're referring to.  Can
19  you direct us to that specific documentation?
20      A.  I'd have to consult my files to direct
21  you to that specific documentation.
22      Q.  Okay.  On Page 12, under Figure 7,
23  again, we're still in Appendix B, you have a
24  description there that says clean sand backfill
25  was documented by WGI as it was placed in the

Page 234

1   excavation area adjacent to Surekote Road and
2   adjacent floodwall.  Again, I've omitted the
3   parenthetical.
4       When you use the term clean sand in
5   your report, were you using it in the USCS
6   sense?
7       A.  No.  I was referring to the imported
8   river sand I think was the generic term used.
9       Q.  As far as you know, these sands were
10  not subjected to any sort of laboratory
11  testing, were they?
12      A.  Not to my knowledge.
13      Q.  And you don't have any specific
14  information about the grain particle size of
15  these sands, do you, doctor?
16      A.  No.  I wish I did.
17      Q.  And I think you've previously
18  acknowledged this:  A river sand is usually a
19  mixture of sand and silts.
20      Is that correct?
21      A.  Correct.
22      Q.  Are you familiar with the terms well
23  graded and poorly graded?
24      A.  Yes.
25      Q.  What is a well graded sand?

Page 235

1       A.  A wide variety of particle sizes
2   within the sand category.
3       Q.  And then a poorly graded would be just
4   the opposite, right?
5       A.  Correct.
6       Q.  And do these well graded sands and
7   poorly graded sands have different engineering
8   properties?
9       A.  Yes.
10      Q.  Do you know whether the imported river
11  sand was well graded or poorly graded?
12      A.  I believe it was well graded.
13      Q.  And what's your basis for that
14  understanding?
15      A.  Just the visual, um -- appearance of
16  the sand being imported from the river, and
17  knowledge previously acquired as to the
18  creation and distribution characteristics of
19  Mississippi River bar sand deposits.
20      Q.  When you say the appearance of the
21  sand, did you see the sand that was imported?
22      A.  No.  I'm purely interpreting it from
23  the pictures provided in the WGI East Bank
24  Industrial Area site clearing operations.
25      Q.  Are silty sands less permeable than

Page 236

1   pure sands?
2       A.  Yes.
3       Q.  What hydraulic conductivity value did
4   you apply to the imported river sand that was
5   placed in the excavations?
6       A.  I think we used two different ones.
7   One was 1 centimeter per second, and I think
8   the other was .1 centimeters per second.  I'd
9   have to go back to the documentation to confirm
10  the accuracy of those figures, however.
11      Q.  Well, we're going to take a minute to
12  do that, but if you could explain, why were two
13  different hydraulic conductivity values used?
14      A.  Well, as we've progressed through the
15  study, we were attempting to accurately
16  describe the characteristics of the imported
17  river sand.  As we learned more about those
18  characteristics, we then modified the
19  permeability for those river sand backfilled
20  deposits.  So it's trying to reflect changes in
21  our knowledge of what that actually was, being
22  placed in these areas.
23      Q.  So you've given me two different
24  values; 1 centimeter per second, and a tenth of
25  a centimeter per second.  And if I understand

59 (Pages 233 to 236)

**DR. ROBERT BEA**                                          **March 28, 2012**

Page 237

1  your testimony today, one of those estimates
2  better reflects your current understanding of
3  the hydraulic conductivity.
4      A.  (Nods affirmatively.)
5      Q.  Which one?
6      A.  Correct.  The lower value, a tenth of
7  a centimeter per second.  I would have to refer
8  back to the details of the calculations we
9  performed for my expert report to give you an
10  accurate figure for that.  That can be done,
11  and if you'd like, I will do it.
12      Q.  I think Mr. Treeby asked you this
13  question, but I just want to make sure I know
14  the answer:
15      A.  My memory is just not good enough,
16  Mr. Smith, to keep all of these figures up
17  there.
18      Q.  I think he asked you earlier, if I
19  understood the question and the answer, whether
20  it's your opinion today that the use of sand
21  backfill by WGI was an act of negligence that
22  caused the breaches in this case.
23      A.  I don't recall the term negligence.
24  Negligence is something I don't determine.
25  That's determined in a court of law.

Page 238

1      Q.  All right.  Let me change the word
2  negligence to below the standard of care.  I
3  think he used the word appropriate.  We can use
4  the word standard of care, appropriate.  The
5  legal determination may be negligence if you
6  use something that's not appropriate or
7  something that's below the stand or care.
8          So is it your opinion today that the
9  use of sand backfill was below the standard of
10  care?
11      A.  Yes.  It resulted in the deaths of a
12  lot of people, the loss of a lot of homes --
13      Q.  We don't need a speech. Dr. Bea,
14  you've answered my question --
15      A.  I'm sorry.  I want to --
16      MR. STEVENS:
17          He's entitled --
18      MR. SMITH:
19          No, he's not.  He's answered my
20      question.  He's not entitled to
21      speechify.  He is not entitled to make
22      a speech on this record.
23      MR. BRUNO:
24          Guys, does it really make a
25      difference?

Page 239

1      MR. TREEBY:
2          Yeah, it does.
3      MR. SMITH:
4          Yes.  It does make a difference.
5      MR. STEVENS:
6          He'll be given whatever time he
7      needs.
8      MR. SMITH:
9          We've heard enough speeches about
10      this stuff.
11      MR. STEVENS:
12          Say whatever you like, Dr. Bea.
13      Don't go on too long.
14      MR. SMITH:
15          I'm going to move strike to
16      answer as non responsive.
17      MR. STEVENS:
18          You can move to strike it
19      afterwards.  Let him answer it first.
20      Go ahead, Dr. Bea.  Complete your
21      answer.
22      A.  As I think all of us sitting in this
23  room know, people lost their lives.  People
24  lost their property.  The place is still a
25  mess.  Um -- if what was done before this set

Page 240

1  of breaches represents the standard of care,
2  it's not any care or standard I want to refer
3  to.
4          I apologize for my emotional reaction,
5  sir.
6  EXAMINATION BY MR. SMITH:
7      Q.  That's okay.  I understand that your
8  testimony is affected by your emotions in this
9  case, doctor.
10      MR. STEVENS:
11          Please, that is not what he said
12      at all, Robin.
13      MR. TREEBY:
14          It's obvious.
15  EXAMINATION BY MR. SMITH:
16      Q.  Dr. Bea, what characteristic did the
17  sand backfill -- is there some physical
18  characteristic of the sand backfill that is
19  central to your opinion that you've just stated
20  about that being below the standard of care for
21  its use as backfill in these excavations at the
22  EBIA?
23      A.  It's the --
24      Q.  Yes or no, first.
25          Is there some physical property of the

DR. ROBERT BEA                                                 March 28, 2012

Page 241

1   sand backfill that's central to your opinion
2   that its use as backfill fell below the
3   standard of care?
4       A.  Yes.
5       Q.  What is that physical property?
6       A.  It's the incompressibility when that
7   sand is invaded with water.
8       Q.  It's the incompressibility of the
9   sand, not the hydraulic conductivity?
10      A.  The hydraulic conductivity is part of
11  the pressure incompressibility result.
12  Hydraulic conductivity affects the pressures.
13      Q.  If they'd used an incompressible
14  substance that had an extremely low hydraulic
15  conductivity, would that have been below the
16  standard of care?
17      A.  I don't think so.
18      Q.  So isn't it true that it's the
19  hydraulic conductivity of the sand backfill
20  that's central to your opinion about its
21  inappropriateness as use as backfill in this
22  case?
23      A.  Hydraulic conductivity pressure, yes.
24      Q.  And you haven't stated either of those
25  values in your report or is appendices, have

Page 242

1   you?
2       A.  If I haven't, that is an oversight and
3   can be remedied.  The values I cited I
4   retrieved from my memory and explained it
5   needed to be corroborated, um --
6       Q.  Dr. Bea, you've filed numerous reports
7   in this litigation.  And in this case, you've
8   filed a lengthy report supplemented with four
9   appendices.  And one of the central facts
10  undergirding your opinion isn't found anywhere
11  in either of the report or the appendices.
12          What's your explanation for that?
13      A.  Um -- press of time, attempt to make
14  the report, um -- comprehensive but still meet
15  the court deadlines, and a willingness to
16  freely supply you with those characteristics.
17          We're not trying to hide these things
18  from you.  If I omit them, I will apologize and
19  will supply them so that you can properly
20  evaluate them.
21      Q.  Dr. Bea, turn to Appendix C, Page 2.
22  Please read the caption above this table, Table
23  1.
24      A.  Hydraulic properties for seepage
25  models.

Page 243

1       Q.  Do you see sand backfill in this table
2   anywhere?
3       A.  I see shell fill.  That's referring to
4   the component.  And I see sand.  I believe the
5   sand is applying to the deeply buried, I think
6   it's properly identified as the Pine Island
7   deposit beach sands, and the shell fill is
8   referring to the combination of shell and sand
9   that we identified for this set of analyses.
10      Q.  I believe you've previously testified
11  in this deposition that you don't have any
12  evidence that WGI used shell to fill any of the
13  excavations in this case.  Do you?
14      A.  I don't believe -- I don't think WGI
15  used pure shell in any of the excavations.
16  Shells were incorporated in the matrix of soils
17  that were used as backfill in the excavations,
18  to the best of our knowledge, and based on the
19  record photographs that we have.
20      Q.  But that shell that occurs throughout
21  the EBIA is not the same soil unit as you've
22  described in your cross-sections as, quote,
23  shell fill, is it?
24      A.  That's correct.
25      Q.  There's no entry in this table for

Page 244

1   sand backfill, is there?
2       A.  That's correct.
3       Q.  Now, the table does appear to
4   correlate colors with hydraulic conductivity.
5          Would that be a correct interpretation
6   of this table?
7       A.  I think so.  Except two different
8   materials have a yellow color.
9       Q.  Well, that puzzled us, too, doctor.
10          Were you responsible for the
11  preparation of this appendix?
12      A.  Yes.
13      Q.  And did you prepare Table 1?
14      A.  Um -- yes.
15      Q.  Are you responsible for the use of
16  yellow to symbolize two different materials of
17  different hydraulic properties?
18      A.  Yes.
19      Q.  Well, then, we'll blame you.
20      A.  Blame me.
21      Q.  Well, because of the ambiguity in this
22  table and because of the fact it was missing
23  some values, as Mr. Treeby mentioned yesterday,
24  we sent a lawyer -- excuse me -- we sent a
25  letter to your lawyer, to the plaintiffs'

61 (Pages 241 to 244)

**DR. ROBERT BEA**                                        **March 28, 2012**

---

Page 245

1  lawyer, asking for some more details about
2  these material property values.
3      A.  Yes.
4      Q.  And we got a response, and we talked
5  about that yesterday.
6      A.  Yes.
7      Q.  And I think that -- I think that
8  became Exhibit number 14.  I think.  We're
9  going to go to that -- if you will get that
10 out --
11     MR. STEVENS:
12         It is 14, Robin.
13     A.  Yes, sir.
14 EXAMINATION BY MR. SMITH:
15     Q.  There was a red tape flag on this, but
16 we're not going to go to that page.  You've got
17 the right exhibit, Dr. Bea.  It's not
18 paginated, actually, but the paragraphs are
19 numbered more or less sequentially based on the
20 original request for information.
21     A.  Okay.
22     Q.  And if you'd page down till you find
23 Response number 10 -- or Question number 10 and
24 DOJ response, or request for information.
25     A.  10.  I'm there.

---

Page 246

1      Q.  Okay.  This does -- we requested
2  correlation, if you read that paragraph,
3  between the materials listed in Table 5 for the
4  North Breach and the materials listed on the
5  cross-sections in Appendix B, so that we could
6  determine what strengths were assigned to each
7  layer in the stability analyses.  And then we
8  got a response to that.
9          And then further down, further
10 request, February 21st, we said, you know, we
11 didn't think the file we got was responsive.
12         So then we said, please provide the
13 soil property values used to calculate slope
14 stability and seepage for each cross-section in
15 Dr. Bea 's report and appendices.
16         And the response that we got, the next
17 paragraph down, was see document accompanying
18 this e-mail entitled Material properties dot
19 docx.  Correct?
20     A.  Yes.
21     Q.  We're going to have this marked for
22 identification as Bea Exhibit 41.  (Tendering.)
23         (Bea Exhibit 41 was marked for
24 identification and is attached hereto.)
25 EXAMINATION BY MR. SMITH:

---

Page 247

1      Q.  We requested correlation, if you read
2  that paragraph, between the materials listed in
3  Table 5 for the North Breach and the materials
4  listed on the cross-sections in Appendix B, so
5  that we could determine what strengths were
6  assigned to each layer in the stability
7  analyses.  And then we got a response to that.
8          And then, further down, further
9  request February 21st, we said, you know, we
10 didn't think the file we got was responsive.
11 So then we said, please provide the soil
12 property values used to calculate slope
13 stability and seepage for each cross-section in
14 Dr. Bea's report and appendices.  And the
15 response that we got, the next paragraph down,
16 was, see document accompanying this e-mail
17 entitled material properties dot docx.
18 Correct?
19     A.  Yes.
20     Q.  I'm going to have this marked for
21 identification as Bea Exhibit 41.
22         Now, again, this is the document that
23 we got in response to our question for soil
24 property values that you used in your slope
25 stability and seepage analyses.  And again, if

---

Page 248

1  we look at the tables included in this
2  document, there are two tables, we interpreted
3  one to be for the North Breach just because
4  this is the way the document was organized.
5  It's not labeled North Breach, but we've got a
6  cross-section for the North Breach, then we've
7  got a table, then we've got a near breach, then
8  we've got a table, then we've got a South
9  Breach, and then we've got a table.
10         Now, again, here, as in Appendix C,
11 Table 1, there's no entry for sand backfill.
12     A.  There only a entry for shell fill
13 backfilled excavation, an entry for sand, an
14 entry -- and I'm referring to the South Breach,
15 trench backfill.  These are the only entries I
16 see.
17 EXAMINATION BY MR. SMITH:
18     Q.  Right.  I was looking at the -- was it
19 your intent when you prepared your
20 cross-sections and when you prepared these
21 tables to lump the backfilled excavation in
22 with the shell fill?
23     A.  No.  The shell fill is actually shell
24 sand fill, was a special characteristic
25 principally attached to the Surekote Road

---

**JOHNS, PENDLETON COURT REPORTERS**              **504 219-1993**

Page 249

1  overpass.
2       Q.  The tables that appear in this
3  document describing the various soil units
4  differ from the tables that are in Appendix C.
5  If you'll look at the very first category --
6       A.  Which --
7       Q.  The very first category --
8       A.  For the north breach.
9       Q.  -- for the north breach.  I think it's
10  the same for the South Breach, as well.
11       The first category and the layer name
12  is shell fill, backfilled excavation.
13       A.  Yes.
14       Q.  Those are different soil units;
15  correct?
16       A.  Well, it's not clear to me, but, as
17  portrayed in this table, they're lumped
18  together.
19       Q.  Do you recall whether it was your
20  intention where the assign the same hydraulic
21  conductivity values to the sand backfill as you
22  applied to the shell fill?
23       A.  The intent was to assign a higher
24  permeability to the shell sand backfill than to
25  the sand backfill, independent, or exclusive of

Page 250

1  shell inclusions.
2       MR. TREEBY:
3            I've got to object to that
4       answer.  Nonresponsive.
5       MR. SMITH:
6            We're going to take a break.
7       We'll take a break, and when we come
8       back maybe we can clean that up.
9            (Brief recess.)
10  EXAMINATION BY MR. SMITH:
11       Q.  Dr. Bea, we were looking at Bea
12  Exhibit number 41, which is a document that was
13  given to us by one of the plaintiffs' lawyers
14  in response to our request for soil property
15  values that we said we needed, quote, to make
16  sense of the cross-sections in Dr. Bea's
17  analysis of them.  And we asked for a complete
18  set of the soil property values for each soil
19  in each cross-section that was analyzed for
20  seepage and stability.  And we got Exhibit
21  number 41 as an attachment to an e-mail, which
22  has a table that lists layer names.  One of the
23  categories on that table is shell fill,
24  backfilled excavation.  Now, it was our
25  understanding when we received this that that

Page 251

1  category and those values that were in that
2  rank on that table were to be applied to both
3  the shell fill areas in your cross-sections and
4  to the backfilled excavation.
5            Is it your testimony today that we
6  misunderstood this table?
7       A.  Um -- my memory, supported with
8  physics and mechanics, is the shell sand fill
9  had a permeability higher than the sand river
10  sand fill.  That's not clear in this table.
11  Because Case 1 and Case 2 for the North Breach
12  involved both.  But this is the first time I
13  have seen this table.
14       Q.  Dr. Bea, you previously testified that
15  you took responsibility for the inputs into the
16  SEEP/W model, correct?
17       A.  Yeah.
18       Q.  Right?
19       A.  Yes.
20       Q.  You worked closely with Mr. Diego
21  Cobos-Roa to enter those inputs into the
22  SEEP/W; correct?
23       A.  That is correct.
24       Q.  If I told you that when we looked at
25  your model files, that you applied the same

Page 252

1  value to the backfilled excavations as you used
2  to the sand -- the shell backfill, are you
3  telling me that your model runs are incorrect?
4       A.  I would have to see the specific model
5  runs, um -- validate what you have said, um --
6  and then I could respond.
7       Q.  Okay.
8       A.  Like you --
9       Q.  I'm going to ask you a question.  If
10  that's true, that every model run you sent us
11  in SEEP/W has the same value specified for
12  hydraulic conductivity for the shell fill and
13  the sand backfill, is that a mistake?
14       A.  I think it is.
15       Q.  Okay.  Let's look at the values you
16  used for the shell fill in your various
17  documents, Dr. Bea, because they're not the
18  same either, over time.
19            Did you change your estimate of the
20  hydraulic conductivity of the shell backfill?
21       A.  Not to my knowledge.
22       Q.  Not intentionally?
23       A.  Correct.
24       Q.  So if we find a variety of values for
25  shell backfill in your models and in your

DR. ROBERT BEA                                              March 28, 2012

Page 253

1    papers, that's another mistake; is that
2    correct?
3        A.  That's correct.
4        Q.  As you sit here today, do you know
5    what the correct value for horizontal hydraulic
6    conductivity is for the shell fill?
7        A.  I don't recall, but I certainly can
8    find out.
9        Q.  Would you rely on any of the values
10   that are set forth in your report and its
11   appendices as being accurate representations of
12   that value?
13       A.  They better be.
14       Q.  Well, then let's turn back to Appendix
15   C, Page 2, Table number 1.
16       A.  Okay.  Your question, sir.
17       Q.  Yes.  Dr. Bea, does Appendix C refresh
18   your recollection as to what your best estimate
19   is of the horizontal hydraulic conductivity of
20   the shell fill?
21       A.  Yes.
22       Q.  And what is that?
23       A.  1 centimeter per second.
24       Q.  And that's set forth in Table 1 of
25   Appendix C, correct?

Page 254

1        A.  That's correct.
2        Q.  And is that also a correct statement
3    of the correct ratio of vertical to horizontal
4    conductivity, as well?
5        A.  Yes.
6        Q.  So if that's correct, then Exhibit
7    number 41, which was sent to us by the
8    plaintiffs' lawyer when we asked for a
9    clarification, Page 2 of that document which
10   sets forth the table is incorrect, isn't that
11   right?
12       A.  It looks like it, yes.
13       Q.  Not just the horizontal hydraulic
14   conductivity, but also the ratio is incorrect.
15       A.  Yes.
16       Q.  And that's for the North Breach.  And
17   if you turn back to the last page in that
18   document, that's also incorrect, isn't it,
19   Dr. Bea?
20       A.  To my knowledge, we had no shell sand
21   backfill at the South Breach.
22       Q.  So to your knowledge, your
23   cross-sections at the South Breach do not
24   include shell fill.
25       A.  Correct.

Page 255

1        Q.  They do include sand backfill, though,
2    correct?
3        A.  Correct.  And native material backfill
4    in the Case 2 pipeline trench.
5        Q.  And that's a separate entry in this
6    table.
7        A.  Yes, sir.
8        Q.  But you've never seen this table
9    before, is that correct?
10       A.  No.
11       Q.  Do you know who prepared this table?
12       A.  No, I don't.  I would presume it was
13   Diego Cobos-Roa.  Unfortunately, as I
14   explained, I was here in New Orleans and was
15   not in the communication loop that resulted in
16   this e-mail that we've been discussing.
17       Q.  Okay.  All right.  I'm sorry, Dr. Bea,
18   I may have been distracted, but did you just
19   testify that native material was used to
20   backfill the utility trenches?
21       A.  Um -- my recollection is that's what
22   is identified on the cross-section.  We
23   discussed how to properly manage those
24   permanent characteristics, if you will, chunks
25   of native materials put back into that trench,

Page 256

1    and that is what we intended to model for that
2    Case 2 cross-section.
3        Q.  When you assigned a higher
4    permeability to the shell fill, or intended to,
5    at least, than you did to the sand backfill,
6    did you consider the shell fill to be a
7    cohesive or a non cohesive soil?
8        A.  Non cohesive.
9        Q.  And what was that determination based
10   on?
11       A.  Um -- Boring 81A gave us most of the
12   insight into that characteristic.  The borings
13   farther from the wall and to the west side of
14   Surekote Road did not contain the shelly sandy
15   backfill, and that's where the intention was to
16   have the sand river sand backfill.  In those
17   locations, the shelly sand fill should have --
18   was intended to model the materials under the
19   Surekote Road overpass, extending to the flood
20   wall, um -- and the intersecting levee.
21       Q.  I'd like you to turn now to Appendix
22   B, Page 12.
23       A.  That was B.
24       Q.  B as in Bea.
25       A.  Bob.  Thank you.  Yes, sir.

64 (Pages 253 to 256)

DR. ROBERT BEA                                          March 28, 2012

Page 257

1    Q.  There are two figures on this page,
2  and I know you've previously testified that --
3    A.  Page number?
4    Q.  I'm sorry, Page number 12.
5    A.  Yes, sir.
6    Q.  There are two figures on this page,
7  they're both photographs --
8    A.  Yes.
9    Q.  -- and I know you've used these to
10 determine the material properties of various
11 soils at the site.
12   A.  To help us, yes.
13   Q.  Would you say that the sand -- I think
14 you've already testified, but I want to make
15 sure, would you say that the sand in the
16 photograph at the top, Figure 7, appears to be
17 cohesive or cohesionless?
18   A.  Cohesionless.
19   Q.  And do you believe that the shell fill
20 in Figure 8 at the bottom of this page, does
21 that appear to be cohesive or cohesionless?
22   A.  It's cohesive, because it's acting
23 with the clay fraction to sand on a vertical
24 slope -- vertical wall.
25   Q.  And do you know whether that was also

Page 258

1  the case for the shell fill that was against
2  the flood wall at the North Breach, though?
3    A.  No, the -- those -- these are
4  different materials from those at the Surekote
5  Road overpass.
6    Q.  How do you know that?
7    A.  Boring 81A is the principal source of
8  that information.  79A provided additional
9  information.  I think they skipped 80A.
10   Q.  I think they did, too.
11   A.  Good.  We're all on the same
12 wavelength.
13   Q.  Dr. Bea, I'm going to represent to you
14 that our experts did look at the modeling
15 files, and I'm told by them that the modeling
16 files, the SEEP/W modeling files that were
17 produce us to in your reliance materials, did
18 not include a run using a 1 centimeter per
19 second value, or a 0.3 ratio for hydraulic
20 conductivity.  They found that two different
21 values were used, lower hydraulic conductivity,
22 10 to the -2 and 10 to the -1 centimeters per
23 second.
24   A.  Okay.
25   Q.  With a KY, KX ratio of 1.

Page 259

1    A.  Okay.
2    Q.  Is it your testimony today that only
3  the 10 to the -1 is the correct value for
4  hydraulic conductivity for the shell fill?
5    A.  Um -- we ranged between 1 and .1.  The
6  results you must be reviewing are based on the
7  .1 centimeters per second, as I hear your
8  interpretation of the review of the input
9  files.
10   Q.  And the evidence will show what it
11 shows.
12   A.  Exactly.
13   Q.  I'm not qualified to testify about
14 that myself, so we'll see what they do say.
15   A.  So the .1 is a factor of 10 less
16 permeable than the 1 centimeter a second and
17 would, therefore, affect the hydraulic
18 conductivity pressure results to that extent.
19   Q.  I'm told that a value of 1 centimeter
20 per second was used for the shell fill at the
21 South Breach.
22   A.  We had no shell fill at the South
23 Breach.  I can't recall any information that
24 would lead to that conclusion.
25   Q.  Okay.  This may have been a sand

Page 260

1  evaluation at the South Breach.
2    A.  I think it is.
3    Q.  If they used a value of 1 centimeter
4  per second at the South Breach, is that a
5  mistake?
6    A.  I don't think so.  Depending on our
7  evaluation of that sand fill, and I'm not sure
8  which case you're referring to, but I think it
9  must be Case 1, that's plausible for that sand
10 fill.
11   Q.  I thought you told me that you did use
12 two values for the sand, but that the more
13 recent value was a tenth of a centimeter per
14 second.
15   A.  That's correct.  That's where we're
16 attempting to recognize the effects of the
17 finer grain materials in this river sand
18 backfill.
19   Q.  And if they used a value of 1, that
20 would be 100 times higher permeability, would
21 it not?
22   A.  You said .1?
23   Q.  No, 1.  Not .1; 1.
24   A.  Well, maybe I'm getting confused.  And
25 that's certainly possible.  The two values we

JOHNS, PENDLETON COURT REPORTERS              504 219-1993

DR. ROBERT BEA                                    March 28, 2012

Page 261

1    were discussing, I thought, were 1 centimeter
2    per second and 0.1 centimeters per second.  Is
3    that correct?
4        Q.  No.  Okay, I've perhaps confused you,
5    and maybe I've misstated it.  First, we talked
6    about the North Breach.  We found two values at
7    the North Breach.
8        A.  For what?
9        Q.  For horizontal hydraulic conductivity
10   of the shell fill.
11       A.  In the same run?
12       Q.  No.  Not the same run.  I think in
13   various -- in different runs.
14       A.  Okay.  That's perhaps where we're
15   testing the sensitivity of the pressure outputs
16   to that range.  I'd have to see the runs.
17       Q.  Yes.  Certainly.  I understand.  But
18   at the south site --
19       A.  Okay.
20       Q.  So that's different area.  At the
21   south site, I was told that a value of 1
22   centimeter per second was used.
23          Is that for the sand?  For the sand.
24   So this is the sand.
25          I think my confusion in my question

Page 262

1    comes from the fact that way thought your sand
2    and your shell were given the same value.
3        A.  They shouldn't be.
4        Q.  But they shouldn't be.  But if they
5    did, that was a mistake.
6        A.  That's correct.
7        Q.  And so that's shame on you, right?
8    Because you were in charge of those inputs.
9        A.  Yes.
10       Q.  What about a ration of 4 for a
11   vertical to horizontal hydraulic conductivity
12   for the sand, would that be a mistake, too?
13       A.  Um -- no.
14       Q.  Maybe I can look on the screen and see
15   what the question was.
16          Okay.  Dr. Bea, before we leave the
17   shell fill, I asked you previously about the
18   photograph that I think is in Appendix B on
19   Page 12, Figure number 8.  And you
20   distinguished between the shell fill in Figure
21   8 and the shell fill at the flood wall in the
22   North Breach zone, is that correct?
23       A.  That's correct.
24       Q.  And you agreed that the shell fill
25   that appears in Figure 8 appears to be

Page 263

1    cohesive, because it's embedded in a clay
2    aggregate, correct?
3        A.  Matrix.  Yes.
4        Q.  And you differentiated that from the
5    shell fill at the floodwall which is not
6    embedded in clay, correct?
7        A.  That's correct.
8        Q.  But I think you've previously
9    testified in this case that there's no pure
10   shell fill anywhere at this site.  Right?
11       A.  Um -- that's not entirely clear.  And
12   the reason is, as you asked, what's the
13   principal source for your identification of the
14   material upped the Surekote Road overpass?  The
15   most objective information I could cite was
16   boring 81A and 79A.  We have photographs taken
17   by Mr. Conroy following Hurricane Katrina, in
18   addition, Dr. Joseph Dunbar, that show evidence
19   of pure shell fill under the road surface
20   itself.  So the exact nature of that varies, as
21   best we know, from pure shell in some areas to
22   sandy shell fill in other areas.
23       Q.  And that's your opinion based upon
24   photo interpretation, correct, Dr. Bea?
25       A.  And I cited the borings, as well.

Page 264

1        Q.  And those photographs were taken after
2    Hurricane Katrina, correct?
3        A.  The ones I reference, that's correct.
4        Q.  The shell fill that's shown in Figure
5    8 on Page 12 of Appendix B is not a pure shell
6    fill, is it?
7        A.  It doesn't look like it.  This is in
8    the --
9        Q.  Okay, it's not, is it?  You've already
10   admitted it's not.
11       A.  I think that's right.  And this is
12   down in Area 8 that we had the long discussion
13   about yesterday.
14       Q.  Right.  And the shell fill that's up
15   against the IHNC flood wall in the North Breach
16   area is not pure shell either, is it?
17       A.  To the best of our knowledge, it's
18   not.
19       Q.  Because the best of our knowledge --
20   at least the best of your knowledge is based on
21   boring number 81A.
22       A.  And 79A.
23       Q.  And 79A.
24       A.  Correct.
25       Q.  And both of those show that there were

DR. ROBERT BEA                                          March 28, 2012

Page 265

1  silts and sands that were mixed in with the
2  shells in those areas, correct?
3      A.  Yes, sir.
4      Q.  And those silts and those sands would
5  reduce the hydraulic conductivity of that shell
6  fill in those areas, wouldn't it?
7      A.  Yes, sir.
8      Q.  And the clay that's shown in Figure
9  number 8 would reduce that hydraulic
10  conductivity even further, wouldn't it?
11      A.  Yes, sir.
12      Q.  Did you assign different hydraulic
13  conductivity values in your cross-section in
14  your report based -- on Page 80 for the North
15  Breach area, Figure 43?
16      A.  We have, in this cross-section, the
17  shell fill and the backfilled excavation.  The
18  backfilled excavation was connected to the
19  materials to the west identified in the MMG
20  boring Series 79C and d, another boring 81E
21  shows up there, and the characteristics
22  intended in that backfill excavation would
23  model those sandy materials.  River sand.
24      Q.  When you say those materials, which
25  materials are you referring to?

Page 266

1      A.  The ones that go to the left, not from
2  the backfilled excavation.
3      Q.  That's not labeled in your
4  cross-section, is it, Dr. Bea?
5      A.  It's only labeled by color.
6      Q.  Only labeled by color.  And we've
7  already determined that that color is yellow,
8  right.
9      A.  That's correct.
10      Q.  And yellow can mean many different
11  things, can't it?
12      A.  Well, it can only mean many differents
13  in the context of that table.
14      Q.  Correct.  So that certainly doesn't
15  tell us unambiguously what hydraulic
16  conductivity should be assigned to that
17  particular soil unit, does it?
18      A.  It does not.
19      Q.  I'm going to have this marked Bea
20  Exhibit 42.  (Tendering.)  Actually, I'm going
21  give you both of these.  We'll make this a
22  2-page exhibit.
23         Dr. Bea, the first page of this
24  Exhibit number 42 is your Case 1-1, North
25  Breach cross-section.  And we've simply

Page 267

1  eliminated the color shading from it because
2  I'd like to give you a chance to label the
3  individual units for us to the best of your
4  ability here today.  And I wonder if we
5  couldn't just start at the western edge, as it
6  looks like you're about ready to do.  Or you
7  can start anywhere you want.  That's fine.  But
8  if you could -- and you can certainly reference
9  your own, you know, original cross-section in
10  Page 80, Figure number 43.
11         (Bea Exhibit 42 was marked for
12  identification and is attached hereto.)
13      A.  Yes, sir.
14  EXAMINATION BY MR. SMITH:
15      Q.  This is not a pop quiz or anything
16  like that.
17      A.  Thank you.
18      Q.  But I wonder if I could get you, if we
19  could talk about perhaps some USCS
20  designations, maybe, for these soil units,
21  because I'm interested in soil properties in
22  this diagram.  And so what I'd like you to do
23  is, starting at the left side, which would be
24  the western-most side --
25      A.  Yeah.

Page 268

1      Q.  -- at the surface, which I think
2  you've just told us in Figure 3 is a sand unit,
3  if I understand your testimony --
4      A.  The material I previously discussed
5  today as river sand backfill.  Correct.
6      Q.  Okay.  So if you could just write sand
7  into that, um -- it's very small, but that
8  little rectangle at the surface there to the
9  left of the excavation box.
10      A.  (Witness complies.)
11      Q.  And then what's -- the unit that's
12  immediately below that you've label in Figure
13  43 as --
14      A.  Dredge spoils.
15      Q.  Or clay spoils, I think is what you've
16  used at this --
17      A.  Correct.
18      Q.  -- Case 1.  So what would the USCS
19  classification -- would that just be clay?
20      A.  Yeah.
21      Q.  Okay.  And then to the right of that
22  is your excavation box.  What are we going to
23  label that?
24      A.  That should be sand.
25      Q.  Sand?

JOHNS, PENDLETON COURT REPORTERS                        504 219-1993

DR. ROBERT BEA                                    March 28, 2012

Page 269

```
 1       A.  River sand.
 2       Q.  And below the excavation, what would
 3  that soil unit be labeled as?  You've labeled
 4  it swamp in your --
 5       A.  That's marsh-swamp contact.
 6       Q.  Would you call that organic clay?
 7       A.  No.  I'd call it marsh -- oh, pardon
 8  me, I reversed it in its order.  Swamp-marsh
 9  contact.
10       Q.  I don't think swamp-marsh is a USCS
11  classification.  Is it, Dr. Bea?  That's a
12  geological --
13       A.  Well --
14       Q.  I'm sorry.  I don't want ask a
15  compound question, but I thought that was a
16  geological designation indicating the
17  depositional environment of the soil.
18       A.  And that's the terminology that I've
19  attempted to use exclusively in all of my
20  expert reports.
21       Q.  When you say that's the terminology,
22  what do you mean that?
23       A.  Swamp-marsh deposit.  Sometimes it
24  gets reversed, but that's the reversing the
25  geology.  And the basis for that is cited in
```

Page 270

```
 1  the body of my expert report, and that's
 2  connected to the United States Corps of
 3  Engineers IPET study where they identified two
 4  marsh units.  So we're using this term
 5  marsh-swamp to indicate materials that have
 6  high organic content, have high water contents,
 7  and varying amounts of finer constituent
 8  contents, grading to clays.
 9       Q.  And under the Unified Soil
10  Classification System, that would classify as
11  an organic clay, would it not?
12       A.  I would have to consult the Unified
13  Soil Classification System to answer yes or no
14  to your question.  But I would bet you've done
15  that and would tell me that that is an
16  appropriate description from that source.
17           Am I correct?
18       Q.  I would represent to you, yes, that I
19  have done that.
20       A.  Great.
21       Q.  And if you will just humor me, you can
22  label it and we can check that, and certainly
23  that's my representation, that that would be an
24  organic clay?
25       A.  Okay.
```

Page 271

```
 1       Q.  If you could humor me and label that
 2  an organic clay in this, I'd appreciated it.
 3       A.  (Witness complies.)
 4       Q.  There's, I guess I would call it a
 5  trapezoidal area there that's -- well, let's
 6  work up from the organic clay.  What's right
 7  above that organic clay, is that again a clay
 8  layer?
 9       A.  Clay spoils.
10       Q.  What is called a clay?
11       A.  Yes.
12       Q.  And then above that, is that -- what
13  would you classify that; if you were going to
14  three to use USCS class for that, what would
15  you call the shell fill?
16       A.  A sandy shell fill.
17       Q.  Okay.  So we could call it a sand?
18       A.  No.  Not a sand.  It's --
19       Q.  No, you think it's predominantly
20  shell.
21       A.  Correct.
22       Q.  Okay.  Going down just, I've skipped,
23  I guess, below the -- to the left of the flood
24  wall, the west of the floodwall, there are two
25  deeper layers.  What would those layers be?
```

Page 272

```
 1       A.  One is identified as the
 2  interdistributary clays.  The next is
 3  identified as the sand.  And I was previously
 4  referring to that as the Pine Island
 5  transgressive deposit beach sand.
 6       Q.  So we could label those clay and sand,
 7  then, right?
 8       A.  I think so.
 9       Q.  Okay.
10       A.  The constituents in those clays
11  changes from kaolinites to montmorillonites
12  depending on what -- kaolinite,
13  K-A-O-L-I-N-I-T-E, to montmorillonites,
14  M-O-N-T-M-O-R-I-L-L-I-N-I-T-E.  So it's not
15  just the same mineralogy clay.
16       Q.  Okay.  But if we could move this
17  along -- that's interesting details, but those
18  aren't USCS necessary descriptions.
19           The wedge that's immediately to the
20  east of the floodwall, is that also -- what is
21  that?
22       A.  Clay fill.
23       Q.  That's a clay fill?
24       A.  Yes, sir.
25       Q.  And then the unit immediately below
```

68 (Pages 269 to 272)

JOHNS, PENDLETON COURT REPORTERS                504 219-1993

DR. ROBERT BEA                                    March 28, 2012

Page 273

1    that, what would that be?
2        A.  Dredge spoils.
3        Q.  And as in terms of --
4        A.  Clay.
5        Q.  -- a class?  Clay?
6            Is there a distinction -- I see a
7    vertical line here.  Is this all clay through
8    here, or what's that vertical line designate?
9        A.  That vertical line does not show up on
10   my cross-section.
11       Q.  Okay.  Let's ignore it, then.
12       A.  Good.
13       Q.  We'll write clay out to the right of
14   it.
15           Now, there is a box to the east of
16   this clay surface -- surficial clay layer.
17   What is that box?
18       A.  That's the Jourdan Road culvert,
19   together with its associated, um -- placement
20   materials.  So we're, in that box, describing
21   the drainage conduit that feeds to the pump
22   station underlying Jourdan Road.
23       Q.  Now, did you apply a soil -- can we
24   apply a soil descriptive to that box?  Or are
25   you modeling it as -- how are you modeling

Page 274

1    that?  Because that's sort of where we're going
2    with this.
3        A.  Modeling it as a culvert filled with
4    water that has penetrations along the sides of
5    that culvert to allow water entry.  So it's
6    essentially treated as a water column, in this
7    case horizontal.
8        Q.  It's treated as a water column?
9        A.  Yeah.  Horizontal column.
10       Q.  And that includes the, um -- the fill
11   was that placed around this culvert when it was
12   closed in --
13       A.  Correct.
14       Q.  -- you modeled all that as a single
15   unit.
16       A.  Yes.
17       Q.  Okay.  And then to the right of that
18   box --
19       A.  So we'll label that --
20       Q.  I don't know what you want to label
21   it, to be honest.  I put H2O on mine, because
22   you said it was a water column.
23       A.  I'll call it the Jourdan Road culvert.
24       Q.  I was looking for something that
25   indicated material properties, but --

Page 275

1        A.  You won't be so -- it's not that
2    simple.  But water is a good way to call it.
3        Q.  Okay.  And then to the right of that
4    box, there are two soil units that go off to
5    the right.
6            Is that surface again -- is that clay?
7        A.  Yes.
8        Q.  Okay.  And then below that?
9        A.  Is the swamp-marsh deposit.
10       Q.  Right.  Which you're humoring me by
11   calling organic clay.
12       A.  Correct.
13       Q.  Now, for purposes of a seepage
14   analysis, I think you've identified hydraulic
15   conductivity as an important material property.
16       A.  Yes, sir.
17       Q.  Can we assign hydraulic conductivities
18   to -- and I'm talking about horizontal here,
19   just horizontal.  Can we assign some values to
20   each of these units in Exhibit 42?
21       A.  Yes.
22       Q.  And I'm just asking if you would do
23   that and tell us what they would be.  And then
24   label it as you decide what they are.  And
25   you're welcome to use that table, if you want

Page 276

1    to, in Appendix C.
2        A.  I have to.
3        Q.  Okay.
4        A.  My memory is not that good.
5        Q.  That's Table 1 in Appendix C.  It's on
6    Page 2.
7        A.  Thank you.  I think I've completed
8    your assignment.
9        Q.  Okay.  Oh, you want to just show me?
10   That might be the easiest thing.
11       A.  Sure.  (Tendering.)
12       Q.  All right.  I'm not going to ask you
13   any questions about that, Dr. Bea.  But what I
14   am going to do is, I'm going to give you a copy
15   of this, if I've got one.  I'm going to give
16   what you I'm going to mark as Exhibit number
17   43.  And since your Exhibit 42 is a little bit
18   cluttered at this point --
19       A.  Yes.
20       Q.   -- I'm going to ask you, if you
21   would -- it's the same thing, just so counsel
22   knows, it's a blank cross-section.  There's
23   nothing to look at, Howard.  Elwood.
24           (Bea Exhibit 43 was marked for
25   identification and is attached hereto.)

DR. ROBERT BEA                                    March 28, 2012

Page 277

1    (Brief interruption.)
2  EXAMINATION BY MR. SMITH:
3    Q.  Dr. Bea, I've handed you the same
4  unadorned cross-section from the North Breach,
5  Case number 1, and I'd liked you to draw for us
6  the sort of hand analysis that you described
7  earlier that you would use as a check on your
8  SEEP/W model outputs, showing what that would
9  look like for the cross-section that you've
10  just created with Exhibit number 42.
11    A.  Yes, sir.
12    Q.  And Dr. Bea, I was told you wouldn't
13  need a calculator to do this, but just in case,
14  I brought --
15    A.  You don't need the calculator to
16  sketch.
17    Q.  Well, see, I didn't know.  Okay?
18  Sorry about that.  Right.
19    Are you going to sketch a flownet for
20  me, Dr. Bea?
21    A.  That's what you asked for.
22    Q.  I just wanted to make sure we were
23  clear.
24    A.  Thank you.
25    Q.  I don't have too many more blank ones

Page 278

1  to give you, so --
2    A.  I will try not to screw it up.
3    Question:  When I sketch this flownet,
4  what water elevation would you like me to
5  sketch it for?
6    Q.  Good question, Dr. Bea.  I was going
7  to point that out.  Let's sketch this for an
8  elevation of 11.  It looks to me like that's
9  about 11.
10    A.  This one?  11.4 feet, I think, is what
11  the defense experts determined as the water
12  level that was synonymous with the failure at
13  the North Breach.  That's the best of my
14  recollection reading those reports.  So 11.4 is
15  just fine.
16    Yes, sir.
17    Q.  Finished your sketch for me, Dr. Bea?
18    A.  There's two.  I sketched flownets
19  associated with the backfill excavation with
20  the sands in contact with the --
21    Q.  Lower organic clay?
22    A.  Yes.  Then, to -- and I carried that
23  on the main sketch.  And then I had to capture
24  the local flownet associated with the tension
25  crack and its flow to the protected side, so I

Page 279

1  drew that in larger detail so you could see
2  that local flownet, and I based it on a
3  condition of no erosion trench on the protected
4  side of the flood wall.
5    Q.  All right.  Well, let's label this
6  43A.
7    (Bea Exhibit 43A was marked for
8  identification and is attached hereto.)
9    A.  Yes, sir.
10  EXAMINATION BY MR. SMITH:
11    Q.  You've put your own number on there,
12  but I'm going to put a sticker on here, the
13  second page.
14    MR. STEVENS:
15    Okay.  He had a 42.  43 is the
16  same as 42 with his --
17    MR. SMITH:
18    No.  Actually, I don't know where
19  he got this.
20    A.  You handed it to me.
21  EXAMINATION BY MR. SMITH:
22    Q.  I thought I just gave you one page for
23  this.
24    A.  No.  You gave me two.  But it's only
25  used for the detail.

Page 280

1    Q.  I didn't realize I handed him two
2  pages.
3    A.  That's fine.  It's only that detail.
4    Q.  All right.  We'll just keep that all
5  as a single exhibit, then.
6    MR. STEVENS:
7    That's 43, then.
8    MR. SMITH:
9    Yeah.  43 is a two-page exhibit.
10  I didn't realize I had handed him two
11  pages.
12    MR. STEVENS:
13    Maybe we could get a copy so that
14  I could have one.
15    MR. SMITH:
16    We'll get one real quick from
17  Joe, I'm sure.
18  EXAMINATION BY MR. SMITH:
19    Q.  Dr. Bea, I wanted to ask you just --
20  we've only got a minute, apparently, but does
21  your flownet, is that influenced at all by your
22  characterization of the Jourdan Avenue Canal
23  culvert?
24    A.  Yes.
25    Q.  Let's go off the record.  We'll follow

**DR. ROBERT BEA**                                                    **March 28, 2012**

Page 281

1  up after the break.
2       (Off the record.)
3  EXAMINATION BY MR. MITSCH:
4       Q.  Dr. Bea, before the break I think I
5  asked you whether the Jourdan Avenue box
6  culvert would affect the flow that you've
7  sketched in Bea Exhibit number 43, and you
8  indicated that it would.
9       A.  Yes.
10      Q.  Would the -- is the flownet that
11  you've sketched as Exhibit --
12      A.  43.
13      Q.  Yes, I'm sorry, Exhibit 43 --
14  actually, that's mine.  Yours is there.  I'm
15  sorry.  I got thrown off by the color -- would
16  the flownet that you've sketched as Bea number
17  43, would that be different if the water level
18  on the flood side were only 10 feet?
19      A.  No.  It took me a while to catch up
20  with what side the water was on.
21      Q.  And if we increased that flood side
22  elevation up to 15 feet, would that change your
23  flownet?
24      A.  Well, it would be over the top of the
25  wall.  But the flownet --

Page 282

1       Q.  Assuming we could keep it on the flood
2  side without it going over the top of the wall.
3  If we raised that up to 15 feet, would that
4  change your flownet?
5       A.  It wouldn't change the net, but it
6  changes the hydraulic pressures inside the net,
7  bow side.
8       Q.  Would it change the flow as well as
9  the hydraulic pressures?
10      A.  No.  That's what I was attempting to
11  say.  The flownet would remain unchanged, but
12  the driving hydraulic pressures would change,
13  and that would be translated to changes in the
14  pressure on the protected side.
15      Q.  What if we changed the hydraulic
16  conductivities of the various soils in this
17  soil unit, would that change your flownet?
18      A.  Not necessarily, no.  It changes,
19  again, the pressure.
20      Q.  Now, you did indicate that property
21  values for the box culvert did affect your flow
22  correct?
23      A.  It does.
24      Q.  And you testified that at the North
25  Breach you modeled it as a water column.  Is

Page 283

1  that correct?
2       A.  Basically, as that.  I'd have to
3  refresh my memory about the details that we put
4  in into that box culvert.
5       Q.  Okay.  Now, the details that you put
6  into that box culvert were based upon your
7  understanding of the materials surrounding the
8  box culvert and the nature of the culvert
9  itself.  Correct?
10      A.  And the nature of the materials inside
11  the culvert and the, um -- penetrations within
12  the culvert.  So all of those things have to
13  be -- or should be taken into account.
14      Q.  And would those properties -- those
15  property values that you've just described,
16  would those be uniform from the north to the
17  south end of Jourdan Avenue canal as it runs
18  parallel to the EBIA flood wall?
19      A.  Fundamentally.
20      Q.  In other words, you don't have any
21  particular information about the Jourdan Avenue
22  canal that would lead you to model it one way
23  at the North Breach and a different way at the
24  South Breach and a different way at the near
25  breach, do you?

Page 284

1       A.  That's correct.
2       Q.  Okay.  So if we found that you modeled
3  the Jourdan Avenue canal differently at each of
4  those three locations that you've analyzed in
5  your report, that would be a mistake, wouldn't
6  it?
7       A.  Well, I'd have to find out the reason
8  for the differences.  If those reasons are
9  traceable, then it could be correct.  If those
10  reasons are not traceable, it could be
11  incorrect.  And at this time I don't know what
12  the situation is.
13      Q.  But you've testified previously that
14  you ultimately had to approve the inputs that
15  went into your SEEP model, correct?
16      A.  That is correct.
17      Q.  And so if those would vary from place
18  to place, you approved those changes, didn't
19  you?
20      A.  That's correct.
21      Q.  But as you sit here today, you have no
22  reason -- you don't recall any basis for
23  varying those from place to place?
24      A.  That's correct.
25      Q.  But there may be some reason that you

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**DR. ROBERT BEA**                                    **March 28, 2012**

Page 285

1  just don't recall today?
2      A.  That's correct.
3      Q.  All right.
4      A.  Thank you for the help with
5  clarification.
6      Q.  I'm going to show you Figure 43, or
7  ask you to refer again.  I'm sorry, I'm going
8  back to your report, Dr. Bea.
9      A.  Oh.
10     Q.  Exhibit number 1.  That's Page 80.
11     A.  Yes, sir.
12     Q.  There's two figures on Page 80, Figure
13 43 and 44.  These are your two cross-sections
14 for the North Breach; correct?
15     A.  Correct.
16     Q.  And in both of those, you have
17 illustrated the property values of the box
18 culvert with a gray fill.  Is that correct?
19     A.  Correct.
20     Q.  If you'd turn to Page 91 in your
21 report --
22     A.  Yes, sir.
23     Q.  -- there are two figures on Page 91
24 that represent your near breach cross-section,
25 is that correct?

Page 286

1      A.  Correct.
2      Q.  Now, in those two figures, the box
3  culvert is not filled in with the gray.
4      A.  Correct.  This was drawn after the
5  completion of our analyses at the North Breach
6  South Breach.  So the near breach was number 3
7  in the list.
8      Q.  Does that explain why the box culvert
9  is not colored in gray in these figures?
10     A.  I think so.  What was being portrayed
11 here was more detail what was in the Jourdan
12 Avenue canal.
13     Q.  So that's not illustrative of an
14 intent to model them differently?
15     A.  Correct.
16     MR. STEVENS:
17         Jourdan Avenue call.  Drainage
18     canal.
19     A.  Drainage canal.
20     MR. SMITH:
21         And I understand we're using
22     those synonymously.
23 EXAMINATION BY MR. SMITH:
24     Q.  There's nothing left than what's there
25 now, right?

Page 287

1      A.  Correct.
2      Q.  Can we turn to your South Breach
3  cross-section, then, as well, which appears on
4  Page 96.  Actually, 95 and 96 of your report,
5  Figures 63 and 64.
6      A.  Yes, sir.
7      Q.  Here again, you have not colored in
8  the Jourdan Avenue Canal box culvert.  But to
9  your knowledge, that does not indicate an
10 intent to model them differently.  Is that
11 correct?
12     A.  Correct.
13     Q.  Okay.  I want the move on to a
14 different topic, then, Dr. Bea.
15     A.  Are we through with --
16     Q.  It's your report, so I never know if
17 we're through with that.
18     A.  But I can put it --
19     Q.  You can set it aside for now, I think.
20     Dr. Bea, would you agree that -- I
21 want to talk about slope stability now.
22     A.  All right.
23     Q.  Would you agree with the statement
24 that for slope stability analyses to be useful
25 they must represent the correct problem,

Page 288

1  correctly formulated?
2      A.  Yes.
3      Q.  And would you also agree that
4  correctly formulating the correct problem
5  requires two things, mastery of the principles
6  of soil mechanics, and knowledge of geology and
7  site conditions and soil properties at the
8  site?
9      A.  Yes.
10     Q.  Okay.  Would you agree that the
11 concepts of drained and undrained conditions
12 are of fundamental importance in the mechanical
13 behavior of soils?
14     A.  Yes.
15     Q.  And these contexts, in the
16 geotechnical context, have specific definitions
17 that differ quite substantially from their
18 colloquial or non technical meanings, correct?
19     A.  I'd have to note the colloquial --
20     Q.  Let me clarify.  Colloquially, a fully
21 saturated soil might not be able to be
22 considered undrained -- or drained.  I'm sorry
23 I said that backwards.  You threw me off.  Let
24 me just stick to my script.  I didn't say
25 anything.  I threw myself off.

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**DR. ROBERT BEA**                                              **March 28, 2012**

Page 289

```
1          A fully saturated soil -- let me just
2     say the statement.  I think you'll agree with
3     it.  A fully saturated soil can be either
4     drained or undrained; correct?
5          A.   Correct.
6          Q.   The soils water content provides no
7     indication of whether a soil is drained or
8     undrained, true?
9          A.   Correct.
10         Q.   Would you agree that the concept of
11    drained and undrained are related to the ease
12    and speed with which water moves into or out of
13    the soil in comparison with the length of time
14    that the soil is subjected to a change in load?
15         A.   Yes.  That's the topic of my master's
16    degree research and dissertation.
17         Q.   I'm going to read just some
18    definitions.  And these are pretty long, and
19    I'll hand it to you, frankly, if you'd like to
20    read it after I have.  Or you'll have it there
21    on your thing to look.  These are from J.
22    Michael Duncan, Stephen J. Wright's Soil
23    Strength and Slope Stability text published in
24    2005.  I think you recognize this.  It's a
25    standard text in the fooled.
```

Page 290

```
1          A.   They're also gods.
2          Q.   Well, this is a definition.  I'm just
3     going to read it from their text:  Drained is
4     the condition under which water is able to flow
5     into or out of a mass of soil in the time that
6     the soil is subjected to a change in load.
7     Under drained conditions, changes in loads on
8     the soil do not cause changes in the water
9     pressure in the voids in the soil because the
10    water can move in or out of the soil freely
11    whether the volume of voids increases or
12    decreases in response to the changing loads.
13         Is that a definition that would be
14    acceptable to you for determining the correct
15    formulation of the correct problem that's at
16    issue in this case?
17         A.   Yes.
18         Q.   And here's their definition of
19    undrained:  Undrained is the condition under
20    which there is no flow of water into or out of
21    the soil aggregate in the length of time that
22    the soil is subjected to a change in load.
23    Changes in the loads on the soil cause changes
24    in the water pressure in the voids because the
25    water cannot move in or out in response to the
```

Page 291

```
1     tendency for the volume of voids to change.
2          And is that a definition that we can
3     live with for our discussion here today?
4          A.   Yes.
5          Q.   Would you agree that the crux of the
6     issue that is the issue that's framed by these
7     two concepts is whether or not changes in load
8     cause changes in pore water pressure?
9          A.   That's a portion.
10         Q.   Okay.  Now, it's true that every soil
11    can exist in either of these conditions,
12    correct?
13         A.   Correct.
14         Q.   A sand can be drained or undrained?
15         A.   Yes.
16         Q.   And so can a silt.
17         A.   Yes.
18         Q.   Or a clay.
19         A.   Yes.
20         Q.   Or a peat.
21         A.   Yes.
22         Q.   When a load imposed on any of these
23    soils goes up or goes down, they will all
24    instantly be in an undrained condition,
25    correct?  If only momentarily.
```

Page 292

```
1          A.   Correct.
2          Q.   In other words, the difference between
3     undrained and drained, as these words are used
4     in soil mechanics, is time.
5          A.   Time and the effect on the pore water
6     pressures.
7          Q.   Because that's what can change given
8     enough time.
9          A.   Correct.
10         Q.   If changes in load are slow enough or
11    remain in place long enough, all of the soils
12    will eventually reach a state of equilibrium in
13    which no excess pore water pressures are caused
14    by the load.  Is that correct?
15         A.   Only partially.
16         Q.   Okay.  What part of it is not correct?
17         A.   That the loads are sustained, the
18    material, if the loads are high enough, can
19    enter the creep response regime and the, um --
20    soil is deforming continuously, and if the
21    stresses are high enough it can reach creep
22    rupture and fail.  That was --
23         Q.   Okay.  I'm not sure that that's -- I'm
24    sorry.
25         A.   Well, that was the basis for my
```

73 (Pages 289 to 292)

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

DR. ROBERT BEA                                             March 28, 2012

Page 293

1   master's degree and the thesis and the
2   published journal papers that followed from
3   that work.
4       Q.  Do you agree that if changes in load
5   are slow enough or in place long enough, soils
6   will reach a state of equilibrium in which no
7   excess pore water pressures are caused by the
8   load?
9       A.  The work I'm referring to indicated
10  that even with the pore water pressures not
11  changing, that the material continues to
12  deform, given the stresses are high enough and
13  imposed long enough.  The common expression of
14  this are creep stability slides when the soils
15  are on very highly inclined slopes relative to
16  their strength.
17          The digging of the Panama Canal was
18  deviled with these creep associated mechanics.
19  And so it not just quite so simple that if the
20  pore water pressures aren't changing that the
21  soil is, quote, in equilibrium.  It's still
22  moving.
23      Q.  Don't they reach a state of
24  equilibrium before that creep mechanism kicks
25  in?

Page 294

1       A.  How do you define equilibrium?
2       Q.  A state in which there or no excess
3   pore water pressures caused by the load.
4       A.  Correct.
5       Q.  And when the soils reach this state of
6   equilibrium in which no excess pore pressures
7   exist, they're then in a drained condition,
8   correct?
9       A.  That's correct.
10      Q.  Dr. Bea, what determines how long it
11  takes for a soil to move from an undrained
12  condition to a drained condition when a load
13  change occurs?
14      A.  The nature, type of soil, its, um --
15  porosity, permeability, and boundary
16  conditions.
17          In the case of organic materials, the
18  issues are more complex.  Oh, saturation, gas
19  content in the soil, and I think I mentioned
20  the soil mineralogy.  And I'm differentiating
21  in the sand size soils between quartz materials
22  and calcareous materials.  So at that level,
23  the local compressibility, shearing
24  characteristics of the grains themselves
25  influence the conditions.

Page 295

1           I think that's about as comprehensive
2   as I can be at this time.
3       Q.  Dr. Bea, if you know three things,
4   can't you calculate how long it will take soil
5   to move from an undrained to a drained
6   conditions; if you know the load change that's
7   occurred, the drainage characteristics of the
8   soil mass, and its size?
9       A.  No.
10      Q.  The length of the drainage path?
11      A.  No.
12      Q.  What else do you need to know?
13      A.  Well, for example, I explained, for
14  calcareous materials, because when they're
15  being loaded the grains are collapsing.
16  Similar kinds of things can happen in partially
17  saturated organic materials.  So it's not quite
18  that simple.
19      Q.  Except for --
20      A.  I wish it were.
21      Q.  Okay.  Let's exclude calcareous
22  materials.
23      A.  Okay.
24      Q.  We have calcareous materials at issue
25  in this case?

Page 296

1       A.  No.
2       Q.  Okay.  So let's exclude calcareous
3   materials and let's just talk about saturated
4   soils.
5       A.  Okay.  What kinds?
6       Q.  Any kind that's not calcareous.
7       A.  So clays, silts --
8       Q.  Clays, silt, sand?
9       A.  -- sand and organics.
10      Q.  And even peats, yes.
11      A.  Or just organics clays.
12      Q.  Organic clays.
13      A.  Got you.
14      Q.  You know the load change.
15      A.  Right.
16      Q.  If you know the drainage
17  characteristics, essentially hydraulic
18  conductivities --
19      A.  Okay.
20      Q.  -- vertical, horizontal --
21      A.  Right.
22      Q.  -- and you know the size of the soil
23  mass --
24      A.  Right.
25      Q.  -- you can calculate -- there's an

74 (Pages 293 to 296)

**DR. ROBERT BEA**                                    **March 28, 2012**

---

Page 297

1  equation, you can calculate the length of time
2  it will take for that soil to go from an
3  undrained to a drained condition; correct?
4      A.  Correct.
5      Q.  Do hydraulic conductivity, K, and the
6  coefficient of consolidation, C sub V,
7  determine how long it will be required for a
8  soil mass to transition from an undrained to a
9  drained condition?
10     A.  Together --
11     Q.  Excluding -- a saturated soil.  Okay?
12 Let's take this as a given:  We're talking
13 about saturated soils that are non calcareous.
14         Would it be true to say that hydraulic
15 conductivity, K, and coefficient of
16 consolidation, C sub V, are the drainage
17 characteristics that determine how long it will
18 take for that soil mass to transition from an
19 undrained to a drained condition?
20     A.  Under compression?
21     Q.  Yes.
22     A.  Yes.
23     Q.  In this case, did you calculate the
24 time that it would take for the lower organic
25 clay which you call the swamp-marsh to

---

Page 298

1  transition from an undrained to a drained
2  condition when surge began to impose stresses
3  on that soil?
4      A.  No.
5      Q.  How did you decide, then, whether the
6  lower organic clay was in a drained or an
7  undrained condition?
8      A.  That went back to the time duration
9  for the application of the loadings, um -- the
10 evaluation of the saturated condition of the
11 deposits, the nature of the confinement
12 provided below and above those deposits.  We
13 then referred to the piezometer testing that I
14 earlier referred to at 17th, London, and the
15 East Bank Industrial Area, then corroborated
16 that conclusion with the guidelines published
17 by the United States Army Corps of Engineers
18 for design of new reevaluation of existing
19 I-walls, including seepage conditions.  And
20 then, finally, corroborated that with our
21 repeated validation analyses of breaches that
22 occurred in the Greater New Orleans area during
23 Hurricane Katrina.
24     Q.  You listed saturated condition as the
25 first factor that you -- if I remember

---

Page 299

1  correctly?
2      A.  Correct.
3      Q.  Maybe that was second.  You also
4  listed the time duration, I think, was the
5  first.
6      A.  The rapidity with which the loadings
7  are applied, yes, sir.
8      Q.  Okay.  Did you determine whether the
9  lower organic clay was saturated?
10     A.  Um -- we had no information that
11 indicated to us it was not fully saturated.
12     Q.  So you treated it, for purposes of
13 analysis, as a fully saturated soil?
14     A.  Correct.
15     Q.  Okay.  With no change in void ratio
16 and no change in saturation.
17     A.  Hence, the steady flow basis of our
18 analyses.
19     Q.  In applying those factors, what did
20 you determine, was the lower organic clay in a
21 drained or an undrained condition, at the time
22 of breaching of the north -- the flood wall?
23     A.  Um -- essentially, in an undrained
24 condition.  The evaluation of shear strengths
25 were based on that.  The evaluation of the

---

Page 300

1  hydraulic conductivity pressures were based on
2  that.  We modeled that layer, those layers, the
3  buried swamp-marsh layers, using undrained
4  shear strengths, and we also did an effective
5  stress model, I'll call it, in the second phase
6  of our analysis to model the characteristics of
7  the buried swamp-marsh deposits.
8      MR. STEVENS:
9          Well, let ask you, are you almost
10 done?  You got a lot of outline left?
11 What do you estimate your remaining
12 time to be?
13     MR. SMITH:
14         I'm going to try to finish up
15 within this tape.
16     MR. STEVENS:
17         Within this tape?
18         How much time do we have left on
19 this tape?
20     THE VIDEOGRAPHER:
21         31 minutes.
22     MR. STEVENS:
23         31 minutes?  Fair enough.
24     MR. SMITH:
25         I'm not sure we'll get done.  I'm

---

75 (Pages 297 to 300)

**DR. ROBERT BEA**                                    **March 28, 2012**

Page 301

1    not going to keep you here all night.
2    It's been a long time.
3    MR. STEVENS:
4        It has.  We've been here since
5    8:00 a.m.  It's 5:16.
6        Dr. Bea, can you go another 30
7    minutes?
8        Make it quick, Robin.
9    THE WITNESS:
10        I'm tired.
11    MR. STEVENS:
12        I bet you are.
13    EXAMINATION BY MR. SMITH:
14    Q.  So there was no change in void ratio,
15    correct, in the lower organic clay during your
16    period of analysis here for seepage.
17    A.  Correct.
18    Q.  And that's why you modeled it as an
19    undrained material.
20    A.  Correct.
21    Q.  One of the reasons.
22    A.  Correct.
23    Q.  And you based your shear strength
24    interpretations on the undrained condition of
25    that soil?

Page 302

1    A.  That's correct.
2    Q.  Dr. Bea, I'm going to direct your
3    attention to your Appendix C.
4    A.  Yes, sir.
5    Q.  And I'm going to direct your attention
6    to Page 28, the third paragraph on that page.
7    If you could read the first two sentences for
8    me, please.
9    A.  The analysis performed during this
10    investigation considered the buried swamp-marsh
11    deposits to be as a drained level later given
12    its high relevant hydraulic conductivity,
13    period.
14    Q.  Could you read the second sentence,
15    please?
16    A.  Oh, yes, sir.  Therefore, SU,
17    undrained shear strength, were -- therefore, S
18    sub U, in parens, undrained shear strength,
19    were not used for this layer.
20    Q.  Didn't you just testify just to the
21    opposite, Dr. Bea?
22    A.  Yes, I did.
23    Q.  Which is correct in your testimony?
24    A.  What's here is correct.  (Indicating.)
25    Q.  So even though the soils in the lower

Page 303

1    organic clay which you're calling the
2    swamp-marsh were in an undrained condition, you
3    modeled them as a drained layer, is that
4    correct?
5    A.  Just as I read here is how it was
6    modeled --
7    Q.  Okay.
8    A.  -- for the purposes of determining
9    shear strength.
10    Q.  Do you realize this is the first time
11    that this strata has been analyzed as a drained
12    layer in any of your phases of your
13    investigation?
14    A.  Please, repeat your question.  I'm
15    reading the first two sentences.
16    Q.  Certainly.  Did you realize this is
17    the first time, in any of the phases of your
18    investigation of the lower organic clay which
19    you call the swamp-marsh layer that you've
20    analyzed it as a drained material?
21    A.  Um -- the treatment of the material
22    for stability analyses in this phase is
23    identical to the treatment we used in 2008, '9
24    and '10.  The illustrations shown in Figure 20,
25    21, 22, and 23, can be found in those

Page 304

1    referenced reports.
2    Q.  I'm going to mark this as Bea
3    exhibit --
4    MR. TREEBY:
5        44 is your next number.
6    EXAMINATION BY MR. MITSCH:
7    Q.  Exhibit number 44.  (Tendering.)
8        (Bea Exhibit 44 was marked for
9    identification and is attached hereto.)
10    A.  I think, um -- I understand the
11    question you're asking.  The question is, in
12    the earlier analyses we treated it as an
13    undrained material with the defined undrained
14    shear strength.  In this study, we modeled the
15    material as a drained condition with a value of
16    internal friction that was calibrated to
17    produce comparable results for this layer.
18        The details of that change for the
19    buried swamp-marsh layers are provided in the
20    Phase II report by Diego Cobos-Roa and
21    Dr. Grunauer.  And I think in a information
22    request I recall you made, you asked for those
23    details.
24    Q.  Dr. Bea, I've handed you what's been
25    marked Bea Exhibit number 44.

76 (Pages 301 to 304)

DR. ROBERT BEA                                          March 28, 2012

Page 305

1       (Brief interruption.)
2   EXAMINATION BY MR. SMITH:
3       Q.  Well, unbeknownst to me, when I marked
4   it up I marked up an earlier version of this
5   report.
6       A.  If you tell me what you're looking
7   for --
8       Q.  I'm looking for the table which is
9   Figure 631, and apparently I got this off the,
10  um -- it's the May 22, 2006 version, and that's
11  the problem.  It's not the July 31 version.
12      (Off the record.)
13  EXAMINATION BY MR. SMITH:
14      Q.  Well, let's just go ahead and go to
15  Figure 633, which is a geotechnical
16  cross-section for analysis of the IHNC East
17  Bank South Breach.
18      A.  Figure?
19      Q.  631.  I'm sorry.
20      A.  631.
21      MR. STEVENS:
22          On Page 631 or 633?
23      MR. SMITH:
24          633.  I'm sorry.
25      MR. STEVENS:

Page 306

1           Page 6-48.
2       THE WITNESS:
3           Thank you.
4       A.  Okay.  Thank you.
5   EXAMINATION BY MR. SMITH:
6       Q.  Now, can you tell what strength
7   parameters they assigned to the upper and lower
8   marsh in this table, Dr. Bea?
9       A.  Well, the upper marsh is defined with
10  an effective unit weight of 80 pounds per cubic
11  foot, a value of internal friction of 28
12  degrees, an effective cohesion of 0 pounds per
13  square foot, horizontal conductivity of
14  1.1 feet per hour, a horizontal conductivity of
15  9.3 times 10 to the -3 centimeters per second,
16  a ratio of vertical to horizontal hydraulic
17  conductivity of 0.25.
18      MR. STEVENS:
19          I think you misread that chart,
20      there, doc.  On the --
21      THE WITNESS:
22          Upper marsh.
23      MR. STEVENS:
24          But on the pounds per cubic foot
25      of the unit weight, you said 80 and

Page 307

1   the chart says 85.
2       THE WITNESS:
3           It's 85.
4       MR. STEVENS:
5           It is 85.  Thank you.
6       THE WITNESS:
7           Thank you.
8   EXAMINATION BY MR. MITSCH:
9       Q.  And for the lower marsh, I don't need
10  you to read me all those, my question is, can
11  you tell from looking at this chart whether the
12  upper and lower marsh was treated as a drained
13  or an undrained soil?
14      A.  It's being treated as a drained soil.
15  But, hence, the effective value of internal
16  friction that you're seeing in the
17  identification of the accompanying cohesive
18  stress independent component is being shown as
19  zero.
20      Q.  All right.  Thank you.
21          Would you agree that clays generally
22  remain in an undrained condition for a long
23  time after a load change because the
24  permeability of clay is low?
25      A.  Yes.  But they can be modeled in

Page 308

1   either drained or undrained conditions.  The
2   critical thing is to ensure that the model is
3   producing the -- a correct, reasonable,
4   plausible stress/strain behavior for the
5   material.
6       Q.  You would agree, right, that a key
7   step in analyzing the global stability of the
8   levee and flood wall at the Lower Ninth Ward is
9   measuring or estimating the soil strengths in
10  and under them correctly, wouldn't you?
11      A.  Yes.
12      Q.  You would agree, wouldn't you, that a
13  meaningful analysis can be performed only if
14  the shear strengths used in the analysis are
15  appropriate for the soils and their particular
16  conditions; correct?
17      A.  Correct.
18      Q.  And you would agree that the strength
19  characteristics of all types of granular
20  materials, sand, gravels and rock fills, are
21  similar because the permeability of these
22  materials are high, and they are cohesionless,
23  the particles do not adhere to one another.
24  Correct?
25      A.  Correct.

77 (Pages 305 to 308)

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

DR. ROBERT BEA                                      March 28, 2012

Page 309

1    Q.  Because the permeability of granular
2  materials are high, sand, gravels and rock
3  fills are usually fully drained in the field,
4  aren't they?
5    A.  That will depend on the loading
6  conditions.  Under explosive loading condition,
7  they're in an undrained fashion.
8    Q.  That's why I asked about usually.  I
9  know that there can be exceptions to every
10  rule, but usually, these high permeability
11  granular materials in the field are usually in
12  a drained condition.
13    A.  Well, the difficulty I'm having is
14  with that term usually.  It depends on where
15  you are.  If you're onshore, that's a usual
16  condition.  If you're offshore, that's not a
17  usual condition.  In this case, we're at an
18  interface between those two states.  That's why
19  I'm being careful in answering your question.
20    Q.  I wasn't asking about offshore soils,
21  I was asking about onshore soils, and I was
22  asking about generally, in your 58 years of
23  experience in the field, in the thousands of
24  field explorations you've participated in,
25  don't you generally find granular high

Page 310

1  permeability soils to be in a drained
2  condition?
3    A.  No.  That's what I'm trying to get
4  across to you.  It depends on loadings.
5    Q.  I know it depends on things, but you
6  find them usually to be in an undrained
7  condition, is that what you're telling me?
8    A.  No.  They're found in both conditions.
9    Q.  Right.  Well, we're not in California,
10  doctor.
11    A.  I'm fully --
12    Q.  We can't have two usualies.  You can
13  have maybe two primaries, but you can't have
14  two usualies.  There's either got t be more one
15  or more the other, it can't be more both.
16    MR. STEVENS:
17       One at a time, please.
18    A.  That's why I have to be careful in
19  adopting a definition of usually that I don't
20  understand.
21  EXAMINATION BY MR. SMITH:
22    Q.  I'm talking about in 58 years of field
23  explorations, when you go into the field and
24  you find a high permeability, cohesionless
25  soil --

Page 311

1    A.  Right.
2    Q.  -- you can't tell me whether they're
3  usually in a drained or an undrained condition.
4  You just can't tell me because you don't know?
5    A.  No.  It's because I don't know the
6  boundary conditions and I don't know the
7  loading conditions.  If you tell me those, then
8  I'm --
9    Q.  I'm not asking about a specific
10  situation.  I'm talking about the thousands of
11  times you've gone into the field.
12    A.  I've dealt with both.
13    Q.  And which is it most of the time?
14    A.  It's not most of the time that matters
15  when you're doing a site specific --
16    Q.  I didn't ask you what matters.  I
17  asked you what you found.
18    MR. STEVENS:
19       Robin, I think we're going to
20       wrap this up.  If you don't have
21       anything else to ask except --
22    MR. SMITH:
23       I have something else to ask.
24    MR. STEVENS:
25       Well, please do.

Page 312

1    MR. SMITH:
2       I'd liked a question to my
3       answers.
4    MR. STEVENS:
5       You would?  I'll give you a
6       question for your answer.  Now we're
7       all tired.  Please, reduce your tone
8       of voice and let's be gentlemen for
9       another few minutes till we shut this
10       down.
11    A.  Mr. Smith, it will depend on --
12  EXAMINATION BY MR. SMITH:
13    Q.  I did not ask what it depends on.  And
14  that's not responsive.  If you're not going to
15  tell me which it is, we'll move on.
16    A.  It's because I'm having difficulty
17  understanding what you mean by usually.  If you
18  will, as clearly as possible, define the
19  conditions you are thinking about as you use
20  that term, I will do my damnedest to be
21  responsive to that definition.
22    Q.  Dr. Bea, I am not thinking about any
23  particular condition.  If I was thinking about
24  a particular condition, then you could do an
25  analysis to figure out whether it was in an

**DR. ROBERT BEA**                                                    **March 28, 2012**

|       | Page 313 |
|-------|----------|

1    undrained or drained condition.  I'm asking
2    what in your experience you have found.
3         A.   My experience of what I have found
4    says never, ever assume what might be usual to
5    address an engineering problem.  But -- people
6    are usual, but it's the individual
7    characteristics that become important.
8         I'm afraid I can't answer your
9    question in the general context that you have
10   posed it.
11        MR. STEVENS:
12        Robin, we're done.
13        A.   That's based on 58 years of
14   experience.
15        MR. SMITH:
16        No, we're not done.
17        MR. STEVENS:
18        Yes, we are.  It's 5:40 p.m.
19        MR. SMITH:
20        We're not done.
21        MR. STEVENS:
22        You got one more question?
23        MR. SMITH:
24        It's not my fault he won't answer
25   my questions.

|       | Page 314 |
|-------|----------|

1         MR. STEVENS:
2         Your question has been answered
3    nine times.  If you ask it again --
4         MR. SMITH:
5         It's never been answered.
6         MR. STEVENS:
7         -- you'll get the same answer.
8         MR. SMITH:
9         I did not ask him to make any
10   assumptions.
11        MR. TREEBY:
12        Everybody needs to calm down.
13   But after that --
14        (Reporter interruption.)
15        MR. TREEBY:
16        Going back and looking at it,
17   maybe there's a misunderstanding about
18   what the question was, but the
19   question was, in his experience, what
20   has he run into more often than the
21   other?
22        It doesn't depend on conditions.
23   He's talking about his experience.
24        MR. STEVENS:
25        He's answered the question three

|       | Page 315 |
|-------|----------|

1    times.  He doesn't have to answer it
2    again.  We're done with that.  If you
3    want to take it up the Court, please
4    do.
5         MR. SMITH:
6         I will move on.
7         MR. STEVENS:
8         Dr. Bea is exhausted.  You're
9    tired.  I've got a question for your
10   answer like you asked for, and I would
11   like to have about two minutes before
12   we wrap up, and we're done.  Thank you
13   very much.
14        MR. SMITH:
15        We're not done.  I'm not done.
16   I'm making a record.  I'm not done.
17        MR. STEVENS:
18        Okay, fine.  You're done with
19   your time.  You've waited until one
20   o'clock to start asking substantive
21   questions.  We want to get there.
22        MR. TREEBY:
23        Are you cutting us off?
24        MR. STEVENS:
25        Yes, I am.  We are done.  You're

|       | Page 316 |
|-------|----------|

1    at our 14-1/2 now.
2         MR. TREEBY:
3         You said before we could go to
4    the end of the tape.  And now you're
5    taking it back.  That's wrong, Elwood.
6         MR. STEVENS:
7         I said it was okay with me.  The
8    doctor is absolutely exhausted.
9         How much time do we have left,
10   Gilly?
11        THE VIDEOGRAPHER:
12        11 minutes.
13        MR. STEVENS:
14        11 minutes.  Fine.  We're done.
15   You had 31 minutes a while ago.  I
16   want to ask about three minutes of
17   questions and we're finished.  I want
18   to wrap this up.
19        MR. TREEBY:
20        Let's call the magistrate.
21   That's ridiculous.  Let's get
22   Wilkinson on the phone.
23        You really want to defend that
24   position?  You're going to ask
25   questions of your own witness, and

                                    79 (Pages 313 to 316)

**DR. ROBERT BEA**                                                    **March 28, 2012**

Page 317

| | |
|---|---|
| 1 | you're going to keep him from asking |
| 2 | 11 more minutes of questions.  That's |
| 3 | wrong, Elwood.  That's wrong. |
| 4 | MR. STEVENS: |
| 5 | I tell you what -- |
| 6 | MR. TREEBY: |
| 7 | Why don't you go out and consult |
| 8 | with your cocounsel and see if you |
| 9 | think you can sustain that.  And make |
| 10 | Dr. Bea perhaps come back here to |
| 11 | finish. |
| 12 | MR. STEVENS: |
| 13 | He's coming back for two -- |
| 14 | MR. TREEBY: |
| 15 | I'm saying on this deposition, |
| 16 | not a rebuttal deposition, which is |
| 17 | totally separate. |
| 18 | MR. STEVENS: |
| 19 | This deposition is over.  Okay? |
| 20 | MR. TREEBY: |
| 21 | Well, if you don't ask any |
| 22 | questions then it's over. |
| 23 | MR. STEVENS: |
| 24 | I want to complete this record |
| 25 | and have it on this tape, my two |

Page 318

| | |
|---|---|
| 1 | little questions.  It ain't going to |
| 2 | take but a minute. |
| 3 | MR. TREEBY: |
| 4 | Joe, you want to counsel him? |
| 5 | MR. BRUNO: |
| 6 | Don't do that to me now. |
| 7 | MR. TREEBY: |
| 8 | I am doing that to you.  As |
| 9 | plaintiffs' liaison counsel, are you |
| 10 | going to -- |
| 11 | MR. BRUNO: |
| 12 | I'm standing behind the lawyer |
| 13 | that's assigned to handle the |
| 14 | deposition. |
| 15 | MR. STEVENS: |
| 16 | Thank you. |
| 17 | EXAMINATION BY MR. STEVENS: |
| 18 | Q.  Dr. Bea, I just a couple of questions. |
| 19 | MR. SMITH: |
| 20 | I'm not finished. |
| 21 | MR. STEVENS: |
| 22 | I'm sorry.  You waited until to |
| 23 | late to start asking substantive -- |
| 24 | MR. SMITH: |
| 25 | I did not pass the witness. |

Page 319

| | |
|---|---|
| 1 | MR. STEVENS: |
| 2 | Take that up with Mr. Treeby. |
| 3 | MR. SMITH: |
| 4 | You do not have the witness.  I |
| 5 | have the witness. |
| 6 | MR. STEVENS: |
| 7 | I do now. |
| 8 | MR. SMITH: |
| 9 | I have the witness.  As long as |
| 10 | he's still on the record I'm asking |
| 11 | questions. |
| 12 | MR. STEVENS: |
| 13 | Hold on one second. |
| 14 | MR. SMITH: |
| 15 | You're either cutting this off or |
| 16 | I'm asking questions. |
| 17 | MR. STEVENS: |
| 18 | Then we're done. |
| 19 | MR. SMITH: |
| 20 | You're not taking my time. |
| 21 | MR. STEVENS: |
| 22 | You don't have any time left. |
| 23 | Your time's expired. |
| 24 | MR. SMITH: |
| 25 | My name is not expired. |

Page 320

| | |
|---|---|
| 1 | THE WITNESS: |
| 2 | May I ask a question? |
| 3 | MR. STEVENS: |
| 4 | Yes, you may. |
| 5 | THE WITNESS: |
| 6 | Do I still have rights? |
| 7 | MR. STEVENS: |
| 8 | Yes, you do. |
| 9 | THE WITNESS: |
| 10 | I want to stop now.  I'm glad to |
| 11 | come back for the deposition that's |
| 12 | being scheduled, but, um -- I'm tired. |
| 13 | And I'm not trying to be evasive. |
| 14 | MR. STEVENS: |
| 15 | And that's fine.  I will defer my |
| 16 | questions till later.  Thank you very |
| 17 | much.  These depositions are done. |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**JOHNS, PENDLETON COURT REPORTERS**                    **504 219-1993**

**DR. ROBERT BEA**                                            **March 28, 2012**

Page 321

1          WITNESS' CERTIFICATE
2
3               I, ROBERT G. BEA, Ph.D., do hereby
4     certify that the foregoing testimony was given
5     by me, and that the transcription of said
6     testimony, with corrections and/or changes, if
7     any, is true and correct as given by me on the
8     aforementioned date.
9
10    _____     _____
11    DATE SIGNED          ROBERT G. BEA, Ph.D.
12
13    _____  Signed with corrections as noted.
14
15    _____  Signed with no corrections noted.
16
17
18
19
20
21
22
23
24
25    DATE TAKEN:  March 28th, 2012

Page 322

1          REPORTER'S CERTIFICATE
2          I, JOSEPH A. FAIRBANKS, JR., CCR, RPR,
3     Certified Court Reporter in and for the State
4     of Louisiana, do hereby certify that the
5     aforementioned witness, after having been first
6     duly sworn by me to testify to the truth, did
7     testify as hereinabove set forth;
8          That said deposition was taken by me
9     in computer shorthand and thereafter
10    transcribed under my supervision, and is a true
11    and correct transcription to the best of my
12    ability and understanding.
13          I further certify that I am not of
14    counsel, nor related to counsel or the parties
15    hereto, and am in no way interested in the
16    result of said cause.
17
18
19
20
21
22
23    _____
24    JOSEPH A. FAIRBANKS, JR., CCR, RPR
25    CERTIFIED COURT REPORTER #75005

**JOHNS, PENDLETON COURT REPORTERS**              **504 219-1993**

DR. ROBERT BEA

March 28, 2012

## A

**ability** 200:2 267:4
322:12
**able** 28:6 89:6
103:13 112:4
117:3,15 161:22
193:20 198:23
199:12 288:21
290:4
**absolutely** 39:22
228:5 316:8
**absorb** 38:15
**academic** 14:14,16
**acceptable** 290:14
**accepted** 83:11
96:14 137:14
**access** 178:14
**accessing** 176:11
**accident** 221:5
**accompanying**
246:17 247:16
307:17
**accomplish** 81:24
**account** 283:13
**accuracy** 83:21
178:19 180:14
181:11 236:10
**accurate** 142:6,8,9
158:1 237:10
253:11
**accurately** 236:15
**achieve** 29:8
170:22 171:6
**acknowledged**
164:23 234:18
**acm** 35:11 39:14
40:12 120:5,9
**acquired** 235:17
**act** 237:21
**acted** 198:5
**acting** 221:13
257:22
**action** 1:4 118:23
119:4 126:20,25
**activities** 22:24
33:17 58:16 59:1

61:22 62:8 140:1
**activity** 23:25 24:6
108:22 186:10
**acts** 93:11
**actual** 100:7,13
146:24 176:15
187:11,17 190:12
201:19
**add** 29:7 73:8
191:4 201:12,15
227:11
**added** 42:20 82:9
208:21
**addition** 97:20
198:7 206:2
263:18
**additional** 12:1
24:23 26:12 28:5
28:7,11 40:17
258:8
**address** 204:6
205:21 313:5
**addressed** 172:10
**addresses** 156:17
**addressing** 108:13
156:16 169:15
202:24
**adhere** 308:23
**adjacent** 34:12
37:12 38:5 94:15
99:13 100:8,14
101:14 102:1
119:8 138:18
160:1 161:1 234:1
234:2
**adjective** 232:16,20
**administering** 6:24
**admitted** 264:10
**admitting** 78:16
**admixture** 231:2
**adopt** 80:12
**adopted** 225:5
**adopting** 310:19
**adrian** 3:5
**advancing** 227:14
227:17
**advantage** 193:13

210:15
**advise** 227:3
**aerial** 43:11 44:3
56:3 103:5,16
104:23 105:5
107:25
**affect** 259:17 281:6
282:21
**affirmatively** 59:1
180:23 230:21
237:4
**aforementioned**
6:4 321:8 322:5
**afraid** 313:8
**afternoon** 171:13
171:14
**aggregate** 230:19
231:6,23 263:2
290:21
**ago** 316:15
**agree** 23:9 42:6
45:5 54:1 135:9
135:13 148:25
149:22 153:23
175:9 200:8,12,22
223:4 224:11
228:25 230:10,14
287:20,23 288:3
288:10 289:2,10
291:5 293:4
307:21 308:6,12
308:18
**agreed** 6:2 19:9
23:10 67:8 262:24
**ahead** 29:1 118:7
142:9 184:21
239:20 305:14
**aint** 318:1
**alike** 194:21
**alleged** 126:13
130:5
**allow** 21:2 227:24
274:5
**allowed** 228:1
**amazing** 227:1
**ambiguity** 244:21
**ambiguous** 230:16

**amen** 169:6 228:9
**amenable** 223:12
**america** 2:16
**american** 14:2
174:9 181:4
**amounts** 270:7
**analyses** 8:24,25
9:6,16,25 10:2,5,8
10:12,17,18
144:18 145:1
163:4,14 164:7
166:8,11 167:13
170:14 189:5
192:9,18 193:11
196:24 202:25
207:22 209:12,17
214:1,10,11
215:17,23 217:4,8
217:13 218:3
219:24 220:9
222:6,9,12 224:9
243:9 246:7 247:7
247:25 286:5
287:24 298:21
299:18 303:22
304:12
**analysis** 110:22
158:23 166:20
169:23 170:18
180:22 183:24
194:14 200:4
203:13 205:21
209:15,24 210:24
211:11,17 215:10
217:22 218:23
219:3,14,17,25
220:7,20,24
250:17 275:14
277:6 299:13
300:6 301:16
302:9 305:16
308:13,14 312:25
**analytical** 24:10
172:12,13,17,21
172:24 173:1,3,24
174:6,21,22,24,25
175:6 176:13

177:18 178:15
179:21 187:3,4
189:4,18 190:21
201:19 210:11
**analyze** 54:16,18
181:11 196:22
223:2
**analyzed** 163:13
209:10 211:24
215:13 216:8,17
217:2,5,6,9
250:19 284:4
303:11,20
**analyzing** 212:9
222:24 308:7
**anchored** 210:20
**andy** 118:12
**answer** 6:13 9:19
9:24 44:2 59:15
66:19 69:21 70:7
75:4 89:23 91:19
91:25 92:9,22
94:25 96:17,21
111:2 113:15
115:17,20 118:9
122:25 123:3,12
129:1 140:15,16
157:9,12 160:11
161:10,14 167:7,8
187:15 192:23
195:10 197:10
201:13 203:25
216:13 237:14,19
239:16,19,21
250:4 270:13
312:6 313:8,24
314:7 315:1,10
**answered** 28:19
116:9 130:20
238:14,19 314:2,5
314:25
**answering** 12:8
184:21 309:19
**answers** 157:25
208:9 312:3
**anticipated** 32:17
32:24

DR. ROBERT BEA

March 28, 2012

Page 324

**anybody** 63:4
**apart** 200:9
**apologize** 145:20
204:14 240:4
242:18
**apology** 49:7 53:19
**apparently** 23:23
69:7 280:20 305:9
**appear** 119:15
244:3 249:2
257:21
**appearance** 235:15
235:20
**appearances** 2:1
**appears** 78:13 85:7
102:11 110:13
125:1,8 126:13
128:16 130:9
257:16 262:25,25
287:3
**appendices** 241:25
242:9,11 246:15
247:14 253:11
**appendix** 38:8,13
38:18 43:9 58:6
75:15,16,16
105:13 106:20,24
107:1,13 109:12
109:14,20 114:9
114:11,18 119:16
128:17 132:21
133:5,7,8,16
134:5,21 135:8,18
135:18 202:17
211:21 212:14
233:5,23 242:21
244:11 246:5
247:4 248:10
249:4 253:14,17
253:25 256:21
262:18 264:5
276:1,5 302:3
**applicable** 145:25
155:18 156:15,23
156:24 159:1,10
**application** 197:22
298:9

**applications**
170:18
**applied** 159:19
169:10,12 249:22
251:2,25 299:7
**apply** 150:9 157:3
236:4 273:23,24
**applying** 243:5
299:19
**appreciate** 45:1
161:10 167:5
**appreciated** 271:2
**approach** 130:16
**appropriate** 17:8
29:9 89:9 137:14
158:4 187:14
190:20 192:8
196:7 197:6 206:4
229:9 238:3,4,6
270:16 308:15
**appropriately**
13:12 140:17
**appropriateness**
178:19
**approval** 209:20
**approve** 284:14
**approved** 83:11
85:5 86:5,18
87:12 284:18
**approximate** 86:14
166:6 226:5
**approximately**
55:14 56:14 99:12
99:22 110:5,9
124:22 125:24
126:2 130:15,18
**april** 41:7 137:12
163:2 182:20
**arching** 93:13
**arctic** 226:16
**area** 9:3 10:3 15:5
15:20,20 18:24
23:6 26:3 32:11
33:5 35:11 36:6,9
36:11,21,23,24
37:12,18 38:22
39:12 43:2,15

46:13 47:17 48:6
52:2,14 53:10
60:22 65:25 71:17
76:14,17,25 77:17
85:19 89:15 91:1
92:8 98:11,15
100:2 102:17,20
102:23 103:20
112:10 128:11
136:3 145:3,15
153:23,25 154:2,8
155:7 170:23
179:17 190:11
234:1 235:24
261:20 264:12,16
265:15 271:5
298:15,22
**areas** 33:4 39:13
98:14 151:22
154:25 233:12
236:22 251:3
263:21,22 265:2,6
**arent** 272:18
293:20 309:4
**arguing** 213:19
**army** 19:21 22:6
96:14 144:9,20
145:6,24 146:19
147:2,19 148:11
148:18 150:6
170:3,10 203:12
205:20 207:19
298:17
**arrive** 178:17
**arrow** 100:11
**art** 181:7
**articulate** 132:10
**ashamed** 158:11
**aside** 33:19 98:22
115:16 131:2
287:19
**asked** 7:8 28:18
74:14 97:18 117:8
161:16,24 162:1,6
162:7,11,20 167:7
212:16 237:12,18
250:17 254:8

262:17 263:12
277:21 281:5
304:22 309:8
311:17 315:10
**asking** 48:12,13
66:9,20 90:18
95:7 113:3,5
116:7 165:4,5
208:8,9 216:12,13
245:1 275:22
304:11 309:20,21
309:22 311:9
313:1 315:20
317:1 318:23
319:10,16
**assemble** 73:15
**assembly** 41:4 76:3
**assertion** 112:14
**assess** 139:3
**assessment** 203:6
**assign** 249:20,23
265:12 275:17,19
**assigned** 200:11
246:6 247:6 256:3
266:16 306:7
318:13
**assignment** 226:10
276:8
**assist** 188:25 189:3
196:1 229:7
**assistance** 196:4,8
**assisted** 118:12
195:18,20 201:17
201:17 209:16
**associated** 29:22
109:5 136:10
137:6,10 151:15
154:16 156:19
163:21 176:8,9
190:12 192:8
202:24 205:23
219:25 273:19
278:19,24 293:18
**associates** 47:11
**assume** 42:1 313:4
**assumed** 213:13
**assuming** 282:1

**assumptions**
314:10
**assurance** 84:9
86:1
**assurances** 41:15
**assure** 197:7
**assured** 85:1 86:11
86:24 87:8
**ate** 7:10
**attach** 8:4
**attached** 8:15
21:10 22:10 25:18
30:22 31:18 34:23
45:23 84:6 85:23
90:10 96:2 155:24
246:24 248:25
267:12 276:25
279:8 304:9
**attachment** 250:21
**attempt** 117:17
176:14 242:13
**attempted** 41:3
48:16,22 132:9
138:11 167:4
177:2 269:19
**attempting** 24:4
29:8 38:14 66:14
179:18 193:24
204:17,19 236:15
260:16 282:10
**attention** 24:7
175:18 194:3
302:3,5
**attest** 47:12
**attorney** 145:11
**attributable** 199:24
**attribute** 57:8
**attributes** 227:9
**august** 96:10
**australia** 226:17
**authority** 27:18
**authors** 14:3 46:16
**available** 18:20
29:11 40:15 41:11
66:3 91:9 108:5,7
112:13 139:2
140:8,24 141:4,9

DR. ROBERT BEA

March 28, 2012

141:16,20 142:14
142:16,20,24
143:1,5,7,11,12
144:6,8,12 171:9
179:4 180:21
186:9
**avenue** 3:7 49:12
170:6 187:10
191:10 280:22
281:5 283:17,21
284:3 286:12,17
287:8
**avenues** 48:17,24
**average** 39:18,23
40:11 120:5
**avoid** 204:17
**aware** 47:15,22
48:3,11,18 49:8
49:13,15,21 50:1
50:4 52:12 61:8
63:19 65:11 98:1
98:25 144:13
147:22 148:3,10
148:14 154:7
192:6 208:4

**B**

**back** 15:1 16:23
27:13 36:17 38:14
61:17 68:15 72:14
75:1 79:16 81:22
82:16 83:12,18
84:11 86:4 91:12
99:4 104:15
111:16 118:21,21
121:17 128:17
163:3 186:8,9
204:24 236:9
237:8 250:8
253:14 254:17
255:25 285:8
298:8 314:16
316:5 317:10,13
320:11
**backfill** 50:14,23
52:13 53:9,13,23
54:4,21 71:11,13

71:25 72:3,18,23
77:4 78:20 80:25
81:4,21 82:4 83:5
83:6 85:18 94:5
97:5,21 101:25
102:6,19 103:7
104:19,24 111:6
123:10 128:12,15
233:11,24 237:21
238:9 240:17,18
240:21 241:1,2,19
241:21 243:1,17
244:1 248:11,15
249:21,24,25
252:2,13,20,25
254:21 255:1,3,20
256:5,15,16
260:18 265:22
268:5 278:19
**backfilled** 70:25
80:21 81:15 85:2
88:3,17,22 89:1,3
93:24 97:16 99:1
101:12 103:20
105:9 110:2,4,14
111:21 115:4
119:13 123:4,11
124:9,20 125:1,9
125:20 126:13
127:20 154:10,18
154:20,24 155:1,1
236:19 248:13,21
249:12 250:24
251:4 252:1
265:17,18 266:2
**backfilling** 73:17
84:25 86:13 87:6
88:23 89:7,9
96:15,18 106:1
**backfills** 82:15
**background** 37:7
55:16,19 77:9
117:18
**backwards** 288:23
**bananas** 57:7
**bank** 9:2 10:3 15:4
18:23 21:14 24:22

26:2,10 28:10
33:5 37:2 46:12
47:17 48:6,24
52:1,14 59:24
60:7,17,21,25
62:15 65:25 67:24
91:1 94:15,17,21
95:3,11 100:10,16
100:17 102:16
145:3 153:25
154:8,17 155:7
170:22 235:23
298:15 305:17
**bantered** 91:20
**bar** 235:19
**barge** 16:24 86:23
218:25 219:7
222:11,12
**barges** 62:19 63:1
67:23 68:4,6,17
68:22
**baronne** 2:6
**base** 24:9 101:2
**based** 29:10 41:10
82:12 89:4 107:25
110:22 125:16
169:9,20 179:1
180:4 212:8,22
213:2 215:4 224:9
225:6,16 227:8
243:18 245:19
256:9 259:6
263:23 264:20
265:14 279:2
283:6 299:25
300:1 301:23
313:13
**bases** 111:24
**basic** 146:4,12
197:15 223:9
**basically** 155:3
283:2
**basing** 102:5
169:23
**basis** 48:8 62:1,25
81:20 131:12
148:9 169:14

170:9 235:13
269:25 284:22
292:25 299:17
**bates** 21:4 22:14
31:24 84:11
**baton** 11:2
**bay** 93:18
**bayou** 170:16,17
**bea** 1:19 4:9,10,11
4:12,13,14,15,16
4:17,18,19,20,21
4:22,23,24,25 5:1
5:2 7:1,8 8:14,19
21:4,9 22:5,9
25:13,17 28:18
30:19,21 31:14,17
34:20,22 35:3
36:15,17 45:22
51:14 56:4 64:24
74:20 82:23 83:25
84:5 85:20,22
90:2,4,8,9 96:1
97:14 99:4 118:22
118:24 120:25
126:18,23 127:14
132:21 155:21,23
160:20 163:3
168:12,25 169:8
171:13,25 172:24
175:9 177:21
184:13 186:20
190:14 194:7
197:12 204:19
208:4 209:2
213:16 229:11
238:13 239:12,20
240:16 242:6,21
245:17 246:15,22
246:23 247:21
250:11,11 251:14
252:17 253:17
254:19 255:17
256:24 258:13
262:16 263:24
266:4,19,23
267:11 269:11
276:13,24 277:3

277:12,20 278:6
278:17 279:7
280:19 281:4,7,16
285:8 287:14,20
294:10 295:3
301:6 302:2,21
304:2,8,24,25
306:8 312:22
315:8 317:10
318:18 321:3,11
**beach** 53:7 243:7
272:5
**bear** 171:20
**bearings** 135:6
**bears** 22:14
**beas** 247:14 250:16
**beaufort** 226:16
**becoming** 207:17
**began** 228:1 298:2
**beginning** 32:22
122:4 182:16
**begins** 22:23 36:23
46:8
**behalf** 25:22
**behavior** 179:4
224:11,14 288:13
308:4
**beige** 102:6,8,10,15
102:25 103:2,18
**belief** 222:18
**believe** 18:10,12
25:6,24 54:4
64:17,23 68:11
70:11 84:10
100:20 119:23
120:3,14 128:20
129:15,15 133:19
140:19 147:8
150:18,23 158:25
164:8 189:15
208:1 211:20
219:5 223:15
235:12 243:4,10
243:14 257:19
**bending** 100:1
**benefit** 52:23
**benefited** 177:16

DR. ROBERT BEA

**benjamin** 2:23
**berkeley** 14:7,12
  186:15
**berm** 23:6
**berms** 153:9,10,18
  153:19
**best** 18:2 20:5 29:9
  30:8 95:9 108:16
  165:18,20,25
  171:22 210:20,21
  218:16 243:18
  253:18 263:21
  264:17,19,20
  267:3 278:13
  322:11
**bet** 270:14 301:12
**better** 43:25 222:14
  222:15,16 237:2
  253:13
**beyond** 20:15,16
  153:23 154:9
  156:11
**bias** 172:18
**bible** 223:16
**bibliography**
  223:20
**bienvenue** 170:17
**big** 27:15 82:24
  98:6
**bill** 7:8 28:22 45:7
  74:4 78:24 137:18
  137:18 157:2,13
  168:9
**bit** 194:19 276:17
**bites** 204:16
**bivalve** 71:20
**bivalves** 72:6
**blame** 142:17,18
  244:19,20
**blank** 276:22
  277:25
**blanket** 217:20
**block** 32:11,16
  93:18
**blue** 100:11
**boat** 21:14 23:4
**bob** 256:25

**body** 270:1
**bogus** 157:10
**bol** 31:7
**boland** 22:24 29:21
  30:3 32:11 34:13
  35:11 38:6,22
  40:12 42:18 57:21
  63:18 67:5 76:18
  91:3,18 94:8 97:7
  102:18 103:21
  104:10,17,24
  105:1,7,9 118:24
  119:3,8 120:6,10
  127:3 133:13
  233:13
**books** 29:11
**border** 18:4
**bore** 127:25
**boring** 104:14,25
  108:4,24 127:11
  204:13 256:11
  258:7 263:16
  264:21 265:20,20
**borings** 89:10
  103:25 104:5,6,18
  105:6 226:12,15
  227:25 256:12
  263:25
**borrow** 15:9,14,21
  16:1,5,6 17:12,20
  18:1,1,7 19:4 20:2
  20:4 21:1,2,15
  23:4,15,20,24
  24:3,7,8,13 50:22
  51:2 56:18,23
  57:2,9,12 58:7
  86:24 87:7 93:23
  94:2 98:22
**bottom** 22:15,21
  27:16 31:25 33:3
  33:8,13 35:1,3
  39:5,7,16 55:4
  65:15 77:10 82:25
  84:12 86:8 87:5
  92:4 114:24,25,25
  126:1 134:22
  152:17 257:20

**boundaries** 17:25
**boundary** 17:24
  18:1 229:25
  294:15 311:6
**bow** 282:7
**bowl** 179:15
**box** 2:22 123:10
  268:9,22 273:15
  273:17,20,24
  274:18 275:4
  281:5 282:21
  283:4,6,8 285:17
  286:2,8 287:8
**boy** 157:7
**branch** 2:21 148:19
**brandon** 3:20
  13:14,18
**breach** 9:1,2 10:5
  17:23 23:3 24:10
  94:1 99:12,22
  100:18 101:14
  102:1 106:16,21
  107:13,17 109:11
  109:21,22 115:22
  116:10,14 119:9
  123:2 124:7
  128:11,16 130:24
  132:1,2 152:7
  170:14 177:13,14
  179:8,9,17 189:13
  189:13,13 191:21
  191:21 193:12,12
  193:13 218:5
  246:4 247:3 248:3
  248:5,6,7,9,14
  249:8,9,10 251:11
  254:16,21,23
  258:2 259:21,23
  260:1,4 261:6,7
  262:22 264:15
  265:15 266:25
  277:4 278:13
  282:25 283:23,24
  283:25 285:14,24
  286:5,6,6 287:2
  305:17
**breached** 24:13

37:13 98:12,18
**breaches** 1:4 10:1
  185:14,24 191:20
  219:2 237:22
  240:1 298:21
**breaching** 17:19
  21:1,14 299:22
**break** 171:11 195:6
  220:14 250:6,7
  281:1,4
**bridges** 49:13
**brief** 51:12 132:19
  206:13 208:25
  250:9 277:1 305:1
**bring** 17:20 18:8
**bringing** 17:13
  24:14
**broader** 175:19
**brothers** 47:23
  48:5,13,16,21
  49:10,17 50:3
**brought** 108:23
  175:18 277:14
**bruno** 2:3,3,4
  78:23 79:5,10,21
  79:25 80:9,13
  141:24 142:3
  160:5,12 238:23
  318:5,11
**bucket** 82:16 85:3
**building** 23:5 90:24
**buildings** 90:25
  91:2,6
**bulldozer** 82:1
**burden** 92:11
**buried** 56:13,22
  58:5 64:4 95:10
  108:18 109:6
  154:16 169:15
  218:15 243:5
  300:3,7 302:10
  304:19

---
**C**

**cable** 112:19
**cake** 30:2 57:21,25
  62:4 63:18 67:4

67:15 91:17
**calcareous** 229:21
  294:22 295:14,21
  295:24 296:2,6
  297:13
**calculate** 246:13
  247:12 295:4
  296:25 297:1,23
**calculating** 171:8,9
**calculation** 178:25
  180:4 181:20
  183:20 186:1
  197:7
**calculations** 173:22
  181:14,25 182:11
  183:9,16 184:25
  185:3,7,22 186:2
  186:7,17 201:20
  211:12 222:24
  237:8
**calculator** 277:13
  277:15
**calendar** 194:6
**calibrated** 304:16
**california** 7:2 11:6
  14:6,12,15 176:3
  190:9 310:9
**call** 67:19 69:1
  168:6 181:1
  190:19 269:6,7
  271:4,15,17
  274:23 275:2
  286:17 297:25
  300:5 303:19
  316:20
**called** 44:17 91:17
  197:23 200:3
  271:10
**calling** 11:11 64:6
  65:7 69:7 103:7
  166:24 167:10
  275:11 303:1
**calm** 314:12
**campaign** 226:11
  226:13
**canal** 1:4 24:22
  26:10 28:10 37:2

DR. ROBERT BEA

March 28, 2012

48:18,23 49:21
50:4 59:24 60:7
60:16,21,25 62:15
67:24,25 76:18,21
92:15 94:6,12,15
94:17,20 95:3,11
95:12 97:5 98:16
99:24,25 102:17
103:3 124:17
153:24 154:17
170:4,15,16,16
177:13 179:5,15
181:16 183:13,22
184:5,14 185:20
186:18 187:10
191:10 219:11
280:22 283:17,22
284:3 286:12,18
286:19 287:8
293:17
canals 219:11
222:16
cant 39:20 42:4
43:23 44:5 47:12
52:2 75:4 76:7
103:11,12 105:24
106:3,8 112:3
118:9 131:7
157:21 188:3,4
192:22 228:24
259:23 266:11
295:4 310:12,13
310:15 311:2,4
313:8
cantilever 156:6
capt 179:6
caption 16:3 21:14
21:21 24:12 29:20
29:25 31:4,6 35:7
35:10,17,20 36:7
36:12,25 38:20
57:1 75:15,18
76:11,25 242:22
captions 35:24 36:4
capture 278:23
captures 16:10
183:20

car 64:4,9,19,22
67:3,13 68:14
94:7,11 95:8,9,22
97:7 154:16
card 73:12
care 145:15 159:16
159:19,24,25
160:21 238:2,4,7
238:10 240:1,2,20
241:3,16
career 224:20
careful 309:19
310:18
carefully 71:23
108:2 132:9
carondelet 1:21
3:13
carried 278:22
carry 200:18
casagrande 225:2
casagrandes 225:6
case 20:21 25:15,22
26:19,19 52:19
63:6,14 65:4
74:13 75:8 95:7
106:16,21 107:13
107:14 108:10,10
108:19 109:2,11
109:19,21,22
116:19 117:3,20
118:17,18 121:19
123:5,13,22 124:5
124:6 125:5 128:4
128:9,11,17,24
129:24 130:1,3,4
130:4 132:8 146:6
146:14 151:1
156:15,25 169:3
173:2 182:3
183:25 186:16
188:2,12 190:7,22
191:3,25 192:5,8
192:13 193:3
195:13 197:19
200:5 201:1
202:20,21 203:4
213:11,11 219:7,7

219:9 227:21
230:6 237:22
240:9 241:22
242:7 243:13
251:11,11 255:4
256:2 258:1 260:8
260:9 263:9
266:24 268:18
274:7 277:5,13
290:16 294:17
295:25 297:23
309:17
cases 13:21 24:21
26:10 27:7 28:10
50:24 67:24 88:1
88:2 97:16 107:18
110:1 115:22
116:10 117:2
132:2,2 178:14
189:14 190:19
193:4 197:1 198:1
198:2,7 213:14
cast 153:2
casting 170:14
catalog 73:16
catastrophic 11:5
12:3
catch 281:19
categories 107:23
152:20 183:20
188:6 191:18
192:15 230:1
250:23
category 153:13
173:15,20 203:25
235:2 249:5,7,11
251:1
causation 177:12
cause 290:8,23
291:8 322:16
caused 237:22
292:13 293:7
294:3
causes 93:9 201:7
ccr 1:24 6:22 322:2
322:24
center 11:5 12:3

centimeter 236:7
236:24,25 237:7
253:23 258:18
259:16,19 260:3
260:13 261:1,22
centimeters 165:21
218:17,19,21
236:8 258:22
259:7 261:2
306:15
central 240:19
241:1,20 242:9
certain 30:13 61:5
148:17 219:9
certainly 30:14
69:18 137:3
140:16 164:15
171:25 253:7
260:25 261:17
266:14 267:8
270:22 303:16
certificate 321:1
322:1
certified 1:25 6:23
322:3,25
certify 321:4 322:4
322:13
cetera 88:22
chad 63:5 88:7,12
120:18 121:14
122:1 123:19
chance 267:2
change 9:12 18:22
26:25 27:6 51:11
97:11 167:12,15
167:16 223:14
238:1 252:19
281:22 282:4,5,8
282:12,17 289:14
290:6,22 291:1
292:7 294:13
295:6 296:14
299:15,16 301:14
304:18 307:23
changed 223:11
282:15
changes 164:17,18

166:21 167:16,24
167:24 216:5
221:1,11,13,14
223:12 236:20
272:11 282:6,13
282:18 284:18
290:7,8,23,23
291:7,8 292:10
293:4 321:6
changing 12:7
200:15 290:12
293:11,20
channel 53:1,2
characteristic
175:5 213:24,25
214:16 222:8
240:16,18 248:24
256:12
characteristics
51:10 172:19,20
173:7 174:3,5,23
206:2,3 209:9
211:23,25 212:3,7
212:11,17,23
213:4,9,17 215:13
217:2 225:17
235:18 236:16,18
242:16 255:24
265:21 294:24
295:7 296:17
297:17 300:6
308:19 313:7
characterization
40:11 100:24
121:10,22 280:22
characterizations
192:17 200:21
201:18
characterize
207:16
characterized
172:16
characterizing
121:25
charge 121:9 262:8
chart 306:19 307:1
307:11

chase 207:24
check 41:13 197:2
  197:12 270:22
  277:7
cheese 137:11,15
  137:22
chemical 231:8
  233:3
chiefly 224:15
china 226:16
choice 221:5 224:8
  228:6
choices 200:8
chris 118:14
christopher 3:6
chunks 255:24
circle 42:19 99:20
citation 27:18
  59:19 60:2,6
cite 20:25 27:22
  50:17 51:16 52:2
  56:15 82:19 94:2
  104:3,19 139:5,14
  140:11 144:20
  149:4,24 263:15
cited 20:24 27:7
  58:18 59:4,4,13
  60:3 61:24 62:3,6
  62:12 63:10
  104:25 117:1
  128:24,25 129:22
  132:8 178:21
  185:16 189:14
  190:8,8,10,19
  192:15 211:10,14
  213:7 242:3
  263:25 269:25
citing 60:11 65:2
  68:14 118:13
civil 1:4 2:21 6:6
  14:2 96:5 148:10
  181:3,5,7 224:20
claiborne 48:17,24
  49:12
claiming 103:13
clams 71:21
clarification 96:17

254:9 285:5
clarify 9:15 18:15
  288:20
clarity 134:12
class 271:14 273:5
classes 225:6
classic 157:7
classification
  224:24 225:16
  226:20 227:4,7
  228:8,17,22 229:1
  229:11,15 230:5
  232:19 268:19
  269:11 270:10,13
classifications
  226:25 229:7,9
classified 232:25
classify 228:7
  229:23 270:10
  271:13
clay 15:14 86:23,24
  87:7,8 220:22
  231:5,6,6,10,13
  231:16,16,20
  257:23 263:1,6
  265:8 268:15,19
  269:6 270:11,24
  271:2,6,7,7,9,10
  272:6,15,22,23
  273:4,5,7,13,16
  273:16 275:6,11
  278:21 291:18
  297:25 298:6
  299:9,20 301:15
  303:1,18 307:24
claycovered 56:13
clayey 51:3
clayman 3:4
clays 16:6,12,13
  89:14 92:7,21
  223:25 270:8
  272:2,10 296:7,8
  296:11,12 307:21
clean 232:20,25
  233:11,24 234:4
  250:8
clear 19:11,13

55:22 66:18 177:5
  186:13 249:16
  251:10 263:11
  277:23
clearing 52:2 59:1
  108:6 112:11,21
  135:1 235:24
clearly 35:24 53:19
  58:17 61:22 62:11
  312:18
close 15:22 16:6
  20:21 24:25 26:14
  29:24 31:8 32:18
  34:13 46:23 56:15
  58:18 62:21,23
  71:2,3 76:13
  88:24 89:12 92:6
  92:12,17,17
  112:20 119:19
  153:4 154:17
  165:6,9 172:11,16
  172:18 174:4,6,15
  209:11
closed 274:12
closely 251:20
closer 76:21 110:15
cluttered 276:18
cobosroa 178:13
  180:10 194:18
  195:15,18 196:2,5
  197:1,25 198:6
  200:24 201:5,21
  202:14 209:21
  210:5 211:15
  212:15 230:4
  251:21 255:13
  304:20
cocounsel 317:8
code 206:1 208:3
coefficient 9:12
  164:11,14,22
  165:3,9 166:12
  297:6,15
cofferdam 22:24
  29:21 31:7 32:10
  32:24 64:20 85:1
  85:1 86:13 96:19

96:23,25
coherent 193:19,21
coherently 200:18
cohesion 223:24
  306:12
cohesionless
  230:19 257:17,18
  257:21 308:22
  310:24
cohesive 51:3 256:7
  256:7,8 257:17,21
  257:22 263:1
  307:17
cold 117:6 171:21
collaborate 180:9
collaboration
  178:11
collaborative
  178:16
collapsing 295:15
colleagues 13:13
collect 226:6
collected 33:16
  226:22
collection 16:9
colloquial 288:18
  288:19
colloquially 288:20
color 16:14 102:6,8
  102:11,16,25
  103:2,19 227:10
  244:8 266:5,6,7
  267:1 281:15
colored 71:20
  77:11,13 101:25
  286:9 287:7
colors 16:13 244:4
column 153:14
  274:6,8,9,22
  282:25
columns 153:12
combination 33:15
  232:8 243:8
combined 183:17
come 17:1 186:4
  197:4 227:23
  250:7 317:10

320:11
comes 19:4,21
  212:5 262:1
coming 18:22
  71:17 117:16
  123:7 194:1 197:5
  317:13
comment 28:20
  29:5 158:1 168:10
commenting 14:4
comments 168:9
common 33:2
  52:25 293:13
commonly 53:9
communicate
  197:25
communicated
  198:2
communication
  41:20 255:15
community 175:20
compact 82:15
compacted 81:4,22
  83:6 85:2 86:25
  87:9 88:22
compacting 86:14
  86:18
compaction 81:24
  82:1,4 85:5,8,11
  85:15,18 87:12
  153:4
company 96:24
  226:11
comparable 304:17
compare 176:14
  179:3 180:20,21
  192:2,10,19
  198:17
compared 198:12
comparing 172:13
  187:3 189:17
  191:11
comparison 181:20
  191:22 194:13
  289:13
comparisons
  172:16

compiled 58:2
  117:17
complaints 49:18
complete 9:24
  11:12 96:16 112:4
  113:16 116:2
  182:19,21,22,25
  202:12 207:21,24
  239:20 250:17
  317:24
completed 11:1,14
  23:12 179:2 186:5
  186:10 211:5
  276:7
completely 47:2
  67:25
completing 15:15
completion 12:10
  25:4,7 27:8,14
  82:22 83:10,16
  98:4 139:16 286:5
complex 91:3,4
  176:1 204:14,15
  294:18
complies 268:10
  271:3
component 176:3
  195:19 243:4
  307:18
composition 12:6
compound 216:14
  269:15
comprehensive
  202:10 213:3
  242:14 295:1
compressibility
  219:12 220:8
  221:4,8 222:11,13
  294:23
compressible
  231:21 232:2
compression
  297:20
compressor 93:17
comprised 211:17
computation
  209:22

computational
  189:4 197:3,13
compute 173:4
computer 9:1,4,5
  9:25 10:5,12,17
  10:18 11:19
  178:20 180:6,25
  183:14 185:5
  189:1 190:16
  195:3 197:17,17
  203:23 322:9
computers 180:17
concept 113:1,4
  289:10
concepts 288:11
  291:7
conceptual 106:15
  107:12,17,21
  110:14 111:4,12
  111:21 115:21
  116:5,14 119:14
  127:19,20 128:12
  131:16
concern 15:15
  28:15,17,18 49:19
  187:13
concerning 26:1
  47:9 64:3 71:18
  117:4 154:13
  193:5 196:1 219:1
  227:4
conclude 204:23
concluded 210:2
  221:19
conclusion 103:24
  259:24 298:16
concrete 84:23
  87:4 91:7,23
condition 166:6
  279:3 290:4,19
  291:24 294:7,12
  294:12 297:3,9,19
  298:2,7,10,24
  299:21,24 301:24
  303:2 304:15
  307:22 309:6,12
  309:16,17 310:2,7

311:3 312:23,24
  313:1
conditions 152:2
  184:2,2 187:14
  188:1 210:21
  222:4,6 224:16
  288:7,11 290:7
  291:11 294:16,25
  295:6 298:19
  308:1,16 309:6
  310:8 311:6,7
  312:19 314:22
conduct 48:22
  139:7 160:23
  209:22
conducted 48:15
  48:22 161:5 211:3
conducting 145:1
conductivities
  214:9 275:17
  282:16 296:18
conductivity 9:9
  54:7 156:18
  164:10,15,17
  165:8,14,22
  169:19 173:4,9
  183:18 212:11,19
  215:8,15 216:2,19
  216:20 218:13,15
  219:19 221:1,11
  222:5 236:3,13
  237:3 241:9,10,12
  241:15,19,23
  244:4 249:21
  252:12,20 253:6
  253:19 254:4,14
  258:20,21 259:4
  259:18 261:9
  262:11 265:5,10
  265:13 266:16
  275:15 297:5,15
  300:1 302:12
  306:13,14,17
conduit 273:21
conference 13:5,16
  13:20
confidence 175:20

confident 16:22
confinement
  298:11
confirm 117:24
  236:9
confirmed 49:9
confuse 63:4
confused 120:17
  134:17 199:3
  260:24 261:4
confusion 261:25
connect 201:9
connected 91:6
  203:19 265:18
  270:2
connecting 66:16
  112:20
connection 47:4,13
  150:3 221:16
connects 65:19
  98:15 100:17
conroy 263:17
conscious 221:5
consider 77:14
  177:7 201:22
  256:6
considered 13:9
  19:23 153:25
  164:17 288:22
  302:10
considering 170:24
considers 93:2
consist 147:10
consisted 52:19
  143:25
consistency 227:19
consistently 56:13
consisting 174:22
consolidated 1:5
consolidation 93:9
  193:10 297:6,16
constant 209:19
  213:15
constituent 270:7
constituents 231:8
  272:10
constitutes 25:25

construction 32:22
  32:23 44:17 46:19
  46:21 96:24
  147:17 148:15
  152:25 153:9,13
  153:17
consult 19:7 140:16
  233:20 270:12
  317:7
consulted 182:10
contact 101:13
  109:5 269:5,9
  278:20
contacts 108:17
contain 256:14
contained 51:2
  72:13 117:2
  139:10
contains 183:15
contaminated
  34:11 38:4,21
  43:1 87:4 136:20
contamination
  24:24 26:12 28:12
  120:6
contemplated
  61:13
contemporaneous
  21:13 31:4 35:7,9
  35:15,17,20 76:11
  76:24
contemporaneou...
  16:4 21:17
contend 57:23,24
  112:2 114:2 136:6
  140:1,2
content 225:21,21
  231:11,17 270:6
  289:6 294:19
contention 24:1
  186:12,14
contents 193:6
  270:6,8
context 90:15,17
  266:13 288:16
  313:9
contexts 288:15

DR. ROBERT BEA

March 28, 2012

Page 330

continue 23:14
  160:20 186:20
  188:6 205:7
  227:25
continued 7:5 15:5
  15:8 141:5
continues 293:11
continuing 35:10
  213:8
continuously 15:25
  292:20
contour 99:19
contours 99:18
contract 146:3,8,14
  146:16,25 150:4,6
  150:9
contracting 147:18
  148:15
contractor 44:16
  141:13 143:2
  159:22,23
contractors 15:7
  15:13 23:14,19
  30:6 61:4,8 94:5
  97:4 128:20
contracts 146:10
contrast 174:2
contribute 123:25
contributions
  54:18
control 23:6 85:18
  118:1 141:14
  143:2 146:20
  158:24 200:19,20
  201:11 203:1
  209:18
controlled 82:3,5,8
  85:12,15 188:1,4
controlling 200:3
controversial 224:4
  230:13
cook 29:11
copy 276:14 280:13
corner 35:11 36:14
  36:24 39:8,16
corps 19:21 22:6
  82:13 83:11,12,19

84:15 85:5 86:5
86:18 87:12 96:6
96:14 144:3,9,21
145:6,24 146:10
146:19 147:2,19
148:11,18 149:11
149:15 150:6,7
170:3,10 203:12
205:20 207:19
225:4,9 270:2
298:17
correct 8:1 11:15
  11:19,20 12:12,17
  13:7 15:6 19:2,13
  20:8 21:11,15,16
  21:20 22:1 23:7,8
  23:13,17,18,22
  25:6,23,24 26:5
  27:9,24 29:24
  30:1,4,9 31:9,19
  31:23 32:8 34:16
  35:5,8,12 36:6,12
  36:22 37:3,5,10
  37:11,15,24 38:2
  38:24 39:6,10,11
  39:15,22 42:3,10
  43:12,13,16,17
  47:3,8,20 51:5,7,8
  52:17 53:7 54:23
  54:24 55:1,2 57:3
  57:4,10 58:11
  59:6,23 61:2,25
  62:9,16 63:7,9,12
  64:14 67:11 68:1
  68:2,8,9,24 69:11
  69:16 75:6,12
  76:9,15,19 77:1,4
  77:5,24 78:1 81:5
  82:11 84:4,16
  86:6 87:1 88:5,14
  93:22,24,25 94:4
  94:9 97:9 99:2,7
  99:15 100:12
  101:1 102:4 103:1
  103:9 104:21
  105:25 106:18,22
  107:14,15 111:8

111:19 113:21
114:6 115:23,24
115:25 116:6,8,17
119:20,21 120:1,2
120:7,8,12,13
121:11 123:16
124:8,11,15,18,19
124:23,24 125:3
125:11,12,23
127:21,22 128:19
130:11,25 131:17
131:19,20 133:6
133:14,22 134:10
134:15 135:11,12
135:16 136:24
139:6 141:7,18
142:25 143:6
147:16 148:5
149:16 150:20
151:4 153:10,22
156:8,10,12
163:11,15 164:7,8
164:12,25 165:10
165:15,22,23,25
166:1,9,10,14
173:10,13 174:7
175:8 176:23
179:24 180:2,7,8
180:12,15,17,18
181:2,12,13
182:24 183:11,23
185:4,8,9,11,15
187:6,7,19,22
188:12,20 189:2
189:10,20 191:3,4
191:15,16 192:24
198:4,16,19
199:20,22 200:5,6
212:25 213:1
214:19 215:24
216:6 217:23
218:24 219:19,21
219:23 220:11,12
221:2,25 223:2
224:10 225:7
226:3 227:10,20
228:8 231:4,9,12

231:15,19,22
232:1,5 233:15
234:20,21 235:5
237:6 243:24
244:2,5 246:19
247:18 249:15
251:16,22,23
252:23 253:2,3,5
253:25 254:1,2,3
254:6,25 255:2,3
255:9 259:3
260:15 261:3
262:6,22,23 263:2
263:6,7,24 264:2
264:3,24 265:2
266:9,14 268:5,17
270:17 271:21
274:13 275:12
282:22 283:1,9
284:1,9,15,16,20
284:24 285:2,14
285:15,18,19,25
286:1,4,15 287:1
287:11,12,25
288:4,18 289:4,5
289:9 290:14,15
291:12,13,25
292:1,9,14,16
294:4,8,9 297:3,4
299:2,14 301:15
301:17,20,22
302:1,23,24 303:4
308:3,16,17,24,25
321:7 322:11
corrections 321:6
  321:13,15
correctly 34:17
  40:5 87:5,10,11
  111:3 172:22
  177:21 181:10
  187:15 189:16
  209:13 288:1,4
  299:1 308:10
correlate 244:4
correlation 246:2
  247:1
corroborate 66:1,6

179:20
corroborated
  170:13 242:5
  298:15,20
couldnt 66:6
  104:19 131:5
  202:9 215:19
  267:5
counsel 6:3 17:7
  39:22 40:3 41:20
  52:23 73:14
  117:23 140:13
  276:21 318:4,9
  322:14,14
count 46:7
counterbalance
  93:12
couple 318:18
course 33:12
  170:20 182:8,18
  229:12,19
court 1:1,25 6:23
  194:6 237:25
  242:15 315:3
  322:3,25
cover 103:17
covered 15:2 82:25
  97:18 102:21
  164:20 208:16
crack 206:5 207:16
  208:22 278:25
cracks 203:14
  217:10
crane 64:21
crashed 7:14,16
created 17:24
  277:10
creation 235:18
creep 292:19,21
  293:14,18,24
crews 226:24
criteria 212:2
critical 93:2 202:19
  213:9 308:12
crosssection 110:13
  111:10,13,25
  116:5,15 123:2

124:5,6 125:8
126:9 127:8,11
128:10,16 213:9
246:14 247:13
248:6 250:19
255:22 256:2
265:13,16 266:4
266:25 267:9
273:10 276:22
277:4,9 285:24
287:3 305:16
**crosssections**
106:16,19,21
107:12,17,21
109:3,10 119:14
123:22 127:21
128:24 132:9,12
202:17,18 213:11
243:22 246:5
247:4 248:20
250:16 251:3
254:23 285:13
**crucial** 161:8
227:21 228:5
**crunchiness** 227:11
**crux** 291:5
**cubic** 306:10,24
**culvert** 273:18
274:3,5,11,23
280:23 281:6
282:21 283:4,6,8
283:8,11,12
285:18 286:3,8
287:8
**current** 170:9
210:12 224:5
237:2
**currently** 41:11
**cut** 77:9 78:8
143:13 207:23
**cutting** 315:23
319:15
**cycle** 160:24
**cypress** 56:20 57:9

**D**

**daily** 117:25

141:13 143:2
**dam** 159:3,5,7
**damnedest** 312:20
**dams** 158:24 159:1
159:10 224:14
**dangerous** 204:16
**darker** 102:8
**data** 18:20 41:11
163:12 176:12
180:21 201:5
**database** 108:8
137:10
**date** 12:15 21:18
26:5 42:21 104:1
105:3 161:20
321:8,11,25
**dated** 31:15 84:3
86:2 184:12
207:20
**dates** 211:8
**datum** 110:18
**dave** 118:15 123:25
**david** 51:16 89:18
121:8 195:24
**day** 3:3 14:22 22:7
31:21 118:1,2
148:12 169:7
184:10
**days** 49:1 89:13
92:6,20,23
**deadlines** 242:15
**deal** 65:4
**dealing** 81:7
108:14 141:2
169:14
**dealt** 55:3,4 311:12
**deaths** 238:11
**debra** 3:4
**decayed** 231:25
**december** 211:5
220:19
**decide** 212:2,8,17
275:24 298:5
**decided** 18:6 166:5
211:24 218:9
**decisions** 200:12
**declaration** 25:14

25:21,25 26:22
27:20
**declarations** 26:7
**decomposition**
231:8
**decreases** 290:12
**deductive** 107:24
108:20
**deemed** 118:16
**deep** 28:13 57:13
57:20,24 58:8
60:12 66:5 98:1
105:25 106:3,5
110:4,10 111:7
113:8,10,24 114:1
119:25 120:11,11
124:22 125:2,9
130:10,23 132:1
136:23
**deeper** 110:14
130:13,16 271:25
**deeply** 243:5
**defend** 316:23
**defending** 80:6
**defense** 278:11
**defer** 320:15
**deficiencies** 87:1,9
**deficiency** 86:15
**define** 20:10,12
60:16 66:17
132:11 142:15
149:8 170:24
294:1 312:18
**defined** 12:18
20:12,14 60:15,20
94:21,24 95:5
166:18,23 191:19
213:6 304:13
306:9
**defines** 20:16
**definition** 10:15
14:12 19:21,22
163:20 170:25
174:14 187:16,24
196:25 232:21
290:2,13,18 291:2
310:19 312:21

**definitions** 14:16
174:8 288:16
289:18
**definitive** 66:21
**deform** 293:12
**deforming** 292:20
**degree** 289:16
293:1
**degrees** 306:12
**deliveryindefinite**
146:9,15
**delorimier** 3:22
**delta** 176:3 190:9
**demolition** 84:23
139:4,20,25
**denote** 232:21
**density** 213:13
217:15
**deny** 49:24 50:6
131:7
**department** 2:17
91:11 117:14
143:9
**depend** 228:7
309:5 312:11
314:22
**depending** 260:6
272:12
**depends** 20:10
224:15 309:14
310:4,5 312:13
**depicted** 36:25
**deponent** 6:10
**deposed** 47:24
**deposit** 218:15
243:7 269:23
272:5 275:9
**deposition** 1:19 6:4
6:14 48:1,4 49:9
52:22 63:13 80:6
88:12,19 90:1
96:10 120:24
131:6 148:9
157:19 161:22
204:23 243:11
317:15,16,19
318:14 320:11

322:8
**depositional**
269:17
**depositions** 144:3,9
144:12 320:17
**deposits** 108:18
109:6 163:11
235:19 236:20
298:11,12 300:7
302:11
**depovue** 3:22
**depth** 24:23 26:11
26:25 28:11 29:21
37:25 38:1 39:23
43:3 64:9 65:22
103:6,8 110:18,19
110:21 111:6
116:16 134:2
135:10 136:18
161:7
**depths** 24:24 26:13
39:18 40:11 41:9
62:6 63:25 65:13
66:25 67:7 68:7
108:9 120:5
136:10 217:7
**derived** 231:7
**describe** 10:2 101:9
102:18 107:22
110:4,19 124:12
127:8 128:22
129:21 133:20
134:9,21 166:16
215:11 236:16
**described** 10:22
39:13 118:12
143:22 183:12
202:19 211:12
223:16 243:22
277:6 283:15
**describes** 8:23
233:11
**describing** 121:14
249:3 273:20
**description** 100:23
102:5 107:19
134:20 135:21

DR. ROBERT BEA

March 28, 2012

Page 332

136:12 233:24
270:16
**descriptions** 230:9
272:18
**descriptive** 273:24
**design** 131:2
144:16,19 145:2
156:10,16 157:4
170:10 188:9,14
203:13 205:21
298:18
**designate** 273:8
**designates** 39:12
**designation** 269:16
**designations**
267:20
**designed** 131:11
**desk** 182:5,14,23
183:3,4
**detail** 136:9 279:1
279:25 280:3
286:11
**details** 66:2 162:18
237:8 245:1
272:17 283:3,5
304:18,23
**determination**
238:5 256:9
**determine** 35:23
108:9 163:7
180:24 188:19
209:10 214:24
216:4 217:2,16
237:24 246:6
247:5 257:10
297:7,17 299:8,20
**determined** 166:13
169:19 212:23
215:7 237:25
266:7 278:11
**determines** 294:10
**determining** 189:3
213:4 214:18
290:14 303:8
**develop** 17:5
117:18 147:12
161:7 196:25

**developed** 41:6
107:16,20 108:19
113:14 163:22
182:7,16 190:19
202:20,21 225:5
**developing** 172:11
180:11 196:16
**development**
118:17 170:15
179:8,14 208:22
**deviation** 218:18
218:20
**deviled** 293:18
**devote** 161:22
**devoted** 181:7
**dewatered** 32:13
**dewatering** 22:23
32:10 33:17 46:19
48:14
**diagram** 136:2
267:22
**dictionary** 174:9
**didnt** 9:18 21:21,25
27:22 30:14 35:14
35:16 41:19,24
50:7 69:19 70:9
70:15,16,17 75:9
83:13 85:14 88:16
91:25 98:19
109:14 117:7
118:4 123:15
129:2 136:22
140:11,23 141:9
144:5 158:7,8
160:17 186:6
198:17 215:25
220:15 222:2
226:2 227:1
233:17 246:11
247:10 277:17
280:1,10 284:18
288:24 302:20
311:16
**diego** 195:14,18
197:1 201:21
211:15 212:15
251:20 255:13

304:20
**differ** 249:4 288:17
**difference** 28:16
29:6 35:6 108:12
196:19 238:25
239:4 292:2
**differences** 284:8
**different** 11:7
20:14,19 35:22
40:21 42:4 63:22
64:6 92:10 162:4
163:13,19 184:3
195:1,3 205:24
210:17 232:8
235:7 236:6,13,23
244:7,16,17
249:14 258:4,20
261:13,20 265:12
266:10 281:17
283:23,24 287:14
**differentiate**
198:23 199:12
**differentiated**
263:4
**differentiating**
294:20
**differently** 284:3
286:14 287:10
**differents** 266:12
**differing** 217:7
**difficult** 65:18
**difficulty** 12:8
46:19 227:14,17
309:13 312:16
**digging** 135:23
136:13 293:17
**digital** 10:12,18
11:18 178:20
183:14
**dimension** 19:13
218:6
**dimensions** 106:9
113:9,14
**direct** 101:13
221:15 233:19,20
302:2,5
**direction** 55:20

**directly** 66:19
102:16 197:25
**dirt** 227:5
**disagree** 53:3,21
54:1,2 89:21
92:25 93:20
131:12 154:4
230:15
**discarded** 186:11
**disclose** 13:25
**discovered** 27:11
**discriminated**
166:19
**discrimination**
117:15
**discussed** 71:7
170:2 183:15
217:9 255:23
268:4
**discussing** 36:15
55:7 130:4 197:1
207:11 255:16
261:1
**discussion** 14:1
44:22 154:12,15
154:19 264:12
291:3
**displacement** 93:5
93:9
**disposed** 96:23
**dispute** 8:9 40:10
48:9 59:17 83:20
97:1 148:6,9
**disregard** 166:11
**dissertation** 289:16
**distinct** 223:23
**distinction** 159:21
196:11 273:6
**distinguished**
262:20
**distracted** 255:18
**distribution** 225:24
235:18
**distributions** 193:7
**district** 1:1,2
146:20 147:2
**divided** 229:12

231:3
**division** 2:21
**doc** 306:20
**doctor** 181:9 214:3
234:15 240:9
244:9 310:10
316:8
**document** 21:3
22:4 25:12,16
29:13 30:19,25
31:13 34:19 35:2
39:12,17 80:24
83:24 85:20 87:17
111:23 113:13
117:4,5 124:2
126:17,22 139:18
246:17 247:16,22
248:2,4 249:3
250:12 254:9,18
**documentation**
88:21,23 139:2,24
140:4 141:4
151:13 233:10,18
233:19,21 236:9
**documented**
170:19 177:19
181:17,17,19
183:13 186:3
191:5 193:18
200:4 202:17
203:11 210:16
211:13 233:25
**documents** 28:7
48:14 82:20 117:8
117:9,19 118:11
118:16,18,19
130:3 131:10
140:7 147:10,11
252:17
**docx** 246:19 247:17
**doesnt** 12:22 20:23
28:19 48:25 49:1
103:17 120:23
150:7 156:23
157:3 264:7
266:14 314:22
315:1

DR. ROBERT BEA

March 28, 2012

Page 333

dog 7:10
doing 11:18 15:17
  74:1 102:24
  121:10 122:3
  185:3,18 203:25
  220:20 228:8
  311:15 318:8
doj 245:24
domain 197:20
domengeaux 2:10
dont 11:9 12:21
  15:1 16:18 17:2,3
  19:8 22:2 25:9
  27:3,5,10,12 28:3
  28:7 29:2,4,6
  30:10 31:10,12
  32:19 33:10 34:6
  35:21,24 38:15
  39:2 41:24 43:5
  45:3 46:6 47:10
  49:3 58:1 60:17
  61:16 63:4 65:1,3
  65:6,15 66:3 68:3
  68:22 69:12 70:3
  70:20 72:15 73:5
  77:21,22 78:6,19
  79:19 80:1 82:5,8
  83:23 84:2 91:19
  91:21 92:22 93:2
  98:21 104:1,3,4
  104:12 109:8
  111:15,20 112:6
  113:16,18 115:8
  115:17,25 116:2
  116:21 117:3,19
  120:9 121:17
  123:4 128:6
  130:21 140:15
  141:1,12 142:10
  142:17,18,23,24
  143:4 148:2,3
  150:4 151:13
  152:16 162:4
  164:13,21 168:7,9
  171:22 179:25
  180:1,6 182:21
  185:13 186:8

192:14 194:21
195:9 202:7
203:18 204:25
213:11 214:3
222:23 224:4,11
224:25 228:12,13
228:24 229:17
230:2,11,13
234:13 237:23,24
238:13 239:13
241:17 243:11,14
243:14 253:7
255:12 260:6
269:10,14 274:20
277:15,25 279:18
283:20 284:11,22
285:1 293:23
307:9 309:25
310:19 311:4,5,6
311:20 317:7,21
318:6 319:22
dot 246:18 247:17
dotted 42:19
doyle 2:18
dozer 86:22 87:6
dr 7:8 8:19 13:14
  13:14,19 28:18
  41:8,20 42:3
  51:14 52:18 53:4
  53:12,21 56:4
  74:20 90:1 93:21
  97:14 118:15,15
  120:15,24 121:4
  123:21 128:25
  130:2,22 131:13
  132:21 154:3
  160:20 161:6,18
  161:25 162:2,9,14
  162:16,17,25
  163:3 164:12
  165:24 168:12,25
  169:8 171:13,25
  172:24 175:9
  177:21 178:12,13
  178:13 180:10,10
  184:13 186:20
  190:14 194:7,19

195:14,19,24
196:12,20 197:12
197:24 198:8
200:24 201:5,13
201:21 204:19
208:4 209:2,21,21
210:6 211:15
212:15 213:16
223:23 229:11
230:5 238:13
239:12,20 240:16
242:6,21 245:17
246:15 247:14
250:11,16 251:14
252:17 253:17
254:19 255:17
258:13 262:16
263:18,24 266:4
266:23 269:11
276:13 277:3,12
277:20 278:6,17
280:19 281:4
285:8 287:14,20
294:10 295:3
301:6 302:2,21
304:21,24 306:8
312:22 315:8
317:10 318:18
drabs 117:10
draft 182:16
drainage 22:24
  47:14 273:21
  286:17,19 295:7
  295:10 296:16
  297:16
drained 288:11,22
  289:4,7,11 290:3
  290:7 291:14
  292:3 294:7,12
  295:5 297:3,9,19
  298:1,6 299:21
  302:11 303:3,11
  303:20 304:15
  307:12,14 308:1
  309:3,12 310:1
  311:3 313:1
draw 196:11 277:5

drawing 42:7,16
  128:12 131:16
  136:7
drawings 18:3,14
drawn 38:25 99:20
  120:5 286:4
dredge 52:24
  268:14 273:2
dredges 61:15
dressed 15:13,20
  16:5,12
drew 181:10
  182:15 279:1
dribs 117:9
drill 226:10
drilling 227:14,18
drive 7:2,14,16
driven 194:6
driving 282:12
dry 86:25 87:8
due 33:16,21 89:13
  92:6 93:7 161:19
  220:3
dug 29:21 111:7
  128:21 129:16,20
duly 322:6
dump 15:22
dumped 153:2
dunbar 263:18
duncan 289:22
dupre 170:17
duration 298:8
  299:4
duval 1:6
dwyer 47:14,19

─────────

**E**

e99 187:9
earlier 46:20 50:9
  55:7 56:3 58:2,18
  59:4,5,13,13,19
  60:3,11 61:24
  62:6,13 64:17
  65:1 71:7 73:9
  76:2 94:11,24
  95:6 105:11 120:3
  127:3 154:12

186:25 220:2
237:18 277:7
298:14 304:12
305:4
early 226:9 227:22
earth 223:7 224:14
earthen 176:4,18
  190:13
ease 227:13,17
  289:11
easiest 276:10
east 9:2 10:3 15:4
  18:7,23 19:4 26:2
  33:4 42:18 46:12
  47:17 48:5,23
  52:1,14 65:24
  91:1 93:18 135:14
  145:2 153:25
  154:8 155:7
  170:22 235:23
  272:20 273:15
  298:15 305:16
eastern 1:2
eastwest 37:9 55:10
easy 98:5
eater 227:5
ebia 50:16 58:25
  60:25 62:10 63:20
  71:12,16 73:17
  81:1 94:14 95:10
  98:25 100:18
  101:14 102:12
  121:10 134:25
  147:4 148:12
  163:7 166:9
  188:20 190:25
  240:22 243:21
  283:18
edge 18:7 42:11,13
  60:22 76:14,25
  130:14 267:5
edition 203:11
  224:5
edwards 2:10
effect 89:19 93:14
  154:4 183:17
  212:4 218:7 292:5

DR. ROBERT BEA

March 28, 2012

Page 334

effective 300:4
306:10,12 307:15
effectively 32:12
effects 58:16 61:21
62:7 67:7 68:13
93:7 156:18
176:17 183:21
206:5 217:6,9,16
217:19 220:1,2
260:16
effort 139:12
151:21 179:22
184:9 210:2,12
eight 81:12 97:25
either 68:8 103:12
120:20 152:7
159:6 166:21
183:10 194:9
199:22 203:16
241:24 242:11
252:18 264:16
289:3 291:11
308:1 310:14
319:15
electronic 13:24
184:19 229:8
element 205:25
elements 77:8
169:10 193:5
203:10,15
elevation 30:7
56:14 65:16 66:1
66:4,17 69:15
99:17,24 100:2,4
100:5 110:25
125:13 126:1
168:1 221:14
278:4,8 281:22
elevations 62:22
99:11 100:8,13
elicited 202:23
eliminated 267:1
elwood 2:11 80:10
142:4 157:20
276:23 316:5
317:3
em 154:10

email 41:19 246:18
247:16 250:21
255:16
embedded 263:1,6
emotional 240:4
emotions 240:8
employ 165:2
176:13
employed 139:4
165:4
employees 144:10
empty 227:24
encoded 197:16
encompassed
213:10
encompasses
191:18
encounter 32:17,25
56:13
encountered 29:23
56:21 58:5
endeavored 184:6
endeavors 177:18
endemic 71:16
ends 162:15
engage 137:25
197:6
engaged 177:11,22
178:8 188:14
engineer 96:5
114:8 148:16
155:14 158:25
160:25 224:20
engineering 8:23
8:25 10:2 12:24
13:24 85:18
144:21,25 145:16
145:18,22,23
147:25 148:19
149:3,10,24 150:8
150:8,12,19 152:9
155:20 156:14,24
158:23 159:16,18
159:20,23 160:21
160:22 161:2,9
170:12 175:19
181:3,5,7,8

187:24 190:20
197:23 200:7
212:6 223:7,19
235:7 313:5
engineers 14:2
19:22 96:14 144:9
144:21 145:7,24
146:11,19 147:2
147:19 148:10,11
148:18 150:6
161:8 170:4,10
175:12 203:12
205:20 207:19
225:4,9 270:3
298:17
enhance 200:2
ensure 151:22
226:24 308:2
entailed 176:11
enter 202:15
251:21 292:19
entered 33:21
entering 23:7
entire 24:7 52:4
60:25 62:10
102:12 154:2
167:2 181:19
190:21 198:9
215:15
entirely 72:19
222:23 263:11
entitled 32:6 73:21
121:22 138:18
158:7 238:17,20
238:21 246:18
247:17
entrap 204:20
entries 248:15
entry 29:22 243:25
248:11,12,13,14
255:5 274:5
environment
269:17
environmental
143:9 146:3,25
envision 174:21
equal 166:7

equating 64:10
106:25
equation 297:1
equilibrium 292:12
293:6,21,24 294:1
294:6
equipment 81:23
81:25
erodibility 152:5
erosion 206:3,24
208:23 217:7
220:3 279:3
erroneous 114:2
error 115:15
136:14,15,16
esquire 2:4,5,11,18
2:19,20 3:4,5,6,12
essential 200:25
223:6
essentially 198:14
225:16 274:6
296:17 299:23
established 42:12
85:13 147:14
232:11
estimate 165:19,20
165:25 210:21
218:16 252:19
253:18 300:11
estimated 39:18,24
120:6
estimates 29:9
108:16 237:1
estimating 125:25
308:9
estimation 13:8
et 88:22
ethic 160:23
ethics 160:22
evaluate 152:6
165:12 173:6
183:17 242:20
evaluated 220:2
227:19
evaluation 176:10
177:12 260:1,7
298:10 299:24,25

evaluations 14:8
evasive 320:13
event 188:5
events 163:5
eventually 24:6
292:12
everybody 228:10
228:14 314:12
evidence 6:15 16:2
16:13 33:20 38:3
40:10,14 41:2,4
50:3 66:9,12,15
66:23 67:2 68:3,6
68:23 69:12,13
71:10 72:7,21
80:18 81:25 89:5
89:7 91:9 95:13
103:19,23 104:19
104:22 105:5,8
113:6,11,22 116:3
116:21 117:1
120:4,9 129:19
131:3,9,22 132:5
132:6,6 136:25
137:1,5 138:4
139:17 150:11
243:12 259:10
263:18
evidentiary 62:25
exacerbate 54:6
exact 117:18
263:20
exactly 21:7 35:3
51:18 165:24
168:12 171:2
259:12
examination 4:3
8:16 21:12 22:12
25:20 28:24 30:24
31:20 34:25 40:9
45:10,24 51:13
57:11 70:12 74:19
80:17 84:8 85:25
90:12 96:4 97:13
129:13 132:20
133:4 134:18
137:21 142:13

DR. ROBERT BEA

March 28, 2012

156:2 158:20
161:3,15 168:2,24
171:12 201:14
205:8 206:14
209:1,7 214:2
216:18 227:8
240:6,15 245:14
246:25 248:17
250:10 267:14
277:2 279:10,21
280:18 281:3
286:23 301:13
304:6 305:2,13
306:5 307:8
310:21 312:12
318:17
**examined** 7:4
**examining** 97:15
**example** 13:23
50:21 57:20 58:4
68:14 72:4 97:17
154:14 175:24
177:11 179:5
187:9 212:10,20
232:17 295:13
**examples** 173:5
**excavate** 61:4
**excavated** 24:22
26:11 28:10 30:16
42:21 66:24 68:7
72:5 77:19 91:24
233:12
**excavation** 15:3
16:10,11,12 23:11
30:2,6 31:11 33:8
33:14,21 35:10
39:13 42:6 46:20
48:23 50:14,25
54:6,9 57:15
58:18,21 59:12,20
60:3,6 61:5,23
62:5,12 63:18
64:19,22 67:6
68:13 69:9 71:25
72:14,18 76:13
77:4,12 78:21
80:25 84:22 86:25

87:8 92:4 93:3
96:15,16,18 97:21
97:25 98:23
105:25 106:6,9
108:22 110:2,5,8
110:14 111:4,5,17
111:21 112:1,7,15
113:7,8,13,19,23
114:3 115:4,21
116:4,15,23 117:4
119:13 123:4,11
124:9,12,13,21
125:1,9,20,22
126:13 127:18,20
127:25 130:19
131:21 132:4
136:3 139:25
234:1 248:13,21
249:12 250:24
251:4 265:17,18
265:22 266:2
268:9,22 269:2
278:19
**excavations** 19:23
24:24 26:13 28:13
33:3 34:11 37:21
38:4 40:15 41:5
41:10 42:17,24
43:4 48:15 52:13
54:3,18,21 56:12
57:19,23 58:4
63:19 65:12 68:10
68:11 70:25 71:11
71:14 73:17 81:13
81:15 86:23 87:6
94:6 97:5,16
98:23,25 101:12
103:20 104:16
105:7 108:17
112:9,19 119:7,12
119:18,24 120:10
123:15,17 127:15
132:1 136:18
138:18 139:21
148:17 154:8
236:5 240:21
243:13,15,17

252:1
**excavator** 55:25
82:3,17 86:11,13
**exceeded** 26:20,23
62:22 63:20 68:12
68:20,23 69:9,15
137:3
**exceeding** 24:25
26:13 27:1,1
29:22 60:10,11
65:13 68:8 161:6
**exceeds** 67:20
**excellent** 179:10
205:22
**exception** 123:3
182:2 185:16
**exceptions** 309:9
**excerpt** 45:25
**excess** 292:13
293:7 294:2,6
**exclude** 295:21
296:2
**excluded** 67:12
**excluding** 297:11
**exclusive** 249:25
**exclusively** 211:14
269:19
**excuse** 28:22 85:10
167:21 171:4
184:20 213:16,19
216:10 244:24
**exhaust** 173:23
**exhausted** 315:8
316:8
**exhibit** 4:8,9,10,11
4:12,13,14,15,16
4:17,18,19,20,21
4:22,23,24,25 5:1
5:2 8:7,14,21 21:4
21:6,9 22:5,9 25:8
25:8,13,17 27:15
29:16 30:21 31:14
31:17 34:2,20,22
36:15,17 37:16
45:13,22 64:25
82:23 84:5 85:22
87:21 90:9 96:1

98:3 99:4 118:22
118:22,25 119:3
119:23 152:11
155:21,23 245:8
245:17 246:22,23
247:21 250:12,20
254:6 266:20,22
266:24 267:11
275:20 276:16,17
276:24 277:10
279:7 280:5,9
281:7,11,13
285:10 304:3,7,8
304:25
**exhibits** 38:15
**exist** 184:14,15
291:11 294:7
**existed** 61:10 131:4
155:6
**existing** 174:14
203:13 205:22
298:18
**exists** 80:19
**expect** 92:5,16
**expected** 204:22
**experience** 146:5
146:13 150:5
212:22 213:3
215:18 227:2
228:13 309:23
313:2,3,14 314:19
314:23
**experienced** 13:13
**experiment** 187:25
225:11,12
**experiments** 187:8
**expert** 12:18 26:1
26:18 41:23 42:2
54:11 63:6 89:18
111:23 121:5,25
130:2 139:11
161:17 162:16,19
181:17 182:17
184:11 186:3
191:2,5 208:5
210:22 211:20
213:6 237:9

269:20 270:1
**expertise** 145:11,14
**experts** 188:14
258:14 278:11
**expired** 319:23,25
**explain** 69:21 70:6
107:16 160:10
169:2 219:22
236:12 286:8
**explained** 21:23
242:4 255:14
295:13
**explanation** 21:24
69:24 109:7
112:25 113:1
125:17 242:12
**exploration** 188:25
191:24 192:4,12
**explorations** 226:6
309:24 310:23
**explosive** 309:6
**export** 182:9
**exported** 15:25
**expose** 78:13
**exposed** 56:21
78:14 94:14 95:10
**expressed** 232:15
**expression** 293:13
**expressions** 49:19
**extend** 134:2
**extended** 58:17
61:22 62:11 63:24
65:21 135:10
226:15
**extending** 256:19
**extends** 130:17
**extension** 19:18
**extensive** 154:12
154:15,19 179:22
**extent** 37:22 43:3
147:12 148:25
149:2,22 161:2
162:17 163:2
259:18
**extents** 108:9
**extract** 119:3
**extracted** 89:12

91:9 92:5 93:15
96:24
**extraction** 88:10
**extractions** 63:19
88:4,16 97:17
98:24 154:14
**extremely** 65:18
161:2 203:10
204:16 231:13
241:14
**eyewitness** 179:12

**F**

**facility** 170:6
**fact** 15:18 18:16
20:2 36:17 37:8
39:4,7 48:9 55:6
63:11 65:11,17
82:12 91:16 97:20
111:22 112:6
116:20 148:7
156:22 188:2
226:23 244:22
262:1
**factor** 108:13
259:15 298:25
**factors** 217:17
299:19
**facts** 28:18 114:5,8
242:9
**factual** 24:11
**fail** 37:9 292:22
**failed** 38:6
**failure** 152:6
278:12
**failures** 151:19
181:6,23 201:7
**fair** 59:2 154:5,6
201:3 207:6
300:23
**fairbanks** 1:24
6:22 322:2,24
**fairly** 16:22
**fall** 42:19 173:14
192:15
**familiar** 33:9 36:5
36:10 146:8

151:24 223:14,15
223:21,22 224:23
234:22
**far** 42:11,12 137:1
183:8 207:14
222:14 234:9
**farther** 256:13
**fashion** 309:7
**fault** 142:19 154:23
313:24
**faulty** 120:22
**features** 108:9
140:21 141:11
142:21
**february** 21:19
22:6 23:12 31:6
31:15 84:4 118:5
184:12 193:16
211:7 246:10
247:9
**federal** 6:6
**feeds** 273:21
**feet** 18:6,13,13,17
18:19,25 19:1,1,4
19:9,13 20:6
24:14,16,17,23,25
26:12,14,20,23
27:1,1 28:11,13
29:22,24 30:7
33:22 37:22,23
39:19,24 56:15,15
57:15,16,24 58:7
58:10,10 60:11,11
60:12,22 62:23,23
63:20 65:13,24
66:7,13,22,25
67:21 68:8,12,20
68:23 69:9 92:2
94:21 97:25 99:19
99:24 100:17,17
110:6,9,9,10,15
110:16,21 113:9,9
113:10,24,24,25
113:25,25 119:19
119:25 120:7,11
120:11 124:21,21
124:22 125:2,9,12

125:21,24 126:7
130:10,16,18,18
130:18 134:2
135:10 136:18,23
137:3 138:5
278:10 281:18,22
282:3 306:14
**fell** 222:6 241:2
**felt** 148:19
**fence** 38:23 42:18
43:21,22,24 55:6
55:8,10,14,23,24
56:5
**fiberoptic** 112:19
**fibrous** 231:23
**field** 12:1 172:15
172:19 174:4
176:12 181:6,21
187:6,17 188:3,10
188:15,18,23
189:8,12,19,21,24
190:2,6,14,24
191:12,18,23
192:3,7 193:17,23
194:2,8 210:14
226:5,15,19,24,25
227:3 228:4,8
229:9 309:3,11,23
309:24 310:22,23
311:11
**fields** 159:19
**fifty** 223:8
**figure** 14:24 16:3
17:14,18 21:22
22:7 29:12,18
31:1,21 33:14,19
34:14 35:4 36:14
38:9,18,20 42:20
43:8 55:8 57:8
75:15,17 78:11
99:19 100:9,15,23
101:1,2,8,9,11,23
102:7,12 103:19
105:18 107:3
109:11,20,22
110:12 111:8
114:23 115:3,8,10

115:11 119:15,15
122:9,10,21,22,24
123:24,25 124:25
125:4,5 126:10,12
127:8,13,21 128:3
128:9 130:6,9
132:25 133:5,8,16
133:18,19 134:7
134:13,23 135:2,5
135:21 136:2,11
233:22 237:10
257:16,20 262:19
262:20,25 264:4
265:8,15 267:10
268:2,12 285:6,12
303:24 305:9,15
305:18 312:25
**figures** 50:15 54:22
56:16,18 57:17
106:15,23 107:1,5
107:7,8 124:3
129:21 236:10
237:16 257:1,6
285:12,23 286:2,9
287:5
**file** 246:11 247:10
**filed** 1:8 226:21
242:6,8
**files** 182:12 233:20
251:25 258:15,16
258:16 259:9
**fill** 15:9 21:2 23:15
50:14,16,19 51:15
51:24 52:5 54:20
78:10,14,16 82:2
152:20,23 153:1,2
153:8,15 154:1
243:3,7,12,23
248:12,22,23,24
249:12,22 250:23
251:3,8,10 252:12
252:16 253:6,20
254:24 256:4,6,17
257:19 258:1
259:4,20,22 260:7
260:10 261:10
262:17,20,21,24

263:5,10,19,22
264:4,6,14 265:6
265:17 271:15,16
272:22,23 274:10
285:18
**filled** 23:20 79:16
274:3 286:3
**filling** 86:23
**fills** 153:9,18
308:20 309:3
**fin** 78:2
**final** 45:11 193:24
210:3
**finally** 169:6
298:20
**find** 14:11 25:8
33:2 59:17,19
81:9 89:6 98:5
111:24 114:13
115:8 131:3,9,22
132:5 134:19
141:22,23 156:3
193:18 208:9
233:8 245:22
252:24 253:8
284:7 309:25
310:6,24
**fine** 8:6 38:17
79:22 90:7 122:14
186:22 229:13,18
230:23 267:7
278:15 280:3
315:18 316:14
320:15
**finegrained** 231:1
**finely** 231:3
**finer** 260:17 270:7
**finger** 133:7 134:6
**fingers** 109:13,16
**finish** 73:25 74:2
160:6,13 300:14
317:11
**finished** 118:2
165:7 168:14,19
278:17 316:17
318:20
**finite** 205:25

firm 159:23
first 7:4 15:2 59:9
  60:17 72:15 83:22
  86:5 89:22 99:9
  131:21 133:15
  139:9 161:17
  169:10 178:24
  184:12 193:20
  195:5 202:16
  210:12 219:21
  233:9 239:19
  240:24 249:5,7,11
  251:12 261:5
  266:23 298:25
  299:5 302:7
  303:10,15,17
  322:5
fit 90:15
five 74:4 98:14
  133:25 144:1
fixed 218:16
flag 245:15
floated 96:22
flood 18:22 19:24
  24:7 138:19
  144:17 145:9
  146:20 151:16
  156:19 256:19
  258:2 262:21
  264:15 271:23
  279:4 281:18,21
  282:1 283:18
  299:22 308:8
flooded 16:1 17:12
  98:13
flooding 23:23 24:2
floodwall 18:8,18
  19:5,14 20:6,22
  24:15 34:12 36:13
  37:4,13 38:5
  42:14 55:16 68:4
  76:22 92:3 119:20
  130:17 135:15
  181:23 183:19
  187:18 201:7
  207:7 209:12
  234:2 263:5

271:24 272:20
floodwalls 26:2
  94:1 148:1,20
  155:6 187:12
floodwaters 115:4
floor 29:3
florida 48:16,24
  49:12 146:20
flow 163:4,15 164:7
  165:12 166:5,6,8
  166:11,16,20,23
  166:24,25 167:9
  167:10,13,15
  168:3 169:3,3
  170:18 171:1,1,4
  171:7,8 182:4,13
  182:15,22 183:3
  202:25 221:17
  222:6 278:25
  281:6 282:8,21
  290:4,20 299:17
flowing 30:10,14
flownet 277:19
  278:3,24 279:2
  280:21 281:10,16
  281:23,25 282:4
  282:11,17
flownets 181:10
  278:18
fluid 167:11 169:21
focus 167:4 203:17
  203:17 226:9
focused 189:11
  197:19 203:4
follow 149:12,15
  280:25
followed 293:2
following 110:23
  112:22 125:14
  144:25 169:9
  263:17
follows 7:6 166:20
followup 84:18,22
  86:8 87:3
fooled 289:25
foot 28:16 29:7
  222:21 306:11,13

306:24
forbid 114:16
forcing 167:17,25
foregoing 321:4
forensic 12:23
  114:7 181:5,8
  187:24 190:20
  197:23 200:6
forgive 129:5
  204:18
form 6:12 85:11
  132:7 157:2 158:5
  158:6 172:17
  187:8 193:18
  200:24 216:11
formal 187:8
formalities 6:8
formed 108:8
formulated 288:1
formulating 288:4
formulation 290:15
forth 83:12,18
  253:10,24 254:10
  322:7
forward 23:21
found 59:12 60:2
  65:18 81:24,25
  89:8 91:8 93:14
  132:6 242:10
  258:20 261:6
  284:2 303:25
  310:8 311:17
  313:2,3
foundation 32:12
  32:23 47:2 151:3
  151:12 176:1,20
  177:18
foundations 84:23
  90:24 224:15
  232:4
founded 222:9
foundry 67:5
four 22:22 24:23
  26:11 28:11 47:16
  107:8 133:25
  143:25 175:25
  210:8 225:10

242:8
fourth 22:13 172:6
  206:23
fraction 257:23
fragments 231:24
framed 291:6
francisco 3:18
franklin 2:23
frankly 136:16
  204:9 289:19
free 92:14 169:16
  233:2
freely 242:16
  290:10
fresh 213:14
friction 223:25
  304:16 306:11
  307:16
front 25:10 84:11
  122:14
frustrating 193:15
fuel 94:7,10 96:15
  96:22 97:6
full 46:6
fully 288:20 289:1
  289:3 299:11,13
  309:3 310:11
function 167:17,24
  167:25
functions 217:15
fundamental
  160:25 288:12
fundamentally
  114:1 160:1
  224:10 283:19
furnish 229:2
furnished 219:4
further 28:20
  49:15 50:1 55:18
  118:23 119:4
  126:20,25 246:9,9
  247:8,8 265:10
  322:13

———
G
———
garbage 224:12,12
gas 62:21 169:17

294:18
gathered 41:4
  176:12
gathering 179:19
general 52:15
  58:24 96:3 107:19
  115:19 148:21
  150:2 197:17,22
  313:9
generalized 39:9
generally 307:21
  309:22,25
generate 202:1
generated 176:10
generation 139:9
generic 187:8
  234:8
genesis 130:3 132:8
gentleman 205:5
gentlemen 194:24
  205:5 312:8
geological 269:12
  269:16
geology 269:25
  288:6
geometries 41:10
  207:9
geometry 18:15
  19:20 206:3,4,4
  206:24 207:1,3,4
  207:5,12 208:20
  208:21 214:20,23
  216:21,21 217:5
  218:5,23
geotechnical 13:24
  147:24 148:18
  163:5 175:12,19
  184:2,19 226:14
  288:16 305:15
getting 135:6 165:6
  171:20 227:12
  260:24
gilley 3:22
gilly 316:10
give 45:2 70:20
  107:18 143:17
  158:14 163:24

DR. ROBERT BEA

| | | | | |
|---|---|---|---|---|
| 180:19 196:4 | 74:10 78:20 79:2 | 295:15 | 117:25 128:21 | 289:19 |
| 201:8 202:13 | 90:13 92:23,24 | **granular** 308:19 | 129:16,20 135:2 | **handbased** 173:21 |
| 204:2 205:9,12,18 | 96:9 98:4 109:13 | 309:1,11,25 | 135:22 136:13 | **handdrawn** 39:17 |
| 237:9 266:21 | 118:7 120:24 | **graph** 199:19 | 137:7 139:14,25 | **handed** 277:3 |
| 267:2 276:14,15 | 122:18 162:23 | **graphics** 137:11 | 143:8,17,22 144:4 | 279:20 280:1,10 |
| 278:1 312:5 | 168:13 172:3,4,5 | **grass** 43:14,18 | 144:10 145:4 | 304:24 |
| **given** 1:20 84:1 | 177:15 186:23 | 230:3 | 147:1,3,23 148:12 | **handle** 222:25 |
| 112:24 115:20 | 197:2,13 204:2 | **gravels** 232:22 | 149:6 150:1 | 318:13 |
| 121:25 127:12 | 224:3 228:10 | 308:20 309:2 | 151:11,14 | **handwriting** 7:17 |
| 207:14 236:23 | 230:8 233:13 | **gray** 285:18 286:3 | **groups** 35:22 | **hantush** 164:3,4 |
| 239:6 250:13 | 236:11 239:15 | 286:9 | 229:12 | **happen** 41:22 |
| 262:2 292:7 | 245:9,16 246:21 | **great** 46:19 105:21 | **grunauer** 178:12 | 295:16 |
| 293:12 297:12 | 247:20 250:6 | 105:23 212:13 | 180:10 194:19 | **happened** 193:23 |
| 302:11 321:4,7 | 252:9 258:13 | 270:20 | 195:19 200:24 | 228:3 |
| **gives** 36:21 | 266:19,20 268:22 | **greater** 190:11 | 201:5,21 209:21 | **happens** 179:25 |
| **giving** 155:21 | 271:13,22 274:1 | 298:22 | 210:6 211:15 | **hard** 7:14,16 61:16 |
| **glad** 16:24 73:7 | 276:12,14,14,15 | **greatly** 108:21 | 212:15 230:5 | **harm** 145:8 160:1 |
| 105:19 202:11 | 276:16,20 277:19 | **grid** 112:18 133:13 | 304:21 | 161:1 |
| 320:10 | 278:6 279:12 | 133:21 134:1,9,24 | **guess** 271:4,23 | **hatched** 98:11,14 |
| **global** 176:8 308:7 | 282:2 285:6,7 | 135:9,13,23 136:7 | **guide** 10:14 | 98:15 |
| **go** 14:14 15:1 16:23 | 289:17 290:3 | 136:13,22 137:2,6 | **guideline** 205:23 | **hate** 44:1 |
| 22:21,22 26:6 | 300:14 301:1 | 138:3,5 | **guidelines** 14:17 | **hauled** 86:23 87:7 |
| 27:13 29:6 66:22 | 302:2,5 304:2 | **grocery** 17:6 | 19:22 144:16 | **havent** 88:22 89:6 |
| 73:2 75:1 90:13 | 311:19 312:14 | **ground** 18:24 19:8 | 149:11 170:11 | 131:5 171:18 |
| 106:12 109:9 | 314:16 316:24 | 19:19 20:5,13,16 | 181:4 203:12 | 241:24 242:2 |
| 114:6,21 118:21 | 317:1 318:1,10 | 20:18 22:3 43:25 | 207:19 298:16 | **head** 221:14,15 |
| 118:21 121:3,17 | **good** 8:17,18 15:23 | 44:8 99:11 100:20 | **guiding** 192:16 | **hear** 91:20 259:7 |
| 122:9,12,13,23 | 45:9 75:7 171:13 | 103:11 108:3,25 | **guillory** 95:24 97:2 | **heard** 162:4 177:21 |
| 124:1 134:6 | 171:14 179:7 | 110:15,16,19,22 | 147:15,22 148:14 | 239:9 |
| 136:22 138:1 | 227:12 237:15 | 110:24 125:2,10 | **gulf** 47:18 | **hearing** 162:22 |
| 142:9 152:9 163:3 | 258:11 273:12 | 125:13,22,25 | **guys** 238:24 | **heaven** 114:15 |
| 184:20 194:17 | 275:2 276:4 278:6 | 130:10,15 135:10 | | **heavily** 198:8 |
| 202:22 205:16 | **goodness** 225:8 | **groundwater** 32:18 | **H** | **heavy** 51:9 |
| 236:9 239:13,20 | **goofing** 194:5 | 32:25 33:3,15 | **h2o** 274:21 | **held** 209:18 |
| 245:9,16 266:1 | **gotten** 117:9 | 99:16 100:3,4,7 | **half** 224:19 225:10 | **hell** 204:13 239:6 |
| 275:4 280:25 | **governed** 147:3 | 100:13,24 101:4 | **hammer** 74:10 | **hellmers** 179:7 |
| 297:2 301:6 | **graded** 89:8 234:23 | **group** 3:1 36:1 | **hamps** 32:22 | **help** 20:1 29:7 |
| 305:14,14 310:23 | 234:23,25 235:3,6 | 40:21 49:16 62:9 | **hand** 42:7 120:4 | 80:16 152:13 |
| 316:3 317:7 | 235:7,11,11,12 | 64:2 71:12,24 | 152:10 178:25 | 233:9 257:12 |
| **god** 223:11 | **grades** 134:3 | 75:9 78:17 79:12 | 180:3,22 181:14 | 285:4 |
| **gods** 224:2 290:1 | **grading** 270:8 | 79:14,15 80:20 | 181:20,25 182:11 | **helping** 90:11 |
| **goes** 20:15 93:13 | **grain** 77:8 193:7 | 81:1,21 82:14 | 183:9,16,19 | **hereinabove** 322:7 |
| 99:24 291:23,23 | 225:22 229:12,13 | 97:21 104:20 | 184:24 185:3,6,10 | **heres** 290:18 |
| **going** 25:13 30:18 | 229:18,19,22 | 105:8 112:2,7,10 | 185:22 186:1,1,7 | **hereto** 6:3 8:15 |
| 36:16 41:1 45:12 | 230:23 234:14 | 112:16 113:20,23 | 186:16 197:7 | 21:10 22:10 25:18 |
| 45:16 63:2 68:15 | 260:17 | 114:3 116:4,22 | 211:12 222:24 | 30:22 31:18 34:23 |
| 70:6,13,21 74:4,5 | **grains** 294:24 | 117:11,12,14,21 | 223:2 277:6 | 45:23 84:6 85:23 |

JOHNS, PENDLETON COURT REPORTERS

90:10 96:2 155:24
246:24 267:12
276:25 279:8
304:9 322:15
**heritage** 174:9
**hes** 70:6 122:10,21
213:20 238:17,19
238:19,20 314:23
314:25 317:13
319:10
**hide** 242:17
**high** 152:4,4 270:6
270:6 292:18,21
293:12 302:12
308:22 309:2,10
309:25 310:24
**higher** 249:23
251:9 256:3
260:20
**highly** 188:4
293:15
**hind** 170:14
**history** 46:17 186:4
186:6 190:22
**hold** 213:14 319:13
**hole** 30:15 81:22
93:10,11 111:7
113:13 127:25
**holes** 50:3 79:13,16
88:3,25 89:12
92:6 93:3,6,14
**home** 182:9,14,19
183:4
**homes** 238:12
**homework** 7:9,10
**honest** 274:21
**hope** 128:7 137:15
197:9
**hoping** 9:23
**horizontal** 37:22
77:17 78:8 212:12
216:20 253:5,19
254:3,13 261:9
262:11 274:7,9
275:18,19 296:20
306:13,14,16
**hospital** 219:8

222:17
**hotel** 7:11
**hour** 306:14
**howard** 276:23
**huh** 7:14
**humor** 270:21
271:1
**humoring** 275:10
**hundred** 92:2
**hurricane** 54:8
101:24 108:1
112:22,23 115:5
125:14,15 169:12
187:13,18 226:4
263:17 264:2
298:23
**hydraulic** 9:8 54:7
156:18 164:10,15
164:16,24 165:8
165:14,22 167:17
167:25 169:11,19
169:25 170:1
173:4,9 176:16
183:17 212:10,19
214:9 215:8,15
216:2,19,20
218:13,14 219:19
221:1,11,15 222:5
236:3,13 237:3
241:9,10,12,14,19
241:23 242:24
244:4,17 249:20
252:12,20 253:5
253:19 254:13
258:19,21 259:4
259:17 261:9
262:11 265:5,9,12
266:15 275:14,17
282:6,9,12,15
296:17 297:5,14
300:1 302:12
306:16
**hydrogeologic**
163:8
**hydrographs** 168:1
169:13
**hypothetical**

125:20

## I

**i10** 47:19
**id** 16:24 59:14 72:2
73:2 89:22 104:14
137:25 171:25
201:22 206:16
212:21 229:14
230:14 233:20
236:8 256:21
261:16 267:2,22
269:7 271:2 277:5
283:2 284:7
288:19 312:2
**idea** 14:21
**identical** 26:17
303:23
**identification** 8:15
21:10 22:10 25:18
30:22 31:18 34:23
45:23 84:6 85:23
90:10 96:2 155:24
246:22,24 247:21
263:13 267:12
276:25 279:8
304:9 307:17
**identified** 36:18
67:6 68:11 76:17
100:11 102:23
108:10 112:18
128:11 146:9
178:25 216:7
243:6,9 255:22
265:19 270:3
272:1,3 275:14
**identify** 18:21 36:8
41:9 112:3 165:17
214:17 219:12
**identifying** 163:17
**ignore** 194:5
273:11
**ihnc** 17:13,13 39:9
99:13 100:8,10,14
101:13 102:16
181:23 184:14,15
185:14 187:17

201:7 264:15
305:16
**ii** 1:18 10:9,21,23
11:3 12:1,23 90:2
96:10 121:13,18
123:21 210:2,4,8
210:14,18 211:3,8
212:14 304:20
**iii** 9:16,19,20 11:22
12:2,11 121:18
**ilit** 10:20 45:11
46:1,15 47:1,4
50:7,10
**ill** 9:22 44:20 59:16
61:18 81:11
105:19 109:18
142:19 152:12
157:24 162:5
171:22 180:6
184:20 186:20
204:24 227:16
274:23 289:19
300:5 312:5
**illustrate** 24:5
71:23
**illustrated** 285:17
**illustration** 15:23
20:1
**illustrations** 303:24
**illustrative** 286:13
**im** 9:15 10:2,4 11:9
16:10,21,22,24
19:10,19 28:23
29:8,11 30:18
34:5 35:2 36:13
36:16 37:7 38:12
38:12,14 39:23
43:6 45:12 49:5
52:21 59:22,23
63:25 66:8,9
70:13,18,21 72:19
74:1 76:4 77:11
78:2 80:15 81:14
82:18,19 83:1,5
85:17 87:18 88:19
90:13 91:2 94:25
95:3 96:9,20

99:18 101:21
102:22 105:18
106:1,24 113:3,5
114:7 116:13
120:17,21,23
121:16 125:18
127:10,12 131:25
132:24 133:17
134:17 136:13,24
138:22 140:25
141:2,21,22
144:13 145:17,20
145:21 149:1,17
153:1,2 154:20
156:9 157:12
158:13 159:18
160:4 162:21
164:2 165:4,5,6
168:12,16,19,21
169:12,23 171:3,8
171:20,23 172:3,4
172:5 173:14
175:2 179:24
182:18 184:21
185:21 187:23
189:16,24 190:14
193:24 194:4
195:11,11 196:14
199:3,6 203:16,24
204:17,19 205:6
205:14 208:8,9
210:10 214:6,6
217:25 218:22
219:9 223:22
224:3 227:15
228:19 230:8
233:13 235:22
238:15 239:15
245:25 247:20
248:14 252:9
255:17 257:4
258:13,15 259:13
259:19 260:7,24
266:19,20 267:21
269:14 275:18,22
276:12,14,15,16
276:20 279:12

DR. ROBERT BEA

March 28, 2012

Page 340

280:17 281:13,14
285:6,7,7 288:22
289:17 290:2
292:23,23 293:9
294:20 300:14,25
300:25 301:10
302:2,5 303:14
304:2 305:8,19,24
309:13,19 310:3
310:11,22 311:8,9
311:10 312:16
313:1,8 315:15,16
315:16 317:15
318:12,20,22
319:10,16 320:10
320:12,13
**immediate** 179:16
**immediately** 34:12
37:12 38:5 126:12
179:9 268:12
272:19,25
**impact** 148:19
**impacted** 12:10
**impacts** 19:24
215:7
**imply** 199:9
**importance** 212:13
213:10 288:12
**important** 85:19
109:8 118:17
136:16 161:2
162:5,15 173:3
194:2 200:17
202:22 203:5
206:2 209:9
211:23,25 212:3,4
212:9,18 213:4
214:17,24 215:13
216:24 217:1,15
219:13 224:8
229:3 233:3
275:15 313:7
**imported** 50:15
52:13 53:13,22
54:5,21 71:7
214:11 234:7
235:10,16,21

236:4,16
**impose** 298:2
**imposed** 291:22
293:13
**impression** 120:21
**improved** 108:21
**inability** 227:22
**inaccurate** 59:18
**inappropriate**
53:14,23 54:4
158:9 186:19
**inappropriately**
213:13
**inappropriateness**
241:21
**inboard** 46:23
**inclined** 293:15
**include** 21:21
35:14,16 70:16
71:19 72:6 166:20
207:7 211:11
222:2 254:24
255:1 258:18
**included** 54:21
170:2 184:11
187:16 210:4,22
211:9,19 212:14
217:18 248:1
**includes** 60:21
170:11 191:20
274:10
**including** 63:17
82:15 181:19
233:3 298:19
**inclusions** 250:1
**incomplete** 72:20
108:22
**incompressibility**
169:21 221:23
241:6,8,11
**incompressible**
220:24 221:13,17
241:13
**incorporated**
150:12 211:7
214:9 243:16
**incorrect** 47:5,14

56:25 57:2,4
121:12 180:3
187:23 252:3
254:10,14,18
284:11
**incorrectly** 11:21
**increase** 175:20
**increased** 281:21
**increases** 290:11
**increasingly** 224:8
**incumbent** 178:22
**indefinite** 146:9,15
**independent** 10:10
10:19,23,25 11:4
11:22 184:8,16
249:25 307:18
**indian** 97:22 98:8
98:12,23
**indicate** 129:14,15
151:14 257:5
282:20 287:9
**indicated** 16:14
274:25 281:8
293:9 299:11
**indicates** 32:17,24
42:16 89:9
**indicating** 269:16
302:24
**indication** 39:4
289:7
**individual** 267:3
313:6
**individuals** 144:1
**inductive** 107:23
107:24
**industrial** 9:2 10:3
15:4 18:24 26:3
33:5 46:12 47:17
48:6,17,23 49:21
50:4 52:2,14
65:25 91:1 99:25
145:3 153:25
154:8,17 155:7
170:23 184:5
235:24 298:15
**ineffective** 33:16
**inferred** 44:8

**inflow** 111:1
**influence** 199:13
199:14 200:13
212:24 215:5,20
231:17 294:25
**influenced** 216:1
280:21
**information** 11:10
14:18 24:12 27:23
28:1 29:10 40:17
58:1 66:21 73:9
73:16 108:5,24
117:16,17 131:16
132:11 162:15
165:17 171:10
179:4,10,19 193:5
193:11,14 194:16
196:21,23 198:3
234:14 245:20,24
258:8,9 259:23
263:15 283:21
299:10 304:21
**infrastructure**
176:2,4
**ing** 142:18
**ingredient** 232:9
232:14,16
**ingredients** 232:11
233:3,4
**inhc** 17:21 24:14
**initial** 210:13
226:20 227:7
**initially** 225:2
**initiated** 151:20
**initiation** 179:16
**inorganic** 230:23
**input** 9:5 10:6,7,11
10:13,19 11:17
12:16 174:23
192:16 196:1,6
199:24 200:16
203:1 206:1 211:6
259:8
**inputs** 172:14
178:17,20 180:11
180:14 187:5
189:4 193:2

194:10,17 195:22
195:23 196:17,25
198:12 199:1,13
201:17,25 202:7
202:14,19,20,21
203:21 204:3,3,4
205:17,19,24
206:6 207:25
208:12 209:18,23
211:7 251:15,21
262:8 284:14
**insensitive** 219:18
220:9,25 221:10
**insertion** 93:8
**inside** 31:7 43:20
64:20 197:2,13
282:6 283:10
**insight** 256:12
**insignificantly**
174:10
**insistent** 44:1
**inspectors** 84:15
**instability** 183:18
203:6 220:3,4
**install** 151:11
**installation** 151:2,7
**installed** 23:3
151:15 170:3
**instance** 83:5 94:6
97:6 199:21 200:9
**instantaneous**
221:19
**instantly** 291:24
**integrity** 145:9
**intended** 23:20
24:8 59:8,10
197:22 256:1,4,18
265:22
**intending** 110:17
110:19
**intense** 179:21
**intent** 24:6 248:19
249:23 286:14
287:10
**intention** 249:20
256:15
**intentionally** 21:1

252:22
**interacting** 204:10
**interactions** 198:9
**interactively** 196:24
**interdistributary** 272:2
**interested** 267:21
322:15
**interesting** 272:17
**interface** 56:22
151:20 309:18
**intermediary** 198:5
**internal** 304:16
306:11 307:15
**international** 3:1
36:2 64:3 112:11
117:25 137:7
139:15 147:1,23
**interpret** 72:16
**interpretation**
103:17 244:5
259:8 263:24
**interpretations**
301:24
**interpreted** 248:2
**interpreting** 196:9
235:22
**interrupted** 205:16
**interrupting**
196:14
**interruption**
206:13 277:1
305:1 314:14
**intersecting** 256:20
**intersection** 19:20
20:4,18 95:11
**intracoastal** 47:18
**introduced** 108:13
218:5 229:6
**intruding** 17:25
**invaded** 241:7
**investigation** 10:10
10:20,24,25 11:4
11:23 167:3 172:7
172:9 173:19
176:25 177:6

181:5 184:9,17
190:4 210:9
302:10 303:13,18
**investigations** 12:2
12:24 191:9
226:20
**involve** 163:14
164:6 172:13
189:17
**involved** 162:16
173:2 176:22
198:8 224:21
251:12
**involves** 183:13
**ipet** 270:3
**island** 243:6 272:4
**isnt** 15:7 20:3,9
21:8 23:21 26:3
27:8,20 33:2,17
37:9 38:25 39:4,9
42:14 43:16 46:13
47:2,7,20 51:7
53:7,10 56:16
59:8,24 60:7,23
61:1,10 62:6
63:11 67:21,25
68:8 75:8 78:17
82:12,17 84:4
85:6 89:11 92:5
92:23 94:3,8,12
97:7 100:12 101:5
102:10,15 104:10
104:20 105:25
111:15 112:6,8
113:20 114:1
116:1 119:20,25
120:12 124:10,13
125:3,10 127:21
128:2 135:11,15
136:14,23 144:24
162:12 164:7
165:25 166:13
171:21 232:22
241:18 242:10
254:10,18
**issue** 32:4,9 161:8
185:14,24 290:16

291:6,6 295:24
**issued** 48:12
**issues** 32:7 202:24
294:18
**item** 169:18
**itype** 156:6
**ive** 49:1 65:4 67:2,6
97:18 102:23
107:23 115:16
137:1 146:12
149:19 151:13
152:18 162:1
182:10 194:3
203:16 223:13,16
230:12 234:2
250:3 261:4,5
269:18 271:22
276:7,15 277:3
304:24 311:12
315:9
**iwall** 184:2 220:3
**iwalls** 155:8 156:23
170:11 173:7
190:12 203:14
205:22 298:19

---

**J**

**jack** 2:20
**january** 211:4,6
220:19
**jefferson** 2:12
179:13
**joanen** 2:5 118:14
**job** 98:18 196:10
**jobs** 228:19
**joe** 79:24 142:2,11
157:21 280:17
318:4
**joint** 188:24 191:24
192:4,12
**jones** 3:3
**joseph** 1:24 2:4
6:22 263:18 322:2
322:24
**joshua** 161:6
**jourdan** 273:18,22
274:23 280:22

281:5 283:17,21
284:3 286:11,17
287:8
**journal** 13:6,17,20
13:24 184:19
293:2
**jr** 1:24 2:11 6:22
322:2,24
**judge** 1:6 158:10
**judgment** 210:21
**july** 15:10 305:11
**justice** 2:17 91:11
117:14
**justification** 169:2

---

**K**

**k2** 1:5
**kaolinite** 272:12,13
**kaolinites** 272:11
**kardon** 161:6
**karl** 223:17,23
**katrina** 1:4 26:3
37:13 101:25
108:1,2 110:23
111:5 112:22
113:5 115:5
125:14 155:7
163:5 165:13
166:9 187:13,18
226:4 263:17
264:2 298:23
**keep** 80:3 87:21
109:13,16 134:6
237:16 280:4
282:1 301:1 317:1
**kept** 186:10
**kevin** 195:24
**key** 10:15 11:17
169:7 214:8 308:6
**kh** 214:12 215:1
**kicks** 293:24
**kind** 45:3 155:6
296:6
**kinds** 203:8 295:16
296:5
**knew** 83:12 121:9
147:15 188:16

222:3,4
**know** 9:24 12:22
15:3 28:3 31:10
33:10 41:24 42:23
43:3 44:9 53:14
53:17 61:9 65:15
66:3 75:19,25
77:21 78:19 80:14
88:16,17,25 89:17
89:22 91:19,21,22
91:25 92:22 93:2
93:4,23 95:19,24
96:3,7,13 97:22
98:19 111:15,20
112:6,9,24 113:18
117:19 123:4
128:6,6 131:4
137:23 140:15
141:12 142:9,10
143:16 144:24
145:23 146:2
150:4 151:13
152:16 154:25
162:4 163:1 165:5
171:15,15,23
182:6 183:8 195:4
202:7 204:21
208:10,12 210:24
215:25 221:7,22
222:10,15 223:14
225:9 228:12,13
228:24 229:25
230:11,14,16
231:5 232:6 234:9
235:10 237:13
239:23 246:10
247:9 253:4
255:11 257:2,9,25
258:6 263:21
267:9 274:20
277:17 279:18
284:11 287:16
295:3,6,12 296:14
296:16,22 309:9
310:5 311:4,5,6
**knowledge** 20:6
47:10 71:18 83:18

DR. ROBERT BEA

March 28, 2012

Page 342

89:2,4 143:15
145:5,6 151:10
204:12 224:10
234:12 235:17
236:21 243:18
252:21 254:20,22
264:17,19,20
287:9 288:6
**knowledged** 13:12
**known** 14:5 93:13
176:12 225:13
227:5
**knows** 157:21
168:12 276:22
**kv** 214:12 215:1
**kx** 258:25
**ky** 258:25

___

**L**

**label** 233:1 267:2
268:12,23 270:22
271:1 272:6
274:19,20 275:24
279:5
**labeled** 90:4,5
248:5 266:3,5,6
269:3,3
**laboratory** 188:19
192:11,14,15,21
192:25 193:9
194:8,12,15
226:22 234:10
**lack** 129:4
**lafayette** 2:13
**lake** 71:17
**lambe** 166:19
171:2
**land** 55:8 60:23
94:14 95:4,10
**language** 58:22
**large** 55:18 98:15
**larger** 279:1
**late** 211:2 223:17
318:23
**lateral** 89:14
176:17 183:18
194:14 203:6

218:7
**latest** 27:2
**law** 6:7 237:25
**lawsuit** 114:3
**lawyer** 244:24,25
245:1 254:8
318:12
**lawyers** 250:13
**layer** 165:10
220:23 246:7
247:6 249:11
250:22 271:8
273:16 300:2
302:19 303:3,12
303:19 304:17
**layers** 29:23 30:11
30:15 33:22 58:5
153:3 169:15
271:25,25 300:2,3
304:19
**ldeq** 143:12
**lead** 259:24 283:22
**leaders** 225:13
**learn** 220:6
**learned** 27:4
219:17 228:20
236:17
**leave** 205:1 262:16
**led** 130:1
**lee** 95:24 147:15
**left** 88:10 98:19
154:13 266:1
267:23 268:9
271:23 286:24
300:10,18 316:9
319:22
**lefthand** 39:16
**legal** 145:13 238:5
**legend** 39:7
**length** 169:1,1
289:13 290:21
295:10 297:1
**lengthy** 113:1
242:8
**letter** 244:25
**levee** 10:10,20,23
11:4,22 17:14,21

18:17,17 19:17,18
20:3,8,11,17 23:4
37:6,8,9 124:17
151:3,8,12,12,19
153:24 154:9
159:3,6,9 183:19
184:8,17 187:18
209:12 217:19
256:20 308:8
**levees** 26:2 94:1
145:2 147:25
148:20 159:1
176:5,9,11,18,22
187:12 190:13
**level** 19:19 20:5
33:4 43:25 44:9
55:8 58:18 63:21
78:5 103:11 108:3
108:25 110:22
130:15 159:8
170:5 220:8 221:9
278:12 281:17
294:22 302:11
**levels** 58:22,24 59:3
59:12,20 60:3,7
61:5,23 62:12
**liaison** 318:9
**liberality** 28:17
**library** 72:2 73:2
73:11,13 140:16
182:7
**license** 178:14
**licensed** 177:24
178:2,5
**life** 160:24
**lift** 57:25 62:5 65:8
65:17,19 66:2,4
66:15 67:4,8 72:4
72:10,13,24 74:25
86:9
**lifting** 64:21
**lifts** 85:2 86:14
**light** 71:20 77:11
101:25 102:6,10
102:15,24 103:2
103:18
**liked** 277:5 312:2

**limit** 8:24 9:18
139:24 140:2,6,7
145:18
**limited** 139:2 140:4
141:3
**limiting** 10:3,4
**limits** 225:19,19
**line** 22:23 32:22
42:18 44:9 65:21
65:24 66:2,11,12
66:16 77:20,21
78:8 86:8 90:14
91:13,14 96:12
97:14 101:23
122:5 139:1,1
273:7,8,9
**lines** 12:25 22:23
62:21 65:16 66:11
66:11,21 81:12,12
84:22 86:22 87:5
88:20 114:22,24
**linked** 209:23
**links** 208:2
**liquid** 225:19
**list** 7:17 17:6 73:8
201:25 202:10,12
205:9,13 207:13
207:21,24 212:21
213:3 227:12
286:7
**listed** 128:1 223:19
246:3,4 247:2,4
298:24 299:4
**listen** 71:23
**lists** 152:19 250:22
**literature** 177:20
**litigation** 1:5 47:24
171:17 177:6,16
181:18 185:6,15
185:19,20,25
189:22 190:16
192:21 193:1
194:9,11 200:12
202:2 208:6 219:1
219:11 222:13
242:7
**litigations** 170:20

**little** 92:18 153:3
194:19 230:24
268:8 276:17
318:1
**live** 291:3
**lives** 239:23
**llc** 1:21
**load** 187:9 289:14
290:6,22 291:7,22
292:10,14 293:4,8
294:3,12 295:6
296:14 307:23
**loaded** 295:15
**loading** 15:22
169:11,25 187:14
188:5 309:5,6
311:7
**loadings** 54:8 170:8
298:9 299:6 310:4
**loads** 290:7,12,23
292:17,18
**local** 47:10 93:9
278:24 279:2
294:23
**located** 20:5 67:24
94:2 110:5 176:2
**location** 36:5,11
95:8,21 99:22
100:1 112:12,16
112:16 113:7,10
113:15 114:1
115:3 116:24,25
117:5 119:6
125:25 127:19
130:17 134:25
177:14 184:4
194:15 218:6
**locations** 41:9
50:23 116:8 119:7
191:13 256:17
284:4
**log** 56:20
**logical** 113:20
**london** 170:6,15,16
187:10 191:9
298:14
**long** 31:10 51:21

DR. ROBERT BEA

March 28, 2012

110:9 113:9,25
124:21 125:17
170:21 171:4,6
191:14,17 197:9
239:13 264:12
289:18 292:11
293:5,13 294:10
295:4 297:7,17
301:2 307:22
319:9
**longer** 92:19
**look** 18:13 22:17
27:15 28:8 30:18
32:20 36:17,20
37:16,17,18 38:9
43:8 55:19 58:12
59:24 61:17 62:17
70:3,23 76:6,10
78:4 82:21,23
84:10,21 98:3
99:3 101:7,22
103:15 104:14
107:1 114:20
119:22 126:9
133:15 155:11
158:21 159:12
186:22 194:21
199:23 248:1
249:5 252:15
258:14 262:14
264:7 276:23
277:9 289:21
**looked** 40:18 56:3
116:10 119:1
127:3 179:15
251:24
**looking** 17:23
38:12,16 44:15
105:10 127:12,23
136:13 148:23
198:20 248:18
250:11 274:24
305:6,8 307:11
314:16
**looks** 254:12 267:6
278:8
**loop** 255:15

**lose** 200:19,20
**loss** 238:12
**lost** 154:22 203:17
203:17 239:23,24
**lot** 16:18 38:15
238:12,12 300:10
**loudly** 53:18
**louisiana** 1:2,22 2:7
2:13 3:7,14 6:24
143:9 322:4
**low** 166:7 220:8
221:9 231:14
241:14 307:24
**lower** 49:20 65:20
186:5 189:12
191:20 220:22
237:6 258:21
278:21 297:24
298:6 299:9,20
301:15 302:25
303:18 306:7
307:9,12 308:8
**lump** 248:21
**lumped** 249:17
**lunch** 165:6 171:11
202:23 220:13

————————————

**M**

**machine** 201:9
**macroscopic**
231:24
**mag** 1:7
**magistrate** 316:20
**main** 44:11 166:3
278:23
**maintained** 32:13
**maintaining** 220:7
220:21 221:8
**maintenance** 32:10
**major** 229:12
**majority** 24:21
26:10 195:17
**making** 34:5
168:21 315:16
**manage** 255:23
**management** 11:6
12:4

**manager** 96:6
147:17 148:15
**mandatory** 149:1,3
149:7,9,15,17,23
150:3
**manner** 36:3
**manual** 145:23
150:19 152:10
155:14,21 156:11
156:14,16,17,24
158:23,25 159:9
207:23 208:3
**manuals** 144:21
145:1,18 149:4,10
149:24 150:8,12
170:12
**map** 19:7 38:25
39:8,9 41:8 119:1
119:6,13,19,25
120:5 127:2,5,15
**maps** 38:21 133:12
**mar** 162:17
**march** 1:22 11:24
12:11 25:15 76:12
90:2 193:20
321:25
**marine** 17:20 23:5
29:21 30:3 32:11
34:13 35:12 38:22
76:18 86:24 87:7
91:3,18 94:8 97:7
104:10,17,24
105:7,9 118:24
119:4,8 124:18
126:20,25 133:13
135:23 136:3
233:13
**mark** 8:12 18:21
21:3 25:13 109:18
122:18 157:18
276:16 304:2
**marked** 8:14 21:9
22:9 25:17 27:14
30:21 31:17 34:20
34:22 45:22 82:22
84:5 85:22 90:9
96:1 118:24

155:23 246:21,23
247:20 266:19
267:11 276:24
279:7 304:8,25
305:3,4
**marking** 22:5
31:14 83:24
126:18,23
**marsh** 163:9
164:11 165:9
269:7 270:4 306:8
306:9,22 307:9,12
**marshswamp**
269:5 270:5
**mass** 290:5 295:8
296:23 297:8,18
**masters** 289:15
293:1
**mastery** 288:5
**match** 119:13
**material** 15:21,24
23:15 50:24 71:14
72:3,18,23 73:19
74:24 81:4,21
86:12 128:23
137:9 138:11
152:5 181:18
200:10 210:4
211:9 245:2
246:18 247:17
255:3,19 257:10
263:14 268:4
274:25 275:15
292:18 293:11
301:19 303:20,21
304:13,15 308:5
**materials** 17:12
50:16,20,21,24
71:15 72:5 74:12
74:25 75:24 76:1
76:7 78:4 79:11
80:20 88:7 110:25
206:17 207:8
211:18 219:4,6,10
244:8,16 246:3,4
247:2,3 255:25
256:18 258:4,17

260:17 265:19,23
265:24,25 270:5
273:20 283:7,10
294:17,21,22
295:14,17,22,24
296:3 308:20,22
309:2,11
**matrix** 243:16
263:3
**matter** 12:22 52:6
120:23 231:3,25
**matters** 311:14,16
**mcdonough** 17:20
23:5 50:22 86:24
87:7
**mcelwee** 44:17,18
46:18 47:13,16,22
47:23 48:3,4,12
48:16,21,21 49:2
49:8,9,17,17 50:2
50:2
**mean** 19:16 50:19
59:4 99:16 124:16
149:9 156:23
182:22,25 216:3
266:10,12 269:22
312:17
**meaning** 41:11
**meaningful** 308:13
**meanings** 288:18
**meant** 45:13
**measure** 15:17
169:25,25 170:7
**measured** 19:14
**measurements**
176:12,15
**measuring** 308:9
**mechanical** 288:12
**mechanics** 215:19
223:11,17,18
224:21 251:8
288:6 292:4
293:18
**mechanism** 293:24
**medium** 221:12
**meet** 242:14
**meets** 20:13

DR. ROBERT BEA

March 28, 2012

**melvin** 47:22 49:2
**memorial** 219:8
    222:16
**memorized** 224:25
**memory** 75:6
    120:22 139:10
    211:3 237:15
    242:4 251:7 276:4
    283:3
**men** 64:18
**mention** 70:25
    87:15 225:21
**mentioned** 12:1
    13:19 70:10
    194:18,22 203:23
    225:20 244:23
    294:19
**mess** 239:25
**messed** 38:16
**met** 171:17 228:14
**method** 82:14
    153:13 164:4,4
**methods** 108:20
    152:25 153:17
    163:13,19,20,22
**mic** 79:3,8
**michael** 289:22
**microscopic** 231:6
    231:24
**middle** 76:14,25
    78:8 114:20
    167:21 187:1
**midway** 77:18
**miles** 47:17
**mind** 54:10 168:7
**mine** 90:4 274:21
    281:14
**mineralogy** 272:15
    294:20
**minor** 169:1
**minus** 33:22 39:19
    39:24 120:7 126:2
**minute** 73:25
    236:11 280:20
    318:2
**minutes** 163:4
    171:10 300:21,23

301:7 312:9
315:11 316:12,14
316:15,16 317:2
**mislead** 204:18
**misread** 306:19
**misreading** 39:23
**missed** 138:13
**missing** 244:22
**mississippi** 53:1
    235:19
**misspell** 138:2
**misstated** 261:5
**mistake** 115:11
    252:13 253:1
    260:5 262:5,12
    284:5
**mistaken** 16:3,24
**misunderstanding**
    314:17
**misunderstood**
    251:6
**mitsch** 2:19 122:8
    281:3 304:6 307:8
**mixed** 265:1
**mixing** 197:21
**mixture** 169:22
    234:19
**mmg** 104:1,6,14,25
    265:19
**mode** 152:6
**model** 166:5 169:2
    172:17 174:22
    175:16 179:21
    180:20,24,25
    182:1 183:9 185:6
    185:23 186:14
    191:1 192:2,10,20
    193:2 194:11
    195:16,20,23
    196:2,17 200:16
    200:23 201:16
    202:1 204:8
    211:16 216:5
    221:10 251:16,25
    252:3,4,10 256:1
    256:18 265:23
    277:8 283:22

284:15 286:14
287:10 300:5,6
308:2
**modeled** 274:14
    282:25 284:2
    300:2 301:18
    303:3,6 304:14
    307:25
**modeling** 24:10
    190:7,15,16 201:4
    222:5 258:14,15
    258:16 273:25,25
    274:3
**models** 172:12,14
    172:21,25 173:2,3
    173:3,5,6,8,17,24
    174:6,21 175:6
    176:7,9,13 177:3
    177:8,12,23
    179:25 180:1,4,7
    180:11,16 187:3,4
    189:18 191:11
    194:25 195:1,3,12
    201:23,23 242:25
    252:25
**modem** 189:1
**moderate** 231:10
**modified** 236:18
**modifying** 232:16
**moment** 104:1
**momentarily**
    291:25
**monitoring** 99:21
    99:23 101:4
**month** 210:23,24
**months** 89:13
    92:23 93:21
    226:13
**montmorillinite**
    272:14
**montmorillonites**
    272:11,13
**moraga** 7:2 41:16
**morethan50year**
    224:20
**morning** 7:12 8:17
    8:18 23:10 154:13

**morris** 63:5,17
    88:7,12 120:18
    121:14 122:1
    123:20
**mouth** 93:18
**move** 184:6 203:7
    204:25 239:15,18
    272:16 287:13
    290:10,25 294:11
    295:5 312:15
    315:6
**moved** 176:6 184:9
    203:21 208:18
**moves** 289:12
**moving** 12:4 128:7
    203:25 293:22
**mrgo** 1:7 139:11
**multiple** 8:23 10:2
**mw11** 100:1
**mystifying** 193:22

**N**

**name** 12:15 91:5
    164:3 171:15
    173:8 174:15
    201:15 206:8,10
    206:12 249:11
    319:25
**named** 7:3 208:14
    208:14
**names** 13:25 14:4
    64:7 163:21
    250:22
**narrow** 218:3
**national** 175:25
    176:19 177:17
**native** 50:24 51:6,9
    71:2,15 72:5,9
    75:10 81:17 87:25
    255:3,19,25
**naturally** 123:23
**nature** 123:6
    169:20 263:20
    283:8,10 294:14
    298:11
**navd88** 62:23
**near** 37:2,4 68:4

76:18 94:8 97:7
113:8 127:19
152:15 189:13
191:21 193:12
248:7 283:24
285:24 286:6
**necessarily** 51:8
    89:16 282:18
**necessary** 61:15
    152:2 201:6
    207:22 272:18
**need** 9:22 11:9 19:6
    19:23 22:2 25:9
    51:11 81:23 90:16
    97:11 109:13
    115:17 130:21
    162:17 163:18,20
    165:5 168:9
    201:15 203:20
    238:13 277:13,15
    295:12 307:9
**needed** 15:25
    208:19 242:5
    250:15
**needs** 239:7 314:12
**negligence** 237:21
    237:23,24 238:2,5
**neighborhood**
    46:21
**net** 182:13,15,22
    183:3 282:5,6
**nets** 182:4
**never** 20:2 48:5
    49:10,18 52:5
    114:8 128:6 205:1
    255:8 287:16
    313:4 314:5
**new** 1:21 2:7 3:14
    11:1 27:4,10,22
    27:25 41:23 42:2
    53:10 190:11
    203:9,13 204:7
    205:21 255:14
    298:18,22
**nfaatt** 119:13,19,25
    127:14,15,24
**night** 41:14,17

DR. ROBERT BEA

March 28, 2012

Page 345

301:1
nine 26:13,23 28:13
314:3
ninth 49:20 65:20
186:5 189:13
191:20 308:8
nods 59:21 180:23
230:21 237:4
nominal 172:20
174:5,8,11,16,19
174:20 175:2,4
non 177:13 189:13
191:21 239:16
256:7,8 288:18
297:13
nonconformance
32:7
nonlinear 205:25
nonrefereed 7:23
nonresponsive 49:3
250:4
nonsense 45:3
noon 169:7
north 9:1,25 10:4
47:17,18,19 56:6
76:14,25 99:11,22
100:18 101:14
102:1 103:20
106:16,21 107:12
107:17 109:10,21
109:22 116:10
119:9 123:2 132:1
152:7 155:9
170:16,17 193:12
218:5 219:1 246:4
247:3 248:3,5,6
249:8,9 251:11
254:16 258:2
261:6,7 262:22
264:15 265:14
266:24 277:4
278:13 282:24
283:16,23 285:14
286:5 299:22
northeast 23:4
35:11 36:24
northern 38:22

233:12
northsouth 55:14
55:25 56:8 134:24
northwest 56:7
note 24:3 288:19
noted 216:16
321:13,15
notice 6:7
noun 232:15
november 48:11
86:2
number 8:3,12
21:4 22:5,14
25:13 30:19 31:8
31:25 32:12 36:17
45:16 82:23 83:25
85:20 90:3 91:6
93:17 98:6 99:4
108:10,11 126:18
126:23 144:20
155:22 170:12
206:5 226:8 245:8
245:23,23 250:12
250:21 253:15
254:7 257:3,4
262:19 264:21
265:9 266:24
267:10 276:16
277:5,10 279:11
281:7,16 285:10
286:6 304:5,7,25
numbered 84:12
245:19
numbers 27:16
46:7 82:24 226:17
numerical 199:18
229:2
numerous 242:6

O

oak 55:18
oath 6:25 7:4,5
55:23
object 49:3 74:17
157:2 158:5 160:3
161:13 216:10
250:3

objecting 168:13
168:16
objection 71:20
74:17,18 141:25
142:5,6 157:8,16
158:4,8,10 216:16
objectionable
157:17
objections 6:11
objective 162:3
263:15
obscure 66:18
observations 24:23
26:12 28:12
181:21
observe 50:7
observed 49:11
50:6 84:24 86:15
86:22 87:1,6,9
112:21 172:19
174:3 179:4
observer 188:13
observes 224:6
observing 106:1
179:14
obstructions 61:10
61:14,16
obtained 16:6 64:2
138:12 165:14
200:23
obtaining 210:13
obvious 240:14
occasions 119:2
occur 152:3 226:21
occurred 42:24
43:4 119:9 125:20
168:4 295:7
298:22
occurrence 24:10
occurs 243:20
294:13
oclock 315:20
odor 227:10
office 182:9,10,19
officer 147:18
officers 148:15
offices 1:20

officiated 6:24
offshore 226:12,16
226:17 309:16,20
oh 60:14 74:8 114:7
115:11 120:17
125:6 129:24
130:13 134:15
138:22 157:7
162:23 167:16
168:19 186:19
196:14 199:25
205:6 208:7 269:7
276:9 285:9
294:18 302:16
oil 226:11
okay 7:8 8:13,17
9:18 10:22 11:9
12:20 19:15 20:20
22:2,17 25:12
27:13 33:2 34:7
34:19 35:1 36:10
36:16 39:21 40:1
40:22 45:1,4 46:5
49:6 52:10 60:15
63:3,16 64:5 65:3
65:7,11 69:5
70:21 73:6 76:10
77:13 78:10 80:14
83:6 84:3,18
87:14,23 88:6
89:17,24 93:20
95:2,19,24 96:9
96:20 98:22 100:7
100:12 103:5,23
109:7,9,17,19,24
111:9,15 113:2
114:5,9 115:14
116:20 121:7
122:3,7,8,12,21
122:23,25 123:9
125:6 127:14
129:25 130:5,8
131:7 134:15,20
135:5 138:3 141:8
141:20 142:8
143:24 144:15
152:9,19 154:7

156:6,22 159:3,9
159:12,21 160:3
161:4 165:1 166:2
167:19 170:21
175:15 180:5,9
184:23 185:1
191:7 195:6
196:11 198:22
199:4,8,11 202:13
204:2 206:22
208:12,16 212:21
214:22 216:25
219:23 222:22
225:15 229:5,10
233:22 240:7
245:21 246:1
252:7,15 253:16
255:17 258:24
259:1,25 261:4,14
261:19 262:16
264:9 268:6,21
270:25 271:17,22
272:9,16 273:11
274:17 275:3,8
276:3,9 277:17
279:15 283:5
284:2 287:13
288:10 291:10
292:16,23 295:21
295:23 296:2,5,19
297:11 299:8,15
303:7 306:4
315:18 316:7
317:19
omit 242:18
omitted 118:13
234:2
once 228:3
onefoot 27:5 29:5
100:2
ones 54:12,15,16
58:3 62:14 90:18
141:18 215:6
217:15 228:19
236:6 264:3 266:1
277:25
onshore 309:15,21

**open** 23:6 87:22
93:6,14 98:19
**operate** 178:20
**operating** 203:1
**operation** 133:21
207:25
**operations** 73:18
83:8 112:12
235:24
**operator** 200:9,13
**opinion** 63:22
145:13 191:2
224:13 237:20
238:8 240:19
241:1,20 242:10
263:23
**opinions** 26:1 63:6
74:13 195:13
200:25 201:6
**opposed** 167:8
199:1
**opposite** 235:4
302:21
**opting** 188:17
**options** 123:14
**oral** 205:13
**order** 38:14 53:14
53:24 89:23 140:1
144:5,11 147:6,19
148:1 149:6 150:1
150:3,13 229:15
269:8
**ordinarily** 189:9
**organic** 29:23
30:11,15 33:22
193:5 220:22
225:21 229:22
231:1,3,16,17,20
269:6 270:6,11,24
271:2,6,7 275:11
278:21 294:17
295:17 296:12
297:24 298:6
299:9,20 301:15
303:1,18
**organics** 296:9,11
**organization** 12:5

**organizations** 11:8
**organize** 73:16
**organized** 248:4
**original** 6:9 58:25
245:20 267:9
**orleans** 1:22 2:7
3:14 11:1 53:10
190:11 255:14
298:22
**outflow** 111:1
**outline** 44:7 114:15
300:10
**outlines** 74:13
**output** 194:14
197:8 199:16,18
199:23 200:21
201:18 219:20
**outputs** 172:15
174:20 175:1,1,7
178:22,23 179:20
180:19,20,25,25
181:11,15,22
183:7,10 187:5
191:12,23 192:3
192:11,20 196:9
197:4 198:13,15
198:18,20,24
199:1,10 200:14
202:2 203:3,4
209:20,23 212:5
213:5 214:18
221:10 261:15
277:8
**outside** 93:12
**overexpansive**
204:13
**overpass** 55:15
249:1 256:19
258:5 263:14
**oversight** 242:2
**owen** 118:13

_____

**P**
**page** 4:3,8 8:19
12:19,20,21 14:25
17:10 22:13 24:18
26:6 27:15,16

28:9 29:12,16,20
31:5,24 32:6
33:24 34:9 36:20
37:17,18 38:9,10
38:18 43:8 44:11
45:11,25 50:12
51:15 52:3,22
54:19,25 56:9
58:12 59:18,25
60:15,20 61:18
62:17,17 68:16,16
70:24,25 75:16,16
81:6,8 83:1,2
84:10,11 86:4,5
87:14,18,22 88:20
90:13,14 91:13,14
96:11,11 98:5,6
99:3,5,7,8 101:7,8
101:16,17,23
105:13,13,18
106:12 107:6,7
109:11,12,19,21
114:10,10,15,17
114:21 119:2,22
121:2,3 122:4,9
122:10,18,22,24
124:1,6 126:10
127:2,9,23 128:4
132:22,24 133:5,8
133:15,16,17,17
133:19,20,20,24
134:5,7,13,20
135:5,8,19 138:14
144:15 148:23
150:15 152:16,16
155:11,20,22
156:21 158:21,22
159:12 233:5,8,10
233:22 242:21
245:16,22 253:15
254:9,17 256:22
257:1,3,4,6,20
262:19 264:5
265:14 266:23
267:10 276:6
279:13,22 285:10
285:12,20,23

287:4 302:6,6
305:22 306:1
**pages** 82:23 101:10
106:20 107:2,3,4
109:14 126:19,24
138:17 280:2,11
**paginated** 245:18
**paging** 17:2
**panama** 293:17
**paper** 13:10,11
14:1,7 186:8,9
**papers** 12:13 13:6
13:16,17,20
176:19 253:1
293:2
**paragraph** 8:20
12:21 17:10 19:17
24:18,20 26:6
28:9 32:21 33:24
34:7,8,10 44:16
46:5,6,8 47:5
50:12,12,13 51:15
52:3 54:19 56:10
57:17 58:12,15,23
59:3,18,25 60:16
60:18,21 61:18
62:18 68:16 70:24
81:8 83:4,22 87:2
87:14,15,18 99:5
99:8 101:17
114:21 133:23
134:23 138:22
144:15 148:23
149:4,24 150:15
151:18 155:12
158:22 159:12,15
172:1,4 173:25
174:2 175:4,16
176:24 186:21
187:1 189:16
190:1,3 198:10
209:2,8 211:22
215:11 233:10
246:2,17 247:2,15
302:6
**paragraphs** 46:7
245:18

**parallel** 283:18
**paralleling** 55:15
**parameter** 12:16
**parameters** 10:15
11:17 196:7 200:2
203:2 207:21
217:11,14,17
306:7
**parametric** 200:1,4
210:17 214:25
216:23
**pardon** 104:13
117:20 126:2
269:7
**parens** 62:20,21
71:1,2 81:16
302:18
**parenthetical**
233:14 234:3
**parish** 179:13
**part** 6:14 7:21 24:2
44:11 71:13,15
73:15 75:10 79:20
98:11 115:15
134:25 137:9
144:19 151:18
156:17 160:22
161:2 164:14
166:22 167:3
170:4 174:23
188:24 190:22
193:15 220:6
223:24 225:18
228:21 241:10
292:16
**partially** 123:18
292:15 295:16
**participate** 188:9
188:18 195:2
226:24
**participated** 226:7
309:24
**particle** 225:17,25
234:14 235:1
**particles** 231:3,7
308:23
**particular** 42:23

DR. ROBERT BEA

March 28, 2012

Page 347

93:4 96:19 123:5 150:9 186:6 194:15 266:17 283:21 308:15 312:23,24
**parties** 6:3 145:25 188:11 194:9 322:14
**parts** 23:24 77:15 161:19 174:22 202:19 217:7 228:17
**pass** 17:7 318:25
**passes** 82:1
**path** 295:10
**patience** 129:5
**patient** 129:3,11
**paul** 179:6
**pc400** 84:24 86:12 86:13
**peat** 231:23 232:2 291:20
**peats** 296:10
**peck** 223:18 230:13
**pedigree** 190:20,23
**peer** 13:3,5,9,15,25 14:3,7,12
**penetrated** 57:19
**penetrates** 99:25 100:18
**penetration** 29:23 33:21
**penetrations** 57:22 88:10 274:4 283:11
**people** 10:14 11:18 13:15,17 47:11 95:20 121:13 163:22 178:12,14 178:16 179:13 227:3 228:4 238:12 239:23,23 313:5
**perfectly** 56:8
**perform** 140:8 189:5 191:22 199:25 209:15

**performance** 26:1 179:11,12 187:12 187:17 188:3 190:12 201:19 209:12,17
**performed** 8:24 22:23 48:5 103:25 112:1 113:19,23 116:22 134:24 135:1,9,14 144:18 147:13 163:6 179:6 183:16,25 188:19,24 189:22 190:25 192:7 201:4,20 209:25 210:25 211:2 237:9 302:9 308:13
**performing** 215:24
**perimeter** 38:23
**period** 85:1 161:6 223:1 301:16 302:13
**periods** 108:4
**permanent** 255:24
**permeabilities** 212:12,12
**permeability** 152:4 164:24 213:21 231:13 236:19 249:24 251:9 256:4 260:20 294:15 307:24 308:21 309:1,10 310:1,24
**permeable** 53:6 235:25 259:16
**permission** 44:25 45:2 158:15
**permitted** 6:5
**person** 44:23
**personal** 146:13
**personally** 30:16 78:6 118:11 188:9
**personnel** 144:3,4 144:10
**pertaining** 73:16

144:17
**pertains** 1:7
**pervious** 78:14
**ph** 1:19 7:1 321:3 321:11
**phase** 9:16,19,20 10:9,9,23 11:3,11 11:14,22,25 12:1 12:2,11 52:1 108:21 121:13,14 121:15,18,18,18 121:18 123:19,21 139:4,12,20 173:18 184:8 186:6 210:2,2,4,4 210:7,8,12,14,18 211:1,3,8,8 212:14 300:5 303:22 304:20
**phases** 10:11,13,21 11:7 12:17 210:8 210:11 303:12,17
**phenomenon** 93:13
**phone** 316:22
**photo** 15:9 17:18 20:21 22:7 29:20 30:25 31:1,4,5,21 35:1,2,3,9,9,19 36:6,12,25 43:23 103:8,24 263:24
**photograph** 17:22 30:11,12 40:23 44:4,9 56:23 71:22 72:8 73:1 74:23 80:19 103:5 104:23 105:6,12 138:3,7 257:16 262:18
**photographic** 40:14 41:12 64:1 71:19 72:7,21 95:15 137:5 179:7
**photographs** 16:8 16:14,25 17:1 28:5,6 35:22,23 40:18,20 42:25 43:11,25 56:3

71:19 72:15,16 73:3,8 75:2 76:3 88:9 95:16 105:10 108:6 113:5 129:23 132:7 137:8,9 138:10,12 243:19 257:7 263:16 264:1
**photography** 103:16 108:1,3 109:1 110:23 132:13
**phrase** 175:4 187:16
**physical** 224:15 229:1 240:17,25 241:5
**physics** 223:11 251:8
**picture** 16:15,19 21:6,7 24:2,5,12 43:9,11 55:3,13 56:5,20 64:15,21 75:13,17,20 76:8 76:11,12 77:3,7 98:11 101:24 105:20,24 106:6,9
**pictures** 43:14 235:23
**piece** 55:24
**pieces** 78:7
**piezometer** 169:24 221:20 298:13
**piezometers** 170:3
**pigman** 1:20 3:11
**pile** 74:24 84:25 88:10 93:9 110:6 154:14
**piled** 72:23
**piles** 62:19 68:17 69:18,19 70:9,15 70:16,19 93:5
**piling** 63:18 88:4 88:16,25 89:12 93:3,15 97:17 98:24 207:8
**pilings** 89:11 90:17

90:23 91:1,8,23 92:3
**pine** 243:6 272:4
**pipeline** 65:19 255:4
**pipes** 151:2,7,11
**piping** 151:23,25 152:3
**pit** 15:9,14,21 16:1 16:5,6 17:12,20 18:1,2,7 19:4 20:2 20:4 21:1,2,15 23:4,15,20,24 24:3,7,8,13 50:22 51:2 56:19,23 57:2,9,12 58:7 86:24 87:8 93:23 94:2 98:22 153:9 153:18 154:1
**pithy** 107:19
**place** 109:17 153:2 157:18 239:24 284:17,18,23,23 292:11 293:5
**placed** 86:25 87:8 121:16 233:25 236:5,22 274:11
**placement** 83:7 85:12 233:11 273:19
**places** 42:4,4
**plaintiffs** 2:2 25:22 89:18 140:13 163:6 188:17 244:25 250:13 254:8 318:9
**plan** 32:15,23 134:1 140:18
**plans** 131:2,9 140:21 141:11 142:21
**plastic** 225:19 231:2,10
**plasticity** 230:24
**plausible** 209:8 211:22 215:12,22 216:6 217:1

504 219-1993

DR. ROBERT BEA

March 28, 2012

Page 348

218:10,12 260:9
308:4
plaxis 173:14
175:10 178:5
183:10 190:17
191:1 194:10,10
201:24 204:3
205:25 206:7
207:10,23 208:13
208:18 222:23
224:7
please 17:5 25:8
44:13 59:23
114:18 122:9,24
137:18 142:5,12
142:15 144:7
149:8,19,20
153:11 160:20
166:16 168:10,25
169:8 170:24
204:17 240:11
242:22 246:12
247:11 302:8,15
303:14 310:17
311:25 312:7
315:3
plural 186:2
plus 39:19,24 120:7
227:8
point 33:20 50:8,9
54:10 72:1 80:23
88:13 178:22,23
197:6 276:18
278:7
pollutant 77:16
polluted 43:1
ponding 49:11,20
pontchartrain
71:17
pooling 49:11
poorly 234:23
235:3,7,11
pop 267:15
pope 195:24 196:13
196:20 197:24
pore 291:8 292:5
292:13 293:7,10

293:20 294:3,6
porosity 9:14
294:15
porous 71:1 81:16
portion 47:12
51:25 167:2 172:3
225:10 233:12
291:9
portions 143:16,18
211:19
portrayed 249:17
286:10
posed 313:10
position 316:24
possible 33:7,11
260:25 312:18
postkatrina 129:23
132:7,13
postulated 131:21
132:4
postulation 131:22
potential 19:24
108:17 212:4
potentially 215:8
pounds 222:20
306:10,12,24
practice 212:6,8
223:19
predominant 232:9
232:14
predominantly
51:3 271:19
preexisted 78:22
prefatory 168:10
prekatrina 113:6
113:15 116:3,22
125:2,10
preparation 244:11
prepare 63:6
161:16,21,24
162:1 244:13
prepared 248:19
248:20 255:11
prerita 132:7
prescribed 17:25
181:3 210:19
217:6,14

presence 71:18
present 3:17 69:13
99:13 184:10
presently 41:5
preserve 15:18
press 242:13
pressure 92:7,11
167:1 170:1 171:9
176:17 214:10
219:25 221:24
241:11,23 259:18
261:15 282:14,19
290:9,24 291:8
pressures 54:7
173:5 176:10
183:18 203:5
215:9 219:20
220:10,25 241:12
282:6,9,12 292:6
292:13 293:7,10
293:20 294:3,6
300:1
presume 255:12
pretty 92:17,24
93:1,3 227:12
289:18
prevent 207:16
previous 16:22
156:20 190:22
217:12
previously 46:22
47:23 51:1 76:6
143:23 186:17
189:14 190:8
191:8 198:11,14
211:12 234:17
235:17 243:10
251:14 257:2
262:17 263:8
268:4 272:3
284:13
primaries 310:13
primarily 107:25
203:4
primary 108:8
109:2 162:2
165:16 210:17

215:7 232:9,10
principal 58:3 63:8
139:18 176:3
226:9 258:7
263:13
principally 195:14
248:25
principles 178:24
288:5
print 126:14
printed 186:8
prior 37:17,18
110:23 119:22
125:16 146:5,14
155:7 191:9
210:12 226:4,22
priori 166:5
privilege 223:23
probability 217:14
probably 34:3
92:18 120:22
154:22 225:25
232:6
problem 53:20
169:3 204:15
287:25 288:4
290:15 305:11
313:5
problems 46:18,22
137:24 175:13
197:18,20 222:24
223:1,7
procedure 6:6
procedures 48:15
163:17
proceed 169:8
proceeded 23:24
125:18
proceeding 72:19
process 15:19,24
107:22 145:8
175:18 179:2
181:2 182:16
184:6,7 190:21
197:3,10,14,16
200:18 227:24
processes 174:25

174:25
processing 172:14
187:5 198:13
199:2,14
processor 209:18
produce 164:24
175:1 176:14
229:8 258:17
304:17
produced 12:14
36:3 50:25 117:25
161:20 181:18
210:5 211:14
produces 178:21
producing 308:3
product 193:6,7,9
210:22
production 36:2
143:17
productions 91:10
professional
148:16 177:19
professor 223:4,17
228:11
professors 14:8
profile 76:13
profiles 108:15
program 188:10,25
189:9 191:24
192:4,7,12 194:9
196:8 197:17,18
202:15 208:1
programs 175:10
175:21 178:9,21
183:15 191:9
203:24 224:6
progress 41:13
progressed 236:14
progressively
184:10 190:10
project 15:4,16
23:11,16 61:13
67:23 96:6,6
131:10 133:25
139:5 140:18
prominent 232:15
promises 34:5

**prompted** 24:24
26:13 28:12
**pronounce** 44:19
44:20,25
**pronounced** 44:18
44:21
**proper** 85:17 227:4
**properly** 196:9
207:15 229:23
242:19 243:6
255:23
**properties** 163:8
188:20 207:9
214:7,23 215:20
216:2 224:9,16
231:18 235:8
242:24 244:17
246:18 247:17
257:10 267:21
274:25 283:14
288:7
**property** 200:10,15
214:8 216:6
219:13 220:21
232:22 239:24
240:25 241:5
245:2 246:13
247:12,24 250:14
250:18 275:15
282:20 283:15
285:17
**proposed** 136:3,7
**proposition** 139:15
**proprietor** 47:23
**protected** 206:25
208:24 215:9
217:19 220:1,10
221:24 278:25
279:3 282:14
**protection** 18:23
19:25 138:19
144:17 145:10
156:19
**protocols** 139:4
**provide** 9:5 10:6
24:8 48:13 77:10
201:5,25 202:9,11

246:12 247:11
**provided** 41:6
109:1 118:16
137:7,12 167:17
167:23 193:11
195:23 196:21
208:1 219:6,9
235:23 258:8
298:12 304:19
**provides** 162:15
289:6
**providing** 64:1
194:16 195:25
**psf** 166:8
**psych** 158:19
**public** 14:18,19
184:18
**publications** 7:18
7:24 12:13
**publicly** 170:19
**published** 145:24
170:19 176:18
181:4 184:16,18
186:3,17 289:23
293:2 298:16
**pulled** 79:12 93:5
**pump** 55:20 169:18
189:6 273:21
**pumping** 47:19
163:7,12 164:9
165:7,15 166:13
**pure** 236:1 243:15
263:9,19,21 264:5
264:16
**purely** 235:22
**purpose** 14:13
20:24,25 72:17
90:21 178:11
197:17 216:3
**purposely** 98:13
**purposes** 6:5 180:5
215:23 216:4
219:13 275:13
299:12 303:8
**pursuant** 6:7
**pursue** 162:18
**pursuing** 164:16

**put** 38:14 72:14
75:9 78:17,19
79:15 81:21 90:16
93:21 101:12
117:13 123:14,16
133:7 138:8,11
205:14 206:16
207:10 214:20,22
255:25 274:21
279:11,12 283:3,5
287:18
**puzzled** 244:9
**pz3** 170:2

### Q

**qar** 22:6,18 24:3
31:15 84:3
**quadrant** 84:25
**qualified** 10:14
13:12,18 114:7
259:13
**qualitative** 174:25
**quality** 84:9 86:1
118:1 141:14
143:2,9 228:4
**quantified** 167:19
168:3
**quantify** 218:4
**quantitative**
174:24
**quantity** 146:10,16
167:13
**quartz** 294:21
**question** 6:12 8:25
9:18 12:8 28:19
44:2 59:11,15
60:1 64:25 66:19
67:12 70:11 71:24
74:1,2,20 75:4
80:2 89:23 91:16
91:22 92:1,20
94:25 96:13,20
105:4 113:12
115:17,19 116:7
118:9 121:4 122:8
122:23 123:9
125:7 129:1

130:21 140:17
141:1,8 142:18
143:21 144:7
145:19 149:21
154:22 157:10
163:23 167:7,9
168:14,17,17,20
168:20,21 176:24
177:4,5 184:22,24
185:18 192:19
195:8,9 197:11
199:5 201:12
203:19,20 204:1,9
213:16 216:11,12
216:14 220:17
223:13 229:16
237:13,19 238:14
238:20 245:23
247:23 252:9
253:16 261:25
262:15 269:15
270:14 278:3,6
303:14 304:11,11
307:10 309:19
312:2,6 313:9,22
314:2,18,19,25
315:9 320:2
**questioning** 82:20
123:23
**questions** 9:23 60:9
97:15,18 166:4
172:5 180:5
276:13 313:25
315:21 316:17,25
317:2,22 318:1,18
319:11,16 320:16
**quick** 207:24
280:16 301:8
**quickest** 205:18
**quickly** 92:18
227:16
**quit** 79:24 168:13
**quite** 288:17
293:19 295:17
**quiz** 267:15
**quote** 16:4,7 17:11
18:21 24:25 26:14

29:24 31:6,8
32:16,18 34:10,13
35:10 38:20 39:8
39:13,18 42:20,21
46:15,16,23 49:18
50:16 51:2 56:12
56:15 58:15,18,21
61:21 62:18,23
71:1,3 88:20,24
102:18 132:6
144:16 151:1,18
151:19 153:4
165:9,10 172:11
172:11,15,16,18
172:18 174:3,4,4
174:6,10,14,15
187:3 209:10,11
224:7 243:22
250:15 293:21
**quotes** 149:2,8
**quoting** 52:21
88:19 150:18
153:1

### R

**radial** 163:14 164:7
**radiography** 229:7
**railcar** 67:1,19
69:1,4,6
**railroad** 64:4,8,22
67:3,13 68:13
94:7,10 95:8,9,21
97:6
**rain** 33:9
**rainwater** 33:15
**raised** 282:3
**ralph** 223:18
**ran** 195:12
**range** 211:23
215:22 231:11
261:16
**ranged** 50:14 259:5
**ranges** 165:18
209:9 210:19
215:12 217:1
218:9,10,13
**rank** 251:2

DR. ROBERT BEA

March 28, 2012

Page 350

**rapid** 223:12
**rapidity** 299:6
**rapidly** 169:10,12
**ratio** 164:17 166:21
  172:18 254:3,14
  258:19,25 299:15
  301:14 306:16
**ration** 262:10
**reach** 292:12,21
  293:6,23 294:5
**reached** 30:7 62:21
  69:14
**reaches** 95:4
**reaction** 240:4
**read** 26:18 34:16
  39:20 40:5 48:1
  52:18 61:18,19
  81:11 83:21 84:24
  87:5,10,11 90:15
  101:20 121:20
  151:14 162:5
  172:3,22 186:25
  186:25 198:11
  209:13 224:3
  230:8 233:13
  242:22 246:2
  247:1 289:17,20
  290:3 302:7,14
  303:5 307:10
**reading** 6:8 24:3
  29:25 59:2 101:16
  136:17 147:11
  153:11 156:9
  189:16 278:14
  303:15
**reads** 28:9 86:11
**ready** 41:15 267:6
**real** 280:16
**realize** 280:1,10
  303:10,16
**really** 50:11 88:23
  99:9 136:6 152:8
  198:17 204:8
  238:24 316:23
**reason** 11:20 15:12
  27:5 53:3 82:18
  83:20 97:1 116:2

  118:10 122:2
  148:6 166:3
  221:12,18 222:22
  227:6 263:12
  284:7,22,25
**reasonable** 41:14
  308:3
**reasonably** 193:21
**reasons** 220:12,13
  221:6 222:7 284:8
  284:10 301:21
**rebuttal** 41:6
  137:15 161:25
  162:1,3,9,20,23
  182:17,25 317:16
**recall** 27:3,5 28:7
  35:21,24 39:2
  58:1 60:13 65:21
  82:19 91:18 98:21
  104:1,12 141:1
  164:14,15 181:10
  218:12 230:2
  237:23 249:19
  253:7 259:23
  284:22 285:1
  304:22
**recalling** 16:10
**recap** 97:21
**receded** 115:5
**receive** 194:4
**received** 41:14
  49:18 194:3
  250:25
**recess** 51:12 132:19
  208:25 250:9
**recognize** 25:16
  220:15 221:3
  260:16 289:24
**recollection** 18:3
  30:8 38:7 43:5
  63:24 72:25 94:13
  95:9 253:18
  255:21 278:14
**recommendation**
  140:9
**record** 8:21 9:15
  12:17 43:6 52:23

  63:25 64:2 72:20
  97:12 108:22
  111:24 112:3,13
  113:2,17 116:1
  132:14 137:19
  161:11 238:22
  243:19 280:25
  281:2 305:12
  315:16 317:24
  319:10
**recordings** 179:6
**records** 82:13
  108:23 179:7
  221:20
**rectangle** 268:8
**rectangular** 110:5
**red** 42:19 99:20
  245:15
**reduce** 265:5,9
  312:7
**reevaluation**
  298:18
**refer** 20:17 25:9
  51:14 54:22 57:17
  72:2 73:11 86:4
  90:14 96:9,11
  99:5 114:17
  120:24 122:4
  133:23 135:2
  237:7 240:2 285:7
**reference** 17:14
  20:19 21:7 24:9
  25:3 34:14 36:13
  51:19 71:3 75:14
  77:10 99:20
  100:20,21,22,23
  101:3,4 110:18
  112:12 114:22
  126:14 128:23
  136:11 150:23
  155:14,17 207:18
  264:3 267:8
**referenced** 54:13
  54:15 78:12 104:2
  107:9 110:21
  125:13 150:13
  304:1

**references** 44:16
  148:24 170:12
  205:23 230:3
**referencing** 130:15
  163:18 169:18
**referred** 36:6,11
  43:7 72:11 73:9
  108:24 114:14
  148:17 173:21
  193:22 220:22
  298:13,14
**referring** 9:16
  13:16 19:20 37:7
  40:23 47:16 55:9
  56:2 57:16 58:22
  71:6 74:23 77:11
  85:17 91:2 99:18
  102:11 104:6
  105:18 110:24
  115:13 123:19
  125:4 127:11
  131:24,25 139:8
  139:21 159:18
  169:12 172:25
  173:24 175:2
  189:25 190:2
  210:8,10 218:14
  219:24 233:18
  234:7 243:3,8
  248:14 260:8
  265:25 272:4
  293:9
**reflect** 172:14
  198:12 236:20
**reflected** 100:9,14
  187:4 198:24,25
  199:1 221:14
**reflecting** 48:14
  164:21
**reflects** 237:2
**refresh** 253:17
  283:3
**regarding** 19:22
  41:5 130:23
**regime** 165:13
  292:19
**regulation** 159:16

**regulations** 150:8
**reinvent** 76:5
**relate** 115:22
**related** 66:10 147:7
  289:11 322:14
**relating** 145:2
  147:25
**relationship** 220:16
  221:23
**relative** 19:23 29:5
  40:17 99:23
  177:15 227:13,17
  293:15
**relatively** 219:18
  220:25 221:10
  233:2
**relevant** 200:11
  302:12
**reliability** 145:9
  175:21
**reliable** 197:8
**reliance** 74:12,25
  75:24 76:1,7
  80:20 137:8
  138:11 181:18
  210:3 211:9,18
  213:7 219:3,6,10
  258:17
**relied** 63:5 73:19
  74:14 131:15
  139:18 173:18
  191:2
**relies** 229:1
**rely** 72:20 190:15
  190:24 195:13
  222:23 230:4
  253:9
**relying** 63:25 88:8
**remain** 23:20
  282:11 292:11
  307:22
**remainder** 23:16
**remained** 93:6
  125:14
**remaining** 39:13
  88:3 300:11
**remediation** 15:4

23:11 58:16 61:22
62:8 119:7 135:1
136:8 139:21
159:22
**remedied** 242:3
**remember** 16:19
17:3 27:10 164:3
164:21 218:1
298:25
**remembered** 218:8
**remembering**
142:18
**reminded** 7:4
**reminding** 80:4
**removal** 17:11
32:16,23 40:12
62:19 63:1,23
64:3 86:9 87:3
111:17 136:21
151:16 154:16
**remove** 15:8 34:11
38:4 128:22
129:17
**removed** 38:21
43:1 57:9 67:23
68:4 94:8 96:22
97:7 111:1,20
131:11
**removing** 61:14
112:19
**render** 220:8 221:9
**rendered** 220:24
**repeat** 29:15 109:8
125:6 142:12,19
144:7 149:20
303:14
**repeatable** 187:22
**repeated** 139:12
188:2,4 298:21
**repeating** 157:12
**replow** 19:8 22:2
**report** 8:20,21
12:19,20 14:25
16:15,20,21 17:3
17:4,11 24:5 25:4
25:7 26:18,19
27:2,8,14,19

29:14 31:1 32:7
33:19,25 34:9
38:12,13 40:24
41:6 44:11,12
45:12 46:11 50:13
51:2,15,16,18,20
51:21,23,25 52:4
54:11,14,15,17,20
54:23 56:9 58:6
58:13,23 59:5,13
59:14,19 60:4,12
60:16 61:19 63:5
63:10,11 64:16,18
64:24 65:4,5 71:4
73:4,20 74:12
75:22 82:22 83:10
83:16 84:9 86:1
87:19 88:8 95:17
98:4 99:3,4
100:24 101:5
104:2 106:13
108:14 110:13
111:23 114:9
117:2 118:1,23
119:4,15 121:19
121:20 122:1,11
124:3,25 126:21
126:25 127:24
128:24,25 130:2
132:22 138:4,9,14
138:17 139:11,16
140:10 141:6
148:24 155:12
161:17,23,25,25
162:2,2,3,9,10,14
162:19,21,24,25
165:21 172:1
173:25 181:17
182:17 183:1
184:12,17 186:4
186:16,21 187:2
191:6 193:16,19
193:21 202:18
209:3 210:3,22
211:8,20 212:15
213:6 234:5 237:9
241:25 242:8,11

242:14 246:15
247:14 253:10
265:14 270:1
284:5 285:8,21
287:4,16 304:20
305:5
**reported** 1:23
24:21 26:9 46:22
49:10
**reporter** 1:25 6:23
314:14 322:3,25
**reporters** 322:1
**reporting** 11:5
193:23,24
**reports** 12:13 14:3
16:23 65:2 104:15
141:14 143:2,12
162:16 176:19
210:5,17 211:9,14
213:7 242:6
269:20 278:14
304:1
**represent** 39:21
59:16 63:16 83:15
88:15 95:4 98:10
110:17 117:21,23
118:19 131:1,8
171:16 258:13
270:18 285:24
287:25
**representation**
270:23
**representations**
253:11
**representative**
147:18 148:16
**represented** 167:25
**representing** 2:2
2:16 3:1 59:22
108:16 109:4
**represents** 24:2
44:10 174:20
240:1
**request** 245:20,24
246:10 247:9
250:14 304:22
**requested** 7:18

246:1 247:1
**require** 28:20
144:18 149:5,25
**required** 13:8
24:22 26:11 28:11
192:17 196:23
205:24 206:7
207:25 213:25
297:7
**requirements**
149:1,3,8,9,15,18
149:23 150:2
**requires** 111:17
204:15 206:1
288:5
**research** 161:5
176:7 223:24
289:16
**researcher** 145:14
**resemble** 71:20
**reserved** 6:13
**residents** 46:21
47:10 49:19
**respect** 181:23
196:13,16
**respond** 66:14 75:2
163:22 164:13
252:6
**responded** 63:15
76:2
**response** 48:20
49:16 50:2 64:1
140:25 170:7
177:22 245:4,23
245:24 246:8,16
247:7,15,23
250:14 290:12,25
292:19
**responses** 170:1
204:13 221:19
**responsibilities**
12:7
**responsibility**
12:18 109:16
144:25 145:3,7
160:25 178:18
180:13 251:15

**responsible** 10:16
12:16 147:24
203:2 209:19,22
244:10,15
**responsive** 160:3,4
160:14,18 204:9
239:16 246:11
247:10 312:14,21
**responsiveness**
6:12 161:13
**rest** 226:14
**restoration** 146:3
146:25 147:3
**result** 113:18
123:24,24 172:20
174:5 194:13
241:11 322:16
**resulted** 123:22
164:9 165:7 175:5
238:11 255:15
**resulting** 217:17
**results** 169:24
172:13,15 176:14
179:3 183:16
184:11 187:3,5,10
189:5,8,8,17,18
191:23 192:3,6,11
192:14,16 193:1
193:17 194:8,16
198:12,14,17
200:23 209:11
210:13,15 212:13
212:24 217:3
259:6,18 304:17
**retain** 186:7
**retained** 208:5
**retaining** 224:14
**retention** 159:4
**retrievable** 138:13
**retrieve** 227:23
228:3
**retrieved** 228:2
242:4
**return** 41:16
135:18 182:18
229:14
**reversed** 269:8,24

**reversing** 269:24
**review** 16:17 18:14
  28:6 40:16 59:14
  75:2 76:3 118:10
  130:20,22 139:3,7
  139:8,10 140:9,12
  140:14,18,20
  141:4,5,10,13,17
  141:18 142:14,20
  146:24 147:9
  209:20 259:8
**reviewed** 13:3,5,9
  13:11,15 14:7,13
  18:3 63:13 67:3
  82:13 88:12
  118:18 120:14,20
  147:6 161:17,19
  165:11
**reviewers** 14:1,3
**reviewing** 52:1
  141:1 259:6
**reworked** 50:16,19
  51:14,23 52:5,6
**ridiculous** 316:21
**rig** 226:10
**right** 12:23 13:4,6
  18:8 19:1 20:3,9
  21:8,19 22:8
  23:12 25:5 26:4
  26:15,23 27:20,23
  28:1,14 30:3,13
  30:18 31:2,3,8,16
  31:22 32:7,18
  33:9 34:9 35:4,7
  35:13,19 36:1,12
  37:1,23 38:1,23
  39:14,19 40:12
  42:9,14,21 44:17
  47:21 51:4 52:16
  55:11,20,24 56:16
  56:19 57:5 58:8,9
  58:20 60:23 61:1
  61:11,14 62:11
  65:5 67:10,13,21
  68:23 69:10 75:4
  75:11 78:15,18
  82:8 85:9,16 86:2

86:19 87:15,24
88:1,13 90:5,22
91:13 94:8,12,22
97:8 99:14 100:25
101:5 102:25
103:3,3,7 104:20
106:17,25 107:10
109:17,19 111:7
111:13,18,22
116:12 121:23
122:19 123:12
124:7,10,14 127:4
127:9 128:3,7,18
135:15 136:19,23
137:15 138:19
140:5 141:6
147:15,20 149:13
153:2,21 155:15
155:18 156:3,7
159:17 160:10,13
163:10 199:4,17
205:18 224:23
225:1 228:6,11,16
229:18 230:18
235:4 238:1
245:17 248:18
251:18 254:11
255:17 262:7
263:10 264:11,14
266:8 268:21
271:6 272:7
273:13 274:17
275:3,5,10 276:12
277:18 279:5
280:4 285:3
286:25 287:22
296:15,21,24
307:20 308:6
310:9 311:1
**righthand** 31:25
  36:14 39:8 182:5
**rights** 320:6
**risk** 11:5 12:3
**rita** 108:2 110:24
  112:23 125:15
**river** 52:16,25 53:1
  53:6,13,23 54:5

71:7 93:18 106:2
191:10 234:8,18
235:10,16,19
236:4,17,19 251:9
256:16 260:17
265:23 268:5
269:1
**road** 15:22 18:5,9
  18:11,12,25 40:13
  42:8,13,17 43:15
  47:14,19 55:15
  135:14,15 234:1
  248:25 256:14,19
  258:5 263:14,19
  273:18,22 274:23
**robert** 1:19 7:1
  321:3,11
**robin** 2:18 171:15
  216:11 240:12
  245:12 301:8
  311:19 313:12
**robinson** 16:23
  25:22 139:11
  219:7
**rock** 231:8 308:20
  309:2
**rogers** 50:17 51:16
  51:18 52:18 53:4
  53:12,21 89:18
  90:1 93:21 118:15
  120:15,19,24
  121:4 123:21,25
  128:25 130:2,22
  131:13 154:3
  164:12 165:24
  195:24 196:12,20
  197:24
**roman** 12:23
**room** 239:23
**rouge** 11:2
**roy** 2:10
**rpr** 1:24 6:22 322:2
  322:24
**rude** 214:3
**rule** 309:10
**rules** 6:6
**run** 179:25 180:1,3

180:6,16 183:10
192:2,10,20
194:24,25 195:16
202:1 252:10
258:18 261:11,12
314:20
**rune** 41:20 118:15
  178:13 201:13
**running** 55:25 56:5
  195:2 196:5
**runoff** 33:9
**runs** 56:7 180:20
  185:6,23 186:14
  189:1 191:1 193:2
  194:11 195:21
  196:2 200:16
  201:16 211:16
  252:3,5 261:13,16
  283:17
**rupert** 2:19
**rupture** 292:22
**ruth** 224:1

_____
**S**

**sacramento** 176:22
  191:10
**safe** 170:5
**safety** 217:18
**saltwater** 213:12
**salvaged** 91:7
**sample** 227:23
  228:4
**samples** 64:19
  226:7,21 227:19
  227:23 228:2
**sampling** 227:15
  227:18
**sand** 50:15 51:10
  52:12,16,19 53:6
  53:7,13,23 54:5
  54:22 71:7 102:21
  104:20 105:9
  123:7 230:19
  232:25 233:11,24
  234:4,8,18,19,25
  235:2,11,16,19,21
  235:21 236:4,17

236:19 237:20
238:9 240:17,18
241:1,7,9,19
243:1,4,5,8 244:1
248:11,13,24
249:21,24,25
251:8,9,10 252:2
252:13 254:20
255:1 256:5,16,16
256:17 257:13,15
257:23 259:25
260:7,9,12,17
261:23,23,24
262:1,12 265:23
268:2,5,6,24,25
269:1 271:17,18
272:3,5,6 291:14
294:21 296:8,9
308:20 309:2
**sands** 71:1,6 81:16
  106:2 232:17,22
  234:9,15 235:6,7
  235:25 236:1
  243:7 265:1,4
  278:20
**sandy** 101:12,25
  102:6,18 103:7,19
  104:23 152:4
  256:14 263:22
  265:23 271:16
**satisfied** 132:17
**saturated** 169:16
  169:20 223:25
  231:20 288:21
  289:1,3 295:17
  296:3 297:11,13
  298:10,24 299:9
  299:11,13
**saturation** 164:18
  166:21 294:18
  299:16
**saucer** 57:20 63:24
  124:17 126:20,25
  133:13 135:23
  136:3
**save** 6:8,11
**saw** 52:5 75:14

113:4
**saying** 19:10 64:8
66:8 74:22 78:3,7
94:20 117:7 118:4
140:23,25 141:9
156:25 162:6
203:19 317:15
**says** 21:14 23:3
26:20,22 29:20
31:6 32:9,15
35:10 36:25 38:20
39:8,22 46:16
50:7,7 57:1 58:6
62:7 76:12,25
77:2 83:17 86:16
88:2 101:11
113:13 136:2
139:2,10 141:3
145:6,25 151:19
152:17 153:1,5,8
156:10,22 157:3
160:1,23 171:10
211:3,22 233:24
307:1 313:4
**scale** 38:25 39:3,5
42:8
**scheduled** 320:12
**school** 223:10
**science** 176:1,20
177:17 181:8
**scientific** 187:21
**scope** 58:25 156:11
**scott** 2:5 118:14
142:8
**screen** 262:14
**screw** 278:2
**script** 288:24
**sea** 33:4 63:20
226:16,17
**search** 52:4
**second** 11:10,11,14
32:20,21 79:19
99:8,10 101:23
163:25 165:21
169:7,14 173:20
174:24 206:10
218:17,19,21

236:7,8,24,25
237:7 253:23
258:19,23 259:7
259:16,20 260:4
260:14 261:2,2,22
279:13 299:3
300:5 302:14
306:15 319:13
**seconds** 201:8
**secondtolast**
138:21,23
**section** 22:18,19,22
22:22 46:11 86:22
87:4 138:17 151:1
198:10
**sections** 137:2
**security** 38:23
43:21,22,24
**see** 12:24 17:15
22:15,18 23:1
25:1 30:10 32:4
32:13,19,25 34:15
34:21 37:19 40:3
43:19,22,23,24
44:3,7 46:9,24
50:17 55:17 56:10
58:19 71:3 75:17
77:18 78:6,7
81:13 83:1 84:12
84:15,18 86:9
88:1,6 90:15
91:14 98:5,8
100:21 101:15
102:3 103:11,13
103:18 110:2,6,10
114:23 115:5
119:9 120:23
122:9 123:6,12
126:14 127:5
128:13 130:6
133:10 134:3
135:3,25 136:4
139:9 144:22
150:11 152:12,20
153:1,15 156:9
159:21 203:18
211:2 225:20

235:21 243:1,3,4
246:17 247:16
248:16 252:4
259:14 261:16
262:14 273:6
277:17 279:1
317:8
**seeing** 221:20
307:16
**seen** 40:10 44:8
88:21,23 131:5
223:16 251:13
255:8
**seep** 173:9 175:10
177:24 181:11
183:5,7 190:17
191:1,23 195:12
195:20,23 196:2,5
196:17 198:21
199:10,21 200:9
201:20,24 202:15
203:7,21 204:4
208:16 214:1,10
214:18 215:16
222:22 224:6
251:16,22 252:11
258:16 277:8
284:15
**seepage** 15:15
46:18,23 49:11,20
144:18 145:1
153:10,18 156:17
158:23 159:1
175:12 176:10
200:22 201:4
202:25 212:9,18
212:24 213:5,8
214:18 215:5,21
216:1 219:17,24
220:9 221:10
242:24 246:14
247:13,25 250:20
275:13 298:19
301:16
**seeped** 30:5
**select** 9:8,11,14
143:16

**selected** 10:6
126:19,24 143:18
**selection** 221:4
222:7
**selections** 143:20
**selflimited** 9:19
**semicolon** 46:18
**semicontiguous**
123:6
**seminal** 223:18
**senate** 14:15,16
**sense** 48:7 174:12
174:16,18 187:11
187:21 209:17
221:21 226:25
227:2 234:6
250:16
**sensibility** 197:5
**sensible** 15:12
**sensitive** 80:15
**sensitivities** 209:11
216:5 217:3
**sensitivity** 200:1
209:24 211:17
215:10 217:22
219:14 220:7,20
222:3 261:15
**sensory** 227:9
**sent** 244:24,24
252:10 254:7
**sentence** 13:2
26:17,18 28:8
32:21 34:16 44:15
59:9 60:17 62:7
82:6 83:4,22
87:16 99:9,10
101:11,17 138:21
138:23 141:3
156:9 167:22
172:6 194:23
198:25 199:7,9
233:9 302:14
**sentences** 84:24
99:9 186:22,24,25
302:7 303:15
**separate** 46:7
255:5 317:17

**sequentially** 245:19
**series** 95:15 103:25
104:14,25 108:19
170:20 176:19
265:20
**served** 188:13
**set** 178:17 194:10
194:25 195:1
198:9 205:24
218:18,20 239:25
243:9 250:18
253:10,24 287:19
322:7
**sets** 177:18 202:22
254:10
**setting** 193:1
**sewer** 57:25 62:4
62:21 65:8,17,19
65:24 66:2,4,10
66:11,15 67:4,8
72:4,10,13,24
74:24
**shading** 267:1
**shallow** 110:25
**shame** 80:14 262:7
**share** 145:7 224:13
**shaw** 158:10
**shear** 206:9,11
207:12,12 299:24
300:4 301:23
302:17,18 303:9
304:14 308:14
**shearing** 294:23
**sheet** 84:25 110:6
207:7
**shell** 51:10 72:13
74:23 75:10,14,18
75:20 77:6,11,14
77:22 78:3,14
80:21 123:7
226:10 243:3,7,8
243:12,15,20,23
248:12,22,23,23
249:12,22,24
250:1,23 251:3,8
252:2,12,16,20,25
253:6,20 254:20

DR. ROBERT BEA

March 28, 2012

Page 354

254:24 256:4,6
257:19 258:1
259:4,20,22
261:10 262:2,17
262:20,21,24
263:5,10,19,21,22
264:4,5,14,16
265:5,17 271:15
271:16,20
**shells** 71:2,10,13,15
71:16,25 72:23
80:25 81:17
243:16 265:2
**shelly** 256:14,17
**shift** 22:25
**short** 80:3
**shorter** 223:1
**shorthand** 222:21
322:9
**shortly** 101:24
218:4
**shouldnt** 262:3,4
**show** 16:9 21:3
22:4 25:12 30:19
31:13 34:19 36:16
41:1 45:12 56:18
64:18 72:9 73:1
75:13 83:24 85:20
90:1 106:15 110:1
110:13 111:3
116:15 125:1,8,21
126:17,22 130:6
259:10 263:18
264:25 273:9
276:9 285:6
**showed** 19:7 41:8
120:5 164:22
**showing** 38:21
40:15 88:9 107:10
107:11,11 133:12
136:9 277:8
**shown** 15:19 37:6
42:6 55:7,24,24
56:5 77:7,8 99:18
99:21 100:16
102:7 106:6,19
117:18 119:14

156:20 264:4
265:8 303:24
307:18
**shows** 17:23 31:5
72:3 74:23 75:20
101:25 102:9
111:11,13 115:3
116:3 119:6
127:15,24 128:11
130:9 136:18
259:11 265:21
**shuey** 7:2
**shut** 312:9
**siamese** 194:20
**side** 18:2,19 19:4
124:17 136:9
151:16 153:24
179:14,15 182:5
206:25 208:24
215:9 217:19
220:1,10 221:24
256:13 267:23,24
278:25 279:4
281:18,20,21
282:2,7,14
**sides** 135:22 136:12
274:4
**signed** 84:14
321:11,13,15
**significant** 169:16
**signify** 233:1
**signing** 6:9
**signs** 227:22
**silt** 51:10 230:23
231:1 291:16
296:8
**silts** 234:19 265:1,4
296:7
**silty** 152:4 232:17
235:25
**silvatulla** 3:18
13:14,19 41:8
162:16
**similar** 100:1
115:21 116:14
127:2 206:6
295:16 308:21

**simple** 195:9
204:16 275:2
293:19 295:18
**simply** 266:25
**single** 274:14 280:5
**sink** 50:3
**sir** 9:21 17:5,17
20:15 22:16,20
23:2 25:2 26:8
27:17 30:23 32:1
33:1 34:24 35:18
36:19 37:20 38:11
38:19 39:11 42:15
43:10 44:5,14
46:2,4,10,25 49:5
50:18 56:11 58:14
60:14,19 70:11
71:5 72:25 74:21
76:23 80:16 81:10
83:9 84:7,13,17
84:20 85:24 86:17
86:20 91:15 95:1
98:7,9 101:16,19
102:8 103:14
106:14 107:5,15
109:25 111:14
114:7,12,19 115:2
117:19 118:13
120:16 122:6,20
124:2,4,8 125:6
127:1 128:14
131:17 132:3,16
132:23 133:1,9,11
134:4,8 135:7,20
136:1,5,15 138:16
138:20,25 144:23
145:12,20 147:5
147:21 150:17,21
151:5,9 152:1,18
152:21 153:6,16
155:13,16,19
156:5,13 159:14
164:5 165:23
166:1 171:5 172:2
174:13 175:14
183:2 185:21
188:21 196:15

206:21 209:6
210:10 217:24
223:3 224:12
233:7 240:5
245:13 253:16
255:7 256:25
257:5 265:3,7,11
267:13 272:24
275:16 277:11
278:16 279:9
285:11,22 287:6
299:7 302:4,16
**sit** 202:8 221:7
253:4 284:21
**site** 29:21 30:3 32:9
34:13 46:8,17,20
47:14,14,15 52:2
58:16,25 61:1,6
61:10,21 62:8
68:14 71:16 82:1
91:18 95:20 97:2
97:22 98:8,12
99:12,23 100:19
101:14 102:2
103:21 104:10,17
104:24 108:6
112:11,21 119:8,8
121:10,11,22
122:1 124:18
127:16 134:2,25
148:11 163:7
166:12 207:1,3,4
207:5,5,12 208:20
216:21 217:5
218:23 235:24
257:11 261:18,21
263:10 288:7,8
311:15
**sites** 176:13
**sitting** 36:10 75:19
75:24 76:4,8
104:11 182:4
202:10 239:22
**situ** 169:17
**situation** 284:12
311:10
**six** 81:11 114:22,24

161:6 220:14
222:7 226:12
**size** 193:7 225:17
225:22 229:22
234:14 294:21
295:8 296:22
**sizes** 235:1
**sketch** 39:3 277:16
277:19 278:3,5,7
278:17,23
**sketched** 278:18
281:7,11,16
**skipped** 258:9
271:22
**slabs** 91:7,8
**sleep** 205:15
**slides** 293:14
**slip** 21:15 23:5
**slope** 15:18 18:16
18:22 19:19 20:13
20:15,16 92:15
173:12 175:10,13
178:2 181:15,22
182:1 183:5,10
190:17 191:1
192:2,9,10,20
193:2 195:16
199:18,19 201:4
201:20,24 203:9,9
203:22 204:3
205:16,17,19
206:6 207:11,14
207:15,22 208:17
214:11 217:3,8
218:2 222:23
224:7 246:13
247:12,24 257:24
287:21,24 289:23
**slopes** 136:9 293:15
**slow** 195:11 227:16
292:10 293:5
**slug** 189:6
**small** 39:17,19,20
126:14 174:10
224:1 268:7
**smith** 2:18 4:5
171:12,16 195:7

DR. ROBERT BEA

March 28, 2012

Page 355

201:14 205:8
206:14 209:1,7
213:22 214:2
216:15,18 237:16
238:18 239:3,8,14
240:6,15 245:14
246:25 248:17
250:5,10 267:14
277:2 279:10,17
279:21 280:8,15
280:18 286:20,23
300:13,24 301:13
305:2,13,23 306:5
310:21 311:22
312:1,11,12
313:15,19,23
314:4,8 315:5,14
318:19,24 319:3,8
319:14,19,24
**snapshots** 167:23
**socalled** 20:17
130:23 163:9
**society** 14:2 181:4
**soft** 92:20
**software** 180:16
191:8 196:5
200:13,14
**soil** 15:8 24:13
58:17,21 59:3,12
59:20 61:23 62:12
75:10 76:13 77:9
82:3 85:12 87:4
108:4,24 127:11
136:8,20 151:20
151:24 169:20,21
188:20 200:10,15
209:9 211:23,24
212:3,7,17,23
213:4,17,20,23
214:7,8,16,23
215:13,19,20
216:6,21 217:2,11
217:16 219:13
220:21 221:8
223:16,18 224:8
224:10,21,24
226:6,12,20 227:9

228:11,16,17,21
229:10,14 230:9
230:23 231:2,17
232:7,8,19 243:21
246:13 247:11,23
249:3,14 250:14
250:18,18 256:7
266:17 267:20,21
269:3,17 270:9,13
273:23,24 275:4
282:17 288:6,7,21
289:1,3,7,13,14
289:22 290:5,6,8
290:9,10,21,22,23
291:10 292:4,20
293:21 294:11,14
294:19,20 295:4,8
296:22 297:2,8,11
297:18 298:3
299:13 301:25
307:13,14 308:9
310:25
**soils** 34:11 38:4,21
43:1 51:3,7,9 71:1
71:2 72:9 81:16
81:17 83:5,6 88:1
93:4,6,11 99:13
100:8,13 101:13
156:18 163:9
166:22 169:16
170:7 188:24
191:24 192:4
200:11 225:17
227:4,7 229:11,21
229:22,24 230:6
243:16 257:11
282:16 288:13
289:6 291:23
292:11 293:5,14
294:5,21 296:4
297:13 302:25
308:15 309:20,21
310:1
**solid** 93:6
**solve** 175:12
**solving** 223:6
**somebody** 143:13

143:15,16
**somewhat** 231:23
**soon** 92:24 93:1,3
**sophisticated**
222:25
**sorry** 28:23 35:2
38:13 49:5 68:16
70:18 83:2 87:18
96:20 114:14
120:17,21 121:16
132:24 133:17
138:22 145:20
155:5 158:13
185:21 190:14
195:11 196:14
203:16 205:6
214:6 217:25
218:22 227:15
238:15 255:17
257:4 269:14
277:18 281:13,15
285:7 288:22
292:24 305:19,24
318:22
**sort** 181:14 189:21
225:4 234:10
274:1 277:6
**sorts** 189:7
**sought** 6:15
**sound** 204:16
**sounds** 111:8
145:13 191:7
231:4
**source** 52:25 63:8
109:2 258:7
263:13 270:16
**sources** 132:10
165:16 179:19
**south** 9:2,25 10:4
15:20 16:11 56:6
115:22 116:13
124:7 128:10,16
130:24 132:2
146:19 152:7
170:16,17 193:12
219:1 226:16
248:8,14 249:10

254:21,23 259:21
259:22 260:1,4
261:18,21 283:17
283:24 286:6
287:2 305:17
**southeast** 56:8
84:25
**southern** 32:11,16
**speak** 53:18 73:14
158:14 171:22
**speaking** 157:8,16
158:4
**speaks** 157:2
**special** 81:23
248:24
**specific** 52:3 54:3,9
71:25 80:23 116:8
117:4 121:4
131:23 139:3
140:21 141:11
142:21 163:8,16
163:21 165:17
166:12 184:3
186:24 194:25
197:21 232:20,21
233:19,21 234:13
252:4 288:16
311:9,15
**specifically** 6:10
145:17 163:1
172:24
**specified** 58:17,21
59:3,12 61:5,23
62:12 252:11
**specify** 150:7
233:17
**speculate** 28:4
**speech** 28:25 29:2,3
29:4 167:5 168:6
168:23 238:13,22
**speeches** 239:9
**speechify** 238:21
**speed** 289:12
**spell** 137:15
**spelling** 137:24
**spend** 45:3
**spent** 49:1

**spoil** 52:24 86:12
**spoils** 268:14,15
271:9 273:2
**sponsored** 11:7
175:25
**sponsoring** 12:5
**spreading** 153:3
**square** 222:20
306:13
**stability** 15:18
153:9,18 173:6,11
173:15 175:13
176:8,17 192:9
194:14 200:23
201:4 214:11
216:25 217:8,21
218:3,7,23 246:7
246:14 247:6,13
247:25 250:20
287:21,24 289:23
293:14 303:22
308:7
**stack** 25:9
**stage** 134:17 220:2
**stand** 238:7
**standard** 145:15
157:15 159:16,19
159:24,25 160:21
218:17,19 238:2,4
238:9 240:1,2,20
241:3,16 289:25
**standing** 31:7,10
318:12
**stark** 3:19
**start** 19:16 107:25
131:25 172:5
202:16 267:5,7
315:20 318:23
**started** 23:5 108:23
184:8
**starting** 12:19
211:4,4 267:23
**starts** 12:11
**state** 6:23 17:11
14:20 26:9 34:10
50:13 51:1 54:17
54:20 58:15 62:18

99:10 114:13
124:20 144:16
170:22,25 171:1
215:12 233:8
292:12 293:6,23
294:2,5 322:3
**stated** 48:21 49:17
50:2 58:24 148:8
165:20 198:14
220:13 221:6
222:7 240:19
241:24
**statement** 17:15,19
19:3 20:7 25:3
50:10 54:13 55:23
62:1 63:1 65:23
66:10 68:15 80:24
81:3,6,7,9,20
83:21 88:8 95:14
97:15 224:4
233:15 254:2
287:23 289:2
**statements** 47:1,7,9
73:20 147:7
**states** 1:1 2:16
39:17 134:1
148:18 150:6
170:10 171:16
208:5 270:2
298:17 309:18
**station** 2:23 47:20
55:21 57:25 62:5
65:8,17,19 66:2,4
66:15 67:4,9 72:4
72:10,13,24 74:25
86:9 93:17 225:12
225:12 273:22
**steady** 166:5,11,16
166:23,25 167:10
169:3 170:18,22
170:25 171:1,1,3
171:7 202:25
222:6 299:17
**steel** 64:19
**step** 308:7
**stephen** 289:22
**steps** 200:19,20

203:7
**stevens** 2:11 7:7,15
8:2,8 28:21 40:4
45:6,15,20 57:6
69:20,25 70:4
73:22 74:3,9 80:7
80:11 129:7 133:2
134:11 137:17
155:25 157:1,11
157:23 158:12,18
160:9,19 167:20
168:8,15,22 169:5
205:4 209:4
213:18 216:9
238:16 239:5,11
239:17 240:10
245:11 279:14
280:6,12 286:16
300:8,16,22 301:3
301:11 305:21,25
306:18,23 307:4
310:16 311:18,24
312:4 313:11,17
313:21 314:1,6,24
315:7,17,24 316:6
316:13 317:4,12
317:18,23 318:15
318:17,21 319:1,6
319:12,17,21
320:3,7,14
**stick** 288:24
**sticker** 8:3 279:12
**stiffens** 93:10
**stiffness** 227:10
**stipulate** 45:7
78:24 79:2,11,19
129:8
**stipulated** 6:2
**stipulation** 7:3 79:4
79:9,14
**stockpiled** 15:21
86:12
**stockpiling** 72:17
**stone** 1:20 3:11
**stood** 31:11
**stop** 157:20 160:17
320:10

**storage** 62:19
63:23 64:10 65:8
66:24 67:9,16,18
67:20 68:17,25
69:1,8,9 164:10
164:14,22 165:8
166:12
**storages** 165:2
**storesund** 41:21
42:3 118:15
178:13 180:10
198:8 201:13
**strain** 206:1,11
207:13 308:4
**strata** 303:11
**stratigraphy** 193:8
**street** 1:21 2:6,12
3:13 170:4,15
177:13,23 178:9
179:5 181:16
183:13,22 184:14
185:2,11,20,23
186:2,18 219:10
**strength** 206:9
207:12 208:19
217:11,14,16
289:23 293:16
301:23 302:17,18
303:9 304:14
306:6 308:18
**strengthens** 93:10
**strengths** 246:6
247:5 299:24
300:4 308:9,14
**stress** 206:1 208:19
300:5 307:18
308:4
**stresses** 89:14
292:21 293:12
298:2
**strike** 239:15,18
**strongest** 171:21
**structure** 18:23
19:25 57:21 62:4
67:5,15 91:17,17
91:23 151:20
**structures** 138:19

145:10 151:2,7,11
159:4 160:2
**stuart** 96:24
**students** 186:15
**studies** 9:17 12:2
182:8 190:22
200:1 210:18
**study** 140:8 170:5
176:1,22 182:5
194:2 210:20
214:25 215:15
217:12 222:3
236:15 270:3
304:14
**stuff** 79:6,15
239:10
**su** 302:16
**sub** 9:12 166:7
222:21 297:6,16
302:18
**subcases** 109:4
**subcontractor**
140:20 141:10
142:21
**subcontractors**
118:3
**subject** 166:4
**subjected** 234:10
289:14 290:6,22
**submerged** 67:25
94:7,10 97:6
**submicroscopic**
231:7
**submittals** 143:8
**submitted** 14:1
25:21 193:19
**subparagraph**
12:23 150:16
**subpoena** 48:12,20
49:16
**subsequent** 10:13
11:3 64:21 138:8
188:5
**subset** 118:19
197:19
**subsoil** 224:16
**substance** 241:14

**substantially** 62:22
65:13 66:25 68:7
68:12 69:15
288:17
**substantiate**
112:14
**substantive** 315:20
318:23
**subsurface** 61:9
89:14 92:7
**suffer** 129:4
**sufficient** 229:23
231:16
**suggesting** 15:24
30:5 61:3 102:20
102:22
**suggestion** 208:21
**suggestions** 195:25
**suite** 2:12
**summarize** 179:23
**supervise** 121:5
**supervises** 121:8
**supervising** 42:2
**supervision** 188:10
322:10
**supplemented**
242:8
**supplied** 11:16
**suppliers** 117:19
**supply** 10:11,19
16:25 17:2,7
19:25 73:7 242:16
242:19
**support** 17:15,19
131:22 132:5
**supported** 90:25
251:7
**supporting** 90:19
90:23 232:3
**supports** 80:24
**suppose** 152:11
**supposed** 61:4
**sure** 16:21 17:8
33:18 43:6 66:4,7
82:18,19 104:11
106:25 118:9
127:10 136:24

DR. ROBERT BEA

171:23 173:14
182:6 184:21
197:21 204:8
228:24 237:13
257:15 260:7
276:11 277:22
280:17 292:23
300:25
**surekote** 18:5,9,11
18:12 40:13 42:8
42:13,17 43:15
55:15 135:14
234:1 248:25
256:14,19 258:4
263:14
**surface** 18:24
20:13,16,18 89:8
99:11,17 100:4
102:9 110:15,16
110:20,24,25
125:2,10,22,25
130:10 135:11
263:19 268:1,8
273:16 275:6
**surficial** 273:16
**surge** 54:8 168:1
169:13 298:2
**surprise** 48:25 52:8
**surrounding** 283:7
**survey** 18:20
**susceptible** 151:22
**sustain** 317:9
**sustained** 292:17
**swamp** 56:14,22
269:4
**swampmarsh** 58:5
108:18 109:6
163:11 169:15
218:15 220:23
269:8,10,23 275:9
297:25 300:3,7
302:10 303:2,19
304:19
**swirls** 179:14
**swiss** 137:11
**sworn** 322:6
**sykora** 161:18,25

162:2,9,14,18,25
**symbolize** 244:16
**synonymous** 100:4
175:6 198:15
278:12
**synonymously**
286:22
**synthesis** 139:13
**system** 181:19
214:21,23 224:24
225:15 229:1,11
232:20 270:10,13
**systemization**
225:6
**systemized** 225:1
**systems** 144:17
151:19 156:19
160:24 161:1
176:2,4 189:12
229:8

---

**T**

**table** 37:17 92:14
119:22,24 127:24
127:25 128:1
152:9,12,19 153:7
154:10 155:2
182:4 242:22,22
243:1,25 244:3,6
244:13,22 246:3
247:3 248:7,8,9
248:11 249:17
250:22,23 251:2,6
251:10,13 253:15
253:24 254:10
255:6,8,11 266:13
275:25 276:5
305:8 306:8
**tables** 248:1,2,21
249:2,4
**take** 16:18 63:2,3
70:13,21 74:4
92:18 98:19
123:10 131:15
172:22 178:18
179:3 180:13
193:13 196:22

236:11 250:6,7
295:4 297:2,12,18
297:24 315:3
318:2 319:2
**taken** 6:5 15:10
17:22 21:17 22:7
31:5,22 50:21
74:24 76:12 90:2
96:10 101:24
108:1,3 230:12
263:16 264:1
283:13 321:25
322:8
**takes** 44:8 171:10
294:11
**talk** 41:17,19 67:1
74:5 90:16 141:10
186:20 267:19
287:21 296:3
**talked** 11:18 64:5
94:11 245:4 261:5
**talking** 14:23,23
16:16 43:16 46:12
47:11 87:24
105:12,14,16
116:13 122:10,16
122:22 123:8
125:19 137:20
142:10 145:17,21
151:6 154:20,24
159:15 171:3
187:25 190:3
203:22 214:6
228:20 275:18
297:12 310:22
311:10 314:23
**talks** 75:18
**tamp** 82:3
**tamping** 82:16
**tank** 63:24 64:4,9
64:10,19,22 65:8
67:3,9,13,16,19
67:20 68:14 69:1
69:8,9 95:8,9,21
154:16
**tanker** 94:7,11
96:15,22 97:6

**tanks** 62:20 66:24
68:18,25
**tape** 51:11 97:11
245:15 300:15,17
300:19 316:4
317:25
**tapered** 135:22
136:12
**task** 53:14,24 140:1
144:4,11 147:6,18
148:1 149:6 150:1
150:3,13
**taste** 227:11 228:10
228:14
**tastes** 228:16,21
**team** 10:10,20,24
11:1,4,23 12:6
184:9,17
**technical** 13:5,17
13:20 25:4,7 27:8
27:13 82:21 83:10
83:16 98:4 139:16
232:21 288:18
**techniques** 178:24
179:1 197:7
**technology** 225:14
229:6
**teeth** 227:12
**tell** 20:21 36:2
41:22 76:8 99:5
103:6 104:16
105:24 106:3,8
112:17 115:9
150:22 152:12
158:7 200:2 202:4
208:9 213:2
266:15 270:15
275:23 305:6
306:6 307:11
311:2,4,7 312:15
317:5
**telling** 157:8 168:7
185:9,13 204:7
205:17 213:20
252:3 310:7
**temptation** 227:24
**ten** 18:13 24:25

26:20
**tendency** 92:12
291:1
**tendering** 7:19
21:5 22:5 25:15
30:20 31:14
152:11 155:22
246:22 266:20
276:11 304:7
**tenet** 219:8 222:16
**tension** 203:14
206:5 207:16
208:22 217:10
278:24
**tenth** 236:24 237:6
260:13
**tenure** 14:9
**terc** 146:2,6
**term** 14:7 91:20
94:21 95:3 100:3
149:2,7 151:24
166:17,18 169:11
170:25 187:7,20
191:19 216:22
218:4 222:21
234:4,8 237:23
270:4 309:14
312:20
**termed** 107:23,24
**terminates** 18:4
**terminology**
269:18,21
**terms** 110:18 146:4
159:23 197:5
210:7,23 213:15
228:6 234:22
273:3
**terzaghi** 223:18,24
224:1 230:12
**test** 165:7 170:6
187:7,9,10,20,24
187:25 189:7,8
191:18,23 192:3
192:11,14,16,25
194:8,13,15
**testified** 48:4 53:12
53:22 63:17 89:18

DR. ROBERT BEA

March 28, 2012

| | | | | |
|---|---|---|---|---|
| 89:23 95:20 120:3 | 40:8 44:6 45:21 | 104:12,21 105:16 | 229:18 230:2 | 202:25 206:5 |
| 131:8 132:15 | 47:6 69:17 70:22 | 105:21 107:15 | 237:25 238:6,7 | 243:25 248:11 |
| 147:23 154:3 | 70:23 81:14 87:20 | 109:19,23 111:10 | 240:7 241:1,20 | 263:9 271:4 |
| 164:11,18 181:9 | 89:25 103:10 | 111:12 113:21 | 243:3,24 244:2 | 276:22 278:18 |
| 182:3 188:8,16 | 106:8 109:7 | 115:11,15 116:19 | 251:10 252:10 | 285:12 286:24 |
| 219:16 224:18 | 122:15 129:12 | 119:21 120:13 | 253:1,3,24 254:1 | 296:25 310:14 |
| 243:10 251:14 | 132:18 134:16 | 121:12,13,23,24 | 254:6,16,18 255:5 | 314:17 |
| 257:2,14 263:9 | 135:7 152:14 | 121:24 122:2,14 | 255:21 256:15 | **thesis** 293:1 |
| 282:24 284:13 | 155:4 158:17 | 122:16,21 123:18 | 260:9,15,15,25 | **theyll** 17:7 |
| **testify** 79:24 | 164:1 165:12 | 125:12 126:7 | 261:14,20 262:6,7 | **theyre** 15:17 21:1 |
| 255:19 259:13 | 167:12 204:10 | 127:7,22 128:19 | 262:23 263:7,11 | 22:13 35:25,25 |
| 302:20 322:6,7 | 208:20 216:14 | 129:24 130:25 | 263:23 264:3,4,11 | 107:11,11 108:15 |
| **testifying** 7:5 | 223:11 225:8 | 131:13,19 132:24 | 264:14 265:8 | 138:13 163:21 |
| **testimony** 40:24 | 256:25 267:17 | 134:15 135:12,16 | 266:3,9 267:7 | 194:19,20,22 |
| 48:9 52:18 53:4 | 276:7 277:24 | 135:18 136:14,15 | 268:11 269:5,11 | 211:20 230:13 |
| 56:1,4 63:14 | 285:4 306:3,4 | 136:24 137:16 | 269:18,21,24 | 249:17 252:17 |
| 72:22 82:10 88:12 | 307:5,7,20 315:12 | 139:16,18 141:7 | 270:1,23 271:5 | 257:7 290:1 294:7 |
| 94:16,18 120:15 | 318:16 320:16 | 141:18,19,22,25 | 272:17,19,23 | 295:14 309:7 |
| 130:23 131:6,13 | **thanks** 38:17 179:5 | 142:25 143:6,20 | 273:18 274:1 | 310:8 311:2 |
| 166:3,17 167:6 | **thatch** 3:6 | 145:14 147:16 | 276:5 277:21 | **theyve** 207:20 |
| 188:22 189:23 | **thats** 8:6 11:15 | 148:5 149:17 | 278:8,13 280:3,7 | 223:8,10 |
| 220:5,18 223:5 | 12:7 19:1 20:19 | 150:25 151:6 | 281:14 282:10 | **thick** 153:3 |
| 237:1 240:8 251:5 | 23:13 25:6,24 | 154:6,14,21 156:7 | 284:1,20,24 285:2 | **thing** 27:10 28:4 |
| 259:2 268:3 | 27:9,24 28:18 | 157:4,7,20 159:6 | 285:10 286:13 | 61:19 64:13 86:21 |
| 302:23 321:4,6 | 30:4,9 31:3 35:5,8 | 160:3 162:12 | 289:15 290:15 | 276:10,21 289:21 |
| **testing** 188:7,10,25 | 37:11,15 38:17 | 163:11 164:8,25 | 291:6,9 292:7,23 | 308:2 |
| 189:6,6 191:24 | 39:11 40:16 42:3 | 165:23 166:1,10 | 294:9 295:1,6 | **things** 17:6 38:16 |
| 192:4,7 193:10,17 | 42:10 43:17,20 | 167:2 171:3 | 296:6 301:18 | 48:14 62:4 64:5 |
| 210:14 226:22 | 46:14 47:21 50:8 | 178:11,23 180:3,8 | 302:1 305:10 | 92:9,10 121:11 |
| 234:11 261:15 | 51:8 53:8,11 | 180:15,18 181:2,7 | 309:8,15,16,18 | 149:11,14 151:15 |
| 298:13 | 54:25 55:8,10,18 | 181:13 182:5,22 | 310:3,18 312:14 | 151:16 161:21 |
| **tests** 163:7,12 | 55:20 56:1,25 | 182:24 183:3,24 | 313:13 316:5,21 | 184:3 193:22 |
| 164:9 165:15 | 57:3,3 59:9,22,24 | 184:17 185:4,8,18 | 317:2,3 318:13 | 197:21,22 200:3 |
| 166:13 169:18,24 | 60:5,8 61:2 62:3,5 | 186:22 187:19,22 | 320:11,15 | 202:22 203:8,14 |
| 172:15 187:6,11 | 62:8,16 63:3,8 | 187:23 194:4,12 | **theis** 164:2,4 | 208:10 242:17 |
| 187:17 188:19,23 | 64:20 65:20 66:8 | 196:9 197:9,10,23 | **theoretical** 223:6,9 | 266:11 283:12 |
| 189:19,21,24 | 67:22 68:2,9,24 | 200:3,6,6,17 | **theory** 197:15 | 288:5 295:3,16 |
| 190:2,6,14,25 | 69:11,16,24 72:12 | 204:5 205:22 | **thereof** 6:14 | 310:5 |
| 191:12 192:21 | 72:25 73:15 74:11 | 207:6,13 208:19 | **theres** 8:9 18:21 | **think** 14:21 15:12 |
| 229:2 | 75:6,12 76:4 77:2 | 210:16,21 212:16 | 32:21 46:8 62:1 | 18:11 23:10,13 |
| **text** 114:22 115:1 | 77:5,11,15,22,24 | 212:20 213:1 | 64:20 67:18 69:8 | 27:25 51:11 59:2 |
| 133:18,21 134:19 | 78:1,11,16,20,25 | 214:16,17 215:2,3 | 92:9,10,11 98:14 | 60:5 65:1,6 66:19 |
| 134:23 166:18 | 82:9,11 88:14 | 215:4,16 217:12 | 100:1 102:15 | 67:22 68:9 69:11 |
| 223:15 289:23,25 | 90:7 91:5,6 92:1 | 220:16 221:12,15 | 103:2 114:15,22 | 72:3 73:5 77:20 |
| 290:3 | 93:1,22 94:4,9 | 221:18 222:2,8 | 133:18 137:22 | 80:19 82:24 83:16 |
| **thank** 19:12 29:17 | 95:5,19 99:2 | 223:20 225:18,25 | 153:12 167:11 | 91:2 92:16 101:8 |
| 34:1,4 39:6,25 | 101:1 102:6 103:1 | 226:2 228:23 | 173:1 181:6 188:5 | 104:21 109:23 |

DR. ROBERT BEA

March 28, 2012

111:11 115:16
117:3 127:10
129:11 134:22
138:7,10 142:23
142:24 143:4,11
148:2,3 150:25
154:21 164:22
172:5 185:12
198:13 203:16
204:22 207:6
213:11 215:19
216:22 219:8
222:21 223:4
224:4,18,19 225:1
226:2 228:23
229:18 230:13,15
230:17 232:6,11
234:8,17 236:6,7
237:12,18 238:3
239:22 241:17
243:5,14 244:7
245:7,7,8 246:11
247:10 249:9
252:14 257:13
258:9,10 260:2,6
260:8 261:12,25
262:18 263:8
264:11 268:1,15
269:10 271:19
272:8 275:14
276:7 278:10
281:4 286:10
287:19 289:2,24
294:19 295:1
299:4 304:10,21
306:19 311:19
317:9
**thinking** 204:15
312:19,22,23
**thinks** 160:14
**third** 46:6 139:1
172:6 206:12,15
218:6 302:6
**thirty** 145:25
**thomas** 13:14
**thought** 10:22 18:6
100:22 103:12

120:18 122:17
164:20 203:20
207:11 208:16
215:5 216:3
260:11 261:1
262:1 269:15
279:22
**thousands** 226:8,18
309:23 311:10
**three** 47:16 67:6
86:22 87:5 133:25
152:19 153:12
155:8 173:17
174:22 183:14
195:2 200:19
201:23 203:23
204:3 206:22
271:14 284:4
295:3 314:25
316:16
**threedimensional**
137:11
**threw** 226:1 288:23
288:25
**throw** 186:8
**thrown** 281:15
**tidewater** 23:6
**tied** 65:16
**till** 11:25 141:6
245:22 312:9
320:16
**time** 6:13 11:25
12:5 16:19 17:8
29:10 33:16 38:16
42:5 45:3 47:6
49:4 52:3 54:16
54:17 58:3 63:2,3
70:3,14,14,20
80:3,15 95:21
108:3,5,7 126:19
126:24 141:21
157:24 161:22
167:13,23 177:17
184:10 188:17
190:11 193:16
197:2 202:10,23
207:18 208:22

210:16 220:19
223:1 225:14
239:6 242:13
251:12 252:18
284:11 289:13
290:5,21 292:4,5
292:8 295:2 297:1
297:24 298:8
299:4,21 300:12
300:18 301:2
303:10,17 307:23
310:17 311:13,14
315:19 316:9
319:20,22
**times** 63:10 78:25
166:7 218:16,18
218:20 222:20
227:1 260:20
306:15 311:11
314:3 315:1
319:23
**timothy** 3:19
**tired** 301:10 312:7
315:9 320:12
**title** 158:22
**tobe** 195:14
**today** 49:4 71:8
183:8 185:9
188:22 189:23
202:4,8,11 204:23
208:10 220:5,18
221:7 223:5,8
237:1,20 238:8
251:5 253:4 259:2
267:4 268:5
284:21 285:1
291:3
**toe** 17:14,21 18:17
18:21 19:17,18
20:3,8,10,17
46:23 124:13,16
124:16 153:24
154:9
**toilet** 179:15
**told** 11:21 41:18
82:13 157:5
212:18,21 251:24

258:15 259:19
260:11 261:21
268:2 277:12
**tom** 3:20 13:18
**tomorrow** 41:16
**tone** 312:7
**tools** 178:15 189:4
190:18 223:6,9
227:15,18
**top** 12:21 21:6 28:8
30:25 56:10 82:2
83:4 96:11,22
105:13 114:24
126:5 133:24
136:3 213:23
257:16 281:24
282:2
**topic** 169:6 287:14
289:15
**torts** 2:21
**total** 118:20 146:2
146:24
**totally** 42:25
157:10 317:17
**towing** 97:22 98:8
98:12,23
**trace** 65:18 113:17
117:3
**traceable** 284:9,10
**track** 82:15 83:7
**trail** 66:17 117:6
**training** 103:16
**transcribed** 322:10
**transcript** 6:9
162:5
**transcription** 321:5
322:11
**transferring** 86:12
**transgressive** 272:5
**transient** 163:14
164:6 170:7
187:14
**transite** 39:18,24
40:16,20,22 77:16
77:20,23,25 87:3
120:6,10
**transition** 297:8,18

298:1
**translated** 282:13
**transmission** 167:1
167:11
**transported** 50:22
**trap** 204:17
**trapezoidal** 271:5
**treated** 274:6,8
299:12 304:12
307:12,14
**treating** 166:22
**treatment** 303:21
303:23
**tree** 55:18 56:20
57:9
**treeby** 3:12 4:4
7:13,22 8:5,11,16
21:12 22:12 25:20
28:24 30:24 31:20
34:25 40:2,6,7,9
45:8,10,18,24
51:13 57:11 69:23
70:2,6,8,12 73:24
74:7,16,19 79:1,7
79:18,23 80:5,17
84:8 85:25 90:12
96:4 97:10,13
129:9,13 132:20
133:4 134:14,18
137:21 142:1,7,13
156:2 157:6,14
158:2,13,16,20
160:16 161:3,12
161:15 168:2,11
168:18,24 237:12
239:1 240:13
244:23 250:2
304:4 314:11,15
315:22 316:2,19
317:6,14,20 318:3
318:7 319:2
**trench** 128:21
129:16,20 130:5,9
208:23 220:3
248:15 255:4,25
279:3
**trenched** 128:12,15

trenches 134:1
135:23 136:13,22
206:4,24 217:7
255:20
trenching 112:18
133:13,21 134:9
134:21,24 135:9
135:13 136:7
137:2,6 138:4,5
trial 16:24
tried 129:2 131:21
132:5 162:14
trifling 174:10
trucks 15:23
true 15:7 27:8
33:17 46:13,14
51:6 53:8,10,11
59:22 60:5,7,8
62:3 67:22 75:9
79:20 82:12,17
85:6,7 89:11 92:5
94:3 102:10
104:10,12 111:15
112:6,8 116:21
141:25 142:2
144:2,24 162:13
172:19 174:3
188:14 205:2,3
215:16 217:25
228:23 232:23
241:18 252:10
289:8 291:10
297:14 321:7
322:10
trunk 57:9
trust 70:20
truth 322:6
try 15:1 114:8
157:24 278:2
300:14
trying 19:10 29:11
74:2 76:5 78:2
79:24 80:16 94:25
106:24 134:19
141:21,23 142:16
160:4 164:2 165:6
182:18 194:5

199:6 205:14
236:20 242:17
310:3 320:13
tubes 227:23
tulsa 147:2
turn 8:19 14:24
22:13,17 29:12
31:24 33:24 38:8
44:12 56:9 110:12
114:10 128:3
132:21 135:17
138:14 155:20
172:1 209:2
216:25 233:6
242:21 253:14
254:17 256:21
285:20 287:2
twall 155:10
twelve 18:13
twins 194:20
two 11:7 12:24 42:4
43:11 49:1 64:5
64:11,12 78:25
84:22,24 92:9,10
93:7 99:9,19,23
100:16,17 107:5,7
107:22 109:4
130:23 131:3,10
133:25 139:13
163:13,17,19
183:20 188:6
191:18 192:15
210:10,16 213:7
216:7,8,17,19
220:16 229:12
230:1 232:8 236:6
236:10,12,23
244:7,16 248:2
257:1,6 258:20
260:12,25 261:6
270:3 271:24
275:4 278:18
279:24 280:1,10
285:12,13,23
286:2 288:5 291:7
302:7 303:15
309:18 310:12,13

310:14 315:11
317:13,25
twofoot 85:2 86:14
twopage 280:9
twosided 22:14
type 39:17,19,20
52:12 172:9
294:14
types 152:22
156:10 195:3
207:22 230:9
232:8 308:19
typical 226:19
typo 92:17 114:15
150:25

---

**U**

uc 186:15
uhhuh 52:7 81:19
85:4 113:22
135:24 190:5
ultimately 284:14
um 10:10 16:17
24:17 30:8 39:2
47:9 52:11 53:25
56:22 64:17 65:15
65:17 67:4 82:18
88:9 93:1 99:24
104:11 128:23
129:18 134:22
156:16 193:9
209:16 211:2,3
213:14 217:6,8,10
217:11 219:5
225:21,24 230:2
230:12 235:15
239:25 242:5,13
242:14 244:14
251:7 252:5,5
255:21 256:11,20
259:5 262:13
263:11 268:7
273:19 274:10
283:11 292:19
294:14 298:9
299:10,23 303:21
304:10 305:10

320:12
unadorned 277:4
unambiguously
266:15
unbeknownst
305:3
uncertainties
108:15 172:10,17
uncertainty 109:5
unchanged 282:11
uncompacted 71:2
81:17,18 82:7
85:16 87:25
152:22 153:1,8,14
undergirding
242:10
underground
61:16 62:19,20
63:23 64:10 65:8
65:12 66:24 67:9
67:16,18,20 68:17
68:18,25 69:1,7,8
69:14
underlying 273:22
underneath 91:23
underpinning
200:25
understand 51:21
61:17 69:3 72:17
93:8 105:2 106:3
111:2 125:16,18
141:2 163:6 167:5
171:23 176:21
187:15 193:25
196:22 197:15
199:6 204:11
218:6 220:5,21
223:5 228:1
236:25 240:7
261:17 268:3
286:21 304:10
310:20
understanding
122:17 123:1
146:12 147:12
148:22 149:20
179:23 191:15,17

204:5 205:19
235:14 237:2
250:25 283:7
312:17 322:12
understood 149:19
166:2 237:19
undertaken 188:11
undisturbed 226:6
undrained 288:11
288:22 289:4,8,11
290:19,19 291:14
291:24 292:3
294:11 295:5
297:3,8,19 298:1
298:7 299:21,23
300:3 301:19,24
302:17,18 303:2
304:13,13 307:13
307:22 308:1
309:7 310:6 311:3
313:1
unfortunately
72:19 188:3
255:13
unified 224:24
229:10,14 232:19
270:9,12
uniform 283:16
uninitiated 136:17
unit 206:20,21
207:13 243:21
266:17 268:2,11
269:3 272:25
274:15 282:17
306:10,25
united 1:1 2:16
148:17 150:5
170:9 171:16
208:4 270:2
298:17
units 249:3,14
267:3,20 270:4
275:4,20
university 11:6
14:6,11,15,19
182:9
unnecessarily

DR. ROBERT BEA

207:17
**unpolluted** 50:23
**unsuitable** 232:3
**untrue** 47:7
**uplift** 217:19 220:9
220:25 221:24
**upped** 263:14
**upper** 20:4 36:14
306:7,9,22 307:12
**usace** 144:16
**uscs** 232:7 234:5
267:19 268:18
269:10 271:14
272:18
**use** 10:13 13:2 14:7
15:9 23:15 53:13
53:22 71:24 82:2
82:14 85:14 100:3
153:12,13,14
169:11 173:4,6
174:11,16,18
178:15 187:20
188:23 189:9
190:6,18 191:19
192:25 194:7
196:7 198:24
210:7 212:2 218:3
232:9 234:4
237:20 238:3,6,9
240:21 241:2,21
244:15 260:11
269:19 271:14
275:25 277:7
312:19
**useful** 192:16
193:11 287:24
**user** 177:24 178:2,5
178:9 207:23
**users** 208:2
**usual** 309:15,17
313:4,6
**usualies** 310:12,14
**usually** 52:24 152:2
234:18 309:3,8,10
309:11,14 310:6
310:19 311:3
312:17

**utilities** 62:20
68:18 69:14
128:22 129:17
130:24 131:3,10
**utility** 65:12,16,20
66:5,11,12,21
255:20
**utilize** 178:24

---

### V

**valid** 181:1
**validate** 24:9 176:7
176:9 177:2
178:18,23 181:15
181:22 182:1
183:4,6,9 185:23
189:9 190:7,15
191:1 192:9 197:4
252:5
**validated** 175:16
185:2,5 186:16
187:2 191:8,11
194:10
**validating** 189:1
196:8
**validation** 175:17
177:7 182:8
183:14 188:6
194:17 196:6,6
200:18 209:20
298:21
**validations** 172:11
172:12 181:20
184:7,13 185:10
189:11,17 201:18
**validity** 111:4
**valley** 176:22
191:10
**value** 165:13,18,19
166:7,12 222:11
222:19 236:3
237:6 252:1,11
253:5,12 258:19
259:3,19 260:3,13
260:19 261:21
262:2 304:15
306:11 307:15

**values** 9:5,9,11,14
10:7,7,11,19
11:17 12:16
164:10 165:8
196:1,6 200:10,15
215:21 216:6
217:21 220:16
229:2 236:13,24
241:25 242:3
244:23 245:2
246:13 247:12,24
249:21 250:15,18
251:1 252:15,24
253:9 258:21
260:12,25 261:6
265:13 275:19
282:21 283:15
285:17
**variation** 216:23
**variations** 219:18
**varied** 213:12
215:14,21 217:13
217:22 218:2
**varies** 263:20
**variety** 156:20
173:1 197:18
203:1 235:1
252:24
**various** 132:10
201:23 216:5
225:17 230:9
249:3 252:16
257:10 261:13
282:16
**vary** 284:17
**varying** 270:7
284:23
**vegetable** 231:25
**verbose** 207:17
**verify** 24:9
**version** 305:4,10,11
**vertical** 212:11
216:20 254:3
257:23,24 262:11
273:7,8,9 296:20
306:16
**vicinity** 179:16

**vicksburg** 225:11
**videographer** 3:22
300:20 316:11
**videotape** 179:6
**virtually** 220:23
**visual** 227:8 235:15
**voice** 171:21 312:8
**void** 164:17 166:21
299:15 301:14
**voids** 154:13 290:9
290:11,24 291:1
**volume** 9:12 52:22
90:2 96:10 290:11
291:1

---

### W

**wagerzito** 3:5
**wait** 73:25 85:9
117:11 203:16
**waited** 315:19
318:22
**waived** 6:10
**walking** 82:15 83:7
**wall** 16:11 37:6,8,9
77:12,19 151:17
156:7 213:15,23
256:13,20 257:24
258:2 262:21
264:15 271:24
279:4 281:25
282:2 283:18
299:22 308:8
**walls** 15:14 16:5,9
156:11 157:4
224:14
**walther** 1:20 3:11
**want** 8:4,24 9:24
15:1 16:18 17:2
19:8 25:10,12
28:25 29:2,4 44:2
44:20,20 70:5
79:3,8 97:18
109:8,9 121:17,18
126:17,22 163:3
186:23 204:6,11
205:6,7,11 214:3
215:25 216:10

237:13 238:15
240:2 257:14
267:7 269:14
274:20 275:25
276:9 287:13,21
315:3,21 316:16
316:17,23 317:24
318:4 320:10
**wanted** 29:5 73:6
167:8 277:22
280:19
**wanting** 19:12
**wants** 44:21
**ward** 49:20 65:20
186:5 189:13
191:21 308:8
**warning** 227:22
**washington** 2:24
3:1,8 36:1 49:16
62:9 64:2 71:12
71:24 75:9 78:17
79:12,13,15 80:20
81:1,21 82:14
97:20 104:20
105:8 112:2,7,10
112:15 113:19,23
114:3 116:4,22
117:11,12,13,21
117:24 128:21
129:16,20 135:1
135:22 136:12
137:7 139:14,25
143:8,17 144:4,10
145:4 147:1,3,23
148:12 149:5
150:1 151:10,14
**wasnt** 30:17 63:19
85:14 154:24
204:8 227:3
309:20
**water** 17:13,21,25
20:22 21:2 29:22
30:5,10,12,14
31:7,11 33:8,13
33:20 60:22 62:21
90:18 92:2,13,14
92:15 93:11,12

DR. ROBERT BEA

March 28, 2012

Page 362

94:22 95:4 96:21
98:24 99:11 102:1
102:9 159:4 168:1
170:5 213:14
221:12 225:20
231:11 241:7
270:6 274:4,5,6,8
274:22 275:2
278:4,11 281:17
281:20 282:25
289:6,12 290:4,8
290:10,20,24,25
291:8 292:5,13
293:7,10,20 294:3
**watered** 23:21
**waters** 17:13 20:7
24:14 49:12 77:10
101:12
**waterside** 124:13
124:16
**waterway** 47:18
**waterways** 225:12
**wavelength** 258:12
**way** 17:9 20:14
45:1 48:12 52:15
73:12 97:19 103:6
109:15 118:5
121:5 149:17
158:9 178:16
203:18 205:18
248:4 262:1 275:2
283:22,23,24
322:15
**website** 14:20
208:2
**wedding** 30:2 57:20
57:25 62:4 63:17
67:4,15 91:17
**wedge** 272:19
**weight** 217:11,17
306:10,25
**weights** 206:16,18
206:19,20,21
207:13
**welcome** 233:6
275:25
**welldocumented**

46:17
**went** 65:12,24
66:13 70:14 83:18
117:6 138:5
223:10 284:15
298:8
**west** 17:23 42:8,17
43:15 94:17
102:16,17 256:13
265:19 271:24
**western** 18:2,4,19
42:11,12 130:14
267:5
**westernmost**
267:24
**weve** 11:17 27:14
34:20 42:12 54:16
54:17 55:3,4 60:2
76:17 77:9 82:25
85:13 87:25 97:17
116:10 119:1
121:25 122:16
147:14 170:13
171:17 175:25
176:7,16 183:15
190:9,10 208:16
229:6 236:14
239:9 248:5,6,7,8
248:8,9 255:16
266:6,25 280:20
301:4
**wgi** 21:4 22:23
24:21 26:9 27:7
83:19 108:6 109:1
112:21 113:15
117:5 138:12
139:5 145:7
150:13 233:10,17
233:25 235:23
237:21 243:12,14
**wharf** 90:19,21
**whats** 8:3 158:6
196:19 197:2,13
204:12 210:16
235:13 242:12
263:12 268:11
271:6 273:8

286:24 302:24
304:24
**wheel** 76:5
**white** 71:21 72:6
77:8,13 78:4,7
**whitman** 166:19
171:2
**whoa** 145:18
**whos** 80:6 136:17
228:7
**wide** 18:12 110:9
113:9,24,25
124:21 197:18,20
203:1 218:4
231:11 235:1
**widths** 218:2
**wife** 121:8 228:15
**wilkinson** 1:7
316:22
**william** 3:12
**willingness** 242:15
**willynilly** 29:6
**wish** 169:1,2
234:16 295:20
**wishes** 69:22
**withdraw** 195:8
**witness** 6:4,25 7:3
7:20,25 30:14
74:11 157:9,25
160:7 201:10
268:10 271:3
301:9 306:2,21
307:2,6 316:25
318:25 319:4,5,9
320:1,5,9 321:1
322:5
**wittmann** 1:21
3:11
**wonder** 267:4,18
**wont** 137:25 205:2
228:15 232:9
275:1 313:24
**woodcock** 2:20
**word** 13:2 85:14
174:11,19 175:6
198:25 238:1,3,4
**wording** 186:24

**words** 52:5 283:20
292:2,3
**wore** 90:11
**work** 9:4 10:1,24
11:1,2,19,23
12:10 32:11,15,22
40:17 41:14 47:13
48:5 58:25 62:9
73:15 81:1 104:9
104:12 108:25
112:21 117:5
118:1 121:13,15
123:18,19,21
130:1 131:9
133:25 136:8,10
137:6 139:13
140:18,20,21
141:11,11 142:21
142:22 145:8
147:3,7,12 150:6
160:23 170:5
176:18 177:15,16
182:7 183:12
190:9,10 193:6,8
193:9,10 194:1,2
194:6 195:17
196:24 210:11
211:1,13 217:18
225:10 226:14
231:5 271:6 293:3
293:9
**worked** 144:4,11
178:16 202:14
223:25 225:9
228:19 251:20
**working** 121:15
146:6,14,15 183:6
223:23
**works** 223:7
**world** 225:13
**wouldnt** 18:8
129:15 265:6,10
277:12 282:5
284:5 308:10,12
**wrap** 311:20
315:12 316:18
**wright** 2:10

**wrights** 289:22
**write** 109:15
205:11 268:6
273:13
**writing** 193:16
**written** 41:11 47:7
49:15 50:2 223:13
**wrong** 50:10 59:23
90:6 114:14
120:21 132:24
158:6 179:24
316:5 317:3,3
**wrote** 203:24

---

**X**

---

**Y**

---

**yeah** 18:16 68:15
77:18 91:19 101:7
101:9,10 121:17
134:19 157:15
158:21 207:6
239:2 251:17
267:25 268:20
274:9 280:9
**year** 92:13 93:7
210:23,24
**years** 92:24 93:14
146:20 161:7
175:11,25 212:5,8
212:22 213:2
214:14 215:4,18
223:8 225:10
226:9 309:22
310:22 313:13
**yellow** 244:8,16
266:7,10
**yesterday** 7:19
14:22 15:2 18:4
18:14 19:7,9
21:24 35:16 36:9
36:18 40:19 41:3
41:9 63:15 82:25
118:12,13 164:20
164:23 165:11
166:3 167:6 170:2
173:21 181:9

| | | | | |
|---|---|---|---|---|
| 182:3 185:17 | 317:1 319:15,20 | **061885** 1:10 | 285:10 306:14,14 | 144:15 148:23 |
| 188:8 193:21 | **youve** 23:10 42:19 | **062152** 1:10 | **10** 19:1 27:1 39:14 | **129** 159:12 |
| 217:9 219:16 | 64:5 82:9 88:11 | **062278** 1:11 | 58:7 60:10 62:23 | **13** 43:8 |
| 224:18 232:12 | 112:24 115:20 | **062287** 1:11 | 110:10,15,21 | **14** 31:15 58:7 88:20 |
| 244:23 245:5 | 116:9 120:3 | **062824** 1:11 | 119:16 120:11 | 106:20 107:2,3,4 |
| 264:13 | 122:18 129:2,11 | **064024** 1:11 | 124:22 125:12 | 109:14 245:8,12 |
| **youd** 14:14 29:12 | 130:20 132:15 | **064065** 1:12 | 126:2 130:10 | **141** 316:1 |
| 76:6 223:4 230:10 | 141:5 162:20 | **064066** 1:12 | 132:24 133:5,16 | **148** 96:11 |
| 237:11 245:22 | 173:18 175:3 | **064389** 1:12 | 133:17,20 165:21 | **14th** 11:2 |
| 285:20 289:19 | 191:8 194:18 | **064634** 1:12 | 166:7 218:16,18 | **15** 18:17,19 31:6 |
| **youll** 70:20 73:14 | 198:13 203:17,21 | **064931** 1:13 | 218:20 222:20 | 37:23 52:22 56:14 |
| 129:5 163:1 | 203:23 207:14 | **065032** 1:13 | 245:23,23,25 | 57:15 58:10 60:22 |
| 171:20,23 249:5 | 214:22 228:14 | **065155** 1:13 | 258:22,22 259:3 | 94:21 107:2,4 |
| 289:2,20 314:7 | 231:5 234:17 | **065156** 1:14 | 259:15 281:18 | 109:12,20,22 |
| **yount** 118:14 | 236:23 238:14 | **065159** 1:13 | 303:24 306:15 | 110:16 111:7 |
| **youre** 11:11 13:16 | 240:19 242:6,7 | **065162** 1:14 | **100** 24:14,16 37:22 | 113:7,10,24,25 |
| 15:24 16:16 19:10 | 243:10,21 245:16 | **065260** 1:14 | 110:9 113:9,24,25 | 120:11 281:22 |
| 30:13 40:23 42:1 | 255:8 257:2,9,14 | **065771** 1:14 | 260:20 | 282:3 |
| 64:6 65:7,11 66:7 | 263:8 264:9 268:2 | **065786** 1:15 | **1007** 22:15 | **150** 37:22 |
| 66:20 74:10,23 | 268:12,15 269:3 | **065937** 1:15 | **1058** 84:12 | **155** 4:22 |
| 76:9 78:16 79:2,8 | 270:14 275:14 | **070206** 1:15 | **10th** 76:12 | **158** 52:22 |
| 80:15 92:14,15 | 277:9 279:11 | **070621** 1:15 | **11** 38:9,18 99:21 | **16** 8:19 29:24 30:7 |
| 94:20 95:7 102:11 | 281:6,11,16 | **071073** 1:16 | 106:16 107:13,18 | 33:22 107:2,4 |
| 102:24 103:7 | 283:15 284:4,13 | **071271** 1:16 | 108:10,12 109:11 | 125:24 301:5 |
| 104:5 105:12,14 | 303:19 309:24 | **071285** 1:16 | 109:20,22 125:5,5 | **17** 36:17 37:16 |
| 105:16 109:13 | 311:11 315:19 | **08** 27:4 | 126:2 266:24 | 106:20 107:2,4 |
| 118:7 131:23 | | **09** 27:4 | 278:8,9,10,14 | 109:14 110:16 |
| 139:8 142:2,10 | **Z** | | 316:12,14 317:2 | 111:7 113:10,25 |
| 151:6 156:3,25 | **zero** 307:19 | **1** | **11021913** 154:11 | 113:25 118:22,22 |
| 158:7 159:15 | **zone** 262:22 | **1** 8:21 29:16 64:25 | **11022502** 155:15 | 118:25 120:11 |
| 163:17 173:24 | | 87:21 96:12 99:4 | **111021913** 152:10 | **171** 4:5 |
| 177:24 178:2,5,9 | **0** | 116:19 117:2,3 | **111021923** 150:19 | **17foot** 113:8 |
| 184:21 185:9,13 | **0** 258:19 261:2 | 118:1,17 124:5,6 | **12** 75:16,16 105:13 | **17th** 90:2 170:4,15 |
| 187:25 190:2 | 306:12,17 | 129:24 132:2,2,8 | 106:21 107:14,18 | 177:13,23 178:9 |
| 191:17 199:12 | **00** 301:5 | 166:7 202:20 | 108:11,12 109:12 | 179:5 181:16 |
| 203:18,22 204:2 | **004** 31:8 | 213:11 218:16,17 | 109:19,21,22 | 183:12,22 184:14 |
| 210:8 213:19 | **01** 39:14 | 218:18,19,20 | 126:3,4 233:22 | 185:2,11,20,23 |
| 214:5 216:12,13 | **054181** 1:8 | 222:20 236:7,8,24 | 256:22 257:4 | 186:2,18 219:10 |
| 223:14,15,20 | **054182** 1:5,8 | 242:23 244:13 | 262:19 264:5 | 298:14 |
| 224:23 233:6,18 | **055237** 1:8 | 248:11 251:11 | **120** 138:14,17 | **18** 12:20 45:11,13 |
| 260:8 267:6 | **056073** 1:8 | 253:15,23,24 | 144:15 148:24 | 126:7 |
| 275:10,25 303:1 | **056314** 1:9 | 258:18,22,25 | **121** 150:15 | **189** 91:13 |
| 304:11 305:6 | **056324** 1:9 | 259:3,5,5,7,15,16 | **122** 155:11 | **19** 122:5 |
| 307:16 309:15,16 | **056327** 1:9 | 259:19 260:3,9,19 | **123** 158:21,22 | **190** 90:13,14 |
| 310:7 311:15 | **056359** 1:9 | 260:22,23,23,23 | **124** 138:18 159:13 | **1913** 150:23 |
| 312:14 315:8,18 | **060225** 1:10 | 261:1,2,21 268:18 | **125** 138:22,23 | **1954** 146:20 |
| 315:25 316:4,24 | **060886** 1:10 | 276:5 277:5 | **126** 4:21 88:20 | **1959** 146:21 |

DR. ROBERT BEA

March 28, 2012

Page 364

| | | | | |
|---|---|---|---|---|
| **1966** 131:2<br>**1980s** 155:10<br>**1st** 193:16 211:7<br><br>―――――――<br>**2**<br>**2** 7:21 32:4,9 37:17<br>39:19,24 52:22<br>108:19 109:2<br>117:2 118:18<br>120:7 123:22<br>127:24 128:24<br>130:1,3,4,4 172:9<br>202:21 213:11<br>242:21 251:11<br>253:15 254:9<br>255:4 256:2<br>258:22 276:6<br>316:1<br>**20** 22:6 25:8,8<br>27:15 29:22 82:23<br>98:3 124:21 125:2<br>125:9,21 126:8<br>303:24<br>**2000** 104:13 118:2<br>**200012113** 3:8<br>**2001** 86:2 104:7,13<br>104:14,18 105:3<br>**2002** 15:10 21:19<br>22:6 23:12,21<br>31:6,15 43:12<br>84:4 134:2<br>**20044** 2:24<br>**2005** 15:5 23:16<br>43:12,18 76:12<br>118:2 226:4<br>289:24<br>**2005a** 139:5,15<br>**2006** 11:2,13<br>203:11 205:20<br>207:20 222:9<br>305:10<br>**2007** 11:24 12:11<br>48:11 207:20<br>**2008** 25:15 26:22<br>96:10 118:5,6<br>141:21 176:20<br>217:13 303:23 | **20089** 139:11<br>**2010** 217:13<br>**2011** 192:7 203:11<br>205:20 210:13<br>211:2,5<br>**2012** 1:22 50:17<br>90:2 184:12 211:6<br>321:25<br>**2026164289** 2:25<br>**2028794645** 3:9<br>**20minute** 195:10<br>**20th** 21:19<br>**21** 4:10 91:13,14<br>106:17 107:13,18<br>123:13 128:9,11<br>303:25<br>**21st** 246:10 247:9<br>**22** 4:11 106:22<br>107:14,18 127:23<br>128:17 303:25<br>305:10<br>**22nd** 84:4 96:10<br>**23** 156:21 303:25<br>**24** 155:20 156:1,3<br>**246** 4:23<br>**248** 121:3 122:4<br>**25** 4:12 18:19,25<br>25:15 56:15 57:16<br>57:24 58:10 62:23<br>63:20 65:13,24<br>66:7,13,22,25<br>67:20 68:8,12,20<br>68:23 69:9 110:9<br>113:9,24 124:21<br>306:17<br>**25foot** 57:12<br>**26** 4:9 8:13,14<br>14:24 15:19 16:3<br>53:14,24 140:1<br>144:5,11 147:6,19<br>148:1 149:6 150:1<br>150:3,13<br>**267** 4:24<br>**27** 4:10 21:4,9<br>93:19 156:6<br>**276** 4:25<br>**279** 5:1 | **27b** 17:15,18 21:8<br>21:22 22:7 24:13<br>**28** 4:11 8:20 22:5,9<br>26:6 29:12,18<br>31:1,21 33:14,19<br>302:6 306:11<br>**28c** 8:23<br>**28th** 1:22 321:25<br>**29** 4:12 25:13,17<br>34:14 35:4<br>**29a** 126:14 127:5,7<br>127:10,12 128:1<br>**2nd** 15:10 182:20<br>**2page** 266:22<br><br>―――――――<br>**3**<br>**3** 114:10,10 115:10<br>115:13 130:18<br>169:18,23 258:19<br>268:2 286:6<br>306:15,15<br>**30** 4:13,13 30:20,21<br>50:15 54:22 301:6<br>**304** 5:2<br>**31** 4:14,14 31:14,17<br>34:2 50:15 54:22<br>55:8 105:18<br>300:21,23 305:11<br>316:15<br>**32** 4:15 34:20,22<br>35:3 36:15<br>**320lc** 86:11<br>**32a** 56:16,18 57:17<br>**32b** 56:16,18,20<br>57:8,18 134:23<br>**32c** 133:8 134:7,13<br>135:2,5<br>**33** 4:16 45:13,17,22<br>**3372333033** 2:14<br>**34** 4:15,17 82:23<br>83:25 84:5 135:21<br>136:2,11<br>**35** 4:18 19:1,4,10<br>82:24 83:2 85:20<br>85:22 134:5,7,13<br>134:20<br>**36** 4:19 27:15 90:4 | 90:8,9 120:25<br>**37** 4:20 26:6 90:3<br>96:1<br>**37a** 99:19 101:11<br>**37b** 101:8,9,23<br>102:7 103:19<br>**38** 4:21 126:18,23<br>127:14 128:5<br>**39** 133:8 134:13<br>135:5 152:11<br>**3d** 218:5,23 219:3<br>**3rd** 41:7 137:12<br>163:2<br><br>―――――――<br>**4**<br>**4** 22:18,19,22 32:12<br>114:23 115:3,8,12<br>130:15 218:18<br>262:10 278:10,14<br>313:18<br>**40** 4:22 155:22,23<br>313:18<br>**41** 4:23 135:19<br>246:22,23 247:21<br>250:12,21 254:7<br>**42** 4:24 155:22<br>266:20,24 267:11<br>275:20 276:17<br>277:10 279:15,16<br>**43** 4:25 106:15<br>109:11 110:12<br>119:15 122:9,11<br>122:21,22,24<br>123:24,25 265:15<br>267:10 268:13<br>276:17,24 279:15<br>280:7,9 281:7,12<br>281:13,17 285:6<br>285:13<br>**43a** 5:1 279:6,7<br>**44** 5:2 106:15<br>285:13 304:5,7,8<br>304:25<br>**45** 4:16 17:10 60:15<br>60:20<br>**46** 14:25<br>**47** 17:10 60:16,18<br>60:21 | **48** 24:18,18 33:24<br>34:9 44:11 50:12<br>50:13 51:15 54:19<br>59:18,18,25,25<br>**49** 29:12,16 33:24<br>34:7,8,10 98:6<br>**4foot** 38:1<br><br>―――――――<br>**5**<br>**5** 22:22 39:14<br>130:16,18 132:25<br>133:3 134:2<br>135:10 136:4<br>137:3 138:5<br>165:21 196:7<br>218:17 246:3<br>247:3 301:5<br>313:18<br>**50** 37:22 44:13<br>54:25 105:18<br>124:21<br>**500** 2:12 226:12<br>**5045251335** 2:8<br>**5045813200** 3:15<br>**51** 3:7 50:12,13<br>51:15 54:19 56:9<br>**52** 56:10 57:17<br>58:12 61:18 62:17<br>62:17 68:16 70:24<br>81:8 87:14,18<br>**53** 58:12,15,23<br>61:18 62:18 68:16<br>68:16 70:24 81:8<br>87:14,18<br>**546** 1:21 3:13<br>**556** 2:12<br>**57** 99:5,8 101:17<br>**58** 99:5,7,8 101:7,8<br>101:18 212:5,8,22<br>213:2 214:14<br>215:4,18 309:22<br>310:22 313:13<br>**59** 101:7,7,8<br>**5b** 133:3,5,16<br><br>―――――――<br>**6**<br>**6** 38:9,18,20 45:11 |

DR. ROBERT BEA

March 28, 2012

45:13 90:14 93:17
126:1,5,6 218:20
**60** 7:2 110:5 119:19
**618** 45:14
**63** 124:3,25 125:5
126:10 127:8,21
287:5
**631** 305:9,19,20,22
**633** 305:15,22,24
**64** 124:3 128:3,9
130:9 287:5
**648** 306:1
**6570** 21:5
**66a** 91:3,4

---
**7**
**7** 233:22 257:16
**70** 172:1 173:25
176:24 186:21
187:1 189:16
190:1,3 198:10
**70113** 2:7
**70130** 1:22 3:14
**70501** 2:13
**71** 152:9,12 153:7
154:10
**72** 152:16,17
**75** 18:6 19:9,13
20:6 24:17
**75005** 1:25 322:25
**79a** 258:8 263:16
264:22,23
**79c** 265:20
**7foot** 37:25

---
**8**
**8** 4:4,9 35:11 36:6,9
36:11,21,23,24
37:12,19 52:22
75:16,17 76:14,18
76:25 86:2 88:20
114:17 119:25
124:22 125:12
130:18 257:20
262:19,21,25
264:5,12 265:9
301:5

**80** 106:12 107:6,7
109:11 122:9,10
122:22,24 209:2,5
209:8 211:22
215:11 265:14
267:10 285:10,12
306:10,25
**80a** 258:9
**81a** 123:7 256:11
258:7 263:16
264:21
**81e** 265:20
**84** 4:17
**85** 4:18 307:1,3,5
**855** 2:6
**888** 2:22
**889** 31:25

---
**9**
**9** 12:19 27:1 43:8
60:11,12 132:22
133:15,17,19,21
135:8 136:18,23
222:20 233:5,10
303:23 306:15
**90** 4:19
**91** 166:8 285:20,23
**94556** 7:2
**95** 124:1,6 126:10
127:9 287:4
**96** 4:20 124:1 287:4
287:4