# EXHIBIT 11

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION          NO. 05-4182 K2
                                 JUDGE DUVAL
PERTAINS TO MRGO                 MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
    05-6314, 05-6324, 05-6327, 05-6359,
    06-0225, 06-0886, 06-1885, 06-2152,
    06-2278, 06-2287, 06-2824, 06-4024,
    06-4065, 06-4066, 06-4389, 06-4634,
    06-4931, 06-5032, 06-5155, 06-5159,
    06-5156, 06-5162, 06-5260, 06-5771,
    06-5786, 06-5937, 07-0206, 07-0621,
    07-1073, 07-1271, 07-1285

            * * *

        (V O L U M E  I)
Videotaped Deposition of J. DAVID ROGERS, PH.D.,
P.E., P.G., given at the offices of Stone
Pigman Walther Wittmann, LLC, 546 Carondelet
Street, New Orleans, Louisiana 70130, on March
16th, 2012.

Page 2

1  APPEARANCES:
2  REPRESENTING THE PLAINTIFFS:
3     BRUNO & BRUNO
4     (BY:  JOSEPH M. BRUNO, ESQUIRE)
5     855 Baronne Street
6     New Orleans, Louisiana 70113
7     504-525-1335
8  - AND -
9     LAW OFFICE OF FRANK C. DUDENHEFER, JR.
10    (BY:  FRANK C. DUDENHEFER, JR.,
11    ESQUIRE)
12    601 Poydras Street, Suite 2655
13    New Orleans, Louisiana 70130.
14    504-525-2553
15
16  REPRESENTING THE UNITED STATES OF AMERICA:
17    U.S. DEPARTMENT OF JUSTICE
18    (BY:  RUPERT MITSCH, ESQUIRE)
19    Torts Branch, Civil Division
20    P.O. Box 888
21    Benjamin Franklin Station
22    Washington, D.C. 20044
23    202-616-4289
24
25

Page 3

1  REPRESENTING WASHINGTON GROUP INTERNATIONAL,
2     INC.:
3     JONES DAY
4     (BY:  DEBRA S. CLAYMAN, ESQUIRE)
5     (BY:  CHRIS THATCH, ESQUIRE)
6     51 Louisiana Avenue, N.W.
7     Washington, D.C. 20001-2113
8     202-879-4645
9  - and -
10    STONE PIGMAN WALTHER WITTMANN, L.L.C.
11    (BY:  WILLIAM D. TREEBY, ESQUIRE)
12    546 Carondelet Street
13    New Orleans, Louisiana 70130
14    504-581-3200
15
16 ALSO PRESENT:
17    FRANCISCO SILVA-TULLA
18    RUNE STORESUND
19
20 VIDEOGRAPHER:  KEN HART (HART VIDEO)
21
22
23 REPORTED BY:
24    JOSEPH A. FAIRBANKS, JR., CCR, RPR
25    ROGER JOHNS, CCR, RPR

Page 4

        MORNING SESSION:

        E X A M I N A T I O N   I N D E X

EXAMINATION BY:                          PAGE
MR. MITSCH  ...............................6

        E X H I B I T   I N D E X
EXHIBIT NO.                              PAGE
Exhibit Rogers 1 ...........................11
Exhibit Rogers 2 ...........................20
Exhibit Rogers 3A ..........................25
Exhibit Rogers 4 ...........................26
Exhibit Rogers 5 ...........................31
Exhibit Rogers 6 ...........................32
Exhibit Rogers 7 ...........................33
Exhibit Rogers 8 ...........................35
Exhibit Rogers 9 ...........................36
Exhibit Rogers 10 ..........................38
Exhibit Rogers 11 ..........................51
Exhibit Rogers 12 ..........................52
Exhibit Rogers 13 ..........................56
Exhibit Rogers 14 ..........................62
Exhibit Rogers 15 ..........................67
        INDEX CONTINUED ON PAGE 117

Page 285

1  Q. I have copied some pages from Freeze
2  and Cherry that relate to groundwater flow
3  analysis and I have copied particularly pages
4  63 through 66. And first, you would agree
5  that the analysis of groundwater flow during
6  the Katrina storm surge would be a transient
7  flow analysis; right?
8     A. Right.
9     Q. And the discussion of transient flow
10 analysis in Freeze and Cherry begins on page
11 64; correct?
12    A. Right.
13    Q. And to solve a transient flow
14 problem, one requires knowledge of three basic
15 hydrogeological parameters; right?
16    A. Yeah, among others, yes.
17    Q. But the basic ones are these three
18 that are mentioned on page 65 --
19    A. Right.
20    Q. -- near the bottom of the page?
21    A. Right. K, alpha, and n.
22    Q. Porosity?
23    A. Right. "n" is the porosity; and the
24 compressibility of the aquifer is alpha; K is
25 the permeability.

Page 286

1     Q. So the three in English are
2  hydraulic conductivity, compressibility, and
3  porosity. Is that right?
4     A. Right.
5     Q. And, in fact, your pumping test
6  analysis determined, and you've said this, the
7  storage coefficient; right?
8     A. Right.
9     Q. And compressibility as a basic
10 hydrogeological parameter is directly related
11 to storage coefficient.
12    A. Right.
13    Q. Now I am going to ask you a hard
14 question. At least it was for me --
15    A. Right.
16    Q. -- to begin to understand this. How
17 do you translate storage coefficient to
18 compressibility?
19    A. Well, when you look -- when you look
20 at storage, there's -- there's -- there's
21 water that moves downward and percolates into
22 the ground, there's downward flow, and that's
23 an area that people look at separately from
24 the water that just moves within an aquifer in
25 down gradient in the flow in the ground. And

Page 287

1  so it depends what you want to do. I didn't
2  get involved in doing any -- This is the kind
3  of stuff that you would need if you're going
4  to do a seepage analysis. Like if you're
5  going to draw a cross section of the levee and
6  you want to do a seepage analysis, this is the
7  kind of stuff that you would -- you would want
8  to put into that analysis. And I wasn't doing
9  that. I was just providing the input to
10 somebody else who's doing the seepage
11 analysis.
12    Q. Did you understand that the results
13 of your -- Did you believe, let me just ask it
14 that way, did you believe that the results of
15 your pumping test analyses that produced
16 storage coefficient and hydraulic conductivity
17 would be used as inputs to the flow analysis?
18    A. No, we never talked about it. I
19 didn't get asked about it.
20    Q. So --
21    A. We calculate it in the program.
22 That's one of the things that comes out. But
23 I was never specifically asked for it.
24    Q. Okay. These parameters, storage
25 coefficient and hydraulic conductivity, are an

Page 288

1  automatic output, that's just my terminology,
2  "automatic" is probably a bad word, but they
3  are an output that has to come out --
4     A. Right.
5     Q. -- of the pumping test analysis;
6  right?
7     A. Right. Right. That's why you work
8  hard to try to match your results to the
9  models that are available to you, the
10 different boundary conditions.
11    Q. But in a manner of speaking, the
12 pump test analysis is also a flow analysis,
13 isn't it?
14    A. Yeah, that's where it gets
15 problematic. Because when we're up there in
16 the sponge at the school site, we're having
17 cascading flow coming down to our pumping
18 well, so we're theoretically drawing water in
19 from the side, but we're also getting vertical
20 commingling with it, so the more the well
21 draws down during the test, the more vertical
22 component of flow we have. So that's one of
23 the -- one of the aspects that causes you to
24 get different answers, so when you're
25 generally dealing with seepage issues you're

Page 289

1  looking for order of magnitude values.
2  There's no such thing as a 1 to the second
3  decimal place.  And that's because you have
4  those variables that occur during the tests.
5  So if you have a -- a significant coefficient
6  Kh to Kv, that's really going to affect that
7  test.  And so that wouldn't be as significant
8  of a deal at the EBIA south site where you're
9  buried down because you're not drawing the
10 water table down anywhere near as much as at
11 the school site.  But those are automatic
12 outputs that come from the programs.  So
13 that's another reason why you want to use the
14 particular method that does the best curve
15 fitting with the field data that you have.
16 And so I never cease to be amazed at, you
17 know, what we end up using versus what we
18 think we're going to use when we go into the
19 test, but there's always these little nuances
20 at the site that manifest themselves in trying
21 to get the data fit.
22     Q.  Back to -- But the pumping test
23 analysis requires making a flow analysis,
24 doesn't it?
25     A.  Yeah, the computer does that, yeah.

Page 290

1  The program does that, yes.
2      Q.  All right.  I want to show you pages
3  that we took from your reliance materials.  We
4  printed these from your pumping test
5  analyses.  I am going to mark them Exhibit
6  28.  Okay.  And I will tell you in advance
7  that if you look at the first page, you will
8  see, and this is on every page, but you will
9  see in red right in the middle of this
10 something that was not on your reliance
11 materials.  And the only purpose for that
12 being there is to identify the file number and
13 the page in that file name so that you can
14 easily find this in your own reliance
15 materials.  Am I making myself clear?  That
16 was not on there, but we felt it would be
17 helpful so that you could find these in your
18 own reliance materials.  Does that make sense?
19     A.  Yes.
20     Q.  Okay.  And the only part of it
21 that's not also in the printed part of the
22 form that comes from -- directly is the file
23 name, as I understand it.
24     A.  Right.
25     Q.  Let me make sure I'm right.  Well, I

Page 291

1  think that's right.  Okay.  And let's just
2  take the one on the top.  You can look at any
3  of them you want to.  These are what appear to
4  be to us the pumping -- the pumping test
5  analysis reports that were in the models that
6  Mr. Pope ran that show storativity, stor- --
7  I'll call it storage coefficient.
8      A.  Yes.
9      Q.  And the ones, these analyses for the
10 first page on top are results for the south
11 EBIA pump test 2.
12     A.  Yes.
13     Q.  And they demonstrate storage
14 coefficients in the range of 1.99 times 10 to
15 the minus 2, to 1.45 times 10 to the minus 3.
16 Is that right?
17     A.  No, I -- 5 times 10 to the minus 1.
18     Q.  Okay.  That's the pumping well;
19 right?
20     A.  Right.  That's the pumping well.
21 I'm sorry.  Right.
22     Q.  And do you agree the storage
23 coefficient of the pumping well is relevant
24 for flow analysis?
25     A.  No.  No.  That's right.

Page 292

1      Q.  So that's why the range I used.
2      A.  Okay.
3      Q.  And let me just ask this.  Can you
4  tell me why you did not mention, for example,
5  on page 219, or anywhere else in your report
6  that we have been able to find, you did not
7  mention the storage coefficient in your
8  report?
9      A.  We weren't asked for that.  It never
10 came up.  It was there if they asked for it.
11 Obviously it's there.  If they had asked for
12 it, we would have talked about it.  But I
13 wasn't asked.
14     Q.  What was the objective of your
15 report as related to subsurface flow at the
16 EBIA during the Katrina event?
17     A.  Just to come up with a permeability
18 value and come up with the stratigraphy that
19 was there at the site.
20     Q.  Were you instructed not to provide
21 the results from your analysis for storage
22 coefficient to the team?
23     A.  No.  No.  We just weren't asked for
24 it.
25     Q.  I don't think -- I think I earlier

Page 293

1   -- I went past it, but I don't think -- I
2   probably didn't communicate the question
3   will.  We read in Groundwater, the magazine
4   that's Exhibit--
5       A.  The textbook.
6       Q.  What's that?
7       A.  24.
8       Q.  24, it talks about compressibility
9   as a basic parameter for determining --
10      A.  Right.
11      Q.  -- for doing a flow analysis.
12      A.  Transient flow analysis, right.
13      Q.  The transient flow analysis.  You're
14  right.  And I asked you, and I might -- Maybe
15  I didn't make it clear.  Can you explain how
16  one would -- Storage coefficient, which is
17  what's reported in these pumping test
18  analyses, are related directly, are they not,
19  to compressibility?
20      A.  Yes.  Yes.
21      Q.  But they're not exactly the same
22  thing.  It wouldn't --
23      A.  Right.
24      Q.  -- produce the same number; right?
25      A.  That's right.

Page 294

1       Q.  How would one do the conversion, if
2   you will, maybe that's a better word, from
3   storage coefficient to compressibility?
4       A.  Well, you could -- you could --
5   There's a number of different ways to do
6   that.  You -- It depends what you're trying --
7   trying to model.  When you're trying to model
8   very small horizons, that gets more
9   important.  And we have pretty small, they're
10  pretty thin horizons.  So you'd have to go and
11  either see if one of the -- You could just
12  write a sub-routine that would make the
13  calculation change using the physical
14  parameters.  That's basically how we'd do it.
15  We do it as a spreadsheet type of thing.
16      Q.  Because storage coefficient takes
17  into account aquifer thickness; right?
18      A.  Correct.
19      Q.  Wouldn't you need storage
20  coefficient for a complete site
21  characterization?
22      A.  If you're doing seepage analysis,
23  yes.
24      Q.  That was kind of one of the main
25  purposes --

Page 295

1       A.  Right.
2       Q.  -- of this whole project, wasn't it?
3       A.  Right.  Right.  They just never
4   asked me for it.
5       Q.  I got you.  So since you weren't
6   asked for it, you didn't use this particular
7   hydrogeological parameter in your site
8   characterization.
9       A.  Right.
10      Q.  Now, are you familiar with the term
11  "coefficient of volume change"?
12      A.  Yeah.  I don't deal with it much.
13  But I am familiar with it.
14      Q.  But again, coefficient of volume
15  change is related to storage coefficient?
16      A.  Right.  Right.
17      Q.  Have you ever used GeoStudio's
18  Seep/W software to perform a flow analysis?
19      A.  Not personally, no.  I know a lot of
20  people who do use it.
21      Q.  Do you have a license for the
22  software?
23      A.  No, I don't.
24      Q.  You say you know a lot of people who
25  have used it?

Page 296

1       A.  Yes.
2       Q.  Who do you know who have used it?
3       A.  It's in the Corps' Levee Manual.
4   It's one of the recommended programs.
5       Q.  Okay.
6       A.  So it's used by a lot of different,
7   you know -- big name firms all have it and use
8   it because it's one of the ones that's
9   recommended to use for seepage analysis under
10  levees.
11      Q.  Do you know anyone in this case who
12  has used it?
13      A.  No, I don't right offhand.
14      Q.  Okay.  Would it surprise you that
15  Diego Cobos-Roa and Xavier Grunauer used it?
16      A.  No, it wouldn't surprise me.
17      Q.  In your report, many times you use
18  the term "dredge spoils".  The first place I
19  noticed it was on page 32, but you use it
20  several other places in your report to
21  describe the soils at the EBIA.
22      A.  Yes.
23      Q.  Would it also be correct to call
24  those soils in situ soils?
25      A.  Well, in situ just means in place.

74 (Pages 293 to 296)

Page 301

```
 1   deposited.
 2       Q.  So it wouldn't go all the way to the
 3   EBIA, because that's a mile?
 4       A.  It could get conceivably to probably
 5   to, you know, maybe 500 feet past the lock
 6   maybe.  So maybe the Claiborne bridge.  That's
 7   probably where it peters out.  I didn't see
 8   any -- You know, we got sand at depth, but not
 9   up in the foundation influence area
10   typically.
11       Q.  Okay.
12         MR. TREEBY:
13            You want to take a break?
14         VIDEO OPERATOR:
15            Need to go off the record to
16   change tapes.
17         MR. TREEBY:
18            Go off the record now?  Change
19   tape?
20         VIDEO OPERATOR:
21            Going off the record.
22         (Testimony recessed on this day
23   at 6:01 PM.)
24            *  *  *
25
```

Page 302

```
 1
 2            WITNESS'S CERTIFICATE
 3
 4       I, J. DAVID ROGERS, read or have had
 5   the preceding testimony read to me, and hereby
 6   certify that it is a true and correct
 7   transcription of my testimony, with the
 8   exception of any attached corrections or
 9   changes.
10
11
            _____
12            (Witness' Signature)
13   _____
     DATE SIGNED
14
15   DEPONENT PLEASE INITIAL ONE:
16
       _____ Read with no corrections
17
18     _____ Read and correction sheet attached
19
20
     DATE TAKEN:  MARCH 16, 2012
21
22
23
24
25
```

Page 303

```
 1
 2            REPORTERS' CERTIFICATE
 3
 4       I, JOSEPH A. FAIRBANKS, JR., CCR, and
     ROGER D. JOHNS, CRR, Certified Court Reporters
 5   in the State of Louisiana, do hereby certify
     that the above-named witness, after having
 6   been first duly sworn to testify to the truth,
     did testify as hereinabove set forth; that the
 7   testimony was reported by us in shorthand and
     transcribed under our personal direction and
 8   supervision, and is a true and correct
     transcript, to the best of our ability and
 9   understanding; that we am not of counsel, not
     related to counsel or the parties hereto, and
10   not in any way interested in the outcome of
     this matter.
11
12
13
14
15            JOSEPH A. FAIRBANKS, JR.
16            CERTIFIED COURT REPORTER
17            STATE OF LOUISIANA
18
19
20
21            ROGER D. JOHNS
22            CERTIFIED COURT REPORTER
23            STATE OF LOUISIANA
24
25
```