# EXHIBIT 12

# Expert Report

## of

# Robert Glenn Bea, Ph.D., P.E.

Prepared for

## Goodwin Procter LLP

901 New York Avenue NW

Washington, D.C. 20001

Moraga, California

August 3, 2009

# APPENDIX C

# FORENSIC ENGINEERING ANALYSES OF THE LOWER 9TH WARD BREACHES

1.  This Appendix is divided into four sections. Sections I and II provides a summary of my forensic engineering observations and analyses to determine the causes of the breaches, failures, and overtopping that developed with respect to the hurricane flood protection structures along the IHNC at the Lower 9th Ward during Hurricane Katrina. Section III summarizes the major conclusions drawn from this work. Section IV provides a summary of all of the references cited in this document. The following table of contents will serve as a guide to help reading this Declaration.

## TABLE OF CONTENTS

I.   FORENSIC ENGINEERING OBSERVATIONS ............................................................... 2
II.  FORENSIC ENGINEERING ANALYSES ...................................................................... 3
   Field Observations ........................................................................................................ 3
   Background ................................................................................................................. 19
   North Breach Seepage & Stability Analyses .......................................................... 47
   South Breach Seepage & Stability Analyses .......................................................... 64
   Hydraulic Conductivities and Effects on Lateral Stability of the Flood Protection
   Structures at the Lower 9th Ward ............................................................................ 90
   Three Dimensional Seepage Analyses ................................................................... 103
      North Breach ......................................................................................................... 104
      South Breach ......................................................................................................... 107
      Summary ................................................................................................................ 110
III. SUMMARY OF FORENSIC ENGINEERING ANALYSES ..................................... 112
IV.  REFERENCES ................................................................................................................ 115

32.     The effects of these site remediation activities clearly extended well below the specified soil excavation levels cited earlier. Removal of barges, piles, underground storage tanks, and underground utilities (e.g. sewer, water, gas lines) could easily have reached to and substantially exceeded elevations of minus 10 feet to 25 feet; thus intersecting the underlying marsh deposits (Figures 20 - 27). When backfilled with porous – pervious – materials, hydraulic connections would be developed between the backfilled excavations and the buried pervious – permeable marsh and swamp layers. This potential was particularly evident in the case of the sewer lift station and sewer line removed at the Saucier Marine site (Figures 33 - 35). The backfilled sewer lift station excavation was within approximately 100 feet of the floodwall. The sewer line crossed the floodwall at right angles and was located near the center of the South Breach.



Figure 33: Sewer lift station removal cofferdam located outside of floodwall at the Saucier Marine site (WGI 2005). Note floodwall in background. An underground sewer main crosses under the floodwall at right angles and was subsequently removed.

37

33. WGI completed its work, removed its equipment, and demobilized from the job site in May 2005 (WGI 2005).

34. The WGI experiences associated with the EBIA site clearing excavations (seepage, high permeability organic layers, soil heaving) were corroborated during a construction project conducted to the north of the Lower 9th Ward at Dwyer Road (Rosenberg 2008). Excavations conducted at this location (2000-2003) encountered similar high permeability organic layers at comparable depths encountered by WGI at the EBIA. These high permeability organic layers were associated with significant and persistent water seepage that had not been anticipated by the USACE and their consultants at the time that the background engineering work was done for the Dwyer Road construction. The contractor repeatedly encountered severe seepage and soil heaving problems that threatened the stability of the earthworks and that had to be solved 'on the job.'

35. The information that is available clearly indicates a high degree of correlation of the site remediation work conducted by WGI at the EBIA sites and the breach locations in the flood protection structure adjacent to the Lower 9th Ward. This remediation work (removal of soils, formation of cavities, vibrations) very probably had important effects on the soils relied upon to provide stability and protection for the flood protection structure. Removal and disturbance of the surface soils overlying the permeable subsoils (Marsh and Swamp layers) would have facilitated the under seepage.

36. Information regarding waterside excavations indicate that work near the area of the breaches placed permeable material down to elevations of approximately –25 feet, approximately 15 feet deeper than the sheet pile tips; thus producing significantly shorter paths for hydraulic pressures to reach beneath the embankment soils and levee toe, starting material