# EXHIBIT 13

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION         NO. 05-4182 K2
                         JUDGE DUVAL
PERTAINS TO MRGO            MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
    05-6314, 05-6324, 05-6327, 05-6359,
    06-0225, 06-0886, 06-1885, 06-2152,
    06-2278, 06-2287, 06-2824, 06-4024,
    06-4065, 06-4066, 06-4389, 06-4634,
    06-4931, 06-5032, 06-5155, 06-5159,
    06-5156, 06-5162, 06-5260, 06-5771,
    06-5786, 06-5937, 07-0206, 07-0621,
    07-1073, 07-1271, 07-1285

         * * *

     (V O L U M E  II)
   Deposition of J. DAVID ROGERS, PH.D.,
P.E., P.G., given at the offices of Stone
Pigman Walther Wittmann, LLC, 546 Carondelet
Street, New Orleans, Louisiana 70130, on March
17th, 2012.

## Page 2

```
 1  APPEARANCES:
 2  REPRESENTING THE PLAINTIFFS:
 3     BRUNO & BRUNO
 4     (BY:  JOSEPH M. BRUNO, ESQUIRE)
 5     855 Baronne Street
 6     New Orleans, Louisiana 70113
 7     504-525-1335
 8  - AND -
 9     LAW OFFICE OF FRANK C. DUDENHEFER, JR.
10     (BY:  FRANK C. DUDENHEFER, JR.,
11     ESQUIRE)
12     601 Poydras Street, Suite 2655
13     New Orleans, Louisiana 70130.
14     504-525-2553
15
16  REPRESENTING THE UNITED STATES OF AMERICA:
17     U.S. DEPARTMENT OF JUSTICE
18     (BY:  ROBIN DOYLE SMITH, ESQUIRE)
19     (BY:  RUPERT MITSCH, ESQUIRE)
20     Torts Branch, Civil Division
21     P.O. Box 888
22     Benjamin Franklin Station
23     Washington, D.C. 20044
24     202-616-4289
25
```

## Page 3

```
 1  REPRESENTING WASHINGTON GROUP INTERNATIONAL,
 2     INC.:
 3     JONES DAY
 4     (BY:  DEBRA S. CLAYMAN, ESQUIRE)
 5     (BY:  CHRIS THATCH, ESQUIRE)
 6     51 Louisiana Avenue, N.W.
 7     Washington, D.C. 20001-2113
 8     202-879-4645
 9  - and -
10     STONE PIGMAN WALTHER WITTMANN, L.L.C.
11     (BY:  WILLIAM D. TREEBY, ESQUIRE)
12     546 Carondelet Street
13     New Orleans, Louisiana 70130
14     504-581-3200
15
16  ALSO PRESENT:
17     FRANCISCO SILVA-TULLA
18
19  VIDEOGRAPHER:  KEN HART (HART VIDEO)
20
21
22
23  REPORTED BY:
24     JOSEPH A. FAIRBANKS, JR., CCR, RPR
25     CERTIFIED COURT REPORTER #75005
```

## Page 4

```
 1        E X A M I N A T I O N   I N D E X
 2
 3  EXAMINATION BY:                    PAGE
 4  MR. TREEBY   ................................7
 5  MR. MITSCH   ..............................240
 6  MR. TREEBY   ..............................252
 7
 8           E X H I B I T   I N D E X
 9
10  EXHIBIT NO.                         PAGE
11  Exhibit Rogers 3C ...........................35
12  Exhibit Rogers 31 ...........................44
13  Exhibit Rogers 32 ...........................45
14  Exhibit Rogers 33 ...........................64
15  Exhibit Rogers 34 ...........................71
16  Exhibit Rogers 35 ...........................88
17  Exhibit Rogers 36 ...........................91
18  Exhibit Rogers 37 ...........................97
19  Exhibit Rogers 38 ..........................102
20  Exhibit Rogers 39 ..........................107
21  Exhibit Rogers 40 ..........................119
22  Exhibit Rogers 41 ..........................137
23  Exhibit Rogers 42 ..........................149
24  Exhibit Rogers 43 ..........................178
25  Exhibit Rogers 44 ..........................195
```

Page 209

1  talking about?
2      A.  The letter they got back from the New
3  Orleans District.
4      Q.  That had to do with Surekote Road, did
5  it not?
6      A.  Oh.  I thought it was the pit.  Yeah.
7  He's saying, removing Jourdan Avenue flood
8  well -- this is Exhibit 42, Memorandum from
9  Construction Division, Attention to Lee
10 Guillory.  It says, proposed Surekote Road
11 remedial soil excavations --
12     Q.  Right.
13     A.  -- do not present a stability problem,
14 but the proposed 16-foot McDonough Marine
15 borrow pit area did present a stability problem
16 with respect to the eastern side of the borrow
17 area.
18         That's the side that's by the levee.
19         Various options were analyzed and are
20 shown on the enclosures.
21         And then Number 2 is crossed out.  It
22 said something about the western side is not
23 stable.
24         And then number 3, it says, 12-inch
25 lifts of 90 percent Proctor compacted backfill

Page 210

1  within plus 5 percent and minus 3 percent of
2  optimum water content prior to compacting is
3  recommended.
4      Q.  Okay.  In order to understand what
5  that requirement is for, don't you have to look
6  at Guillory 's request which is on the back of
7  that page?
8      A.  Yeah.
9      Q.  Okay.  Please look at it.  That third
10 construction in the permission relates, does it
11 not, to 2B?
12     A.  I don't know.  What's --
13     Q.  If you read the percents, I think
14 you'll see that.
15     A.  Okay.  Okay, recommended soil backfill
16 compaction.  All right.  Yeah.  That predated
17 this.  Okay.
18     Q.  So that was that 3-foot deep x 20-foot
19 wide, and 15 -- approximately 15 feet from the
20 adjacent Jourdan Avenue flood wall levee that
21 was an remedial soil excavation having to do
22 with Surekote Road.
23     A.  Right.  That's because it was so close
24 to the levee they wanted it compacted.
25     Q.  Right.  And did you look in their QARs

Page 211

1  and daily reports to see in fact that they had
2  done that?
3      A.  I didn't see the compaction tests,
4  but --
5      Q.  You saying it didn't exist?
6      A.  No.  I just haven't seen them yet.
7  They may exist.  I'm not denying they may
8  exist.  I just haven't seen them yet.
9      Q.  Okay.  On Page 236, the fourth full
10 paragraph, which is right above Conclusions,
11 you see that?
12     A.  Uh-huh.  Yes.
13     Q.  You state, At a minimum, a
14 geotechnical engineer should have reviewed the
15 additional subsurface information, or info,
16 collected as part of the scope of work.
17     A.  I'm not following where you are now.
18     Q.  I'm sorry.
19         (Brief interruption.)
20 EXAMINATION BY MR. TREEBY:
21     Q.  You're not finding that?
22     A.  No.  I don't know where you are.
23     Q.  It's not the fourth full paragraph,
24 it's third full paragraph.
25     A.  Okay.  I got it now.  At a minimum?

Page 212

1  The one that starts At a minimum?
2      Q.  Yes.  Yes.  Yes.
3          And it goes on to say, this is
4  especially true for instances where the
5  excavation work extended to the I-wall itself
6  and/or encountered pervious spills that have
7  the ability to quickly and rapidly convey water
8  pressure directly to the flood wall.
9      A.  Right.  Or did the utility removals,
10 not backfilling them with sand or something
11 like that.
12     Q.  Do you have any evidence that a
13 utility removal was backfilled with sand?
14     A.  Well, we don't know.  We don't know
15 that it was.  But --
16     Q.  Do you know that it was?
17     A.  Yeah.  We couldn't find documentation
18 on what the trench was backfilled with in all
19 cases.  So we just hope it wasn't.  So that was
20 the concern I had.
21     Q.  You know, we kind of have to work the
22 other way around.
23         Do you have any proof that any utility
24 excavation was not backfilled with appropriate
25 material?

J. DAVID ROGERS                                                                    March 17, 2012

Page 213

1    A.  No, I don't.  But I didn't have -- I
2    couldn't find any documentation on the two that
3    are near Station 31, which is the south
4    breach -- the center of the south breach.
5    That's the one where we have the two -- on the
6    original 1966 plans, they show the two utility
7    penetrations down below the ground.  Those are
8    the only two deep ones on the whole EBIA.
9        Q.  I thought you had concluded you
10   weren't able to even determine if they existed.
11       A.  Right.  Yeah.  We couldn't determine
12   if they exist.  And then we also couldn't find
13   the documentation about their being pulled out
14   of that area.
15       Q.  If they never existed, they wouldn't
16   be pulled out; right?
17       A.  Well, they're on the project plans,
18   so.  So I have to assume --
19       Q.  On the as-built plans?
20       A.  Yeah.  On the as-built plans.
21       Q.  What as-built plans are those?
22       A.  Well, it's in my report.  On Page
23   78 -- wait.  That's not the one.
24           Yeah.  That is.  That's one of them.
25   78.  I-wall plans.  The gas pipeline and a

Page 214

1    water pipeline.  And that's the one at Station
2    22 to 23.
3        Q.  You're now referring to the Figure 80?
4        A.  Yes.
5        Q.  Okay.  That's Station 23.
6        A.  Right.
7        Q.  Did you find evidence of the
8    utility --
9        A.  My recollection is the one we couldn't
10   find was the one near Station -- further to the
11   south.  So I can't -- maybe that is it.  I'm
12   not finding the one that I thought.
13       Q.  So you're not saying you don't -- what
14   you're saying is you don't know whether at
15   Station 31 the excavation was -- the utility
16   line was removed, and you don't know, if it was
17   removed, whether it was properly backfilled and
18   compacted or not.
19       A.  Right.  Though we did find
20   documentation for other ones, but there were
21   two that we didn't find any documentation on.
22   About the removal.
23       Q.  Do you know what site Station 31 was
24   at?  You know the job was divided into sites,
25   beginning with Boland and going all the way

Page 215

1    down to I believe it was ITT.
2        A.  Yeah.  I don't know.  It may be
3    further down near the south breach occurred,
4    that area.
5        Q.  Well, that would be Saucer, wouldn't
6    it?
7        A.  I believe so.
8        Q.  When you say, in that section that we
9    just read, that a geotechnical should review
10   that work -- that's what you're saying; right?
11       A.  Right.
12       Q.  And you're not saying that that was
13   not done here.
14       A.  That's right.
15       Q.  But you do know that the geotechnical
16   engineers on this job who were dealing with
17   those issues were the Corps engineers.  Right?
18       A.  Well, that's the only ones, yeah, that
19   we know of.  I would have expected, um --
20   somebody in the team for WGI to have that kind
21   of knowledge, because that's part of the
22   cleanup, you know.  So.
23       Q.  But you haven't read the contract and
24   all of its task orders and work orders and
25   scopes of work.  Right?

Page 216

1        A.  That's right.
2        Q.  Look at Exhibit 41.  Look at Page 61,
3    Bates number 61 in that document.  Do you see
4    Item A --
5        A.  Yes.
6        Q.  -- submitted December of 2000?
7        A.  Right.
8        Q.  It says, and this is, again, the chief
9    of the engineering division saying the
10   following comments should be resolved and
11   permit requests resubmitted for our further
12   review.  A, the details for the utility
13   crossings at the flood wall shall be submitted.
14           You see that?
15       A.  Yes.
16       Q.  And then do you see, after that, that
17   these Corps personnel that we talked about
18   earlier approved it?
19       A.  I don't know that's what they approved
20   or the date of that approval was.
21       Q.  Well, let's look at the date.  Look at
22   Page 64 in that same exhibit.
23       A.  Uh-huh.  Yes.
24       Q.  And it was after that submittal, was
25   it not --

54 (Pages 213 to 216)

Page 245

1  tell me what the difference is between a shell
2  fill and a shell sand fill.
3      A.  Well, the shell sand fill is also
4  pretty common.  Because it's not as porous,
5  it's a better working grade to pour something
6  on, because all the little interstices are more
7  filled with sand than with the pure shells.  So
8  they like to use that beneath pavement and
9  things like that.  Sidewalks.
10     Q.  What's your estimate of the
11 permeability of shell fill?
12     A.  Well, shell fills, if it's clean, is
13 very -- you know, highly permeable.  It's going
14 to be between .1 and 1 centimeter per second
15 type material.  But if you put sand in it, it's
16 going to diminish the permeability somewhat.
17     Q.  So what's your estimate, then, of the
18 permeability of the shell sand fill?
19     A.  Probably something, you know, between,
20 um -- 1 times 10 to the minus 2, and 10 to the
21 minus 3, in that range.
22     Q.  Okay.  Please go to Figure 104 at
23 Page 105.  It's Figure 104 at Page 105.  And
24 look at that box that's marked as Number 1.
25     A.  Yes.

Page 246

1      Q.  How far away from the levee, from the
2  flood wall, was that?  Approximately.
3      A.  I can't tell.  I don't have a scale
4  here.  The part of the levee flood wall it's
5  close to is the diagonal section coming up
6  towards the Florida Avenue bridge.
7      Q.  When Mr. Treeby was asking you
8  questions about this, I thought you had said
9  that it was approximately 300 feet.
10         Am I incorrect about that?  Or --
11     A.  I thought within 200 to 300 feet,
12 yeah, was the range.  And that would be from
13 going to the south, to the -- to the east,
14 going straight down on the page, the way the
15 page is oriented.
16     Q.  Now, am I correct --
17     A.  He was asking me with reference to the
18 north breach, if I remember.
19     Q.  Right.  Exactly.  Okay.
20         Now, I also recollect that in response
21 to questions by Mr. Treeby that you had said
22 that you weren't concerned about the depth of
23 that excavation as much as the fact that it had
24 been filled with some shell fill.  Right?
25     A.  Right.  Sand fill.  Sand backfill.

Page 247

1      Q.  Sand backfill?
2      A.  Right.
3      Q.  Okay.  And that that was the
4  conveyance sand, or the conveyance for the
5  water to travel from that box 1 to the north
6  breach area?  Is that correct?
7      A.  Right over to the corner, yeah.  In
8  proximity to the north breach, right.
9      Q.  And again, it's just that that was --
10 that was the conduit, as opposed to the -- it's
11 the fact that it was placed on top of the
12 ground as opposed to the actual depth?
13     A.  That's right.  It's not going to be a
14 problem till the hurricane surge comes up and
15 floods the whole area where the backfill is.
16     Q.  And what role does that shell that was
17 underneath Surekote Road play in all this?
18     A.  Well, it would have a fairly high
19 permeability, be able to convey moisture
20 through the fill.
21     Q.  So that also adds to the conveyance --
22 to the conduit of the water.
23     A.  Right.
24     Q.  Go to Page -- your Figure 207,
25 Page 219.

Page 248

1          The sand that you have just spoken
2  about and the shell fill that was -- you've
3  associated with Surekote Road, did that come
4  into contact with the -- did that have direct
5  contact with the dredge spoils that are
6  indicated on your Figure 207?
7      A.  Yeah.  It's sitting on top of the
8  dredge soils.
9      Q.  Okay.  So -- there wasn't any boundary
10 between it, it's just sitting right on top
11 of --
12     A.  That would be my presumption, yes.
13     Q.  Can you pull out Dr. Bea's report,
14 please?
15        MR. DUDENHEFER:
16           It's 26.
17     A.  26.
18 EXAMINATION BY MR. MITSCH:
19     Q.  Okay.  And would you go to Page 80,
20 and Figure 43, please.
21     A.  Okay.
22     Q.  Is that your understanding of what the
23 cross-section of that north breach was?
24     A.  Well, with the exception of the
25 backfilled excavation -- I don't know what that

Page 249

1  particular one is in that case.  But you see
2  there the semi-contiguous nature of the sand
3  and the shell coming across over to 81-A is
4  what I was talking about.
5      Q.  Okay.  And so let's just take out that
6  backfill, that box, that backfilled excavation.
7      A.  Right.  Like you see down below.  This
8  one down below, Case 2-1, that was another one
9  of the options I gave him.  He put in the
10  excavations.  I didn't do those.
11      Q.  Do you feel more comfortable with
12  Figure 44 on the bottom?
13      A.  Well, that's just one of the options,
14  so that you can explain 81-A having so much
15  shell fill to such a great depth.  There's
16  several different ways you can interpret it,
17  and that's another one of the ways.
18      Q.  I guess what I'm getting at is, if we
19  go back to Figure 43, that -- if we subtract
20  out that box which is the backfilled
21  excavation, that's your understanding -- that
22  comports with your understanding of what that
23  cross-section of the --
24      A.  Right.
25      Q.  -- north breach should be.

Page 250

1      A.  That's correct.  So I gave him these,
2  and these are different options based on -- you
3  know, trying to relate the boring log of 81-A
4  with what else we have in that area.  There are
5  several different options, and these are just
6  two of them.
7      Q.  And the dredge spoil that is the
8  orange layer underneath the yellow layer, that
9  relates to the dredge spoils that you have
10  illustrated in Figure 207 of your report,
11  right?
12      A.  Correct.
13      Q.  You said you gave them these -- both
14  of these figures as options.  Were there any
15  other options that you gave them?
16      A.  Well, yeah, but lots of times he was
17  passes things back and forth to me, and I would
18  change things and say, no, I don't think you
19  got this right, this is what I think is going
20  on.  So I don't know how many times, but
21  probably half a dozen or more over the last six
22  months.
23      Q.  Did you approve these, with the
24  exception of that box in 43 that's the backfill
25  excavation?

Page 251

1      A.  I believe I did, yeah.  But then
2  there's another one, as well -- you know, it
3  depends where you're cutting the sections as to
4  how you interpret 81-A.
5          Figure 44 is, you know, very close the
6  boring 81-A.  And Figure 43, you're farther
7  away from boring 81-A.  So that's why you don't
8  see the full depth of the shell fill, because
9  it's a projection in that boring.
10          Same with 81-E.  They're projected to
11  the center line of the cross-section.
12      Q.  And just so that I'm certain here,
13  again what's noted as that backfilled
14  excavation on Figure 43 in the Bea report, that
15  is not what is denominated as Box 1 on Figure
16  104 on Page 105 of your report, right?
17      A.  I don't believe so.
18      Q.  Do you see anything in Figure 104 that
19  could be interpreted as that backfilled
20  excavation on Figure 43 in the Bea report?
21      A.  I'll have to have that one read again.
22  I don't know which document you're referring to
23  now.
24      Q.  Okay.  I'm referring to -- do you see
25  any of the boxes that are described in Figure

Page 252

1  104 of your report --
2      A.  Okay, let me go to that first.
3      Q.  Okay.
4      A.  All right.
5      Q.  -- that could be the source of that
6  backfilled excavation in Figure 43 of the Bea
7  report?
8      A.  I don't know anything about that
9  excavation in Figure 43.
10      Q.  All right.  I think that's it.
11  EXAMINATION BY MR. TREEBY:
12      Q.  One thing that I overlooked that I
13  wanted to ask you, Dr. Rogers, and it relates
14  to Page 1 of your report:  Just above the last
15  paragraph, it's in Number 5, the last sentence.
16  We talked a little bit about this, but am I
17  correct in assuming that by having this range
18  of 10 to the minus 4, or 10 to the minus 6, you
19  got the 10 to the minus 4 from the school site,
20  you got 10 to the minus 6 from the EBIA south
21  site?
22      A.  Right.
23      Q.  So that if one would conclude that the
24  school site was a total anomaly and should not
25  be considered because it was a fishbowl, or for

Page 257

1  northeast in this area.  And that's why you see
2  more settlement down by the Florida Avenue
3  pumping plant than you see up at the Claiborne
4  Street end.
5      Q.  Was the thickening in general
6  demonstrated by the boring tests that we spent
7  all these millions of dollars on?
8      A.  Well, we didn't do a lot of borings
9  down --
10     Q.  Well, we did a lot of them.
11     A.  -- by the there plant.
12     Q.  We did a lot of them.
13     A.  Okay.  So --
14     Q.  If, in fact, your hypothesis based on
15 geology were true, would the demonstrated
16 thickness of those layers be shown on the
17 borings that were done throughout the EBIA from
18 north to south, even though you didn't
19 participate in them?
20     A.  Yeah.  Only if somebody really
21 carefully logged them.  See, I didn't log them,
22 so I can't tell you.  I wasn't impressed with
23 what I saw Fugro doing.  But as you pointed out
24 correctly this morning, you can order as many
25 tests as you want, and the tests do tell you

Page 258

1  how rich it is in organics.
2      Q.  And you also agreed that the people
3  who were selecting the test specimens were
4  competent --
5      A.  Right.
6      Q.  -- reputable people.  Is that right?
7      A.  Right.  If I would have been doing it
8  personally it would have been more detailed.
9  There would have been a lot more on the logs.
10 That's all.  That's solicitous of me, but I
11 threw it in there anyway.
12        MR. TREEBY:
13           Are we done?
14        MR. DUDENHEFER:
15           We're done.

Page 259

1                WITNESS' CERTIFICATE
2
3      I, J. DAVID ROGERS, Ph.D., do
4  hereby certify that the foregoing testimony was
5  given by me, and that the transcription of said
6  testimony, with corrections and/or changes, if
7  any, is true and correct as given by me on the
8  aforementioned date.
9
10 _____     _____
11 DATE SIGNED        J. DAVID ROGERS, Ph.D.
12
13 _____ Signed with corrections as noted.
14
15 _____ Signed with no corrections noted.

25 DATE TAKEN:  March 17th, 2012

Page 260

1                REPORTER'S CERTIFICATE
2      I, JOSEPH A. FAIRBANKS, JR., CCR, RPR,
3  Certified Court Reporter in and for the State
4  of Louisiana, do hereby certify that the
5  aforementioned witness, after having been first
6  duly sworn by me to testify to the truth, did
7  testify as hereinabove set forth;
8       That said deposition was taken by me
9  in computer shorthand and thereafter
10 transcribed under my supervision, and is a true
11 and correct transcription to the best of my
12 ability and understanding.
13      I further certify that I am not of
14 counsel, nor related to counsel or the parties
15 hereto, and am in no way interested in the
16 result of said cause.

23 _____
24 JOSEPH A. FAIRBANKS, JR., CCR, RPR
25 CERTIFIED COURT REPORTER #75005