# EXHIBIT 17



FIGURE 1
WGI067082
Boland Marine Showing Borehole Locations, Structures and Previously Identified Hotspots
EBIA-IHNC, New Orleans, LA