# EXHIBIT 18

DESIGN DOCUMENTATION REPORT NO. 1     VOLUME NO. 1 OF 8     FEBRUARY 1999



INNER HARBOR NAVIGATION CANAL
LOCK REPLACEMENT PROJECT
ORLEANS PARISH, LOUISIANA

DESIGN DOCUMENTATION REPORT NO. 1
SITE PREPARATION AND DEMOLITION
VOLUME NO. 1 OF 8

PREPARED FOR:
DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
NEW ORLEANS, LOUISIANA

PREPARED BY:
WALDEMAR S. NELSON AND COMPANY, INC.
ENGINEERS AND ARCHITECTS
NEW ORLEANS, LOUISIANA
AND
DAMES AND MOORE, INC.
NEW ORLEANS, LOUISIANA

FEBRUARY 1999

EXHIBIT
MORRIS 3
PENGAD 800-631-6989

**U. S. Army**
**Corps of Engineers**
**New Orleans District**

# *FINAL SUBMITTAL*

# DEMOLITION DESIGN
# MEMORANDUM INPUT
# Volume 1

## DEMOLITION of BUILDINGS, FOUNDATIONS and FACILITIES ALONG THE INNER HARBOR NAVIGATIONAL CANAL FOR THE LOCK REPLACEMENT

### FEBRUARY 1999

### WSNCO # 98155
### BY

## WALDEMAR S. NELSON AND COMPANY INCORPORATED
## ENGINEERS AND ARCHITECTS

### IN ASSOCIATION WITH
### HARTMAN ENGINEERING, INC.
### CONSULTING ENGINEERING

NED-149-000004169



Volume 1 - Building, Foundations, and Facilities

NED-149-000004170

INNER HARBOR NAVIGATION CANAL
LOCK REPLACEMENT PROJECT
DESIGN DOCUMENTATION REPORT No. 1
SITE PREPARATION & DEMOLITION

**TABLE OF CONTENTS**

Page

PROJECT OVERVIEW

Executive Summary

A. Project Description................................................................i
B. Pertinent Data.....................................................................i
C. Documentation Summary......................................................ii
D. Site Preparation and Demolition Cost...................................iv
E. Current Status......................................................................v


BUILDINGS, FOUNDATIONS AND FACILITIES

I.   Introduction
     A. Purpose .......................................................................1
     B. Criteria .........................................................................1
     C. Locations ......................................................................1
     D. Description ....................................................................1

II.  Structures to be Demolished ...............................................2
     A. Coast Guard Area...........................................................2
        1   Description ...............................................................2
        2   Inventory of Facilities................................................2
        3   Pavements and Bulkheads ........................................6
        4   Utilities .....................................................................6
     B. Galvez Street Wharf .......................................................7
        1   Description ...............................................................7
        2.  Inventory of Facilities................................................7
        3.  Pavements and Bulkheads ........................................9
        4   Utilities .....................................................................9
     C. Industrial Area between Claiborne Avenue and Florida Avenue .........9
        1   Description ...............................................................9
        2   Inventory of Facilities..............................................10
        3   Pavements and Bulkheads ......................................18
        4   Utilities ...................................................................18

III. Demolition Methods and Sequence ...................................19
     A. Method.........................................................................19
        1   General....................................................................19
        2   U.S. Coast Guard Facility..........................................20
        3   Galvez Street Wharf.................................................20
        4.  Claiborne Avenue to Florida Avenue Industrial Area ......21

TABLE OF CONTENTS (Continued)

NED-149-000004171

Page

B   Demolition Sequence. ...................................................................................21
    1   U.S Coast Guard Facility........................................................................21
    2   Galvez Street Wharf..............................................................................22
    3   Claiborne Avenue to Florida Avenue Industrial Area ............................22
C   Demolition Debris Disposal.............................................................................23
    1   Quantity by Type ....................................................................................23
    2   Disposal Sites .......................................................................................23
    3.  Transportation.......................................................................................23
D   Residential Considerations in Demolition and Transportation........................24
    1   General..................................................................................................24
    2   Special Considerations for the Claiborne Ave. to Florida Ave Industrial Area......24
E.  Construction Contracts and Contract Durations...............................................25
    1.  Number of Contracts..............................................................................25
    2   Contract Duration ..................................................................................25

IV. Oak Tree Relocation Evaluation.........................................................................27
A   General. .........................................................................................................27
B   Tree Assessment............................................................................................27
C.  Relocation Method..........................................................................................27
D   Relocation Sequence......................................................................................27
E   Lifting and Transporting..................................................................................28
F   Relocation Site Preparation............................................................................28
G.  Specification ..................................................................................................28
H.  Quantity and Cost Estimates..........................................................................28
I.  Recommended Course of Action.....................................................................29

V   Cost Estimates ...................................................................................................31
A.  General. ........................................................................................................31
B   U.S Coast Guard Facility ...............................................................................31
C.  Galvez Street Wharf.......................................................................................31
D.  Claiborne Avenue to Florida Avenue Industrial Area......................................31
E   Oak Tree Relocation ......................................................................................31

VI. Conclusions........................................................................................................33
A.  Recapitulation.................................................................................................33
B.  Conclusions ...................................................................................................33

Appendix A    Tree Removal Specifications
Appendix B    Structure/Facility List and Detailed Cost Estimates
Appendix C    Plates

NED-149-000004172

### INNER HARBOR NAVIGATION CANAL
### LOCK REPLACEMENT PROJECT
### DESIGN DOCUMENTATION REPORT NO. 1
### SITE PREPARATION & DEMOLITION

## PROJECT OVERVIEW

### EXECUTIVE SUMMARY

A.   Project Description.  The Inner Harbor Navigation Canal Lock Replacement Project was authorized by Chapter 112 of the River and Harbors and Flood Control Act of 1956, Section 186 of the Water Resources Development Act of 1976, Section 844 of the Water Resources Development Act of 1986, and Section 326 of the Water Resources Development Act of 1996. The proposed plan recommended by the District Engineer and approved by the Assistant Secretary of the Army (Civil Works), consists of the following features:

- Construction of a new lock 110 feet wide, 1200 feet long, and 36 feet deep.  This would include demolition of the existing lock and construction of two temporary bypass channels

- Replacement of the St. Claude Avenue Bridge.  This would include demolition of the existing bridge and construction of a temporary bypass bridge at St. Claude Avenue.

- Modification of the Claiborne Avenue Bridge.

- Extension of the Mississippi River flood protection levees and floodwalls approximately 2500 feet along the canal to the lock

- Implementation of a community impact mitigation plan.

- Implementation of a fish and wildlife mitigation plan to fully compensate for unavoidable project impacts to the natural environment.

B.   Pertinent Data.  Table 1 below shows the incremental baseline cost estimate for the IHNC Lock Replacement Project.

### TABLE 1
### INNER HARBOR NAVIGATION CANAL
### LOCK REPLACEMENT PROJECT

| Feature | Description | Base Cost | Contingency | Total Cost |
|---|---|---|---|---|
| 01 | LANDS & DAMAGES | $14,505,000 | $2,902,000 | $17,407,000 |
| 02 | RELOCATIONS | $80,656,000 | $19,118,000 | $99,774,000 |
| 05 | LOCKS | $248,170,000 | $49,461,000 | $297,586,000 |
| 09 | CHANNELS AND CANALS | $20,373,000 | $4,075,000 | $24,448,000 |
| 11 | LEVEES AND FLOODWALLS | $11,123,000 | $1,668,000 | $12,791,000 |
| 18 | CULTURAL RESOURCE PRESERVATION | $1,034,000 | $259,000 | $1,293,000 |
| 19 | BUILDINGS, GROUNDS & UTILITIES | $7,002,000 | $1,751,000 | $8,753,000 |
| 25 | COMMUNITY IMPACT MITIGATION | $29,626,000 | $7,406,000 | $37,032,000 |
| 30 | ENGINNERRING AND DESIGN | $66,318,000 | $6,632,000 | $72,950,000 |
| 31 | SUPERVISION AND ADMINISTRATION | $25,788,000 | $5,153,000 | $30,921,000 |
| | TOTAL | $504,574,000 | $98,426,000 | $603,000,000 |

C   Documentation Summary.  This Design Documentation Report (DDR) No.1 covers the demolition and site preparation necessary for construction of the Inner Harbor Navigation Canal Lock

NED-149-000004173

Replacement  The DDR covers structures, utilities, and an oak tree grove within the project right-of-way located on both the east and west banks of the Inner Harbor Navigation Canal (IHNC) between Florida Avenue and the St. Claude Avenue bridge that are slated for demolition and/or removal (see plate 1). Structures within these limits not covered in this DDR include the existing IHNC lock structure and related facilities, bridges (St Claude, Claiborne, and Florida Avenues) and approach ramps, and floodwalls. Modification, demolition, and/or removal of these items will be addressed in subsequent DDR's.

Two A/E consultants provided input to this DDR  Waldemar S. Nelson inventoried the structures, determined demolition methods and sequence, provided disposal options, and estimated debris quantities and costs, Dames & Moore performed an environmental investigation of the site, sampled and tested for asbestos, lead, PCBs, and any other suspected contaminants, provided special handling and disposal requirements for the regulated material on site, and listed data gaps to be addressed during construction.

This DDR No.1 is comprised of eight (8) volumes. The project site is divided into four areas as shown on Plate 1 of Volume 1  Galvez Street Wharf and adjacent storeroom, East Side Industrial Area, U.S. Coast Guard, and the Oak Tree Grove. A summary of the contents of each volume follows along with a current status of the data presented. Subsequent to completion of the A/E consultants work some changes in site conditions, demolition, and disposal methods and costs have occurred and are discussed in the summary below along with a summary of all costs whose details are presented in the various volumes.

1   Volume 1 - Buildings, Foundations, and Facilities. This report documents the demolition required to clear the various sites for the Inner Harbor Navigation Canal (IHNC) Lock Replacement. An inventory and description of facilities to be demolished is presented as well as methods of demolition, debris transportation and disposal. Methods to remove or relocate a grove of oak trees are presented  The report includes construction cost estimates for the work described  Subsequent to the completion of this report the New Orleans District has hired Perez & Associates, Inc. to do an assessment and advisability of relocating the oak trees, identify potential sites, and the costs.  A report on this assessment was completed October 2001.

2   Volume 2 - Photos. This volume contains photo documentation of buildings and facilities

3   Volume 3 - Above Ground Structures - Environmental Input. This report investigated the environmental concerns in the demolition and disposal of the above ground structures. Each structure was inventoried for materials that would require special handling procedures and disposal requirements.  Contaminants found include asbestos, lead-based paint, PCBs in lighting fixtures and hydraulic equipment, mercury in thermostats and lighting fixtures, and creosote in the pilings.  The report includes a detailed cost estimate, safety and health requirements, and demolition and disposal methods.  The total estimated cost associated with this work is $1,164,800. The lead contamination identified in this report is in the form of lead-based paint on steel and concrete structures.  Since the lead will be disposed of with the respective structural members, the cost associated with lead is included in the estimates shown in Volume 1  The creosoted piling is also included in the cost estimate in Volume 1. The mercury contamination is limited to fixtures at the USCG site, and removal/disposal costs are estimated to be $100.  The estimated cost for asbestos abatement is $1,002,300.  The estimated cost for PCB removal is $18,000. Additional environmental costs include sampling and testing, personal protective equipment, and site supervision, totaling $144,400.

4.   Volume 4 – Mixed Waste Mounds. The mixed-waste mounds were located at the north end of the Saucer Marine site. Dames & Moore performed a geophysical survey of the site to detect and assess buried anomalies  Representative environmental samples of soil and sand were collected for laboratory analysis  Their geophysical investigation showed that the bulk of the mound material is blast sand, with miscellaneous metal debris, timbers, and general trash. No drums or buried barges were found.  Testing of blast sands showed no hazardous waste.  In the soil tested, PCBs were found in concentrations below LDEQ regulatory levels, and extractable hydrocarbons were found in the range of diesel fuel.

NED-149-000004174

Quantities of debris are estimated to be 4,200 tons of blast sand, 75 tons of metal debris, and 500 tons of impacted soil. Subsequent to the Dames & Moore investigation, a portion of this site was used for a test pile study, which required partial site clearing. Since the site has been disturbed and the mounds are no longer discernable, cost for this work is not included in this DDR.

5. **Volume 5 - Above Ground Storage Tanks.** Dames & Moore identified 17 above ground storage tanks within the IHNC project area. The contents and capacity of each tank were inventoried, and requirements for tank removal and disposal are provided. Thirteen (13) of these tanks will be removed by their respective owners prior to demolition. A detailed cost estimate has been prepared for the removal of the 4 remaining tanks. The 4 remaining tanks are located at the Boland Marine and Saucer Marine sites within the East Bank Industrial Area. Three (3) are empty and 1 contains blast sand. The estimated cost to remove and dispose of the tanks is $43,900.

6. **Volume 6 - Excavation, Treatment, and Disposal of Contaminated Soils.** This report identifies the materials contained within the top 5 feet below ground surface in the East Bank Industrial Area that are subject to environmental and safety regulations. The report includes a review of previous sampling investigations; identification of data gaps in the existing data and a sampling plan to address the data gaps; soil reuse, treatment, and disposal options; and a cost estimate. Approximately 21,400 cubic yards of soil will be removed and disposed at an estimated cost of $1,072,000. This estimate was prepared using the assumptions that LDEQ RECAP criteria levels are applied; 17,100 cubic yards of soil contaminated with TPH, VOC, SVOC, and arsenic will be sent to a sanitary landfill for disposal; 4,300 cubic yards of soil contaminated with lead will be sent to a hazardous landfill for disposal; arsenic background level of 17 mg/kg will be acceptable for soil reuse. The estimated disposal cost could increase depending on results of additional investigations in areas that data gaps have been identified.

7. **Volume 7 - Sediment and Abandoned Barge Report.** This investigation characterizes the sediments and abandoned barges located along the bank line of the east side of the IHNC between Claiborne and Florida Avenues (East Bank Industrial Area). The sediment sampling and analysis plan, testing results, and a copy of the Louisiana Oil Spill Coordinator's Office (LOSCO) report on abandoned barges are included in this Volume. Sediment sampling locations were chosen based on past industrial activities, water discharge points, proximity to the abandoned barges, and previously identified impact areas. Sixty samples were taken at 22 sampling locations. Contaminants found include metals (predominantly arsenic), semi-volatile organic compounds, and petroleum hydrocarbons. Using LDEQ's RECAP MO1 standard, approximately 11,300 cubic yards of sediments would require treatment or landfill disposal. No costs have been estimated for removal of these sediments, since the demolition contractor will be required to perform more extensive sampling and to obtain written authorization from LDEQ to reuse or dispose of this material. Nine (9) abandoned barges were identified by LOSCO within the project area. The barges were located and inspected. All were found to be deteriorating, and submerged or partially submerged. None had intact holds, and no additional contamination is anticipated upon their removal. The cost of removing the abandoned barges is included in the structural demolition estimate provided in Volume 1.

8. **Volume 8 – Galvez St. Wharf –Sediment Sampling and Structural Inspection.** Sampling of sediments under the Galvez Street Wharf was conducted on 3/23/99. Openings were cored in the concrete wharf apron and ten (10) vibra-core borings of the first 5 feet of canal sediments were taken in approximately 2 to 3 feet of water. Samples were analyzed for volatile organic compounds, semi-volatile organic compounds, heavy metals, and pesticides. The sampling and analysis plan, and the test results are provided. In October 1994, the Port of New Orleans commissioned Lanier and Associates to inspect the pilings and apron along the north and east sides of the Galvez Street Wharf. The report concluded that the timber support piles had sustained considerable damage due to infestation by marine borers, showing a reduction in original cross sectional area of the piles by 30 to 40%. The report recommended reducing the live load capacity of the apron area from the original 500 pounds

iii

NED-149-000004175

per square foot to a maximum of 200 pounds per square foot.

D    Site Preparation and Demolition Cost.  Table 2 presents a summary cost for site preparation and demolition for elements of work as described in this DDR.  The costs shown assume all concrete, metal and pilings debris is transported and disposed of by barge.  The cost for the Oak Tree Grove is based on the assumption that nine live oak trees will be relocated to a remote site.

### TABLE 2
### SITE PREPARATION AND DEMOLITION COST

| SITE | QUANTITY | BASE COST | CONTINGENCY | TOTAL |
|---|---|---|---|---|
| **GALVEZ ST. WHARF** | | | | |
| Debris | | | | |
|   Concrete | 51,144 Tons | $452,575 | $90,515 | $543,090 |
|   Metal | 874 Tons | $1,650,503 | $330,100 | $1,980,603 |
|   Pilings (No ) | 7,204 Piles | $1,672,013 | $334,403 | $2,006,416 |
|   Misc. Const. & Demo | 14,354 Tons | $143,888 | $28,778 | $172,666 |
|   Disposal | Lump Sum | $505,496 | $101,099 | $606,595 |
|   Environmental | Lump Sum | $890,150 | $178,030 | $1,068,180 |
| | | | | |
| **INDUSTRIAL AREA** | | | | |
| Debris | | | | |
|   Concrete | 20,857 Tons | $454,829 | $90,966 | $545,795 |
|   Metal | 4,601 Tons | $372,110 | $74,422 | $446,532 |
|   Pilings | 3,416 Piles | $773,432 | $154,686 | $928,118 |
|   Misc. Const. & Demo | 3,008 Tons | $45,430 | $9,086 | $54,516 |
|   Disposal | Lump Sum | $178,326 | $35,665 | $213,991 |
|   Environmental | Lump Sum | $1,191,480 | $238,296 | $1,429,776 |
|   Plowing | 21 Acres | $525,000 | $105,000 | $630,000 |
| | | | | |
| **COAST GUARD** | | | | |
| Debris | | | | |
|   Concrete | 11,731 Tons | $617,055 | $123,411 | $740,466 |
|   Metal | 1,001 Tons | $79,819 | $15,964 | $95,783 |
|   Pilings | 904 Piles | $204,459 | $40,892 | $245,351 |
|   Misc. Const. & Demo | 6,309 Tons | $128,069 | $25,614 | $153,683 |
|   Disposal | Lump Sum | $171,793 | $34,359 | $206,152 |
|   Environmental | Lump Sum | $198,900 | $39,780 | $238,680 |
|   Plowing | 8.5 Acres | $212,500 | $42,500 | $255,000 |
| | | | | |
| **OAK TREE GROVE** | Lump Sum | $793,000 | $158,600 | $951,600 |
| | | | | |
| Engineering & Design | | $1,621,560 | $324,312 | $1,945,872 |
| | | | | |
| Supervision & Administration | | $1,351,300 | $270,260 | $1,621,560 |
| | | | | |
| Subtotal   Const. & Demo | | $14,233,687 | | |
| | | | | |
| Contingencies | | | $2,846,738 | |
| | | | | |
| Contingencies – round off | | | | ($425) |
| | | | | |
| TOTAL: Const. & Demo. | | | | $17,080,000 |

E    Current Status.  A contract for the demolition of the Galvez St. Wharf was awarded on 13 April 2001 for $2,628,050 with duration of 420 days.  A cost reimbursable contract was awarded for the demolition and site preparation of the East Side Industrial Area.  Construction started on 3 January 2001  To date all regulated materials, relative to the structures, have been removed and all above ground structures have been removed.  The process of removing all structural foundations is ongoing.

NED-149-000004176

INNER HARBOR NAVIGATION CANAL
LOCK REPLACEMENT PROJECT
DESIGN DOCUMENTATION REPORT No. 1
BUILDINGS, FOUNDATIONS AND FACILITIES

## I. INTRODUCTION

A   <u>Purpose.</u>  The purpose of Design Documentation Report No. 1 (DDR No 1) is to present and document the demolition required to clear the various sites for the Inner Harbor Navigation Canal (IHNC) Lock Replacement Project  Demolition of the existing lock and existing flood control works is not included in this document. This document includes the demolition and clearing of all facilities, such as buildings and foundations, slabs, abandoned utilities, wharves and docks, streets, driveways and sidewalks, fences, and stockpiles; and the removal and relocation of trees. Facilities to be demolished are inventoried and described. Demolition methods and sequence are presented along with methods of transporting and disposing of the debris. Methods to remove or relocate trees are presented. DDR No 1 includes construction cost estimates for all work covered herein.

B   <u>Criteria.</u>  The demolition, transportation and disposal of debris, is to be accomplished with the minimum of disruption to the adjacent residential neighborhoods  Methods of demolition were investigated to minimize seismic disturbance, noise, dust, and odor.  Transportation routes were analyzed to reduce the increase in traffic disruption and traffic volume on local roads. Marine transportation is a preferred alternative, as so far as the local neighborhood is concerned.  The road transportation concerns were addressed, where appropriate, at off-loading sites for marine transported debris.  Beneficial use of demolished material was investigated and environmentally appropriate disposal sites were found for the various classes of debris

C   <u>Locations.</u>  The demolition of facilities and removal of trees is to occur along the IHNC between the riverside end of the existing IHNC Lock and Florida Avenue and is confined to the existing right-of-way for the IHNC.  There are four main areas of work which are located as follows:

   1.   The U.S  Coast Guard Area located on the west side of the IHNC lock and just north of the lock

   2.   The Galvez Street Wharf located on the west side of the IHNC, north of the Coast Guard Area and extending to near Florida Avenue.

   3.   The general industrial area on the east side of the IHNC south of Florida Avenue and along Surekote Road.

   4.   The grove of 15 live oak trees on the east side of the existing IHNC Lock

These areas are shown on Plates 3, 4, and 5 provided in Appendix C.

D   <u>Description.</u>  The descriptions of the areas of work are included in the following sections of this design memorandum: Section II, Structures to be Demolished and Section IV, Oak Tree Relocation Evaluation. The detailed descriptions of the items to be demolished and removed are represented by photographs and existing drawings of the facilities obtained from the various responsible agencies.

NED-149-000004177

INNER HARBOR NAVIGATION CANAL
LOCK REPLACEMENT PROJECT
DESIGN DOCUMENTATION REPORT No. 1
BUILDINGS, FOUNDATIONS AND FACILITIES

II. STRUCTURES / FACILITIES TO BE DEMOLISHED

A    Coast Guard Area.

1.    Description.  The U.S. Coast Guard Area consists of concrete and steel, brick veneer office buildings up to four stories tall; metal and timber maintenance and storage buildings; timber wharves and boat lifts; steel towers; a brick shop building; a concrete communication and pyrotechnics storage building; and concrete and asphalt paved roadways, sidewalks, work area, and parking lots.  There are attendant fences, shacks, shrubs, trees, and utilities.  See plates 3, 4, and 5 for location of the facilities.  See Volume 2 of the DDR for photographs of the facilities.

2.    Inventory of Facilities.  The following table is an inventory of facilities at the Coast Guard area:

DEMOLITION INVENTORY - COAST GUARD & TREE GROVE AREA

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| A2 | PLOWABLE AREA | | 8.5 ACRES | | | | |
| 150 | METAL BUILDING | 1+50 | 30' X 80' | | USACE MAINTENANCE BUILDING | USACE / DOCK BOARD / ACTIVE | P254, P256 |
| 151 | ASPHALT PAVING | 1 + 00 | | | ALL PAVING AROUND USCG ADMINISTRATIVE BUILDINGS | USCG / DOCK BOARD / ACTIVE | |
| 152* | OFFICE BUILDING | -0+74 | 150' X 50' | 4 STORY | CONCRETE AND BRICK BLDG. HOUSING THE USCG ADMINISTRATION | USCG / DOCK BOARD / ACTIVE | P244, P287, P296, P297, P298, P299, P300 |
| 153* | METAL BUILDING - BRICK VENEER | -2+44 | 80' X 100' | | HOUSING THE GALLEY AND THE PHYSICAL PLANT | USCG / DOCK BOARD / ACTIVE | P287, P288, P294, P295, P296, P300 |
| 154* | OFFICE BUILDING | -4+26 | 160' X 109' | 2 STORY | CONCRETE AND BRICK BLDG. HOUSING THE USCG DORMITORY | USCG / DOCK BOARD / ACTIVE | P288, P289, P290, P291, P292, P293 |
| 155 | PORTION OF OFFICE BUILDING | -1+24 | 30' X 40' | 1 STORY | CONCRETE AND BRICK | USCG / DOCK BOARD / ACTIVE | P287 |
| 156 | OFFICE BUILDING | 1+38 | 60' X 45' | 2 STORY | CONCRETE AND BRICK BLDG ON LOCK STRUCTURE / USACE – IHNC OFFICE | USACE / DOCK BOARD / ACTIVE | P245, P248, P250, P256 |

NED-149-000004178

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 157 | FIBERGLASS BUILDING | 0+68 | 6' X 10' | 8' | LOCKMASTER BOOTH / USACE N. CONTROL HOUSE | USACE / DOCK BOARD / ACTIVE | P249 |
| 158 | CONCRETE TUNNEL | | | | EDGE OF LOCKS | USACE / DOCK BOARD / ACTIVE | |
| 158A | ACREAGE WITH LARGE TREES | 8 + 80 - 17+ 30 | 200' X 850' | | 14 - 15 TREES / MOSTLY OAK TREES | USACE / DOCK BOARD / ACTIVE | P251, P320 |
| 159* | METAL BOATSHED | 3+74 | 50' X 80' | | STEEL SUPPORT STRUCTURE | USCG / DOCK BOARD / ACTIVE | P252, P253, P258 |
| 160 | METAL STORAGE BUILDING | 2+10 | 15' X 30' | 10' | PORTABLE - ON SKID | USCG / DOCK BOARD / ACTIVE | |
| 161 | CONCRETE FLOODWALL | 2+21 | 18" THK. | 8' | | USACE / DOCK BOARD / ACTIVE | |
| 162 | GENERATOR ON SLAB | 2+10 | 10' X 20' | | | USCG / DOCK BOARD / ACTIVE | |
| 163 | DIESEL TANK IN CONCRETE PIT | 2+10 | 15' X 15' | | | USCG / DOCK BOARD / ACTIVE | |
| 164 | METAL BUILDING ON SKID | | 8' X 15' | 6' | | USCG / DOCK BOARD / ACTIVE | |
| 165 | METAL BUILDING | 3+72 | 65' X 20' | | | USCG / DOCK BOARD / ACTIVE | P255, P259 |
| 166 | METAL BUILDING | 3+18 | 40'x40' | | | USCG / DOCK BOARD / ACTIVE | P255, P259 |
| 167 | TIMBER STRUCTURE ON PILES / USACE, IHNC LOCK, NORTHWEST GUIDEWALL | 2+94 - 7+83 | 500'LG | 12' | WITH 5 - 12 X 12 WALERS | USACE / DOCK BOARD / ACTIVE | P252, P253 & P275 |
| 167A | BULKHEAD | 4+69 - 12+00 | L = 735' | | | USCG / DOCK BOARD / ACTIVE | P252 & P275 |
| 168 | CONCRETE PAVING | 2+54 | 70' X 30' | | PART OF LOCK / WHARF | USACE / DOCK BOARD / ACTIVE | P252 |

NED-149-000004179

| NO | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 169 | CONCRETE PAVING | 2+89 | 100' X 8' | | | USCG / DOCK BOARD / ACTIVE | P252 |
| 170 | ASPHALT PAVING | 3+01 | 150' X 30' | | | USCG / DOCK BOARD / ACTIVE | |
| 171 | CONCRETE & METAL BUILDING | 2+58 | 30' X 25' | | | USCG / DOCK BOARD / ACTIVE | P257 |
| 172 | METAL SHELTER ON STEEL FRAMING | 3+06 | 65' X 30' | | | USCG / DOCK BOARD / ACTIVE | P257 |
| 173 | CONCRETE PAVING | (Site) | | | | USCG / DOCK BOARD / ACTIVE | |
| 174 | CONCRETE BUILDING | 4+14 | 20' X 8' | | | USCG / DOCK BOARD / ACTIVE | P260 |
| 175 | DIESEL TANK IN CONCRETE PIT | 4+35 | 10' X 15' | | WITH METAL SHELTER | USCG / DOCK BOARD / ACTIVE | |
| 176 | METAL BUILDING ON SKID | 4+34 | 20' X 8' | | ON 2 - 2' X 12' CONCRETE FOOTINGS | USCG / DOCK BOARD / ACTIVE | P260 |
| 177 | WOOD WALKWAY | 4+22 | 5' WIDE | | | USCG / DOCK BOARD / ACTIVE | P260 |
| 178* | STEEL BOAT HOIST | 4+52 | (2) 60'LG x 10'W | | ON TIRES AND CONC SLAB | USCG / DOCK BOARD / ACTIVE | P260 |
| 179 | METAL BUILDING | 4+10 | 10' X 8' | | ON 2' THICK CONC SLAB | USCG / DOCK BOARD / ACTIVE | P260 |
| 180 | METAL BUILDING | 11+75 | 30' X 50' | 35' | | USCG / DOCK BOARD / ACTIVE | P268, P273 |
| 181 | METAL SHELTER ON STEEL FRAMING | 11+75 | 15' X 25' | 15' | | USCG / DOCK BOARD / ACTIVE | P268, P273 |
| 182 | METAL SHELTER ON STEEL FRAMING | 11+34 | 20' X 25' | 15' | | USCG / DOCK BOARD / ACTIVE | P269, P272 |

NED-149-000004180

| NO | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 183 | METAL STRUCTURE ON STEEL FRAMING OVER FUEL TANKS IN CONCRETE PIT | 9+76 | 25' X 16' | 10' | OVER SLAB W / 2' TALL WALL | USCG / DOCK BOARD / ACTIVE | P270, P276 |
| 184 | CONCRETE BUILDING | 11+98 | 8' X 25' | 8' | | USCG / DOCK BOARD / ACTIVE | P274 |
| 185 | WOOD SHED ON SLAB / USCG HAZARDOUS WASTE STORAGE BUILDING | 9+38 | 25' X 50' | 20' | | USCG / DOCK BOARD / ACTIVE | P270, P271, P277, P279 |
| 186 | AIR COMPRESSOR SHELTER ON FOOTING | 9+00 | 8' X 8' | | W / 2 - 12"w X 6' X 3' FOOTINGS | USCG / DOCK BOARD / ACTIVE | P277, P279 |
| 187 | METAL SHELTER ON SLAB | 8+56 | 40' X 20' | 15' | | USCG / DOCK BOARD / ACTIVE | P278, P279 |
| 188 | BLOCK BUILDING | 8+44 | 30' X 40' | 14' | | USCG / DOCK BOARD / ACTIVE | P267, P279, P280 |
| 189 | CONCRETE BUILDING | 8+56 | 15' X 10' | 8' | | USCG / DOCK BOARD / ACTIVE | P275 |
| 190 | STEEL BUILDING ON SKID | 8+82 | 15' X 20' | 10' | | USCG / DOCK BOARD / ACTIVE | P275 |
| 191* | BRICK OFFICE BUILDING WITH SHOPS | 7+14 | 115' X 60' | | 2 STORY | USCG / DOCK BOARD / ACTIVE | P253, P264, P266, P275 & P281 |
| 192 | STEEL FRAME STAIR ON CONC. FTNG. | 7+76 | 15' X 15' | | | USCG / DOCK BOARD / ACTIVE | |
| 193 | METAL SHELTER | 7+17 | 25' X 8' | | PIPE RACK ON SKID | USCG / DOCK BOARD / ACTIVE | P283 |
| 194 | METAL BUILDING ON SLAB | 6+62 | 65' X 30' | 12' | | USCG / DOCK BOARD / ACTIVE | P282, P283 |
| 195* | BLOCK BUILDING | 5+44 | 180' X 40' | 16' | PRECAST CONCRETE ROOF PANELS, 6" SLAB | USCG / DOCK BOARD / ACTIVE | P261, P262, P284, P285 |
| 196* | METAL BUILDING | 5+44 | 140' X 30' | 40' | 2 STORIES | USCG / DOCK BOARD / ACTIVE | P253, P262, P265, P286 |

NED-149-000004181

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 197 | ELEVATED TRANSFORMER BANK | | | | ON THREE POWER POLES | USCG / DOCK BOARD / ACTIVE | P278 |
| 198 | STEEL TOWER | | 15' X 15' | 45' | ON 3' THICK CONCRETE FOOTING | USCG / DOCK BOARD / ACTIVE | |
| 199 | TRAILER | 3+58 | 40' X 10' | | ON 4 CONCRETE FOOTINGS | USCG / DOCK BOARD / ACTIVE | P255, P257 |
| 200 | METAL BUILDING | 4+34 | 20' X 20' | 15' | ON RAISED WOOD FRAME | USCG / DOCK BOARD / ACTIVE | P263 |
| 201 | CHILLER | 4+48 | 15' X 7' | | WATER COOLER UNIT FOR ENGINES | USCG / DOCK BOARD / ACTIVE | P261, P263 |
| 202 | METAL GUARD HOUSE | 0+14 | 6' X 6' | | ON SLAB | USCG / DOCK BOARD / ACTIVE | P301 |
| 203 | WOOD BUILDING | -5+86 | 30' X 20' | 10' | | USCG / DOCK BOARD / ACTIVE | P302 |
| 204 | CONCRETE BUILDING | -5+84 | 10'x10' | 8' | | USCG / DOCK BOARD / ACTIVE | P302 |
| 205 | BRICK BUILDING | 1+54 | 15' X 15' | ONE STORY | | USCG / DOCK BOARD / ACTIVE | P296, P299, P300 |
| 206 | CONCRETE SLAB WITH CONTAINERS | 25+20 | 40' X 40' | | TWO CONTAINERS AS OF 10 / 12 / 98 | USACE / DOCK BOARD / ACTIVE | P320 |

* - As-Built drawings for these structures, with varying amount of details, are available at the New Orleans District Office

3.   Pavements and Bulkheads.  Nearly the entire Coast Guard Area is paved with concrete or asphalt.  The bulkhead at the dock is timber with timber pile mooring facilities.  Drawings are not available for the bulkhead and mooring facilities but estimates can be made, within reasonable accuracy, to predict the cost to extract the piles and dispose of the material.

4.   Utilities.  The facilities are served by electricity, water, gas, and sewer facilities. Since drawings describing the utilities were not found, utility lines are not shown on the drawings; therefore, the construction specifications shall be crafted to require the demolition contractors to plough the ground to uncover and remove all underground utilities.  This will be done after all utility owners assure that all service to the area is stopped and any flammable substances evacuated from the lines.

NED-149-000004182

B.    Galvez Street Wharf

   1.   Description.  The Galvez Street Wharf is a concrete and timber dock with a large concrete and steel framed warehouse upon the dock.  There is a wide loading apron with two sets of railroad tracks on the canal side of the building and a loading apron/road and an adjacent set of railroad tracks on the landside.  The wharf is almost 2,500 feet long and is parallel to the IHNC.

   2.   Inventory of Facilities.  The following table is an inventory of facilities at the Galvez Street Wharf:

DEMOLITION INVENTORY  -  GALVEZ WHARF AREA

| NO | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 131* | CONCRETE DOCK WITH | 16+75  41+50 | 35' X 2475' | | | PORT OF N.O. / DOCK BOARD / ACTIVE | P214, P215, P216, P217, P218, P219, P220, P221, P222, P223, P225, P319 |
| | LARGE CAST IRON MOORING BITS @ 60' AVG. SPACING | 16+75  41+50 | | | TOTAL OF 50 ON DOCK / WHARF | PORT OF N.O. / DOCK BOARD / ACTIVE | P215, P216, P217, P219, P221, P225, P230 |
| | 2 SETS OF RAILROAD TRACKS ON WHARF | 16+75  41+50 | | | INACTIVE | PORT OF N.O. / DOCK BOARD / INACTIVE | P214, P217, P218, P219, P220, P221, P222, P223, P225, P226 |
| | TIMBER WALERS AND PILES ALONG WATER | 16+75  41+50 | | | | PORT OF N.O. / DOCK BOARD / ACTIVE | P225, P230 |
| 132 | CONCRETE WALLS WITH SAND - | 40+98 | 12' X 30' | 4' | TRAIN STOP | PORT OF N.O / DOCK BOARD / INACTIVE | P214, P217 |
| 133* | METAL BUILDING ON WHARF | 18+10  41+50 | 240' X 2340' | 25' | CONCRETE LOW WALLS STEEL TRUSS & WOOD DECK ROOF | PORT OF N.O / DOCK BOARD / ACTIVE | P107, P214, P215, P216, P218, P219, P220, P221, P222, P223, P224, P225, P228, P229, P230, P231, P232, P233, P234, P235, P236, P237, P238, P239, P240, P241, P311, P319 |
| 134 | ASPHALT PAVING | 17+56 | 140' X 200' | | | PORT OF N.O / DOCK BOARD / ACTIVE | P224 |
| 135* | CONCRETE FLOODWALL | 16+82 | | | BARBED WIRE FENCE ON TOP | PORT OF N.O / DOCK BOARD / ACTIVE | P311 |

NED-149-000004183

| NO | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 136 | 2 SETS OF RAILROAD TRACKS ON TRESTLE SOUTH OF WHARF | 12+75  16+75 | 400' X 30' | | - INACTIVE | PORT OF N.O / DOCK BOARD / INACTIVE | P226, P227 |
| | RIPRAP ALONG WATER'S EDGE UNDER TRESTLE | 12+75  16+75 | 400' X 25' | | GRANITE & CONCRETE STONES | PORT OF N.O / DOCK BOARD / INACTIVE | |
| | AND WALKWAY ON LAND SIDE OF TRESTLE | 12+75  16+75 | 400' X 15' | | | PORT OF N.O / DOCK BOARD / INACTIVE | P226, P227 |
| 137 | ROLLING STEEL FLOODGATE AND A HINGED RAILROAD FLOODGATE ON A FLOODWALL | 15+02  16+72 | | | | PORT OF N.O / DOCK BOARD / ACTIVE | P311 |
| 138 | CONCRETE SLAB | 17+70 | 80' X 120' | | | PORT OF N.O / DOCK BOARD / ACTIVE | |
| 139 | TALL POWER POLE WITH 3 TRANSFORMERS | 18+22 | | | ENTERGY OWNED | ENTERGY / DOCK BOARD / ACTIVE | P224, P311 |
| 140 | CONCRETE FLOODWALL | | | | "T" WALL | PORT OF N.O / DOCK BOARD / ACTIVE | P226, P227, P228, P229, P309, P310, P312, P314, P315 |
| 141* | METAL BUILDING | 15+92 | 50' X 150' | 25' | PORT / DOCK BOARD MAINT FACILITY / CLAIBORNE STOREROOM | PORT OF N.O. / DOCK BOARD / ACTIVE | P242, P243, P312 |
| 142 | RAILROAD SWITCH TRACK - INACTIVE | 15+02 | 250' X 30' | | RAILROAD SWITCH TRACK AT END OF TRESTLE | PORT OF N.O. / DOCK BOARD / ACTIVE | P227 |
| 143 | CONCRETE FLOODWALL | 16+82  39+ | | | NO FENCE ON TOP | PORT OF N.O. / DOCK BOARD / ACTIVE | P238, P239, P311 |
| 144 | CONCRETE LOADING DOCK | Along bldg | 2300' X 30' | | WITH SLAB OUT 30' FROM BLDG WALL | PORT OF N.O. / DOCK BOARD / ACTIVE | P231, P232, P238, P240, P241 |
| 145 | AREA WITH 1 SET OF RR TRACKS | Along bldg | 2300' X 30' | | ACTIVE | PORT OF N.O. / DOCK BOARD / ACTIVE | P232, P238, P239, P240, P241, P311 |
| 146 | CONCRETE RIPRAP | 40+28 | 50' X 10' | | | PORT OF N.O. / DOCK BOARD / ACTIVE | |
| 146A | PARTIALLY SUBMERGED DOLPHIN / CHANNEL MARKER IN CANAL | 41+60 | | | ACTIVE AS A CHANNEL MARKER | PORT OF N.O. / DOCK BOARD / ACTIVE | P230 |

NED-149-000004184

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 147 | CONCRETE FLOODWALL | 39+78 | | | | PORT OF N O / DOCK BOARD / ACTIVE | P232, P239, P240, P241 |
| 148 | ROLLING VEHICLE FLOODGATE | 31+32 | | | ON A FLOODWALL | PORT OF N O / DOCK BOARD / ACTIVE | P238, P239, P240 |
| | AREA BETWEEN GALVEZ WHARF AND THE COAST GUARD STATION | | | | | | |
| 149* | CONCRETE ROAD & PAVING | 12+70 - 17+04 | | | | U. S GOVMT. / DOCK BOARD / ACTIVE | P309, P310, P311, P312, P314, P315 |
| 149A* | COAST GUARD STORAGE AREA | 10+50 - 14+80 | 0 8 ACRES | | FENCED AREA WITH AGGREGATE SURFACING | U. S GOVMT. / DOCK BOARD / ACTIVE | P309, P310, P312, P314, P315 |
| 149B | FENCE - CHAIN LINK - 8' H | 10+33 - 15+04 | L=800' | 8' | | U. S GOVMT / DOCK BOARD / ACTIVE | |

* - As-Built drawings for these structures, with varying amount of details, are available at the New Orleans District Office.

3. <u>Pavements and Bulkheads</u>. Known pavements and bulkheads are as shown on the existing Galvez Street Wharf drawings.

4 <u>Utilities</u>. The Galvez Street Wharf utilities are shown on the available drawings. The utilities will be removed with the wharf. All utility owners will assure that all service to the wharf is stopped and any flammable substances evacuated from the lines prior to their removal.

C    <u>Industrial Area between Claiborne Avenue and Florida Avenue</u>.

1.    <u>Description</u>. The industrial area between Claiborne Avenue and Florida Avenue (hereinafter referred to as the Industrial Area) is a multi-use area where the land use has changed over the 75-year life of the area. An example is the Boland Marine area, the area nearest to Florida Avenue. Up until 15 years ago it was a major steel fabricating area  So much so, that anecdotal information indicates that part of the area is filled with a mixture of iron and steel shavings and filings. Some of the slabs are founded on this debris mixture. One can note that some slabs have a regular pattern of imbedded steel. These slabs were constructed by filling a depression in the ground with steel filings, then placing a foundation of timbers and steel beams to support a section of a ship or large framing  The frame was then filled with concrete. Also, at least one of the slabs was a foundation for a large punch / hammer machine. This slab is on deep piling and maybe one of the slabs in the vicinity of Station 73+00. The remainder of the area is a similar mix of abandoned buildings, slabs, overgrown areas, and current on-going activity all with few drawings to record the unseen nature of the facilities.

NED-149-000004185

2.   Inventory of Facilities.  The following Table is an inventory of facilities at the Industrial Area:

DEMOLITION INVENTORY - INDUSTRIAL AREA

| NO | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| A1 | PLOWABLE AREA (ALONG SUREKOTE ROAD) | | 21 ACRES | | | BOLAND / DOCK BOARD / INACTIVE | |
| 1 | CONCRETE SLAB | 81+01 | 65' X 100' | | ANCHOR SLAB | BOLAND / DOCK BOARD / INACTIVE | P129 |
| 2 | CONCRETE SLAB | 79+81 | 40' X 45' | | ELEVATED SLAB | BOLAND / DOCK BOARD / INACTIVE | |
| 3 | ELECTRICAL SERVICE | 80+33 | 6' W | 10' | ON POLES | BOLAND / DOCK BOARD / INACTIVE | P131 |
| 4 | DOCK ENTRANCE | 79+21 | 25' X 50' | | | BOLAND / DOCK BOARD / INACTIVE | P130, P133 |
| 4A | CONCRETE BERM | 70+00 - 80+00 | 1000' X 10' | 3' | BREAKWATER ALL ALONG BOLAND WATERFRONT | BOLAND / DOCK BOARD / ACTIVE | P103, P104, P105, P133, P145 |
| 5 | CONCRETE FOUNDATIONS | 79+01 | 25' X 12' | 2 @ 3' X 3' | ON SLAB | BOLAND / DOCK BOARD / INACTIVE | |
| 6 | METAL BLDG. ON SLAB | 78+33 | 70' X 70' | 35' | FULL OF PALLETS - QUONSET HUT TYPE | BOLAND / DOCK BOARD / INACTIVE | P123, P128 |
| 6A | METAL BLDG. ON SLAB | 78+91 | 50' X 50' | 25' | FULL OF PALLETS - ON CASTERS | BOLAND / DOCK BOARD / INACTIVE | P124, P127, P128 |
| 7 | METAL BLDG. ON SLAB | 76+67 | 125' X 80' | 28' | FULL OF PALLETS | BOLAND / DOCK BOARD / INACTIVE | P121, P122, P125, P132 |
| 7A | SLAB - PARTIALLY UNDER TWO BUILDINGS | 77 + 50 | 185 X 100 | | BUILDINGS # 6 & #6A ARE ON THIS SLAB | BOLAND / DOCK BOARD / INACTIVE | |
| 8 | CONCRETE SLAB | 77+56 | 40' X 20' | | HEAVY EQUIP. FDN. WITH STEEL IMBEDS | BOLAND / DOCK BOARD / INACTIVE | |
| 8A | CONCRETE SLAB | 77+58 | 20' X 20' | | HEAVY EQUIP. FDN. WITH STEEL IMBEDS | BOLAND / DOCK BOARD / INACTIVE | |
| 9 | CONCRETE SLAB | 77+09 | 60' X 40' | | HEAVY EQUIP. FDN. WITH STEEL IMBEDS | BOLAND / DOCK BOARD / INACTIVE | P137 |
| 10 | ELECTRICAL SERVICE | 77+73 | 12' W | 12' | ON STEEL SHELTER | BOLAND / DOCK BOARD / INACTIVE | P132 |
| 11* | METAL BLDG. ON PIERS | 76+31 | 60' X 40' | 26' | | BOLAND / DOCK BOARD / INACTIVE | P136, P137, P138 |
| 12 | DOCK ENTRANCE | 75+53 | 25' X 50' | | BARRELS OF TRASH ALONG DOCK | BOLAND / DOCK BOARD / INACTIVE | P103, P105, P134 |
| 13 | METAL BLDG. ON SLAB | 75+07 | 50' X 40' | 21' | FULL OF PALLETS / FORMER SUPPLY BLDG. | BOLAND / DOCK BOARD / INACTIVE | P139, P140, P141, P145 |

NED-149-000004186

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 14* | METAL BLDG. ON SLAB | 73+65 | 220' X 100' | 28' | FULL OF PALLETS | BOLAND / DOCK BOARD / INACTIVE | P117, P142, P145, P146, P147, P148, P149 |
| 15 | GUARD SHACK | 75+35 | 10' X 10' | 15' | ON SKID | BOLAND / DOCK BOARD / INACTIVE | |
| 16 | RAISED COVERED PLATFORM | 74+42 | 24' X 18' | 17' | | BOLAND / DOCK BOARD / INACTIVE | P143, P144 |
| 17 | METAL BLDG. ON SLAB | 75+83 | 25' X 12' | 6' | EMPTY BLDG. ON SLAB | BOLAND / DOCK BOARD / INACTIVE | P103, P105 |
| 18 | TANK ON CONC SLAB | 75+33 | 10' L X 5' DIA | | | BOLAND / DOCK BOARD / INACTIVE | P105, P134 |
| 19 | VALVE SITE | 75+25 | 5' X 5' | | 3 RISERS | BOLAND / DOCK BOARD / INACTIVE | |
| 20 | ELECTRICAL SERVICE | 75+33 | 8'W | 5' | | BOLAND / DOCK BOARD / INACTIVE | |
| 21 | METAL BLDG. ON SLAB | 74+93 | 35' X 20' | 15' | WITH 10' X 14' HVY EQUIP FDN - FORMER GENERATOR BLDG. | BOLAND / DOCK BOARD / INACTIVE | P102, P145 |
| 22 | WOOD FRAMED METAL SHED | 78+13 | 25' X 10' | 10' | FALLING DOWN / WITH ELECT. SERVICE PANELS | BOLAND / DOCK BOARD / INACTIVE | |
| 23* | METAL BLDG. ON SLAB | 73+83 | 60' X 30' | 20' | TRASH INSIDE / COULD NOT SEE INSIDE WELL | BOLAND / DOCK BOARD / INACTIVE | P108, P109 |
| 24 | STEEL FRAME DECK W/ PLATE | 74+19 | 12' X 8' | 4' | FORMER BOTTLE STORAGE | BOLAND / DOCK BOARD / INACTIVE | |
| 25 | RAISED STEEL FRAMED SLAB | 72+42 | 20' X 25' | 1' | EQUIPMENT SUPPORT FOUNDATION | BOLAND / DOCK BOARD / INACTIVE | |
| 26 | DOCK ENTRANCE | 72+05 | 25' X 50' | | BARRELS OF TRASH ALONG DOCK | BOLAND / DOCK BOARD / INACTIVE | P135 |
| 27 | WOOD FRAMED METAL SHED | 71+82 | 20' X 20' | 17' | TWO OLD COMPRESSORS INSIDE | BOLAND / DOCK BOARD / INACTIVE | P182, P183 |
| 28 | CONCRETE SLAB | 72+77 | 20' X 30' | | | BOLAND / DOCK BOARD / INACTIVE | |
| 29 | CONCRETE SLAB | 73+47 | 20' X 15' | | | BOLAND / DOCK BOARD / INACTIVE | |
| 30 | CONCRETE SLAB | 73+37 | 25' X 10' | | | BOLAND / DOCK BOARD / INACTIVE | |
| 31 | CONCRETE SLAB | 72+45 | 30' X 140' | | SMALL STEEL PLATES ON TOP OF SLAB | BOLAND / DOCK BOARD / INACTIVE | |
| 32 | ELECTRICAL SERVICE | 73+15 | 6' W | 8' | ON STEEL FRAME - WITH 7 OUTLET | BOLAND / DOCK BOARD / INACTIVE | |

Page 11

NED-149-000004187

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| | | | | | PANELS | | |
| 33 | CONCRETE RAMP | 71+42 | 15' X 45' | | | BOLAND / DOCK BOARD / INACTIVE | P183 |
| 34 | FENCE - CHAIN LINK - 8' H | 71+69 | 20' X 20' | | 6 TRANSFORMERS INSIDE - WINDINGS MISSING FROM TRANS. | BOLAND / DOCK BOARD / INACTIVE | |
| 35 | TRASH PILE | 71+29 | 30' X 30' | | APPLIANCES, SOME STEEL AND LARGE PUNCH EQUIPMENT | BOLAND / DOCK BOARD / INACTIVE | |
| 36* | METAL BLDG. ON SLAB | 70+71 | 150' X 100' | 40' | WAREHOUSE IN USE BY BOLAND MARINE | BOLAND / DOCK BOARD / ACTIVE | P184, P185, P307 |
| 37 | CONCRETE AREA - NOT A SLAB | 69+95 | 40' X 40' | | | BOLAND / DOCK BOARD / INACTIVE | |
| 38 | TRASH PILE | 70+64 | 10' X 10' | 6' | LUMBER | BOLAND / DOCK BOARD / INACTIVE | |
| 39 | TRASH PILE | 70+37 | 7' X 7' | | HEAVY STEEL / LARGE GATE VALVES | BOLAND / DOCK BOARD / INACTIVE | |
| 40 | STEEL BARGE | 71+63 | 40' X 80' | | MOSTLY SUNKEN | BOLAND / DOCK BOARD / INACTIVE | |
| 40 A | HORIZONTAL STEEL TANK | 71 + 70 | 4' DIA X 12' LG | | PROBABLY AN AIR RECEIVER | BOLAND / DOCK BOARD / INACTIVE | P106 |
| 41 | WOOD FRAMED SHED | 71+81 | 4' X 25' | 8' | ELECTRICAL EQUIPMENT SHED | BOLAND / DOCK BOARD / INACTIVE | |
| 41A | FENCE - CHAIN LINK - 8' H | 47+37 – 81+69 | L = 3630' | 8' | | BOLAND / DOCK BOARD / INACTIVE | |
| 42 | METAL FRAMED PLATED RAMP | 72 + 00 | 12' X 8' | | | BOLAND / DOCK BOARD / INACTIVE | |
| 42 A* | DOCK / JOURDAN AVE WHARF | 71+63 79+65 | 805' X 30' | | 7 LIGHT POLES, HEAVY MOORING BITS, 25 DRUMS, PIPE & TIMBER | BOLAND / DOCK BOARD / INACTIVE | P103, P106, P130, P133, P134, P135 |
| 43 | BULKHEAD | 69+32 – 70+08 | L = 290' | | | BOLAND / DOCK BOARD / INACTIVE | |
| 44 | SLAB W / TANK | 68+93 | 12' X 20' | | ACTIVE W 4' H. FENCE AROUND | McDONOUGH / DOCK BOARD / ACTIVE | |
| 45* | WOOD BUILDING - OFFICE | 67+37 | 60' X 80' | 30' | | McDONOUGH / DOCK BOARD / ACTIVE | P207, P209, P307 |
| 46 | STEEL CARPORT | 68+41 | 90' X 16' | 8' | OLD BARGE COVERS | McDONOUGH / DOCK BOARD / ACTIVE | |
| 47 | METAL BLDG. ON SLAB | 67+63 | 75' X 25' | 15' | WAREHOUSE IN USE BY McDONOUGH MARINE | McDONOUGH / DOCK BOARD / ACTIVE | P110 |

NED-149-000004188

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 48 | STEEL CARPORT | 67+83 | 70' X 16' | 8' | OLD BARGE COVERS | McDONOUGH / DOCK BOARD / ACTIVE | |
| 49 | STEEL CARPORT | 65+69 | 110' X 16' | 8' | OLD BARGE COVERS | McDONOUGH / DOCK BOARD / ACTIVE | P212 |
| 50 | CONCRETE SLAB | 69+75 | 15' X 50' | | | McDONOUGH / DOCK BOARD / ACTIVE | |
| 51 | STEEL SHELTER | 68+81 | 24' X 30' | 10' | | McDONOUGH / DOCK BOARD / ACTIVE | |
| 52 | STEEL BUILDING | 68+55 | 20' X 30' | 10' | | McDONOUGH / DOCK BOARD / ACTIVE | P208, P213 |
| 53 | STEEL BUILDING | 68+55 | 20' X 30' | 15' | | McDONOUGH / DOCK BOARD / ACTIVE | P112, P208, P213 |
| 54 | OLD CRANE | 68+85 | 15' X 15' | | INOPERABLE | McDONOUGH / DOCK BOARD / INACTIVE | P112 |
| 55 | TRASH PILE AND ABANDONED SHELTER | 69+19 | 25' X 50' | | HEAVY STEEL & DEBRIS | McDONOUGH / DOCK BOARD / ACTIVE | P213 |
| 55A | BULKHEAD | 66+12 – 69+32 | L = 320' | | | McDONOUGH / DOCK BOARD / ACTIVE | |
| 56 | STEEL SHELTER | 67+87 | 50' X 35' | 10' | ON STEEL PLATEN | McDONOUGH / DOCK BOARD / ACTIVE | |
| 56 A | HEAVY STEEL PLATEN | | 30' X 50' | 16" | | McDONOUGH / DOCK BOARD / ACTIVE | |
| 57 | PILE OF TIMBERS | 67+87 | 10' X 15' | 4' | | McDONOUGH / DOCK BOARD / ACTIVE | |
| 58 | STEEL BUILDING WITH TANK | 67+41 | 30' X 8' | 14' | ON SKID | McDONOUGH / DOCK BOARD / ACTIVE | |
| 59 | STACK OF 3 OLD STEEL BARGES | 67+29 | 40' X 15' | 12' | WITH 2 - 2' SQ X 40' STEEL SPUDS | McDONOUGH / DOCK BOARD / ACTIVE | P210, P211 |
| 60 | WOOD BUILDING | 66+83 | 20' X 20' | 12' | | McDONOUGH / DOCK BOARD / ACTIVE | P111, P210 |
| 61 | TANK ON CONC SLAB | 66+97 | 3' X 8' ON 10'x15' SLAB | | WITH 4' H CHAIN LINK FENCE | McDONOUGH / DOCK BOARD / ACTIVE | P111 |
| 62 | STEEL SHELTER | 67+03 | 20' X 20' | | OVER WASTE OIL SKID | McDONOUGH / DOCK BOARD / ACTIVE | P210 |
| 63 | METAL BUILDING | 67+03 | 12' X 12' | 10' | W / WOOD FRAME | McDONOUGH / DOCK BOARD / ACTIVE | P210 |
| 64 | STEEL SHELTER SKID | 65+95 | 30' X 16' | | W / 2 TANKS - GAS AND PAINT THINNER | McDONOUGH / DOCK BOARD / ACTIVE | |
| 65 | OLD TRUCK | 65+95 | | | INOPERABLE | McDONOUGH / DOCK BOARD / INACTIVE | P212 |
| 66 | STEEL SHELTER OVER STEEL SKID | 66+15 | 16' X 20' | | LG. AIR COMPRESSOR & FUEL TANK | McDONOUGH / DOCK BOARD / ACTIVE | |

NED-149-000004189

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| | | | | | & FUEL TANK ON SKID | ACTIVE | |
| 67 | TRASH PILE | 65+57 | 25' X 25' | 4' | WOOD AND STEEL DEBRIS | INDIAN TOWING / DOCK BOARD / INACTIVE | |
| 68 | ELECTRICAL SERVICE | 66+27 | 4' W | 3' | ON POWER POLE | McDONOUGH / DOCK BOARD / ACTIVE | P212 |
| 69 | FIBERGLASS BOAT | 65+48 | 24'LG | | OLD EUROPEAN - MADE LIFEBOAT | INDIAN TOWING / DOCK BOARD / INACTIVE | |
| 70 | STEEL BUILDING | 65+57 | 12' X 12' | 8' | STEEL BOX FROM A SHIP ON A SKID | INDIAN TOWING / DOCK BOARD / INACTIVE | |
| 71 | STACKS OF BARGE COVERS & WASTE TIMBERS | 65+49 | 35' X 100' | | STEEL BARGE COVERS & TIMBER CRANE MATS | McDONOUGH / DOCK BOARD / ACTIVE | |
| 72 | STEEL CONTAINER | 65+29 | 40' X 10' | 9' | | INDIAN TOWING / DOCK BOARD / INACTIVE | |
| 73 | CONCRETE SLAB | 64+90 | 40' X 80' | | | INDIAN TOWING / DOCK BOARD / INACTIVE | |
| 74 | CONCRETE BLOCK BUILDING WITH SLAB | 64+21 | 110' X 60' | 19' | PRECAST CONCRETE ROOF | INDIAN TOWING / DOCK BOARD / INACTIVE | P186, P187, P193, P308 |
| 75 | METAL BUILDING | 63+83 | 20' X 80' | 13' | | INDIAN TOWING / DOCK BOARD / INACTIVE | P189, P308 |
| 76 | METAL BUILDING | 63+27 | 90' X 80' | 35' | | INDIAN TOWING / DOCK BOARD / INACTIVE | P188, P191, P192, P308 |
| 77 | CONCRETE SLAB | 64+05 | 80' X 100' | | | INDIAN TOWING / DOCK BOARD / INACTIVE | |
| 78 | CRANE | 62+89 | | | A - FRAME SHAPE - MISSING BOOM | INDIAN TOWING / DOCK BOARD / INACTIVE | P190 |
| 79 | CONCRETE SLAB | 62+73 | 15' X 65' | | | INDIAN TOWING / DOCK BOARD / INACTIVE | |
| 80 | CONCRETE RAMP | 63+74 | 25' X 45' | | FOR INACTIVE LOADING DOCK | INDIAN TOWING / DOCK BOARD / INACTIVE | P193 |
| 81 | CONCRETE SLAB | 63+74 | 25' X 30' | | TO INACTIVE LOADING DOCK | INDIAN TOWING / DOCK BOARD / INACTIVE | P193 |
| 82 | NUMEROUS STEEL BARGES | 54+14 57+08 | total:30' x 350' | | PARTIALLY SUNKEN | SAUCER MARINE / DOCK BOARD / INACTIVE | P116, P118, P119 |
| 83 | STEEL SHELTER OVER STEEL FRAME | 54+73 | 24' X 24' | | FALLING DOWN | SAUCER MARINE / DOCK BOARD / INACTIVE | P115 |

NED-149-000004190

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 83A | HORIZONTAL STEEL TANK | 54+75 | 5' DIA X 12' LG | | MARKED 1075 | SAUCER MARINE / DOCK BOARD / INACTIVE | P120 |
| 84 | CONCRETE SLAB | 54+67 | 15' X 10' | | LARGE PILE OF SAND NEAR SLAB | SAUCER MARINE / DOCK BOARD / INACTIVE | |
| 84A | SAND AND DEBRIS WASTE PILE | 54 + 00 | 7000 SQ FT. | 6' - 7' | PROBABLY SPENT BLASTING SAND & OTHER DEBRIS | SAUCER MARINE / DOCK BOARD / INACTIVE | |
| 84B | SAND AND DEBRIS WASTE PILE | 54 + 00 | 3000 SQ FT. | 6' - 7' | PROBABLY SPENT BLASTING SAND & OTHER DEBRIS | SAUCER MARINE / DOCK BOARD / INACTIVE | |
| 85 | 6 POWER POLES | 53+83 | | | WITH TRANSFORMERS ON POLES AND EMPTY TRANS. CANS ON GROUND | SAUCER MARINE / DOCK BOARD / INACTIVE | P115 |
| 86" | METAL BUILDING | 53+35 | 90' X 40' | 20' | INACTIVE WORKSHOP ON ELEVATED SLAB / SOME OFFICE TRASH | SAUCER MARINE / DOCK BOARD / INACTIVE | P115, P202, P203, P303, P318 |
| 87 | STEEL RAMP | 53+83 | 10' X 25' | | ADJACENT TO SHOP BUILDING | SAUCER MARINE / DOCK BOARD / INACTIVE | |
| 88 | CONCRETE SLAB | 53+77 | 25' X 50' | | | SAUCER MARINE / DOCK BOARD / INACTIVE | |
| 89 | CONCRETE SLAB | 54+03 | 25' X 35' | | | SAUCER MARINE / DOCK BOARD / INACTIVE | |
| 90 | CONCRETE SLAB | 53+85 | 20' X 25' | | | SAUCER MARINE / DOCK BOARD / INACTIVE | |
| 91 | GUARD SHACK | 53+29 | 10' X 8' | 19' | WOOD BUILDING ON STEEL FRAME | SAUCER MARINE / DOCK BOARD / INACTIVE | P169 |
| 92 | CONCRETE BARGE | 51+99 54+11 | 260' X 50' | | PARTIALLY SUNKEN | SAUCER MARINE / DOCK BOARD / INACTIVE | P165, P204, P205 |
| 93 | METAL BUILDING ON CONC BARGE | 53+68 | 70' X 20' | 12' | | SAUCER MARINE / DOCK BOARD / INACTIVE | P164, P205, P303 |
| 94 | STEEL BARGE | 53+55 | 140' X 40' | | PARTIALLY SUNKEN | SAUCER MARINE / DOCK BOARD / INACTIVE | P101, P165 |
| 95 | STEEL BARGE | 52+12 | 130' X 30' | | PARTIALLY SUNKEN | SAUCER MARINE / DOCK BOARD / INACTIVE | P165, P204 |
| 96 | STEEL RAMP | 52+69 | 15' X 25' | | REMOVED AS OF 7 / 1 / 98 | SAUCER MARINE / DOCK BOARD / INACTIVE | P205 |

NED-149-000004191

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 97 | STEEL TANK | 51+89 | 3' X 14' | | REMOVED AS OF   7/1/98 | SAUCER MARINE / DOCK BOARD / INACTIVE | P204 |
| 98 | CONCRETE SLAB | 53+85 | 15' X 15' | | | SAUCER MARINE / DOCK BOARD / INACTIVE | |
| 99 | CONCRETE SLAB | 52+29 | 25' X 35' | | | SAUCER MARINE / DOCK BOARD / INACTIVE | |
| 100 | DOUBLE TRAILER OFFICE ON STEEL PILES ON CONCRETE FOUNDATIONS | 51+72 | 70' X 30' | 20' | ONLY THE CONCRETE FOOTINGS REMAIN AS OF 7/1/98 | SAUCER MARINE / DOCK BOARD / INACTIVE | P168, P197, P198 |
| 101 | ELECTRICAL SERVICE | 51+53 | 5' X 5' | 4' | BOX SURROUNDED BY 4 BOLLARDS | SAUCER MARINE / DOCK BOARD / INACTIVE | |
| 102 | STEEL BARGE | 50+97 | 170' X 30' | | PARTIALLY SUNKEN | SAUCER MARINE / DOCK BOARD / INACTIVE | P167, P304 |
| 102A | STEEL BARGE | 48+00 | APPROX. 175' X 35 | | PARTIALLY SUNKEN | SAUCER MARINE / DOCK BOARD / INACTIVE | P165 & P167 |
| 103 | CYLINDRICAL TANK | 50+41 | 8' DIA | 18' | VERTICAL BULK SAND HANDLING TANK WITH PILES OF SAND AROUND | SAUCER MARINE / DOCK BOARD / INACTIVE | P165, P168, P304 |
| 104 | METAL BUILDING, WORKSHOP ON SLAB | 49+84 | 60'x40' | 14' | ADJACENT TO LARGE PUNCH EQUIPMENT | SAUCER MARINE / DOCK BOARD / INACTIVE | P199, P201, P304 |
| 105 | CONCRETE SLAB | 49+84 | 60'x40' | | WITH FRAME FOR AN OVERHEAD CRANE | SAUCER MARINE / DOCK BOARD / INACTIVE | P199, P201 |
| 106 | LARGE CAST IRON PUNCH EQUIPMENT | 49+88 | | | HYDRAULIC / ON SLAB NEXT TO METAL BUILDING | SAUCER MARINE / DOCK BOARD / INACTIVE | P199, P201 |
| 107 | WOOD FRAMED METAL BUILDING | 47+75 | 40' X 30' | 14' | OLD HORSE SHED | SAUCER MARINE / DOCK BOARD / INACTIVE | P113, P200 |
| 108 | ELEV. SLAB W/ BLOCK WALL BELOW | 46+89 | 130' X 50' | 4' | # 111 SHELTER ABOVE | INT'L. TANK / DOCK BOARD / INACTIVE | P194, P195, P196, P318 |
| 109 | CONCRETE SLAB | 47+15 | 30' X 30' | | BLASTING MEDIA ON AND AROUND SLAB | INT'L. TANK / DOCK BOARD / INACTIVE | |
| 110 | CONCRETE SLAB | 46+79 | 30' X 40' | | BLASTING MEDIA ON AND AROUND SLAB | INT'L. TANK / DOCK BOARD / INACTIVE | |
| 111 | METAL SHELTER | 46+15 | 60' X 70' | | ON FAILED STEEL FRAME | INT'L. TANK / DOCK BOARD / INACTIVE | P196, P318 |
| 112 | CONCRETE SLAB | 44+55 | 85' X 160' | | BLASTING MEDIA ON AND AROUND SLAB | INT'L. TANK / DOCK BOARD / INACTIVE | P196, P318 |

Page 16

NED-149-000004192

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 113 | CONCRETE SLAB | 46+27 | 30' X 30' WITH 15' X 15' L | | | INT'L. TANK / DOCK BOARD / INACTIVE | |
| 114 | CONCRETE SLAB | 58+15 | 30' X 40' | | AROUND SEWER LIFT STATION W / FENCE | S & W B / DOCK BOARD / ACTIVE | P206 |
| 115 | CYLINDRICAL TANKS | 62+23 | 5' X 30' | | TANKS REMOVED AS OF   7 / 1 / 98 | MAYER YACHT / DOCK BOARD / ACTIVE | P159 |
| 116 | CONTAINMENT AREA WITH CYLINDRICAL TANKS | 62+31 | AREA @ 35' X 85' TANKS @ 8' DIA | | TANKS REMOVED AS OF   7 / 1 / 98 | MAYER YACHT / DOCK BOARD / ACTIVE | P159, P160 |
| 117 | METAL BUILDING | 62+35 | 60' X 35' | 17' | FORMER STORE - SLAB PROTRUDES 25' SOUTH - STORAGE USE | MAYER YACHT / DOCK BOARD / ACTIVE | P161, P162, P163 |
| 118 | METAL BUILDING | 61+64 | 60' X 40' | 22' | STORAGE FOR PAINT AND OTHER MATERIALS | MAYER YACHT / DOCK BOARD / ACTIVE | P171, P172 |
| 119 | METAL BUILDING | 61+11 | 50' X 50' | 27' | STORAGE FOR PAINT AND OTHER MATERIALS | MAYER YACHT / DOCK BOARD / ACTIVE | P173, P174, P306 |
| 120 | CONCRETE SLAB | 61+27 | 100' X 120' | | | MAYER YACHT / DOCK BOARD / ACTIVE | P170 |
| 121 | STEEL A-FRAME CRANE | 60+97 | | + 40' | | MAYER YACHT / DOCK BOARD / ACTIVE | P170 |
| 122 | METAL BUILDING | 61+55 | 40' X 50' | 17' | LOCKED STORAGE - COULD NOT SEE INSIDE | MAYER YACHT / DOCK BOARD / ACTIVE | P155, P156 |
| 123 | METAL BUILDING | 61+19 | 20' X 60' | 12' | LOCKED STORAGE - COULD NOT SEE INSIDE | MAYER YACHT / DOCK BOARD / ACTIVE | P154, P157 |
| 124 | METAL BUILDING | 60+45 | 80' X 100' | 40' | FORMER BLAST BUILDING - CURRENTLY USED FOR STORAGE | MAYER YACHT / DOCK BOARD / ACTIVE | P150, P151, P152, P153, P158 |
| 125 | CONCRETE SLAB | 60+35 | 240' X 80' | | | MAYER YACHT / DOCK BOARD / ACTIVE | |
| 125A* | DRY DOCK | 59+75 | 55' X 80' | | | MAYER YACHT / DOCK BOARD / ACTIVE | P175, P176, P305, P306 |
| 126* | METAL SHELTER ON STEEL FRAME | 59+72 | 50' X 80' | | COVERED BOAT SLIPS | MAYER YACHT / DOCK BOARD / ACTIVE | P177, P178, P181, P305, P306 |
| 126A* | TRIPOD CRANE | 58+10 | 25' X 10' | 30' | | MAYER YACHT / DOCK BOARD / ACTIVE | P178, P306 |

NED-149-000004193

| NO. | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS | LATEST LESSEE, OWNER & ACTIVITY | RELATED PHOTO(S) |
|---|---|---|---|---|---|---|---|
| 127 | STEEL HOPPER | 59+89 | 6' x 6' | 25' | SAND PILES AROUND | MAYER YACHT / DOCK BOARD / INACTIVE | P150 |
| 128 | METAL STRUCTURE ON STEEL FRAME | 59+91 | 6' x 6' | | SAND PILES AROUND | MAYER YACHT / DOCK BOARD / INACTIVE | P150 |
| 129 | WOOD FRAME OFC BLDG ON PILES | 58+84 | 50' x 20' | | CONTAINER TO THE SOUTH | MAYER YACHT / DOCK BOARD / ACTIVE | P180 |
| 130 | STEEL CONTAINER AND 2 OLD TRUCKS | 58+85 | CONT. 10' X 20' & 2 15' X 6' TRUCKS | 8' | | MAYER YACHT / DOCK BOARD / ACTIVE | |
| | EAST SIDE OF IHNC / ON THE PROTECTED SIDE OF THE FLOODWALL | | | | | | |
| 130A | METAL BUILDING | 40+75 | 50' X 100 | 20' | | CITY OF NEW ORLEANS / DOCK BOARD / ACTIVE | P316, P317 |

* - As-Built drawings for these structures, with varying amount of details, are available at the New Orleans District Office

3.   Pavements and Bulkheads.  The absence of drawings makes the entire Industrial Area suspect.  It appears to be one improvement laid down on another.  What is shell or gravel surfacing now may cover concrete or asphalt.  The bank along the Surekote Road/Jourdan Road Wharf is mounded up, rounded, and covered with concrete.  There are pieces of steel scraps and steel plates showing through the concrete.  There is anecdotal data that indicates that the bank was filled with steel filings and scrap from the metal fabrication use of the area, then covered with concrete.  The Industrial Area will be plowed five feet deep after all visible slabs, paving, and facilities are removed to reveal any structures or hard paving that must be removed before the area is dredged.

4.   Utilities.  Utility company drawings are available, but are not considered reliable to determine locations of abandoned buried utilities.  The various utility companies will ensure that all service is stopped before the area is demolished and that all hazardous material is evacuated from the lines.  Then the plowing, described in paragraph 3 above, will reveal such abandoned lines.

NED-149-000004194