# EXHIBIT 19

May 2003

# NFAATT Submittal Report – Saucer Marine Inner Harbor Navigation Canal – East Bank Industrial Area New Orleans, Louisiana

Prepared For



**US Army Corps of Engineers**

**New Orleans District**

Under Contract to
U.S. Army Corps of Engineers-Tulsa District
Total Environmental Restoration Contract
DACA56-94-D-0021    Task Order #0026

AI-1398

By:





BEA Exhibit 38

NCS-022-000000024

154901418

NO FURTHER ACTION AT THIS TIME – SAUCER MARINE
INNER HARBOR NAVIGATION CANAL- EAST BANK INDUSTRIAL AREA

**Table 2: Saucer Marine Excavation Information**

| Excavation Areas | Boreholes/ Bank Locations Excavated | *Dates Excavation Completed | Horizontal Extent of Excavation | Vertical Excavation Maximum Depth (ft) | **Calculated Excavation Volume (cubic yards) |
|---|---|---|---|---|---|
| Area 1 | 17G | 06/06/02 | 75 x 37 | 8.5 | 1358.33 |
|  | 17G- E-W | 10/31/02 | 75 x 15 | 5 |  |
|  | 17G- N-S | 10/31/02 | 40 x 27 | 5 |  |
| Area 2 | 20F | 06/11/02 | 16 x 22 | 7 | 105 |
| Area 3 | 23F | 06/21/02 | 10 x 10 | 6 | 22 |
| Area 4 | 26H | 06/19/02 | 18 x 18 | 7 | 84 |
| Area 5 | 30G, 30H, 30I E-W | 01/14/03 | 120 x 155 | 13 | 9488.89 |
|  | 30G, 30H, 30I N-S | 01/15/03 | 80 x 30 | 6 |  |
| Area 6 | 31E | 06/20/02 | 23 x 29 | 8 | 198 |
| Area 7 | 32D | 06/18/02 | 13 x 11 | 8 | 42 |
| Area 8 | 33I Phase 1 | 10/15/02 | 75 x 65 | 4 | 818.52 |
|  | 33I Phase 2 | 03/07/03 | 50 x 13 | 4 |  |
| Area 9 | 22H | 08/23/02 | 120 x 45 | 6 | 2000 |
| Area 10 | 27H & 28(A) | 02/18/03 | 50 x 57 | 3 | 791.67 |
|  | 27H & 28(B) | 02/18/03 | 45 x 57 | 5 |  |
| Area 11 | Bank #14 Phase 1 | 01/08/03 | 21 x 16 | 7 | 115.11 |
|  | Bank #14 Phase 2 | 02/03/03 | 21 x 9 | 4 |  |
| Area 12 | Bank # 15 Phase 1 | 12/05/02 | 135 x 30 | 5.5 | 1085 |
|  | Bank # 15 Phase 2 | 12/5/02 | 135 x 13 | 4 |  |
| Area 13 | Bank # 16 Phase 1 | 12/09/02 | 108 x 28 | 4.5 | 712 |
|  | Bank # 16 Phase 2 | 12/09/02 | 108 x 13 | 4.0 |  |
| Area 14 | Bank # 17 Phase 1 |  |  | 5.25 | 1643.85 |
|  | Bank # 17 Phase 1 | 12/17/02 | 139 x 26.25 | 6 |  |
|  | Bank # 17 Phase 2 | 12/17/02 | 60 x 50 | 4 |  |
|  |  | 12/17/02 | 139 x 13 |  |  |
| Area 15 | 25F | 05/05/03 | 80x55 | 12 | 1800 |
| Area 16 | Bank #18 | Not excavated | Not Excavated | Not Excavated | Not Excavated |

*Date field coordinator signed off on the excavation sheet.

** Taken from excavation sheets or calculated from excavation dimensions.

Washington Group International, Inc.
(504) 947-5900

Page 22
May 2003

NCS-022-000000054

154901448



NCS-022-000000073

154901467