# EXHIBIT 20

| INSPECTORS QUALITY ASSURANCE REPORT (QAR)<br><br>**DAILY LOG OF CONSTRUCTION – CIVIL**<br>(ER 415-1-302) | THE QCR WILL BE ATTACHED TO OR FILED WITH THE QAR |
|---|---|
| | **REPORT NUMBER**<br>248 |

| TO: RESIDENT ENGINEER        COPY TO: CEMVN-CD-QM (Guillory)<br>EBIA, IHNC  Remediation | **DATE**<br>Tuesday, 18 December 2001 |
|---|---|
| PROJECT: East Bank Industrial Area, Inner Harbor Navigational Canal, Remediation | **CONTRACT NUMBER**<br>DACA56-94-D-0021 |
| CONTRACTOR (OR HIRED LABOR)<br>Washington Group International, Federal Projects Division | **WEATHER**<br>Cloudy |

| PORTION OF SCHEDULED DAY SUITABLE FOR OPERATIONS | | | | | TEMPERATURE | |
|---|---|---|---|---|---|---|
| SAMPLING | DEMOLITION LAND | DISPOSAL | DEMOLITION MARINE | | MINIMUM | MAXIMUM |
| 100 % | 100 % | 100 % | N/A | | 54 deg F | 63 deg F |

| HAS ANYTHING DEVELOPED ON THE WORK WHICH   [ X ] NO   [ ] YES (Explain)<br>MIGHT LEAD TO A CHANGE ORDER OR FINDING OF FACT? | 24 HOUR PRECIPITATION | |
|---|---|---|
| | INCHES<br>0.00" | ENDING<br>2400 |

| NUMBER OF GOVERNMENT EMPLOYEES | | | | | | CANAL GAUGE | |
|---|---|---|---|---|---|---|---|
| SUPERVISORY | OFFICE | LAYOUT | INSPECTION | TOTAL | LABOR | FEET | TIME |
| 0- 0 | 2- 16 | 0- 0 | 1- 08 | 3- 24 | 0-0 | NA | 0700 |

| NUMBER OF CONTRACTOR'S EMPLOYEES | | | | NUMBER OF SHIFTS | | X | 1 | | 2 | | 3 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERVISORY | SKILLED | LABORERS | TOTAL | FROM | TO | FROM | TO | | FROM | | TO | |
| - | - | - | See CQC | 0700 | 1700 | | | | | | | |

CONTRACTOR/SUBCONTRACTORS AND AREAS OF RESPONSIBILITIES FOR WORK PERFORMED TODAY

a. WGI Federal Projects Division(Prime) – Project Management; Site Work

b. Hamp's(Sub) – Demolition

c. McDonald(Sub) – Grid Trenching

WORK PERFORMED TODAY   (Indicate location and description of work performed  Refer to work performed by prime and/or subcontractors by letter in Table above)

**A:** Performed job-site management, monitored safety controls, performed noise and air monitoring, performed housekeeping, and removed debris from Boland Marine wharf.
**B:** Drove sheetpile for constructing cofferdam for removing concrete foundation #004 at Boland Marine, and degraded area around sheetpile cofferdam.
**C:** Performed grid trenching at Saucer Marine.

Days of no work and reasons for same
There has been no lost time since the start date of 2 January 2001.      Time Elapse: 351 days

Information on progress of work, causes for delays and extent of delays, Plant, material, etc
Progress is on schedule.
Refer to the most recent cost schedule report for accurate percentage complete.

**EN FORM 2538-2, AUG. 89 (CIVIL)**        This form, together with ENG  Form 2538-1, Aug, 89,<br>replaces<br>ENG  Form 2538, Dec  87, which is obsolete        (Proponent· CEMP-CE)

NCS-087-000000195

CQC INSPECTION PHASES ATTENDED AND INSTRUCTIONS GIVEN

**FOLLOW–UP – SITE WORK:** No instructions given.
**FOLLOW–UP – EXCAVATION AND DEMOLITION OF CONCRETE FOUNDATIONS:** No instructions given.
**FOLLOW–UP – GRID TRENCHING:** No instructions given.

RESULTS OF QA INSPECTIONS AND TESTS, DEFICIENCIES OBSERVED, ACTIONS TAKEN AND CORRECTIVE ACTION OF CONTRACTOR

**FOLLOW–UP – SITE WORK:** Observed contractor's personnel performing housekeeping, and clearing debris from wharf at Boland Marine. Assured housekeeping is adequate and debris is stockpiled for loadout at Boland Marine. No deficiencies observed.
**FOLLOW–UP – EXCAVATION AND DEMOLITION OF CONCRETE FOUNDATIONS:** Observed sub's Linkbelt LS418 crane driving sheet piling with vibratory hammer for constructing cofferdam around concrete foundation #004 at Boland Marine, and PC400 excavator degrading area outside of sheetpiling. Assured sheetpile alignment is correctly laid out according to contractor's approved drawing #005. Assured foreman is checking proper sheetpile spacing and alignment on template, and using 4' carpenter's level for plumbness. PC400 excavator positioning sheetpile for crane to lift and install. Experiencing harder driving last 5'-8' using vibratory hammer. Observed hair pin hammer used to drive pair of sheet piling. Sub informed WGI that they are attempting to located heavier vibratory hammer due to driving conditions. Observed welder fabricating struts and walers according to approved drawings. Observed PC400 excavator degrading area north and west of sheetpile cofferdam to approx. el-2.0. No deficiencies observed.
**FOLLOW–UP – GRID TRENCHING:** Observed sub's PC220 excavator performing 1700LF grid trenching east of mounds at Saucer Marine and stockpiling debris. Assured excavator is excavating north-south trenches 2' wide and 5' deep. Assured obstructions were identified, marked, and recorded by QC mgr. Verified obstructions consisting of timbers, trash, cables, PVC pipe were mostly located in trench closest to mound as shown on map attached to CQC report. Assured trenches were measured upon completion of excavation. No deficiencies observed.

VERBAL INSTRUCTIONS GIVEN TO CONTRACTOR: (Include names, reactions and remarks)
None.

CONTROVERSIAL MATTERS IN DETAIL
None

INFORMATION, INSTRUCTIONS OR ACTIONS TAKEN NOT COVERED IN QCR REPORT OR DISAGREEMENTS
None.

REMARKS   (Include visitors to project and miscellaneous remarks pertinent to work)

| NAME | DESIGNATION | HOURS AT SITE | DUTIES |
|------|-------------|---------------|--------|
| Clouatre | Construction Rep. | 8 hrs | QAR |
| Ariatti | Project Engineer | 8 hrs | QAR |
| Montegut | Team Leader | 8 hrs | QAR |

SAFETY  (Include any infractions of approved safety plan, safety manual or instructions from Government personnel  Specify protective action taken)

**ENVIRONMENTAL:**
Assured tractor is not leaking fuel or oil.
**SAFETY:**
Assured welder is wearing welding shield, hard hat, adequate leg, arm and hand protection, and safety shield when welding on beams for constructing cofferdam.

| INSPECTOR'S SIGNATURE | DATE | SUPERVISOR'S INITIALS | DATE |
|-----------------------|------|-----------------------|------|
| Alvin Clouatre III | 19 Dec 2001 | *Jam* | 1/9/02 |

NCS-087-000000196

**Washington Group International**

| Report No: | **248** |
|---|---|
| Day of Week | **Tuesday** |
| Date: | **December 18, 2001** |
| Page: | **1   of   3** |

## DAILY QUALITY CONTROL REPORT

| US Army Corps of Engineers - New Orleans District | | Project Name: | **IHNC** |
|---|---|---|---|
| Contract No.   DACA56-94-D-0021 | | Project No: | **4423** |
| Task Order No:   0026 | | Project Location: | New Orleans, LA |
| Weather:   Cloudy with rain | | | |

Temperature:   High:   63   Low:   54
Precipitation:   0
Site Conditions:   Wet
Lost Time Due to Inclement Weather:   0

Section 1:  Prime Contractor/Subcontractors and Areas of Responsibility/Labor Count:

| PRIME CONTRACTOR | | | | | | | |
|---|---|---|---|---|---|---|---|
| **WGI** | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification | |
| | | | Program Manager | 1 | 8 | Subcontracts Admin. | |
| | 1 | 9 | Project Manager | | | Business Clerk | |
| | 1 | 9 | Construction Manager | 2 | 17 | Field Coordinators | |
| | 1 | 8 | Project Secretary | | | Field Engineer | |
| | 1 | 8.5 | CSSHO | | | QC Clerk | |
| | 1 | 5.5 | Quality Control System Manager | 1 | 8 | Cost/Scheduler | |
| | | | Business Manager | | | Project Controls Mgr | |
| | 1 | 10 | Environmental Manager | | | Regulatory Specialist | |
| | 1 | 8 | Waste Specialist | | | Chemist | |
| | | | Sampling Coordinator | | | Sampling Technicians | |
| | 1 | 8 | Site Foreman | 2 | 16 | Environmental Tech | |
| | | | Hazmat Techs | 1 | 0 | DGPIS/GIS Tech | |
| **OTHERS** | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification | |
| | Forte | 3 | 24 | Security | | | |
| | Shav-Whit | 2 | 18 | Supervisor | | | |
| | Shav-Whit | 1 | 9 | Foreman | | | |
| | Shav-Whit | 1 | 9 | Operator | | | |
| | Shav-Whit | 3 | 27 | Laborer | Envirocon | 1 | 9 | Project Manager |
| | Shav-Whit | 1 | 9 | Welder | Envirocon | 1 | 9 | Operator/Supervisor |
| | McDonald | 1 | 8 | Operator | Envirocon | 1 | 3 | Laborer |
| | Dinvaut | 0 | 0 | Truck Driver | Envirocon | 1 | 9 | Operator |

Section 2:  Work Performed:

| Contractor | Location | Description |
|---|---|---|
| WGI | General Site | Construction and Safety Management.  General maintenance, weed control, and housekeeping activities. |
| WGI | Boland | Continued removal of debris and sand blasting media from the wharf area. |
| McDonalds | Saucer | Laid out gnds and began gnd trenching on the east side of the mound area |
| | | |
| | | |
| Envirocon | Boland | Assisted with the cofferdam installation at #004   Excavated around perimeter of cofferdam to establish |
| | | degrade elevation |
| Shav-Whit | Boland | Continued with sheet piling installation at #004 cofferdam |

NCS-087-000000197

**DAILY QUALITY CONTROL REPORT** | Page 2 of 3

Section 3:  Equipment Utilized:  (WGI Group Operations)

| Description | | Owner | Hours Used | Area Equipment Used |
|---|---|---|---|---|
| DOZER | | | | |
| EXCAVATOR | | | | |
| CRANE | | | | |
| BACKHOE/LOADER | | | | |
| Forklift (Case 586E) | | Nations Rent | 0 | Boland Marine |
| DRILL RIG | | | | |
| WATER TRUCK | | | | |
| DUMP TRUCK | | | | |
| TRACTOR | New Holland TC35 | USACE | 1 5 | General Site |
| Bush hog | | USACE | 0 | General Site |
| ROLLER COMPACTOR | | | | |
| Manual bush hog | | | | |
| MINI TRUCK | 3 | Leased | 10 | General Site |
| REG CAB TRUCK | 3 | Leased | 10 | General Site |

Section 4:  Results of Surveillance: (Include satisfactory work completed, or deficiencies w/action to be taken)

| |
|---|
| a.  Preparatory Inspection(s)        N/A |
| b.  Initial Inspection(s).  N/A |
| c   Follow-up Inspection(s).**Envirocon:** Observed Envirocon utilizing the PC400 excavator to excavate degraded area to establish |
| design grade at BOL #004   Shot the west degraded elevation at -3'.  (11) pair of piles were shot on the west wall with tip elevation |
| at -2'. |
| **Shavers-Whittle**-Continued driving set sheet piles of the cofferdam at Boland foundation #004   Subcontractor was observed |
| utilizing the vibratory hammer and Link Belt crane during driving operations   Continued with fabrication of struts and walers for cofferdam |
| Observed contractor experiencing difficulty with driving piles   The contractor reports they are attempting to locate a heavier |
| hammer.   Good alignment of piles were observed. |
| |
| **McDonalds**-Observed subcontractor laying out 25' (N & S) grids on the east side of the mound at Saucer Marine.  Grid |
| trenched (5) trenches at 340' totaling 1700LF.  Trenches were measured all exceeded 5' in depth as required   Minimal amounts |
| of subsurface obstructions were encountered during grid trenching. |
| |
| |
| **WGI**-Performed site construction and safety management  Continued removing debris from the Wharf at Boland Marine   Crews |
| were observed utilizing the TC-35 tractor with grapple bucket to transfer material from the wharf |
| |
| |
| d. Safety Inspection(s)-Include safety violations and corrective actions taken.     **(Attached)** |

Section 5:  QC Tests Performed and Results:  (As required by scope and/or project plans)

| |
|---|
| Measured grid trench depths at Saucer.  All exceeded 5' in depth. |
| |
| Truck Inspections |
| Trucks hauling non-haz contaminated soil was observed lined and tarped prior to leaving the site.  Undercarriages were deconned. |

Section 6:  Verbal instructions received or given:  (List any instructions received from government personnel on
construction deficiencies identified, required testing, etc , and action to be taken )

| |
|---|
| N/A |
| |
| |

| DAILY QUALITY CONTROL REPORT | Page 3 of 3 |

**Section 7: Changed Conditions/Delays/Conflicts Encountered:** (List any conflicts w/the Delivery Order, [I.e. scope and/or project plans], any delays to project attributable to site and weather conditions, etc )

| N/A |
| --- |
| |
| |
| |

**Section 8· Meetings:** (I e  Health & Safety, Site Operations, Cost/Schedule, etc.)

| Tailgate Safety Meeting (Attached) |
| --- |
| |
| |
| |

**Section 9: Visitors:** (List Name & Affiliation)

| N/A | |
| --- | --- |
| | |
| | |
| | |

**Section 10· Remarks·** (Any additional information pertinent to project not defined by the previous entries)

| Perimeter noise and air monitoring performed   No elevated readings recorded.  All below PEL and residential levels. |
| --- |
| |
| |
| **Other Attachments:** WGI Field  Progress reports, Subcontractor  Daily Reports, Contractor Daily Quantity Report, Truck ticket tracking sheet from 12/17/01. |

Contractor's Verification.  The above report is complete and correct.  Materials and equipment used and work performed are in compliance with the contract plans and specifications except as noted above.

_Sara Alvey_
Quality Control Manager

_12/18/01_
Date

NCS-087-000000199

**IHNC PROJECT**
**NEW ORLEANS, LA**
CONTRACTOR DAILY QUANTITY REPORT

**Date: 12/18/01**

**Demolition:**

| DATE | FACILITY | ITEM | DAILY QUANTITY | JTD QUANTITY | UNITS | CONTRACTOR |
|---|---|---|---|---|---|---|
| | | Underground pipe | 0 | 17509.5 | LF | Envircon |
| | | Timber Pilings | 0 | 27101.5 | LF | Envircon |
| | | Steel sheet pilings | 0 | 12800.5 | SQ FT | Envircon |
| | | Bulkhead timbers | 0 | 455 | LF | Envircon |
| | | Trash and Debris | 0 | 4355 4 | Tons | Dinvaut |
| | | Scrap Metal | 0 | 948 68 | Tons | Hamps/Envr |
| | | Pilings | 0 | 752.49 | Tons | Dinvaut |
| | | Concrete | 0 | 13240.61 | Tons | Hamps/Envir |
| | | * Concrete-2 | 0 | 525 84 | Tons | Hamps/Envr |
| | | Pilings-2 | 0 | 1774 | LF | Hamps/Envr |
| | | Non-Haz Soil | 0 | 1698.07 | Tons | Dinvaut |

**Asbestos/Transite Removal:**

| | | Asbestos | 0 | 20157.57 | Tons | GIL |
| | | Sand/Fill Delivered | 0 | 46494.95 | CU YD | GIL |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Grid Trenching/Geophysical Survey**

| DATE | FACILITY | ITEM | DAILY QUANTITY | JTD QUANTITY | UNITS | CONTRACTOR |
|---|---|---|---|---|---|---|
| 12/18/01 | Saucer | Grid Lengths | 1700 | 27218 | LF | McDonalds |
| | | | | | | |
| | | Grid Trash/Debris | 0 | 657.22 | Tons | |
| | | Grid Scrap | 0 | 37.26 | Tons | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Other:**

| DATE | FACILITY | ITEM | DAILY QUANTITY | JTD QUANTITY | UNITS | CONTRACTOR |
|---|---|---|---|---|---|---|
| | | Other loads | 0 | 11 | Loads | Hamps |
| | | | | | | |

**\* Excavation of Concrete Anchor Foundations at Boland Marine:** (item breakdown of concrete-2)

| DATE | FACILITY | ITEM | DAILY QUANTITY | JTD QUANTITY | UNITS | CONTRACTOR |
|---|---|---|---|---|---|---|
| | Boland | 002 | 0 | 49 52 | Tons | Envirocon |
| | Boland | 003 | 0 | 226 09 | Tons | Envirocon |
| | Boland | 004 | 0 | 0 | Tons | Envirocon |
| | Boland | 005 | 0 | 28.26 | Tons | Envirocon |
| | Boland | 006 | 0 | 26.62 | Tons | Envirocon |
| | Boland | 007 | 0 | 47.18 | Tons | Envirocon |
| | Boland | 008 | 0 | 0 | Tons | Envirocon |
| | Boland | 009 | 0 | 148.17 | Tons | Envirocon |
| | | | | | | |

NCS-087-000000200



**Washington**

IHNC PROJECT - NEW ORLEANS. LA

## DAILY JOB-SITE SAFETY INSPECTION REPORT

Date: _12/18/01_

Project Manager: Dennis O'Conner        CSSHO or Rep: Mike Bradshaw

### UNSAFE CONDITIONS AND/OR PRACTICES:

WGI: _N/A_

SUBCONTRACTORS: _N/A_

Have the above unsafe conditions or practices been corrected? Yes _____ No _____ If not, explain: _____

### Equipment On Site:

| | | | |
|---|---|---|---|
| Front Loaders: | WGI _O_  Subs _O_ | Tractors: | WGI _1_  Subs _O_ |
| Dozers: | WGI _O_  Subs _1_ | Trucks: | WGI _6_  Subs _2_ |
| Cranes. | WGI _6_  Subs _1_ | Misc: | WGI _1_  Subs _3_ |

Is the above equipment inspected daily? Yes _X_ No _____. If no, explain _____

### Fire Prevention:

# of Extinguishers on Job   WGI _13_ Subs _10_        Storage Areas: WGI _GOOD_ Subs _GOOD_

Housekeeping.   WGI _GOOD_ Subs _GOOD_

**Remarks**  _3 MK-3 NOISE MONITORS SENT IN TO AMETER FOR REPAIR DUE TO WATER DAMAGE DURING HEAVY RAIN OF 12/17/01._

_Michael Bradshaw_                    _CSSHO_
Inspector                                          Title

**Daily Environmental Summary Sheet**                    Date: _12/18/01_

### Waste Accumulation Area

*New Waste Added*    □ Yes  □ No        *Reduction in Waste* ~ WAA    □ Yes  □ No

Comments:                    no changes to WAA this day

Reduction of waste onsite, as excavated soil is being hauled and disposed of from North end of

Boland Marine, that was excavated on 11/27/01

□ see attachment

### Samples, Analytical and Profiles (excludes drilling and air monitoring samples and analysis)

*New Samples Taken*   □ Yes  □ No    *New Profile*   □ Yes  □ No    *Change to Profile*   □ Yes  □ No

Comments:    waiting on approvals for amendments submitted yesterday to W_M

□ see attachment

### Areas of Concern Identified During Daily Demolition Activities

*Odor Detected*    □ Yes  □ No    *Visual Source Identified*   □ Yes  □ No

Comment                    No additional locations observed today

□ see attachment

### RECAP, Meetings and Phone Calls:

Charlotte Bascle,  Jane Morgan,  Valarie Mariola, Angie Kosick, Theron Magers

### Comments:

Daniel R. Turlington
Environmental Manager – IHNC-EBIA

**Washington Group International, Inc.**
2500 Surekote Road
New Orleans, LA 70117

Phone (504)-947-5900
Fax:   (504)-947-5910

## DAILY PROGRESS REPORT

| | | | |
|---|---|---|---|
| Client: | USACE | Date: | 12/18/01 – Tuesday |
| Project Name: | IHNC | | |
| Project Location: | EBIA – New Orleans, LA | Report By: | B. Casey |

| Time | Work Performed & Comments |
|---|---|
| am/pm | McDonald Construction completed all N–S grid trenching E of mound @ SAU – 5 trenches @ 340' ea. – Still need to push backfill into trenches dug today w/dozer – dozer should arrive onsite tomorrow – Moving to N end BOL tomorrow to load out non-haz cointaminated soil on N side of N wharf ramp – 6 trucks scheduled – Trench closest to mound had the most obstructions – all others were minimal amts or clean from obstructions – Completed new subcontractor QC daily report 1700 LF grid trenched @ SAU (see attached map for obstruction locations) |

| Equipment/No. Hours Used: | Comments: |
|---|---|
| McDonald Const. – PC 220 Excavator | WGI Forte Envirocon / Shavers – Whittle McDonald Const. |
| Materials Received: N/A | |
| Items Needed: N/A | * changed to smaller bucket for trenching this am |
| Items Purchased: N/A | * changed back to large bucket @ end of shift for load out tomorrow |



NCS-087-000000204

Washington Group International, Inc.
2500 Surekote Road
New Orleans, LA 70117

Phone (504)-947-5900
Fax:   (504)-947-5910

## DAILY PROGRESS REPORT

| Client: | USACE | Date: | 12-18-01 / TUESDAY |
|---|---|---|---|
| Project Name: | IHNC | | |
| Project Location: | EBIA – New Orleans, LA | Report By: | Bobby Smith |

| Time | Work Performed & Comments |
|---|---|
| 0655 | Safety Meeting |
| 0706 | Boom up on Crane |
| | Shavers & Whittle using hain Pin to drive one pair of sheet piles. |
| | Fabricating Struts and walers |
| 0815 | Envirocon lowered elevation of degrade, North side cofferdam. |
| 1000 | Envirocon continues to cut degrade elevation on North side of cofferdam. |
| | Envirocon sloped perimeter edge of degrade |
| 1310 | Envirocon cutting West degrade elevation down |
| 1340 | Shavers & Whittle checking top tip elevation of sheet piles with Laser level |
| 1450 | Envirocon cutting degrade elevation down East side |
| 1630 | Work complete for this date |

Equipment/No. Hours Used: PC-400 - 3.5 hrs
LS-418 - 8 hrs
2-welding machines - 10.5 hrs.

Comments:

Materials Received: Hydraulic Hose

Items Needed:

Items Purchased:

NCS-087-000000205

**Subcontractor's Name:** McDonald Construction, Inc. of Slidell   12-18-2001 Tuesday

## INNER HARBOR NAVIGATIONAL CANAL - EAST BANK INDUSTRIAL AREA
## PROJECT NO. 4423 - TASK ORDER 26
## NEW ORLEANS, LA

**Weather:** (X) Clear    ( ) Fog    ( ) Wind    ( ) Rain    ( ) Cloudy    ( ) P. Cloudy

**Precipitation:**

**Temperature:**

### Section 1: Subcontractor Labor Count:

| # Personnel | Classification / Trade | # Hours |
|---|---|---|
| Polk | Heavy Equipment Operator | 8 |
| Mitchell | Heavy Equipment Operator | |
| | | |
| | | |
| | | |

### Section 2: Equipment Utilized/Materials Received/Work Performed:

| a. Equipment/No, hours used: | c. Work Performed: |
|---|---|
| Komatsu PC220 S/N #A83489 | Excavate 1700 linear feet of grid |
| John Deere 450G S/N #822945 | trenches (Saucier Marine) |
| | - Changed to smaller bucket for trenching this am |
| **b. Materials Received:** | - Changed back to large bucket @ end of shift |
| None | for load out tomorrow |
| | |
| | |

### Section 3: Safety

**a. Inspection(s) - (Include safety violations and corrective action)**  Inspected depths on all 5 trenches - marked/measured all grids prior to excavation

**b. Meeting(s) - ie: tailgate (attach)**  See WGI Tailgate Mtg.

Subcontractor's Verification: On behalf of the contractor, I certify this report is complete and correct, and all materials and equipment used and work performed during this reporting period are in compliance with the plans and specifications, to the best of my knowledge, except as noted above.    (Attach additional sheets if necessary)

_Moss Polk_                                    12/19/01

Subcontract Authorized Manager                Date

Page 1 of 1

## SUBCONTRACTOR DAILY REPORT

Date 12-18-01

Subcontractor's Name  *Stevens — wh. 172*

INNER HARBOR NAVIGATIONAL CANAL · EAST BANK INDUSTRIAL AREA
PROJECT NO 4423 · TASK ORDER 26
NEW ORLEANS, LA

Weather  (✓) Clear   ( ) Fog   ( ) Wind   ( ) Rain   ( ) Cloudy   ( ) P Cloudy
Precipitation  0
Temperature  6.0

Section 1   Subcontractor Labor Count

| # Personnel | Classification / Trade | # Hours |
|---|---|---|
| 2 | SUPERISORS | 18 |
| 1 | FOREMAN | 9 |
| 1 | OPERATOR | 9 |
| 3 | LABORERS | 27 |
| 1 | WELDER | 9 |

Section 2   Equipment Utilized/Materials Received/Work Performed

| a  Equipment/No  hours used | c  Work Performed |
|---|---|
| CS-418 - CRANE | BM - DRIVING SHEETS |
| VEBRO - HAMMER w/ Pwr pac | AROUND SOUTHERN DIK |
|  | to construct coffer dam |
| b  Materials Received | |
|  | |
|  | |
|  | |

Section 3   Safety

a  Inspection(s) · (Include safety violations and corrective action)   CS-418 CRANE

b  Meeting(s) · ie tailgate(attach)  ATTENDED  EnviRon  morning  Tailgate
Safety  mtg

Subcontractor's Verification  On behalf of the contractor, I certify this report is complete and correct  and all materials and
equipment used and work performed during this reporting period are in compliance with the plans and specifications  to the
best of my knowledge  except as noted above
(Attach additional sheets if necessary)

Subcontractor Authorized Manager

Date  12-18-01

NCS-087-000000207

## SUBCONTRACTOR DAILY REPORT                Date 12-18-01

Subcontractor's Name. ENVIROCON

### INNER HARBOR NAVIGATIONAL CANAL - EAST BANK INDUSTRIAL AREA
### PROJECT NO 4423 - TASK ORDER 26
### NEW ORLEANS, LA

Weather   (✓) Clear   ( ) Fog   ( ) Wind   ( ) Rain   ( ) Cloudy   ( ) P Cloudy

Precipitation 0

Temperature 60s

Section 1  Subcontractor Labor Count

| # Personnel | Classification / Trade | # Hours |
|-------------|------------------------|---------|
| 1 | PM | 9 |
| 1 | OPERATOR SUPV | 9 |
| 1 | OPERATOR | 9 |
| 1 | LABORER | 3 |
| | | |

Section 2  Equipment Utilized/Materials Received/Work Performed

| a  Equipment/No  hours used | c  Work Performed |
|-----------------------------|-------------------|
| PC400 | 13M - EXCAVATING AROUND SHEETPILE to ESTABLISH DEGRADE ELEVATION |
| b  Materials Received | |

Section 3  Safety

a  Inspection(s) · (Include safety violations and corrective action)   PC400

b  Meeting(s) · ie tailgate(attach)  CONDUCTED MORNING TAILGATE SAFETY MTG

Subcontractor's Verification  On behalf of the contractor, I certify this report is complete and correct  and all materials and equipment used and work performed during this reporting period are in compliance with the plans and specifications  to the best of my knowledge  except as noted above

(Attach additional sheets if necessary)

Subcontract Authorized Manager                    Date   12-18-01

NCS-087-000000208

CHMP S/ENVIROCON
IC PROJECT
BIA NEW ORLEANS, LA

| Contractor QC Report | |
|---|---|
| Date | 12-18-01 |
| Page | 1 of 3 |

DAILY QUALITY CONTROL REPORT

Project Name          IHNC
Project Location      New Orleans, LA

Weather  ✓ Clear   ( ) P Cloudy   ( ) Cloudy
         ( ) Fog   ( ) Wind   ( ) Rain
         Temperature  60s
         Precipitation  0
         Site Conditions  WET
         Lost Time Due to Inclement Weather

Section 1  Prime Contractor Personnel and Labor Count

| Envirocon | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification |
|---|---|---|---|---|---|---|
| | | | | | | Carpenter |
| | 1 | 9 | Supervisor | | | Other |
| | 2 | 9 am | Operator | | | |
| | 1 | 3 | Laborer | | | |
| | | | Safety/Quality Control | | | |
| | | | Secretary | | | |
| | | | Truck Driver | | | |
| | | | Electrician | | | |
| | | | Plumber | | | |

| OPS CONSTRUCTION | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification |
|---|---|---|---|---|---|---|
| | | | Supervisor | | | Other |
| | | | Health and Safety | | | |
| | | | Operator | | | |
| | | | Laborer | | | |
| | | | Truck Driver | | | |

| Sheets Whittle | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification |
|---|---|---|---|---|---|---|
| | 2 | 9 am | Supervisor | | | |
| | 1 | 9 | Foreman | | | |
| | 1 | 9 | Operator | | | |
| | 5 | 9 am | Laborer | | | |
| | 1 | 9 | Other  Welder | | | |

Section 2  Work Performed

| Location | Description |
|---|---|
| 3 m | Driving sheets previously installed around southern block to planned elevation of -2 |
| | Using excavation to degrade around sheet pile previously installed. |

NCS-087-000000209

## DAILY QUALITY CONTROL REPORT

### Section 3   Equipment Utilized

| Description | Owner | Hours Used | Area Equipment Used |
|---|---|---|---|
| DOZER | | | |
| EXCAVATOR PC 400 | ENV | 9 | BM |
| CRANE LS - 418 | SW | 9 | BM |
| BACKHOE | | | |
| LOADER | | | |
| DRILL RIG | | | |
| WATER TRUCK 3500 GAL | ENV | 0 | 020 NOT USE |
| SWEEPER | | | |
| TRACTOR | | | |
| CONCRETE SAW | | | |
| JACKHAMMER | | | |
| ROLLER COMPACTOR | | | |
| GENERATOR | | | |
| MINI TRUCK | | | SITE TRUCK/S |
| CREW CAB TRUCK (2) SW   (2) ENV | | | |
| OTHER | | | |

### Section 4   Results of Surveillance  (Include satisfactory work completed, or deficiencies w/action to be taken)

a   Preparatory inspection(s)

b   Initial inspection(s)                                                                   PIER        of Sheetpile

c   Follow up inspection(s)  SHOT ELEVATION of sheetpiles (11)
are at PLANNED EL of No 2.  ALSO, SHOT DEGRADE elevation
on WEST side of southern Block. EL SHOT -3.

d   Safety inspection(s)  (Include safety violations and corrective actions taken)

### Section 5   QC Tests Performed and Results.  (As required by scope and/or project plans)

SHOT ELEVATIONS of SHEETPILE DRIVEN FOR COFFERDAM
SHOT ELEVATIONS of DEGRADE NORTH. of SOUTHERN BLOCK

Truck inspections

### Section 6   Verbal instructions received or given   (List any instructions received from government personnel on construction deficiencies identified, required testing, etc., and action to be taken.)

**DAILY QUALITY CONTROL REPORT**

**Section 7  Changed Conditions/Delays/Conflicts Encountered.** (List any conflicts with scope or work plans, any delays to project attributable to site and weather conditions) HAVING DIFFICULTY DRIVING LAST 8' of Sheet pile. Trying to Locate Heavier VEBRO Hammer to speed up pile driving. NO Hammer Available at This Time. We will continue to Try and Locate Heavier Hammer.

**Section 8  Meetings** (i.e Health & Safety, Site Operations, Cost/Schedule, etc)
Conducted morning Tailgate safety mtg

**Section 9  Deficiencies and Corrections**

| Deficiencies | Corrections |
|---|---|
|  |  |
|  |  |

**Section 10  Remarks** (Any additional information pertinent to project not defined by the previous entries)

**Contractor's Verification**  The above report is complete and correct. Materials and equipment used and work performed are in compliance with the contract plans and specifications except as noted above.

Date  12-18-01

Quality Control Coordinator

NCS-087-000000211

# ENVIROCON

## SAFETY MEETING RECORD
(Use For Safety Meetings and Training Documentation)

| NAME | JOB LOCATION | JOB NUMBER | Company | Employee Signatures |
|---|---|---|---|---|
| Hamp~IHNC | New Orleans, La | 14360 | Envirocon | _signature_ |
| **MEETING DATE** 12-18-01 | **TIME STARTED** 07:00 | **TIME COMPLETED** 07:10 | SWCI | _signature_ |
| **SITE SUPERVISOR** Harry Foreman | **SAFETY OFFICER** Harry Foreman | | SWCI | _signature_ |
| **MEETING CONDUCTED BY** Dewey Arcement Jr | | | SWCI | Paul Riley |
| Purpose of Meeting ☑ morning safety meeting, ☐ new task briefing, ☐ HASP briefing, ☐ client safety meeting, ☐ training, ☐ Safety Committee meeting, or ☐ Other (specify) | | | SWCI | E Washn |
| | | | SWCI | N. Crawford |
| TOPICS ∗ Crane Safety  ∗ Slip, trips + Falls due to wet condition  ∗ Equip Main | | | Envirocon | _signature_ |
| | | | Envirocon | _signature_ |
| | | | MAGNUM | GREG MERROU |
| | | | ENVIROCON | Anthony Cooper |

| SUPERVISORS PLAN OF THE DAY (POD) REVIEW WITH CREW Should be performed as part of morning safety meetings | |
|---|---|
| ∗ Continue w/ cofferdam | |
| | |
| | |
| | |
| | |

| NEW CHEMICAL HAZARDS (HAZARD COMMUNICATION TRAINING) new hazards should be reviewed in morning safety meetings, show these to new employees, see HASP | | | | |
|---|---|---|---|---|
| CHEMICAL | EXPOSURE LIMIT | ROUTE | SYMPTOM | |
| | | | | |
| | | | | |
| | | | | |

| 3 PHYSICAL / EQUIPMENT HAZARDS (review for new tasks, HASP briefings, or morning safety meeting for new equipment. | |
|---|---|
| ∗ Equipment Safety | |
| | |
| | |
| | |

| 4 CREW'S COMMENTS / SUGGESTIONS / OBSERVATIONS / ACCIDENTS REVIEWED Review (attach) safety observer reports, safety suggestions, lessons learned from incidents, or comments made during meeting. | |
|---|---|
| | |
| | |
| | |

| 5 PROTECTIVE LEVELS / TASKS (review with HASP when applicable for each task) | | | |
|---|---|---|---|
| WORK TASK | LEVEL | PPE DESCRIPTION | TYPE CARTRIDGE-IF LEVEL C |
| | "D" | Hard hat, Safety glasses, Steel toe boots | |

| REPORT PREPARED BY Dewey Arcement Jr | PROJECT MGR INITIALS |
|---|---|

COPY TO  CORPORATE DIRECTOR OF HEALTH / SAFETY

form 1403.009 k

NCS-087-000000212

**Washington**

## Tailgate Safety Meetings

Date: 12/18/07

Contract Location. IHNC

Contract No.: 24423

Briefly Describe Specific Training Topics Covered.

1 OSHA'S FATAL FACTS (EQUIP. ROLLOVER & CAUGHT IN MACHINERY)

2 P.O.D.

3 _____

Signature Of Employees Attending

| Print Name | Signature | Company |
|---|---|---|
| Daniel Ivrlington | Daniel | Coastal Env. Spec. |
| Brenda Casey | Brenda Casey | WGI |
| Bobby Smith | Bobby Smith | WGI |
| Ronnie Anderson | Ronnie Anderson | WGI |
| Millie Ros | | WGI |
| Phil Staggs | P Staggs | WGI |
| Dennis O'Conner | | WGI |
| MASS YALK | Mass York | McDonald |
| Guillermo Levy | | mmg |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Michael Bradshaw
Supervisor

CSSHO
Job Title

NCS-087-000000213





**U.S. Department of Labor
Occupational Safety
and Health Administration
No. 38**

## ACCIDENT SUMMARY

| Accident Type | Caught in or between |
|---|---|
| Weather | Clear, dry |
| Type of Operation | Highway, street construction |
| Crew Size | 4 |
| Collective Bargaining | Yes |
| Competent Safety Monitor on Site? | Yes |
| Safety and Health Program in Effect? | Yes |
| Was the Worksite Inspected Regularly? | Yes |
| Training and Education Provided? | No |
| Employee Job Title | Equipment Operator |
| Age/Sex | 38/M |
| Experience at this Type of Work | 11 months |
| Time on Project | 1 hour |



## BRIEF DESCRIPTION OF ACCIDENT

An employee was driving a front-end loader up a dirt ramp onto a lowboy trailer. The tractor tread began to slide off the trailer. As the tractor began to tip, the operator, who was not wearing a seat belt, jumped from the cab. As he hit the ground, the tractor's rollover protective structure fell on top of him, crushing him.

## INSPECTION RESULTS

Following its inspection, OSHA cited the employer for two serious violations and one other than serious violation. Had the front-end loader been equipped with seat belts and had the employee worn them, he might not have been killed.

## ACCIDENT PREVENTION RECOMMENDATIONS

1   Provide seat belts in material handling equipment which has rollover protective structures (29 CFR 1926 602(a)(2)(i))

2   Instruct employees to recognize and avoid unsafe conditions associated with their work (29 CFR 1926 21(b)(2))

3   Permit only employees qualified by training or experience to operate equipment and machinery (29 CFR 1926 20(b)(4))

## SOURCES OF HELP

- Construction Safety and Health Standards (OSHA 2207) which contains all OSHA job safety and health rules and regulations (1926 and 1910) covering construction

- OSHA-funded free onsite consultation services. Consult your telephone directory for the number of your local OSHA area or regional office for further assistance and advice (listed under the U.S. Labor Department or uner the state government section where states administer their own OSH programs)

NCS-087-000000214



**U.S. Department of Labor**
**Occupational Safety**
**and Health Administration**
**No. 34**



## ACCIDENT SUMMARY

| Accident Type | Caught in Machinery |
|---|---|
| Weather | Clear |
| Type of Operation | Well Drilling |
| Crew Size | 2 |
| Collective Bargaining | No |
| Competent Safety Monitor on Site? | Yes |
| Safety and Health Program in Effect? | Yes |
| Was the Worksite Inspected Regularly? | No |
| Training and Education Provided? | No |
| Employee Job Title | Company Vice President |
| Age/Sex | 30/M |
| Experience at this Type of Work | Unknown |
| Time on Project | 5 Hours |



## BRIEF DESCRIPTION OF ACCIDENT

Two employees were attempting to adjust the brakes on a backhoe. The victim told the backhoe operator to raise the wheels off the ground with the front bucket and the outriggers, put the backhoe in gear at idle speed and step on the brakes. The victim then crawled under the machine and began to adjust the brakes. There was a 36-inch space from the ground to the drive shaft. Five minutes later another employee discovered the victim limp under the backhoe with the hood of his rain jacket wrapped around the drive shaft. The employee's neck had been broken by the jacket wrapping around the backhoe drive shaft.

## ACCIDENT PREVENTION RECOMMENDATIONS

1    Before adjusting backhoe brakes, turn off the machine and set the controls in neutral and the brake and cut-off pedals in the uppermost position. Block the wheels, except for the one to be adjusted, as recommended by the operator's manual

2    Train employees to recognize and avoid unsafe conditions associated with their work (29 CFR 1926 21(b)(2))

3    Develop and implement a training program for employees on the proper procedures for adjusting and bleeding backhoe brakes

## SOURCES OF HELP

- Construction Safety and Health Standards (OSHA 2207) which contains all OSHA job safety and health rules and regulations (1926 and 1910) covering construction

- OSHA-funded free consultation services. Consult your telephone directory for the number of your local OSHA area or regional office for further assistance and advice (listed under U S Labor Department or under the state government section where states administer their own OSHA programs)

**NOTE:** The case here described was selected as being representative of fatalities caused by improper work

NCS-087-000000215