# EXHIBIT 21



Figure 3: Location of South Breach analysis cross-sections

Locations of Utility Lines from USACE Lock Replacement Project; DDR No. 1 Vol. 1, February 1999; (Plate 4, NED-149-000004257)