# EXHIBIT 22

| INSPECTORS QUALITY ASSURANCE REPORT (QAR) | THE QCR WILL BE ATTACHED TO OR FILED WITH THE QAR |
|---|---|
| **INSPECTORS QUALITY ASSURANCE REPORT (QAR)**<br>**DAILY LOG OF CONSTRUCTION – CIVIL**<br>(ER 415-1-302) | **REPORT NUMBER**<br>688 |

| | |
|---|---|
| TO: RESIDENT ENGINEER         COPY TO: CEMVN-CD-QM (Guillory)<br>EBIA, IHNC  Remediation | **DATE**<br>Thursday, 4 September 2003 |
| PROJECT: East Bank Industrial Area, Inner Harbor Navigational Canal, Remediation | **CONTRACT NUMBER**<br>DACA56-94-D-0021 |
| CONTRACTOR (OR HIRED LABOR)<br>Washington Group International, Federal Projects Division | **WEATHER**<br>Clear |

| PORTION OF SCHEDULED DAY SUITABLE FOR OPERATIONS | | | | | TEMPERATURE | |
|---|---|---|---|---|---|---|
| SAMPLING | DEMOLITION LAND | DISPOSAL | DEMOLITION MARINE | | MINIMUM | MAXIMUM |
| 100% | 100% | 100% | 100% | | 75 deg F | 90 deg F |

| HAS ANYTHING DEVELOPED ON THE WORK WHICH | X | NO | | YES (Explain) | 24 HOUR PRECIPITATION | |
|---|---|---|---|---|---|---|
| MIGHT LEAD TO A CHANGE ORDER OR FINDING OF FACT? | | | | | INCHES | ENDING |
| | | | | | 0.14" | 2400hrs |

| NUMBER OF GOVERNMENT EMPLOYEES | | | | | | CANAL GAUGE | |
|---|---|---|---|---|---|---|---|
| SUPERVISORY | OFFICE | LAYOUT | INSPECTION | TOTAL | LABOR | FEET | TIME |
| 1-08 | 0-00 | 0-00 | 1-08 | 2-16 | 0-00 | 3.00' | 07:00 hrs |

| NUMBER OF CONTRACTOR'S EMPLOYEES | | | | NUMBER OF SHIFTS | | X | 1 | | 2 | | 3 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERVISORY | SKILLED | LABORERS | TOTAL | FROM | TO | FROM | | TO | | FROM | | TO |
| - | - | - | See CQC | 0700 | 1530 | | | | | | | |

CONTRACTOR/SUBCONTRACTORS AND AREAS OF RESPONSIBILITIES FOR WORK PERFORMED TODAY:

a. WGI Federal Projects Division (Prime) – Project Management; Site Work; Canal Bank & Subsurface Concrete Removal; Remediation

b. Stranco (Sub) – Transport and Disposal of RECAP soil, trash/debris, subsurface concrete, and borrow material.

c. Chemical Waste Management via carrier Action Resources (Sub) — Transport and Disposal of PCB's at Emelle Alabama waste facility.

WORK PERFORMED TODAY: (Indicate location and description of work performed. Refer to work performed by prime and/or subcontractors by letter in Table above.)

A:  Performed job-site management; monitored safety controls; performed noise and air monitoring; performed maintenance and housekeeping; cut grass and perform weed control; sorted and staged trash, debris, riprap, etc., at Boland Marine for eventual T And D; general site housekeeping and maintenance; Preparatory Inspection Phase on Utility Removal.
B:  No T & D scheduled.
C:  No T & D scheduled

Days of no work and reasons for same:
Two 100% lost time days since the start date of 2 January 2001 due to Tropical Storm Isidore and Hurricane Lili have occurred.
                                                                                Time Elapsed: 970 days

Information on progress of work, causes for delays and extent of delays, Plant, material, etc.
Progress is on schedule.  Refer to the most recent cost schedule report for accurate percentage complete.

EN FORM 2538-2, AUG. 89 (CIVIL)          This form, together with ENG. Form 2538-1, Aug. 89, replaces<br>ENG. Form 2538, Dec. 87, which is obsolete          (Proponent: CEMP-CE)

CQC INSPECTION PHASES ATTENDED AND INSTRUCTIONS GIVEN:

**FOLLOW–UP – SITE WORK:** No instructions given.

**FOLLOW–UP – REMEDIATION:** No instructions given.

**FOLLOW–UP – CANAL BANK EXCAVATION:** No instructions given.

**PREPARATORY–UTILITY REMOVAL:** See attached.

---

RESULTS OF QA INSPECTIONS AND TESTS, DEFICIENCIES OBSERVED, ACTIONS TAKEN AND CORRECTIVE ACTION OF CONTRACTOR:

**FOLLOW–UP – SITE WORK:** Observed contractor's personnel performing housekeeping and site maintenance. Assured housekeeping and site maintenance activities are adequate. Observed grass cutting and weed control throughout the site. Assured grass cutting and weed control activities are adequately maintained. No deficiencies observed.

**FOLLOW–UP – REMEDIATION:** Observed the D41p dozer grading/maintaining haul roads, staging areas, and Surekote Road to remove ruts, and improve site drainage. Assured contractor is maintaining exclusion zone(s) where required under the CAP. Assured work performed as required by the CAP. No deficiencies observed.

**FOLLOW–UP – CANAL BANK EXCAVATION:** Observed the PC300 excavator sorting, segregating, and staging riprap, timber, trash, debris, etc. from along the canal bank and old wharf ramp sites at Boland Marine. No deficiencies observed.

---

VERBAL INSTRUCTIONS GIVEN TO CONTRACTOR: (Include names, reactions and remarks)

None.

CONTROVERSIAL MATTERS IN DETAIL:

None.

INFORMATION, INSTRUCTIONS OR ACTIONS TAKEN NOT COVERED IN QCR REPORT OR DISAGREEMENTS:

None.

REMARKS: (Include visitors to project and miscellaneous remarks pertinent to work)

| NAME | DESIGNATION | HOURS AT SITE | DUTIES |
|------|-------------|---------------|--------|
| Montegut | Team Leader | 08 hrs | COR |
| Brogna | Construction Rep | 08 hrs | QAR |

---

SAFETY: (Include any infractions of approved safety plan, safety manual or instructions from Government personnel. Specify protective action taken)

**ENVIRONMENTAL:** Assured no effluents or contaminates entered the canal.

**SAFETY:** Assured personal protective equipment used as required.

---

| INSPECTOR'S SIGNATURE | DATE | SUPERVISOR'S INITIALS | DATE |
|------------------------|------|------------------------|------|
| *Alex Brogna* <br> Bernard Alex Brogna | 5 September 2003 | *Jam* | 9/8/03 |

(Reverse of ENG. Form 2538-2(Civil))    Page 2 of 2 pages

| Report No: | **694** |
|---|---|
| Day of Week: | **Thursday** |
| Date: | **09/04/03** |
| Page: | **1 of 3** |

Time Report Submitted to USACE: *9-4-03*    *1000*

## DAILY QUALITY CONTROL REPORT

| US Army Corps of Engineers - New Orleans District | Project Name: IHNC |
|---|---|
| Contract No.    DACA56-94-D-0021 | Project No:    4423 |
| Task Order No:    0026 | Project Location:    New Orleans, LA |

Tide Gauge Reading:  3.0' at 0700
Weather: Sunny, Average windspeed 2.3 mph from Southeast.
Temperature:        High:  90        Low:    75
Precipitation:        0.14"
Site Conditions:        Drying
Lost Time Due to Inclement Weather: 0

Section 1:  Prime Contractor/Subcontractors and Areas of Responsibility/Labor Count:

**PRIME CONTRACTOR**

| WGI | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification |
|---|---|---|---|---|---|---|
| Daily Total | | | Program Manager | | | Subcontracts Admin. |
| Man Hours: | | | Project Manager | | | Business Clerk |
| **48.0** | 1 | 8.0 | Construction Manager | 1 | 8.0 | Field Coordinators |
| | | | Project Secretary | 1 | 8.0 | Operators |
| | | | CSSHO | | | QC Clerk |
| | 1 | 8.0 | Quality Control Manager | | | Cost/Scheduler |
| | | | Business Manager | | | Project Controls Mgr. |
| | | | Environmental Manager(P & K) | | | Regulatory Specialist |
| | | | Sample Technician(P&K) | | | Chemist |
| | 1 | 8.0 | Waste Specialist | 1 | 8.0 | Environmental Tech |
| | | | | | | DGPIS/GIS Tech (MMG) |

| OTHERS | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification |
|---|---|---|---|---|---|---|
| Daily Total | Forte | 1 | 15 | Security | | |
| Man Hours: | ABM | | | Janitor | | |
| **23** | Westaff | 1 | 8 | Laborer | | |
| | Head&Eng. | | | Mechanic | | |

| Contractor | Location | Description |
|---|---|---|
| WGI | Boland | PC-300 used 7 hrs to remove debris along canal. |
| | ITT | PC-300 used 1 hr to remove hydrant pipe. |
| | General | Vegetation control using weed eater. |

Section 3:  Equipment Utilized:  (WGI Group Operations)

| Description | | Owner | Hrs Used | Area Equipment Used |
|---|---|---|---|---|
| DOZER (Komatsu D41P) | 1 | H & E | 0 | |
| EXCAVATOR (PC 300) | 1 | H&E Rental | 8 | BM/ITT |
| Portable Spray Washer | 1 | HydroClean Rental | 0 | |
| Pump (6") | 1 | Hertz | 0 | |
| Pump (3") | 1 | USACE | 0 | |
| Pump (3") | 1 | USACE | 0 | |
| Welder | 1 | Nations Rent | 0 | |
| TRACTOR    New Holland TC35 | 1 | USACE | 0 | |
| Bush hog | 1 | USACE | 0 | |

Page 1 of 3

NCS-038-000000337

| Weed Eater | 1 | USACE | 4 | General |
|---|---|---|---|---|
| Boat | 1 | BOH Bros | 0 | |
| MINI TRUCK | 3 | Leased | 30 | General Site |
| REG CAB TRUCK | 3 | Leased | 30 | General Site |

**Section 4:  Results of Surveillance:** (Include satisfactory work completed, or deficiencies w/action to be taken)

**a.  Preparatory Inspection(s):**

Meeting was held for levee utility removal. Agenda and minutes are attached.

**b.  Initial Inspection(s):**      None

**c.  Follow-up Inspection(s):**

**WGI -**

Site vegetation was controlled using weed eater.

Equipment daily inspections were conducted on field equipment.

All personnel on site were in proper PPE attire.

Photos taken this day were of levee utilitys prior to removal.

Tide checked.

**d. Safety Inspection(s)-Include safety violations and corrective actions taken:**

Daily jobsite safety inspection conducted (attached). Safety topic pertained to site conditions and lightning.

Proper PPE attire was worn onsite throughout work day.

**e. Final Inspection**      None

**Section 5:  QC Tests Performed and Results:**  (As required by scope and/or project plans)

   None

Truck Inspections:

**Section 6:  Verbal instructions received or given:**  (List any instructions received from government personnel on
             construction deficiencies identified, required testing, etc., and action to be taken.)

   None

**Section 7:  Changed Conditions/Delays/Conflicts Encountered:**  (List any conflicts w/the Delivery Order, [I.e. scope
             and/or project plans], any delays to project attributable to site and weather conditions, etc.)

None

**Section 8:  Meetings:**  (I.e. Health & Safety, Site Operations, Cost/Schedule, etc.) - See Attached

Safety topic pertained to site conditions and lightning.

**Section 9:  Visitors:**  (List Name & Affiliation)

None

**Section 10:  Remarks:**  (Any additional information pertinent to project not defined by the previous entries)

None

NCS-038-000000338

|  |
|---|
|  |
| **Other Attachments:** WGI Field Progress Reports; Subcontractor Daily Reports; Contractor Daily Quantity Report, Trucking Preparatory Meeting Agenda and Meeting Minutes. |
|  |
|  |
| Contractor's Verification: The above report is complete and correct. Materials and equipment used and work performed are in compliance with the contract plans and specifications except as noted above. |

Quality Control Manager        9-4-03

Date

*USACE - Original + 1 copy*
*J. Staggs/DCS - 1 copy*
*CQCSM - 1 copy*

NCS-038-000000339

Washington Group International, Inc.
2500 Surekote Road
New Orleans, LA   70117

Phone  (504)-947-5900
Fax:     (504)-947-5910

## DAILY PROGRESS REPORT

| | | | |
|---|---|---|---|
| **Client:** | USACE | **Date:** | **Thursday 9/04/03** |
| **Project Name:** | IHNC | | |
| **Project Location:** | EBIA-New Oleans, LA | **Report By:** | **Bobby Smith** |

| Time | Work Performed & Comments |
|---|---|
| 0630 | Site Safety and Plan of the Day meeting (Watch for Lightning / Site Conditions) |
| 0700 | Continue to separate and consolidate debris and trash at Boland Marine |
| 0800 | Breaking up large pieces of concrete and removing reinforcement steel |
| 0830 | Cutting weeds along parking area and utility poles |
| 0900 | Continue to separate and consolidate debris and trash at Boland Marine |
| 1000 | Spreading out clean fill material into low areas |
| 1100 | Continue to separate and consolidate debris and trash at Boland Marine |
| 1230 | Removed section of Fire hydrant pipe at ITT to take measurements to order parts |
| | needed to cap or plug lines |
| 1300 | Continue to separate and consolidate debris and trash at Boland Marine |
| 1330 | Attending Preparatory meeting for capping and plugging of utility lines penetrating |
| | floodwall |
| 1430 | Continue to separate and consolidate debris and trash at Boland Marine |
| | Laying out clean material in low areas |

**Equipment-Hrs / Location**

| PC-300 | 7hrs BM / 1hr ITT | TC-35 | 0hrs |
|---|---|---|---|
| | | D41P | 0hrs |
| 3" Pump | 0hrs | | |
| 6" Pump | 0hrs | | |

**Personnel Hours**

| No. | | Hours |
|---|---|---|
| 1 | Operators | 8hrs |
| 2 | Supervisors | 16hrs |
| 1 | WestStaff | 8hrs |

**Materials Received:**

**Comments:**

77 - 93 F

**Weather:**   Mostly clear
30% chance of rain
**Site Cond**:          Good

NCS-038-000000340



# Washington

IHNC PROJECT - NEW ORLEANS. LA.

## DAILY JOB-SITE SAFETY INSPECTION REPORT

Date: _____ 9/4/2003 _____

Proj. Mgr. Dennis O'conner, Const. Mgr. Phillip Staggs, Safety Rep. Bobby Smith, Field Coordinator

**UNSAFE CONDITIONS AND/OR PRACTICES:**

WGI:     N / A

SUBCONTRACTORS:     N / A

Have the above unsafe conditions or practices been corrected ?   Yes _____   No _____   If not, explain: _____

**Equipment On Site:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Front Loaders: | WGI 0 | Subs 0 | | Tractors: | WGI 1 | Subs 0 |
| Dozers: | WGI 1 | Subs 0 | | Trucks | WGI 6 | Subs 0 |
| Excavators: | WGI 1 | Subs 0 | | Water Truck | WGI 0 | Subs 0 |
| Cranes: | WGI 0 | Subs 0 | | Misc. | WGI 0 | Subs 0 |

Is the above equipment inspected daily ?   Yes   X   No _____   If no, explain: _____

**Fire Prevention:**     # of Extinguishers on Job:

WGI 22   Subs 0     Storage Areas: WGI X     Subs _____

Housekeeping:     X     Subs _____

Remarks:   Separating Debris and trash at Boland Marine along canal bank. Laying out material in low areas

_____          _____
**Bobby Smith**                      **Supervisor/SSHO**
Inspector                                    Job Title

 **Washington**

<u>Safety Training Attendance Form</u>

Date: _9-4-03_

Contract Location:    IHNC

Contract No:  4423

Briefly describe specific training topics covered:

1. _WATCH OUT FOR LIGHTNING_
2. _SITE CONDITIONS_
3. _____

| Print Name | Signature | Organization |
|---|---|---|
| Robert Lindberg | Robert Lindberg | WGI |
| Charles Benjamin | Charles Benj | WGI |
| Joe Purcella | Joe Purcella | WGI |
| Lonnie Anderson | Lonnie Anderson | WGI |
| Phil Staggs | Phil Staggs | WGI |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_Bobby Smith_
Signature of Trainer

_SUPERVISOR / SSHO_
Job Title

IHNC PROJECT
PREPARATORY PHASE MEETING MINUTES

FEATURE OF WORK:
DATE:                       9/04/03
TIME:                       1300 HOURS

Phil Staggs, WGI construction manager, conducted the Preparatory meeting in the WGI Field
Office.  The following persons attended:


| | |
|---|---|
| Jim Montegut | USACE |
| Alex Brogna | USACE |
| Phil Staggs | WGI |
| Bobby Smith | WGI |
| Robert Lundberg | WGI |
| Lonnie Anderson | WGI |

**Scope of Work- Utility Removal**

Seven utility connections will be removed and caped.

> 3 water lines
> 3 gas lines
> 1 sewer line


### *Site Preparations -  Levee – B. Smith*

Utility Locate
Fire Extinguisher
.

### *Work Plan -  B.Smith*

Work crew – Bobby, Lonnie, Joe Purcella, laborer.
Supervisor will be Bobby Smith.
Equipment – Rubber-tired Backhoe



1)    Louisiana One Call has located all lines penetrating floodwall prior to demolition.
      Other suspect areas will be investigated.

2)    Excavate around utility lines and remove concrete that incases pipe.

3)    Cut line or break line at an existing joint and prepare line for weld cap or
      compression fitting to seal off line.  The gas utility lines are incased in concrete, line
      will be broken approximately 3' from floodwall. The remaining concrete will be
      chipped off back to floodwall by hand using electric chipping hammer sledge etc.
      Then line will be cut flush for plugging or capping.

NCS-038-000000343

4)      The Lift Station discharge line will require breaking line loose just above floodwall and install plug or cap.

5)      Each line will require a different approach depending on size and the type of penetration through the floodwall.

6)      After line has been capped the remaining line running west towards Surekote Road will be removed. This step may change depending how deep line runs under Surekote Road. If line does not run any deeper than 4 feet, all the line can excavated prior to capping line.

7)      After Lines have been capped or plugged and line removed to Surekote Road trench will be backfilled and bucket compacted. Backfill material will be laid down in 1' lifts and compacted.

8)      The PC-300 will make the first initial break in the utility lines for safety reasons and then utility lines will be cut flush for capping or plugging. Gas lines will be tested after initial break with the QRAE Multigas tester to insure that no residual gas is in the line prior to cutting and grinding.

Note:   Entergy will be notified if residual gas vapors are found in utility lines and what steps are to be taken.
In the event that Entergy takes no further steps. WGI will purge the gas lines using a fan or purging line with nitrogen.

No shoring or sloping of trench walls is anticipated. Where line is to be capped the trench should not exceed 2' in depth. The remaining pipe will be removed using the excavator and no personnel will be needed to enter trench.


**Environmental - Rob Lundberg**

The encounter of environmental hazards are not anticipated during this procedure.

**Safety – Bobby Smith**
AHA
PPE requirements (modified Level D)
Hot Work Permits
Fire Protection
First Aid and Emergency Response
Daily Equipment Inspections
Daily Safety Meetings
All work will be performed in compliance with the IHNC-SSHP, CFRs, and USACE EM385-1-1, and NFPA 51-B and 326

**Quality Control – Rob Lundberg**
Three phases of inspections (Preparatory, Initial, and Follow up)
Follow-up inspection.
Inspection verifications:

NCS-038-000000344

Before work is to start:
Excavation area is in correct location,
Proper PPE is worn

**Comments and Questions:**

Jim Montegut – Levee wall should not be damaged in anyway during the process of utility removal. If possible, when breaking line with excavator break line at curb to prevent damage to levee wall. It is important to take the appropriate time and not hurry during dismantling process.

Alex Brogna – Take photos before and after work is to be done. Photos should be of a quality that can be used at a future time for documentation of WGI workmanship.
Incase of emergency overtime should be allowed for employees involved in work.

Phillip Staggs – Guidelines WGI will keep in mind while working to remove utilities from levee.

- ξ   Floodwall should not be disturbed.
- ξ   Approach work as disassembly rather than demolition.
- ξ   Take time and assure that no excavation is open overnight.
- ξ   The work in subject to inspection so workmanship should be at high standard.
- ξ   Weather report should be watched to prevent problems with storms.
- ξ   Emergency plug should be on site in case of problem arising.
- ξ   Seed and restore when finished.
- ξ   Photo documentation is very important for future reference.

NCS-038-000000345

 **Washington**

<u>Attendance Sheet</u>

Training <u>Preparatory meeting for</u>          Instructor <u>NA</u>
<u>Levee Utility Removal</u>
Date: <u>9-4-03</u>          Location <u>IHNC</u>

| Print Name | Signature | Organization |
|---|---|---|
| Lonnie Anderson | Lonnie Anderson | WGI |
| BOBBY SMITH | Bobby Smith | WGI |
| Robert Lundberg | Robert C. | WGI |
| Phil Staggs | P Staggs | WGI |
| BERNARD BROGNA | Bernard Brogna | COE |
| Jim Montegut | Jim L. Montegut | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____
Signature of Trainer

NCS-038-000000346

## Hazard Analysis for Capping Utility Lines

| Capping Water and Gas lines | Potential Hazards | Control Measures |
|---|---|---|
| **Equipment That Will Be Used:**<br>Hard Hat<br>Safety Glasses with side shields<br>Face shield (when required)<br>Leather Steel-toed boots<br>Hearing protection (when required)<br>Rubber Tire Backhoe<br>Gas powered cut-off saw<br>Hand tools | **Health Hazard:**<br><br>1. Inhalation (Silica Dust) | Wet material down during breaking and moving.<br>Stay clear of area until breaking of concrete is complete<br>Wear dust mask or Respirator |
| | **Physical Hazard:**<br><br>Slip, Trips or Falls | Site workers will be required to wear hard hat, Safety glasses and shields, work gloves, steel-toe boots when working in the field<br>Avoid areas with poor footing. |
| **Inspection Requirements:**<br>Equipment : when first delivered to site, daily | Back injuries from lifting, pulling | Size up the job, Think it through<br>Lift with your legs not your back<br>Use mechanical equipment when ever possible.<br>Get assistance when manually lifting awkwardly-sized items or those over 60 pounds. |
| **Training Requirements:**<br>40-Hour basic HAZWOPER<br>8-Hour HAZWOPER refresher<br>8-Hour HAZWOPER supervisor (for supervisory only)<br>Task-specific<br>First Aid/CPR training (for supervisory only) | Minor cuts and Bruises | Workers shall wear appropriate field attire(I.e., no tank tops, shorts, open-toe shoes, and jewelry).<br>Tools not working properly will be taken out of service immediately and tagged for repair<br>Workers shall wear cotton or leather gloves when handling equipment<br>Have one person trained in First Aid/ CPR |
| | Noise | Wearing hearing protection when working with or in the vicinity of heavy equipment or equipment generating noise greater than 85dBA. |
| | Flying Debris | Workers shall wear Safety glass and shields<br>Stay clear of area when demo work is being performed |
| | Heavy equipment | Perform daily equipment safety inspections.<br>Operators required seatbelts<br>Operators to be alert for laborers, other equipment.<br>Ensure safe, clean access onto /into equipment. |
| | Heat Stress | Have workers drink at least 16oz. Of water prior to work.<br>Drink water during breaks and monitor for signs of heat stress. |
| | Hazards due to poor house keeping | Work areas will be kept clean and orderly<br>Tools and accessories will properly maintained and stored |

NCS-038-000000347