# EXHIBIT 23

| INSPECTORS QUALITY ASSURANCE REPORT (QAR) DAILY LOG OF CONSTRUCTION – CIVIL (ER 415-1-302) | THE QCR WILL BE ATTACHED TO OR FILED WITH THE QAR |
|---|---|
| | REPORT NUMBER 690 |

| TO: RESIDENT ENGINEER      COPY TO: CEMVN-CD-QM (Guillory) EBIA, IHNC  Remediation | DATE Saturday-Monday, 6-8 September 2003 |
|---|---|

| PROJECT: East Bank Industrial Area, Inner Harbor Navigational Canal, Remediation | CONTRACT NUMBER DACA56-94-D-0021 |
|---|---|

| CONTRACTOR (OR HIRED LABOR) Washington Group International, Federal Projects Division | WEATHER Ptly Cloudy |
|---|---|

### PORTION OF SCHEDULED DAY SUITABLE FOR OPERATIONS

| SAMPLING | DEMOLITION LAND | DISPOSAL | DEMOLITION MARINE | | TEMPERATURE | |
|---|---|---|---|---|---|---|
| | | | | | MINIMUM | MAXIMUM |
| 100% | 100% | 100% | 100% | | 74 deg F | 87 deg F |

| HAS ANYTHING DEVELOPED ON THE WORK WHICH MIGHT LEAD TO A CHANGE ORDER OR FINDING OF FACT? | X NO | YES (Explain) | 24 HOUR PRECIPITATION |
|---|---|---|---|

| | | | | INCHES 0.02" | ENDING 2400hrs |
|---|---|---|---|---|---|

### NUMBER OF GOVERNMENT EMPLOYEES / CANAL GAUGE

| SUPERVISORY | OFFICE | LAYOUT | INSPECTION | TOTAL | LABOR | FEET | TIME |
|---|---|---|---|---|---|---|---|
| 1-10 | 0-00 | 0-00 | 1-10 | 2-20 | 0-00 | 3.60' | 08:00 hrs |

### NUMBER OF CONTRACTOR'S EMPLOYEES / NUMBER OF SHIFTS  X 1  2  3

| SUPERVISORY | SKILLED | LABORERS | TOTAL | FROM 0700 | TO 1530 | FROM | TO | FROM | TO |
|---|---|---|---|---|---|---|---|---|---|
| - | - | - | See CQC | | | | | | |

### CONTRACTOR/SUBCONTRACTORS AND AREAS OF RESPONSIBILITIES FOR WORK PERFORMED TODAY:

a. WGI Federal Projects Division(Prime)–Project Management;Site Work;Canal Bank&Subsurface Concrete Removal;Remediation

b. Stranco (Sub) – Transport and Disposal of RECAP soil, trash/debris, subsurface concrete, and borrow material.

c. Chemical Waste Management via carrier Action Resources (Sub) — Transport and Disposal of PCB's at Emelle Alabama waste facility.

WORK PERFORMED TODAY: (Indicate location and description of work performed.  Refer to work performed by prime and/or subcontractors by letter in Table above.

**6-7 September**
No work performed these dates.
**08 September**
A:  Performed job-site management; monitored safety controls; performed noise and air monitoring; performed maintenance and housekeeping; cut grass and perform weed control; sorted and staged trash, debris, riprap, etc., at Boland Marine for eventual T And D; general site housekeeping and maintenance; removal of abandoned utilities through levee I-wall.
B:  No T & D scheduled.
C:  No T & D scheduled

Days of no work and reasons for same:
Two 100% lost time days since the start date of 2 January 2001 due to Tropical Storm Isidore and Hurricane Lili have occurred.
Time Elapsed:  974 days

Information on progress of work, causes for delays and extent of delays, Plant, material, etc.
Progress is on schedule.  Refer to the most recent cost schedule report for accurate percentage complete.

EN FORM 2538-2, AUG. 89 (CIVIL)   This form, together with ENG. Form 2538-1, Aug. 89, replaces ENG. Form 2538, Dec. 87, which is obsolete   (Proponent: CEMP-CE)

NCS-038-000000397

CQC INSPECTION PHASES ATTENDED AND INSTRUCTIONS GIVEN:

**FOLLOW–UP – SITE WORK:** No instructions given.
**FOLLOW–UP – REMEDIATION:** No instructions given.
**FOLLOW–UP – CANAL BANK EXCAVATION:** No instructions given.
**FOLLOW–UP – UTILITY REMOVAL:** No instructions given.

RESULTS OF QA INSPECTIONS AND TESTS, DEFICIENCIES OBSERVED, ACTIONS TAKEN AND CORRECTIVE ACTION OF CONTRACTOR:

**FOLLOW–UP – SITE WORK:** Observed contractor's personnel performing housekeeping and site maintenance. Assured housekeeping and site maintenance activities are adequate. Observed grass cutting and weed control throughout the site. Assured grass cutting and weed control activities are adequately maintained. No deficiencies observed.
**FOLLOW–UP – REMEDIATION:** No work performed.
**FOLLOW–UP – UTILITY REMOVAL:** Observed the removal of old hydrant lines on flood side of levee I-wall at Saucer Marine, ITT, and Mayer Yacht. Observed the newly mobilized BH-310 rubber tired backhoe assisting with the extraction of abandoned utility and backfilling the shallow trench in 1' lifts. Observed the BH-310 and D41p dozer compacting the trenches. Assured lines removed without damage or defacing of I-wall. Assured abandoned line removed with minimum impact on levee slope. Assured levee restored to its original condition. Assured shallow trench adequately compacted.
**FOLLOW–UP – CANAL BANK EXCAVATION:** Observed the PC300 excavator sorting, segregating, and staging riprap, timber, trash, debris, etc. from along the canal bank and old wharf ramp sites at Boland Marine. No deficiencies observed.

VERBAL INSTRUCTIONS GIVEN TO CONTRACTOR: (Include names, reactions and remarks)

None.

CONTROVERSIAL MATTERS IN DETAIL:

None.

INFORMATION, INSTRUCTIONS OR ACTIONS TAKEN NOT COVERED IN QCR REPORT OR DISAGREEMENTS:

None.

REMARKS: (Include visitors to project and miscellaneous remarks pertinent to work)

| NAME | DESIGNATION | HOURS AT SITE | DUTIES |
|---|---|---|---|
| Montegut | Team Leader | 10 hrs | COR |
| Brogna | Construction Rep | 10 hrs | QAR |

SAFETY: (Include any infractions of approved safety plan, safety manual or instructions from Government personnel. Specify protective action taken)

**ENVIRONMENTAL:** Assured no effluents or contaminates entered the canal.
**SAFETY:** Assured personal protective equipment used as required. Witnessed initial safety inspection of BH-310 rubber tired backhoe.

| INSPECTOR'S SIGNATURE | DATE | SUPERVISOR'S INITIALS | DATE |
|---|---|---|---|
| *Alex Brogna* <br> Bernard Alex Brogna | 9 September 2003 | *Jam* | 9/10/03 |

(Reverse of ENG. Form 2538-2(Civil))                    Page 2 of 2 pages

NCS-038-000000398

| Report No: | **696** |
|---|---|
| Day of Week: | **Monday** |
| Date: | **09/08/03** |
| Page: | 1 of 3 |

*Time Report Submitted to USACE:*   9-9-03   10:30

## DAILY QUALITY CONTROL REPORT

| | |
|---|---|
| US Army Corps of Engineers - New Orleans District | Project Name: IHNC |
| Contract No.   DACA56-94-D-0021 | Project No: 4423 |
| Task Order No: 0026 | Project Location:   New Orleans, LA |
| Tide Gauge Reading:  3.6' at 0800 | |

Weather: Partly Cloudy, Average windspeed 4.6 mph ENE
Temperature:      High: 87          Low:    74
Precipitation:       0.02"
Site Conditions: Drying/pm
Lost Time Due to Inclement Weather: 0

Section 1:  Prime Contractor/Subcontractors and Areas of Responsibility/Labor Count:

| PRIME CONTRACTOR | | | | | | |
|---|---|---|---|---|---|---|
| **WGI** | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification |
| Daily Total | | | Program Manager | | | Subcontracts Admin. |
| Man Hours: | | | Project Manager | | | Business Clerk |
| 60.0 | 1 | 10.0 | Construction Manager | 1 | 10.0 | Field Coordinators |
| | | | Project Secretary | 1 | 10.0 | Operators |
| | | | CSSHO | | | QC Clerk |
| | 1 | 10.0 | Quality Control Manager | | | Cost/Scheduler |
| | | | Business Manager | | | Project Controls Mgr. |
| | | | Environmental Manager(P & K) | | | Regulatory Specialist |
| | | | Sample Technician(P&K) | | | Chemist |
| | 1 | 10.0 | Waste Specialist | 1 | 10.0 | Environmental Tech |
| | | | | | | DGPIS/GIS Tech (MMG |
| **OTHERS** | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification |
| Daily Total | Forte | 1 | 61 | Security, incl. weekend | | |
| Man Hours: | ABM | | | Janitor | | |
| 71 | Westaff | 1 | 10 | Laborer | | |
| | Head&Eng. | | | Mechanic | | |

| Contractor | Location | Description |
|---|---|---|
| WGI | Boland | PC-300 used 3.5 hrs to remove debris along canal. |
| | Saucer | BH-310 used 1.5 hrs to assist with removal of levee utility lines. |
| | | D41 dozer was used 0.5 hrs for compaction of levee. |
| | ITT | D41 dozer was used 0.5 hrs for compaction of levee. |
| | | BH-310 used 2.0 hrs to assist with removal of levee utility lines. |
| | Mayer | BH-310 used 2.0 hrs to assist with removal of levee utility lines. |
| | General | Bush hogged Boland Marine and the levee. Used weed eater along the levee. |

Section 3:  Equipment Utilized:  (WGI Group Operations)

| Description | | Owner | Hrs Used | Area Equipment Used |
|---|---|---|---|---|
| DOZER (Komatsu D41P) | 1 | H & E | 1 | ITT/SM |
| EXCAVATOR (PC 300) | 1 | H&E Rental | 3.5 | BM |
| 310 Backhoe | 1 | Hertz | 5.5 | ITT/SM/MY |

NCS-038-000000399

| Portable Spray Washer | 1 | HydroClean Rental | 0 | |
|---|---|---|---|---|
| Pump (6") | 1 | Hertz | 0 | |
| Pump (3") | 1 | USACE | 0 | |
| Pump (3") | 1 | USACE | 0 | |
| Welder | 1 | Nations Rent | 0 | |
| TRACTOR     New Holland TC35 | 1 | USACE | 0.75 | General Site-bush hogging |
| Bush hog | 1 | USACE | 0 | |
| Weed Eater | 1 | USACE | 7 | General |
| Boat | 1 | BOH Bros | 0 | |
| MINI TRUCK | 3 | Leased | 30 | General Site |
| REG CAB TRUCK | 3 | Leased | 30 | General Site |

### Section 4:  Results of Surveillance: (Include satisfactory work completed, or deficiencies w/action to be taken)

**a.  Preparatory Inspection(s):**

None

**b.  Initial Inspection(s):**     None

**c.  Follow-up Inspection(s):**

**WGI -** Equipment throughout day was accomplished in a safe manner.

Site vegetation was cut with the bush hog and weed eater.

Equipment daily inspections were conducted on field equipment.

All personnel on site were in proper PPE attire.

No photos taken this day.

Tide checked.

**d. Safety Inspection(s)-Include safety violations and corrective actions taken:**

Daily jobsite safety inspection conducted (attached). Safety topic pertained to hearing protection and thinking before doing.

Proper PPE attire was worn onsite throughout work day.

**e. Final Inspection**          None

### Section 5:  QC Tests Performed and Results:  (As required by scope and/or project plans)

None

Truck Inspections:

### Section 6:  Verbal instructions received or given:  (List any instructions received from government personnel on construction deficiencies identified, required testing, etc., and action to be taken.)

None

### Section 7:  Changed Conditions/Delays/Conflicts Encountered:  (List any conflicts w/the Delivery Order. [I.e. scope and/or project plans], any delays to project attributable to site and weather conditions, etc.)

None

### Section 8:  Meetings:  (I.e. Health & Safety, Site Operations, Cost/Schedule, etc.) - See Attached

Safety topic pertained to hearing protection and thinking before doing.

### Section 9:  Visitors:  (List Name & Affiliation)

None

NCS-038-000000400

| Section 10: Remarks: (Any additional information pertinent to project not defined by the previous entries) |
|---|
| Received backhoe and cutoff saw. |
| |
| |
| |
| Other Attachments: WGI Field Progress Reports; Subcontractor Daily Reports; Contractor Daily Quantity Report, Trucking |
| Hotwork Permit, Safety Inspection for Backhoe. |
| |
| |
| Contractor's Verification: The above report is complete and correct. Materials and equipment used and work performed are in |
| compliance with the contract plans and specifications except as noted above. |

_____          _____
Quality Control Manager                                   Date          9-9-03

USACE - Original + 1 copy
J. Staggs/DCS - 1 copy
CQCSM - 1 copy

NCS-038-000000401

Washington Group International, Inc.
2500 Surekote Road
New Orleans, LA  70117

Phone  (504)-947-5900
Fax:     (504)-947-5910

## DAILY PROGRESS REPORT

| Client: | USACE | Date: | **Monday 9/08/03** |
|---|---|---|---|
| Project Name: | IHNC | | |
| Project Location: | EBIA-New Oleans, LA | Report By: | **Bobby Smith** |

| Time | Work Performed & Comments |
|---|---|
| 0630 | Site Safety and Plan of the Day meeting (Hearing Protection, Think before You Do!) |
| 0700 | Working at Boland Marine separating debris and consolidating |
| | Cutting weeds along floodwall |
| 0820 | Rubber tired Backhoe on site |
| 0830 | Performing inspection on new Backhoe |
| 0900 | Excavating around Utility water line at ITT (Hydrant Line) |
| 0930 | Hydrant water line exposed / Cutting line with Gas powered cutoff saw |
| 1000 | Temporary plug installed |
| | Removed excavated pipe and trash to debris pile at Mayer Yacht |
| | Trench backfilled and compacted |
| 1100 | Excavating Utility water line at Saucer Marine (Hydrant Line) |
| 1230 | Continue to excavate hydrant line at Saucer Marine |
| 1300 | Cutting hydrant line with gas powered cutoff saw |
| 1330 | Installed temporary plug in line |
| | Removed remaining hydrant line back to Surekote Road curb |
| 1400 | Making repairs to Rubber Tired Backhoe seat belt |
| | Using D41P to complete compaction on ITT water line trench and Saucer Marine trench |
| | Continue to cut weeds along floodwall |
| 1500 | completed repairs to Rubber Tired Backhoe seat belt and compaction of trenches |
| 1530 | Using torch to cut bolts off spool section on Lift Station discharge Line at Mayer Yacht |
| 1600 | Continue to cut bolts off of spool piece on Lift Station discharge line and removing |
| | pipe anchors that hold line to floodwall |
| 1700 | Work complete for this date |

| Equipment-Hrs / Location | | | | Personnel Hours | | |
|---|---|---|---|---|---|---|
| **PC-300** | 3.5hrs BM | **TC-35** | .75hrs Site | No. | | Hours |
| **310 Backhoe** | 2hrs ITT / 1.5hrs SM | **D41P** | .5hrs ITT / | 1 | Operators | 10hrs |
| | 2hrs MY | | .5hrs SM | 2 | Supervisors | 20hrs |
| **6" Pump** | 0hrs | | | 1 | WestStaff | 10hrs |

| Materials Received: | Comments: | | |
|---|---|---|---|
| | 76 - 89 F | Weather: | Partly cloudy & Breezy |
| | | Site Cond: | Good, but wet |

NCS-038-000000402

 **Washington**

IHNC PROJECT - NEW ORLEANS. LA.

## DAILY JOB-SITE SAFETY INSPECTION REPORT

Date: _____ 9/8/2003 _____

Proj. Mgr. Dennis O'conner, Const. Mgr. Phillip Staggs, Safety Rep. Bobby Smith, Field Coordinator

**UNSAFE CONDITIONS AND/OR PRACTICES:**

**WGI:**     N / A

**SUBCONTRACTORS:**        N / A

Have the above unsafe conditions or practices been corrected ?   Yes _____   No _____   If not, explain: _____

**Equipment On Site:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Front Loaders: | WGI | 0 | Subs | 0 | Tractors: | WGI | 1 | Subs | 0 |
| Dozers: | WGI | 1 | Subs | 0 | Trucks | WGI | 6 | Subs | 0 |
| Excavators: | WGI | 1 | Subs | 0 | Water Truck | WGI | 0 | Subs | 0 |
| Cranes: | WGI | 0 | Subs | 0 | Misc. | WGI | 1 | Subs | 0 |

Is the above equipment inspected daily ?   Yes   X   No _____   If no, explain: _____

**Fire Prevention:**     # of  Extinguishers on Job:

         WGI   23      Subs   0      Storage Areas:   WGI   X      Subs _____

Housekeeping:        X      Subs _____

Remarks:   Separating Debris and trash at Boland Marine along canal bank during the AM.

Started Utility line removal and plugging operation at ITT.  Issued bum permit for cuuting of pipe..

Excavations this date did not exceed 2 feet in depth during utility line removal. The depth of excavation at curb is 5 feet.

No personnel entering excavation at this end of trecnh, no shoring or sloping needed.

Preformed inspection on new equipment / Rubber Tired Backhoe.

| | |
|---|---|
| **Bobby Smith** | **Supervisor/SSHO** |
| Inspector | Job Title |

NCS-038-000000403

 **Washington**

<u>Safety Training Attendance Form</u>

Date: _9·8·03_

Contract Location:   IHNC                    Contract No:  4423

Briefly describe specific training topics covered:

1. _HEARING PROTECTION_
2. _THINK BEFORE YOU DO_
3. _____

| Print Name | Signature | Organization |
|---|---|---|
| Charles Benjamin | Charles Benjamin | WGI |
| JOE PURCELLA | Joe Pariella | WGI |
| Lonnie Anderson | Lonnie Anderson | WGI |
| Phil Staggs | P Staggs | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Bobby Smith
Signature of Trainer

SUPERVISOR/SSHO
Job Title

**Washington**

## HOT WORK PERMIT

Date: *9-8-03*

| Issued To: *Lonnie Anderson* | Responsible Person: *Lonnie Anderson* |
|---|---|
| Building/Area: *Utility Lines @ Floodwall* | Area Equipment | Time: From/To *0930 - 1630* |

Special Work To Be Done:
*Cut Pipes with Cut Off Saw*

| Please Check Appropriate Response: | Yes | No | N/A |
|---|---|---|---|
| 1.  Have affected personnel been properly prepared for this work? | ✓ | | |
| 2.  Has equipment been properly prepared for this work? | ✓ | | |
| 3.  Does other work or processes affect this work? | | ✓ | |
| 4.  Do welders have proper PPE, i.e. welding goggles and face shield, welding gloves, welding cape/sleeves, and respiratory protection? | | | ✓ |
| 5.  Is the work area clean and ready for work to begin? | ✓ | | |
| 6.  Have oxyacetylene hoses been completely inspected and all hose fittings tightened with a wrench? | | | ✓ |
| 7.  Have welding leads been inspected for damage? | | | ✓ |
| 8.  Does oxyacetylene torch have flashback arrestors at the regulators? | | | ✓ |
| 9.  Has fire watch been assigned with appropriate equipment? Names: *Bobby Smith* | ✓ | | |

| 10. Is GAS TEST required?  ___Yes  ✓No   % LEL   O2   H2S. CO. Other Toxic | Time | Tester |
|---|---|---|
| Continuous?  ___Yes  ___ No        Total Hydrocarbons       Others As Req | | |

Remarks:
*Resp To Be Worn During Cutting*

Special Instructions: ___Yes        ___No

| Job Completed? ✓Yes   ___No | Time *1630* | Initial *BS* | Permit Canceled:     (Time) *1630* |
|---|---|---|---|

**Endorsements As Required**

| Person Doing The Work: | Print Name: *Lonnie Anderson* |
|---|---|
| | Signature: *Lonnie Anderson* |
| Job Supervisor/Foreman: | Print Name: *Bobby Smith* |
| | Signature: *Bobby Smith* |
| WGINT SSHO (Safety): | Print Name: *Bobby Smith* |
| | Signature: *Bobby Smith* |

# SAFETY INSPECTION FOR MISCELLANEOUS EQUIPMENT
## U.S. Army Engineer District, New Orleans

Date of Inspection:

Contractor or Unit: 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

Contract No. or Activity: *CAP UTILITY LINES*

Inspected by (Signature): *Bill Smith*

Witness (Signature):

## RUBBER TIRED FARM TRACTORS, BACKHOES, FRONT END LOADERS
NOTE: Safety and Health Requirements Manual (EM385-1-1) references in parentheses.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Is protection (grills, canopies, screens) provided to shield operator from falling or flying objects? (16.B.10 and 16.B.11) | ✓ | | |
| 2 | Is adequate roll-over protection provided? (16.B.12) | ✓ | | |
| 3 | Are seat belts provided? (16.B.08) | ✓ | | |
| 4 | Are only designated qualified operators being assigned to operate mechanized equipment? (16.A.04) | ✓ | | |
| 5 | Does the unit have a suitable fire extinguisher? 5 BC (16.A.26) | ✓ | | |
| 6 | Is there an effective, working, reverse alarm? (16.B.01) | ✓ | | |
| 7 | Are moving parts, shafts, sprockets, belts, etc., guarded? (16.B.03 (a) and 16.B.07 and 16.B.13) | ✓ | | |
| 8 | Is protection against contact with hot surfaces, exhaust, etc., provided? (16.B.03 (6) ) | ✓ | | |
| 9 | Are all screens, guards, shields in place and effective? (16.B.03) | | | ✓ |
| 10 | Is a safe means of access to the cab provided (steps, grab bars, non-slip surfaces)? (16.B.03 (d) ) | ✓ | | |
| 11 | Are pressurized cylinders, outriggers, etc., equipped with a pilot check valve? (20.A.17) | ✓ | | |
| 12 | Are sufficient lights provided for night operators? (16.A.11) | ✓ | | |
| 13 | Are there initial inspections and scheduled inspections of the equipment at regular intervals? (16.A.02 (a) and (b) ) | ✓ | | |
| 14 | Are fuel tanks located in a manner to prevent spills or overflows from running onto engine exhaust or electrical equipment? (16.B.04) | ✓ | | |
| 15 | Are exhaust discharges from equipment so directed that they do not endanger persons or obstruct the view of the operator? (16.B.05) | ✓ | | |
| 16 | Has the equipment been inspected and tested by a competent person? (16.A.01) | ✓ | | |
| 17 | Are inspection records kept available as a part of the official project file? (16.A.01 (b) ) | ✓ | | |

Remarks: *Hours 2208*

*Bucket cutting edge is about 2/3rds gone*
*Grill is pushed in*

*Operator instructed to be cautious of exhaust*

LMN Form 385-28-R
Jan 97

Proponent: CELMN-SS