# EXHIBIT 24



187-082703-08 Piles to be removed at Mayer Yacht



187-090803-09 Utility water line to be removed and capped at flood wall



187-090803-10 Location of penetration for utility water line at flood wall



187-090803-11 Section of above mentioned pipe showing above grade

WGI016082


187-090803-12 Uncovering and excavating utility water line


187-090803-13 Utility line exposed and splice clamp out

WGI016083



WGI067081