# EXHIBIT 25

| PHOTO NUMBER | DATE TAKEN | TAKEN BY (Initials) | PHOTO DESCRIPTION | COMMENTS |
|---|---|---|---|---|
| **DISK 1** | | | **Album # 1** | |
| 00111290O-01 | 11/29/00 | SA | International Tank Terminal - East of canal - South security fence marking stakes - Facing North | Pre-Construction |
| 00111290O-02 | 11/29/00 | SA | International Tank Terminal - West bank - Facing North | ITT |
| 00111290O-03 | 11/29/00 | SA | International Tank Terminal - Southwest corner / Security fence marking stakes | ITT |
| 00111290O-04 | 11/29/00 | SA | International Tank Terminal - Southwest corner of floodwall - Facing East | ITT |
| 00111290O-05 | 11/29/00 | SA | International Tank Terminal - Southwest corner of floodwall - Chips on floodwall | ITT |
| 00111290O-06 | 11/29/00 | SA | International Tank Terminal - Southwest corner of floodwall - Looking South - Fence marker at wall | ITT |
| 00111290O-07 | 11/29/00 | SA | International Tank Terminal - South floodwall - Looking West towards canal from Southeast corner | ITT |
| 00111290O-08 | 11/29/00 | SA | International Tank Terminal - South floodwall / Existing damage 30' - 40' From Southeast corner | ITT |
| 00111290O-09 | 11/29/00 | SA | International Tank Terminal - East floodwall facing North | ITT |
| 00111290O-10 | 11/29/00 | SA | International Tank Terminal - South end facing canal | ITT |
| 00111290O-11 | 11/29/00 | SA | International Tank Terminal - Joint in floodwall - South floodwall | ITT |
| 00111290O-12 | 11/29/00 | SA | International Tank Terminal - South security fence marker stakes | ITT |
| 00111290O-13 | 11/29/00 | SA | International Tank Terminal - West bank - Facing North | ITT |
| 00111290O-14 | 11/29/00 | SA | International Tank Terminal - Area South of Slab # 112 | ITT |
| 00111290O-15 | 11/29/00 | SA | International Tank Terminal - Chain / Rope embedded in ground | ITT |
| 00111290O-16 | 11/29/00 | SA | International Tank Terminal - Slab # 112 | ITT |
| 00111290O-17 | 11/29/00 | SA | International Tank Terminal - Slab # 112 - Facing East | ITT |
| 00111290O-18 | 11/29/00 | SA | International Tank Terminal - Canal bank directly West of Building # 111 | ITT |
| 00111290O-19 | 11/29/00 | SA | International Tank Terminal - Sheet piling along canal - South end | ITT |
| 00111290O-20 | 11/29/00 | SA | International Tank Terminal - South side of Building # 111 | ITT |
| 00111290O-21 | 11/29/00 | SA | International Tank Terminal - Slab # 112 facing South | ITT |
| 00111290O-22 | 11/29/00 | SA | International Tank Terminal - Southeast corner of Building # 111 | ITT |
| 00111290O-23 | 11/29/00 | SA | International Tank Terminal - Southeast corner of Building # 111 | ITT |
| 00111290O-24 | 11/29/00 | SA | International Tank Terminal - South side of Building # 111 | ITT |
| 00120100-25 | 12/01/00 | SA | International Tank Terminal - Metal protruding from surface - South side of Building # 111 | ITT |
| 00120100-26 | 12/01/00 | SA | International Tank Terminal - West side of Building # 111 | ITT |
| 00120100-27 | 12/01/00 | SA | International Tank Terminal - Canal bank West of Building # 111 | ITT |
| 00120100-28 | 12/01/00 | SA | International Tank Terminal - Canal bank Facing North | ITT |
| 00120100-29 | 12/01/00 | SA | International Tank Terminal - South end of Building # 111 | ITT |
| 00120100-30 | 12/01/00 | | International Tank Terminal - Building # 111 | ITT |
| **DISK 2** | | | **Album # 1** | |
| 00211300O-01 | 11/30/00 | SA | East floodwall - Facing South - inside | Pre-Construction |
| 00211300O-02 | 11/30/00 | SA | East floodwall - Facing South - outside | |
| 00211300O-03 | 11/30/00 | SA | West side of Surekote Road - Facing South | |
| 00211300O-04 | 11/30/00 | SA | West side of Surekote Road - Facing South | |
| 00211300O-05 | 11/30/00 | SA | House on Jourdan Avenue - East of site | |
| 00211300O-06 | 11/30/00 | SA | House on Jourdan Avenue - East of site | |
| 00211300O-07 | 11/30/00 | SA | Jourdan Avenue / Facing North | |
| 00211300O-08 | 11/30/00 | SA | Jourdan Avenue / Facing South | |
| 00211300O-09 | 11/30/00 | SA | Jourdan Avenue / Facing North | |
| 00211300O-10 | 11/30/00 | SA | East side of floodwall - Facing South | |
| 00211300O-11 | 11/30/00 | SA | House on Jourdan Avenue | |
| 00211300O-12 | 11/30/00 | SA | East side of floodwall - Facing North | |
| 00211300O-13 | 11/30/00 | SA | East side of floodwall - Facing North | |
| 00211300O-14 | 11/30/00 | SA | East side of floodwall - Facing South | |
| 00211300O-15 | 11/30/00 | SA | Jourdan Avenue / Facing South | |
| 00211300O-16 | 11/30/00 | SA | Jourdan Avenue / Facing South | |

WGI013730

| | | | | |
|---|---|---|---|---|
| 185-072503-07 | 07/25/03 | RAL | Relaying of stockpiles 26 to load out area. | MY |
| 185-072503-08 | 07/25/03 | RAL | ITT grading. | ITT |
| 185-072503-09 | 07/25/03 | RAL | Draining of stormwater runoff into stormwater retention ditch. | MY |
| 185-072803-10 | 07/28/03 | RAL | Repairing of road on South side of borrow pit. | MM |
| 185-072803-11 | 07/28/03 | RAL | Cleaning dryed mud off of Surekote Rd. | General |
| 185-072903-12 | 07/29/03 | RAL | Dredging stormwater retention ditch. | General |
| 185-072903-13 | 07/29/03 | RAL | Dredging stormwater retention ditch. | General |
| 185-073003-14 | 07/30/03 | RAL | Erection of speed limit sign in front of project trailers. | General |
| 185-073003-15 | 07/30/03 | RAL | Speed limit sign in front of project trailers. | General |
| 185-073003-16 | 07/30/03 | RAL | Decontamination of PC-300 bucket. | MY |
| 185-073103-17 | 07/31/03 | RAL | Fire at Southern Scrap. | General |
| 185-080203-18 | 08/02/03 | RAL | Repairing of IT load out pad after first use. | IT |
| 185-080203-19 | 08/02/03 | RAL | Repairing of IT load out pad after first use. | IT |
| 185-080203-20 | 08/02/03 | RAL | Relaying of material at IT. | IT |
| 185-080203-21 | 08/02/03 | RAL | Poly under swing arm to prevent contamination of clean soil. | IT |
| 185-080203-22 | 08/02/03 | RAL | Example of metal lip at IT load out pad. | IT |
| 185-080803-23 | 08/08/03 | RAL | Delivery of diesel fuel to onsite tank. | General |
| **DISK 186** | | | **Album # 7** | |
| 186-080803-01 | 08/08/03 | RAL | Area at Mayer Yatch where PCB stockpiles once stood. | MY |
| 186-080803-02 | 08/08/03 | RAL | Area at Indian Towing where PCB stockpiles once stood. | IT |
| 186-080803-03 | 08/08/03 | RAL | Relaying stockpile #7 at IT to loadout area. | IT |
| 186-080803-04 | 08/08/03 | RAL | Paint washed ashore from canal, possibly spilled by American Bridge. | IT |
| 186-080803-05 | 08/08/03 | RAL | Paint floating on surface of water in canal. | IT |
| 186-080803-06 | 08/08/03 | RAL | Paint floating on surface of water in canal. | IT |
| 186-080803-07 | 08/08/03 | RAL | Paint washed ashore from canal, possibly spilled by American Bridge. | IT |
| 186-081803-08 | 08/18/03 | RAL | Canal Traffic | IT |
| 186-081803-09 | 08/18/03 | RAL | Loading of trucks with non-haz soil from excavation 7. | IT |
| 186-081803-10 | 08/18/03 | RAL | Cleaning of rails after loading of truck | IT |
| 186-081803-11 | 08/18/03 | RAL | Excavation #4 as it is being dewatered. | IT |
| 186-081803-12 | 08/18/03 | RAL | Loading of trucks with non-haz soil from excavation 7. | IT |
| 186-081903-13 | 08/19/03 | RAL | Concrete and piling in canal off of Mayer Yatch. | MY |
| 186-081903-14 | 08/19/03 | RAL | Piece of concrete block from canal. | MY |
| 186-081903-15 | 08/19/03 | RAL | Absorbent boom in canal to prevent creosote from pilings from escaping. | MY |
| 186-081903-16 | 08/19/03 | RAL | Concrete and piling removal operation. | MY |
| 186-081903-17 | 08/19/03 | RAL | 17.5 ft piling removed from canal. | MY |
| 186-081903-18 | 08/19/03 | RAL | Concrete removal operation at Mayer Yatch. | MY |
| 186-081903-19 | 08/19/03 | RAL | D41P used in assisting removal of concrete and pilings. | MY |
| 186-081903-20 | 08/19/03 | RAL | Concrete and pilings removed from canal off of Mayer Yatch. | MY |
| 186-081903-21 | 08/19/03 | RAL | Concrete and pilings removed from canal off of Mayer Yatch. | MY |
| **DISK 187** | | | **Album # 7** | |
| 187-082603-01 | 08/26/03 | RAL | Piling removal operation at Boland Marine. | BM |
| 187-082603-02 | 08/26/03 | RAL | Pilings to be removed at Boland Marine. | BM |
| 187-082603-03 | 08/26/03 | RAL | Piling removal operation at Boland Marine. | BM |
| 187-082603-04 | 08/26/03 | RAL | Piling from Boland Marine after removal. | BM |
| 187-082603-05 | 08/26/03 | RAL | Piling removal operation at Boland Marine. | BM |
| 187-082603-06 | 08/26/03 | RAL | Piling from Boland Marine after removal. | BM |
| 187-082703-07 | 08/27/03 | RAL | Pulling pilings at Mayer Yacht. | Mayer Yacht |

WGI013825

| | | | | | |
|---|---|---|---|---|---|
| 187-082703-08 | 08/27/03 | RAL | Piles to be removed at Mayer Yacht. | | Mayer Yacht |
| 187-090803-09 | 09/08/03 | BS | Ultility water line to be removed and capped at floodwall. | | SM AM 30 South. |
| 187-090803-10 | 09/08/03 | BS | Location of penetration for utility water line at floodwall. | | SM AM 30 South. |
| 187-090803-11 | 09/08/03 | BS | Section of above mentioned pipe showing above grade. | | SM AM 30 South. |
| 187-090803-12 | 09/08/03 | BS | Uncovering and excavating utility water line. | | SM AM 30 South. |
| 187-090803-13 | 09/08/03 | BS | Utility line expsosed and splice clamp cut. | | SM AM 30 South. |
| 187-090803-14 | 09/08/03 | BS | Lift station discharge prior to removal. | | MY AM 37-38 |
| 187-090803-15 | 09/08/03 | BS | Utility water line temporary Plug/South of AM14 | | ITT |
| 187-090803-16 | 09/08/03 | BS | Showing distance from floodwall to  temporary plug. | | ITT |
| 187-090803-17 | 09/08/03 | BS | Showing backfilled trench after pipe removal/ AM14 | | ITT |
| 187-090803-18 | 09/08/03 | BS | Showing distance from floodwall to  temporary plug. | | SM |
| 187-090803-19 | 09/08/03 | | Showing distance from floodwall to  temporary plug. | | SM |
| **DISK 188** | | | | **Album # 7** | |
| 188-090403-01 | 09/04/03 | BS | Utility gas line penetration at floodwall. (Boland) | | BM |
| 188-090403-02 | 09/04/03 | BS | Utility gas line penetration at floodwall. (Boland) | | BM |
| 188-090403-03 | 09/04/03 | BS | Utility gas line penetration at floodwall. (McDonough Marine) | | South of AM54 |
| 188-090403-04 | 09/04/03 | BS | Utility water line penetration at floodwall. (Indian Towing) | | North of Prop. line |
| 188-090403-05 | 09/04/03 | BS | Utility water line penetration at floodwall. (Indian Towing) | | North of Prop. line |
| 188-090403-06 | 09/04/03 | BS | Utility water line penetration at floodwall. (Indian Towing) | | North of Prop. line |
| 188-090403-07 | 09/04/03 | BS | Utility water line penetration at floodwall. (Indian Towing) | | North of Prop. line |
| 188-090403-08 | 09/04/03 | BS | Utility water line penetration at floodwall. (Indian Towing) | | North of Prop. line |
| 188-090403-09 | 09/04/03 | BS | Lift station discharge line prior to removal | | MY |
| 188-090403-10 | 09/04/03 | BS | Lift station dicharge line going over floodwall prior to removal. | | MY |
| 188-090403-11 | 09/04/03 | BS | Lift station dicharge line/ 'first flange above grade prior to removal. | | MY |
| 188-090403-12 | 09/04/03 | BS | Utility water line prior to  excavation/ south of AM 30 App 15'-20' | | SM |
| 188-090403-13 | 09/04/03 | BS | Utility water line floodwall penetration space between sleeve and material filling space around utility waterline at ITT. | | ITT |
| 188-090403-14 | 09/04/03 | BS | Utility water line flood wal penetration | | ITT |
| 188-090403-15 | 09/04/03 | BS | Utility water line flood wal penetration | | ITT |
| 188-090403-16 | 09/04/03 | BS | Utility water line floodwall penetration space  between sleeve and material filling space around utility waterline at ITT. | | ITT |
| 188-090403-17 | 09/04/03 | BS | Gas line penetration prior to excavation | | ITT |
| **DISK 189** | | | | **Album # 7** | |
| 189-090903-01 | 09/09/03 | BS | Trench where lift station discharge was removed. | | MY |
| 189-090903-02 | 09/09/03 | BS | Trench where lift station discharge was removed. | | MY |
| 189-090903-03 | 09/09/03 | BS | Utility water line penetration/ repairs to plate in front of sleave. | | IT |
| 189-090903-04 | 09/09/03 | BS | Utility water line flood wal penetration after pipe removel | | IT |
| 189-090903-05 | 09/09/03 | BS | Utility water line being excavated for removal. | | IT |
| 189-090903-06 | 09/09/03 | BS | Showing distance from floodvall to cut on utility water line. | | IT |
| 189-090903-07 | 09/09/03 | BS | Section of pipe removed from utility water line. | | IT |
| 189-090903-08 | 09/09/03 | BS | Utility gas line at Indian Towing | | IT |
| 189-091003-09 | 09/10/03 | RAL | Purging of gas line at AM 62. | | BM |
| 189-091003-10 | 09/10/03 | RAL | Welding cap on end of gas line between AM 46 and 45. | | MY |
| 189-091003-11 | 09/10/03 | RAL | Welding cap on end of gas line between AM 46 and 45. | | MY |
| 189-091003-12 | 09/10/03 | RAL | Welding machine. | | MY |
| 189-091003-13 | 09/10/03 | RAL | Welded cap on gas line. | | MY |
| 189-091003-14 | 09/10/03 | RAL | Capped gas line at AM 46 - 45 during intitial inspection. | | MY |
| 189-091003-15 | 09/10/03 | RAL | Excavation of gas line at AM 14 -15. | | ITT |
| 189-091003-16 | 09/10/03 | RAL | Cut gas line prior to capping procedure. | | ITT |

[Page] of [Pages]

WGI013826