# EXHIBIT 27

Figure2: 2003 EBIA Key Features



Figure3: BM-Inventory