# EXHIBIT 28



117070102-14 SAU – TRASH / DEBRIS FROM 30G – WGI



117070202-19 MCD – REWORKED SLOPE – EAST SIDE SOUTHEAST BORROW PIT – WGI



BEA Exhibit
24

| INSPECTORS QUALITY ASSURANCE REPORT (QAR) | THE QCR WILL BE ATTACHED TO OR FILED WITH THE QAR |
|---|---|
| **DAILY LOG OF CONSTRUCTION – CIVIL** (ER 415-1-302) | **REPORT NUMBER** 397 |

| TO: RESIDENT ENGINEER          COPY TO: CEMVN-CD-QM (Guillory) EBIA, IHNC Remediation | **DATE** Tuesday, 02 July 2002 |
|---|---|

| PROJECT: East Bank Industrial Area, Inner Harbor Navigational Canal, Remediation | **CONTRACT NUMBER** DACA56-94-D-0021 |
|---|---|

| CONTRACTOR (OR HIRED LABOR) Washington Group International, Federal Projects Division | **WEATHER** Mostly Sunny |
|---|---|

PORTION OF SCHEDULED DAY SUITABLE FOR OPERATIONS

| SAMPLING | DEMOLITION LAND | DISPOSAL | DEMOLITION MARINE | | TEMPERATURE | |
|---|---|---|---|---|---|---|
| | | | | | MINIMUM | MAXIMUM |
| 100% | 100% | 100% | 100% | | 77 deg F | 91 deg F |

| HAS ANYTHING DEVELOPED ON THE WORK WHICH | X | NO | | YES (Explain) | 24 HOUR PRECIPITATION | |
|---|---|---|---|---|---|---|
| MIGHT LEAD TO A CHANGE ORDER OR FINDING OF FACT? | | | | | INCHES | ENDING |
| | | | | | 0.00" | 2400hrs |

NUMBER OF GOVERNMENT EMPLOYEES

| | | | | | | CANAL GAUGE | |
|---|---|---|---|---|---|---|---|
| SUPERVISORY | OFFICE | LAYOUT | INSPECTION | TOTAL | LABOR | FEET | TIME |
| 0- 00 | 1- 05 | 0- 00 | 1-10 | 2- 15 | 0- 00 | 1.5' | 06:50 hrs |

| NUMBER OF CONTRACTOR'S EMPLOYEES | | | | NUMBER OF SHIFTS | | X | 1 | | 2 | | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERVISORY | SKILLED | LABORERS | TOTAL | FROM | TO | FROM | TO | | FROM | | TO |
| - | - | - | See CQC | 0630 | 1700 | | | | | | |

CONTRACTOR/SUBCONTRACTORS AND AREAS OF RESPONSIBILITIES FOR WORK PERFORMED TODAY:

a. WGI Federal Projects Division(Prime)–Project Management;Site Work;Canal Bank&Subsurface Concrete Removal;Remediation

b. Stewart (Sub) – Removal and Disposal of Barge, Fuel Tanker, Misc. Pilings, Sunken Debris, and Jourdan Street Wharf

c. Stranco (Sub) – Transport RECAP soil and borrow material

WORK PERFORMED TODAY: (Indicate location and description of work performed. Refer to work performed by prime and/or subcontractors by letter in Table above.)

A: Performed job-site management, monitored safety controls, performed noise and air monitoring, performed maintenance and housekeeping, continued re-grading haul roads and staging areas to dry out and promote drainage of standing water, loaded out excavated non-hazardous RECAP soil from Saucer Marine. Excavated from borrow pit (McDonough Marine) and transport clean fill to excavated borehole sites.
B: Waiting airfreight delivery to complete crane repairs.
C: Transported non-hazardous contaminated RECAP soil to Jefferson Parish landfill.

Days of no work and reasons for same:
There has been no lost time since the start date of 2 January 2001.      Time Elapse: 545 days

Information on progress of work, causes for delays and extent of delays, Plant, material, etc.
Progress is on schedule. Refer to the most recent cost schedule report for accurate percentage complete. Production has somewhat diminished by the diversion of manpower and equipment performing needed site drainage work.

**EN FORM 2538-2, AUG. 89 (CIVIL)**      This form, together with ENG. Form 2538-1, Aug. 89, replaces ENG. Form 2538, Dec. 87, which is obsolete.      (Proponent: CEMP-CE)



BEA Exhibit
25

NCS-041-000002323

CQC INSPECTION PHASES ATTENDED AND INSTRUCTIONS GIVEN:
**FOLLOW–UP – SITE WORK:** No instructions given.
**FOLLOW–UP – REMEDIATION:** No instructions given.
**FOLLOW–UP – CANAL BANK EXCAVATION:** No work performed this date.
**FOLLOW–UP – WHARF REMOVAL:** No instructions given.

RESULTS OF QA INSPECTIONS AND TESTS, DEFICIENCIES OBSERVED, ACTIONS TAKEN AND CORRECTIVE ACTION OF CONTRACTOR:
**FOLLOW–UP – SITE WORK:** Observed contractor's personnel performing housekeeping, and site maintenance. Observed repairs made to silt fence. Assured housekeeping and site maintenance activities are adequate. Observed the D41P dozer grading ITT to alleviate drainage in low lying areas as well as maintaining haul roads at various locations across the site. Observed PC270 excavating borrow material along the eastern slope of SE pit @ McDonough Marine. Assured that the eastern slope of the pit shaped according to the design template. Observed borrow material loaded into a 14 cy truck for transport to excavation site described below. Observed 3" water pump dewatering the borrow pit at McDonough Marine. No deficiencies observed.
**FOLLOW–UP – REMEDIATION:** Observed the PC400, PC270 and PC220 stage non-hazardous contaminated RECAP soil from borehole 30G at Saucer Marine. When possible, material was direct loaded into Stranco trucks. Assured stockpile materials placed on poly, adequately covered and contained to prevent the possibility of cross contamination of adjacent areas. Observed the 380 Loader load Stranco dump trucks with 555.45Tof staged non-hazardous contaminated RECAP soil from borehole 30G at Saucer Marine for disposal at Jefferson Parish Landfill. Observed oil drums, paint cans, segregated from RECAP soil. Assured environmental manager sampling sides and bottom of excavation. Observed filed screening process and collection of confirmation samples by EM proceeding under the SAP. Results of field screening and visual observations indicate excavation required beyond original CAP dimensions. Assured truck beds lined and loads covered prior to leaving site. Assured waste coordinator is collecting shipping/weight tickets and tracking loads. Assured contractor maintaining exclusion zone near borehole 30G. Assured work performed as required by the CAP. Observed water truck watering haul routs. Assured dust control measures implemented. No deficiencies observed.
**FOLLOW–UP – CANAL BANK EXCAVATION:** Resources were used elsewhere so no canal bank excavation performed today.
**FOLLOW–UP – WHARF REMOVAL:** No wharf removal work was performed today. The contractor performed miscellaneous minor work to keep his crew busy until crane repairs are completed. Repairs on hold waiting for airfreight delivery. No deficiencies observed.

VERBAL INSTRUCTIONS GIVEN TO CONTRACTOR: (Include names, reactions and remarks)
None.

CONTROVERSIAL MATTERS IN DETAIL:
None.

INFORMATION, INSTRUCTIONS OR ACTIONS TAKEN NOT COVERED IN QCR REPORT OR DISAGREEMENTS:
Mr. William Perry, Environmental Scientist Supervisor, DEQ was on site this afternoon. He was afforded the courtesy of the office.

REMARKS: (Include visitors to project and miscellaneous remarks pertinent to work)

| NAME | DESIGNATION | HOURS AT SITE | DUTIES |
|------|-------------|---------------|--------|
| Brogna | Construction Rep | 10 hrs | QAR |
| Guillory | Construction Mgr. | 5 hrs | QAR |

SAFETY: (Include any infractions of approved safety plan, safety manual or instructions from Government personnel. Specify protective action taken)
**ENVIRONMENTAL:** Assured no contaminates or effluents enter canal.
**SAFETY:** Assured fire extinguishers are good condition and checked monthly.

| INSPECTOR'S SIGNATURE | DATE | SUPERVISOR'S INITIALS | DATE |
|------------------------|------|------------------------|------|
| *Alex Brogna* Bernard Alex Brogna | 3 July 2002 | *[initials]* | 7/9/02 |

(Reverse of ENG. Form 2538-2(Civil))      Page 2 of 2 pages

NCS-041-000002324

**Washington Group International**

*Time Report Submitted to USACE:*  1150 hrs   7/3/02   BJC

| Report No: | **398** |
|---|---|
| Day of Week: | **Tuesday** |
| Date: | **July 2, 2002** |
| Page: | 1  of  3 |

## DAILY QUALITY CONTROL REPORT

US Army Corps of Engineers - New Orleans District
Contract No.   DACA56-94-D-0021
Task Order No:   0026
Tide Gauge Reading:  1.5' @ 0650 Hours

Project Name:      IHNC
Project No:      4423
Project Location:   New Orleans, LA

| | |
|---|---|
| Weather: | Mostly Sunny |
| Temperature: | High:   91      Low:   77 |
| Precipitation: | N/A |
| Site Conditions: | Wet in Low Areas - Drying |
| Lost Time Due to Inclement Weather: | N/A |

Section 1:  Prime Contractor/Subcontractors and Areas of Responsibility/Labor Count:

### PRIME CONTRACTOR

| WGI | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification |
|---|---|---|---|---|---|---|
| Daily Total | | | Program Manager | 1 | | Subcontracts Admin. |
| Man Hours: | 1 | 9.5 | Project Manager | | | Business Clerk |
| 127.5 | 1 | 10 | Construction Manager | 2 | 20 | Field Coordinators |
| | 1 | 10 | Project Secretary | 3 | 30 | Operators |
| | 1 | 0 | CSSHO | | | QC Clerk |
| | 1 | 10 | Quality Control System Manager | 1 | 8 | Cost/Scheduler |
| | | | Business Manager | | | Project Controls Mgr. |
| | 1 | 10 | Environmental Manager (Coastal) | | | Regulatory Specialist |
| | | | Waste Specialist (MMG) | | | Chemist |
| | | | Sampling Coordinator | 2 | 20 | Environmental Tech |
| | | | Site Foreman | | | DGPIS/GIS Tech (MMG) |

| OTHERS | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification |
|---|---|---|---|---|---|---|
| Daily Total | Forte | 3 | 24 | Security | Stewart | 1 | 6 | Superintendent |
| Man Hours: | | | | | Stewart | 1 | 6 | Foreman |
| 82 | Westaff | 1 | 10 | Laborer (WGI) | Stewart | | | Pile Driver |
| | | | | | Stewart | 4 | 24 | Laborer |
| | Stranco | 10 | 0 | Truck Drivers (by tons) | Stewart | 1 | 6 | Operator |
| | | | | | Stewart | 1 | 6 | Safety/QC |
| | MMG | | | Environmental Technician | Stewart | | | Welder |
| | | | | | HJ Merrhue | | | Divers |
| | | | | | HJ Merrhue | | | Dive Tenders |
| | | | | | A&B Con. | | | Saw Operators/Tech |
| | | | | | Sutty's | | | Operator |

Section 2:  Work Performed:

| Contractor | Location | Description |
|---|---|---|
| WGI | General Site | Performed Construction and Safety Management.  Performed general site maintenance. |
| WGI | Saucer | Excavated and loaded out non-haz contaminated soil from BH30G, segregated paint/oil drums, and staged backfill material for continuing RECAP activities. |
| WGI | McDonough | Continued with backfill excavation from SE borrow pit and sloping of East wall. |
| WGI | ITT | Performed site grading. |
| WGI | Mayer | Removed silt fencing from perimeter of boatslip and began replacement fence. |
| Stranco | Saucer | Hauled non-haz contaminated soil from BH30G to Jefferson Parrish Landfill. |
| Stewart | Boland | Prepping rig to be changed out or sent for repairs. |

| DAILY QUALITY CONTROL REPORT | Page 2 of 3 |
| --- | --- |

## Section 3: Equipment Utilized: (WGI Group Operations)

| Description | | Owner | Hrs Used | Area Equipment Used |
| --- | --- | --- | --- | --- |
| DOZER (Komatsu D41P) | 1 | Nations Rent | 8 | ITT/Saucer |
| EXCAVATOR (Komatsu 270) | 1 | H&E Rental | 9.5 | McDonough |
| EXCAVATOR (PC 400) | 1 | H&E Rental | 7 | Saucer |
| EXCAVATOR (PC 220) | 1 | H&E Rental | 8.5 | Saucer |
| FRONTEND LOADER (380) | 1 | Nations Rent | 6.5 | Saucer |
| Portable Spray Washer | 1 | HydroClean Rental | 0 | |
| Pump (3") | 3 | USACE | 0 | McDonough/Borrow Pit |
| Welder | 1 | Nations Rent | 0 | |
| TRACTOR        New Holland TC35 | 1 | USACE | 3 | General Site |
| Bush hog | 1 | USACE | 0 | General Site |
| Mower | 1 | USACE | 0 | |
| Weed Eater | 1 | USACE | 0 | General Site |
| Water Truck | 1 | Hertz Rental | 2 | General Site |
| Dump Truck (14-yard) | 1 | Hertz Rental | 1.5 | Saucer/McDonough |
| MINI TRUCK | 3 | Leased | 20 | General Site - MT08 - offsite |
| REG CAB TRUCK | 3 | Leased | 30 | General Site |

## Section 4: Results of Surveillance: (Include satisfactory work completed, or deficiencies w/action to be taken)

| |
| --- |
| a. Preparatory Inspection(s):        N/A |
| b. Initial Inspection(s):        N/A |
| c. Follow-up Inspection(s): |
| WGI - Used D41P dozer for site grading and drainage concerns at ITT.  Also maintained haul road at Saucer. |
| - Crews continued staging backfill material excavated from the SE borrow pit at McDonough Marine south of the access road at Saucer for continuing excavation of the remediation area at BH30G/H/I.  Relayed all excavated material from excavation to frontend loader for loadout into (10) Stranco trucks.  Hauled a total of (32) loads of non-hazardous contaminated soil to the landfill.  Previous (2) weight tickets pending from 07/01/02 have been received, and tonnage amounts are attached to this report.  Obtained (2) confirmation samples from excavation prior to sidewalls sloughing off.  Crew attempted to slope and bench sidewalls to prevent sloughing, but are still having some difficulty because of the type of soil and amount of debris.  Currently have (4) weight tickets pending from loadout on 07/02/02. |
| - Segregated paint and oil drums removed during excavation at BH30G at Saucer Marine.  Placed on separate poly covered staging area.  Open excavation area was covered with tarp to prevent collection of rainwater inside of excavation area. |
| - Continued to cut East slope of SE borrow pit at McDonough Marine back to staked survey points E of the ditch.  Material is being staged, and is also being direct loaded in 14-yard dump truck for remediation backfill soil at Saucer. |
| - Pumped water from SE borrow pit at McDonough Marine. |
| - Received clean confirmation analytical results for McDonough Marine remediation efforts at BH51D, 57I, and 51G.  Also received clean confirmation results for Saucer Marine BH32D. |
| - Removed damaged silt fencing around the boatslip area at Mayer Yacht.  Started to replace silt fence. |
| |
| Stewart Construction - Prepping crane barge to be switched and replaced, or to be repaired. |
| |
| |
| |
| |
| d. Safety Inspection(s)-Include safety violations and corrective actions taken:        (See attached) |

## Section 5: QC Tests Performed and Results: (As required by scope and/or project plans)

| |
| --- |
| N/A |
| |
| Truck Inspections: |
| N/A |

**DAILY QUALITY CONTROL REPORT**                                      Page 3 of 3

**Section 6: Verbal Instructions received or given:** (List any instructions received from government personnel on construction deficiencies identified, required testing, etc., and action to be taken.)

| N/A |
|---|

**Section 7: Changed Conditions/Delays/Conflicts Encountered:** (List any conflicts w/the Delivery Order, [i.e. scope and/or project plans], any delays to project attributable to site and weather conditions, etc.)

| N/A |
|---|

**Section 8: Meetings:** (i.e. Health & Safety, Site Operations, Cost/Schedule, etc.)

| N/A |
|---|

**Section 9: Visitors:** (List Name & Affiliation)

| N/A | |
|---|---|

**Section 10: Remarks:** (Any additional information pertinent to project not defined by the previous entries)

| |
|---|

**Other Attachments:** WGI Field Progress Reports; Subcontractor Daily Reports; Contractor Daily Quantity Report, Daily Transport Report.

Contractor's Verification: The above report is complete and correct. Materials and equipment used and work performed are in compliance with the contract plans and specifications except as noted above.

_Brenda Casey_                          _01/02/02_
Quality Control Manager                     Date

*USACE - Original + 1 copy*
*J. Slaggs/DCS - 1 copy*
*CQCSM - 1 copy*

NCS-041-000002327

IHNC PROJECT
NEW ORLEANS, LA
CONTRACTOR DAILY QUANTITY REPORT

07/02/02

**Demolition:**

| DATE | FACILITY | ITEM | DAILY QUANTITY | JTD QUANTITY | UNITS | CONTRACTOR | ITEM # |
|------|----------|------|----------------|--------------|-------|------------|--------|
| | | Underground pipe | 0 | 17725.5 | LF | Envirocon | N/A |
| | | Timber Pilings | 0 | 27101.5 | LF | Envirocon | N/A |
| | | Steel sheet pilings | 0 | 12800.5 | SQ FT | Envirocon | N/A |
| | | Bulkhead timbers | 0 | 455 | LF | Envirocon | N/A |
| | | Trash and Debris | 0 | 4552.47 | Tons | | N/A |
| | | Scrap Metal | 0 | 1024.1 | Tons | | N/A |
| | | Pilings | 0 | 762.96 | Tons | | N/A |
| | | Concrete | 0 | 13240.61 | Tons | Hamps/Envir | N/A |
| | | * Concrete-2 | 0 | 798.11 | Tons | Hamps/Envir | N/A |
| | | Pilings-2 | 0 | 3911 | LF | Hamps/Envir | N/A |
| 07/01/02 07/02/02 | Saucer | Non-Haz Soil | 562.43 (NPR) **Pending | 8943.13 | Tons | WGI/Stranco | N/A |
| | | Truck Mats | 0 | 79.37 | Tons | Hamps/Envir | N/A |
| | | Dry Dock-Pilings | 0 | 4331 | LF | Stewart's | 011/007 |
| | | Dry Dock-Trash | 0 | 13.26 | Tons | Stewart's | 007 |
| | | Dry Dock-Steel | 0 | 92.54 | Tons | Stewart's | 010/Rcy |
| | | Dry Dock-Concrete | 0 | 88.85 | Tons | Stewart's | 010/Rcy |
| | | Mayer sheet pile | 0 | 2242.67 | SQ FT | Stewart's | 012/Rcy |
| | | Mayer Timber Pilings | 0 | 366 | LF | Stewart's | 011/007 |
| | | McD Timber Pilings | 0 | 1056 | LF | Stewart's | 009/007 |
| | | BOL Timber Curb * | 0 | 37.64 | Tons | Stewart's | 007 |
| | | Wharf-Timber | 0 | 32,256 | Board Feet | Stewart's | 008 |
| | | Wharf-Concrete | 0 | 25,567.10 | SQ FT | Stewart's | 003 |
| | | Wharf-Steel | 0 | 19.11 | Tons | Stewart's | N/A |

**Asbestos/Transite Removal:**

| | | Asbestos | 0 | 20157.57 | Tons | GIL | N/A |
|--|--|----------|---|----------|------|-----|-----|
| | | Sand/Fill Delivered | 0 | 46494.95 | CU YD | GIL | N/A |

**Grid Trenching/Geophysical Survey**

| DATE | FACILITY | ITEM | DAILY QUANTITY | JTD QUANTITY | UNITS | CONTRACTOR | |
|------|----------|------|----------------|--------------|-------|------------|--|
| | | Grid Lengths | 0 | 42584 | LF | McDonalds | N/A |
| | | Grid Trash/Debris | 0 | 692.49 | Tons | McDonalds | N/A |
| | | Grid Scrap | 0 | 59.02 | Tons | McDonalds | N/A |
| | | Grid Concrete | 0 | 83.69 | Tons | McDonalds | |
| | | Geophysical-Conc | 0 | 93.17 | Tons | WGI/Stranco | N/A |

**Other**

| | | Conc. Rem-Concrete | 0 | 3995.91 | Tons | WGI/Stranco | N/A |
|--|--|--------------------|---|---------|------|-------------|-----|
| | | Conc. Rem-Trash | 0 | 228.53 | Tons | WGI/Stranco | N/A |
| | | Conc. Rem-Steel | 0 | 16.63 | Tons | WGI/Stranco | N/A |
| | | Other loads | 0 | 13 | Loads | Al Used tires | N/A |
| | | Haz Waste | 0 | 6 | Each | Stranco | N/A |
| | | Bank/Concrete | 0 | 289.18 | Tons | WGI/Stranco | N/A |
| | | Bank/Steel | 0 | 89.25 | Tons | WGI/Stranco | N/A |
| | | Bank/Trash-Debris | 0 | 1589.15 | Tons | WGI/Stranco | N/A |
| | | Bank/Pilings | 0 | 19.68 | Tons | WGI/Stranco | N/A |
| | | Contam Bank Debris | 0 | 347.70 | Tons | WGI/Stranco | N/A |

* Timber Curbs with mixed wharf logs
**Pending - All weight tickets not yet received (Will carryover this entry until weights are reported)
(NPR) - Not previously reported

NCS-041-000002328

Washington Group International, Inc.
2500 SureKote Road
New Orleans, LA 70117
(504) 947-5900

Inner Harbor Navigation Canal
East Bank Industrial Area
Non Hazardous Contaminated Soil

*1 OF 2*

*32 Loads*

| EBIA Tracking | Date | Time | Truck Id | Ticket # | Pounds | Daily # Total | Running # Total | Tons | Daily Ton Total | Running Ton Total | Site |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NS-332 | 7/2/02 | 715 | P146510 | 19032 | 34760 | | | 17.38 | | | Saucer |
| NS-333 | 7/2/02 | 720 | P122733 | 19029 | 40280 | | | 20.14 | | | Saucer |
| NS-334 | 7/2/02 | 730 | P128888 | 19030 | 48260 | | | 24.13 | | | Saucer |
| NS-335 | 7/2/02 | 735 | P138484 | 19027 | 37440 | | | 18.72 | | | Saucer |
| NS-336 | 7/2/02 | 750 | P138422 | 19028 | 42120 | | | 21.06 | | | Saucer |
| NS-337 | 7/2/02 | 755 | P132364 | 19026 | 28540 | | | 14.27 | | | Saucer |
| NS-338 | 7/2/02 | 810 | P136600 | 19025 | 33080 | | | 16.54 | | | Saucer |
| NS-339 | 7/2/02 | 830 | P136599 | 19024 | 38080 | | | 19.04 | | | Saucer |
| NS-340 | 7/2/02 | 835 | P147610 | 18966 | 24860 | | | 12.43 | | | Saucer |
| NS-341 | 7/2/02 | 840 | P138951 | 18965 | 25480 | | | 12.74 | | | Saucer |
| NS-342 | 7/2/02 | 940 | P122733 | 19039 | 30040 | | | 15.02 | | | Saucer |
| NS-343 | 7/2/02 | 955 | P128888 | 19040 | 45000 | | | 22.50 | | | Saucer |
| NS-344 | 7/2/02 | 1008 | P138484 | 19041 | 29900 | | | 14.95 | | | Saucer |
| NS-345 | 7/2/02 | 1017 | P138422 | 19036 | 34880 | | | 17.44 | | | Saucer |
| NS-346 | 7/2/02 | 1025 | P146510 | 19035 | 29760 | | | 14.88 | | | Saucer |
| NS-347 | 7/2/02 | 1032 | P136600 | 19045 | 40880 | | | 20.44 | | | Saucer |
| NS-348 | 7/2/02 | 1045 | P132364 | 19046 | 29480 | | | 14.74 | | | Saucer |
| NS-349 | 7/2/02 | 1105 | P147610 | 19047 | 32820 | | | 16.41 | | | Saucer |
| NS-350 | 7/2/02 | 1125 | P136599 | 19048 | 40080 | | | 20.04 | | | Saucer |
| NS-351 | 7/2/02 | 1127 | P138951 | 19066 | 25880 | | | 12.94 | | | Saucer |
| NS-352 | 7/2/02 | 1130 | P122733 | 19065 | 28320 | | | 14.16 | | | Saucer |
| NS-353 | 7/2/02 | 1205 | P128888 | 19064 | 55200 | | | 27.60 | | | Saucer |
| NS-354 | 7/2/02 | 1300 | P138422 | 19063 | 42020 | | | 21.01 | | | Saucer |
| NS-355 | 7/2/02 | 1305 | P138484 | 19060 | 37760 | | | 18.88 | | | Saucer |
| NS-356 | 7/2/02 | 1320 | P146510 | 19062 | 29740 | | | 14.87 | | | Saucer |
| NS-357 | 7/2/02 | 1335 | P122733 | 19061 | *Pending* | | | 0.00 | | | Saucer |
| NS-358 | 7/2/02 | 1345 | P147610 | 19049 | *Pending* | | | 0.00 | | | Saucer |
| NS-359 | 7/2/02 | 1400 | P132364 | 19042 | 34940 | | | 17.47 | | | Saucer |
| NS-360 | 7/2/02 | 1425 | P128888 | 19043 | 43380 | | | 21.69 | | | Saucer |
| NS-361 | 7/2/02 | 1430 | P138951 | 19044 | 18980 | | | 9.49 | | | Saucer |

2 of 2

**Washington Group International, Inc.**
2500 Surekote Road
New Orleans, LA 70117
(504) 947-5900

Inner Harbor Navigation Canal
East Bank Industrial Area
*Non Hazardous Contaminated Soil*

| EBIA Tracking | Date | Time | Truck Id | Ticket # | Pounds | Daily # Total | Running # Total | Tons | Daily Ton Total | Running Ton Total | Site |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NS- 362 | 7/2/02 | 1510 | P146510 | 19052 | *Pending* | 981960 | 15,240,280 | 0.00 | 490.98 | 7620.14 | Saucer |
| NS- 363 | 7/2/02 | 1555 | P132364 | 19051 | *Pending* | | | 0.00 | | | Saucer |

NCS-041-000002330

**IHNC – TRANSPORT TRACKING SHEET**

Trucking Company: STRANCO  Date: 7/2/02

| Truck No. (10) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| **Color, desc#** | 8 | 1 | 2 | 209 | 29 | 404 | CF | 114 | 112 | 409 |
| **License#** | P146510 | P122733 | P122733 | P122XX | P324244 | P132422 | P123242 | P136620 | P136599 | P14761a |
| **Load #1 Time In:** | 0650 | 0650 | 0650 | 0655 | 0655 | 0650 | 0700 | 0700 | 0700 | 0715 |
| **Time Out:** | 0715 | 0720 | 0730 | 0735 | 0760 | 0755 | 0810 | 0830 | 0835 |
| **Site/Desc:** | SM30G | SM30G | SM30G | SM30G | SM30G | SM30G | SM30G | SM30G | SM30G |
| hour ton | 1) | 2) | 3) | 4) | 5) | 6) | 7) | 8) | 9) |
| **Ticket ID:** | N5332 | N5333 | N5334 | N5335 | N5336 | N5337 | N5338 | N5339 | N5340 |
| **Load #2 Time In:** | 1000 | 0920 | 0920 | 0928 | 0940 | 0950 | 1000 | 1000 | 1045 | 1050 |
| **Time Out:** | 1025 | 0940 | 0955 | 1008 | 1017 | 1045 | 1032 | 1125 | 1105 |
| **Site/Desc:** | SM30G | SM30G | SM30G | SM30G | SM30G | SM30G | SM30G | SM30G | SM30G |
| **Ticket ID:** | N5346 | N5342 | N5343 | N5344 | N5345 | N5348 | N5347 | N5350 | N5349 |
| **Load #3 Time In:** | 1305 | 1105 | 1140 | 1235 | 1230 | 1335 | 1000 | 1045 | 1310 |
| **Time Out:** | 1320 | 1130 | 1205 | 1306 | 1300 | 1400 | 1632 | 1115 | 1345 |
| **Site/Desc:** | SM30G | SM30G | SM30G | SM30G | SM30G | SM30G | SM30G | SM30G | SM30G |
| **Ticket ID:** | N5356 | N5352 | N5353 | N5355 | N5354 | N5359 | N5347 | N5350 | N5349 |
| **Load #4 Time Out:** | 1510 | 1335 | 1425 | | | 1555 | | | |
| **Site/Desc:** | SM30G | SM30G | SM30G | | | SM306 | | | |
| **Ticket ID:** | N5362 | N5357 | N5360 | | | N5363 | | | |
| **Load #5** | | | | | | | | | |

**DAILY TOTALS FOR INVOICE:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **# Loads** 32 | 4 | 4 | 4 | 3 | 3 | 4 | 2 | 2 | 3 |
| **# Hours** 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

Page 1 of 2

Revised 06/11/02

NCS-041-000002331

**IHNC – TRANSPORT TRACKING SHEET**     Trucking Company: _STRANCO_     Date: 7/2/02

| | | 1) | 2) | 3) | 4) | 5) | 6) | 7) | 8) | 9) |
|---|---|---|---|---|---|---|---|---|---|---|
| Truck No., Color, desc# | 294 | | | | | | | | | |
| License# | P13Y451 | | | | | | | | | |
| **Load #1** | Time In: | 0730 | | | | | | | | |
| | Time Load: | | | | | | | | | |
| | Time Out: | 0840 | | | | | | | | |
| | Site/Desc: | Sm 306 | | | | | | | | |
| | | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton |
| | Ticket ID: | N5341 | | | | | | | | |
| **Load #2** | Time In: | 1100 | | | | | | | | |
| | Time Load: | 1127 | | | | | | | | |
| | Time Out: | Sm 306 | | | | | | | | |
| | Site/Desc: | | | | | | | | | |
| | | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton |
| | Ticket ID: | N5351 | | | | | | | | |
| **Load #3** | Time In: | 1350 | | | | | | | | |
| | Time Load: | 1430 | | | | | | | | |
| | Time Out: | Sm 306 | | | | | | | | |
| | Site/Desc: | | | | | | | | | |
| | | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton |
| | Ticket ID: | N5301 | | | | | | | | |
| **Load #4** | Time In: | | | | | | | | | |
| | Time Load: | | | | | | | | | |
| | Time Out: | | | | | | | | | |
| | Site/Desc: | | | | | | | | | |
| | | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton |
| | Ticket ID: | | | | | | | | | |
| **Load #5** | Time In: | | | | | | | | | |
| | Time Load: | | | | | | | | | |
| | Time Out: | | | | | | | | | |
| | Site/Desc: | | | | | | | | | |
| | | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton | hour ton |
| | Ticket ID: | | | | | | | | | |

**DAILY TOTALS FOR INVOICE:**

| | |
|---|---|
| # Loads | 3 |
| # Hours | 1 |

Page 2 of 2

Revised 06/11/02

NCS-041-000002332

Washington Group International, Inc.
2500 Surekote Road
New Orleans, LA 70117

Phone (504)-947-5900
Fax:  (504)-947-5910

## DAILY PROGRESS REPORT

Client: USACE
Project Name: IHNC
Project Location: EBIA – New Orleans, LA

Date: 7-2-02 / TUESDAY
Report By: Bobby Smith
1 OF 3

| Time | Work Performed & Comments |
|------|---------------------------|
| 0630 | SAFETY MEETING & PLAN OF THE DAY |
| 0650 | STARTED LOADING TRUCKS AT SAUCER MARINE |
| | WITH MATERIAL FROM 30G BOREHOLE EXCAVATION |
| | (10 TOTAL TRUCKS) |
| 0730 | STARTED EXCAVATING SLOPE ON 30G EXCAVATION |
| | PULLED TWO SAMPLES - ONE AT SOUTH MOST |
| | EDGE OF EXCAVATION AT APPR. 6-7' - SECOND |
| | MIDDLE OF EXCAVATION 25' FROM SOUTH EDGE |
| | HAULING BACKFILL MATERIAL |
| | CONTINUE LOADING OUT EXCAVATED MATERIAL |
| 0740 | TESTED SAMPLES - READINGS WERE HIGH |
| 0830 | MOVED TO NORTH END OF EXCAVATION TO |
| | START ON NORTH WALL - PC-220 DOWN |
| | IN EXCAVATION & THROWING MATERIAL TO |
| | EAST SIDE |
| | UNABLE TO MOVE WITHIN EXCAVATION DUE |
| | TO SOFT CLAY |

Equipment/No. Hours Used: PC-220 - 8.5 HRS S.m.
PC-460 - 7 HRS S.m.
380 - 6.5 HRS S.m    PC-270 - 3.5 HRS m.m
D41P - 8 HRS ITT    PC-270 - 6 HRS S.m.
14 YD DUMP - 3.5 HRS S.m.

Comments:

Materials Received:

Items Needed:

Items Purchased:

Washington Group International, Inc.
2500 Surekote Road
New Orleans, LA 70117

Phone (504)-947-5900
Fax:    (504)-947-5910

### DAILY PROGRESS REPORT

| | | | |
|---|---|---|---|
| Client: | USACE | Date: | 7-2-02 / TUESDAY |
| Project Name: | IHNC | | |
| Project Location: | EBIA – New Orleans, LA | Report By: | Betty Smith |
| | | | 2 OF 3 |

| Time | Work Performed & Comments |
|---|---|
| 0900 | USING PC-270 LONG REACH ON OUTSIDE OF EXCAVATION TO SQUARE UP BOTTOM - CUTTING SLOPE ON NORTH END- TRYING TO SLUF OFF. |
| 1000 | TRUCKS RETURNING FROM LANDFILL |
| 1130 | EXCAVATION IS NEAR COMPLETE, BUT SIDES ARE SLUFFING INTO HOLE |
| 1230 | REMOVING MATERIAL THAT HAS FALLEN |
| 1330 | WEST ? NORTH WALLS FELL IN. REMOVING MATERIAL |
| 1400 | CUTTING SLOPE MORE |
| 1415 | CATCHING SAMPLE ON BOTTOM |
| 1425 | SAMPLE CLEAN AT 21' |
| 1430 | STARTED BACKFILL - EXCAVATION MARKERS DOWN. |
| 1530 | CONTINUE BACKFILLING CONTINUE GRADING ITT |

| Equipment/No. Hours Used: | Comments: |
|---|---|
| | |
| Materials Received: | |
| Items Needed: | |
| Items Purchased: | |

Washington Group International, Inc.
2500 Surekote Road
New Orleans, LA 70117

Phone (504)-947-5900
Fax: (504)-947-5910

## DAILY PROGRESS REPORT

| Client: | USACE | Date: | 7-2-02 / TUESDAY |
|---|---|---|---|
| Project Name: | IHNC | Report By: | Bob Smith |
| Project Location: | EBIA – New Orleans, LA | | 3 OF 3 |

| Time | Work Performed & Comments |
|---|---|
| 1530 | LOADING LAST TRUCK |
| 1600 | STARTED COVERING EXCAVATED SOIL PILES. WITH PLASTIC |
| 1630 | PLACING TARP OVER # SOUTHERN SECTION OF EXCAVATION. |
| 1700 | BACKFILL COMPLETE – BUILT BERM AT NORTH END TO PREVENT ANY WATER FROM ENTERING EXCAVATION |
| 1715 | WORK COMPLETE FOR THIS DATE. |

| Equipment/No. Hours Used: | Comments: |
|---|---|
| Materials Received: | |
| Items Needed: | |
| Items Purchased: | |

NCS-041-000002335

Washington Group International, Inc.
2500 Surekote Road
New Orleans, LA 70117

Phone (504)-947-5900
Fax:   (504)-947-5910

## DAILY PROGRESS REPORT

| Client: | USACE | Date: | 7-2-02 |
|---|---|---|---|
| Project Name: | IHNC | | |
| Project Location: | EBIA – New Orleans, LA | Report By: | Lonnie |

| Time | Work Performed & Comments |
|---|---|
| 10 | Tony Started greasing Pc-270 at 6:30 and started excavated back fill from borrow pit from 7:00 TO 8:30 at 8:30 Tony grated at ITT from 8:30 TO 5:00. |
| 10 | Lonnie worked at Saucer covered up contaminated soil with plastic and hauled from borrow pit with bump Truck |
| 10 Patrick and Patrick | Lawrence lind Trucks and covered up contaminated soil with plastic Removed damaged silt Fencing @ MAY & began replacing |

| Equipment/No. Hours Used: | Comments: |
|---|---|
| Pc-270 1.5 | |
| 41-P Dozer 8.5 | |
| Dump Truck 1.5 | |
| **Materials Received:** | |
| 25 Box of Plastic | |
| 25 T Post | |
| **Items Needed:** | |
| | |
| **Items Purchased:** | |
| | |

# STEWART CONSTRUCTION

| Contractor QC & Progress Report | |
|---|---|
| Date: | **Tues-7-2-2002** |
| Page | **1 of 3** |
| **Report #85** | |

## DAILY QUALITY CONTROL / PROGRESS REPORT

IHNC Project
New Orleans, LA

**Subcontract:SC554 Removal and Disposal
of the Jourdan Street Wharf**

Weather:  ( ) Clear   ( ) P. Cloudy    **( X ) Cloudy**
　　　　( ) Fog     ( ) Wind      **( X ) Rain**
　　　　Temperature:  High:    **93** Low:    **80**
　　　　Precipitation:    **None**
　　　　Site Conditions:    **Wet**
　　　　Lost Time Due to Inclement Weather:    **None**

Section 1:  Prime Contractor/Subcontractors and Areas of Responsibility/Labor Count:

**Stewart Construction**

| | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification |
|---|---|---|---|---|---|---|
| | | | Project Manager | | | |
| | 1 | 6.0 | Superintendent | | | |
| | 1 | 6.0 | Foreman | | | |
| | | | Piledriver | | | |
| | 4 | 36.0 | Laborer | | | |
| | 1 | 6.0 | Operator | | | |
| | 1 | 6.0 | Safety/Quality Control | | | |
| | | | | | | |

**SUBCONTRACTORS**

| | # Personnel | # Hours | Classification | # Personnel | # Hours | Classification |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Section 2:  Work Performed:

| Location | Description |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Boland Site** | **Removal of Jourdan Street Wharf** |

NCS-041-000002337

**DAILY QUALITY CONTROL REPORT** | | 7/2/02 | Page 2 of 3

Section 3:  Equipment Utilized:

| Description | Owner | Hours Used | Area Equipment Used |
|---|---|---|---|
| Crane | Stewart | 8 | |
| Crane Barge | McDonough Marine | 6 | |
| Cargo Barge #1 | McDonough Marine | 6 | |
| Cargo Barge #2 | | | |
| Pile Hammer 44-50 | Stewart | 6 | |
| Welding Machine #1 | Stewart | 6 | |
| Welding Machine #2 | Stewart | 6 | |
| Welding Machine #3 | Stewart | 6 | |
| Deck Hoist | Stewart | 6 | |
| Air Compressor | Stewart | 6 | |
| Workboat | Stewart | 6 | |
| Life Boat | Stewart | 6 | |
| Inspection Boat | Stewart | 6 | |
| Workfloat | Stewart | 6 | |
| Clam Bucket | Stewart | 6 | |
| Crane Mats | Stewart | 6 | |
| Turbidity Curtain | Stewart | 6 | |
| Oil Absorbant Boom | Stewart | 6 | |
| | | 6 | |
| Small Tools-Including tool sheds, Fuel tanks, Pumps, Torch Sets, Comealongs, Chain Saws, Wood Borers, Block & Tackle | Stewart | 6 | |

Section 4:  Results of Surveillance: (Include satisfactory work completed, or deficiencies w/action to be taken)

| a. Preparatory Inspection(s): | 4/10/2002(Mayer Yacht/McDonough) 5/15/2002 (Jourdan St. Wharf) |
|---|---|
| b. Initial Inspection(s): | 6/25/02 |
| c. Follow-up Inspection(s): | Crane continued down awaiting work to be performed on boom hoist drum. Crew performed housekeeping and preventive maintenance on crane barge. Welded pipe and H-beam stanchions on cargo barge. Secure for the day at 13:30hours. Cut miscellaneus scrap iron items on cargo barge to be placed in rolloff containers. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

d. Safety Inspection(s) - (Include safety violations and corrective actions taken):
**None.**

Section 5:  QC tests Performed and Results: (As required by Scope and/or project plans).
**None.**

NCS-041-000002338

Section 6:  Verbal instructions received or given:  (List any instructions received from government personnel on construction deficiencies identified, required testing, etc., and action to be taken.)

| None. |
|---|

| DAILY QUALITY CONTROL REPORT | 7/2/02 | Page  3 of  3 |
|---|---|---|

Section 7:  Changed Conditions/Delays/Conflicts Encountered:  (List any conflicts w/the Delivery Order, [i.e. scope and/or project plans], any delays to project attributable to site and weather conditions, etc.)

| Boom Hoist. |
|---|

Section 8:  Meetings:  (i.e. Health & Safety, Site Operations, Cost/Schedule, etc.)

| Tailgate safety meeting. |
|---|

Section 9:  Visitors:  (List Name & Affiliation)

Section 10:  Remarks:  (Any additional information pertinent to project not defined by the previous entries)

| Materials Received: | |
|---|---|

Contractor's Verification:  The above report is complete and correct.  Materials and equipment used and work performed are in compliance with the contract plans and specifications except as noted above.

Tim Waguespack,

Safety/Quality Control Rep.

Tues-7-2-2002
Date

# PERSONNEL ACCOUNTABILITY LOG

Stewart Construction: Date: 7-2-2002

| Name & Title (Print Name & Title) | Organization | Purpose | Time In | Time Out |
|---|---|---|---|---|
| James V Bryant | SCCI | Replace Boom cable | 06:30 | 15:30 |
| Jorge Varala. | SCCI | '' | 06:30 | 16:30 |
| Eduardo Rodriguez | SCCI | '' | 06:30 | 16:30 |
| Anthony Small | SCCI | '' | 06:30 | 16:30 |
| Silvester Cruz | SCCI | '' | 06:30 | 16:30 |
| Michael A Small | SCCI | '' | 06:30 | 16:30 |
| Jerry Javiolette | SCCI | weld Staunchions | 06:30 | 16:30 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*All personnel must sign both the safety representative's log and the shore office log if boarding vessels. If an emergency incident occurs all personnel will meet at the shore office where an accounting of all personnel is performed. Attention in this matter is greatly appreciated and is done for the safety of all personnel.

NCS-041-000002340

Washington Group International, Inc.
2500 Surekote Road
New Orleans, LA 70117
(504) 947-5900

Inner Harbor Navigation Canal
East Bank Industrial Area
*Non Hazardous Contaminated Soil*

| EBIA Tracking | Date | Time | Truck Id | Ticket # | Pounds | Daily # Total | Running # Total | Tons | Daily Ton Total | Running Ton Total | Site |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NS- 312 | 7/1/02 | 715 | P132364 | 18933 | 32400 | | | 16.20 | | | Saucer |
| NS- 313 | 7/1/02 | 725 | P146510 | 18932 | 32280 | | | 16.14 | | | Saucer |
| NS- 314 | 7/1/02 | 740 | P128888 | 18941 | 44720 | | | 22.36 | | | Saucer |
| NS- 315 | 7/1/02 | 810 | P138484 | 18959 | 40060 | | | 20.03 | | | Saucer |
| NS- 316 | 7/1/02 | 815 | P138484 | 18960 | 31760 | | | 15.88 | | | Saucer |
| NS- 317 | 7/1/02 | 916 | P138422 | 18958 | 44800 | | | 22.40 | | | Saucer |
| NS- 318 | 7/1/02 | 950 | P136599 | 18957 | 38140 | | | 19.07 | | | Saucer |
| NS- 319 | 7/1/02 | 1010 | P128888 | 18956 | 54220 | | | 27.11 | | | Saucer |
| NS- 320 | 7/1/02 | 1010 | P146510 | 18955 | 21460 | | | 10.73 | | | Saucer |
| NS- 321 | 7/1/02 | 1030 | P132364 | 18953 | 29300 | | | 14.65 | | | Saucer |
| NS- 322 | 7/1/02 | 1100 | P138951 | 18954 | 31600 | | | 15.80 | | | Saucer |
| NS- 323 | 7/1/02 | 1150 | P138422 | 18952 | 39080 | | | 19.54 | | | Saucer |
| NS- 324 | 7/1/02 | 1205 | P138484 | 18951 | 26120 | | | 13.06 | | | Saucer |
| NS- 325 | 7/1/02 | 1325 | P146510 | 18946 | 27520 | | | 13.76 | | | Saucer |
| NS- 326 | 7/1/02 | 1345 | P136599 | 18947 | 47440 | | | 23.72 | | | Saucer |
| NS- 327 | 7/1/02 | 1350 | P128888 | 19038 | 49640 | | | 24.82 | | | Saucer |
| NS- 328 | 7/1/02 | 1351 | P132364 | 19037 | 29900 | | | 14.95 | | | Saucer |
| NS- 329 | 7/1/02 | 1410 | P138951 | 19033 | 31440 | | | 15.72 | | | Saucer |
| NS- 330 | 7/1/02 | 1430 | P138422 | 19034 | 43180 | | | 21.59 | | | Saucer |
| NS- 331 | 7/1/02 | 1535 | P146510 | 19031 | 29800 | 724,860 | 14,258,320 | 14.90 | 362.43 | 7129.16 | Saucer |

2 Weights Not Previously Reported