# EXHIBIT 29

## Treeby, William D.

| | |
|---|---|
| **From:** | Thomas Sims [tsims@baronbudd.com] |
| **Sent:** | Thursday, February 23, 2012 11:08 PM |
| **To:** | Treeby, William D.; robin.doyle.smith@usdoj.gov |
| **Cc:** | Bruno, Joseph; Andy Owen; Chris Yount; Elwood Stevens |
| **Subject:** | [FS#363282] MRGO Armstrong - Bea reliance materials - response to requests for additional information |
| **Attachments:** | Material Properties.pdf; SEEPW 2007 engineering book.pdf; Requests and Responses for additional materials - Feb 23 2012.pdf |

Bill and Robin,

I have endeavored to answer the various questions you've submitted over the past week regarding Dr. Bea's report. Adopting the format that Bill prepared using Robin's original letter, the answers are contained in the attached file.

I am also attaching two documents that are referenced in the answers.

Thank you.

**CONFIDENTIALITY NOTICE**
The information in this E-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 214-521-3605. Thank you.



BEA Exhibit 14

3/26/2012

VIA EMAIL
Joseph M. Bruno, Esq.
Bruno & Bruno
855 Baronne Street
New Orleans, Louisiana 70113

Re: In re Katrina Canal Breaches Consolidated Litigation (Civ. No. 05-4182)
(Armstrong v. United States)

Dear Joe:

I am writing to request that you provide the following data and other information that underlies Dr. Bea's report.

(1) Validation studies of London Avenue load test and E99 load test, referred to on page 3 of appendix B and in the main text:
This category of uncertainty was addressed by "validating" the analytical models with results from prototype "fullscale" experiments or "load tests" performed in the field. Examples of the analytical model validations used in this investigation involved the E99 and London Avenue floodwall tests performed by the USACE.

*(Feb 15 Response)*
*See "Forensic Engineering Analyses of the 17th Street Canal Breaches" by Dr. Bea (December 2009) and "Forensic Engineering Analyses of the London Avenue Canal Breaches" by Dr. Bea (December 2009), both of which were included in Dr. Bea's reliance materials. Validation studies based on the E99 load tests also were performed during the ILIT Finite Element Analysis studies performed by Xavier Grunauer (ref. ILIT final report 2006).*

(DOJ Further Request Feb 21)
Your response referred us to the 2006 ILIT report for finite-element analyses, but we cannot find any such analyses in the report. Please provide the analyses or pinpoint cites to them. Likewise, the other two references that you cited don't not contain any mention of analyses for the London Avenue Canal load test nor the E-99 analyses.

---

(2) For the cross sections in Appendix B, please specify the lateral extent of the domain. The figures appear to be clipped at both ends. Also, please clarify the soil types in the cross sections. Use of the same colors for different soil types makes it impossible to determine the different soil types.

*(Feb 15 Response)*

*Towards the canal side, cross sections extend to the edge of the IHNC, which depending on the section is located 300 to 400 ft left of the levee centerline. Towards the protected side, available information exists as far as Jourdan Avenue canal, but the analysis meshes extend at least 1000 ft away from the levee centerline to minimize numerical errors.*

(DOJ Further Request Feb 21)
We asked you to "specify the lateral extent of the domain" for the Appendix B cross-sections, but your response was not specific. You vaguely described the western boundary as "300 to 400 ft left of the levee centerline" and the eastern boundary as "at least 1000 ft away from the levee centerline." We need to know the exact coordinates of these boundaries, in the same coordinate system that is used elsewhere in Appendix B.

*(Feb 23 Further Response)*
*NORTH BREACH= left x= 0 ft (493 ft left of sheetpile) right x= 1615*
*SOUTH BREACH= left x=-240 ft (sheetpile is at x=336) right x= 1469*
*NEAR BREACH= left x= 0 ft (sheetpile is at x=393) right x= 1522*
*If you require more precision than this, you may open the modeling files and determine the exact coordinates.*

---

(3) Identify the elevations for the top and the bottom of the sheet piles for the sections shown in Appendix B.

*(Feb 15 Response)*
*See Paragraph 39 of the Bea report.*

(DOJ Further Request Feb 21)
In response to our request for "the elevations for the top and the bottom of the sheet piles for the sections shown in Appendix B," you referred us to paragraph 39 of the Bea report. Paragraph 39 does not provide an exact elevation for the top of the wall but instead refers to unspecified survey data "indicat[ing] that the top of the sheet pile supported I-wall was located at elevation +12 to +13." We need to know the exact top-of-wall and bottom-of-sheetpile elevations that Dr. Bea used in his analyses. If he used more than one elevation in his analyses, please provide the specific elevations used in each analysis and specify the geodetic datum if other than NAVD88.

*(Feb 23 Further Response)*
*NAVD88*
*top= 13 ft*
*bottom= -9.5*

(4) Produce the triaxial tests and the PLAXIS analysis (input and output files) mentioned in Appendix C, page 28: The stress paths and results from several available triaxial tests were used in the two-dimensional finite element program PLAXIS to estimate a range of drained friction angles that correspond to the drained behavior of the reported undrained tests. The best estimate of friction angle was between 25 and 26 degrees, and a standard deviation of 5 degrees was determined.

*(Feb 15 Response)*
*See Response to (14)*

---

(5) Produce the SEEP/W input and output files used to perform the "hydraulic conductivity" analysis that, according to Appendix C, was used to evaluate the response of the Corps's piezometers, and specify whether the analysis was a steady state or transient analysis. If transient, specify all parameters of the analysis. Provide the volumetric water content estimated values (p. 10). Specify the hydraulic boundary conditions that were applied, and provide the calculations used to determine the initial head.

*(Feb 15 Response)*
*SEEP/W model files were previously included as part of the Bea reliance materials produced to Defendants.*
*The SEEP/W models were transient.*
*Parameters:*
*-initial conditon: steady state analysis using a total head boundary condition of +1 ft NAVD, based on pre 2008 hurricane IHNC canal levels.*
*-transient boundary condition: IHNC gauge elevations as provided to Geoestudios were used and applied to surface nodes left of the sheetpile.*
*-volumetric water contents: characteristic curves were estimated using built-in functions in the seepage software, which employ the Vangenuchten (1980) relationship between soil suction and water content in the soil matrix. However, the buried swamp layer in the piezometer analyses was assumed to be fully saturated under a steady state water elevation of +1 ft, therefore no characteristic curve was needed for it. For these and all other seepage analyses, the following saturated volumetric water contents were used:*
*\*clays: 0.38*
*\*sands: 0.4*
*\*buried swamp: 0.51*

---

(6) Appendix C Figure 16b shows data points of elevation and moisture content for a marsh layer that extends from El -7 ft to El -22 ft. Provide the source or the basis for the water-content values. Identify the borings or other basis for the soil-layer elevations in this figure.

*(Feb 15 Response)*
*See attached boring logs. These files identified the ground surface elevations and the depths below ground surface for the samples. Dr. Bea utilized only borings that were performed along the wall alignment within the water side and land side toes of the levee. He identified samples within the Marsh-Swamp deposits based on these logs (that identified the presence of organic materials) and the reported water contents. The water contents were determined from samples obtained during the borings and tested in the laboratory.*

---

(7) Produce the data and sources used to convert elevation data to NAVD88.

*(Feb 15 Response)*
*IPET datum studies and project plans were used to develop correlations of elevation to NAVD88. The IPET report links (IPET Volume II Main Report and Appendix) are provided below. Project plans are identified in the reports. Elevations of borings are provided within the boring log (presented in the project plans/reports cited).*

*https://ipet.wes.army.mil/NOHPP/_Post-Katrina/(IPET)%20Interagency%20Performance%20Evaluation%20TaskForce/Reports/IPET%20Final%20Report/Volume%20II/FINAL%20Vol%20II%20Geodetic%20Vertical%20and%20Water%20Level%20Datums%20-%20appendices.pdf*

*https://ipet.wes.army.mil/NOHPP/_Post-Katrina/(IPET)%20Interagency%20Performance%20Evaluation%20TaskForce/Reports/IPET%20Final%20Report/Volume%20II/FINAL%20Vol%20II%20Geodetic%20Vertical%20and%20Water%20Level%20Datums%20-%20maintext.pdf*

---

(8) Produce a legible iteration of Appendix C Figure 18a. Many of the numerals and words in the figure are too blurry to be read.

*(Feb 15 Response)*
*See attached file, labeled "fig 18b new.pdf".*

---

(9) Reveal the unit-weight values and the water-table locations used to calculate the effective stress that was used in the application of the undrained-strength ratio in Appendix C Figure 22.

*(Feb 15 Response)*

*The effective stresses for Su/p' ratios were estimated using a water elevation of 0 ft. The unit weights for clays was 100 pcf, the unit weights for buried swamp was 90 pcf.*

---

(10) Explain the correlation between the materials listed in Table 5 for the north breach and the materials listed on the cross sections in Appendix B, so that it is possible to determine what strengths were assigned to each layer in the stability analyses.

*(Feb 15 Response)*
*See attached file, labeled "Response (No 10).pdf"*

(DOJ Further Request Feb 21)
The file you provided is not responsive to our request. Neither the crosssection nor the table appear in Dr. Bea's report or appendices. Please provide the soil-property values used to calculate slope stability and seepage for each crosssection in Dr. Bea's report and appendices. Also please correlate the inconsistent soil terminology that appears in the tables and cross-sections, so that we can understand which terms are synonymous, which are not, and the soil properties of each distinct soil.
For example, Appendix B Figures 10, 11, 12, and 13 (cross-sections) use a lengthy list of terms for the soils involved in the north breach: "shell fill, clay fill, backfilled excavation, dredged spoils (CL), dredged spoils, swamp, interdist clay, sand, and deep clays." Different (and smaller) sets of terms appear in Appendix C Tables 1 (seepage analysis) and 5 (stability analysis). Table 1 provides hydraulic properties for only six soil types: "sheet pile, shell fill, clays, buried swamp, sand, and pipe trench backfill." Table 5 provides a different list of north-breach soils that were analyzed for slope stability: "clays (fill), marsh (under levee), swamp-marsh (free field), sands, overconsolidated crust, deep clays (ch)." Similar discrepancies exist in the south-breach table terms and cross-section terms.
To make sense of the cross-sections and Dr. Bea's analysis of them, we need a complete set of the soil-property values for each soil in each cross-section that was analyzed for seepage and stability.

*{Feb 23 Further Response}*
*See document accompanying this email, entitled "Material Properties.docx"*

---

(11) Provide the SLOPE/W input and output files that can be used to identify the strengths between the levee toe and crest strengths set forth in the report.

*(Feb 15 Response)*
*SEEP/W model files were previously included as part of the Bea reliance materials produced to Defendants.*

---

(12) Provide the boundary conditions for each of the seepage analyses mentioned in Appendix D, Identify the horizontal position of the vertical boundaries of their domain and the specific boundary condition. Provide all parameters for each transient analysis that Dr. Bea relied on.

*(Feb 15 Response)*
*Boundary conditions are provided below. They are given by the surge elevations from nearby gauges as shown in the IPET report.*

| Time | Elapsed (hr) | Surge, (ft) NAVD88 USGS gage | IHNC lock staff gage |
|---|---|---|---|
| 8/28/05 6:00am | 0 | 2 | |
| 8/28/05 12:00pm | 6 | 3.5 | |
| 8/28/05 6:00pm | 12 | 4.5 | |
| 8/28/05 9:00pm | 15 | 5 | |
| 8/29/2005 0:00 | 18 | 6 | |
| 8/29/2005 1:00 | 19 | 7 | |
| 8/29/2005 2:00 | 20 | 7.7 | |
| 8/29/2005 3:00 | 21 | 8.3 | |
| 8/29/2005 4:00 | 22 | 9 | |
| 8/29/2005 5:00 | 23 | 3.7 | 10.2 |
| 8/29/2005 6:00 | 24 | 7.5 | 11.2 |
| 8/29/2005 7:00 | 25 | 11 | 12.5 |
| 8/29/2005 8:00 | 26 | 11 | 13.8 |
| 8/29/2005 9:00 | 27 | | 14 |
| 8/29/2005 10:00 | 28 | | 12.3 |
| 8/29/2005 11:00 | 29 | | 11.6 |
| 8/29/2005 12:00 | 30 | | 10 |

*This boundary condition was applied to all nodes left (waterside) of the sheetpile. Horizontal position of vertical boundaries: see response to (2) above. A boundary condition assuming a total head equal to ground surface elevation was applied along the vertical edge of the model (1000 ft away from levee), and review nodes (potential seepage) boundary condition were added to all surface nodes landside of the sheetpile.*

---

(13) Produce the SLOPE/W input and output files for the lateral-stability analyses mentioned in Appendix D.

*(Feb 15 Response)*
*SLOPE/W model files were previously included as part of the Bea reliance materials produced to Defendants.*

(13.5) (WGI Request Feb. 18)
Produce the SEEP/W input and output files for the "hydraulic conductivity" analyses that Dr. Bea relied on. Appendix D presents partial information from these analyses.

*(Feb 23 Further Response)*
*Modeling files have previously be provided.*

(14) Produce the input and output files for the PLAXIS analyses that Dr. Bea relied on,

*(Feb 15 Response)*
*PLAXIS model files may be downloaded by clicking on the following link:*
*https://www.sugarsync.com/pf/D62784_3144962_675357*

(15) Provide all cross sections, input parameters, other data, input and output files, and figures used to perform the 3D analysis on which Figure 70 is based.

*(Feb 15 Response)*
*Refer to Cobos-Roa, D. and Bea, R.G. (2008). "Three-Dimensional Seepage Effects at Three New Orleans Levee Breaches During Hurricane Katrina," Electronic Journal of Geotechnical Engineering, Stillwater, OK. Figure 12 shows cross section, Table 2 shows the properties used. Additional detail cannot be provided as the report, models and results from this 3D work were lost some years ago.*

Further WGI Requests, Feb. 18

*(Feb 23 Further Response)*
*A general comment is that the WGI requests set forth below suggest a lack of familiarity with the modeling work that is described in the Bea report. Much of the information requested is contained within the modeling files that were produced on Feb. 2 to Defendants. Plaintiffs therefore include a manual for the SEEP/W model with this response. Additionally, information regarding the models can be found at the following websites:*
*SEEP/W: http://www.geo-slope.com/products/seepw2007.aspx*
*SLOPE/W: http://www.geo-slope.com/products/slopew2007.aspx*
*PLAXIS: http://www.plaxis.nl/shop/135/info/manuals/*

**Bea Expert Report, Main text of report**

1.  For Figures 58 and 59 of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*- If gradients and pore pressures over time are given as results of the analysis, it is obvious the analyses are of transient nature.*
*-Vertical seepage gradients were estimated as the ratio of residual head above the landside toe of the levee divided by the thickness of the surficial clay layer.*
*-Geometry for this cross section is shown on figure 56 of the Bea report, located on the page before the analysis result.*
*-boundary condition information has been previously provided.*
*-Initial conditions have been previously provided*
*-SOIL PROPERTIES:*
*Clay fill and dredge spoils: $k_x=1 \times 10^{-6}$ cm/s, $k_y/k_x=0.25$*
*Buried swamp: $k_x=1 \times 10^{-5}$ cm/s, $k_y/k_x=0.1$*
*Sands= $1 \times 10^{-2}$ cm/s, $k_y/k_x = 0.25$*
*Deep (grey) clays and interdistributary clays= $k_x=1 \times 10^{-7}$ cm/s, $k_y/k_x= 0.25$*
*Properties are also summarized on table 1 of appendix C*
*Aquifer compressibility, specific storage and transmissivity of the aquifer(s) are internally computed by the finite element program from input geometry (aquifer thickness), value of hydraulic conductivity and a input value of coefficient of compressibility that represents the slope of the volumetric water content curve on the positive pressure regime. This value is dependent on compressibility of the soil skeleton itself and given the absence of site-specific data, a value of 0.00001 1/Kpa is recommended by the software package.*

2.  For Figures 65, 66 and 67 of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See response from (1). The only additional material on this section is the TRENCH BACKFILL, which was assigned a $k_{xsat} = 5 \times 10^{-6}$ cm/s and a $k_y/k_x$ of 0.3*

3.   For Figure 70 of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*Figure 70 corresponds to the 3D model. Properties have been provided in previous responses.*

**Appendix D**

4.   For Figure 3 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See response to (1). Geometry corresponds to figure 43 of Dr. Bea's main report. Additional layer on this model corresponds to the backfilled excavation, which was assigned a kxsat= 1 cm/s and a ky/kx= 0.3.*

5.   For Figure 4 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*Same as (1). The results use the same properties and conditions as the model in Figure 3, only changing the anisotropy ratio of the buried swamp layer to 1.0 (figure 3 shows results using a ratio of 1/10).*

6.   For Figures 9 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the

locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*Same as (1). These models keep all properties, initial conditions, boundary conditions constant, except the value of saturated horizontal hydraulic conductivity for the buried swamp deposit, varying it between $10^{-4}$, $10^{-5}$, and $10^{-6}$ cm/s for each of the series shown on the plots.*

7. For Figures 10 and 11 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 2-1 and 2-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*Figures 10-11 correspond to case 2-1 and 2-2, north breach. As depicted on Dr. Bea's report, the geometry section for 2-1 is shown on figure 44 of Bea's report and figure 12 of appendix B. Geometry section for case 2-2 is shown on figure 13 of appendix B. See (1) for properties and boundary conditions.*

8. For Figures 13 and 14 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 2-1 and 2-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See response to (6) above.*

9. For Figures 15 and 16 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Case 1-1 and 1-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*

*Figures 15-16 correspond to case 1-1 and 1-2, near breach. As depicted on Dr. Bea's report, the geometry section for case 1-1 is shown on figure 56 of Bea's report and figure 29 of appendix B. geometry section for case 1-2 is shown on figure 30 of appendix B. See (1) for properties and boundary conditions.*

10. For Figures 18 and 19 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See response to (6) above.*

11. For Figures 20 and 21 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*Figures 20-21 correspond to case 1-1, south breach. As depicted on Dr. Bea's report, the geometry section for case 1-1 is shown on figure 63 of Bea's report and 33 of appendix b. geometry section for case 1-2 is shown on figure 35 of appendix b. See (1) for properties and boundary conditions.*

12. For Figures 25 and 26 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 2-1 and 2-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*Figures 25-26 correspond to results of cases 2-1 and 2-2, south breach. As depicted on Dr. Bea's report, the geometry section for this model is shown on figure 64 of Bea's report and figure 41 of appendix b. geometry section for case 2-2 is shown on figure 42 of appendix B. See (1) for properties and boundary conditions.*

13. For Figures 30a and 30b in Appendix D of the Bea report, please indicate if the stability analyses modeled one-dimensional conditions or two-dimensional conditions. Provide all the input parameters and information required for the analyses for each of the soil types or soil layers used. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*Geometry sections have previously been defined in other responses. Analyses performed were two-dimensional. Soil properties are described in great detail in appendix C.*

14. For Figures 35 and 36 in Appendix D of the Bea report, please indicate if the stability analyses modeled one-dimensional conditions or two-dimensional conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See previous response.*

15. For Figures 37a and 37b in Appendix D of the Bea report, please indicate if the stability analyses modeled one-dimensional conditions or two-dimensional conditions. Provide all the input parameters and information required for the analyses (both Cases 2-1 and 2-2) for each of the soil types or soil layers used. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See previous response.*

16. For Figures 38 in Appendix D of the Bea report, please indicate if the stability analyses modeled one-dimensional conditions or two-dimensional conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See previous response.*

17. For Figures 40, 41 and 42 in Appendix D of the Bea report, please indicate if the stability analyses modeled one-dimensional conditions or two-dimensional conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See previous response.*

18. For Figures 43 and 44 in Appendix D of the Bea report, please indicate if the stability analyses modeled one-dimensional conditions or two-dimensional conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See previous response.*

19. For Figures 50, 51 and 53 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See previous response.*

20. For Figures 54 and 55 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See previous response.*

21. For Figures 58 and 59 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (both Cases 1-1 and 1-2) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See previous response.*

22. For Figure 62 in Appendix D of the Bea report, please indicate if the flow analyses modeled steady state conditions or transient conditions. Provide all the input parameters and information required for the analyses (all three cases) for each of the soil types or soil layers used, including compressibility (in the case of transient flow analysis) and horizontal and vertical permeability. If the soil properties vary across the section within a soil layer, please provide all the values used and the locations to which they apply. Please also provide a figure with dimensions that defines the geometry used for the analyses (e.g., coordinates).

*(Feb 23 Further Response)*
*See previous response.*