# EXHIBIT 30



BEA Exhibit

41

| LAYER NAME | Kx, sat | Volumetric water content, sat | Ky/kx | Unit weight | Cohesion | Friction angle |
|---|---|---|---|---|---|---|
| | Cm/s | % | | pcf | psf | degrees |
| SHELL FILL, BACKFILLED EXCAVATION | 0.01 | 0.51 | 1.0 | 125 | 0 | 33 |
| CLAY FILL | 1E-06 | 0.38 | 0.33 | 105 | 590 | 0 |
| DREDGED SPOILS (TOE FILL) | 1E-06 | 0.38 | 0.33 | 95 | 300 | 0 |
| CLAY SPOILS | 1E-06 | 0.38 | 0.33 | 105 | 590 | 0 |
| SWAMP | 1E-05 | 0.51 | 0.1 | 85 | 0 | 25 |
| INTERDIST. CLAYS | 1E-07 | 0.38 | 0.33 | 100 | $Su/P' = 0.26$ | |
| SAND | 0.01 | 0.51 | 1.0 | 125 | 0 | 30 |
| DEEP CLAYS | 1E-07 | 0.38 | 0.33 | 120 | 500 | 0 |



Figure 29: Near Breach cross-section Case 1-1.

| LAYER NAME | Kx, sat | Volumetric water content, sat | Ky/kx | Unit weight | Cohesion | Friction angle |
|---|---|---|---|---|---|---|
| | Cm/s | % | | pcf | psf | degrees |
| CLAY FILL | 1E-06 | 0.38 | 0.33 | 104 | 342 | 0 |
| DREDGED SPOILS (TOE FILL) | 1E-06 | 0.38 | 0.33 | 91 | 380 | 0 |
| OVERCONSOLIDATED CRUST | 1E-07 | 0.38 | 0.33 | 100 | 500 | 0 |
| SWAMP | 1E-05 | 0.51 | 0.1 | 85 | 0 | 25 |
| INTERDIST. CLAYS | 1E-07 | 0.38 | 0.33 | 100 | Su/P' = 0.26 | |
| SAND | 0.01 | 0.51 | 1.0 | 125 | 0 | 30 |
| DEEP CLAYS | 1E-07 | 0.38 | 0.33 | 120 | 800 | 0 |





Figure 41: South Breach, Case 2-1.

46

| LAYER NAME | Kx, sat | Volumetric water content, sat | Ky/kx | Unit weight | Cohesion | Friction angle |
|---|---|---|---|---|---|---|
| | Cm/s | % | | pcf | psf | degrees |
| SHELL FILL, BACKFILLED EXCAVATION | 0.01 | 0.51 | 1.0 | 125 | 0 | 33 |
| TRENCH BACKFILL | 5X10-6 | 0.38 | 0.33 | 104 | 342 | 0 |
| CLAY FILL | 1E-06 | 0.38 | 0.33 | 104 | 342 | 0 |
| DREDGED SPOILS (TOE FILL) | 1E-06 | 0.38 | 0.33 | 91 | 380 | 0 |
| OVERCONSOLIDATED CRUST | 1E-07 | 0.38 | 0.33 | 100 | 500 | 0 |
| SWAMP | 1E-05 | 0.51 | 0.1 | 85 | 0 | 25 |
| INTERDIST. CLAYS | 1E-07 | 0.38 | 0.33 | 100 | Su/P' = 0.26 | |
| SAND | 0.01 | 0.51 | 1.0 | 125 | 0 | 30 |
| DEEP CLAYS | 1E-07 | 0.38 | 0.33 | 120 | 800 | 0 |