# EXHIBIT 32



*Library of Congress Cataloging in Publication Data*

FREEZE, R ALLAN.
  Groundwater.

  Bibliography: p.
  Includes index.
  1. Water, Underground.   I. Cherry, John A., joint author.   II. Title.
  GB1003.2.F73     551.4'98     78-25796
  ISBN 0-13-365312-9

Editorial/production supervision by Cathy Brenn/Kim McNeily
Interior design by Chris Gadekar
Manufacturing buyer: Harry Baisley
Chapter logos: Peter Russell

© 1979 by Prentice-Hall, Inc., Englewood Cliffs, N.J. 07632

All rights reserved. No part of this book
may be reproduced in any form or
by any means without permission in writing
from the publisher.

Printed in the United States of America

10  9

PRENTICE-HALL INTERNATIONAL, INC., *London*
PRENTICE-HALL OF AUSTRALIA PTY. LIMITED, *Sydney*
PRENTICE-HALL OF CANADA, LTD., *Toronto*
PRENTICE-HALL OF INDIA PRIVATE LIMITED, *New Delhi*
PRENTICE-HALL OF JAPAN, INC., *Tokyo*
PRENTICE-HALL OF SOUTHEAST ASIA PTE. LTD., *Singapore*
WHITEHALL BOOKS LIMITED, *Wellington, New Zealand*

Case 2:05-cv-04182-SRD-JCW   Document 20822-35   Filed 04/30/12   Page 4 of 4

or, expanding the right-hand side,

$$-\frac{\partial(\rho v_x)}{\partial x} - \frac{\partial(\rho v_y)}{\partial y} - \frac{\partial(\rho v_z)}{\partial z} = n\frac{\partial \rho}{\partial t} + \rho\frac{\partial n}{\partial t} \qquad (2.72)$$

The first term on the right-hand side of Eq. (2.72) is the mass rate of water produced by an expansion of the water under a change in its density $\rho$. The second term is the mass rate of water produced by the compaction of the porous medium as reflected by the change in its porosity $n$. The first term is controlled by the compressibility of the fluid $\beta$ and the second term by the compressibility of the aquifer $\alpha$. We have already carried out the analysis (in Section 2.10) that is necessary to simplify the two terms on the right of Eq. (2.72). We know that the change in $\rho$ *and* the change in $n$ are both produced by a change in hydraulic head $h$, and that the *volume* of water produced by the two mechanisms for a unit decline in head is $S_s$, where $S_s$ is the specific storage given by $S_s = \rho g(\alpha + n\beta)$. The mass rate of water produced (time rate of change of fluid mass storage) is $\rho S_s\, \partial h/\partial t$, and Eq. (2.72) becomes

$$-\frac{\partial(\rho v_x)}{\partial x} - \frac{\partial(\rho v_y)}{\partial y} - \frac{\partial(\rho v_z)}{\partial z} = \rho S_s\frac{\partial h}{\partial t} \qquad (2.73)$$

Expanding the terms on the left-hand side by the chain rule and recognizing that terms of the form $\rho\, \partial v_x/\partial x$ are much greater than terms of the form $v_x\, \partial \rho/\partial x$ allows us to eliminate $\rho$ from both sides of Eq. (2.73). Inserting Darcy's law, we obtain

$$\frac{\partial}{\partial x}\left(K_x\frac{\partial h}{\partial x}\right) + \frac{\partial}{\partial y}\left(K_y\frac{\partial h}{\partial y}\right) + \frac{\partial}{\partial z}\left(K_z\frac{\partial h}{\partial z}\right) = S_s\frac{\partial h}{\partial t} \qquad (2.74)$$

This is the equation of flow for transient flow through a saturated anisotropic porous medium. If the medium is homogeneous and isotropic, Eq. (2.74) reduces to

$$\frac{\partial^2 h}{\partial x^2} + \frac{\partial^2 h}{\partial y^2} + \frac{\partial^2 h}{\partial z^2} = \frac{S_s}{K}\frac{\partial h}{\partial t} \qquad (2.75)$$

or expanding $S_s$,

$$\frac{\partial^2 h}{\partial x^2} + \frac{\partial^2 h}{\partial y^2} + \frac{\partial^2 h}{\partial z^2} = \frac{\rho g(\alpha + n\beta)}{K}\frac{\partial h}{\partial t} \qquad (2.76)$$

Equation (2.76) is known as the *diffusion equation*. The solution $h(x, y, z, t)$ describes the value of the hydraulic head at any point in a flow field at any time. A solution requires knowledge of the three basic hydrogeological parameters, $K$, $\alpha$, and $n$, and the fluid parameters, $\rho$ and $\beta$.

For the special case of a horizontal confined aquifer of thickness $b$, $S = S_s b$ and $T = Kb$, and the two-dimensional form of Eq. (2.75) becomes

$$\frac{\partial^2 h}{\partial x^2} + \frac{\partial^2 h}{\partial y^2} = \frac{S}{T}\frac{\partial h}{\partial t} \qquad (2.77)$$