# EXHIBIT 33



SEVENTH EDITION

R. F. Craig

Taylor & Francis
Taylor & Francis Group

First published 1974
by Taylor & Francis, an imprint of Taylor & Francis
Second edition 1978
Third edition 1983
Fourth edition 1987
Fifth edition 1992
Sixth edition 1997
Seventh edition 2004

2 Park Square, Milton Park, Abingdon, Oxon, OX14 4RN

Simultaneously published in the USA and Canada
by Taylor & Francis
270 Madison Ave, New York NY 10016

*Taylor & Francis is an imprint of the Taylor & Francis Group*

Transferred to Digital Printing 2005

© 1974, 1978, 1983, 1987, 1992, 1997, 2004 R.F. Craig

Typeset in 10/12pt Times by
Integra Software Services Pvt. Ltd, Pondicherry, India

All rights reserved. No part of this book may be reprinted or reproduced or
utilised in any form or by any electronic, mechanical, or other means, now known
or hereafter invented, including photocopying and recording, or in any information
storage or retrieval system, without permission in writing from the publishers.

*British Library Cataloguing in Publication Data*
A catalogue record for this book is available
from the British Library

*Library of Congress Cataloging in Publication Data*
Craig, R.F. (Robert F.)
  [Soil mechanics]
  Craig's soil mechanics / R.F. Craig. — 7th ed.
    p.   cm.
  Second ed.: Soil mechanics / R.F. Craig. Van Nostrand Reinhold, 1978.
  Includes bibliographical references and index.
  ISBN 0–415–32702–4 (hb.: alk. paper) — ISBN 0–415–32703–2 (pbk.: alk.
  paper)
  1. Soil mechanics.   I. Title: Soil mechanics.   II. Craig, R.F. (Robert F.) Soil
  mechanics.   III. Title.

TA710.C685 2004
624.1'5136—dc22

                                              2003061302

ISBN 0–415–32702–4 (hbk)
ISBN 0–415–32703–2 (pbk)

Copyrighted material

Figure 7.2 Phase diagram.

1 Water content measured at end of test $= w_1$
Void ratio at end of test $= e_1 = w_1 G_s$ (assuming $S_r = 100\%$)
Thickness of specimen at start of test $= H_0$
Change in thickness during test $= \Delta H$
Void ratio at start of test $= e_0 = e_1 + \Delta e$
where

$$\frac{\Delta e}{\Delta H} = \frac{1 + e_0}{H_0} \tag{7.1}$$

In the same way $\Delta e$ can be calculated up to the end of any increment period.

2 Dry weight measured at end of test $= M_s$ (i.e. mass of solids)
Thickness at end of any increment period $= H_1$
Area of specimen $= A$
Equivalent thickness of solids $= H_s = M_s/AG_s\rho_w$
Void ratio,

$$e_1 = \frac{H_1 - H_s}{H_s} = \frac{H_1}{H_s} - 1 \tag{7.2}$$

## Compressibility characteristics

Typical plots of void ratio ($e$) after consolidation against effective stress ($\sigma'$) for a saturated clay are shown in Figure 7.3, the plots showing an initial compression followed by expansion and recompression (cf. Figure 4.9 for isotropic consolidation). The shapes of the curves are related to the stress history of the clay. The $e$–$\log \sigma'$ relationship for a normally consolidated clay is linear (or nearly so) and is called the virgin compression line. If a clay is overconsolidated, its state will be represented by a point on the expansion or recompression parts of the $e$–$\log \sigma'$ plot. The recompression curve ultimately joins the virgin compression line: further compression then occurs along the virgin line. During compression, changes in soil structure continuously

230   Consolidation theory



*Figure 7.3* Void ratio–effective stress relationship.

take place and the clay does not revert to the original structure during expansion. The plots show that a clay in the overconsolidated state will be much less compressible than that in a normally consolidated state.

The compressibility of the clay can be represented by one of the following coefficients.

1    *The coefficient of volume compressibility* $(m_v)$, defined as the volume change per unit volume per unit increase in effective stress. The units of $m_v$ are the inverse of pressure $(m^2/MN)$. The volume change may be expressed in terms of either void ratio or specimen thickness. If, for an increase in effective stress from $\sigma'_0$ to $\sigma'_1$, the void ratio decreases from $e_0$ to $e_1$, then

$$m_v = \frac{1}{1 + e_0} \left( \frac{e_0 - e_1}{\sigma'_1 - \sigma'_0} \right) \tag{7.3}$$

$$m_v = \frac{1}{H_0} \left( \frac{H_0 - H_1}{\sigma'_1 - \sigma'_0} \right) \tag{7.4}$$

The value of $m_v$ for a particular soil is not constant but depends on the stress range over which it is calculated. BS 1377 specifies the use of the coefficient $m_v$ calculated for a stress increment of $100\,kN/m^2$ in excess of the effective overburden pressure of the *in-situ* soil at the depth of interest, although the coefficient may also be calculated, if required, for any other stress range.

2    *The compression index* $(C_c)$ is the slope of the linear portion of the $e$–$\log \sigma'$ plot and is dimensionless. For any two points on the linear portion of the plot

$$C_c = \frac{e_0 - e_1}{\log(\sigma'_1 / \sigma'_0)} \tag{7.5}$$

Case 2:05-cv-04182-SRD-JCW   Document 20822-36   Filed 04/30/12   Page 6 of 6

The expansion part of the $e$–log $\sigma'$ plot can be approximated to a straight line, the slope of which is referred to as the *expansion index* $C_e$.

### Preconsolidation pressure

Casagrande proposed an empirical construction to obtain, from the $e$–log $\sigma'$ curve for an overconsolidated clay, the maximum effective vertical stress that has acted on the clay in the past, referred to as the *preconsolidation pressure* ($\sigma_c'$). Figure 7.4 shows a typical $e$–log $\sigma'$ curve for a specimen of clay, initially overconsolidated. The initial curve indicates that the clay is undergoing recompression in the oedometer, having at some stage in its history undergone expansion. Expansion of the clay *in situ* may, for example, have been due to melting of ice sheets, erosion of overburden or a rise in water table level. The construction for estimating the preconsolidation pressure consists of the following steps:

1   Produce back the straight-line part (BC) of the curve.
2   Determine the point (D) of maximum curvature on the recompression part (AB) of the curve.
3   Draw the tangent to the curve at D and bisect the angle between the tangent and the horizontal through D.
4   The vertical through the point of intersection of the bisector and CB produced gives the approximate value of the preconsolidation pressure.

Whenever possible the preconsolidation pressure for an overconsolidated clay should not be exceeded in construction. Compression will not usually be great if the effective vertical stress remains below $\sigma_c'$: only if $\sigma_c'$ is exceeded will compression be large.



Figure 7.4 Determination of preconsolidation pressure.