# EXHIBIT 34

**IHNC-EBIA Plaintiffs Group**
**Storesund Consulting**
**154 Lawson Rd.**
**Kensington, CA 94707**

**Pumping Test Analysis Report**

Project: IHNC-EBIA Plaintiffs

Number:

Client: IHNC-EBIA Plaintiffs

| Location: South EBIA | Pumping Test: Pumping Test 2 | Pumping Well: PW-02 |
|---|---|---|
| Test Conducted by: Fugro Staff | | Test Date: 10/27/2011 |
| Analysis Performed by: K. Pope | Theis | Analysis Date: 11/7/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 1.992E-005 [m³/min] | |

Time [min]
0
2000
4000
6000
8000
10000
0.00
2.00
4.00
6.00
8.00
10.00
[ft]
File name: S EBIA Pump Test 2 Results.pdf
Page 14
PW-02
OW-07S
OW-07D
OW-08S
OW-08D
OW-09S
OW-09D
OW-10S
OW-10D
OW-11S
OW-11D
OW-12S
OW-12D

Calculation using Theis

| Observation Well | Transmissivity [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Radial Distance to PW [ft] | |
|---|---|---|---|---|---|
| PW-02 | $4.50 \times 10^{-4}$ | $2.95 \times 10^{-6}$ | $5.00 \times 10^{-1}$ | 0.08 | |
| OW-07S | $2.57 \times 10^{-3}$ | $1.69 \times 10^{-5}$ | $2.03 \times 10^{-3}$ | 43.73 | |
| OW-07D | $3.22 \times 10^{-3}$ | $2.11 \times 10^{-5}$ | $1.81 \times 10^{-3}$ | 44.1 | |
| OW-08S | $3.22 \times 10^{-3}$ | $2.11 \times 10^{-5}$ | $1.45 \times 10^{-3}$ | 43.92 | |
| OW-08D | $7.18 \times 10^{-3}$ | $4.71 \times 10^{-5}$ | $2.24 \times 10^{-3}$ | 44.06 | |
| OW-09S | $1.47 \times 10^{-3}$ | $9.62 \times 10^{-6}$ | $2.35 \times 10^{-2}$ | 7.7 | |
| OW-09D | $7.98 \times 10^{-4}$ | $5.24 \times 10^{-6}$ | $4.56 \times 10^{-3}$ | 7.73 | |
| OW-10S | $1.54 \times 10^{-3}$ | $1.01 \times 10^{-5}$ | $2.32 \times 10^{-2}$ | 7.89 | |
| OW-10D | $9.54 \times 10^{-4}$ | $6.26 \times 10^{-6}$ | $1.99 \times 10^{-2}$ | 7.93 | |
| OW-11S | $2.68 \times 10^{-3}$ | $1.76 \times 10^{-5}$ | $6.98 \times 10^{-3}$ | 13.46 | |
| OW-11D | $3.44 \times 10^{-3}$ | $2.26 \times 10^{-5}$ | $4.18 \times 10^{-3}$ | 14.39 | |
| OW-12S | $1.11 \times 10^{-3}$ | $7.26 \times 10^{-6}$ | $3.13 \times 10^{-3}$ | 13.64 | |
| OW-12D | $1.37 \times 10^{-3}$ | $9.00 \times 10^{-6}$ | $3.45 \times 10^{-3}$ | 13.99 | |
| Average | $2.31 \times 10^{-3}$ | $1.51 \times 10^{-5}$ | $4.59 \times 10^{-2}$ | | |

EXHIBIT
tabbies
28
Rogers



**IHNC-EBIA Plaintiffs Group**
**Storesund Consulting**
**154 Lawson Rd.**
**Kensington, CA 94707**

**Pumping Test Analysis Report**

Project: IHNC-EBIA Plaintiffs

Number:

Client: IHNC-EBIA Plaintiffs

| Location: South EBIA | Pumping Test: Pumping Test 2 | Pumping Well: PW-02 |
|---|---|---|
| Test Conducted by: Fugro Staff | | Test Date: 10/27/2011 |
| Analysis Performed by: K. Pope | Theis w/Partiially Penetrating Adj. | Analysis Date: 11/7/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 1.992E-005 [m³/min] | |

Calculation using Theis

| Observation Well | Transmissivity [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Radial Distance to PW [ft] | |
|---|---|---|---|---|---|
| PW-02 | $5.50 \times 10^{-4}$ | $3.61 \times 10^{-6}$ | $2.03 \times 10^{-1}$ | 0.08 | |
| OW-07S | $2.57 \times 10^{-3}$ | $1.69 \times 10^{-5}$ | $2.03 \times 10^{-3}$ | 43.73 | |
| OW-07D | $3.22 \times 10^{-3}$ | $2.11 \times 10^{-5}$ | $1.81 \times 10^{-3}$ | 44.1 | |
| OW-08S | $3.22 \times 10^{-3}$ | $2.11 \times 10^{-5}$ | $1.45 \times 10^{-3}$ | 43.92 | |
| OW-08D | $7.18 \times 10^{-3}$ | $4.71 \times 10^{-5}$ | $2.24 \times 10^{-3}$ | 44.06 | |
| OW-09S | $1.43 \times 10^{-3}$ | $9.39 \times 10^{-6}$ | $2.35 \times 10^{-2}$ | 7.7 | |
| OW-09D | $8.01 \times 10^{-4}$ | $5.26 \times 10^{-6}$ | $4.54 \times 10^{-3}$ | 7.73 | |
| OW-10S | $1.51 \times 10^{-3}$ | $9.92 \times 10^{-6}$ | $2.32 \times 10^{-2}$ | 7.89 | |
| OW-10D | $9.89 \times 10^{-4}$ | $6.49 \times 10^{-6}$ | $2.00 \times 10^{-2}$ | 7.93 | |
| OW-11S | $2.68 \times 10^{-3}$ | $1.76 \times 10^{-5}$ | $6.98 \times 10^{-3}$ | 13.46 | |
| OW-11D | $3.44 \times 10^{-3}$ | $2.26 \times 10^{-5}$ | $4.18 \times 10^{-3}$ | 14.39 | |
| OW-12S | $1.11 \times 10^{-3}$ | $7.26 \times 10^{-6}$ | $3.13 \times 10^{-3}$ | 13.64 | |
| OW-12D | $1.37 \times 10^{-3}$ | $9.00 \times 10^{-6}$ | $3.45 \times 10^{-3}$ | 13.99 | |
| Average | $2.31 \times 10^{-3}$ | $1.52 \times 10^{-5}$ | $2.31 \times 10^{-2}$ | | |



**IHNC-EBIA Plaintiffs Group**
**Storesund Consulting**
**154 Lawson Rd.**
**Kensington, CA 94707**

**Pumping Test Analysis Report**

Project: IHNC-EBIA Plaintiffs

Number:

Client: IHNC-EBIA Plaintiffs

| Location: South EBIA | Pumping Test: Pumping Test 2 | Pumping Well: PW-02 |
|---|---|---|
| Test Conducted by: Fugro Staff | | Test Date: 10/27/2011 |
| Analysis Performed by: K. Pope | Hantush | Analysis Date: 11/7/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 1.992E-005 [m³/min] | |

Calculation using Hantush

| Observation Well | Transmissivity [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Hydr. resistance [min] | Leakage factor [cm] | Radial Distance to PW [ft] |
|---|---|---|---|---|---|---|
| PW-02 | $4.27 \times 10^{-4}$ | $2.80 \times 10^{-6}$ | $5.00 \times 10^{-1}$ | $1.04 \times 10^{4}$ | $1.63 \times 10^{1}$ | 0.08 |
| OW-07S | $2.43 \times 10^{-6}$ | $1.60 \times 10^{-8}$ | $6.70 \times 10^{-6}$ | $2.00 \times 10^{8}$ | $1.71 \times 10^{2}$ | 43.73 |
| OW-07D | $1.58 \times 10^{-3}$ | $1.04 \times 10^{-5}$ | $1.06 \times 10^{-3}$ | $7.88 \times 10^{6}$ | $8.66 \times 10^{2}$ | 44.1 |
| OW-08S | $2.46 \times 10^{-4}$ | $1.61 \times 10^{-6}$ | $2.27 \times 10^{-4}$ | $1.14 \times 10^{7}$ | $4.09 \times 10^{2}$ | 43.92 |
| OW-08D | $7.17 \times 10^{-3}$ | $4.70 \times 10^{-5}$ | $2.24 \times 10^{-3}$ | $1.67 \times 10^{10}$ | $8.47 \times 10^{4}$ | 44.06 |
| OW-09S | $1.43 \times 10^{-3}$ | $9.39 \times 10^{-6}$ | $2.35 \times 10^{-2}$ | $6.05 \times 10^{8}$ | $7.21 \times 10^{3}$ | 7.7 |
| OW-09D | $8.10 \times 10^{-4}$ | $5.31 \times 10^{-6}$ | $4.60 \times 10^{-3}$ | $1.67 \times 10^{10}$ | $2.85 \times 10^{4}$ | 7.73 |
| OW-10S | $1.50 \times 10^{-3}$ | $9.88 \times 10^{-6}$ | $2.32 \times 10^{-2}$ | $1.67 \times 10^{10}$ | $3.88 \times 10^{4}$ | 7.89 |
| OW-10D | $9.87 \times 10^{-4}$ | $6.48 \times 10^{-6}$ | $2.00 \times 10^{-2}$ | $1.67 \times 10^{10}$ | $3.14 \times 10^{4}$ | 7.93 |
| OW-11S | $1.17 \times 10^{-3}$ | $7.71 \times 10^{-6}$ | $4.85 \times 10^{-3}$ | $1.83 \times 10^{6}$ | $3.59 \times 10^{2}$ | 13.46 |
| OW-11D | $1.58 \times 10^{-3}$ | $1.04 \times 10^{-5}$ | $3.50 \times 10^{-3}$ | $2.41 \times 10^{6}$ | $4.79 \times 10^{2}$ | 14.39 |
| OW-12S | $1.04 \times 10^{-3}$ | $6.84 \times 10^{-6}$ | $3.05 \times 10^{-3}$ | $3.39 \times 10^{7}$ | $1.46 \times 10^{3}$ | 13.64 |
| OW-12D | $7.61 \times 10^{-4}$ | $4.99 \times 10^{-6}$ | $2.52 \times 10^{-3}$ | $3.79 \times 10^{6}$ | $4.16 \times 10^{2}$ | 13.99 |
| Average | $1.44 \times 10^{-3}$ | $9.45 \times 10^{-6}$ | $4.53 \times 10^{-2}$ | $5.19 \times 10^{9}$ | $1.50 \times 10^{4}$ | |



**IHNC-EBIA Plantiffs Group**
**Storesund Consulting**
**154 Lawson Rd.**
**Kensington, CA 94707**

**Pumping Test Analysis Report**

Project: IHNC-EBIA Plaintiffs

Number:

Client: IHNC-EBIA Plaintiffs

| Location: South EBIA | Pumping Test: Pre- Pump Test/Pumping Test 1 | Pumping Well: PW-02 |
|---|---|---|
| Test Conducted by: Fugro Staff | | Test Date: 10/11/2011 |
| Analysis Performed by: K. Pope | Theis | Analysis Date: 10/31/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 2.0021E-005 [m³/min] | |

Calculation using Theis

| Observation Well | Transmissivity [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Ratio K(v)/K(h) | Radial Distance to PW [ft] |
|---|---|---|---|---|---|
| PW-02 | $4.92 \times 10^{-4}$ | $3.23 \times 10^{-6}$ | $2.48 \times 10^{-1}$ | $1.00 \times 10^{0}$ | 0.08 |
| OW-07S | $1.87 \times 10^{-4}$ | $1.23 \times 10^{-6}$ | $4.15 \times 10^{-4}$ | $1.00 \times 10^{-3}$ | 43.73 |
| OW-07D | $7.51 \times 10^{-4}$ | $4.93 \times 10^{-6}$ | $9.01 \times 10^{-4}$ | $1.00 \times 10^{-3}$ | 44.1 |
| OW-08S | $4.58 \times 10^{-4}$ | $3.00 \times 10^{-6}$ | $5.91 \times 10^{-4}$ | $1.00 \times 10^{-3}$ | 43.92 |
| OW-08D | $2.40 \times 10^{-3}$ | $1.57 \times 10^{-5}$ | $2.43 \times 10^{-3}$ | $1.00 \times 10^{0}$ | 44.06 |
| OW-09S | $1.60 \times 10^{-3}$ | $1.05 \times 10^{-5}$ | $2.35 \times 10^{-2}$ | $1.00 \times 10^{-3}$ | 7.7 |
| OW-09D | $7.10 \times 10^{-4}$ | $4.66 \times 10^{-6}$ | $4.17 \times 10^{-3}$ | $1.00 \times 10^{-3}$ | 7.73 |
| OW-10S | $1.81 \times 10^{-3}$ | $1.19 \times 10^{-5}$ | $2.41 \times 10^{-2}$ | $1.00 \times 10^{-3}$ | 7.89 |
| OW-10D | $1.14 \times 10^{-3}$ | $7.51 \times 10^{-6}$ | $1.90 \times 10^{-2}$ | $1.00 \times 10^{-3}$ | 7.93 |
| OW-11S | $1.28 \times 10^{-3}$ | $8.43 \times 10^{-6}$ | $6.37 \times 10^{-3}$ | $3.25 \times 10^{-2}$ | 13.46 |
| OW-11D | $1.46 \times 10^{-3}$ | $9.55 \times 10^{-6}$ | $4.77 \times 10^{-3}$ | $1.00 \times 10^{-3}$ | 14.39 |
| OW-12S | $1.09 \times 10^{-3}$ | $7.15 \times 10^{-6}$ | $2.95 \times 10^{-3}$ | $1.00 \times 10^{-3}$ | 13.64 |
| OW-12D | $2.81 \times 10^{-3}$ | $1.84 \times 10^{-5}$ | $9.04 \times 10^{-4}$ | $1.00 \times 10^{0}$ | 13.99 |
| Average | $1.25 \times 10^{-3}$ | $8.17 \times 10^{-6}$ | $2.60 \times 10^{-2}$ | $2.34 \times 10^{-1}$ | |

**IHNC-EBIA Plantiffs Group**
**Storesund Consulting**
**154 Lawson Rd.**
**Kensington, CA 94707**

| **Pumping Test Analysis Report** |
|---|
| Project: IHNC-EBIA Plaintiffs |
| Number: |
| Client: IHNC-EBIA Plaintiffs |

| Location: South EBIA | Pumping Test: Pre- Pump Test/Pumping Test 1 | Pumping Well: PW-02 |
|---|---|---|
| Test Conducted by: Fugro Staff | | Test Date: 10/11/2011 |
| Analysis Performed by: K. Pope | Theis w/Partially Penetrating Adj. | Analysis Date: 10/31/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 2.0021E-005 [m³/min] | |

Calculation using Theis

| Observation Well | Transmissivity [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Ratio K(v)/K(h) | Radial Distance to PW [ft] |
|---|---|---|---|---|---|
| PW-02 | $4.92 \times 10^{-4}$ | $3.23 \times 10^{-6}$ | $2.48 \times 10^{-1}$ | $1.00 \times 10^{0}$ | 0.08 |
| OW-07S | $1.06 \times 10^{-3}$ | $6.93 \times 10^{-6}$ | $1.40 \times 10^{-3}$ | $1.45 \times 10^{-1}$ | 43.73 |
| OW-07D | $1.71 \times 10^{-3}$ | $1.12 \times 10^{-5}$ | $1.55 \times 10^{-3}$ | $1.00 \times 10^{-3}$ | 44.1 |
| OW-08S | $3.76 \times 10^{-4}$ | $2.47 \times 10^{-6}$ | $5.28 \times 10^{-4}$ | $4.17 \times 10^{-2}$ | 43.92 |
| OW-08D | $2.40 \times 10^{-3}$ | $1.57 \times 10^{-5}$ | $2.43 \times 10^{-3}$ | $1.00 \times 10^{0}$ | 44.06 |
| OW-09S | $1.25 \times 10^{-3}$ | $8.17 \times 10^{-6}$ | $2.28 \times 10^{-2}$ | $4.06 \times 10^{-1}$ | 7.7 |
| OW-09D | $7.14 \times 10^{-4}$ | $4.69 \times 10^{-6}$ | $4.15 \times 10^{-3}$ | $1.00 \times 10^{0}$ | 7.73 |
| OW-10S | $1.76 \times 10^{-3}$ | $1.16 \times 10^{-5}$ | $2.40 \times 10^{-2}$ | $1.00 \times 10^{0}$ | 7.89 |
| OW-10D | $1.19 \times 10^{-3}$ | $7.83 \times 10^{-6}$ | $1.91 \times 10^{-2}$ | $1.00 \times 10^{0}$ | 7.93 |
| OW-11S | $1.28 \times 10^{-3}$ | $8.42 \times 10^{-6}$ | $6.37 \times 10^{-3}$ | $1.00 \times 10^{0}$ | 13.46 |
| OW-11D | $1.46 \times 10^{-3}$ | $9.55 \times 10^{-6}$ | $4.77 \times 10^{-3}$ | $1.00 \times 10^{0}$ | 14.39 |
| OW-12S | $9.50 \times 10^{-4}$ | $6.23 \times 10^{-6}$ | $3.09 \times 10^{-3}$ | $9.66 \times 10^{-2}$ | 13.64 |
| OW-12D | $3.30 \times 10^{-3}$ | $2.17 \times 10^{-5}$ | $6.03 \times 10^{-4}$ | $1.00 \times 10^{0}$ | 13.99 |
| Average | $1.38 \times 10^{-3}$ | $9.05 \times 10^{-6}$ | $2.61 \times 10^{-2}$ | $6.68 \times 10^{-1}$ | |



IHNC-EBIA Plantiffs Group
Storesund Consulting
154 Lawson Rd.
Kensington, CA 94707

| Pumping Test Analysis Report | |
|---|---|
| Project: | IHNC-EBIA Plaintiffs |
| Number: | |
| Client: | IHNC-EBIA Plaintiffs |

| | | |
|---|---|---|
| Location: South EBIA | Pumping Test: Pre- Pump Test/Pumping Test 1 | Pumping Well: PW-02 |
| Test Conducted by: Fugro Staff | | Test Date: 10/11/2011 |
| Analysis Performed by: K. Pope | Hantush | Analysis Date: 10/31/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 2.0021E-005 [m³/min] | |

Calculation using Hantush

| Observation Well | Transmissivit [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Ratio K(v)/K(h) | Hydr. resistance [min] | Leakage factor [cm] | Radial Distance to PW [ft] |
|---|---|---|---|---|---|---|---|
| PW-02 | $5.66 \times 10^{-4}$ | $3.71 \times 10^{-6}$ | $5.00 \times 10^{-1}$ | $1.00 \times 10^{-3}$ | $2.68 \times 10^{6}$ | $3.02 \times 10^{2}$ | 0.08 |
| OW-07S | $6.46 \times 10^{-4}$ | $4.24 \times 10^{-6}$ | $1.00 \times 10^{-3}$ | $7.59 \times 10^{-1}$ | $1.05 \times 10^{9}$ | $6.38 \times 10^{3}$ | 43.73 |
| OW-07D | $6.33 \times 10^{-4}$ | $4.15 \times 10^{-6}$ | $8.25 \times 10^{-4}$ | $3.77 \times 10^{-3}$ | $1.07 \times 10^{10}$ | $2.02 \times 10^{4}$ | 44.1 |
| OW-08S | $4.30 \times 10^{-4}$ | $2.82 \times 10^{-6}$ | $4.00 \times 10^{-4}$ | $7.76 \times 10^{-2}$ | $9.59 \times 10^{6}$ | $4.97 \times 10^{2}$ | 43.92 |
| OW-08D | $3.30 \times 10^{-4}$ | $2.17 \times 10^{-6}$ | $5.36 \times 10^{-4}$ | $8.51 \times 10^{-3}$ | $9.59 \times 10^{6}$ | $4.36 \times 10^{2}$ | 44.06 |
| OW-09S | $8.71 \times 10^{-4}$ | $5.72 \times 10^{-6}$ | $1.64 \times 10^{-2}$ | $7.59 \times 10^{-1}$ | $7.98 \times 10^{5}$ | $2.04 \times 10^{2}$ | 7.7 |
| OW-09D | $6.46 \times 10^{-4}$ | $4.24 \times 10^{-6}$ | $4.17 \times 10^{-3}$ | $1.00 \times 10^{0}$ | $1.67 \times 10^{10}$ | $2.54 \times 10^{4}$ | 7.73 |
| OW-10S | $1.44 \times 10^{-3}$ | $9.45 \times 10^{-6}$ | $2.37 \times 10^{-2}$ | $3.79 \times 10^{-1}$ | $1.67 \times 10^{10}$ | $3.79 \times 10^{4}$ | 7.89 |
| OW-10D | $1.19 \times 10^{-3}$ | $7.81 \times 10^{-6}$ | $1.92 \times 10^{-2}$ | $1.00 \times 10^{0}$ | $1.67 \times 10^{10}$ | $3.45 \times 10^{4}$ | 7.93 |
| OW-11S | $7.60 \times 10^{-4}$ | $4.99 \times 10^{-6}$ | $5.71 \times 10^{-3}$ | $1.18 \times 10^{-1}$ | $1.67 \times 10^{10}$ | $2.76 \times 10^{4}$ | 13.46 |
| OW-11D | $2.59 \times 10^{-3}$ | $1.70 \times 10^{-5}$ | $5.51 \times 10^{-3}$ | $1.00 \times 10^{0}$ | $1.67 \times 10^{10}$ | $5.09 \times 10^{4}$ | 14.39 |
| OW-12S | $9.45 \times 10^{-4}$ | $6.20 \times 10^{-6}$ | $3.09 \times 10^{-3}$ | $9.66 \times 10^{-2}$ | $1.67 \times 10^{10}$ | $3.07 \times 10^{4}$ | 13.64 |
| OW-12D | $3.89 \times 10^{-3}$ | $2.55 \times 10^{-5}$ | $4.50 \times 10^{-4}$ | $5.75 \times 10^{-1}$ | $1.67 \times 10^{10}$ | $6.24 \times 10^{4}$ | 13.99 |
| Average | $1.15 \times 10^{-3}$ | $7.54 \times 10^{-6}$ | $4.47 \times 10^{-2}$ | $4.44 \times 10^{-1}$ | $9.88 \times 10^{9}$ | $2.29 \times 10^{4}$ | |



IHNC-EBIA Plantiffs Group
Storesund Consulting
154 Lawson Rd.
Kensington, CA 94707

| Pumping Test Analysis Report |
|---|
| Project: IHNC-EBIA Plaintiffs |
| Number: |
| Client: IHNC-EBIA Plaintiffs |

| | | |
|---|---|---|
| Location: School Site | Pumping Test: School Pre-Pumping Test - Flow Rate Exact | Pumping Well: PW-1 |
| Test Conducted by: Fugro Staff | | Test Date: 9/17/2011 |
| Analysis Performed by: K. Pope | Theis | Analysis Date: 10/29/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 0.00031593 [m³/min] | |

Calculation using Theis

| Observation Well | Transmissivity [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Ratio K(v)/K(h) | Radial Distance to PW [ft] |
|---|---|---|---|---|---|
| PW-1 | $2.54 \times 10^{-2}$ | $1.67 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $1.00 \times 10^{-3}$ | 0.08 |
| OW-2S | $4.33 \times 10^{-1}$ | $2.84 \times 10^{-3}$ | $1.24 \times 10^{-1}$ | $1.00 \times 10^{-3}$ | 10.81 |
| OW-2D | $4.68 \times 10^{-1}$ | $3.07 \times 10^{-3}$ | $5.00 \times 10^{-1}$ | $1.00 \times 10^{-3}$ | 10.25 |
| OW-3S | $4.24 \times 10^{-1}$ | $2.78 \times 10^{-3}$ | $9.80 \times 10^{-2}$ | $6.30 \times 10^{-1}$ | 15.03 |
| OW-5S | $5.76 \times 10^{-1}$ | $3.78 \times 10^{-3}$ | $3.48 \times 10^{-2}$ | $1.00 \times 10^{-3}$ | 18.52 |
| OW-5D | $5.08 \times 10^{-1}$ | $3.33 \times 10^{-3}$ | $4.21 \times 10^{-2}$ | $1.00 \times 10^{-3}$ | 18.47 |
| OW-6S | $3.09 \times 10^{0}$ | $2.03 \times 10^{-2}$ | $2.58 \times 10^{-1}$ | $1.00 \times 10^{-3}$ | 17.98 |
| Average | $7.89 \times 10^{-1}$ | $5.18 \times 10^{-3}$ | $2.22 \times 10^{-1}$ | $9.09 \times 10^{-2}$ | |

File name: School PrePump Results.pdf
Page 22



**IHNC-EBIA Plantiffs Group**
**Storesund Consulting**
**154 Lawson Rd.**
**Kensington, CA 94707**

**Pumping Test Analysis Report**

Project: IHNC-EBIA Plaintiffs

Number:

Client: IHNC-EBIA Plaintiffs

| Location: School Site | Pumping Test: School Pre-Pumping Test - Flow Rate Pumping Well: PW-1 | |
|---|---|---|
| Test Conducted by: Fugro Staff | | Test Date: 9/17/2011 |
| Analysis Performed by: K. Pope | Theis w/ Partial. Pent | Analysis Date: 10/29/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 0.00031593 [m³/min] | |

Calculation using Theis

| Observation Well | Transmissivity [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Ratio K(v)/K(h) | Radial Distance to PW [ft] |
|---|---|---|---|---|---|
| PW-1 | $2.60 \times 10^{-2}$ | $1.71 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $1.00 \times 10^{-3}$ | 0.08 |
| OW-2S | $8.51 \times 10^{-1}$ | $5.58 \times 10^{-3}$ | $1.86 \times 10^{-2}$ | $1.00 \times 10^{-3}$ | 10.81 |
| OW-2D | $2.57 \times 10^{-1}$ | $1.69 \times 10^{-3}$ | $5.00 \times 10^{-1}$ | $7.08 \times 10^{-1}$ | 10.25 |
| OW-3S | $8.90 \times 10^{-1}$ | $5.84 \times 10^{-3}$ | $2.16 \times 10^{-2}$ | $1.00 \times 10^{-3}$ | 15.03 |
| OW-5S | $8.60 \times 10^{-1}$ | $5.64 \times 10^{-3}$ | $8.28 \times 10^{-3}$ | $1.00 \times 10^{-3}$ | 18.52 |
| OW-5D | $4.41 \times 10^{-1}$ | $2.89 \times 10^{-3}$ | $4.71 \times 10^{-2}$ | $2.11 \times 10^{-2}$ | 18.47 |
| OW-6S | $6.45 \times 10^{0}$ | $4.23 \times 10^{-2}$ | $3.64 \times 10^{-2}$ | $1.00 \times 10^{-3}$ | 17.98 |
| Average | $1.40 \times 10^{0}$ | $9.17 \times 10^{-3}$ | $1.62 \times 10^{-1}$ | $1.05 \times 10^{-1}$ | |

File name: School PrePump Results.pdf
Page 166



**IHNC-EBIA Plantiffs Group**
**Storesund Consulting**
**154 Lawson Rd.**
**Kensington, CA 94707**

**Pumping Test Analysis Report**

Project: IHNC-EBIA Plaintiffs

Number:

Client: IHNC-EBIA Plaintiffs

| Location: School Site | Pumping Test: School Pre-Pumping Test - Flow Rate Vary | Pumping Well: PW-1 |
|---|---|---|
| Test Conducted by: Fugro Staff | | Test Date: 9/17/2011 |
| Analysis Performed by: K. Pope | Hantush | Analysis Date: 10/29/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 0.00031593 [m³/min] | |

Calculation using Hantush

| Observation Well | Transmissivit [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Ratio K(v)/K(h) | Hydr. resistance [min] | Leakage factor [cm] | Radial Distance to PW [ft] |
|---|---|---|---|---|---|---|---|
| PW-1 | $3.16 \times 10^{-2}$ | $2.07 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $1.00 \times 10^{0}$ | $1.52 \times 10^{5}$ | $5.37 \times 10^{2}$ | 0.08 |
| OW-2S | $6.40 \times 10^{-2}$ | $4.20 \times 10^{-4}$ | $3.24 \times 10^{-2}$ | $2.88 \times 10^{-1}$ | $5.50 \times 10^{3}$ | $1.45 \times 10^{2}$ | 10.81 |
| OW-2D | $5.59 \times 10^{-1}$ | $3.67 \times 10^{-3}$ | $5.00 \times 10^{-1}$ | $1.00 \times 10^{0}$ | $8.63 \times 10^{2}$ | $1.70 \times 10^{2}$ | 10.25 |
| OW-3S | $5.15 \times 10^{-1}$ | $3.38 \times 10^{-3}$ | $9.01 \times 10^{-2}$ | $5.92 \times 10^{-2}$ | $1.67 \times 10^{10}$ | $7.18 \times 10^{5}$ | 15.03 |
| OW-5S | $4.38 \times 10^{-1}$ | $2.87 \times 10^{-3}$ | $3.15 \times 10^{-2}$ | $1.00 \times 10^{0}$ | $3.94 \times 10^{4}$ | $1.02 \times 10^{3}$ | 18.52 |
| OW-5D | $2.57 \times 10^{-1}$ | $1.68 \times 10^{-3}$ | $3.62 \times 10^{-2}$ | $2.89 \times 10^{-2}$ | $2.16 \times 10^{4}$ | $5.77 \times 10^{2}$ | 18.47 |
| OW-6S | $5.13 \times 10^{0}$ | $3.37 \times 10^{-2}$ | $1.27 \times 10^{-1}$ | $1.00 \times 10^{-1}$ | $1.67 \times 10^{5}$ | $7.16 \times 10^{3}$ | 17.98 |
| Average | $9.99 \times 10^{-1}$ | $6.55 \times 10^{-3}$ | $1.88 \times 10^{-1}$ | $4.97 \times 10^{-1}$ | $2.38 \times 10^{9}$ | $1.04 \times 10^{5}$ | |

File name: School PrePump Results.pdf
Page 310



**IHNC-EBIA Plantiffs Group**
**Storesund Consulting**
**154 Lawson Rd.**
**Kensington, CA 94707**

| **Pumping Test Analysis Report** |
|---|
| Project: IHNC-EBIA Plaintiffs |
| Number: |
| Client: IHNC-EBIA Plaintiffs |

| | | |
|---|---|---|
| Location: School Site | Pumping Test: Pump Test 1 corrected Data | Pumping Well: PW-1 |
| Test Conducted by: Fugro Staff | | Test Date: 9/26/2011 |
| Analysis Performed by: K. Pope | Theis | Analysis Date: 10/26/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 0.00035073 [m³/min] | |

Calculation using Theis

| Observation Well | Transmissivity [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Ratio K(v)/K(h) | Radial Distance to PW [ft] |
|---|---|---|---|---|---|
| PW-1 | $1.01 \times 10^{-1}$ | $6.64 \times 10^{-4}$ | $1.13 \times 10^{-6}$ | $2.91 \times 10^{-1}$ | 0.08 |
| OW-1S | $8.14 \times 10^{-2}$ | $5.34 \times 10^{-4}$ | $3.87 \times 10^{-1}$ | $1.00 \times 10^{-1}$ | 10.14 |
| OW-1D | $1.78 \times 10^{-1}$ | $1.17 \times 10^{-3}$ | $3.37 \times 10^{-1}$ | $1.00 \times 10^{-3}$ | 10.0 |
| OW-2S | $6.98 \times 10^{-1}$ | $4.58 \times 10^{-3}$ | $3.41 \times 10^{-1}$ | $1.00 \times 10^{-3}$ | 10.81 |
| OW-2D | $1.01 \times 10^{-1}$ | $6.60 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $1.12 \times 10^{-1}$ | 10.25 |
| OW-3S | $6.99 \times 10^{-1}$ | $4.59 \times 10^{-3}$ | $1.06 \times 10^{-1}$ | $9.96 \times 10^{-2}$ | 15.03 |
| OW-3D | $2.57 \times 10^{-1}$ | $1.69 \times 10^{-3}$ | $5.00 \times 10^{-1}$ | $9.55 \times 10^{-2}$ | 16.16 |
| OW-4S | $2.57 \times 10^{-1}$ | $1.69 \times 10^{-3}$ | $4.00 \times 10^{-1}$ | $9.27 \times 10^{-2}$ | 17.05 |
| OW-4D | $2.77 \times 10^{-1}$ | $1.82 \times 10^{-3}$ | $1.92 \times 10^{-1}$ | $9.88 \times 10^{-2}$ | 16.94 |
| OW-5S | $1.14 \times 10^{0}$ | $7.45 \times 10^{-3}$ | $1.00 \times 10^{-1}$ | $1.00 \times 10^{-1}$ | 18.52 |
| OW-5D | $8.42 \times 10^{-1}$ | $5.53 \times 10^{-3}$ | $1.18 \times 10^{-1}$ | $1.00 \times 10^{-1}$ | 18.47 |
| OW-6S | $7.80 \times 10^{-1}$ | $5.12 \times 10^{-3}$ | $6.29 \times 10^{-2}$ | $1.00 \times 10^{-1}$ | 17.98 |
| OW-6D | $2.93 \times 10^{-1}$ | $1.92 \times 10^{-3}$ | $2.45 \times 10^{-1}$ | $4.63 \times 10^{-2}$ | 17.87 |
| Average | $4.39 \times 10^{-1}$ | $2.88 \times 10^{-3}$ | $2.53 \times 10^{-1}$ | $9.52 \times 10^{-2}$ | |



| **IHNC-EBIA Plantiffs Group**<br>**Storesund Consulting**<br>**154 Lawson Rd.**<br>**Kensington, CA 94707** | **Pumping Test Analysis Report** |
|---|---|
| | Project: IHNC-EBIA Plaintiffs |
| | Number: |
| | Client: IHNC-EBIA Plaintiffs |

| Location: School Site | Pumping Test: Pump Test 1 corrected Data | Pumping Well: PW-1 |
|---|---|---|
| Test Conducted by: Fugro Staff | | Test Date: 9/26/2011 |
| Analysis Performed by: K. Pope | Theis Partially Penetrating Adj. | Analysis Date: 10/26/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 0.00035073 [m³/min] | |

Calculation using Theis

| Observation Well | Transmissivity [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Ratio K(v)/K(h) | Radial Distance to PW [ft] |
|---|---|---|---|---|---|
| PW-1 | $1.01 \times 10^{-1}$ | $6.64 \times 10^{-4}$ | $1.13 \times 10^{-6}$ | $2.16 \times 10^{-1}$ | 0.08 |
| OW-1S | $1.17 \times 10^{-1}$ | $7.70 \times 10^{-4}$ | $3.83 \times 10^{-1}$ | $1.37 \times 10^{-1}$ | 10.14 |
| OW-1D | $1.78 \times 10^{-1}$ | $1.17 \times 10^{-3}$ | $3.37 \times 10^{-1}$ | $1.00 \times 10^{0}$ | 10.0 |
| OW-2S | $1.26 \times 10^{0}$ | $8.26 \times 10^{-3}$ | $3.24 \times 10^{-2}$ | $1.00 \times 10^{-3}$ | 10.81 |
| OW-2D | $9.99 \times 10^{-2}$ | $6.56 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $1.00 \times 10^{0}$ | 10.25 |
| OW-3S | $8.51 \times 10^{-1}$ | $5.58 \times 10^{-3}$ | $2.20 \times 10^{-2}$ | $1.00 \times 10^{-3}$ | 15.03 |
| OW-3D | $2.80 \times 10^{-1}$ | $1.84 \times 10^{-3}$ | $5.00 \times 10^{-1}$ | $1.00 \times 10^{0}$ | 16.16 |
| OW-4S | $1.00 \times 10^{-1}$ | $6.56 \times 10^{-4}$ | $2.62 \times 10^{-1}$ | $4.37 \times 10^{-1}$ | 17.05 |
| OW-4D | $1.91 \times 10^{-1}$ | $1.25 \times 10^{-3}$ | $2.52 \times 10^{-1}$ | $2.40 \times 10^{-2}$ | 16.94 |
| OW-5S | $1.14 \times 10^{0}$ | $7.48 \times 10^{-3}$ | $1.00 \times 10^{-1}$ | $1.00 \times 10^{0}$ | 18.52 |
| OW-5D | $6.14 \times 10^{-1}$ | $4.03 \times 10^{-3}$ | $2.11 \times 10^{-1}$ | $3.50 \times 10^{-3}$ | 18.47 |
| OW-6S | $7.80 \times 10^{-1}$ | $5.12 \times 10^{-3}$ | $6.29 \times 10^{-2}$ | $1.00 \times 10^{0}$ | 17.98 |
| OW-6D | $2.93 \times 10^{-1}$ | $1.92 \times 10^{-3}$ | $2.45 \times 10^{-1}$ | $1.00 \times 10^{0}$ | 17.87 |
| Average | $4.62 \times 10^{-1}$ | $3.03 \times 10^{-3}$ | $2.24 \times 10^{-1}$ | $5.25 \times 10^{-1}$ | |

IHNC-EBIA Plantiffs Group
Storesund Consulting
154 Lawson Rd.
Kensington, CA 94707

| Pumping Test Analysis Report |
|---|
| Project: IHNC-EBIA Plaintiffs |
| Number: |
| Client: IHNC-EBIA Plaintiffs |

| | | |
|---|---|---|
| Location: School Site | Pumping Test: Pump Test 1 corrected Data | Pumping Well: PW-1 |
| Test Conducted by: Fugro Staff | | Test Date: 9/26/2011 |
| Analysis Performed by: K. Pope | Hantush | Analysis Date: 10/26/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 0.00035073 [m³/min] | |




Calculation using Hantush

| Observation Well | Transmissivit [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Ratio K(v)/K(h) | Hydr. resistance [min] | Leakage factor [cm] | Radial Distance to PW [ft] |
|---|---|---|---|---|---|---|---|
| PW-1 | $1.78 \times 10^{-2}$ | $1.17 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $1.00 \times 10^{0}$ | $5.47 \times 10^{1}$ | $7.64 \times 10^{0}$ | 0.08 |
| OW-1S | $1.16 \times 10^{-1}$ | $7.62 \times 10^{-4}$ | $3.82 \times 10^{-1}$ | $1.39 \times 10^{-1}$ | $1.67 \times 10^{10}$ | $3.41 \times 10^{5}$ | 10.14 |
| OW-1D | $8.68 \times 10^{-2}$ | $5.70 \times 10^{-4}$ | $2.26 \times 10^{-1}$ | $1.00 \times 10^{0}$ | $1.30 \times 10^{4}$ | $2.60 \times 10^{2}$ | 10.0 |
| OW-2S | $1.00 \times 10^{0}$ | $6.56 \times 10^{-3}$ | $2.52 \times 10^{-1}$ | $1.00 \times 10^{0}$ | $1.67 \times 10^{10}$ | $1.00 \times 10^{6}$ | 10.81 |
| OW-2D | $2.12 \times 10^{-1}$ | $1.39 \times 10^{-3}$ | $5.00 \times 10^{-1}$ | $1.00 \times 10^{0}$ | $8.61 \times 10^{3}$ | $3.31 \times 10^{2}$ | 10.25 |
| OW-3S | $9.77 \times 10^{-1}$ | $6.41 \times 10^{-3}$ | $1.72 \times 10^{-2}$ | $1.00 \times 10^{-3}$ | $1.67 \times 10^{10}$ | $9.88 \times 10^{5}$ | 15.03 |
| OW-3D | $5.75 \times 10^{-2}$ | $3.78 \times 10^{-4}$ | $2.52 \times 10^{-1}$ | $5.01 \times 10^{-1}$ | $1.15 \times 10^{5}$ | $6.31 \times 10^{2}$ | 16.16 |
| OW-4S | $4.68 \times 10^{-1}$ | $3.07 \times 10^{-3}$ | $1.10 \times 10^{-1}$ | $1.15 \times 10^{-3}$ | $1.67 \times 10^{10}$ | $6.84 \times 10^{5}$ | 17.05 |
| OW-4D | $2.76 \times 10^{-1}$ | $1.81 \times 10^{-3}$ | $1.92 \times 10^{-1}$ | $1.00 \times 10^{0}$ | $8.63 \times 10^{7}$ | $3.78 \times 10^{4}$ | 16.94 |
| OW-5S | $1.14 \times 10^{0}$ | $7.45 \times 10^{-3}$ | $1.00 \times 10^{-1}$ | $1.00 \times 10^{0}$ | $2.86 \times 10^{8}$ | $1.40 \times 10^{5}$ | 18.52 |
| OW-5D | $6.14 \times 10^{-1}$ | $4.03 \times 10^{-3}$ | $2.11 \times 10^{-1}$ | $3.51 \times 10^{-3}$ | $4.77 \times 10^{8}$ | $1.33 \times 10^{5}$ | 18.47 |
| OW-6S | $6.31 \times 10^{-1}$ | $4.14 \times 10^{-3}$ | $6.90 \times 10^{-2}$ | $4.68 \times 10^{-1}$ | $1.67 \times 10^{5}$ | $2.51 \times 10^{3}$ | 17.98 |
| OW-6D | $8.23 \times 10^{-2}$ | $5.40 \times 10^{-4}$ | $1.08 \times 10^{-1}$ | $1.00 \times 10^{0}$ | $1.72 \times 10^{4}$ | $2.92 \times 10^{2}$ | 17.87 |
| Average | $4.36 \times 10^{-1}$ | $2.86 \times 10^{-3}$ | $2.25 \times 10^{-1}$ | $6.24 \times 10^{-1}$ | $5.19 \times 10^{9}$ | $2.56 \times 10^{5}$ | |

**IHNC-EBIA Plantiffs Group**
**Storesund Consulting**
**154 Lawson Rd.**
**Kensington, CA 94707**

| **Pumping Test Analysis Report** |
| --- |
| Project: IHNC-EBIA Plaintiffs |
| Number: |
| Client: IHNC-EBIA Plaintiffs |

| | | |
| --- | --- | --- |
| Location: School Site | Pumping Test: School Site Pumping Test 2 | Pumping Well: PW-1 |
| Test Conducted by: Fugro Staff | | Test Date: 10/4/2011 |
| Analysis Performed by: K.Pope | Theis | Analysis Date: 10/10/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 0.00022867 [m³/min] | |

Calculation using Theis

| Observation Well | Transmissivity [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Ratio K(v)/K(h) | Radial Distance to PW [ft] |
| --- | --- | --- | --- | --- | --- |
| PW-1 | $2.85 \times 10^{-2}$ | $1.87 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $4.18 \times 10^{-1}$ | 0.08 |
| OW-1S | $2.10 \times 10^{-2}$ | $1.38 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $4.17 \times 10^{-2}$ | 10.14 |
| OW-1D | $2.78 \times 10^{-2}$ | $1.82 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $3.61 \times 10^{-2}$ | 10.0 |
| OW-2S | $1.21 \times 10^{1}$ | $7.92 \times 10^{-2}$ | $2.27 \times 10^{-8}$ | $3.69 \times 10^{-1}$ | 10.81 |
| OW-2D | $1.59 \times 10^{-2}$ | $1.05 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $1.00 \times 10^{-3}$ | 10.25 |
| OW-3S | $4.25 \times 10^{0}$ | $2.79 \times 10^{-2}$ | $8.64 \times 10^{-3}$ | $1.00 \times 10^{-3}$ | 15.03 |
| OW-3D | $4.00 \times 10^{0}$ | $2.62 \times 10^{-2}$ | $3.11 \times 10^{-3}$ | $1.00 \times 10^{-3}$ | 16.16 |
| OW-4S | $8.51 \times 10^{-1}$ | $5.58 \times 10^{-3}$ | $5.52 \times 10^{-2}$ | $1.00 \times 10^{-3}$ | 17.05 |
| OW-4D | $1.91 \times 10^{-1}$ | $1.25 \times 10^{-3}$ | $4.28 \times 10^{-2}$ | $1.01 \times 10^{-3}$ | 16.94 |
| OW-5S | $1.30 \times 10^{1}$ | $8.53 \times 10^{-2}$ | $2.90 \times 10^{-7}$ | $1.00 \times 10^{-1}$ | 18.52 |
| OW-5D | $2.71 \times 10^{0}$ | $1.78 \times 10^{-2}$ | $1.30 \times 10^{-4}$ | $1.17 \times 10^{-1}$ | 18.47 |
| OW-6S | $3.84 \times 10^{-2}$ | $2.52 \times 10^{-4}$ | $2.70 \times 10^{-1}$ | $1.00 \times 10^{-3}$ | 17.98 |
| OW-6D | $5.75 \times 10^{-2}$ | $3.78 \times 10^{-4}$ | $4.50 \times 10^{-1}$ | $1.00 \times 10^{-3}$ | 17.87 |
| Average | $2.87 \times 10^{0}$ | $1.88 \times 10^{-2}$ | $2.18 \times 10^{-1}$ | $8.38 \times 10^{-2}$ | |



| IHNC-EBIA Plaintiffs Group<br>Storesund Consulting<br>154 Lawson Rd.<br>Kensington, CA 94707 | Pumping Test Analysis Report |
|---|---|
| | Project: IHNC-EBIA Plaintiffs |
| | Number: |
| | Client: IHNC-EBIA Plaintiffs |

| Location: South EBIA | Pumping Test: Pumping Test 2 | Pumping Well: PW-02 |
|---|---|---|
| Test Conducted by: Fugro Staff | | Test Date: 10/27/2011 |
| Analysis Performed by: K. Pope | Theis w/Partially Pentrating Adj. | Analysis Date: 11/7/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 1.992E-005 [m³/min] | |

Calculation using Theis

| Observation Well | Transmissivity [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Ratio K(v)/K(h) | Radial Distance to PW [ft] |
|---|---|---|---|---|---|
| PW-02 | $5.50 \times 10^{-4}$ | $3.61 \times 10^{-6}$ | $2.03 \times 10^{-1}$ | $1.00 \times 10^{-3}$ | 0.08 |
| OW-07S | $2.57 \times 10^{-3}$ | $1.69 \times 10^{-5}$ | $2.03 \times 10^{-3}$ | $5.09 \times 10^{-1}$ | 43.73 |
| OW-07D | $2.87 \times 10^{-3}$ | $1.88 \times 10^{-5}$ | $1.82 \times 10^{-3}$ | $1.00 \times 10^{-3}$ | 44.1 |
| OW-08S | $3.22 \times 10^{-3}$ | $2.11 \times 10^{-5}$ | $1.45 \times 10^{-3}$ | $1.00 \times 10^{0}$ | 43.92 |
| OW-08D | $6.53 \times 10^{-3}$ | $4.28 \times 10^{-5}$ | $2.29 \times 10^{-3}$ | $1.00 \times 10^{-3}$ | 44.06 |
| OW-09S | $1.43 \times 10^{-3}$ | $9.39 \times 10^{-6}$ | $2.35 \times 10^{-2}$ | $1.00 \times 10^{0}$ | 7.7 |
| OW-09D | $8.01 \times 10^{-4}$ | $5.26 \times 10^{-6}$ | $4.54 \times 10^{-3}$ | $1.00 \times 10^{0}$ | 7.73 |
| OW-10S | $1.35 \times 10^{-3}$ | $8.89 \times 10^{-6}$ | $2.33 \times 10^{-2}$ | $4.25 \times 10^{-1}$ | 7.89 |
| OW-10D | $9.89 \times 10^{-4}$ | $6.49 \times 10^{-6}$ | $2.00 \times 10^{-2}$ | $1.00 \times 10^{0}$ | 7.93 |
| OW-11S | $2.67 \times 10^{-3}$ | $1.75 \times 10^{-5}$ | $7.00 \times 10^{-3}$ | $3.68 \times 10^{-1}$ | 13.46 |
| OW-11D | $3.44 \times 10^{-3}$ | $2.26 \times 10^{-5}$ | $4.18 \times 10^{-3}$ | $1.00 \times 10^{0}$ | 14.39 |
| OW-12S | $1.11 \times 10^{-3}$ | $7.26 \times 10^{-6}$ | $3.13 \times 10^{-3}$ | $1.00 \times 10^{0}$ | 13.64 |
| OW-12D | $1.42 \times 10^{-3}$ | $9.35 \times 10^{-6}$ | $3.33 \times 10^{-3}$ | $1.20 \times 10^{-1}$ | 13.99 |
| Average | $2.23 \times 10^{-3}$ | $1.46 \times 10^{-5}$ | $2.31 \times 10^{-2}$ | $5.71 \times 10^{-1}$ | |



|  | **IHNC-EBIA Plantiffs Group**<br>**Storesund Consulting**<br>**154 Lawson Rd.**<br>**Kensington, CA 94707** | **Pumping Test Analysis Report**<br>Project: IHNC-EBIA Plaintiffs<br>Number:<br>Client: IHNC-EBIA Plaintiffs |
|---|---|---|

| Location: School Site | Pumping Test: School Site Pumping Test 2 | Pumping Well: PW-1 |
|---|---|---|
| Test Conducted by: Fugro Staff | | Test Date: 10/4/2011 |
| Analysis Performed by: K.Pope | Hantush | Analysis Date: 10/30/2011 |
| Aquifer Thickness: 5.00 ft | Discharge: variable, average rate 0.00022867 [m³/min] | |

Calculation using Hantush

| Observation Well | Transmissivity [cm²/s] | Hydraulic Conductivity [cm/s] | Storage coefficient | Hydr. resistance [min] | Leakage factor [cm] | Radial Distance to PW [ft] |
|---|---|---|---|---|---|---|
| PW-1 | $3.38 \times 10^{-2}$ | $2.22 \times 10^{-4}$ | $1.48 \times 10^{-1}$ | $1.67 \times 10^{10}$ | $1.84 \times 10^{5}$ | 0.08 |
| OW-1S | $4.64 \times 10^{-2}$ | $3.04 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $7.60 \times 10^{3}$ | $1.45 \times 10^{2}$ | 10.14 |
| OW-1D | $3.16 \times 10^{-2}$ | $2.07 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $1.67 \times 10^{5}$ | $5.62 \times 10^{2}$ | 10.0 |
| OW-2S | $4.60 \times 10^{0}$ | $3.02 \times 10^{-2}$ | $2.70 \times 10^{-4}$ | $1.67 \times 10^{10}$ | $2.14 \times 10^{6}$ | 10.81 |
| OW-2D | $4.79 \times 10^{-4}$ | $3.14 \times 10^{-6}$ | $1.64 \times 10^{-2}$ | $6.64 \times 10^{4}$ | $4.37 \times 10^{1}$ | 10.25 |
| OW-3S | $6.31 \times 10^{-1}$ | $4.14 \times 10^{-3}$ | $6.43 \times 10^{-2}$ | $1.67 \times 10^{4}$ | $7.94 \times 10^{2}$ | 15.03 |
| OW-3D | $2.28 \times 10^{0}$ | $1.50 \times 10^{-2}$ | $1.53 \times 10^{-2}$ | $7.87 \times 10^{7}$ | $1.04 \times 10^{5}$ | 16.16 |
| OW-4S | $1.60 \times 10^{0}$ | $1.05 \times 10^{-2}$ | $7.71 \times 10^{-2}$ | $1.67 \times 10^{10}$ | $1.26 \times 10^{6}$ | 17.05 |
| OW-4D | $3.01 \times 10^{-3}$ | $1.97 \times 10^{-5}$ | $6.57 \times 10^{-2}$ | $2.50 \times 10^{5}$ | $2.12 \times 10^{2}$ | 16.94 |
| OW-5S | $2.09 \times 10^{0}$ | $1.37 \times 10^{-2}$ | $3.24 \times 10^{-2}$ | $1.67 \times 10^{5}$ | $4.57 \times 10^{3}$ | 18.52 |
| OW-5D | $8.51 \times 10^{-1}$ | $5.58 \times 10^{-3}$ | $8.26 \times 10^{-3}$ | $1.67 \times 10^{5}$ | $2.92 \times 10^{3}$ | 18.47 |
| OW-6S | $7.76 \times 10^{-2}$ | $5.09 \times 10^{-4}$ | $4.20 \times 10^{-1}$ | $1.26 \times 10^{7}$ | $7.67 \times 10^{3}$ | 17.98 |
| OW-6D | $5.75 \times 10^{-2}$ | $3.78 \times 10^{-4}$ | $5.00 \times 10^{-1}$ | $2.76 \times 10^{5}$ | $9.77 \times 10^{2}$ | 17.87 |
| Average | $9.46 \times 10^{-1}$ | $6.21 \times 10^{-3}$ | $1.81 \times 10^{-1}$ | $3.85 \times 10^{9}$ | $2.86 \times 10^{5}$ | |