# EXHIBIT 35

# APPLIED GROUNDWATER MODELING

## Simulation of Flow and Advective Transport



**MARY P. ANDERSON**

**WILLIAM W. WOESSNER**

**Disclaimer.** In this world of legal mazes where fault is often found with technically correct work, we the authors feel the need to include a disclaimer. This textbook sets forth the general principles needed to understand how numerical models of groundwater flow are developed. While we believe that the guidelines in this book will minimize errors if followed, no text can substitute for experience or a knowledge of specific circumstances. Accordingly, we cannot assume responsibility for any errors, mistakes, or misrepresentations that may arise from misuse or misapplication of the procedures contained herein.

This book is printed on acid-free paper. ∞

Copyright © 1992 by ACADEMIC PRESS, INC.
All Rights Reserved.
No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Academic Press, Inc.
San Diego, California 92101

*United Kingdom Edition published by*
Academic Press Limited
24-28 Oval Road, London NW1 7DX

Library of Congress Cataloging-in-Publication Data

Anderson, Mary P.
    Applied groundwater modeling : simulation of flow and advective
transport / Mary P. Anderson. William W. Woessner.
    p.   cm.
    Includes bibliographical references and index.
    ISBN 0-12-059485-4
    1. Groundwater flow--Simulation methods.   I. Woessner, William W.
II. Title.
GB1197.7A53   1991
551.49'01'1--dc20                                                91-19676
                                                                     CIP

PRINTED IN THE UNITED STATES OF AMERICA
        94    9  8  7  6  5  4

CHAPTER

# 7

# SPECIAL NEEDS FOR TRANSIENT SIMULATIONS

"And time ... must have a stop."
—*Henry IV*, Pt. 1

Transient simulations are needed to analyze time-dependent problems. A transient simulation typically begins with steady-state initial conditions and ends before or when a new steady state is reached. Transient simulations produce a set of heads for each time step, whereas steady-state simulations generate only one set of heads. Hence, transient simulations are more complicated simply in terms of data management. A computer-aided contouring package is an invaluable aid in analyzing the multiple sets of head data produced by a transient solution. Postprocessors that include contouring routines are available for many groundwater flow codes.

Transient head data can be displayed using a series of contour maps or hydrographs to show the transient variation of water level at selected nodes (Fig. 7.1).

Transient problems are inherently more complicated for reasons other than data management:

1. The storage characteristics of the aquifers must be specified. The storage characteristics of the confining layers must be specified when transient release of water from storage is important.
2. Initial conditions giving the head distribution in the aquifer at the beginning of the simulation must be specified in addition to boundary conditions.
3. Hydrologic stresses (e.g., pumping) may propagate out to designated



**Fig. 7.1**  Examples of field-measured and simulated transient head data.
(a) Simulated and observed heads for the Uluova Plain in southeastern Turkey (Karanjac et al., 1977). The observed drawdown averaged over a 7-year period and in 24 wells was 6.3 m. The simulated average drawdown at 24 nodes was 6.0 m.
(b) Simulated and observed drawdown in selected wells in a confined sandstone aquifer in southeastern Wisconsin (U.S. Geological Survey, 1976).
(c) Simulated and observed heads (numbers next to black dots) in a profile model of the Snake Lake area in northern Wisconsin. The contour map labeled $t = 0$ represents dynamic steady-state initial conditions. Transient simulations at 20, 23, and 36 days show the response of the system to changes in recharge rate (Anderson and Munter, Water Resources Research, 17(4), pp.1139–1150, copyright by the American Geophysical Union, 1981).

  hydraulic boundaries of the model and cause the boundary conditions to become inappropriate.
  4. The time dimension as well as the space dimension must be discretized.

Each of these special needs is discussed below.

## 7.1  Storage Parameters

During a transient simulation, water is released from or taken into storage within the porous material. Heads change with time as a result of this transfer of water. When the transfer to and from storage stops, the system reaches steady state and heads stabilize. In performing a transient simulation, it is necessary to specify the parameter that describes the capacity of an aquifer to transfer water



**Fig. 7.1** (continued)

to and from storage. This property is known as storativity and is described by one of the following storage parameters: specific storage ($S_s$), storage coefficient (S), or specific yield ($S_y$).

*Specific storage* ($S_s$), which is used in the three-dimensional governing equation (Eqn. 2.2), is equal to the volume of water released from storage within a unit volume of porous material per unit decline in head. *Storage coefficient* (S) is used in two-dimensional areal simulations; it is a vertically averaged

*t* = 0

*t* = 20 days

*t* = 23 days

**Fig. 7.1** (continued)    *t* = 36 days    SCALE (FEET) 0–500

parameter equal to the volume of water released per unit area of aquifer per unit decline in head. Just as $T = bK$, $S = bS_s$, where $b$ is aquifer thickness and $S_s$ and $S$ measure the volume of water released from aquifer compression and by expansion of water. The relevant storage parameter for unconfined aquifers is *specific yield* ($S_y$), which is a measure of the volume of water ($\Delta V$) per volume of porous material ($A \Delta h$) released by gravity drainage in response to decline of the water table.

Values of storativity are not easily obtained. $S$ and $S_y$ can be measured during pumping tests, but these estimates, particularly of $S_y$, are subject to error (Neuman, 1979). Typical ranges in storage parameters are given in Tables 3.4 and 3.5.

Models require input of arrays of storativity values—one value for each node, cell, or element. In practice, storativity is often assumed to be uniform within an aquifer or confining bed. Fortunately, the range in any given storage parameter is small relative to the range possible for hydraulic conductivity (Table 3.3). For some problems, however, results may be sensitive to the storage parameter (Fig. 7.2).

Confining layers are not represented directly in two-dimensional areal and quasi three-dimensional simulations. Storage properties of the confining layers in these simulations are not normally considered but flow across the layer is represented by a leakage term. The steady-state leakage term is given in Eqn. 2.1. A transient leakage term $(L_{i,j,k})_T$ was derived by Bredehoeft and Pinder (1970) and used by Trescott et al. (1976). It is equal to the steady-state leakage $(L_{i,j,k})$ plus an additional term.

$$(L_{i,j,k})_T = L_{i,j,k} + [(h_{i,j,k})_0 - h_{i,j,k}] \frac{(K'_z)_{i,j}}{\left(\frac{\pi}{3} t_D\right)^{1/2} b'_{i,j}} \left[1 + 2 \sum_{n=1}^{\infty} \exp\left(\frac{-n^2}{t_D}\right)\right]$$

$$t_D = \frac{t(K'_z)_{i,j}}{b'^2_{i,j}(S_s)_{i,j}}$$

(7.1)



**Fig. 7.2** Water table profiles showing the effect of storage coefficient (S) (here equal to specific yield) on a one-dimensional simulation of an unconfined aquifer receiving a constant rate of recharge equal to 2 ft/month. Groundwater discharges to a stream at distance equal to zero; $t$ is time in months and the head at $t = 0$ is the initial condition. At steady state, the solution is independent of S (Zucker, Remson, Ebert and Aguado, Water Resources Research, 9(3), pp. 586–592, 1973, copyright by the American Geophysical Union).

where $(h_{i,j,k})_0$ is the head in the aquifer at the start of pumping; $S_s$ is specific storage of the confining layer, $K'_z$ is the vertical hydraulic conductivity of the confining layer, $b'$ is its thickness, and $t_D$ is dimensionless time.

Transient leakage from confining beds is not included in the current versions of PLASM or AQUIFEM-1, or when MODFLOW is used in two dimensions or in quasi three-dimensional mode. If transient release of water from storage in the confining layer is judged to be important, these models could be modified to include Eqn. 7.1. Alternatively, full three-dimensional models can be used to simulate the confining beds as one or more separate layers, each with its own storage coefficient (e.g., Watts, 1989). Leake (1990) described a model that accounts for permanent compaction of compressible interbeds as water is released from storage. The model was applied to simulate groundwater flow in the Central Valley of California.

## 7.2 Initial Conditions

Initial conditions refer to the head distribution everywhere in the system at the beginning of the simulation and thus are boundary conditions in time. It is standard practice to select as the initial condition a steady-state head solution generated by a calibrated model. The reason for using this type of head distribution is explained by Franke et al. (1987) as follows:

> Use of model-generated head values ensures that the initial head data and the model hydrologic inputs and parameters are consistent. If the field-measured head values were used as initial conditions, the model response in the early time steps would reflect not only the model stress under study but also the adjustment of model head values to offset the lack of correspondence between model hydrologic inputs and parameters and the initial head values.

Two types of steady-state solutions can be used as initial conditions: static steady state and dynamic average steady state. Under *static steady-state* conditions, head is constant throughout the problem domain and there is no flow of water in the system (Fig. 7.3a). The static steady-state solution is used for so-called drawdown simulations (Section 4.3) where the intent of the simulation is to calculate drawdown in response to pumping. In this type of simulation, relative heads as measured by drawdown are of interest, rather than absolute values of head. The principle of superposition is used to justify calculation of drawdown from an arbitrary horizontal datum that represents the initial head distribution. Results from a simulation of drawdown in the Chicago area in which static steady state was used as an initial condition are shown in Fig. 7.4. Static steady-state conditions do not incorporate the regional flow caused by regional head gradients and for this reason may not be appropriate in some simulations. Most codes, including MODFLOW and AQUIFEM-1, will calculate drawdowns relative to any user-specified initial head distribution.