# EXHIBIT 36

Case 2:05-cv-04182-SRD-JCW Document 20822-39 Filed 04/30/12 Page 2 of 4

# AQUIFER HYDRAULICS

A COMPREHENSIVE GUIDE TO HYDROGEOLOGIC DATA ANALYSIS



VEDAT BATU

WWW

A NOTE TO THE READER
This book has been electronically reproduced from digital information stored at John Wiley & Sons, Inc. We are pleased that the use of this new technology will enable us to keep works of enduring scholarly value in print as long as there is a reasonable demand for them. The content of this book is identical to previous printings.

This text is printed on acid-free paper. ∞

Copyright © 1998 by John Wiley & Sons, Inc. All rights reserved.

Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4470. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

*Library of Congress Cataloging-in-Publication Data:*
Batu, Vedat.
    Aquifer hydraulics : a comprehensive guide to hydrogeologic data analysis / Vedat Batu.
      p.   cm.
Includes index.
   ISBN 0-471-18502-7 (alk. paper)
   1. Groundwater flow.   2. Aquifers.   I. Title.
GB1197.7.B37   1998
551.49—dc21                                            97-17107

10 9 8 7 6 5

For $r = 0.001$ m, Eq. (2-40) gives

$$h_c = \frac{1.545 \times 10^{-5} \text{ m}^2}{0.001 \text{ m}} = 0.015 \text{ m}$$

It is evident from Eq. (2-40) that the thickness of the capillary zone is inversely related to the pore size of a porous medium, such as soil or rock. Measured capillary rise values are given in Table 2-10. Notice that the values in Table 2-10 indicate that the capillary rise is nearly inversely proportional to the grain size.

## 2.4 COMPRESSIBILITY AND ELASTICITY OF AQUIFERS

Aquifers are compressible and elastic mediums like all other solid mediums. However, the main difference between aquifers and solid mediums is that aquifers are composed partly of solid grains and partly of pores that are filled with water. As a result, the concept of *volume elasticity of aquifers* has been established based on laboratory and field observations (Meinzer, 1928). Good evidence of compressibility and elasticity of aquifers is fluctuations of water levels in wells as a response to barometric pressure changes, tidal effects, earthquake effects, ground surface loads for very shallow water-table cases, and subsurface subsidence.

Compressibility and elasticity are the key aspects of transient saturated ground-water flow in confined and unconfined aquifers as well as in confining layers, such as aquitards. The compressibility of an aquifer is more dominant when the aquifer is confined and completely saturated. These concepts and their associated quantities are presented in the following sections (e.g., Jacob, 1950; Hantush, 1964; Cooper, 1966; Bear, 1979).

### 2.4.1 Specific Storage

The definition of this important quantity will be presented by deriving some important expressions based on the *effective stress concept*.

#### 2.4.1.1 Relation Between Water Presssure and Compressive Stress.
Consider an elementary volume $\Delta V = (\Delta A)(\Delta z)$ in a compressible aquifer in which $\Delta A$ is the horizontal cross-sectional area and $\Delta z$ is the height of the elementary volume. The relationship between the water pressure ($p$) and compressive stress ($\sigma$) of the solid skeleton of the aquifer using the effective stress concept was first introduced by Terzaghi (1925) and was based on the assumptions that (1) the water pressure acts effectively throughout the elementary volume ($\Delta V$), (2) the compressive stress ($\sigma$) of the solid skeleton of the aquifer is considered to act over the entire horizontal cross-sectional area ($\Delta A$), and (3) the atmospheric pressure is constant. A cross section through a confined aquifer (also for an unconfined aquifer) and the details at any internal horizontal plane ($AB$), at which $\Delta V$ is located, are shown in Figures 2-16a and 2-16b, respectively. The stress resulting from the total weight of soil and water above $\Delta V$ in the aquifer and the load at the ground surface including the atmospheric pressure ($\sigma_T$) is balanced by the water pressure ($p$) and the compressive stress of the solid skeleton of the aquifer ($\sigma$):

$$\sigma_T = \sigma + p \qquad (2\text{-}41)$$