# EXHIBIT 37

| CECW-EH

Engineer Manual
1110-2-1421 | Department of the Army
U.S. Army Corps of Engineers
Washington, DC 20314-1000 | EM 1110-2-1421

28 February 1999 |
|---|---|---|
| | Engineering and Design

GROUNDWATER HYDROLOGY | |
| | **Distribution Restriction Statement**
Approved for public release; distribution is
unlimited. | |

CECW-EH

**DEPARTMENT OF THE ARMY**
**U.S. Army Corps of Engineers**
**Washington, DC  20314-1000**

EM 1110-2-1421

Manual
No. 1110-2-1421

28 February 1999

## Engineering and Design
## GROUNDWATER HYDROLOGY

**1. Purpose**. The purpose of this manual is to provide guidance to Corps of Engineers personnel who are responsible for groundwater-related projects.

**2. Applicability.** This manual applies to all USACE Commands having responsibility for design of civil works projects.

**3. Distribution Statement.** Approved for public release, distribution is unlimited.

FOR THE COMMANDER:

ALBERT J. GENETTI, JR.
Major General, USA
Chief of Staff

**DEPARTMENT OF THE ARMY**
**U.S. Army Corps of Engineers**
**Washington, DC  20314-1000**

EM 1110-2-1421

Manual
No. 1110-2-1421

28 February 1999

**Engineering and Design**
**GROUNDWATER HYDROLOGY**

**Table of Contents**

| Subject | Paragraph | Page |
|---|---|---|
| **Chapter 1** | | |
| **Introduction** | | |
| Purpose | 1-1 | 1-1 |
| Applicability | 1-2 | 1-1 |
| References | 1-3 | 1-1 |
| Distribution Statement | 1-4 | 1-1 |
| Focus | 1-5 | 1-1 |
| Approach | 1-6 | 1-2 |
| Scope | 1-7 | 1-2 |
| Format | 1-8 | 1-2 |
| | | |
| **Chapter 2** | | |
| **Occurrence and Movement** | | |
| **of Groundwater** | | |
| General | 2-1 | 2-1 |
| Hydrologic Cycle | 2-2 | 2-1 |
| Subsurface Distribution | 2-3 | 2-1 |
| Forces Acting on Groundwater | 2-4 | 2-2 |
| Water Table | 2-5 | 2-3 |
| Potentiometric Surface | 2-6 | 2-3 |
| Aquifer Formations | 2-7 | 2-3 |
| Principal Types of Aquifer | | |
| Materials | 2-8 | 2-4 |
| Movement of Groundwater | 2-9 | 2-6 |
| Porosity and Specific Yield | 2-10 | 2-6 |
| Darcy's Law and Hydraulic | | |
| Conductivity | 2-11 | 2-7 |
| Flow and Transmissivity | 2-12 | 2-8 |
| Homogeneity and Isotropy | 2-13 | 2-9 |
| Flow in Stratified Media | 2-14 | 2-9 |
| Aquifer Storage | 2-15 | 2-10 |
| General Flow Equations | 2-16 | 2-11 |
| Aquifer Diffusivity | 2-17 | 2-13 |
| Flow Lines and Flow Nets | 2-18 | 2-13 |

| Subject | Paragraph | Page |
|---|---|---|
| Estimating Capture Zones of | | |
| Pumping Wells | 2-19 | 2-14 |
| Specialized Flow Conditions | 2-20 | 2-17 |
| | | |
| **Chapter 3** | | |
| **Planning a Groundwater** | | |
| **Investigation and Modeling** | | |
| **Study** | | |
| General | 3-1 | 3-1 |
| Steps Involved in a Hydrogeologic Site | | |
| Investigation and Potential Modeling | | |
| Study | 3-2 | 3-1 |
| Project Management | 3-3 | 3-7 |
| Personnel | 3-4 | 3-8 |
| Example of Site Characterization | | |
| and Modeling Process | 3-5 | 3-9 |
| Conclusion | 3-6 | 3-11 |
| | | |
| **Chapter 4** | | |
| **Field Investigative Methods** | | |
| General | 4-1 | 4-1 |
| Wells | 4-2 | 4-1 |
| Monitoring Wells | 4-3 | 4-5 |
| Geologic Logging | 4-4 | 4-5 |
| Measuring Water Levels | 4-5 | 4-5 |
| Pumping Tests | 4-6 | 4-7 |
| Slug Tests | 4-7 | 4-11 |
| Borehole Geophysics | 4-8 | 4-11 |
| Surface Geophysics | 4-9 | 4-16 |
| Cone Penetrometer Testing | 4-10 | 4-21 |
| Isotope Hydrology | 4-11 | 4-23 |
| Response of Groundwater Levels | | |
| to Loading Events | 4-12 | 4-26 |
| Conclusion | 4-13 | 4-31 |

i

EM 1110-2-1421
28 Feb 99

| Subject | Paragraph | Page |
|---|---|---|

**Chapter 5**
**Computer Modeling of**
**Groundwater Flow**

| | | |
|---|---|---|
| General . . . . . . . . . . . . . . . . . . . . . . . . 5-1 | | 5-1 |
| Code Selection . . . . . . . . . . . . . . . . . . . 5-2 | | 5-1 |
| Initial Model Development . . . . . . . . . 5-3 | | 5-4 |
| Model Calibration and Sensitivity | | |
| Analysis . . . . . . . . . . . . . . . . . . . . . . 5-4 | | 5-7 |
| History Matching . . . . . . . . . . . . . . . . . 5-5 | | 5-9 |
| Model Execution and Interpretation | | |
| of Results . . . . . . . . . . . . . . . . . . . . . 5-6 | | 5-9 |
| Post Audit . . . . . . . . . . . . . . . . . . . . . . 5-7 | | 5-10 |

**Chapter 6**
**Interaction Between Surface**
**Water and Groundwater**

| | | |
|---|---|---|
| General . . . . . . . . . . . . . . . . . . . . . . . . 6-1 | | 6-1 |
| System Components . . . . . . . . . . . . . . 6-2 | | 6-1 |
| Infiltration . . . . . . . . . . . . . . . . . . . . . . 6-3 | | 6-2 |
| Stream-Aquifer Interaction . . . . . . . . . 6-4 | | 6-3 |
| Interaction Between Lakes and | | |
| Groundwater . . . . . . . . . . . . . . . . . . 6-5 | | 6-3 |
| Analytical Methods . . . . . . . . . . . . . . . 6-6 | | 6-4 |
| Estimating the Transient Effects | | |
| of Flood Waves on Ground- | | |
| water Flow . . . . . . . . . . . . . . . . . . . . 6-7 | | 6-5 |

| Subject | Paragraph | Page |
|---|---|---|
| Estimating Baseflow Contribution | | |
| from Storm Events to Streamflow . . . 6-8 | | 6-8 |
| Estimating Aquifer Diffusivity from | | |
| Streamflow Records . . . . . . . . . . . . . 6-9 | | 6-9 |
| Estimating Effects of Pumping Wells | | |
| on Stream Depletion . . . . . . . . . . . . . 6-10 | | 6-10 |
| Numerical Modeling of Surface Water | | |
| and Groundwater Systems . . . . . . . . 6-11 | | 6-13 |

**Appendix A**
**References**

**Appendix B**
**Glossary**

**Appendix C**
**Summary of the Hydrogeologic**
**Flow Model for Tooele Army**
**Depot, Utah**

**Appendix D**
**General Analytical Solutions**
**for Application to Pumping**
**Test Data**

(5) The lateral boundaries of the aquifer are impermeable.

(6) Distances from the stream to groundwater divides or geologic boundaries of flow are for each stream reach; when this distance is termed semi-infinite, this boundary has minimal influence on the analytical solution.

(7) The river is not separated from the aquifer by any confining material.

## 6-7. Estimating the Transient Effects of Flood Waves on Groundwater Flow

*a. Introduction.* Accurate estimation of the transmissivity and storage coefficient of an aquifer is critical to the prediction of groundwater flow patterns. If an aquifer is adjacent to a river or surface reservoir which experiences periodic stage fluctuations, it may be possible to calculate these parameters from an analysis of the aquifer response to the fluctuations.

*b. Principle.* The idealized flow domain is shown in Figure 6-4. The aquifer is represented as a semi-infinite, horizontal confined aquifer of uniform thickness bounded on the left by a reservoir (open boundary). The surface-water body is assumed to completely penetrate the aquifer. The water level in the reservoir fluctuates and causes a corresponding fluctuation in the piezometric head within the aquifer. The one-dimensional flow system is described by the governing equation for linear, non-steady flow in a confined aquifer (see Equation 2-28):

$$\frac{\partial h}{\partial t} = \frac{T}{S} \frac{\partial^2 h}{\partial x^2} \qquad (6\text{-}7)$$

where

$h$ = rise or fall of piezometric head in the aquifer [L]

$x$ = distance from aquifer-surface body intersection [L]

$t$ = time [T]

$S$ = aquifer storage coefficient

$T$ = aquifer transmissivity [$L^2/T$]

$T/S$ = aquifer diffusivity [$L^2/T$]

*c. Review of solutions.* The solution to the governing equation (Equation 6-7) subject to a fluctuating boundary condition has been presented by several authors (Ferris 1951; Cooper and Rorabaugh 1963; Pinder, Bredehoeft, and Cooper 1969; Hall and Moench 1972). Each of the solutions was derived for the semi-infinite flow domain described above subject to the assumptions listed in Section 6-6. The solutions are derived for confined conditions, although satisfactory results for unconfined conditions will be obtained if:

(1) The location of the computed head is sufficiently far enough from the surface water intersection so that it is unaffected by vertical components of flow.

(2) The range in cyclic fluctuation at the computed location is only a small fraction of the saturated thickness of the formation.

*d. Uniform fluctuations.* Ferris (1951) observed that wells near bodies of tidal water often exhibit sinusoidal fluctuations of water level in response to periodic changes in tidewater stage. An analogous response was suggested for wells situated adjacent to large surface-water bodies. When the stage of the surface body fluctuates as a simple harmonic motion, a series of sinusoidal waves is propagated outward from the surface body-aquifer intersection through the aquifer. Expressions were developed to determine aquifer diffusivity (T/S) based on the observed values of amplitude, lag, velocity, and wavelength of the sinusoidal changes in groundwater level. If the range of the fluctuation in surface water and an adjacent well is known, aquifer parameters can be derived by:

$$h_{gw} = 2H_{sw}e^{-d\sqrt{\frac{\pi S}{PT}}} \qquad (6\text{-}8)$$

If the lagtime in occurrence between surface and groundwater maximum or minimum stages is known, then: