-1-

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Armstrong*, No. 10-866 | § | |
| _____ | § | |

## DEFENDANT UNITED STATES' MOTION TO EXCLUDE
## THE EXPERT TESTIMONY OF ROBERT GLENN BEA

Under Rule 7(b), Fed. R. Civ. P., the United States moves for an order excluding the opinion testimony of Robert Glenn Bea. In support of this motion, the United States

-2-

respectfully refers the Court to the supporting memorandum of law, the exhibits thereto, and the entire record.

>Respectfully submitted,
>
>STUART F. DELERY
>Assistant Attorney General
>
>PHYLLIS J. PYLES
>Director, Torts Branch
>
>JAMES G. TOUHEY, JR.
>Assistant Director, Torts Branch
>
> s/ Robin Doyle Smith
>ROBIN DOYLE SMITH
>Senior Trial Counsel, Torts Branch
>CONOR KELLS
>Trial Attorney, Torts Branch
>Civil Division
>
>U.S. Department of Justice
>
>Benjamin Franklin Station,
>P.O. Box 888
>Washington, D.C.  20044
>(202) 616-4400/616-5200 (fax)
>robin.doyle.smith@usdoj.gov
>Attorneys for the United States

-3-

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served upon all counsel of record by ECF.

s\ Robin Doyle Smith