# EXHIBIT A

EXHIBIT LIST--DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF ROBERT GLENN BEA

| Exhibit # | Document | Document Date |
|---|---|---|
| 1 | Complaint (Doc. No. 11471) | 20080223 |
| 2 | USA's First Interrogatory #4 | 20110627 |
| 3 | Pls. Response to Interrogatory #4 | 20110805 |
| 4 | USA's August 11, 2011, e-mail letter | 20110811 |
| 5 | Bea Expert Report ("Bea Rpt.") | 20120201 |
| 6 | Bea Rebuttal Deposition ("Bea Rebuttal Dep.") | 20120416 |
| 7 | Bea Rebuttal Report ("Bea Rebuttal Rpt.") | 20120404 |
| 8 | Rogers Expert Report ("Rogers Rpt.") | 20120105 |
| 9 | Bea Deposition, Volume I ("Bea Dep., Vol I") | 20120327 |
| 10 | Bea Deposition, Volume II ("Bea Dep., Vol II") | 20120328 |
| 11 | GeoEStudios/Cobos-Roa Report ("Cobos-Roa Rpt.") | 20120109 |
| 12 | Bea Report Appendix B ("Bea Rpt., App. B") | 20120201 |
| 13 | Bea Deposition, Volume II, Exhibit 17 -- No Further Action At This Time (NFAATT) Report | 20050600 |
| 14 | Rogers Deposition, Volume II ("Rogers Dep., Vol. II") | 20120317 |
| 15 | MMG Boring Logs 79A & 81A | 20011004 |
| 16 | Bea Report Appendix C ("Bea Rpt., App. C") | 20120201 |
| 17 | Bea Deposition Volume II, Exhibit 38 -- No Further Action At This Time (NFAATT) Report | 20030500 |
| 18 | Cobos-Roa Deposition ("Cobos-Roa Dep.") | 20120410 |
| 19 | Stark Expert Report ("Stark Rpt.") | 20120311 |
| 20 | Bea Deposition, Volume I, Exhibit 7 -- Failure of I-Wall Flood Protection Structures at the New Orleans Lower 9th Ward During Hurricane Katrina | 20080000 |
| 21 | Karl Terzaghi et al., Soil Mechanics in Engineering Practice, 1st Edition | 19480000 |
| 22 | J. Michael Duncan & Stephen G. Wright, Soil Strength and Slope Stability, John Wiley & Sons, Inc., Hoboken, New Jersey | 20050000 |
| 23 | Brandon Deposition | 20120413 |