**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Armstrong*, No. 10-866 | § | |
| _____ | § | |

**DEFENDANT UNITED STATES'  NOTICE OF SUBMISSION**

    PLEASE TAKE NOTICE that the United States' Motion to Exclude the Expert Testimony of Robert Glenn Bea will be heard on June 28, 2012, at 10 a.m. in the Courtroom of the Honorable Stanwood R. Duval, Jr.

                                        Respectfully submitted,

                                         s/ Robin Doyle Smith_____
                                        ROBIN DOYLE SMITH
                                        Senior Trial Counsel, Torts Branch
                                        Civil Division
                                        U.S. Department of Justice
                                        Benjamin Franklin Station,
                                        P.O. Box 888
                                        Washington, D.C.  20044
                                        (202) 616-4400/616-5200 (fax)
                                        robin.doyle.smith@usdoj.gov
                                        Attorneys for the United States

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served upon all counsel of

record by ECF.

<u>s\ Robin Doyle Smith</u>