-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Armstrong*, No. 10-866 | § | |
| _____ | § | |

**DEFENDANT UNITED STATES' NOTICE OF MANUAL ATTACHMENT**

PLEASE TAKE NOTICE that the Exhibits to the United States' Motion to Exclude the Expert Testimony of Robert Glenn Bea have been filed with the Clerk of the Court as a manual attachment.

                Respectfully submitted,

                s/ Robin Doyle Smith
                ROBIN DOYLE SMITH
                Senior Trial Counsel, Torts Branch
                Civil Division
                U.S. Department of Justice
                Benjamin Franklin Station,
                P.O. Box 888
                Washington, D.C.  20044
                (202) 616-4400/616-5200 (fax)
                robin.doyle.smith@usdoj.gov
                Attorneys for the United States

-2-

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served upon all counsel of record by ECF.

s\ Robin Doyle Smith