UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The United States produced expert report reliance materials for W. Allen Marr on April 21, 2012 (D.R.N. 20810).  The United States is now producing the following Bates-stamped versions of the reliance materials in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

        MEB-514-000000001 to MEB-514-000000020;
        MEB-514-000000021 to MEB-514-000000029;
        MEB-514-000000030 to MEB-514-000000033;
        MEB-514-000000034 to MEB-514-000000035;
        MEB-514-000000036 to MEB-514-000000161;
        MEB-514-000000162 to MEB-514-000000162;
        MEB-514-000000163 to MEB-514-000000164;
        MEB-514-000000165 to MEB-514-000000170;
        MEB-514-000000171 to MEB-514-000000173;
        MEB-514-000000174 to MEB-514-000000175;

MEB-514-000000176 to MEB-514-000000181;
MEB-514-000000182 to MEB-514-000000187;
MEB-514-000000188 to MEB-514-000000193;
MEB-514-000000194 to MEB-514-000000199;
MEB-514-000000200 to MEB-514-000000201;
MEB-514-000000202 to MEB-514-000000204;
MEB-514-000000205 to MEB-514-000000205;
MEB-514-000000206 to MEB-514-000000207;
MEB-514-000000208 to MEB-514-000000211;
MEB-514-000000212 to MEB-514-000000213;
MEB-514-000000214 to MEB-514-000000227;
MEB-514-000000228 to MEB-514-000000228;
MEB-514-000000229 to MEB-514-000000230;
MEB-514-000000231 to MEB-514-000000233;
MEB-514-000000234 to MEB-514-000000243;
MEB-514-000000244 to MEB-514-000000244;
MEB-514-000000245 to MEB-514-000000248;
MEB-514-000000249 to MEB-514-000000252;
MEB-514-000000253 to MEB-514-000000256;
MEB-514-000000257 to MEB-514-000000259;
MEB-514-000000260 to MEB-514-000000263;
MEB-514-000000264 to MEB-514-000000264;
MEB-514-000000265 to MEB-514-000000265;
MEB-514-000000266 to MEB-514-000000274;
MEB-514-000000275 to MEB-514-000000283;
MEB-514-000000284 to MEB-514-000000290;
MEB-514-000000291 to MEB-514-000000294;
MEB-514-000000295 to MEB-514-000000295;
MEB-514-000000296 to MEB-514-000000305;
MEB-514-000000306 to MEB-514-000000306;
MEB-514-000000307 to MEB-514-000000307;
MEB-514-000000308 to MEB-514-000000308;
MEB-514-000000309 to MEB-514-000000310;
MEB-514-000000311 to MEB-514-000000311;
MEB-514-000000312 to MEB-514-000000318;
MEB-514-000000319 to MEB-514-000000320;
MEB-514-000000321 to MEB-514-000000322;
MEB-514-000000323 to MEB-514-000000324;
MEB-514-000000325 to MEB-514-000000327;
MEB-514-000000328 to MEB-514-000000329;
MEB-514-000000330 to MEB-514-000000331;
MEB-514-000000332 to MEB-514-000000334;
MEB-514-000000335 to MEB-514-000000338;

MEB-514-000000339 to MEB-514-000000341;
MEB-514-000000342 to MEB-514-000000346;
MEB-514-000000347 to MEB-514-000000347;
MEB-514-000000348 to MEB-514-000000350;
MEB-514-000000351 to MEB-514-000000364;
MEB-514-000000365 to MEB-514-000000365;
MEB-514-000000366 to MEB-514-000000366;
MEB-514-000000367 to MEB-514-000000415;
MEB-514-000000416 to MEB-514-000000429;
MEB-514-000000430 to MEB-514-000000479;
MEB-514-000000480 to MEB-514-000000495;
MEB-514-000000496 to MEB-514-000000502;
MEB-514-000000503 to MEB-514-000000526;
MEB-514-000000527 to MEB-514-000000527;
MEB-514-000000528 to MEB-514-000000534;
MEB-514-000000535 to MEB-514-000000535;
MEB-514-000000536 to MEB-514-000000536;
MEB-514-000000537 to MEB-514-000000537;
MEB-514-000000538 to MEB-514-000000538;
MEB-514-000000539 to MEB-514-000000539;
MEB-514-000000540 to MEB-514-000000540;
MEB-514-000000541 to MEB-514-000000541;
MEB-514-000000542 to MEB-514-000000542;
MEB-514-000000543 to MEB-514-000000543;
MEB-514-000000544 to MEB-514-000000550;
MEB-514-000000551 to MEB-514-000000551;
MEB-514-000000552 to MEB-514-000000552;
MEB-514-000000553 to MEB-514-000000553;
MEB-514-000000554 to MEB-514-000000560;
MEB-514-000000561 to MEB-514-000000561;
MEB-514-000000562 to MEB-514-000000562;
MEB-514-000000563 to MEB-514-000000563;
MEB-514-000000564 to MEB-514-000000564;
MEB-514-000000565 to MEB-514-000000565;
MEB-514-000000566 to MEB-514-000000566;
MEB-514-000000567 to MEB-514-000000567;
MEB-514-000000568 to MEB-514-000000568;
MEB-514-000000569 to MEB-514-000000569;
MEB-514-000000570 to MEB-514-000000570;
MEB-514-000000571 to MEB-514-000000571;
MEB-514-000000572 to MEB-514-000000572;
MEB-514-000000573 to MEB-514-000000573;
MEB-514-000000574 to MEB-514-000000574;

```
MEB-514-000000575  to  MEB-514-000000577;
MEB-514-000000578  to  MEB-514-000000578;
MEB-514-000000579  to  MEB-514-000000579;
MEB-514-000000580  to  MEB-514-000000580;
MEB-514-000000581  to  MEB-514-000000581;
MEB-514-000000582  to  MEB-514-000000582;
MEB-514-000000583  to  MEB-514-000000583;
MEB-514-000000584  to  MEB-514-000000590;
MEB-514-000000591  to  MEB-514-000000591;
MEB-514-000000592  to  MEB-514-000000592;
MEB-514-000000593  to  MEB-514-000000593.
```

The United States' Production Log is attached.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: May 1, 2012

## **CERTIFICATE OF SERVICE**

     I, James F. McConnon, Jr., hereby certify that on May 1, 2012, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

                                          s/ James F. McConnon, Jr.
                                          JAMES F. McCONNON, JR.