US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 514 | MEB-514-000000001 | MEB-514-000000020 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000021 | MEB-514-000000029 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000030 | MEB-514-000000033 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000034 | MEB-514-000000035 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000036 | MEB-514-000000161 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000162 | MEB-514-000000162 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000163 | MEB-514-000000164 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000165 | MEB-514-000000170 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000171 | MEB-514-000000173 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000174 | MEB-514-000000175 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000176 | MEB-514-000000181 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000182 | MEB-514-000000187 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000188 | MEB-514-000000193 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 514 | MEB-514-000000194 | MEB-514-000000199 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000200 | MEB-514-000000201 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000202 | MEB-514-000000204 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000205 | MEB-514-000000205 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000206 | MEB-514-000000207 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000208 | MEB-514-000000211 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000212 | MEB-514-000000213 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000214 | MEB-514-000000227 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000228 | MEB-514-000000228 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000229 | MEB-514-000000230 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000231 | MEB-514-000000233 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000234 | MEB-514-000000243 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000244 | MEB-514-000000244 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 514 | MEB-514-000000245 | MEB-514-000000248 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000249 | MEB-514-000000252 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000253 | MEB-514-000000256 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000257 | MEB-514-000000259 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000260 | MEB-514-000000263 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000264 | MEB-514-000000264 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000265 | MEB-514-000000265 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000266 | MEB-514-000000274 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000275 | MEB-514-000000283 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000284 | MEB-514-000000290 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000291 | MEB-514-000000294 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000295 | MEB-514-000000295 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000296 | MEB-514-000000305 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 514 | MEB-514-000000306 | MEB-514-000000306 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000307 | MEB-514-000000307 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000308 | MEB-514-000000308 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000309 | MEB-514-000000310 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000311 | MEB-514-000000311 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000312 | MEB-514-000000318 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000319 | MEB-514-000000320 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000321 | MEB-514-000000322 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000323 | MEB-514-000000324 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000325 | MEB-514-000000327 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000328 | MEB-514-000000329 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000330 | MEB-514-000000331 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000332 | MEB-514-000000334 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 514 | MEB-514-000000335 | MEB-514-000000338 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000339 | MEB-514-000000341 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000342 | MEB-514-000000346 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000347 | MEB-514-000000347 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000348 | MEB-514-000000350 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000351 | MEB-514-000000364 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000365 | MEB-514-000000365 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000366 | MEB-514-000000366 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000367 | MEB-514-000000415 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000416 | MEB-514-000000429 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000430 | MEB-514-000000479 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000480 | MEB-514-000000495 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000496 | MEB-514-000000502 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 514 | MEB-514-000000503 | MEB-514-000000526 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000527 | MEB-514-000000527 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000528 | MEB-514-000000534 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000535 | MEB-514-000000535 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000536 | MEB-514-000000536 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000537 | MEB-514-000000537 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000538 | MEB-514-000000538 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000539 | MEB-514-000000539 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000540 | MEB-514-000000540 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000541 | MEB-514-000000541 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000542 | MEB-514-000000542 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000543 | MEB-514-000000543 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000544 | MEB-514-000000550 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 514 | MEB-514-000000551 | MEB-514-000000551 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000552 | MEB-514-000000552 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000553 | MEB-514-000000553 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000554 | MEB-514-000000560 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000561 | MEB-514-000000561 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000562 | MEB-514-000000562 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000563 | MEB-514-000000563 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000564 | MEB-514-000000564 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000565 | MEB-514-000000565 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000566 | MEB-514-000000566 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000567 | MEB-514-000000567 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000568 | MEB-514-000000568 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000569 | MEB-514-000000569 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |

US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 514 | MEB-514-000000570 | MEB-514-000000570 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000571 | MEB-514-000000571 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000572 | MEB-514-000000572 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000573 | MEB-514-000000573 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000574 | MEB-514-000000574 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000575 | MEB-514-000000577 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000578 | MEB-514-000000578 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000579 | MEB-514-000000579 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000580 | MEB-514-000000580 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000581 | MEB-514-000000581 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000582 | MEB-514-000000582 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000583 | MEB-514-000000583 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000584 | MEB-514-000000590 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |

**US Production for MRGO EBIA**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 514 | MEB-514-000000591 | MEB-514-000000591 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000592 | MEB-514-000000592 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |
| MEB | 514 | MEB-514-000000593 | MEB-514-000000593 | EXPERT WITNESS | MARR, ALLEN | ME023 | 5/1/12 | MRGO/EBIA | Dr. W. Allen Marr Supplemental Reliance Materials |