IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: KATRINA CANAL BREACHES LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-CV-4182

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAY - 8 2012
LORETTA G. WHYTE
CLERK

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest
Clerk, U. S. Court of Appeals, Fifth Circuit
By Cindy M. Broadhead
Deputy
New Orleans, Louisiana
MAY 0 7 2012

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130



May 07, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30418   In Re: Katrina Canal Breaches  
        USDC No. 2:05-CV-4182  
        USDC No. 2:05-CV-5531  
        USDC No. 2:05-CV-5724  
        USDC No. 2:06-CV-5342  
        USDC No. 2:06-CV-6299  
        USDC No. 2:06-CV-7516  
        USDC No. 2:08-CV-4459

Enclosed is an order entered in this case.

Please be advised the designation of the record must be filed in the District Court within 14 days from the date of this notice. Counsel must also provide the Fifth Circuit a copy of the designation at the time of filing.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____  
          Cindy M. Broadhead, Deputy Clerk  
          504-310-7707

Mr. John D. Aldock  
Mr. Matt Bailey  
Mr. Neil T. Bloomfield  
Mr. Adam M. Chud  
Mr. David W. Druker  
Mr. Robert B Evans III  
Mr. Robert B. Fisher  
Mr. Brian Arthur Gilbert  
Mr. Arthur Gordon Grant Jr.  
Mr. Jeffrey Todd Greenberg  
Ms. Rebecca Kammerling  
Mr. Shawn Khorrami  
Mr. John Stuart Kirwan III  
Ms. Jennifer S. Kozar  
Mr. H. Scott Leviant  
Mr. F. Gerald Maples  
Ms. Meredith Anne Mayberry  
Mr. Edward Lee Moreno  
Mr. Darryl M. Phillips

Mr. Dylan Pollard
Mr. Mark S. Raffman
Mr. Mark Ravis
Mr. Patrick J. Sanders
Mr. John R. Stevenson
Ms. Loretta Whyte
Mr. Karl Watt Wiedemann
Mr. Lawrence D. Wiedemann
Mr. Lawrence A Wilson
Mr. John Maynard Woods
Mr. Carlos A. Zelaya II