# What Caused the I-Wall Failures at the EBIA North and South Breaches?

Expert Report of:

**Dr. W. Allen Marr, PhD, PE, NAE**

Geocomp Corporation
125 Nagog Park
Acton, MA 01720

Prepared for:

The United States Department of Justice
1331 Pennsylvania Avenue NW, Suite 800N
Washington, DC

March 12, 2012

**EXH. A**

March 12, 2012



**Photo 1-2 Aftermath of IHNC East South Breach**[4]

## 1.1    CHARGE

I was contacted by phone by Mr. Robin Smith of the United States Department of Justice (US DOJ) in early March of 2011 to determine my interest in serving as an expert to determine what caused the failures at the North and South Breaches of the EBIA.  We determined that my prior and ongoing work would not have sources of conflict.   I agreed to serve as an expert to the Department of Justice to determine the cause(s) of these failures.

Appendix A contains my curriculum vitae and the purchase order issued by the US DOJ for my services.

## 1.2    APPROACH

My overall approach was to identify any and all explanations that have been offered for the cause of failure and to collect all information and data relevant to these failures.  I identified gaps in the data and participated in the efforts to fill those gaps with additional investigations and tests.  I made several site visits, examined many of the samples of soil obtained in a supplemental site investigation, observed testing of soil for its engineering characteristics and completed extensive analyses of groundwater flow,

---

[4] USACE Photo Provided by Tim Stark

March 12, 2012

soil stability, flood wall deformation and sheet pile performance to better understand what could and could not have caused the failures. I searched for failure mechanisms that were consistent with the known facts, the visual observations and the analysis results to systematically rule out most of the hypothesized causes of failure.

In my work, I relied on the resources of employees of my company to collect information, observe field activities during the supplemental site investigation, perform tests on soil samples, and run analyses of groundwater flow, scour, stability and flood wall deformation. I supervised and am responsible for all the work performed by these dedicated professionals. I also reviewed and discussed many of the observations and facts with other members of the US DOJ and Washington Group International (WGI) expert teams. In the end, I independently formulated my own opinions. The opinions fit solidly with the facts, observations, and extensive studies. The following people from Geocomp made significant contribution to my work:

| Contributors |
| --- |
| Kristopher Armstrong |
| Adam Belanger, EIT |
| Cynthia Carleo, PE |
| Laurie Couillard |
| Christina Cuevas |
| Colin Cuniff |
| Michael Dagher, EIT |
| Dan Dwyer |
| Chris Fuller |
| Anand V. Govindasamy, PhD |
| Martin Hawkes, PE |
| Nancy Hubbard, EIT |
| Mir Fazlul Karim |
| Alexi Neill, PE |
| Vanita Patel, PE |
| Stefanie Travers, EIT |
| Francisco Trejo |
| Amy Woodward |

**1.3    SOURCES OF INFORMATION**

The records for this litigation are enormous and impossible for one person to examine. I placed emphasis on those documents that could potentially relate to any possible cause of failure. Appendix B lists those documents on which I relied.

March 12, 2012

In my opinion, any floating object large enough to burst the wall would have had visible dimensions larger than the description given in Mr. Villavasso's testimony. Exponent Failure Analysis Associates did not find any evidence that would indicate an impact had occurred to three sheetpiles recovered from the failure area. In my opinion, the likelihood that the wall failed by this mechanism is quite low because (1) there is insufficient supporting evidence and (2) there is another more complete and credible mechanism that explains the cause of the failure that is also consistent with Mr. Villavasso's observations.

**5.2      EXCESSIVE SEEPAGE BENEATH I-WALL**

This potential mechanism involves the postulation of a permeable layer of organic clay beneath the I-Wall in contact with an excavation filled with very pervious material that permitted water to flow from the canal to the land side, and increase pore water pressures at the flood wall embankment toe during the relatively short duration of the storm (Bea 2012, ILIT 2006, Seed et al. 2008).  The postulated large flows resulted in one or both of the following failure mechanisms:

- Localized "blowout" at the toe of the flood walls on the protected side due to large flows and high pore pressures in the land side toe, made worse by poorly backfilled EBIA site clearing excavations by WGI.
- Loss of lateral stability due to excess uplift pressures resulting in a translational stability failure and also made worse by poorly backfilled EBIA Site clearing excavations by WGI.[108]

ILIT suggested a third mechanism in which the quantity of underseepage  was so large that it caused the flooding[109] but this mechanism is not discussed in Dr. Bea's report of February 1, 2012.

Each of these proposed mechanisms depends on the premise that large underseepage caused pore water pressures to increase on the land side of the floodwall quite rapidly during the storm to high levels.  The postulated causes of the large underseepage are:

- High permeability of the organic clay layers.
- Excavations to the depth of the organic clays (swamp) made on the canal side by WGI that were allegedly poorly backfilled.
- Development of tension gaps on the canal side of the floodwall as it was subjected to increased lateral forces from the rising canal level.[110]

Dr. Bea indicates in his expert report that he relied on computer models of flow and stability to reach these conclusions.[111]  Since the conditions and assumptions used in these analyses are critical to the reasonableness and reliability of the results, I made an assessment of this information to the extent possible with the provided information.

---

[108] Bea expert report 2/1/12, pg 125 ¶131.
[109] ILIT (2006), pg 6-16
[110] Bea expert report 2/1/12, pg 125 ¶131.
[111] Bea expert report 2/1/12, pg 125 ¶132.

March 12, 2012

Dr. Bea indicates "results for all of the cases and parameters analyzed during this phase of my investigation are summarized in Appendix D."[112]  He states that he used two fundamental types of analytical models to investigate two interrelated and interactive modes of failure development: (1) hydraulic conductivity analyses to determine 'seepage' pressures and forces that affected the floodwall performance, and (2) coupled hydraulic conductivity limit equilibrium lateral stability analyses to help determine the conditions for which the floodwall would fail.[113]

Before examining the results of Dr. Bea's analyses, it is important to examine the conditions for the analyses and the parameters used in his analyses.  Appendix T provides my assessment of the flow analyses that form the basis of Dr. Bea's determination of gradients and excess pore pressures in the land side portions of the flood wall.  The background for his analyses is provided in Appendix D of his report.

Dr. Bea wraps up his Appendix D with conclusions from his analyses.  For the North Breach, he concludes "the scenarios where granular backfilled excavations were in contact with the top of the buried swamp-marsh deposits (Cases 1-1 and 2-1) indicate a high likelihood of hydraulic failure as vertical hydraulic gradients exceeded 0.8, uplift Factors of Safety are below unity, and the lateral stability probabilities of failure exceed 50% for a canal water elevation between +8 and +10 ft, corresponding to a time frame between 4:00 and 5:00 AM (CDT)."[114]

These failure modes are all based on flawed flow analyses that greatly overestimate the pore pressures and vertical hydraulic gradients in the land side portion of the flood wall and its foundation because of the following incorrect modeling conditions:

- Assumption of porous backfill in contact with the organic clay soil which was not the case.
- Locations of excavations much closer to the flood wall than data show.
- Assumption of a very low value of coefficient of soil compressibility, $m_v$, of $1*10^{-9}$ /psf, a value that is comparable to the compressibility of concrete, and on the order of 10,000 to 100,000 times less than a realistic value for these soils.

I found Dr. Bea's flow analyses as described in his Appendix D to be unreliable due to these important issues.  The large discrepancy in coefficient of compressibility leads to Dr. Bea's conclusion that "The hydraulic seepage analyses show that pore pressures develop rapidly and near-steady state conditions are reached within less than 30 hours of the initiation of the surge starting on August 28, 2005."[115]  This conclusion is wrong because the value of coefficient of compressibility used in his flow analyses does not represent reality for the EBIA soils.  As demonstrated in Appendix T, Dr. Bea's use of a soil compressibility of $1*10^{-9}$/psf combined with the SEEP/W assumption of incompressible water, **made his flow analyses reach steady state seepage conditions rapidly.**  This is especially important to his conclusions relative to excessive seepage under the floodwall since they all depend on near steady-state seepage conditions developing during the storm.

For a more realistic assessment of possible flow conditions during the storm, my group performed flow analyses using the computer program PLAXIS.  This is a widely used program in engineering practice and

---

[112] Bea expert report 2/1/12, pg 74 ¶80.
[113] Bea expert report 2/1/12, pg 74 ¶81.
[114] Bea report Appendix D, pg 38
[115] Bea expert report 2/1/12, pg 125 ¶133.

March 12, 2012

one that I have personally used for more than 20 years.  For the same conditions it gives essentially the same results as the SEEP-W program used by Dr. Bea.  We used the PLAXIS program because it can also provide factor of safety for shear stability and calculate deformations of the wall.  Appendix L describes our flow analyses and gives the results for the North Breach.  Figure 5-1 shows our calculation of flow conditions at the time the failure occurred at the North Breach including the correct geometry.  An excavation located over 180 ft away from the floodwall (at the left side of Figure 5-1) is included with its bottom at elev -5.8 ft.  The location is WGI excavation BM8.  The maximum depth excavated in this area is BM6.  Appendix B gives detailed information on WGI excavations.  Only BM8 and BM6 went deeper than 5 ft.  The analysis uses a canal water level of elev +11.4ft which occurred at 6 AM, the time of the North Breach failure.  The land side water level is positioned at the ground surface in this analysis.

Even with an upper bound permeability of $1*10^{-5}$ cm/sec in both the upper and lower organic clays, the effect of the raised water level in the canal has not reached the downstream toe because these total head contours are almost identical to pre-storm values shown in Figure 5-2 and described in Appendix L.  This is because the time for flow is too short for the effect of the increased water level on the canal side to reach the land side.  The results show that flow remains transient for the duration of the storm and far from the near steady-state condition found by Dr. Bea.

Flow directions are perpendicular to the total head lines so flow in the organic clay at the toe of the levee is essentially horizontal.  Vertical gradients can be expected to be small.   Figure 5-3 shows total gradients for flow conditions near the time of the breach.  The maximum value is 0.5 but this is mostly a horizontal gradient.  Figure 5-4 gives contour plots of just vertical gradient.  The maximum vertical gradient in the Organic Clay is 0.4 (higher vertical gradients occur, but they are deep in the Interdistributary Clay layer). Calculated flow rates through the Organic Clay layer never exceed the rate of 0.27 gallons per day (7 minutes per teaspoon) per foot of length of flood wall at the peak water level in the canal.  A rate this low is many times less than what might possibly cause erosion or "blowout" of the land side flood wall toe.

March 12, 2012



**Figure 5-1 Flow Analysis through North Breach, Contours of Total Heads for Transient Solution at 6 AM**



Figure 5-2: Contours of Groundwater Total Heads for Steady State Flow with Pre-Katrina canal at +1.13 ft

March 12, 2012



**Figure 5-3 Flow Analysis through North Breach- Total Hydraulic Gradients for Transient Solution at 6 AM**

March 12, 2012



**Figure 5-4 Flow Analysis through North Breach- Vertical Hydraulic Gradients for Transient Solution at 6 AM**

Figure 5-5 plots total head along the top of the upper organic clay and compares it with the ground surface elevation. Total head is the elevation that a column of water would rise above the point that total head is measured or predicted. The horizontal axis is distance from the flood wall. Results for three conditions are shown: pre-Katrina steady state with canal water level at elev +1.13 ft; Katrina storm at elev +11.4 ft for steady state seepage, and Katrina storm at elev +11.4 for transient seepage at 6 AM. The figure shows the following important points:

- The total head from Katrina-Transient Case is virtually identical to the pre-Katrina steady state demonstrating that there has been no change in flow on the land side of the levee up to the time that the North Breach failure occurred.
- The total heads are at the ground surface at the toe but this is still a safe condition. (Recall that this analysis uses worst-case assumptions for permeability so the calculated total heads are most likely higher than observed conditions.)
- Even with the water level of +11.4 if allowed to stay in place long enough to reach steady state conditions, which was not the case as shown next, the effective stresses remain positive (minimum value of 1.3 ft of soil times 109 lb/ft$^3$ − 2 ft of pressure head times 62.43 lb/ft$^3$ = +17 psf) at the downstream toe so blowout or piping or lateral translation failures could not have occurred.

March 12, 2012



Figure 5-5 North Breach- Computed Total Head in Top of Organic Clay Layer vs. Distance from Sheet pile

Figure 5-6 plots total head versus time for three representative points located along the top of the upper organic clay. The analysis used to generate this plot is transient flow with a canal water level rising to elev +11.4 ft and remaining fixed over time. **The results show that for 2 days there is no change in the total heads at these three points.** The pore pressures in the land side toe of the levee remain totally unaffected by the high water level in the canal for more than 2 days. (This does not include the effects of rising water levels on the land side which began around the time of the North Breach and actually worked to reduce upward gradients and increase translational stability.) The results show that it takes about 60-80 days for 90% of the effects of high water level on the canal side to reach the land side toe.

Dr. Bea's analyses greatly over predict the pore pressure response in the toe area of the flood wall embankment due to a high water level in the canal. This is due to his use of a very unrealistic value of for soil compressibility as demonstrated in Appendix T.

Analyses that represent the actual geometry in the vicinity of the North Breach and realistic soil parameters show that the effects of high water in the canal were not transmitted to the land side of the flood wall system in the approximately 6 hours it took for the canal water level to rise to elev +11.4 ft.

March 12, 2012

The closest excavation made by WGI that was more than 5 ft deep was more than 180 ft away from the flood wall and it did not reach down to the organic clay.  This excavation had no impact on the flow that occurred under the flood wall during the duration of Katrina.

My analyses show that with realistic geometry and soil parameters for flow analyses there was no way that flow conditions changed enough on the land side of the flood wall to create conditions that "indicate a high likelihood of hydraulic failure as vertical hydraulic gradients exceeded 0.8, uplift Factors of Safety are below unity, and the lateral stability probabilities of failure exceed 50% for a canal water elevation between +8 and +10 ft, corresponding to a time frame between 4:00 and 5:00 AM (CDT)."[116]



Figure 5-6 North Breach, Computed Total Head vs. Time in Upper Organic Clay

Dr. Bea contends that the flow conditions were made worse by poorly backfilled EBIA Site clearing excavations by WGI.[117]  Leaving aside the issue of whether the excavations were poorly backfilled, a point that I understand WGI experts will address, we used our flow analyses to consider the effect of an excavation made by WGI.  Figure B-5 shows all excavations made by WGI.  For the North Breach, we used the foot print of BM#8 with the deeper depth of BM#6 in our flow analysis of cross section #6.  The modeled excavation extended down to elevation -5.8.  The backfill was given a high permeability of 1

---
[116] Bea report Appendix D, pg 38
[117] Bea expert report 2/1/12, pg 125 ¶131.

March 12, 2012

cm/sec, or effectively an open excavation.  This excavation was located over 180 ft from the floodwall.  By doing this, we took the absolute worst case of assuming that the excavation was filled with water.  Appendix M provides and discusses the results.  The conclusion is that with realistic flow parameters for the organic clays and land side water levels, the excavation had no impact on the flow conditions beneath the North Breach area.  Dr. Bea's Figure 43 shows a backfilled excavation extending several feet into the swamp and located only 66 ft away from the floodwall.  Figure B-5 shows that no WGI excavation deeper than El -5 ft came any closer than 180 ft to the floodwall.  The further an excavation is from the wall, the less the effect will be on flow under the wall vertical gradients, and uplift pore pressures at the land side toe of the flood wall.

The results of flow analyses that realistically model the actual conditions at the North Breach area show that flow could not reach anything near steady-state seepage conditions during the storm.  Even if steady state conditions had developed, the maximum quantity of flow through the organic clays was 0.27 gallons/day/ft of flood wall.  There is no conceivable way that this small quantity of flow could cause the North Breach failures to occur by excessive quantity of flow or excessive exit gradients or blow out of the toe.   In my opinion, without these high seepage forces and high exit gradients, Dr. Bea's conclusions that "under levee seepage and hydraulic pressure – flow gradients" and "under levee hydraulic uplift pressures….that acted to reduce the lateral stability of the floodwall – levee system" contributed to the development of the North Breach failure[118] are not supported and not valid.   His invalid conclusions result from analyses that have the following flaws:

- Use of a very low value of $m_v=1*10^{-9}$/psf which makes the soil very stiff and results in rapid attainment of steady state seepage conditions in SEEP/W.
- Placing an excavation with high permeability much closer to the flood wall where none ever existed.

**5.3    OVERTOPPING**

Section 2.1 showed that the North Breach flood wall failed at about 6 AM.  The hydrograph in Figure 2-1 shows that the canal water level was at elevation +11.4 ft NAVD88 at this time.  Section 3.2 demonstrated that the top of flood wall was at elevation +11.7 NAVD88 at Section 6 for pre-Katrina conditions but was as low as elevation +11.3 NAVD88 at the intersection of the 1969 wall and the 1980 wall[119].  Consequently, overtopping with constantly flowing water was most likely not occurring at Section 6; however, the tops of some waves were likely spilling over the wall.  North of Section 6 where the wall transitions to a higher level due to later construction, the top of the 1969 wall was at about elevation +11.3 ft NAVD88 as shown in Section 3.2; thus overtopping may have just begun at this location at the time of the initial wall failure, but the amount of flow was not yet sufficient to create large scour.

Overtopping by itself did not initiate the failure of the wall.  Overtopping must occur for a sufficient length of time to erode away the top of the land side embankment and take away the lateral support of the wall provided by that section of flood wall.  Appendix R shows that the conditions at the North Breach were not sufficient at the time of the initial failure for significant erosion to occur.  After the initial failure of the wall followed by outward rotation of additional segments of the wall and with the

---

[118] Bea expert report 2/1/12, pg 125 ¶131.
[119] I will refer to the interface of these two contracts as the 69-80 intersection.

March 12, 2012



**Photo 6-1 Barge at South Breach Location**[148]

However, if a barge had severed the wall, it would have had to break and push through the sheeting and/or bend it to create a plastic hinge somewhere several feet below its top for at least the 37 ft width of the barge. The entire length of sheeting can be seen in the aerial photograph shown in Photo 2-7. The sheeting is fully intact without indication of severing and without a plastic hinge showing localized bending for the full width of the barge. The absence of these indicators decreases the likelihood that a barge was responsible for the South Breach failure.

## 6.2   EXCESSIVE SEEPAGE BENEATH I-WALL

This potential mechanism involves the postulation of a permeable layer of marsh beneath the I-Wall in contact with an excavation filled with very pervious material close to the floodwall that permitted water to flow from the canal to the land side and increase pore water pressures at the flood wall embankment toe during the relatively short duration of the storm (Bea, ILIT, Seed et al. 2008). The postulated large flows resulted in one or both of the following failure mechanisms:

- Localized "blowout" at the toe of the levees on the protected side due to large flows made worse by poorly backfilled EBIA site clearing excavations by WGI.
- Loss of lateral stability due to excess uplift pressures resulting in a translational stability failure and also made worse by poorly backfilled EBIA Site clearing excavations by WGI.[149]

---

[148] ILIT (2006), Figure 6.19
[149] Bea expert report 2/1/12, pg 125 ¶131.

March 12, 2012

ILIT suggested a third mechanism in which the quantity of underseepage was so large that it cause the flooding, but this is not described in Dr Bea's 2012 report.[150]

Each of these proposed mechanisms depends on the premise that large underseepage caused pore water pressures to increase on the land side of the floodwall quite rapidly during the storm to high levels. The postulated causes of the large underseepage are:

- High permeability of the marsh layer.
- Excavations to the depth of the swamp made on the canal side by WGI only 11 ft away from the sheet piling that were allegedly poorly backfilled.
- Development of tension gaps on the canal side of the floodwall as it was subjected to increased lateral forces from the rising canal level.[151]

Dr. Bea indicates in his expert report that he relied on computer models of flow and stability to reach these conclusions.[152] Since the conditions and assumptions used in these analyses are critical to the reasonableness and reliability of the results, I made an assessment of this information to the extent possible with the provided information.

Dr. Bea indicates "results for all of the cases and parameters analyzed during this phase of my investigation are summarized in Appendix D. "[153] He states that he used two fundamental types of analytical models to investigate two inter-related and interactive modes of failure development: (1) hydraulic conductivity analyses to determine 'seepage' pressures and forces that affected the floodwall performance, and (2) coupled hydraulic conductivity limit equilibrium lateral stability analyses to help determine the conditions for which the floodwall would fail.[154]

Before examining the results of Dr. Bea's analyses, it is important to examine the conditions for the analyses and the parameters used in the analyses for reasonableness. Appendix T provides my assessment of the flow analyses that form the bases of Dr. Bea's determination of gradients and excess pore pressures in the land side portions of the flood wall embankment. The background for his analyses is provided in Appendix D of his report.

Dr. Bea wraps up Appendix D with conclusions from his analyses. For the South Breach he concludes "the scenarios where a granular backfilled excavation was in contact with the top of the buried swamp-marsh deposits (Cases 2-1 and 2-2) indicate a high likelihood of hydraulic failure as vertical hydraulic gradients exceeded 0.8, uplift Factors of Safety are below unity, and the lateral stability probabilities of failure exceed 50% for a canal water elevation between +13 and +14 ft, corresponding to a time frame between 7:30 and 9:00 AM (CDT)."

These failure modes are all based on flawed flow analyses that greatly overestimate the pore pressures and gradients in the land side portion of the flood wall and its foundation because of the following incorrect modeling conditions:

---

[150] ILIT (2006), pg 6-16
[151] Bea expert report 2/1/12, pg 125 ¶131.
[152] Bea expert report 2/1/12, pg 125 ¶132.
[153] Bea expert report 2/1/12, pg 74 ¶80.
[154] Bea expert report 2/1/12, pg 74 ¶81.

March 12, 2012

- Assumption of porous backfill in contact with the swamp soil which was not the case.
- Locations of excavations much closer to the flood wall than record shows.
- Assumption of a very low value of coefficient of soil compressibility, $m_v$, of $1*10^{-9}$ /psf, a value that is more like the compressibility of concrete, and 10,000 to 100,000 times less than a realistic value for these soils.
- Failure to include the stabilizing effects of rising water level on the land side which decreases gradients and provides a stabilizing force to resist lateral translation of the flood wall.

I found Dr. Bea's flow analyses as described in his Appendix D to be unreliable due to these important issues.  The large discrepancy in coefficient of compressibility leads to Dr. Bea's conclusion that "The hydraulic seepage analyses show that pore pressures develop rapidly and near-steady state conditions are reached within less than 30 hours of the initiation of the surge starting on August 28, 2005."[155]  This conclusion is wrong because the value of coefficient of compressibility used in his flow analyses does not represent reality for the EBIA.  As demonstrated in Appendix T, Dr. Bea's use of a soil compressibility of $1 \times 10^{-9}$/psf combined with the SEEP/W assumption of incompressible water, made his flow analyses reach steady state seepage conditions almost instantly. This is especially important to his conclusions relative to excessive seepage under the I-Wall since they all depend on near steady-state seepage conditions developing during the storm and exclude the rising water level on the land side during the storm.

For a more realistic assessment of possible flow conditions during the storm, my group performed flow analyses using the computer program PLAXIS.  This is a widely used program in engineering practice and one that I have personally used for more than 20 years.  For the same conditions it gives essentially the same results as the SEEP-W program used by Dr. Bea.  We used the PLAXIS program because it can also provide factor of safety for shear stability and calculate deformations of the wall.  Appendix N describes our flow analyses and gives the results for the South Breach. Figure 6-1 and Figure 6-2 show our calculation of flow conditions at the estimated time of failure at the South Breach with, and without land side floodwater, respectively. Even with an upper bound permeability of $1 \times 10^{-5}$ cm/sec in both the upper and lower organic clays, the effect of the raised water level in the canal has not reached the downstream toe. Figure 6-3 and Figure 6-4 show the total gradients for flow conditions near the time of the breach with and without land side floodwater, respectively.

We considered two cases for the South Breach area, one without an excavation on the canal side and one with an excavation equivalent to the Sewer Lift Station. The subsurface geometry at the South Breach is similar to that at the Sewer Lift Station location. I do this to evaluate the effect of a deep excavation closer to the floodwall without having to create an entirely new geometry. This section summarizes those analyses with the deep excavation as they are the most likely to show seepage effects on the land side. Appendix M gives both cases.

---

[155] Bea expert report 2/1/12, pg 125 ¶133.

March 12, 2012



**Figure 6-1 Contours of Computed Total Head for Transient Flow Analysis at Section 3 through South Breach at 9 AM- IHNC El +14.2 ft, with Land Side Floodwater at El +8.0**

March 12, 2012



**Figure 6-2 Contours of Computed Total Head for Transient Flow Analysis at Section 3 through South Breach at 9 AM- IHNC El +14.2 ft, without Land Side Floodwater**

Figure 6-5 and Figure 6-6 show the total gradients for these two cases. These figures show that high gradients are limited to near the ground surface where the increased water levels are causing flow into the ground.

March 12, 2012



**Figure 6-3 Transient Flow Analysis through South Breach- Total Hydraulic Gradients at 9 AM, IHNC El +14.2 ft with Land Side Floodwater at El +8.0'**

March 12, 2012



**Figure 6-4 Transient Flow Analysis through South Breach- Total Computed Hydraulic Gradients at 9 AM, no Land Side Floodwater**

Figure 6-5 and Figure 6-6 show vertical gradients with floodwater on the land side. Vertical gradients are downward. With no floodwater on the land side, vertical gradients are essentially zero. There simply is not enough time for the increased water level on the canal side to affect flow conditions on the land side. Appendix M provides more comparisons and discussion.

March 12, 2012



Figure 6-5 Transient Flow Analysis through South Breach- Vertical Hydraulic Gradients at 9 AM, IHNC El +14.2 ft with Land Side Floodwater at El +8.0'

March 12, 2012



**Figure 6-6 Transient Flow Analysis through South Breach- Vertical Hydraulic Gradients at 9 AM, IHNC El +14.2 ft with Land Side Floodwater at El +8.0'**

Figure 6-7 and Figure 6-8 plot total head along the top of the upper organic clay and compares it with the ground surface elevation for the case with, and without landside floodwater.  Total head is the elevation that a column of water would rise above the point that total head is measured or predicted. The horizontal axis is distance from the flood wall.  Results for three conditions are shown:  pre-Katrina steady state with canal water level at elev +1.13 ft; Katrina storm at elev +14.2 ft for steady state seepage, and Katrina storm at elev +14.2 for transient seepage at 9 AM. There is no change in total head on the land side of the floodwall due to flow beneath the floodwall. Pore pressure and gradient conditions are not sufficient to cause blow out, erosion, or a lateral translation.

Figure 6-9 shows increase in total head on land side. If I assume that water stays in canal at 14.2 ft until steady state seepage occurs using transient flow analysis.  There is little change in the first 2 days as with North Breach.  It takes 20 to 80 days to get to 90% of steady state.  This time is less than for the North Breach because of the open excavation located closer to the wall.  One needs to keep in mind that this result is a hypothetical because the water did not stay at +14.2 but for a few hours following the failure

March 12, 2012

and the water level on the land side came up to +10x  which would cause the total heads at all three of these locations to rise over time.



Figure 6-7 South Breach- Computed Total Head in Top of Organic Clay Layer vs Distance from Sheet pile (With Land Side Floodwater at El +8.0 ft) with excavation

March 12, 2012



Figure 6-8 South Breach- Computed Total Head in Top of Organic Clay Layer vs. Distance from Sheet pile (With no Land Side Floodwater) with excavation

March 12, 2012



**Figure 6-9 Total Head at Top of Organic Layer vs. Time at Section 3 through South Breach- (IHNC at El +14.2 ft, no land side floodwater) with excavation**

The results show that flow remains transient for the duration of the storm and far from the near steady-state condition found by Dr. Bea.  In fact the seepage forces and exit gradients decrease as the storm progresses due to the raising water level on the land side, a fact totally ignored in Dr. Bea's analyses. Calculated flow rates through the Organic Clay (Marsh) layer never exceed 0.160 gallons per day per foot of length of floodwall. Such flow rates are many times less than what might possibly cause erosion and "blowout" of the land side flood wall embankment toe.

A 3D steady state flow analysis was also performed for the South Breach area to investigate the three-dimensional flow effects of the Sewer Lift Station backfilled excavation.  The analysis is performed using Plaxis 3D Version 2011. The subsurface stratigraphy and parameters are the same as that used in the 2D analysis and are summarized in Appendix J Flow Parameters of Soils.

As shown in Figure 6-10 the model encompasses an area 700 feet wide by 800 long surrounding the Sewer Lift Station excavation. The model incorporates the following details:

- Subsurface stratigraphy from Section 3.
- Impermeable Sheet Pile wall in the levee down to EL -10.6
- Boundary conditions as shown in Figure 6-10.
- Sewer Lift Station backfilled with 1x $10^{-3}$ cm/sec material
    - 81.4 feet from flood wall

March 12, 2012

- o 41 feet wide north-south
- o 29 feet long east west
- o 22 feet deep bottom at EL-19.9



**Figure 6-10 South Breach 3D Flow Analysis- Boundary Conditions**

Figure 6-11 shows the total heads for the steady state condition on the surface of the Upper Organic Clay. Heads for transient conditions which occurred during Katrina, would be less than the steady state. The figure shows increased heads within 50 feet of the excavation, and slightly increased heads at the flood side of the closest portion of the levee. On the land side of the flood wall the effects of the 3D excavation are barely noticeable. This result agrees with the 2D steady state flow analysis with an excavation is presented in Appendix M that also shows negligible differences in heads on the land side.

March 12, 2012



**Figure 6-11 Computed Total Head from 3D Flow Analysis at South Breach**

Dr. Bea contends that the flow conditions were made worse by poorly backfilled EBIA Site clearing excavations by WGI.[156] Leaving aside the issue of whether the excavations were poorly backfilled, a point that I understand WGI experts and Dr. Stark will address, we used our flow analyses to consider the effect of an excavation located 82 ft from the floodwall on flow. We did this by taking an absolute worst case of assuming that the excavation was not backfilled at all, that is, it was filled with water without soil in the analysis. Appendix N provides and discusses the results. The conclusion is that with realistic flow parameters and land side water levels, the excavation had no impact on the flow conditions beneath the South Breach area during the storm.

Appendix N provides and discusses the results of flow analyses we performed for the conditions at the South Breach. The results of flow analyses that realistically model the actual conditions at the South Breach area show that flow could not reach anything near steady-state seepage conditions during the storm and that the rapidly rising water level on the land side prevented the development of high seepage forces across the flood wall. In my opinion, without these high seepage forces and high exit gradients, Dr. Bea's conclusions that "under levee seepage and hydraulic pressure – flow gradients" and "under levee hydraulic uplift pressures …. that acted to reduce the lateral stability of the floodwall – levee system" contributed to the development of the South Breach failure[157] are not supported and not valid.

---

[156] Bea expert report 2/1/12, pg 125 ¶131.
[157] Bea expert report 2/1/12, pg 125 ¶131.

March 12, 2012

Flow analyses show that the duration of high head differential was short relative to the time it takes for water to flow within the soil from the canal to the land side. Little change in pore water pressure occurred in the soils on the land side due to the rising water level in the canal.

Dr. Bea's conclusion that the North Breach was caused by pore pressures developing rapidly and near-steady state conditions reached within less than 30 hours of the initiation of the surge results from seriously flawed analyses. The conditions of the analyses were set, through the use of a very unrealistic coefficient of soil compressibility of $1*10^9$/psf, which is similar to concrete, such that steady state conditions were reached rapidly throughout the SEEP/W model for any condition he analyzed. More realistic values of this soil coefficient are 10,000 to 100,000 times higher. Realistic values of this coefficient, including values measured on soil samples in the 2011 supplemental site investigation, input to flow analyses show that pore pressures changed little in the soils on the land side of the flood wall due to the rising canal water level.

Dr. Bea's flow analyses for the North Breach area are further flawed by the incorporation of a deep excavation entirely backfilled with soil of high permeability in contact with the swamp soil and located only 60 ft from the wall in one case and the postulation of shell fill as deep at the bottom of the sheeting and in contact with the swamp soil in another case. Results of soil borings, WGI records on locations, depths and backfill materials and photographs show that these conditions did not exist.

The South Breach was initiated by overtopping that scoured away the soil on the land side and removed the soil resistance that held the wall in place against the pressure of the rising water in the canal. My evaluation determined that the top of the wall was lower than previously thought (12.1 ft versus 12.5 ft NAVD88 (2004.65) at the location of the South Breach. This means that overtopping and scour started earlier than previously thought. It also explains why the South Breach failure occurred where it did – at a low section of the top of the wall. Photographs of unfailed sections of the I-Wall show that significant scour occurred and some sections of the wall were rotated outward and in the early phases of failure. Analyses show that sufficient scour depths could occur to cause the wall the fail by the top rotating outward and developing into an overturning failure. Aerial photographs show the progression of rotation from both ends of the South Breach. Remarkably, the sheeting remained connected despite being rotated 270 degrees and stretched 944 ft over the 820 ft length of the failed zone.

Stability analyses show that the flood wall could not have failed by global instability. The factor of safety against global instability never fell below 1.3. At that point the water level on the land side began to rise and the factor of safety against global instability actually went up. No evidence was found by any team, including the work for the 2011 Supplemental Site Investigation to indicate the occurrence of a global instability within the foundation soils at the South Breach.

Flow analyses show that the duration of high head differential was short relative to the time it takes for water to flow within the soil from the canal to the land side. Little change in pore water pressure occurred in the soils on the land side due to the rising water level in the canal. This is the case even with the Bea postulate that a deep excavation in contact with the organic clays (swamp) and within 11 ft of the flood wall was improperly backfilled with porous material.

Dr. Bea's conclusion that the South Breach was caused by pore pressures developing rapidly and near-steady state conditions reached within less than 30 hours of the initiation of the surge result from seriously flawed analyses. The conditions of the analyses were set, through the use of a very unrealistic

March 12, 2012

coefficient of soil compressibility of $1*10^{-9}$/psf, a value similar to the compressibility of concrete, such that steady state conditions were reached rapidly throughout the SEEP/W model for any condition he analyzed.  More realistic values of this soil coefficient are 10,000 to 100,000 times higher.  Realistic value of this coefficient, including values measured on soil samples in the 2011 supplemental site investigation show that pore pressures changed little in the soils on the land side of the flood wall due to the rising canal water level.   The analyses are further flawed by placing a deep excavation in contact with the swamp material only 11 ft away from the wall and filling it with pervious material.  The closest any excavation came to the wall was about 80 ft, and that was well north of the South Breach.  In addition, the analyses on which Dr. Bea relied failed to consider the effects of rising water level on the land side of the flood wall which reduced the gradients and provided a resisting force to lateral translation of the flood wall.