# APPENDIX B
# Plan Views

**B.    Plan Views**

**List of Tables**

Table B-1 WGI Excavations Legend
Table B-2 EBIA Historical Structural Footprint Legend

**List of Figures**

Figure B-1 October 2005 Post-Katrina Aerial Image
Figure B-2 Alignment and Section Locations Plan View
Figure B-3 Pre-Katrina Historical Exploration Plan View
Figure B-4 Post-Katrina Historical Exploration Plan View
Figure B-5 Supplemental Exploration Plan View
Figure B-6 WGI Excavations Plan View
Figure B-7 EBIA Historical Structural Footprints Plan View

EXH. B

## WGI EXCAVATION LEGEND

| PARCEL | AREA # | AREA (ft$^2$) | DEPTH (ft2) | MIN ELEVATION (NAVD88 (2004.65)) |
|---|---|---|---|---|
| BOLAND MARINE | 1 | 1810.9 | 9.0 | -1.89 |
| BOLAND MARINE | 2 | 30031.9 | 8.0 | -3.69 |
| BOLAND MARINE | 3 | 281.2 | 5.0 | -1.55 |
| BOLAND MARINE | 4 | 2582.8 | 7.0 | -5.43 |
| BOLAND MARINE | 5 | 930.0 | 7.0 | -5.80 |
| BOLAND MARINE | 6 | 6454.5 | 9.0 | -6.83 |
| BOLAND MARINE | 7 | 130.0 | 4.0 | -1.73 |
| BOLAND MARINE | 8 | 17595.1 | 14.0 | -12.27 |
| BOLAND MARINE | 9 | 100.0 | 4.0 | -1.80 |
| BOLAND MARINE | 10 | 974.2 | 6.0 | -1.76 |
| BOLAND MARINE | 11 | 1449.0 | 7.0 | -3.00 |
| BOLAND MARINE | 12 | 233.6 | 5.0 | 0.50 |
| BOLAND MARINE | 13 | 250.0 | 5.0 | -3.51 |
| BOLAND MARINE | 14 | 400.0 | 5.0 | -3.24 |
| BOLAND MARINE | 15 | 5036.4 | 10.0 | -8.10 |
| BOLAND MARINE | 16 | 100.0 | 4.0 | -1.74 |
| BOLAND MARINE | WCS | 1526.0 | 26.5 | -24.00 |
| INDIAN TOWING | 1 | 137.8 | 7.0 | -5.54 |
| INDIAN TOWING | 3 | 1099.1 | 7.0 | -4.86 |
| INDIAN TOWING | 4 | 7323.0 | 7.0 | -5.38 |
| INDIAN TOWING | 5 | 3298.2 | 10.0 | -7.66 |
| INDIAN TOWING | 6 | 111.3 | 6.0 | -3.68 |
| INDIAN TOWING | 7 | 1239.8 | 4.0 | -2.02 |
| INDIAN TOWING | 8 | 874.6 | 5.0 | -3.41 |
| INDIAN TOWING | 9 | 1425.9 | 7.0 | -5.02 |
| INDIAN TOWING | 10 | 1633.4 | 8.0 | -5.47 |
| INDIAN TOWING | 1-Feb | 2734.2 | 9.0 | -6.77 |
| INDIAN TOWING | 2-Feb | 4946.9 | 11.0 | -9.49 |
| INDIAN TOWING | 3-Feb | 8594.8 | 10.0 | -7.81 |
| INDIAN TOWING | Exc | 21261.1 | 13.1 | -10.70 |
| INTERNATIONAL TANK TERMINAL | 1 | 198.0 | 5.0 | -4.37 |
| INTERNATIONAL TANK TERMINAL | 2 | 141.9 | 5.0 | -1.66 |
| INTERNATIONAL TANK TERMINAL | 3 | 288.3 | 5.0 | -2.37 |
| INTERNATIONAL TANK TERMINAL | 4 | 125.6 | 5.5 | -2.68 |
| INTERNATIONAL TANK TERMINAL | 5 | 566.2 | 11.5 | -7.43 |
| INTERNATIONAL TANK TERMINAL | 6 | 198.3 | 5.5 | -0.10 |
| INTERNATIONAL TANK TERMINAL | 7 | 135.8 | 7.5 | -3.43 |
| INTERNATIONAL TANK TERMINAL | 8 | 157.9 | 7.0 | -5.70 |
| INTERNATIONAL TANK TERMINAL | 9 | 5397.1 | 6.0 | -2.78 |
| INTERNATIONAL TANK TERMINAL | 10 | 4228.3 | 7.0 | -3.80 |
| INTERNATIONAL TANK TERMINAL | 11 | 3269.8 | 9.0 | -5.50 |
| INTERNATIONAL TANK TERMINAL | 12 | 5491.0 | 6.0 | -2.64 |
| INTERNATIONAL TANK TERMINAL | 13 | 2423.6 | 5.0 | -1.94 |
| INTERNATIONAL TANK TERMINAL | 14 | 4217.3 | 7.0 | -5.29 |
| INTERNATIONAL TANK TERMINAL | 15 | 1538.0 | 8.0 | -6.20 |
| INTERNATIONAL TANK TERMINAL | 16 | 4250.6 | 7.0 | -5.55 |
| INTERNATIONAL TANK TERMINAL | 17 | 1090.0 | 5.0 | -6.54 |
| INTERNATIONAL TANK TERMINAL | 18 | 3279.9 | 5.0 | -2.67 |
| INTERNATIONAL TANK TERMINAL | 19 | 2507.6 | 6.0 | -3.52 |
| INTERNATIONAL TANK TERMINAL | 20 | 149.1 | 5.0 | -2.82 |
| INTERNATIONAL TANK TERMINAL | 21 | 1510.0 | 6.0 | -3.94 |
| INTERNATIONAL TANK TERMINAL | 22 | 1803.3 | 6.0 | -4.17 |
| INTERNATIONAL TANK TERMINAL | 23 | 851.1 | 6.0 | -3.82 |

| PARCEL | AREA # | AREA (ft$^2$) | DEPTH  (ft2) | MIN ELEVATION (NAVD88 (2004.65)) |
|---|---|---|---|---|
| INTERNATIONAL TANK TERMINAL | 11a | 4678.7 | 9.0 | -5.77 |
| INTERNATIONAL TANK TERMINAL | 19a | 3845.1 | 5.0 | -4.41 |
| McDONOUGH MARINE | 1 | 5095.6 | 4.0 | -1.63 |
| McDONOUGH MARINE | 2 | 2649.8 | 4.0 | -1.42 |
| McDONOUGH MARINE | 3 | 340.4 | 18.0 | -15.36 |
| McDONOUGH MARINE | 4 | 133.8 | 7.0 | -5.15 |
| McDONOUGH MARINE | 5 | 304.4 | 10.0 | -7.11 |
| McDONOUGH MARINE | 6 | 159.6 | 6.0 | -10.30 |
| McDONOUGH MARINE | 7 | 226.9 | 9.0 | -9.83 |
| McDONOUGH MARINE | 8 | 4479.3 | 11.0 | -10.86 |
| McDONOUGH MARINE | 9 | 2515.3 | 8.0 | -4.60 |
| McDONOUGH MARINE | 10 | 2475.6 | 8.0 | -5.02 |
| McDONOUGH MARINE | 11 | 209.0 | 7.0 | -5.12 |
| McDONOUGH MARINE | 12 | 1144.7 | 6.0 | -4.65 |
| McDONOUGH MARINE | 13 | 1872.9 | 7.0 | -4.40 |
| McDONOUGH MARINE | Borrow | 99756.1 | 14.8 | -11.40 |
| MAYER YACHT | 1 | 492.3 | 6.0 | -1.58 |
| MAYER YACHT | 2 | 249.9 | 6.0 | -2.42 |
| MAYER YACHT | 3 | 131.4 | 5.0 | -3.41 |
| MAYER YACHT | 4 | 11946.9 | 9.0 | -6.56 |
| MAYER YACHT | 5 | 354.7 | 4.0 | -3.91 |
| MAYER YACHT | 6 | 219.3 | 4.0 | -1.48 |
| MAYER YACHT | 7 | 1097.6 | 4.0 | 0.37 |
| MAYER YACHT | 8 | 938.4 | 4.0 | 0.25 |
| MAYER YACHT | 9 | 1262.7 | 9.0 | -4.63 |
| MAYER YACHT | 10 | 111.2 | 5.0 | -2.96 |
| MAYER YACHT | 11 | 1989.4 | 9.0 | -6.91 |
| MAYER YACHT | 12 | 2280.5 | 7.0 | -5.29 |
| MAYER YACHT | 13 | 1293.8 | 5.0 | -3.80 |
| MAYER YACHT | 14 | 1175.4 | 5.0 | -4.08 |
| MAYER YACHT | 15-1 | 749.7 | 5.0 | -0.36 |
| MAYER YACHT | 15-2 | 1696.4 | 7.0 | -3.08 |
| SAUCER MARINE | 1 | 2766.6 | 8.5 | -5.11 |
| SAUCER MARINE | 2 | 352.0 | 7.0 | -3.93 |
| SAUCER MARINE | 3 | 100.0 | 6.0 | -3.09 |
| SAUCER MARINE | 4 | 324.0 | 7.0 | -3.20 |
| SAUCER MARINE | 6 | 667.0 | 8.0 | -2.45 |
| SAUCER MARINE | 7 | 143.0 | 8.0 | -6.69 |
| SAUCER MARINE | 8 | 3900.0 | 7.5 | -4.29 |
| SAUCER MARINE | 9 | 8350.9 | 9.0 | -5.06 |
| SAUCER MARINE | 10 | 6914.3 | 5.0 | -0.90 |
| SAUCER MARINE | 11 | 525.2 | 7.0 | -4.31 |
| SAUCER MARINE | 12 | 19551.3 | 8.0 | -3.31 |
| SAUCER MARINE | 14 | 6530.6 | 6.0 | -2.79 |
| SAUCER MARINE | 15 | 3869.3 | 12.0 | -8.35 |
| SAUCER MARINE | 16 | 100.0 | 5.0 | 1.71 |
| SAUCER MARINE | 13-unclear | 8078.1 | 5.0 | -1.38 |
| SAUCER MARINE | 5-unclear | 4114.8 | 13.0 | -9.88 |
| SAUCER MARINE | SLS | 1189.0 | 22.0 | -19.87 |

