ALLEN MARR, PH.D.　　　　　　　　　　　　　　　　　　April 23, 2012

### Page 1

```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION          NO. 05-4182 K2
              JUDGE DUVAL
PERTAINS TO MRGO        MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
     05-6314, 05-6324, 05-6327, 05-6359,
     06-0225, 06-0886, 06-1885, 06-2152,
     06-2278, 06-2287, 06-2824, 06-4024,
     06-4065, 06-4066, 06-4389, 06-4634,
     06-4931, 06-5032, 06-5155, 06-5159,
     06-5156, 06-5162, 06-5260, 06-5771,
     06-5786, 06-5937, 07-0206, 07-0621,
     07-1073, 07-1271, 07-1285
                   * * *
              (V O L U M E  I)
        Deposition of W. ALLEN MARR, PH.D.,
P.E., given at the offices of Bruno & Bruno,
855 Baronne Street, New Orleans, Louisiana
70113, on April 23rd, 2012.
        REPORTED BY:
           JOSEPH A. FAIRBANKS, JR., CCR, RPR
           CERTIFIED COURT REPORTER #75005
```

### Page 2

```
 1  APPEARANCES:
 2  REPRESENTING THE PLAINTIFFS:
 3      BRUNO & BRUNO
 4      (BY: JOSEPH M. BRUNO, ESQUIRE)
 5      (BY: SCOTT JOANEN, ESQUIRE)
 6      855 Baronne Street
 7      New Orleans, Louisiana 70113
 8      504-525-1335
 9  - AND -
10      LEVIN, PANATONIO, THOMAS, MITCHELL,
11      RAFFERTY & PROCTOR, P.A.
12      (BY: MATTHEW D. SCHULTZ, ESQUIRE)
13      316 S. Baylen St., Suite 600,
14      Pensacola, Florida 32502
15      850-435-7140
16  - and -
17      DOMENGEAUX, WRIGHT, ROY & EDWARDS
18      (BY: ELWOOD C. STEVENS, JR., ESQUIRE)
19      556 Jefferson Street, Suite 500
20      Lafayette, Louisiana 70501
21      337-233-3033
22
23
24
25
```

### Page 3

```
 1  REPRESENTING WASHINGTON GROUP INTERNATIONAL,
 2      INC.:
 3      STONE PIGMAN WALTHER WITTMANN, L.L.C.
 4      (BY: WILLIAM D. TREEBY, ESQUIRE)
 5      546 Carondelet Street
 6      New Orleans, Louisiana 70130
 7      504-581-3200
 8
 9  REPRESENTING THE UNITED STATES OF AMERICA:
10      U.S. DEPARTMENT OF JUSTICE
11      (BY: ROBIN DOYLE SMITH, ESQUIRE)
12      (BY: RUPERT MITSCH, ESQUIRE)
13      Torts Branch, Civil Division
14      P.O. Box 888
15      Benjamin Franklin Station
16      Washington, D.C. 20044
17      202-616-4289
18
19  ALSO PRESENT (VIA TELECONFERENCING):
20      FRANCISCO SILVA-TULLA
21      TIMOTHY STARK
22      TOM BRANDON
23
24
25
```

### Page 4

```
          EXAMINATION INDEX

EXAMINATION BY:                     PAGE
MR. STEVENS ................................7

          EXHIBIT INDEX

EXHIBIT NO.                         PAGE
Exhibit Marr 1  ..............................23
Exhibit Marr 2  ..............................31
Exhibit Marr 3  ..............................38
Exhibit Marr 4  ..............................48
Exhibit Marr 5  ..............................67
Exhibit Marr 6  ..............................71
Exhibit Marr 7  ..............................77
Exhibit Marr 8  ..............................81
Exhibit Marr 9  ..............................88
Exhibit Marr 10 ..............................91
Exhibit Marr 11 .............................105
Exhibit Marr 12 .............................143
Exhibit Marr 13 .............................153
Exhibit Marr 14 .............................161
Exhibit Marr 15 .............................165
Exhibit Marr 16 .............................167
Exhibit Marr 17 .............................175
```

1 (Pages 1 to 4)

JOHNS, PENDLETON COURT REPORTERS　　　　　　　504 219-1993

EXH. C -1

ALLEN MARR, PH.D.                                          April 23, 2012

Page 21

```
 1   about the other.
 2        Q.  Okay.  We'll have to come back to
 3   that.  We'll get us a diagram, and you can show
 4   me where those were.
 5            Did you compare the two breaches in
 6   the EBIA, the north and south breach, with any
 7   other breach mechanisms for the spot, for
 8   example, that you just mentioned on the west
 9   bank or any other breaches?
10        A.  Yes.
11        Q.  Did you determine that there was any
12   common thread among those breaches and the
13   north and south breach of the EBIA?
14        A.  No.
15        Q.  Does your report contain any
16   discussion of those other breaches?
17        A.  No.
18        Q.  Okay.  Do you have separate work on
19   that?  Did you save your work in terms of
20   analyzing those other breaches?
21        A.  No, my work was mainly just reviewing
22   information.
23        Q.  Your task in this case and the title
24   of your report is What Caused the I-wall
25   Failures at the EBIA North and South Breaches;
```

Page 22

```
 1   correct?
 2        A.  Correct.
 3        Q.  And that's everything you addressed in
 4   your report, and in all your appendices.
 5        A.  Correct.
 6        Q.  So any opinions that you might have
 7   about what caused those other breaches we
 8   wouldn't know about just yet.
 9        A.  That's correct.
10        Q.  Can you tell us from memory what those
11   other -- what caused any of those other
12   breaches?
13        A.  Wall, the ones I'm most familiar with
14   would be 17th Street and London Avenue --
15        Q.  Okay.
16        A.  -- canal breaches.
17        Q.  And are those on the IHNC?
18        A.  No.
19        Q.  What about the one on the IHNC?
20        A.  I can't recall much about that.
21        Q.  Okay.  And in a nutshell, what was the
22   cause of the 17th Street and London Avenue
23   failures?
24        A.  17th Street was a classic global
25   instability, and London Avenue was a classic
```

Page 23

```
 1   under seepage problem.
 2        Q.  Thank you.  You gave us to when we
 3   walked in, or Mr. Smith provided us with an
 4   errata sheet for your April 21, 2012 -- its
 5   dated April 21, 2012.  It's an errata sheet for
 6   your March 12, 2012 report.
 7            Other than typographical errors and
 8   verb tense or a few changes like that, is there
 9   anything substantive, in your view?
10            (Exhibit Marr 1 was marked for
11   identification and is attached hereto.)
12        A.  There are two things that need to be
13   updated for you.
14   EXAMINATION BY MR. STEVENS:
15        Q.  Okay.
16        A.  One is a Table B-1.
17        Q.  Okay.
18        A.  And the other is a Figure B-6 I think
19   is the number.  Let me just be sure now.  Yes.
20   Table B-1 and Figure B-6.
21        Q.  All right.  Table B-1 is of the WGI
22   excavation legend?
23        A.  Yes.
24        Q.  And what needs to be corrected or
25   added?
```

Page 24

```
 1        A.  That's an outdated spreadsheet that
 2   inadvertently was put into our report but was
 3   not the one that we used in our work.
 4        Q.  Do you have another?
 5        A.  I will get you one.  That's being
 6   checked this morning to make sure we have the
 7   right one.
 8        Q.  Okay.  Then that kind of derails the
 9   questions I was going to ask about that.  Maybe
10   if we get it today we can ask about it
11   tomorrow.  Okay?
12            And then the other one was?
13        A.  Figure B-6.
14        Q.  Okay.  And what is it about that?
15        A.  It's the same information that that's
16   using, incorrect information on locations.  The
17   two are tied.
18        Q.  What?
19        A.  The two are tied.  In other words, the
20   information in Table B-1 is graphically shown
21   in the Figure B-6.
22        Q.  Thank you.  So B-6 needs to be
23   changed.
24        A.  I apologize.  It was simply someone
25   picking up the wrong files in final preparation
```