| PARCEL | AREA ID | MINIMUM ELEVATION OF EXCAVATION (FT) NAVD88 (2004.65) | GROUND SURFACE ELEVATION (FT) NAVD88 (2004.65) | DEPTH (FT) | AREA OF EXCAVATION ($FT^2$) |
|---|---|---|---|---|---|
| Boland Marine | 1 | -0.39 | 7.11 | 7.5 | 1810.9 |
| Boland Marine | 2 | -1.69 | 4.31 | 6.0 | 30031.9 |
| Boland Marine | 3 | -1.55 | 3.45 | 5.0 | 281.2 |
| Boland Marine | 4 | -5.43 | 1.57 | 7.0 | 2582.8 |
| Boland Marine | 5 | -5.80 | 1.20 | 7.0 | 930.0 |
| Boland Marine | 6 | -5.83 | 2.17 | 8.0 | 6454.5 |
| Boland Marine | 7 | -1.73 | 2.27 | 4.0 | 130.0 |
| Boland Marine | 8 | -5.27 | 1.73 | 7.0 | 17595.1 |
| Boland Marine | 9 | -1.80 | 2.20 | 4.0 | 100.0 |
| Boland Marine | 10 | -1.26 | 4.24 | 5.5 | 974.2 |
| Boland Marine | 11 | -2.00 | 4.00 | 6.0 | 1449.0 |
| Boland Marine | 12 | 0.50 | 5.50 | 5.0 | 233.6 |
| Boland Marine | 13 | -3.51 | 1.49 | 5.0 | 250.0 |
| Boland Marine | 14 | -3.24 | 1.76 | 5.0 | 400.0 |
| Boland Marine | 15 | -6.10 | 1.90 | 8.0 | 5036.4 |
| Boland Marine | 16 | -1.74 | 2.26 | 4.0 | 100.0 |
| Boland Marine | WCS | -24.00 | 2.50 | 26.5 | 1526.0 |
| Indian Towing | 1 | -5.54 | 1.46 | 7.0 | 137.8 |
| Indian Towing | 2 | -5.77 | 2.23 | 8.0 | 2734.2 |
| Indian Towing | 3 | -4.86 | 2.14 | 7.0 | 1099.1 |
| Indian Towing | 4 | -3.38 | 1.62 | 5.0 | 7323.0 |
| Indian Towing | 5 | -5.83 | 2.34 | 8.2 | 3298.2 |
| Indian Towing | 6 | -3.68 | 2.32 | 6.0 | 111.3 |
| Indian Towing | 7 | -2.02 | 1.98 | 4.0 | 1239.8 |
| Indian Towing | 8 | -3.41 | 1.59 | 5.0 | 874.6 |
| Indian Towing | 9 | -5.02 | 1.98 | 7.0 | 1425.9 |
| Indian Towing | 10 | -3.47 | 2.53 | 6.0 | 1633.4 |
| International Tank Terminal | 1 | -3.37 | 0.63 | 4.0 | 198.0 |
| International Tank Terminal | 2 | -1.16 | 3.34 | 4.5 | 141.9 |
| International Tank Terminal | 3 | -2.37 | 2.63 | 5.0 | 288.3 |
| International Tank Terminal | 4 | -2.68 | 2.82 | 5.5 | 125.6 |
| International Tank Terminal | 5 | -7.43 | 4.07 | 11.5 | 566.2 |
| International Tank Terminal | 6 | -0.10 | 5.40 | 5.5 | 198.3 |
| International Tank Terminal | 7 | -3.43 | 4.07 | 7.5 | 135.8 |
| International Tank Terminal | 8 | -5.70 | 1.30 | 7.0 | 157.9 |
| International Tank Terminal | 9 | -2.78 | 3.22 | 6.0 | 5397.1 |
| International Tank Terminal | 10 | -2.80 | 3.20 | 6.0 | 4228.3 |
| International Tank Terminal | 11 | -5.50 | 3.50 | 9.0 | 3269.8 |
| International Tank Terminal | 11a | -1.77 | 3.23 | 5.0 | 4678.7 |
| International Tank Terminal | 12 | -2.64 | 3.36 | 6.0 | 5491.0 |
| International Tank Terminal | 13 | -1.94 | 3.06 | 5.0 | 2423.6 |
| International Tank Terminal | 14 | -5.29 | 1.71 | 7.0 | 4217.3 |
| International Tank Terminal | 15 | -6.20 | 1.80 | 8.0 | 1538.0 |
| International Tank Terminal | 16 | -5.55 | 1.45 | 7.0 | 4250.6 |
| International Tank Terminal | 17 | -6.54 | -1.54 | 5.0 | 1090.0 |
| International Tank Terminal | 18 | -2.67 | 2.33 | 5.0 | 3279.9 |
| International Tank Terminal | 19 | -3.52 | 2.48 | 6.0 | 2507.6 |
| International Tank Terminal | 19a | -4.41 | 0.59 | 5.0 | 3845.1 |
| International Tank Terminal | 20 | -2.82 | 2.18 | 5.0 | 149.1 |
| International Tank Terminal | 21 | -3.94 | 2.06 | 6.0 | 1510.0 |
| International Tank Terminal | 22 | -4.17 | 1.83 | 6.0 | 1803.3 |
| International Tank Terminal | 23 | -3.82 | 2.18 | 6.0 | 851.1 |

TABLE B-1
Page 1 of 2




EXH. D

| PARCEL | AREA ID | MINIMUM ELEVATION OF EXCAVATION (FT) NAVD88 (2004.65) | GROUND SURFACE ELEVATION (FT) NAVD88 (2004.65) | DEPTH (FT) | AREA OF EXCAVATION ($FT^2$) |
|---|---|---|---|---|---|
| Mayer Yacht | 1 | -1.58 | 4.42 | 6.0 | 492.3 |
| Mayer Yacht | 2 | -0.42 | 3.58 | 4.0 | 249.9 |
| Mayer Yacht | 3 | -3.41 | 1.59 | 5.0 | 131.4 |
| Mayer Yacht | 4 | -1.96 | 2.44 | 4.4 | 11946.9 |
| Mayer Yacht | 5 | -3.91 | 0.09 | 4.0 | 354.7 |
| Mayer Yacht | 6 | -1.48 | 2.52 | 4.0 | 219.3 |
| Mayer Yacht | 7 | 0.37 | 4.37 | 4.0 | 1097.6 |
| Mayer Yacht | 8 | 0.25 | 4.25 | 4.0 | 938.4 |
| Mayer Yacht | 9 | -2.13 | 4.37 | 6.5 | 1262.7 |
| Mayer Yacht | 10 | -2.96 | 2.04 | 5.0 | 111.2 |
| Mayer Yacht | 11 | -2.91 | 2.09 | 5.0 | 1989.4 |
| Mayer Yacht | 12 | -4.42 | 1.71 | 6.1 | 2280.5 |
| Mayer Yacht | 13 | -3.80 | 1.20 | 5.0 | 1293.8 |
| Mayer Yacht | 14 | -4.08 | 0.92 | 5.0 | 1175.4 |
| Mayer Yacht | 15-1 | -0.36 | 4.64 | 5.0 | 749.7 |
| Mayer Yacht | 15-2 | -2.08 | 3.92 | 6.0 | 1696.4 |
| McDonough Marine | 1 | -1.63 | 2.37 | 4.0 | 5095.6 |
| McDonough Marine | 2 | -1.42 | 2.58 | 4.0 | 2649.8 |
| McDonough Marine | 3 | -15.36 | 2.64 | 18.0 | 340.4 |
| McDonough Marine | 4 | -5.15 | 1.85 | 7.0 | 133.8 |
| McDonough Marine | 5 | -7.11 | 2.89 | 10.0 | 304.4 |
| McDonough Marine | 6 | -10.30 | -4.30 | 6.0 | 159.6 |
| McDonough Marine | 7 | -9.83 | -0.83 | 9.0 | 226.9 |
| McDonough Marine | 8 | -4.86 | 0.14 | 5.0 | 4479.3 |
| McDonough Marine | 9 | -3.60 | 3.40 | 7.0 | 2515.3 |
| McDonough Marine | 10 | -4.02 | 2.98 | 7.0 | 2475.6 |
| McDonough Marine | 11 | -5.12 | 1.88 | 7.0 | 209.0 |
| McDonough Marine | 12 | -4.65 | 1.35 | 6.0 | 1144.7 |
| McDonough Marine | 13 | -1.40 | 2.60 | 4.0 | 1872.9 |
| McDonough Marine | BORROW | -11.40 | 3.40 | 14.8 | 99756.0 |
| Saucer Marine | 1 | -5.11 | 3.39 | 8.5 | 2766.6 |
| Saucer Marine | 2 | -3.93 | 3.07 | 7.0 | 352.0 |
| Saucer Marine | 3 | -3.09 | 2.91 | 6.0 | 100.0 |
| Saucer Marine | 4 | -3.20 | 3.80 | 7.0 | 324.0 |
| Saucer Marine | 5 | -8.31 | 4.69 | 13.0 | 19551.3 |
| Saucer Marine | 6 | -2.45 | 5.55 | 8.0 | 667.0 |
| Saucer Marine | 7 | -6.69 | 1.31 | 8.0 | 143.0 |
| Saucer Marine | 8 | -0.79 | 3.21 | 4.0 | 3900.0 |
| Saucer Marine | 9 | -2.06 | 3.94 | 6.0 | 8350.9 |
| Saucer Marine | 10 | -0.90 | 4.10 | 5.0 | 6914.3 |
| Saucer Marine | 11 | -4.31 | 2.69 | 7.0 | 525.2 |
| Saucer Marine | 12 | -2.38 | 3.12 | 5.5 | 4114.8 |
| Saucer Marine | 13 | -0.88 | 3.62 | 4.5 | 8078.1 |
| Saucer Marine | 14 | -2.79 | 3.21 | 6.0 | 6530.6 |
| Saucer Marine | 15 | -8.35 | 3.65 | 12.0 | 3869.3 |
| Saucer Marine | 16 | NOT EXCAVATED | 6.71 | N/A | 100.0 |
| Saucer Marine | SLS | -19.87 | 2.10 | 22.0 | 1189.0 |



EBIA 1
INTERNATIONAL TANK TERMINAL
CANAL SIDE TOE ALIGNMENT
EBIA 2
SAUCER MARINE
EBIA 3
MAYER YACHT
INDIAN TOWING
EBIA 4
McDONOUGH MARINE
EBIA 5
BOLAND MARINE
EBIA 6
BORROW PIT
WEDDING CAKE STRUCTURE
SEWER LIFT STATION
SOUTH BREACH
NORTH BREACH
CENTERLINE (CL) ALIGNMENT
SCHOOL SITE
CLAIBORNE BRIDGE
FLORIDA BRIDGE
JOURDAN
DESLONDE
ROBERTSON
CLAIBORNE
DERBIGNY
ROMAN
PRIEUR
JOHNSON
GALVEZ
MIRO
TONTI
ROCHEBLAVE
DORGENOIS
FLORIDA
TENNESSEE
REYNES
FORSTALL
LIZARDI
ECANIA
ANDRY
CHOCTAW
FLOOD
EXHIBIT
MARR 31
PENGAD 800-631-6989
0 200' 400'
1" = 200'
IF PLOTTED AT 24"x35"
LEGEND
7 AREA NUMBER
EBIA SECTION
INTERNATIONAL TANK TERMINAL
McDONOUGH MARINE
BOLAND MARINE
SAUCER MARINE
MAYER YACHT
INDIAN TOWING
REV. NO.
DATE
NATURE OF REVISION
REV BY
EBIA
LOWER NINTH WARD
LEVEE BREACH LITIGATION
Geocomp
CONSULTING, INC.
WGI EXCAVATIONS PLAN VIEW
DATE
23-Apr-12
DWG. NO.
FIGURE B-6