UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182

                                         SECTION "K"

          PERTAINS TO BARGE


JOINT RECORD DESIGNATIONS

*By Plaintiffs- Appellants*


07/19/2011 20331 BARGE: EXPARTE/CONSENT Joint MOTION to Set Status Conference by Lafarge North America, Inc. (Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 08-4453))(Aldock, John) Modified on 7/20/2011 (blg). (Entered: 07/19/2011)

07/26/2011 20342 BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 08-4459): ORDER denying 20331 Motion to Set Status Conference; ORDERED that defendants shall file a Motion for Summary Judgment as to all remaining plaintiffs no later than 8/30/2011 with a Notice of Submission for 10/12/2011 with oral argument specially scheduled for 10/12/2011 at 10:00 a.m. Signed by Judge Stanwood R. Duval, Jr on 7/26/2011. (Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 08-4459)(blg) (Entered: 07/27/2011)

08/30/2011 20405 BARGE: MOTION for Summary Judgment by Lafarge North America, Inc. Motion set for 10/12/2011 10:00 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Memorandum in Support, # 2 Statement of Contested/Uncontested Facts, # 3 Exhibit 1.A, # 4 Exhibit 1.B, # 5 Exhibit 1.C, # 6 Exhibit 1.D, # 7 Exhibit 1.E, # 8 Exhibit 1.F, # 9 Exhibit 1.G, # 10 Exhibit 1.H, # 11 Exhibit 1.I - Part 1, # 12 Exhibit 1.I -Part 2, # 13 Exhibit 1.I - Part 3, # 14 Exhibit 1.I - Part 4, # 15 Exhibit 1.J, # 16 Exhibit 1.K, # 17 Exhibit 1.L, # 18 Exhibit 1.M, # 19 Exhibit 1.N, # 20 Exhibit 1.O, # 21 Exhibit 1.P, # 22 Exhibit 1.Q, # 23 Exhibit 1.R, # 24 Exhibit 1.S, # 25 Exhibit 2 - Part 1, # 26 Exhibit 2 - Part 2, # 27 Exhibit 2 - Part 3, # 28 Exhibit 2 - Part 4, # 29 Exhibit 2 - Part 5, # 30 Exhibit 2 - Part 6, # 31 Exhibit 2 - Part 7, # 32 Exhibit 2 - Part 8, # 33 Exhibit 3 - Part 1, # 34 Exhibit 3 - Part 2, # 35 Exhibit 3 - Part 3, # 36 Exhibit 3 - Part 4, # 37 Exhibit 3 - Part 5, # 38 Exhibit 3 - Part 6, # 39 Exhibit 3 - Part 7, # 40 Exhibit 3 - Part 8, # 41 Exhibit 3 - Part 9, # 42 Exhibit 3 - Part 10, # 43 Exhibit 3 - Part 11, # 44 Exhibit 3 - Part 12, # 45 Exhibit 4, # 46 Exhibit 5 - Part 1, # 47 Exhibit 5 - Part 2, # 48 Exhibit 5 - Part 3, # 49 Exhibit 5 - Part 4, # 50 Exhibit 6, # 51 Exhibit 7, # 52 Exhibit 8, # 53 Exhibit

1

9, # 54 Exhibit 10, # 55 Exhibit 11 - Part 1, # 56 Exhibit 11 - Part 2, # 57 Exhibit 11 - Part 3, # 58 Exhibit 11 - Part 4, # 59 Exhibit 11 - Part 5, # 60 Exhibit 11 - Part 6, # 61 Exhibit 12, # 62 Exhibit 13, # 63 Exhibit 14, # 64 Exhibit 15, # 65 Exhibit 16 - Part 1, # 66 Exhibit 16 - Part 2, # 67 Exhibit 16 - Part 3, # 68 Exhibit 17, # 69 Exhibit 18, # 70 Exhibit 19, # 71 Exhibit 20 - Part 1, # 72 Exhibit 20 - Part 2, # 73 Exhibit 20 - Part 3, # 74 Exhibit 20 - Part 4, # 75 Exhibit 20 - Part 5, # 76 Exhibit 20 - Part 6, # 77 Exhibit 20 - Part 7, # 78 Exhibit 20 - Part 8, # 79 Exhibit 21, # 80 Exhibit 22, # 81 Exhibit 23 - Part 1, # 82 Exhibit 23 - Part 2, # 83 Exhibit 23 - Part 3, # 84 Exhibit 23 - Part 4, # 85 Exhibit 23 - Part 5, # 86 Exhibit 23 - Part 6, # 87 Exhibit 24, # 88 Exhibit 25, # 89 Exhibit 26, # 90 Exhibit 27, # 91 Exhibit 28, # 92 Exhibit 29, # 93 Exhibit 30, # 94 Exhibit 31, # 95 Exhibit 32 - Part 1, # 96 Exhibit 32 - Part 2, # 97 Exhibit 33, # 98 Exhibit 34, # 99 Exhibit 35 - Part 1, # 100 Exhibit 35 - Part 2, # 101 Exhibit 36, # 102 Exhibit 37, # 103 Exhibit 38, # 104 Exhibit 39, # 105 Exhibit 40, # 106 Exhibit 41, # 107 Exhibit 42)(Reference: 05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 08-4459, 07-3500)(Aldock, John) Modified on 8/31/2011 (blg). (Additional attachment(s) added on 8/31/2011: # 108 Notice of Submission (Civil Only)) (blg). (Entered: 08/30/2011) 09/20/2011 20441 BARGE: RESPONSE/MEMORANDUM in Opposition filed by Ethel Mumford, et al re 20405 MOTION for Summary Judgment. (Attachments: # 1 Statement of Contested/Uncontested Facts # 3 Exhibit B-Fed.R.Civ.P.56(d) Declaration) (Reference: 05-5531, 05-5724, 06-5342, 06-7516, 07-5178, 08-4459)(Gilbert, Brian) Modified on 9/21/2011 (blg). (Entered: 09/20/2011)

09/22/2011 20443 BARGE: ERATTA AND "CLAWBACK" NOTICE by Ethel Mumford, et al re 20441 Response/Memorandum in Opposition to Motion, *Errata and Clawback Notice*. (Attachments: # 1 Exhibit A - Part 1 - Corrected, # 2 Exhibit A - Part 2 - Corrected, # 3 Exhibit A - Part 3 - Corrected, # 4 Exhibit A - Part 4 - Corrected)(Reference: 05-5531, 05-5724, 06-5342, 06-7516, 07-5178, 08-4459)(Gilbert, Brian) Modified on 9/23/2011 (blg). (Entered: 09/22/2011)

10/04/2011 20462 BARGE: REPLY to Response to Motion filed by Lafarge North America, Inc. re 20405 MOTION for Summary Judgment. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Reference: 05-5531, 05-5724, 06-5324, 06-6299, 06-7516, 08-4459, 07-3500)(Aldock, John) Modified on 10/5/2011 (blg). (Entered: 10/04/2011)

10/12/2011 20472 BARGE: RESPONSE to 20441 Plaintiffs' Opposition to Motion ("Statement of Facts") filed by Lafarge North America, Inc. re 20405 MOTION for Summary Judgment. (Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 08-4459)(blg) (Entered: 10/12/2011) 10/12/2011 20473 BARGE: Minute Entry for proceedings held before Judge Stanwood R. Duval, Jr: Motion Hearing held on 10/12/2011 re 20405 MOTION for Summary Judgment filed by Lafarge North America, Inc. This matter is SUBMITTED. (Court Reporter Susan Ziele.) (Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 08-4459)(blg) (Entered: 10/12/2011)

10/13/2011 20477 BARGE: EXPARTE/CONSENT MOTION Supplement Record re 20405 Motion for Summary Judgment by Ethel Mumford. (Attachments: # 1 Proposed

Order)(Reference: 05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 07-3500, 08-4459)(Gilbert, Brian) Modified on 10/13/2011 (blg). (Entered: 10/13/2011)

10/17/2011 20479 BARGE: ORDER granting 20477 Motion to Supplement the Record; further, the record of Lafarge's Motion for Summary Judgment is hereby supplemented to also include the transcribed record and record evidence and exhibits from the first Barge trial. Signed by Judge Stanwood R. Duval, Jr on 10/17/2011. (Reference: BARGE)(blg) (Entered: 10/17/2011)

03/20/2012 20714 BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 08-4459, 07-3500): ORDER AND REASONS granting 20405 MOTION for Summary Judgment filed by Lafarge North America, Inc.; and judgment shall be entered in favor of Lafarge North America, Inc. and against all plaintiffs named in the referenced matter with each party to bear its/his/her own costs. Lafarge shall prepare a judgment in conformance with this order and present it to the Court no later than March 27, 2012. Signed by Judge Stanwood R. Duval, Jr on 3/20/2012.(Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 08-4459, 07-3500)(blg) (Entered: 03/20/2012)

03/29/2012 20736 BARGE: ORDER re 20714 Order and Reasons; ORDERED that the footnote 12 at page 12 is AMENDED to read, "Doc. 20441-2 Affidavit and Curriculum Vitae of Diswadev Roy, Ph.D. as corrected and amended by Doc. 20433". Signed by Judge Stanwood R. Duval, Jr on 3/29/2012.(Reference: BARGE (05-5531, 05-5724, 06-5342, 06-6299, 06-7516, 08-4459)(blg) (Entered: 03/29/2012)

## *By Defendants/Appellees*

Docket No. 3299 – 3/1/07 – Case Management Order and Scheduling Order No. 4.

Docket No. 7723 – 9/18/07 – Barge Consolidation Order

Docket No. 7724 – 9/18/07 – Case Management and Scheduling Order No. 5

Docket No. 9004 – 11/13/07 – Order granting 8974 Motion to Amend/Correct Case Management Order No. 5

Docket No. 10881 – 1/25/08 – Order granting 9569 Motion to Amend/Correct Case Management Order No. 5

Docket No. 12824 – 4/29/08 – Order granting in part and dismissing as moot in part 11666 Motion to Compel

Docket No. 12871 – 4/30/08 – Notice to Take Deposition of Lafarge North America

Docket No. 12935 – 5/1/08 – Case Management Order and Scheduling Order No. 7

Docket No. 18130 – 3/13/09 – First Motion to Continue Individual Trials and for Modification of Case Management Order No. 7

Docket No. 18164 – 3/16/09 – Joint Notice by Lafarge North America, Inc. re 17466 Status Conference

Docket Nos. 19954-19978 (transcripts from the June-July 2010 barge trial).

Defendants' Exhibits 37, 347, 360, and 361 from the June-July 2010 barge trial  [Copies can be provided to the Court by counsel if the Court no longer has copies of these trial exhibits.]

Docket Nos. 20149 – 1/20/11 – Findings of Fact and Conclusions of Law

Docket No. 1 in Case No. 05-5531 (*Boutte*)  – 11/14/05 Complaint

Docket No. 5 in Case No. 05-5724 (*Mumford*) – 12/21/05 First Supplemental and Amended Complaint

Docket No. 1 in Case No. 06-5342 (*Lagarde*) – 8/29/06 Complaint

Docket No. 1 in Case No. 06-6299 (*Perry*) – 9/22/06 Notice of Removal, including Petition for Damages

Docket No. 1 in Case No. 06-7516 (*Benoit*) – 10/6/06 Notice of Removal, including Petition for Damages

Docket No. 1 in Case No. 08-4459 (*Weber*) – 9/23/08 Amended Complaint

  This 18th day of May 2012.

          Respectfully submitted,

          */s/Brian A. Gilbert*
          Brian A. Gilbert (21297)
          **LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
          2030 St. Charles Avenue
          New Orleans, Louisiana 70130
          Telephone: (504) 598-1000
          Facsimile: (504) 524-1024
          E-mail: bgilbert@briangilbertlaw.com

          Shawn Khorrami (CA SBN #14011)
          **KHORRAMI, POLLARD & ABIR, LLP**
          444 S. Flower Street, 33rd Floor

Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
**WILSON, GROCHOW, DRUKER**
233 Broadway, 5th Floor
New York, NY  10279
Telephone:  (212) 608-4400
Facsimile:  (212) 608-0746
e-mail:  lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
**WIEDEMANN AND WIEDEMANN**
100 Veterans Memorial Blvd., Ste.
Metairie, Louisiana 70005
Telephone: 504-581-6180
e-mail: ldwiedemann@gmail.com
karlwiedemannlaw@gmail.com

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

David M. Barshay (PHV -NYS Bar No. 3018033)
**BAKER, SANDERS, BARSHAY, GROSSMAN, FASS, MUHLSTOCK AND NEUWIRTH, LLC**
100 Garden City Plaza, 5th Floor
Garden City, New York 11530
Telephone: 516-741-4799
Facsimile: 516-282-7852 Email:
DBarshay@TheSandersFirm.com

*Attorneys for Plaintiffs/Appellants*

>Derek A. Walker (#13175)
>Robert B. Fisher, Jr., T.A. (#5587)
>**CHAFFE MCCALL, L.L.P.**
>2300 Energy Centre
>1100 Poydras Street
>New Orleans, LA  70163-2300
>Telephone:  (504) 585-7000
>Facsimile:  (504) 585-7075
>Walker@chaffe.com
>Fisher@chaffe.com
>
>
>*/s/ John D. Aldock*
>John D. Aldock
>Mark S. Raffman
>Richard M. Wyner
>Adam M. Chud
>**GOODWIN PROCTER LLP**
>901 New York Avenue, N.W.
>Washington, DC  20001
>Telephone:  (202) 346-4240
>jaldock@goodwinprocter.com
>mraffman@goodwinprocter.com
>
>Daniel A. Webb (#13294)
>**SUTTERFIELD & WEBB, LLC**
>Poydras Center
>650 Poydras Street, Suite 2715
>New Orleans, LA  70130
>Telephone:  (504) 598-2715
>
>*Attorneys for Lafarge North America, Inc.*

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF upload this May 18, 2012.

>*/s/Brian A. Gilbert*