UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * | SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* CONSENT MOTION TO SUBSTITUTE EXHIBIT

Defendant Washington Group International, Inc. ("WGI") respectfully moves this Court for entry of an Order substituting Corrected Exhibit 14 to WGI's Memorandum In Support of Motion To Exclude Testimony and Opinions of Robert Glenn Bea (R. Doc. 20822). WGI requests this relief in order to correct an error in the original Exhibit 14, and to attach Tabs 1-5, which were inadvertently not provided with the incorrect Exhibit 14 as it was originally filed. The attached document, Corrected Exhibit 14, is the correct version of Exhibit 14 and should be filed in the record in place of the original, incorrect Exhibit 14.

Plaintiffs consent in this motion and agree to the substitution of the original Exhibit 14 with the Corrected Exhibit 14.

**WHEREFORE**, WGII moves the Court to grant WGI's *Ex Parte* Consent Motion to Substitute Exhibit and to substitute for the original Exhibit 14, the attached Corrected Exhibit 14 to WGI's Memorandum in Support of Motion To Exclude Testimony and Opinions of Robert Glenn Bea (R. Doc 20822).

1094108v.1

Dated:  May 18, 2012

Respectfully submitted,

*/s/ William D. Treeby*
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Consent Motion to Substitute Corrected Exhibit 14, for the original Exhibit 14 to WGI's Memorandum In Support Of Motion To Exclude Testimony and Opinions of Robert Glenn Bea, has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 18th day of May, 2012.

*/s/ William D. Treeby*