# CORRECTED EXHIBIT 14

**Evidence Dr. Bea Cites in Support of North Breach Case 1 Cross-Sections**

| Page or Figure No. | Reasons Evidence Fails to Substantiate Existence of Alleged "Backfilled Excavation"[1] |
|---|---|
| Figures 1 and 30 (Bea Expert Report) | These figures show a January 26, 2005 photograph of WGI backfilling a five or six-foot deep excavation in Area 2 on the southern end of Boland with imported river sand. Area 2 is more than 500 feet from the southern edge of the North Breach. Bea Dep. Ex. 16 (photograph with original caption) (Tab 1); Bea Dep. Ex. 17 (NFAATT map of Boland Marine) (Tab 2); Bea Dep. Vol. 1 at 219:20-222:2; 235:3-25. Dr. Bea admitted that he does not contend that there is a hydraulic "connection" between Area 2 at the very south end of the Boland site where this photo was taken and the north end where the north breach occurred. Bea Dep. Vol. 1 at 222:23-223:1. |
| Figure 29 (Bea Expert Report) | This figure is a March 1, 2005 photograph showing the "continuing excavation of ACM at northeast corner of Area 8 at Boland Marine." Bea Dep. Ex. 32 (photograph with original caption) (Tab 3). Although Dr. Bea claims in his Report that this photograph shows the removal of contaminated soils "immediately adjacent to the floodwall at the Boland Marine," Bea Report at 48, ¶49, he omits from his Report the crucial fact that this particular "floodwall" ran along the northern boundary of the site and did not fail during Hurricane Katrina. Bea Dep. Vol. 2 at 34:9-37:15. The excavations in Area 8 referred to in the photograph were near the canal and were no more than 4 to 7 feet deep. *Id.* at 36:23-38:7. |
| Figure 31 (Bea Expert Report) Figure 7 (Appendix B to Bea Expert Report) | These figures show a February 18, 2005 photograph of WGI backfilling a "Phase 2 ACM excavation east of Area 8" on Boland Marine with imported river sand. The transite/ACM excavations on Boland Marine were on average 2 feet deep. Bea Report, App. B at Fig. 6; Bea Dep. Vol. 2 at 120:3-8. Dr. Bea admitted that he does not "have any evidence that ACM Transite excavations at Boland were even 10 feet deep, much less 15 to 17 feet deep." *Id.* at 120:9-13. *See* Bea Rebuttal Report, Fig. 9 (showing same February 18, 2005 photograph). |

---

[1] Documents attached to this Table are identified as "Tab __."

| Page or Figure No. | Reasons Evidence Fails to Substantiate Existence of Alleged "Backfilled Excavation"[1] |
|---|---|
| Figure 5a (Appendix B to Bea Expert Report) | This figure is a map showing buildings and/or foundations that WGI removed from the Boland Marine site. Dr. Bea "assumes" in his April 3, 2012 Rebuttal Report that the "disturbed areas" associated with the removal of these structures were just "4 feet below grade." Rebuttal Report at 5, ¶10. Moreover, the closest building to the North breach was about 100 feet away from the sheet pile. Excerpt of C. Morris Report, Fig. 3-1 (Tab 4). Thus, this Figure does not support the deep excavation shown in the North Breach Case 1 cross-sections. |
| Figure 5b (Appendix B to Bea Expert Report) | This figure is an April 26, 2002 grid trenching map from WGI's daily field report. But Dr. Bea admits that the grid trenches on Boland Marine extended to a depth of only five feet. Bea Report, App. B at 9; Bea Dep. Vol. 2 at 135:8-12; Rebuttal Report at 6, ¶13. Thus, this "evidence" also does not support Dr. Bea's Case 1 cross-sections. |
| Figure 6 (Appendix B to Bea Expert Report) | This figure is a hand drawn map of WGI's proposed ACM/transite excavations on Boland Marine. There is a notation on the map indicating that the average depth of the transite is estimated to be around two feet deep. Bea Dep. Vol. 2 at 120:3-8. Dr. Bea admitted that he does not "have any evidence that ACM Transite excavations at Boland were even 10 feet deep, much less 15 to 17 feet deep," *id.* at 120:9-13, as shown in his cross-sections for Case 1. |
| Figure 8 (Bea Rebuttal Report) | This figure includes a January 21, 2005 photograph of WGI again backfilling with imported river sand in Area 2 at Boland Marine. This excavation was in the southeast corner of the Boland site, it was five to six-feet deep and more than 500 feet from the southern edge of the north breach. *See supra* (describing Figs 1 and 30 in Dr. Bea's Expert Report). |
| Figure 37b (Bea Expert Report)  Figure 9 (Appendix B to Bea Expert Report) | These figures show a 2005 pre-Katrina aerial photograph. The aerial photograph does not support the allegation that WGI backfilled a deep excavation with sand within 60 feet of the north breach. Indeed, Dr. Bea admitted that his analysis of this aerial photograph was limited to identifying a "light beige color" in the north area of the Boland Marine site that looks like "sandy backfill." Bea Dep. Vol. 2 at 101:22-103:4. But he cannot tell the depth of the alleged "sandy backfill" from the photograph. *Id*. at 103:5-17. |

| Page or Figure No. | Reasons Evidence Fails to Substantiate Existence of Alleged "Backfilled Excavation"[1] |
| --- | --- |
| Bea Dep. Vol. 2 at 104:23-105:3. | Dr. Bea claims that he verified that WGI backfilled with sand in the north Boland area through the use of MMG borings. Bea Dep. Vol. 2 at 104:23-105:3. But MMG completed the borings in the north part of Boland between October 1 and October 4, 2001. Excerpt, Boland Marine Drilling Rep. (July 2002) at 3 (Tab 5). This was before WGI did any remediation (other than certain shallow ACM/transite excavations) on the Boland Marine site. In fact, WGII did not begin excavating and remediating Areas 7, 8 and 15 (on the northern part of Boland) until December 2004 and March 2005. *See* Bea Dep. Ex. 17 (showing the dates, locations and dimensions of the RECAP excavations on Boland Marine) (Tab 2). But even more importantly, none of these excavations, even if they were backfilled with sand in whole or part, come close to matching the dimensions or location shown in Dr. Bea's Case 1 cross-sections. *Id.*; Bea Dep. Vol. 2 at 118:21-120:2. |

**TAB 1**



22901 2605-09 Placing imported sand backfill at north side of Area 2 at Boland Marine



22901 2605-10 Direct loading haul truck with TPH material excavated from east side of Area 2 at Boland Marine



BEA Exhibit
16

WGI014984

**TAB 2**

June 2005

# NFAATT Submittal Report –
# Boland Marine
# Inner Harbor Navigation Canal –
# East Bank Industrial Area
# New Orleans, Louisiana

**Prepared For**



**US Army Corps
of Engineers.**

**New Orleans District**

**Under Contract to
U.S. Army Corps of Engineers-Tulsa District
Total Environmental Restoration Contract
DACA56-94-D-0021     Task Order #0026**

AI-1398

*Prepared By:*
Washington Group International
Denver, Colorado



Integrated Engineering, Construction, and Management Solutions



BEA Exhibit
17



DEFENDANT'S
EXHIBIT
73

PAGE 1



WGI065641

EXHIBIT
MSS 104

NO FURTHER ACTION AT THIS TIME - BOLAND MARINE                    AI 1398
INNER HARBOR NAVIGATION CANAL - EAST BANK INDUSTRIAL AREA

### Table 2: Boland Marine Excavation Information

| Excavation Area | | Boreholes/ Bank Locations Excavated | *Dates Excavation Completed | Horizontal Extent of Excavation (ft) | Vertical Excavation Depth (ft) | **Calculated Excavation Volume (cubic yards) |
|---|---|---|---|---|---|---|
| RECAP Investigation | Area 1 | 62F, 63E | 02/18/05 | 67 x 35 | 7.5 | 602.78 |
| | Area 2 | 63H, 63I Phase 1 | 03/25/05 | 200 x 173 | 6 | 7,688.89 |
| | | 63H, 63I Phase 2 | 03/23/05 | 393 x 15 | 5 | 1,091.67 |
| | Area 3 | 66D | 12/02/04 | 24 x 10 | 5 | 44.44 |
| | Area 4 | 69I, 70I Phase 1 | 12/20/04 | 84 x 15 | 7 | 326.67 |
| | | 69I, 70I Phase 2 | 03/18/05 | 84 x 15 | 4 | 186.67 |
| | Area 5 | 74I, 75I | 12/22/04 | 62 x 15 | 7 | 241.11 |
| | Area 6 | 77I, 79I Phase 1 | 03/18/05 | 121 x 30 | 8 | 1,075.56 |
| | | 77I, 79I Phase 2 | 03/18/05 | 121 x 25 | 8 | 896.30 |
| | Area 7 | 81E | 12/08/04 | 13 x 10 | 4 | 19.26 |
| | Area 8 | Vicinity of 79I/81I Phase 1 | 03/30/05 | 150 x 100 | 7 | 3,888.89 |
| | | Vicinity of 79I/81I Phase 2 | 03/23/05 | 50 x 15 | 4 | 111.11 |
| | Area 9 | Vicinity of 75E | 12/07/04 | 10 x 10 | 4 | 14.81 |
| | | | | **Total RECAP Excavation Volume** | | **16,188.16** |
| Bank Investigation | Area 10 | Bank #36 Phase 1 | 03/18/05 | 30 x 10 | 5.5 | 61.11 |
| | | Bank #36 Phase 2 | 03/18/05 | 40 x 15 | 4 | 88.89 |
| | Area 11 | Bank #37 Phase 1 | 03/18/05 | 46 x 21 | 6 | 214.67 |
| | | Bank #37 Phase 2 | 03/18/05 | 46 x 15 | 4 | 102.22 |
| | Area 12 | Bank #41 Phase 1 | 11/12/04 | 10 x 5 | 5 | 9.26 |
| | | Bank #41 Phase 2 | 11/12/04 | 10 x 15 | 4 | 22.22 |
| | Area 13 | Bank #43 Phase 1 | 03/18/05 | 10 x 10 | 5 | 18.52 |
| | | Bank #43 Phase 2 | 03/18/05 | 10 x 15 | 4 | 22.22 |
| | Area 14 | Bank #44 Phase 1 | 11/19/04 | 20 x 10 | 5 | 37.04 |
| | | Bank #44 Phase 2 | 11/19/04 | 20 x 10 | 4 | 29.63 |
| | Area 15 | Bank #46 Phase 1 | 03/09/05 | 115 x 25 | 8 | 851.85 |
| | | Bank #46 Phase 2 | 03/09/05 | 145 x 15 | 4 | 322.22 |
| | | | | **Total Bank Excavation Volume** | | **1,779.85** |
| "Found" Contamination | Area 16 | 72G | 03/19/05 | 10 x 10 | 4 | 14.81 |
| | | | | **Total "Found" Contamination Volume** | | **14.81** |
| | | | **TOTAL BOLAND MARINE EXCAVATION VOLUME** | | | **17,982.82** |

* Date field coordinator signed off on the excavation sheet.
** Taken from excavation sheets or calculated from excavation dimensions.



Inner Harbor Navigation Canal
East Bank Industrial Area
New Orleans, Louisiana
USACE New Orleans District

Project Number:
0ACA56-94-D-0021

Excavation Locations at Boland Marine

| Drawn by: GG | REV. Date 04/14/05 | Checked by: EB | Date: 04/14/05 | Figure: |
|---|---|---|---|---|
| | Washington Group International, Inc. 7800 E. Union Ave., Suite 100 Denver, Colorado 80237 | | | 2 |

WGI065681

**PAGE 41**

**TAB 3**



232030105-20 Loading ACM stockpiles excavated from east side of Area 6 and Area 8 at Boland Marine



232030105-21 Continuing excavation of ACM at NE corner of Area 8 at Boland Marine

BEA Exhibit
32

WGI015036

**TAB 4**

Survey and Spatial Data In the Vicinity of the
Inner Harbor Navigation Canal (IHNC)

Prepared for

Katrina Canal Breaches Consolidated Litigation
Civil Action Number: 05-4182 "K" (2)
United States District Court
Eastern District of Louisiana

By

Chad A. Morris, P.L.S.
CMor Consulting LLC
Baton Rouge, Louisiana

July 18, 2011

I have been retained by Plaintiffs in the *Katrina Canal Breaches Consolidated Litigation* to review survey data, spatial data, aerial photography, LIDAR data, photographs, and construction drawings related to the flooding of the areas near the Inner Harbor Navigation Canal (IHNC) in the wake of Hurricane Katrina.  The primary focus of this report is to obtain and interpret key survey-related data for use in examining the cause and results of floodwall breaches along the IHNC during and after Hurricane Katrina.  I have furnished relevant data to other members of the Plaintiff expert team.

**Professional Qualifications:**

I am a Professional Land Surveyor registered to practice in Louisiana and Texas. I have over 20 years of experience in the field of surveying and mapping.  My experience includes traditional surveying, Global Positioning System (GPS) surveying including static, differential (DGPS) and real time kinematic (RTK) techniques, extensive work with photogrammetric data, use of Light Detection and Ranging (LIDAR) data.  I also have extensive experience in performing and supervising inland hydrographic surveys, and experience in dealing with vertical datum issues unique to southern Louisiana.

I graduated with honors from the University of Florida in 1991 with a Bachelor of Science Degree in Surveying and Mapping.  While at the University of Florida, I received the national Schonstedt Scholarship in Surveying.

In August 2006, I established CMor Consulting, LLC, specializing in litigation support and specialty industrial surveying.  I have performed, or am currently performing, litigation support on cases involving an oil spill in Chalmette, Louisiana, a

2

case involving an oil spill in Coffeyville, Kansas, Katrina related cases against Mercy Hospital in New Orleans, in addition to cases related to the flooding of Greater New Orleans.

I was the Vice President of LandSource, Inc., a Baton Rouge, Louisiana, surveying and mapping firm from 2004 to 2006. I was Project Coordinator and later Operations Manager for Hydro Consultants, a Baton Rouge, Louisiana surveying and mapping firm from 1991 to 2004.

I am a member and past-president of the Louisiana Society of Professional Surveyors (LSPS). I served as President of LSPS in 2003 to 2004, and as Secretary-Treasurer of LSPS in 2002 to 2003. I was Chairman of the LSPS State Convention Committee in 2001 to 2002. I served as LSPS District 6 Chairman in 2001. I have held several other LSPS offices and have served on a number of other committees.

I prepared maps, which won the nation-wide American Congress on Surveying and Mapping (ACSM) – National Society of Professional Surveyors (NSPS) Map and Plat Competition in 2001, 1999 and 1997.

I have written several articles which were published in the Louisiana Engineering and Survey Journal in 2003 and 2004.

I have testified as an expert in surveying and mapping in both state and federal courts.

I previously prepared expert reports and testified as an expert in Robinson vs. USA litigation concerning the Mississippi River Gulf Outlet (MRGO).

**Coordinate System, Units and Datum**

Horizontal coordinates for spatial data provided in this report refer to the Louisiana State Plane Coordinate System, South Zone, NAD 83.  The unit of measurement is the U.S. Survey Foot.  Elevations are in feet and refer to the North American Vertical Datum of 1988 (NAVD88-2004.65).

**1.0    LIDAR Data**

I obtained Light Detection and Ranging (LIDAR) data of the Greater New Orleans area from the U.S. Army Corps of Engineers IPET Web site https://ipet.wes.army.mil/.   The LIDAR data sets listed below were each downloaded from the IPET web site.

(A) 5 meter resolution Pre-Katrina LIDAR of the entire area adjusted to NAVD88, 2004.65 datum.

(B) 1 foot resolution Pre-Katrina LIDAR of the levees adjusted to NAVD88, 2004.65 datum.

(C) 3 foot resolution Pre-Katrina LIDAR of metro New Orleans adjusted to NAVD88, 2004.65 datum

(D) 2 foot resolution Post-Katrina LIDAR of the levees adjusted to NAVD88, 2004.65 datum

(E) 3 foot resolution Post-Katrina LIDAR of the levees adjusted to NAVD88, 2004.65 datum.

These LIDAR data sets were geo-referenced into the Louisiana State Plane Coordinate System, NAD83, South Zone.  The horizontal unit of measurement utilized was the U.S. Survey Foot.

**2.0 Photography**

Aerial photography of the area was obtained from several sources.  The primary aerial sets utilized in this report are listed below:

(A) Pre-Katrina 2004 1 meter ground resolution DOQQ aerials downloaded from the www.atlas.lsu.edu web site.

(B) Post-Katrina 2005 1 meter ground resolution DOQQ aerials downloaded from the www.atlas.lsu.edu web site.

(C) Post-Katrina 1 foot ground resolution 8/31/05 and 9/2/05 GE Energy aerial photography which is available on the IPET web site.

(D) Historical Photography of the IHNC area obtained from Gulf Coast Aerial Mapping, in Baton Rouge, Louisiana.

### 3.0 North Floodwall Break

There were 2 major breaks in the floodwall along the easterly side of the IHNC. The northerly of these breaks was located at the north end of the Boland Marine property, between Law Street and Florida Avenue.  This break will be referred to as the North Break in this report.



**Figure 3-1** North Break shown with respect to proposed future channel, floodwall, and WGI work areas which are shown in red. Date of photo 4-15-05.  Edges of channel taken from Lock Replacement Project DM1, Dwg. No. H-2-45013 Plate 5.

6



**Figure 3-2** WGI Planned Work Areas at Boland Marine.  Floodwall breach location was added to existing work plan drawing, which was provided by WGI, showing their structure removal and excavation areas at the site.



**Figure 3-3** Aerial Photograph of IHNC North Break Location 10-18-96 - Future break is shown in yellow.  Red boxes represent some of the WGI work sites.



**Figure 3-4** Aerial Photograph of IHNC North Break Location 11-13-02 - Note that the wharf and above-ground portion of the buildings shown in the previous photograph have been removed.



**Figure 3-5** Aerial Photograph of IHNC North Break Location 4-15-05 - Future break is shown in yellow.  Note the change in the shape of the shoreline immediately west of the future break location.



**Figure 3-6** Aerial Photograph of IHNC North Break Location 9-2-05 - This photograph was taken a few days after Hurricane Katrina.  Note that the flood waters can be seen flowing out of the break.

9

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  July 18, 2011

_____
Chad A. Morris P.L.S.

**TAB 5**

## Appendix M

## Drilling Report for BM:  MMG (2002d) Inner Harbor Navigation Canal, East Bank Industrial Area, New Orleans, Louisiana.  Boland Marine Drilling Report VII.  July 2002

WGI029925

July 2002

# INNER HARBOR NAVIGATION CANAL
# EAST BANK INDUSTRIAL AREA
# NEW ORLEANS, LOUISIANA

## BOLAND MARINE
## SITE ASSESSMENT
## DRILLING REPORT - VII

Prepared for:

 **Washington**

2500 Surekote Road
New Orleans, LA 70117

By:



3520 General DeGaulle Drive, Suite 3010
New Orleans, LA 70114

DACA56-94-D-0021
Task Order #0026
MMG # 3002-MKC

WGI029926

IHNC/EBIA Drilling Report – VII                                    3002-MKC-DRG
Boland Marine Site Assessment

## SIGNATURE PAGE

## DRILLING REPORT – VII
## INNER HARBOR NAVIGATION CANAL
## EAST BANK INDUSTRIAL AREA
## NEW ORLEANS, LOUISIANA

## Total Environmental Contract DACA56-94-D-0021
## Task Order #0026

Developed/Received By:

_____
Materials Management Group, Inc.
Geologist

_____
Materials Management Group, Inc.
Sr. Regulatory Specialist

MATERIALS MANAGEMENT GROUP, INC

IHNC/EBIA Drilling Report – VII                                3002-MKC-DRG
Boland Marine Site Assessment

## Table of Contents

Table of Contents ................................................................................1
Acronyms ..........................................................................................2
Introduction .......................................................................................3
Drilling Method ..................................................................................4
Sampling & Field Screening Methods .................................................4
Soil Types .........................................................................................5
    Table 1: Fill Materials ..................................................................6
    Table 2: Native Materials ............................................................6
Groundwater Data .............................................................................7
Conclusions ......................................................................................7


APPENDIX A ...........................................................Site Maps
APPENDIX B ...........................................................Borehole Information
APPENDIX C ...........................................................Boring Logs
APPENDIX D ...........................................................Cross Sections
APPENDIX E ...........................................................Field Screening
                                                                               Data
APPENDIX F ...........................................................References

WGI029928

**Acronyms**

| | |
|---|---|
| AST | Aboveground Storage Tank |
| ASTM | American Society for Testing and Materials |
| bgs | Below Ground Surface |
| BM | Boland Marine |
| DGPS | Differential Global Positioning System |
| EBIA | East Bank Industrial Area |
| FID | Flame Ionization Detector |
| Fugro | Fugro Geosciences, Inc. |
| IHNC | Inner Harbor Navigation Canal |
| LDEQ | Louisiana Department of Environmental Quality |
| LDOTD | Louisiana Department of Transportation and Development |
| LEL/0$_2$ | Lower Explosive Limit / Oxygen |
| MMG | Materials Management Group, Inc. |
| PID | Photo Ionization Detector |
| RECAP | Risk Evaluation and Corrective Action Plan |
| SAP | Sampling and Analysis Plan |
| USCS | Unified Soil Classification System |
| UST | Underground Storage Tank |
| WGI | Washington Group International, Inc. |
| XRF | X-Ray Fluorescence Analyzer |

WGI029929

# MMG IHNC/EBIA DRILLING REPORT - VII

BOLAND MARINE
SITE ASSESSMENT

**Introduction**

The purpose of this site assessment is to characterize the geology of the site, obtain chemical data of potential and known contamination, and to delineate areas of known contamination.

The Boland Marine site (BM) is the northern most site of the Inner Harbor Navigation Canal / East Bank Industrial Area (IHNC/EBIA). The site lies just south of Florida Avenue.

Geographically, BM is located at 2500 Surekote Road. BM is bounded to the south by the McDonough Marine site and to the north by the floodwall and then Florida Avenue. The Inner Harbor Navigation Canal forms the western boundary line. The floodwall is the eastern boundary. Refer to the Site Map located in Appendix A.

For a historical perspective, the Boland Marine company used this site for approximately 20 years. An unaffiliated ship repair company then occupied the site until the Port of New Orleans terminated the lease in 1988. This site was primarily used for ship repairs, including office and storage space, painting operations, fabrication and welding[1]. Boland Marine environmental concerns include sandblasting materials, discarded drum areas, aboveground and underground storage tanks (ASTs and USTs, respectively), electrical transformer units and the fact that Boland Marine was listed by the State of Louisiana as an unspecified hazardous waste generator.

All structures and contents were removed from the site prior to drilling activities. A subsurface asbestos remedial action was conducted on some areas of Boland Marine prior to drilling activities. Asbestos-containing transite materials were widely used on the site for fill. (Transite is a cement-asbestos material commonly used for siding and roofing purposes.)

Boreholes were located onsite according to the statistically derived sampling grid presented in the Sampling and Analysis Plan (SAP). Upon completion, each borehole was geo-located using a Differential Global Positioning System (DGPS).

A total of 99 boreholes were drilled in 96 locations and the 96 locations sampled on the BM site. The boreholes included in this report are 61A through 83I. A list of all BM boreholes can be found in Appendix B. This work took place between the dates of September 13 through October 11, 2001 for all boreholes except borehole 61A. Borehole 61A was drilled on May 31, 2001 by Materials Management Group, Inc..

---

[1] USACE Document, "Mississippi River – Gulf Outlet New Lock and Connecting Channels, App. C, Pt. III." October 1993.

WGI029930

Fugro Geosciences, Inc. (Fugro) provided drilling services for all of the remaining boreholes located on BM. MMG provided geology and sample technician services to support all drilling activities.

## Drilling Method

Fugro used a CME 75 High Torque drill rig to push two (2) inch diameter, two (2) foot long spilt spoons and/or four (4) inch diameter, five (5) foot long split spoons in continuous intervals. Solid flight augers were used to penetrate obstructions. Hollow stem augers were used to keep boreholes open when flowing or unconsolidated soils were encountered. The acting drilling crew decontaminated all sampling equipment prior to moving to the next borehole.

MMG used a direct-push SIMCO Earthprobe 200 to push clean, standard-sized, two (2) inch diameter, two (2) foot long split spoons in continuous intervals.

All drilling efforts were completed in accordance with Louisiana Department of Environmental Quality (LDEQ) and Louisiana Department of Transportation and Development (LDOTD) drilling standards and regulations, in addition to LDEQ's Risk Evaluation and Corrective Action Plan (RECAP) and the Sampling and Analysis Plan (SAP) approved by USACE and LDEQ.

## Sampling & Field Screening Methods

Once the soils were brought to the surface in the split spoons, the split spoons were opened and a geologist logged the soil types and characteristics, according to the ASTM D 2488-00 standard and using the Unified Soil Classification System (USCS). The soils were split and then bagged in separate sealed plastic bags. One spilt was immediately put on ice to limit loss of volatiles. The other spilt was allowed to equilibrate for a minimum of fifteen minutes to allow headspace gases to develop before field screening was performed. Field screening for volatiles and inorganics was performed on the spilt that was not put on ice. The split that was preserved on ice was used for collecting volatile samples and was not disturbed until those samples had been collected.

Headspace gases were screened using a flame ionization detector (FID) and/or photo ionization detector (PID). The FID used was a Microfid I/S, manufactured by Photovac. The PID used was a Model 580B manufactured by Thermo Environmental. FID readings were corrected via methane subtraction; i.e., the headspace was analyzed first by direct measurement then with a methane-only activated charcoal filter. The methane value was then subtracted from the total value. Because native soils in this area contain a fair amount of plant-derived organics, methane occurs naturally from the biodegradation of these organics and produces high methane readings on the FID. This methane value must be subtracted in order to give an accurate indication of non-methane volatile contamination. The PID does not detect methane and, therefore, requires no correction.

The soils were also field screened for metals (arsenic, chromium, cobalt, copper, iron, lead, manganese, mercury, molybdenum, nickel, rubidium, selenium, strontium, titanium, zinc, and zirconium) using a multi-element x-ray fluorescence analyzer (XRF)

WGI029931

for screening, the Niton 700 Series.  Lead was used as the indicator element for inorganic contamination as stated in the SAP.  The XRF screening consisted of putting soils into small plastic bags (Whirlpaks, by NASCO) approved by Niton for this process. The bagged soil was then analyzed for approximately 60 nominal seconds as registered on the XRF.

The purpose of collecting field screening data in addition to field observations is to guide the geologist and sample technician in deciding where to collect samples and to help determine the presence or lack of contamination throughout the advancement of the borehole.

All FID, PID and lead XRF readings were recorded and can be found in Appendix E.

**Soil Types**
Drilling activities indicate that the soil at the BM site can be divided into two different categories, Fill and Native.

Fill material varied in thickness from three (3) to greater than 22 feet below ground surface (bgs), and varied in content. The most common depth to native soils on BM was four (4) feet bgs.  Typical fill materials used at BM were sands, silts, clays, concrete, shell, gravel, transite, wood and other debris.  At several boring locations soils disturbed by excavation or surface activity were encountered.  These disturbed soils were also classified as fill.  Refer to Table 1 for fill descriptions.

Some of the fill material at this site was transite.  A partial transite removal at BM was performed prior to drilling activities.  Transite that was not remediated prior to drilling activities was found in boreholes as deep as nine (9) feet bgs, but more commonly did not appear to extend beyond four and one-half (4.5) feet bgs.  Please refer to the Borehole Information Summary for Boland Marine in Appendix B for more information.

Native soils were classified using the Unified Soil Classification System (USCS).  The symbol of "W" was added for the naturally occurring wood that was encountered in several borings.

Native soil types for the BM site were fairly consistent.  Silts and clays, including organic rich clays and silts, were the main constituents of the native soils to the limiting borehole depth of 22 feet.  Varved[2] sediments and color change were often used as indicators of native and undisturbed soils.  Native soils were most commonly encountered at four (4) feet; the average depth at which native soils were encountered was 4.45 feet.

Plant-derived organics were found throughout the borehole depth.  Plant-derived organics consisted of roots, grasses, leaves, wood and peat.

All native soils logged during this drilling event are typical of deltaic or lacustrine environments and are consistent with historic depositional events in the area.  The varved sediments indicate that still or quiet water, such as a lake or a deltaic ponding

---

[2] Varved – Distinct lamination of sediments indicating change in seasons or depositional source.

WGI029932

area, was prevalent in this area during the time these sediments were deposited. The greatly interbedded sediments logged at this site indicate a deltaic environment during deposition. High plant-derived organic content indicates a swamp or marsh-like area.

See Table 2 for native soil classifications. Refer to Appendix C for boring logs and Appendix D for geologic cross sections.

**Table 1: Fill Materials**

| Classification | Description |
| --- | --- |
| Top Soil | Organic rich sandy top soil. |
| Asphalt | Roadbed surfacing. |
| CL | Lean inorganic clay used as fill, or that has been disturbed. |
| CL-ML | Silty Clay used as fill. |
| CL-GM | Gravelly Clay |
| Concrete | Discarded concrete waste used as fill. |
| Debris | Brick, wood, plastic, metal, glass, cloth, burned trash, tires, all used as fill. |
| GM | Silty Gravel |
| GW | Gravel without fines |
| ML | Silt |
| ML-CL | Clayey Silt |
| ML-GM | Gravelly Silt |
| Shell | Common bi-valve shells used to build up low areas and for roadbeds and parking areas. |
| SM | Silty Sand used as fill. |
| SP | Poorly graded sands used as fill. |
| SW | Well-graded sands used as fill; also found under asphalt as part of the roadbed construction. |
| Transite | A non-friable asbestos-containing material commonly used as siding or roofing on buildings. Encountered as fill during drilling activities. |

**Table 2: Native Materials**

| Classification | Description |
| --- | --- |
| CH | Fat Inorganic Clay |
| CL | Lean Inorganic Clay |
| CL-ML | Silty Clay |
| ML | Silt |
| ML-CL | Clayey Silt |
| ML-PT | Silt w/ Peat layers |
| ML-SP | Sandy Silt |
| OH | Organic Rich Clay |
| OH-OL | Organic Rich Silty Clay |
| OL | Organic Rich Silt |
| OL-OH | Organic Rich Clayey Silt |
| PT | Peat with both decomposed and intact plant-derived organic components. Commonly lacks any other soil characteristics. |
| SM | Silty Sand |
| SP-ML | Silty Sand |
| W | Intact naturally occurring wood |

WGI029933

## Groundwater Data

The water table in the boreholes completed at BM ranged from 1.5 - 20 feet bgs. The average water table depth for this site is 5.21 feet bgs. The most common water table depth was four (4) feet bgs. The water table is defined by the upper limit of saturation as noted by the geologist logging the borehole[3].

The variable depth of the saturated zone may be due to a combination of soil type, proximity to the IHNC, proximity to the floodwall, and the presence of various onsite drainage ditches and altered sediments. The surface elevation of the boreholes is unknown. Although the site appears to be fairly level, subtle differences in elevation could also be partially responsible for the variable below ground surface depth of the saturated zone.

The potentiometric surface in boreholes at the site appears to be very near the surface. This means that once a borehole is advanced through the water table, the water will rise above the water table and will approach the surface.

## Conclusions

The principal intent of the drilling report is to present and summarize the geological features found at the site, and to report field-screening results. Laboratory analytical chemical data for this site will be submitted in the Boland Marine RECAP Submittal Report.

Geological and hydrogeological conclusions are as follows:

1. Fill materials, including transite, cover the entire surface of the site. The average depth of fill encountered during this phase of drilling was 4.45 feet below ground surface.

2. Silts and clays are the main constituents of the native soils to a depth of at least 22 feet.

3. The water table varies greatly for such a small site due to altered stratigraphy, man-made structures and hydrogeological processes. The average water table for the boreholes advanced at BM was 5.21 feet below ground surface.

4. The potentiometric groundwater level for the site is located near the ground surface.

5. Cross sections of the site (Appendix D) show interbedded sediments are prevalent at Boland Marine. These interbedded sediments are indicative of deltaic depositional environments.

---

[3] Fetter, C.W., Applied Hydrogeology, 2nd Edition, pg. 5.

WGI029934