UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * |
| | *  CIVIL ACTION |
| | * |
| | *  NO. 05-4182 |
| | * |
| PERTAINS TO:  MRGO | *  SECTION "K" (2) |
| | * |
| | *  JUDGE DUVAL |
| | * |
| | *  MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

### O R D E R

Considering the foregoing *Ex Parte* Consent Motion to Substitute Exhibit;

**IT IS ORDERED** that the motion is **GRANTED** and that the original Exhibit 14

to the Memorandum in Support of Motion to Exclude Testimony and Opinions of Robert Glenn

Bea (R. Doc. 20822) be and hereby is removed from the record and that the attached Corrected

Exhibit 14 be substituted.  The Corrected Exhibit 14 is attached to the *Ex Parte* Consent Motion

to Substitute Exhibit.

New Orleans, Louisiana, this _____ day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

1094107v.1