UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The United States is producing Dr. Thomas Naymik's reliance materials for his expert

report which was produced on March 9, 2012 (D.R.N. 20692).  The United States previouisly

produced Dr. W. Allen Marr's revised expert report and appendices without Bates-stamps on

May 2, 2012.  The United States is now producing the following Bates-stamped versions of the

above referenced revised expert report and reliance materials in the manner specified in its: (1)

ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its

Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No.

5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's

Order Authorizing and Requiring the United States to Produce Personal Identifying Information

Contained Within Electronically Stored Information and Prohibiting all Parties From

Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

| | | |
|---|---|---|
| MEB534-000000001 | to | MEB534-000000001 |
| MEB534-000000002 | to | MEB534-000000413 |
| MEB534-000000414 | to | MEB534-000000546 |
| MEB535-000000001 | to | MEB535-000000001 |
| MEB535-000000002 | to | MEB535-000000002 |
| MEB535-000000003 | to | MEB535-000000003 |
| MEB535-000000004 | to | MEB535-000000004 |

MEB535-000000005   to   MEB535-000000005
MEB535-000000006   to   MEB535-000000006
MEB535-000000007   to   MEB535-000000007
MEB535-000000008   to   MEB535-000000008
MEB535-000000009   to   MEB535-000000009
MEB535-000000010   to   MEB535-000000010
MEB535-000000011   to   MEB535-000000011
MEB535-000000012   to   MEB535-000000012
MEB535-000000013   to   MEB535-000000013
MEB535-000000014   to   MEB535-000000014
MEB535-000000015   to   MEB535-000000015
MEB535-000000016   to   MEB535-000000016
MEB535-000000017   to   MEB535-000000017
MEB535-000000018   to   MEB535-000000018
MEB535-000000019   to   MEB535-000000019
MEB535-000000020   to   MEB535-000000020
MEB535-000000021   to   MEB535-000000021
MEB535-000000022   to   MEB535-000000022
MEB535-000000023   to   MEB535-000000023
MEB535-000000024   to   MEB535-000000024
MEB535-000000025   to   MEB535-000000025
MEB535-000000026   to   MEB535-000000026
MEB535-000000027   to   MEB535-000000027
MEB535-000000028   to   MEB535-000000028
MEB535-000000029   to   MEB535-000000029
MEB535-000000030   to   MEB535-000000030
MEB535-000000031   to   MEB535-000000031
MEB535-000000032   to   MEB535-000000032
MEB535-000000033   to   MEB535-000000033
MEB535-000000034   to   MEB535-000000034
MEB535-000000035   to   MEB535-000000035
MEB535-000000036   to   MEB535-000000036
MEB535-000000037   to   MEB535-000000037
MEB535-000000038   to   MEB535-000000038
MEB535-000000039   to   MEB535-000000039
MEB535-000000040   to   MEB535-000000040
MEB535-000000041   to   MEB535-000000041
MEB535-000000042   to   MEB535-000000042
MEB535-000000043   to   MEB535-000000043
MEB535-000000044   to   MEB535-000000044
MEB535-000000045   to   MEB535-000000045
MEB535-000000046   to   MEB535-000000046
MEB535-000000047   to   MEB535-000000047

MEB535-000000048   to   MEB535-000000048
MEB535-000000049   to   MEB535-000000049
MEB535-000000050   to   MEB535-000000050
MEB535-000000051   to   MEB535-000000051
MEB535-000000052   to   MEB535-000000052
MEB535-000000053   to   MEB535-000000053
MEB535-000000054   to   MEB535-000000054
MEB535-000000055   to   MEB535-000000055
MEB535-000000056   to   MEB535-000000056
MEB535-000000057   to   MEB535-000000057
MEB535-000000058   to   MEB535-000000058
MEB535-000000059   to   MEB535-000000059
MEB535-000000060   to   MEB535-000000060
MEB535-000000061   to   MEB535-000000061
MEB535-000000062   to   MEB535-000000062
MEB535-000000063   to   MEB535-000000063
MEB535-000000064   to   MEB535-000000064
MEB535-000000065   to   MEB535-000000065
MEB535-000000066   to   MEB535-000000066
MEB535-000000067   to   MEB535-000000067
MEB535-000000068   to   MEB535-000000068
MEB535-000000069   to   MEB535-000000069
MEB535-000000070   to   MEB535-000000070
MEB535-000000071   to   MEB535-000000071
MEB535-000000072   to   MEB535-000000072
MEB535-000000073   to   MEB535-000000073
MEB535-000000074   to   MEB535-000000074
MEB535-000000075   to   MEB535-000000075
MEB535-000000076   to   MEB535-000000076
MEB535-000000077   to   MEB535-000000077
MEB535-000000078   to   MEB535-000000078
MEB535-000000079   to   MEB535-000000079
MEB535-000000080   to   MEB535-000000080
MEB535-000000081   to   MEB535-000000081
MEB535-000000082   to   MEB535-000000082
MEB535-000000083   to   MEB535-000000083
MEB535-000000084   to   MEB535-000000084
MEB535-000000085   to   MEB535-000000085
MEB535-000000086   to   MEB535-000000086
MEB535-000000087   to   MEB535-000000111
MEB535-000000112   to   MEB535-000000113
MEB535-000000114   to   MEB535-000000119
MEB535-000000120   to   MEB535-000000121

MEB535-000000122   to   MEB535-000000124
MEB535-000000125   to   MEB535-000000127
MEB535-000000128   to   MEB535-000000132
MEB535-000000133   to   MEB535-000000135
MEB535-000000136   to   MEB535-000000136
MEB535-000000137   to   MEB535-000000137
MEB535-000000138   to   MEB535-000000144
MEB535-000000145   to   MEB535-000000151
MEB535-000000152   to   MEB535-000000152
MEB535-000000153   to   MEB535-000000154
MEB535-000000155   to   MEB535-000000155
MEB535-000000156   to   MEB535-000000156
MEB535-000000157   to   MEB535-000000157
MEB535-000000158   to   MEB535-000000158
MEB535-000000159   to   MEB535-000000160
MEB535-000000161   to   MEB535-000000161
MEB535-000000162   to   MEB535-000000163
MEB535-000000164   to   MEB535-000000164
MEB535-000000165   to   MEB535-000000165
MEB535-000000166   to   MEB535-000000166
MEB535-000000167   to   MEB535-000000167
MEB535-000000168   to   MEB535-000000168
MEB535-000000169   to   MEB535-000000170
MEB535-000000171   to   MEB535-000000171
MEB535-000000172   to   MEB535-000000172
MEB535-000000173   to   MEB535-000000173
MEB535-000000174   to   MEB535-000000175
MEB535-000000176   to   MEB535-000000176
MEB535-000000177   to   MEB535-000000177
MEB535-000000178   to   MEB535-000000178
MEB535-000000179   to   MEB535-000000180
MEB535-000000181   to   MEB535-000000181
MEB535-000000182   to   MEB535-000000182
MEB535-000000183   to   MEB535-000000183
MEB535-000000184   to   MEB535-000000184
MEB535-000000185   to   MEB535-000000185
MEB535-000000186   to   MEB535-000000186
MEB535-000000187   to   MEB535-000000187
MEB535-000000188   to   MEB535-000000188
MEB535-000000189   to   MEB535-000000189
MEB535-000000190   to   MEB535-000000190
MEB535-000000191   to   MEB535-000000191
MEB535-000000192   to   MEB535-000000192

4

| | | |
|---|---|---|
| MEB535-000000193 | to | MEB535-000000193 |
| MEB535-000000194 | to | MEB535-000000194 |
| MEB535-000000195 | to | MEB535-000000195 |
| MEB535-000000196 | to | MEB535-000000196 |
| MEB535-000000197 | to | MEB535-000000197 |
| MEB535-000000198 | to | MEB535-000000198 |
| MEB535-000000199 | to | MEB535-000000205 |
| MEB535-000000206 | to | MEB535-000000212 |
| MEB535-000000213 | to | MEB535-000000222 |
| MEB535-000000223 | to | MEB535-000000223 |
| MEB535-000000224 | to | MEB535-000000224 |
| MEB535-000000225 | to | MEB535-000000225 |
| MEB535-000000226 | to | MEB535-000000226 |
| MEB535-000000227 | to | MEB535-000000227 |
| MEB535-000000228 | to | MEB535-000000228 |
| MEB535-000000229 | to | MEB535-000000229 |
| MEB535-000000230 | to | MEB535-000000230 |
| MEB535-000000231 | to | MEB535-000000231 |
| MEB535-000000232 | to | MEB535-000000232 |
| MEB535-000000233 | to | MEB535-000000233 |
| MEB535-000000234 | to | MEB535-000000234 |
| MEB535-000000235 | to | MEB535-000000235 |
| MEB535-000000236 | to | MEB535-000000236 |
| MEB535-000000237 | to | MEB535-000000237 |
| MEB535-000000238 | to | MEB535-000000238 |
| MEB535-000000239 | to | MEB535-000000239 |
| MEB535-000000240 | to | MEB535-000000240 |
| MEB535-000000241 | to | MEB535-000000241 |
| MEB535-000000242 | to | MEB535-000000242 |
| MEB535-000000243 | to | MEB535-000000243 |
| MEB535-000000244 | to | MEB535-000000244 |
| MEB535-000000245 | to | MEB535-000000245 |
| MEB535-000000246 | to | MEB535-000000246 |
| MEB535-000000247 | to | MEB535-000000247 |
| MEB535-000000248 | to | MEB535-000000248 |
| MEB535-000000249 | to | MEB535-000000249 |
| MEB535-000000250 | to | MEB535-000000250 |
| MEB535-000000251 | to | MEB535-000000251 |
| MEB535-000000252 | to | MEB535-000000252 |
| MEB535-000000253 | to | MEB535-000000253 |
| MEB535-000000254 | to | MEB535-000000254 |
| MEB535-000000255 | to | MEB535-000000255 |
| MEB535-000000256 | to | MEB535-000000256 |

MEB535-000000257   to   MEB535-000000257
MEB535-000000258   to   MEB535-000000258
MEB535-000000259   to   MEB535-000000259
MEB535-000000260   to   MEB535-000000260
MEB535-000000261   to   MEB535-000000261
MEB535-000000262   to   MEB535-000000262
MEB535-000000263   to   MEB535-000000263
MEB535-000000264   to   MEB535-000000264
MEB535-000000265   to   MEB535-000000265
MEB535-000000266   to   MEB535-000000266
MEB535-000000267   to   MEB535-000000267
MEB535-000000268   to   MEB535-000000268
MEB535-000000269   to   MEB535-000000269
MEB535-000000270   to   MEB535-000000270
MEB535-000000271   to   MEB535-000000271
MEB535-000000272   to   MEB535-000000272
MEB535-000000273   to   MEB535-000000273
MEB535-000000274   to   MEB535-000000274
MEB535-000000275   to   MEB535-000000275
MEB535-000000276   to   MEB535-000000276
MEB535-000000277   to   MEB535-000000277
MEB535-000000278   to   MEB535-000000278
MEB535-000000279   to   MEB535-000000279
MEB535-000000280   to   MEB535-000000280
MEB535-000000281   to   MEB535-000000281
MEB535-000000282   to   MEB535-000000282
MEB535-000000283   to   MEB535-000000283
MEB535-000000284   to   MEB535-000000284
MEB535-000000285   to   MEB535-000000285
MEB535-000000286   to   MEB535-000000286
MEB535-000000287   to   MEB535-000000287
MEB535-000000288   to   MEB535-000000288
MEB535-000000289   to   MEB535-000000289
MEB535-000000290   to   MEB535-000000290
MEB535-000000291   to   MEB535-000000291
MEB535-000000292   to   MEB535-000000292
MEB535-000000293   to   MEB535-000000293
MEB535-000000294   to   MEB535-000000294
MEB535-000000295   to   MEB535-000000295
MEB535-000000296   to   MEB535-000000296
MEB535-000000297   to   MEB535-000000297
MEB535-000000298   to   MEB535-000000298
MEB535-000000299   to   MEB535-000000299

6

MEB535-000000300   to   MEB535-000000300
MEB535-000000301   to   MEB535-000000301
MEB535-000000302   to   MEB535-000000302
MEB535-000000303   to   MEB535-000000303
MEB535-000000304   to   MEB535-000000304
MEB535-000000305   to   MEB535-000000305
MEB535-000000306   to   MEB535-000000306
MEB535-000000307   to   MEB535-000000307
MEB535-000000308   to   MEB535-000000308
MEB535-000000309   to   MEB535-000000309
MEB535-000000310   to   MEB535-000000310
MEB535-000000311   to   MEB535-000000311
MEB535-000000312   to   MEB535-000000312
MEB535-000000313   to   MEB535-000000313
MEB535-000000314   to   MEB535-000000314
MEB535-000000315   to   MEB535-000000315
MEB535-000000316   to   MEB535-000000316
MEB535-000000317   to   MEB535-000000317
MEB535-000000318   to   MEB535-000000318
MEB535-000000319   to   MEB535-000000319
MEB535-000000320   to   MEB535-000000320
MEB535-000000321   to   MEB535-000000321
MEB535-000000322   to   MEB535-000000322
MEB535-000000323   to   MEB535-000000323
MEB535-000000324   to   MEB535-000000324
MEB535-000000325   to   MEB535-000000325
MEB535-000000326   to   MEB535-000000326
MEB535-000000327   to   MEB535-000000327
MEB535-000000328   to   MEB535-000000328
MEB535-000000329   to   MEB535-000000329
MEB535-000000330   to   MEB535-000000330
MEB535-00000331   to   MEB535-000000331
MEB535-000000332   to   MEB535-000000332
MEB535-000000333   to   MEB535-000000333
MEB535-000000334   to   MEB535-000000334
MEB535-000000335   to   MEB535-000000335
MEB535-000000336   to   MEB535-000000336
MEB535-000000337   to   MEB535-000000337
MEB535-000000338   to   MEB535-000000338
MEB535-000000339   to   MEB535-000000339
MEB535-000000340   to   MEB535-000000340
MEB535-000000341   to   MEB535-000000341
MEB535-000000342   to   MEB535-000000342

MEB535-000000343    to    MEB535-000000343
MEB535-000000344    to    MEB535-000000344
MEB535-000000345    to    MEB535-000000345
MEB535-000000346    to    MEB535-000000346
MEB535-000000347    to    MEB535-000000347
MEB535-000000348    to    MEB535-000000348
MEB535-000000349    to    MEB535-000000349
MEB535-000000350    to    MEB535-000000350
MEB535-000000351    to    MEB535-000000351
MEB535-000000352    to    MEB535-000000352
MEB535-000000353    to    MEB535-000000353
MEB535-000000354    to    MEB535-000000354
MEB535-000000355    to    MEB535-000000355
MEB535-000000356    to    MEB535-000000356
MEB535-000000357    to    MEB535-000000357
MEB535-000000358    to    MEB535-000000358
MEB535-000000359    to    MEB535-000000359
MEB535-000000360    to    MEB535-000000360
MEB535-000000361    to    MEB535-000000361
MEB535-000000362    to    MEB535-000000362
MEB535-000000363    to    MEB535-000000363
MEB535-000000364    to    MEB535-000000364
MEB535-000000365    to    MEB535-000000365
MEB535-000000366    to    MEB535-000000366
MEB535-000000367    to    MEB535-000000367
MEB535-000000368    to    MEB535-000000368
MEB535-000000369    to    MEB535-000000369
MEB535-000000370    to    MEB535-000000370
MEB535-000000371    to    MEB535-000000371
MEB535-000000372    to    MEB535-000000372
MEB535-000000373    to    MEB535-000000373
MEB535-000000374    to    MEB535-000000374
MEB535-000000375    to    MEB535-000000375
MEB535-000000376    to    MEB535-000000376
MEB535-000000377    to    MEB535-000000377
MEB535-000000378    to    MEB535-000000378
MEB535-000000379    to    MEB535-000000379
MEB535-000000380    to    MEB535-000000380
MEB535-000000381    to    MEB535-000000381
MEB535-000000382    to    MEB535-000000382
MEB535-000000383    to    MEB535-000000383
MEB535-000000384    to    MEB535-000000384
MEB535-000000385    to    MEB535-000000385

MEB535-000000386   to   MEB535-000000386
MEB535-000000387   to   MEB535-000000387
MEB535-000000388   to   MEB535-000000388
MEB535-000000389   to   MEB535-000000389
MEB535-000000390   to   MEB535-000000390
MEB535-000000391   to   MEB535-000000391
MEB535-000000392   to   MEB535-000000392
MEB535-000000393   to   MEB535-000000393
MEB535-000000394   to   MEB535-000000394
MEB535-000000395   to   MEB535-000000395
MEB535-000000396   to   MEB535-000000396
MEB535-000000397   to   MEB535-000000397
MEB535-000000398   to   MEB535-000000398
MEB535-000000399   to   MEB535-000000399
MEB535-000000400   to   MEB535-000000400
MEB535-000000401   to   MEB535-000000401
MEB535-000000402   to   MEB535-000000402
MEB535-000000403   to   MEB535-000000403
MEB535-000000404   to   MEB535-000000404
MEB535-000000405   to   MEB535-000000405
MEB535-000000406   to   MEB535-000000406
MEB535-000000407   to   MEB535-000000407
MEB535-000000408   to   MEB535-000000408
MEB535-000000409   to   MEB535-000000409
MEB535-000000410   to   MEB535-000000410
MEB535-000000411   to   MEB535-000000411
MEB535-000000412   to   MEB535-000000412
MEB535-000000413   to   MEB535-000000413
MEB535-000000414   to   MEB535-000000414
MEB535-000000415   to   MEB535-000000415
MEB535-000000416   to   MEB535-000000416
MEB535-000000417   to   MEB535-000000417
MEB535-000000418   to   MEB535-000000418
MEB535-000000419   to   MEB535-000000419
MEB535-000000420   to   MEB535-000000420
MEB535-000000421   to   MEB535-000000421
MEB535-000000422   to   MEB535-000000422
MEB535-000000423   to   MEB535-000000423
MEB535-000000424   to   MEB535-000000424
MEB535-000000425   to   MEB535-000000425
MEB535-000000426   to   MEB535-000000426
MEB535-000000427   to   MEB535-000000427
MEB535-000000428   to   MEB535-000000428

MEB535-000000429   to   MEB535-000000429
MEB535-000000430   to   MEB535-000000430
MEB535-000000431   to   MEB535-000000431
MEB535-000000432   to   MEB535-000000432
MEB535-000000433   to   MEB535-000000433
MEB535-000000434   to   MEB535-000000434
MEB535-000000435   to   MEB535-000000435
MEB535-000000436   to   MEB535-000000436
MEB535-000000437   to   MEB535-000000437
MEB535-000000438   to   MEB535-000000438
MEB535-000000439   to   MEB535-000000439
MEB535-000000440   to   MEB535-000000440
MEB535-000000441   to   MEB535-000000441
MEB535-000000442   to   MEB535-000000442
MEB535-000000443   to   MEB535-000000443
MEB535-000000444   to   MEB535-000000444
MEB535-000000445   to   MEB535-000000445
MEB535-000000446   to   MEB535-000000446
MEB535-000000447   to   MEB535-000000447
MEB535-000000448   to   MEB535-000000448
MEB535-000000449   to   MEB535-000000449
MEB535-000000450   to   MEB535-000000450
MEB535-000000451   to   MEB535-000000451
MEB535-000000452   to   MEB535-000000452
MEB535-000000453   to   MEB535-000000453
MEB535-000000454   to   MEB535-000000454
MEB535-000000455   to   MEB535-000000455
MEB535-000000456   to   MEB535-000000456
MEB535-000000457   to   MEB535-000000457
MEB535-000000458   to   MEB535-000000458
MEB535-000000459   to   MEB535-000000459
MEB535-000000460   to   MEB535-000000460
MEB535-000000461   to   MEB535-000000461
MEB535-000000462   to   MEB535-000000462
MEB535-000000463   to   MEB535-000000463
MEB535-000000464   to   MEB535-000000464
MEB535-000000465   to   MEB535-000000465
MEB535-000000466   to   MEB535-000000466
MEB535-000000467   to   MEB535-000000467
MEB535-000000468   to   MEB535-000000468
MEB535-000000469   to   MEB535-000000469
MEB535-000000470   to   MEB535-000000470
MEB535-000000471   to   MEB535-000000471
MEB535-000000472   to   MEB535-000000472
MEB535-000000473   to   MEB535-000000473
MEB535-000000474   to   MEB535-000000474

MEB535-000000475   to   MEB535-000000475
MEB535-000000476   to   MEB535-000000476
MEB535-000000477   to   MEB535-000000477
MEB535-000000478   to   MEB535-000000478
MEB535-000000479   to   MEB535-000000479
MEB535-000000480   to   MEB535-000000480
MEB535-000000481   to   MEB535-000000481
MEB535-000000482   to   MEB535-000000482
MEB535-000000483   to   MEB535-000000483
MEB535-000000484   to   MEB535-000000484
MEB535-000000485   to   MEB535-000000485
MEB535-000000486   to   MEB535-000000486
MEB535-000000487   to   MEB535-000000487
MEB535-000000488   to   MEB535-000000488
MEB535-000000489   to   MEB535-000000489
MEB535-000000490   to   MEB535-000000490
MEB535-000000491   to   MEB535-000000491
MEB535-000000492   to   MEB535-000000492
MEB535-000000493   to   MEB535-000000493
MEB535-000000494   to   MEB535-000000494
MEB535-000000495   to   MEB535-000000495
MEB535-000000496   to   MEB535-000000496
MEB535-000000497   to   MEB535-000000497
MEB535-000000498   to   MEB535-000000498
MEB535-000000499   to   MEB535-000000499
MEB535-000000500   to   MEB535-000000500
MEB535-000000501   to   MEB535-000000501
MEB535-000000502   to   MEB535-000000502
MEB535-000000503   to   MEB535-000000503
MEB535-000000504   to   MEB535-000000504
MEB535-000000505   to   MEB535-000000505
MEB535-000000506   to   MEB535-000000506
MEB535-000000507   to   MEB535-000000507
MEB535-000000508   to   MEB535-000000508
MEB535-000000509   to   MEB535-000000509
MEB535-000000510   to   MEB535-000000510
MEB535-000000511   to   MEB535-000000511
MEB535-000000512   to   MEB535-000000512
MEB535-000000513   to   MEB535-000000513
MEB535-000000514   to   MEB535-000000514
MEB535-000000515   to   MEB535-000000515
MEB535-000000516   to   MEB535-000000516
MEB535-000000517   to   MEB535-000000517
MEB535-000000518   to   MEB535-000000518
MEB535-000000519   to   MEB535-000000519
MEB535-000000520   to   MEB535-000000520

| | | |
|---|---|---|
| MEB535-000000521 | to | MEB535-000000521 |
| MEB535-000000522 | to | MEB535-000000522 |
| MEB535-000000523 | to | MEB535-000000523 |
| MEB535-000000524 | to | MEB535-000000524 |
| MEB535-000000525 | to | MEB535-000000525 |
| MEB535-000000526 | to | MEB535-000000526 |
| MEB535-000000527 | to | MEB535-000000527 |
| MEB535-000000528 | to | MEB535-000000528 |
| MEB535-000000529 | to | MEB535-000000529 |
| MEB535-000000530 | to | MEB535-000000530 |
| MEB535-000000531 | to | MEB535-000000531 |
| MEB535-000000532 | to | MEB535-000000532 |
| MEB535-000000533 | to | MEB535-000000533 |
| MEB535-000000534 | to | MEB535-000000534 |
| MEB535-000000535 | to | MEB535-000000535 |
| MEB535-000000536 | to | MEB535-000000536 |
| MEB535-000000537 | to | MEB535-000000537 |
| MEB535-000000538 | to | MEB535-000000538 |
| MEB535-000000539 | to | MEB535-000000539 |
| MEB535-000000540 | to | MEB535-000000540 |
| MEB535-000000541 | to | MEB535-000000541 |
| MEB535-000000542 | to | MEB535-000000542 |
| MEB535-000000543 | to | MEB535-000000543 |
| MEB535-000000544 | to | MEB535-000000544 |
| MEB535-000000545 | to | MEB535-000000545 |
| MEB535-000000546 | to | MEB535-000000546 |
| MEB535-000000547 | to | MEB535-000000547 |
| MEB535-000000548 | to | MEB535-000000548 |
| MEB535-000000549 | to | MEB535-000000549 |
| MEB535-000000550 | to | MEB535-000000550 |
| MEB535-000000551 | to | MEB535-000000551 |
| MEB535-000000552 | to | MEB535-000000552 |
| MEB535-000000553 | to | MEB535-000000553 |
| MEB535-000000554 | to | MEB535-000000554 |
| MEB535-000000555 | to | MEB535-000000555 |
| MEB535-000000556 | to | MEB535-000000556 |
| MEB535-00000557 | to | MEB535-000000557 |
| MEB535-000000558 | to | MEB535-000000558 |
| MEB535-000000559 | to | MEB535-000000559 |
| MEB535-000000560 | to | MEB535-000000560 |
| MEB535-000000561 | to | MEB535-000000561 |
| MEB535-000000562 | to | MEB535-000000562 |
| MEB535-000000563 | to | MEB535-000000563 |
| MEB535-000000564 | to | MEB535-000000564 |
| MEB535-000000565 | to | MEB535-000000565 |
| MEB535-000000566 | to | MEB535-000000566 |

MEB535-000000567   to   MEB535-000000567
MEB535-000000568   to   MEB535-000000568
MEB535-000000569   to   MEB535-000000569
MEB535-000000570   to   MEB535-000000570
MEB535-000000571   to   MEB535-000000571
MEB535-000000572   to   MEB535-000000572
MEB535-000000573   to   MEB535-000000573
MEB535-000000574   to   MEB535-000000574
MEB535-000000575   to   MEB535-000000575
MEB535-000000576   to   MEB535-000000576
MEB535-000000577   to   MEB535-000000577
MEB535-000000578   to   MEB535-000000578
MEB535-000000579   to   MEB535-000000579
MEB535-000000580   to   MEB535-000000580
MEB535-000000581   to   MEB535-000000581
MEB535-000000582   to   MEB535-000000582
MEB535-000000583   to   MEB535-000000583
MEB535-000000584   to   MEB535-000000584
MEB535-000000585   to   MEB535-000000585
MEB535-000000586   to   MEB535-000000586
MEB535-000000587   to   MEB535-000000587
MEB535-000000588   to   MEB535-000000588
MEB535-000000589   to   MEB535-000000589
MEB535-000000590   to   MEB535-000000590
MEB535-000000591   to   MEB535-000000591
MEB535-000000592   to   MEB535-000000592
MEB535-000000593   to   MEB535-000000593
MEB535-000000594   to   MEB535-000000594
MEB535-000000595   to   MEB535-000000595
MEB535-000000596   to   MEB535-000000596
MEB535-000000597   to   MEB535-000000597
MEB535-000000598   to   MEB535-000000598
MEB535-000000599   to   MEB535-000000599
MEB535-000000600   to   MEB535-000000600
MEB535-000000601   to   MEB535-000000601
MEB535-000000602   to   MEB535-000000602
MEB535-000000603   to   MEB535-000000603
MEB535-000000604   to   MEB535-000000604
MEB535-000000605   to   MEB535-000000605
MEB535-000000606   to   MEB535-000000606
MEB535-000000607   to   MEB535-000000607
MEB535-000000608   to   MEB535-000000608
MEB535-000000609   to   MEB535-000000609
MEB535-000000610   to   MEB535-000000610
MEB535-000000611   to   MEB535-000000611
MEB535-000000612   to   MEB535-000000612

MEB535-000000613   to   MEB535-000000613
MEB535-000000614   to   MEB535-000000614
MEB535-000000615   to   MEB535-000000615
MEB535-000000616   to   MEB535-000000616
MEB535-000000617   to   MEB535-000000617
MEB535-000000618   to   MEB535-000000618
MEB535-000000619   to   MEB535-000000619
MEB535-000000620   to   MEB535-000000620
MEB535-000000621   to   MEB535-000000621
MEB535-000000622   to   MEB535-000000622
MEB535-000000623   to   MEB535-000000623
MEB535-000000624   to   MEB535-000000624
MEB535-000000625   to   MEB535-000000625
MEB535-000000626   to   MEB535-000000626
MEB535-000000627   to   MEB535-000000627
MEB535-000000628   to   MEB535-000000628
MEB535-000000629   to   MEB535-000000629
MEB535-000000630   to   MEB535-000000630
MEB535-000000631   to   MEB535-000000631
MEB535-000000632   to   MEB535-000000632
MEB535-000000633   to   MEB535-000000633
MEB535-000000634   to   MEB535-000000634
MEB535-000000635   to   MEB535-000000635
MEB535-000000636   to   MEB535-000000636
MEB535-000000637   to   MEB535-000000637
MEB535-000000638   to   MEB535-000000638
MEB535-000000639   to   MEB535-000000639
MEB535-000000640   to   MEB535-000000640
MEB535-000000641   to   MEB535-000000641
MEB535-000000642   to   MEB535-000000642
MEB535-000000643   to   MEB535-000000643
MEB535-000000644   to   MEB535-000000644
MEB535-000000645   to   MEB535-000000645
MEB535-000000646   to   MEB535-000000646
MEB535-000000647   to   MEB535-000000647
MEB535-000000648   to   MEB535-000000648
MEB535-000000649   to   MEB535-000000649
MEB535-000000650   to   MEB535-000000650
MEB535-000000651   to   MEB535-000000651
MEB535-000000652   to   MEB535-000000652
MEB535-000000653   to   MEB535-000000653
MEB535-000000654   to   MEB535-000000654
MEB535-000000655   to   MEB535-000000655
MEB535-000000656   to   MEB535-000000656
MEB535-000000657   to   MEB535-000000657
MEB535-000000658   to   MEB535-000000658

MEB535-000000659   to   MEB535-000000659
MEB535-000000660   to   MEB535-000000660
MEB535-000000661   to   MEB535-000000661
MEB535-000000662   to   MEB535-000000662
MEB535-000000663   to   MEB535-000000663
MEB535-000000664   to   MEB535-000000664
MEB535-000000665   to   MEB535-000000665
MEB535-000000666   to   MEB535-000000666
MEB535-000000667   to   MEB535-000000667
MEB535-000000668   to   MEB535-000000668
MEB535-000000669   to   MEB535-000000669
MEB535-000000670   to   MEB535-000000670
MEB535-000000671   to   MEB535-000000671
MEB535-000000672   to   MEB535-000000672
MEB535-000000673   to   MEB535-000000673
MEB535-000000674   to   MEB535-000000674
MEB535-000000675   to   MEB535-000000675
MEB535-000000676   to   MEB535-000000676
MEB535-000000677   to   MEB535-000000677
MEB535-000000678   to   MEB535-000000678
MEB535-000000679   to   MEB535-000000679
MEB535-000000680   to   MEB535-000000680
MEB535-000000681   to   MEB535-000000681
MEB535-000000682   to   MEB535-000000682
MEB535-000000683   to   MEB535-000000683
MEB535-000000684   to   MEB535-000000684
MEB535-000000685   to   MEB535-000000685
MEB535-000000686   to   MEB535-000000686
MEB535-000000687   to   MEB535-000000687
MEB535-000000688   to   MEB535-000000688
MEB535-000000689   to   MEB535-000000689
MEB535-000000690   to   MEB535-000000690
MEB535-000000691   to   MEB535-000000691
MEB535-000000692   to   MEB535-000000692
MEB535-000000693   to   MEB535-000000693
MEB535-000000694   to   MEB535-000000694
MEB535-000000695   to   MEB535-000000695
MEB535-000000696   to   MEB535-000000696
MEB535-000000697   to   MEB535-000000697
MEB535-000000698   to   MEB535-000000698
MEB535-000000699   to   MEB535-000000699
MEB535-000000700   to   MEB535-000000700
MEB535-000000701   to   MEB535-000000701
MEB535-000000702   to   MEB535-000000702
MEB535-000000703   to   MEB535-000000703
MEB535-000000704   to   MEB535-000000704

| | | |
|---|---|---|
| MEB535-000000705 | to | MEB535-000000705 |
| MEB535-000000706 | to | MEB535-000000706 |
| MEB535-000000707 | to | MEB535-000000707 |
| MEB535-000000708 | to | MEB535-000000708 |
| MEB535-000000709 | to | MEB535-000000709 |
| MEB535-000000710 | to | MEB535-000000710 |
| MEB535-000000711 | to | MEB535-000000711 |
| MEB535-000000712 | to | MEB535-000000712 |
| MEB535-000000713 | to | MEB535-000000713 |
| MEB535-000000714 | to | MEB535-000000714 |
| MEB535-000000715 | to | MEB535-000000715 |
| MEB535-000000716 | to | MEB535-000000716 |
| MEB535-000000717 | to | MEB535-000000717 |
| MEB535-000000718 | to | MEB535-000000718 |
| MEB535-000000719 | to | MEB535-000000719 |
| MEB535-000000720 | to | MEB535-000000720 |
| MEB535-000000721 | to | MEB535-000000721 |
| MEB535-000000722 | to | MEB535-000000722 |
| MEB535-000000723 | to | MEB535-000000723 |
| MEB535-000000724 | to | MEB535-000000724 |
| MEB535-000000725 | to | MEB535-000000725 |
| MEB535-000000726 | to | MEB535-000000726 |
| MEB535-000000727 | to | MEB535-000000727 |
| MEB535-000000728 | to | MEB535-000000728 |
| MEB535-000000729 | to | MEB535-000000729 |
| MEB535-000000730 | to | MEB535-000000730 |
| MEB535-000000731 | to | MEB535-000000731 |
| MEB535-000000732 | to | MEB535-000000732 |
| MEB535-000000733 | to | MEB535-000000733 |
| MEB535-000000734 | to | MEB535-000000735 |
| MEB535-000000736 | to | MEB535-000000737 |
| MEB535-000000738 | to | MEB535-000000738 |
| MEB535-000000739 | to | MEB535-000001075 |
| MEB535-000001076 | to | MEB535-000001431 |
| MEB535-000001432 | to | MEB535-000001987 |
| MEB535-000001988 | to | MEB535-000003014 |
| MEB535-000003015 | to | MEB535-000004751 |
| MEB535-000004752 | to | MEB535-000006331 |
| MEB535-000006332 | to | MEB535-000007388 |
| MEB535-000007389 | to | MEB535-000008432 |
| MEB535-000008433 | to | MEB535-000009466 |
| MEB535-000009467 | to | MEB535-000009490 |
| MEB535-000009491 | to | MEB535-000009501 |
| MEB535-000009502 | to | MEB535-000009544 |
| MEB535-000009545 | to | MEB535-000009556 |
| MEB535-000009557 | to | MEB535-000009578 |

| | | |
|---|---|---|
| MEB535-000009579 | to | MEB535-000009608 |
| MEB535-000009609 | to | MEB535-000009617 |
| MEB535-000009618 | to | MEB535-000009660 |
| MEB535-000009661 | to | MEB535-000010216 |
| MEB535-000010217 | to | MEB535-000011069 |
| MEB535-000011070 | to | MEB535-000011909 |
| MEB535-000011910 | to | MEB535-000012856 |
| MEB535-000012857 | to | MEB535-000014518 |
| MEB535-000014519 | to | MEB535-000016040 |
| MEB535-000016041 | to | MEB535-000016377 |
| MEB535-000016378 | to | MEB535-000018607 |
| MEB535-000018608 | to | MEB535-000022015 |
| MEB535-000022016 | to | MEB535-000023506 |
| MEB535-000023507 | to | MEB535-000024864 |
| MEB535-000024865 | to | MEB535-000026804 |
| MEB535-000026805 | to | MEB535-000027794 |
| MEB535-000027795 | to | MEB535-000028757 |
| MEB535-000028758 | to | MEB535-000029700 |
| MEB535-000029701 | to | MEB535-000030636 |
| MEB535-000030637 | to | MEB535-000031548 |
| MEB535-000031549 | to | MEB535-000032470 |
| MEB535-000032471 | to | MEB535-000034115 |
| MEB535-000034116 | to | MEB535-000035760 |
| MEB535-000035761 | to | MEB535-000037405 |
| MEB535-000037406 | to | MEB535-000039050 |
| MEB535-000039051 | to | MEB535-000040695 |
| MEB535-000040696 | to | MEB535-000042340 |
| MEB535-000042341 | to | MEB535-000043985 |
| MEB535-000043986 | to | MEB535-000045749 |
| MEB535-000045750 | to | MEB535-000047513 |
| MEB535-000047514 | to | MEB535-000049277 |
| MEB535-000049278 | to | MEB535-000051041 |
| MEB535-000051042 | to | MEB535-000052805 |
| MEB535-000052806 | to | MEB535-000054569 |
| MEB535-000054570 | to | MEB535-000056333 |
| MEB535-000056334 | to | MEB535-000058097 |
| MEB535-000058098 | to | MEB535-000059861 |
| MEB535-000059862 | to | MEB535-000061625 |
| MEB535-000061626 | to | MEB535-000063389 |
| MEB535-000063390 | to | MEB535-000065153 |
| MEB535-000065154 | to | MEB535-000066925 |
| MEB535-000066926 | to | MEB535-000068697 |
| MEB535-000068698 | to | MEB535-000070270 |
| MEB535-000070271 | to | MEB535-000071843 |
| MEB535-000071844 | to | MEB535-000073615 |
| MEB535-000073616 | to | MEB535-000075387 |

MEB535-000075388   to   MEB535-000077159
MEB535-000077160   to   MEB535-000078931
MEB535-000078932   to   MEB535-000080703
MEB535-000080704   to   MEB535-000082475
MEB535-000082476   to   MEB535-000084247
MEB535-000084248   to   MEB535-000086019
MEB535-000086020   to   MEB535-000087791
MEB535-000087792   to   MEB535-000089563
MEB535-000089564   to   MEB535-000091136
MEB535-000091137   to   MEB535-000092709
MEB535-000092710   to   MEB535-000094282
MEB535-000094283   to   MEB535-000095855
MEB535-000095856   to   MEB535-000097428
MEB535-000097429   to   MEB535-000099001
MEB535-000099002   to   MEB535-000100574
MEB535-000100575   to   MEB535-000102147
MEB535-000102148   to   MEB535-000103720
MEB535-000103721   to   MEB535-000105293
MEB535-000105294   to   MEB535-000106938
MEB535-000106939   to   MEB535-000108583
MEB535-000108584   to   MEB535-000110228
MEB535-000110229   to   MEB535-000111873
MEB535-000111874   to   MEB535-000113518
MEB535-000113519   to   MEB535-000115163
MEB535-000115164   to   MEB535-000116736
MEB535-000116737   to   MEB535-000118381
MEB535-000118382   to   MEB535-000120145
MEB535-000120146   to   MEB535-000121917
MEB535-000121918   to   MEB535-000121980
MEB535-000121981   to   MEB535-000122556
MEB535-000122557   to   MEB535-000123191
MEB535-000123192   to   MEB535-000123429
MEB535-000123430   to   MEB535-000123432
MEB535-000123433   to   MEB535-000123436
MEB535-000123437   to   MEB535-000123441
MEB535-000123442   to   MEB535-000123445
MEB535-000123446   to   MEB535-000123451
MEB535-000123452   to   MEB535-000123455
MEB535-000123456   to   MEB535-000123459
MEB535-000123460   to   MEB535-000123463
MEB535-000123464   to   MEB535-000123466
MEB535-000123467   to   MEB535-000123467
MEB535-000123468   to   MEB535-000123468
MEB535-000123469   to   MEB535-000123469
MEB535-000123470   to   MEB535-000123470
MEB535-000123471   to   MEB535-000123471

MEB535-000123472   to   MEB535-000123472
MEB535-000123473   to   MEB535-000123473
MEB535-000123474   to   MEB535-000123474
MEB535-000123475   to   MEB535-000123475
MEB535-000123476   to   MEB535-000123476
MEB535-000123477   to   MEB535-000123477
MEB535-000123478   to   MEB535-000123478
MEB535-000123479   to   MEB535-000123479
MEB535-000123480   to   MEB535-000123480
MEB535-000123481   to   MEB535-000123481
MEB535-000123482   to   MEB535-000123482
MEB535-000123483   to   MEB535-000123483
MEB535-000123484   to   MEB535-000123484
MEB535-000123485   to   MEB535-000123485
MEB535-000123486   to   MEB535-000123486
MEB535-000123487   to   MEB535-000123487
MEB535-000123488   to   MEB535-000123488
MEB535-000123489   to   MEB535-000123489
MEB535-000123490   to   MEB535-000123490
MEB535-000123491   to   MEB535-000123491
MEB535-000123492   to   MEB535-000123492
MEB535-000123493   to   MEB535-000123493
MEB535-000123494   to   MEB535-000123494
MEB535-000123495   to   MEB535-000123495
MEB535-000123496   to   MEB535-000123496
MEB535-000123497   to   MEB535-000123497
MEB535-000123498   to   MEB535-000123498
MEB535-000123499   to   MEB535-000123499
MEB535-000123500   to   MEB535-000123500
MEB535-000123501   to   MEB535-000123501
MEB535-000123502   to   MEB535-000123502
MEB535-000123503   to   MEB535-000123503
MEB535-000123504   to   MEB535-000123504
MEB535-000123505   to   MEB535-000123505
MEB535-000123506   to   MEB535-000123506
MEB535-000123507   to   MEB535-000123507
MEB535-000123508   to   MEB535-000123508
MEB535-000123509   to   MEB535-000123509
MEB535-000123510   to   MEB535-000123510
MEB535-000123511   to   MEB535-000123511
MEB535-000123512   to   MEB535-000123512
MEB535-000123513   to   MEB535-000123513
MEB535-000123514   to   MEB535-000123514
MEB535-000123515   to   MEB535-000123515
MEB535-000123516   to   MEB535-000123516
MEB535-000123517   to   MEB535-000123517

MEB535-000123518   to   MEB535-000123518
MEB535-000123519   to   MEB535-000123519
MEB535-000123520   to   MEB535-000123520
MEB535-000123521   to   MEB535-000123521
MEB535-000123522   to   MEB535-000123522
MEB535-000123523   to   MEB535-000123523
MEB535-000123524   to   MEB535-000123524
MEB535-000123525   to   MEB535-000123525
MEB535-000123526   to   MEB535-000123526
MEB535-000123527   to   MEB535-000123527
MEB535-000123528   to   MEB535-000123528
MEB535-000123529   to   MEB535-000123529
MEB535-000123530   to   MEB535-000123530
MEB535-000123531   to   MEB535-000123531
MEB535-000123532   to   MEB535-000123532
MEB535-000123533   to   MEB535-000123533
MEB535-000123534   to   MEB535-000123534
MEB535-000123535   to   MEB535-000123535
MEB535-000123536   to   MEB535-000123536
MEB535-000123537   to   MEB535-000123537
MEB535-000123538   to   MEB535-000123538
MEB535-000123539   to   MEB535-000123539
MEB535-000123540   to   MEB535-000123540
MEB535-000123541   to   MEB535-000123541
MEB535-000123542   to   MEB535-000123542
MEB535-000123543   to   MEB535-000123543
MEB535-000123544   to   MEB535-000123544
MEB535-000123545   to   MEB535-000123545
MEB535-000123546   to   MEB535-000123546
MEB535-000123547   to   MEB535-000123547
MEB535-000123548   to   MEB535-000123548
MEB535-000123549   to   MEB535-000123549
MEB535-000123550   to   MEB535-000123550
MEB535-000123551   to   MEB535-000123551
MEB535-000123552   to   MEB535-000123552
MEB535-000123553   to   MEB535-000123553
MEB535-000123554   to   MEB535-000123554
MEB535-000123555   to   MEB535-000123555
MEB535-000123556   to   MEB535-000123556
MEB535-000123557   to   MEB535-000123557
MEB535-000123558   to   MEB535-000123558
MEB535-000123559   to   MEB535-000123559
MEB535-000123560   to   MEB535-000123560
MEB535-000123561   to   MEB535-000123561
MEB535-000123562   to   MEB535-000123562
MEB535-000123563   to   MEB535-000123563

MEB535-000123564    to    MEB535-000123564
MEB535-000123565    to    MEB535-000123565
MEB535-000123566    to    MEB535-000123566
MEB535-000123567    to    MEB535-000123567
MEB535-000123568    to    MEB535-000123568
MEB535-000123569    to    MEB535-000123569
MEB535-000123570    to    MEB535-000123570
MEB535-000123571    to    MEB535-000123571
MEB535-000123572    to    MEB535-000123572
MEB535-000123573    to    MEB535-000123573
MEB535-000123574    to    MEB535-000123574
MEB535-000123575    to    MEB535-000123575
MEB535-000123576    to    MEB535-000123576
MEB535-000123577    to    MEB535-000123577
MEB535-000123578    to    MEB535-000123578
MEB535-000123579    to    MEB535-000123579
MEB535-000123580    to    MEB535-000123580
MEB535-000123581    to    MEB535-000123581
MEB535-000123582    to    MEB535-000123582
MEB535-000123583    to    MEB535-000123583
MEB535-000123584    to    MEB535-000123584
MEB535-000123585    to    MEB535-000123585
MEB535-000123586    to    MEB535-000123586
MEB535-000123587    to    MEB535-000123587
MEB535-000123588    to    MEB535-000123588
MEB535-000123589    to    MEB535-000123589
MEB535-000123590    to    MEB535-000123590
MEB535-000123591    to    MEB535-000123591
MEB535-000123592    to    MEB535-000123592
MEB535-000123593    to    MEB535-000123593
MEB535-000123594    to    MEB535-000123594
MEB535-000123595    to    MEB535-000123595
MEB535-000123596    to    MEB535-000123596
MEB535-000123597    to    MEB535-000123597
MEB535-000123598    to    MEB535-000123598
MEB535-000123599    to    MEB535-000123599
MEB535-000123600    to    MEB535-000123600
MEB535-000123601    to    MEB535-000123601
MEB535-000123602    to    MEB535-000123602
MEB535-000123603    to    MEB535-000123603
MEB535-000123604    to    MEB535-000123604
MEB535-000123605    to    MEB535-000123605
MEB535-000123606    to    MEB535-000123606
MEB535-000123607    to    MEB535-000123607
MEB535-000123608    to    MEB535-000123608
MEB535-000123609    to    MEB535-000123609

MEB535-000123610   to   MEB535-000123610
MEB535-000123611   to   MEB535-000123611
MEB535-000123612   to   MEB535-000123612
MEB535-000123613   to   MEB535-000123613
MEB535-000123614   to   MEB535-000123614
MEB535-000123615   to   MEB535-000123615
MEB535-000123616   to   MEB535-000123616
MEB535-000123617   to   MEB535-000123617
MEB535-000123618   to   MEB535-000123618
MEB535-000123619   to   MEB535-000123619
MEB535-000123620   to   MEB535-000123620
MEB535-000123621   to   MEB535-000123621
MEB535-000123622   to   MEB535-000123622
MEB535-000123623   to   MEB535-000123623
MEB535-000123624   to   MEB535-000123624
MEB535-000123625   to   MEB535-000123625
MEB535-000123626   to   MEB535-000123626
MEB535-000123627   to   MEB535-000123627
MEB535-000123628   to   MEB535-000123628
MEB535-000123629   to   MEB535-000123629
MEB535-000123630   to   MEB535-000123630
MEB535-000123631   to   MEB535-000123631
MEB535-000123632   to   MEB535-000123632
MEB535-000123633   to   MEB535-000123633
MEB535-000123634   to   MEB535-000123634
MEB535-000123635   to   MEB535-000123635
MEB535-000123636   to   MEB535-000123636
MEB535-000123637   to   MEB535-000123637
MEB535-000123638   to   MEB535-000123638
MEB535-000123639   to   MEB535-000123639
MEB535-000123640   to   MEB535-000123640
MEB535-000123641   to   MEB535-000123641
MEB535-000123642   to   MEB535-000123642
MEB535-000123643   to   MEB535-000123643
MEB535-000123644   to   MEB535-000123644
MEB535-000123645   to   MEB535-000123645
MEB535-000123646   to   MEB535-000123646
MEB535-000123647   to   MEB535-000123647
MEB535-000123648   to   MEB535-000123648
MEB535-000123649   to   MEB535-000123649
MEB535-000123650   to   MEB535-000123650
MEB535-000123651   to   MEB535-000123651
MEB535-000123652   to   MEB535-000123652
MEB535-000123653   to   MEB535-000123653
MEB535-000123654   to   MEB535-000123654
MEB535-000123655   to   MEB535-000123655

MEB535-000123656   to   MEB535-000123656
MEB535-000123657   to   MEB535-000123657
MEB535-000123658   to   MEB535-000123658
MEB535-000123659   to   MEB535-000123659
MEB535-000123660   to   MEB535-000123660
MEB535-000123661   to   MEB535-000123661
MEB535-000123662   to   MEB535-000123662
MEB535-000123663   to   MEB535-000123663
MEB535-000123664   to   MEB535-000123664
MEB535-000123665   to   MEB535-000123665
MEB535-000123666   to   MEB535-000123666
MEB535-000123667   to   MEB535-000123667
MEB535-000123668   to   MEB535-000123668
MEB535-000123669   to   MEB535-000123669
MEB535-000123670   to   MEB535-000123670
MEB535-000123671   to   MEB535-000123671
MEB535-000123672   to   MEB535-000123672
MEB535-000123673   to   MEB535-000123673
MEB535-000123674   to   MEB535-000123674
MEB535-000123675   to   MEB535-000123675
MEB535-000123676   to   MEB535-000123676
MEB535-000123677   to   MEB535-000123677
MEB535-000123678   to   MEB535-000123678
MEB535-000123679   to   MEB535-000123679
MEB535-000123680   to   MEB535-000123680
MEB535-000123681   to   MEB535-000123681
MEB535-000123682   to   MEB535-000123682
MEB535-000123683   to   MEB535-000123683
MEB535-000123684   to   MEB535-000123684
MEB535-000123685   to   MEB535-000123685
MEB535-000123686   to   MEB535-000123686
MEB535-000123687   to   MEB535-000123687
MEB535-000123688   to   MEB535-000123688
MEB535-000123689   to   MEB535-000123689
MEB535-000123690   to   MEB535-000123690
MEB535-000123691   to   MEB535-000123691
MEB535-000123692   to   MEB535-000123692
MEB535-000123693   to   MEB535-000123693
MEB535-000123694   to   MEB535-000123694
MEB535-000123695   to   MEB535-000123695
MEB535-000123696   to   MEB535-000123696
MEB535-000123697   to   MEB535-000123697
MEB535-000123698   to   MEB535-000123698
MEB535-000123699   to   MEB535-000123699
MEB535-000123700   to   MEB535-000123700
MEB535-000123701   to   MEB535-000123701

MEB535-000123702   to   MEB535-000123702
MEB535-000123703   to   MEB535-000123703
MEB535-000123704   to   MEB535-000123704
MEB535-000123705   to   MEB535-000123705
MEB535-000123706   to   MEB535-000123706
MEB535-000123707   to   MEB535-000123707
MEB535-000123708   to   MEB535-000123708
MEB535-000123709   to   MEB535-000123709
MEB535-000123710   to   MEB535-000123710
MEB535-000123711   to   MEB535-000123711
MEB535-000123712   to   MEB535-000123712
MEB535-000123713   to   MEB535-000123713
MEB535-000123714   to   MEB535-000123714
MEB535-000123715   to   MEB535-000123715
MEB535-000123716   to   MEB535-000123716
MEB535-000123717   to   MEB535-000123717
MEB535-000123718   to   MEB535-000123718
MEB535-000123719   to   MEB535-000123719
MEB535-000123720   to   MEB535-000123720
MEB535-000123721   to   MEB535-000123721
MEB535-000123722   to   MEB535-000123722
MEB535-000123723   to   MEB535-000123723
MEB535-000123724   to   MEB535-000123724
MEB535-000123725   to   MEB535-000123725
MEB535-000123726   to   MEB535-000123726
MEB535-000123727   to   MEB535-000123727
MEB535-000123728   to   MEB535-000123728
MEB535-000123729   to   MEB535-000123729
MEB535-000123730   to   MEB535-000123730
MEB535-000123731   to   MEB535-000123731
MEB535-000123732   to   MEB535-000123732
MEB535-000123733   to   MEB535-000123733
MEB535-000123734   to   MEB535-000123734
MEB535-000123735   to   MEB535-000123735
MEB535-000123736   to   MEB535-000123736
MEB535-000123737   to   MEB535-000123737
MEB535-000123738   to   MEB535-000123738
MEB535-000123739   to   MEB535-000123739
MEB535-000123740   to   MEB535-000123740
MEB535-000123741   to   MEB535-000123741
MEB535-000123742   to   MEB535-000123742
MEB535-000123743   to   MEB535-000123743
MEB535-000123744   to   MEB535-000123744
MEB535-000123745   to   MEB535-000123745
MEB535-000123746   to   MEB535-000123746
MEB535-000123747   to   MEB535-000123747

MEB535-000123748   to   MEB535-000123748
MEB535-000123749   to   MEB535-000123749
MEB535-000123750   to   MEB535-000123750
MEB535-000123751   to   MEB535-000123751
MEB535-000123752   to   MEB535-000123752
MEB535-000123753   to   MEB535-000123753
MEB535-000123754   to   MEB535-000123754
MEB535-000123755   to   MEB535-000123755
MEB535-000123756   to   MEB535-000123756
MEB535-000123757   to   MEB535-000123757
MEB535-000123758   to   MEB535-000123758
MEB535-000123759   to   MEB535-000123759
MEB535-000123760   to   MEB535-000123760
MEB535-000123761   to   MEB535-000123761
MEB535-000123762   to   MEB535-000123762
MEB535-000123763   to   MEB535-000123763
MEB535-000123764   to   MEB535-000123764
MEB535-000123765   to   MEB535-000123765
MEB535-000123766   to   MEB535-000123766
MEB535-000123767   to   MEB535-000123767
MEB535-000123768   to   MEB535-000123768
MEB535-000123769   to   MEB535-000123769
MEB535-000123770   to   MEB535-000123770
MEB535-000123771   to   MEB535-000123771
MEB535-000123772   to   MEB535-000123772
MEB535-000123773   to   MEB535-000123773
MEB535-000123774   to   MEB535-000123774
MEB535-000123775   to   MEB535-000123775
MEB535-000123776   to   MEB535-000123776
MEB535-000123777   to   MEB535-000123777
MEB535-000123778   to   MEB535-000123778
MEB535-000123779   to   MEB535-000123779
MEB535-000123780   to   MEB535-000123780
MEB535-000123781   to   MEB535-000123781
MEB535-000123782   to   MEB535-000123782
MEB535-000123783   to   MEB535-000123783
MEB535-000123784   to   MEB535-000123784
MEB535-000123785   to   MEB535-000123785
MEB535-000123786   to   MEB535-000123786
MEB535-000123787   to   MEB535-000123787
MEB535-000123788   to   MEB535-000123788
MEB535-000123789   to   MEB535-000123789
MEB535-000123790   to   MEB535-000123790
MEB535-000123791   to   MEB535-000123791
MEB535-000123792   to   MEB535-000123792
MEB535-000123793   to   MEB535-000123793

MEB535-000123794    to    MEB535-000123794
MEB535-000123795    to    MEB535-000123795
MEB535-000123796    to    MEB535-000123796
MEB535-000123797    to    MEB535-000123797
MEB535-000123798    to    MEB535-000123798
MEB535-000123799    to    MEB535-000123799
MEB535-000123800    to    MEB535-000123800
MEB535-000123801    to    MEB535-000123801
MEB535-000123802    to    MEB535-000123802
MEB535-000123803    to    MEB535-000123803
MEB535-000123804    to    MEB535-000123804
MEB535-000123805    to    MEB535-000123805
MEB535-000123806    to    MEB535-000123806
MEB535-000123807    to    MEB535-000123807
MEB535-000123808    to    MEB535-000123808
MEB535-000123809    to    MEB535-000123809
MEB535-000123810    to    MEB535-000123810
MEB535-000123811    to    MEB535-000123811
MEB535-000123812    to    MEB535-000123812
MEB535-000123813    to    MEB535-000123813
MEB535-000123814    to    MEB535-000123814
MEB535-000123815    to    MEB535-000123815
MEB535-000123816    to    MEB535-000123816
MEB535-000123817    to    MEB535-000123817
MEB535-000123818    to    MEB535-000123818
MEB535-000123819    to    MEB535-000123819
MEB535-000123820    to    MEB535-000123820
MEB535-000123821    to    MEB535-000123821
MEB535-000123822    to    MEB535-000123822
MEB535-000123823    to    MEB535-000123823
MEB535-000123824    to    MEB535-000123824
MEB535-000123825    to    MEB535-000123825
MEB535-000123826    to    MEB535-000123826
MEB535-000123827    to    MEB535-000123827
MEB535-000123828    to    MEB535-000123828
MEB535-000123829    to    MEB535-000123829
MEB535-000123830    to    MEB535-000123830
MEB535-000123831    to    MEB535-000123831
MEB535-000123832    to    MEB535-000123832
MEB535-000123833    to    MEB535-000123833
MEB535-000123834    to    MEB535-000123834
MEB535-000123835    to    MEB535-000123835
MEB535-000123836    to    MEB535-000123836
MEB535-000123837    to    MEB535-000123837
MEB535-000123838    to    MEB535-000123838
MEB535-000123839    to    MEB535-000123839

MEB535-000123840   to   MEB535-000123840
MEB535-000123841   to   MEB535-000123841
MEB535-000123842   to   MEB535-000123842
MEB535-000123843   to   MEB535-000123843
MEB535-000123844   to   MEB535-000123844
MEB535-000123845   to   MEB535-000123845
MEB535-000123846   to   MEB535-000123846
MEB535-000123847   to   MEB535-000123847
MEB535-000123848   to   MEB535-000123848
MEB535-000123849   to   MEB535-000123849
MEB535-000123850   to   MEB535-000123850
MEB535-000123851   to   MEB535-000123851
MEB535-000123852   to   MEB535-000123852
MEB535-000123853   to   MEB535-000123853
MEB535-000123854   to   MEB535-000123854
MEB535-000123855   to   MEB535-000123855
MEB535-000123856   to   MEB535-000123856
MEB535-000123857   to   MEB535-000123857
MEB535-000123858   to   MEB535-000123858
MEB535-000123859   to   MEB535-000123859
MEB535-000123860   to   MEB535-000123860
MEB535-000123861   to   MEB535-000123861
MEB535-000123862   to   MEB535-000123862
MEB535-000123863   to   MEB535-000123863
MEB535-000123864   to   MEB535-000123864
MEB535-000123865   to   MEB535-000123865
MEB535-000123866   to   MEB535-000123866
MEB535-000123867   to   MEB535-000123867
MEB535-000123868   to   MEB535-000123868
MEB535-000123869   to   MEB535-000123869
MEB535-000123870   to   MEB535-000123870
MEB535-000123871   to   MEB535-000123871
MEB535-000123872   to   MEB535-000123872
MEB535-000123873   to   MEB535-000123873
MEB535-000123874   to   MEB535-000123874
MEB535-000123875   to   MEB535-000123875
MEB535-000123876   to   MEB535-000123876
MEB535-000123877   to   MEB535-000123877
MEB535-000123878   to   MEB535-000123878
MEB535-000123879   to   MEB535-000123879
MEB535-000123880   to   MEB535-000123880
MEB535-000123881   to   MEB535-000123881
MEB535-000123882   to   MEB535-000123882
MEB535-000123883   to   MEB535-000123883
MEB535-000123884   to   MEB535-000123884
MEB535-000123885   to   MEB535-000123885

MEB535-000123886 to MEB535-000123886
MEB535-000123887 to MEB535-000123887
MEB535-000123888 to MEB535-000123888
MEB535-000123889 to MEB535-000123889
MEB535-000123890 to MEB535-000123890
MEB535-000123891 to MEB535-000123891
MEB535-000123892 to MEB535-000123892
MEB535-000123893 to MEB535-000123893
MEB535-000123894 to MEB535-000123894
MEB535-000123895 to MEB535-000123895
MEB535-000123896 to MEB535-000123896
MEB535-000123897 to MEB535-000123897
MEB535-000123898 to MEB535-000123898
MEB535-000123899 to MEB535-000123899
MEB535-000123900 to MEB535-000123900
MEB535-000123901 to MEB535-000123901
MEB535-000123902 to MEB535-000123902
MEB535-000123903 to MEB535-000123903
MEB535-000123904 to MEB535-000123904
MEB535-000123905 to MEB535-000123905
MEB535-000123906 to MEB535-000123906
MEB535-000123907 to MEB535-000123907
MEB535-000123908 to MEB535-000123908
MEB535-000123909 to MEB535-000123909
MEB535-000123910 to MEB535-000123910
MEB535-000123911 to MEB535-000123911
MEB535-000123912 to MEB535-000123912
MEB535-000123913 to MEB535-000123913
MEB535-000123914 to MEB535-000123914
MEB535-000123915 to MEB535-000123915
MEB535-000123916 to MEB535-000123916
MEB535-000123917 to MEB535-000123917
MEB535-000123918 to MEB535-000123918
MEB535-000123919 to MEB535-000123919
MEB535-000123920 to MEB535-000123920
MEB535-000123921 to MEB535-000123921
MEB535-000123922 to MEB535-000123922
MEB535-000123923 to MEB535-000123923
MEB535-000123924 to MEB535-000123924
MEB535-000123925 to MEB535-000123925
MEB535-000123926 to MEB535-000123926
MEB535-000123927 to MEB535-000123927
MEB535-000123928 to MEB535-000123928
MEB535-000123929 to MEB535-000123929
MEB535-000123930 to MEB535-000123930
MEB535-000123931 to MEB535-000123931

MEB535-000123932   to   MEB535-000123932
MEB535-000123933   to   MEB535-000123933
MEB535-000123934   to   MEB535-000123934
MEB535-000123935   to   MEB535-000123935
MEB535-000123936   to   MEB535-000123936
MEB535-000123937   to   MEB535-000123937
MEB535-000123938   to   MEB535-000123938
MEB535-000123939   to   MEB535-000123939
MEB535-000123940   to   MEB535-000123940
MEB535-000123941   to   MEB535-000123941
MEB535-000123942   to   MEB535-000123942
MEB535-000123943   to   MEB535-000123943
MEB535-000123944   to   MEB535-000123944
MEB535-000123945   to   MEB535-000123945
MEB535-000123946   to   MEB535-000123946
MEB535-000123947   to   MEB535-000123947
MEB535-000123948   to   MEB535-000123948
MEB535-000123949   to   MEB535-000123949
MEB535-000123950   to   MEB535-000123950
MEB535-000123951   to   MEB535-000123951
MEB535-000123952   to   MEB535-000123952
MEB535-000123953   to   MEB535-000123953
MEB535-000123954   to   MEB535-000123954
MEB535-000123955   to   MEB535-000123955
MEB535-000123956   to   MEB535-000123956
MEB535-000123957   to   MEB535-000123957
MEB535-000123958   to   MEB535-000123958
MEB535-000123959   to   MEB535-000123959
MEB535-000123960   to   MEB535-000123960
MEB535-000123961   to   MEB535-000123961
MEB535-000123962   to   MEB535-000123962
MEB535-000123963   to   MEB535-000123963
MEB535-000123964   to   MEB535-000123964
MEB535-000123965   to   MEB535-000123965
MEB535-000123966   to   MEB535-000123966
MEB535-000123967   to   MEB535-000123967
MEB535-000123968   to   MEB535-000123968
MEB535-000123969   to   MEB535-000123969
MEB535-000123970   to   MEB535-000123970
MEB535-000123971   to   MEB535-000123971
MEB535-000123972   to   MEB535-000123972
MEB535-000123973   to   MEB535-000123973
MEB535-000123974   to   MEB535-000123974
MEB535-000123975   to   MEB535-000123975
MEB535-000123976   to   MEB535-000124312
MEB535-000124313   to   MEB535-000124668

MEB535-000124669   to   MEB535-000125224
MEB535-000125225   to   MEB535-000126251
MEB535-000126252   to   MEB535-000127988
MEB535-000127989   to   MEB535-000129568
MEB535-000129569   to   MEB535-000130625
MEB535-000130626   to   MEB535-000131669
MEB535-000131670   to   MEB535-000132703
MEB535-000132704   to   MEB535-000132727
MEB535-000132728   to   MEB535-000132738
MEB535-000132739   to   MEB535-000132781
MEB535-000132782   to   MEB535-000132793
MEB535-000132794   to   MEB535-000132815
MEB535-000132816   to   MEB535-000132845
MEB535-000132846   to   MEB535-000132854
MEB535-000132855   to   MEB535-000132897
MEB535-000132898   to   MEB535-000133453
MEB535-000133454   to   MEB535-000134306
MEB535-000134307   to   MEB535-000135146
MEB535-000135147   to   MEB535-000136093
MEB535-000136094   to   MEB535-000137755
MEB535-000137756   to   MEB535-000139277
MEB535-000139278   to   MEB535-000139614
MEB535-000139615   to   MEB535-000141844
MEB535-000141845   to   MEB535-000145252
MEB535-000145253   to   MEB535-000146743
MEB535-000146744   to   MEB535-000148101
MEB535-000148102   to   MEB535-000150041
MEB535-000150042   to   MEB535-000151031
MEB535-000151032   to   MEB535-000151994
MEB535-000151995   to   MEB535-000152937
MEB535-000152938   to   MEB535-000153873
MEB535-000153874   to   MEB535-000154785
MEB535-000154786   to   MEB535-000155702
MEB535-000155703   to   MEB535-000157347
MEB535-000157348   to   MEB535-000158992
MEB535-000158993   to   MEB535-000160637
MEB535-000160638   to   MEB535-000162282
MEB535-000162283   to   MEB535-000163927
MEB535-000163928   to   MEB535-000165572
MEB535-000165573   to   MEB535-000167217
MEB535-000167218   to   MEB535-000168981
MEB535-000168982   to   MEB535-000170745
MEB535-000170746   to   MEB535-000172509
MEB535-000172510   to   MEB535-000174273
MEB535-000174274   to   MEB535-000176037
MEB535-000176038   to   MEB535-000177801

| | | |
|---|---|---|
| MEB535-000177802 | to | MEB535-000179565 |
| MEB535-000179566 | to | MEB535-000181329 |
| MEB535-000181330 | to | MEB535-000183093 |
| MEB535-000183094 | to | MEB535-000184857 |
| MEB535-000184858 | to | MEB535-000186621 |
| MEB535-000186622 | to | MEB535-000188385 |
| MEB535-000188386 | to | MEB535-000190157 |
| MEB535-000190158 | to | MEB535-000191929 |
| MEB535-000191930 | to | MEB535-000193502 |
| MEB535-000193503 | to | MEB535-000195075 |
| MEB535-000195076 | to | MEB535-000196847 |
| MEB535-000196848 | to | MEB535-000198619 |
| MEB535-000198620 | to | MEB535-000200391 |
| MEB535-000200392 | to | MEB535-000202163 |
| MEB535-000202164 | to | MEB535-000203935 |
| MEB535-000203936 | to | MEB535-000205707 |
| MEB535-000205708 | to | MEB535-000207479 |
| MEB535-000207480 | to | MEB535-000209251 |
| MEB535-000209252 | to | MEB535-000211023 |
| MEB535-000211024 | to | MEB535-000212795 |
| MEB535-000212796 | to | MEB535-000214368 |
| MEB535-000214369 | to | MEB535-000215941 |
| MEB535-000215942 | to | MEB535-000217514 |
| MEB535-000217515 | to | MEB535-000219087 |
| MEB535-000219088 | to | MEB535-000220660 |
| MEB535-000220661 | to | MEB535-000222233 |
| MEB535-000222234 | to | MEB535-000223806 |
| MEB535-000223807 | to | MEB535-000225379 |
| MEB535-000225380 | to | MEB535-000226952 |
| MEB535-000226953 | to | MEB535-000228525 |
| MEB535-000228526 | to | MEB535-000230170 |
| MEB535-000230171 | to | MEB535-000231815 |
| MEB535-000231816 | to | MEB535-000233460 |
| MEB535-000233461 | to | MEB535-000235105 |
| MEB535-000235106 | to | MEB535-000236750 |
| MEB535-000236751 | to | MEB535-000238395 |
| MEB535-000238396 | to | MEB535-000239968 |
| MEB535-000239969 | to | MEB535-000241613 |
| MEB535-000241614 | to | MEB535-000243377 |
| MEB535-000243378 | to | MEB535-000245149 |
| MEB535-000245150 | to | MEB535-000245150 |
| MEB535-000245151 | to | MEB535-000245151 |
| MEB535-000245152 | to | MEB535-000245152 |
| MEB535-000245153 | to | MEB535-000245153 |
| MEB535-000245154 | to | MEB535-000245154 |
| MEB535-000245155 | to | MEB535-000245155 |

```
MEB535-000245156   to   MEB535-000245156
MEB535-000245157   to   MEB535-000245157
MEB535-000245158   to   MEB535-000245158
MEB535-000245159   to   MEB535-000245159
MEB535-000245160   to   MEB535-000245160
MEB535-000245161   to   MEB535-000245161
MEB535-000245162   to   MEB535-000245162
MEB535-000245163   to   MEB535-000245163
MEB535-000245164   to   MEB535-000245164
MEB535-000245165   to   MEB535-000245165
MEB535-000245166   to   MEB535-000245166
MEB535-000245167   to   MEB535-000245167
MEB535-000245168   to   MEB535-000245168
MEB535-000245169   to   MEB535-000245169
MEB535-000245170   to   MEB535-000245170
MEB535-000245171   to   MEB535-000245171
MEB535-000245172   to   MEB535-000245196
MEB535-000245197   to   MEB535-000245197
MEB536-000000001   to   MEB536-000000003.
```

The United States' Production Log is attached.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: May 21, 2012

<u>**CERTIFICATE OF SERVICE**</u>

I, James F. McConnon, Jr., hereby certify that on May 21, 2012, I served a true copy of

the United States' Notice of Production upon the Plaintiffs by ECF.


    <u>    s/ James F. McConnon, Jr.    </u>
       JAMES F. McCONNON, JR.