UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: BARGE | CIVIL ACTION<br>NO. 05-4182 - Section "K"<br>MAG. (2) |

## SUPPLEMENTAL RECORD DESIGNATION BY DEFENDANT

NOW INTO COURT, through undersigned counsel, comes defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., and submits the following supplemental record designation in connection with the appeal taken by plaintiffs in the above captioned matter.

Document No. 20734 - 3/28/12 - Order and Reasons

Document No. 20735 - 3/28/12 - Judgment

Undersigned counsel has conferred with counsel for plaintiffs who consents to this supplemental designation.

Respectfully submitted,

**MONTGOMERY BARNETT, L.L.P.**

/s/ Philip S. Brooks, Jr.
A. GORDON GRANT, JR. (#6221)
PHILIP S. BROOKS, JR. (#21501)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Phone: 504-585-3200
Fax: 504-585-7688

AND

**CLYDE & CO. US LLP**
JOHN M. WOODS, ESQ.
JOHN R. STEVENSON, ESQ.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Phone: 212-710-3900
Fax: 212-710-3950

*Attorneys for: American Steamship Owners Mutual Protection and Indemnity Association, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Philip S. Brooks, Jr.