UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: MRGO | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing *Ex Parte* Consent Motion to Substitute Exhibit;

**IT IS ORDERED** that the motion is **GRANTED** and that the original Exhibit 14 to the Memorandum in Support of Motion to Exclude Testimony and Opinions of Robert Glenn Bea (R. Doc. 20822) be and hereby is removed from the record and that the attached Corrected Exhibit 14 be substituted. The Corrected Exhibit 14 is attached to the *Ex Parte* Consent Motion to Substitute Exhibit.

New Orleans, Louisiana, this 21st day of May, 2012.

UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

1094107v.1