McPeak, Agnieszka A.

**From:** McPeak, Agnieszka A.
**Sent:** Saturday, April 14, 2012 3:52 PM
**To:** McPeak, Agnieszka A.
**Subject:** FW: Adjustments and clarification of expert report deadlines

---

**From:** Treeby, William D.
**Sent:** Friday, December 23, 2011 12:22 PM
**To:** Bruno, Joseph; robin.doyle.smith@usdoj.gov
**Cc:** Wager-Zito, Adrian; 'Rupert Mitsch'; Gulotta, James C.
**Subject:** Adjustments and clarification of expert report deadlines

Joe,

  This is to confirm our agreement regarding adjustment and clarification of remaining expert report deadlines. All of your initial expert report deadlines are extended to January 5, 2012, except Dr. Bea's initial report, which is due as contained in Judge Duval's 11/23/2011 order, on February 3, 2012.

  All Defendants' initial expert reports (geotech, hydrological, standard of care and causation) are due March 8, 2012.

  I have discussed this with Robin Smith who expressed agreement on behalf of the DOJ.
Thanks for your cooperation, as always.
WTreeby


William D. Treeby (A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail <wtreeby@stonepigman.com>

---

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.



EXHIBIT
WGI
4

**From:** Joe Bruno [mailto:jbruno@brunobrunolaw.com]
**Sent:** Tuesday, February 28, 2012 4:51 PM
**To:** Treeby, William D.
**Cc:** robin.doyle.smith@usdoj.gov; Mallory M. Comeaux
**Subject:** RE: Hydrology Reports mrgo

Yes, it being understood that we may have to take these depositions after the discovery cutoff. We may need to alter the rebuttal time for these experts as well.

---

**From:** Treeby, William D. [mailto:wtreeby@stonepigman.com]
**Sent:** Tuesday, February 28, 2012 4:40 PM
**To:** Joe Bruno
**Cc:** robin.doyle.smith@usdoj.gov
**Subject:** Hydrology Reports

Joe,

This is to confirm our telephone conversation regarding deadlines for our opposing hydrology (Dalrymple) and supplemental property damage reports (Danner and Duplessis). I told you that our experts thought that they would need three weeks from the time they receive the revisions to the Vrijling hydrology reports (based on the new breach time scenario). You indicated that you would be sending me, later today, tables in ASCII form, to show the revisions to Vrijling's report, and that the color paper copies would be coming by Friday.

You indicated that you did not, under these circumstances, object to a three week extension for the Dalrymple, Danner and Duplessis reports from our receipt of your revisions to Vrijling's report (I interpret that as three weeks from today or March 21--assuming our experts are satisfied that the ASCII/table format is sufficient for them to understand the revisions). If you disagree, please let me know--and this presumes we receive the revisions today.

Of course, if the revisions to not require re-modeling Vrijling's assumptions, this extension will not need to be as long--and once we have the revisions and they are reviewed by Dr. Dalrymple we will tell you what is required.
WTreeby


William D. Treeby (A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail <wtreeby@stonepigman.com>



EXHIBIT
WGI
5

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.