UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NUMBER:  05-4182 "K"(2)
JUDGE Duval
MAG. Wilkinson

PERTAINS TO:   MRGO
              *Armstrong*, No. 10-866

**PLAINTIFFS' EX PARTE/CONSENT MOTION AND INCORPORATED
MEMORANDUM FOR LEAVE TO FILE EXCESS PAGE JOINT MEMORANDUM IN
OPPOSITION TO DEFENDANTS UNITED STATES AND WASHINGTON GROUP
INTERNATIONAL, INC.'S MOTIONS TO EXCLUDE THE TESTIMONY AND
OPINION OF DR. ROBERT BEA**

Plaintiffs hereby respectfully request leave to file a brief not exceeding 50-pages in
support of their joint opposition to Defendants United States and Washington Group
International Inc.'s motions to exclude Dr. Bea's opinion and testimony (Doc Nos. 20823,
20822).  In support of this motion, Plaintiffs refer to the number of issues raised in Defendants'
motions, this Court's previous grant of leave to Defendants to file over-length briefs not to
exceed 50-pages (Doc. No. 20815 (WGI), Doc. No. 20834 (USA)), and Defendants' consent to
Plaintiffs filing an over-length joint opposition memorandum not to exceed 50-pages.

Pursuant to Local Rule 7.3E, a Proposed Order is provided.

Dated: May 21, 2012

**Respectfully Submitted,
PLAINTIFFS LIAISON COUNSEL**

       /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
Bruno & Bruno, LLP
855 Baronne Street

1

New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB GROUP LITIGATION
COMMITTEE**

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette,
LA)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of

record by ECF on May 21, 2012.

 /s/ Joseph M. Bruno

2