# EXHIBIT 4

**Sent:** Thursday, August 04, 2005 6:49 AM
**To:** Lesser, Richard; Bacuta, George C MVN
**Subject:** RE: New Orleans IHNC

Rich:

I included a diskette of GW report comments (Word format) in the mail Monday. Should have received it by now, but here it is again.

Lee

-----Original Message-----
**From:** Lesser, Richard [mailto:Richard.Lesser@wgint.com]
**Sent:** Wednesday, August 03, 2005 7:28 PM
**To:** Bacuta, George C MVN
**Cc:** Guillory, Lee A MVN
**Subject:** RE: New Orleans IHNC

You guys sure are workin' late.

Let's just say a "Flat File" is one accessible / formatted for Microsoft Access. I'm not a database guru, so, I'm not sure how to explain it.

LDEQ was comfortable with the approach, but the "16" is derived from their look-up table. We had other options with the fact this salty groundwater gave us sample cleanup factors that elevated detection limits, but, he thought this approach was best.

I'll send you a re-written section of our g-water report tomorrow.

Rich

---

**From:** Bacuta, George C MVN [mailto:George.C.Bacuta@mvn02.usace.army.mil]
**Sent:** Wed 8/3/2005 5:18 PM
**To:** Lesser, Richard
**Cc:** Guillory, Lee A MVN
**Subject:** RE: New Orleans IHNC

Rich:

What are "flat files"? Since you say that this will be accessible with Microsoft Access, then this would be an electronic file. WGI will provide us soft copy of the "flat file" - yes?

I think the basis for MMG's soil DF is it's closeness to the Canal. And since the 1997 USACE Design Memo Report showed a pre-remediation groundwater flow both towards and away from the Canal, they have decided to use a DF = 1 on account of the closeness of the site to the Canal. Note that the 1997 report groundwater flow information (actually the groundwater data was collected in 1993/1992?) Indicate the influence of the structures (foundation of buildings, canal drainage, etc.) present at that time on the shallow gw flow. After remediation, the structures are gone, the soil subsurface had been modified on account of excavation/removal/new fill, the current groundwater flow information (taken by WGI in May/June 2005) points to a flow away from the Canal. Did the LDEQ toxicologist you talked to concurr with the DF 16 estimate? Please describe in the report how you arrive at this DF 16 or justification for using this DF.

George

PS: If Lee is satisfied with soft copies, then he'll have no problem his office floor load bearing capacity.