# EXHIBIT 5

# Soil Mechanics

*T. William Lambe* • *Robert V. Whitman*

Massachusetts Institute of Technology

1969

JOHN WILEY & SONS, New York • Chichester • Brisbane • Toronto • Singapore



Fig. 1.7 Building on expansive soil.

when the confining pressure is reduced and/or the water content of the soil is increased. Certain soils, termed *expansive soils*, display heaving characteristics to a relatively high degree.

Heave problems are particularly common and economically important in those parts of the world with arid regions, e.g., Egypt, Israel, South Africa, Spain, Southwestern United States, and Venezuela. In such areas the soils dry and shrink during the arid weather and then expand when moisture becomes available. Water can become available from rainfall, or drainage, or from capillarity when an impervious surface is placed on the surface of the soil, thereby preventing evaporation. Obviously, the lighter a structure, the more the expanding soil will raise it. Thus heave problems are commonly associated with light structures such as small buildings (especially dwellings), dam spillways, and road pavements.

Figure 1.7 shows a light structure built in Coro, Venezuela. In the Coro area the soil is very expansive, containing the mineral *montmorillonite*. A number of buildings in Coro have been damaged by heave. For example, the floor slab and entry slab of a local hotel, resting on the ground surface, have heaved extensively, thus cracking badly and becoming very irregular. The building in Fig. 1.7 employs a scheme that avoids heave troubles but clearly is much more expensive than a simple shallow mat. First, holes were augered into the soil, steel shells were placed, and then concrete base plugs and piles were poured. Under the building and around the piles was left an air gap, which served both to reduce the amount of heave of the soil (by permitting evaporation) and to allow room for such heave without disturbing the building.

The main question for the soil engineer was in selecting the size, capacity, length, and spacing of the piles. The piles were made long enough to extend below the depth of soil that would expand if given access to moisture. The depth selected was such that the confining pressure from the soil overburden plus minimum load was sufficient to prevent expansion.

## 1.2 SOIL AS A CONSTRUCTION MATERIAL

Soil is the most plentiful construction material in the world and in many regions it is essentially the only locally available construction material. From the days of neolithic man, earth has been used for the construction of monuments, tombs, dwellings, transportation facilities, and water retention structures. This section describes three structures built of earth.

When the civil engineer uses soil as a construction material, he must select the proper type of soil and the method of placement, and then control the actual placement. Man-placed soil is called *fill*, and the process of placing it is termed *filling*. One of the most common problems of earth construction is the wide variability of the source soil, termed *borrow*. An essential part of the engineer's task is to see that the properties of the placed material correspond to those assumed in the design, or to change the design during construction to allow for any difference between the properties of the constructed fill and those employed in the design.

### Example of an Earth Dam

Figure 1.8 is a vertical cross section of an earth dam built to retain a reservoir of water. The two main zones of the dam are the *clay core* and the *rock toe*: the core with its impermeable clay keeps leakage low; and the heavy, highly permeable rock toe adds considerable stability to the dam. Between these zones is placed a



Fig. 12.7 Results of high-stress, confined compression tests on several sands (data from Roberts, 1964).

The stress-strain curve for an initial loading generally resembles a parabola. Hence the stress-strain relationship may be expressed as

$$\sigma_v = C(\epsilon_v)^n \quad (12.13)$$

The coefficient $C$ varies with the type of soil and its initial void ratio. For a wide variety of soils, however, the exponent $n$ has been found to be very close to 2. For a perfect packing of elastic spheres, this exponent would be 3. The difference between the theoretical and actual values for the exponent is the result of sliding among and rearrangement of the particles within an actual soil. Equation 12.13 implies that both secant modulus from zero stress and the tangent modulus should increase as $\sqrt{\sigma_v}$.

Table 12.2 Relations Between Various Stress-Strain Parameters for Confined Compression

|  | Constrained Modulus | Coefficient of Volume Change | Coefficient of Compressibility | Compression Index |
|---|---|---|---|---|
| Constrained modulus | $D = \dfrac{\Delta \sigma_v}{\Delta \epsilon_v}$ | $D = \dfrac{1}{m_v}$ | $D = \dfrac{1 + e_0}{a_v}$ | $D = \dfrac{(1 + e_0)\sigma_{va}}{0.435 C_c}$ |
| Coefficient of volume change | $m_v = \dfrac{1}{D}$ | $m_v = \dfrac{\Delta \epsilon_v}{\Delta \sigma_v}$ | $m_v = \dfrac{a_v}{1 + e_0}$ | $m_v = \dfrac{0.435 C_c}{(1 + e_0)\sigma_{va}}$ |
| Coefficient of compressibility | $a_v = \dfrac{1 + e_0}{D}$ | $a_v = (1 + e_0)m_v$ | $a_v = -\dfrac{\Delta e}{\Delta \sigma_v}$ | $a_v = \dfrac{0.435 C_c}{\sigma_{va}}$ |
| Compression index | $C_c = \dfrac{(1 + e_0)\sigma_{va}}{0.435 D}$ | $C_c = \dfrac{(1 + e_0)\sigma_{va} m_v}{0.435}$ | $C_c = \dfrac{a_v \sigma_{va}}{0.435}$ | $C_c = -\dfrac{\Delta e}{\Delta \log \sigma_v}$ |

*Note.* $e_0$ denotes the initial void ratio. $\sigma_{va}$ denotes the average of the initial and final stresses.

# PART IV

# Soil with Water-No Flow or Steady Flow

Pore water influences the behavior of soil in two ways: by affecting the way in which soil particles join together to form the mineral skeleton (*chemical interaction*) and by affecting the magnitude of the forces transmitted through the mineral skeleton (*physical interaction*). Chemical interaction has been discussed in Part II. Part IV introduces the concepts needed to understand physical interaction.

Part IV specifically considers situations in which the pore pressures within a soil mass are determined by the pore pressures at the boundaries of the mass and are independent of applied loads. Such situations exist whenever loads are applied slowly compared to the rate of consolidation and at some time (long compared to consolidation time) after a rapid loading. Situations in which pore pressures are influenced by loadings will be covered in Part V.

252   PART IV   SOIL WITH WATER—NO FLOW OR STEADY FLOW



Fig. 17.1   Flow path in soil.

flow at very high velocity and for gas flow at very low or at very high velocity, Darcy's law becomes invalid. The validity of Darcy's law is treated later in this chapter.

## 17.3 FLOW VELOCITY

A further consideration of the velocity at which a drop of water moves as it flows through soil helps to understand fluid flow. Equation 17.1 can be rewritten as

$$\frac{Q}{A} = ki = v \qquad (17.2)$$

Since $A$ is the total open area of the tube above the soil (Fig. 17.2), $v$ is the velocity of downward movement of a drop of water from position 1 to position 2. This velocity is numerically equal to $ki$; therefore $k$ can be interpreted as the *approach velocity* or *superficial velocity* for a gradient of unity, i.e., $k = v/i$ or $k = v$ for a gradient equal to 1.

From position 3 to position 4 in the sample shown in Fig. 17.2, a drop of water flows at a faster rate than it does from position 1 to 2 because the average area of channel available for flow is smaller. This reduced area of flow channel is represented in Fig. 17.3, which is the test setup in Fig. 17.2 with the mineral and void volumes separated. Using the principle of continuity, we can relate the velocity of approach $v$ to the average effective velocity of flow through the soil $v_s$ as follows:

$$Q = vA = v_s A_v$$

$$\therefore v_s = v\frac{A}{A_v} = v\frac{AL}{A_v L} = v\frac{V}{V_v} = \frac{v}{n}$$

The average velocity of flow through the soil $v_s$, termed the *seepage velocity*, is therefore equal to the velocity of approach divided by the porosity:

$$v_s = \frac{v}{n} = \frac{ki}{n} \qquad (17.3)$$

Equation 17.3 gives the average velocity of a drop of water as it moves from position 3 to position 4; this is the straight line distance from 3 to 4 divided by the time required for the drop to flow from 3 to 4. As noted earlier in this section, a drop of water flowing through the soil actually follows a winding path with varying velocity; therefore $v_s$ is a fictitious velocity for an assumed drop of water that moves in a straight line at a constant velocity from position 3 to position 4.

Even though approach velocity and seepage velocity are fictitious quantities, they both can be used to compute the time required for water to move through a given distance in soil, such as between positions 3 and 4.

## 17.4 HEADS

In the study of fluid flow it is convenient to express energy, both potential and kinetic in terms of *head*, which



Fig. 17.2   Darcy's experiment.



Fig. 17.3   Flow channel.

is energy per unit of mass.[2] The following three heads must be considered in problems involving fluid flow in soil:

1. *Pressure head*, $h_p$ = the pressure divided by the unit weight of fluid.
2. *Elevation head*, $h_e$ = the distance from the datum.
3. *Total head*, $h = h_p + h_e$ = the sum of pressure head and elevation head.

When dealing with flow through pipes and open channels, we must also consider velocity head. The velocity head in soils, however, is much too small to be of any consequence and thus can be neglected. (For example, a high velocity for fluid flow in soil is 2 ft/min, a value which gives a velocity head of 0.00002 ft. This head is far less than the accuracy with which the engineer can normally measure pressure head or elevation head.) Those engineers dealing with pipe and channel flow define total head as velocity head + pressure head + elevation head; and they define piezometric head as pressure head + elevation head. For flow through soil with its negligible velocity head, the total head and piezometric head are equal.

Since both pressure and elevation heads can contribute to the movement of fluid through soils, it is the total head that determines flow, and the gradient to be used in Darcy's law is computed from the difference in total head. The importance and truth of this statement can be seen from the two situations shown in Fig. 17.4.

Figure 17.4*a* shows a common bucket full of water in a static condition. In Fig. 17.4*a* the heads for the two points, number 1 near the top and number 2 near the bottom of the bucket, are labeled and plotted. Between points 1 and 2 there exists both a pressure gradient and an elevation gradient; there is, however, no gradient of total head since the total head of the two points is identical and equal to $h$. Even though the pressure at point 2 is considerably greater than that at point 1, water does not flow from point 2 to point 1; further, flow does not occur from point 1 toward point 2 even though the elevation head at point 1 is three times that at point 2.

Figure 17.4*b* shows a capillary tube in which there is water standing to a height of $h_c$. As with the water in the bucket there is no total head gradient.

These very simple examples illustrate two important principles:

1. Flow between any two points depends only on the difference in total head.
2. Any elevation can be selected for datum as a base of elevation heads. The absolute magnitude of elevation head has little meaning; it is the difference in elevation head that is of interest and the difference of elevation head between any two points is the same regardless of where datum is taken.

## 17.5 PIEZOMETERS

In soil mechanics we are especially interested in pressure head, since the pore pressure needed to compute effective stress can be obtained from the pressure head. The pressure head at a point can be either measured directly or computed using principles of fluid mechanics.

**Pore Pressure Measurements in the Laboratory**

The pressure head or water pressure at a point in a soil mass is determined by a "piezometer," a word literally meaning "pressure meter." Figure 17.5 shows two simple piezometers. On the right side of the soil system is a manometer or standpipe connected to a porous tip located at midheight in the soil system. On the left of the tube is a regular Bourdon gauge connected to the porous tip.

As illustrated in Fig. 17.5, as the water flows in the soil sample a pressure head at its midheight of $\tfrac{1}{2}$ ft is indicated by the manometer and a pressure of 31.2 lb/ft$^2$ by the gauge. While the two piezometers shown in Fig. 17.5 are simple in principle, they both have a serious drawback: a flow of water from the soil into the measuring system is required to actuate each device. The drawback can be illustrated by considering what would happen if the reservoir height were increased 1 ft. This would increase the pressure head at midheight by $\tfrac{1}{2}$ ft, meaning that a volume of water equal to $\tfrac{1}{2}$ ft times the inside area of the manometer tube would flow from the soil into the manometer. Even though considerably less flow would be required to actuate the gauge, a measurable amount of water would flow from the soil into the gauge. If the soil in the permeameter were pervious, the time required for re-establishment of an equilibrium flow condition would be minor. If, however, the soil were a silt or clay, an appreciable amount of time would be required for the water to flow from the soil into the manometer or

---

[2] Kinetic energy $= \dfrac{Mv^2}{2g} = \dfrac{ML^2T^2}{T^2L} = ML$

Elevation energy $= ML$

Pressure energy $= \dfrac{pM}{\rho} = \dfrac{MM}{L^2}\dfrac{L^3}{M} = ML$

Head $= \dfrac{\text{energy}}{\text{mass}} = \dfrac{ML}{M} = L$

where

$M$ = mass
$v$ = velocity
$g$ = acceleration of gravity
$L$ = length
$T$ = time
$p$ = pressure
$\rho$ = density

## 18.3 BASIC EQUATION FOR FLOW IN SOIL

The flow net, which has been used in the preceding two sections, was introduced in an intuitive manner with little theoretical justification. This section derives the equation for flow in soils which forms the basis for the flow net as well as other methods of solving flow problems.

Let us consider an element of soil, Fig. 18.3, through which is occurring laminar flow $q$ with components in the $x$, $y$, $z$ directions:

$$q = q_x + q_y + q_z$$

Using Darcy's law we can write the following expressions for the vertical component of flow $q_z$.

Flow into the bottom of element $q_z = kia$, where $a$ is the area of the bottom face:

$$q_z = k_z \left(-\frac{\partial h}{\partial z}\right) dy\, dx$$

Flow out of the top of element:

$$q_z = \left(k_z + \frac{\partial k_z}{\partial z} dz\right)\left(-\frac{\partial h}{\partial z} - \frac{\partial^2 h}{\partial z^2} dz\right) dy\, dx$$

where

$k_z$ = permeability in $z$ direction at point $x$, $y$, $z$
$h$ = total head

The net flow into the element from vertical flow = $\Delta q_z$ = flow into bottom − flow out of top

$$\Delta q_z = k_z\left(-\frac{\partial h}{\partial z}\right) dy\, dx - \left(k_z + \frac{\partial k_z}{\partial z} dz\right)$$
$$\times \left(-\frac{\partial h}{\partial z} - \frac{\partial^2 h}{\partial z^2} dz\right) dy\, dx$$

$$\Delta q_z = \left(k_z \frac{\partial^2 h}{\partial z^2} + \frac{\partial k_z}{\partial z}\frac{\partial h}{\partial z} + \frac{\partial k_z}{\partial z} dz \frac{\partial^2 h}{\partial z^2}\right) dx\, dy\, dz$$

For the condition of constant permeability $\partial k_z/\partial z = 0$,

$$\Delta q_z = \left(k_z \frac{\partial^2 h}{\partial z^2}\right) dx\, dy\, dz$$

Similarly, the net flow in the $x$ direction is

$$\Delta q_x = \left(k_x \frac{\partial^2 h}{\partial x^2}\right) dx\, dy\, dz$$

For the condition of two-dimensional flow $q_y = 0$,

$$\Delta q = \Delta q_x + \Delta q_z = \left(k_z \frac{\partial^2 h}{\partial z^2} + k_x \frac{\partial^2 h}{\partial x^2}\right) dx\, dy\, dz$$

The volume of water $V_w$ in the element is

$$V_w = \frac{Se}{1+e} dx\, dy\, dz$$

and the rate of change of the water volume is equal to

$$\Delta q = \frac{\partial V_w}{\partial t} = \frac{\partial}{\partial t}\left(\frac{Se}{1+e} dx\, dy\, dz\right)$$

Since $dx\, dy\, dz/(1+e)$ = volume of solids in element and is a constant,

$$\Delta q = \frac{dx\, dy\, dz}{1+e}\frac{\partial(Se)}{\partial t}$$

Equating the two expressions for $\Delta q$ gives

$$\left(k_z \frac{\partial^2 h}{\partial z^2} + k_x \frac{\partial^2 h}{\partial x^2}\right) dx\, dy\, dz = \frac{dx\, dy\, dz}{1+e}\frac{\partial(Se)}{\partial t}$$

which reduces to

$$k_z \frac{\partial^2 h}{\partial z^2} + k_x \frac{\partial^2 h}{\partial x^2} = \frac{1}{1+e}\left(e \frac{\partial S}{\partial t} + S \frac{\partial e}{\partial t}\right) \quad (18.2)$$

Equation 18.2 is the basic equation for two-dimensional laminar flow in soil. Looking at the $e$ and $S$ terms on the right of Eq. 18.2 we see four possible types of flow:

1. $e$ and $S$ both constant.
2. $e$ varies and $S$ constant.
3. $e$ constant and $S$ varies.
4. $e$ and $S$ both vary.

Type 1 is *steady flow* which has been treated in Chapter 17 and this chapter, and types 2, 3, and 4 are *nonsteady flow* situations. Type 2 is *consolidation* for $e$ decrease and *expansion* for $e$ increase, and is considered



Fig. 18.3 Flow through a soil element.

Case 2:05-cv-04182-SRD-JCW   Document 20849-7   Filed 05/21/12   Page 9 of 12

in Part V. Type 3 is constant-volume *drainage* for $S$ decrease and *imbibition* for $S$ increase. Type 4 includes compression and expansion problems. Types 3 and 4 are complex flow conditions for which satisfactory solutions have not been found.[3]

For steady flow ($e$ and $S$ both constant) Eq. 18.2 reduces to

$$k_z \frac{\partial^2 h}{\partial z^2} + k_x \frac{\partial^2 h}{\partial x^2} = 0 \qquad (18.3)$$

and when the condition of permeability is the same in all directions ($k_z = k_x$) Eq. 18.3 reduces to

$$\frac{\partial^2 h}{\partial z^2} + \frac{\partial^2 h}{\partial x^2} = 0 \qquad (18.4)$$

Equation 18.4 is Laplace's equation. It says that the change of gradient in the $z$ direction plus the change of gradient in the $x$ direction is zero. The fact that the basic equation of steady flow in isotropic soil, Eq. 18.4, satisfies Laplace's equation means that the flow lines intersect at right angles with the equipotential lines in a flow net. In other words, the flow net as drawn in the preceding two sections is a theoretically sound solution to the flow situation.

## 18.4 FLOW IN NONHOMOGENEOUS AND ANISOTROPIC SOIL

Although Eq. 18.2 was derived for quite general conditions, the preceding numerical examples considered only soil that does not vary in properties from point-to-point vertically or horizontally—*homogeneous* soil—and soil that has similar properties at a given location on planes at all inclinations—*isotropic* soil. Unfortunately, soils are generally nonhomogeneous and anisotropic. As discussed in Chapter 7, sedimentary soils are built up over a period of many years. During this time, the nature of sediments and the environment of deposition change, with the result that the soil in a deposit varies vertically and, under certain conditions (such as deposition near a shore line), horizontally as well. The actual subsoil profiles shown in Chapter 7 and elsewhere in this book indicate marked variation in soil properties with depth; e.g., Example 16.2 shows a subsoil profile with four different soils within the top 55 m. As noted on this profile, the permeabilities vary for the four soils from $3 \times 10^{-5}$ cm/sec to $2 \times 10^{-7}$ cm/sec.

As was discussed in Chapter 8, the process of forming a sedimentary soil is such that the vertical compression is larger than the horizontal compression and thus the horizontal effective stress is about one-half of the vertical

effective stress in a normally consolidated soil. Because of the higher vertical effective stress in a sedimentary soil, the platelike clay particles tend to have a horizontal alignment resulting in lower permeability for vertical flow than for horizontal flow.

Because of the variation in nature of sediments in a vertical direction and because of particle alignment, a ratio of horizontal to vertical permeability of two to ten is not unusual in normally consolidated sedimentary clay.

In man-made as well as natural soil, the horizontal permeability tends to be larger than the vertical. The method of placement and compaction in earth fills is such that stratifications tend to be built into the embankments. Ratios of horizontal to vertical permeability in compacted fills tend to be even larger than those in normally consolidated sedimentary clays.

### Nonhomogeneous Soil

As a vehicle for considering flow through nonhomogeneous soil consider the two cases shown in Example 18.5. In part (*a*) a 4-ft layer of soil *B* having a permeability of 0.01 ft/min is overlain by a 4-ft layer of soil *A* having a permeability of 0.1 ft/min. In part (*b*), soil *A* and soil *B* are placed next to each other with a vertical interface between the two. In each case, steady-state flow is occurring through the soil with a total head of 12 ft of water being lost.

Example 18.5 shows the seepage and total head drops for each of the two setups. When the flow is perpendicular to the two soil strata, the amount of flow is, of course, the same through both, and the majority of head is lost in the soil with the lower permeability. When the flow is parallel to the two soil strata, the plot of total head lost is the same for both soils and the majority of the flow is through the soil with the higher permeability. From these two simple examples we see that (*a*) for flow perpendicular to strata, the head loss and rate of flow is influenced primarily by the less pervious soils and (*b*) for flow parallel to the strata, the rate of flow is essentially controlled by the more pervious soil.

Figure 18.4 shows a flow channel (part of a two-dimensional flow net) going from soil *A* to soil *B*. The permeability of soil *A* is twice that of soil *B*. Based on the principle of continuity, i.e., the same rate of flow exists in the flow channel in soil *A* as in soil *B*, we can derive the relationship between the angles of incident of the flow paths with the boundary for the two flow channels. This is shown in Fig. 18.4. Not only does the direction of flow change at a boundary between soils with different permeabilities, but also the geometry of the figures in the flow net changes. As can be seen in Fig. 18.4, the figures in soil *B* are not squares as is the case in soil *A*, but rather rectangles in which the width of the flow path is twice the distance between equipotentials.

---
[3] Equation 18.2 is strictly applicable only for small strains.

# CHAPTER 30

## Stress-Strain Relations for Undrained Conditions

Engineers frequently must estimate the undrained (or initial) settlement of loaded areas. Such estimates are often based on equations from the theory of elasticity. To use these equations, it is necessary to evaluate the modulus of soil for undrained loading conditions. This can be done either by evaluating the shear modulus $G$ or the undrained Young's modulus $E$. Since Poisson's ratio is $\frac{1}{2}$ for undrained loading, Eq. 12.4 indicates that theoretically $E = 3G$.

Unfortunately, it is extremely difficult to evaluate undrained modulus accurately. As is true for a drained loading (Chapters 12 and 22), the modulus during undrained loading is very sensitive to stress level. Moreover, undrained modulus is affected by the many factors that affect undrained strength, e.g., rate of loading, time of consolidation, intermediate principal stress, and especially sampling disturbance. The influence of these factors on modulus is considerably greater than their influence on strength; i.e., the details of the loading affect the early portion of a stress-strain curve more than they affect the peak of the curve.

This chapter gives general guidance as to the magnitude of undrained modulus for various conditions, and the data presented here may be used for very crude estimates of settlements. Where accurate estimates are required, it is necessary to perform tests on the best possible samples with careful attention to duplication of the loading conditions expected *in situ*.

## 30.1 RELATIONSHIP TO WAVE VELOCITIES

Values of shear modulus applicable for very small stress changes may be determined by measuring the propagation velocity for shear waves, either *in situ* or in laboratory tests on undisturbed specimens. Such values of modulus are directly useful for a variety of dynamic problems, and are often used to provide an upper bound to the value of modulus applicable to larger stress changes.

Since shear modulus should be the same for both drained and undrained loadings, the shear wave velocity through a saturated soil should differ only slightly from that through a dry soil having the same void ratio and carrying the same effective stress. Indeed, it has been found that the data in Fig. 12.10 are applicable to both dry and saturated sands, with only slight differences arising from the change in mass density as the result of saturation (Hardin and Richart, 1963).

Going a step further, it has been found that the shear modulus of *any* soil is, as a first approximation, related solely to void ratio and effective stress, independently of grain size characteristics. Hardin and Black (1968) find that the following equation applies for sand with angular particles and for several clays:

$$G = 1230 \frac{(2.973 - e)^2}{1 + e} \sqrt{\bar{\sigma}_c} \qquad (30.1)$$

where $G$ and $\bar{\sigma}_c$ (the average principal stress to which the soil has been consolidated) are in psi. With only slight modification to the numerical coefficients, the same equation applies to sands with rounded grains.

Undrained Young's modulus for small stress changes can be evaluated by measuring the rod velocity in laboratory specimens. With accurate measurements, it has been found that $E$ is very nearly equal to $3G$, provided that comparisons are made at the same level of strains.

If a saturated soil were truly incompressible, the dilatational modulus $D$ and dilatational velocity $C_D$ would be infinite (see Eq. 12.8). Actually, of course, water is only relatively incompressible. The dilatational velocity $C_D$ through saturated soil is typically about 5000 ft/sec (Fig. 30.1) and is much greater than $C_D$ through dry soil. At usual levels of effective stress, $C_D$ is controlled by the compressibility of the pore phase and is affected little by the compressibility of the mineral skeleton; hence $C_D$ is more-or-less independent of effective stress. Dilatational velocity, which can be

455

| Symbol | Represents | Reference | Symbol | Represents | Reference |
|---|---|---|---|---|---|
| $D_{60}$ | Diameter at which 60% of the soil is finer | Ch. 3 | $H$ | Thickness of soil mass per drainage surface | Eq. 2.1 |
| $D_{85}$ | Diameter at which 85% of the soil is finer | Ch. 19 | $HP$ | Horsepower | Ch. 33 |
| $d$ | Depth of base of footing below ground surface | Ch. 14 | $H_c$ | Vertical depth to failure plane | Eq. 24.2 |
| $d$ | Diameter | Ch. 6 | $h, h_t$ | Total head | Chs. 17, 18 |
| $d$ | ½ distance between particles | Fig. 5.16 | $h_c$ | Capillary head | Ch. 16 |
| $d_{90}, d_{100}$ | Dial reading at 90%, 100% consolidation | Ch. 27 | $h_{cn}$ | Minimum capillary head | Ch. 16 |
| | | | $h_{cr}$ | Capillary rise | Ch. 16 |
| | | | $h_{cs}$ | Saturated capillary head | Ch. 16 |
| | | | $h_{cx}$ | Maximum capillary head | Ch. 16 |
| $E$ | | | $h_e$ | Elevation head | Ch. 17 |
| $E$ | Energy in foot-pounds imparted by pile driver | Ch. 33 | $h_p$ | Pressure head | Ch. 17 |
| $E$ | Young's modulus | Ch. 12 | $I$ | | |
| $\bar{E}$ | Effective normal force or slice | Ch. 24 | $I_f$ | Flow index | Fig. 3.4 |
| $\bar{E}$ | Young's modulus for soil skeleton | Chs. 27, 28 | $I_l$ | Liquidity index | Fig. 3.4 |
| | | | $I_p$ | Plasticity index | Fig. 3.4 |
| $E_f$ | Secant modulus at failure | Ch. 30 | $I_t$ | Toughness index | Fig. 3.4 |
| $E_i$ | Initial tangent modulus | Ch. 30 | $I_\rho$ | Influence coefficient | Eq. 14.14 |
| ESP | Effective Stress Path | Ch. 20 | $I_0$ | Mass moment of inertia | Eq. 15.6b |
| $e$ | Eccentricity | Ch. 14 | $i$ | Angle of slope with horizontal | Chs. 11, 13 |
| $e$ | Void ratio | Fig. 3.1 | $i$ | Gradient | Ch. 17 |
| $e_{cv}$ | Void ratio at constant volume | Ch. 11 | $i_c$ | Critical gradient | Eq. 17.5 |
| $e_f$ | Void ratio at failure | Ch. 21 | $J$ | | |
| $e_{max}$ | Void ratio of soil in loosest condition | Ch. 3, p. 29 | $J$ | Seepage force | Ch. 17 |
| $e_{min}$ | Void ratio of soil in densest condition | Ch. 3, p. 29 | $j$ | Seepage force per unit volume | Ch. 17 |
| $e_0, e_i$ | Initial void ratio | Ch. 11 | $K$ | | |
| | | | $K$ | Absolute permeability | Eq. 19.6 |
| $F$ | | | $K$ | Lateral stress ratio | Ch. 8, Eq. 16.6 |
| $F$ | Force | Ch. 13 | $K_a$ | Active stress ratio | Ch. 13 |
| $F$ | Friction force | Fig. 5.16 | $K_f$-line | Line through $\bar{p}_f$ versus $q_f$ | Fig. 9.8, Ch. 11 |
| $F, FS$ | Factor of safety | Chs. 13, 24, 31 | $K_p$ | Passive stress ratio | Ch. 13 |
| $F_a$ | Air-mineral, or air-air contact force | Ch. 5 | $K_0$ | Lateral stress ratio for one-dimensional strain | Ch. 8, Eq. 8.12, Eq. 10.1 |
| $F_m$ | Mineral-mineral contact force | Ch. 5 | $K_0$-line | Line through $\bar{P}$ versus $q$ for soil subjected to one-dimensional strain | Fig. 20.7 |
| $F_w$ | Water-mineral or water-water contact force | Ch. 5 | | | |
| $f$ | Coefficient of friction | Ch. 6 | kg | Kilograms | Ch. 8 |
| $f$ | Factor coefficient for local shear | Eq. 25.6a | $k$ | Permeability | Eq. 2.1, Ch. 17 |
| $f$ | Frequency | Ch. 15 | $k$ | Spring constant | Ch. 15 |
| $f_n$ | Undamped natural frequency | Ch. 15, Eq. 15.3 | $k_e$ | Effective permeability | Ch. 18 |
| $G$ | | | $L$ | | |
| $G$ | Shear modulus | Ch. 12, Eqs. 12.4, 30.1 | LI | Liquidity Index | Fig. 3.4 |
| $G_m$ | Specific gravity of total mass | Fig. 3.1 | $L$ | Length | Chs. 5, 17 |
| $G, G_s$ | Specific gravity of solids | Fig. 3.1 | $l$ | Length | Ch. 18 |
| $G_w$ | Specific gravity of water | Fig. 3.1 | $M$ | | |
| g | grams | Ch. 5 | $M$ | Mass | Eq. 15.6a |
| $g$ | Acceleration of gravity | Ch. 12 | $M$ | Moment | Ch. 24 |
| $H$ | | | $m$ | Compressibility of mineral skeleton | Eq. 2.1 |
| $H$ | Head | Ch. 18 | | | |
| $H$ | Height | Ch. 13 | | | |

| Symbol | Represents | Reference |
|---|---|---|
| $m_v$ | Coefficient of volume change | Eq. 12.12, Table 12.2 |
| m | Meters | Chap. 5 |
| me | Milliequivalents | Ch. 5 |
| mm | Millimeters | |
| $m\mu$ | Millimicrons | Fig. 4.1 |
| N | | |
| NC | Normally Consolidated | Ch. 21 |
| $N$ | Normal force | Ch. 2 |
| $N$ | Standard penetration resistance | Ch. 7 |
| $\bar{N}$ | Effective normal force | Ch. 24 |
| $N_c$ | Bearing capacity coefficient | Chs. 22, 32 |
| $N_\phi$ | $\dfrac{1+\sin\phi}{1-\sin\phi}$ = flow factor | Ch. 14, Eq. 11.4 |
| $N_\phi, N_\gamma, N_q$ | Bearing capacity coefficients | Ch. 14 |
| $n$ | Porosity | Fig. 3.1 |
| $n_d$ | Number of head drops | Ch. 18 |
| $n_f$ | Number of flow channels | Ch. 18 |
| $n_{max}$ | Porosity of soil in loosest condition | Ch. 3 |
| $n_{min}$ | Porosity of soil in densest condition | Ch. 3 |
| O | | |
| OC | Overconsolidated | Ch. 21 |
| OCR | Overconsolidation Ratio | Ch. 21 |
| $O_P$ | Origin of planes | Ch. 8 |
| P | | |
| PI | Plasticity Index | Fig. 3.4 |
| $P$ | Force | Ch. 13 |
| $P_a$ | Active force | Chs. 13, 31 |
| $P_p$ | Passive force | Chs. 13, 31 |
| pcf | Pounds per cubic foot | Ch. 8 |
| psf | Pounds per square foot | Ch. 8 |
| psi | Pounds per square inch | Fig. 4.2b |
| $p$ | Pressure | Figs. 7.7, 7.10 |
| $p$ | $\dfrac{\sigma_1+\sigma_3}{2}, \dfrac{\sigma_v+\sigma_h}{2}$ | Ch. 8 |
| $\bar{p}$ | $\dfrac{\bar{\sigma}_1+\bar{\sigma}_3}{2}, \dfrac{\bar{\sigma}_v+\bar{\sigma}_h}{2}$ | Ch. 21 |
| $p_f$ | $p$ at failure | Ch. 21 |
| $\bar{p}_f$ | $\bar{p}$ at failure | Ch. 21 |
| $p_i, p_0$ | Initial value of $p$ | Ch. 21 |
| $\bar{p}_i, \bar{p}_0$ | Initial value of $\bar{p}$ | Ch. 21 |
| $\bar{p}_m$ | Maximum value of $\bar{p}$ | Ch. 28 |
| Q | | |
| $Q$ | Line load surcharge | Ch. 13 |
| $Q$ | Periodic dynamic force | Eq. 15.1 |
| $Q$ | Pile capacity | Ch. 33 |
| $Q$ | Quick, i.e., undrained | Ch. 28 |
| $Q$ | Rate of flow | Ch. 17 |
| $Q_p$ | Pile point resistance | Ch. 33 |
| $Q_s$ | Pile shaft resistance | Ch. 33 |
| $Q_{ult}$ | Ultimate load | Ch. 14 |
| $q$ | Rate of flow per unit area | Ch. 18 |

| Symbol | Represents | Reference |
|---|---|---|
| $q$ | $\dfrac{\sigma_1-\sigma_3}{2}, \dfrac{\sigma_v-\sigma_h}{2}$ | Ch. 8 |
| $q_f$ | $q$ at failure | Ch. 21 |
| $q_s$ | Surface stress | Ch. 8 |
| $q_0, q_i$ | Initial $q$ | Ch. 21 |
| R | | |
| R | Reynolds number | Ch. 17 |
| R | Pile allowable load | Ch. 33 |
| R | Radius | Ch. 8 |
| R | Repulsive stress between particles | Ch. 16 |
| R | Resultant force | Ch. 24 |
| $R'$ | Repulsive force between particles | Ch. 5 |
| $r$ | Radius | Ch. 24 |
| $r_e$ | Radius of well spacing | Ch. 27 |
| $r_w$ | Radius of well | Ch. 27 |
| S | | |
| S | Percentage saturation | Fig. 3.1 |
| SL | Shrinkage limit | Fig. 7.15 |
| $S_T$ | Sensitivity | Fig. 7.7 |
| $s$ | Average pile penetration per blow for final 6 inches of driving | Ch. 33 |
| $s$ | Shear strength of adhered junctions | Eq. 6.2 |
| $s_m$ | Shear strength of material composing particles | Ch. 6 |
| $s_s$ | Unit shaft resistance on pile | Ch. 33 |
| $s_u$ | Undrained shear strength | Ch. 29 |
| T | | |
| TSF | Tons per square foot | Ch. 13 |
| TSP | Total stress path | Ch. 20 |
| $T$ | Shear force | Chs. 6, 13 |
| $T$ | Tangential force | Ch. 2 |
| $T$ | Time factor | Ch. 27 |
| $T_s$ | Surface tension | Ch. 16 |
| $(T-u_s)SP$ | Path for total stress minus static pore pressure | |
| $t$ | time | Eq. 2.1 |
| $t/m^2$ | Metric tons per square meter | |
| U | | |
| U | Average consolidation ratio | Ch. 27 |
| U | Force from water | Ch. 24 |
| U | Unconfined compression | Ch. 28 |
| UU, $\overline{UU}$ | Unconsolidated undrained test | Chs. 28, 29 |
| $U_z$ | Consolidation ratio | Ch. 27 |
| $u_a$ | Pore air pressure | Ch. 16 |
| $u_e$ | Excess pore pressure | Ch. 27 |
| $u_s$ | Static pore pressure | Ch. 17 |
| $u_f$ | Pore pressure at failure | Ch. 28 |
| $u_{ss}$ | Pore pressure based on steady flow | Chs. 26, 27 |