# EXHIBIT 6

TC202
N46L3P6
no.3
1966

Property of the United States Government

# U. S. ARMY, CORPS OF ENGINEERS

## LAKE PONTCHARTRAIN, LA. AND VICINITY
## CHALMETTE AREA PLAN

### DESIGN MEMORANDUM No. 3
### GENERAL DESIGN

*Chef Menteur*

*New Orleans 1st Bm. G-1 to G-105*

*The borings listed are useful for Pleistocene study*

Handwritten list:
- 1
- 2-U
- 3
- 3-T     G-100
- 4       G-3
- 4-T     G-4
- 5       U-1
- 6-U
- 7-T
- 8       G-14
- 9       G-20
- 9-A     G-30
- 10      U-2
- 11      U-3
-         U-4
- 14-U

RESEARCH CENTER LIBRARY
US ARMY ENGINEER WATERWAYS EXPERIMENT STATION
VICKSBURG, MISSISSIPPI

Prepared by:

| Waldemar S. Nelson & Company, Inc. | U. S. Army Engineer District, New Orleans |
| Engineers & Architects | Corps of Engineers, U. S. Army |
| New Orleans, La. | New Orleans, La. |

NOVEMBER 1966

00063

