# EXHIBIT 9

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION           NO. 05-4182 K2
                                  JUDGE DUVAL
PERTAINS TO MRGO                  MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
    05-6314, 05-6324, 05-6327, 05-6359,
    06-0225, 06-0886, 06-1885, 06-2152,
    06-2278, 06-2287, 06-2824, 06-4024,
    06-4065, 06-4066, 06-4389, 06-4634,
    06-4931, 06-5032, 06-5155, 06-5159,
    06-5156, 06-5162, 06-5260, 06-5771,
    06-5786, 06-5937, 07-0206, 07-0621,
    07-1073, 07-1271, 07-1285

           * * *

         (V O L U M E  I)
Videotaped Deposition of J. DAVID ROGERS, PH.D.,
P.E., P.G., given at the offices of Stone
Pigman Walther Wittmann, LLC, 546 Carondelet
Street, New Orleans, Louisiana 70130, on March
16th, 2012.

Page 2

1  APPEARANCES:
2  REPRESENTING THE PLAINTIFFS:
3      BRUNO & BRUNO
4      (BY:  JOSEPH M. BRUNO, ESQUIRE)
5      855 Baronne Street
6      New Orleans, Louisiana 70113
7      504-525-1335
8  - AND -
9      LAW OFFICE OF FRANK C. DUDENHEFER, JR.
10     (BY:  FRANK C. DUDENHEFER, JR.,
11     ESQUIRE)
12     601 Poydras Street, Suite 2655
13     New Orleans, Louisiana 70130.
14     504-525-2553
15
16 REPRESENTING THE UNITED STATES OF AMERICA:
17     U.S. DEPARTMENT OF JUSTICE
18     (BY:  RUPERT MITSCH, ESQUIRE)
19     Torts Branch, Civil Division
20     P.O. Box 888
21     Benjamin Franklin Station
22     Washington, D.C. 20044
23     202-616-4289
24
25

Page 3

1  REPRESENTING WASHINGTON GROUP INTERNATIONAL,
2      INC.:
3      JONES DAY
4      (BY:  DEBRA S. CLAYMAN, ESQUIRE)
5      (BY:  CHRIS THATCH, ESQUIRE)
6      51 Louisiana Avenue, N.W.
7      Washington, D.C. 20001-2113
8      202-879-4645
9  - and -
10     STONE PIGMAN WALTHER WITTMANN, L.L.C.
11     (BY:  WILLIAM D. TREEBY, ESQUIRE)
12     546 Carondelet Street
13     New Orleans, Louisiana 70130
14     504-581-3200
15
16 ALSO PRESENT:
17     FRANCISCO SILVA-TULLA
18     RUNE STORESUND
19
20 VIDEOGRAPHER:  KEN HART (HART VIDEO)
21
22
23 REPORTED BY:
24     JOSEPH A. FAIRBANKS, JR., CCR, RPR
25     ROGER JOHNS, CCR, RPR

Page 4

1           MORNING SESSION:
2
3        E X A M I N A T I O N   I N D E X
4
5  EXAMINATION BY:                        PAGE
6  MR. MITSCH  ................................6
7
8           E X H I B I T   I N D E X
9  EXHIBIT NO.                            PAGE
10 Exhibit Rogers 1 ...........................11
11 Exhibit Rogers 2 ...........................20
12 Exhibit Rogers 3A ..........................25
13 Exhibit Rogers 4 ...........................26
14 Exhibit Rogers 5 ...........................31
15 Exhibit Rogers 6 ...........................32
16 Exhibit Rogers 7 ...........................33
17 Exhibit Rogers 8 ...........................35
18 Exhibit Rogers 9 ...........................36
19 Exhibit Rogers 10 ..........................38
20 Exhibit Rogers 11 ..........................51
21 Exhibit Rogers 12 ..........................52
22 Exhibit Rogers 13 ..........................56
23 Exhibit Rogers 14 ..........................62
24 Exhibit Rogers 15 ..........................67
25       INDEX CONTINUED ON PAGE 117

Page 57

1  clayey silt, or silty clay.  So I was talking
2  in general terms.
3      Q.  Okay.
4      A.  That's how the U.S. UCSC works.
5      Q.  And you also said that you want to
6  take a look at the classification --
7      A.  Right.
8      Q.  -- before you were to be quoted.
9          And now you have.  Now we see that
10 it's 75 percent.
11     A.  Well, to be called a peat, yeah.
12 That's different.
13     Q.  Yes.
14     A.  Peat is organic material, so it's the
15 outlier.  All the other soils are inorganic,
16 they're minerals.
17     Q.  Uh-huh.
18     A.  And so peat is the -- I guess the
19 great outlier, because it's not mineral matter,
20 it's vegetive matter.
21     Q.  Okay.  Now, using this definition, the
22 ASTM definition, what EBIA soils would be
23 classified as a peat?
24     A.  Well, they're basically fairly thin
25 zones.  There's two kinds.  There's clumps of

Page 58

1  organics that are from the dredging process of
2  the IHNC that you run into, so you run into a
3  zone of it, but these zones are fairly
4  discontinuous because they're dredge spoils.
5          And then when you get down to the
6  original historic swamp, the Bayou Bienvenue
7  Swamp, you hit a more or less continuous woody
8  peat, peaty swamp horizon.  So that's got
9  organics, it's got wood, it's got moss, you
10 know -- it's got a little of everything, but
11 you got the stumps are in that zone, the
12 cypress, gum tree stumps.
13     Q.  What elevation are we talking about
14 there, generally?
15     A.  Well, that depends where you are.
16 Well, that just depends where you are.  I mean,
17 in some places on the EBIA, you know, that's
18 12 feet down, or even as much as 15, in places.
19 So, because the dredge spoils were piled on top
20 of the swamp forest.
21     Q.  Okay.
22     A.  And then there's another swamp forest
23 about 15 feet below that one --
24     Q.  Uh-huh.
25     A.  -- where there's a series of stumps.

Page 59

1  And same kind of things, but it's on older one
2  and more compressed, more broken down, although
3  not terribly broken down because the stumps
4  stopped all the dredging operations when they
5  were trying to excavate the canal.  That was
6  the major construction problem they had.
7          And then, down below that, you get --
8  you know, you just get horizons of them.  And
9  they tend to get thinner as you get down
10 deeper, too, because they're more consolidated
11 under more load.  So something, you know,
12 that's under 30 feet of load may be a peat
13 horizon that's 8 inches thick, and it might
14 used to have been 36 inches thick when it was
15 up at the ground surface.  It's been compressed
16 quite a bit.
17     Q.  Okay.
18     A.  So they're discontinuous and
19 continuous horizons of peat.
20         And then there's clumps of organic
21 part, peat and wood, debris, in the dredge
22 spoils.  And that all gets lumped together as
23 organic clay because you're looking at the
24 whole unit.  And as you look at the whole unit,
25 those are minority portions of the unit in

Page 60

1  terms of its volume.
2      Q.  Okay.  Over the summer, were you on
3  site when the -- when Fugro was doing the
4  borings?
5      A.  Part of the time, I was.
6      Q.  How many of the borings did you
7  actually witness?
8      A.  I don't know.  I haven't counted them
9  up.  But a handful of them, you know, maybe
10 three or four or them that were done.  I was
11 around when we were doing the school site.  And
12 when we did the railroad site, I was there to
13 watch those.  But I didn't see the EBIA south
14 site.  EBIA-S site.
15     Q.  Okay.  And, you know, obviously you
16 probably weren't observing any of the -- or
17 maybe you were, I don't know -- any of the
18 borings on the EBIA site that were ordered by
19 the defendants.
20     A.  No.  I didn't actually see them
21 physically drilled.  I saw where they were
22 drilled and the equipment that was there still,
23 at the time.
24     Q.  Okay.  You say that you only saw the
25 ones on the school site and the railroad site

Page 65

1   Q. No. That's fine. Just list for us
2   which borings --
3   A. I don't see the word in here anywhere.
4      Did I miss it somewhere?
5   Q. Well, look at the bottom. I'm not
6   trying to hide anything from you over here, but
7   EBIA-B-08.
8   A. Right.
9   Q. That's my understanding of which
10  boring it is.
11  A. Right.
12  Q. So the first two pages go from one
13  foot down to 58 feet.
14  A. Correct.
15  Q. Okay. And so I'm happy to list the
16  rest of the borings, but, you know, just follow
17  through with me. I just want to make sure
18  we're on the same page.
19  A. I don't see the word peat used
20  anywhere.
21  Q. Okay. So in this group, in 14, is
22  also listed Boring 22?
23  A. Right.
24  Q. Boring 26A, 26B?
25  A. Yes.

Page 66

1   Q. 27?
2   A. Yes.
3   Q. 28 and 28R?
4   A. Yes.
5   Q. 29?
6   A. Yes.
7   Q. 30?
8   A. Yes.
9   Q. 30R?
10  A. Yes.
11  Q. 31?
12  A. Yes.
13  Q. 45?
14  A. Yes.
15  Q. All right. Now, what I'm going to do
16  is give you a copy of the remaining borings
17  that I have. I believe it's a complete copy.
18  And these would have been the borings that were
19  ordered by the defendants. Okay? And this is
20  part of the Fugro final report. (Tendering.)
21     Take a look at the document and tell
22  me, first, whether or not you have seen any of
23  those borings.
24     MR. BRUNO:
25         So it's Rogers -- you're marking

Page 67

1   it, I suppose, as Rogers 15?
2       MR. MITSCH:
3           Right.
4       (Exhibit Rogers 15 was marked for
5   identification and is attached hereto.)
6       MR. DUDENHEFER:
7           Again, this is what you believe
8   to be the most final effort, whatever,
9   to the extent any modifications were
10  made, this is the most current final
11  document we have.
12      MR. MITSCH:
13          That's it. That's my
14  understanding.
15      MR. DUDENFEFER:
16          I just want to make that clear.
17  Thank you.
18  EXAMINATION BY MR. MITSCH:
19  Q. So that I think the pending question
20  is -- and if you tell me you haven't had time
21  to look through it, feel free to look through
22  it. The question is whether or not you have
23  seen any of these boring logs, or the results
24  of these boring logs.
25  A. I don't recall having seen these, no.

Page 68

1   Q. Okay. What I'd like you to do, then,
2   is go through Exhibit 15 and tell me whether or
3   not you see if Fugro has identified any of the
4   soil as a peat.
5   A. There is one horizon on the EBIA-B-24.
6   They actually at admit that they had a layer of
7   peat from 18 to 19 feet.
8   Q. I'm sorry. Which boring was that
9   again?
10  A. B-24.
11  Q. Now, curiously, you said the word
12  admit. Why did you use that word?
13  A. Because I saw peat come out of the
14  Shelby tubes. That's why. So somebody made it
15  all go away here. And that's easy to do if you
16  just consider the entire horizon and say that
17  it's a minority player, that whole horizon you
18  can always call it unorganic clay. You can do
19  that. But there are stringers of peat that are
20  in that organic clay horizon. They're just no
21  longer called out. You can see it in the water
22  contents and the liquid limits on some of the
23  things they're calling organic clay that are
24  very, very high. Like on B-31, they got an
25  organic clay with 348 percent water content and

Page 69

1  a liquid limit of 536.
2      Q.  Okay.  So what I want to do is, while
3  you're going through this, I want to find out,
4  so you know where I'm going -- I want to
5  feigned out, number one, if Fugro has
6  identified any areas as peat.  And other than
7  the one that you gave, were there any others?
8  Did you see any other identifications?
9      A.  I didn't see any others.
10     Q.  You said that you saw peat come out of
11  the Shelby tubes.  Now, the ones you've just
12  looked at, Exhibit 15 --
13         MR. BRUNO:
14             I'm sorry.  When you say the
15         ones, that make it seem like you're
16         talking about Shelby tubes.  You're
17         saying the.  In fairness to you,
18         repeat your question.
19  EXAMINATION BY MR. MITSCH:
20     Q.  Yeah.  The boring logs that you've
21  just reviewed in Exhibit 14 were the ones --
22  were the borings that were ordered by the
23  defendants.
24     A.  Right.  Okay.  I didn't see those.
25     Q.  You didn't see any of those?

Page 70

1      A.  I'm sorry.  I was wrong.  Okay.
2      Q.  Okay.
3         MR. BRUNO:
4             You're not necessarily wrong.
5         Your statement had nothing to do with
6         whether you were looking at
7         plaintiffs' or defendants'.  You were
8         saying generally.
9         THE WITNESS:
10            Right.
11     A.  I was saying generally.
12  EXAMINATION BY MR. MITSCH:
13     Q.  Okay.  So, let's go -- you said that
14  you saw some peat.  Where did you see the peat
15  coming up out of the -- from the Shelby tubes?
16     A.  Well, when they extruded the Shelby
17  tubes, there were zones of peat in the -- you
18  know, between the clay rich zones that would be
19  more or less pure clays, so there were these
20  very organic rich zones, and then there's
21  places where the peat is more amorphous.  And
22  so those are where we put the screens for the
23  EBIA-South site, you know, the test site.
24         And so I know that there's, you know,
25  peaty horizons that are down there.  But if you

Page 71

1  look at the whole formation, you could
2  easily -- it becomes very much a minority
3  player in terms of volume, so if you're not
4  mapping on that kind of detail then you just
5  lump it all together and you call it organic
6  clay.  And a lot of people do that.
7         I wouldn't do it that way if I was
8  looking logging it, but obviously that's a way
9  you could interpret it.
10     Q.  And that's the way the ASTM classifies
11  it.
12     A.  Well, no, ASTM has a separate test for
13  peat.  It's in the 5,000 series that you're
14  actually supposed to run on the peat.  I don't
15  think Fugro did that.  So you'd actually take
16  that portion out that you suspect of being
17  peat, and you would run those batteries of
18  tests, and that's the one where you get the ash
19  contents and all those kind of things, so you
20  see what the mineral percentage of the horizon
21  is.
22     Q.  Going back now to the Shelby tubes
23  that you saw from the borings that were ordered
24  by the plaintiffs, can you identify which ones
25  had the peat?

Page 72

1      A.  No, I don't have that information with
2  me off the top of my head.  I'd have to look at
3  my photographs, and then look at the boring
4  logs and compare them, the photographs that I
5  took when they were doing the extrusions at
6  their facility in Kenner.
7      Q.  Did you take any notes while these
8  extrusions were being done?
9      A.  Yes.
10     Q.  And were those notes part of your
11  reliance materials?
12     A.  No.  I did not bring them with me.  Or
13  put them in the reliance.  They're little
14  pocket notebook notes.
15     Q.  Where would that pocket notebook be?
16     A.  I'd have to go looking for it.  I
17  don't even know.  It's back in my office
18  probably somewhere.
19     Q.  Back in Missouri.
20     A.  Yes.
21     Q.  Okay.  And as you sit here today, you
22  can't tell us which of the borings on the
23  plaintiffs' sites had peat.
24     A.  Yeah.  I would be speculating to do
25  that.  I mean, I could.

Page 77

1    itself, if it doesn't get buried too deeply,
2    and keep growing.  So that's how you get the
3    layering.
4          So the vegetative matter is what's
5    growing there between the big floods, and the
6    mineral matter is what gets deposited during
7    the big flood events.
8       Q.   Swamp and marsh.  Are those
9    geotechnical terms?
10      A.   No.  They're more engineering geology
11   terms.
12      Q.   Uh-huh.  And so how do you distinguish
13   them; what's your working definition of swamp
14   and marsh?
15      A.   Well, the swamp has trees and stagnant
16   water.  Very stagnant water.  A swamp can't
17   regenerate itself unless it's less than two
18   feet of water.  So like when Hurricane Betsy
19   came in and dumped brackish water on a lot of
20   the swamps, they were not able to regenerate
21   because the water was more than two feet deep.
22   So we had a large amount of cypress swamp that
23   was lost --
24      Q.   Uh-huh.
25      A.   -- in the wake of that hurricane.

Page 78

1          Marshes are grassy, and you don't have
2    much woody vegetation in them.  And they don't
3    support -- you're going to get more fibrous
4    peat in those situations, and you tend not to
5    get as much mineral matter being deposited on
6    them and in them.  So that's where you get your
7    real thick deposits of peat are in marshes.
8    And that's like the, um -- you know, they had a
9    marsh situation, the northern most part of the
10   IHNC, the first mile and a half coming in from
11   Lake Pontchartrain, was all marsh terrain.  And
12   then they got into the cypress swamp.
13      Q.   EBIA.  Swamp?
14      A.   Yes.
15          (Brief interruption.)
16   EXAMINATION BY MR. MITSCH:
17      Q.   Fair to say that organic clay is the
18   most common deposit in swamps?
19      A.   Yes.
20      Q.   What would you say is, in general, the
21   organic content of the IHNC area?
22      A.   Well, in terms of the percentage of
23   the entire foundation area?
24      Q.   Yeah.
25      A.   It's a relatively small percentage.

Page 79

1       Q.   Well, can you give us -- well, when
2    you say the foundation area, what do you mean
3    by that?
4       A.   Foundation area would be generally,
5    you know, the upper 45 feet across the whole
6    area.  The area you're generally concerned with
7    if you're doing foundations, pounding piles,
8    building piers, doing levees or flood walls,
9    the structures that man builds, generally
10   you're concerned with the upper 45, 50 feet.
11      Q.   Okay.  So that the record is clear,
12   we're dealing with about the upper 45 feet of
13   the IHNC area.
14          And am I correct in assuming that you
15   said that the organic clay content is a small
16   percentage of that?
17      A.   No.  The organics, the pure organics
18   portion of the organic clay is a relatively
19   small percentage of the weight as a total.
20      Q.   And what about the organic clay
21   content; how would you quantify that?
22      A.   Well, it's mostly organic clays, and
23   then there are these horizons where you have --
24   it's very organic rich to organic dominated
25   horizons.  And those horizons are only

Page 80

1    continuous when you get to the original ground
2    surface.  Before they were excavating IHNC and
3    they're throwing all these dredge spoils up --
4    the dredge spoils they're throwing up have the
5    swamp materials and organics in them, but it's
6    all being mix mashed, you know, all over the
7    place.  So you hit these pockets in the upper 6
8    to 15 feet which are from the dredge spoils.
9    So they're very hard to differentiate from the
10   material beneath it because it's the same
11   material, it's just reworked by the dredges and
12   brought over and dumped.
13          ==So the first time you see continuous==
14   ==horizons that run over a large area are==
15   ==basically when you get to the old swamp==
16   ==surface.  And then there's the prehistoric==
17   ==swamp surface about 15 feet below that one,==
18   ==originally.  And that's probably been==
19   ==consolidated down, now, because for the last==
20   ==hundred years it's been surcharged by the==
21   ==dredge spoils.  So the distance between the==
22   ==prehistoric swamp and the historic swamp has==
23   ==probably been diminished some.==
24      Q.   And what elevations are we talking
25   about there generally?

Page 93

1  to figure 196.
2      That's Boring 31 from the school site?
3  A. Yes.
4  Q. You said that's a typical soil sample
5  taken from the historic cypress swamp in Boring
6  31.
7      Now, when you wrote that, are you
8  suggesting that that is a typical soil sample
9  in the area, or a typical soil sample from the
10 cypress swamp?
11 A. From the cypress swamp, yeah.
12 Q. Because you didn't find any other
13 examples of that kind of material on the school
14 site. Did you?
15 A. No.
16 Q. And you didn't find anything like that
17 on the south EBIA.
18 A. Correct.
19 Q. And you're not aware of anything like
20 that in any of the borings that were ordered by
21 the defendants.
22 A. Not that I know of, yeah. That's
23 correct.
24 Q. Go to Page 183 and the sentence that
25 begins, first paragraph, The

Page 94

1  plaintiff-recommended soil borings do not have
2  extensive lists of geotechnical.
3  A. Okay. The middle of the first
4  paragraph. Okay. All right.
5  Q. Right. So I guess the question is,
6  why didn't you have an extensive list of
7  geotech tests?
8  A. Because what I was interested in was
9  looking at the hydraulic conductivity issues,
10 not the shear strength issues.
11 Q. And why? The shear strength issues
12 don't have any relevance to you?
13 A. No. I wasn't asked to provide those.
14 What they were asking me for was tell us what
15 the permeability is of the organic layers.
16 Q. When you say you weren't asked, asked
17 by whom?
18 A. Asked by counsel and by Dr. Bea, you
19 know, of what input he wanted from me. I had
20 asked him that early on.
21 Q. If you're evaluating the soils,
22 wouldn't you typically look at the shear
23 strength?
24 A. Not when I --
25     MR. DUDENHEFER:

Page 95

1      Object to form.
2  A. That's just not something that I was
3  concerned about. I was concerned about doing
4  the in situ permeability tests. So we had a
5  cavalcade of shear strength experts that are
6  world renowned on the other side of me, and I
7  know all of them and I respect their ability to
8  figure out the shear strength, so I wasn't
9  worried about, you know, trying to replicate
10 that or check on their work.
11 Q. I thought you said that the
12 plaintiffs' attorneys didn't ask you to do
13 that.
14 A. Right. Well, that's what I told them
15 when they asked about it. I said, these other
16 guys are doing all these shear tests. You
17 know, do you want to do them? And I said, I
18 don't know. I don't think I need to do them.
19 I know they will do them.
20     You know, I've known Jim Stark for
21 years, you know, so I know -- he's a world
22 leader in shear strength assessment in soils.
23 So I wasn't too concerned.
24     I know Tom Brandon, and I have high
25 regard for him -- his ability, similarly. So I

Page 96

1  wasn't concerned about it.
2  Q. So shear strength, then, is something
3  that you would typically look at --
4  A. Yeah.
5  Q. -- in evaluating --
6  A. Sure.
7  Q. -- soil.
8  A. Right.
9  Q. And if you were to evaluate the soil
10 and you failed to look at shear strength, then
11 that would be an incomplete investigation.
12 A. Depends what you're doing. You know,
13 depends on what they're hiring you to do. If
14 you're doing a typical geotechnical foundation
15 investigation, yes, you'd want to know what the
16 shear strength is.
17 Q. Well, if you were trying to evaluate
18 the soils near a breach in a levee --
19 A. Right.
20 Q. -- you would do --
21 A. Yes.
22 Q. -- a shear strength analysis.
23 A. Sure.
24 Q. It says that the plaintiffs' samples
25 were sealed in wax and stored for possible

Page 261

```
 1   but I --
 2       Q.  Did you attend Berkeley?
 3       A.  Yes, I did my doctorate at Berkeley
 4   between 1976 and 1982.
 5       Q.  Okay.  Who were -- Let me see how to
 6   ask this question.  You taught alongside these
 7   two men when you were a professor there; is
 8   that right?
 9       A.  Yeah, I was a lecturer in that era.
10       Q.  A lecturer.  Is that while you had
11   your consulting business going as well?
12       A.  Yes.
13       Q.  Were either of those men at the
14   university when you attended the university?
15       A.  Ray Seed was there in grad school
16   around the same time that I was, the last few
17   years, yes.  He's four years younger than me,
18   so he wouldn't have graduated from
19   undergraduate until around 1980, as I
20   graduated in '76.  So he -- I do remember
21   seeing him there, and I worked for his father,
22   Professor H. Bolton Seed.
23       Q.  Okay.  Do you recall the
24   permeability value that was established by the
25   ILIT Team for what they called the marsh layer
```

Page 262

```
 1   at the East Bank Industrial Area?
 2       A.  No, I don't recall what it is.  I
 3   should know that.  I don't remember what it
 4   was.
 5       Q.  Well, was that something you could
 6   -- was that section of the report something
 7   you contributed to the report?
 8       A.  It was a long time ago, I mean.  Six
 9   years.
10       Q.  Well, can you look at it and see?
11       A.  Six years ago.  What page?
12       Q.  I think you can find it, the IPET
13   report --
14       A.  ILIT report.
15       Q.  No, let me find it.  Let me look.
16   Let me go --
17       A.  Take a quick bathroom break?
18       Q.  Yes.
19           VIDEO OPERATOR:
20             Off the record.
21           (Whereupon a discussion was held
22        off the record.)
23           VIDEO OPERATOR:
24             We're back on the record.
25   EXAMINATION BY MR. TREEBY:
```

Page 263

```
 1       Q.  Okay.  I have now pointed you to
 2   section 6, and I think this was the section
 3   that you said you were a primary author of;
 4   right?  Chapter 6?
 5       A.  I was a reviewer of it.  I wasn't
 6   the primary author.
 7       Q.  Oh, okay.  Do you see right from the
 8   middle of the page, fourth paragraph, the best
 9   estimated coefficient of lateral permeability
10   of 10 to the minus 2 centimeters per second?
11       A.  Right.
12       Q.  Do you recall being the person who
13   did the test work that resulted in that
14   assessment?
15       A.  Yeah, well, I -- I am involved in
16   that.  I wasn't the person that did any test
17   work, but what we had -- when we were drilling
18   at other sites, we -- when we pushed the
19   Shelby tube into the swamp material we saw
20   water squirt out of all the adjacent holes
21   around us so we figured out pretty quickly
22   that we had something that was highly
23   conductive.  I had never seen anything like
24   that previously in my career.  And that likely
25   influenced this -- this view of anything
```

Page 264

```
 1   that's organic or has peats or is a swampy
 2   stuff could have a very high permeability,
 3   because that's kind of how we were all
 4   thinking at that point and that's why I was so
 5   interested in coming out to Louisiana and
 6   doing these tests, was to see, because we had
 7   heard similar kinds of things from the Dutch,
 8   talking to the Dutch when they were here, and
 9   then international conferences and things that
10   followed Katrina, we have a lot more
11   experience with peat problems and peat
12   permeability issues and so I was very
13   interested in that and I think that's part of
14   where that very high -- high conductivity
15   value came from, was influenced by when I was
16   observing over in the other part of town.
17       Q.  You said at another site you saw
18   this.  When you did the Shelby tubes you saw
19   this?
20       A.  Yeah.
21       Q.  What was the other site?
22       A.  17th Street.
23       Q.  So this spurting episode that you
24   saw was not at the EBIA?
25       A.  Correct.
```