# EXHIBIT 10

# IHNC-EBIA Pump Test Protocol

## 1.0 Introduction

This standard operating procedure (SOP) has been developed for hydraulic testing of organic-rich subsurface strata, referred to as swamp/marsh deposit, that have been identified at the Inner Harbor Navigation Canal (IHNC) East Bank Industrial Area (EBIA) of New Orleans, Louisiana. This hydraulic testing is being overseen by experts from the IHNC-EBIA litigation team under a cost sharing agreement, and this procedure is intended to be agreed to and used by experts for the Plaintiffs and for the Defense prior to implementation and during installation of any equipment. As of the date of this document (August 8, 2011) five separate sites at the IHNC-EBIA have been identified for hydraulic testing via pumping tests; Plaintiff's experts will have primary responsibility for design of field activities at sites 1 through 3 but in consultation and agreement with Defense experts, while Defense experts will have primary responsibility for design of field activities at sites 4 and 5 but in consultation and agreement with Plaintiff's experts.

This document outlines general procedures for installing and developing control and observation wells, for performing the pumping tests, and for collecting hydraulic head data prior to, during and after proposed pumping tests. Specific information will be provided to all parties prior to equipment purchase, installation, and operation. For example, a diagram showing the location of proposed control and observation wells, relevant soil profile, screen location and sand pack, and other installation and testing parameters will be submitted to all parties for review and comment before start of installation or testing as stated below.

This SOP has been developed to reference applicable American Society for Testing and Materials (ASTM) standard test methods, practices, and guidance as appropriate. It is the intent of this SOP to follow relevant ASTM standards except as noted differently herein. Preliminary sampling and testing at the IHNC-EBIA sites has characterized the swamp/marsh deposits as having organic material and high-moisture content, overlain and underlain by fine grained plastic clay material. As a result, portions of the swamp/marsh deposit may have limited ability to yield appreciable volumes of water to a control well. Because most of the ASTM methods have been developed for granular soils, many of the ASTM methods have limited applicability to the kind of pumping tests that are proposed at the IHNC-EBIA sites. Therefore, this document specifies certain site-specific operations and procedures that may depart from or not be referenced in the ASTM methods.

This SOP is not intended to specify techniques used to analyze the pumping test data, as the selection of an appropriate analytical methodology will be a decision made independently and separately by Plaintiff and Defense experts in accordance with ASTM D4043-96 "Standard Guide for Selection of Aquifer Test Method in Determining Hydraulic Properties by Well Techniques" after data has been collected.

### 1.1 Roles and Responsibilities

Fugro will be responsible for installation of all control and observation wells. Fugro will provide experienced personnel, as approved by experts for Plaintiff's and Defense, who will be responsible for the Performance of the pumping test with the assistance of plaintiff's and defense experts. It is anticipated that all parties to the IHNC-EBIA litigation will be on-site or otherwise represented during the performance of field activities associated with the pumping tests. Any modifications to this SOP or field changes regarding the construction of wells,

## IHNC-EBIA Pump Test Protocol

duration of testing, or determination or alteration of pumping rate will be made only after joint consultation among the experts for plaintiffs, DOJ and WGI.

## 2.0  Objective

The objective of this SOP is to conduct pumping test to measure hydraulic properties of a more pervious soil layer that is bounded by upper and lower soil layers of lower permeability. To the extent practicable, the work will be performed in accordance with applicable standard test methods, practices and guidance specified in pertinent ASTM methods as referenced in this document.

## 3.0  Definitions

**3.1 Aquifer, Confined:** an aquifer bounded above and below by confining beds and in which the static head is above the top of the aquifer and remains so for the duration of the test.

**3.2 BGS:** below ground surface

**3.3 Confining Bed:** a hydro geologic unit of less permeable material bounding a more permeable layer.

**3.4 Control Well:** well by which water is added to or removed from the aquifer.

**3.5 Drawdown:** vertical distance the static head is lowered due to the removal of water from the control well.

**3.6 DTB:** depth to bottom

**3.7 DTW:** depth to water

**3.8 Hydraulic Conductivity:** the volume of water at the existing kinematic viscosity that will move in a unit time under a unit hydraulic gradient through a unit area measured at right angles to direction of flow.

**3.9 Observation Well:** a well open to part of an aquifer that is used to measure hydraulic head.

**3.10 Pre Pack Well Screen:** a well screen that is constructed of an inner PVC screen surrounded by fine mesh stainless steel screen that is pre packed with an environmental grade filter sand before being deployed into a formation.

**3.11 Side Port Tremie Method:** a method of delivering grout to the annulus without intrusion into the sand filter. Usually achieved by cutting a notch in the side of the tremie tubing about one inch from the bottom and sealing off the bottom of the tubing so no grout is aimed straight down into the sand.

**3.12 TOC:** top of casing

**3.13 VRP:** vertical reference point

# IHNC-EBIA Pump Test Protocol

## 4.0 Site-Specific Procedures

This procedure describes the field process of using constant discharge pumping tests to be conducted in a swamp/marsh zone of a fine-grained/clay soil unit at five separate sites within the IHNC-EBIA site to measure hydraulic properties of the soil. Generalized site stratigraphy and proposed well screen intervals are depicted in Figure 1. This SOP describes field procedures for installing the control and observation wells, controlling discharge rates, and measuring water levels used to analyze the hydraulic properties of an aquifer. This document was drafted to be in general conformance with "ASTM D4050-96 Standard Test Method for (Field Procedure) for Withdrawal and Injection Well Tests for Determining Hydraulic Properties of Aquifer Systems". Site-specific procedures that have been agreed upon by the plaintiff's and defense experts are described in this section.

### 4.1 Control Well Installation

The location and screened interval of the control wells at the five separate sites will be selected by the Plaintiff's experts for Sites 1 through 3 and by the Defense experts for Sites 4 and 5. Each control well will be constructed of 2-inch diameter by 60-inch long PVC casing and 3-foot screen Section with a slot size of .010-inches. In general, there will be 6 inches of sand below the screen and 6 inches of sand above the screen. The bottom of the screened interval screen will be placed at the bottom of a swamp/marsh zone within a confined aquifer. The depth and thickness of the swamp/marsh zone will be determined on the basis of previous subsurface investigation activities that have identified a characteristic increase in moisture content associated with the swamp/marsh deposits. The Control well will be installed in accordance with ASTM D5092-04 "Standard practice for Design and Installation of Groundwater Monitoring Wells" using rotary methods with water as the drilling fluid. A six-inch diameter rotary boring will be drilled to install the 2 inch diameter control well.

Based on prior subsurface investigation results, the soil stratigraphy varies at each of the five sites. A diagram showing the relevant soil profile, screen location and sand pack, and other control well installation parameters for each of the five sites will be submitted to all parties for review and comment before start of installation. A similar diagram will be developed for each of the observation wells and the distance from the control well. Plaintiff experts will provide these diagrams for Sites 1, 2 and 3. Defense experts will provide these diagrams for Sites 4 and 5.

Once a well installation is completed, the well protection system will be installed and the well locked by Fugro. Figure 2 shows the approved well protection system. Fugro will have the only key to open the lock until the completion of the field work at which time all keys will be turned over to the Government. Once the well is installed and developed properly it may be used to produce accurate water levels and as a Control Well.

### 4.2 Observation Well Installation

The location and screened interval of the observation wells at the five sites will be selected by the plaintiff's experts for sites 1 through 3 and by the defense experts for sites 4 and 5. However, a diagram showing the relevant soil profile, screen location and sand pack, distance from control well, and other observation well installation parameters will be submitted to defendants for review and comment before start of installation because of the joint nature of this investigation. At all sites, six observation well locations will be selected and two observation wells in close proximity (screened at different depth intervals) will be installed at