# EXHIBIT 11

# Expert Report

# Site Characterization of Eastern side of the Inner Harbor Navigation Canal (IHNC) in the Lower 9th Ward of New Orleans

For

Katrina Canal Breaches Consolidated Litigation

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson [No. 06-2268]

By

J. David Rogers, Ph.D., P.E., P.G., C.E.G., C.HG.

January 5, 2012

# Executive Summary

I, J. David Rogers, under penalty of perjury, states as follows:

1. This report summarizes work performed for the Katrina Canal Breaches Consolidated Litigation [USDC, E.D. La. No. 05-4182 "K" (2) Pertains to MR-GO (Mississippi River – Gulf Outlet), Robinson (No. 06-2268)] related to analyses of the U.S. Army Corps of Engineers (USACE) Inner Harbor Navigation Canal (IHNC) Lock Expansion Project East Bank Industrial Area (EBIA) engineering and site clearing excavations conducted by the Washington Group International (WGI) for the USACE on development of the North Breach and South Breach at the Lower 9th Ward during Hurricane Katrina on 29 August 2005;

2. A synopsis of the historical and geologic setting is presented to define the context of the site. The regional geologic setting controlled the depositional environments and associated site stratigraphy (soil layering). Anthropogenic development at the site also exerted a marked impact on the types and distributions of soil units encountered;

3. A description of the work performed and documented by WGI, in association with and under the direction of, the U.S. Army Corps of Engineers, is provided;

4. Results pertaining to the in-situ permeability [field] testing of the Swamp/Marsh deposits in the Lower 9th Ward are also summarized. In-situ field testing was performed at two sites (School Site and South EBIA Site) during September and October 2011. The in-situ field testing program was developed in conjunction with Defense Experts and all field testing was jointly observed. Configuration of the test sites and implementation of the pump tests was completed by Fugro Consultants, under direction of the Experts. Each test site consisted of a pump well and 12 observation wells (6 deep wells and 6 shallow wells). Instrumentation was installed to measure and record water level changes before, during, and after the pump tests, and

5. This report summarizes my engineering analyses, utilizing the results from the in-situ field testing program, to determine the likely range of hydraulic conductivity of the upper Swamp/Marsh layer(s) based on the results from the Joint Expert in-situ field testing program. Field permeability values were calculated for each observation well and then an aggregate permeability value was calculated to represent permeability for the pump test site. My opinion based on a review of all available data is that the permeability of the Swamp/Marsh layer at the EBIA site ranges from $10^{-4}$ to $10^{-6}$, with a most likely value of $10^{-5}$.

I reserve the right to adjust my evaluations, interpretations, and analyses, based on review of additional surveying, geotechnical, geologic, and hydrologic data from Fugro; as well as data, credible information, photographs, and testimony that may be produced by others involved in the case, which I deem to be credible. As of this date, Fugro has yet to respond to several inquiries we have made regarding questions we have raised concerning various aspects of the preliminary data they have produced. The opinions I present are based on more than six years studying the area and the available data I believe to be most credible. I reserve the right to incorporate any additional data that I believe to be credible, which may alter or adjust various evaluations, interpretations, and analyses upon which I base my present opinions and conclusions. For instance, a number of documents were requested for my review, but were never produced. In addition, I have yet to



Figure 156  Geologic cross section through the Gulf Coast Salt Dome Basin, taken from Adams (1997).  This shows the retrogressive character of young lystric normal faults cutting coastal Louisiana, from north to south.  The faults foot in a basement-salt-decollement surface of middle Cretaceous age (> 100 Ma).

# Lower 9th Ward Soil Stratigraphy

Interpretation of stratigraphic horizons beneath the Inner Harbor Navigation Canal - East Bank Industrial Area (Site) included review of previous geologic reports and boring logs. For this study, geologic units beneath the site were labeled as: Pleistocene, Nearshore Gulf, Beach, Interdistributary, and undifferentiated Native Swamp. Anthropogenic fills as a result of dredging of the IHNC were observed within the EBIA area.

## Pleistocene Deposits

The Pleistocene deposits underlying New Orleans are predominated by the Prairie Formation of Fisk (1944), or Prairie Complex of Saucier (1987), which comprises the land surface north of Lake Pontchartrain. Its upper surface is dissected and dips seaward, to depths of 40 to 100 feet beneath most of the New Orleans area. It was deposited in a nearshore marine, lagoonal, and fluvial depositional environments. According to Saucier (1994), its age has been correlated with the Sangamon interglacial (120,000 ybp) through the Wisconsin glacial epoch (18,000 ybp). According to Kolb et al. (1975), the Prairie formation is typified by stiff to very stiff fat clay, silt, and sand. The sand is less abundant and occurs in lenses. The silts and clays at the upper contact have a greenish cast. Concretions and oxidation promoted by sub areal exposure during low sea stands are also present. However, the deposits are also brown, tan, yellow, reddish-brown, red and gray. In some borings, the upper contact is indicated by an abrupt change to shell fragments. Cohesion values range from 1000- to 4000-lbs/ft$^2$ near the upper portion of the deposit. The stiff to very stiff fat clay grades to soft, low cohesion fat clays of the Nearshore Gulf deposit. The elevation of the upper Pleistocene contact ranged from -49 to -86 feet below ground surface.

## Nearshore Gulf Deposits

The Nearshore Gulf and Beach deposits consist of a complex mix of clays, silts, sands, and broken shell material. The Nearshore Gulf deposits interfinger with the upper beach and interdistributary deposits, and generally consist of interbedded silty sand, sand, shell fragments, with occasional lenses of silt and very soft to medium stiff lean and fat clays.

The contact between the Nearshore Gulf and Beach deposits is ambiguous in some borings, due to the complex stratification of sediments within these zones. In general, the contact stratigraphic between the Nearshore Gulf and Beach deposits has been interpreted to be a zone of lean and fat clay in abrupt contact with an upper layer of sand and silty sand (Beach deposits, described below). In some borings, this zone was not discernible or is missing entirely. Stratification of clay, silt, sand, and shell material was interpreted to be Nearshore Gulf deposits, and in some borings this complex mix of sediments lies in abrupt contact with lower Interdistributary deposits (described below). The contact between the Nearshore Gulf deposits and lower Interdistributary deposits is usually abrupt and generally marked by the absence of shell fragments, and a change to gray and dark gray, very soft to medium fat clay. In the IHNC EBIA the elevation of the upper Nearshore Gulf contact ranges from -32 to -70 feet below ground surface.

development, initiating tests, and performing the tests. All parties agreed that interpretation of the data would be left to each individual party's experts (Plaintiffs, WGI Defendants, and USACE Defendants).

Plaintiff Experts intended to perform three pump tests per site (School site, South EBIA (S-EBIA) site). Table 2 presents a summary of major activities associated with the in-situ field pumping test program.

**Table 2   Summary of Start Date for Field Pump Test Activities**

| Site | Installation | Development | Pump Test 1 | Pump Test 2 | Pump Test 3 |
|---|---|---|---|---|---|
| School | 8/28/2011 | 9/11/2011 | 9/24/2011 | 10/4/2011 | 10/15/2011 |
| S-EBIA | 9/1/2011 | 10/3/2011 | 10/11/2011 | 10/27/2011 | |

Plaintiff Experts opted not to participate in the pump tests conducted at Defense Expert sites (EBIA-North and EBIA-South Breach) due to substantial non-compliance with the Joint SOPs and lack of effort by Defense Experts to develop the observation wells, ensuring an appropriate and adequate connection with the surrounding formation. Additionally, there remains significant uncertainty regarding the representativeness of these two sites to pre-Katrina conditions given the post-Katrina developments discussed previously in this report.

## Pump Test Sites

Plaintiff Experts initially identified three sites for in-situ field permeability testing: School site, South EBIA site, and Railroad site. The Defense Experts identified two sites to conduct pumping test: EBIA North (EBIA-N), and EBIA South Breach (EBIA-SB). Figure 185 shows the pump test sites. The Railroad site was abandoned due to quantity of rubble and anthropogenic fill. Plaintiff Experts proceeded with pump tests at the School site and S-EBIA site, where it would be possible to install pump and observation wells into the native formations.

The School site is located along the south end of the now demolished Alfred Lawless Elementary school located along N. Rocheblave Street near the intersection of Lizard Street and N. Rocheblave Street. The South EBIA site is located on the south end of the East Bank Industrial Area (EBIA) between the Claiborne street Bridge and the flood wall just off Jourdan Avenue.

mechanical compaction or certification with compaction tests, and over 10,000 cubic yards of clean sand backfill was also brought onto the site, to infill many of the excavations. Almost all of this work was carried out within 300 feet of the EBIA levee-floodwall.

After Hurricanes Katrina (August 29, 2005) and Rita (September 24, 2005) struck the area, the levee-flood wall along the EBIA was breached in two locations, allowing unrestricted flooding of the Lower 9th Ward area, to the east of the IHNC (many other levees along the IHNC also failed).

From late 2005 thru mid-2007 the EBIA was again, extensively re-graded, as part of the post-Katrina flood protection improvements supervised by the Army Corps of Engineers. This work included the construction of no less than three temporary rockfill and earthfill cofferdam dikes, to mitigate the two breaches and provide protection during re-construction of the entire EBIA levee-floodwall. The old earthen dike was removed, and a much deeper lines of sheet piles were driven, followed by the construction of a much lower earthen dike, and a much higher concrete flood wall, with a continuous concrete splash pad about its outer perimeter, except along that portion of the pre-Katrina levee-floodwall running parallel to and beneath the approaches of the Claiborne Avenue Bridge, to the old IHNC lock. In this area the height of the combined levee-flood wall is about two feet lower than the post-Katrina floodwall. The inboard slope of the levee in this area was faced with reinforced concrete, for splash and erosion protection (Figure 205).

## South EBIA test array

It was within the zone at the far south end of the EBIA, just north of the Claiborne Avenue Bridge, which we selected for our insitu permeability tests, designated as South-EBIA site, with observation wells installed on both sides of the pre-Katrina levee-floodwall (Figure 205). This was because this was the area with the least site disturbance associated with the extensive post-Katrina site remediation activities, described above.



**Figure 205 Present day view of the South EBIA test site, as seen from the top of the flood wall beneath the Claiborne Avenue Bridge, looking northeast, on the protected side. The control well was placed in the center area of the image, just beyond the concrete slope facing.**