# EXHIBIT 14

# Failures at the Inner Harbor Navigation Canal, East Bank Industrial Area, during Hurricane Katrina



IHNC – EBIA Breaches, photo taken 6 September 2005, courtesy of USACE.

**Prepared for:**   Jones Day, Washington, D.C.



Stone Pigman Walther Wittmann L.L.C.



**Prepared by:**   Francisco Silva - Tulla, Sc.D., P.E.
  Consulting Civil Engineer
  GeoEngineering & Environment



**12 March 2012**

12 BASKIN ROAD ● LEXINGTON ● MASSACHUSETTS ● USA ● 02421-6929 ● +1.781.862.1515 ●
silva@alum.mit.edu

# APPENDIX D. PERMEABILITY AND HYDRAULIC TESTING & ANALYSIS

## Contents

1. Introduction ................................................................................................................................. 5

2. Site Description ........................................................................................................................... 5

3. Laboratory Permeability Tests ................................................................................................... 7

4. Field Investigations .................................................................................................................... 9

    4.1. Design of Field Program. ..................................................................................................... 9

    4.2 Field Activities. ................................................................................................................... 16

        4.2.1 Well Development, Slug Testing and Instrumentation. ............................................ 17

        4.2.2 Pumping Test Performance. ....................................................................................... 19

5. Data Reduction and Processing. ............................................................................................... 21

6. Data Analysis and Interpretation. ............................................................................................ 21

    6.1 Analysis Methodology. ....................................................................................................... 21

    6.2 Evaluation of Hydraulic Data. ............................................................................................ 31

    6.3 Slug Test Analyses. ............................................................................................................. 41

    6.4 Pumping Test Analyses. ..................................................................................................... 42

        6.4.1 School Site. .................................................................................................................. 42

        6.4.2 South EBIA Site. .......................................................................................................... 44

        6.4.3 EBIA South Breach Site. ............................................................................................. 44

        6.4.4 EBIA North Site. .......................................................................................................... 45

        6.4.5 Adjustment of Hydraulic Conductivity Values for Post-Katrina Soil Conditions. ....... 45

7. Results of Analysis. ................................................................................................................... 54

8. Conclusions. .............................................................................................................................. 71

## 8. Conclusions.

- Our best estimates of permeability (hydraulic conductivity) of the organic clay unit derived from the pumping tests performed are as follows, with calculated mean values of:
    - $1 \times 10^{-6}$ cm/s for the South EBIA and EBIA North sites;
    - $1 \times 10^{-5}$ cm/s for the EBIA South Breach site; and
    - $4 \times 10^{-4}$ cm/s for the School site.
- Permeability values from pumping tests are considered most representative because permeability has been demonstrated to increase with scale, and pumping tests consider a larger volume of subsurface than other testing methods, such as slug tests, CPT dissipation tests, and laboratory tests. Scattergrams of permeability calculated by the above methods demonstrate that the highest values of k are obtained from pumping tests; the lowest values are obtained from laboratory tests, and slug and CPT tests fall in the middle range.
- The calculated range of permeability ranges over five orders of magnitude, from about $10^{-8}$ cm/s to $10^{-3}$ cm/s. The highest values were obtained from pumping test #1 at the School site.
- Hydraulic properties at the School site are not considered representative of the conditions associated with the levee breaches, due to the distance (over 1,800 feet) from the levee and the fact that the clay and organic clay unit occurs at a shallow depth of about 5 feet at the School site, compared to about 12 feet near the levee. As such, the unit at the School site has not been subject to the consolidation that the unit has undergone at the levee. Furthermore, the School site hydraulic exhibit drawdown patterns are characteristic of an isolated, bounded formation.
- In these various tests, the Coefficient of Consolidation, $c_h$, can be calculated from the pumping tests by recognizing that this geotechnical term is equivalent to the hydrogeologic term Hydraulic Diffusivity, which is the ratio of Transmissivity to Storativity. That is, $c_h = T/S$. This is an extremely usefully parameter because transient groundwater flow is controlled not only by permeability but also by storativity. Calculated mean values of T/S for the four sites are:
    - School site: $c_h = 1.4$ cm$^2$/s
    - South EBIA site: $c_h = 0.14$ cm$^2$/s
    - EBIA South Breach Site: $c_h = 0.10$ cm$^2$/s
    - EBIA North site: $c_h = 0.05$ cm$^2$/s