# EXHIBIT 18

# Expert Report

of

# Robert Glenn Bea, Ph.D., P.E.

Prepared for

## Goodwin Procter LLP

901 New York Avenue NW

Washington, D.C. 20001

Moraga, California

August 3, 2009

**APPENDIX C**

**FORENSIC ENGINEERING ANALYSES OF THE LOWER 9TH WARD BREACHES**

1.  This Appendix is divided into four sections. Sections I and II provides a summary of my forensic engineering observations and analyses to determine the causes of the breaches, failures, and overtopping that developed with respect to the hurricane flood protection structures along the IHNC at the Lower 9th Ward during Hurricane Katrina. Section III summarizes the major conclusions drawn from this work. Section IV provides a summary of all of the references cited in this document. The following table of contents will serve as a guide to help reading this Declaration.

**TABLE OF CONTENTS**

I.   FORENSIC ENGINEERING OBSERVATIONS ............................................................... 2
II.  FORENSIC ENGINEERING ANALYSES...................................................................... 3
   Field Observations ............................................................................................................ 3
   Background ..................................................................................................................... 19
   North Breach Seepage & Stability Analyses ..................................................................... 47
   South Breach Seepage & Stability Analyses..................................................................... 64
   Hydraulic Conductivities and Effects on Lateral Stability of the Flood Protection
   Structures at the Lower 9th Ward ..................................................................................... 90
   Three Dimensional Seepage Analyses ............................................................................ 103
      North Breach ............................................................................................................... 104
      South Breach ............................................................................................................... 107
      Summary....................................................................................................................... 110
III. SUMMARY OF FORENSIC ENGINEERING ANALYSES...................................... 112
IV.  REFERENCES............................................................................................................. 115



Figure 47: Factor of Safety against hydraulic uplift, South breach (Bea and Cobos-Roa 2008). Marsh $kx = 10^{-3}$ cm/s. The factor of safety drops below unity at about 5 am (CDT) August 29, 2005 indicating the onset of levee – floodwall failure.

54.     The next step in the study of the North Breach was to perform slope stability analyses that incorporate the hydraulic response of the levee – floodwall system.  The software SLOPE\W was employed in these analyses.  The pore pressures generated by the SEEP\W finite element analyses were used by SLOPE\W when calculating lateral stability factors of safety. The software uses Limit Equilibrium Analysis to calculate factors of safety by a number of analytical methods.  The results included here use the Spencer method.

55.     To evaluate the effects of formation of a waterside gap between the sheet piling and the supporting soil levee, factors of safety were calculated for the cases where no gap was developed (therefore a failure surface extending to the waterside slope was used), and a second

59

set of analyses were performed assuming that a gap had formed throughout the length of the sheet pile. Because of the uncertainties associated with the permeability characteristics of the Marsh deposits that underlie this area, the lateral stability analyses were performed for horizontal permeability in the range of $1 \times 10^{-3}$ cm/s to $1 \times 10^{-6}$ cm/s. Consequently, the pore pressure field generated from the seepage analyses for each of the permeability and storm surge elevation values were used to calculate the factor of safety at different water elevations.

56.     Based on the soil boring and testing information cited earlier and detailed by Bea and Cobos-Roa (2008), median values of the soil properties for the different stratagraphic layers were determined for unit weight, undrained shear strengths and friction angles. Table 3 summarizes the material properties used in the slope stability analyses. Figure 48 shows the input geometry used for the stability analyses of the North Breach.



Figure 48: Cross section used for slope stability analyses for the North Breach (Bea and Cobos-Roa 2008).

60



Figure 58: Factor of Safety against hydraulic uplift, South breach. Marsh kx = $10^{-3}$ cm/s (Bea and Cobos-Roa 2008).

70. The next step in the study of the South Breach was to perform slope stability analyses that incorporate the hydraulic response of the levee – floodwall system. The software SLOPE\W was employed in these analyses. The pore pressures generated by the SEEP\W finite element analyses were used by SLOPE\W when calculating lateral stability factors of safety. The software uses Limit Equilibrium Analysis to calculate factors of safety by a number of analytical methods. The results included here use the Spencer method.

71. To evaluate the effects of formation of a waterside gap between the sheet piling and the supporting soil levee, factors of safety were calculated for the cases where no gap was developed (therefore a failure surface extending to the waterside slope was used), and a second set of analyses were performed assuming that a gap had formed throughout the length of the

70

sheet pile. Because of the uncertainties associated with the permeability characteristics of the Marsh deposits that underlie this area, the lateral stability analyses were performed for horizontal permeability in the range of $1 \times 10^{-3}$ cm/s to $1 \times 10^{-6}$ cm/s. Consequently, the pore pressure field generated from the seepage analyses for each of the permeability and storm surge elevation values were used to calculate the factor of safety at different water elevations.

72.     Based on the soil boring and testing information cited earlier and detailed by Bea and Cobos-Roa (2008), median values of the soil properties for the different stratagraphic layers were determined for unit weight, undrained shear strengths and friction angles. Table 4 summarizes the material properties used in the slope stability analyses. Figure 59 shows the input geometry used for the stability analyses of the North Breach.



Figure 59: Analysis cross-section for South breach (Bea and Cobos-Roa 2008).

associated with the hydraulic conductivity of the buried marsh and swamp layers that underlie the Lower 9th Ward (and much of the rest of the greater New Orleans area). I keep samples of these layers that I obtained from the Lower 9th Ward (obtained in 2006 from a crew working on repair of the sewage and water systems) on my desk to remind me of the unusual characteristics of these highly organic – silty soils. These soils 'outcrop' just to the north of the Lower 9th Ward out by the water treatment plant. Water can and does flow easily through these organic soils – like water through compacted 'dirty' sawdust.

93.     Results from the later ILIT analyses (Seed et al 2008a, 2008b) and the analyses documented in this report show there could be important hydraulic conductivity 'seepage' effects which could lead to 'blowouts'. Most importantly there were also hydraulic effects (pressures in the underlying marsh – swamp layers blanketed with the overlying much less permeable soils) which could lead to 'uplift forces' that could lead to destabilization of the flood protection structures (Figure 81, Bea 2008). My review of the IPET did not disclose evidence that these analyses had accounted for such 'uplift forces' nor for the inter-related effects of the EBIA backfilled excavations in their analyses of lateral stability. In addition, my analyses indicate that the IPET performed seepage <u>and</u> stability analyses – <u>but not a combination of the two</u>. I was unable to detect that the hydraulic conductivity uplift pressure effects had been included in the lateral stability analyses performed by the IPET. For many years, the existence of these hydraulic uplift effects have been recognized and addressed in design of dams and other structures (e.g. retaining walls, slopes) that must 'keep water friendly' (USACE 1995, 2000, 2002, 2003; Terzaghi and Peck 1948; Hough 1957, Lambe and Whittman 1969; Handy and Spangler, 2007).

94.     Because of a lack of 'direct' measurements of the in situ permeabilities of the buried marsh layers, 'indirect' sources of information have been used to deduce plausible

93

characteristics for these soils. These sources of information include: a) results from laboratory tests performed on samples from marsh 'soils' thought to be comparable with those underlying the Lower 9th Ward, b) results from field tests performed in marsh soils comparable with those underlying the Lower 9th Ward, c) observations made at this location during performance of the soil borings for the ILIT project (Figure 82), d) observations made during the EBIA site clearing excavations (water filling excavations), e) observations made during construction of a flood protection drainage structure located north of the Lower 9th Ward that encountered the marsh layers, and f) observations and measurements made in comparable buried marsh layers (IPET 2007, ILIT 2006) found in the vicinity of the 17th Street Canal Breach (Figure 82).

95.     During performance of the ILIT soil borings at the sites of the North Breach and South Breach at the Lower 9th Ward the very high hydraulic connectivity of the marsh and swamp layers that underlie this entire area was made apparent (Figure 82). After completing one boring at the location, the soil boring rig was moved 200 feet away and a second boring was completed. Because of the variable soil characteristics, it was decided to drill a third soil boring midway between the first two borings. When the drilling unit encountered the buried marsh and swamp layers, water immediately began spouting from the two adjacent soil boring holes. Examination of the soil samples showed that the organic layers were very 'layered' – as one would expect from the accumulation of organic matter in the bottom of a marsh or swamp. The deposits were very anisotropic – the horizontal permeability was much greater than the vertical permeability. This observation showed that conventional sampling and laboratory testing methods (e.g. permeability determined from consolidation tests on samples from vertical cores) could not be relied upon to give realistic data regarding the horizontal permeabilities of these marsh - swamp layers.

## III.     SUMMARY OF FORENSIC ENGINEERING ANALYSES

111.    Marsh permeability plays a key role in the hydraulic behavior and instability of the breaches along the East levee of the IHNC-Lower Ninth Ward.  Because of the inherent uncertainties associated with the Marsh permeability a wide range of permeabilities ($10^{-3}$ to $10^{-6}$ cm/s) were used to characterize the Marsh deposit and compute the response of the levee and underlying materials.

112.    The South and North breaches were modeled using two-dimensional finite element and limit equilibrium analyses and incorporated two main differences with published analyses (ILIT, IPET). The first was the presence of excavations on the EBIA side of the levee - floodwall.  Previous analyses did not include the effect of the very deep excavations that took place along the EBIA during the 1990s. The influences of the EBIA excavations on the levee response to the storm surge is that they bring the IHNC effectively to the waterside toe of the associated flood protection structures.  The 100 feet to 200 feet between the levee and the shore of the canal were effectively reduced to a couple of tens of feet, meaning that the full hydraulic load of the surge in IHNC will be directly applied below the toe of the levee. The second was generation of pore pressure and associated seepage through the waterside gap formed between the sheet pile and the embankment as the surge rose in the IHNC.

113.    The 2D and 3D seepage analyses show that pore pressures develop quickly and near-steady state conditions are reached within less than 30 hours of the initiation of the surge starting on August 28, 2005.  Calculated pore pressures and hydraulic gradients are within 20 % to 30% of those computed for a hypothetical steady state at the water elevation at time of failure (between +9 feet and 10 feet for the North Breach, and between +12 feet and +14 feet for the