# EXHIBIT 26

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION          NO. 05-4182 K2
                                 JUDGE DUVAL
PERTAINS TO MRGO                 MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
    05-6314, 05-6324, 05-6327, 05-6359,
    06-0225, 06-0886, 06-1885, 06-2152,
    06-2278, 06-2287, 06-2824, 06-4024,
    06-4065, 06-4066, 06-4389, 06-4634,
    06-4931, 06-5032, 06-5155, 06-5159,
    06-5156, 06-5162, 06-5260, 06-5771,
    06-5786, 06-5937, 07-0206, 07-0621,
    07-1073, 07-1271, 07-1285
              * * *

    Deposition of THOMAS G. NAYMIK, PH.D.,
P.G., given at the offices of Bruno & Bruno,
LLP, 855 Baronne Street, New Orleans, Louisiana
70113, on April 5th, 2012.
REPORTED BY:
    JOSEPH A. FAIRBANKS, JR., CCR, RPR
    CERTIFIED COURT REPORTER #75005

Page 2

 1  APPEARANCES:
 2  REPRESENTING THE PLAINTIFFS:
 3      BARON & BUDD, P.C.
 4      (BY:  THOMAS SIMS, ESQUIRE)
 5      701 Brazos Street, Suite 500
 6      Austin, Texas 78701-3232
 7      214-521-3605
 8  - AND -
 9      DOMENGEAUX, WRIGHT, ROY & EDWARDS
10      (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)
11      556 Jefferson Street, Suite 500
12      Lafayette, Louisiana 70501
13      337-233-3033
14
15  REPRESENTING THE UNITED STATES OF AMERICA:
16      U.S. DEPARTMENT OF JUSTICE
17      (BY:  RUPERT MITSCH, ESQUIRE)
18      Torts Branch, Civil Division
19      P.O. Box 888
20      Benjamin Franklin Station
21      Washington, D.C. 20044
22      202-616-4289
23
24
25

Page 3

 1  REPRESENTING WASHINGTON GROUP INTERNATIONAL,
 2      INC.:
 3      STONE PIGMAN WALTHER WITTMANN, L.L.C.
 4      (BY:  WILLIAM D. TREEBY, ESQUIRE)
 5      546 Carondelet Street
 6      New Orleans, Louisiana 70130
 7      504-581-3200

Page 4

        E X A M I N A T I O N   I N D E X

EXAMINATION BY:                          PAGE
MR. SIMS      ................................6
MR. MITSCH    ..............................192
MR. SIMS      ..............................193

        E X H I B I T   I N D E X

EXHIBIT NO.                              PAGE
Naymik Exhibit 1 ............................8
Naymik Exhibit 2 ............................8
Naymik Exhibit 3 ............................8
Naymik Exhibit 4 ............................9
Naymik Exhibit 5 ............................9
Naymik Exhibit 6 ...........................10
Naymik Exhibit 7 ...........................10
Naymik Exhibit 8 ...........................61
Naymik Exhibit 9 ...........................89
Naymik Exhibit 10 ..........................93
Naymik Exhibit 11 ..........................95
Naymik Exhibit 12 .........................179
Naymik Exhibit 13 .........................184

Page 145

```
 1    I was satisfied that it was really what was
 2    there.
 3        Q.  So you oversaw the work of the younger
 4    staff members at your office to ensure that
 5    they had prepared the cross-sections in a
 6    manner that you believed was correct and
 7    appropriate.
 8        A.  I did more than oversee it.  I marked
 9    them up and made massive changes to most of
10    them, yes.
11        Q.  And is the reason you made changes to
12    most of them because you wanted -- or you
13    disagreed with how they had interpolated the
14    area of the soil that lies in between borings?
15            MR. MITSCH:
16               Or why was it?
17        A.  The main reason was their lack of
18    experience and just not diagramming things
19    properly.  The scaling wasn't proper, um --
20    vertical exaggeration wasn't proper, things
21    that are of that nature.
22    EXAMINATION BY MR. SIMS:
23        Q.  And I guess let me make sure I
24    understand how these cross-sections work.  And
25    we could turn to a figure, if you want.  So,
```

Page 146

```
 1    for example, if we turn to Cross-section CC,
 2    Figure 4.4 of your report --
 3            MR. MITSCH:
 4               4.4?
 5            MR. SIMS:
 6               Yes.
 7        A.  Let me see if I've got a bigger one
 8    down here.  There we go.  I can see this.
 9    Okay.
10    EXAMINATION BY MR. SIMS:
11        Q.  So if I understand generally how these
12    cross-sections are derived, they take known
13    test results which are the boring logs and they
14    attempt to interpolate what the soils look like
15    in the space that lies between two boring logs.
16            Is that generally how cross-sections
17    work?
18        A.  Um -- no.  Cross-sections basically
19    are made to show vertical profiles.  You know,
20    they can be no more than contain information
21    about well location, well depth, which is, you
22    know, mainly a very large and important thing
23    to know as a geologist.  They show vertical
24    distributions of everything from contamination
25    to hydraulic conductivity to soil type.
```

Page 147

```
 1            And, if possible, if there's, you
 2    know, enough closeness, and if the conditions
 3    are right geologically, correlation can be done
 4    between the geological units that are seen as
 5    the boring is advanced vertically down through
 6    the profile.  In other words, like you
 7    described -- as you asked your question, you
 8    called it interpolation -- actually, it's
 9    correlation between borings, or between the
10    locations of the wells -- or actually, in our
11    case it's borings.  If, you know, the
12    conditions are what a geologist would expect,
13    they're correlatable.
14        Q.  And that's ultimately where I'm going,
15    is that you or someone on your staff, your
16    company's staff, made a judgment as to how to
17    characterize the soil conditions that existed
18    between boring B-18 and B-19, and that
19    information you then depicted in the
20    cross-section on Figure 4.4.
21        A.  Right, I made that determination
22    and -- you know, they did an earlier version or
23    several earlier versions, but I ultimately made
24    a determination.
25        Q.  Okay.  So, for example, using boring
```

Page 148

```
 1    B-18 as an example, there's a layer of organic
 2    clay that begins at approximately -13 feet
 3    elevation and extends down to around -17 feet.
 4            Is that correct?
 5        A.  Is that correct.
 6        Q.  And then in this cross-section, you
 7    have extending -- this boring extending to the
 8    right by about, say, maybe 5 feet or so, and
 9    extending to the left by about maybe 3 feet or
10    so, give or take a couple of feet, it looks
11    like.
12        A.  (Nods affirmatively.)
13        Q.  Is that right?
14        A.  Yeah.  That's -- yeah.  Give or take a
15    few feet and so on, yes.
16        Q.  Okay.  And so my next question is,
17    what's your process for determining how far out
18    from the boring itself that organic clay layer
19    extends?
20        A.  Actually --
21            MR. TREEBY:
22               25 feet.  I think you're not
23    reading the scale right.
24            MR. SIMS:
25               I may not be.
```

Page 149

    MR. TREEBY:
        There's a horizontal scale and a
    vertical scale, and they're different.
    MR. SIMS:
        Fair point.
EXAMINATION BY MR. SIMS:
    Q. I'm not intending to wed you to 5 or 7
feet. But at some point you decided that
organic clay layer, Boring B-18, ceased and a
fat clay layer began in its place, correct?
    A. That's correct.
    Q. And so what method did you employ to
make that determination on how far out in
either direction this organic clay layer
extended from Boring B-18?
    A. Um -- one of the criteria was that
there would be enough organic clay symbols
there to be able to look at the figure and
recognize that that's where organic clay was
seen within the boring. Just simply a visual
thing.
    Q. Did you say symbols? I may have
misheard you.
    A. Yeah. Yes. The brownish, um -- if
you look at the legend on the, in the

Page 150

right-hand side --
    Q. Yes.
    A. -- okay, the organic clay, what's in
that blocks right there --
    Q. Right.
    A. -- I just called that the symbol.
    Q. I understand. You're saying that one
of the criteria used when evaluating how far
horizontally the organic clay layer extends is
essentially how thick that layer was found in
the boring itself?
    A. No.
    Q. Oh, okay. Please explain it. I
misunderstand it.
    A. The thickness is seen by the top of
the occurrence versus the bottom of the
occurrence.
    Q. Uh-huh.
    A. Okay? Now, the width, if you will, of
that brownish film that I have there, is only
reliant on being able to see, visually, the
fact that there is organic clay, or visually
that organic clay has been cored through at
that location, for that thickness, which is
nothing more than a graphical judgment on my

Page 151

part and my eyesight. That's all that amounts
to.
    You see the distance away from the
well, in this case it's more like 25 feet on
one side, well, about 25 feet, roughly, on
either side of the boring, is just based on my
experience from looking at lenticular deposits
in the subsurface and knowing that a unit like
that will pinch out -- if it's only a couple of
feet thick, it will pinch out over a distance
of thirty to whatever, fifty feet or so.
    And all the jaggedness, if you will,
of the edges that you see on both sides of the
lateral extension of the brownish fill is an
indicator that we are very uncertain about how
far it does extend. That's what that means.
And to a geologist looking at that, that's how
that's interpreted. Sometimes you put question
marks in there, as well, to emphasize that.
And I thought about that, and I thought, all
this jaggedness, that should suffice. And so
that's what determined how far I extended that
out, basically.
    Q. And so you made a judgment ultimately
that the organic clay layer encountered in

Page 152

boring B-17 and the organic clay layer
encountered in Boring B-18 ultimately were not
continuous as between those two borings.
    A. That's correct. And the reason for
that is that the upper surfaces of those
organic layers are different. And when
sedimentary deposits such as organic clay are
deposited in natural conditions, they're
deposited by gravity of clay falling through
water. And what that means is that if this was
the same clay unit, that those upper surfaces
should be exactly the same.
    And here you can see that they're
different by a foot or so, which means that
they're not the same unit. Because you can't
go over to the next -- where the next boring
exists and all of a sudden simply drop a foot
if they're the same depositional unit.
    Q. And would the addition of fill
material on top of this organic clay layer over
a period of, say, sixty years have any impacted
on the top elevation of that layer over a
specific area?
    MR. MITSCH:
        Objection to the form of the