# EXHIBIT 29

*Civil Engineering*



**Katrina Canal Breaches Standard of Care Review Washington Group International, Inc.**

# Katrina Canal Breaches Standard of Care Review Washington Group International, Inc.

Prepared for

Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130-3588

&

Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

Prepared by

Exponent
9 Strathmore Road
Natick, MA 01760

March 9, 2012

© Exponent, Inc.

1104393.000 A0T0 0312 R017



Exhibit F    Boland Marine: Structures to be removed from DDR No. 1 (Courtesy Spatial Data Management Corporation)



Exhibit H  Saucer Marine: Structures to be removed from DDR No. 1 (Courtesy Spatial Data Management Corporation)



Exhibit K    Boland Marine: ACM/hazardous material excavations (Courtesy Spatial Data Management Corporation)



Exhibit M    Boland Marine: RECAP excavations with Area ID and special excavations (Courtesy Spatial Data Management Corporation)



Exhibit N    Saucer Marine: RECAP excavations with Area ID and special excavations (Courtesy Spatial Data Management Corporation)