# EXHIBIT 31

# EXHIBIT 31

# EXHIBIT 22

Before work is to start:
Excavation area is in correct location,
Proper PPE is worn

**Comments and Questions:**

Jim Montegut – Levee wall should not be damaged in anyway during the process of utility removal. If possible, when breaking line with excavator break line at curb to prevent damage to levee wall. It is important to take the appropriate time and not hurry during dismantling process.

Alex Brogna – Take photos before and after work is to be done. Photos should be of a quality that can be used at a future time for documentation of WGI workmanship.
Incase of emergency overtime should be allowed for employees involved in work.

Phillip Staggs – Guidelines WGI will keep in mind while working to remove utilities from levee.
- Floodwall should not be disturbed.
- Approach work as disassembly rather than demolition.
- Take time and assure that no excavation is open overnight.
- The work in subject to inspection so workmanship should be at high standard.
- Weather report should be watched to prevent problems with storms.
- Emergency plug should be on site in case of problem arising.
- Seed and restore when finished.
- Photo documentation is very important for future reference.