# EXHIBIT 32

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION

CONSOLIDATED LITIGATION              NO. 05-4182 K2

                                     JUDGE DUVAL

PERTAINS TO:  MRGO AND ROBINSON

              (No. 06-2268)

          Rule 30(b)(6) deposition of THE UNITED STATES OF AMERICA, BY AND THROUGH THE UNITED STATES ARMY CORPS OF ENGINEERS' DESIGNEE LEE GUILLORY, given at the U.S. Army Corps of Engineers New Orleans District offices, 7400 Leake Avenue, New Orleans, Louisiana 70118-3651, on June 30th, 2008.

      REPORTED BY:

          JOSEPH A. FAIRBANKS, JR., CCR, RPR

          CERTIFIED COURT REPORTER #75005

GUILLORY, LEE

6/30/2008

Page 194

1  got to get some material from somewhere to put
2  into the place where the sewer lift station
3  was, which we both agree is a big thing.
4  Right?
5      A.  Correct.
6      Q.  Okay. And so this document
7  contemplates that, and it says, if you need
8  additional fill, WGI can provide it. It
9  doesn't specify with any particularity where
10 they go to get the backfill.
11     A.  The record already shows that we had
12 the McDonough Marine borrow pit on site with
13 thousands of yards of clay that were used
14 exactly for those purposes.
15     Q.  But you don't know if they used the
16 clay from the borrow pit, do you?
17     A.  No. The quality assurance, quality
18 control reports could actually tell you that.
19     Q.  Okay. Why would it be important to
20 use the material from the borrow pit? Who
21 really cares? There is nothing in here that
22 says that it's an important issue, does it.
23     A.  It's an economics issue, for one
24 thing, that the Corps and the contractor do not
25 have to go off site and commercially buy

Page 195

1  additional borrow. We use clean soil from the
2  McDonogh Marine borrow pit.
3      Q.  Well, I mean, in fact, there was a lot
4  of material removed from the site. I mean,
5  after all, this was remediation exercise.
6  Right? You were taking soil -- contaminated
7  soil away and sticking it someplace else.
8      A.  Transportation and disposal, yes.
9      Q.  Right. So I mean you had a tremendous
10 need for backfill material, didn't you?
11     A.  Correct. That's why the government
12 and Washington Group proposed using the
13 McDonough Marine borrow area for that purpose.
14     Q.  Okay. Do you know if any material was
15 brought onto the site by WGI from another
16 location to be used as backfill? Anywhere?
17     A.  Yes.
18     Q.  Okay. What did they bring onto the
19 site?
20     A.  Some of the shallow excavations in the
21 Boland Marine area were backfilled two to three
22 feet with sand material. Some of the transite
23 or asbestos-containing materials, shallow
24 excavations were backfilled with sands, as
25 well.

Page 196

1      Q.  Okay. So that there was sand on the
2  site. Right?
3      A.  There was some existing sand, and yes,
4  we did truck in some additional sand.
5      Q.  You did truck in some sand. All
6  right.
7          Did anybody in the engineering
8  department or in the geotechnical section
9  evaluate the impact of the removal of sheet
10 pile on the flood protection structure?
11     A.  Which particular sheet pile are you
12 referring to?
13     Q.  Any of them.
14     A.  Any of them. Um -- not that I'm aware
15 of.
16     Q.  All right. When you pull a sheet
17 pile, there's a hole that's left behind, right?
18 I'm sorry. I didn't mean a sheet pile. I mean
19 a piling, a wooden piling.
20         When you pull a piling there's a hole
21 that's left behind.
22         MR. STONE:
23             Did you many piling for both
24         questions?
25         MR. BRUNO:

Page 197

1             Yeah. What did I say?
2         MR. STONE:
3             Sheet pile for the first one --
4         MR. BRUNO:
5             No, that's why I changed it. No,
6         no, no. I did mean pile both times,
7         but I didn't mean sheet pile. That's
8         why I changed it to wooden pile,
9         because I want to ask about wooden
10        piles, because they're round.
11        MR. STONE:
12            Okay. So --
13        MR. BRUNO:
14            No, I'll withdraw both questions.
15        We'll do it again.
16 EXAMINATION BY MR. BRUNO:
17     Q.  When you pull out a round pile -- were
18 they round piles that y'all pulled out?
19     A.  The majority of them were wooden
20 timber, round piles, steel pile, pipe piles, a
21 few H piles, steel piles.
22     Q.  Okay. Did they leave a hole when they
23 were pulled?
24     A.  Very rarely. Um -- the clay
25 conditions and silty layers in the ground

50 (Pages 194 to 197)

Johns Pendleton Court Reporters                              800 562-1285