# EXHIBIT 36

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION
               NO. 05-4182
                  "K" (2)
PERTAINS TO: MRGO          JUDGE DUVAL
FILED IN: 05-4181, 05-4182,   MAG. WILKINSON
05-5237, 05-6073, 05-6314,
05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885,
06-2152, 06-2278, 06-2287,
06-2824, 06-4024, 06-4065,
06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155,
06-5159, 06-5161, 06-5162,
06-5260, 06-5771, 06-5786,
06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

VIDEOTAPED DEPOSITION OF
DIEGO COBOS-ROA,
1111 J Street, Apartment 37, Davis, California 95616, taken in the offices of Jones, Day, 555 California Street, 26th Floor, San Francisco, Louisiana 94104, on Tuesday, April 10, 2012.

## Page 2

 1  APPEARANCES:
 2  BARON & BUDD PC
      (BY: THOMAS SIMS, ESQ.
 3    ANDY OWEN, ESQ.)
      3102 Oak Lawn Avenue
 4    Suite 1100
      Dallas, Texas 75219
 5      PLAINTIFFS COUNSEL
 6
    DUDENHEFER LAW
 7  (BY: FRANK C. DUDENHEFER, JR., ESQ.)
      601 Poydras Street
 8    Suite 1000
      New Orleans, Louisiana 70130
 9      PLAINTIFFS COUNSEL
         (Present via telephone)
10
11  STONE PIGMAN WALTHER WITTMANN
      (BY: WILLIAM D. TREEBY, ESQ.)
12    546 Carondelet Street
      New Orleans, Louisiana 70130-3588
13        AND
    JONES DAY
14  (BY: CHRISTOPHER THATCH, ESQ.)
      51 Louisiana Avenue N.W.
15    Washington, D.C. 20001-2113
         ATTORNEYS FOR WASHINGTON GROUP
16         INTERNATIONAL, INC.
17
    UNITED STATES DEPARTMENT OF JUSTICE
18  (BY: ROBIN D. SMITH, ESQ.)
      Torts Branch, Civil Division
19    Post Office Box 888
      Ben Franklin Station
20    Washington, D.C. 20044
         ATTORNEY FOR UNITED STATES OF
21         AMERICA
22
    ALSO PRESENT: ROBERT BEA
23
    VIDEO BY: DEPO-VUE, GILLY DELORIMIER, CLVS
24
    REPORTED BY: ROGER D. JOHNS, RMR, CRR, CSR
25      Certified Court Reporter,

## Page 3

 1
 2           S T I P U L A T I O N
 3
 4      It is stipulated and agreed by and between
 5  counsel for the parties hereto
 6  that the deposition of the aforementioned
 7  witness is hereby being taken under the
 8  Federal Rules of Civil Procedure, for all
 9  purposes, in accordance with law;
10      That the formalities of reading and
11  signing are specifically not waived;
12      That the formalities of certification and
13  filing are specifically waived;
14      That all objections, save those as to the
15  form of the question and the responsiveness of
16  the answer, are hereby reserved until such
17  time as this deposition, or any part thereof,
18  may be used or sought to be used in evidence.
19
20           * * * *
21
22      ROGER D. JOHNS, RDR, CRR, Certified Court
23  Reporter for the State of Louisiana,
24  officiated in administering the oath to the
25  witness.

## Page 4

 1              I N D E X
 2                                PAGE
    Cobos-Roa Exhibit Number 1................ 61
 3  Cobos-Roa Number 2........................ 62
    Cobos-Roa Number 3........................ 64
 4  Cobos-Roa Number 4........................ 69
    Cobos-Roa Number 5........................ 72
 5  Cobos-Roa Number 6........................ 74
    Cobos-Roa Exhibit Number 7................ 99
 6  8-A and 8-B.............................. 101
    Cobos-Roa 8.............................. 110
 7  Cobos-Roa 9.............................. 161
    Cobos-Roa 10............................. 172
 8  Cobos-Roa 11............................. 191
    Cobos-Roa Number 12...................... 207
 9  Cobos-Roa Number 13...................... 209
    Cobos-Roa 14............................. 210
10
11
12
13  EXAMINATION BY MR. TREEBY:................ 6
    EXAMINATION BY MR. SMITH:................ 236
14  EXAMINATION BY MR. TREEBY:............... 305

Page 213

1  it?
2      A.  I honestly do not know the details
3  that went from the raw data to the actual
4  values of hydraulic conductivity and storage
5  so my answer is I don't know.
6      Q.  I believe you've already told me
7  that based on the definitions of transient
8  flow that we have discussed -- Well, you
9  haven't told me this.  We had discussed it,
10 but you haven't given me this.  I don't want
11 to misrepresent it.  Wouldn't you classify the
12 results of your Seep/W analyses as transient
13 flow?
14     A.  I will classify them as time
15 dependent once again in the sense that the
16 hydraulic loading changes over time.
17     Q.  And you agreed with the definitions
18 of steady and unsteady flow in Cobos-Roa 12,
19 which would mean that's a transient flow
20 event; is that correct?
21     A.  Yes.
22     Q.  As you understand it, is steady flow
23 the same thing as steady state flow?
24     A.  Steady state flow means the boundary
25 conditions do not change over time.  What we

Page 214

1  attempted to do with our models was to
2  simulate a varying boundary condition over
3  time to model the hurricane, by computing
4  steady flow within the swamp layer, and that's
5  once again why we, Dr. Bea and Geoestudios
6  selected our compressibility value of 10 to
7  the minus 9.
8      Q.  Maybe my -- I appreciate the
9  information, actually, but maybe I didn't make
10 my question clear.  I think it's "yes" or "no"
11 to what -- I am going to ask the question.  Is
12 steady flow as you understand it the same
13 thing as steady state flow?
14     A.  Yes.
15     Q.  Okay.  Now, if I understood your
16 testimony a little earlier about the
17 discussion that was had between Dr. Bea and
18 you for Geoestudios, the analyses was
19 intentionally tweaked to get the desired
20 response; is that correct?
21     A.  Tweaked?  Please define "tweaked".
22     Q.  Well, instead of using site specific
23 M sub V values, you tweaked it and put an
24 incompressible site sub V value into the
25 program intentionally to get a certain

Page 215

1  response.
2      A.  Yes.
3      Q.  Now, was that your independent
4  judgment or was it Dr. Bea's?
5      A.  That was Dr. Bea's.
6      Q.  Now, prior to this case have you
7  ever heard the term "hydraulic conductivity
8  pressure" used?  Prior to this case.
9      A.  Yes.
10     Q.  You have?  Now, we understand what
11 hydraulic conductivity is.  We understand what
12 pressure is.  But we've never heard of the
13 term "hydraulic conductivity pressure"
14 before.  So let me take you through this.
15 Hydraulic conductivity is a material property;
16 right?
17     A.  Right.
18     Q.  Pressure, on the other hand, is a
19 physics term, force divided by area; right?
20     A.  Right.
21     Q.  So how do those two terms go
22 together?
23     A.  I think it's simply a term to
24 describe pressures exerted by a path of
25 hydraulic conductivity or little resistance

Page 216

1  from hydraulic conductivity.
2      Q.  So a hydraulic conductivity pressure
3  analysis?  Is that something you have used,
4  ever heard used before?  That's not what you
5  did, is it?
6      A.  That's a seepage --
7      Q.  Hydraulic conductivity pressure
8  analysis.  When you were running your computer
9  model, that's not what you did, is it?
10     A.  Well, that is essentially the same
11 as a seepage analysis under uncompressible --
12 incompressible, I'm sorry, soil layers that
13 allow for this hydraulic conductivity, as Dr.
14 Bea calls it, pressure to be transmitted from
15 one side to the other.
16     Q.  In what course or what course of
17 study or other source prior to this case had
18 you ever heard the term "hydraulic
19 conductivity pressure" used?
20     A.  I do not recall hearing that in any
21 of my courses.
22     Q.  Any books that you have read on
23 engineering?
24     A.  No.
25     Q.  Now, if you would look back at the

Page 225

1   your engineering knowledge, it could not mean,
2   could it, that you can determine the pressures
3   without determining the flow?
4        MR. OWEN:
5            Objection, asked and answered.
6   EXAMINATION BY MR. TREEBY:
7        Q.  Is that correct?
8        MR. OWEN:
9            Objection, asked and answered.
10       THE WITNESS:
11           Once again, I don't know what --
12       or why Dr. Bea wrote this.  I wasn't
13       in his head.
14  EXAMINATION BY MR. TREEBY:
15       Q.  Let me disassociate it from the
16  statement.  Okay?
17       A.  Okay.
18       Q.  You don't know what he meant.
19  Frankly, we don't know what he meant.
20       A.  Okay.
21       Q.  So we're in the same boat.  But as
22  an engineer, isn't it true you can't determine
23  the pressures without determining the flow?
24       A.  No, I believe you can for those
25  pressures without having a molecule of water

Page 226

1   going from one side to the other.
2        Q.  You can separate the heads from the
3   flow quantity in a Seep/W analysis?
4        A.  The heads from the flow, flow
5   quantities?  If under the conditions we
6   analyzed, yes.
7        Q.  Doesn't the field equation require
8   simultaneous consideration of both heads and
9   flow quantities?
10       A.  The field equation?
11       Q.  Yes, the equation that's being
12  solved by Seep/W.
13       A.  Okay.  That's actually the recharge
14  equation, if I am not mistaken.
15       Q.  Okay.
16       A.  You either specify heads or flow
17  into the program.
18       Q.  And you get as a result --
19       A.  Yes, you get heads and flow.
20       Q.  Ah.  You can choose to ignore the
21  flow, but it's still an equal part of the
22  results of the analysis; right?
23       A.  It's in the output, yes.
24       Q.  And I believe you've testified to
25  this already, but I have it up here so I'll

Page 227

1   ask it.  Dr. Bea was correct, was he not, when
2   he testified that you were the principal
3   person who ran the Seep/W models in this case?
4        A.  Yes.
5        Q.  And you were the -- you did the
6   majority of the work in running the Slope/W
7   models in this case; right?
8        A.  Yes.
9        Q.  Are you familiar -- You said you
10  weren't familiar with the Theis method of
11  analysis.  Are you familiar with the Hantush
12  Jacob method?
13       A.  No.
14       Q.  Did you have any conversations with
15  anyone at GeoSlope International, the owners
16  of the software, to support using the software
17  in this way to use a transient flow analysis
18  tool in the software to do a steady flow
19  analysis by manipulating the compressibility
20  numbers?
21       A.  No.
22       Q.  The tool does have a steady flow
23  analysis in it, doesn't it?
24       A.  Yes, it does.
25       Q.  But you chose to use transient?

Page 228

1        A.  Yes.
2        Q.  Have you discussed this method, this
3   method I'll call it, this theory to approach
4   this problem with any of your other
5   professors?
6        A.  No.
7        Q.  You have never even discussed it
8   with them?
9        A.  No.
10       Q.  We were provided, and we haven't had
11  a chance to go through it all, but I thank you
12  for providing on a disk some of the material
13  that we had asked for as an exhibit to your
14  deposition today.  One of the things we got
15  was a license from GeoSlope International that
16  was bought April 4th, after Dr. Bea's
17  deposition.
18       A.  (Witness nods head affirmatively.)
19  That is my license.  Actually, it's I believe
20  the renewal for my use.
21       MR. TREEBY:
22           Do you have that document here?
23       I thought I looked at it, but maybe I
24       didn't.  Somebody?
25  EXAMINATION BY MR. TREEBY:

57 (Pages 225 to 228)

```
                                      Page 261
 1    have to run your Seep/W for the swamp layer?
 2        A.  The main property was the saturated
 3    hydraulic conductivity.
 4        Q.  And was there another property other
 5    than saturated --
 6        A.  Right.
 7        Q.  Compressibility?  Was that one, too,
 8    that you had to have?
 9        A.  Yes.  And once again, we used the
10    value --
11        Q.  Provided by Dr. Bea?
12        A.  Provided by Dr. Bea.
13        Q.  Okay.  What about for the other
14    layers?  What about for the fill layers; who
15    set those property values?
16        A.  For the other layers, particularly
17    the fill layers, since we did not have any lab
18    data, we assumed hydraulic conductivity values
19    for a coarse sand to show a contrasting
20    saturated hydraulic conductivity between that
21    specific layer and the surrounding clay
22    layers.
23        Q.  Did you assume for purposes of your
24    Seep/W analysis that the fill was in a
25    saturated condition?
```

```
                                      Page 262
 1        A.  I do not recall.  Sorry, I don't
 2    recall.
 3        Q.  Do you recall whether Seep/W -- Do
 4    you recall what materials, if any, and when I
 5    say "materials", the various soil units in
 6    your cross section were treated as
 7    unsaturated?
 8        A.  I believe we specified a soil water
 9    characteristic curve for all the materials we
10    used.  Therefore, it is up to the program,
11    based on the initial conditions, to estimate
12    whether it's -- I'm sorry, saturated or
13    unsaturated, and once again that's based on an
14    initial steady state model we run to simulate
15    the initial conditions or pre-hurricane
16    conditions.
17        Q.  As I understand it, and correct me
18    if I am wrong, one of the very first boxes you
19    have to check when you open up your Seep/W to
20    perform an analysis is whether you're going to
21    do a steady state or transient analysis; is
22    that correct?
23        A.  That's correct.
24        Q.  Do you recall which box you checked
25    for the studies that you ran as part of this
```

```
                                      Page 263
 1    2012 investigation?
 2        A.  Once again, the initial conditions
 3    are achieved by running a steady state
 4    analysis.  So the first check has to be done
 5    using steady state.  After that, we performed
 6    a transient analysis and, therefore, the
 7    transient box has to be checked.
 8        Q.  And so the results that you report
 9    in your study, are those reports based on the
10    transient analyses?
11        A.  Yes.
12        Q.  Do you know whether any of the
13    materials, and when I say "materials", any of
14    the soil units in your cross section,
15    underwent a change in saturation during the
16    run?
17        A.  I do not know.  I can think of the
18    surficial layers that were above the initial
19    conditions specified with steady state
20    simulations for unsaturated and as the storm
21    was acting on top of those surface layers on
22    the water side, moisture conditions and,
23    therefore, saturation conditions of those
24    surface layers might have changed, yes.
25        Q.  And would that have been dependent
```

```
                                      Page 264
 1    upon the hydraulic conductivity values you
 2    assigned for those soil units?
 3        A.  Yes.
 4        Q.  Do you know if any of the soil units
 5    underwent expansion during wetting as part of
 6    your model runs?
 7        A.  We did not model expansion or
 8    contraction.
 9        Q.  Do you know if any of the materials
10    experienced hydrocompression upon wetting?
11        A.  The models we performed do not
12    account for that.
13        Q.  Okay.  Do you know whether -- did
14    you -- Did you do any model runs using Seep
15    3D?
16        A.  Not for this project.
17        Q.  When you say "not for this project",
18    you mean not for either your what you have
19    described -- either what's been marked
20    Exhibits 8-A and 8-B?
21        A.  That's correct.
22        Q.  Okay.  For your work with Dr. Bea,
23    have you used the Seep 3D software?
24        A.  Yes, we used it for a paper.
25        Q.  When was that?
```