# EXHIBIT 37

# APPENDIX C

# Development of Lower 9th Ward Floodwall Analysis Soil Behavior Characteristics

By

Robert G. Bea, Ph.D., P.E.
Diego Cobos-Roa, Ph.D. Candidate
Xavier Vera Grunauer, Ph.D.

This appendix summarizes development of the soil behavior properties (characteristics) used in analyses of the North Breach site (Boland Marine), the Near Breach site (McDonough Marine), and the South Breach site (Saucer Marine). These properties are organized into two categories: 1) those used in the hydraulic conductivity analyses, and 2) those used in the coupled hydraulic conductivity – lateral stability analyses.

## Soil Deposits Hydraulic Conductivity Properties

Based on the laboratory and field test data developed by Fugro Consultants Inc. during 2011, and laboratory and field test data on swamp – marsh deposits, hydraulic conductivity properties were developed for the buried swamp - marsh deposits that were under the alignment of the floodwall that protected the Lower 9th Ward at the time of Hurricane Katrina by Rogers (2012). A best estimate of in situ horizontal saturated hydraulic conductivity ($k_x$) of $1 \times 10^{-5}$ centimeters per second (cm/s) was determined via a series of pump tests in several sites near the east levee of the IHNC.

The analyses performed by Rogers (2012) identify a range of in situ horizontal saturated hydraulic conductivities for the buried swamp – marsh deposits under the alignment of the floodwall at the Lower 9th Ward between $1 \times 10^{-4}$ and $1 \times 10^{-6}$ with a best estimate of $1 \times 10^{-5}$ cm/s. As summarized later in this appendix, these values of in situ horizontal saturated conductivities are in excellent agreement with those determined by WGI as part of the EBIA site clearing work. The analyses detailed in Appendix D are based on the best estimate of saturated hydraulic conductivity of the swamp – marsh deposits with an anisotropy ratio of 1/10 (ratio of vertical to horizontal hydraulic conductivity, $k_y / k_x$). Additional sets of analyses were carried out using isotropic ($k_y / k_x = 1/1$) properties for the same layers.

Table 1 summarizes the in situ hydraulic conductivity properties used for the buried swamp and other types of soils employed in the analyses. For all surficial clays composing the levee embankment, toe fill and clay spoil areas (generally composed by lean clays and silts); a horizontal saturated hydraulic conductivity of $1 \times 10^{-6}$ cm/s was used. Shell fills were assumed to behave similarly to coarse sand or fine gravel, therefore a horizontal saturated hydraulic

1

### *USACE PZ-3 Series Data (2008)*

The data cited herein was provided in a series of documents produced by the Department of Justice dated April 15, 2011. The PZ-3 series of four piezometers were installed in the vicinity of the north end of the South Breach site in 2008 by the USACE, New Orleans District (Figure 2). PZ-3 was installed on the EBIA waterside, about 20 feet west of the floodwall. According to the well log (Figure 3), the sand pack extended from elevation -10 to -23 feet (NAVD88), with a 5 foot long slotted screen. This configuration allowed this piezometer to sense and record the hydrologic response of the buried swamp - marsh layer, composed by soft peat, wood and interbedded clays.



Figure 2. Location of PZ-3 series piezometers.



Figure 3: PZ-3 well log.

The static water levels estimated by WGI (2005) indicate this swamp layer is below the water table.

During 2008, the PZ-3 series piezometers recorded hydrologic responses associated with two passing hurricanes: Hurricane Gustav (September 1-2, 2008) and Hurricane Ike (September 12-13, 2008). As shown by the recorded data in Figure 4, before the two hurricanes passed nearby, the PZ-3 piezometer showed little response to the fluctuating water levels in the IHNC. However, as the water levels in the canal barely exceeded the elevations of the EBIA surface (vicinity of the waterside toe) there were dramatic changes recorded by the PZ-3 instrument. Once the water rose above an elevation of about +3 feet (NAVD88), the piezometer showed rapid responses to the measured water elevations in the IHNC. The buried swamp-marsh deposits were in direct hydrologic contact with the water in the IHNC. This data was corrected for atmospheric barometric pressure changes that occurred during this time period.



Figure 4: Water elevation recorded by the PZ-3 piezometer and the water elevation gauge in the IHNC between August 30 and September 15, 2008.

The data shown in Figure 4 indicates that the peak value on the IHNC gauge was recorded on September 1 at 12:00 pm, with an elevation of 12.06 feet, and the corresponding peak in the piezometer readings was also recorded at 12:00 pm of the same day, with a hydraulic head of 9.2 feet.

The second surge recorded similarly 'coinciding' peaks. At 9:00 am on September 12 the IHNC gauge recorded a water elevation of 9.27 feet, and at the same time, the piezometer recorded a head of 5.5 feet.

The recorded data indicates very fast response of the buried soils to the rising and falling water levels associated with the Hurricane Gustav and Hurricane Ike surges in the IHNC; however, it is not likely that there is no time lag between the recorded canal elevations and the piezometer readings. This can be attributed to one of the following reasons:

- Since the piezometers recorded using 1-hour intervals, it is likely that the peak of the piezometric response was not recorded between 12:00 and 1:00 pm (the reading at 1 PM CDT was 9.1 feet).

8

- If the piezometer was not sealed with a water-tight cap, it might have allowed surge waters to leak through the top of the piezometer pipe once the water had exceeded an elevation of +6 feet (NAVD88). This water leakage through the top of the piezometer could contribute to the responses observed in the piezometers associated with the rising water levels. There was, however, a head differential for both events (peak gauge to peak piezometer reading) of about 3.5 feet, which would suggest there was a head loss most likely through either the soil layers. The elevation of the top of PZ-3 was +6.2 feet, and PZ-6 was +5.3 feet, and as discussed above, the immediate response was observed above elevation +3 feet, suggesting that indeed the instruments recorded increased water pressures from the soil layers and not from the top of the piezometer casing. This conclusion is corroborated with the rapid drops in water levels recorded in the piezometers as the water levels dropped in the IHNC following the passage of the hurricanes. If the water levels inside the piezometer casing were influenced primarily by water entering through the top of the casing, the water levels inside the casing would not be expected to respond rapidly to the dropping water levels in the IHNC.

The fact that PZ-3 rapidly responds only after the water on the canal is above the EBIA ground surface (between +2 and +3 feet, NAVD88), suggests that the main source of hydraulic loading to the swamp layer is in fact the remediated EBIA ground surface. Bea (2008) and Cobos and Bea (2008) discuss the effects that these high-hydraulic conductivity fills had on the development of pore pressures and hydraulic gradients along the marsh layer and overlying fine-grained blanket present on the landside of the levee.

The other piezometers in this section are located beyond the landside toe of the 'new' levee – floodwall constructed following Hurricane Katrina. These piezometers and did not show significant response to the two hurricane surges. PZ-2 (Figure 5) was installed in the swamp layer, just below the landside levee toe. The newer deeper penetrating sheet piles appear to have effectively isolated the buried swamp - marsh layers from transmission of the water pressures to the protected side. The response of the PZ-2 piezometer was greatly attenuated compared to PZ-3. No hydraulic head values above +0.5 feet were recorded by this instrument.

9



Figure 5: PZ-2 data recorded during the passage of Hurricane Gustav and Hurricane Ike.

The data from PZ-1 and PZ-7 corresponds to deeper Nearshore Gulf and Beach deposits, respectively. The response of these two instruments was similar to PZ-2. These instruments are located at depths beyond the interest of the analyses performed for this report, and are considered to not have had any influence on the failures.

Finite element analysis models were developed and hydraulic conductivity analyses performed to simulate the hydraulic response of the soil – floodwall system as it existed in 2008. With these models, the hydraulic properties of the buried swamp layers (saturated hydraulic conductivity and volumetric water content) were estimated and were used to perform hydraulic conductivity analyses associated with the recorded hydrographs (time versus water elevation) in the IHNC during the passage of Hurricane Gustav and Hurricane Ike.

The analytical model shown in Figure 6 is a simplified representation of the main soil – floodwall components associated with the PZ-3 series of piezometers. The model was based on the in situ horizontal hydraulic conductivity estimated by WGI in 2005 for the buried swamp - marsh layers. Other parameters used in the model are summarized in Figure 6.

10



| LAYER | Kx (cm/s) | ky/kx | Layer Color |
|---|---|---|---|
| Sheet Pile | 1.00E-10 | 1 | |
| Clays | 1.00E-06 | 0.25 | |
| Marsh | 1.00E-05, 5.00E-05 | 0.1 | |

Figure 6: Hydraulic conductivity model used to analyze responses of the PZ-3 series of piezometers during the passage of Hurricane Gustav and Hurricane Ike.

Results from the hydraulic conductivity analyses are summarized in Figure 7. The results from the model are in excellent agreement with the observed data recorded during the passage of Hurricane Gustav and Hurricane Ike. Modeling the buried swamp - marsh layers with a horizontal hydraulic conductivity of $1 \times 10^{-5}$ cm/s gives a good agreement between observed and predicted data. The results from the analyses performed using a horizontal hydraulic conductivity of $5 \times 10^{-5}$ cm/s gave very similar results.

The slope of the rise and the value of peak for the Hurricane Gustav IHNC water elevation – surge – conditions are simulated very well using the $1 \times 10^{-5}$ cm/s value of in situ horizontal hydraulic conductivity, and even though the decrease in total head differs from the observed data, the key features (peak and time to peak) were replicated reasonably accurately with the results from this analytical model.



Figure 7: Model results for piezometers PZ-3 and PZ-2.

## *USACE PZ-6 Series Data (2008)*

Four instruments were analyzed in this cross-section (Figure 8). These piezometers were installed near the south end of the North Breach site in 2008. Piezometer PZ-6 was installed on the IHNC side of the floodwall in a 25 foot deep borehole (Figure 9), with a sandpack extending between -10 and -25 feet (NAVD88), and a 5 foot long slotted screen between -13 and -18 feet.

According to the PZ-6 well log (Figure 9), this piezometer was exposed to about 1 foot of swamp - marsh deposits at elevation -15 feet (NAVD88). This borehole was located just south of the southern end of the North Breach. The piezometer was located just outside of the emergency repair section constructed following Hurricane Katrina. The soil stratigraphy (profile) is substantially different compared to the soil profile through the breached section. No granular fill was encountered in this borehole. This location appears to have been backfilled with much less permeable – clayey - materials during the post-Hurricane Katrina reconstruction work. The entire boring encountered clay throughout its depth, except for the 1-foot thick layer cited previously.



Figure 8: Location of PZ-6 series piezometers.



Figure 9: PZ-6 piezometer well log.

Unfortunately, there was no available recorded piezometer data for piezometer PZ-6 during the time Hurricane Gustav and Hurricane Ike high water surges were experienced in the IHNC. Based on information provided by the USACE New Orleans District (2011), the PZ-6 piezometer water level data recorder failed during this period of time.

Fortunately, recorded data was available from the PZ-6 piezometer and from the IHNC water elevation gauge during March – May 2008 (Figure 10). The data shows that whenever the water elevation in the IHNC was high enough to cover a portion of the EBIA (elevations of +1.5 to +2 feet), that the effects of the elevated water were reflected in increases in the water levels in PZ-6;

14

indicating that the water in the IHNC was able to communicate rapidly and directly with the buried swamp – marsh deposits.



Figure 10: Recorded water elevations in the IHNC and in the PZ-6 piezometer during the period March – May 2008.

Fortunately, data was available from PZ-5 on the protected side of the floodwall during the passage of Hurricanes Gustav and Ike. The PZ-5 piezometer placed so that it could also sense and record the water elevations reflected in a 2-foot thick layer of the buried swamp – marsh deposit (Figure 11). The recorded data from PZ-5 during the passage of Hurricane Gustav and Hurricane Ike are summarized in Figure 12. As for the PZ-7 piezometer series, the recorded water elevations show the piezometers on the protected side of the new floodwall were effectively insulated by the much longer sheet piles from the hydraulic effects of the elevated waters in the IHNC.

15



Figure 11: PZ-5 piezometer well log.



Figure 12: Recorded water elevations in the IHNC and in the PZ-5 piezometer during the passage of Hurricane Gustav and Hurricane Ike.

Hydraulic conductivity analyses were performed to determine the response of piezometers PZ-6 and PZ-5 during the passage of the surges associated with Hurricane Gustav and Hurricane Ike. These analyses were based on the same in situ horizontal hydraulic conductivity of the buried swamp – marsh layer used in the analysis of the PZ-3 series ($1 \times 10^{-5}$ cm/s) and the depth of the sheet pile installed after 2005. Figure 13 shows the analytical model cross-section with the 'new' floodwall sheet pile extending below the bottom of the buried swamp - marsh layer.

The results from this analytical model are summarized in Figure 14. These results show that the response of the soil layers to hurricanes Ike and Gustav was not nearly as pronounced as in the area of PZ-3 (South Breach), likely due to the presence of the clay materials above the piezometer.

The analysis results show a time lag for the first hurricane of about 9 hours, and a head differential of 9.3 ft.

17



| LAYER | Kx (cm/s) | ky/kx | Layer Color |
|---|---|---|---|
| Sheet Pile | 1.00E-10 | 1 | (black) |
| Sand | 1.0 | 0.3 | (yellow) |
| Clays | 1.00E-06 | 0.25 | (gray) |
| Swap - Marsh | 1.00E-05 | 0.1 | (pink) |

Figure 13: Hydraulic conductivity analysis cross-section for PZ-6 piezometer series analyses.



Figure 14: PZ-6 piezometer series analytical results for the Hurricane Gustav and Hurricane Ike IHNC surge conditions.

18