UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** <br><br><br><br><br> **PERTAINS TO:** <br> **INSURANCE (***Abadie***, No. 06-5164)** | *   CIVIL ACTION NO.:  05-CV-4182 <br> * <br> * <br> *   SECTION   "K" <br> *   JUDGE STANWOOD R. DUVAL, JR. <br> * <br> *   MAG. "M2" <br> *   MAGISTRATE JOSEPH C. WILKINSON, <br> *   JR. <br> * |

## JOINT MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come plaintiff, Ahmed Naveedunnisa, and defendant, Lexington Insurance Company, who jointly move the Court to dismiss plaintiff's claims against Lexington Insurance Company, with prejudice, on the grounds that this matter has been fully and finally compromised, and settled as to all claims, with each party to bear its own costs.

Page -1-

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | /s/ Eric C. Walton |
| JOSEPH M. BRUNO (NO. 3604)<br>SCOTT JOANEN (NO. 21431)<br>**THE LAW OFFICES OF JOSEPH M. BRUNO, APLC**<br>855 Baronne Street<br>New Orleans, LA 70113<br>Telephone:     (504) 525-1335<br>Facsimile:     (504) 561-6775<br><br>*Counsel for Plaintiffs, Tyrone and Cynthia Foots* | ROBERT I. SIEGEL (NO. 19044)<br>JOHN E.W. BAAY II, T.A. (#22928)<br>ERIC C. WALTON (NO. 29471)<br>**GIEGER, LABORDE & LAPEROUSE, LLC**<br>Suite 4800 - One Shell Square<br>701 Poydras Street<br>New Orleans, Louisiana 70139-4800<br>Telephone:     (504) 561-0400<br>Facsimile:     (504) 561-1011<br><br>*Counsel for Defendant, Lexington Insurance Company* |

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of _____, 2009, served a copy of the foregoing **Joint Motion to Dismiss** on counsel for all parties to this proceeding, by the Court's Electronic Delivery System or by placing same in the United States Mail, postage paid and properly addressed.

/s/ Eric C. Walton