# EXHIBIT 29

# State Farm Insurance Companies



State Farm Catastrophe Office
P.O. Box 231198
New Orleans, LA 70183-1198

February 14, 2006

Alvin Livers
Barbara Livers
4924 Saint Claude Ave
New Orleans, LA 70117-4222

RE: Claim Number: 18-R165-732
    Date of Loss: August 29, 2005
    Our Insured: Alvin Livers

Dear Mr. and Mrs. Livers:

Enclosed is a draft in the amount of $11204.11 in settlement of your building claim. The enclosed paperwork shows the basis for the payment.

Please contact our office if you have any questions. This settlement does not affect settlement of other claims related to the same event and insured by another policy.

Sincerely,

Jay x6551 Akin
Claim Representative
(866) 787-8676

State Farm Fire and Casualty Company

HOME OFFICES: BLOOMINGTON, ILLINOIS 61710-0001



EXHIBIT
TAYLOR
29



EXHIBIT
12

LIVERS 014

# STATEMENT OF LOSS

Claim Number: 18-R165-732

Insured: Alvin Ilvers

## COVERAGE A - BUILDING        Limit of Liability $ $135,182.00

Description: State Farm Building estimate revised 2/14/06          Amount $ 15,063.72

Total A          $ 15,063.72

## COVERAGE B - CONTENTS        Limit of Liability $ 101,387.00

Description: PPIF food loss          Amount $ 436.00

Total B          $ 436.00

## COVERAGE C - LOSS OF USE     Limit of Liability $

Description: Prohibited Use wksht motel, food, travel          Amount $ 1,676.89

Total C          $ 1,676.89

Total A + B + C          17,176.61
Plus Special Coverage     0.00
Total Loss                17,176.61
Less Depreciation - Cov. A   615.79
Less Depreciation - Cov. B   0.00
Subtotal                  16,560.82
Less Deductible           500.00
Less Prior Payments       4,856.71
Total Payable             $11204.11

Comments/Supplements:
Prior Payments:
2500.00
2356.71

Name: Jay Akin          Date: 2/14/06

104656.4 Rev. 02-28-2003

LIVERS 015

Alvin Lucas
Expense for Katrina
August 28 - September 15, 2005
$106.00 a week
$100.00 Dad
$525.00 Food

10/19/05 WED 11:48 [TX/RX NO 9447] ☒002

Livers 014: