UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: MRGO | * <br> * <br> * <br> * <br> * | SECTION "K" (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *   *

**O R D E R**

Considering the foregoing Motion for Leave to File Reply Brief;

**IT IS ORDERED** that the motion is **GRANTED** and that Washington Group International, Inc. may file its Reply Brief in Support of Motion in Limine to Exclude Testimony and Opinions of Scott Taylor.

New Orleans, Louisiana, this _____ day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

1093068v.1