UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

The United States inadvertently produced privileged documents in its October 17, 2008 (D.R.N. 15927), October 22, 2008 (D.R.N. 16004, 16014, 16033), and May 13, 2011 (D.R.N. 20243), document productions. The United States recently became aware of the inadvertent release of the privileged documents during a quality control review. The Court's "Clawback" Order provides "that the production of a document or ESI, in whole or part, shall not alone constitute a waiver of any privilege or other protection as to any portion of that document or ESI, in this or any other proceeding." *See* Doc. Rec. No. 5183. Accordingly, the United States hereby designates the following documents as privileged per CMO No. 4, ¶IV(C)(3)(e). *See* Doc. Rec. No. 3299:

```
MEB-105-000000001.001   to   MEB-105-000000001.002;
MEB-105-000000003.001   to   MEB-105-000000003.001;
MEB-105-000000004.001   to   MEB-105-000000004.005;
MEB-105-000000005.001   to   MEB-105-000000005.004;
MEB-105-000000006.001   to   MEB-105-000000006.002;
```

| | | |
|---|---|---|
| MEB-105-000000007.001 | to | MEB-105-000000007.002; |
| MEB-105-000000008.001 | to | MEB-105-000000008.002; |
| MEB-105-000000009.001 | to | MEB-105-000000009.001; |
| MEB-105-000000010.001 | to | MEB-105-000000010.001; |
| MEB-105-000000011.001 | to | MEB-105-000000011.002; |
| MEB-105-000000012.001 | to | MEB-105-000000012.001; |
| MEB-105-000000013.001 | to | MEB-105-000000013.002; |
| MEB-105-000000015.001 | to | MEB-105-000000015.001; |
| MEB-105-000000016.001 | to | MEB-105-000000016.005; |
| MEB-105-000000019.001 | to | MEB-105-000000019.002; |
| MEB-105-000000033.001 | to | MEB-105-000000033.002; |
| MEB-105-000000034.001 | to | MEB-105-000000034.005; |
| MEB-105-000000035.001 | to | MEB-105-000000035.004; |
| MEB-105-000000036.001 | to | MEB-105-000000036.004; |
| MEB-105-000000037.001 | to | MEB-105-000000037.003; |
| MEB-105-000000038.001 | to | MEB-105-000000038.003; |
| MEB-105-000000039.001 | to | MEB-105-000000039.003; |
| MEB-105-000000040.001 | to | MEB-105-000000040.002; |
| MEB-105-000000041.001 | to | MEB-105-000000041.006; |
| MEB-105-000000042.001 | to | MEB-105-000000042.005; |
| MEB-105-000000043.001 | to | MEB-105-000000043.005; |
| MEB-105-000000044.001 | to | MEB-105-000000044.006; |
| MEB-105-000000045.001 | to | MEB-105-000000045.006; |
| MEB-105-000000046.001 | to | MEB-105-000000046.005; |
| MEB-105-000000047.001 | to | MEB-105-000000047.002; |
| MEB-105-000000048.001 | to | MEB-105-000000048.001; |
| MEB-105-000000049.001 | to | MEB-105-000000049.001; |
| MEB-105-000000050.001 | to | MEB-105-000000050.002; |
| MEB-105-000000051.001 | to | MEB-105-000000051.003; |
| MEB-105-000000052.001 | to | MEB-105-000000052.004; |
| MEB-105-000000053.001 | to | MEB-105-000000053.002; |
| MEB-105-000000055.001 | to | MEB-105-000000055.002; |
| MEB-105-000000056.001 | to | MEB-105-000000056.002; |
| MEB-105-000000057.001 | to | MEB-105-000000057.003; |
| MEB-105-000000058.001 | to | MEB-105-000000058.005; |
| MEB-105-000000059.001 | to | MEB-105-000000059.001; |
| MEB-105-000000060.001 | to | MEB-105-000000060.002; |
| MEB-105-000000061.001 | to | MEB-105-000000061.003; |
| MEB-105-000000062.001 | to | MEB-105-000000062.003; |
| MEB-105-000000063.001 | to | MEB-105-000000063.002; |
| MEB-105-000000064.001 | to | MEB-105-000000064.003; |
| RLP-025-000027907.001 | to | RLP-025-000027907.006; |
| RLP-025-000028221.001 | to | RLP-025-000028221.003; |

| | | |
|---|---|---|
| RLP-035-000001945.001 | to | RLP-035-000001945.003; |
| RLP-075-000000274.001 | to | RLP-075-000000274.006; |
| RLP-075-000000277.001 | to | RLP-075-000000277.003; |
| RLP-081-000005402.001 | to | RLP-081-000005402.003; |
| RLP-081-000005447.001 | to | RLP-081-000005447.006; |
| RLP-110-000030786.001 | to | RLP-110-000030786.003; |
| RLP-110-000030881.001 | to | RLP-110-000030881.006. |

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

The United States' Privilege Log is attached.

Dated: May 30, 2012

## **CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on May 30, 2012, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

                                        s/ James F. McConnon, Jr.
                                        JAMES F. McCONNON, JR.