In Re Katrina Canal Breaches Litigation, No. 05-4182
Documents Inadvertently Released in Productions on 17 Oct 08, 22 Oct 08, and 13 May 11

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description | Comments | Production Date | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MEB-105-000000001.001 | MEB-105-000000001.002 | Attorney-Client | 20101029 | Dyer, David | MVN | Guillory, Lee A | MVN | Three email messages dated 10/29/2010 - ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Frederick, Denise D | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| | | | | | | Baumy, Walter O | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| MEB-105-000000003.001 | MEB-105-000000003.001 | Attorney-Client | 20101019 | Dyer, David | MVN | Tobin, Thomas G | MVN | One email message dated 10/19/2010 - Dr. Bea figures and report | Only email is privileged; any attachments to the email are not privileged | 5/13/2011 | 20243 |
| MEB-105-000000004.001 | MEB-105-000000004.005 | Attorney-Client | 20101103 | Brennan, Michael A | MVN | Scheid, Ralph A | MVN | Nine email messages dated 10/29/2010-11/03/2010 - FW: ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Terranova, Jake A | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Shields, Mark S | MVN | | | | |
| MEB-105-000000005.001 | MEB-105-000000005.004 | Attorney-Client | 20101101 | Bivona, John C | MVN | Pinner, Richard B | MVN | Seven email messages dated 10/29/2010-11/01/2010 - FW: ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| MEB-105-000000006.001 | MEB-105-000000006.002 | Attorney-Client | 20101029 | Thomas, Tobin G | MVN | Bivona, John C | MVN | Four email messages dated 10/29/2010 - FW: ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Terranova, Jake A | MVN | | | | |
| MEB-105-000000007.001 | MEB-105-000000007.002 | Attorney-Client | 20101105 | Dyer, David | MVN | Brennan, Michael A | MVN | Three email messages dated 11/05/2010 - FW: ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Scheid, Ralph A | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| MEB-105-000000008.001 | MEB-105-000000008.002 | Attorney-Client | 20101105 | Brennan, Michael A | MVN | Scheid, Ralph A | MVN | Four email messages dated 11/05/2010 - FW: ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Shields, Mark S | MVN | | | | |
| MEB-105-000000009.001 | MEB-105-000000009.001 | Attorney-Client | 20101019 | Tobin, Thomas G | MVN | Perrin, Randy M | MVN | Two email messages dated 10/19/2010 - FW: Dr. Bea figures and report | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| MEB-105-000000010.001 | MEB-105-000000010.001 | Attorney-Client | 20101021 | Tobin, Thomas G | MVN | Shields, Mark S | MVN | Two email messages dated 10/19/2010-10/21/2010 - FW: Dr. Bea figures and report | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Rambeau, Shirley J | MVN | | | | |
| MEB-105-000000011.001 | MEB-105-000000011.002 | Attorney-Client | 20101029 | Tobin, Thomas G | MVN | Bivona, John C | MVN | Three email messages dated 10/29/2010 - FW: Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Terranova, Jake A | MVN | | | | |
| MEB-105-000000012.001 | MEB-105-000000012.001 | Attorney-Client | 20101029 | Labourdette, Jennifer A | MVN | Guillory, Lee A | MVN | Two email messages dated 10/29/2010 - FW: Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Dyer, David | MVN | | | | |
| MEB-105-000000013.001 | MEB-105-000000013.002 | Attorney-Client | 20101029 | Guillory, Lee A | MVN | Labourdette, Jennifer A | MVN | Three email messages dated 10/29/2010 - FW: Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Dyer, David | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| MEB-105-000000015.001 | MEB-105-000000015.001 | Attorney-Client | 20101022 | Tobin, Thomas G | MVN | Dyer, David | MVN | Two email messages dated 10/22/2010 - FW: IHNC Bypass Channel North Breach pdf doc | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Terranova, Jake A | MVN | | | | |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |

In Re Katrina Canal Breaches Litigation, No. 05-4182
Documents Inadvertently Released in Productions on 17 Oct 08, 22 Oct 08, and 13 May 11

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description | Comments | Production Date | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MEB-105-000000016.001 | MEB-105-000000016.005 | Attorney-Client | 20101019 | Duplantier, Bobby | MVN | Tobin, Thomas G | MVN | Seven email messages dated 07/23/2010-10/19/2010 - FW: IHNC Litigation Suspense 1 OCT 2010 | | 5/13/2011 | 20243 |
| | | | | | | Perrin, Randy M | MVN | | | | |
| | | | | | | Nunez, Christie L | MVN | | | | |
| | | | | | | Shields, Mark S | MVN | | | | |
| MEB-105-000000019.001 | MEB-105-000000019.002 | Attorney-Client | 20101022 | Brooks, Robert L | MVN | Bacuta, George C | MVN | Four email messages dated 10/19/201010/22/2010 - FW: IHNCE ESA Information | | 5/13/2011 | 20243 |
| | | | | | | Brooks, Robert L | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Boyce, Mayely L | MVN | | | | |
| MEB-105-000000033.001 | MEB-105-000000033.002 | Attorney-Client | 20101105 | Dyer, David | MVN | Brennan, Michael A | MVN | Four email messages dated 11/05/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Scheid, Ralph A | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| MEB-105-000000034.001 | MEB-105-000000034.005 | Attorney-Client | 20101101 | Gonski, Mark H | MVN | Dyer, David | MVN | Eight email messages dated 10/29/2010-11/01/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | | 5/13/2011 | 20243 |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Bacuta, George C | MVN | | | | |
| | | | | | | Vossen, Jean | MVN | | | | |
| | | | | | | Frederick, Denise D | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| | | | | | | Baumy, Walter O | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Labourdette, Jennifer A | MVN | | | | |
| MEB-105-000000035.001 | MEB-105-000000035.004 | Attorney-Client | 20101101 | Pinner, Richard B | MVN | Bivona, John C | MVN | Eight email messages dated 10/29/2010-11/01/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | | 5/13/2011 | 20243 |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| MEB-105-000000036.001 | MEB-105-000000036.004 | Attorney-Client | 20101101 | Dyer, David | MVN | Tobin, Thomas G | MVN | Seven email messages dated 10/29/2010-11/01/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Bacuta, George C | MVN | | | | |
| | | | | | | Frederick, Denise D | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| | | | | | | Baumy, Walter O | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Labourdette, Jennifer A | MVN | | | | |
| MEB-105-000000037.001 | MEB-105-000000037.003 | Attorney-Client | 20101029 | Pinner, Richard B | MVN | Dyer, David | MVN | Six email messages dated 10/29/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | | 5/13/2011 | 20243 |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Bacuta, George C | MVN | | | | |
| | | | | | | Frederick, Denise D | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| | | | | | | Baumy, Walter O | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| MEB-105-000000038.001 | MEB-105-000000038.003 | Attorney-Client | 20101029 | Dyer, David | MVN | Pinner, Richard B | MVN | Five email messages dated 10/29/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |

In Re Katrina Canal Breaches Litigation, No. 05-4182
Documents Inadvertently Released in Productions on 17 Oct 08, 22 Oct 08, and 13 May 11

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description | Comments | Production Date | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Bacuta, George C | MVN | | | | |
| | | | | | | Frederick, Denise D | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| | | | | | | Baumy, Walter O | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| MEB-105-000000039.001 | MEB-105-000000039.003 | Attorney-Client | 20101029 | Pinner, Richard B | MVN | Dyer, David | MVN | Four email messages dated 10/29/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | | 5/13/2011 | 20243 |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Frederick, Denise D | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| | | | | | | Baumy, Walter O | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| MEB-105-000000040.001 | MEB-105-000000040.002 | Attorney-Client | 20101105 | Scheid, Ralph A | MVN | Tobin, Thomas G | MVN | Three email messages dated 11/05/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | | 5/13/2011 | 20243 |
| | | | | | | Terranova, Jake A | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Brennan, Michael A | MVN | | | | |
| MEB-105-000000041.001 | MEB-105-000000041.006 | Attorney-Client | 20101105 | Dyer, David | MVN | Gonski, Mark H | MVN | 11 email messages dated 10/29/2010-11/05/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Shields, Mark S | MVN | | | | |
| | | | | | | Scheid, Ralph A | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Vossen, Jean | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Perrin, Randy M | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| MEB-105-000000042.001 | MEB-105-000000042.005 | Attorney-Client | 20101105 | Gonski, Mark H | MVN | Dyer, David | MVN | Ten email messages dated 10/29/2010-11/05/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | | 5/13/2011 | 20243 |
| | | | | | | Shields, Mark S | MVN | | | | |
| | | | | | | Scheid, Ralph A | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Vossen, Jean | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Perrin, Randy M | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| MEB-105-000000043.001 | MEB-105-000000043.005 | Attorney-Client | 20101104 | Dyer, Daivd | MVN | Gonski, Mark H | MVN | Nine email messages dated 10/29/2010-11/04/2010 - RE: ACTION - Questions re Entergy Brief and Exhibit | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Frederick, Denise D | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| | | | | | | Baumy, Walter O | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Labourdette, Jennifer A | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Bacuta, George C | MVN | | | | |
| | | | | | | Vossen, Jean | MVN | | | | |
| MEB-105-000000044.001 | MEB-105-000000044.006 | Attorney-Client | 20101104 | Bacuta, George C | MVN | Dyer, David | MVN | Nine email messages dated 10/29/2010-11/04/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Frederick, Denise D | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| | | | | | | Baumy, Walter O | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |

In Re Katrina Canal Breaches Litigation, No. 05-4182
Documents Inadvertently Released in Productions on 17 Oct 08, 22 Oct 08, and 13 May 11

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description | Comments | Production Date | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Mabry, Reuben C | MVN | | | | |
| | | | | | | Brooks, Robert L | MVN | | | | |
| MEB-105-000000045.001 | MEB-105-000000045.006 | Attorney-Client | 20101103 | Dyer, David | MVN | Pinner, Richard B | MVN | Eight email messages dated 10/29/2010-11/03/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Bacuta, George C | MVN | | | | |
| | | | | | | Frederick, Denise D | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| | | | | | | Baumy, Walter O | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| MEB-105-000000046.001 | MEB-105-000000046.005 | Attorney-Client | 20101103 | Pinner, Richard B | MVN | Pinner, Richard B | MVN | Seven email messages dated 10/29/2010-11/03/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Dyer, David | MVN | | | | |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Bacuta, George C | MVN | | | | |
| | | | | | | Frederick, Denise D | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| | | | | | | Baumy, Walter O | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| MEB-105-000000047.001 | MEB-105-000000047.002 | Attorney-Client | 20101106 | Gonski, Mark H | MVN | Dyer, David | MVN | Four email messages dated 11/05/2010-11/06/2010 - RE: ACTION - Questions re Entergy Brief and Exhibits | | 5/13/2011 | 20243 |
| | | | | | | Brennan, Michael A | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Scheid, Ralph A | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Baumy, Walter O | MVN | | | | |
| MEB-105-000000048.001 | MEB-105-000000048.001 | Attorney-Client | 20101019 | Tobin, Thomas G | MVN | Dyer, David | MVN | Two email messages dated 10/19/2010 - RE: Dr. Bea figures and report | | 5/13/2011 | 20243 |
| MEB-105-000000049.001 | MEB-105-000000049.001 | Attorney-Client | 20101019 | Tobin, Thomas G | MVN | Dyer, David | MVN | Two email messages dated 10/19/2010 - RE: Dr. Bea figures and report | | 5/13/2011 | 20243 |
| MEB-105-000000050.001 | MEB-105-000000050.002 | Attorney-Client | 20101019 | Tobin, Thomas G | MVN | Dyer, David | MVN | Four email messages dated 10/19/2010 - RE: Dr. Bea figures and report | | 5/13/2011 | 20243 |
| MEB-105-000000051.001 | MEB-105-000000051.003 | Attorney-Client | 20101022 | Tobin, Thomas G | MVN | Dyer, David | MVN | Six email messages dated 10/21/2010-10/22/2010 - RE: EBIA Map for Duval | | 5/13/2011 | 20243 |
| MEB-105-000000052.001 | MEB-105-000000052.004 | Attorney-Client | 20101029 | Tobin, Thomas G | MVN | Labourdette, Jennifer A | MVN | Six email messages dated 10/29/2010 - RE: Entergy Brief and Exhibits | Only emails are privileged; any attachments to the emails are not privileged | 5/13/2011 | 20243 |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Dyer, David | MVN | | | | |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Terranova, Jake A | MVN | | | | |
| MEB-105-000000053.001 | MEB-105-000000053.002 | Attorney-Client | 20101019 | Tobin, Thomas G | MVN | Dyer, David | MVN | Four email messages dated 10/19/2010 - RE: GPS for EBIA | | 5/13/2011 | 20243 |
| MEB-105-000000055.001 | MEB-105-000000055.002 | Attorney-Client | 20101022 | Tobin, Thomas G | MVN | Dyer, David | MVN | Four email messages dated 10/22/2010 - RE: IHNC Bypass Channel North Breach pdf doc | Only email is privileged; any attachments to the email are not privileged | 5/13/2011 | 20243 |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Terranova, Jake A | MVN | | | | |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Frederick, Denise D | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| MEB-105-000000056.001 | MEB-105-000000056.002 | Attorney-Client | 20101022 | Dyer, David | MVN | Tobin, Thomas G | MVN | Three email messages dated 10/22/2010 - RE: IHNC Bypass Channel North Breach pdf doc | | 5/13/2011 | 20243 |

In Re Katrina Canal Breaches Litigation, No. 05-4182
Documents Inadvertently Released in Productions on 17 Oct 08, 22 Oct 08, and 13 May 11

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description | Comments | Production Date | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Terranova, Jake A | MVN | | | | |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Frederick, Denise D | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| MEB-105-000000057.001 | MEB-105-000000057.003 | Attorney-Client | 20101022 | Frederick, Denise D | MVN | Tobin, Thomas G | MVN | Five email messages dated 10/22/2010 - RE: IHNC Bypass Channel North Breach | | 5/13/2011 | 20243 |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Terranova, Jake A | MVN | | | | |
| | | | | | | Guillory, Lee A | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Varuso, Rich J | MVN | | | | |
| | | | | | | Rambeau, Shirley J | MVN | | | | |
| | | | | | | Shields, Mark S | MVN | | | | |
| | | | | | | Bland, Stephen S | MVN | | | | |
| | | | | | | Dyer, David | MVN | | | | |
| MEB-105-000000058.001 | MEB-105-000000058.005 | Attorney-Client | 20101020 | Binova, John C | MVN | Tobin, Thomas G | MVN | Eight email messages dated 07/23/2010-10/20/2010 - RE: IHNC Litigation Suspense 1 OCT 2010 | | 5/13/2011 | 20243 |
| | | | | | | Terranova, Jake A | MVN | | | | |
| MEB-105-000000059.001 | MEB-105-000000059.001 | Attorney-Client | 20101214 | Dyer, David | MVN | Tobin, Thomas G | MVN | Two email messages dated 12/14/2010 - RE: IHNC Photos | | 5/13/2011 | 20243 |
| MEB-105-000000060.001 | MEB-105-000000060.002 | Attorney-Client | 20101022 | Brooks, Robert L | MVN | Boyce, Mayely L | MVN | Six email messages dated 10/19/2010-10/22/2010 - RE: IHNCE ESA Information | | 5/13/2011 | 20243 |
| | | | | | | Bacuta, George C | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| MEB-105-000000061.001 | MEB-105-000000061.003 | Attorney-Client | 20101022 | Brooks, Robert L | MVN | Boyce, Mayely L | MVN | Seven email messages dated 10/19/2010-10/22/2010 - RE: IHNCE ESA Information | | 5/13/2011 | 20243 |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| | | | | | | Dyer, David | MVN | | | | |
| | | | | | | Bacuta, George C | MVN | | | | |
| MEB-105-000000062.001 | MEB-105-000000062.003 | Attorney-Client | 20101022 | Boyce, Mayely L | MVN | Tobin, Thomas G | MVN | Six email messages dated 10/19/2010-10/22/2010 - RE: IHNCE ESA Information | | 5/13/2011 | 20243 |
| | | | | | | Brooks, Robert L | MVN | | | | |
| | | | | | | Dyer, David | MVN | | | | |
| | | | | | | Bacuta, George C | MVN | | | | |
| MEB-105-000000063.001 | MEB-105-000000063.002 | Attorney-Client | 20101022 | Boyce, Mayely L | MVN | Brooks, Robert L | MVN | Four email messages dated 10/19/2010-10/22/2010 - RE: IHNCE ESA Information | Only email is privileged; any attachments to the email are not privileged | 5/13/2011 | 20243 |
| | | | | | | Bacuta, George C | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| MEB-105-000000064.001 | MEB-105-000000064.003 | Attorney-Client | 20021022 | Boyce, Mayely L | MVN | Brooks, Robert L | MVN | Seven email messages dated 10/19/2010-10/22/2010 - RE: IHNCE ESA Information | | 5/13/2011 | 20243 |
| | | | | | | Bacuta, George C | MVN | | | | |
| | | | | | | Tobin, Thomas G | MVN | | | | |
| RLP-025-000027907.001 | RLP-025-000027907.006 | Deliberative Process | 20071114 | Grego-Delgado, Noel | MVN | Baumy, Walter O | MVN | One email message dated 11/14/2007 - Report on Request for Assistance with Katrina Discovery; with attachment Report 111307.doc | Email and attachment to the email are privileged | 10/22/2008 | 16014 |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Hawkins, Gary L | MVN | | | | |
| | | | | | | LeBlanc, Julie Z | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Powell, Nancy J | MVN | | | | |
| | | | | | | Felger, Glenn M | MVN | | | | |
| | | | | | | Bonura, Darryl C | MVN | | | | |
| | | | | | | Rawson, Donald E | MVN | | | | |
| | | | | | | Monnerjahn, Christoper J | MVN | | | | |
| RLP-025-000028221.001 | RLP-025-000028221.003 | Deliberative Process | 20071120 | Grego-Delgado, Noel | MVN | Baumy, Walter O | MVN | One email message dated 11/20/2007 - Report on Request for Assistance with Katrina Discovery; with attachment Report 112007.doc | Email and attachment to the email are privileged | 10/22/2008 | 16014 |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Hawkins, Gary L | MVN | | | | |

In Re Katrina Canal Breaches Litigation, No. 05-4182

Documents Inadvertently Released in Productions on 17 Oct 08, 22 Oct 08, and 13 May 11

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description | Comments | Production Date | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | LeBlanc, Julie Z | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Powell, Nancy J | MVN | | | | |
| | | | | | | Felger, Glenn M | MVN | | | | |
| | | | | | | Bonura, Darryl C | MVN | | | | |
| | | | | | | Rawson, Donald E | MVN | | | | |
| | | | | | | Monnerjahn, Christoper J | MVN | | | | |
| RLP-035-000001945.001 | RLP-035-000001945.003 | Deliberative Process | 20071120 | Grego-Delgado, Noel | MVN | Baumy, Walter O | MVN | One email message dated 11/20/2007 - Report on Request for Assistance with Katrina Discovery; with attachment Report 112007.doc | Email and attachment to the email are privileged | 10/22/2008 | 16004 |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Hawkins, Gary L | MVN | | | | |
| | | | | | | LeBlanc, Julie Z | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Powell, Nancy J | MVN | | | | |
| | | | | | | Felger, Glenn M | MVN | | | | |
| | | | | | | Bonura, Darryl C | MVN | | | | |
| | | | | | | Rawson, Donald E | MVN | | | | |
| | | | | | | Monnerjahn, Christoper J | MVN | | | | |
| RLP-075-000000274.001 | RLP-075-000000274.006 | Deliberative Process | 20071114 | Grego-Delgado, Noel | MVN | Baumy, Walter O | MVN | One email message dated 11/14/2007 - Report on Request for Assistance with Katrina Discovery; with attachment Report 111307.doc | Email and attachment to the email are privileged | 10/22/2008 | 16033 |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Hawkins, Gary L | MVN | | | | |
| | | | | | | LeBlanc, Julie Z | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Powell, Nancy J | MVN | | | | |
| | | | | | | Felger, Glenn M | MVN | | | | |
| | | | | | | Bonura, Darryl C | MVN | | | | |
| | | | | | | Rawson, Donald E | MVN | | | | |
| | | | | | | Monnerjahn, Christoper J | MVN | | | | |
| RLP-075-000000277.001 | RLP-075-000000277.003 | Deliberative Process | 20071120 | Grego-Delgado, Noel | MVN | Baumy, Walter O | MVN | One email message dated 11/20/2007 - Report on Request for Assistance with Katrina Discovery; with attachment Report 112007.doc | Email and attachment to the email are privileged | 10/22/2008 | 16033 |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Hawkins, Gary L | MVN | | | | |
| | | | | | | LeBlanc, Julie Z | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Powell, Nancy J | MVN | | | | |
| | | | | | | Felger, Glenn M | MVN | | | | |
| | | | | | | Bonura, Darryl C | MVN | | | | |
| | | | | | | Rawson, Donald E | MVN | | | | |
| | | | | | | Monnerjahn, Christoper J | MVN | | | | |
| RLP-081-000005402.001 | RLP-081-000005402.003 | Deliberative Process | 20071120 | Grego-Delgado, Noel | MVN | Baumy, Walter O | MVN | One email message dated 11/20/2007 - Report on Request for Assistance with Katrina Discovery; with attachment Report 112007.doc | Email and attachment to the email are privileged | 10/22/2008 | 16033 |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Hawkins, Gary L | MVN | | | | |
| | | | | | | LeBlanc, Julie Z | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Powell, Nancy J | MVN | | | | |
| | | | | | | Felger, Glenn M | MVN | | | | |
| | | | | | | Bonura, Darryl C | MVN | | | | |
| | | | | | | Rawson, Donald E | MVN | | | | |
| | | | | | | Monnerjahn, Christoper J | MVN | | | | |

In Re Katrina Canal Breaches Litigation, No. 05-4182
Documents Inadvertently Released in Productions on 17 Oct 08, 22 Oct 08, and 13 May 11

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description | Comments | Production Date | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RLP-081-000005447.001 | RLP-081-000005447.006 | Deliberative Process | 20071114 | Grego-Delgado, Noel | MVN | Baumy, Walter O | MVN | One email message dated 11/14/2007 - Report on Request for Assistance with Katrina Discovery; with attachment Report 111307.doc | Email and attachment to the email are privileged | 10/22/2008 | 16033 |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Hawkins, Gary L | MVN | | | | |
| | | | | | | LeBlanc, Julie Z | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Powell, Nancy J | MVN | | | | |
| | | | | | | Felger, Glenn M | MVN | | | | |
| | | | | | | Bonura, Darryl C | MVN | | | | |
| | | | | | | Rawson, Donald E | MVN | | | | |
| | | | | | | Monnerjahn, Christoper J | MVN | | | | |
| RLP-110-000030786.001 | RLP-110-000030786.003 | Deliberative Process | 20071120 | Grego-Delgado, Noel | MVN | Baumy, Walter O | MVN | One email message dated 11/20/2007 - Report on Request for Assistance with Katrina Discovery; with attachment Report 112007.doc | Email and attachment to the email are privileged | 10/17/2008 | 15927 |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Hawkins, Gary L | MVN | | | | |
| | | | | | | LeBlanc, Julie Z | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Powell, Nancy J | MVN | | | | |
| | | | | | | Felger, Glenn M | MVN | | | | |
| | | | | | | Bonura, Darryl C | MVN | | | | |
| | | | | | | Rawson, Donald E | MVN | | | | |
| | | | | | | Monnerjahn, Christoper J | MVN | | | | |
| RLP-110-000030881.001 | RLP-110-000030881.006 | Deliberative Process | 20071114 | Grego-Delgado, Noel | MVN | Baumy, Walter O | MVN | One email message dated 11/14/2007 - Report on Request for Assistance with Katrina Discovery; with attachment Report 111307.doc | Email and attachment to the email are privileged | 10/17/2008 | 15927 |
| | | | | | | Bivona, John C | MVN | | | | |
| | | | | | | Hawkins, Gary L | MVN | | | | |
| | | | | | | LeBlanc, Julie Z | MVN | | | | |
| | | | | | | Gonski, Mark H | MVN | | | | |
| | | | | | | Pinner, Richard B | MVN | | | | |
| | | | | | | Powell, Nancy J | MVN | | | | |
| | | | | | | Felger, Glenn M | MVN | | | | |
| | | | | | | Bonura, Darryl C | MVN | | | | |
| | | | | | | Rawson, Donald E | MVN | | | | |
| | | | | | | Monnerjahn, Christoper J | MVN | | | | |