UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE Duval<br>MAG. Wilkinson |
| PERTAINS TO:   MRGO<br>                  *Armstrong*, No. 10-866 | |

# ORDER

Having considered Plaintiffs' Ex Parte/Consent Motion for Leave to File Excess Page Joint Memorandum in Opposition to Defendants United States and Washington Group International, Inc.'s Motions to Exclude the Testimony and Opinion of Dr. Robert Bea exceeding twenty-five pages in length, and for good cause shown, it is hereby ORDERED that the Motion for Leave to File is GRANTED.  Plaintiffs may file a Joint Memorandum not to exceed fifty pages in length.

New Orleans, Louisiana, this  30th  day of _____May_____, 2012.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE