# EXHIBIT 6

TC202
N46L3P6
no.3
1966

Property of the United States Government

Chef Menteur

# U. S. ARMY, CORPS OF ENGINEERS

*New Orleans 1st Bm. G-1 to G-105*

## LAKE PONTCHARTRAIN, LA. AND VICINITY
## CHALMETTE AREA PLAN

The borings listed are useful for Pleistocene study

### DESIGN MEMORANDUM No. 3
### GENERAL DESIGN

1
2-U
3
3-T    G-100
4      G-3
4-T    G-4
5      U-1
6-U
7-T
8      G-14
9      G-20
9-A    G-30
10     U-2
11     U-3
       U-4
14-U

RESEARCH CENTER LIBRARY
US ARMY ENGINEER WATERWAYS EXPERIMENT STATION
VICKSBURG, MISSISSIPPI

Prepared by:

Waldemar S. Nelson & Company, Inc.     U. S. Army Engineer District, New Orleans
Engineers & Architects                  Corps of Engineers, U. S. Army
New Orleans, La.                        New Orleans, La.

NOVEMBER 1966

00063



GENERALIZED SOIL & GEOLOGIC PROFILE — PLATE NO. 28