# EXHIBIT 8

# Expert Report

### of

# Robert Glenn Bea, Ph.D., P.E.

For

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Armstrong [No. 10-866]

February 1, 2012



Figure 1: Mechanics of breach development at the Lower 9th Ward.

34.    The surge waters produced two massive breaches on the east bank of the IHNC (at the western edge of the Lower 9th Ward) (Figures 4 - 7). The larger of these two breaches was the South  Breach. This was a very long breach, nearly 900 feet in length, and the inrushing waters entered the adjacent Lower 9th Ward with great force.



Figure 4: Breach locations at the Lower 9th Ward (IPET 2007)



Figure 5a: Composite aerial photographs showing the North Breach site and South Breach site at the Lower 9th Ward shortly after the passage of Hurricane Katrina (NOAA 2005). Note the areas of deep water (indicated with yellow arrows) on the EBIA adjacent to the north ends of the North Breach and the South Breach.



Figure 5b : Aerial photograph taken after the passage of Hurricane Katrina showing the breach locations at the Lower 9th Ward (NOAA photograph 2005). Note the deep water areas immediately outside of the floodwall alignment (identified with arrows) at the north end of the North Breach and the South Breach.



Figure 6: Photograph looking south of EBIA shortly after passage of Hurricane Katrina. Note deep water filled holes on EBIA - IHNC side of the floodwall at the North and South Breaches (USACE photograph 2005).



Figure 7: Photograph (looking north) of the South Breach at the Lower 9th Ward taken after the passage of Hurricanes Katrina and Rita (IPET 2007). Note the deep water filled hole on the EBIA - IHNC side of the floodwall. This hole was produced by Hurricane Katrina surge waters flowing into the Lower 9th Ward through the breach removing the sandy fill backfill materials placed in EBIA site clearing excavations. The temporary levee constructed following Hurricane Katrina failed during Hurricane Rita in the same location as the original floodwall. The floodwall to the north adjacent to the flooded soil borrow pit constructed on the McDounough Marine site survived Hurricane Katrina and Hurricane Rita but showed evidence of being in the early stage of breaching.



Figure 8a: Photograph of the North Breach at Lower 9th Ward taken shortly after Hurricane Katrina and before Hurricane Rita (IPET 2007). Note the large deep water filled holes on IHNC side of the floodwall and the shell 'beaches' at the northern end of the breach. The shell came from fill placed under the Surekote road levee overpass (shell utilized to minimize weight). These holes were produced by the hurricane flood waters removing the sandy fill from the EBIA site clearing excavations.



Figure 8b: Photograph of the North Breach taken following Hurricane Katrina and before Hurricane Rita (USACE photograph). The deep scour holes were developed by the inrushing and outrushing surge waters removing the sand backfill placed in the EBIA site clearing excavations adjacent to the IHNC side levee toe.

35.     The observed movement on the North Breach (Figure 9) was a short-narrow movement that apparently started under the landside toe and progressed towards the waterside. The concrete I-wall failed and tore the sheetpile at a joint at the connection between the older 1968 sheet piling to the south and the newer 1980 sheet piling to the north, allowing the floodwall to be twisted by the inrushing surge water and the sheetpiles to separate at an interlock joint. The movement and resting place of the sheet pile indicates that the supporting levee and foundation materials were washed away beneath the sheet pile and the water force pushed away



Figure 18: North Breach geologic cross section (IPET 2007).



Figure 19: South Breach geologic cross section (IPET 2007.



Figure20: East bank of IHNC geologic section through South Breach and North Breach sites (IPET 2007)

95.     Considering the multiple modes of failure involved in development of this breach, it is my opinion that this breach began its development two or more hours before its culmination about 4:00 – 5:00 AM (CDT) and final expansion by inrushing floodwaters by 6:00 AM (Figures 2 and 3). The forensic engineering analyses of the development of the North Breach (Appendix D) substantiate that this breach likely initiated very early the morning of August 29, 2005 (3:00 AM) due to seepage and hydraulic uplift effects which resulted in differential movements of the concrete floodwall and opening up of the vertical joints between the floodwall panels thereby admitting the first floodwaters to enter the Lower 9th Ward. As the sequence further developed, there was tearing and separation of the sheet piling at the north end of the North Breach and further lateral displacement of the supporting soil levee. This sequence continued until there was a total loss of lateral stability and the breach fully developed. Results from these analyses are substantiated by the flooding interior hydrograph in the Lower 9th Ward (Figure 3).

96.     Results from these analyses are also corroborated with the performance of the floodwall adjacent to the northern end of the North Breach site. This section of the floodwall was subjected to the same conditions as the adjacent failed section with the exception of the hydraulic uplift and seepage forces. This difference is due to the fact that the sheet piling supporting this section of the floodwall were driven substantially deeper than the adjacent section that failed (Figure 52). The sheet piling supporting this section of the floodwall penetrated deep enough to 'cut off' seepage and hydraulic uplift effects developed through the adjacent sand backfilled EBIA excavation in the marsh layers underneath the floodwall (Figure 53). When the lateral stability of the adjacent weaker section to the south was destroyed by the seepage and hydraulic uplift forces, the shallower sheet piling 'tore away' from the northern sheet pile section and separated from the adjoining sheetpile to the south thereby initiating the final phase of

86

development of the North Breach (Figure 54). The inrushing floodwater pushed the free end of

the floodwall into the Lower 9th Ward and 'flipped' the free end of the floodwall (Figure 55).

The velocities of the inflowing and outflowing surge waters were sufficient to remove the sand

from the backfilled EBIA excavation – leaving a deep scour hole next to the breach (Figure 8).



Figure 52: Sheet pile 'interface' at the north end of the North Breach site (Bakeer 2009).



Figure 55: Separation of floodwall at the north end of the North Breach and subsequent 'flipping' of the free end by the inrushing floodwaters (after Cushing 2009).

## Near Breach Development

97.    The Near Breach analysis 'idealized' cross-sections (Case 1-1 and Case 1-2) are shown in Figure 56 and Figure 57. These are cross-sections through the EBIA flooded McDonough Marine borrow pit constructed by WGI to provide low permeability backfill materials for some of the excavations developed in the EBIA.

90

(EBIA) site clearing activities performed for the U.S. Army Corps of Engineers (USACE) by the Washington Group International (WGI), available information on the design and construction of the flood protection structures at the Lower 9th Ward, information on the geologic and geotechnical characteristics of soils in the vicinity of the Lower 9th Ward, topographic features observed in the field at other breach sites following Hurricane Katrina, and results from previous analyses of the breaches at the Lower 9th Ward (Bea 2008; Bea and Cobos Roa 2008; and Cobos Roa and Bea 2008).

102.    As summarized in Appendix B, the Case 2-1 cross-section (Figure 64) is based on study and analysis of the available documents that detail the EBIA site clearing activities and excavations, available information on the design and construction of the flood protection structures at the Lower 9th Ward, and information on the geologic and geotechnical characteristics of soils in the vicinity of the Lower 9th Ward (Rogers 2012, Morris 2011).



Figure 63: South Breach cross section Case 1-1.



Figure 64: South Breach cross section Case 2-1.

103.    Both of these cross-sections are representations of the features and characteristics that existed at the South Breach site at the time of Hurricane Katrina. The analytical results from the analyses of these two cross-sections based on the 'best estimate' hydraulic and soil behavior characteristics produce results – breach development characteristics that are corroborated with the currently available evidence including in-field observations conducted by myself and my colleagues, photographic evidence, eyewitness testimony, interior flooding hydrographs and analyses of this flooding, stopped clock data, and results from other detailed forensic engineering studies of these breaches.

104.    As summarized in Figures 65 through 68, the Case 1-1 (Figure 65) and Case 2-1 (Figure 66) hydraulic conductivity analyses result in vertical hydraulic gradients between 0.8 (Case 1-1) and 0.5 (Case 2-1) between 8:00 and 9:00 AM (CDT) on August 29, 2005 (Figure

67), corresponding to a canal surge water elevation between +13.8 and +14.2 feet (NAVD88). Uplift Factors-of-Safety also show high failure potential; for Case 1-1 the Factor-of-Safety is less than 1.0 and for Case 1-2 the Factor-of-Safety is less than 1.2 at approximately 8:00 AM (Figure 68).



Figure 65: Computed vertical seepage gradients for South Breach Case 1-1 for an IHNC surge water surface elevation (WSE) of +14 feet. Contours show vertical gradients in 0.1 increments.



Figure 66: Computed vertical seepage gradients for South Breach Case 2-1 for an IHNC surge water surface elevation (WSE) of +14 feet. Contours show vertical gradients in 0.1 increments.



Figure 67: Time based developments of critical vertical seepage gradients for the South Breach Case 1-1 and Case 2-1 (IHNC surge water surface elevations as a function of time are shown in Figure 2).



Figure 68: Time based developments of uplift Factor-of-Safety for the South Breach Case 1-1 and Case 2-1 (IHNC surge water surface elevations as a function of time are shown in Figure 2)

105.   As summarized in Appendix C, the backfilled pipeline abandonment excavation cross-section developed for Case 2-1 is narrow (dimension parallel to the floodwall) relative to its length (Figure 69). This geometry suggests there will be important concentration and intensified hydraulic flow effects due to the 3-dimensional geometry associated with this backfilled excavation. Such effects have been studied previously as they affected development of the breaches at the Lower 9th Ward during Hurricane Katrina (Cobos-Roa and Bea 2008, Bea and Cobos-Roa 2008a, and Bea 2008). Because of limitations in time resources that could be devoted to these analyses, results from the previous investigations of the 3-dimensional (3D) hydraulic flow intensification effects were used to interpret results from these 2-dimensional (2D) hydraulic conductivity analyses.



Figure 69:  A conceptual cross section of the utility penetrations near Station 30+00 that provide background for the South Breach cross-section 2-1 (Appendix B).

106.   The cross-section used for the 3D hydraulic conductivity computations is shown in Figure 70.   The 'trench' excavation was modeled with vertical walls and terminated approximately 60 feet away from the centerline of the levee (Figure 70).



Figure 70: 3D seepage model for IHNC-Lower Ninth Ward North Breach site (Cobos-Roa and Bea 2008).

107.   Figure 71 shows hydraulic gradient values developed through Hurricane Katrina, at the center of the clay layer beneath the landside levee toe for two 'slices' of the 3D model perpendicular to the floodwall; one through the filled excavation, and another one immediately outside the excavated area.  Results from the 3D hydraulic conductivity model indicates there is a 30% increase in the gradients near the landside toe in the cross section through the filled excavation, compared to the section outside this area. These results are in excellent agreement with those developed by Money (2006) for comparable excavation geometries.



Figure 71: Gradients along two lines normal to the levee – floodwall centerline (Figure 70).

108.    Based on these results, the hydraulic gradients for the South Breach Case 2-1 were increased by 30% to recognize the 3D flow effects. With this 'correction' for 3D flow effects, the results from Case 2-1 are very close to those from Case 1-1. The results indicate critical hydraulic effects were developed at the South Breach between 8:00 AM and 9:00 AM on August 29, 2005. These conditions coincide with the estimated times of failure determined as a result of the investigations performed by ILIT (2006), IPET (2007), Team Louisiana (2006), Cobos-Roa and Bea (2008a), and Bea (2008a, 2009a).

109.    Coupled hydraulic conductivity – limit equilibrium lateral stability analysis results for the South Breach site Case 1-1 and Case 2-1 (Figure 72) shows a decreasing static factor of safety dropping below unity at a canal surge water elevation of +14 feet that develops at

into the causes of the North Breach including those of ILIT (2006), IPET (2007), Team Louisiana (2006), Bea and Cobos-Roa (2008a) and Cobos-Roa and Bea (2008).

112.    Considering the multiple interacting modes of failure involved in development of the South Breach, it is likely that this breach began its development two or more hours before its culmination about 9:00 AM (CDT) (Figures 2 and 3). The forensic engineering analyses of the development of the South Breach (Appendix D) indicate that the South Breach initiated after the North Breach had fully developed. The North Breach developed due to seepage and hydraulic uplift effects which resulted in differential movements of the concrete floodwall and opening up of the vertical joints between the floodwall panels thereby admitting the first floodwaters to enter the Lower 9th Ward (Table 1). As the sequence further developed, there was tearing and separation of the sheet piling at the north end of the North Breach and further lateral displacement of the supporting soil levee.

113.    The results of the hydraulic conductivity and lateral stability analyses performed for the South Breach have established a definitive relationship between the anthropogenic alterations performed on the waterside of the levee (backfilled excavations) and the high vertical seepage gradients and consequently the low uplift factors of safety. The scenarios where a backfilled excavation was in contact with the top of the buried swamp – marsh deposits (Cases 1-1 and 2-1) indicate a high likelihood of hydraulic failure as vertical hydraulic gradients exceeded 0.8, uplift factors of safety are below unity, and the lateral stability probabilities of failure exceed 50% for a canal water elevation between +13 and +14 feet, corresponding to a time frame between 7:30 and 9:00 AM (CDT). The available evidence indicates the South Breach developed after the Hurricane Katrina surge in the IHNC overtopped the floodwall. This performance is

corroborated with available information on the time and modes of failure involved in development of the South Breach.

114.    Figures 75 - 80 shows photographs of the South Breach taken shortly after its development. The photographs show a displaced segment of the protected side levee very similar in shape to the green failure wedge indicated in Figure 73 – indicating large lateral movements of the supporting levee on the protected side. Also, note the floodwall with the extensive overtopping erosion trench either on side of the breach section did not participate in the failure – development of the South Breach.

115.    In Figure 76 near the center of the breach, note the exposed buried utility pipelines that cross at right angles to the floodwall. As shown in Figure 77, these pipelines (utilities) have been  identified as utilities belonging to the New Orleans Sewerage and Water Board and the New Orleans Public Service Inc. (Bea and Storesund 2008).



Figure 75: Photograph of South Breach looking south showing the pushed-back levee section on the protected side of the floodwall (IPET 2007).



section heavily eroded by inflowing and outflowing water

abandoned buried pipelines

laterally displaced levee section

Figure 76: Aerial view of South Breach showing displaced levee section, overtopping erosion trench, and utility line crossing near the center of the breach (IPET 2006).