# EXHIBIT 16

# Declaration No. II.

# ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE INNER HARBOR NAVIGATION CANAL AT THE LOWER 9TH WARD DURING HURRICANE KATRINA

Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson

(No. 06-2268)

By

Dr. Robert Bea

**Risk Assessment and Management Services**

Moraga, California

July 11, 2008

Format edits: July 15, 2008



Figure 47: Factor of Safety against hydraulic uplift, South breach (Bea and Cobos-Roa 2008). Marsh $kx = 10^{-3}$ cm/s. The factor of safety drops below unity at about 5 am (CDT) August 29, 2005 indicating the onset of levee – floodwall failure.

72. The next step in the study of the North Breach was to perform slope stability analyses that incorporate the hydraulic response of the levee – floodwall system. The software SLOPE\W was employed in these analyses. The pore pressures generated by the SEEP\W finite element analyses were used by SLOPE\W when calculating lateral stability factors of safety. The software uses Limit Equilibrium Analysis to calculate factors of safety by a number of analytical methods. The results included here use the Spencer method.

73. To evaluate the effects of formation of a waterside gap between the sheet piling and the supporting soil levee, factors of safety were calculated for the cases where no gap was developed (therefore a failure surface extending to the waterside slope was used), and a second

68

set of analyses were performed assuming that a gap had formed throughout the length of the sheet pile. Because of the uncertainties associated with the permeability characteristics of the Marsh deposits that underlie this area, the lateral stability analyses were performed for horizontal permeability in the range of $1 \times 10^{-3}$ cm/s to $1 \times 10^{-6}$ cm/s. Consequently, the pore pressure field generated from the seepage analyses for each of the permeability and storm surge elevation values were used to calculate the factor of safety at different water elevations.

74.    Based on the soil boring and testing information cited earlier and detailed by Bea and Cobos-Roa (2008), median values of the soil properties for the different stratagraphic layers were determined for unit weight, undrained shear strengths and friction angles. Table 3 summarizes the material properties used in the slope stability analyses. Figure 48 shows the input geometry used for the stability analyses of the North Breach.



Figure 48: Cross section used for slope stability analyses for the North Breach (Bea and Cobos-Roa 2008).

69



Figure 58: Factor of Safety against hydraulic uplift, South breach. Marsh $kx = 10^{-3}$ cm/s (Bea and Cobos-Roa 2008).

88.  The next step in the study of the South Breach was to perform slope stability analyses that incorporate the hydraulic response of the levee – floodwall system. The software SLOPE\W was employed in these analyses. The pore pressures generated by the SEEP\W finite element analyses were used by SLOPE\W when calculating lateral stability factors of safety. The software uses Limit Equilibrium Analysis to calculate factors of safety by a number of analytical methods. The results included here use the Spencer method.

89.  To evaluate the effects of formation of a waterside gap between the sheet piling and the supporting soil levee, factors of safety were calculated for the cases where no gap was developed (therefore a failure surface extending to the waterside slope was used), and a second set of analyses were performed assuming that a gap had formed throughout the length of the

79

sheet pile. Because of the uncertainties associated with the permeability characteristics of the Marsh deposits that underlie this area, the lateral stability analyses were performed for horizontal permeability in the range of $1 \times 10^{-3}$ cm/s to $1 \times 10^{-6}$ cm/s. Consequently, the pore pressure field generated from the seepage analyses for each of the permeability and storm surge elevation values were used to calculate the factor of safety at different water elevations.

90.     Based on the soil boring and testing information cited earlier and detailed by Bea and Cobos-Roa (2008), median values of the soil properties for the different stratagraphic layers were determined for unit weight, undrained shear strengths and friction angles. Table 4 summarizes the material properties used in the slope stability analyses. Figure 59 shows the input geometry used for the stability analyses of the North Breach.



Figure 59: Analysis cross-section for South breach (Bea and Cobos-Roa 2008).

80

## IV. APPENDIX A  MARSH – SWAMP DEPOSITS PERMEABILITY – HYDRAULIC CONDUCTIVITY

1. During performance of the ILIT soil borings at the sites of the North Breach and South Breach at the Lower 9th Ward the very high hydraulic connectivity of the marsh and swamp layers that underlie this entire area was made apparent (Figure A-1). After completing one boring at the location, the soil boring rig was moved 200 feet away and a second boring was completed. Because of the variable soil characteristics, it was decided to drill a third soil boring midway between the first two borings. When the drilling unit encountered the buried marsh and swamp layers, water immediately began spouting from the two adjacent soil boring holes. Examination of the soil samples showed that the organic layers were very 'layered' – as one would expect from the accumulation of organic matter in the bottom of a marsh or swamp. The deposits were very anisotropic – the horizontal permeability was much greater than the vertical permeability. This observation showed that conventional sampling and laboratory testing methods (e.g. permeability determined from consolidation tests on samples from vertical cores) could not be relied upon to give realistic data regarding the horizontal permeabilities of these deposits.

the critical condition, since the marsh is underlain by a thick clay deposit which would also become part of the blanket if the Marsh were to be modeled as a fine grained material, thus the calculated hydraulic gradients would be small.

15. The models incorporated all these conditions by performing transient seepage analyses for a range of permeabilities. The results show the that pore water pressures rise inside the Marsh deposit to values close to those of a steady-state condition (more than 80%).

16. Analyzing the seepage analyses performed by IPET, on Appendix 17 of their Final Report, the best estimate for the permeability of the Marsh deposit is $10^{-4}$ cm/s. According to the plot on Figure V-17-15 (Figure A-3), this permeability occurs when the soils are subject to overburden effective stresses from 0 to 500psf. This is a likely range for the shallow layer located at the toe of the levee, but the deeper Marsh underneath the levee is probably subject to effective stresses in the order of 0 to 1000 pounds per square foot (psf), with permeability of $10^{-5}$ to $10^{-7}$ cm/s.



Figure A-3: Hydraulic conductivity values for Peat. The range of effective stresses for the shallow (toe) peats ranges from 0 to 1000psf (red circle). Source: USACE IPET.