# EXHIBIT 17

# Declaration No. II.

# ENGINEERING FORENSIC STUDIES OF PERFORMANCE OF THE MAN-MADE FEATURES BORDERING THE INNER HARBOR NAVIGATION CANAL AT THE LOWER 9TH WARD DURING HURRICANE KATRINA

Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson

(No. 06-2268)

By

Dr. Robert Bea

**Risk Assessment and Management Services**

Moraga, California

July 11, 2008

Format edits: July 15, 2008

## IV.     APPENDIX A     MARSH – SWAMP DEPOSITS PERMEABILITY – HYDRAULIC CONDUCTIVITY

1. During performance of the ILIT soil borings at the sites of the North Breach and South Breach at the Lower 9th Ward the very high hydraulic connectivity of the marsh and swamp layers that underlie this entire area was made apparent (Figure A-1). After completing one boring at the location, the soil boring rig was moved 200 feet away and a second boring was completed. Because of the variable soil characteristics, it was decided to drill a third soil boring midway between the first two borings. When the drilling unit encountered the buried marsh and swamp layers, water immediately began spouting from the two adjacent soil boring holes. Examination of the soil samples showed that the organic layers were very 'layered' – as one would expect from the accumulation of organic matter in the bottom of a marsh or swamp. The deposits were very anisotropic – the horizontal permeability was much greater than the vertical permeability. This observation showed that conventional sampling and laboratory testing methods (e.g. permeability determined from consolidation tests on samples from vertical cores) could not be relied upon to give realistic data regarding the horizontal permeabilities of these deposits.

the critical condition, since the marsh is underlain by a thick clay deposit which would also become part of the blanket if the Marsh were to be modeled as a fine grained material, thus the calculated hydraulic gradients would be small.

15. The models incorporated all these conditions by performing transient seepage analyses for a range of permeabilities. The results show the that pore water pressures rise inside the Marsh deposit to values close to those of a steady-state condition (more than 80%).

16. Analyzing the seepage analyses performed by IPET, on Appendix 17 of their Final Report, the best estimate for the permeability of the Marsh deposit is $10^{-4}$ cm/s. According to the plot on Figure V-17-15 (Figure A-3), this permeability occurs when the soils are subject to overburden effective stresses from 0 to 500psf. This is a likely range for the shallow layer located at the toe of the levee, but the deeper Marsh underneath the levee is probably subject to effective stresses in the order of 0 to 1000 pounds per square foot (psf), with permeability of $10^{-5}$ to $10^{-7}$ cm/s.



Figure A-3: Hydraulic conductivity values for Peat. The range of effective stresses for the shallow (toe) peats ranges from 0 to 1000psf (red circle). Source: USACE IPET.