# EXHIBIT 20

# APPENDIX B

# Development of Lower 9th Ward Floodwall Analysis Cross-Sections

By

Robert G. Bea, Ph.D., P.E.
Diego Cobos-Roa, Ph.D. Candidate
Rune Storesund, D.Eng., P.E., G.E.

## Site Characterizations

This appendix summarizes development of the geologic cross sections used to analyze and evaluate seepage and lateral stability performance of the floodwall – levee structure at the North Breach (Boland Marine section), Near Breach (McDonough Marine borrow pit section), and South Breach (Saucier Marine section) sites. The cross section development consisted of the following aspects: (a) identification of native geologic contacts; (b) delineation of anthropogenic fill; (c) floodwall features and locations; and (d) delineation of currently available documented WGI excavations and backfilling operations.

### *Analytical Model Uncertainties*

During this phase of our investigation (March 2011 – January 2012), a substantial amount of new information has been provided by the U.S. Government and Washington Group International. This new information has provided additional important insights into the characteristics of the soils and floodwall at the study locations. Detailed studies of this new information has identified important 'gaps' in the available information (Rogers 2012; Morris 2011). Recently (January 2012), additional information on the EBIA site clearing activities has been produced by the U.S. Government. Future developments in this investigation may provide additional opportunities to obtain and review additional information that pertains to the soil and floodwall characteristics at the study locations. The authors reserve the right to revise their analyses and conclusions based on the additional information that could be developed from future Defense document productions.

In addition, during this phase of the investigation, an extensive program of soil sampling and laboratory testing and field testing was conducted at the Lower 9th Ward during the summer and fall of 2011 (Rogers 2012; Fugro Consultants Inc. 2011). This testing provided very important information which has been used to characterize the performance characteristics of the soils; particularly, the information that has been developed from the in situ testing performed to determine the hydraulic conductivity properties of the swamp – marsh deposits that underlie the

1

## North Breach Site

### *Case 1 Cross-Sections*

This case considers a large backfilled excavation adjacent to the west side of Surekote Road developed during the EBIA site clearing activities located near the waterside levee toe in the vicinity of the North Breach. This backfilled excavation is adjacent to a second backfilled excavation to the west that extends to the bank of the IHNC (Rogers 2012). Bea (2008, 2007), describes the backfilled excavation at the north breach site adjacent to Surekote Road as being a rectangular shaped feature approximately 25 feet wide (direction normal to levee alignment) extending west from the toe of the embankment of Surekote Road. Figure 4 shows the location of the backfilled excavation after the floodwaters from Hurricane Katrina had receded.  This backfilled excavation starts near the north end of the North Breach and extends approximately 100 feet south. The depth of this backfilled excavation was estimated to be approximately 10 feet below the adjacent eroded ground surface, which based on the available post-Hurricane Katrina – pre-Hurricane Rita photographic information was approximately +1 feet above mean water level.



Figure 3: Location of backfilled excavations at the north breach (dashed ellipses)

There were a number of site excavation activities performed by WGI in the Boland Marine area ( (WGI, 2000), (WGI, 2005), (WGI, 2005)) during the period between 2001 and 2005.  These excavations included: structure demolition, foundation removal, exploratory grid-trenching, soil remediation (removal and placement of backfill), and removal of asbestos containing material (ACM).  The Project Work Plan states that the grid trenches were to extend to a depth of 5 feet below the 2002 site grades.  Excavations were carried to the perimeter security fence, as well as adjacent to the 1980s floodwall. Figures 5a, 5b, and 6 shows the extent of buildings and foundations that were removed, grid-trenching and excavation of contaminated soils performed in the northern portion of Boland Marine, extending to the perimeter fence line.  Based on available documentation, backfill associated with the grid trenching operations appears to have consisted of pushing spoils from the excavations back into the same trenches and, possibly track walking the surface of the backfill.

WGI documentation describes the placement of clean sand backfill in excavated areas in the northern portion of Boland Marine (we note that not all daily reports were made available for our review at the time we prepared this report). Figure 7 shows a photo of a tracked excavator placing imported clean sand in the excavation area immediately adjacent to Surekote Road (seen in the background) and the perimeter security fence. Figure 8 shows the typical conditions where the WGI excavation operations encountered pre-existing shell fill.

Figure 9 shows the pre- and post- conditions at the Boland Marine site in 2002 and 2005, respectively.  As can be seen in this photo, sand fill has been placed in the northern excavation extents and immediately abuts the perimeter security fence as well as the floodwall.



Figure 5a: WGI work areas at Boland Marine adjacent to the North Breach Site (Morris 2011).



Figure 5b: Map showing grid trenching in the northern area of Boland Marine, up to the perimeter security fence.



Figure 6: Map showing contaminated soils removed in the northern area of Boland Marine, up to the perimeter security fence (WGI 2002a).



231021805-07 Placing imported sand backfill in Phase 2 ACM excavation east of Area 8 at Boland Marine

Figure 7:  Clean sand backfill was documented by WGI as it was placed in the excavation area adjacent to Surekote Road (note fence in background) and adjacent floodwall.



234031005-07 Close-up of soil profile during excavation at middle of north edge at Area 8

Figure 8:  Photograph taken by WGI recording conditions exposed in the sidewall cut of their remedial excavations, which appears to have exposed pervious shell fill.



Figure 9:  Comparison of aerial photographs taken in 2002 and 2005.  The sand backfill (looks like a beach) placed by WGI in the ACM area east of 'Area 8' can be seen in the photograph abutting the Surekote Road fence line.

### North Breach – Case 1-1

Case 1-1 (Figure 10) considers a 'shallow' top of swamp layer and a deep backfilled rectangular (slide slopes not shown) excavation located approximately 60 feet from the sheet pile. This backfilled excavation is adjacent to another shallower backfilled excavation to the West. On the waterside, the top of swamp underlies the clayey dredged spoils between Elevations (NAVD88) -4 feet and -10 feet with the lowest elevation below the embankment. Given the depositional history of this site, it is possible that the top of the in-situ buried swamp layer was actually a few feet lower than these elevations, but as the buried swamp layer was dredged from the canal side and dumped on top of the existing swamp – marsh deposits, the final thickness of potentially high hydraulic conductivity materials would be greater than the in situ layer. Borings 9A, 6-UEF, 7-T and 8 in the vicinity of the north breach are examples of this issue. The deep excavation considered in Case 1 intersects the buried swamp layer and poses that connectivity mentioned earlier in this section.



Figure 10: North Breach, Case 1-1

The backfilled excavation (yellow rectangle left of Surekote Road embankment) was modeled as a rectangular shape with vertical walls to simplify the modeling process. The walls of this excavation would have been sloped to maintain stability of the walls. The reader should not interpret the vertical straight excavation walls as a representation of the real shape of the walls of the backfilled excavation.

### North Breach – Case 1-2

Case 1-2 (Figure 11) considers the same waterside excavation but this time a thinner buried swamp - marsh deposit is included in the model to account for the 'native buried swamp' only. The elevation of the top of this layer is essentially flat throughout the profile and is located at about elevation -16 feet. This layer is approximately 4 feet thick beneath the levee and becomes thinner towards the canal. This section was characterized based on information provided by Rogers (2012). The thinner and deeper swamp deposit is several feet below the bottom of the excavation modeled in this case. Case 1-2 therefore ignores data that indicates the dredged spoils that sit atop the native swamp deposit contain materials with high hydraulic conductivity.

14



Figure 11: North Breach, Case 1-2

## *Case 2 Cross-Sections*

Case 2 for the North Breach considers a series of excavations and modifications to the clay embankment performed as part of the EBIA development and clearing activities. At the north end of the North Breach, a shell and sand filled excavation is located against the sheet pile (Rogers 2012). Rogers describes the presence of this type of fill on the waterside of the connection of the older (shorter) piles installed in the 1960s and the newer and longer piles installed in the 1980s. The shell fill appears to be between 18 and 7 feet thick, as measured in Borings 81A and 79A. These two borings are associated with the 2000-2001 environmental remediation work performed by WGI along the EBIA. Boring 81A, located near the 90 degree turn on the sheet pile at the end of the East IHNC floodwall shows a thickness of 18 feet of shell and sand; this boring was performed on the lower part of the embankment of Surekote Road therefore the top of the boring (+11 feet) is higher than the EBIA ground surface (+3 feet). Boring 79A is located approximately 100 feet south of boring 81A and shows approximately 7 feet of granular fill close to the sheet pile. This case also considers the same two possible extents of the buried swamp layer.

15

### *North Breach – Case 2-1*

North Breach Case 2-1 considers a 'shallow' top of swamp layer and the deep sand and shell fill extending from the sheet pile approximately 70 feet toward the IHNC. Thickness of shell fill at this location is approximately 18 feet measured from the top of Surekote Road, down to the tip of the sheet pile. On the waterside, the top of swamp underlies the clayey dredged spoils between Elevations -4 feet and -10 feet with the lowest elevation below the embankment. The North Breach Case 2-1 analysis section is shown on Figure 7.



Figure 12: North Breach, Case 2-1.

### *North Breach – Case 2-2*

Case 2-2 (Figure 13) considers the same extent of shell and sand fill against the sheet pile, but the thickness of the buried swamp deposit is thinner, as described in Case 1-2. The elevation of the top of this layer is essentially flat throughout the profile and is located at about elevation -16 feet. Thickness of the deposit is approximately 4 feet beneath the levee and tapers out towards the canal.

16



Figure 13: North Breach, Case 2-2.

Native geologic contacts were interpreted from available soil boring information throughout the greater EBIA area. This delineation process is described in more detail by Rogers (2012).

Anthropogenic fill includes: primarily dredge spoils within the EBIA area, some post-dredge spoil fill placed during site development and grading; as well as fill placed during the shaping activities associated with the Chalmette Area Plan (1969). The top of fill (ground surface) was based on topographic surveys ( (Wink, 2001); (Wink, 2002); (Wink, 2004); (Wink, 2005); (LSU, 2011); (USACE-IPET, 2011)) which depicted topography both prior to initiation of substantial site grading activities as well as following completion of substantial site grading activities.

Floodwall features (configuration, alignment) were based on available project plans ( (USACE, 1966) (USACE, 1969); (Wink, 2001); (Wink, 2002); (Wink, 2004); (Wink, 2005)). The undergrounding of the Jourdan Avenue Canal was based on plans provided by the New Orleans Sewerage and Water Board (NOSWB, 1985).

WGI excavations and backfill characteristics were based on a review of project reports ( (WGI, 2000) (WGI, 2005) (WGI, 2002) (WGI, 2005)), site surveys ( (Wink, 2001); (Wink, 2002); (Wink, 2004); (Wink, 2005)), WGI annotated construction progress photographs, and aerial photos ( (Gulf Coast Aerial, 2002) (Gulf Coast Aerial, 2005)).

A significant amount of pervious shell fill was identified in soil boring 81A (MMG soil boring completed on October 4, 2001 as part of the WGI Site Characterization). Soil boring 81A (Figure 14) penetrated almost 18 feet of pervious fill before encountering clay. The soil boring was performed on the east shoulder of Surekote Road, with an approximate surface elevation of +11 feet (NAVD88). The bottom of pervious fill logged at 81A would be approximately El. -7

17

feet (NAVD88). This fill appears to be associated with the construction of the 90 degree bend of the floodwall, as well as utilization of lightweight shell fills (used to minimize settlements) to support Surekote Road where it crosses over the 1966 floodwall (replaced in the early 1980s). The pervious shell fill is thickest immediately adjacent to the floodwall (based on site development documentation, as well as results from MMG soil borings).



Figure 14: Soil boring 81A is located on the eastern shoulder of Surekote Road.

Project plans for the Florida Avenue Complex ( (USACE, 1980) (USACE, 1969)) show a structural detail to effect the connection of the sheet piles at 90 degrees. The 1969 plans show an angle bracket (Figure 15) connection installed during the original sheet pile installation by local interests in 1966. The 1980 plans show a 'Fabricated T FEET-29' (Figure 16) connection to facilitate the 90-degree turn. Installation of these connections likely warranted an excavation adjacent to the sheet piles in this corner to allow the construction workers access to install the structural connection specified in the plans. Figure 17 provides a plan view showing the location of the 90-degree bend. There are no details or specifications in the plans that call out excavation or backfill requirements adjacent to the floodwall. There are details for a bolted bracket for the almost identical floodwall constructed as part of the same 1980 Florida Avenue Complex improvements on the west side of the IHNC (Figure 18). This bolted connection would have

18

necessitated deep excavations on both sides of the sheet piles being joined, in order to physical install the ½ inch anchor bolts, 12 inches on center, shown on the connection detail.



Figure 15:  Angle bracket was noted in the 1969 USACE capping project plans at the location where the sheet pile wall made a 90 degree turn west.

19



Figure 16:  Plan view of the northeast corner of the EBIA floodwall where the sheet piles form a 90-degree turn.  This is the same vicinity of the connection between the subsequent 1980s floodwall with deeper sheet piles.  Note that this plan set also calls out the existence of shell fill against the floodwall between Stations 54+40 and 56+20 (which corresponds to the breach extents in 2005 during Hurricane Katrina).

20



Figure 17:  Connection detail from the Florida Avenue Complex project (USACE 1980).  The new sheet pile segments were to be connected at an interlock and the 90-degree turn was to be facilitated via a fabricated tee.



Figure 18: Project plans (USACE, 1980) called for bolted connections at the junction of the I-wall and T-wall (this detail is for the floodwall on the west side of the IHNC as part of the same contract).

A review of the surviving plans for the Florida Avenue Complex project (USACE 1980) show that special attention was paid to the structural contacts between the 1968 floodwall and that installed in 1980. The Florida Avenue Complex project plans (USACE, 1980) show a bolted structural connection where the deeper sheet piles of the 1980 wall connect to the older 1968 wall, requiring half-inch diameter bolts every 12 inches, to the bottom of the connection. This detail was shown for the "T-connection" on the opposite side of the IHNC, near the south side of the Florida Avenue Bridge and Sewerage & Water Board siphon structures. The bolted connections would have required the excavation of an access pit, to allow the bolted connection to be made, after the new PZ 27 sheets were driven. This connective work would have involved

drilling of the bolt holes as well as their installation. This excavation appears to have been backfilled (based on soil boring 81A) with pervious shell backfill.

The other structural connection that would have required excavation and backfilling of an access pit was the welded connection between the 1966 and 1980 PZ 27 sheet piles, near the north end of the North Breach. This welded connection and the structural tear adjacent to it in the 1966 sheet, were examined in considerable detail by Bakeer (2009). The weld was carried out on the outboard (flood side) side of the sheets, and rand down the 19.5-foot length of the older (1966) PZ 27 sheet. The much longer PZ 27 sheets installed in 1980 were 34 feet long, and extended about 17 feet below those placed in 1966, as shown in Figure 19. The access pit associated with this welded connection may have been backfilled with oyster shell fill, or the organic silty clay dredge spoils that would have originally comprised the dike.



Figure 19: Isometric view of the junction between the shorter 1968 flood wall (set on sheet piles placed in 19666) and that constructed in the early 1980s. The North Breach occurred at the connection between the two walls (Bakeer 2009).

23

The extents of the pervious backfill were interpreted from surrounding MMG soil borings performed in 2001 at the Boland Marine site. Figure 20 the location of two cross sections that show the interpreted excavation extents based on available information.  Cross section 1-1' (Figure 21) excavation is associated with the installation of the corner bracket to facilitate the bend in the floodwall, the second excavation (Figure 22) is associated with the welding between the 1969 floodwall and the 1980s floodwall.  These excavations assume a working area of 3 feet at the bottom of the excavation and temporary slopes of 1 (horizontal) to 1 (vertical).  These two figures suggest that the pervious shell fill is not of constant elevation, but rather decreasing in depth/thickness as one moves away from the floodwall.

Additional excavation and backfill was required after sheet pile installation and construction of the concrete cap (Figure 23).  A work area was cleared in order to construct formwork to contain the concrete poured to create the sheet pile cap.  These excavations were required to be a minimum of 2 feet wide and deep on either side of the concrete cap.  Wider and deeper excavations may have been necessary in order to construct the concrete formwork.  Photos taken after the breach (Figure 24) show the presence of clayey soils at the surface of the exposed breach. These surficial clayey soils are associated with the backfill following casting of the concrete caps and are not representative of the excavation and backfill of the sheet pile joint/connection work completed prior to installation of the concrete caps.



Figure 20: Two cross-sections (1-1' and 2-2') show the interpreted extents of pervious shell backfill at the north end of the EBIA.



Figure 21: Cross-section 1-1' showing the floodside extents of pervious shell fill backfill based on MMG boring 81A.



Figure 22: Cross-section 2-2' showing pervious backfill at the joint between the 1966 and 1980s sheet piles.



Figure 23:  Additional excavation and backfill was required after sheet pile installation and construction of the concrete cap.  A work area was cleared in order to construct formwork to contain the concrete poured to create the sheet pile cap.  These excavations were required to be a minimum of 2 feet wide and deep on either side of the concrete cap.  Wider and deeper excavations may have been necessary in order to construct the concrete formwork.





Figure 24: Photographs of the north abutment of the North Breach, showing the 1980s floodwall sitting on the deeper PZ 27 sheet piles.  The soil against the wall appears to be organic silty clay backfill with a scattering of small oyster shells.  This exposure was a few feet north of a welded connection with the shorter PZ 27 sheets, installed in 1966 (Dunbar 2005).

Figure 25 shows the pervious shell fill cast onto the protected side following the development of the breach. Figure 26a shows a view of the Surekote Road overcrossing after the North Breach occurred.  This photograph shows the extensive shell fill used in constructing the Surekote Road, which ramps up and over the floodwall.  There was significant concern (USACE 1980) about long-term settlements of the ramp (USACE, 1980).  Utilization of lightweight shell fill would reduce the longterm settlements of the road and significantly decrease the operations and maintenance costs associated with the roadway.

Figure 26b shows the progression of Surekote Road (identified by USACE (1980) as being constructed of shell fill) from the 1960s to the 1980s.  The red hashed lines show the alignment as called out on the USACE 1969 plans. The purple hashed lines show the reconfigured alignment, as part of the Florida Avenue Complex project (USACE, 1980).  Pervious shell fill would have supported both alignments.  This realignment of Surekote Road created a substantive wedge of pervious shell fill covering a sizeable area, which was semi-contiguous with the sheet piles supporting the floodwall.



Figure 25:  Aerial view of the pervious shell fill beneath Surekote Road, note shell debris ejected through the breach and into the protected area.



Figure 26a:  Photograph taken following the North Breach showing pervious shell fill under Surekote Road (Convarey, 2005).



Figure 26b:  The alignment and elevation of Surekote Road has shifted and moved over the years.  The red hashed lines show the alignment as called out on the USACE 1969 plans.  The purple hashed lines show the reconfigured alignment as part of the Florida Avenue Complex project (USACE, 1980).

A geologic cross section of the Case 2-2 North Breach (Figure 27) was compiled from all the available information described earlier.  The shell fill (as identified in MMG soil borings 81A, 79A, 77A) abuts the floodwall wall at the location of the structural connection between the 1966 sheet pile wall and the 1980s (deeper) sheet pile wall.  The shell fill likely tapers upward, towards the toe of Surekote Road, providing a stable wedge of granular fill supporting the road.  The yellow area west of Surekote Road granular fill, at ground surface reflects the WGI excavations performed during the Area 8 and ACM clearing operations (east of Area 8) in 2005, which was backfilled with uncompacted sand.



Figure 27:  Cross-section used in analytic models at the North Breach with shell fill at the breach location and the junction of the 1966 and 1980s sheet piles.

### Near Breach Case 1-1

The Near Breach cross-section has a different profile in the upper 20 feet compared to the North Breach and South Breach cross-sections. This cross-section does not contain coarse-grained backfilled excavations near to the waterside levee. The WGI – MMG boring logs of the 55, 57 and 53 series (locations shown on Figure 28) indicate the buried swamp – marsh deposits are not in direct contact with the soils at the bottom of the McDonough borrow pit. According to the soil descriptions in borings 7 and 7T the landside clay blanket is thicker in this part of the borrow pit.

The Near Breach – Case 1-1 cross-section shown in Figure 29 is based on the stratigraphic interpretations developed by Rogers (2012). Interpretations of the soil boring logs from nearby borings 57I, 6, 6U, 7, and 7T show a shallower configuration for the top of the buried swamp deposit extending from elevation -14 feet on the waterside, placing it approximately 4 feet below the bottom of the borrow pit, and between elevations -10 and -11 on the protected side. Similar to Cases 1-1 from the North and South Breaches, this Case 1-1 for the Near Breach cross section considers a shallower and thicker swamp deposit.



Figure 29: Near Breach cross-section Case 1-1.

### Near Breach Case 1-2

The Case 1-2 cross-section at the Near Breach section (Figure 30) was compiled from the available geological and soil boring information in this area. Native geologic contacts were interpreted from available soil boring information throughout the greater EBIA area. This delineation process is described in more detail by Rogers (2012).

Anthropogenic fill includes: primarily dredge spoils within the EBIA area, some post-dredge spoil fill placed during site development and grading; as well as fill placed during the shaping

activities associated with the Chalmette Area Plan (1969). The top of fill (ground surface) was based on topographic surveys ( (Wink, 2001); (Wink, 2002); (Wink, 2004); (Wink, 2005); (LSU, 2011); (USACE-IPET, 2011)) which depicted topography both prior to initiation of substantial site grading activities as well as following completion of substantial site grading activities.

Floodwall features (configuration, alignment) were based on available project plans ( (USACE, 1966) (USACE, 1969); (Wink, 2001); (Wink, 2002); (Wink, 2004); (Wink, 2005)). The undergrounding of the Jourdan Avenue Canal was based on plans provided by the New Orleans Sewerage and Water Board (NOSWB, 1985).

WGI excavations and backfill characteristics were based on a review of project reports ( (WGI, 2000) (WGI, 2005) (WGI, 2002) (WGI, 2005)), site surveys ( (Wink, 2001); (Wink, 2002); (Wink, 2004); (Wink, 2005)), WGI annotated construction progress photographs, and aerial photos ( (Gulf Coast Aerial, 2002) (Gulf Coast Aerial, 2005)).

The surface grade elevations and dimensions of the McDonough Borrow Pit were also based on the as-built surveys by Wink.



Figure 30: Near Breach cross-section Case 1-2.

34

## South Breach Site

### *Case 1 Cross-Sections*

Case 1 for the South breach considers a similar backfilled excavation as at the North breach (Figure 31a and Figure 31b). This backfilled excavation is a rectangular shaped feature (side slopes not shown) approximately 20 to 25 feet wide (direction normal to levee alignment). The backfilled excavation starts on the north end of the south breach and extends 50 feet south. Based on analyses of aerial and ground photographs, the depth was estimated to be approximately 8 to 10 feet below adjacent eroded ground surface. The currently available information indicates this excavation was associated with foundation and contaminated soils removals (Figure 32a, Figure 32b) and north – south grid trenching performed at this location on the EBIA as part of the site clearing – remediation performed by WGI (Figure 32c).



Figure 31a: Location of backfilled excavation at the north end of the South Breach on the EBIA side of the floodwall (IPET 2007).



Figure 31b: Location of backfilled excavation at the north end of the South Breach on the EBIA side of the floodwall (Getty photograph 2005).



Figure 32a: WGI work areas at Saucier Marine adjacent to the South Breach Site (Morris 2011).



Figure 32b: WGI contaminated soils work areas at Saucier Marine adjacent to the South Breach Site (WGI 2002b).



Figure 32c: North – south grid trenching (dashed ellipse) performed at the northern end of Saucier Marine site adjacent to northern end of the South Breach (WGI 2001).

### *South Breach – Case 1-1*

Case 1-1 considers a thicker swamp deposit with a shallower top elevation, connected to the excavation located near the waterside levee toe (Figure 33). This 'shallower' top of swamp is encountered between elevations -10 feet on the waterside, -13 feet beneath the embankment, and -10 feet away from the landside toe.

The simplified excavation cross section shown in Figure 33 does not have the tapered sides used by WGI when digging excavations of this type (Figure 34, WGI 2002b).

This shallower swamp – marsh deposit can be explained by analysis of samples from borings EBIA-B-08, where a series of samples with moisture contents above 100-150% are encountered above samples described as 'peat', but below samples with moisture contents below 60%, indicating a behavior closer to the buried swamp than the overlying dredged spoils.



Figure 33: South Breach cross section Case 1-1.

WGI038588



Figure 34: Tapered sides used by WGI in digging grid trenches at Saucer Marine (WGI 2002b).

### South Breach – Case 1-2

Case 1-2 considers the same excavation at the waterside toe, but the thickness of the buried swamp deposit is thinner (Figure 35). The elevation of the top of this layer is essentially flat throughout the profile and is located at about elevation -15 feet. Thickness is approximately 4 feet beneath the levee and tends to taper out towards the canal (Rogers 2012).



Figure 35: South Breach cross-section Case 1-2.

### South Breach Case 2-1

The Case 2-1 and 2-2 cross-sections at the South Breach were compiled from the available information summarized by Rogers (2012).  Native geologic contacts were interpreted from available soil boring information throughout the greater EBIA area.  This delineation process is described in by Rogers (2012).

Anthropogenic fill includes: primarily dredge spoils within the EBIA area, some post-dredge spoil fill placed during site development and grading; as well as fill placed during the shaping activities associated with the Chalmette Area Plan (1969).  The top of fill (ground surface) was based on topographic surveys ( (Wink, 2001); (Wink, 2002); (Wink, 2004); (Wink, 2005); (LSU, 2011); (USACE-IPET, 2011)) which depicted topography both prior to initiation of substantial site grading activities as well as following completion of substantial site grading activities.