# EXHIBIT 22

# Expert Report

# Effect of WGI Excavations on Floodwall Breaches in USACE IHNC East Bank Industrial Area and Inundation of Lower 9th Ward During Hurricane Katrina in 2005

Expert Report for:
**Katrina Canal Breaches Consolidated Litigation**
[USDC E.D. La. Civil Action Number: 05-4182 "K" (2)]
United States District Court
Eastern District of Louisiana
Pertains to Mississippi River-Gulf Outlet (MR-GO)
*Armstrong*, C.A. [No. 10-866]

Report Prepared By
Timothy D. Stark, Ph.D., P.E., D.GE
**Stark Consultants, Inc.**
P.O. Box 133
Urbana, Illinois  61803-0133
tstark32@gmail.com

Report Prepared For:
**United States Department of Justice**
1331 Pennsylvania Avenue NW, Suite 800N
Washington, DC 20004

March 11, 2012

### *5.9.     Cypress in WGI Excavations*

The WGI excavations frequently encountered some vegetation or organics in the low hydraulic conductivity clay at various elevations. For example, the cypress stumps shown in Figure 5-60 occurred at a depth of only four or five feet, which is well above the sheet pile tip (elevation – 10.5 feet NAVD88). Because of the presence of low hydraulic conductivity clay, this organic material does not result in a continuous high hydraulic conductivity layer. For example, only one of the twenty-nine Fugro EBIA borings identify material as "peat" and that boring is not located at the floodwall, i.e., the School Site.

One of the frequent examples of cypress used by ILIT (2006) and Bea (2008, 2009, and 2012) is a large cypress tree that was encountered by WGI (see Figure 5-62). The location of the cypress tree is not identified in the WGI caption of the photo (see Figure 5-62) but it can be deduced from the windsock that can be seen above the floodwall in Figure 5-62. Figure 5-63 shows the windsock is located on the Indian Towing property. The Indian Towing property is located in between McDonough Marine and Mayer Yacht, all of which are north of Saucer Marine. Saucer Marine is the next property south of Mayer Yacht (see Figure 5-2 for locations).



Figure 5-62.   Cypress tree trunk excavated from the subsurface and located on the Indian Towing property as identified by windsock above floodwall (WGI photo #WGI064944)

The deepest and largest excavation on the Indian Towing property is only eleven feet deep and about 120 by 160 feet (Indian Towing 2-1, 2-2, and 2-3; see Figure 5-7) so the cypress tree could have been excavated on the Indian Towing property. However, the largest and deepest WGI excavations in the EBIA are located on the McDonough Marine property, i.e., the soil borrow