# EXHIBIT 27

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION          NO. 05-4182 K2
                JUDGE DUVAL
PERTAINS TO MRGO         MAG. WILKINSON

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
    05-6314, 05-6324, 05-6327, 05-6359,
    06-0225, 06-0886, 06-1885, 06-2152,
    06-2278, 06-2287, 06-2824, 06-4024,
    06-4065, 06-4066, 06-4389, 06-4634,
    06-4931, 06-5032, 06-5155, 06-5159,
    06-5156, 06-5162, 06-5260, 06-5771,
    06-5786, 06-5937, 07-0206, 07-0621,
    07-1073, 07-1271, 07-1285
           * * *

DEPOSITION OF
DAVID W. SYKORA,
9 Strathmore Road, Natick, Massachusetts
01760, given at the offices of Bruno & Bruno,
855 Baronne Street, New Orleans, Louisiana
70113, on Thursday, March 22, 2012.

## Page 2

1   APPEARANCES:
2
    REPRESENTING THE PLAINTIFFS:
3       BRUNO & BRUNO
        (BY: JOSEPH N. BRUNO, ESQUIRE
4           SCOTT JOANEN, ESQUIRE)
        855 Baronne Street
5       New Orleans, Louisiana 70130
6
    REPRESENTING THE UNITED STATES OF AMERICA:
7       U.S. DEPARTMENT OF JUSTICE
        (BY: CHRISTOPHER THATCH, ESQUIRE)
8       Torts Branch, Civil Division
        P.O. Box 888
9       Benjamin Franklin Station
        Washington, D.C. 20044
10      202-616-4289
11
    REPRESENTING WASHINGTON GROUP INTERNATIONAL,
12  INC.:
        JONES, DAY
13      (BY: ADRIAN WAGER-ZITO, ESQUIRE)
        51 Louisiana Avenue, N.W.
14      Washington, D.C. 20001-2113
        202-879-4645
15  -AND-
        STONE, PIGMAN, WALTHER, WITTMANN
16      (BY: JAMES C. GULOTTA, JR., ESQUIRE)
        546 Carondelet Street
17      New Orleans, Louisiana 70130
18
19  ALSO PRESENT:
        PATRICK LUCIA, PH.D.
20
21
22
    REPORTED BY:
23      ROGER D. JOHNS, CCR
        CERTIFIED COURT REPORTER
24      STATE OF LOUISIANA
25

## Page 3

1              S T I P U L A T I O N
2
3       It is stipulated and agreed by and between
4   counsel for the parties hereto
5   that the deposition of the aforementioned
6   witness is hereby being taken under the
7   Federal Rules of Civil Procedure, for all
8   purposes, in accordance with law;
9       That the formalities of certification and
10  filing are specifically waived;
11      That the formality of reading and signing
12  is specifically not waived;
13      That all objections, save those as to the
14  form of the question and the responsiveness of
15  the answer, are hereby reserved until such
16  time as this deposition, or any part thereof,
17  may be used or sought to be used in evidence.
18
19              * * * *
20
21      ROGER D. JOHNS, RDR, CRR, Certified Court
22  Reporter, for the State of Louisiana,
23  officiated in administering the oath to the
24  witness.
25

## Page 4

                I N D E X
                                              PAGE
Sykora Number 1............................ 5
Sykora Number 2............................ 93
Sykora Number 2............................ 93
Sykora Number 3............................ 114
Exhibit 4.................................. 139
WGI-128.................................... 139
129........................................ 143
133........................................ 148
134 and 135................................ 152
139........................................ 153
132........................................ 154
Sykora Number 6 and Sykora Number 5........ 157
Page 6..................................... 161
Sykora Number 7............................ 173
38708...................................... 174
Page 38711................................. 177
Page 38717................................. 183
38712...................................... 184
Page 38726................................. 185
Page 38731................................. 187
38732...................................... 188
Page 38742................................. 191
Page 38755................................. 192
Page 38756................................. 193
Sykora Number 8............................ 193
Page 68.................................... 194
Exhibit Number 9........................... 197
Page 41893................................. 198
Page 41897................................. 199
Page 41901................................. 200
Page 41928................................. 200
Sykora Number 10........................... 201
47666...................................... 202
Page 3567.................................. 202
3542 through 567........................... 203
Sykora Number 10........................... 204
WGI-262217 in seriatim to 262221........... 206
Sykora Number 11........................... 206
Page 62218................................. 208
Sykora Number 12........................... 232
Sykora Number 14........................... 251
Sykora Number 15........................... 279
Sykora Number 16........................... 279
Sykora Number 15........................... 282
Sykora Number 17........................... 297

DAVID SYKORA                                                           March 22, 2012

Page 97

1  to look at what is known about the design of
2  that system.
3      Q.  Meaning the wall?
4      A.  And levee.
5      Q.  Okay.  I meant, I should say this,
6  in fairness to you, meaning the hurricane
7  protection structure.
8      A.  Yes.
9      Q.  Which could be a variety of things,
10 could be a levee, could be a levee and I-wall,
11 could be a T-wall, could be whatever.
12 Correct?
13     A.  Correct.
14     Q.  So you look at that first; right?
15     A.  Well, that's -- We're down the line
16 a ways.  That's not the first thing.  The
17 first thing we would ascertain is what it
18 consists of and what the hole was like.  The
19 second step in the process is to understand
20 how that system was designed and what the
21 various factors of safety are for the system
22 as it exists before the hole is dug.
23     Q.  Okay.  I understand.
24     A.  You look at the body of all the work
25 that's been done in design.  You also look at

Page 98

1  records that may exist associated with the
2  operations and maintenance of the facility.
3      Q.  All right.  So then you have done
4  that.  What would be the next thing that one
5  would do to ascertain whether or not further
6  inquiry is indicated?
7      A.  You would make -- Using that
8  information, you would use your professional
9  judgment to determine whether anything more is
10 necessary.  Whether there's any adverse impact
11 on the hurricane protection system.
12     Q.  Okay.  And how would you do that,
13 though?  I mean, I am --
14     A.  Well, we use our knowledge.  We use
15 our understanding.  We use our professional
16 experience.  It's -- That's why we're
17 engineers and why we're hired and asked as
18 engineers to evaluate these situations.
19     Q.  Right.
20     A.  We use professional judgment.
21     Q.  All right.  Since you said you would
22 use professional judgment, would you agree
23 with me that that is something that would be
24 done by a geotechnical engineer?
25     A.  Typically, yes.

Page 99

1      Q.  All right.  And can you help me
2  understand what factors would be indicative of
3  the need to do further testing or evaluation
4  which might include some investigation as to
5  the soil stratigraphy which might -- I am
6  presuming you have already determined how big
7  the hole is; right?
8      A.  Well, that's -- that would have been
9  one of the steps, right.
10     Q.  So we're beyond that.
11     A.  Right.
12     Q.  So I am trying to understand what
13 would be the indication for the need of
14 further study?  That is, the kind that might
15 include understanding of the stratigraphy of
16 the soils, to ascertain whether those soils
17 would be available for movement of water, et
18 cetera.
19     A.  Well, you're assuming that that's
20 unknown.  My assumption would be that that
21 would be part of the records available.
22     Q.  Okay.  So your assumption would be
23 that there would be stratigraphy available for
24 that general area; right?
25     A.  Yes.

Page 100

1      Q.  And so I am assuming that that --
2  and the information about stratigraphy comes
3  from soil borings?
4      A.  In part.  It can come from other
5  things.
6      Q.  Like what?
7      A.  A cone penetration test.  There may
8  have been test pits or trenches excavated.  So
9  it's not just borings.
10     Q.  All right.  And so again, I am just
11 trying to understand.  So that if you have
12 this kind of information, is it my
13 understanding that with the information from a
14 boring or a cone penetration test or a hole,
15 would you be able to use that and assume that
16 the soil stratigraphy was the same throughout
17 the area wherein those types of evaluations
18 had been made previously?
19     A.  I am not sure how that's relevant to
20 the hole we're talking about.
21     Q.  Well, it's relevant to me.  And
22 maybe I am -- I am the non-engineer,
23 non-expert, but I am trying to understand
24 something about stratigraphy, and I have
25 information about stratigraphy that came from

25 (Pages 97 to 100)