# EXHIBIT 35



# Seepage Modeling with

# SEEP/W 2007

An Engineering Methodology

Third Edition, March 2008

GEO-SLOPE International Ltd.

### Start with estimated material properties

In the early stages of a numerical modeling project it is often good practice to start with estimates of material properties. Simple estimates of material properties and simple property functions are more than adequate for gaining an understanding of the flow regime for checking that the model has been set up properly or to verify that the boundary conditions have been properly defined. Estimated properties are usually more than adequate for determining the importance of the various properties for the situation being modeled.

The temptation exists when you have laboratory data in hand that the data needs to be used in its entirety and cannot be manipulated in any way. There seems to be an inflexible view of laboratory data which can sometimes create difficulties when using the data in a numerical model. A common statement is; "I measured it in the lab and I have full confidence in my numbers". There can be a large reality gap that exists between laboratory determined results and actual insitu soil behavior. Some of the limitations arise because of how the material was collected, how it was sampled and ultimately quantified in the lab. Was the sample collected by the shovelful, by collecting cuttings or by utilizing a core sampler? What was the size and number of samples collected and can they be considered representative of the entire profile? Was the sample oven-dried, sieved and then slurried prior to the test being performed? Were the large particles removed so the sample could be trimmed into the measuring device? Some of these common laboratory techniques can result in unrealistic property functions. Perhaps the amount of data collected in the laboratory is more than is actually required in the model. Because money has been spent collecting and measuring the data, it makes modelers reticent to experiment with making changes to the data to see what effect it has on the analysis.

It is good modeling practice to first obtain understandable and reasonable solutions using estimate material properties and then later refine the analysis once you know what the critical properties are going to be. It can even be more cost effective to determine ahead of time what material properties control the analysis and decide where it is appropriate to spend money obtaining laboratory data.

### Interrogate the results

Powerful numerical models such as SEEP/W need very careful guidance from the user. It is easy to inadvertently and unintentionally specify inappropriate boundary conditions or incorrect material properties. Consequently, it is vitally important to conduct spot checks on the results to ensure the constraints and material properties

are consistent with what you intended to define and the results make sense. It is important to check, for example that the boundary condition that appears in the results is the same as what you thought was specified defining the model. Is the intended property function being applied to the correct soil? Or, are the initial conditions as you assumed?

SEEP/W has many tools to inspect or interrogate the results. You can view node or element details and there are a wide range of parameters that can be graphed for the purpose of spot checking the results.

Inspecting and spot checking your results is an important and vital component in numerical modeling. It greatly helps to increase your confidence in a solution that is understandable and definable.

### Evaluate results in the context of expected results

The fundamental question that should be asked during modeling is; "Do the results conform to the initial mental picture?" If they do not, then your mental picture needs to be fixed, there is something wrong with the model or both the model and your concept of the problem need to be adjusted until they agree. The numerical modeling process needs to be repeated over and over until the solution makes perfect sense and you are able to look at the results and feel confident that you understand the processes involved.

### Remember the real world

While doing numerical modeling it is important to occasionally ask yourself how much you really know about the input compared to the complexity of the analysis. The following cartoon portrays an extreme situation, but underscores a problem that exists when uneducated or inexperienced users try to use powerful software tools.

Flow paths can be drawn below the phreatic surface and in the capillary rise zone above the phreatic surface, but not above the capillary rise. If flow paths are drawn high up in the unsaturated zone, they usually have a jagged irregular shape and as result have no meaning. They certainly do not adhere to flow net principles.

The equipotential lines shown in Figure 9-8 are valid in both the saturated and unsaturated, but the flow paths are not.

Worth noting here as well is that in a saturated-unsaturated seepage formulation such as SEEP/W, the phreatic surface is not a true flow line as in the context of a flow net. The phreatic surface is merely a line of zero pressure. A flow path can actually cross the line of zero pressure as illustrated in Figure 9-8.

In traditional flow nets for unconfined flow as in embankments, the phreatic surface is a no-flow boundary and a line of zero pressure. When finite element methods were first applied to unconfined seepage problems, it was necessary to adjust the mesh until the pressure along the top of the mesh was zero. Numerically this was awkward and difficult to achieve, and greatly limited the types of problems that could be modeled. So while this made it possible to construct flow nets in the saturated zone, it was suitable only for a few simple cases. The SEEP/W formulation and approach is applicable to a much wider range of problems and more accurately represents the real physical conditions. Moreover, SEEP/W provides a more complete picture of pressure distributions and flow quantities than what is available from a traditional flow net for unconfined flow.

## 9.2    Seepage forces

*Soil Mechanics* by Lambe and Whitman (1969, John Wiley and Sons Inc.) has a detailed discussion on seepage forces and when they are or are not relevant. The discussion that follows is based on their work.

If you have concern regarding seepage forces then you should read this section. If you are not concerned or aware of seepage forces, then please skip over this section… you don't need to know about seepage forces in GeoStudio because it is important to understand that a rigorous seepage analysis can be done without any reference to seepage force if the analysis formulation uses a consistent approach which considers total unit weight and boundary forces… as do all GeoStudio models.