UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: MRGO<br>*Armstrong, No.* 10-866 | * <br> * <br> * <br> * <br> * <br> * <br> * | SECTION "K" (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## CONSENT MOTION TO ENLARGE LENGTH OF REPLY BRIEF

Pursuant to Rule 7.7 of the Local Civil Rules, Defendant Washington Group International, Inc. ("WGI") respectfully moves the Court for entry of an Order enlarging the number of pages allowed WGI for its brief in reply to Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony and Opinions of Dr. Robert Bea. In support of this motion, WGI advances the following reasons:

1. By Order (Rec. Doc. 20200) originally entered on March 17, 2011, the parties were granted leave to file reply briefs in support of *Daubert* motions.

2. By Order (Rec. Doc. 20705) dated March 19, 2012, the deadline for filing reply briefs was extended to May 30, 2012.

3. By Minute Entry (Rec. Doc. 20815) dated April 27, 2012, the Court granted WGI leave to file an opening brief in support of its *Daubert* motion in excess of twenty-five (25) pages, but not in excess of fifty (50) pages.

4. WGI respectfully requests that it be granted leave to file its reply brief in excess of the ten (10) page limit prescribed in LR 7.7.

5. In connection with prior related litigation in this Court, Dr. Bea has authored multiple reports and declarations expressing his opinions that underseepage contributed to the failure of the East Bank Industrial Area (EBIA) levee. He similarly was deposed on multiple occasions and testified during the BARGE trial regarding his opinions relating to EBIA levee failures.

6. In the present proceeding, Dr. Bea has authored three reports (one of which is the subject of a pending motion to strike by WGI) and has been deposed twice.

7. Over the course of his many reports and extensive testimony, Dr. Bea has a long history of changing his opinions.

8. His very latest opinion, which includes a dilatational wave velocity theory, first surfaced during his rebuttal deposition in the present case. The theory found written expression for the first time in Plaintiffs' Opposition beginning at page 27.

9. Dr. Bea's assumptions regarding the depth, size, location, number and backfill composition of the excavations that he attributes to WGI's activities have undergone similarly significant changes over the course of his many years of work relating to the EBIA.

10. Dr. Bea's many differing opinions have required WGI's experts and counsel to undertake extensive efforts to analyze and refute them. WGI's efforts simply require more space than is allotted by the Local Rules to counter both the prolixity and complexity of Dr. Bea's opinions.

WGI respectfully submits that, in order to furnish the Court with the information to enable it to consider fully the validity of Dr. Bea's opinions, more than ten (10) pages is required.

Undersigned counsel for WGI has conferred with opposing counsel regarding this motion. Opposing counsel has informed counsel for WGI that Plaintiffs have no opposition to an enlargement of the length of WGI's reply brief.

**WHEREFORE**, WGI moves the Court for entry of an Order enlarging the number of pages allowed to WGI, not to exceed thirty-three (33) pages, for its brief in reply to Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony and Opinions of Dr. Robert Bea.

1093074v.1

Dated:  May 30, 2012

Respectfully submitted,

/s/ William D. Treeby
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Consent Motion to Enlarge Length of Reply Brief has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 30th day of May, 2012.

/s/ William D. Treeby

1093074v.1