# EXHIBIT 39

INTERCONTINENTAL
HOTELS & RESORTS

Roy Rob Pulo?
Bea List 23
Address Levee
CEO Topics
pre Katrina

23 ⎫ Conf. Proc
13 ⎭

Books
11
12
13

BEA Exhibit
26

www.intercontinental.com