# EXHIBIT 40

**FUGRO CONSULTANTS, INC**

Proposal No. 04.57114007
June 20, 2011

15 Veterans Memorial Blvd.
Kenner, Louisiana 70062
Tel. (504) 464-5355
Fax: (504) 464-5357

**Washington Group International, Inc.**
**(URS Energy and Construction, Inc.)**
*c/o Stone Pigman Walther Wittmann LLC*
Attention:  William D. Treeby

**United States Department of Justice**
Attention:  Robin D. Smith

**PSLC-MRGO, LLC**
Attention:  James Parkerson Roy, and
Jonathan Andry

**Proposal for Geotechnical Field Exploration and Laboratory Testing Services**
**IHNC/East Bank Industrial Area**
**New Orleans, Louisiana**

### Introduction

Fugro Consultants, Inc. (Fugro) is pleased to submit this proposal for geotechnical field exploration and laboratory testing services associated with the above-referenced project. Our services were requested by representatives for the MRGO Plaintiffs' Steering Committee, Washington Group International, and the United States Department of Justice during a teleconference on May 17, 2011. Additional information related to our scope of services has been provided to us via email and teleconference calls. We will perform the services discussed herein with possible assistance from FFEB JV (a Joint Venture comprised of Fugro, Stantec, Eustis Engineering, and Burns Cooley Dennis).

### Project Description

The field exploration and laboratory testing services discussed herein have been requested jointly by the three parties involved in litigation relative to breaches in the Inner Harbor Navigation Canal (IHNC) Floodwall that occurred in the aftermath of Hurricane Katrina in 2005. The three parties involved in the litigation are: 1) a group of current and former residents of the Lower Ninth Ward of New Orleans and St. Bernard Parish from Paris Road West to the Orleans Parish Line (Plaintiffs) represented by a committee of lawyers known as the MRGO Plaintiffs' Steering Committee, 2) Washington Group International (WGI), and 3) the United States of America represented by the United States Department of Justice (USDOJ).  For the purposes of this proposal the three parties referenced above are referred to jointly as the IHNC Litigation Team. The IHNC Litigation Team has requested that Fugro provide geotechnical field exploration and laboratory testing services.



A member of the Fugro group of companies with offices throughout the world.



The project site is located along the IHNC Floodwall in the East Bank Industrial Area (EBIA) between Florida Avenue and Claiborne Avenue in New Orleans, Louisiana. The project site has been divided into eight (8) test sections and five (5) marsh permeability testing sites.

**Scope of Work**

The purpose of our geotechnical services will be to explore subsurface soil conditions at the site as directed by the IHNC Litigation Team. <u>No engineering analyses, recommendations, interpretations, or consulting by Fugro are included as part of our services</u>.

The scope of services discussed herein has been developed by the IHNC Litigation Team's Technical Experts (hereinafter "the Experts"). The term "Plaintiffs' Experts" will refer to the members of the IHNC Litigation Team's Technical Experts appointed by the Plaintiffs, and the term "DOJ/WGI Experts" will refer to the members of the IHNC Litigation Team's Technical Experts appointed by the USDOJ and WGI, respectively. It is the understanding and intent of the parties that the authority to make decisions or directions required by the Experts will be made by the Experts representing the Parties who paid for the field work or laboratory tests requiring such decisions or directions.

The following sections of this proposal further describe our understanding of the specified scope of work.

**Field Exploration.** The following field exploration plan is based on the information specified by the Experts. The field exploration program includes locations along the bank of the IHNC adjacent to the IHNC Floodwall, and locations landward of the IHNC Floodwall.

Based on our experience in the area, the exploration locations along the bank of the IHNC adjacent to the Floodwall will require marsh buggy-mounted equipment and the locations landward of the IHNC Floodwall can generally be accessed with truck-mounted equipment. Specifically, our understanding of the specified field exploration will include the following items.

- Drill 25 soil borings at the site to depths ranging from about 40 ft to 65 ft below existing grade (or mudline). Specific boring locations and boring depths will be provided by the Experts for 2 borings to be converted to pumping wells in the EBIA and the boring locations and boring depths for the remaining 23 borings will be provided by the DOJ/WGI Experts. The total drilling footage currently planned for the project is estimated to be approximately 985 lineal feet.

- Collect geotechnical soil samples at 4-ft intervals to the completion depth of the borings.

- Cohesive soils will be sampled using a 5-inch-diameter by 54-inch-long thin-walled tube piston sampler. The tubes will be capped in the field and transported vertically in specially designed transport racks to our laboratories (Fugro/FFEB) for extrusion.





Geotechnical Field Exploration and Laboratory Testing Services
IHNC/East Bank Industrial Area

June 20, 2011
Page 3 of 11

- Granular soils will be sampled using a split-spoon sampler. We will record SPT N-values during the sampling process.

- Perform 29 Cone Penetrometer Tests with Pore Pressure Measurements (PCPT). The PCPT will all be performed at sites designated by the DOJ/WGI Experts except for the 3 PCPTs that are located on the protected side of the EBIA Floodwall, which locations will be designated by Plaintiffs' Experts. The PCPTs will be advanced to the specified depth or refusal, whichever occurs first. PCPT depths will all be specified by the DOJ/WGI Experts except for the 3 PCPTs that are located on the protected side of the EBIA Floodwall, which depths will be specified by the Plaintiffs' Experts. The total PCPT footage currently planned for the project is approximately 1595 lineal feet.

- Conduct field shear vane tests at the 26 of the 29 PCPT locations at 3 ft intervals to the VST depths specified by the DOJ/WGI Experts. Approximately 400 field vane shear tests will be performed.

- Backfill the soil borings (with the exception of those borings to receive a piezometer), PCPT, and VST locations using cement-bentonite grout in general accordance with LADEQ requirements.

- Install a standpipe Piezometer in the specific borings on the bank of the IHNC adjacent to the floodwall as designated by the DOJ/WGI Experts. Approximately 10 piezometers will be installed. The screened interval for each standpipe piezometer will be specified only by the DOJ/WGI Experts.

- Install a series of four (4) vibrating wire piezometers in each of the landward borings in Areas 1 through 6 for a total of 24 vibrating wire piezometers between 6 vibrating wire piezometer locations as designated by the DOJ/WGI Experts. Within each borehole, the 4 vibrating wire piezometers will be installed at various depths as specified by the DOJ/WGI Experts.

- Perform one field permeability test in each standpipe piezometer utilizing a falling head test procedure.

- Perform Field Pumping Tests at each of the five (5) Marsh Permeability Testing Sites. Each pumping test will consist of one pumping well and six observation wells. Each well (pumping and observation) will be installed to a depth specified by the Experts who requested that pumping test. The screened interval for each well will be specified by the Experts who requested that pumping test. We will collect soil samples at the pumping well and observation well locations utilizing direct push (Geoprobe) techniques. Thirteen (13) additional Geoprobe soundings will be performed at the 3 well sites located on the protected side of the EBIA Floodwall. A total of eleven (11) field pumping tests will be performed at the site. Three (3)





Geotechnical Field Exploration and Laboratory Testing Services  June 20, 2011
IHNC/East Bank Industrial Area  Page 4 of 11

pumping tests will be performed at each pumping well located on the protected side of the EBIA Floodwall. Only one (1) pumping test will be performed at each pumping well for the well sites located within the EBIA.

**Laboratory Testing.** The laboratory testing program will include classification, strength, permeability, and compressibility testing. The actual number and type of laboratory tests will be determined by the Experts who designated each test according to the Cost Estimate attached to this proposal. We will submit all of the extrusion logs to the DOJ/WGI Experts. We will submit the extrusion logs to the Plaintiffs' Experts for only the two borings to be converted to pumping wells in the EBIA, as designated by Plaintiffs' Experts on the Cost Estimate attached to this proposal. DOJ/WGI Experts will review all of the extrusion logs and provide laboratory test assignments once the soil samples have been extruded in our laboratory. The Experts will jointly review the extrusion logs for the two borings to be converted to pumping wells and jointly provide classification and index test assignments. At this time, we anticipate performing the following laboratory work:

- Extrusion of the tube samples will be performed at our laboratories (Fugro/FFEB) with a continuous push using hydraulic extruders. Once the samples are extruded, we will visually classify the sample at four locations as described below.

  1. The visual classification locations will generally be every 12 inches
  2. We will obtain a natural moisture content for each visual classification interval during the extrusion process.
  3. The visual classification and moisture contents will be compiled onto an "Extrusion Boring log" all of which are to be submitted to the DOJ/WGI Experts, and the designated portion of which are to be submitted to the Plaintiffs' Experts, for review and laboratory test assignments. The boring logs will be presented in gINT format.

- "Full Soil Classification Tests", where assigned by the Experts, will include natural moisture contents, liquid and plastic limits, and material finer than a No. 200 sieve. Classification testing will be performed utilizing the appropriate ASTM test procedures, including ASTM D 2487, D 2216, D 4318, and D 1140.

- Additional testing may include unit weight, grain-size analyses, organic content, and specific gravity as determined by the Experts. Additional testing will be performed utilizing the appropriate ASTM test procedures, including ASTM D 2166, D 6913, D 2974, and D 854.

- Strength Testing may include direct simple shear tests, and triaxial compression tests (CKoU-TC).

  1. Undrained triaxial compression tests will be performed at one state of stress as specified by the DOJ/WGI Experts.





Geotechnical Field Exploration and Laboratory Testing Services  
IHNC/East Bank Industrial Area

June 20, 2011  
Page 5 of 11

- 2. Specific gravity tests will be performed on all strength test and consolidation samples.

- Permeability testing will be performed on selected samples using flexible wall permeability testing procedures (ASTM D 5084). Specific test type (falling head, constant head, constant flow) will be specified by the DOJ/WGI Experts.

  - 1. Permeability testing will be performed to assess both vertical and horizontal permeability.

- Permeability testing may be performed using both distilled water and the onsite water as the permeant fluid. The permeant fluid required for testing will be specified by the DOJ/WGI Experts.

- One-dimensional incremental consolidation testing will be performed on selected samples using ASTM D 2435 test procedures. We will perform incremental consolidation testing utilizing 4-inch-diameter test specimens. The DOJ/WGI Experts will specify the loading increments. For cost estimating purposes, we have assumed 12 load/unload increments per test and no rebound-reload loop.

In addition to the laboratory testing described herein, additional laboratory testing for Quality Assurance (QA) will be performed by GeoTesting Express (GTX) in Acton, MA. The DOJ/WGI Experts will specify the specific samples to be tested. We will package and ship the selected samples to the GTX laboratory in Acton.

**Reporting.** We understand transmittal of our data and findings to the IHNC Litigation Team will be governed by order of the court having jurisdiction over the litigation referenced herein or by mutual agreement of the IHNC Litigation Team. Based on information provided to us thus far, we understand transmittal of our data and findings will be split into 2 separate reporting lines: 1) all of the data and findings will be compiled for use by the DOJ/WGI Experts, and 2) a portion of the data and findings will be compiled for use by the Plaintiffs Experts. The Cost Estimate attached will indicate the parameters of the separate reporting, by designating which items are to be reported to the Plaintiffs Experts. All items are to be reported to the DOJ/WGI Experts, but the Plaintiffs' Experts will only receive reporting on the items designated to be reported to them on the attached Cost Estimate.

In addition, our reporting and transmittal of data will be primarily in electronic format as discussed below.

- We will transmit preliminary findings throughout the course of our services via email and posted to an ftp site. The ftp site will be partitioned to accommodate the required reporting lines.





Geotechnical Field Exploration and Laboratory Testing Services  
IHNC/East Bank Industrial Area

June 20, 2011  
Page 6 of 11

- Electronic data files of PCPT testing will be provided to the designated and appropriate Experts in accordance with the introductory paragraph in this section within 24 hours of completion of the PCPT Testing at each location.

- Electronic copies of our draft data report will be uploaded to an ftp (or similar) site for review and comment by the designated and appropriate Experts in accordance with the introductory paragraph in this section. We anticipate that separate draft data reports may be required for each of the reporting lines.

- All review comments will be consolidated into a single document and provided to us for review and discussion.

- We will address the consolidated comments in our final data report. A second draft report will not be issued.

- Our final data report will be issued both electronically and in printed format. We anticipate that separate final data reports may be required for each of the reporting lines.

Our final field and laboratory test results will be compiled into a data report. Our data report will include the following:

- discussion of field exploration and laboratory testing
- site plan to include the field exploration and testing locations (borings, PCPT/Field Vane Shear Tests, pump test sites, piezometers, etc.)
- computer-generated soil boring (gINT) and CPT logs (including electronic copies)
- summary of laboratory test results
- laboratory test reporting in general accordance with ASTM protocol
- field permeability based on pump test results and ASTM procedures specified by the IHNC Litigation Team Experts
- 4 original copies of our final data report and 3 electronic copies will be issued.

**Special Conditions and/or Assumptions:**

Several assumptions have been made in developing this proposal and cost estimate and, if not valid, will constitute a change in scope requiring an adjustment in the project cost and schedule. These assumptions are:

- One mob/demob per piece of equipment for field exploration. This proposal assumes that the soil borings for each piece of equipment will be performed consecutively. Therefore only one mob/demob of each piece of equipment will be necessary.





Geotechnical Field Exploration and Laboratory Testing Services  
IHNC/East Bank Industrial Area

June 20, 2011  
Page 7 of 11

- Fugro will determine the sequence of field activities in consultation with the Experts to meet the schedule and based on equipment and crew availability. If the Experts decide to specify or modify the sequence of field activities, an adjustment to our fee and schedule may be required.

- The IHNC Litigation Team will obtain any access, permits, and right-of-entry required for site access prior to our field crew arrival.

- All field exploration and laboratory testing activities will be performed as specified by the Experts. We will not provide any engineering analyses, recommendations, or consulting services.

- Waiting on access to the site, any weather-related delays, equipment audits and any delays beyond our control will be billed in accordance with the fees set forth in the *Cost and Terms* Section of this proposal.

- Boring/PCPT locations will be free of overhead and underground obstructions. Utilities will be identified at the site by Fugro prior to our arrival on-site by contacting Louisiana One Call and Orleans Parish. We will also review any utility drawings provided to us prior to our mobilization to the site. We will adjust our field exploration program to avoid any utilities identified by Louisiana One Call, Orleans Parish, and on the utility drawings provided to us.

- Boring and PCPT locations will be staked in the field utilizing GPS coordinates provided to us by the IHNC Litigation Team. Any adjustment of the exploration locations in the field will be noted.

- Field work will be performed in Level D personal protective equipment.

- Standpipe piezometers will be installed with a 3-ft stick-up and surface completion will include a concrete pad and well cover.

- The Experts will provide standard operating procedures (SOP) for the permeability, consolidation, and strength testing. Specific ASTM methods will be noted, where applicable.

- Environmental assessment, evaluation, and/or analyses are outside the scope of this study.

- Laboratory test assignments will be made by the appropriate Experts, as indicated under "Laboratory Testing" above, within 3 days of our completion of the laboratory extrusion logs.

- We will utilize marsh buggy-mounted equipment for the IHNC bank exploration locations, and truck/ATV-mounted equipment for the landward exploration locations.





Geotechnical Field Exploration and Laboratory Testing Services  
IHNC/East Bank Industrial Area

June 20, 2011  
Page 8 of 11

**Schedule of Work**

The actual schedule of work will be dependent on the rig availability at the time of contract execution. The following are general guidelines based on our experience and current rig availability.

- Field Exploration can generally begin within one week after receipt of permits, access and right-of-entry, execution of our contract, and proof of funding in escrow.
    1. We plan to use 2 drill rigs: 1 skid-mounted rig and one ATV-mounted rig. We plan to use 2 CPT units: 1 skid mounted unit and one ATV-mounted unit.
    2. The borings will generally take about 30 days to complete.
    3. The PCPT will take approximately 12 days to complete.
    4. The piezometer and well installations will generally take about 34 days to complete.
    5. The field exploration (sampling) activities will be completed by August 8, 2011.
- Field Testing can generally begin within two to three weeks after Field Exploration activities begin.
    1. The field vane shear tests will generally take about 27 days to complete.
    2. The field permeability testing and field pumping tests will take approximately 60 days to complete.
    3. The field testing activities will be completed by October 24, 2011.
- Extrusion of the 5-inch diameter samples in the laboratory will be performed as each boring is completed. Generally, sample extrusion and generation of an extrusion log can be completed 3 to 5 days following the completion of the boring.
- Standard geotechnical laboratory testing will generally take 3 to 5 weeks to complete after receipt of laboratory test assignments. Advanced geotechnical testing (permeability testing and consolidation testing) will generally take 12 to 14 weeks to complete. Strength testing (triaxial and direct simple shear) will generally take 15 to 17 weeks to complete. Laboratory testing associated with Geoprobes will take approximately 3 to 5 days to complete. The laboratory testing activities will be completed by October 24, 2011.
- Preliminary findings will be uploaded to an ftp site for review throughout the course of our study as it becomes available.





- We will issue an electronic draft data report within 10 days of completion of the laboratory testing.
- We will issue our final data report within 7 days of receipt of comments to our draft report by the IHNC Litigation Team Experts.

**Cost and Terms**

- Services to be performed in accordance with our attached Schedule 40.01 (Rev. June 4, 2011) - EBIA *General Conditions for Technical Services.*
- We will perform the scope of services described in this proposal on a unit rate and lump sum basis as outlined in the attached cost estimate.
- The attached cost estimate will remain valid for a period of 30 days.
- The attached cost estimate is valid for the quantities specified.
- Invoicing and payment terms are presented in the attached Schedule 40.01 (Rev. June 4, 2011) - EBIA.

**Additional Work**

Any work required beyond the scope proposed herein will be undertaken only after receiving your authorization and after an adjustment has been made to our fee to cover the additional work.

**Authorization**

If this proposal meets with your approval, please sign in the space provided at the end of this document and return one executed copy for our records.

**Closing**

We appreciate the opportunity to prepare this proposal for the IHNC Litigation Team and we look forward to working with you on this project. If you need further information or if you have any questions, please contact:





Geotechnical Field Exploration and Laboratory Testing Services
IHNC/East Bank Industrial Area

June 20, 2011
Page 10 of 11

Blake E. Cotton, P.E., or
Dr. G. Rai Mehdiratta, P.E.

Fugro Consultants, Inc.
15 Veterans Memorial Blvd.
Kenner, Louisiana 70062
(504) 464-5355 (*phone*)
(504) 464-5357 (*fax*)

Sincerely,
**FUGRO CONSULTANTS, INC.**

*[signature]*

Blake E. Cotton, P.E.
Vice President

Copies Submitted:   Addressees (1 each - electronically)

Attachments:   Schedule 40.01 (Rev. June 4, 2011) - EBIA
Detailed Cost Estimate and supplemental worksheets





Geotechnical Field Exploration and Laboratory Testing Services  
IHNC/East Bank Industrial Area

June 20, 2011  
Page 11 of 11

## A C C E P T E D:

**WASHINGTON GROUP INTERNATIONAL, INC.**  
**(URS Energy & Construction, Inc.)**  
**c/o Stone Pigman Walther Wittmann LLC**

By: _William D. Treeby_ (signature)

Printed Name: ___William D. Treeby___

Title: ___Counsel of Record___

Date: ___June___, 2011

## UNITED STATES DEPARTMENT OF JUSTICE

By: _____

Printed Name: ___Robin D. Smith___

Title: ___Senior Trial Counsel of Record___

Date: ___June___, 2011

**PSLC-MRGO, LLC**

By: _(signature)_

Printed Name: ___James Parkerson Roy___

Title: ___Plaintiffs' Counsel___

Date: ___June___, 2011

G:\GEOTECH\2011 Geotech\5711-4007 IHNC-Lower 9th Ward Field and Lab Program - US DOJ\Contract-Proposal-Authorization\04.57114007pro FINAL IHNC-EBIA Field and Laboratory Program Contract 6-20-2011.doc  
06/20/11 12:37 PM



**FUGRO CONSULTANTS, INC.**
Schedule 40.01 (Rev. June 4, 2011) - EBIA
Page 1 of 2



## GENERAL CONDITIONS FOR TECHNICAL SERVICES

1. Parties to This Agreement
   CLIENT as used herein is the entity who authorizes performance of services by Fugro Consultants, Inc. ("FUGRO") under the conditions stated herein. If more than one entity comprises CLIENT then CLIENT shall refer to each of them. FUGRO as used herein includes, Fugro Consultants, Inc., its employees and officers, and its subcontractors and sub-consultants (including affiliated corporations).
2. On-site Responsibilities and Risks
   2.1 Right-of-Entry. Unless otherwise agreed, CLIENT will furnish unfettered rights-of-entry and obtain permits as required for FUGRO to perform the fieldwork.
   2.2 Damage to Property. FUGRO will take reasonable precautions to reduce damage to land and other property caused by FUGRO's operations. However, CLIENT understands that damage may occur and FUGRO's fee does not include the cost of repairing such damage. If CLIENT desires FUGRO to repair and/or pay for damages, FUGRO will undertake the repairs and add the pre-agreed cost to FUGRO's fee.
   2.3 Toxic and Hazardous Materials. CLIENT will provide FUGRO with all information within CLIENT's possession or knowledge as to the potential occurrence of toxic or hazardous materials, or Biological Pollutants (as defined in Section 9. below) at the site being investigated. If unanticipated toxic or hazardous materials, or biological pollutants are encountered, FUGRO reserves the right to demobilize FUGRO's field operations at CLIENT's expense. Remobilization will proceed following consultation with FUGRO's safety coordinator and CLIENT's acceptance of proposed safety measures and fee adjustments.
   2.4 Utilities and Pipelines. While performing FUGRO's fieldwork, FUGRO will take reasonable precautions to avoid damage to subterranean and subaqueous structures, pipelines, and utilities. CLIENT agrees to defend, indemnify, and hold FUGRO harmless for any damages to such structures, pipelines, and utilities that are not called to FUGRO's attention and/or correctly shown on plans furnished to FUGRO.
   2.5 Site Safety. FUGRO is not responsible for the job site safety of others, nor does FUGRO have stop-work authority over work by others. However, FUGRO will conduct its work in a safe, workman-like manner, and will observe the work-site safety requirements of CLIENT that have been communicated to FUGRO in writing.
3. Standard of Care
   3.1 FUGRO will perform its services consistent with that level of care and skill ordinarily exercised by members of the profession currently practicing under similar conditions in the same location.
   3.2 CLIENT acknowledges that conditions may vary from those encountered at the location where borings, surveys, or explorations are made and that FUGRO's data, interpretations, and recommendations are based solely on the information available to FUGRO, and FUGRO is not responsible for the interpretation by others of the information developed.
4. Limitation of Remedies
   **To the fullest extent permitted by law, and notwithstanding any other provision of this Agreement, the total liability, in the aggregate, of FUGRO and its affiliates and their respective officers, directors, partners, employees and consultants to Client, and anyone claiming by or through Client, for any and all claims, losses, costs or damages of any nature whatsoever, including court costs and fees and costs for attorneys and expert witnesses, for the work performed by Fugro for Client under this Agreement shall not exceed ten percent (10%) of the contract price regardless of the legal theory under which remedy is sought, including negligence (whether sole or concurrent, active or passive), breach of warranty, breach of contract, strict liability or otherwise. The limitation of FUGRO's liability set forth in this Section 4 does not apply to the indemnity obligations set forth in Section 7 below.**
5. Invoices and Payment
   5.1 Invoices will be submitted to CLIENT by FUGRO for mobilization/demobilization as our equipment arrives onsite. All other items will be invoiced to CLIENT by FUGRO monthly.
   5.2 Invoices will be due upon presentation and will be considered past due 30 days after the date of the invoice. All undisputed amounts will be paid as specified herein. Disputed amounts will be resolved within 5 working days. CLIENT agrees to review FUGRO's invoices within 5 working days of receipt; otherwise, the invoices will be assumed correct and accepted as presented.
   5.3 Fifty-five and one half (55.5%) percent of the contract price shall be paid by Washington Group International, Inc. (URS Energy and Construction Company, Inc.) and PSLC-MRGO, LLC to FUGRO out of funds placed in escrow with Stone Pigman Walther Wittmann LLC upon the execution of this Agreement by CLIENT and FUGRO. The balance of the contract price shall be paid by United States (Department of Justice) directly to FUGRO. CLIENT agrees to pay a financing charge of one percent (1%) per month (or the maximum rate allowable by law, whichever is less), on past due accounts, and agrees to pay attorney's fees or other costs incurred in collecting any delinquent amount.
6. Data, Records, Work Product and Report(s), and Samples
   Data, Records, Work Product and Report(s) are FUGRO's property. However, notwithstanding the foregoing sentence, WGI and DOJ will be provided with a copy of all data, records, work product, and reports and will have the right to keep, use and maintain such data, records, work product and reports so long as they see fit, subject to their respective responsibilities under the Federal Rules of Civil Procedure. Similarly, the Plaintiffs will be provided with a copy of all data, records, work product and reports that they ordered as indicated on the Cost Estimate attached to this Contract, and will have the right to keep, use and maintain such data, records, work product and reports so long as they see fit subject to their respective responsibilities under the Federal Rules of Civil Procedure. All pertinent records relating to FUGRO's services shall be retained for a minimum of two (2) years after completion of the work. CLIENT shall have access to the records at all reasonable times during said period. FUGRO will retain samples of soil and rock for a minimum of 30 days after submission of FUGRO's report unless CLIENT advises FUGRO otherwise. Upon CLIENT's written request, for an agreed charge FUGRO will store or deliver the samples in accordance with CLIENT's instructions.
7. Indemnification
   7.1 **FUGRO agrees to protect, defend, indemnify and hold harmless CLIENT and its affiliated companies and the officers, directors and employees of each from and against any and all loss, damage, liability, claims, liens, costs and expenses, including court costs and fees for attorneys and expert witnesses, arising out of the injury to or death of FUGRO'S employees and those of its subcontractors or the loss of or damage to the property of FUGRO and that of its subcontractors that occurs in connection with the performance of work by FUGRO regardless of the cause thereof including negligence of CLIENT or its employees.**
   7.2 **CLIENT agrees to protect, defend, indemnify and hold harmless FUGRO and its affiliated companies and the officers, directors and employees of each from and against any and all loss, damage, liability, claims, liens, costs and expenses, including court costs and fees for attorneys and expert witnesses, arising out of the injury to or death of CLIENT's employees and those of its other contractors or the loss of or damage to the property of CLIENT and that of its other contractors that occurs in connection with the performance of work by FUGRO regardless of the cause thereof including negligence of Fugro or its employees.**



**FUGRO CONSULTANTS, INC.**
Schedule 40.01 (Rev. June 4, 2011) - EBIA
Page 2 of 2

7.3 Each party ("Indemnitor") shall protect, defend, indemnify and hold harmless the other party ("Indemnitee") from and against any claims, damages, losses, and costs arising from this Agreement or the project, including, but not limited to, reasonable attorney's fees and litigation costs, to the extent such claims, damages, losses or costs are caused by the negligence of the Indemnitor regardless of the negligence of the Indemnitee its employees, affiliated corporations, officers, and sub-tier parties in connection with the project.

8. Consequential Damages
Notwithstanding any other provision of this Agreement, CLIENT and FUGRO waive and release any claim against the other for loss of revenue, profit or use of capital, loss of services, business interruption and/or delay, loss of product, production delays, losses resulting from failure to meet other contractual commitments or deadlines, downtime of facilities, or for any special, indirect, delay or consequential damages resulting from or arising out of this Agreement, or as a result of or in connection with the work, and whether based on negligence (whether sole or concurrent, active or passive), breach of warranty, breach of contract, strict liability or otherwise.

9. Biological Pollutants
FUGRO's scope of work does not include the investigation, detection, or design related to the presence of any Biological Pollutants. The term "Biological Pollutants" includes, but is not limited to, mold, fungi, spores, bacteria, and viruses, and the byproducts of any such biological organisms. CLIENT agrees that FUGRO will have no liability for any claim regarding bodily injury or property damage alleged, arising from, or caused directly or indirectly by the presence of or exposure to any Biological Pollutants. In addition, CLIENT will defend, indemnify, and hold harmless FUGRO from any third party claim for damages alleged to arise from or be caused by the presence of or exposure to any Biological Pollutants. If CLIENT requests in writing prior to acceptance of this Agreement, FUGRO will negotiate a greater limitation amount, and remove CLIENT's responsibilities, in exchange for an increase in fee to develop an expanded scope of work to provide biological pollutant protection.

10. Acceptance of Agreement
These GENERAL CONDITIONS have been established in large measure to allocate certain risks between CLIENT and FUGRO. FUGRO will not initiate service without formal agreement on the terms and conditions set forth in these GENERAL CONDITIONS. Acceptance or authorization to initiate services shall be considered by both parties to constitute formal acceptance of all terms and conditions of these GENERAL CONDITIONS. Furthermore, all preprinted terms and conditions on CLIENT's purchase order or purchase order acknowledgment forms are inapplicable to these GENERAL CONDITIONS and FUGRO's involvement in CLIENT's project.

11. Termination of Contract
CLIENT and FUGRO may terminate services at any time upon ten (10) days written notice. In the event of termination, CLIENT agrees to fully compensate FUGRO for services performed including reimbursable expenses to the termination date, as well as demobilization expenses. FUGRO will terminate services without waiving any claims or incurring any liability.

12. Governing Law and Dispute Resolution
These GENERAL CONDITIONS shall be governed by and construed in accordance with the laws of the State of Texas not including, however, any of its conflict of laws rules that would refer to the laws of another jurisdiction.
In the event a dispute arises hereunder between FUGRO and CLIENT that cannot be promptly and expeditiously resolved by direct good faith negotiations between such parties, the parties shall resolve all disputes by litigation in the United States District Court for the Southern District of Texas, or if jurisdiction cannot be established therein, in the District Courts of the State of Texas, in Harris County, Texas., and each party hereby consents to the jurisdiction of such courts and waives any objection to venue. Notwithstanding the foregoing, if one or both of the parties is sued in a forum other than in Harris County, Texas, the parties may assert Claims in such forum to the extent necessary, but only to the extent, necessary to avoid waivers of such Claims.

13. Force Majeure
Any failure or delay by FUGRO in performing its obligations under this Agreement shall be excused if such failure or delay is due to causes beyond its reasonable control, including, without limitation, acts of God, acts of governments, strikes, lockouts or other industrial disturbances, acts of the public enemy, wars, blockades, insurrections, riots, epidemics, landslides, lighting, earthquakes, fires, storms, named or numbered tropical weather disturbances, excessive currents, floods, washouts, arrests, restraints of rulers and people, civil disturbances, terrorist attacks, explosions, and other causes, whether similar or dissimilar to those enumerated above, not within the reasonable control of, and which could not reasonably have been foreseen by, FUGRO and which could not be overcome by means normally employed by FUGRO ("Force Majeure"). In the event FUGRO's performance of the services is affected by a tropical weather disturbance named or numbered by the U.S. National Weather Service, FUGRO reserves the right to take whatever action it deems prudent for the safety of life and property including evacuating its personnel and equipment from the affected area. FUGRO shall promptly notify CLIENT if an event of Force Majeure affects performing the services. The time for performance and completion of the services shall be extended for a period equal to the time during which such delay continues. CLIENT shall reimburse FUGRO for all costs incurred by FUGRO to evacuate from and return its personnel and equipment to the worksite due to an evacuation that is ordered by the federal, state or local authorities.



**Cost Proposal**
IHNC-EBIA Joint Exploration and Testing Program
Orleans Parish, LA
Rates per Contract No. W912P8-10-D-0017

| CLIN | CATEGORY | DESCRIPTION | UNITS | RATE | # OF UNITS | EXTENSION | ITEMS REPORTED TO EACH GROUP Plaintiff | WGII | DOJ |
|---|---|---|---|---|---|---|---|---|---|
| **5" Borings** | | | | | | | | | |
| 0001 | Mob/demob | Road time to site (mechanical drill crew) | Hour/LS | $ 326.18 | 40 | $ 13,047.00 | n/a | n/a | n/a |
| 0002 | Mob/demob | Setup and takedown at site/moving between borings | Hour/LS | $ 326.18 | 70 | $ 22,833.00 | n/a | n/a | n/a |
| 0003 | Boring | Daily travel | Hour | $ 235.24 | 68 | $ 15,996.00 | n/a | n/a | n/a |
| | Boring | Standby (crew and Equipment) | Hour | $ 235.24 | 0 | $ - | n/a | n/a | n/a |
| 0013 | Boring | 5" undisturbed boring (marsh) <= 100' | Foot | $ 83.93 | 550 | $ 46,162.00 | Two borings converted to pumping wells in Pumping Test Areas 4 & 5 only | Yes | Yes |
| 0014 | Boring | 5" undisturbed boring (water) <= 100' | Foot | $ 83.93 | 0 | $ - | n/a | n/a | n/a |
| 0015 | Boring | 5" undisturbed boring (normal) <= 100' | Foot | $ 74.86 | 435 | $ 32,564.00 | Two borings converted to pumping wells in Pumping Test Areas 4 & 5 only | Yes | Yes |
| 0017 | Boring | Grouting hole 5" diameter Hole | Foot | $ 7.38 | 295 | $ 2,177.00 | n/a | Yes | Yes |
| 0036a | Boring | Sample Transport of 5" Shelby tubes - equipment and personnel | Day | $ 795.00 | 22 | $ 17,490.00 | n/a | Yes | Yes |
| 0037 | Miscellaneous | Per diem, per man | Day | $ 202.00 | 168 | $ 33,936.00 | n/a | n/a | n/a |
| **CPTs** | | | | | | | | | |
| 0030a1 | Mob/demob | Road time to site (CPT crew) | Hour/LS | $ 340.26 | 40 | $ 13,610.00 | n/a | n/a | n/a |
| 0030a1 | Mob/demob | Setup and Moving between CPT locations | Hour/LS | $ 340.26 | 66 | $ 22,457.00 | n/a | n/a | n/a |
| 0030b1 | CPTs | CPT Sounding, ATV | Foot | $ 15.23 | 1595 | $ 24,292.00 | Three locations in Pumping Test Areas 1, 2, & 3 only | Yes | Yes |
| 0030d | CPTs | CPT data interpretation & log preparation | Log | $ 59.15 | 29 | $ 1,715.00 | | Yes | Yes |
| 0030e | CPTs | Grouting CPT holes, per LaDEQ guidelines (CPTs and VSTs) | Foot | $ 3.40 | 2905 | $ 9,877.00 | | Yes | Yes |
| 0030f | CPTs | CPT Crew Daily Travel | Hour | $ 170.13 | 45 | $ 7,656.00 | n/a | n/a | n/a |
| | CPTs | Standby (crew and Equipment) | Hour | $ 170.13 | 0 | $ - | n/a | n/a | n/a |
| 0037 | Miscellaneous | Per diem, per man | Day | $ 202.00 | 68 | $ 13,736.00 | n/a | n/a | n/a |
| 0040 | Miscellaneous | ASTM D 2573: Field Vane Shear Test in Cohesive Soil | Meter | $ 93.00 | 399 | $ 37,143.00 | No | Yes | Yes |
| **Field Survey** | | | | | | | | | |
| 0024b | Surveying Crew | Two-person GPS survey party | Hour | $ 214.00 | 40 | $ 8,560.00 | Yes | Yes | Yes |
| 0025 | Surveying Crew | Party chief | Hour | $ 78.06 | 6 | $ 468.00 | Yes | Yes | Yes |
| 0028 | Surveying Crew | Vehicle - sedan / pickup | Hour | $ 10.60 | 40 | $ 424.00 | Yes | Yes | Yes |
| 0037 | Miscellaneous | Per diem, per man | Day | $ 202.00 | 0 | $ - | n/a | n/a | n/a |
| **Materials, Rental Equipment & 3rd Party Services - Borings and CPTs** | | | | | | | | | |
| **A) Marsh Equipment** | | | | | | | | | |
| 0039 | Miscellaneous | Mob/Demob of Cargo Buggy for Borings (includes mounting) | Each | $ 5,900.00 | 1 | $ 5,900.00 | n/a | n/a | n/a |
| 0039 | Miscellaneous | Mob/Demob of Cargo Buggy for CPTs (includes mounting) | Each | $ 5,900.00 | 1 | $ 5,900.00 | n/a | n/a | n/a |
| 0039 | Miscellaneous | Cargo Buggy (Borings) | Day | $ 2,150.00 | 22 | $ 47,300.00 | n/a | n/a | n/a |
| 0039 | Miscellaneous | Cargo Buggy (CPTs) | Day | $ 2,150.00 | 7 | $ 15,050.00 | n/a | n/a | n/a |
| 0039 | Miscellaneous | Cargo Buggy (VSTs) | Day | $ 2,150.00 | 12 | $ 25,800.00 | n/a | n/a | n/a |
| 0039 | Miscellaneous | Fuel for Cargo Buggy (Borings) | Day | $ 75.00 | 22 | $ 1,650.00 | n/a | n/a | n/a |
| 0039 | Miscellaneous | Fuel for Cargo Buggy (CPTs) | Day | $ 75.00 | 7 | $ 525.00 | n/a | n/a | n/a |
| 0039 | Miscellaneous | Fuel for Cargo Buggy (VSTs) | Day | $ 75.00 | 12 | $ 900.00 | n/a | n/a | n/a |
| 0039 | Miscellaneous | Mob/Demob of Marsh Master | Day | $ 850.00 | 2 | $ 1,700.00 | n/a | n/a | n/a |
| 0039 | Miscellaneous | Marsh Master (for Crew, Sample Transport and Survey) | Day | $ 850.00 | 26 | $ 22,100.00 | n/a | n/a | n/a |
| **B) Jackup Boat** | | | | | | | | | |
| 0039 | Miscellaneous | Jackup Boat (includes 4 days for mob/demob) | Day | $ 2,300.00 | 0 | $ - | n/a | n/a | n/a |
| 0039 | Miscellaneous | Operator Per Diem | Day | $ 202.00 | 0 | $ - | n/a | n/a | n/a |
| 0039 | Miscellaneous | Fuel & Lube Charges | Day | $ 225.00 | 0 | $ - | n/a | n/a | n/a |
| 0039 | Miscellaneous | Load/Unload Drill Rig on Jackup | Each | $ 450.00 | 0 | $ - | n/a | n/a | n/a |

**Cost Proposal**
IHNC-EBIA Joint Exploration and Testing Program
Orleans Parish, LA
Rates per Contract No. W912P8-10-D-0017

| CLIN | CATEGORY | DESCRIPTION | UNITS | RATE | # OF UNITS | EXTENSION | ITEMS REPORTED TO EACH GROUP | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Plaintiff | WGII | DOJ |
| **C) Crew Boat** | | | | | | | | | |
| 0039 | Miscellaneous | Crew Boat (includes 4 days for mob/demob) | Day | $ 700.00 | 0 | $ - | n/a | n/a | n/a |
| 0039 | Miscellaneous | Operator Per Diem | Day | $ 202.00 | 0 | $ - | n/a | n/a | n/a |
| 0039 | Miscellaneous | Fuel & Lube Charges | Day | $ 75.00 | 0 | $ - | n/a | n/a | n/a |
| **D) Crane Service, Welding** | | | | | | | | | |
| 0039 | Miscellaneous | Crane (load/unload Skid Drill Rig onto Cargo Buggies; 2 Events) | Each | $ 1,200.00 | 2 | $ 2,400.00 | n/a | n/a | n/a |
| 0039 | Miscellaneous | Crane (load/unload Skid CPT Units onto Cargo Buggies; 2 Events) | Each | $ 1,200.00 | 2 | $ 2,400.00 | n/a | n/a | n/a |
| 0039 | Miscellaneous | Welding Service On Site (Drill Rig - 2 Events) | Each | $ 500.00 | 2 | $ 1,000.00 | n/a | n/a | n/a |
| 0039 | Miscellaneous | Welding Service On Site (CPT Unit - 2 Events) | Each | $ 500.00 | 2 | $ 1,000.00 | n/a | n/a | n/a |
| **E) Hazard Survey** | | | | | | | | | |
| 0039 | Miscellaneous | Hazard Survey | LS | $ 6,500.00 | 0 | $ - | n/a | n/a | n/a |
| **Field Permeability Tests (Pumping Well & Observation Well)** | | | | | | | | | |
| **Pumping Wells** | | | | | | | | | |
| 0001 | Mob/demob | Road time to site (mechanical drill crew-rigs for 5" I/D borings to be used to drill well borings) | Hour/LS | $ 326.18 | 0 | $ - | n/a | n/a | n/a |
| 0012 | Boring | Wash type (5" diameter) (less than 100') | Foot | $ 11.91 | 125 | $ 1,489.00 | Yes | Yes | Yes |
| 0020 | Miscellaneous | Setting piezometers pumping wells | Foot | $ 14.49 | 125 | $ 1,811.00 | Yes | Yes | Yes |
| | Miscellaneous | 4" Sch. 40 PVC Screen (0.010" slots, 2' pre-packed/well) | Each | $ 225.00 | 6 | $ 1,350.00 | Yes | Yes | Yes |
| | Miscellaneous | 4" Sch. 40 PVC Riser Pipe (includes 3' stickup above grade) | Foot | $ 7.50 | 130 | $ 975.00 | Yes | Yes | Yes |
| | Miscellaneous | 4" Sch. 40 PVC Threaded Plug | Each | $ 20.00 | 5 | $ 100.00 | Yes | Yes | Yes |
| | Miscellaneous | 4" Centralizer (1 per well) | Each | $ 95.00 | 5 | $ 475.00 | Yes | Yes | Yes |
| | Miscellaneous | Annular Backfill Materials (Sand, Bentonite, Grout) | Foot | $ 12.00 | 125 | $ 1,500.00 | Yes | Yes | Yes |
| | Miscellaneous | 4" Locking Cap | Each | $ 35.00 | 5 | $ 175.00 | Yes | Yes | Yes |
| | Miscellaneous | Concrete Surface Seals - Materials (2' square x 1' thick) | Each | $ 125.00 | 5 | $ 625.00 | Yes | Yes | Yes |
| | Miscellaneous | Protective Covers (6" x 5' long) | Each | $ 175.00 | 5 | $ 875.00 | Yes | Yes | Yes |
| | Miscellaneous | Bollards (3" diam. x 5' length; 4 bollards per well) | Each | $ 50.00 | 20 | $ 1,000.00 | Yes | Yes | Yes |
| | Miscellaneous | Brass Combination Locks | Each | $ 15.00 | 5 | $ 75.00 | Yes | Yes | Yes |
| | Miscellaneous | Pumping Well Flushing, Development & Surface Pad (2-person installation crew) | Hour | $ 170.13 | 70 | $ 11,909.00 | Yes | Yes | Yes |
| | Miscellaneous | Generator | Week | $ 500.00 | 6 | $ 3,000.00 | n/a | n/a | n/a |
| | Miscellaneous | Air Compressor Rental (for pump) | Week | $ 500.00 | 6 | $ 3,000.00 | n/a | n/a | n/a |
| | Miscellaneous | Installation Crew per Diem (2-person crew) | Day | $ 202.00 | 0 | $ - | n/a | n/a | n/a |
| **Observation Wells (Geoprobe Crews)** | | | | | | | | | |
| 0033a | Mob/demob | Road time to site (GeoProbe)/moving between locations (2 crews; 1 buggy-mounted and 1 track-mounted) | Hour | $ 180.08 | 84 | $ 15,127.00 | n/a | n/a | n/a |
| | Miscellaneous | Standby (crew and Equipment) | Hour | $ 180.08 | 0 | $ - | n/a | n/a | n/a |
| 0033 | Miscellaneous | Soil probing (GeoProbe) | Foot | $ 13.05 | 825 | $ 10,766.00 | Yes | Yes | Yes |
| 0033 | Miscellaneous | Soil probing (GeoProbe) - additional for Sites 1, 2, and 3 | Foot | $ 13.05 | 975 | $ 12,724.00 | Yes | Yes | Yes |
| 0033b | Miscellaneous | Grouting GeoProbe holes, per La DEQ guidelines (Additional) | Foot | $ 3.40 | 975 | $ 3,315.00 | Yes | Yes | Yes |
| 0020 | Miscellaneous | Setting observation wells | Foot | $ 14.49 | 750 | $ 10,868.00 | Yes | Yes | Yes |
| | Miscellaneous | 1" Sch. 40 PVC Screen (0.010" slots, 2' well) | Foot | $ 4.25 | 60 | $ 255.00 | Yes | Yes | Yes |
| | Miscellaneous | 1" Sch. 40 PVC Riser Pipe (includes 3' stickup above grade) | Foot | $ 2.25 | 780 | $ 1,755.00 | Yes | Yes | Yes |
| | Miscellaneous | 1" Sch. 40 PVC Threaded Plug | Each | $ 8.00 | 30 | $ 240.00 | Yes | Yes | Yes |
| | Miscellaneous | Annular Backfill Materials (Sand, Bentonite, Grout) | Foot | $ 4.00 | 750 | $ 3,000.00 | Yes | Yes | Yes |
| | Miscellaneous | 1" Locking Cap | Each | $ 25.00 | 30 | $ 750.00 | Yes | Yes | Yes |
| | Miscellaneous | Concrete Surface Seals - Materials (2' square x 1' thick) | Each | $ 125.00 | 30 | $ 3,750.00 | Yes | Yes | Yes |
| | Miscellaneous | Protective Covers (4" x 5' long) | Each | $ 150.00 | 30 | $ 4,500.00 | Yes | Yes | Yes |
| | Miscellaneous | Bollards (3" diam. x 5' length; 4 bollards per well) | Each | $ 50.00 | 120 | $ 6,000.00 | Yes | Yes | Yes |
| | Miscellaneous | Brass Combination Locks | Each | $ 15.00 | 30 | $ 450.00 | Yes | Yes | Yes |
| | Miscellaneous | Delivery Charges | LS | $ 750.00 | 1 | $ 750.00 | Yes | Yes | Yes |
| | Miscellaneous | Observation Well Flushing, Development & Surface Pad | Hour | $ 180.08 | 150 | $ 27,012.00 | Yes | Yes | Yes |

Cost Proposal
IHNC-EBIA Joint Exploration and Testing Program
Orleans Parish, LA
Rates per Contract No. W912P8-10-D-0017

| CLIN | CATEGORY | DESCRIPTION | UNITS | RATE | # OF UNITS | EXTENSION | Plaintiff | WGII | DOJ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ITEMS REPORTED TO EACH GROUP | | |
| | Miscellaneous | Specialized Equipment (Marsh Buggy for Canal Side Geoprobes-includes 3 days for mob/demob and mounting geoprobe) | Day | $ 1,850.00 | 12 | $ 22,200.00 | Yes | Yes | Yes |
| | Miscellaneous | Transducer Rental (record data during pumping - includes pump) | Day | $ 450.00 | 40 | $ 18,000.00 | Yes | Yes | Yes |
| | Miscellaneous | Geoprobe Crew per Diem | Day | $ 202.00 | 66 | $ 13,332.00 | Yes | Yes | Yes |
| | Miscellaneous | Night Watchman (12 hrs/night per person) | Night | $ 720.00 | 33 | $ 23,760.00 | Yes | Yes | Yes |
| **Standpipe Piezometers** | | | | | | | | | |
| | Mob/demob | Road time to site (one installation crew) | Hour/LS | 170.13 | 10 | $ 1,701.00 | n/a | n/a | n/a |
| 0020 | Miscellaneous | Setting piezometers | Foot | $ 14.49 | 375 | $ 5,434.00 | No | Yes | Yes |
| | Miscellaneous | 2" Sch. 40 PVC Well Pre-Packed Screen (2' length, 0.010" slots) | Each | $ 127.00 | 10 | $ 1,270.00 | No | Yes | Yes |
| | Miscellaneous | 2" Sch. 40 PVC Riser Pipe (includes 3' stickup above grade) | Foot | $ 5.00 | 385 | $ 1,925.00 | No | Yes | Yes |
| | Miscellaneous | 2" Sch. 40 PVC Threaded Plug | Each | $ 12.00 | 10 | $ 120.00 | No | Yes | Yes |
| | Miscellaneous | 2" Stainless Steel Centralizers | Each | $ 24.00 | 10 | $ 240.00 | No | Yes | Yes |
| | Miscellaneous | Annular Backfill Materials (Sand, Bentonite, Grout) | Foot | $ 8.00 | 375 | $ 3,000.00 | No | Yes | Yes |
| | Miscellaneous | 2" Locking Cap | Each | $ 25.00 | 10 | $ 250.00 | No | Yes | Yes |
| | Miscellaneous | Concrete Surface Seals - Materials (2' square x 1' thick) | Each | $ 125.00 | 10 | $ 1,250.00 | No | Yes | Yes |
| | Miscellaneous | Protective Covers (4" square x 5' long) | Each | $ 150.00 | 10 | $ 1,500.00 | No | Yes | Yes |
| | Miscellaneous | Bollards (3" diam. x 5' length; 4 bollards per well) | Each | $ 50.00 | 40 | $ 2,000.00 | No | Yes | Yes |
| | Miscellaneous | Brass Combination Locks | Each | $ 15.00 | 10 | $ 150.00 | No | Yes | Yes |
| | Miscellaneous | Piezometer Flushing, Development & Surface Pad | Hour | $ 170.13 | 130 | $ 22,117.00 | No | Yes | Yes |
| | Miscellaneous | Crew per Diem | Day | $ 202.00 | 0 | - | No | Yes | Yes |
| | Miscellaneous | Transducer Rental (record data during falling head testing) | Day | $ 400.00 | 7 | $ 2,800.00 | No | Yes | Yes |
| | Miscellaneous | Specialized Equipment (1 Marsh Master Buggies including 2 days rental for mob/demob) | Day | $ 850.00 | 26 | $ 22,100.00 | n/a | n/a | n/a |
| **Vibrating Wire Piezometers** | | | | | | | | | |
| | Miscellaneous | Vibrating Wire Transducers & Equipment | LS | $ 24,760.31 | 1 | $ 24,760.00 | No | Yes | Yes |
| 0017 | Boring | Grouting hole 5" diameter Hole | Foot | $ 7.38 | 315 | $ 2,325.00 | No | Yes | Yes |
| 0020 | Miscellaneous | Setting piezometers | Foot | $ 14.49 | 390 | $ 5,651.00 | No | Yes | Yes |
| | Miscellaneous | Crew per Diem | Day | $ 202.00 | 8 | $ 1,616.00 | No | Yes | Yes |
| **Laboratory Testing** | | | | | | | | | |
| 0043 | Classification | Undisturbed type (including extracting, logging and report) | Foot | $ 16.45 | 985 | $ 16,203.00 | two borings converted to pumping wells in Pumping Test Areas 4 & 5 only | Yes | Yes |
| 0044 | Classification | Geoprobe type (including extracting, logging and report) | Foot | $ 14.10 | 1,275 | $ 17,978.00 | Geoprobe samples and two borings converted to pumping wells in Pumping Test Areas 4 & 5 only | Yes | Yes |
| 0045 | Testing | Liquid and plastic limits test | Each | $ 57.41 | 244 | $ 14,008.00 | No | Yes | Yes |
| 0047 | Testing | Unconfined compression tests | Each | $ 56.71 | 0 | - | No | Yes | Yes |
| 0059d | Testing | ASTM C-117 Materials Finer than No. 200 Sieve in Aggregates by Washing | Each | $ 56.00 | 244 | $ 13,664.00 | No | Yes | Yes |
| 0049 | Testing | Triaxial Shear Test, Unconsolidated Undrained Shear (Q) 3-point | Each | $ 224.57 | 0 | - | No | Yes | Yes |
| | Testing | Triaxial Shear Test, Consolidated Undrained shear (R) 3-point with Pore Pressure Recorded | Each | $ 2,385.00 | 0 | - | No | Yes | Yes |
| | Testing | ASTM D-6528 Direct simple shear, 1-point | Each | $ 1,248.00 | 32 | $ 39,936.00 | No | Yes | Yes |
| 0054 | Testing | Consolidation test (4 inch diameter) | Each | $ 680.52 | 74 | $ 50,358.00 | No | Yes | Yes |

**Cost Proposal**
IHNC-EBIA Joint Exploration and Testing Program
Orleans Parish, LA
Rates per Contract No. W912P8-10-D-0017

| CLIN | CATEGORY | DESCRIPTION | UNITS | RATE | # OF UNITS | EXTENSION | ITEMS REPORTED TO EACH GROUP | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Plaintiff | WGII | DOJ |
| 0059 | Testing | ASTM D-2974 Organic Soils Test | Each | $ 47.81 | 79 | $ 3,777.00 | Geoprobe samples and two borings converted to pumping wells in Pumping Test Areas 4 & 5 only | Yes | Yes |
| 0059c | Testing | ASTM D-854 Specific Gravity | Each | $ 110.02 | 116 | $ 12,762.00 | No | Yes | Yes |
| 0059h | Testing | ASTM D-2216 Water (Moisture) Content of Soil and Rock by Mass | Each | $ 10.32 | 244 | $ 2,518.00 | Geoprobe samples and two borings converted to pumping wells in Pumping Test Areas 4 & 5 only | Yes | Yes |
| | Testing | Triaxial Shear Strength Testing - CKoU-TC | Each | $ 1,690.00 | 15 | $ 25,350.00 | No | Yes | Yes |
| | Testing | Permeability Testing-One Specimen Consolidated to One Isotropic Effective Stress w/ Permeability Determination (vertical-distilled water) | Each | $ 435.00 | 18 | $ 7,830.00 | No | Yes | Yes |
| | Testing | Permeability Testing-Additional Effective Stresses w/ Permeability Determination (vertical-distilled water) | Each | $ 275.00 | 36 | $ 9,900.00 | No | Yes | Yes |
| | Testing | Permeability Testing-One Specimen Consolidated to One Isotropic Effective Stress w/ Permeability Determination (horizontal-distilled water) | Each | $ 435.00 | 18 | $ 7,830.00 | No | Yes | Yes |
| | Testing | Permeability Testing-Additional Effective Stresses w/ Permeability Determination (horizontal-distilled water) | Each | $ 275.00 | 36 | $ 9,900.00 | No | Yes | Yes |
| | Testing | Permeability Testing-One Specimen Consolidated to One Isotropic Effective Stress w/ Permeability Determination (vertical-site water) | Each | $ 510.00 | 3 | $ 1,530.00 | No | Yes | Yes |
| | Testing | Permeability Testing-Additional Effective Stresses w/ Permeability Determination (vertical-site water) | Each | $ 325.00 | 6 | $ 1,950.00 | No | Yes | Yes |
| | Testing | Permeability Testing-One Specimen Consolidated to One Isotropic Effective Stress w/ Permeability Determination (horizontal-site water) | Each | $ 510.00 | 3 | $ 1,530.00 | No | Yes | Yes |
| | Testing | Permeability Testing-Additional Effective Stresses w/ Permeability Determination (horizontal-site water) | Each | $ 325.00 | 6 | $ 1,950.00 | No | Yes | Yes |
| | Testing | Temporary 8'x40' Open Bay Office & Generator for On-Site Extrusion of Selected Tubes for Determining Piezometer Screen Intervals | LS | $ 1,200.00 | 0 | - | No | Yes | Yes |
| | Testing | Laboratory Testing by GTX (Acton, MA) | Each | $ 68,205.00 | 1 | $ 68,205.00 | No | Yes | Yes |
| | Testing | Sample Shipment (Houston, TX & Acton, MA) | LS | $ 9,500.00 | 1 | $ 9,500.00 | No | Yes | Yes |

**Cost Proposal**
IHNC-EBIA Joint Exploration and Testing Program
Orleans Parish, LA
Rates per Contract No. W912P8-10-D-0017

| CLIN | CATEGORY | DESCRIPTION | UNITS | RATE | # OF UNITS | EXTENSION | ITEMS REPORTED TO EACH GROUP ||| 
|------|----------|-------------|-------|------|------------|-----------|-----------|-----|-----|
| | | | | | | | Plaintiff | WGII | DOJ |
| **Professional Services** ||||||||||
| 0060 | Professional / Office Personnel | Principal | Hour | $ 269.61 | 97 | $ 26,152.00 | n/a | n/a | n/a |
| 0061 | Professional / Office Personnel | Project Manager | Hour | $ 176.12 | 327 | $ 57,591.00 | n/a | n/a | n/a |
| | | Air Travel | Each | $ 875.00 | 2 | $ 1,750.00 | n/a | n/a | n/a |
| | | Per Diem | Day | $ 202.00 | 4 | $ 808.00 | n/a | n/a | n/a |
| | | Rental Vehicle | Day | $ 125.00 | 4 | $ 500.00 | n/a | n/a | n/a |
| 0062 | Professional / Office Personnel | Project Engineer (local) | Hour | $ 136.09 | 564 | $ 76,755.00 | n/a | n/a | n/a |
| | | Air Travel | Each | $ 875.00 | 0 | - | n/a | n/a | n/a |
| | | Per Diem | Day | $ 202.00 | 0 | - | n/a | n/a | n/a |
| | | Rental Vehicle | Day | $ 125.00 | 0 | - | n/a | n/a | n/a |
| 0064 | Professional / Office Personnel | Geologist | Hour | $ 100.12 | 497 | $ 49,760.00 | n/a | n/a | n/a |
| | | Air Travel | Each | $ 875.00 | 0 | - | n/a | n/a | n/a |
| | | Per Diem | Day | $ 202.00 | 0 | - | n/a | n/a | n/a |
| | | Rental Vehicle | Day | $ 125.00 | 0 | - | n/a | n/a | n/a |
| 0065 | Professional / Office Personnel | Engineering Technician (local) | Hour | $ 58.94 | 615 | $ 36,248.00 | n/a | n/a | n/a |
| | | Air Travel | Each | $ 875.00 | 0 | - | n/a | n/a | n/a |
| | | Per Diem | Day | $ 202.00 | 0 | - | n/a | n/a | n/a |
| | | Rental Vehicle | Day | $ 125.00 | 0 | - | n/a | n/a | n/a |
| 0065a | Professional / Office Personnel | CADD | Hour | $79.31 | 60 | $ 4,759.00 | n/a | n/a | n/a |
| 0066 | Professional / Office Personnel | Secretary | Hour | $64.45 | 98 | $ 6,316.00 | n/a | n/a | n/a |
| | | | | | Subtotal | $ 1,342,208.00 | | | |
| | | Total Estimated Costs for IHNC Field Services | | | | $ 1,342,208.00 | | | |