# EXHIBIT 42

# Technical Report No. III.

# Analyses of the Effects of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina

Technical Report to

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Robinson [No. 06-2268]


By

Dr. Robert Bea and Diego Cobos-Roa

**Risk Assessment and Management Services**

Moraga, California


July 11, 2008

Future work on the breach site (and non-failure sites) should be carried out to assess the permeability of this complex deposit. Surridge et al (2005) and Clymo (2004) evaluated and compared results from laboratory and field tests, acknowledging the pronounced uncertainties and the fact that different organic deposits (swamp, marsh, peat, humus) have very different hydraulic properties, and at the moment, a generalization is not possible.



Figure 7-1. Summary of permeability tests performed on Marsh deposits (Beckwith et al 2002).

### 8.3.3    *Effects of Waterside Excavations*

The effects of the waterside excavations were analyzed by modeling the permeable backfill 60ft away from the waterside toe and at the waterside toe. A clay-filled excavation was also modeled in order to capture the effect of the placement of low permeability material on the excavations. Figures 8-27 and 8-28 show calculated pore water pressures for different excavation configurations and presence of gap on the center of the clay layer and center of the marsh layer, respectively.

The calculated pore water pressures vary significantly depending on the case of analysis. When the gap is "turned off" and the excavation is assumed to have low permeability materials as backfill, the pore water pressures inside the marsh deposit are about 10 times lower when compared to the case of fully developed gap and permeable excavation backfill at the waterside toe.

Figure 8-29 shows transient pore water pressures for the case of Marsh k: $10^{-3}$ cm/s, with a coarse-grained backfilled excavation. A second trend was added by calculating pressures along the same line, this time using a fine-grained filled excavation. A second analysis was performed, changing only the properties of the backfill to a fine-grained material. Approximately 30 feet away from the sheet pile, a 30% reduction on pore water pressures is achieved by this permeability change.  The calculated hydraulic gradients exhibit a smaller decrease due to the presence of the gap between the sheet pile and levee soils.



Figure 8-27. Transient model results. Pore pressures along center of clay layer. Marsh K: $10^{-3}$ cm/s.



Figure 8-28. Transient model results. Pore pressures along center of Marsh layer. Marsh K: $10^{-3}$ cm/s.

96



Figure 8-29.  Transient model result, Pore pressures along Marsh layer. Marsh k: 1e-03 cm/s. Comparison between excavation filled with permeable material (magenta line) and fine grained material (dashed black line).

A factor of safety against hydraulic uplift was determined as the relation between the effective stress acting at the bottom of the blanket and the pore pressure at the same point. For the case of no-gap and clay filled excavations, the computed factors of safety against uplift are well above two, whereas for the cases considering a gap and excavation filled with permeable material, the factors of safety range from 1.2 to 0.8 after 3:00 am on August 29, 2005. Figure 8-30 shows the results of these analyses.

97



Figure 8-30. Factor of Safety against hydraulic uplift for South Breach. Marsh K: $10^{-3}$ cm/s.

### 8.4     Summary of Results from Seepage Analyses

Results from the hydraulic conductivity – seepage FEA analyses show that both breaches are very sensitive to the presence of the gap and proximity of coarse-grained backfilled excavations. Calculated pore water pressures and hydraulic gradients increase when the storm surge rises above the landside crown elevation and the heads are fed to the sheet pile – soil gap and the underlying foundation soils.

#### 8.4.1     *South Breach*

The South Breach exhibits slightly less critical hydraulic conditions than the North Breach. An important head loss occurs from the tip of the sheet pile since it is found in fine grained soils, therefore decreasing the total heads that charge the foundation layers.

The computations indicate that after about 7:00 am on August 29, 2005, the hydraulic gradients rise above 1.0, and pore water pressures on the bottom of the clay layer become larger than the in-situ stresses. These results indicate a high potential for blowout of the soils at and near the toe of the levee – floodwall.

These hydraulic processes (water flow, pore water pressures, uplift pressures) are major contributors to the instability processes that resulted in the levee breach.

### 8.4.2    *North Breach*

The North Breach has a thinner clay blanket, and the sheet pile (and gap) is directly connected to the Marsh deposit – and consequently - the full storm surge. Pore pressure generation and hydraulic gradient rise to critical values occurred earlier than the South Breach, two hours before, approximately at 5:00 am.

This section is more sensitive to the effects of the presence, distance and materials of the excavation, since the Marsh is now fed the hydraulic load from two sources: the gap behind the sheet pile and the waterside excavation. The calculated pore water pressures show an alarming jump in values when the surge rises above the waterside crown of the levee, (approximately twice the values without a gap) and as a result the computed hydraulic gradients rise above 2.0.