# EXHIBIT 43

Case 2:05-cv-04182-SRD-JCW Document 19865-7 Filed 05/30/12 Page 2 of 21

2600

```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3
     ****************************************************************
 4
     IN RE:  KATRINA CANAL
 5   BREACHES CONSOLIDATED
     LITIGATION
 6
                              CIVIL ACTION NO. 05-4182
 7                            SECTION "K" (2)
                              NEW ORLEANS, LOUISIANA
 8                            THURSDAY, JULY 8, 2010, 9:00 A.M.

 9   PERTAINS TO BARGE

10
     MUMFORD   C.A. NO. 05-5724
11   AS TO CLAIMS OF PLAINTIFFS
     JOSEPHINE RICHARDSON AND
12   HOLIDAY JEWELERS, INC.,
     ONLY
13
14   BENOIT   C.A. NO. 06-7516
     AS TO CLAIMS OF PLAINTIFFS
15   JOHN ALFORD AND JERRY
     ALFORD ONLY
16
17   ****************************************************************

18                  DAY 12, MORNING SESSION
19          TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
       HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
20               UNITED STATES DISTRICT JUDGE

21
22   APPEARANCES:

23
     FOR THE PLAINTIFFS:     BEST KOEPPEL TRAYLOR
24                           BY:  LAURENCE E. BEST, ESQUIRE
                             2030 ST. CHARLES AVENUE
25                           NEW ORLEANS LA  70130
```

Case 2:05-cv-04182-SRD-JCW Document 20865-7 Filed 05/30/12 Page 3 of 7
Case 2:05-cv-04182-SRD-JCW Document 19076-7 Filed 07/20/12 Page 3 of 71
2626

09:55AM 1   We bring progressively, over time, bring fill in, inhabit the

09:55AM 2   area in the -- Lower Ninth Ward is a result of that continuous

09:55AM 3   history.

09:55AM 4           THE COURT:  It's, in essence, reclaimed land or land

09:55AM 5   that was, was it, in essence, marshy prior to that time?

09:55AM 6           THE WITNESS:  Yes.

09:55AM 7           THE COURT:  Thank you.

09:55AM 8                          EXAMINATION

09:55AM 9   BY MR. RAFFMAN:

09:55AM 10  Q.   Before we leave this slide, these borings were done by whom?

09:55AM 11  A.   By a wide variety of agencies and groups.  For example,

09:55AM 12  Eustis Engineering, whom I used to work with when I worked here

09:56AM 13  in New Orleans, performed some of these soil borings for the

09:56AM 14  U.S. Army Corps of Engineers.

09:56AM 15       The group of three cores located here at my pointer were

09:56AM 16  performed by the ILIT team, Gordon Boutwell supervising.  Dr.

09:56AM 17  David Rogers, a world authority geologist, was the logger on the

09:56AM 18  hole.  Now, Dr. Diego Cobos-Roa was one of the workers on this

09:56AM 19  soil boring, and I was one of the observers.

09:56AM 20       So these things have been performed by a variety of

09:56AM 21  different organizations, agencies, to give us insight into this

09:57AM 22  very complex geological picture.

09:57AM 23  Q.   Do you believe, Dr. Bea, that the number of borings that

09:57AM 24  have been performed by ILIT and others related to the area of the

09:57AM 25  south breach was sufficient for the analysis that you and others

Case 2:05-cv-04182-SRD-JCW Document 20865-7 Filed 05/30/12 Page 4 of 7
Case 2:05-cv-04182-SRD-JCW Document 19785-7 Filed 07/30/12 Page 8 of 71

2627

09:57AM 1   have conducted of the causes of the failures there?

09:57AM 2   A.   Yes, I do.

09:57AM 3   Q.   Let's go to the next slide.

09:57AM 4       We have here Defendants's Exhibit 206.  This is Bea report

09:57AM 5   Appendix C, Figure 38.  Would you describe for the Court what's

09:57AM 6   shown in this slide?

09:57AM 7   A.   A similar picture, unfortunately, not colored, so it tends

09:57AM 8   to be pretty boring, and I don't mean soil boring.

09:57AM 9       You can start at the ground surface, and we're now at the

09:57AM 10  location of the north breach, so where I am drawing this line

09:58AM 11  with my pointer is the east bank industrial area that occupied

09:58AM 12  the water side of the levee that is shown here, so the levee

09:58AM 13  surface goes down.

09:58AM 14      Again, we have the in-filled, now buried Jourdan canal, a

09:58AM 15  drainage canal that was on the protected side.  The vertical red

09:58AM 16  lines are the soil cores that are available to draw this

09:58AM 17  cross-section.  Shown here in the darker coloration area is an

09:58AM 18  in-fill excavation or excavations, and the soil cores have

09:58AM 19  penetrated but later becomes an excavation.

09:58AM 20      This is one of the reasons why you have to be very, very

09:58AM 21  careful as you characterize the soils because history of the area

09:59AM 22  has a great deal to do with the soils that are found at a

09:59AM 23  particular point, so we have to carefully understand when the

09:59AM 24  borings are performed relative to the development features, but

09:59AM 25  it's very similar to the south breach area.  We've got fill over

Case 2:05-cv-04182-SRD-JCW Document 20865-7 Filed 05/30/12 Page 5 of 7
Case 2:05-cv-04182-SRD-JCW Document 19976-7 Filed 07/30/12 Page 5 of 7

2628

09:59AM 1   the marsh, and the marsh was indeed something that Jean Lafitte

09:59AM 2   saw here in the 1700s and in the course have laid delta -- delta

09:59AM 3   deposits all the way down to the Pleistocene interface

09:59AM 4   approximately at minus 100 feet.

09:59AM 5   Q.   All right.  And we're going to talk more about that box and

09:59AM 6   what was in it, the gray box, but to make clear, that box

09:59AM 7   represents areas that you concluded had been excavated and filled

10:00AM 8   in with sand or sandy material.

10:00AM 9   A.   Correct.

10:00AM 10  Q.   Now, did you believe that -- in forming your conclusions,

10:00AM 11  did you believe that the number of borings and the boring

10:00AM 12  information was sufficient to allow for a characterization of the

10:00AM 13  soils in the area of the north breach?

10:00AM 14  A.   Yes.

10:00AM 15  Q.   Let's go to the next slide.

10:00AM 16      The next slide is Defendant's Exhibit 207, Bea supplemental

10:00AM 17  report, Figure 5.  Would you describe for the Court what is shown

10:00AM 18  in this slide?

10:00AM 19  A.   This slide is a second cross-section that we analyzed at the

10:00AM 20  north breach.  The additional soils test that I am referencing

10:00AM 21  here that were brought forward by Dr. Marino in his work, he had

10:00AM 22  located and analyzed.  He had located soil borings and cores at

10:01AM 23  this location performed by Fugro Materials Management Group.

10:01AM 24      These cores were, as discussed earlier in this trial,

10:01AM 25  performed for the purpose of understanding the soils that were in

10:51AM 1     Boring 81A that we discussed earlier contains materials that

10:51AM 2  are characteristic of these kinds of fills.

10:51AM 3  Q.   And as it relates to your opinions regarding blowout

10:51AM 4  hydrologic -- hydraulic connectivity and seepage, what is the

10:51AM 5  relevance of the presence of sandy materials?

10:51AM 6  A.   This allows water to communicate rapidly and efficiently

10:51AM 7  with these underlying marsh layers.

10:51AM 8     Now, there is two things that are important as we think

10:51AM 9  about this water soil interaction.  One we have been calling

10:52AM 10  seepage.  Seepage is water transmission through the soil like

10:52AM 11  heat transmission through metals, and it follows the velocity of

10:52AM 12  the flow.  If those seepage flows are great enough, you can

10:52AM 13  develop what's called "piping".  Soil is being removed.  That

10:52AM 14  piping, when it gets to the surface, expresses itself as sand

10:52AM 15  boils.  These are well known along the Mississippi River levees.

10:52AM 16     The second important effect is pressure.  And because the

10:52AM 17  materials are saturated as pressure at one point is developed,

10:52AM 18  it's rapidly instantaneously developed at a nearby point.

10:52AM 19     Two different effects.

10:52AM 20  Q.   Two different effects.  The first one being the piping

10:52AM 21  effect, the moving through, and the second one being the

10:52AM 22  immediate communication of pressure?

10:53AM 23  A.   Correct.

10:53AM 24  Q.   All right.  We're going to see some slides now on that

10:53AM 25  second effect, what you've called "hydraulic uplift".

Case 2:05-cv-04182-SRD-JCW Document 20365-7 Filed 05/30/12 Page 7 of 7
Case 2:05-cv-04182-SRD-JCW Document 19795-7 Filed 07/27/30/12 Page 9 of 11

2648

10:53AM  1      May I have the next slide, please.  May I have the next

10:53AM  2   slide, please.  And let me have the third slide.

10:53AM  3      Dr. Bea, would you explain for the Court the concept of

10:53AM  4   transmission of hydraulic pressure.

10:53AM  5   A.   I chose this means to explain to my wife what hydraulic

10:53AM  6   uplift is.  And the analogy that I developed is a car lift in a

10:53AM  7   garage, and I'm showing the car and the lift here to the right,

10:53AM  8   and the analogy is to the protected side of the floodwall.  So

10:54AM  9   this could represent the levee, and on top of the levee would be

10:54AM 10   other things, for example, a road or a street or a structure.

10:54AM 11      Here to the left is representing a hydraulic cylinder.  This

10:54AM 12   would be an analogy to a sand backfilled excavation.

10:54AM 13      The red arrow is indicating a force but the analogy would be

10:54AM 14   pressure from the rising surge level on the east bank industrial

10:54AM 15   side.  A pressure pushes down at a small area, it is

10:54AM 16   instantaneously transferred through the fluid, the fluid being

10:54AM 17   water, and soil is virtually incompressible, hence, the pressure

10:55AM 18   transmission.  When it rises and is acting over a much larger

10:55AM 19   area, we can effectively counteract the downward force caused by

10:55AM 20   the weight of the levee, and that is a destabilizing effect on

10:55AM 21   the levee.

10:55AM 22   Q.   The reason that you have a destabilizing effect on the levee

10:55AM 23   is because the levee is relying on the weight of the soil on the

10:55AM 24   protected side to provide stability, right?

10:55AM 25   A.   That's correct.