# EXHIBIT 46

**J. DAVID ROGERS PH. D.**                                                **March 16, 2012**

---

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION          NO. 05-4182 K2
                     JUDGE DUVAL
PERTAINS TO MRGO            MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
     05-6314, 05-6324, 05-6327, 05-6359,
     06-0225, 06-0886, 06-1885, 06-2152,
     06-2278, 06-2287, 06-2824, 06-4024,
     06-4065, 06-4066, 06-4389, 06-4634,
     06-4931, 06-5032, 06-5155, 06-5159,
     06-5156, 06-5162, 06-5260, 06-5771,
     06-5786, 06-5937, 07-0206, 07-0621,
     07-1073, 07-1271, 07-1285

         * * *

         (V O L U M E  I)
Videotaped Deposition of J. DAVID ROGERS, PH.D.,
P.E., P.G., given at the offices of Stone
Pigman Walther Wittmann, LLC, 546 Carondelet
Street, New Orleans, Louisiana 70130, on March
16th, 2012.

---

Page 2

1  APPEARANCES:
2  REPRESENTING THE PLAINTIFFS:
3      BRUNO & BRUNO
4      (BY: JOSEPH M. BRUNO, ESQUIRE)
5      855 Baronne Street
6      New Orleans, Louisiana 70113
7      504-525-1335
8  - AND -
9      LAW OFFICE OF FRANK C. DUDENHEFER, JR.
10     (BY: FRANK C. DUDENHEFER, JR.,
11     ESQUIRE)
12     601 Poydras Street, Suite 2655
13     New Orleans, Louisiana 70130.
14     504-525-2553
15
16 REPRESENTING THE UNITED STATES OF AMERICA:
17     U.S. DEPARTMENT OF JUSTICE
18     (BY: RUPERT MITSCH, ESQUIRE)
19     Torts Branch, Civil Division
20     P.O. Box 888
21     Benjamin Franklin Station
22     Washington, D.C. 20044
23     202-616-4289
24
25

---

Page 3

1  REPRESENTING WASHINGTON GROUP INTERNATIONAL,
2      INC.:
3      JONES DAY
4      (BY: DEBRA S. CLAYMAN, ESQUIRE)
5      (BY: CHRIS THATCH, ESQUIRE)
6      51 Louisiana Avenue, N.W.
7      Washington, D.C. 20001-2113
8      202-879-4645
9  - and -
10     STONE PIGMAN WALTHER WITTMANN, L.L.C.
11     (BY: WILLIAM D. TREEBY, ESQUIRE)
12     546 Carondelet Street
13     New Orleans, Louisiana 70130
14     504-581-3200
15
16 ALSO PRESENT:
17     FRANCISCO SILVA-TULLA
18     RUNE STORESUND
19
20 VIDEOGRAPHER: KEN HART (HART VIDEO)
21
22
23 REPORTED BY:
24     JOSEPH A. FAIRBANKS, JR., CCR, RPR
25     ROGER JOHNS, CCR, RPR

---

Page 4

1           MORNING SESSION:
2
3        E X A M I N A T I O N   I N D E X
4
5  EXAMINATION BY:                    PAGE
6  MR. MITSCH ...............................6
7
8          E X H I B I T   I N D E X
9  EXHIBIT NO.                        PAGE
10 Exhibit Rogers 1 ............................11
11 Exhibit Rogers 2 ............................20
12 Exhibit Rogers 3A ...........................25
13 Exhibit Rogers 4 ............................26
14 Exhibit Rogers 5 ............................31
15 Exhibit Rogers 6 ............................32
16 Exhibit Rogers 7 ............................33
17 Exhibit Rogers 8 ............................35
18 Exhibit Rogers 9 ............................36
19 Exhibit Rogers 10 ...........................38
20 Exhibit Rogers 11 ...........................51
21 Exhibit Rogers 12 ...........................52
22 Exhibit Rogers 13 ...........................56
23 Exhibit Rogers 14 ...........................62
24 Exhibit Rogers 15 ...........................67
25      INDEX CONTINUED ON PAGE 117

---

Page 13

1   person on their team, because my specialty is
2   site characterization.
3       Q.  What do you mean by site
4   characterization?
5       A.  Developing a model for what the
6   underground looks like, what the stratigraphy
7   and the layers of soil, the geology, the
8   hydrology, the anthropogenic changes that have
9   occurred from mankind working in an area,
10  altering things, excavating, filling, changing
11  things --
12      Q.  Uh-huh.
13      A.  -- that sort of stuff.
14      Q.  And what specifically did you do in
15  ILIT?
16      A.  Well, I did a little bit of
17  everything, in terms of, um -- I came down here
18  and watched the sheet piles get pulled at 17th
19  Street in December.  And then I supervised the
20  subsurface exploration efforts that started in
21  January 2006 and ran through the end of March
22  2006.  And then I participated in the writing
23  of the report for them.
24      Q.  When you said you supervised it, did
25  you supervise the borings that were done by the

Page 14

1   ILIT team?
2       A.  Yes.
3       Q.  And I guess what I'd like to do is
4   give you a copy of the ILIT report.  And I can
5   give you both the appendix and the main text.
6   And what I'd like you to do is tell me which
7   portions, if any, you wrote.  (Tendering.)
8       A.  Well, I wrote Chapter 3, Geology of
9   the New Orleans Region, and Chapter 4, History
10  of the New Orleans Flood Protection System.
11  I'm trying to find the other portions here.  I
12  wrote the portion on the 17th Street Canal
13  failure, which is in Section 8.3.  And I
14  reviewed the other ones, as well, the London
15  Avenue Canal, the IHNC failures, and so forth.
16  But as the primary author, I'm giving you the
17  ones that I was the primary author of.
18          I'm not seeing -- well, okay.  I
19  know -- in these reports they don't put the
20  figures embedded in the text, and so it's hard
21  for me to see where my part stops and where it
22  starts.  So it's a lot of Chapter 8, basically.
23          I didn't write every -- all of it, but
24  I had the primary responsibility on the 17th
25  Street failure, and then I reviewed the geology

Page 15

1   work on the other ones.  But I did not direct
2   the drafting of all the figures of the geology
3   at all the sites, that was done by graduate
4   students at Berkeley.
5       Q.  Okay.
6       A.  And so I had some differences with
7   those that I didn't get to catch in the report
8   every time, like calling swamps marshes, and
9   things like that.
10      Q.  Uh-huh.
11      A.  Technically, they're swamps, they're
12  not marshes.  But that's a common problem to
13  everyone who works down here.
14      Q.  Okay.  Well, we'll be talking about
15  that a little bit later in some detail.
16      A.  Okay.
17      Q.  But I'm glad you've let me know that
18  that's a common problem.
19      A.  Yeah.
20      Q.  Did anyone review your work that you
21  wrote, the portions of the ILIT report that you
22  wrote?
23      A.  Yes.  The other team members did.  So
24  we'd pass these things around, and, um -- John
25  Bray, a professor at Berkeley, was one of the

Page 16

1   other reviewers, because I remember having
2   correspondence back and forth with him.
3           And, um -- another fellow there from
4   Venezuela who I'm not remembering his name --
5   Juan Pestana; I had a lot of correspondence
6   back and forth.
7           And then Gordon Boutwell,
8   B-O-U-T-W-E-L-L, who practiced down here, and
9   it was his firm's drill rigs that we used and
10  his engineers that we used; STE, based out of
11  Baton Rouge.
12          And John Lou Briaud.  I was actually
13  responsible for bringing him in on the case to
14  look at the erosion issues, bringing him onto
15  the team.
16          And then the other people I would have
17  been corresponding with fairly regularly were
18  the grad students that helped put it together.
19          So I trying to provide quality
20  control/quality assurance on the geology,
21  engineering geology, and the developmental
22  history aspects.  But, you know, I couldn't
23  catch every single little thing.  It was a huge
24  report.  So the areas that I remember having
25  the most input on are the areas that I changed

Page 301

```
 1   deposited.
 2       Q.  So it wouldn't go all the way to the
 3   EBIA, because that's a mile?
 4       A.  It could get conceivably to probably
 5   to, you know, maybe 500 feet past the lock
 6   maybe.  So maybe the Claiborne bridge.  That's
 7   probably where it peters out.  I didn't see
 8   any -- You know, we got sand at depth, but not
 9   up in the foundation influence area
10   typically.
11       Q.  Okay.
12         MR. TREEBY:
13           You want to take a break?
14         VIDEO OPERATOR:
15           Need to go off the record to
16   change tapes.
17         MR. TREEBY:
18           Go off the record now?  Change
19   tape?
20         VIDEO OPERATOR:
21           Going off the record.
22           (Testimony recessed on this day
23   at 6:01 PM.)
24              *   *   *
25
```

Page 302

```
 1
 2              WITNESS'S CERTIFICATE
 3
 4       I, J. DAVID ROGERS, read or have had
 5   the preceding testimony read to me, and hereby
 6   certify that it is a true and correct
 7   transcription of my testimony, with the
 8   exception of any attached corrections or
 9   changes.
10
11
              _____
12              (Witness' Signature)
13   _____
     DATE SIGNED
14
15   DEPONENT PLEASE INITIAL ONE:
16
     _____ Read with no corrections
17
18   _____ Read and correction sheet attached
19
20
     DATE TAKEN:  MARCH 16, 2012
21
22
23
24
25
```

Page 303

```
 1
 2              REPORTERS' CERTIFICATE
 3
 4       I, JOSEPH A. FAIRBANKS, JR., CCR, and
     ROGER D. JOHNS, CRR, Certified Court Reporters
 5   in the State of Louisiana, do hereby certify
     that the above-named witness, after having
 6   been first duly sworn to testify to the truth,
     did testify as hereinabove set forth; that the
 7   testimony was reported by us in shorthand and
     transcribed under our personal direction and
 8   supervision, and is a true and correct
     transcript, to the best of our ability and
 9   understanding; that we am not of counsel, not
     related to counsel or the parties hereto, and
10   not in any way interested in the outcome of
     this matter.
11
12
13
14
15              JOSEPH A. FAIRBANKS, JR.
16              CERTIFIED COURT REPORTER
17              STATE OF LOUISIANA
18
19
20
21              ROGER D. JOHNS
22              CERTIFIED COURT REPORTER
23              STATE OF LOUISIANA
24
25
```