# EXHIBIT 49

LAKE PONTCHARTRAIN LA. AND VICINITY
LAKE PONTCHARTRAIN BARRIER PLAN
AND CHALMETTE AREA PLAN

# DESIGN MEMORANDUM NO. 4
# GENERAL DESIGN
# FLORIDA AVENUE COMPLEX, IHNC



DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS

JUNE 1980

PREPARED BY



n-y ASSOCIATES, INC.
CONSULTING ENGINEERS
ARCHITECTS & PLANNERS

SERIAL NO. 5

FLOOD SIDE
PROTECTED SIDE
FLORIDA AVE.
℄ FLORIDA AVE
℄ SUREKOTE ROAD STA. 0+51.44 W/L
Begin I-Wall STA. 0+67.44 W/L
End I-Wall STA. 0+35.44 W/L
SEE ENLARGED PLAN THIS SHEET
STA. 0+00.00 W/L
STA. 2+67.64 W/L
STA. 2+16.62 W/L
℄ 66" S.F.M. STA. 2+90.23 W/L
℄ 48" W.M. STA. 3+09.73 W/L
STA. 3+24.73 W/L
℄ 54" S.F.M. STA. 3+18.73 W/L
STA. 4+04.28 W/L
STA. 4+21.49 W/L
STA. 4+31.99 W/L
STA. 4+71.99 W/L
STA. 5+04.49 W/L
STA. 5+08.49 W/L
MATCH LINE STA. 5+31.00
For Utility Crossing Details see Plate 62
Transformer
6-EF
6-UEF
PLAN
SCALE: 1"=20'
ENLARGED PLAN OF EXIST. AND NEW I-WALL CONNECTION AT STATION 0+00.00 W/L
W/L Stationing Along Flood Side Face of Wall
PROFILE
SCALE: 1"=20' HORIZ. 1"=10' VERT.
Elevations in Feet N.G.V.D.
Bottom of Sheet Piling El. -25.0
LEGEND:
6-EF GENERAL TYPE BORING
7-UEF UNDISTURBED BORING
LAKE PONTCHARTRAIN, LA. AND VICINITY
LAKE PONTCHARTRAIN BARRIER PLAN AND
CHALMETTE AREA PLAN
DESIGN MEMORANDUM NO. 4 - GENERAL DESIGN
FLORIDA AVENUE COMPLEX, I.H.N.C.
PLAN AND PROFILE
EAST I.H.N.C.
N-Y ASSOCIATES, INC.
CONSULTING ENGINEERS,
ARCHITECTS AND PLANNERS
METAIRIE, LOUISIANA
U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS, U.S. ARMY
NEW ORLEANS, LA.
DATE: APRIL, 1980
FILE NO. H-2-27790
PLATE 43