# EXHIBIT 51

# Expert Report

## Effect of WGI Excavations on Floodwall Breaches in USACE IHNC East Bank Industrial Area and Inundation of Lower 9th Ward During Hurricane Katrina in 2005

Expert Report for:
**Katrina Canal Breaches Consolidated Litigation**
[USDC E.D. La. Civil Action Number: 05-4182 "K" (2)]
United States District Court
Eastern District of Louisiana
Pertains to Mississippi River-Gulf Outlet (MR-GO)
*Armstrong*, C.A. [No. 10-866]

Report Prepared By
Timothy D. Stark, Ph.D., P.E., D.GE
**Stark Consultants, Inc.**
P.O. Box 133
Urbana, Illinois  61803-0133
tstark32@gmail.com

Report Prepared For:
**United States Department of Justice**
1331 Pennsylvania Avenue NW, Suite 800N
Washington, DC 20004

March 11, 2012

81G. In fact, the closest boring along this line, Boring 81E, shows only two feet of shell or silty sand fill material overlying the clay. Additionally, MMG Boring 79A is the next boring along the floodwall south of Boring 81A and it shows only six (6) feet of the silty sand or shell fill. In addition, nearby borings, e.g., NO-8 (USACE-GDM#3, 1966), do not show a large depth of silty sand or shell fill material. This indicates that the shell or silty sand fill in Boring 81A is limited in extent, i.e., a pocket near the floodwall which may have been placed during floodwall construction. Boring 81A is also located north of the North Breach as shown in Figure 6-16. In other words, the area around Boring 81A was not involved in the North Breach so the impact of this pocket is limited.

To further illustrate the limited extent of MMG Boring 81A, Table 6-7 presents the depth of layers of "FILL, SHELL with SILTY SAND" and "FILL, SILTY SAND and SHELL" material identified in the first row of MMG borings along the floodwall. This row of borings is identified as the "A" row of borings because they are closest to the floodwall whereas the "H" and "I" borings rows are closer to the canal. Table 6-7 shows the depth of this fill varies from zero (0) to about 6 feet with the average depth along the floodwall being about three (3) feet. This is much less than the 17.5 feet observed in Boring 81A. The large depth of fill in Boring 81A is probably due to placement to elevate the road so it could pass over the floodwall at the northern end of Surekote Road. The Shell Fill used to construct and elevate Surekote Road in this area is clearly visible in the photograph in Figure 6-17(a). This photograph shows Surekote Road where it crosses over the floodwall in the vicinity of MMG Boring 81A. The Shell Fill is located just under the pavement. The Shell Fill below the roadway and near the person in the photograph was deposited during the flood water recession. This photograph does not support the size and shape of the Shell Fill depicted in the cross-section presented in Bea et al. (2012a) and shown in Figure 6-17(b).

The boring log for Boring 81A also shows the fill consists of silty sand not clean sand. Hydraulic conductivity correlations, e.g., Terzaghi et al., (1996), show to the longest expected value of hydraulic conductivity for a poorly graded sand to a silty sand (SP-SM) of $4 \times 10^{-3}$ cm/sec and not $1 \times 10^{-1}$ cm/sec as suggested by Bea (2008). As a result, the pocket of shell and silty sand fill material in Boring 81A did not provide an extensive hydraulic connection between the hurricane surge and the underlying Lower Organic Clay layer.

Boring 81A was also drilled on October 4, 2001 which pre-dates the majority of WGI excavations so this pocket of shell and silty sand was present prior to WGI's activities in the EBIA. In addition, USACE plan H-4-25157-Plate 10 (see Figure 6-18) confirms that the shells against the sheet piling on the canal side from station 54+40$\pm$ to 56+20$\pm$ were present before 1969 and not placed by WGI or affiliated with WGI activities between 2001 and 2005. This is in agreement with the USACE not using shells in the past twenty (20) years because shell dredging was discontinued due to environmental concerns (Vojkovich, 2012). Prior to that time, the USACE used shells for parking lots, bedding, wall backfill, and waterway closures (Vojkovich, 2012). If shells were used for waterway closures, clay was placed on top to limit seepage (Vojkovich, 2012). This is in agreement with Figure 6-19 discussed below. Thus, WGI did not place the fill found in Boring 81A and is not responsible for the effect, if any, of this backfill on the floodwall breaches.

This zone of shell and silty sand along the sheet piling on the canal side from station 54+40$\pm$ to 56+20$\pm$ may have had an impact on the underseepage if a gap had not developed between the