# EXHIBIT 53

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| \[MMG logo\] DACA56-94-D-0021 East Bank Industrial Area<br>Line 71, Position G<br>USACE New Orleans<br>71G | | | | Drilling Agency : Fugro<br>Hole No. : 71G<br>Name of Driller : S. Bender<br>Direction of Hole : Vertical<br>Thick. of Overburden : 4'<br>Dep. Dr. Into Native : 5'<br>Total Depth of Hole : 9'<br>Size and Type of Bit : 2" & 4" Split Spoons<br>Manuf. Desg. of Drill : CME 75 High Torque<br>Sample Intervals : 2 | | | | Disturbed, Undist. : N/A<br>Elev. of GW : 5.75'<br>Date Hole Started : 9/20/01<br>Date Hole Comp. : 9/20/01<br>Elev. Top of Hole : Ground Surface<br>Total Core Rec. : 100%<br>Signature of Insp. : \[signature\]<br>Job # : DACA56-94-D-0021<br>Latitude : 29.978261N<br>Longitude : 90.0213034W | |

| Depth in Feet | Legend | USCS | GRAPHIC | DESCRIPTION | % Core Recovery | XRF (ppm +/- error) (Nominal Secs.) | FID (ppm/time) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 0–1 | | F | | FILL, SHELL. | | | | (14:33)<br>SPT #'s<br>0'-2': 20, 41, 44, 23<br>2'-4': 5, 1, 1, 2 |
| 1–2 | Fill | | | | 100 | 71.5 +/- 21<br>62 | 4 / 15:12 | EBIA-SI-71G-SL-00-03<br>Inorganics |
| 2–3 | | CL | | FILL, LEAN CLAY, dark gray, stiff, no organics, no odor. | | | | |
| 3–4 | | CL | | FILL, LEAN CLAY, dark gray, stiff, no organics, no odor. | | | | (14:40) |
| 4–5 | Native | | | | 100 | 27.2 +/- 13<br>63 | 579 / 15:14 | EBIA-SI-71G-SL-03-06<br>Organics, TPH-D |
| 5–6 | Water Table | CL-ML | | SILTY CLAY, some varving, wet below 5.75'. | | | | |
| 6–7 | | | | | | | | (14:44) |
| 7–8 | | CL-ML | | SILTY CLAY, gray, soft, no organics, no odor. | 100 | <15.0<br>61 | 177 / 15:16 | |
| 8–9 | | CH | | FAT CLAY, gray, high plasticity, moderately soft to stiff. | | | | |
| 9 | | PT | | PEAT, brown, soft. | | | | EOB=9' |

Sample Tech: C. Robertson
Geologist: S. Callaway

LOG OF BORING 71G
(Page 1 of 1)

WGI062690