# EXHIBIT 58

AD 708625



CONTRACT REPORT NO. 3-26

# THE RESPONSE OF SOILS TO DYNAMIC LOADINGS

Report 26

FINAL REPORT

by

R. V. Whitman



May 1970

Sponsored by **Defense Atomic Support Agency**

Conducted for **U. S. Army Engineer Waterways Experiment Station, Vicksburg, Mississippi**

Under **Contract No. DA-22-079-eng-224**

By **Massachusetts Institute of Technology, Cambridge, Massachusetts**

ARMY-MRC VICKSBURG, MISS

This document has been approved for public release and sale; its distribution is unlimited

## FOREWORD

Most of this report, especially Chapter 2, was written during 1967, and represents the writer's view of the state-of-the-art as the writer saw it at that time.

In 1967, the writer was very concerned about an apparent trend toward developing ever more complex computer codes while failing to use existing computer codes to understand important cause and effect relations and to ascertain the effect of uncertainties in the input on the nature of the computed results. The emphasis of Chapter 2, and many of the specific comments, reflected this concern. The writer quite frankly felt that the computer code development, as it was apparently being followed, was largely an academic exercise, that quite likely it would be impossible to rely on the codes for design predictions, and that designs would still have to be based on very simple prediction equations together with a large dose of judgment.

The writer has been "out of the business" since 1967, but from various conversations it appears that he may have been wrong in his assessment of the trends in computer code development and utilization. Apparently there has developed a close cooperation between experienced soil engineers and the developers and users of complex computer codes. Apparently there is also now a recognition of the need to make, in connection with specific design projects and field experiments, a series of computer runs so as to bracket the effect of uncertainties in the input and assumptions. If these statements do reflect the current situation, then some of the statements in this report may happily be out-of-date.

However, the writer still does believe in the necessity of developing improved but simple and approximate prediction techniques which do not require use of a computer for each application. Such techniques (or

equations or rules) are needed for small design projects where complex expensive analysis is not justified and for preliminary analysis of large design projects. One of the main objectives of calculations using complex computer codes must be to provide the insights and understandings upon which such simple rules (and statements regarding the limitations of these rules) can be based. Section 2.4.2 is an attempt to use theoretical results available as of 1967 to identify and understand the key features of airblast-induced ground motion and to assess the accuracy and limitations of the simple prediction methods described in Section 2.4.4. The writer urges those now active in generating new theoretical results to extend and complete the synthesis started in Sections 2.4.2 and 2.4.3.

This report is the 26th in a series of reports prepared by Massachusetts Institute of Technology (MIT) under contract with the U. S. Army Engineer Waterways Experiment Station (WES). The report was prepared by Dr. Robert V. Whitman, Professor of Civil Engineering, MIT. Helpful comments and guidance were provided by Messrs. R. W. Cunny, J. G. Jackson, Jr., R. C. Sloan, P. F. Hadala, and Dr. J. S. Zelasko, Soils Division, WES.

At the time of publication of this report, COL Levi A. Brown, CE, was Director of WES, and M. F. R. Brown was Technical Director.

## ABSTRACT

This report, the 26th in a series of reports prepared under contract by MIT, deals with the role of soil mechanics with regard to weapons effects prediction and protective construction design. It assesses the state-of-the-art as of 1967, and summarizes all the research performed under the contract as well as contributions by other investigators. Results from field experiments and theoretical analyses are interpreted so as to show the relation between soil properties and such phenomena as crater size and shape, ground motions, and response of buried structures. Chapters deal specifically with the evaluation of dynamic uniaxial strain and dynamic shear strength, and with the relation between seismic wave velocity and soil properties. Appendix A contains abstracts of the 25 earlier reports issued under the contract. Appendix B gives a brief history of the MIT soil dynamics contract.

where

    $n$ = porosity

    $C^v$ = dilatational velocity through pore fluid, in this case air (for air, $C^v = C^a$)

    $C_D^m$ = dilatational velocity through mineral

This rule is based on the concept that a wave passes straight through porous rock, partly through solid mineral, and partly through void space, and that behavior at contact points between minerals is of no consequence. Alternatively, this equation might be based on the concept that the wave travels at dilatational velocity along a tortuous path whose length depends on the porosity. Since the actual travel distance is thus greater than the apparent distance, the apparent velocity is less than the dilatational velocity through solid mineral. Wyllie et al. found good agreement between velocities measured in porous rocks using a pulse technique and velocities predicted by this rule, provided that very large confining stresses (on the order of 10,000 psi) were used.

This same rule might be expected to apply to granular soils of low porosity (say $n < 0.2$); i.e. to very well graded soils, especially those with a large content of cobbles and boulders. Dobry (1962) found that the in situ dilatational velocity of the surface gravels near Santiago, Chile, is very much influenced by the presence of large particles. Typical velocities above the water table were 2600 to 3000 fps, but occasionally values went as high as 4000 to 4500 fps.

For conditions where this mechanism of propagation is valid, there will not necessarily be any simple relation between shear and dilatational velocities. Brandt (1955) and Viksne et al. (1961) have also made studies of sands with very small porosity and cemented sands.

5.4 SHEAR AND ROD VELOCITIES THROUGH SOILS WITH WATER

When the degree of saturation exceeds about 50%, there starts to be a great difference in the mechanisms by which shear and dilatational waves are transmitted through soil. Dilatational waves result from volume changes, and pore water resists volume change. On the other hand, pore water does not provide any resistance to shear distortions. Since shear

stresses are alwa: present with rod waves, the behavior of rod and shear waves is essentially the same.

This section will consider shear and rod waves through saturated and partially saturated soils. Dilatational waves through soils containing water will be discussed in subsequent sections.

5.4.1 Role of Total and Effective Stress. Pulse tests at the Shell Research and Development Laboratory have demonstrated that the shear wave velocity through a sand depends only upon the effective confining stress. If the total stress acting on a saturated specimen is changed but the specimen is not permitted to drain, the shear wave velocity remains unchanged. Report 23 reports identical results in the case of clays. Presumably the same is true regarding rod wave velocity.

5.4.2 Effective Mass of Pore Fluid. Suppose that two specimens, one dry and the other fully saturated, have exactly the same shear modulus and dry unit weight. If the pore fluid moves as a shear wave passes through a specimen, the saturated specimen should have a smaller wave velocity than the dry specimen. That is, the value of $\rho$ in Equation 5.1 will be increased by the presence of pore water.

For example, if the void ratio of a soil is 0.7 and the specific gravity is 2.7, the saturated total unit weight is 1.26 times the dry unit weight. The wave velocity through the saturated soil should be 0.89 of that through the dry soil.

It is not obvious that all of the pore fluid will be able to move with the mineral skeleton. That is, only part of the pore fluid may be "effective" in slowing down the wave. Thus the effective mass density of a saturated soil might be expressed as:

$$\rho = \rho^S + \beta n \rho^W = \rho^W[(1 - n)G + \beta n] \qquad (5.5)$$

where

$\rho^S$ = density of skeleton, proportional to the dry unit weight

$\beta$ = a factor between 0 and 1

$n$ = porosity

$\rho^W$ = mass density of water

174

G = specific gravity of mineral

The choice of a suitable value for $\beta$ is of some minor concern when converting from modulus to wave velocity and vice versa.

<u>Theory for effective mass:</u>  There are two interactions between the mineral skeleton and pore water.

First, owing to the viscosity of water, shear stresses will develop at mineral-water interfaces. A simplified version of this situation is shown in fig. 5.19a. If the water-filled tube is accelerated, viscous boundary layer forces will tend to drag the water with the tube. With very small accelerations, the viscous forces will be sufficient to make the water move almost as though it were rigidly joined to the tube. Hence the water is strongly coupled to the tube, and all of the mass of the water is effective in resisting acceleration of the tube. As the magnitude of the acceleration increases, the viscous forces no longer are able to make all of the water move with the tube. The water near the walls will still move with the tube, but the water near the center line will lag. Thus $\beta$ decreases. With very rapid accelerations, the water will remain stationary as the tube moves past it, and $\beta = 0$.



Fig. 5.19 Factors which influence magnitude of effective mass

The second interaction arises because individual flow channels within the mineral skeleton generally are not aligned with the direction of motion of the skeleton (fig. 5.19b). In such a case, the water <u>must</u> move when the skeleton moves, even though viscous stresses are absent. If the mineral skeleton is given a very large acceleration, the water within the flow channel will accelerate with it and thus will add to the inertia of the system. The amount of inertia added by the water is a function of the degree of misalignment. Normal stresses at the mineral-water interfaces will give the pressure gradients necessary to accomplish the acceleration. With smaller accelerations, the water will, in the absence of viscous

175

shear, tend to escape from the tube. Thus $\beta$ will tend to decrease with decreasing acceleration.

The viscous effect thus predominates at low frequencies, and tends to make $\beta = 1$. The misalignment effect predominates at high frequencies, and tends to make $\beta$ less than unity. Thus, $\beta$ decreases (and hence the velocity increases for a given modulus) with increasing frequency. Whether a frequency is "high" or "low" depends primarily upon the viscosity of the pore fluid and the size of the flow channels. Presumably viscous effects strongly predominate in clay, but are of small importance for a coarse sand.

Biot (1956) has developed a theory which takes these two effects into account for the case of a porous-elastic material. Hall (1962) has applied this theory to saturated sands. Although the theory gives great insight into the interactions between the mineral and pore phases, the numerical results are not in particularly good agreement with actual experimental results.

20-30 OTTAWA SAND - e = 0.54
$\sigma_o = 14.4$ PSi

| CONDITION | SHEAR VELOCITY, FPS | |
|---|---|---|
| | PREDICTED | OBSERVED |
| DRY | — | 860 |
| MOIST (w ≈ 2%) | 850 | 840 |
| SATURATED (w = 20%) | 785 | 810 |

Fig. 5.20 Effect of mass of pore water on shear wave velocity through sand (data from resonant vibration tests by Hardin and Richart, 1963)

Data regarding effective mass: Fig. 5.20 summarizes data concerning the effect of pore water on the wave velocity through a coarse sand. If it is assumed that the shear modulus remains unchanged as water is added to the specimen, the wave velocities for the moist and saturated conditions can be predicted from the velocity when dry. The observed change in velocity as a result of saturating the soil was distinctly less than the predicted value, indicating that only a part of the pore water contributed to the effective density of the soil. From a study of such data, Hall (1962) concluded that in sands $\beta$ is approximately $1/3$.

It is more difficult to determine experimentally the effective mass in the case of silt or clay, since it is difficult to be sure that the

176

shear modulus is really the same for two specimens having different degrees of saturation. Fig. 5.21 shows results for compacted clay-sand mixtures.



Fig. 5.21 Shear wave velocity for different degrees of saturation (from pulse tests described in Report 24)

All specimens were at the same dry density and were tested with the same total confining stress. However, the effective stresses were unknown and possibly varied with the degree of saturation. The soil fabric (i.e. the arrangement of particles) also may have varied with the degree of saturation. But perhaps it is more than coincidence that the decreasing velocity with increasing saturation can be explained almost exactly by assuming that modulus stays constant while the total density increases.

The following recommendations are made concerning the value of $\beta$ to be used for saturated soils in connection with Equation 5.1:

| Soil Type | $\beta$ |
|---|---|
| Sand | 1/3 |
| Coarse and medium silt | 2/3 |
| Fine silt and clay | 1 |

177

For partially saturated soils, $\rho$ is obtained by using $\rho^s + \beta n \rho^w$ or $\rho^s + Sn\rho^w$, whichever is smaller.

**5.4.3  Effects of Confining Stress and Void Ratio.** Except for the correction stemming from the mass of the pore water, the influence of effective confining stress and void ratio on velocity through sand is the same whether the sand is dry or saturated.

Until very recently, little has been known quantitatively concerning the influence of effective confining stress and void ratio on rod and shear velocities through silts and clays. In many tests, the effective stresses were not known because capillary tensions were present in the pore water to an unknown degree.



Fig. 5.22  Shear wave velocities through saturated clays and sands (from pulse tests described in Report 23)

Fig. 5.22 gives data from early tests on several saturated clays. Data points for sand are also shown, and the trend for sand has been sketched based on the data in fig. 5.18. (Since pulse tests give somewhat higher velocities than resonant vibration tests, the lines for fig. 5.18 were adjusted upward to pass through the data points in fig. 5.22.) Taking into account the difference in the effective mass of the pore water, it appears that clays have only slightly smaller velocities than sands for the same effective confining stress and void ratio. Consider for example the data for $e = 0.54$ and $\sigma_o = 40$ psi. Using $\beta = 1/3$ for sand and $\beta = 1$ for clay, the velocity through clay should be 94% of that through sand if the modulus is the same for both sand and clay. The observed relation is 79%.

Recently, results for clays have been published by Hardin and Black (1968) and Humphries and Wahls (1968). The results confirm that, except for very plastic soils, the relation between shear velocity, effective confining stress, and void ratio is much the same for clays as for sands.

178

The relation for clays is affected by the phenomenon of secondary consolidation.

5.4.4 **Effect of Amplitude of Dynamic Stress.** The effect of amplitude is essentially the same whether the soil is dry or wet.

5.4.5 **Effect of Frequency.** On the basis of tests by Stevens (1966b), there appears to be little if any effect of frequency on shear and rod velocities through saturated sands, although some minor effect might be expected on theoretical grounds (see section 5.4.2).

As yet, relatively little is known concerning the effect of frequency on the wave velocity through clays. The scant evidence suggests that frequency has an effect which may be important in some cases. Table 5.1 compares Young's modulus as measured during static repeated-load tests with this modulus as calculated using Equation 5.1 and measured rod velocity.

Table 5.1

Rod and Shear Modulus Data for Saturated Clays

(from Wilson and Dietrich, 1960)

| Clay | Modulus, psi $\times 10^{-3}$ | | | Poisson's Ratio |
| --- | --- | --- | --- | --- |
| | $E_s^*$ | $E_d^{**}$ | $G_d^{**}$ | |
| Duwamish silt | 5.5 | 5.7 | 1.86 | 0.53 |
| Birch Bay clay (five samples with different properties) | 8.35 | 12.3 | 3.82 | 0.61 |
| | 11.9 | 10.8 | | |
| | 11.0 | 15.2 | 4.91 | 0.54 |
| | 13.7 | 16.5 | | |
| | 18.2 | 23.6 | 8.10 | 0.46 |
| Whidbey Island clay (four samples with different properties) | 2.88 | 2.91 | 0.90 | 0.62 |
| | 5.10 | 5.73 | 1.82 | 0.57 |
| | 9.50 | 8.70 | 2.88 | 0.50 |
| | 14.65 | 16.9 | 5.45 | 0.42 |

\* From static repeated loading.
\*\* From resonant vibration.

5.4.6 **Poisson's Ratio.** Theoretically $\mu$ should be very nearly 0.5 for a saturated soil, since the pore water makes the resistance to volume change much greater than the resistance to shear. Thus the rod velocity should be 1.73 times the shear velocity.

179

In the case of saturated clays, values of $\mu$ calculated from rod and shear velocities usually scatter about 0.5 (see table 5.1). With sands, however, $\mu$ has been found to be much the same whether the sand is dry or saturated. It may well be that local volume changes can occur within saturated sand, owing to a high permeability, even during tests with high frequencies.



Fig. 5.23 Relation of rod modulus to undrained compressive strength in clays (from Wilson and Dietrich, 1960)

5.4.7 <u>Velocity and Strength.</u> For a saturated soil, both velocity and undrained strength are related to the effective confining stress and void ratio before loading. Hence, it might be expected that there would be a relation between velocity and undrained strength. Fig. 5.23 presents some data. Many different soils do fall along a common relation, but as fig. 5.23 shows, there is at least one major class of exceptions, i.e. highly plastic bentonitic clays.

## 5.5 DILATATIONAL VELOCITY THROUGH SATURATED SOILS

Dilatational stress waves can propagate through water as well as through the mineral skeleton. Moreover, the compressibility of water is very small compared to the compressibility of the mineral skeleton of typical soils. To be specific, the bulk modulus of water $B^W$ (which varies somewhat with the content of dissolved impurities, especially dissolved gases) is about 300,000 psi. This modulus corresponds to a wave velocity of

$$c^W = \sqrt{\frac{B^W}{\rho^W}} = 4720 \text{ fps} \qquad (5.6)$$

where $\rho^W$ is the mass density of water. This velocity is much greater than the dilatational velocities through dry mineral skeletons. Thus it would be expected that the presence of water will have a profound effect

180

on the dilatational wave velocity through soils.

As usual, the following treatments assume that the wavelengths are long compared to the size of individual particles, so that reflections and refractions at the myriad mineral-water interfaces can be ignored.

5.5.1 <u>Suspension of Soil in Water.</u> As mineral particles are added to water so as to form a suspension or slurry, two effects develop:

  (a) The overall mass density of the system increases, since mineral particles are heavier than the water they displace. The overall mass density is given by Equation 5.5 with $\beta = 1$.

  (b) The overall compressibility is decreased, since mineral particles are much less compressible than the water they displace. In fact, since the bulk modulus for quartz is about 50 times that of water, the mineral particles can be considered as incompressible. Thus the effective compression of a suspension per unit of volume is:

$$\Delta \epsilon = \frac{n}{B^w} \Delta u \qquad (5.7)$$

where $\Delta u$ is the change of pressure in the suspension. Applying the elastic formula for dilatational velocity to this suspension then gives

$$C_D = C^w \sqrt{\frac{1}{n[(1-n)G + n]}} \qquad (5.8)$$



Fig. 5.24 Wave velocity through soil assuming no stress is carried by mineral skeleton

The ratio of $C_D/C^w$ is plotted in fig. 5.24 versus $(1 - n)$, the portion of the total volume which is occupied by mineral matter. As soil particles are first added, the velocity through the suspension drops below that through pure water, since the increased mass is more important than the decreased compressibility.

181

As more soil particles are added, however, the decreased compressibility becomes more important and the velocity through the suspension rises above that of pure water. Results obtained using artificially prepared kaolin slurries (Urick, 1947) are shown in fig. 5.24. Equation 5.8 has been used to good advantage to study wave velocities through ocean bottom sediments; for example, see Report 4.

5.5.2 <u>Effect of Mineral Skeleton.</u> When the void ratio becomes less than 3, the mineral particles will be in contact with each other so as to form a mineral skeleton which can transmit stress.

The total stress involved in the wave will be carried jointly by the pore water and mineral skeleton. If $D^S$ is the constrained modulus of the skeleton, $\Delta\bar{\sigma}/D^S$ is the strain in the mineral skeleton where $\Delta\bar{\sigma}$ is increment of effective stress. The strain in the pore water is $\Delta u n/B^W$ where $\Delta u$ is the increment of pore pressure. These two strains must be equal:

$$\Delta\epsilon = \frac{\Delta\bar{\sigma}}{D^S} = \Delta u \frac{n}{B^W} \qquad (5.9)$$

The increment of total stress is $\Delta\sigma = \Delta\bar{\sigma} + \Delta u$. From this

$$\frac{\Delta u}{\Delta\sigma} = \frac{B^W}{B^W + nD^S} \qquad (5.10)$$

The strain can thus be expressed as:

$$\Delta\epsilon = \frac{n}{B^W} \frac{B^W}{B^W + nD^S} \Delta\sigma = \frac{n}{B^W + nD^S} \Delta\sigma \qquad (5.11)$$

And the effective constrained modulus is:

$$D = \frac{\Delta\sigma}{\Delta\epsilon} = \frac{B^W}{n} + D^S \qquad (5.12)$$

Combining this modulus with the effective density (equation 5.5) leads finally to an equation for the effective wave velocity:*

---

\* $\beta = 1$ for the first term in Equation 5.13, but not necessarily in the second term. Some of these assumptions concerning the effective mass density can certainly be disputed.

182

$$C_D = C^W \sqrt{\frac{1}{n[(1-n)G + n]} + \left(\frac{C_D^S}{C^W}\right)^2 \frac{1}{1 + \frac{\beta n}{(1-n)G}}} \qquad (5.13)$$

where $C_D^S$ = dilatational wave velocity through dry mineral skeleton, equal to $\sqrt{D^S/\rho^S}$. Equation 5.13 is plotted in fig. 5.25 for a particular value of porosity (void ratio) and an assumed relation between $C_D^S$ and effective confining stress. The horizontal lines show the velocity through water alone, and the velocity as given by Equation 5.8. The mineral skeleton influences the effective wave velocity only for the higher effective confining stresses for which $C_D^S$ begins to approach and then exceed $C^W$.



Fig. 5.25  Calculated dilatational wave velocity through saturated soil



Fig. 5.26  Measured dilatational velocity through dry and saturated sands (data obtained by Shell Research and Development Laboratory using pulse technique)

Fig. 5.26 shows actual data for the dilatational velocity through a saturated sand. The actual result is very similar to that calculated in the previous figure.

5.5.3  **Effect of Various Parameters.**  There has been little study of the influence of factors such as frequency and void ratio on the dilatational velocity through saturated soils. The main point of course is that this velocity is related only slightly to the characteristics of the mineral skeleton. If a soil is saturated, measurement of

183

dilatational velocity in situ is of limited use as a means for assessing the compressibility of the mineral skeleton. Laughton (1957) and Shumway (1958, 1960) have used dilatational velocities to study certain aspects of the properties of ocean bottom sediments.

For very large effective stresses and for very small porosities, $c_D^s$ will exceed $c^w$. Then the effective wave velocity will be controlled primarily by the magnitude of $c_D^S$. Equation 5.4 (with $c^v = c^w$ and $c_D^m = c_D^s$) applies to such situations.

## 5.6 DILATATIONAL VELOCITY THROUGH PARTIALLY SATURATED SOILS

The compressibility of the pore phase of a soil changes radically as the degree of saturation changes. With complete saturation, the pore phase is much less compressible than the mineral skeleton. Since $c^v = c^w > c_D^S$, dilatational waves propagate primarily through the pore phase. For low degrees of saturation, on the other hand, the pore phase is much more compressible than the mineral skeleton. Now $c^v = c^a < c_D^S$, and dilatational waves propagate primarily through the mineral skeleton.

In the latter case ($S \ll 1$), the dilatational wave velocity is indicative of the stiffness of the mineral skeleton. However, when $S \approx 1$, the dilatational wave velocity gives a relatively poor indication of the stiffness of the mineral skeleton. Thus, if dilatational wave velocities are to give useful information concerning the stiffness of the mineral skeleton, the degree of saturation must be less than some value. It is of considerable practical interest to determine this threshold value; possible means are discussed in the following section.

5.6.1 <u>A Possible Mathematical Model.</u> A possible, approximate expression for the compressive strain in the pore phase is:

$$\Delta \epsilon = n \left( \frac{S}{B^w} + \frac{1 - S}{u_i} \right) \Delta u \qquad (5.14)$$

where $u_i$ = the initial pressure in the gaseous phase. The second term in parentheses comes from Boyle's law, assuming that the change in pressure is small compared to $u_i$.

Combining the above expression with that for the strain in the

104