# EXHIBIT 59

Case 2:05-cv-04182-SRD-JCW   Document 20865-23   Filed 05/30/12   Page 2 of 10

# Soil Mechanics

*T. William Lambe • Robert V. Whitman*

Massachusetts Institute of Technology

1969

JOHN WILEY & SONS, New York · Chichester · Brisbane · Toronto · Singapore

 

Fig. 2.6   Settlement of Building 10 at M.I.T.

hydromechanical analogy will move very little when the load is applied because the water is relatively incompressible. Since the spring only shortens slightly it will carry very little of the load. Essentially all of the applied load is resisted by an increase in the fluid pressure within the chamber. The conditions at this stage are represented in Fig. 2.5c.

Next we open the valve. The fluid pressure within the chamber will force water through this valve (Fig. 2.5d). As water escapes the spring shortens and begins to carry a significant fraction of the applied load. There must be a corresponding decrease in the pressure within the chamber fluid. Eventually a condition is reached (Fig. 2.5e) in which all of the applied load is carried by the spring and the pressure in the water has returned to the original hydrostatic condition. Once this stage is reached there is no further flow of water.

Only a limited amount of water can flow out through the valve during any interval of time. Hence the process of transferring load from the water to the spring must take place gradually. This gradual change in the way that the load is shared is illustrated in Fig. 2.5f.

Sharing the load between the mineral and pore phases also occurs in the physical example and in actual soil problems, although the pore fluid will not always carry all of the applied load initially. We shall return to this subject in detail in Chapter 26. Moreover, in actual problems there will be the same process of a gradual change in the way that the load is shared. This process of gradual squeezing out of water is called *consolidation*, and the time interval involved is the *hydrodynamic time lag*. The amount of compression that has occurred at any time is related not only to the applied load but also to the amount of stress transmitted at the particle contacts, i.e., to the difference between the applied stress and the pore pressure. This difference is called *effective stress*. Consolidation and the reverse process of swelling (which occurs when water is sucked into a soil following load removal) are treated in several chapters.

Here then is the fourth consequence of the particulate nature of soil: *when the load applied to a soil is suddenly changed, this change is carried jointly by the pore fluid and by the mineral skeleton. The change in pore pressure will cause water to move through the soil, hence the properties of the soil will change with time.*

This last consequence was discovered by Karl Terzaghi around 1920. This discovery marked the beginning of modern soil engineering. It was the first of many contributions by Terzaghi, who is truly the "father of soil mechanics."

The most important effect of the hydrodynamic time lag is to cause delayed settlement of structures. That is, the settlement continues for many years after the structure has been completed. Figure 2.6 shows the time-settlement record of two points on Building 10 on the campus of the Massachusetts Institute of Technology. The settlement of this building during the first decade after its completion was the cause of considerable alarm. Terzaghi examined the building when he first came to the United States in 1925, and he correctly predicted that the rate of settlement would decrease with time.

**A further look at consolidation.** At this stage it is essential that the student have a general appreciation of the duration of the hydrodynamic time lag in various typical soil deposits. For this purpose it is useful to make an intuitive analysis of the consolidation process to learn which soil properties affect the time lag and how they affect it. (Chapter 27 presents a precise derivation and solution for the consolidation process.)

The time required for the consolidation process should be related to two factors:

1. The time should be directly proportional to the volume of water which must be squeezed out of the soil. This volume of water must in turn be related to the product of the stress change, the compressibility of the mineral skeleton, and the volume of the soil.

2. The time should be inversely proportional to how

Ch. 12 *Stress-Strain Relationships* 157



Fig. 12.7 Results of high-stress, confined compression tests on several sands (data from Roberts, 1964).

The stress-strain curve for an initial loading generally resembles a parabola. Hence the stress-strain relationship may be expressed as

$$\sigma_v = C(\epsilon_v)^n \qquad (12.13)$$

The coefficient $C$ varies with the type of soil and its initial void ratio. For a wide variety of soils, however, the exponent $n$ has been found to be very close to 2. For a perfect packing of elastic spheres, this exponent would be 3. The difference between the theoretical and actual values for the exponent is the result of sliding among and rearrangement of the particles within an actual soil. Equation 12.13 implies that both secant modulus from zero stress and the tangent modulus should increase as $\sqrt{\sigma_v}$.

Table 12.2 Relations Between Various Stress-Strain Parameters for Confined Compression

|  | Constrained Modulus | Coefficient of Volume Change | Coefficient of Compressibility | Compression Index |
|---|---|---|---|---|
| Constrained modulus | $D = \dfrac{\Delta\sigma_v}{\Delta\epsilon_v}$ | $D = \dfrac{1}{m_v}$ | $D = \dfrac{1+e_0}{a_v}$ | $D = \dfrac{(1+e_0)\sigma_{va}}{0.435 C_c}$ |
| Coefficient of volume change | $m_v = \dfrac{1}{D}$ | $m_v = \dfrac{\Delta\epsilon_v}{\Delta\sigma_v}$ | $m_v = \dfrac{a_v}{1+e_0}$ | $m_v = \dfrac{0.435 C_c}{(1+e_0)\sigma_{va}}$ |
| Coefficient of compressibility | $a_v = \dfrac{1+e_0}{D}$ | $a_v = (1+e_0)m_v$ | $a_v = -\dfrac{\Delta e}{\Delta\sigma_v}$ | $a_v = \dfrac{0.435 C_c}{\sigma_{va}}$ |
| Compression index | $C_c = \dfrac{(1+e_0)\sigma_{va}}{0.435 D}$ | $C_c = \dfrac{(1+e_0)\sigma_{va} m_v}{0.435}$ | $C_c = \dfrac{a_v \sigma_{va}}{0.435}$ | $C_c = -\dfrac{\Delta e}{\Delta \log \sigma_v}$ |

*Note.* $e_0$ denotes the initial void ratio. $\sigma_{va}$ denotes the average of the initial and final stresses.

# PART IV

# Soil with Water-No Flow or Steady Flow

Pore water influences the behavior of soil in two ways: by affecting the way in which soil particles join together to form the mineral skeleton (*chemical interaction*) and by affecting the magnitude of the forces transmitted through the mineral skeleton (*physical interaction*). Chemical interaction has been discussed in Part II. Part IV introduces the concepts needed to understand physical interaction.

Part IV specifically considers situations in which the pore pressures within a soil mass are determined by the pore pressures at the boundaries of the mass and are independent of applied loads. Such situations exist whenever loads are applied slowly compared to the rate of consolidation and at some time (long compared to consolidation time) after a rapid loading. Situations in which pore pressures are influenced by loadings will be covered in Part V.

274    PART IV    SOIL WITH WATER—NO FLOW OR STEADY FLOW

### 18.3 BASIC EQUATION FOR FLOW IN SOIL

The flow net, which has been used in the preceding two sections, was introduced in an intuitive manner with little theoretical justification. This section derives the equation for flow in soils which forms the basis for the flow net as well as other methods of solving flow problems.

Let us consider an element of soil, Fig. 18.3, through which is occurring laminar flow $q$ with components in the $x$, $y$, $z$ directions:

$$q = q_x + q_y + q_z$$

Using Darcy's law we can write the following expressions for the vertical component of flow $q_z$.

Flow into the bottom of element $q_z = kia$, where $a$ is the area of the bottom face:

$$q_z = k_z \left( -\frac{\partial h}{\partial z} \right) dy\, dx$$

Flow out of the top of element:

$$q_z = \left( k_z + \frac{\partial k_z}{\partial z} dz \right) \left( -\frac{\partial h}{\partial z} - \frac{\partial^2 h}{\partial z^2} dz \right) dy\, dx$$

where

$k_z$ = permeability in $z$ direction at point $x$, $y$, $z$
$h$ = total head

The net flow into the element from vertical flow = $\Delta q_z$ = flow into bottom − flow out of top

$$\Delta q_z = k_z \left( -\frac{\partial h}{\partial z} \right) dy\, dx - \left( k_z + \frac{\partial k_z}{\partial z} dz \right)$$

$$\times \left( -\frac{\partial h}{\partial z} - \frac{\partial^2 h}{\partial z^2} dz \right) dy\, dx$$

$$\Delta q_z = \left( k_z \frac{\partial^2 h}{\partial z^2} + \frac{\partial k_z}{\partial z}\frac{\partial h}{\partial z} + \frac{\partial k_z}{\partial z} dz \frac{\partial^2 h}{\partial z^2} \right) dx\, dy\, dz$$

For the condition of constant permeability $\partial k_z/\partial z = 0$,

$$\Delta q_z = \left( k_z \frac{\partial^2 h}{\partial z^2} \right) dx\, dy\, dz$$

Similarly, the net flow in the $x$ direction is

$$\Delta q_x = \left( k_x \frac{\partial^2 h}{\partial x^2} \right) dx\, dy\, dz$$

For the condition of two-dimensional flow $q_y = 0$,

$$\Delta q = \Delta q_x + \Delta q_z = \left( k_z \frac{\partial^2 h}{\partial z^2} + k_x \frac{\partial^2 h}{\partial x^2} \right) dx\, dy\, dz$$

The volume of water $V_w$ in the element is

$$V_w = \frac{Se}{1+e} dx\, dy\, dz$$

and the rate of change of the water volume is equal to

$$\Delta q = \frac{\partial V_w}{\partial t} = \frac{\partial}{\partial t}\left( \frac{Se}{1+e} dx\, dy\, dz \right)$$

Since $dx\, dy\, dz/(1+e)$ = volume of solids in element and is a constant,

$$\Delta q = \frac{dx\, dy\, dz}{1+e} \frac{\partial(Se)}{\partial t}$$

Equating the two expressions for $\Delta q$ gives

$$\left( k_z \frac{\partial^2 h}{\partial z^2} + k_x \frac{\partial^2 h}{\partial x^2} \right) dx\, dy\, dz = \frac{dx\, dy\, dz}{1+e} \frac{\partial(Se)}{\partial t}$$

which reduces to

$$k_z \frac{\partial^2 h}{\partial z^2} + k_x \frac{\partial^2 h}{\partial x^2} = \frac{1}{1+e}\left( e \frac{\partial S}{\partial t} + S \frac{\partial e}{\partial t} \right) \quad (18.2)$$

Equation 18.2 is the basic equation for two-dimensional laminar flow in soil. Looking at the $e$ and $S$ terms on the right of Eq. 18.2 we see four possible types of flow:

1. $e$ and $S$ both constant.
2. $e$ varies and $S$ constant.
3. $e$ constant and $S$ varies.
4. $e$ and $S$ both vary.

Type 1 is *steady flow* which has been treated in Chapter 17 and this chapter, and types 2, 3, and 4 are *nonsteady flow* situations. Type 2 is *consolidation* for $e$ decrease and *expansion* for $e$ increase, and is considered



Fig. 18.3 Flow through a soil element.

in Part V. Type 3 is constant-volume *drainage* for $S$ decrease and *imbibition* for $S$ increase. Type 4 includes compression and expansion problems. Types 3 and 4 are complex flow conditions for which satisfactory solutions have not been found.[3]

For steady flow ($e$ and $S$ both constant) Eq. 18.2 reduces to

$$k_z\frac{\partial^2 h}{\partial z^2} + k_x\frac{\partial^2 h}{\partial x^2} = 0 \quad (18.3)$$

and when the condition of permeability is the same in all directions ($k_z = k_x$) Eq. 18.3 reduces to

$$\frac{\partial^2 h}{\partial z^2} + \frac{\partial^2 h}{\partial x^2} = 0 \quad (18.4)$$

Equation 18.4 is Laplace's equation. It says that the change of gradient in the $z$ direction plus the change of gradient in the $x$ direction is zero. The fact that the basic equation of steady flow in isotropic soil, Eq. 18.4, satisfies Laplace's equation means that the flow lines intersect at right angles with the equipotential lines in a flow net. In other words, the flow net as drawn in the preceding two sections is a theoretically sound solution to the flow situation.

## 18.4 FLOW IN NONHOMOGENEOUS AND ANISOTROPIC SOIL

Although Eq. 18.2 was derived for quite general conditions, the preceding numerical examples considered only soil that does not vary in properties from point-to-point vertically or horizontally—*homogeneous* soil—and soil that has similar properties at a given location on planes at all inclinations—*isotropic* soil. Unfortunately, soils are generally nonhomogeneous and anisotropic. As discussed in Chapter 7, sedimentary soils are built up over a period of many years. During this time, the nature of sediments and the environment of deposition change, with the result that the soil in a deposit varies vertically and, under certain conditions (such as deposition near a shore line), horizontally as well. The actual subsoil profiles shown in Chapter 7 and elsewhere in this book indicate marked variation in soil properties with depth; e.g., Example 16.2 shows a subsoil profile with four different soils within the top 55 m. As noted on this profile, the permeabilities vary for the four soils from $3 \times 10^{-5}$ cm/sec to $2 \times 10^{-7}$ cm/sec.

As was discussed in Chapter 8, the process of forming a sedimentary soil is such that the vertical compression is larger than the horizontal compression and thus the horizontal effective stress is about one-half of the vertical

effective stress in a normally consolidated soil. Because of the higher vertical effective stress in a sedimentary soil, the platelike clay particles tend to have a horizontal alignment resulting in lower permeability for vertical flow than for horizontal flow.

Because of the variation in nature of sediments in a vertical direction and because of particle alignment, a ratio of horizontal to vertical permeability of two to ten is not unusual in normally consolidated sedimentary clay.

In man-made as well as natural soil, the horizontal permeability tends to be larger than the vertical. The method of placement and compaction in earth fills is such that stratifications tend to be built into the embankments. Ratios of horizontal to vertical permeability in compacted fills tend to be even larger than those in normally consolidated sedimentary clays.

### Nonhomogeneous Soil

As a vehicle for considering flow through nonhomogeneous soil consider the two cases shown in Example 18.5. In part ($a$) a 4-ft layer of soil $B$ having a permeability of 0.01 ft/min is overlain by a 4-ft layer of soil $A$ having a permeability of 0.1 ft/min. In part ($b$), soil $A$ and soil $B$ are placed next to each other with a vertical interface between the two. In each case, steady-state flow is occurring through the soil with a total head of 12 ft of water being lost.

Example 18.5 shows the seepage and total head drops for each of the two setups. When the flow is perpendicular to the two soil strata, the amount of flow is, of course, the same through both, and the majority of head is lost in the soil with the lower permeability. When the flow is parallel to the two soil strata, the plot of total head lost is the same for both soils and the majority of the flow is through the soil with the higher permeability. From these two simple examples we see that ($a$) for flow perpendicular to strata, the head loss and rate of flow is influenced primarily by the less pervious soils and ($b$) for flow parallel to the strata, the rate of flow is essentially controlled by the more pervious soil.

Figure 18.4 shows a flow channel (part of a two-dimensional flow net) going from soil $A$ to soil $B$. The permeability of soil $A$ is twice that of soil $B$. Based on the principle of continuity, i.e., the same rate of flow exists in the flow channel in soil $A$ as in soil $B$, we can derive the relationship between the angles of incident of the flow paths with the boundary for the two flow channels. This is shown in Fig. 18.4. Not only does the direction of flow change at a boundary between soils with different permeabilities, but also the geometry of the figures in the flow net changes. As can be seen in Fig. 18.4, the figures in soil $B$ are not squares as is the case in soil $A$, but rather rectangles in which the width of the flow path is twice the distance between equipotentials.

---

[3] Equation 18.2 is strictly applicable only for small strains.

# PART V

# Soil with Water-Transient Flow

Part IV considered the interaction between pore fluid and mineral skeleton and demonstrated the importance of *effective stress*. Effective stress determines shear strength. Change in effective stress determines the magnitude and type of volume change.

A key step in the evaluation of effective stress is the evaluation of the pore water pressure. In all of Part IV, pore water pressure was determined solely by the hydraulic boundary conditions applied to the pore phase. Pore pressure was in no way influenced by the weight of the soil or by external loads applied to the soil. Part V treats those situations in which pore pressure *is* influenced by loads applied to the soil mass. As discussed in Chapter 2, when a load change is suddenly applied to a soil, the change is carried either by the pore fluid or jointly by the pore fluid and by the mineral skeleton. The change in pore pressure will cause water to move through the soil, and the effective stresses within the soil will change with time. Hence the properties of the soil will change with time.

Part V treats the most general type of problem, and thus ties together many of the concepts presented in previous sections.

# CHAPTER 30

## Stress-Strain Relations for Undrained Conditions

Engineers frequently must estimate the undrained (or initial) settlement of loaded areas. Such estimates are often based on equations from the theory of elasticity. To use these equations, it is necessary to evaluate the modulus of soil for undrained loading conditions. This can be done either by evaluating the shear modulus $G$ or the undrained Young's modulus $E$. Since Poisson's ratio is $\frac{1}{2}$ for undrained loading, Eq. 12.4 indicates that theoretically $E = 3G$.

Unfortunately, it is extremely difficult to evaluate undrained modulus accurately. As is true for a drained loading (Chapters 12 and 22), the modulus during undrained loading is very sensitive to stress level. Moreover, undrained modulus is affected by the many factors that affect undrained strength, e.g., rate of loading, time of consolidation, intermediate principal stress, and especially sampling disturbance. The influence of these factors on modulus is considerably greater than their influence on strength; i.e., the details of the loading affect the early portion of a stress-strain curve more than they affect the peak of the curve.

This chapter gives general guidance as to the magnitude of undrained modulus for various conditions, and the data presented here may be used for very crude estimates of settlements. Where accurate estimates are required, it is necessary to perform tests on the best possible samples with careful attention to duplication of the loading conditions expected *in situ*.

## 30.1 RELATIONSHIP TO WAVE VELOCITIES

Values of shear modulus applicable for very small stress changes may be determined by measuring the propagation velocity for shear waves, either *in situ* or in laboratory tests on undisturbed specimens. Such values of modulus are directly useful for a variety of dynamic problems, and are often used to provide an upper bound to the value of modulus applicable to larger stress changes.

Since shear modulus should be the same for both drained and undrained loadings, the shear wave velocity through a saturated soil should differ only slightly from that through a dry soil having the same void ratio and carrying the same effective stress. Indeed, it has been found that the data in Fig. 12.10 are applicable to both dry and saturated sands, with only slight differences arising from the change in mass density as the result of saturation (Hardin and Richart, 1963).

Going a step further, it has been found that the shear modulus of *any* soil is, as a first approximation, related solely to void ratio and effective stress, independently of grain size characteristics. Hardin and Black (1968) find that the following equation applies for sand with angular particles and for several clays:

$$G = 1230 \frac{(2.973 - e)^2}{1 + e} \sqrt{\bar{\sigma}_c} \qquad (30.1)$$

where $G$ and $\bar{\sigma}_c$ (the average principal stress to which the soil has been consolidated) are in psi. With only slight modification to the numerical coefficients, the same equation applies to sands with rounded grains.

Undrained Young's modulus for small stress changes can be evaluated by measuring the rod velocity in laboratory specimens. With accurate measurements, it has been found that $E$ is very nearly equal to $3G$, provided that comparisons are made at the same level of strains.

If a saturated soil were truly incompressible, the dilatational modulus $D$ and dilatational velocity $C_D$ would be infinite (see Eq. 12.8). Actually, of course, water is only relatively incompressible. The dilatational velocity $C_D$ through saturated soil is typically about 5000 ft/sec (Fig. 30.1) and is much greater than $C_D$ through dry soil. At usual levels of effective stress, $C_D$ is controlled by the compressibility of the pore phase and is affected little by the compressibility of the mineral skeleton; hence $C_D$ is more-or-less independent of effective stress. Dilatational velocity, which can be

455

456   PART V   SOIL WITH WATER-TRANSIENT FLOW



Fig. 30.1 Measured dilatational velocity through dry and saturated sand (data obtained by Shell Research and Development Laboratory using pulse technique.)

measured easily in the field, unfortunately does not provide useful information regarding the stiffness of the mineral skeleton of a saturated soil.

## 30.2 YOUNG'S MODULUS FOR LARGER LOADS

Figure 30.2 presents a typical undrained stress-strain curve for normally consolidated clay obtained from a standard triaxial test with increasing axial stress and constant lateral stress. Values of undrained Young's modulus $E$, as computed from different stages of this test, are the following:

*Initial Tangent Modulus*, $E_i$, equals the slope of the $\sigma_1 - \sigma_3$ versus $\epsilon$ plot at the start of the test. As shown in Fig. 30.2, $E_i = 857$ tons/m².

*Secant Modulus at Failure*, $E_f$, equals the slope of the line between the origin and the point of failure on the plot of $\sigma_1 - \sigma_3$ versus $\epsilon$. $E_f$ from Fig. 30.2 = 400 tons/m².

*Secant Modulus*, at any specified stress or strain level. Among a number of specified levels of stress or strain that have been used are $\epsilon = 2\%$, $\epsilon = 5\%$, $\sigma_1 - \sigma_3$ at half of the value of $(\sigma_1 - \sigma_3)_f$ (also called the modulus at a factor of safety equal to two).

It is quite difficult to determine $E_i$ accurately from such tests, since the slope of the stress-strain curve changes rapidly even at small strains. The initial modulus as determined from the first loading of a triaxial test usually is much less than the modulus computed from wave velocity.

### Relation to Consolidation Stress

For normally consolidated clay, it is often assumed that modulus is proportional to consolidation stress; i.e., the stress at any strain is proportional to consolidation stress. Figure 30.3 presents for three clays the results of undrained triaxial tests in the form of stress paths through which strain contours have been drawn.[1] This is a particularly informative type of plot. If the effective stress paths are geometrically similar and the strain contours are straight radial lines for a group of tests, then a plot of $q/\bar{\sigma}_c$ versus strain would be unique. If the plot is unique, the modulus is then proportional to the consolidation pressure. The plots indicate there is variation from this unique relationship, although as a



Stress-strain modulus:

$$E_f = \frac{(\sigma_1 - \sigma_3)_f}{\epsilon_f} = \frac{12 \text{ tons/m}^2}{0.03} = 400 \text{ tons/m}^2$$

$E_i = 857$ tons/m²

Fig. 30.2 Typical stress-strain curve from undrained triaxial test on normally consolidated clay.

---

[1] The characteristics of these clays are presented in Table 30.1.