# EXHIBIT 61

# Soil Mechanics in Engineering Practice

**Third Edition**

### *Karl Terzaghi*
Late Professor of the Practice of Civil Engineering
Harvard University
Lecturer and Research Consultant in Civil Engineering
University of Illinois

### *Ralph B. Peck*
Professor of Foundation Engineering, Emeritus
University of Illinois

### *Gholamreza Mesri*
Professor of Civil Engineering
University of Illinois



A Wiley-Interscience Publication
JOHN WILEY & SONS, INC.
New York · Chichester · Brisbane · Toronto · Singapore

where they originated, they constitute a *residual soil*. Otherwise they constitute a *transported soil*, regardless of the agent that performed the transportation.

Residual soils that have developed in semiarid or temperate climates are usually stiff and stable and do not extend to great depth. However, particularly in warm humid climates where the time of exposure has been long, residual soils may extend to depths of hundreds of meters. They may be strong and stable, but they may also consist of highly compressible materials surrounding blocks of less weathered rock (Article 47.12). Under these circumstances they may give rise to difficulties with foundations and other types of construction. Many deposits of transported soils are soft and loose to a depth of more than a hundred meters and may also lead to serious problems.

Soils of organic origin are formed chiefly *in situ*, either by the growth and subsequent decay of plants such as peat mosses or by the accumulation of fragments of the inorganic skeletons or shells of organisms. Hence a soil of organic origin can be either organic or inorganic. The term *organic soil* ordinarily refers to a transported soil consisting of the products of rock weathering with a more or less conspicuous admixture of decayed vegetable matter.

The soil conditions at the site of a proposed structure are commonly explored by means of test borings or test shafts. The inspector on the job examines samples of the soil as they are obtained, classifies them in accordance with local usage, and prepares a boring log or shaft record containing the name of each soil and the elevation of its boundaries. The name of the soil is modified by adjectives indicating the stiffness, color, and other attributes. At a later date the record may be supplemented by an abstract of the results of tests made on the samples in the laboratory.

The following list of soil types includes the names commonly used for field classification.

*Sand* and *gravel* are cohesionless aggregates of rounded subangular or angular fragments of more or less unaltered rocks or minerals. Particles with a size up to 2 mm are referred to as sand, and those with a size from 2 mm to 200 mm as gravel. Fragments with a diameter of more than 200 mm are known as *boulders*.

*Hardpan* is a soil that has an exceptionally great resistance to the penetration of drilling tools. Most hardpans are extremely dense, well-graded, and somewhat cohesive aggregates of mineral particles.

*Inorganic silt* is a fine-grained soil with little or no plasticity. The least plastic varieties generally consist of more or less equidimensional grains of quartz and are sometimes called *rock flour*, whereas the most plastic types contain an appreciable percentage of flake-shaped particles and are referred to as *plastic silt*. Because of its smooth texture, inorganic silt is often mistaken for clay, but it may be readily distinguished from clay without laboratory testing. If shaken in the palm of the hand, a pat of saturated inorganic silt expels enough water to make its surface appear glossy. If the pat is bent between the fingers, its surface again becomes dull. This procedure is known as the *shaking test*. After the pat has dried, it is brittle and dust can be detached by rubbing it with the finger. Silt is relatively impervious, but if it is in a loose state it may rise into a drill hole or shaft like a thick viscous fluid. The most unstable soils of this category are known locally under different names, such as bull's liver.

*Organic silt* is a fine-grained more or less plastic soil with an admixture of finely divided particles of organic matter. Shells and visible fragments of partly decayed vegetable matter may also be present. The soil ranges in color from light to very dark gray, and it is likely to contain a considerable quantity of $H_2S$, $CO_2$, and various other gaseous products of the decay of organic matter which give it a characteristic odor. The permeability of organic silt is very low and its compressibility very high.

*Clay* is an aggregate of microscopic and submicroscopic particles derived from the chemical decomposition of rock constituents. It is plastic within a moderate to wide range of water content. Dry specimens are very hard, and no powder can be detached by rubbing the surface of dried pats with the fingers. The permeability of clay is extremely low. The term *gumbo* is applied, particularly in the western United States, to clays that are distinguished in the plastic state by a soapy or waxy appearance and by great toughness. At higher water contents they are conspicuously sticky.

*Organic clay* is a clay that owes some of its significant physical properties to the presence of finely divided organic matter. When saturated, organic clay is likely to be very compressible, but when dry its strength is very high. It is usually dark gray or black and it may have a conspicuous odor.

*Peat* is a somewhat fibrous aggregate of macroscopic and microscopic fragments of decayed vegetable matter. Its color ranges between light brown and black. Peat is so compressible that it is almost always unsuitable for supporting foundations. Various techniques have been developed for carrying earth embankments across peat deposits without the risk of breaking into the ground, but the settlement of these embankments is likely to be large and to continue at a decreasing rate for many years.

If a soil is made up of a combination of two different soil types, the predominant ingredient is expressed as a noun, and the less prominent ingredient as a modifying adjective. For example, silty sand indicates a soil that is predominantly sand but contains a small amount of silt. A sandy clay is a soil that exhibits the properties of a clay but contains an appreciable amount of sand.

The aggregate properties of sand and gravel are described qualitatively by the terms *loose*, *medium*, and *dense*, whereas those of clays are described by *hard*, *stiff*,