# EXHIBIT 27

RECEIVED
JUL 25 2006
980 SW REG HO CLAIMS

7/18/06

To Whom it may concern:

I am submitting a copy of expenses
we have incurred since Hurricane Katrina.
I would like to submit a claim for
A.L.E. Please find a copy of Verizon
Bill, Water Bill, Entergy Bill, Rent c Lakeside
Oaks, 2 Receipts for Apt in Baton Rouge for
10/05 & 11/05, and receipt for Hotel Stay c
Cook Conference Center.

Thank You,

Kenneth & Jeassine Armstrong

CONFIDENTIAL
PARTY SENSITIVE

Policy# H32-291-066921-605 2

EXHIBIT
15
PENGAD 800-631-6989

LMIC-ARMS 0166



# Entergy

Entergy Gulf States Louisiana, Inc.
www.entergy.com

**CONFIDENTIAL**
**PARTY SENSITIVE**

**Service Location**
13170 Dutchtown Point Ave Apt 133
Gonzales, LA 70737

**For Billing Inquiries and Customer Service, call**
1-800-ENERGY Mon-Fri, 7am-7pm

**For Power Outages and Safety Concerns, call**
1-800-9OUTAGE 24 hours a day, 7 days a week

## Account Summary for Jeannine Armstrong

| Account # 52440858 | Mail Date | QPC 04000 |
| Invoice # 2000139 2727 | 04/05/2006 | Cycle 03 |

| Amount Due by 04/27/2006 | $108.98 |
| Amount Due after 04/27/2006 | $112.66 |

### Account Detail

| Previous Balance | | 114.81 |
| Payment Received | (03/16/2006) | -114.81 |
| Remaining Balance | | $.00 |

### Current Charges

| Customer Charge | | 4.46 |
| Energy Charge | | 45.02 |
| Fuel Adjustment | 1015 kWh @ $0.05882 | 59.50 |
| Current Month Energy Charges | | $108.98 |

### Meter Reading

| Meter # 7321259 | Rate : GS_RS | µ |
| Total Days ( 30 ) | | |
| Current Meter Reading | (04/01/2006) | 7446 |
| Previous Meter Reading | (03/02/2006) | - 6431 |
| kWh Metered | | 1015 |

$(00).348-3149

**KEEP**

LMIC-ARMS 0167



**Entergy**

Entergy Louisiana LLC
www.entergy.com

**Service Location**
4016 Hamlet Dr
Chalmette, LA 70043-1120

**For Billing Inquiries and Customer Service, call**
1-800-ENTERGY Mon-Fri, 7am-7pm

**For Power Outages and Safety Concerns, call**
1-800-9OUTAGE 24 hours a day, 7 days a week

## Account Summary for Kenneth P Armstrong

| Account # 29859972 | Mail Date 03/30/2006 | QPC 07000 |
| Invoice # 200409424 | | Cycle 04 |

| Date Due | Amount Due |
|---|---|
| 04/21/2006 | $102.79 |

### Important Messages

Due to the severity of damage to the property served by this account, the meter has been removed and billing suspended. We took some extra time calculating this bill due to our desire to get an actual reading of your meter if it was available. This bill is a calculation of any outstanding balance plus your deposit and any credits owed to you. If you have any future needs from Entergy for this account, please contact us at 1-800-ENTERGY.

### Account Detail

| | |
|---|---|
| Previous Balance | -2.23 |
| Deposit Applied | -50.00 |
| Accumulated Difference | 155.88 |
| Interest on Deposit | -.86 |
| **Remaining Balance (Due Now)** | **$102.79** |

### Current Charges

| | |
|---|---|
| Rate Minimum | 7.04 |
| Current Month Energy Charges | $7.04 |
| Hurricane Relief Credit | -7.04 |
| **Total Amount Due** | **$102.79** |

### Meter Reading

Rate : LA_RS

| | |
|---|---|
| Meter # 820635 | |
| Total Days ( 38 ) | |
| Current Meter Reading (03/10/2006) | 79297 |
| Previous Meter Reading (01/31/2006) | 79297 |
| kWh Metered | 0 |

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0168

KEEP



RECEIVED
JUL 2 6 2006
900 SW REG HO CLAIMS

CONFIDENTIAL
PARTY SENSITIVE



## Entergy

Entergy Gulf States Louisiana, Inc.

**Service Location**
13170 Dutchtown Point Ave Apt 133
Gonzales, LA 70737

For Billing Inquiries and Customer Service, call
1-800-ENTERGY Mon-Fri, 7am-7pm

For Power Outages and Safety Concerns, call
1-800-9OUTAGE 24 hours a day, 7 days a week

### Important Messages

Entergy is aware of some ongoing mail delivery issues reported by customers and employees alike. In some areas, You may want to minimize the impact of the postal delays by remitting payment upon receipt of your bill, taking your outgoing mail to a U.S. Postal facility and checking with your local post office once or twice a week to assure consistent service. You may also want to consider paying your bill at Quick Payment Centers in your area or through the bank account draft option called Draw Draft. Visit www.Entergy.com or call 1-800-Entergy to sign up for Draw Draft or for a list of Quick Payment Centers near you.

If you need to contact Entergy, please be aware that the hurricanes have put a heavier demand on our phone systems and representatives. This is causing longer wait times for you to reach a representative. You can use the automated voice system to quickly obtain your balance or other basic information. You can also contact Entergy through our Web site at www.entergy.com.

Entergy has established the Power of Hope Fund with a $1,000,000 contribution to help Katrina and Rita victims restore their lives. To make your donation, or apply for a grant, go to www.powerofhope.com.

### Account Summary for Jeannine Armstrong

| | | | |
|---|---|---|---|
| **Account #** 52440856 | **Mail Date** 02/03/2006 | **QPC** 04000 | |
| **Invoice #** 400012142185 | | **Cycle** 03 | |

| **Amount Due by 02/27/2006** | **$144.37** |
|---|---|
| Amount Due after 02/27/2006 | $149.76 |

### Account Detail

| | |
|---|---|
| Previous Balance | 187.59 |
| Payment Received (01/24/2008) | -187.59 |
| Remaining Balance | $.00 |

### Current Charges

| | |
|---|---|
| Customer Charge | 4.46 |
| Energy Charge | 46.04 |
| Formula Rate Plan | 3.87 |
| Fuel Adjustment 1125 kWH @$0.08 | 90.00 |
| Current Month Energy Charges | $144.37 |

### Meter Reading

Meter # 7321259          Rate : GS_RS

| | |
|---|---|
| Total Days ( 33 ) | |
| Current Meter Reading (01/31/2006) | 5415 |
| Previous Meter Reading (12/29/2005) | 4290 |
| kWH Metered | 1125 |

1125 kWH @ 7.6672%

LMIC-ARMS 0169

KEEP

# Entergy.

Entergy Gulf States Louisiana, Inc.
www.entergy.com

**Service Location**
13170 Dutchtown Point Ave Apt .133
Gonzales, LA 70737

**For Billing Inquiries and Customer Service, call**
1-800-ENTERGY Mon-Fri, 7am-7pm

**For Power Outages and Safety Concerns, call**
1-800-9OUTAGE 24 hours a day, 7 days a week

## Important Message

Entergy has established the Power of Hope Fund with a $1,000,000 contribution to help Katrina and Rita victims restore their lives. To make your donation, or apply for a grant, go to www.powerofhope.com.

## Account Summary for Jeannine Armstrong

| | | | |
|---|---|---|---|
| Account # 5244Ø8Ø6 | Mall Date 03/07/2006 | QPC: 04000 | |
| Invoice # 65OO926914 | | Cycle 03 | |
| Amount Due by 03/29/2006 | | | $114.81 |
| Amount Due after 03/29/2006 | | | $118.81 |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | 144.37 |
| Payment Received | (02/22/2006) | -144.37 |
| Remaining Balance | | $.00 |

## Current Charges

| | | |
|---|---|---|
| Customer Charge | | 4.46 |
| Energy Charge | | 41.57 |
| Formula Rate Plan | | 3.53 |
| Fuel Adjustment | 1016 kWh @ $0.06422 | 65.25 |
| Current Month Energy Charges | | $114.81 |

## Meter Reading

Rate: GS_RS

| | | |
|---|---|---|
| Meter # 7321259 | | |
| Total Days ( 30 ) | | |
| Current Meter Reading | (03/02/2006) | 6431 |
| Previous Meter Reading | (01/31/2006) | 5415 |
| kWh Metered | | 1016 |

Energy Charge
@ 7.6672%

CONFIDENTIAL
PARTY SENSITIVE

KEEP



# Entergy

*Entergy Gulf States Louisiana, Inc.*
www.entergy.com

**Service Location**
13170 Dutchtown Point Ave Apt 133
Gonzales, LA 70737

**For Billing Inquiries and Customer Service, call**
1-800-ENTERGY Mon-Fri, 7am-7pm

**For Power Outages and Safety Concerns, call**
1-800-9OUTAGE 24 hours a day, 7 days a week

## Important Messages

If you need to contact Entergy, please be aware that the hurricanes have put a heavier demand on our phone systems and representatives. This is causing longer wait times for you to reach a representative. You can use the automated voice system to quickly obtain your balance or other basic information, or if you call after the holidays (January 3rd), your wait time will be much shorter. You can also contact Entergy through our Web site at www.entergy.com

Entergy has established the Power of Hope Fund with a $1,000,000 contribution to help Katrina and Rita victims restore their lives. To make your donation, or apply for a grant, go to www.powerofhope.com.

## Account Summary for Jeannine Armstrong

| Account # 52440856 | Mail Date | QPC 04000 |
| Invoice # 10002388904 | 01/05/2006 | Cycle 03 |

| Amount Due by 01/27/2006 | $167.59 |
| Amount Due after 01/27/2006 | $172.08 |

## Current Charges

| Customer Charge | | 4.46 |
| Energy Charge | | 48.24 |
| Formula Rate Plan | | 4.04 |
| Fuel Adjustment | | 92.85 |
| | 1179 kWh @ $0.07875 | |
| Current Month Energy Charges | | $149.59 |
| Connect Fee - Electric | | 18.00 |
| Total Amount Due | | $167.59 |

## Meter Reading

| | | Rate : GS_RS |
| Meter # 7321259 | | |
| Total Days ( 29 ) | | (12/29/2005) |
| Current Meter Reading | | 4290 |
| Previous Meter Reading | | (12/01/2005) |
| | | 3111 |
| kWh Metered | | 1179 |

CONFIDENTIAL
PARTY SENSITIVE

**KEEP**

LMIC-ARMS 0171

 **verizon**wireless

P.O. BOX 105378
ATLANTA, GA 30348

## September 6, 2005                                Page 1 of 34

Account number  **To Make A Payment**
919808528-00001  Online:        verizonwireless.com (My Account)
Invoice number  Phone:         #PMT (#768) or #BAL (#225)
1112308557                     from your wireless phone. Airtime free.
                Mail Payment: Verizon Wireless
                               PO Box 660108
                               Dallas, TX 75266-0108

JEANNINE ARMSTRONG           **Contact Us**
4016 HAMLET DR               Online:       verizonwireless.com
CHALMETTE, LA 70043-1120     Phone:        *611 or 1-800-922-0204 Airtime free.
                             Mail Letters: Verizon Wireless
                                           P.O. BOX 105378
                                           Atlanta, GA 30348

## Verizon Wireless news

**DONATE TO THE RED CROSS HURRICANE RELIEF EFFORTS
USING TEXT MESSAGING**

To participate, you can send the word 'HELP' as a text message to
the address 24357 (2HELP). You will receive a reply message
asking to confirm a donation to the American Red Cross of $5.00
(five dollars). To do so, press "Y" on your keypad, and send the
message. Customers wishing to donate more than once can send
up to four additional text messages to 24357 for a total contribution
of $25.00. The donations will appear on your next monthly bill, and
the entire amount of each donation will be provided to the American
Red Cross to be used for Hurricane Katrina relief efforts. Standard
text messaging rates apply, and will be donated by Verizon
Wireless to the American Red Cross when the program is
completed. Program ends 10/31/05.

## Account summary
### Previous charges

| | |
|---|---|
| Previous balance | $131.76 |
| Payment received 08/29 - Thank you | -131.76 |
| Balance forward | $.00 |

### Current charges

| | |
|---|---|
| Monthly charges | 92.96 |
| Usage charges | 101.24 |
| Verizon Wireless surcharges and other charges and credits | 3.70 |
| Taxes, governmental surcharges and fees | 12.73 |
| Total current charges | $210.63 |

### Total Amount Due by October 01, 2005

*A late payment charge applies for unpaid balances. The charge is the greater of
$5 or 1.5% per month or as permitted by law, and are liquidated damages, not a
penalty.*

CONFIDENTIAL
PARTY SENSITIVE

---

**verizon**wireless
**Payment coupon**
Please return this portion with your check or money
order made payable to Verizon Wireless.

JEANNINE ARMSTRONG
4016 HAMLET DR
CHALMETTE, LA 70043-1120

| | | |
|---|---|---|
| Bill date | September 6, 2005 | VE |
| Account number | 919808528-00001 | |
| Invoice number | 1112308557 | |

| | |
|---|---|
| Balance forward | $.00 |
| Current charges | $210.63 |
| **AMOUNT DUE BY 10/01/05** | $210.63 |

MAKE CHECK PAYABLE TO
VERIZON WIRELESS
Amount enclosed

$ ☐☐☐.☐☐

PO BOX 660108
DALLAS, TX 75266-0108

☐ Check here and fill out the back of this slip if your billing address
has changed or you are adding or changing your email address.

LMIC-ARMS 0172

111230855701091980852800001000021063000021063B

 **verizon**wireless

P.O.BOX 105378
ATLANTA, GA 30348

# October 6, 2005

Page 1 of 38

| | |
|---|---|
| Account number | **To Make A Payment** |
| 919808528-00001 | Online: verizonwireless.com (My Account) |
| Invoice number | Phone: #PMT (#768) or #BAL (#225) |
| 1121327862 | from your wireless phone. Airtime free. |
| | Mail Payment: Verizon Wireless |
| | PO Box 660108 |
| | Dallas, TX 75266-0108 |

**Contact Us**
Online:        verizonwireless.com
Phone:        *611 or 1-800-922-0204 Airtime free.
Mail Letters:   Verizon Wireless
                P.O.Box 105378
                Atlanta, GA 30348

JEANNINE ARMSTRONG
4016 HAMLET DR
CHALMETTE, LA 70043-1120

## Verizon Wireless news

**DONATE TO THE RED CROSS HURRICANE RELIEF EFFORTS USING TEXT MESSAGING**

To participate, you can send the word 'HELP' as a text message to the address 24357 (2HELP). You will receive a reply message asking to confirm a donation to the American Red Cross of $5.00 (five dollars). To do so, press 'Y' on your keypad, and send the message. Customers wishing to donate more than once can send up to four additional text messages to 24357 for a total contribution of $25.00. The donations will appear on your next monthly bill, and the entire amount of each donation will be provided to the American Red Cross to be used for Hurricane Katrina relief efforts. Standard text messaging rates apply, and will be donated by Verizon Wireless to the American Red Cross when the program is completed. Program ends 10/31/05.

## Account summary
### Previous charges

| | |
|---|---|
| Previous balance | $210.63 |
| Payment - no payment received | .00 |
| Adjustments | -107.32 |
| **Balance forward** | **$103.31** |

### Current charges

| | |
|---|---|
| Monthly charges | 92.96 |
| Usage charges | 114.15 |
| Verizon Wireless surcharges and other charges and credits | 4.73 |
| Taxes, governmental surcharges and fees | 13.39 |
| **Total current charges** | **$225.23** |

### Total Amount

**$328.54**

*A late payment charge applies for unpaid balances. The charge is the greater of $5 or 1.5% per month or as permitted by law, and are liquidated damages, not a penalty.*

*Our records indicate your account is past due. Please send payment now to avoid service disruption. To confirm recent payments or pay your bill, dial #PMT and SEND airtime free from your wireless phone or login to My Account at VerizonWireless.com.*

**CONFIDENTIAL
PARTY SENSITIVE**

---

 **verizon**wireless
## Payment coupon
Please return this portion with your check or money order made payable to Verizon Wireless.

JEANNINE ARMSTRONG
4016 HAMLET DR
CHALMETTE, LA 70043-1120

| | | |
|---|---|---|
| Bill date | October 6, 2005 | VE |
| Account number | 919808528-00001 | |
| Invoice number | 1121327862 | |

| | |
|---|---|
| Balance forward | $103.31 |
| Current charges | $225.23 |
| **PAYMENT DUE IMMEDIATELY** | **$328.54** |
| MAKE CHECK PAYABLE TO | |
| VERIZON WIRELESS | |
| Amount enclosed | |

$ ☐☐☐ . ☐☐

PO BOX 660108
DALLAS, TX 75266-0108

☐ Check here and fill out the back of this slip if your billing address
has changed or you are adding or changing your email address.

LMIC-ARMS 0173

1121327862010919808528000010000225230000328548

**verizon**wireless

P.O.BOX 105378
ATLANTA, GA 30348

## November 6, 2005                    Page 1 of 35

| Account number | To Make A Payment | |
|---|---|---|
| 919808528-00001 | Online: | verizonwireless.com (My Account) |
| Invoice number | Phone: | #PMT (#768) or #BAL (#225) |
| 1130393898 | | from your wireless phone. Airtime free. |
| | Mail Payment: | Verizon Wireless |
| | | PO Box 660108 |
| | | Dallas, TX  75266-0108 |

JEANNINE ARMSTRONG
4016 HAMLET DR
CHALMETTE, LA  70043-1120

**Contact Us**
Online:        verizonwireless.com
Phone:        *611 or 1-800-922-0204 Airtime free.
Mail Letters:  Verizon Wireless
                   P.O.Box 105378
                   Atlanta, GA 30348

## Verizon Wireless news

**Save Time and Money**
It has never been easier to enroll in Auto Bill Pay.  See bottom of
page 2 for details.

## Account summary
### Previous charges

| | |
|---|---|
| Previous balance | $328.54 |
| Electronic check payment received 11/01 - Thank you | -328.54 |
| Balance forward | $.00 |

*We accepted your authorization to process an electronic check payment.*

### Current charges

| | |
|---|---|
| Monthly charges | 92.96 |
| Usage charges | 335.98 |
| Verizon Wireless surcharges and other charges and credits | 9.23 |
| Taxes, governmental surcharges and fees | 26.30 |
| Total current charges | $464.47 |

### Total Amount Due by  December 01, 2005           $464.47

*A late payment charge applies for unpaid balances.  The charge is the greater of
$5 or 1.5% per month or as permitted by law, and are liquidated damages, not a
penalty.*

CONFIDENTIAL
PARTY SENSITIVE

---

**verizon**wireless
## Payment coupon
Please return this portion with your check or money
order made payable to **Verizon Wireless.**

JEANNINE ARMSTRONG
4016 HAMLET DR
CHALMETTE, LA  70043-1120

| Bill date | November 6, 2005 | VE |
|---|---|---|
| Account number | 919808528-00001 | |
| Invoice number | 1130393898 | |

| | |
|---|---|
| Balance forward | $.00 |
| Current charges | $464.47 |
| **AMOUNT DUE BY  12/01/05** | **$464.47** |

**MAKE CHECK PAYABLE TO
VERIZON WIRELESS
Amount enclosed**

$ ☐☐☐.☐☐

PO BOX 660108
DALLAS, TX  75266-0108

☐  Check here and fill out the back of this slip if your billing address
has changed or you are adding or changing your email address.

1130393898010919808528000010000464470000464478

LMIC-ARMS 0174



P.O. BOX 105378
ATLANTA, GA 30348

## December 6, 2005

Page 1 of 35

Account number **919808528-00001**
Invoice number **1139514430**

**To Make A Payment**
Online: verizonwireless.com (My Account)
Phone: #PMT (#768) or #BAL (#225)
from your wireless phone. Airtime free.
Mail Payment: Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

**Contact Us**
Online: verizonwireless.com
Phone: *611 or 1-800-922-0204 Airtime free.
Mail Letters: Verizon Wireless
P.O. Box 105378
Atlanta, GA 30348

JEANNINE ARMSTRONG
4016 HAMLET DR
CHALMETTE, LA 70043-1120

## Verizon Wireless news

## Account summary
### Previous charges

| | |
|---|---|
| Previous balance | $464.47 |
| Payment - no payment received | .00 |
| Balance forward | $464.47 |

### Current charges

| | |
|---|---|
| Monthly charges | 92.96 |
| Usage charges | 527.29 |
| Verizon Wireless surcharges and other charges and credits | 13.38 |
| Taxes, governmental surcharges and fees | 38.03 |
| Total current charges | $671.66 |

**Total Amount** $1,136.13

*A late payment charge applies for unpaid balances. The charge is the greater of $5 or 1.5% per month or as permitted by law, and are liquidated damages, not a penalty.*

*Our records indicate your account is past due. Please send payment now to avoid service disruption. To confirm recent payments or pay your bill, dial #PMT and SEND airtime free from your wireless phone or login to My Account at VerizonWireless.com.*

**CONFIDENTIAL
PARTY SENSITIVE**

---

### verizon wireless
## Payment coupon
Please return this portion with your check or money order made payable to Verizon Wireless.

JEANNINE ARMSTRONG
4016 HAMLET DR
CHALMETTE, LA 70043-1120

| Bill date | December 6, 2005 | VE |
|---|---|---|
| Account number | 919808528-00001 | |
| Invoice number | 1139514430 | |

| | |
|---|---|
| Balance forward | $464.47 |
| Current charges | $671.66 |
| **PAYMENT DUE IMMEDIATELY** | **$1,136.13** |

MAKE CHECK PAYABLE TO
VERIZON WIRELESS
Amount enclosed

$ ☐ , ☐ ☐ ☐ . ☐ ☐

PO BOX 660108
DALLAS, TX 75266-0108

☐ Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.

LMIC-ARMS 0175

1139514430010919808528000010000671660001136138

**veri**z**on** *wireless*

P.O.BOX 105378
ATLANTA, GA 30348

30D01045 04 AB.I.0/8 *AUTO  T8 3 1206 70737-01013/ 1 345 E HOMAG002

ll..ll..ll.l..l.lll..l.llll..l.lll.l.....ll..ll..ll.l.l.l

JEANNINE ARMSTRONG
13170 DUTCHTOWN POINT AVE
APT 133
GONZALES, LA 70737-0101

## February 6, 2006

Page 1 of 27

| Account number | 91980528-00001 |
| Invoice number | 1157937422 |

**To Make A Payment**
Online:    verizonwireless.com (My Account)
Phone:     #PMT (#768) or #BAL (#225)
           from your wireless phone. Airtime free.
Mail Payment: Verizon Wireless
              PO Box 660108
              Dallas, TX 75266-0108

**Contact Us**
Online:       verizonwireless.com
Phone:        *611 or 1-800-922-0204 Airtime free.
Mail Letters: Verizon Wireless
              P.O.Box 105378
              Atlanta, GA 30348

## Account summary
### Previous charges

| | |
|---|---|
| Previous balance | $1,069.82 |
| Electronic check payment received 01/10 - Thank you | -886.13 |
| Payment received 01/90 - Thank you | -183.69 |
| Balance forward | $.00 |

*We accepted your authorization to process an electronic check payment.*

### Current charges

| | |
|---|---|
| Monthly charges | 92.96 |
| Usage charges | 12.10 |
| Verizon Wireless surcharges and other charges and credits | 3.81 |
| Taxes, governmental surcharges and fees | 7.11 |
| Total current charges | $115.98 |

### Total Amount Due by March 01, 2006        $115.98

*A late payment charge applies for unpaid balances. The charge is the greater of $5 or 1.5% per month or as permitted by law, and are liquidated damages, not a penalty.*

## Verizon Wireless news

**TXT Trivia Giveaway**
Enter our TXT Trivia Giveaway. When you TXT your answer to the TXT Alert question on the enclosed insert, you're automatically entered to win $500.  See enclosed insert for details.

**Save Time and Money**
It has never been easier to enroll in Auto Bill Pay.  See back of Payment Coupon below for details.

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0176



**verizon**wireless

P.O.BOX 105378
ATLANTA, GA 30348

30000958 04 AB 1 019 ··*AUTO T3 1 1306 70737-01013 1 345 E HONG3A02

JEANNINE ARMSTRONG
13170 DUTCH TWN PT AVE APT 133
GONZALES, LA 70737-0101

## Verizon Wireless news

**TXT, PIX and FLIX**
You can SAVE when you send TXT, PIX and FLIX Messages to
your family and friends with our new Message Bundles. It is that
easy. See enclosed insert for details.

CONFIDENTIAL
PARTY SENSITIVE

---

March 6, 2006

Page 1 of 30

**To Make A Payment**

| | |
|---|---|
| Account number | Online: |
| 919805529-00001 | verizonwireless.com (My Account) |
| Invoice number | Phone: |
| 1167238965 | #PMT (#768) or #BAL (#225) |
| | from your wireless phone. Airtime free. |
| | Mail Payment: Verizon Wireless |
| | PO Box 660108 |
| | Dallas, TX 75266-0108 |

**Contact Us**
Online:   verizonwireless.com
Phone:    *611 or 1-800-922-0204 Airtime free.
Mail Letters:  Verizon Wireless
          P.O.Box 105378
          Atlanta, GA 30348

## Account summary

**Previous charges**

| | |
|---|---|
| Previous balance | $115.98 |
| Payment - no payment received | .00 |
| Balance forward | $115.98 |

**Current charges**

| | |
|---|---|
| Account charges & credits | 5.00 |
|   Includes late fee of $5.00 | |
| Monthly charges | 92.96 |
| Usage charges | 33.38 |
| Verizon Wireless surcharges and other charges and credits | 3.22 |
| Taxes, governmental surcharges and fees | 7.96 |
| **Total current charges** | **$143.52** |

**Total Amount** $259.50

*A late payment charge applies for unpaid balances. The charge is the greater of
$5 or 1.5% per month or as permitted by law, and are liquidated damages, not a
penalty.*

*Our records indicate your account is past due. Please send payment now to avoid
service disruption. To confirm recent payments or pay your bill, dial #PMT and SEND
airtime free from your wireless phone or login to My Account at verizonwireless.com.*

LMIC-ARMS 0177

**verizon**wireless

P.O.BOX 105378
ATLANTA, GA 30348

30001136 04 AB 1.019 **AUTO T4 3 1408 70737-01013 1 34 E HOM30X02

JEANNINE ARMSTRONG
13170 DUTCHTWN PT AVE APT 133
GONZALES, LA 70737-0101

## Verizon Wireless news

**My Account**
Manage your account online and check your balance, make payments and more - FREE of charge. Visit verizonwireless.com and click on My Account - it is that easy. See enclosed insert for details.

CONFIDENTIAL
PARTY SENSITIVE

April 6, 2006                                         Page 1 of 31

Account number       To Make A Payment
919808528-00001   Online:     verizonwireless.com (My Account)
Invoice number    Phone:      #PMT (#768) or #BAL (#225)
1176208160                    from your wireless phone. Airtime free.

Mail Payment: Verizon Wireless
                 PO Box 660108
                 Dallas, TX 75266-0108

Contact Us
Online:      verizonwireless.com
Phone:       *611 or 1-800-922-0204 Airtime free.
Mail Letters: Verizon Wireless
               P.O.Box 105378
               Atlanta, GA 30348

## Account summary
### Previous charges

| | |
|---|---|
| Previous balance | $259.50 |
| Payment received 03/16 - Thank you | -115.98 |
| Payment received 03/24 - Thank you | -143.52 |
| Balance forward | $.00 |

### Current charges

| | |
|---|---|
| Monthly charges | 96.98 |
| Usage charges | 6.73 |
| Verizon Wireless surcharges and other charges and credits | 3.74 |
| Taxes, governmental surcharges and fees | 7.15 |
| Total current charges | $114.60 |

**Total Amount Due by  May 01, 2006          $114.60**

*A late payment charge applies for unpaid balances. The charge is the greater of $5 or 1.5% per month or as permitted by law, and are liquidated damages, not a penalty.*

LMIC-ARMS 0178

ASCENSION WATER COMPANY and LAUREL PROPERTIES, Ltd. FEES
Billing Service Provided by UPP for:

OLD DUTCHTOWN APT LLC
13170 DUTCHTOWN POINT
For Billing Questions
Call Complex Manager: 225-673-4700

| Account Number | Cycle | Service Address | | | Reading Date |
|---|---|---|---|---|---|
| 8 522 0020 03 | 19 | 13170 DUTCHTOWN POINT | | | DEC 28 2005 |
| Current Reading: | 101 | Previous Reading: 44 | Usage: | 133 | 57 |

WATER ......................... 14.26
NEW SERVICE .................. 15.00
SEWER ......................... 18.65  2
LA DHH OPH SDWA FEE ........... .27

TOTAL AMOUNT DUE BY JAN 24 2006          $48.18

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0179

ASCENSION WATER COMPANY and LAUREL PROPERTIES, Ltd. FEES
Billing Service Provided by UPP for:
OLD DUTCHTOWN APT LLC
13170 DUTCHTOWN POINT
For Billing Questions
Call Complex Manager: 225-673-4700

| Account Number | Cycle | Service Address | | | Reading Date |
|---|---|---|---|---|---|
| 8 522 0020 03 | 19 | 13170 DUTCHTOWN POINT | | | JAN 26 2006 |
| Current Reading: | 166 | Previous Reading: | 101 | Usage: | 65 |

| | | 133 | | |

WATER                    15.70
SEWER                    20.00
LA DHH OPH SDWA FEE        .27
BALANCE PAST DUE WTR       .71

TOTAL AMOUNT DUE BY FEB 22 2006          $36.68

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0180

ASCENSION WATER COMPANY and LAUREL PROPERTIES, Ltd. FEES
Billing Service Provided by UPP for:

OLD DUTCHTOWN APT LLC
13170 DUTCHTOWN POINT
For Billing Questions
Call Complex Manager: 225-673-4700

| Account Number | Cycle | Service Address | | | Reading Date |
|---|---|---|---|---|---|
| 8 522 0020 03 | 19 | 13170 DUTCHTOWN POINT | | | FEB 24 2006 |
| Current Reading: | 229 | Previous Reading: | 166 | Usage: | 63 |

WATER                                    15.34
SEWER                                    20.00
LA DHH OPH SDWA FEE                       .27

TOTAL AMOUNT DUE BY MAR 23 2006          $35.61

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0181

OneSite

## Print list

**Lakeside Oaks at Old Dutchtown**
**Armstrong, Kenneth (Unit 133)**
**Resident ledger - as of Property date: 05/24/2006**

| Unit | Date | Period | Ctrl # | Code | Description | Doc# | * | Charges | Credits | Balance |
|------|------|--------|--------|------|-------------|------|---|---------|---------|---------|
| 133 | 05/03/2006 | 052006 | 7 | PMTCHECK | may rent | 4885 | | | $890.00 | $0.00 |
| 133 | 05/01/2006 | 052006 | | RENT | Rent | | | $890.00 | | $890.00 |
| 133 | 04/01/2006 | 042006 | | RENT | Rent | | | $890.00 | | $0.00 |
| 133 | 04/01/2006 | 042006 | 1 | PMTCHECK | Payment By Check - Armstrong | 4861 | | | $890.00 | $-890.00 |
| 133 | 03/01/2006 | 032006 | 3 | PMTCHECK | march Rent | 4829 | | | $890.00 | $0.00 |
| 133 | 03/01/2006 | 032006 | | RENT | Rent | | | $890.00 | | $890.00 |
| 133 | 02/01/2006 | 022006 | | RENT | Rent | | | $890.00 | | $0.00 |
| 133 | 01/31/2006 | 012006 | 55 | PMTCHECK | Payment By Check - Armstrong Feb. Rent | 4810 | | | $890.00 | $-890.00 |
| 133 | 01/04/2006 | 012006 | 5 | PMTCHECK | Payment By Check - Armstrong | 4781 | | | $890.00 | $0.00 |
| 133 | 01/01/2006 | 012006 | | RENT | Rent | | | $890.00 | | $890.00 |
| 133 | 12/01/2005 | 122005 | | RENT | Rent | | | $890.00 | | $0.00 |
| 133 | 11/30/2005 | 112005 | 54 | PMTCHECK | Payment By Check - Armstrong | 4767 | | | $890.00 | $-890.00 |
| 133 | 11/14/2005 | 112005 | 35 | PMTCHECK | for application fee | 4758 | | | $35.00 | $0.00 |
| 133 | 11/08/2005 | 112005 | | APPFEE | Application Fee | | | $35.00 | | $35.00 |
| | | | | | | | | | **Balance** | **$0.00** |

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0182



# COOK
## CONFERENCE CENTER & HOTEL

Page:  1
Date:  01-Oct-05

CONFIDENTIAL
PARTY SENSITIVE

Arr Date   01-Sep-05
Dep Date   01-Oct-05

Guest Name   Armstrong, Kenny
Address      4016 Hamlet Place
City, State, Zip   Chalmette, LA  70043

Room        524
Account Id  59960
Plan        DRR

| Date | Description | Reference | Charges | Credits | Balance |
|------|-------------|-----------|---------|---------|---------|
| 01-Sep-05 | Room Charge | Room 524 | $69.00 | $0.00 | $69.00 |
| 02-Sep-05 | Room Charge | Room 524 | $99.00 | $0.00 | $168.00 |
| 03-Sep-05 | Room Charge | Room 524 | $99.00 | $0.00 | $267.00 |
| 04-Sep-05 | Room Charge | Room 524 | $99.00 | $0.00 | $366.00 |
| 05-Sep-05 | Room Charge | Room 524 | $99.00 | $0.00 | $465.00 |
| 06-Sep-05 | Room Charge | Room 524 | $99.00 | $0.00 | $564.00 |
| 07-Sep-05 | Room Charge | Room 524 | $99.00 | $0.00 | $663.00 |
| 08-Sep-05 | Room Charge | Room 524 | $99.00 | $0.00 | $762.00 |
| 09-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $841.00 |
| 10-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $920.00 |
| 11-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $999.00 |
| 12-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $1,078.00 |
| 13-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $1,157.00 |
| 14-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $1,236.00 |
| 15-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $1,315.00 |
| 16-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $1,394.00 |
| 17-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $1,473.00 |
| 18-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $1,552.00 |
| 19-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $1,631.00 |
| 20-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $1,710.00 |
| 21-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $1,789.00 |
| 22-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $1,868.00 |
| 23-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $1,947.00 |
| 24-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $2,026.00 |
| 25-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $2,105.00 |
| 26-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $2,184.00 |
| 27-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $2,263.00 |

LMIC-ARMS 0183



# COOK
## CONFERENCE CENTER & HOTEL

Page: 2
Date: 01-Oct-05

Arr Date  01-Sep-05
Dep Date  01-Oct-05

| Guest Name | Armstrong, Kenny | | Room | 524 |
|---|---|---|---|---|
| Address | 4016 Hamlet Place | | Account Id | 59960 |
| City, State, Zip | Chalmette, LA  70043 | | Plan | DRR |

| Date | Description | Detail | Amount | Credit | Balance |
|---|---|---|---|---|---|
| 28-Sep-05 | Long Distance | 5044517253/7524 15:27 0:01:00 SR Long Distance | $3.25 | $0.00 | $2,266.25 |
| 28-Sep-05 | Long Distance | 5044517253/7524 15:42 0:01:00 SR Long Distance | $3.25 | $0.00 | $2,269.50 |
| 28-Sep-05 | Local Call | 7673020/7524 19:26 0:06:00 SR Local | $0.50 | $0.00 | $2,270.00 |
| 28-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $2,349.00 |
| 29-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $2,428.00 |
| 30-Sep-05 | Room Charge | Room 524 | $79.00 | $0.00 | $2,507.00 |
| 01-Oct-05 | MasterCard | XXXX XXXX XXXX 1768 | $0.00 | $902.36 | $1,604.64 |

Total Folio Page 1     $1,604.64

X _____
Cardholder acknowledges receipt of goods and/or services in the amount of the total shown above
and agrees to perform the obligations and terms in the cardholder agreement with the seller.

| Merchant | Cook Conference Center & Hotel | Merchant Id  001056000030114901299 |
|---|---|---|
| | 3838 West Lakeshore Drive | |
| | Baton Rouge          LA      70808 | |

Card Number   XXXXXXXXXXXX1768  Exp 7/31/2006     Auth Code          Validation Code

Retrieval Reference #                    Transaction Identifier

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0184



# COOK
## CONFERENCE CENTER & HOTEL

Page: 3
Date: 01-Oct-05

Arr Date    01-Sep-05
Dep Date    01-Oct-05

| Guest Name | Armstrong, Kenny | | Room | 524 |
| Address | 4016 Hamlet Place | | Account Id | 59960 |
| City, State, Zip | Chalmette, LA 70043 | | Plan | DRR |

| Date | Description | Reference | Charges | Credits | Balance |
|------|-------------|-----------|---------|---------|---------|
| 01-Sep-05 | Local Call | 3872222/7524 12:10 0:01:00 SR Local | $0.50 | $0.00 | $0.50 |
| 02-Sep-05 | Dinner | Dinner (Charges posted for 5 Items). | $42.50 | $0.00 | $43.00 |
| 04-Sep-05 | Dinner | Dinner (Charges posted for 1 Items). | $52.50 | $0.00 | $95.50 |
| 05-Sep-05 | Dinner | Dinner (Charges posted for 2 Items). | $21.00 | $0.00 | $116.50 |
| 05-Sep-05 | Dinner | Dinner child (Charges posted for 1 Items). | $5.00 | $0.00 | $121.50 |
| 06-Sep-05 | Local Call | 2253430/7524 13:50 0:01:00 SR Local | $0.50 | $0.00 | $122.00 |
| 06-Sep-05 | Local Call | 3430317/7524 13:50 0:01:00 SR Local | $0.50 | $0.00 | $122.50 |
| 06-Sep-05 | Dinner | Dinner (Charges posted for 3 Items). | $31.50 | $0.00 | $154.00 |
| 07-Sep-05 | Dinner | Dinner (Charges posted for 2 Items). | $21.00 | $0.00 | $175.00 |
| 07-Sep-05 | Dinner | Dinner (Charges posted for 2 Items). | $21.00 | $0.00 | $196.00 |
| 13-Sep-05 | Dinner | Dinner (Charges posted for 2 Items). | $21.00 | $0.00 | $217.00 |
| 13-Sep-05 | Dinner | Dinner (Charges posted for 1 Items). | $10.50 | $0.00 | $227.50 |
| 14-Sep-05 | Dinner | Dinner (Charges posted for 1 Items). | $10.50 | $0.00 | $238.00 |

Total Folio Page 2     $238.00

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0185



# COOK
## CONFERENCE CENTER & HOTEL

Page:  4
Date:  01-Oct-05

Arr Date   01-Sep-05
Dep Date   01-Oct-05

| Guest Name | Armstrong, Kenny | | Room | 524 |
| Address | 4016 Hamlet Place | | Account Id | 59960 |
| City, State, Zip | Chalmette, LA 70043 | | Plan | DRR |

| Date | Description | Reference | Charges | Credits | Balance |
|------|-------------|-----------|---------|---------|---------|
| 01-Sep-05 | State Tax | Room 524 | $2.76 | $0.00 | $2.76 |
| 02-Sep-05 | State Tax | Room 524 | $3.96 | $0.00 | $6.72 |
| 03-Sep-05 | State Tax | Room 524 | $3.96 | $0.00 | $10.68 |
| 04-Sep-05 | State Tax | Room 524 | $3.96 | $0.00 | $14.64 |
| 05-Sep-05 | State Tax | Room 524 | $3.96 | $0.00 | $18.60 |
| 06-Sep-05 | State Tax | Room 524 | $3.96 | $0.00 | $22.56 |
| 07-Sep-05 | State Tax | Room 524 | $3.96 | $0.00 | $26.52 |
| 08-Sep-05 | State Tax | Room 524 | $3.96 | $0.00 | $30.48 |
| 09-Sep-05 | State Tax | Room 524 | $3.16 | $0.00 | $33.64 |
| 10-Sep-05 | State Tax | Room 524 | $3.16 | $0.00 | $36.80 |
| 11-Sep-05 | State Tax | Room 524 | $3.16 | $0.00 | $39.96 |
| 12-Sep-05 | State Tax | Room 524 | $3.16 | $0.00 | $43.12 |
| 13-Sep-05 | State Tax | Room 524 | $3.16 | $0.00 | $46.28 |
| 14-Sep-05 | State Tax | Room 524 | $3.16 | $0.00 | $49.44 |
| 15-Sep-05 | State Tax | Room 524 | $3.16 | $0.00 | $52.60 |
| 16-Sep-05 | State Tax | Room 524 | $3.16 | $0.00 | $55.76 |
| 17-Sep-05 | State Tax | Room 524 | $3.16 | $0.00 | $58.92 |
| 18-Sep-05 | State Tax | Room 524 | $3.16 | $0.00 | $62.08 |
| 19-Sep-05 | State Tax | Room 524 | $3.16 | $0.00 | $65.24 |
| 20-Sep-05 | State Tax | Room 524 | $3.16 | $0.00 | $68.40 |
| 23-Sep-05 | State Tax Adj | Tax Exempt | $0.00 | $68.40 | $0.00 |

Total Folio Page 3          $0.00

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0186



# COOK
## CONFERENCE CENTER & HOTEL

Page:  5
Date:  01-Oct-05

Arr Date   01-Sep-05
Dep Date   01-Oct-05

Guest Name   Armstrong, Kenny
Address   4016 Hamlet Place
City, State, Zip   Chalmette, LA  70043

Room   524
Account Id   59960
Plan   DRR

| Date | Description | Reference | Charges | Credits | Balance |
|------|-------------|-----------|---------|---------|---------|
| 01-Sep-05 | Local Tax | Room 524 | $3.45 | $0.00 | $3.45 |
| 02-Sep-05 | Local Tax | Room 524 | $4.95 | $0.00 | $8.40 |
| 03-Sep-05 | Local Tax | Room 524 | $4.95 | $0.00 | $13.35 |
| 04-Sep-05 | Local Tax | Room 524 | $4.95 | $0.00 | $18.30 |
| 05-Sep-05 | Local Tax | Room 524 | $4.95 | $0.00 | $23.25 |
| 06-Sep-05 | Local Tax | Room 524 | $4.95 | $0.00 | $28.20 |
| 07-Sep-05 | Local Tax | Room 524 | $4.95 | $0.00 | $33.15 |
| 08-Sep-05 | Local Tax | Room 524 | $4.95 | $0.00 | $38.10 |
| 09-Sep-05 | Local Tax | Room 524 | $3.95 | $0.00 | $42.05 |
| 10-Sep-05 | Local Tax | Room 524 | $3.95 | $0.00 | $46.00 |
| 11-Sep-05 | Local Tax | Room 524 | $3.95 | $0.00 | $49.95 |
| 12-Sep-05 | Local Tax | Room 524 | $3.95 | $0.00 | $53.90 |
| 13-Sep-05 | Local Tax | Room 524 | $3.95 | $0.00 | $57.85 |
| 14-Sep-05 | Local Tax | Room 524 | $3.95 | $0.00 | $61.80 |
| 15-Sep-05 | Local Tax | Room 524 | $3.95 | $0.00 | $65.75 |
| 16-Sep-05 | Local Tax | Room 524 | $3.95 | $0.00 | $69.70 |
| 17-Sep-05 | Local Tax | Room 524 | $3.95 | $0.00 | $73.65 |
| 18-Sep-05 | Local Tax | Room 524 | $3.95 | $0.00 | $77.60 |
| 19-Sep-05 | Local Tax | Room 524 | $3.95 | $0.00 | $81.55 |
| 20-Sep-05 | Local Tax | Room 524 | $3.95 | $0.00 | $85.50 |
| 23-Sep-05 | Local Tax Adj | Tax Exempt | $0.00 | $85.50 | $0.00 |

Total Folio Page 4          $0.00

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0187



# COOK
## CONFERENCE CENTER & HOTEL

Page:  6
Date:  01-Oct-05

Arr Date   01-Sep-05
Dep Date   01-Oct-05

Guest Name   Armstrong, Kenny
Address      4016 Hamlet Place
City, State, Zip   Chalmette, LA  70043

Room          524
Account Id   59960
Plan          DRR

| Date | Description | Reference | Charges | Credits | Balance |
|------|-------------|-----------|---------|---------|---------|
| 01-Sep-05 | Room Tax | Room 524 | $2.76 | $0.00 | $2.76 |
| 02-Sep-05 | Room Tax | Room 524 | $3.96 | $0.00 | $6.72 |
| 03-Sep-05 | Room Tax | Room 524 | $3.96 | $0.00 | $10.68 |
| 04-Sep-05 | Room Tax | Room 524 | $3.96 | $0.00 | $14.64 |
| 05-Sep-05 | Room Tax | Room 524 | $3.96 | $0.00 | $18.60 |
| 06-Sep-05 | Room Tax | Room 524 | $3.96 | $0.00 | $22.56 |
| 07-Sep-05 | Room Tax | Room 524 | $3.96 | $0.00 | $26.52 |
| 08-Sep-05 | Room Tax | Room 524 | $3.96 | $0.00 | $30.48 |
| 09-Sep-05 | Room Tax | Room 524 | $3.16 | $0.00 | $33.64 |
| 10-Sep-05 | Room Tax | Room 524 | $3.16 | $0.00 | $36.80 |
| 11-Sep-05 | Room Tax | Room 524 | $3.16 | $0.00 | $39.96 |
| 12-Sep-05 | Room Tax | Room 524 | $3.16 | $0.00 | $43.12 |
| 13-Sep-05 | Room Tax | Room 524 | $3.16 | $0.00 | $46.28 |
| 14-Sep-05 | Room Tax | Room 524 | $3.16 | $0.00 | $49.44 |
| 15-Sep-05 | Room Tax | Room 524 | $3.16 | $0.00 | $52.60 |
| 16-Sep-05 | Room Tax | Room 524 | $3.16 | $0.00 | $55.76 |
| 17-Sep-05 | Room Tax | Room 524 | $3.16 | $0.00 | $58.92 |
| 18-Sep-05 | Room Tax | Room 524 | $3.16 | $0.00 | $62.08 |
| 19-Sep-05 | Room Tax | Room 524 | $3.16 | $0.00 | $65.24 |
| 20-Sep-05 | Room Tax | Room 524 | $3.16 | $0.00 | $68.40 |
| 23-Sep-05 | Room Tax Adj | Tax Exempt | $0.00 | $68.40 | $0.00 |

Total Folio Page 5          $0.00

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0188



# COOK
## CONFERENCE CENTER & HOTEL

Page: 7
Date: 01-Oct-05

Arr Date 01-Sep-05
Dep Date 01-Oct-05

Guest Name     Armstrong, Kenny
Address        4016 Hamlet Place
City, State, Zip  Chalmette, LA 70043

Room        524
Account Id  59960
Plan        DRR

| Date | Description | Reference | Charges | Credits | Balance |
|------|-------------|-----------|---------|---------|---------|
| 03-Sep-05 | MasterCard | XXXX XXXX XXXX 1768 | $0.00 | $232.84 | -$232.84 |
| 09-Sep-05 | MasterCard | XXXX XXXX XXXX 1768 | $0.00 | $824.22 | -$1,057.06 |
| 19-Sep-05 | MasterCard | XXXX XXXX XXXX 1768 | $0.00 | $785.58 | -$1,842.64 |

Total Folio Page 6    -$1,842.64

X _____

Cardholder acknowledges receipt of goods and/or services in the amount of the total shown above
and agrees to perform the obligations and terms in the cardholder agreement with the seller.

Merchant    Cook Conference Center & Hotel
            3838 West Lakeshore Drive
            Baton Rouge        LA        70808

Merchant Id  0010560000030114901299

Card Number    XXXXXXXXXXXX1768 Exp 7/31/2006      Auth Code          Validation Code

Retrieval Reference #              Transaction Identifier

CONFIDENTIAL
PARTY SENSITIVE

LMIC-ARMS 0189