# EXHIBIT 28

PLAINTIFFS' MEDIATION WORKSHEET
HOLMES
823.5066

EXHIBIT
Taylor
27

ACFIC 000687

| Item | Amount |
|---|---|
| Gardening Tool Rack | 50.00 |
| Horse Shoe Set | 40.00 |
| 3 Ladders | 200.00 |
| Power Tools | 2,000.00 |
| Propane Stove | 50.00 |
| Racquet Ball Rackets | 90.00 |
| Rakes | 50.00 |
| Red Devil Grill | 80.00 |
| Seed Spreader/Fertilizer | 50.00 |
| Shovels | 60.00 |
| Stove | 1,000.00 |
| Tackle and Gear | 100.00 |
| Tennis Balls | 15.00 |
| Tennis Rackets | 90.00 |
| Tool Chests (2) | 300.00 |
| Tools | 3,000.00 |
| Volleyball Set | 40.00 |
| Water Purifiers | 40.00 |
| Weed Eater | 150.00 |
| **Subtotal** | **12,560.00** |

## PROHIBITED USE

**Evacuated:** Houston, TX

**No. Of Evacuees:** 3

**Expenses:**

| | |
|---|---|
| Travel | 665.09 |
| Lodging | 500.00 |
| Clothing | 1,917.51 |
| Food | 2,374.31 |
| **Subtotal** | **5,456.91** |

## ADDITIONAL LIVING EXPENSES

### Houston, TX

| | |
|---|---|
| Hotel for 1 Month | 1,050.00 |

ACFIC 000690

**Spring, TX**

Utilities for 8 Months..................................................................................................3,600.00

Subtotal........................................................................................................................4,650.00

## DEMAND

63,231.41

ACFIC 000691