UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO | * * * * * | SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## **O R D E R**

Considering the preceding Consent Motion to Enlarge the Length of Reply Brief;

**IT IS ORDERED** that Washington Group International, Inc. be, and it hereby is, **GRANTED** leave to file a reply brief in support of its *Daubert* motion to exclude the testimony and opinions of Dr. Robert Bea in excess of ten (10), but not exceeding thirty-three (33), pages.

New Orleans, Louisiana, this   31st   day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

1093077v.1