# EXHIBIT 39

**InterContinental Hotels & Resorts**

Roy Rob Pub
Bea List 23
Address Levee
Geo Topics
pre Katrina

23 ⎫ Conf. Proc
13 ⎭

Books
11
12
13

BEA Exhibit 26

www.intercontinental.com