# EXHIBIT 41

Case 2:05-cv-04182-SRD-JCW   Document 20869-3   Filed 05/31/12   Page 2 of 5
Case 2:05-cv-04182-SRD-JCW   Document 19976-3   Filed 07/27/10   Page 2 of 56
2698

```
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF LOUISIANA
3
4
5  IN RE:  KATRINA DREDGING      *   Civil Action
   LIMITATION ACTION             *
6  CONSOLIDATED LITIGATION       *   No. 05-4182
                                 *
7                                *   Section K(2)
   PERTAINS TO:                  *
8  BARGE                         *   New Orleans, Louisiana
                                 *
9  MUMFORD, C.A. NO. 05-5724, AS *   July 8, 2010
   TO PLAINTIFFS JOSEPHINE       *
10 RICHARDSON AND HOLLIDAY       *   Afternoon Session
   JEWELERS, INC., ONLY          *
11 AND                           *
   BENOIT, C.A. NO. 06-7516, AS  *
12 TO PLAINTIFFS JOHN ALFORD AND *
   JERRY ALFORD ONLY             *
13 * * * * * * * * * * * * * * * *

14                          DAY TWELVE
                      BENCH TRIAL BEFORE THE
15               HONORABLE STANWOOD R. DUVAL, JR.
                    UNITED STATES DISTRICT JUDGE
16
17 APPEARANCES:

18 For the Plaintiffs:        Best Koeppel
                              BY:  LAURENCE E. BEST, ESQ.
19                            BY:  PETER S. KOEPPEL, ESQ.
                              2030 St. Charles Avenue
20                            New Orleans, Louisiana 70130

21
22 For the Plaintiffs:        Law Offices of Brian A. Gilbert
                              BY:  BRIAN A. GILBERT, ESQ.
23                            2030 St. Charles Avenue
                              New Orleans, Louisiana  70130
24
25
```

Case 2:05-cv-04182-SRD-JCW Document 20869-3 Filed 05/31/12 Page 3 of 5
Case 2:05-cv-04182-SRD-JCW Document 19769-3 Filed 07/27/10 Page 3 of 5
2737

| | | |
|---|---|---|
| 14:35 | 1 | of the pressure that they exert on that soil. |
| 14:35 | 2 | **Q.** So is horizontal pressure -- or horizontal permeability |
| 14:35 | 3 | different from vertical permeability? |
| 14:35 | 4 | **A.** Indeed it is. |
| 14:35 | 5 | I would further explain that the green range of |
| 14:35 | 6 | permeabilities that we have used describes the permeabilities |
| 14:35 | 7 | that we've incorporated in our analyses. But the very high |
| 14:35 | 8 | range of 10-to-the-minus-2; we've gone at loads |
| 14:35 | 9 | 10-to-the-minus-6; and as I've previously opined, the best |
| 14:35 | 10 | estimate value we have for the marsh material is |
| 14:35 | 11 | 10-to-the-minus-4. |
| 14:35 | 12 | I've outlined here in red what Dr. Marino has used |
| 14:36 | 13 | for the marsh material on the protected side, and that's in |
| 14:36 | 14 | that range of 10-to-the-minus-8 to 10-to-the-minus-7. |
| 14:36 | 15 | **THE COURT:** Just so I understand, it is your -- is it |
| 14:36 | 16 | your testimony that Dr. Marino -- I tell you what: Explain it |
| 14:36 | 17 | to me. How did Dr. Marino factor in horizontal permeability in |
| 14:36 | 18 | his analysis and how does it specifically differs from how you |
| 14:36 | 19 | did it? |
| 14:36 | 20 | **THE WITNESS:** Well, Dr. Marino used, in general, |
| 14:36 | 21 | permeabilities in the horizontal direction that were equal to |
| 14:36 | 22 | or -- 2.5 is the number that is in my memory, but times that |
| 14:36 | 23 | vertical permeability. We consistently used a factor of 10. |
| 14:37 | 24 | So the horizontal permeability was a factor of 10 times the |
| 14:37 | 25 | vertical permeability. |

Case 2:05-cv-04182-SRD-JCW Document 20869-3 Filed 05/31/12 Page 4 of 5
Case 2:05-cv-04182-SRD-JCW Document 19769-3 Filed 07/27/10 Page 36 of 56
2753

| | | |
|---|---|---|
| 15:14 | 1 | **A.** That's correct. |
| 15:14 | 2 | **Q.** And the south breach initiated somewhere around 6:00 a.m. |
| 15:14 | 3 | That's your contention; is that correct? |
| 15:14 | 4 | **A.** That's correct. |
| 15:14 | 5 | **Q.** And it was fully formed somewhere around 8:00 or 8:30; is |
| 15:15 | 6 | that about right? |
| 15:15 | 7 | **A.** The south breach fully developed approximately 7:00 to |
| 15:15 | 8 | 8:00 a.m. |
| 15:15 | 9 | **Q.** I apologize. So it was fully formed at about 7:00 to |
| 15:15 | 10 | 8:00 in the morning on the 29th; is that correct? |
| 15:15 | 11 | **A.** That's correct. |
| 15:15 | 12 | **Q.** The London Avenue breach, that initiated somewhere around |
| 15:15 | 13 | 8:30 a.m. on the 29th; is that fair? |
| 15:15 | 14 | **A.** I think that's correct. |
| 15:15 | 15 | **Q.** Now, in terms of seepage, that's something that you've |
| 15:15 | 16 | already mentioned to the Court, at least for a portion of your |
| 15:15 | 17 | analysis, but for a period of time, you've been heavily |
| 15:15 | 18 | criticized on your seepage analysis; is that fair? |
| 15:15 | 19 | **A.** I don't think I've been criticized. I think the |
| 15:15 | 20 | independent levee team was correctly appropriately criticized |
| 15:15 | 21 | for the use of their very high water conductivity that we used |
| 15:16 | 22 | in stages 1 and 2 of the IPET -- ILIT work. |
| 15:16 | 23 | **Q.** And you were co-leader of that team; is that fair? |
| 15:16 | 24 | **A.** That's correct. |
| 15:16 | 25 | **Q.** And at the time that they came up with those conclusions |

Case 2:05-cv-04182-SRD-JCW Document 20869-3 Filed 05/31/12 Page 5 of 5
Case 2:05-cv-04182-SRD-JCW Document 19769-3 Filed 07/27/10 Page 5 of 56

2754

| | | |
|---|---|---|
| 15:16 | 1 | that they had, you agreed with those conclusions; correct? |
| 15:16 | 2 | **A.** Who came up with which conclusions? |
| 15:16 | 3 | **Q.** I apologize. That was -- |
| 15:16 | 4 | **A.** I find your question confusing. |
| 15:16 | 5 | **Q.** That wasn't a very good question. I'm sorry. |
| 15:16 | 6 | At the time that the ILIT team, which you were a |
| 15:16 | 7 | co-leader of, came up with its conclusions regarding seepage |
| 15:16 | 8 | and underseepage, you were in agreement with those conclusions; |
| 15:16 | 9 | correct? |
| 15:16 | 10 | **A.** That's correct. |
| 15:16 | 11 | **Q.** And at all times when the ILIT team put out a report, any |
| 15:16 | 12 | portion of its report, at the time it was put out, you were in |
| 15:16 | 13 | agreement with those conclusions; fair? |
| 15:16 | 14 | **A.** That's correct. |
| 15:16 | 15 | **Q.** And you were in agreement with the methodologies that were |
| 15:16 | 16 | used; fair? |
| 15:16 | 17 | **A.** To the point at which that work was done, that's correct. |
| 15:17 | 18 | **Q.** Fair. |
| 15:17 | 19 | Now, at that time when you came up with the |
| 15:17 | 20 | preliminary report, and then you came up with a second report |
| 15:17 | 21 | and then a third report, at those times, the seepage analysis |
| 15:17 | 22 | with which you and -- at which you and Dr. Marino differ, that |
| 15:17 | 23 | was criticized; fair? |
| 15:17 | 24 | **A.** It was criticized by the IPET team. |
| 15:17 | 25 | Referring to the second stage of our work, we |