# EXHIBIT 43

Case 2:05-cv-04182-SRD-JCW   Document 20869-5   Filed 05/31/12   Page 2 of 7
Case 2:05-cv-04182-SRD-JCW   Document 19965-5   Filed 07/31/10   Page 3 of 21
2600

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3
   ***************************************************************
 4
   IN RE:  KATRINA CANAL
 5 BREACHES CONSOLIDATED
   LITIGATION
 6
                               CIVIL ACTION NO. 05-4182
 7                             SECTION "K" (2)
                               NEW ORLEANS, LOUISIANA
 8                             THURSDAY, JULY 8, 2010, 9:00 A.M.

 9 PERTAINS TO BARGE

10
   MUMFORD   C.A. NO. 05-5724
11 AS TO CLAIMS OF PLAINTIFFS
   JOSEPHINE RICHARDSON AND
12 HOLIDAY JEWELERS, INC.,
   ONLY
13

14 BENOIT   C.A. NO. 06-7516
   AS TO CLAIMS OF PLAINTIFFS
15 JOHN ALFORD AND JERRY
   ALFORD ONLY
16

17 ***************************************************************

18
                    DAY 12, MORNING SESSION
19         TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
        HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
20                 UNITED STATES DISTRICT JUDGE

21


22 APPEARANCES:

23
   FOR THE PLAINTIFFS:      BEST KOEPPEL TRAYLOR
24                          BY:  LAURENCE E. BEST, ESQUIRE
                            2030 ST. CHARLES AVENUE
25                          NEW ORLEANS LA  70130
```

Case 2:05-cv-04182-SRD-JCW Document 20869-5 Filed 05/31/12 Page 3 of 7
Case 2:05-cv-04182-SRD-JCW Document 19769-5 Filed 07/27/10 Page 3 of 71
2626

| | | |
|---|---|---|
| 09:55AM | 1 | We bring progressively, over time, bring fill in, inhabit the |
| 09:55AM | 2 | area in the -- Lower Ninth Ward is a result of that continuous |
| 09:55AM | 3 | history. |
| 09:55AM | 4 | THE COURT: It's, in essence, reclaimed land or land |
| 09:55AM | 5 | that was, was it, in essence, marshy prior to that time? |
| 09:55AM | 6 | THE WITNESS: Yes. |
| 09:55AM | 7 | THE COURT: Thank you. |
| 09:55AM | 8 | EXAMINATION |
| 09:55AM | 9 | BY MR. RAFFMAN: |
| 09:55AM | 10 | Q. Before we leave this slide, these borings were done by whom? |
| 09:55AM | 11 | A. By a wide variety of agencies and groups. For example, |
| 09:55AM | 12 | Eustis Engineering, whom I used to work with when I worked here |
| 09:56AM | 13 | in New Orleans, performed some of these soil borings for the |
| 09:56AM | 14 | U.S. Army Corps of Engineers. |
| 09:56AM | 15 | The group of three cores located here at my pointer were |
| 09:56AM | 16 | performed by the ILIT team, Gordon Boutwell supervising. Dr. |
| 09:56AM | 17 | David Rogers, a world authority geologist, was the logger on the |
| 09:56AM | 18 | hole. Now, Dr. Diego Cobos-Roa was one of the workers on this |
| 09:56AM | 19 | soil boring, and I was one of the observers. |
| 09:56AM | 20 | So these things have been performed by a variety of |
| 09:56AM | 21 | different organizations, agencies, to give us insight into this |
| 09:57AM | 22 | very complex geological picture. |
| 09:57AM | 23 | Q. Do you believe, Dr. Bea, that the number of borings that |
| 09:57AM | 24 | have been performed by ILIT and others related to the area of the |
| 09:57AM | 25 | south breach was sufficient for the analysis that you and others |

Case 2:05-cv-04182-SRD-JCW Document 20869-5 Filed 05/31/12 Page 4 of 7
Case 2:05-cv-04182-SRD-JCW Document 19769-5 Filed 07/27/10 Page 28 of 71
2627

09:57AM 1 have conducted of the causes of the failures there?
09:57AM 2 A.    Yes, I do.
09:57AM 3 Q.    Let's go to the next slide.
09:57AM 4       We have here Defendants's Exhibit 206.  This is Bea report
09:57AM 5 Appendix C, Figure 38.  Would you describe for the Court what's
09:57AM 6 shown in this slide?
09:57AM 7 A.    A similar picture, unfortunately, not colored, so it tends
09:57AM 8 to be pretty boring, and I don't mean soil boring.
09:57AM 9       You can start at the ground surface, and we're now at the
09:57AM 10 location of the north breach, so where I am drawing this line
09:58AM 11 with my pointer is the east bank industrial area that occupied
09:58AM 12 the water side of the levee that is shown here, so the levee
09:58AM 13 surface goes down.
09:58AM 14      Again, we have the in-filled, now buried Jourdan canal, a
09:58AM 15 drainage canal that was on the protected side.  The vertical red
09:58AM 16 lines are the soil cores that are available to draw this
09:58AM 17 cross-section.  Shown here in the darker coloration area is an
09:58AM 18 in-fill excavation or excavations, and the soil cores have
09:58AM 19 penetrated but later becomes an excavation.
09:58AM 20      This is one of the reasons why you have to be very, very
09:58AM 21 careful as you characterize the soils because history of the area
09:59AM 22 has a great deal to do with the soils that are found at a
09:59AM 23 particular point, so we have to carefully understand when the
09:59AM 24 borings are performed relative to the development features, but
09:59AM 25 it's very similar to the south breach area.  We've got fill over

Case 2:05-cv-04182-SRD-JCW Document 20869-5 Filed 05/31/12 Page 5 of 7
Case 2:05-cv-04182-SRD-JCW Document 19769-5 Filed 07/27/10 Page 5 of 71
2628

```
09:59AM   1  the marsh, and the marsh was indeed something that Jean Lafitte
09:59AM   2  saw here in the 1700s and in the course have laid delta -- delta
09:59AM   3  deposits all the way down to the Pleistocene interface
09:59AM   4  approximately at minus 100 feet.
09:59AM   5  Q.   All right.  And we're going to talk more about that box and
09:59AM   6  what was in it, the gray box, but to make clear, that box
09:59AM   7  represents areas that you concluded had been excavated and filled
10:00AM   8  in with sand or sandy material.
10:00AM   9  A.   Correct.
10:00AM  10  Q.   Now, did you believe that -- in forming your conclusions,
10:00AM  11  did you believe that the number of borings and the boring
10:00AM  12  information was sufficient to allow for a characterization of the
10:00AM  13  soils in the area of the north breach?
10:00AM  14  A.   Yes.
10:00AM  15  Q.   Let's go to the next slide.
10:00AM  16       The next slide is Defendant's Exhibit 207, Bea supplemental
10:00AM  17  report, Figure 5.  Would you describe for the Court what is shown
10:00AM  18  in this slide?
10:00AM  19  A.   This slide is a second cross-section that we analyzed at the
10:00AM  20  north breach.  The additional soils test that I am referencing
10:00AM  21  here that were brought forward by Dr. Marino in his work, he had
10:00AM  22  located and analyzed.  He had located soil borings and cores at
10:01AM  23  this location performed by Fugro Materials Management Group.
10:01AM  24       These cores were, as discussed earlier in this trial,
10:01AM  25  performed for the purpose of understanding the soils that were in
```

Case 2:05-cv-04182-SRD-JCW Document 20869-5 Filed 05/31/12 Page 6 of 7
Case 2:05-cv-04182-SRD-JCW Document 19979-5 Filed 07/27/10 Page 8 of 21
2647

10:51AM 1    Boring 81A that we discussed earlier contains materials that
10:51AM 2  are characteristic of these kinds of fills.
10:51AM 3  Q.   And as it relates to your opinions regarding blowout
10:51AM 4  hydrologic -- hydraulic connectivity and seepage, what is the
10:51AM 5  relevance of the presence of sandy materials?
10:51AM 6  A.   This allows water to communicate rapidly and efficiently
10:51AM 7  with these underlying marsh layers.
10:51AM 8       Now, there is two things that are important as we think
10:51AM 9  about this water soil interaction.  One we have been calling
10:52AM 10 seepage.  Seepage is water transmission through the soil like
10:52AM 11 heat transmission through metals, and it follows the velocity of
10:52AM 12 the flow.  If those seepage flows are great enough, you can
10:52AM 13 develop what's called "piping".  Soil is being removed.  That
10:52AM 14 piping, when it gets to the surface, expresses itself as sand
10:52AM 15 boils.  These are well known along the Mississippi River levees.
10:52AM 16      The second important effect is pressure.  And because the
10:52AM 17 materials are saturated as pressure at one point is developed,
10:52AM 18 it's rapidly instantaneously developed at a nearby point.
10:52AM 19      Two different effects.
10:52AM 20 Q.   Two different effects.  The first one being the piping
10:52AM 21 effect, the moving through, and the second one being the
10:52AM 22 immediate communication of pressure?
10:53AM 23 A.   Correct.
10:53AM 24 Q.   All right.  We're going to see some slides now on that
10:53AM 25 second effect, what you've called "hydraulic uplift".

Case 2:05-cv-04182-SRD-JCW Document 20869-5 Filed 05/31/12 Page 7 of 7
Case 2:05-cv-04182-SRD-JCW Document 19769-5 Filed 07/27/10 Page 9 of 71
2648

10:53AM 1    May I have the next slide, please.  May I have the next
10:53AM 2 slide, please.  And let me have the third slide.
10:53AM 3    Dr. Bea, would you explain for the Court the concept of
10:53AM 4 transmission of hydraulic pressure.
10:53AM 5 A.   I chose this means to explain to my wife what hydraulic
10:53AM 6 uplift is.  And the analogy that I developed is a car lift in a
10:53AM 7 garage, and I'm showing the car and the lift here to the right,
10:53AM 8 and the analogy is to the protected side of the floodwall.  So
10:54AM 9 this could represent the levee, and on top of the levee would be
10:54AM 10 other things, for example, a road or a street or a structure.
10:54AM 11    Here to the left is representing a hydraulic cylinder.  This
10:54AM 12 would be an analogy to a sand backfilled excavation.
10:54AM 13    The red arrow is indicating a force but the analogy would be
10:54AM 14 pressure from the rising surge level on the east bank industrial
10:54AM 15 side.  A pressure pushes down at a small area, it is
10:54AM 16 instantaneously transferred through the fluid, the fluid being
10:54AM 17 water, and soil is virtually incompressible, hence, the pressure
10:55AM 18 transmission.  When it rises and is acting over a much larger
10:55AM 19 area, we can effectively counteract the downward force caused by
10:55AM 20 the weight of the levee, and that is a destabilizing effect on
10:55AM 21 the levee.
10:55AM 22 Q.   The reason that you have a destabilizing effect on the levee
10:55AM 23 is because the levee is relying on the weight of the soil on the
10:55AM 24 protected side to provide stability, right?
10:55AM 25 A.   That's correct.