# EXHIBIT 49

LAKE PONTCHARTRAIN LA. AND VICINITY
LAKE PONTCHARTRAIN BARRIER PLAN
AND CHALMETTE AREA PLAN

# DESIGN MEMORANDUM NO. 4
# GENERAL DESIGN
# FLORIDA AVENUE COMPLEX, IHNC



DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS

JUNE 1980

PREPARED BY



n-y ASSOCIATES, INC.
CONSULTING ENGINEERS
ARCHITECTS & PLANNERS

SERIAL NO.   5

