# EXHIBIT 52



189-090903-08 IT Utility gas line at Indian Towing



189-091003-09 BM Purging of gas line at AM62

WGI016098


189-091103-18 BM Capped gas line at AM62


189-091103-19 BM Painted capped gas line at AM62

WGI016103


190-091103-01 MY Capping gas line at AM54


190-091103-02 MY Capping gas line at AM54

WGI016104