# EXHIBIT 53

MMG

DACA56-94-D-0021 East Bank Industrial Area
Line 71, Position G
USACE New Orleans
71G

| | | | |
|---|---|---|---|
| Drilling Agency | : Fugro | Disturbed, Undist. | : N/A |
| Hole No. | : 71G | Elev. of GW | : 5.75' |
| Name of Driller | : S. Bender | Date Hole Started | : 9/20/01 |
| Direction of Hole | : Vertical | Date Hole Comp. | : 9/20/01 |
| Thick. of Overburden | : 4' | Elev. Top of Hole | : Ground Surface |
| Dep. Dr. Into Native | : 5' | Total Core Rec. | : 100% |
| Total Depth of Hole | : 9' | Signature of Insp. | : [signature] |
| Size and Type of Bit | : 2" & 4" Split Spoons | Job # | : DACA56-94-D-0021 |
| Manuf. Desg. of Drill | : CME 75 High Torque | Latitude | : 29.978261N |
| Sample Intervals | : 2 | Longitude | : 90.0213034W |

| Depth in Feet | Legend | USCS | GRAPHIC | DESCRIPTION | % Core Recovery | XRF (ppm +/- error) (Nominal Secs.) | FID (ppm/time) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | (14:33) |
| 0–1.5 | Fill | F | | FILL, SHELL. | | | | SPT #'s 0'-2': 20, 41, 44, 23 2'-4': 5, 1, 1, 2 |
| | | | | | 100 | 71.5 +/- 21 62 | 4 / 15:12 | EBIA-SI-71G-SL-00-03 Inorganics |
| 1.5–3 | | CL | | FILL, LEAN CLAY, dark gray, stiff, no organics, no odor. | | | | |
| 3–4 | | CL | | FILL, LEAN CLAY, dark gray, stiff, no organics, no odor. | | | | (14:40) |
| 4–6 | Native | CL-ML | | SILTY CLAY, some varving, wet below 5.75'. | 100 | 27.2 +/- 13 63 | 579 / 15:14 | EBIA-SI-71G-SL-03-06 Organics, TPH-D |
| 6–8 | Water Table | CL-ML | | SILTY CLAY, gray, soft, no organics, no odor. | 100 | <15.0 61 | 177 / 15:16 | (14:44) |
| 8–8.75 | | CH | | FAT CLAY, gray, high plasticity, moderately soft to stiff. | | | | |
| 8.75–9 | | PT | | PEAT, brown, soft. | | | | EOB=9' |

Sample Tech: C. Robertson

Geologist: S. Callaway

LOG OF BORING 71G

(Page 1 of 1)