# EXHIBIT 54

June 2001

# Inner Harbor Navigation Canal East bank Industrial Area New Orleans, Louisiana

## International Tank Terminal & McDonough Marine Borrow Pit Areas Drilling Report - I

Prepared for:

 Washington

2500 Surekote Road
New Orleans, LA  70117

By:



3520 General DeGaulle Drive, Suite 3010
New Orleans, LA  70114

DACA56-94-D-0021
Task Order #0002
MMG # 3002-MKC

WGI331964

putting soils into small plastic bags (whirlpak) specifically designed for this process and then testing the soil for approximately sixty (60) nominal seconds as registered on the XRF. All OVA and lead XRF readings were recorded and can be found in Appendix F.

Several boreholes contained visual evidence or had high field screening data that indicated possible contamination. Borehole 6F located at ITT had a dark turquoise blue staining and tested very high for metals. Borehole 55G at MM had a petroleum odor and free product[1]. OVA readings for this borehole were slightly elevated. The corrected OVA readings (minus methane) increased regularly with plant derived organic content. Borehole 55C at MM was stopped at twenty (20) feet after OVA readings in the thousand parts per million (ppm) range were detected at the top of the borehole.

### Soil Types
Fill material was found at both sites varying in thickness from one to six (1–6) feet, and varied in content. The fill material at ITT was invariably thicker than at MM, and consisted of concrete, fly ash (solidified) and sand. The fill material at MM was primarily shell.

Native soil types for both the ITT and MM site were fairly consistent. Silts and clays were the main constituents of the native soils to the limiting borehole depth of twenty-two feet. Varved[2] sediments were often encountered as shallow as three (3) feet at MM, indicating that the sediments were native and undisturbed.

Plant derived organics were found throughout the borehole depth. Plant derived organics found at both sites consisted of roots, grasses, leaves, wood and peat. The percentage of plant derived organic content usually increased after fourteen feet in depth. Peat layers were encountered in several boreholes at both ITT and MM.

All of the native soils logged during this drilling event are typical of deltaic or lacustrine environments. The varved sediments indicate that still or quiet water, such as a lake or a deltaic ponding area, was prevalent in this area during the time that those sediments were deposited. High plant derived organic content indicates a swamp or marsh-like area.

Please see Tables 4 and 5 for soil classifications, and Figure A-2 for typical elevation cross-section.

Refer to Appendix B for boring logs, and Appendix C, Figures C-1 and C-2 for McDonough Marine north-south and east-west geological cross-sections, respectively.

---

[1] Free Product – Phase-separated hydrocarbons.
[2] Varved – Distinct lamination of sediments indicating change in seasons or depositional source.

WGI331971

IHNC/EBIA Drilling Report – I
ITT & MM Borrow Pit Areas

3002-MKC-DRG
06/22/01

**Table 4: Fill Materials**

### FILL MATERIALS

| Classification | ITT | MM | Description |
|---|---|---|---|
| Top Soil | X | X | Organic rich sandy top soil, 2" to 18" thick. |
| Shell | X | X | Common, economical, bi-valve shells used to build up low areas and for roadbeds and parking areas. |
| Concrete | X | | Discarded concrete waste, often lacking normal aggregate content, 6" to over 4' thick. |
| Concrete | | X | Building slabs, set and cured appropriately, approximately 4" thick. |
| Fly Ash | X | | Very dense, hard to drill through, pozzolanic. |
| SP | X | | Poorly graded sands used as fill |
| SW | X | X | Well graded sands used as fill |
| SW/ML | X | | Silty, well graded sands used as fill |
| CL | | X | Lean inorganic clay used as fill, or that has been disturbed |
| CL/ML | X | X | Silty Clay, used as fill |
| Obstructions | X | X | Concrete and fly ash were the most common fill materials that were considered to obstruct drilling activities. Three holes at ITT also had a metallic obstruction of unknown size and origin. |

MATERIALS MANAGEMENT GROUP, INC.

Page 7

WGI331972

iNC/EBIA Drilling Report – I                3002-MKC-DRG
ITT & MM Borrow Pit Areas                      05/30/01

**Table 5: Native Materials**

## NATIVE MATERIALS

| Classification | ITT | MM | Description |
|---|---|---|---|
| CH |  | X | Fat Inorganic Clay with high plasticity, soft to stiff. Usually gray. |
| CL |  | X | Lean Inorganic Clay with low to moderate plasticity, ranging from very soft to very stiff. Can contain organics that do not alter the characteristics of the clay. Usually gray. |
| CL/ML | X | X | Silty Clay, enough silt to alter the texture and plasticity of the clay, ranging from very soft to very stiff. Can contain organics that do not alter the characteristics of the soil. Usually gray or greenish gray. |
| CL/PT | X | X | High organic containing clay that has retained its clay properties. Usually gray and/or brown. |
| ML | X | X | Silt, usually found in thin layers (about 1" thick). Does not commonly contain organics. Usually gray. |
| ML/CL | X | X | Clayey silt, sometimes flowing (milkshake consistency) beneath the water table. Usually gray or greenish gray. Can contain organics that do not alter the characteristics of the soil. |
| Pt | X | X | Peat with both decomposed and intact organic components. Usually brown or dark brown. Commonly lacks any other soil characteristics. |
| Wood | X | X | Intact wood, may be native cypress. Usually found at both sites at a depth of about fifteen feet. |

Organics:  This term refers to plant-derived organics and not organic chemicals.

MATERIALS MANAGEMENT GROUP, INC.                        Page 8

WGI331973