# EXHIBIT 55

CEMVN-ED-FS                                                                 2 May 02

MEMORANDUM FOR C/Construction Division 
                ATTN: Lee Guillory

**SUBJECT**: IHNC Lock Replacement Project, Total Environmental Restoration Contract (TERC) for Remedial Action of East Bank Industrial Area (EBIA), Task Order 0026, New Orleans, LA

1. As per your request in the 15 Apr 02 memo, the section forwarded were analyzed for stability. The proposed Surekote Road remedial soil excavation (3' deep x 25' wide) and ~15' from the adjacent Jourdan Avenue floodwall/levee did not present a stability problem. The proposed 16' deep McDonough Marine borrow area did present a stability problem with respect to the eastern side of the borrow area. Various options were analyzed and are shown on the enclosures.

2. Although analysis was not requested, it should be noted that the proposed 16' deep McDonough Marine borrow area with respect to the western side is not stable. The stability with respect to the western side is below unity.

3. 12" lifts of 90% Proctor compacted backfill within +5% and –3% optimum water content prior to compacting is recommended.

4. POC is Julie Oliphant, x2035.


4 Encl.
as.

                                                            Gerard S. Satterlee
                                                            Chief, Engineering Division





NCS-007-000000252

CEMVN-CD-QM                                                                15-Apr-02

MEMORANDUM FOR C/Engineering Division; ATTN: CEMVN-ED-F

SUBJECT: IHNC Lock Replacement Project, Total Environmental Restoration Contract (TERC) for Remedial Action of East Bank Industrial Area (EBIA), Task Order 0026, New Orleans, LA

1. The 32-acre tract of land designated as the East Bank Industrial Area is currently undergoing demolition and site remediation by TERC Contractor, Washington Group International, for New Orleans District. Upon conclusion of this remediation effort in 2003, NOD and the Louisiana Department of Environmental Quality (LDEQ) will environmentally clear the EBIA for future dredging of the IHNC Lock Replacement bypass channel.

2. Construction Division requests your office's assistance in evaluating the following two items such that the remedial action can be accomplished in compliance with NOD's geotechnical engineering principles and practices:

   (a) Evaluate the structural stability of the proposed 16' deep McDonough Marine Borrow Area with respect to the existing Jourdan Avenue levee and floodwall. See attached Plan (Encl 1) and cross sections (Encl 2) for evaluation. Provide a stability control line with respect to the eastern side of the borrow area.

   (b) Evaluate the structural stability of the proposed Surekote Road remedial soil excavation (3' deep x 25' wide) and ~15' from the adjacent Jourdan Avenue floodwall/levee. Provide a stability control line and assess whether Construction Division and the contractor should utilize a sheeting, shoring or bracing system to safely accomplish this soil excavation. Recommended soil backfill and compaction requirements would be appreciated as well.

3. Charge labor for this work to L64544. Your reply is requested by 3 May 02.

4. If any additional information is required, contact Lee Guillory, HTRW Construction Manager, CD-QM, x2934.

                                                    JAMES L. MILES, Jr.
                                                    Chief, Construction Division

2 Encls.

ENCL 4

NCS-007-000000253

**PAGE 2**





**PAGE 4**

**Guillory, Lee A MVN**

| | |
|---|---|
| From: | Spadaro, Jean MVN |
| Sent: | Thursday, September 14, 2000 2:12 PM |
| To: | Guillory, Lee A MVN |
| Subject: | FW: Geotech input for east side demolition |

-----Original Message-----
| | |
|---|---|
| From: | Gately, Jim R MVN |
| Sent: | Wednesday, September 13, 2000 4:12 PM |
| To: | Spadaro, Jean MVN |
| Subject: | Geotech Input for east side demolition |

Jean here's what I have. I can't think of anymore than this. Call if you have any questions.

Jim x2980

SUBJECT: Inner Harbor Navigation Canal, East Side Industrial Area Demolition.

ATTN: Ms. Spadaro

1. Reference the meeting on 8 Sep 00 with Ms. Spadaro requesting geotech input to the above named contract.

    (a.) After any excavation (or soil displacement) on the canal bank above or below the waterline has been completed the contractor shall finish the slope to a 1v on 3h. Additionally the contractor shall provide compliance surveys to the Contracting Officer showing that this has been accomplished.

    (b.) Any excavations deeper than 3' shall have the slopes cut on a 1v on 3h slope.

    (c.) Stockpiles shall be no higher than 5' above the surrounding terrain and shall be placed no closer than 20' from the edge of the excavation.

    (d.) Soil used to backfill any of the excavations shall be compacted to the density of the existing soil.

    (e.) When the fence posts are removed the soil used to backfill shall be the soil that was removed or sand brought up to the existing

1

grade and hand tamped to the density of the surrounding terrain.

    (f.)    The contractor shall smooth the finished surface and slope to drain so that the surface water will drain freely to the canal and not cause ponding of the runoff.

    (g.)    The minimum elevation that the contractor should dress the area to is 3.0 NGVD.

    (h.)    The contractor should cut the bank to no closer than 260' as measured perpendicular to the existing floodwall.

3. The P.O.C. is Jim Gately , ext. 2980.

2

NCS-007-000000257