# EXHIBIT 56

# Failures at the Inner Harbor Navigation Canal,
# East Bank Industrial Area, during Hurricane Katrina



IHNC – EBIA Breaches, photo taken 6 September 2005, courtesy of USACE.

**Prepared for:**    **Jones Day, Washington, D.C.**



 **Stone Pigman Walther Wittmann L.L.C.**



**Prepared by:**    **Francisco Silva - Tulla, Sc.D., P.E.**
 **Consulting Civil Engineer**
 **GeoEngineering & Environment**



## 12 March 2012

12 BASKIN ROAD ● LEXINGTON ● MASSACHUSETTS ● USA ● 02421-6929 ● +1.781.862.1515 ●
silva@alum.mit.edu



Figure VI-9:  Aftermath of South Breach failure

## VII.  ASSESSMENT OF "EXPERT REPORT of ROBERT GLENN BEA, Ph.D., P.E."  and  "SITE CHARACTERIZATION OF EASTERN SIDE OF THE IHNC" by J. David Rogers, Ph.D., P.E.

Forensic engineering analyses of floodwall performance presented by Dr. Bea (2012) contain several critical errors.  Most significantly, Dr. Bea erred in characterizing the hydrogeological properties of the materials used in his analyses, particularly Specific Storage, even when Dr. Rogers (2012) reports in his reliance materials site–specific appropriate values for those very properties.

Similarly, Dr. Rogers (2012) states that "the permeability of the Swamp/Marsh layer at the EBIA site ranges from $10^{-4}$ to $10^{-6}$, with a most likely value of $10^{-5}$," but also fails to recognize the importance of Specific Storage or compressibility properties found in his reliance materials.  Since transient flow controlled seepage through the EBIA flood protection structures and its effects on the EBIA flood walls during the Katrina storm

surge, this omission was fatal to a correct analysis. Table VII-1 lists this important deficiency along with some of the other deficiencies identified in the Roger (2012) report.

Table VII-1: Rogers (2012) Site Characterization Deficiencies

| # | Rogers (2012) Site Characterization Deficiencies |
|---|---|
| 1 | Failure to recognize the importance of Specific Storage or compressibility when analyzing transient flow problems. |
| 2 | Unconfined aquifer conditions were not considered during the analyses of the pumping test despite high storativity values from the school test. |
| 3 | Data analysis for School Site test #2 appears flawed.  The drawdown measurements were small compared to the normal fluctuations in the observation wells' water elevations. |
| 4 | Stated selection criteria for School Site of "minimal degree of overburden loading" appears incompatible with his statement on page 172 that that "In-situ permeability test results from this site would be used to provide the permeability lower bound (lowest permeability) due to the magnitude of overburden and organic layer thickness." |
| 5 | Inaccurate statements such as: "Agreement from all parties was obtained regarding well development, initiating tests, and performing the tests" on page 189. |
| 6 | Inaccurate statements such as: "substantial non-compliance with the Joint SOPs and lack of effort by Defense Experts to develop the observation wells" on page 190. |
| 7 | Lack of observation wells sufficiently close to the control well to allow measurement of the small drawdown experienced during Test 2 and Test 3 at the School Site. |
| 8 | School Site test 1 initiated at an unsustainable flow rate. |
| 9 | Inaccurate statements such as: "Development on the School and S. EBIA sites was done in compliance with the Joint SOPs" on page 198. |
| 10 | Improper well development procedures such a "Bottled water (<32 oz) was added to each observation well or pumping well as water was being removed to maintain a constant head in the wells" on page 198. |
| 11 | Lack of discussion about unorthodox field practices such as the "Borrow bailing" technique. |
| 12 | Misleading statements such as "In both test the lack of adequate drawdown in the Observation Wells can be attributed to the lack of available drawdown and the duration of maximum drawdown in the pumping well" on page 202. |
| 13 | Invalid assumptions such as "the assumption that all wells were fully penetrating" on page 203. |

All of Dr. Bea's flow analyses use grossly incorrect values of compressibility, expressed in terms of the Coefficient of Volume Change, $m_v$. Table VII-2 shows some of the values involved. This error invalidates all of Dr. Bea's flow analyses.

Table VII-2:  Coefficient of Volume change, $m_v$, and Specific Storage, Upper Organic Clay

| Parameter: | Coefficient of Volume Change, $m_v$ | | Specific Storage, $S_s$ | |
|---|---|---|---|---|
| Units: | 1/kPa | 1/psf | 1/cm | 1/ft |
| | | | | |
| Used in analyses for this report | $7 \times 10^{-4}$ to $6 \times 10^{-3}$ | $4 \times 10^{-5}$ to $3 \times 10^{-4}$ | $7 \times 10^{-5}$ to $5 \times 10^{-4}$ | $2 \times 10^{-3}$ to $2 \times 10^{-2}$ |
| From storativity values in Pope (2012). presented in Rogers (2012) reliance material | $5 \times 10^{-4}$ | $2 \times 10^{-5}$ | $5 \times 10^{-5}$ | $2 \times 10^{-3}$ |
| Seep/W guidance, if sought | $1 \times 10^{-5}$ | $4.8 \times 10^{-7}$ | $9.8 \times 10^{-5}$ | $3 \times 10^{-5}$ |
| Used in Bea's analyses | | | | |
| • 24 Feb 2012 response from Tom Sims' email attachment | $1 \times 10^{-5}$ | $4.8 \times 10^{-7}$ | $1 \times 10^{-6}$ | $3 \times 10^{-5}$ |
| • From Bea's Seep/W files | $2.1 \times 10^{-8}$ | $1 \times 10^{-9}$ | $2 \times 10^{-9}$ | $6 \times 10^{-8}$ |

1kPa = 20.885456 psf                    1 cm = 0.032808 ft

$S_s = \gamma_w \bullet m_v$ (incompressible water)        $\gamma_w = 9.81$ kN/m$^3$ = 62.4 psf

To check the effect of this fatal flaw, we used a computer file provided as part of the reliance materials to duplicate one of Dr. Bea's flow analyses. Using the same computer program employed by Dr. Bea (GeoStudio SEEP/W) we obtained the same results Dr. Bea reports using his incorrect compressibility values.  We then repeated the analysis after changing only the clays' Coefficient of Volume Change to the average site-specific value of $5 \times 10^{-5}$ 1/psf. The maximum exit gradient decreased from up to about 1.2 to about 0.4.  The nature of the transient flow regime in the model changed drastically.

In effect, Dr. Bea's flow analyses model the EBIA soft clays with a material less compressible than intact rock!  Dr. Bea's flow analyses use an $m_v = 0$ for the toe fill material, making it the most incompressible material in the

universe.   This error produces the invalid and misleading flow analyses results presented in Dr. Bea's assessment of "Forensic Engineering Analyses of Floodwall Performance."

Dr. Bea's erroneous flow analyses results totally misrepresent the subsurface flow regime during the Katrina storm surge, giving the impression that changes in total head occur immediately, because he models the soft clays as porous, incompressible materials. During the storm surge, total heads change from total stress changes, not from subsurface flow.

Based on incorrect flow analyses, Dr. Bea reached incorrect and invalid conclusions about the cause of failure of the North and South breaches at the IHNC EBIA.

Table VII-3 lists some of the other deficiencies we identified during our review of Dr. Bea's forensic engineering analyses of floodwall performance.

**Table VII-3: Bea (2012) Site Characterization Deficiencies**

| | Dr. Bea's (2012) Forensic Engineering Analyses Deficiencies |
|---|---|
| 1 | Failure to recognize the importance of Specific Storage or compressibility when analyzing transient flow problems. |
| 2 | Incorrect cause of failure conclusions based on incorrect and misleading flow analyses. Page: 12, 13, and other throughout the entire report. |
| 3 | Incorrect cause of failure conclusion based on inaccurate or misleading excavation geometry and composition. Page 13, 18, and others. |
| 4 | Incorrect cause of failure conclusions related to gap formation.  Page 15 |
| 5 | Incorrect understanding of site stress history. Page 41 |
| 6 | Incorrect failure mechanisms based on incorrect flow analyses or misunderstanding of soil mechanics fundamentals. |
| 7 | Incorrect cause of failure conclusions based on incorrect stability analyses and misuse of probability applications. |
| 8 | Incorrect cause of failure conclusions based on inaccurate subsurface geometry. Page 99 |
| 9 | Incorrect conclusions due to inaccurate use of storm hydrograph. |

| | Dr. Bea's (2012) Forensic Engineering Analyses Deficiencies |
|---|---|
| 10 | Appendix B – Figure 5a (Pg 9) incorrectly identifies the location of the floodwall and in turn the breach location and any distances to features based on this location.  No source information for the figure is indicated. |
| 11 | Appendix B – Figures 10 through 13 (pages 14-17) and Figure 27 (page 31) do not indicate scale or datum on either axis. |
| 12 | Appendix B – Reference NAVD88 as a vertical datum.  Does not use NAVD88(2004.65).. |
| 13 | Appendix B – Figure 29 and Figure 30 (Page 33 and 34) do not indicate scale or datum on either axis. |
| 14 | Appendix B – Figure 32a (Page 37) incorrectly identifies the location of the floodwall and in turn the breach location and any distances to features based on this location.  No source information for the figure is indicated. |
| 15 | Appendix B – Figure 32b and Figure 32c (Pages 38-39) incorrectly indicates WGI contaminated soils work being conducted adjacent to floodwall, when trenching activities shown on Figure 32c only extend up to the western edge of Surekote Road (~40 feet from Floodwall). |
| 16 | Appendix B – Figures 33, 35, 41 and 42 (Pages 40 and 42) does not indicate scale or datum on either axis. |
| 17 | Appendix C – Incomplete representation of PZ-3, PZ-5 and PZ-9 logs. |
| 18 | Appendix C – Incomplete presentation of data used in analysis (missing storage or compressibility values) and misleading representation of analysis on Figures 6 and 13. |
| 19 | Appendix C – Misleading and incomplete representation of modeled hydraulic response after storm events in Figures 7 and 14. |
| 20 | Misleading use of photographs |
| 21 | Incorrect description of materials used for backfill |
| 22 | Incomplete information about areas not backfilled |