EXHIBIT 60

Case 2:05-cv-04182-SRD-JCW   Document 20869-22   Filed 05/31/12

THE GEOLOGICAL SOCIETY OF AMERICA, INC.

Memoir 97

# Handbook of Physical Constants

*Revised Edition*

SYDNEY P. CLARK, JR., *Editor*

Yale University, New Haven, Connecticut



PUBLISHED BY THE SOCIETY

1966

QE
1
.G42
no. 97

A 6265

Copyright 1966, The Geological Society of America, Inc.
Library of Congress Catalog Card Number 66-19814

PUBLISHED BY
THE GEOLOGICAL SOCIETY OF AMERICA, INC.
231 East 46th Street, New York, New York 10017

Made in the United States of America

# CONTENTS

| Section | Page |
|---|---|
| 1. Composition of rocks. By S. P. Clark, Jr. . . . . . . . . . . . . | 1 |
| 2. Abundances of the elements. By A. G. W. Cameron. . . . . . . . . | 7 |
| 3. Isotopic abundances and 1961 atomic weights. By S. P. Clark, Jr. . . | 11 |
| 4. Density of rocks. By R. A. Daly, G. E. Manger, and S. P. Clark, Jr. . | 19 |
| 5. X-ray crystallographic data, densities, and molar volumes of minerals. By R. A. Robie, P. M. Bethke, M. S. Toulmin, and J. L. Edwards . | 27 |
| 6. Thermal expansion. By B. J. Skinner . . . . . . . . . . . . . . . | 75 |
| 7. Compressibility; elastic constants. By Francis Birch . . . . . . . . | 97 |
| 8. Internal friction in rocks. By J. J. Bradley and A. N. Fort, Jr. . . . . | 175 |
| 9. Seismic velocities. By Frank Press . . . . . . . . . . . . . . . . | 195 |
| 10. Geodetic data. By G. J. F. MacDonald. . . . . . . . . . . . . . | 219 |
| 11. Strength and ductility. By John Handin . . . . . . . . . . . . . | 223 |
| 12. Viscosity. By S. P. Clark, Jr. . . . . . . . . . . . . . . . . . . | 291 |
| 13. Melting and transformation points in oxide and silicate systems at low pressure. By F. C. Kracek and S. P. Clark, Jr. . . . . . . . . . . | 301 |
| 14. Phase relations in sulfide-type systems. By G. Kullerud . . . . . . . | 323 |
| 15. High-pressure phase equilibria. By S. P. Clark, Jr. . . . . . . . . . | 345 |
| 16. Pressure-volume-temperature and phase relations of water and carbon dioxide. By G. C. Kennedy and W. T. Holser . . . . . . . . . . | 371 |
| 17. Binary mixtures of volatile components. By H. J. Greenwood and H. L. Barnes . . . . . . . . . . . . . . . . . . . . . . . . . . | 385 |
| 18. Ionization constants in aqueous solutions. By H. L. Barnes and H. C. Helgeson . . . . . . . . . . . . . . . . . . . . . . . . | 401 |
| 19. Solubility. By S. P. Clark, Jr. . . . . . . . . . . . . . . . . . . | 415 |
| 20. Thermodynamic properties of minerals. By R. A. Robie . . . . . . | 437 |
| 21. Thermal conductivity. By S. P. Clark, Jr. . . . . . . . . . . . . . | 459 |
| 22. Heat flow and volcanic temperatures. By W. H. K. Lee and S. P. Clark, Jr. . . . . . . . . . . . . . . . . . . . . . . . . . | 483 |
| 23. Radioactive decay constants and energies. By G. W. Wetherill. . . . | 513 |
| 24. Abundances of uranium, thorium, and potassium. By S. P. Clark, Jr., Z. E. Peterman, and K. S. Heier . . . . . . . . . . . . . . . . | 521 |
| 25. Magnetic properties of rocks and minerals. By D. H. Lindsley, G. E. Andreasen, and J. R. Balsley. . . . . . . . . . . . . . . . | 543 |
| 26. Electrical properties of rocks and minerals. By G. V. Keller . . . . . | 553 |
| 27. Conversion factors, numerical constants, atomic constants. By S. P. Clark, Jr. . . . . . . . . . . . . . . . . . . . . . . . | 579 |

SECTION 9

# SEISMIC VELOCITIES

by FRANK PRESS

## CONTENTS

| | | PAGE |
|---|---|---|
| Table 9-1. | Wave velocities in igneous rocks at small pressures and depths and normal temperatures | 197 |
| 2. | Compressional wave velocities in rocks as a function of pressure | 198 |
| 3. | Shear wave velocities in rocks as a function of pressure | 201 |
| 4. | Velocities in sedimentary and metamorphic rocks | 202 |
| 5. | Wave velocities in unconsolidated sediments | 204 |
| 6. | Wave velocities in water, ice, and petroleum | 207 |
| 7. | Compressional and shear velocities in various metals and materials | 207 |
| 8. | Crustal structure measurements by seismic refractions | 210 |
| 9. | Guided waves | 213 |
| 10. | Periods of free oscillations of the earth | 213 |
| 11. | Gutenberg's velocities | 215 |
| 12. | Jeffrey's velocities | 215 |

## ILLUSTRATIONS

| | | |
|---|---|---|
| Figure 9-1. | Compressional velocities from bore holes in sandstone-shale sections | 203 |
| 2. | Wave velocities in submarine sediments | 204 |
| 3. | Empirical velocity dependence on density and mean atomic weight | 205 |
| 4. | Sound velocity in sea water | 205 |
| 5. | Typical velocity-depth curves in Atlantic and Pacific oceans | 206 |
| 6. | Velocity-depth curve in firn–iced firn zone of Greenland ice cap | 206 |
| 7. | Compressional velocity variation with depth in the continental crust | 208 |
| 8. | Observed velocities for Rayleigh waves | 212 |
| 9. | Observed velocities for Love waves | 212 |

## INTRODUCTION

At best, seismic exploration reveals only the variation of elastic velocity at differing depths in the earth. It remains to interpret this variation, usually in terms of the distribution of material with depth, occasionally in terms of the vertical variation of temperature, state, porosity, and other velocity-affecting parameters. Rarely can a unique interpretation of material distribution be made from seismic data alone. This is due to the large range of velocities even for well defined materials, and the common overlapping of velocity ranges of different materials.

Velocity depends on a large number of factors. Among these are mineralogical composition, fluid content, temperature, pressure, grain size, cementation, direction with respect to bedding or foliation, and alteration. Lithologic classification is not at present fine enough to significantly reduce the velocity range for a given rock type. Sampling errors as much as 10 per cent for both laboratory and field determinations may occur. For these reasons a compilation of seismic velocities serves to provide known ranges (with no assurance that the possible extremes have been covered), and if possible, a statement of average values or typical ranges.

Many field and laboratory studies have been devoted to the determination of seismic velocities. A complete listing is not attempted here, priority in selection being given to recent measurements on well described, common rocks. Field measurements are based almost entirely on explosion-generated waves in the frequency range of 10–100 cycles/sec. Laboratory determinations are typically made on small cylindrical samples. Resonance methods using audio frequencies, and pulse techniques using frequencies as high as $10^7$ cycles/sec are used. Fortunately, dispersion of seismic body waves in the frequency $10^{-1}$–$10^7$ cycles/sec is negligible, and results from both methods may be used interchangeably [6,7] to determine velocity ranges. The agreement between ultrasonic well-logging data and seismic (explosion) hole data to within 5 per cent [79] is further support for this conclusion.

TABLE 9-1. WAVE VELOCITIES IN IGNEOUS ROCKS AT SMALL PRESSURES AND
DEPTHS AND NORMAL TEMPERATURES

These velocity data, listed according to position in the main sequence of igneous rocks, are
primarily for correlation with near-surface rocks. Both laboratory and field measurements are
included. It is apparent that seismic velocity alone cannot distinguish between rocks over the
wide range of composition from syenite to diorite Much of the scatter in values at small depths
and low pressures can be ascribed to the disturbing effect of porosity. The reader should be
wary of the data in Table 9-1 because they fall in a range where the pressure effect is large.
Although a gross relationship between velocity and composition is indicated, the well known
systematic correlation becomes pronounced only when porosities are reduced. Reliable com-
parisons between seismic (field) and ultrasonic (laboratory) measurements show fairly good
consistency between the two methods.

1 km/sec = 3280.8 ft/sec

| Material | Velocities in km/sec $V_P$ | $V_s$ | Remarks* | Ref. |
|---|---|---|---|---|
| Nephelite syenite, Arkansas | 5.53 | .. | $f$ | 2 |
| Labradorite trachyte | 5.41 | 3.05 | $l$; pressure 200 bars | 16 |
| Granite | | | | |
| Barriefield, Ont. | 5.64 | 2.87 | $l$; 20 bars | 7 |
| Quincy, Mass. | 5.0 | .. | $f$ | 2 |
| Quincy, Mass. | 5.88 | 2.94 | $l$; 90 bars | 7 |
| Westerly, R.I. | 5.0 | .. | $f$ | 2 |
| Westerly, R.I. | 5.76 | 3.23 | $l$ | 1 |
| Rockport, Mass. | 5.1 | .. | $f$ | 2 |
| Arbuckle Mts., Okla. | 5.46 | .. | $f$ | 11 |
| Yosemite, Calif. | 5.2 | .. | $f$ | 3 |
| Bear Mtn., Tex. | 5.52 | 3.04 | $l$; 35 bars | 6 |
| Japan | 5.12 | 3.03 | $l$; 18 granites | 17 |
| Rönne, Denmark | 4.8 | .. | $f$ | 5 |
| New South Wales | 5.6 | .. | $f$ | 4 |
| U.S. and Canada | 5.22 | .. | $l$; 9 rocks | 82 |
| Leningrad, USSR | 5.40–5.60 | .. | $f$; $V_P/V_s$: 1.69–1.75 | 86 |
| Ukraine, USSR | 5.55–6.00 | .. | $f$; $V_P/V_s$: 1.6–1.8 | 86 |
| Quartz Monzonite | | | | |
| Westerly, R.I. | 5.26 | 2.89 | $l$; 35 bars | 6 |
| Granodiorite | | | | |
| Lakeside, Calif. | 4.88 | 3.16 | $l$ | 8 |
| New South Wales | 4.6 | .. | $f$ | 4 |
| Weston, Mass. | 4.78 | 3.10 | $l$ | 30 |
| Diorite | | | | |
| Salem, Mass. | 5.78 | 3.06 | $l$; 35 bars | 6 |
| Andesite | | | | |
| Colorado | 5.23 | 2.73 | $l$; 35 bars | 6 |
| Gabbro diorite | 5.4 | .. | .. | 38 |
| Hornblende gabbro | 6.60 | 3.56 | $l$; 200 bars | 16 |
| Gabbro | | | | |
| Escondido, Calif. | 6.69 | 3.47 | $l$; 200 bars | 16 |
| Duluth, Minn. | 6.45 | 3.42 | $l$; 200 bars | 16 |
| Johannisburg, E. Prussia | 6.5 | .. | $f$; depth 1200 m | 12 |
| Diabase | | | | |
| E. Siberia | 5.8–6.6 | .. | $f$; $V_P/V_s$: 1.8–2.3 | 86 |

TABLE 9-1.  *Continued*

| Material | Velocities in km/sec $V_P$ | $V_S$ | Remarks* | Ref. |
|---|---|---|---|---|
| Basalt | | | | |
| Germany | 6.4 | 3.2 | *l* | 19 |
| Germany | 5.6 | .. | *f* | 10 |
| Germany | 5.06 | 2.72 | *f*; depth 710 m | 13 |
| Colorado | 5.41 | 3.21 | *l*; 200 bars | 16 |
| Gabbro-diabase-anorthosite | 6.26 | .. | *l*; 6 rocks 18 samples | 82 |
| Norite | | | | |
| Elizabethtown, N.Y. | 6.18 | 3.24 | *l*; 35 bars | 6 |
| Sudbury, Ont. | 6.22 | 3.49 | *f* | 9 |
| Eclogite | | | | |
| Fichtel Mtn., Germany | 8.0 | 4.3 | *l* | 19 |
| Anorthosite | | | | |
| Adirondack Mts., N.Y. | 6.63 | .. | *f* | 65 |
| Dunite | | | | |
| Jackson City, N.C. | 7.40 | 3.79 | *l*; 200 bars | 16 |
| Twin Sisters, Wash. | 8.60 | 4.37 | *l*; 70 bars | 7 |

\* *f* = field determination; *l* = laboratory determination

TABLE 9-2.  COMPRESSIONAL WAVE VELOCITIES IN ROCKS
AS A FUNCTION OF PRESSURE [84, 96]

These velocities are laboratory determinations made by Birch [84] and Simmons [96] using ultrasonic pulse techniques. At low pressures, the pressure effect is large, and the velocity measurements are highly variable and of questionable significance. The intrinsic velocity of a rock is achieved at pressures of about 1 kb where porosity is reduced to the point that solid contact between grains is restored. Above 1 kb the pressure dependence is much smaller and is controlled by the intrinsic effect upon the crystalline components. The velocities are not corrected for the change in length of the specimen under pressure. The tabulated values are higher than the true values by at most 4 units in the last figure.

Birch [84] and Hughes and his collaborators [7, 77] have independently determined velocities as a function of pressure for several of the samples listed in Table 2. Such good agreement was found as to remove experimental technique as a source of uncertainty in these determinations.

| Rock | Density g/cm³ | P(bars) = 10 | $V_P$ in km/sec 500 | 1000 | 2000 | 4000 | 6000 | 10,000 |
|---|---|---|---|---|---|---|---|---|
| Serpentinite (chrysotile), Thetford, Que. | 2.601 | 5.6 | .. | 5.67 | 5.73 | 5.80 | 5.87 | 6.00 |
| Serpentinite (antigorite), Ludlow, Vt. | 2.614 | 4.7 | 6.33 | 6.46 | 6.59 | 6.70 | 6.75 | 6.82 |
| Granite, Westerly, R.I. "G-1" | 2.619 | 4.1 | 5.63 | 5.84 | 5.97 | 6.10 | 6.16 | 6.23 |
| Granite, Quincy, Mass. | 2.621 | 5.1 | 6.04 | 6.11 | 6.20 | 6.30 | 6.37 | 6.45 |
| Granite, Rockport, Mass. | 2.624 | 5.0 | 5.96 | 6.18 | 6.29 | 6.39 | 6.43 | 6.51 |
| Granite, Stone Mtn., Ga. | 2.625 | 3.7 | 5.42 | 5.94 | 6.16 | 6.27 | 6.33 | 6.40 |
| Granite, Chelmsford, Mass. | 2.626 | 4.2 | 5.64 | 5.91 | 6.09 | 6.22 | 6.28 | 6.35 |
| Gneiss, Pelham, Mass. | 2.643 | ⊥*3.4 | 5.67 | 5.91 | 6.06 | 6.18 | 6.27 | 6.31 |
| Quartz monzonite, Porterville, Calif. | 2.644 | 5.1 | .. | 5.95 | 6.07 | 6.22 | 6.28 | 6.37 |
| Quartzite, Montana | 2.647 | 5.6 | .. | 6.11 | 6.15 | 6.22 | 6.26 | 6.35 |
| Granite, Hyderabad, India | 2.654 | 5.4 | 6.26 | 6.31 | 6.38 | 6.44 | 6.49 | 6.56 |
| Granite, Barre, Vt. | 2.655 | 5.1 | 5.86 | 6.06 | 6.15 | 6.25 | 6.32 | 6.39 |
| Sandstone, (Catskill), N.Y. | 2.659 | 3.9 | 5.0 | 5.27 | 5.44 | 5.63 | 5.75 | (5.85) |
| Pyrophyllite, ("Lava") | 2.662 | 3.5 | .. | 4.73 | 5.02 | 5.38 | 5.58 | 5.89 |
| Granite, Sacred Heart, Minn. | 2.662 | 5.9 | .. | 6.24 | 6.28 | 6.34 | 6.38 | 6.45 |

Frank Press: Seismic Velocities                    199

TABLE 9-2.    *Continued*

| Rock | Density g/cm³ | P(bars) = 10 | $V_P$ in km/sec | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 500 | 1000 | 2000 | 4000 | 6000 | 10,000 |
| Granite, Barriefield, Ont. | 2.672 | 5.7 | 6.21 | 6.29 | 6.35 | 6.42 | 6.46 | 6.51 |
| Gneiss, Hell Gate, N.Y. | 2.675 | ⊥5.1 | 6.06 | 6.13 | 6.23 | 6.33 | 6.37 | 6.50 |
| Granite, Hyderabad, India (A) | 2.676 | 5.7 | .. | 6.42 | 6.46 | 6.51 | 6.55 | 6.61 |
| "Granite," Englehart, Ont. | 2.679 | 6.1 | 6.28 | 6.33 | 6.37 | 6.43 | 6.48 | 6.57 |
| Graywacke, New Zealand | 2.679 | 5.4 | 5.63 | 5.76 | 5.87 | 5.98 | 6.04 | 6.13 |
| "Granite", Latchford, Ont. | 2.683 | 5.7 | 6.13 | 6.19 | 6.25 | 6.30 | 6.34 | 6.41 |
| Albitite, Sylmar, Pa. | 2.687 | 6.40 | .. | 6.62 | 6.65 | 6.68 | 6.72 | 6.76 |
| Granodiorite, Butte, Mont. (mean) | 2.705 | 4.4 | .. | 6.27 | 6.35 | 6.43 | 6.48 | 6.56 |
| Graywacke, Quebec | 2.705 | 5.4 | .. | 5.92 | 6.04 | 6.14 | 6.20 | 6.28 |
| Serpentinite, Calif. | 2.710 | 5.8 | .. | 6.02 | 6.08 | 6.15 | 6.21 | 6.31 |
| Slate, (Cambridge), Medford, Mass. | 2.734 | 5.49 | .. | 5.79 | 5.91 | 6.02 | 6.10 | 6.22 |
| "Charnockite", Pallavaram, India | 2.740 | 6.15 | .. | 6.24 | 6.30 | 6.36 | 6.40 | 6.46 |
| Granodiorite, gneiss, (Bethlehem), N.H. | 2.758 | ⊥4.4 | .. | 5.95 | 6.07 | 6.16 | 6.21 | 6.30 |
| Tonalite, Val Verde, Calif. | 2.763 | 5.1 | .. | 6.33 | 6.43 | 6.49 | 6.54 | 6.60 |
| Anorthosite, Tahawus, N.Y. | 2.768 | 6.73 | .. | 6.86 | 6.90 | 6.94 | 6.97 | 7.02 |
| Anorthosite, Stillwater Complex, Mont. | 2.770 | 6.5 | .. | 6.97 | 7.01 | 7.05 | 7.07 | 7.10 |
| Augite syenite, Ontario | 2.780 | 5.7 | .. | 6.58 | 6.63 | 6.70 | 6.73 | 6.79 |
| Mica schist, Woodsville, Vt. | 2.797 | 5.7 | ⊥ | 6.43 | 6.48 | 6.53 | 6.57 | 6.64 |
| Serpentinite, Ludlow, Vt. | 2.798 | 6.4 | .. | 6.51 | 6.57 | 6.67 | 6.74 | 6.84 |
| Quartz diorite, San Luis Rey quadrangle, Calif. | 2.798 | 5.1 | .. | 6.43 | 6.52 | 6.60 | 6.64 | 6.71 |
| Anorthosite, Bushveld Complex | 2.807 | 5.7 | 6.92 | 6.98 | 7.05 | 7.13 | 7.16 | 7.21 |
| Chlorite schist, Chester Quarry, Vt. | 2.841 | 4.8 | .. | 6.75 | 6.82 | 6.92 | 6.98 | 7.07 |
| Quartz diorite, Dedham, Mass. | 2.906 | 5.5 | .. | 6.46 | 6.53 | 6.60 | 6.65 | 6.71 |
| Talc schist, Chester, Vt. | 2.914 | 4.9 | .. | 6.30 | 6.50 | 6.71 | 6.82 | 6.97 |
| Gabbro, Mellen, Wis. | 2.931 | 6.8 | 7.04 | 7.07 | 7.09 | 7.13 | 7.16 | 7.21 |
| Diabase (Nippissing), Cobalt, Ont. | 2.964 | 6.55 | .. | 6.64 | 6.67 | 6.71 | 6.75 | 6.82 |
| Diabase, Centreville, Va. "W-1" | 2.976 | 6.14 | .. | 6.70 | 6.76 | 6.82 | 6.86 | 6.93 |
| Diabase, Holyoke, Mass. | 2.977 | 6.25 | 6.40 | 6.43 | 6.47 | 6.52 | 6.56 | 6.63 |
| Norite, Pretoria, Transvaal | 2.978 | 6.6 | 7.02 | 7.07 | 7.11 | 7.16 | 7.20 | 7.28 |
| Dunite (altered), Webster, N.C. | 2.980 | 6.0 | .. | 6.37 | 6.46 | 6.55 | 6.64 | 6.79 |
| Diabase (Keweenawan), Sudbury, Ont. | 3.003 | 6.4 | 6.67 | 6.72 | 6.76 | 6.81 | 6.84 | 6.91 |
| Diabase, Frederick, Md. | 3.012 | 6.76 | .. | 6.77 | 6.80 | 6.84 | 6.88 | 6.92 |
| Gabbro, French Creek, Pa. | 3.054 | 5.8 | 6.74 | 6.93 | 7.02 | 7.11 | 7.17 | 7.23 |
| Amphibolite, Madison Co., Mont. | 3.120 | 6.89 | .. | 7.17 | 7.21 | 7.27 | 7.31 | 7.35 |
| Jadeite, Japan | 3.180 | 7.6 | .. | 8.21 | 8.22 | 8.23 | 8.24 | 8.28 |
| Actinolite schist, Chester, Vt. | 3.194 | 6.61 | .. | 7.20 | 7.32 | 7.41 | 7.47 | 7.54 |
| Dunite, Webster, N.C. | 3.244 | 7.0 | .. | 7.54 | 7.59 | 7.65 | 7.69 | 7.78 |
| Pyroxenite, Sonoma Co., Calif. | 3.247 | 6.8 | .. | 7.73 | 7.79 | 7.88 | 7.93 | 8.01 |
| Dunite, Mt. Dun, New Zealand | 3.258 | 7.5 | 7.69 | 7.75 | 7.80 | 7.86 | 7.92 | 8.00 |
| Dunite, Balsam Gap, N.C. | 3.267 | 7.0 | 7.82 | 7.89 | 7.95 | 8.01 | 8.13 | 8.19 | 8.28 |
| Bronzitite, Stillwater Complex, Mont. | 3.279 | 7.42 | .. | 7.62 | 7.65 | 7.72 | 7.75 | 7.83 |
| Bronzitite, Bushveld Complex | 3.288 | .. | 7.40 | 7.49 | 7.60 | 7.75 | 7.85 | 8.02 |
| Dunite, Addie, N.C. | 3.304 | 7.70 | .. | 7.99 | 8.05 | 8.14 | 8.20 | 8.28 |
| Dunite, Twin Sisters Peaks, Wash. | 3.312 | 7.7 | 8.11 | 8.19 | 8.27 | 8.32 | 8.35 | 8.42 |

TABLE 9-2. *Continued*

| Rock | Density g/cm³ | P(bars) = 10 | 500 | 1000 | 2000 | 4000 | 6000 | 10,000 |
|---|---|---|---|---|---|---|---|---|
| "Eclogite", Tanganyika | 3.328 | 6.64 | 7.30 | 7.38 | 7.46 | 7.57 | 7.62 | 7.71 |
| Jadeite, Burma | 3.331 | 8.45 | .. | 8.67 | 8.69 | 8.72 | 8.75 | 8.78 |
| Eclogite, Kimberley | 3.338 | 6.6 | 7.49 | 7.56 | 7.65 | 7.79 | 7.85 | 7.92 |
| Harzburgite, Bushveld Complex | 3.369 | 6.9 | 7.74 | 7.78 | 7.81 | 7.85 | 7.90 | 7.95 |
| Eclogite, Kimberley, South Africa | 3.376 | 7.17 | 7.65 | 7.68 | 7.73 | 7.79 | 7.82 | 7.87 |
| Eclogite, Sunnmore, Norway | 3.376 | 5.2 | .. | 7.13 | 7.30 | 7.46 | 7.54 | 7.69 |
| Eclogite, Healdsburg, Calif. | 3.441 | 7.31 | .. | 7.69 | 7.81 | 7.89 | 7.94 | 8.01 |
| Garnet (grossularite), Conn. | 3.561 | 6.3 | ∴ | 8.41 | 8.55 | 8.72 | 8.83 | 8.99 |
| Dunite, Mooihoek Mine, Transvaal | 3.744 | 6.7 | 7.13 | 7.16 | 7.21 | 7.27 | 7.30 | 7.36 |
| Garnet (almandite-pyrope) | 3.950 | 5.9 | .. | 7.81 | 7.91 | 7.99 | 8.01 | 8.07 |
| Microcline, Labrador | 2.571 | .. | 6.84 | 6.95 | 7.01 | 7.06 | 7.09 | 7.15 |
| Serpentine, Middlefield, Mass. | 2.789 | .. | 6.71 | 6.74 | 6.79 | 6.84 | 6.90 | 6.97 |
| Magnesite | 2.802 | .. | 7.06 | 7.11 | 7.19 | 7.27 | 7.33 | 7.45 |
| Dolomite, Williamstown, Mass. | 2.845 | .. | 6.77 | 6.93 | 7.06 | 7.17 | 7.23 | 7.36 |
| Wollastonite | 2.873 | .. | .. | 7.21 | 7.42 | 7.56 | 7.64 | 7.71 |
| Monticellite, Crestmore, Calif. | 3.014 | .. | 7.22 | 7.27 | 7.31 | 7.36 | 7.40 | 7.50 |
| Idocrase, Crestmore, Calif. | 3.144 | .. | 6.10 | 6.54 | 6.95 | 7.27 | 7.40 | 7.54 |
| Sillimanite, Williamstown, S. Australia | 3.187 | .. | 9.51 | 9.55 | 9.60 | 9.65 | 9.68 | 9.73 |

* The symbol ⊥ indicates propagation normal to foliation or schistosity.

Case 2:05-cv-04182-SRD-JCW Document 20869-22 Filed 05/31/12

TABLE 9-3. SHEAR WAVE VELOCITIES IN ROCKS AS A FUNCTION OF PRESSURE [97]

These velocities are laboratory determinations by Simmons [97] using ultrasonic pulse techniques. At low pressures, the pressure effect is large, due to porosity effects as in the case of compressional wave velocities (Table 9-2). The velocities are not corrected for the change in length of the specimen under pressure.

| Rock | Density g/cm$^3$ | $P$(bars) = 1 | $V_S$ in km/sec | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 500 | 1000 | 2000 | 4000 | 6000 | 10,000 |
| Serpentinite (chrysotile), Thetford, Que. | 2.602 | 2.71 | 2.79 | 2.81 | 2.82 | 2.85 | 2.87 | 2.90 |
| Albitite, Sylmar, Pa. | 2.615 | 3.43 | 3.54 | 3.57 | 3.61 | 3.65 | 3.68 | 3.73 |
| Granite, Westerly, R.I. | 2.635 | 2.77 | 3.27 | 3.36 | 3.44 | 3.51 | 3.54 | 3.58 |
| Granite, Rockport, Mass. | 2.638 | 3.07 | 3.47 | 3.54 | 3.61 | 3.68 | 3.71 | 3.77 |
| Granite, Stone Mtn., Ga. | 2.639 | 2.43 | 3.36 | 3.53 | 3.66 | 3.74 | 3.76 | 3.80 |
| Quartz monzonite, Porterville, Calif. | 2.652 | 3.16 | 3.55 | 3.63 | 3.71 | 3.78 | 3.81 | 3.86 |
| Granite, Barre, Vt. | 2.665 | 2.79 | 3.35 | 3.48 | 3.52 | 3.64 | 3.67 | 3.70 |
| Serpentinite, Calif. | 2.718 | 3.12 | 3.17 | 3.18 | 3.20 | 3.23 | 3.24 | 3.28 |
| Anorthosite, Stillwater Complex, Mont. | 2.750 | 3.56 | 3.65 | 3.69 | 3.72 | 3.76 | 3.77 | 3.81 |
| Serpentinite, Ludlow, Vt. | 2.806 | 3.61 | 3.69 | 3.70 | 3.73 | 3.77 | 3.80 | 3.83 |
| Magnesite | 2.848 | 4.05 | 4.08 | 4.11 | 4.14 | 4.19 | 4.23 | 4.29 |
| Gabbro, San Marcos, Calif. | 2.874 | 3.59 | 3.70 | 3.73 | 3.76 | 3.79 | 3.82 | 3.84 |
| Quartz diorite, Dedham, Mass. | 2.928 | 3.39 | 3.65 | 3.69 | 3.74 | 3.78 | 3.81 | 3.84 |
| Monticellite, Crestmore, Calif. | 2.975 | 3.85 | 3.90 | 3.94 | 3.97 | 4.00 | 4.02 | 4.06 |
| Diabase, Centreville, Va. "W-1" | 2.984 | 3.49 | 3.64 | 3.68 | 3.72 | 3.75 | 3.77 | 3.80 |
| Norite, Pretoria, Transvaal | 2.984 | 3.56 | 3.81 | 3.84 | 3.86 | 3.89 | 3.90 | 3.94 |
| Diabase, Frederick, Md. | 3.017 | 3.71 | 3.75 | 3.77 | 3.79 | 3.81 | 3.82 | 3.85 |
| Idocrase, Crestmore, Calif. | 3.140 | 3.13 | 3.63 | 3.80 | 3.96 | 4.12 | 4.19 | 4.28 |
| Amphibolite, Montana | 3.070 | 3.90 | 4.13 | 4.18 | 4.21 | 4.25 | 4.27 | 4.30 |
| Sillimanite, Williamstown, S. Australia | 3.187 | 4.93 | 5.04 | 5.06 | 5.08 | 5.11 | 5.13 | 5.15 |
| Jadeite, Japan | 3.203 | 4.65 | 4.71 | 4.72 | 4.75 | 4.78 | 4.79 | 4.82 |
| Dunite, Webster, N.C. | 3.264 | 4.01 | 4.25 | 4.28 | 4.30 | 4.33 | 4.36 | 4.40 |
| Dunite, Mt. Dun, New Zealand | 3.270 | 4.17 | 4.34 | 4.37 | 4.41 | 4.45 | 4.48 | 4.54 |
| Bronzitite, Stillwater Complex, Montana | 3.287 | 4.48 | 4.54 | 4.56 | 4.58 | 4.62 | 4.63 | 4.66 |
| Dunite, Twin Sisters, Wash. | 3.326 | 4.60 | 4.67 | 4.69 | 4.72 | 4.77 | 4.79 | 4.83 |
| Hornblende-garnet granulite, Sonoma Co., Calif. | 3.360 | 3.83 | 4.15 | 4.22 | 4.27 | 4.33 | 4.35 | 4.38 |
| Eclogite, Healdsburg, Calif. | 3.444 | 4.26 | 4.39 | 4.43 | 4.48 | 4.53 | 4.55 | 4.58 |
| Eclogite 1552, Norway | 3.577 | 4.07 | 4.36 | 4.41 | 4.47 | 4.52 | 4.55 | 4.60 |
| Eclogite 1553, Norway | 3.578 | 3.70 | 4.38 | 4.46 | 4.52 | 4.58 | 4.61 | 4.66 |
| Dunite, Mooihoek Mine, Transvaal | 3.760 | 3.68 | 3.76 | 3.77 | 3.80 | 3.83 | 3.86 | 3.90 |

TABLE 9-4. VELOCITIES IN SEDIMENTARY AND METAMORPHIC ROCKS

These are field and laboratory measurements as indicated. Faust [36] concludes that shale and sandstone show systematic correlation with depth and age. Faust's average velocity data based on 1 million feet of section in 500 Canadian and American well surveys are summarized in Figure 9-1. Average sand velocity exceeds average shale velocity by about 0.1 km/sec. Limestone velocity does not show as definite a correlation with depth and age but is very sensitive to the extent of crystallization. Because of porosity effects, the velocity in sedimentary rocks never reaches the intrinsic value of the components. Unlike the case of igneous rocks, it is virtually impossible to eliminate porosity effects by application of pressure [84].

| Material | Velocities in km/sec $V_P$ | $V_S$ | Remarks* | Reference |
|---|---|---|---|---|
| Sandstone–Shale, U.S. and Canada | | | | |
| Tertiary | 2.1–3.5 | .. | $f$; see Fig. 9-1; Average | 36 |
| Cretaceous | 2.4–3.9 | .. | sand velocity exceeds | .. |
| Pennsylvanian | 2.9–4.4 | .. | shale by about 0.1 km/sec. | .. |
| | | | Velocity range for depth | |
| | | | range 0.3–3.6 km. | .. |
| Ordovician | 3.3–4.5 | .. | depth 0.3–2.1 km. | |
| Sandstone | 1.4–4.3 | .. | .. | 13, 20, 21, 22, 23, 25, 27, 85 |
| Sandstone conglomerate | | | | |
| Australia | 2.4 | .. | $f$ | 4 |
| Limestone | | | | |
| Soft | 1.7–4.2 | .. | $f$ and $l$ | 22, 32, 33, 31, 34, 35, 39, 87 |
| Hard | 2.8–6.4 | .. | $f$ and $l$ | 14, 20, 21, 86, 35, 37, 41, 87 |
| Solenhofen, Bavaria | 5.97 | 2.88 | $l$ | 7 |
| Solenhofen, Bavaria | .. | 2.75 | $l$ | 30 |
| U.S. Midcontinent and Gulf Coast | 3.4–6.1 | .. | $f$ | 29, 31 |
| Argillaceous; Texas | 6.03 | 3.03 | $l$; 50 bars; ‖ to bedding | 29 |
| Argillaceous; Texas | 5.71 | 3.04 | $\perp$ to bedding | .. |
| Dolomitic; Pennsylvania | 5.97 | .. | $f$ | 14 |
| Cement rock; Pennsylvania | 7.07 | .. | $f$ | 14 |
| Crystalline; Texas, New Mexico, Oklahoma | 5.67–6.40 | .. | $f$; depth 1–3 km | 36 |
| Dense; Sochi, USSR | 5.90–7.00 | 3.03–3.59 | $f$ | 86 |
| Salt, cornallite, sylvite | 4.4–6.5 | .. | $f$ | 13, 24, 29, 35, 39 |
| Caprock (salt, anhydrite, gypsum, limestone) | 3.5–5.5 | .. | $f$ | 35, 39, 40, 41 |
| Anhydrite | | | | |
| U.S. midcontinent and Gulf Coast | 4.1 | .. | $f$ | 29 |
| Bashkir and Tatar, USSR | 5.00 | 2.67–2.99 | $f$ | 86 |
| Gypsum | | | | |
| U.S. and Germany | 2.0–3.5 | .. | $f$ | 29, 41, 42 |
| Chalk | 2.1–4.2 | | | |
| U.S., Germany and France | 2.1–4.2 | .. | .. | .. |
| Austin, Tex. | 2.58 | 1.07 SV | $f$; $\perp$ bedding | 34, 35, 44, 86 |
| Austin, Tex. | 3.05 | 1.13 SH | $f$; ‖ bedding | .. |
| Slate | | | | |
| Everett, Mass. | 4.27 | 2.86 | $l$ | 30 |
| Shale and slate | 2.3–4.7 | .. | $f$ | 4, 20, 22, 24, 32, 34, 45 |
| Hornfels slate | 3.5–4.4 | .. | $f$ | 4 |
| Taconite | | | | |
| Minnesota | 4.3–6.3 | .. | $f$ | 28 |

TABLE 9-4.  *Continued*

| Material | Velocities in km/sec $V_P$ | $V_S$ | Remarks* | Reference |
|---|---|---|---|---|
| Magnetite ore | | | | |
| Ukraine [USSR] | 5.50 | .. | $f$; $V_P/V_S \sim 1.67$–1.72 | 86 |
| Dolomite | 3.5–6.9 | .. | $f$ and $l$ | 28, 38, 6 |
| Marble | | | | |
| Japan, Korea, Italy | 3.75–6.94 | 2.02–3.86 | $l$; range 46 samples | 17 |
| | 5.78 | 3.22 | average 46 samples | .. |
| Danby, Vt. | 5.87 | 2.82 | $l$; 70 bars | .. |
| Quartzite | | | | |
| West Virginia | 6.1 | .. | $f$ | 15 |
| Cheshire | 6.0 | .. | $l$; 90 bars | 7 |
| Chlorite schist | | | | |
| Framingham, Mass. | 4.89 | 3.27 | $l$ | 30 |
| Amphibolite schist | | | | |
| Ukraine, USSR | 4.2 | 2.5 | $f$ | 86 |
| Gneiss | | | | |
| Wisconsin | 6.71 | .. | $f$ | 28 |
| New Hampshire | 3.54–4.60 | .. | $f$ | 85 |
| Ukraine, USSR | 3.50 | .. | $f$; $V_P/V_S \sim 1.75$–1.94 | 86 |
| Spain | 5.15–7.50 | .. | $f$ | 39 |
| New York, Massachusetts, Quebec | .. | 3.43–3.61 | $l$; 4000 bars, 5 samples | 74 |
| Wet clay | | | | |
| USSR (6 locations) | 1.50–1.65 | .. | $f$; $V_P/V_S \sim 4.5$–13.7 | 86 |
| Clay | | | | |
| Baltic Shield (Leningrad) | 1.20–2.50 | .. | $f$; $V_P/V_S$ 2.08–8.5 | 86 |
| Impermeable argillaceous clay | 2.00 | .59 | $f$ | .. |
| Sand | | | | |
| Baltic Shield and Caucasus | .60–1.85 | .. | $f$; $V_P/V_S \sim 3.0$–3.5 | 86 |
| Soil | .11–.20 | .. | $f$; $V_P/V_S \sim 1.7$–2.0 | 86 |
| Volcanic tuff | | | | |
| New Zealand | 2.16 | .83 | $f$ | 88 |

\* $f$ = field determination; $l$ = laboratory determination



Figure 9-1. Compressional velocities from bore holes in sandstone-shale sections for depth intervals of 1000 feet [*after* Faust, 36]

TABLE 9-5. WAVE VELOCITIES IN UNCONSOLIDATED SEDIMENTS

Water saturation is a significant factor influencing compressional velocity but having no effect on shear velocity. Nafe and Drake [78] have developed theoretical-empirical velocity depth curves (Fig. 9-2) which fit a wide variety of laboratory and field measurements on submarine sediments.

| Material | Velocity in km/sec $V_P$ | $V_S$ | Remarks* | Ref. |
|---|---|---|---|---|
| Alluvium | .5 –2.0 | .. | f; near surface | 3, 39, 45 |
|  | 3.0 –3.5 | .. | f; depth 2000 meters | .. |
| Clay | 1.1 –2.5 | .. | f | 4, 26, 34, 46, 47 |
| Diluvium | .7 –1.8 | .. | f | 23, 34, 39 |
| Embankments and fill | .4 | .. | f | 39 |
| Loam | .8 –1.8 | .. | f | 4, 21 |
| Loess | .3 – .6 | .. | .. | 19, 46 |
| Sand |  |  |  |  |
| loose | .2 –2.0 | .. | f | 3, 10, 19, 23, 29, 32, 34, 39, 41 |
| loose | 1.0 | .4 | f; above water table | 43 |
| loose | 1.8 | .5 | f; below water table | 43 |
| calcareous | .8 | .. | f | 42 |
| wet | .75–1.5 | .. | f | 41, 68 |
| Weathered layer | .3 – .9 | .. | f | 29 |
| Glacial |  |  |  |  |
| till | .43–1.04 | .. | f; unsaturated | 28 |
| till | 1.73 | .. | f; saturated | 28 |
| sand and gravel | .38– .50 | .. | f; unsaturated | 28 |
| sand and gravel | 1.67 | .. | f; saturated | 28 |
| River, Bay | 1.1 –1.8 | .. | .. | 48, 49 |
| Suboceanic | over 1.6 | over .6 | f and l; see Figure 2 | 78 |
| Shallow water fine-grained; off San Diego, Calif. | 1.46–1.68 | .. | in situ ultrasonic measurement sea water | 50 |

* f = field determination; l = laboratory determination



Figure 9-2. Wave velocities in submarine sediments [after Nafe and Drake, 78]

Case 2:03-cv-04182-SRD-JCW   Document 20003-22   Filed 05/31/1



Figure 9-3. Empirical velocity dependence on density and mean atomic weight [84, 89, 94, 95]



Figure 9-4. Sound velocity in sea water [*after* Carnevale and Litovitz, 53]

Birch [84] found experimentally that velocity is an approximately linear function of density for materials having the same mean atomic weight. Woollard [94] and Nafe and Drake [95] compiled empirical velocity-density curves for common rocks. Figure 9-3 [89] is a summary of these results.

Extensive tables are available [56, 76] which give sound velocity in sea water as a function of pressure, salinity and temperature, to an absolute accuracy of 0.2 per cent. Carnevale's and Litovitz's [53] recent measurements of velocity as a function of pressure and temperature in a typical sea-water sample are presented in Figure 9-4. Typical velocity-depth curves for the Atlantic and Pacific Oceans are given in Figure 9-5.



Figure 9-5. Typical velocity-depth curves in Atlantic and Pacific oceans

In ice it is necessary to distinguish between the longitudinal plate velocity usually measured in sheets and the higher compressional velocity in media of infinite extent. Shear velocity is the same for both cases. A velocity-depth curve observed by Joset and Holtzscherer [60] in the firn–iced firn zone on the Greenland ice cap is given in Figure 9-6.



Figure 9-6. Velocity-depth curve in firn–iced firn zone of Greenland ice cap [*after* Joset and Holtzscherer, 60]

Case 2:05-cv-04182-SRD-JCW   Document 20869-22   Filed 05/31/12

TABLE 9-6.   WAVE VELOCITIES IN WATER, ICE, AND PETROLEUM

| Material | $V_P$ | $V_S$ | Ref. |
|---|---|---|---|
| Fresh water | | | |
| 0° C | 1.404 | .. | 51, 52 |
| 5° | 1.439 | .. | .. |
| 13° | 1.470 | .. | .. |
| 15° | 1.477 | .. | .. |
| 18.5° | 1.485 | .. | .. |
| 25° | 1.509 | .. | .. |
| 35° | 1.534 | .. | .. |
| Sea water | See Figure 9-4 | .. | 53 |
| Function of pressure, temperature and salinity | See Reference | .. | 56, 76 |
| Atlantic and Pacific Ocean—typical vertical profiles | See Figure 9-5 | .. | 54, 55 |
| Arctic pack ice | 2.59 −2.79* | 1.49–1.56 | 59 |
| | 3.01 −3.49 | .. | .. |
| Glacier Ice (Fig. 9-5) | | | |
| firn to iced-firn | 1.0  −4.0 | .. | 60 |
| iced-firn and blue ice; | | | |
| $T = 0°$ C | 3.6  −3.8 | 1.6 −1.7 | 60 |
| $T = 30°$ C | 4.0 | 1.8 −1.9 | 60 |
| Permafrost | 3.50 | 1.66–2.02 | 86 |
| Lake ice | 3.3  −3.5 | .. | 61 |
| Petroleum | 1.326–1.395 | .. | 57 |
| 23° C | 1.275 | .. | 58 |

* This is longitudinal plate velocity as distinct from compressional wave velocity in infinite medium.

Compressional and shear velocities in various materials have been compiled by Molotova and Vassil'ev [86]. Their results are reproduced in Table 9-7.

TABLE 9-7.   COMPRESSIONAL AND SHEAR VELOCITIES IN VARIOUS METALS AND MATERIALS [86]
($\sigma$ is Poisson's ratio)

| Material | Values of $V_P/V_S$ and $\sigma$ in materials | | |
| | $V_P$, m/sec | $V_P/V_S$ | $\sigma$ |
|---|---|---|---|
| Aluminum | 7050 | 2.35–2.50 | .39–.40 |
| Window glass | 6790 | 2.08 | .350 |
| Aluminum | 6320 | 2.04 | .344 |
| Steel | 6150–6300 | 2.17–2.32 | .36–.386 |
| Steel | 5940 | 1.84 | .29 |
| Iron | 5920 | 1.83 | .287 |
| Iron | 5837 | 1.79 | .274 |
| Copper | 4820–5960 | 2.1–2.6 | .35–.41 |
| Glass | 5800 | 1.73 | .25 |
| Magnesium | 5780 | 1.89 | .30 |
| Birch (lengthwise) | 5000 | 6.6 | .486 |
| Copper (sheet M-1) | 4660 | 2.01 | .336 |
| Lead | .. | 3.34 | .45 |
| Bakelite | 3460 | 1.73–1.75 | .25–.26 |
| Cellulose | 3590 | 2.10 | .358 |
| Concrete | 3560 | 1.65 | .21 |
| Fused quartz glass | .. | 1.55–1.62 | .14–.19 |
| Plexiglas | 2550 | 2.0 | .33 |
| Resin | 2443 | 2.4 | .395 |
| Plastic | 2340 | 1.5–1.6 | .10–.18 |
| Rubber | 1040 | 38.6 | .5 |
| Agar-agar | 100 | 3.3 | .45 |