# EXHIBIT 62

# Seepage Modeling with SEEP/W 2007

An Engineering Methodology

Fourth Edition



GEO-SLOPE International Ltd.



# Seepage Modeling with SEEP/W 2007

An Engineering Methodology

Fourth Edition, May 2009

GEO-SLOPE International Ltd.

Copyright © 2009 by GEO-SLOPE International, Ltd.

All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage or retrieval system, without the prior written permission of GEO-SLOPE International, Ltd.

Printed in Canada.

GEO-SLOPE International Ltd

1400, 633 – 6th Ave SW

Calgary, Alberta, Canada T2P 2Y5

E-mail: info@geo-slope.com

Web: http://www.geo-slope.com

Flow paths can be drawn below the phreatic surface and in the capillary rise zone above the phreatic surface, but not above the capillary rise. If flow paths are drawn high up in the unsaturated zone, they usually have a jagged irregular shape and as result have no meaning. They certainly do not adhere to flow net principles.

The equipotential lines shown in Figure 9-8 are valid in both the saturated and unsaturated, but the flow paths are not.

Worth noting here as well is that in a saturated-unsaturated seepage formulation such as SEEP/W, the phreatic surface is not a true flow line as in the context of a flow net. The phreatic surface is merely a line of zero pressure. A flow path can actually cross the line of zero pressure as illustrated in Figure 9-8.

In traditional flow nets for unconfined flow as in embankments, the phreatic surface is a no-flow boundary and a line of zero pressure. When finite element methods were first applied to unconfined seepage problems, it was necessary to adjust the mesh until the pressure along the top of the mesh was zero. Numerically this was awkward and difficult to achieve, and greatly limited the types of problems that could be modeled. So while this made it possible to construct flow nets in the saturated zone, it was suitable only for a few simple cases. The SEEP/W formulation and approach is applicable to a much wider range of problems and more accurately represents the real physical conditions. Moreover, SEEP/W provides a more complete picture of pressure distributions and flow quantities than what is available from a traditional flow net for unconfined flow.

## 9.2   Seepage forces

*Soil Mechanics* by Lambe and Whitman (1969, John Wiley and Sons Inc.) has a detailed discussion on seepage forces and when they are or are not relevant. The discussion that follows is based on their work.

If you have concern regarding seepage forces then you should read this section. If you are not concerned or aware of seepage forces, then please skip over this section... you don't need to know about seepage forces in GeoStudio because it is important to understand that a rigorous seepage analysis can be done without any reference to seepage force if the analysis formulation uses a consistent approach which considers total unit weight and boundary forces... as do all GeoStudio models.

### Forces on a soil element

In the image below we can see different ways of considering forces acting on a soil element.



**Figure 9-9 Forces on a soil element**

In the left case, we look at the boundary forces at the top and bottom of the element. The force acting on the top is the depth of water above multiplied by the water weight (assumed 10 KN/m3) and by the cross-sectional area of the element, A. Likewise, the boundary force acting at the base is the depth of bottom boundary below the surface multiplied by the water weight and area.

In the right two figures the forces are broken down into two parts, a buoyancy force and a seepage force. The buoyancy forces act on the bottom and top based on the static pressure as if there were no flow (e.g., the water acting down from

above). The seepage force is the force that is all spent due to moving the water through the resisting soil.

In both cases, the same force equilibrium will apply to the soil element. However, it is often more clear to consider the boundary force approach because there is only one equation to consider and it applies to any point on the soil element. The boundary force approach is used in all GeoStudio models.

## 9.3  Exit gradients

### Gradients

The hydraulic gradient in the soil is computed as the total head loss divided by distance of flow between the two measured head locations, or

$$i = \frac{dH}{dL}$$

In a finite element formulation, the gradient matrix is termed the [B] matrix and it is computed for all points within a single element based on the coordinates of the element nodes and a shape function which determines how the total head is distributed within the element. There is a discussion in the chapter on meshing about element shapes and how the primary variable is distributed throughout the element. Details of the [B] matrix itself are provided in the appendices.

It is important to know that in a finite element formulation the gradients within elements on either side of a shared element edge are not necessarily going to be the same. This is because the shape functions we use to know how parameters are distributed within an element are not continuous to adjacent elements across a common edge. The finite element method ensures we have flow continuity at the nodes (e.g., mass balance) but it does not ensure we have energy (or gradient) continuity at element edges. If you make the mesh finer, you may improve the apparent gradient continuity across an element edge but you will likely not improve the nodal mass balance that significantly assuming that you had a converged solution before and after you fine-tuned the element size.

### Critical gradients

A quick condition exits when the upward force on a soil particle equals the total particle weight. Said another way, it is when the seepage force equals the submerged weight of the soil. Since in GeoStudio we choose not use the seepage