# EXHIBIT 63

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    *
CONSOLIDATED LITIGATION    *    CIVIL ACTION
   *
   *    NO.  05-4182
   *
   *    SECTION "K"(2)
PERTAINS TO:  MRGO    *
   *Armstrong*, No. 10-866    *    JUDGE DUVAL
   *
   *    MAGISTRATE WILKINSON

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF T. WILLIAM LAMBE, Sc.D., P.E.

I, T. William Lambe, Sc.D., P.E., hereby declare as follows:

1.      I am a civil engineer with over 60 years of professional experience in engineering

work, including geotechnical engineering related to earth structures such as embankments, dams,

levees, dikes, slopes, landfills, and excavations.  My qualifications appear in my resume,

attached to this Declaration as Exhibit A.  I am a consulting expert for Defendant Washington

Group International, Inc. ("WGI") in the above-referenced matter.

2.      This declaration is submitted in support of WGI's Reply Memorandum to

Plaintiffs' Opposition to Motion to Exclude Testimony and Opinions of Dr. Robert Glenn Bea.

3.      Plaintiffs' Opposition Brief includes several references to the textbook *Soil*

*Mechanics*, published in 1969, which I co-authored with the late Robert V. Whitman.  Relevant

excerpts from *Soil Mechanics* are attached to this Declaration as Exhibit B.

4.      ***First***, regarding the issue of the applicability of steady flow versus transient (or

non-steady) flow to the Hurricane Katrina groundwater seepage analyses, Plaintiffs' Opposition

Brief makes the following statement, alleging evidence of "Long-Standing Principles"[1] that

---

[1] Opp. Br. at 24.

support Dr. Bea's decision to model steady flow conditions at the East Bank Industrial Area

("EBIA"):

> "There are two fundamental ways to analyze the hydraulic conductivity pressure response of the buried swamp/marsh deposits. The first, **steady flow**, is based on hydraulic loading conditions that do not permit changes in void ratio, water content, or levels of saturation. The second, **non-steady flow**, analyzes the soil deposit to determine how the void ratio, water content, and/or saturation percentage changes during the hydraulic loading. These two fundamental approaches were substantiated by Dr. T. William Lambe and Dr. Robert V. Whitman of the Massachusetts Institute of Technology in their seminal textbook entitled *Soil Mechanics*.
>
> Part IV of *Soil Mechanics* is devoted to the study of soil behavior when it is influenced by pore water and 'the magnitude of forces transmitting through the mineral skeleton (physical interaction).' Lambe and Whitman identify the "four possible types of flow" resultant from the basic equation calculating flow in soil:
>
> 1. The void ratio and the percentage of saturation are constant;
> 2. The void ratio varies and the percentage of saturation is constant;
> 3. The void ratio is constant and the percentage of saturation varies;
> 4. The void ratio varies and the percentage of saturation varies.
>
> Lambe and Whitman define type 1 flow (where the void ratio and the percentage of saturation are constant) as steady flow; while the remaining three situations are referred to as non-steady flow. Because the buried swamp/marsh layer is located below the phreatic surface (and likely has been for nearly a century) it is considered to be completely saturated. Such conditions warrant Dr. Bea's utilization of **steady flow** analyses, and such an approach was undertaken in modeling the response of the buried swamp/marsh layer when exposed to the hydrologic forces generated by Hurricane Katrina's storm surge."[2]

     5.     The statement "the magnitude of forces transmitting through the mineral skeleton

(physical interaction)" from Plaintiffs' Opposition Brief (and included in Paragraph 4 of this

---

[2] Opp. Br. at 25-27 (emphasis in original, internal citations omitted).

Declaration, above) appears in the introduction to Part IV of *Soil Mechanics*.[3]  That same introduction to Part IV of *Soil Mechanics* includes the following statement:

> "Part IV specifically considers situations in which the pore pressures within a soil mass are determined by the pore pressures at the boundaries of the mass and are independent of applied loads. Such situations exist whenever loads are applied slowly compared to the rate of consolidation and at some time (long compared to consolidation time) after a rapid loading. Situations in which pore pressures are influenced by loading will be covered in Part V."[4]

6.     The above statement from the introduction to Part IV of *Soil Mechanics* clearly indicates that Part IV covers flow situations where applied loads change slowly or well after the end of a rapid loading. Hurricane Katrina caused water levels to rapidly rise (compared to the rate of consolidation) in the Industrial Harbor Navigation Canal ("IHNC") and over the canal side ground surface.  Therefore, flow from the IHNC towards the floodwall during Katrina was not steady flow but transient flow and subject to analyses like those described in Part V of *Soil Mechanics* as discussed below.

7.     Plaintiffs refer to steady flow and non-steady flow as "two fundamental approaches substantiated by . . . *Soil Mechanics*."[5]  Plaintiffs' statement implies that the two approaches are equivalent and the engineer conducting the seepage analysis can simply choose which approach to use.  In reality, steady flow and non-steady flow are not "approaches."  They reflect soil and boundary conditions that justify varying methods of analysis.  The engineer must first determine the appropriate soil conditions and boundary conditions and then determine which method of analysis is appropriate.  Nothing in Part IV of *Soil* Mechanics supports modeling conditions at the EBIA during Hurricane Katrina as steady flow.

---

[3] Ex. B, Lambe & Whitman, *Soil Mechanics* (1969), at 239.

[4] *Id.* at 239.

[5] Opp. Br. at 25.

8.      **Second**, Plaintiffs' Opposition Brief states:

> "Dr. Bea's selection of soil characteristics (1x10(-8) to 1x10(-9)/psf) was corroborated by calculations identified by Lambe and Whitman where the coefficient of volume change with a constrained modulus was defined by the equation Mv = 1/D. Calculations established by Lambe and Whitman show the symbol 'D' in the compressibility equation as the dilatational modulus. The importance of this equation is brought forth by Lambe and Whitman when they expressly recognize that 'water is only relatively incompressible;' the result being that the 'dilatational velocity through saturated soil is typically about 5,000 feet per second.'"[6]

9.      The above statement by Plaintiffs contains a hodgepodge of loose citations taken out of their proper context while mixing in various errors.  First, a "coefficient of volume change with a constrained modulus" does not exist.  The coefficient of volume change, $m_v$, is the inverse of the Constrained Modulus, D.  This relationship is described on page 157 of *Soil Mechanics*.[7] Second, what the Plaintiffs refer to as "calculations" are not calculations but rather well known relationships or equations from theory of elasticity.  The Plaintiffs do not specify the specific page in *Soil Mechanics* that describes the material to which they loosely refer.  Third, these relationships or equations were not "established" by myself or Professor Whitman; we simply presented and described the relationships/equations in the textbook.  Fourth, the statement "water is only relatively incompressible" appears on pages 22 and 455 of *Soil Mechanics*.[8]  On page 455, the phrase is used to discuss wave velocities, which apply to much different conditions and strain levels than those described by the relationships/equations on page 157 of *Soil Mechanics* as discussed in Plaintiffs' Opposition Brief.

---

[6] Opp. Br. at 27 (internal citations omitted).

[7] Ex. B, Lambe & Whitman (1969), at 157.

[8] *Id.* at 22, 455.

10.     In addition, the above statement in Paragraph 8 of this Declaration erroneously implies that *Soil Mechanics* endorses using dilatational wave velocity to determine compressibility in organic clays like those at the EBIA.  To the contrary, *Soil Mechanics* makes clear that "[d]ilatational velocity, which can be measured easily in the field, unfortunately does not provide useful information regarding the stiffness of the mineral skeleton."[9]  The compressibility or "stiffness" of the soil skeleton relates directly to the $m_v$ value that is required to perform a correct transient flow analysis for the EBIA under the relevant Hurricane Katrina conditions.

11.     The  introduction to Part V of *Soil Mechanics*, entitled "Soil with Water – Transient Flow," states:

> "Part IV considered the interaction between pore fluid and mineral skeleton and demonstrated the importance of effective stress. Effective stress determines the shear strength. Change in effective stress determines the magnitude and type of volume change.
>
> A key step in the evaluation of effective stress is the evaluation of the pore water pressure.  In all of Part IV, pore water pressure was determined solely by the hydraulic boundary conditions applied to the pore phase. Pore pressure was in no way influenced by the weight of the soil or by external loads applied to the soil.  Part V treats those situations in which pore pressure is influenced by load applied to the soil mass.  As discussed in Chapter 2, when a load change is suddenly applied to a soil, the change is carried either by the pore fluid or jointly by the pore fluid and by the mineral skeleton.  The change in pore pressure will cause water to move through the soil, and the effective stresses within the soil will change with time.  Hence the properties of the soil will change with time."[10]

12.     The above statement from the introduction to Part V of *Soil Mechanics* clearly indicates that Part IV (steady flow) analyses apply when pore pressures are not influenced by

---

[9] Ex. B, Lambe & Whitman (1969), at 455.

[10] *Id.* at 389.

external loads like those applied during Hurricane Katrina.  Dr. Bea uses the discussion of equation 18.2 on page 274 of *Soil Mechanics* (the basic equation for 2-D flow),[11] to classify flow at the EBIA during Hurricane Katrina as steady flow, based on his opinion that the parameters S (degree of saturation) and e (void ratio) do not change with time.[12] But if e stays constant (no volume change), undrained conditions apply, and excess pore pressures will be induced in the organic clay (and other soil layers) from the boundary hydraulic loading during the Hurricane Katrina storm surge.

13.      Part V of *Soil Mechanics*, Chapter 26, describes methods to evaluate induced excess pore pressures from undrained loadings, and Chapter 27 describes analyses required to evaluate dissipation of excess pore pressures following undrained loadings. When excess pore pressures have fully dissipated, flow can again be described as steady flow. The rate that excess pore pressures dissipate is controlled by the hydraulic conductivity of the soil and the volume change required to reach the final equilibrium effective stress state, when excess pore pressures equal zero.

14.      ***Finally***, Plaintiffs' Opposition Brief states:

"Lambe and Whitman define type 1 flow (where the void ratio and the percentage of saturation are constant) as steady flow; while the remaining three situations are referred to as non-steady flow. Because the buried swamp/marsh layer is located below the phreatic surface (and likely has been for nearly a century) it is considered to be completely saturated. Such conditions warrant Dr. Bea's utilization of steady flow analyses, and such an approach was undertaken in modeling the response of the buried swamp/marsh layer when exposed to the hydrologic forces generated by Hurricane Katrina's storm surge."[13]

---

[11] Ex. B, Lambe & Whitman (1969), at 274.

[12] Opp. Br. at 25 n.82.

[13] *Id.* at 26 (internal citations omitted).

15.    As described in Paragraphs 12 and 13 of this Declaration, while both S and e remain constant for a saturated soil during undrained loading, a "type 1" steady flow analysis neglects induced excess pore pressures necessary to maintain the marsh soil at constant volume (undrained loading) and therefore cannot evaluate acting pore pressures until excess pore pressures dissipate. Dissipation of induced excess pore pressures changes effective stresses, resulting in void ratio changes controlled by the drained coefficient of volume change, $m_v$. Complete or total saturation by itself is not a sufficient condition for establishment of steady flow, which can only exist after all excess pore pressures dissipate and the volume of water flowing into the system equals the volume of water flowing out of the system.

16.    Plaintiffs' alleged "corroboration" by *Soil Mechanics* of the evaluation of the subsurface flow during the Hurricane Katrina storm surge is disingenuous and entirely inaccurate.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on: __May 30, 2012__          _____
                  Date                                  T. William Lambe, Sc.D., P.E.

# T. William Lambe

32,550 Clay Gully Road
Myakka City, Florida
34251-9457   U.S.A.

Phone:      +1 (941) 322-1004
Fax:        +1 (941) 322-2606
email: twlambe@alum.mit.edu

## Education

Sc.D., Civil Engineering, Massachusetts Institute of Technology, 1948
S.M., Civil Engineering, Massachusetts Institute of Technology, 1944
B.S., Civil Engineering, North Carolina State University, 1942

## Employment History

Consultant in Geotechnical Engineering, 1945 to Present
Massachusetts Institute of Technology, Cambridge, Mass.:
- Edmund K. Turner Professor of Civil Engineering, Emeritus, 1981 to Present
- Edmund K. Turner Professor of Civil Engineering, 1969 to 1981
- Professor of Geotechnical Engineering, Head Geotechnical Division, 1959 to 1969
- Associate Professor and Director of Soil Stabilization Laboratory, 1952 to 1959
- Assistant Professor of Soil Mechanics, 1949 to 1952
- Instructor of Soil Mechanics, 1945 to 1949

Dames & Moore, San Francisco, Calif., Soil Engineer, 1944 to 1945
Standard Oil of California, San Francisco, Calif., Structural and Foundation Engineer, 1944
U.S. Navy, Brunswick, Maine, Field Engineer for Airbase Construction, 1943
University of New Hampshire, Durham, NH, Instructor of Civil Engineering, 1942 to 1943
Olsen Consulting Engineers, Edenton, NC, Field Engineer, 1942
American Bridge Company, Ambridge, Penn., Structural Detailer, 1942

## Honors and Awards

1952   Collingswood Prize, ASCE
1954   Desmond Fitzgerald Medal, BSCE
1956   Desmond Fitzgerald Medal, BSCE
1961   Arthur M. Wellington Prize, ASCE
1964   Norman Medal, ASCE
1965   Commonwealth Scholar – UVa, VMI, Sweet Briar
1969   Certificate of Appreciation, NASA – Apollo 8
1969   Achievement Award, NASA – Apollo 11
1970   Terzaghi Lecturer, ASCE
1973   Geotechnical Section Prize, BSCE
1973   Keynote Speaker at Pan American, Australia-New Zealand, Asian and S.E. Asian
           Conferences
1973   R.P. Davis Lecturer, University of West Virginia
1973   Citation from Bogazici University, Turkey, for achievements in Soil Mechanics
1973   General Reporter, VIII International Soils Conference, Moscow
1973    Rankine Lecturer, London

EXHIBIT
A

### Honors and Awards (continued)

1973   Terzaghi Memorial Lecturer, Istanbul, Turkey
1974   Keynote Speaker, V Brazilian Conference, Sao Paulo
1975   Karl Terzaghi Award, ASCE
1980   Kapp Memorial Lecturer, New York
1980   Moh Lecturer in Taipei, Taiwan
1981   Moh Lecturer in Indonesia and Singapore
1982   Distinguished Engineering Alumnus Award, North Carolina State University
1982   G. Brooks Earnest Award, Cleveland Section of ASCE
1983   Keynote Speaker, Southeastern States Dam Safety Conference
1984   Arthur M. Wellington Prize, ASCE
1985   Terzaghi Orator of International Society of Soil Mechanics and Foundation
          Engineering
1985   Ardaman Lecturer, University of Florida
1985   Shaw Lecturer, North Carolina State University
1986   Keynote Speaker, Ninth SE Asian Geotechnical Conference, Bangkok
1987   Mathis Lecturer, MIT
1987   Urbina Honorary Lecture, Caracas, Venezuela
1989   Keynote Lecture, NCSU Symposium
1990   Distingushed Lecturer, Colorado State University
1995   Flom Lecturer, USF
1996   Mueser Rutledge Lecturer, Metropolitan Section ASCE, New York, NY
1997   Buchanan Lecturer, Texas A&M
1998   Chin Fung Kee Lecturer, Taipei
2006   Heroes Award, ASCE
2008   Arthur Casagrande Lecturer, BSCE Section of ASCE, Boston, MA

### Professional Affiliations

Registered Professional Engineer in Massachusetts and Florida
Member, National Academy of Engineering
Honorary Member, Venezuelan Society of Soil Mechanics and Foundation Engineering
Honorary Member, American Society of Civil Engineers
Fellow, (British) Institution of Civil Engineers
Honorary Member, Southeast Asian Society of Geotechnical Engineering

### Consulting Experience

**Number of Projects:**

| | | | |
|---|---|---|---|
| Earth Dams | 54 | Breakwaters | 2 |
| Earth Slopes | 63 | Pipelines | 3 |
| Foundations | 22 | Earth Housing | 1 |
| Airports and Highways | 6 | Settlement | 1 |
| Retaining Walls | 6 | Groundwater | 1 |
| Excavations | 4 | Misc | 8 |
| Dredging | 3 | | |
| | | Total | 174 |

**Malfunctions Investigated:**

| | |
|---|---|
| Dams | 27 |
| Slopes | 53 |
| Walls | 2 |
| | 82 |

**Project Locations:**
21 Countries; 23 U.S. States

**Disputes:**
12 projects; 51 days in court and deposition

## Publications

Three books:

*Soil Testing for Engineers*, John Wiley and Sons, Inc., New York, 1951.

*Foundation Engineering*, McGraw-Hill Book Company, Inc., New York, 1962 (co-author).

*Soil Mechanics*, John Wiley and Sons, Inc., New York, 1969 (co-authored with R.V. Whitman).

## Published Papers

Authored over 110 publications related to research and engineering projects. Primary topics of these publications are:

- Fundamentals of soil mechanics
- Laboratory investigations
- Predictions of performance of constructed facilities
- Evaluation of field performance
- Dams
- Natural slopes
- Landslides
- Foundations
- Excavations
- Soil stabilization
- Pore water pressure
- Compaction
- Safety programs

### Published Papers (continued)

1. "The Measurement of Pore Water Pressures in Cohesionless Soils," Proc., 2nd Int. Conf. Soil Mech. and Found. Eng., Vol. VII, Rotterdam, June 1948.

2. "How Dry is a Dry Soil?" Proc., HRB, Vol. 29, 1949.

3. "The Procedure and Significance of Chemical and Mineralogical Tests on Soils," A.S.T.M, Vol. 49, 1949 (co-authored with V. De Mello).

4. "Capillary Phenomena in Cohesionless Soils," ASCE Transactions, Vol. 116, 1951."

5. "Stabilization of Soils with Calcium Acrylate," Journal of the BSCE, Vol. 38, No. 2, April 1951.

6. "Stabilization of Soils By in Situ Polymerization," Paper Presented to ASCE Meeting in New York, October 1951.

7. "Differential Thermal Analysis," HRB, Vol. 31, 1951.

8. "Alteration of Soil Properties with Chemicals," the Nucleus, April-May 1953 (Presented at Symposium "High Polymers Down to Earth," April 10, 1952).

9. "Summary of the Conference on Soil Stabilization," Proc., Conf. on Soil Stabilization, M.I.T., June 1952.

10. "The Alteration of Soil Behavior by Trace Chemicals," Interamerican Convention of the ASCE, Puerto Rico, November 1952.

11. "The Effect of Polymers on Soil Properties," Proc., 3rd Int. Conf. Soil Mech. and Found. Eng., Vol I, Zurich, August 1953.

12. "Composition and Engineering Properties of Soil," Proc., HRB, Vol. 32, 1953 (co-authored with R.T. Martin).

13. "Laboratory Evaluation of Polyelectrolytes as Soil Flocculants and Aggregate Stabilizers," Agricultural and Food Chemistry, September 1953 (co-authored with A.S. Michaels).

14. "The Structure of Inorganic Soil," Proc., ASCE, Proc., ASCE, Journal of the Soil Mech. and Found. Div., Vol. 79, Separate 315, October 1953.

15. "Composition and Engineering Properties of Soil II," Proc., HRB, Vol. 33, 1954 (co-authored with R.T. Martin).

### Published Papers (continued)

16. "The Impermeability of the Lagoon at the International Paper Company, Chisholm, Maine," National Council for Stream Improvement, February 1954 (co-authored with O.E. Anderson).

17. "The Improvement of Soil Properties with Dispersants," Journal of Boston Soc. Civil Engrs., Vol. 41, No. 2, April 1954.

18. "Altering Soil Properties with Chemicals," Chemical and Eng. News, April 1954 (co-authored with A.S. Michaels).

19. "The Permeability of Fine Grained Soils," A.S.T.M., June 1954.

20. "Chemical Injection Processes," ASCE, October 1954 (Part of Committee Report).

21. "Composition and Engineering Properties of Soil III," Proc., HRB, Vol. 34, 1955 (co-authored with R.T. Martin).

22. "The Need of the Civil Engineer for Chemicals to Treat Soil," Am. Chemical Society Symposium on Altering Soil Properties with Chemicals, April 1955.

23. "Chemical Stabilization Can Make Construction Materials of Weak Soils," Eng. News Record, Vol. 55, No. 3, July 1955.

24. "Civil Engineering Need for Soil Chemicals," Industrial and Eng. Chemistry, Vol. 47, November 1955.

25. "The Permeability of Compacted Fine Grained Soils," A.S.T.M., Special Technical Publication No. 163, 1955.

26. "Composition and Engineering Properties of Soil IV," Proc., HRB, Vol. 35, 1956 (co-authored with R.T. Martin).

27. "Modification of Frost-Heaving of Soils with Additives," Proc., HRB, Bulletin 135, 1956.

28. "The Storage of Oil in an Earth Reservoir," Journal of Boston Soc. Civil Engrs., Vol. 43, No. 3, July 1956.

29. "La Estabilizacion de Suelos," Ingenieria Internacional de Construccion, p. 56, September 1956.

30. "Composition and Engineering Properties of Soil V," Proc. HRB, Vol. 36, 1957 (co-authored with R.T. Martin).

### Published Papers (continued)

31. "Soil Stabilization Research at the Massachusetts Institute of Technology," Proc., 4th Int. Conference on Soil Mech. and Found. Eng., Vol II, London, 1957.

32. "Soil Composition and Its Influence on the Engineering Behavior of Fine Grained Soils," Clay Minerals Bull., Vol. 3, No. 17, 1957 (co-authored with R.T. Martin).

33. "Improvement of the Strength of Soil-Cement with Additives," HRB, Bulletin 183, 1957 (co-authored with A.S. Michaels).

34. "The Structure of Compacted Clay," ASCE, Journal of Soil Mech. and Found. Eng., Vol. 84, SM2, May 1958.

35. "The Engineering Behavior of Compacted Clay," ASCE, Journal of Soil Mech. and Found. Div., Vol. 84, SM2, May 1958.

36. "Improvement of the Strength of Soil-Cement with Additives," HRB, Bulletin 183, 1958 (co-authored with Z.C. Moh).

37. "Soil Technology in Soil Engineering," ASCE, Journal of Soil Mech. and Found. Div., Vol. 85, SM2, April 1959.

38. "Recent Advances in Soil Engineering," 1959, unpublished.

39. "The Role of Effective Stress in the Behavior of Expansive Soils," First Annual Soil Mech. Conf., Golden, Colorado, Vol. 54, No 4, 1959.

40. "Physico-Chemical Properties of Soils: Role of Soil Technology," ASCE, Journal of Soil Mech. and Found. Div., Paper 2001, SM2, April 1959.

41. "Directions for the Installation of the Modified Casagrande Piezometer," January 1960.

42. "A Mechanistic Picture of Shear Strength in Clay," ASCE Research Conf. on Shear Strength of Cohesive Soils, Boulder, Colorado, June 1960.

43. "Soil Engineering Research at M.I.T.," Annual Meeting of the ASCE, Boston, Mass., October 1960.

44. "Improvement of Soil Cement with Alkali Metal Compounds," HRB, Bulletin 241, 1960 (co-authored with A.S. Michaels and Z.C. Moh).

45. "Compacted Clay: a Symposium," ASCE, Paper No. 3041 (Reprint from "Transactions," Vol. 125, Part I, 1960).

46. "Recent Soil-Lime Research at the Massachusetts Institute of Technology," HRB, Bulletin 262, 1960 (co-authored with C.C. Ladd and Z.C. Moh).

### Published Papers (continued)

47. "Modification of Frost-Heaving of Soils with Additives, No. 11," Preprint of a paper presented before HRB Annual Meeting, Washington, DC, January 1961 (co-authored with T.J. Lambie).

48. "Residual Pore Pressures in Compacted Clay," Proc., 5th Int. Conf. on Soil Mech. and Found. Engineering., Vol. I, Paris, 1961.

49. "The Identification and Behavior of Compacted Expansive Clays," Proc., 5th Int. Conf. on Soil Mech. and Found. Eng., Vol. I, Paris, 1961 (co-authored with C.C. Ladd).

50. "Pore Pressures in a Foundation Clay," ASCE, Journal of Soil Mech. and Found. Div., Vol. 88, April 1962.

51. "The Improvement of Soil-Cement with Chemical Additives," HRB, Bulletin 309, 1962 (co-authored with Z.C. Moh and A.S. Michaels).

52. "Foundation Engineering," McGraw-Hill book Company, Inc., New York, 1962 (co-author).

53. "An Earth Dam for the Storage of Fuel Oil (Its Design and Behavior During Construction)," 2nd Pan-American Conf. On Soil Mech. and Found. Eng., Vol II, Brazil, July 1963.

54. "The Strength of 'Undisturbed' Clay Determined From Undrained Tests," A.S.T.M. Special Technical Publication No. 361, 1963 (co-authored with C.C. Ladd).

55. "The Soil Challenges M.I.T.," Technology Review, Vol LXVI, No. 7, May 1964.

56. "Methods of Estimating Settlement," ASCE, Journal of Soil Mech. and Found. Div. Vol. 90, SM5, September 1964.

57. "Settlement of Buildings on the M.I.T. Campus," ASCE, Journal of Soil Mech. and Found. Div, Vol 90, SM5, September 1964 (co-authored with H.M. Horn).

58. "Shallow Foundations on Clay," Proc. of Symposium Held at Duke University, April 1965.

59. "The Influence on an Adjacent Building of Pile Driving for the M.I.T. Materials Center," Proc., Int. Conf. on Soil Mech. and Found. Eng., Vol. II, Montreal, September 1965.

60. "Effective Stress Strength Parameters of Stabilized Soils," Proc., 6th Int. Conf. on Soil Mech. and Found. Eng., Vol. I, September 1965 (co-authored with A.E. Wissa and C.C. Ladd).

### Published Papers (continued)

61. "A Model Study: Settlement of Footings on Clay," ASCE Structural Engineering Conf., Miami, Florida, January 31-February 4, 1966 (co-authored with H. Perez-La Salvia, J. Alvarez Stelling and U. Lusher).

62. "The Integrated Soil Engineering Project," Proc., Southeast Asian Conf. on Soil Engineering, Bangkok, April 1967.

63. "Slide in the Siburua Dam," ASCE, Journal of the Soil Mech. and Found. Div., Vol. 93, SM4, July 1967 (co-authored with L. Anthony Wolfskill).

64. "Student Research on Building Foundations," Civil Eng., ASCE, October 1967.

65. "Stress Path Method," ASCE, Journal of the Soil Mech. and Found. Div., Vol. 93, SM6, November 1967.

66. "The Behavior of Foundations During Construction," ASCE, Journal of the Soil Mech. and Found. Div., Vol. 94, SM1, January 1968.

67. "A Comparison of Laboratory and Field Values of Cv for Boston Blue Clay," Preprint of a Paper Presented at the 47th Annual Meeting of the HRB, Washington, DC, January 1968 (co-authored with L.G. Bromwell).

68. "Reclaimed Land in Kawasaki City, Japan," Journal of Soil Mech. and Found. Div., Vol. 95, SM5, Proc. Paper 6780, September 1969.

69. "Effect of Mineralogical Composition of Fines On Frost Susceptibility of Soil," Corps of Engineers, CRREL, Technical Report 207, September 1969 (co-authored with T.J. Lambie and C.W. Kaplar).

70. "Method for Predicting Initial Settlement," Journal of Soil Mech. and Found. Div., Vol. 96, SM2, Proc. Paper 7167, March 1970 (co-authored with D.J. D'Appolonia).

71. "Measured Performance of Braced Excavation," Journal of the Soil Mech. and Found. Div., Vol. 96, SM3, Proc. Paper 7307, May 1970 (co-authored with L.A. Wolfskill and Ing. H.Wong).

72. "Predicted Performance of a Braced Excavation," Journal of the Soil Mech. and Found. Div., Vol. 96, SM3, Proc. Paper 7292, May 1970 (co-authored with H.Q. Golder, G.P. Tschebotarioff, J.P. Gould and S. Wilson).

73. "Interpretation of Field Data," Paper Presented at the 1970 Chicago Soil Mechanics Lecture Series, May 1970.

74. "Braced Excavations," State of the Art Presentation, ASCE Specialty Conference, Cornell University, June 22-24, 1970.

### Published Papers (continued)

75. "Additives for Modifying the Frost Susceptibility of Soils, Part I," Corps of Engineers, CRREL, Technical Report 123, Pt. I, March 1971 (co-authored with C. Kaplar).

76. "Performance of Four Foundations on End Bearing Piles," Journal of the Soil Mech. and Found. Div., ASCE, Vol. 97, SM1, June 1971 (co-authored with D.J. D'Appolonia).

77. "Evaluation of Pore Pressures Beneath an Embankment," Journal of Soil Mech. and Found. Div., ASCE, Vol. 97, SM6, Proc. Paper 8213, June 1971 (co-authored with D.J. D'Appolonia and H.G. Poulos).

78. "Floating Foundations for Control of Settlement," Journal of the Soil Mech. and Found. Div., ASCE, Vol. 97, SM6, Proc. Paper 8215, June 1971 (co-authored with D.J. D'Appolonia).

79. "The Performance of Earth Structures and Foundations," Proc. of the Fourth Panamerican Conference on Soil Mechanics and Foundation Engineering, San Juan, Puerto Rico, June 1971, pp. 9-26.

80. "The Performance of the Foundation Under a High Embankment," Journal of the Boston Society of Civil Engineering, Vol. 59, No. 2, April 1972 (co-authored with D.J. D'Appolonia, Kjell Karlsrud, and Robert C. Kirby).

81. "The Integrated Civil Engineering Project," The Seventh Terzaghi Lecture, Journal of Soil Mech. and Found. Div., ASCE, Vol. 98, SM6, June 1972, pp. 531-556.

82. "An Approach to Underground Construction," Presented at 15th Annual Meeting of the Association of Engineering Geologists, Kansas City, Missouri, October 1972 (co-authored with T.L. Neff, M.J. Taylor, L.W. Wolfskill and E. D'Appolonia).

83. "Predictions in Soil Engineering," Thirteenth Rankine Lecture, presented 28 February 1972, Imperial College of Science, London, Geotechnique, Vol. 23, No. 2, pp. 149-202, June 1973.

84. "The Performance of Constructed Facilities," Sixth R. P. Davis Lecture on the Practice of Engineering, presented April 1973, College of Engineering, West Virginia University, Morgantown, West Virginia University Bulletin, Series 74, No. 1-3, 16 pp., 1973.

85. "Strength and Deformability of Soil," Proc. VIII Int. Soc. Soil Mech. and Foundation Engineering, Moscow, General Report, Session 1, August 1973 (Co-reporters: David J. D'Appolonia, Charles C. Ladd, W. Allen Marr, Jr., and Gunter Waas).

### Published Papers (continued)

86.  "Terzaghi and Soil Mechanics at M.I.T.," Terzaghi Memorial Lecture presented 15 August 1973, Istanbul, Turkey, Proc., Bogazici Universite.

87.  "Predictions in Geotechnical Engineering," Keynote Address presented at 5th Brazilian Conference on Soil Mechanics, Sao Paulo, October 1974.

88.  "PRIME: PRedict-Instrument-Measure-Evaluate," Keynote Address presented 4th Southeast Asian Conference on Soil Engineering, Proc. 4th Southeast Asian Conference on Soil Engineering, Kuala Lumpur, Malaysia, April 10,1975.

89.  "Prediction of Performance of the In-Situ Test Caisson," Oosterschelde Closure, Netherlands Delta Project, Vol. 1, Jan. 1976.

90.  "Foundation Performance of the Tower of Pisa," ASCE, Journal of the Geotechnical Eng. Div., Vol. 103, GT3, March 1977, pp. 227-249 (co-authored with J.K. Mitchel and V. Vivatrat).

91.  "Void Ratio of Dredged Material," ASCE, Journal of the Geotechnical Div., GT7, Vol. 153, June 1977 (co-authored with S. Lacasse, W.A. Marr and T.L. Neff).

92.  "Predicted and Measured Pore Pressures in a Dam," Proc. of Session 12 of the IX International Conference of the I.S.S.M.F.E., Tokyo, 1977 (co-authored with W.A. Marr).

93.  "Stress Path Method-Second Edition," (co-authored with W.A. Marr), ASCE, Journal of the Geotechnical Engineering Division, GT6, p 727-738, June 1979.

94.  "Safety of a Constructed Facility (Geotechnical Aspects)," ASCE, Journal of the Geotechnical Engineering Division, GT3, Vol. 107, March 1981 (co-authored with W.A. Marr and F. Silva).

95.  "Geotechnical Engineering at the Massachusetts Institute of Technology, 1925-1981," Symposium, M.I.T., September 1981.

96.  "Instability of the Amuay Cliffside," ASCE Journal of the Geotechnical Engineering Division," Vol. 107, No. GT 11, November 1981 (co-authored with F. Silva).

97.  "Key Features of the Geotechnical Safety Program for the Amuay Cliffside," (co-authored with F. Silva, W.A. Marr), Geotechnical Engineering, Journal of Southeast Asian Society of Soil Engineering, Vol. 11, pp. 97-121, 1981.

98.  "Criteria for Settlement of Tanks," ASCE, Journal of the Geotechnical Engineering Division, GT8, August (co-authored with W.A. Marr and J. Ramos), 1982.

99.  "Geotechnical Surprises," Twenty Second Annual Henry M. Shaw Lecture Series in Civil Engineering, North Carolina State University, Raleigh, April 1985.

**Published Papers (continued)**

100. "Amuay Landslides," Proc. of the Eleventh International Conf. on Soil Mechanic and Foundation Engineering, San Francisco, 1985.

101. "The First Terzaghi Oration: Amuay Landslides"," Proc. of the Eleventh International Conf. on Soil Mechanic and Foundation Engineering, San Francisco, 1985.

102. "Expressing the Level of Stability of a Slope," Peck Symposium, University of Illinois, April 1987 (co-authored with F. Silva and P.C. Lambe).

103. "Stability of an Unloaded Slope," 9th SE Asian Geotechnical Conference, Bangkok, December 1987 (co-authored with F. Silva and P.C. Lambe).

104. "Lessons from Slope Failures," 9th SE Asian Geotechnical Conference, Bangkok, December 1987.

105. "Instability of Natural Slopes in Puerto Rico," Proceedings, Twelfth International Conference on Soil Mechanics and Foundation Engineering, Rio de Janeiro, Brazil, August 1989, Volume 3, pp. 1623-1626 (co-authored with F. Silva and P.C. Lambe).

106. "Stability of Slope of Compacted Clay," 10th SE Asian Geotechnical Conference, Taipei, ROC, April 1990 (co-authored with F. Silva).

107. "Strength of Compacted Clay," Seed Symposium, University of California, Berkeley, May 1990.

108. "Stability Analysis of an Earth Slope," Stability and Performance of Slopes and Embankments - II, Proceedings of a Specialty Conference sponsored by the Geotechnical Engineering Division of the American Society of Civil Engineers, Berkeley, California, pp. 27-69, June 29-July 1, 1992 (co-authored with F. Silva).

109. "Dam Stability following Reservoir Drawdown," Vol. 12, No. 4, Geotechnical News, December 1994, pp. 64 – 70 (co-authored with F. Silva).

110. "The Use of the Stress Path Method for Stability Analyses," South East Asian Geotechnical Conference, December 1994 (co-authored with F. Silva).

111. Geotechnical Field Data Management at the Amuay Refinery - Lessons Learned During the Past 30 Years, Transportation Research Board Annual Conference Proceedings, January 1995 (co-authored with R.E. Grismala, F. Silva).

112. "The Bishop Slope Revisited," Geotechnical News, December 1996 (co-authored with F. Silva).

113. "The Determination of Soil Strength for a Stability Analysis, ASCE, Geo Congress '98, October 1998 (co-authored with F. Silva).

**Published Papers (continued)**

114. "Evaluating the Stability of an Earth Structure," *Proceedings of the XII Pan-American Conference on Soil Mechanics and Foundation Engineering*, Cambridge, Massachusetts, U.S.A., June 2003 (co-authored with F. Silva)

115. "Probability and Risk of Slope Failure," *Journal of Geotechnical and Geoenvironmental Engineering,* ASCE, December 2008 (co-authored with F. Silva, and W. A. Marr)

# Soil Mechanics

### T. William Lambe • Robert V. Whitman

Massachusetts Institute of Technology

1969

JOHN WILEY & SONS, New York • Chichester • Brisbane • Toronto • Singapore

EXHIBIT

B





Fig. 2.6   Settlement of Building 10 at M.I.T.

hydromechanical analogy will move very little when the load is applied because the water is relatively incompressible. Since the spring only shortens slightly it will carry very little of the load. Essentially all of the applied load is resisted by an increase in the fluid pressure within the chamber. The conditions at this stage are represented in Fig. 2.5c.

Next we open the valve. The fluid pressure within the chamber will force water through this valve (Fig. 2.5d). As water escapes the spring shortens and begins to carry a significant fraction of the applied load. There must be a corresponding decrease in the pressure within the chamber fluid. Eventually a condition is reached (Fig. 2.5e) in which all of the applied load is carried by the spring and the pressure in the water has returned to the original hydrostatic condition. Once this stage is reached there is no further flow of water.

Only a limited amount of water can flow out through the valve during any interval of time. Hence the process of transferring load from the water to the spring must take place gradually. This gradual change in the way that the load is shared is illustrated in Fig. 2.5f.

Sharing the load between the mineral and pore phases also occurs in the physical example and in actual soil problems, although the pore fluid will not always carry all of the applied load initially. We shall return to this subject in detail in Chapter 26. Moreover, in actual problems there will be the same process of a gradual change in the way that the load is shared. This process of gradual squeezing out of water is called *consolidation*, and the time interval involved is the *hydrodynamic time lag*. The amount of compression that has occurred at any time is related not only to the applied load but also to the amount of stress transmitted at the particle contacts, i.e., to the difference between the applied stress and the pore pressure. This difference is called *effective stress*. Consolidation and the reverse process of swelling (which occurs when water is sucked into a soil following load removal) are treated in several chapters.

Here then is the fourth consequence of the particulate nature of soil: *when the load applied to a soil is suddenly changed, this change is carried jointly by the pore fluid and by the mineral skeleton. The change in pore pressure will cause water to move through the soil, hence the properties of the soil will change with time.*

This last consequence was discovered by Karl Terzaghi around 1920. This discovery marked the beginning of modern soil engineering. It was the first of many contributions by Terzaghi, who is truly the "father of soil mechanics."

The most important effect of the hydrodynamic time lag is to cause delayed settlement of structures. That is, the settlement continues for many years after the structure has been completed. Figure 2.6 shows the time-settlement record of two points on Building 10 on the campus of the Massachusetts Institute of Technology. The settlement of this building during the first decade after its completion was the cause of considerable alarm. Terzaghi examined the building when he first came to the United States in 1925, and he correctly predicted that the rate of settlement would decrease with time.

**A further look at consolidation.** At this stage it is essential that the student have a general appreciation of the duration of the hydrodynamic time lag in various typical soil deposits. For this purpose it is useful to make an intuitive analysis of the consolidation process to learn which soil properties affect the time lag and how they affect it. (Chapter 27 presents a precise derivation and solution for the consolidation process.)

The time required for the consolidation process should be related to two factors:

1. The time should be directly proportional to the volume of water which must be squeezed out of the soil. This volume of water must in turn be related to the product of the stress change, the compressibility of the mineral skeleton, and the volume of the soil.

2. The time should be inversely proportional to how





Fig. 12.7   Results of high-stress, confined compression tests on several sands (data from Roberts, 1964).

The stress-strain curve for an initial loading generally resembles a parabola. Hence the stress-strain relationship may be expressed as

$$\sigma_v = C(\epsilon_v)^n \qquad (12.13)$$

The coefficient $C$ varies with the type of soil and its initial void ratio. For a wide variety of soils, however, the exponent $n$ has been found to be very close to 2. For a perfect packing of elastic spheres, this exponent would be 3. The difference between the theoretical and actual values for the exponent is the result of sliding among and rearrangement of the particles within an actual soil. Equation 12.13 implies that both secant modulus from zero stress and the tangent modulus should increase as $\sqrt{\sigma_v}$.

Table 12.2   Relations Between Various Stress-Strain Parameters for Confined Compression

| | Constrained Modulus | Coefficient of Volume Change | Coefficient of Compressibility | Compression Index |
|---|---|---|---|---|
| Constrained modulus | $D = \dfrac{\Delta\sigma_v}{\Delta\epsilon_v}$ | $D = \dfrac{1}{m_v}$ | $D = \dfrac{1 + e_0}{a_v}$ | $D = \dfrac{(1 + e_0)\sigma_{va}}{0.435 C_c}$ |
| Coefficient of volume change | $m_v = \dfrac{1}{D}$ | $m_v = \dfrac{\Delta\epsilon_v}{\Delta\sigma_v}$ | $m_v = \dfrac{a_v}{1 + e_0}$ | $m_v = \dfrac{0.435 C_c}{(1 + e_0)\sigma_{va}}$ |
| Coefficient of compressibility | $a_v = \dfrac{1 + e_0}{D}$ | $a_v = (1 + e_0)m_v$ | $a_v = -\dfrac{\Delta e}{\Delta\sigma_v}$ | $a_v = \dfrac{0.435 C_c}{\sigma_{va}}$ |
| Compression index | $C_c = \dfrac{(1 + e_0)\sigma_{va}}{0.435 D}$ | $C_c = \dfrac{(1 + e_0)\sigma_{va}m_v}{0.435}$ | $C_c = \dfrac{a_v\sigma_{va}}{0.435}$ | $C_c = -\dfrac{\Delta e}{\Delta \log \sigma_v}$ |

*Note.* $e_0$ denotes the initial void ratio. $\sigma_{va}$ denotes the average of the initial and final stresses.

# PART IV

# *Soil with Water-No Flow or Steady Flow*

Pore water influences the behavior of soil in two ways: by affecting the way in which soil particles join together to form the mineral skeleton (*chemical interaction*) and by affecting the magnitude of the forces transmitted through the mineral skeleton (*physical interaction*).  Chemical interaction has been discussed in Part II.  Part IV introduces the concepts needed to understand physical interaction.

Part IV specifically considers situations in which the pore pressures within a soil mass are determined by the pore pressures at the boundaries of the mass and are independent of applied loads.  Such situations exist whenever loads are applied slowly compared to the rate of consolidation and at some time (long compared to consolidation time) after a rapid loading.  Situations in which pore pressures are influenced by loadings will be covered in Part V.

## 18.3   BASIC EQUATION FOR FLOW IN SOIL

The flow net, which has been used in the preceding two sections, was introduced in an intuitive manner with little theoretical justification. This section derives the equation for flow in soils which forms the basis for the flow net as well as other methods of solving flow problems.

Let us consider an element of soil, Fig. 18.3, through which is occurring laminar flow $q$ with components in the $x$, $y$, $z$ directions:

$$q = q_x + q_y + q_z$$

Using Darcy's law we can write the following expressions for the vertical component of flow $q_z$.

Flow into the bottom of element $q_z = kia$, where $a$ is the area of the bottom face:

$$q_z = k_z \left( -\frac{\partial h}{\partial z} \right) dy \, dx$$

Flow out of the top of element:

$$q_z = \left( k_z + \frac{\partial k_z}{\partial z} dz \right) \left( -\frac{\partial h}{\partial z} - \frac{\partial^2 h}{\partial z^2} dz \right) dy \, dx$$

where

$k_z$ = permeability in $z$ direction at point $x$, $y$, $z$
$h$ = total head

The net flow into the element from vertical flow = $\Delta q_z$ = flow into bottom − flow out of top

$$\Delta q_z = k_z \left( -\frac{\partial h}{\partial z} \right) dy \, dx - \left( k_z + \frac{\partial k_z}{\partial z} dz \right)$$
$$\times \left( -\frac{\partial h}{\partial z} - \frac{\partial^2 h}{\partial z^2} dz \right) dy \, dx$$

$$\Delta q_z = \left( k_z \frac{\partial^2 h}{\partial z^2} + \frac{\partial k_z}{\partial z} \frac{\partial h}{\partial z} + \frac{\partial k_z}{\partial z} dz \frac{\partial^2 h}{\partial z^2} \right) dx \, dy \, dz$$

For the condition of constant permeability $\partial k_z / \partial z = 0$,

$$\Delta q_z = \left( k_z \frac{\partial^2 h}{\partial z^2} \right) dx \, dy \, dz$$

Similarly, the net flow in the $x$ direction is

$$\Delta q_x = \left( k_x \frac{\partial^2 h}{\partial x^2} \right) dx \, dy \, dz$$

For the condition of two-dimensional flow $q_y = 0$,

$$\Delta q = \Delta q_z + \Delta q_x = \left( k_z \frac{\partial^2 h}{\partial z^2} + k_x \frac{\partial^2 h}{\partial x^2} \right) dx \, dy \, dz$$

The volume of water $V_w$ in the element is

$$V_w = \frac{Se}{1 + e} \, dx \, dy \, dz$$

and the rate of change of the water volume is equal to

$$\Delta q = \frac{\partial V_w}{\partial t} = \frac{\partial}{\partial t} \left( \frac{Se}{1 + e} \, dx \, dy \, dz \right)$$

Since $dx \, dy \, dz/(1 + e)$ = volume of solids in element and is a constant,

$$\Delta q = \frac{dx \, dy \, dz}{1 + e} \frac{\partial (Se)}{\partial t}$$

Equating the two expressions for $\Delta q$ gives

$$\left( k_z \frac{\partial^2 h}{\partial z^2} + k_x \frac{\partial^2 h}{\partial x^2} \right) dx \, dy \, dz = \frac{dx \, dy \, dz}{1 + e} \frac{\partial (Se)}{\partial t}$$

which reduces to

$$k_z \frac{\partial^2 h}{\partial z^2} + k_x \frac{\partial^2 h}{\partial x^2} = \frac{1}{1 + e} \left( e \frac{\partial S}{\partial t} + S \frac{\partial e}{\partial t} \right) \quad (18.2)$$

Equation 18.2 is the basic equation for two-dimensional laminar flow in soil. Looking at the $e$ and $S$ terms on the right of Eq. 18.2 we see four possible types of flow:

1. $e$ and $S$ both constant.
2. $e$ varies and $S$ constant.
3. $e$ constant and $S$ varies.
4. $e$ and $S$ both vary.

Type 1 is *steady flow* which has been treated in Chapter 17 and this chapter, and types 2, 3, and 4 are *nonsteady flow* situations. Type 2 is *consolidation* for $e$ decrease and *expansion* for $e$ increase, and is considered



Fig. 18.3   Flow through a soil element.

in Part V. Type 3 is constant-volume *drainage* for $S$ decrease and *imbibition* for $S$ increase. Type 4 includes compression and expansion problems. Types 3 and 4 are complex flow conditions for which satisfactory solutions have not been found.[3]

For steady flow ($e$ and $S$ both constant) Eq. 18.2 reduces to

$$k_z \frac{\partial^2 h}{\partial z^2} + k_x \frac{\partial^2 h}{\partial x^2} = 0 \qquad (18.3)$$

and when the condition of permeability is the same in all directions ($k_z = k_x$) Eq. 18.3 reduces to

$$\frac{\partial^2 h}{\partial z^2} + \frac{\partial^2 h}{\partial x^2} = 0 \qquad (18.4)$$

Equation 18.4 is Laplace's equation. It says that the change of gradient in the $z$ direction plus the change of gradient in the $x$ direction is zero. The fact that the basic equation of steady flow in isotropic soil, Eq. 18.4, satisfies Laplace's equation means that the flow lines intersect at right angles with the equipotential lines in a flow net. In other words, the flow net as drawn in the preceding two sections is a theoretically sound solution to the flow situation.

## 18.4  FLOW IN NONHOMOGENEOUS AND ANISOTROPIC SOIL

Although Eq. 18.2 was derived for quite general conditions, the preceding numerical examples considered only soil that does not vary in properties from point-to-point vertically or horizontally—*homogeneous* soil—and soil that has similar properties at a given location on planes at all inclinations—*isotropic* soil. Unfortunately, soils are generally nonhomogeneous and anisotropic. As discussed in Chapter 7, sedimentary soils are built up over a period of many years. During this time, the nature of sediments and the environment of deposition change, with the result that the soil in a deposit varies vertically and, under certain conditions (such as deposition near a shore line), horizontally as well. The actual subsoil profiles shown in Chapter 7 and elsewhere in this book indicate marked variation in soil properties with depth; e.g., Example 16.2 shows a subsoil profile with four different soils within the top 55 m. As noted on this profile, the permeabilities vary for the four soils from $3 \times 10^{-5}$ cm/sec to $2 \times 10^{-7}$ cm/sec.

As was discussed in Chapter 8, the process of forming a sedimentary soil is such that the vertical compression is larger than the horizontal compression and thus the horizontal effective stress is about one-half of the vertical

effective stress in a normally consolidated soil. Because of the higher vertical effective stress in a sedimentary soil, the platelike clay particles tend to have a horizontal alignment resulting in lower permeability for vertical flow than for horizontal flow.

Because of the variation in nature of sediments in a vertical direction and because of particle alignment, a ratio of horizontal to vertical permeability of two to ten is not unusual in normally consolidated sedimentary clay.

In man-made as well as natural soil, the horizontal permeability tends to be larger than the vertical. The method of placement and compaction in earth fills is such that stratifications tend to be built into the embankments. Ratios of horizontal to vertical permeability in compacted fills tend to be even larger than those in normally consolidated sedimentary clays.

### Nonhomogeneous Soil

As a vehicle for considering flow through nonhomogeneous soil consider the two cases shown in Example 18.5. In part (*a*) a 4-ft layer of soil *B* having a permeability of 0.01 ft/min is overlain by a 4-ft layer of soil *A* having a permeability of 0.1 ft/min. In part (*b*), soil *A* and soil *B* are placed next to each other with a vertical interface between the two. In each case, steady-state flow is occurring through the soil with a total head of 12 ft of water being lost.

Example 18.5 shows the seepage and total head drops for each of the two setups. When the flow is perpendicular to the two soil strata, the amount of flow is, of course, the same through both, and the majority of head is lost in the soil with the lower permeability. When the flow is parallel to the two soil strata, the plot of total head lost is the same for both soils and the majority of the flow is through the soil with the higher permeability. From these two simple examples we see that (*a*) for flow perpendicular to strata, the head loss and rate of flow is influenced primarily by the less pervious soils and (*b*) for flow parallel to the strata, the rate of flow is essentially controlled by the more pervious soil.

Figure 18.4 shows a flow channel (part of a two-dimensional flow net) going from soil *A* to soil *B*. The permeability of soil *A* is twice that of soil *B*. Based on the principle of continuity, i.e., the same rate of flow exists in the flow channel in soil *A* as in soil *B*, we can derive the relationship between the angles of incident of the flow paths with the boundary for the two flow channels. This is shown in Fig. 18.4. Not only does the direction of flow change at a boundary between soils with different permeabilities, but also the geometry of the figures in the flow net changes. As can be seen in Fig. 18.4, the figures in soil *B* are not squares as is the case in soil *A*, but rather rectangles in which the width of the flow path is twice the distance between equipotentials.

---

[3] Equation 18.2 is strictly applicable only for small strains.

# PART V

## *Soil with Water-Transient Flow*

Part IV considered the interaction between pore fluid and mineral skeleton and demonstrated the importance of *effective stress*. Effective stress determines shear strength. Change in effective stress determines the magnitude and type of volume change.

A key step in the evaluation of effective stress is the evaluation of the pore water pressure. In all of Part IV, pore water pressure was determined solely by the hydraulic boundary conditions applied to the pore phase. Pore pressure was in no way influenced by the weight of the soil or by external loads applied to the soil. Part V treats those situations in which pore pressure *is* influenced by loads applied to the soil mass. As discussed in Chapter 2, when a load change is suddenly applied to a soil, the change is carried either by the pore fluid or jointly by the pore fluid and by the mineral skeleton. The change in pore pressure will cause water to move through the soil, and the effective stresses within the soil will change with time. Hence the properties of the soil will change with time.

Part V treats the most general type of problem, and thus ties together many of the concepts presented in previous sections.

# CHAPTER 30

## *Stress-Strain Relations for Undrained Conditions*

Engineers frequently must estimate the undrained (or initial) settlement of loaded areas. Such estimates are often based on equations from the theory of elasticity. To use these equations, it is necessary to evaluate the modulus of soil for undrained loading conditions. This can be done either by evaluating the shear modulus $G$ or the undrained Young's modulus $E$. Since Poisson's ratio is $\frac{1}{2}$ for undrained loading, Eq. 12.4 indicates that theoretically $E = 3G$.

Unfortunately, it is extremely difficult to evaluate undrained modulus accurately. As is true for a drained loading (Chapters 12 and 22), the modulus during undrained loading is very sensitive to stress level. Moreover, undrained modulus is affected by the many factors that affect undrained strength, e.g., rate of loading, time of consolidation, intermediate principal stress, and especially sampling disturbance. The influence of these factors on modulus is considerably greater than their influence on strength; i.e., the details of the loading affect the early portion of a stress-strain curve more than they affect the peak of the curve.

This chapter gives general guidance as to the magnitude of undrained modulus for various conditions, and the data presented here may be used for very crude estimates of settlements. Where accurate estimates are required, it is necessary to perform tests on the best possible samples with careful attention to duplication of the loading conditions expected *in situ*.

## 30.1 RELATIONSHIP TO WAVE VELOCITIES

Values of shear modulus applicable for very small stress changes may be determined by measuring the propagation velocity for shear waves, either *in situ* or in laboratory tests on undisturbed specimens. Such values of modulus are directly useful for a variety of dynamic problems, and are often used to provide an upper bound to the value of modulus applicable to larger stress changes.

Since shear modulus should be the same for both drained and undrained loadings, the shear wave velocity through a saturated soil should differ only slightly from that through a dry soil having the same void ratio and carrying the same effective stress. Indeed, it has been found that the data in Fig. 12.10 are applicable to both dry and saturated sands, with only slight differences arising from the change in mass density as the result of saturation (Hardin and Richart, 1963).

Going a step further, it has been found that the shear modulus of *any* soil is, as a first approximation, related solely to void ratio and effective stress, independently of grain size characteristics. Hardin and Black (1968) find that the following equation applies for sand with angular particles and for several clays:

$$G = 1230 \frac{(2.973 - e)^2}{1 + e} \sqrt{\bar{\sigma}_c} \qquad (30.1)$$

where $G$ and $\bar{\sigma}_c$ (the average principal stress to which the soil has been consolidated) are in psi. With only slight modification to the numerical coefficients, the same equation applies to sands with rounded grains.

Undrained Young's modulus for small stress changes can be evaluated by measuring the rod velocity in laboratory specimens. With accurate measurements, it has been found that $E$ is very nearly equal to $3G$, provided that comparisons are made at the same level of strains.

If a saturated soil were truly incompressible, the dilatational modulus $D$ and dilatational velocity $C_D$ would be infinite (see Eq. 12.8). Actually, of course, water is only relatively incompressible. The dilatational velocity $C_D$ through saturated soil is typically about 5000 ft/sec (Fig. 30.1) and is much greater than $C_D$ through dry soil. At usual levels of effective stress, $C_D$ is controlled by the compressibility of the pore phase and is affected little by the compressibility of the mineral skeleton; hence $C_D$ is more-or-less independent of effective stress. Dilatational velocity, which can be

455



Fig. 30.1   Measured dilatational velocity through dry and saturated sand (data obtained by Shell Research and Development Laboratory using pulse technique.)

measured easily in the field, unfortunately does not provide useful information regarding the stiffness of the mineral skeleton of a saturated soil.

## 30.2   YOUNG'S MODULUS FOR LARGER LOADS

Figure 30.2 presents a typical undrained stress-strain curve for normally consolidated clay obtained from a standard triaxial test with increasing axial stress and constant lateral stress. Values of undrained Young's modulus $E$, as computed from different stages of this



Stress-strain modulus:

$$E_f = \frac{(\sigma_1 - \sigma_3)_f}{\epsilon_f} = \frac{12 \text{ tons/m}^2}{0.03} = 400 \text{ tons/m}^2$$

$$E_i = 857 \text{ tons/m}^2$$

Fig. 30.2   Typical stress-strain curve from undrained triaxial test on normally consolidated clay.

test, are the following:

*Initial Tangent Modulus*, $E_i$, equals the slope of the $\sigma_1 - \sigma_3$ versus $\epsilon$ plot at the start of the test. As shown in Fig. 30.2, $E_i = 857$ tons/m². 
*Secant Modulus at Failure*, $E_f$, equals the slope of the line between the origin and the point of failure on the plot of $\sigma_1 - \sigma_3$ versus $\epsilon$. $E_f$ from Fig. 30.2 = 400 tons/m². 
*Secant Modulus*, at any specified stress or strain level. Among a number of specified levels of stress or strain that have been used are $\epsilon = 2\%$, $\epsilon = 5\%$, $\sigma_1 - \sigma_3$ at half of the value of $(\sigma_1 - \sigma_3)_f$ (also called the modulus at a factor of safety equal to two).

It is quite difficult to determine $E_i$ accurately from such tests, since the slope of the stress-strain curve changes rapidly even at small strains. The initial modulus as determined from the first loading of a triaxial test usually is much less than the modulus computed from wave velocity.

### Relation to Consolidation Stress

For normally consolidated clay, it is often assumed that modulus is proportional to consolidation stress; i.e., the stress at any strain is proportional to consolidation stress. Figure 30.3 presents for three clays the results of undrained triaxial tests in the form of stress paths through which strain contours have been drawn.[1] This is a particularly informative type of plot. If the effective stress paths are geometrically similar and the strain contours are straight radial lines for a group of tests, then a plot of $q/\bar{\sigma}_c$ versus strain would be unique. If the plot is unique, the modulus is then proportional to the consolidation pressure. The plots indicate there is variation from this unique relationship, although as a

[1] The characteristics of these clays are presented in Table 30.1.