## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Armstrong*, No. 10-866 | § | |
| _____ | § | |

### DEFENDANT UNITED STATES' EX PARTE/CONSENT MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE EXCESS PAGES

Defendant United States hereby respectfully requests leave to file a 24-page Reply to Plaintiffs' Opposition to the United States' Motion to Strike (R.D. 20862). The Reply was due yesterday, but problems with the Civil Division's network prevented timely filing. The exceptional importance of the *Daubert* motions and the extensive bases for them necessitate the overlength brief. The proposed filing, brief and exhibits, are submitted here as exhibits to this motion.

Plaintiffs' Liaison Counsel does not object to this motion.

                                              Respectfully submitted,

                                               s/ Robin Doyle Smith
ROBIN DOYLE SMITH
Senior Trial Counsel, Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorney for the United States

-2-

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served upon all counsel of record by ECF on May 31, 2012.

s\ Robin Doyle Smith