-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Armstrong*, No. 10-866 | § | |
| _____ | § | |

## ORDER

Having considered the United States' Ex Parte/Consent Motion for Leave to File Excess Pages, and for good cause shown, it is hereby ORDERED that the Motion for Leave to File is GRANTED.  The United States may file a Reply Memorandum not exceeding 24 pages in length.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE