# EXHIBIT

# 3

# APPENDIX A

# Resume of Professor Emeritus Robert G. Bea

## POSITION

Professor Emeritus, Department of Civil & Environmental Engineering
Engineering and Project Management Group
Co-Founder, Center for Catastrophic Risk Management
Founder, Marine Technology & Management Group
University of California Berkeley



## DATE & PLACE OF BIRTH

14 January 1937, Mineral Wells, Texas

## EDUCATION

**1956,** A. A., Jacksonville University
**1959,** B. S. in Civil Engineering, University of Florida
**1960,** Master of Science in Engineering, University of Florida
**1961-1997,** Post-graduate studies at Tulane University, Rice University, Texas A&M University, Bakersfield College, University of Houston, Technical and Scientific University of Norway
**1998-2001,** PhD, The Center for Oil and Gas Engineering, The University of Western Australia

## LICENSES

Registered Professional Civil Engineer (retired) in Louisiana, Texas, Florida, Alaska, Washington, Oregon, California.
Registered Professional Geotechnical Engineer (retired) in California.  Registered Land Surveyor (retired) in Louisiana.

## PROFESSIONAL ASSOCIATIONS

American Society of Civil Engineers, The U. K. Safety and Reliability Society, American Society of Mechanical Engineers, National Academy of Engineering

## EXPERIENCE

**1954-1959:** U. S. Army Corps of Engineers, Engineer-in-Training
**1959-1960:** S. S. Jacobs Construction Co., Construction Estimator
**1960-1976:** Shell Oil Company (Offshore drilling and production operations – southern Louisiana; Manager, Head Office Offshore Civil Engineering Group; Chief Mechanical Engineer, Bakersfield Production Division; Offshore Delta Division Construction Engineer; Head Office Production & Financial Control; Royal Dutch Shell Ltd. Production, Engineering & Financial Control; Shell Development Company, Manager, Offshore Technology Development Group
**1976-1981:** Ocean Services Division, Woodward-Clyde Consultants (Vice President, Chief Engineer, Geotechnical, Structural, Environmental, Field Engineering Operations, Ocean – Offshore Engineering projects in 72 countries)
**1981-1989:** PMB Engineering - Bechtel Inc. (Vice President, Senior International Consultant, Ocean – Offshore Engineering Operations Gulf of Mexico, U.S. Pacific Coast, U.S. Beaufort and Chuckchi Sea, Canadian Arctic and East Coast developments)
**1989 - 2011:** University of California Berkeley (Professor, Naval Architecture & Offshore Engineering, Civil & Environmental Engineering, Engineering & Project Management)
**2011 -       :** Professor Emeritus, University of California Berkeley, Marine Technology Development Group, Center for Catastrophic Risk Management

## PRIMARY EXPERTISE

**Risk Assessment and Management: Human & Organization Factors in Quality and Reliability of Engineered Systems**
**Ocean Environmental Conditions and Forces** (earthquakes, wind, waves, currents, mudslides, ice)
**Foundations Design and Construction** (field explorations, soils testing, piles, mats, pipelines, levees)
**Structures Design, Construction, Operations, Maintenance, Re-qualification** (fixed & floating platforms, ships, pipelines, shore bases)

## HONORS

United States Senate Certificate of Recognition in Honor and Appreciation for "help provided to the people of Louisiana during disasters resulting from hurricanes, the Gulf Coast Oil Spill, and the Oil Moratorium," April 5, 2011
Proclamation, Jefferson Parish Council, For Extraordinary Assistance to the Citizens of Jefferson Parish, Louisiana in the Aftermath of the Hurricane Katrina and Deepwater Horizon Oil Rig Disaster 2010
Offshore Technology Hall of Fame 2009
New Orleans City Council Certificate of Appreciation for Investigation of Failures of the New Orleans Flood Protection System during Hurricane Katrina and for Counsel to Provide Adequate Future Hurricane Flood Protection 2007
University of California Berkeley Chancellors Award for Research in the Public Interest 2007
Fellow, American Society of Mechanical Engineers 2005
Life Member, American Society of Civil Engineers, 2004
Offshore Energy Center Hall of Fame, Risk and Reliability Engineering, 2003
American Society of Civil Engineers Ralph B. Peck Award and Medal, 2002
U.S. Department of the Interior Minerals Management Service Corporate Leadership Award for Safety in Offshore Platform Operations, 1999
Offshore Mechanics & Arctic Engineering Technical Achievement Award, American Society of Mechanical Engineers, 1997
National Academy of Management, 1994
National Academy of Engineering, 1989
Marine Board, National Academy of Engineering, 1989 - 1995
Society of Professional Engineers Project of the Year, Freeport-McMoran Main Pass Block 99 Sulfur Mine Facilities, 1993
United States Coast Guard Research Commendation, 1992
American Society of Mechanical Engineers OMAE Technical Achievement Award, 1997
Institution of Engineers Australia Eminent Speaker Award, 1990
Offshore Energy Center Hall of Fame, Hurricane Wind, Wave, and Current Conditions & Forces, 1990
Bechtel Fellow Award, 1987
American Society of Civil Engineers Croes Medal, 1978
J. Hillis Miller Engineering Award, 1960

## CONSULTING ABROAD

Canada, Greenland, England, Norway, Denmark, France, Spain, Angola, Nigeria, Gabon, Saudi Arabia, Kuwait, India, Thailand, China, Japan, Indonesia, Borneo, Australia, New Zealand, Mexico, Venezuela, Brazil, Chile, Argentina, Trinidad

## BACKGROUND

I have devoted the past 25 years of my professional career to research associated with the Risk Assessment and Management (RAM) and the catastrophic failure of engineered systems. This work has involved detailed studies and investigations of more than 630 major accidents, failures, and disasters associated with complex engineered systems such as the Occidental Piper Alpha platform in the North Sea, the Exxon Valdez tankship, the Petrobras P36 floating production platform offshore Brazil, the NASA Columbia space shuttle, and the flood protection system for the Greater New Orleans Area during Hurricane Katrina. The research has focused primarily on interactions of engineering and organizational–institutional processes associated with catastrophic failures. A primary objective of this work has been development, validation, and application of advanced methods for RAM of complex engineered systems during their life-cycles (concept development through decommissioning). I have published 280 refereed journal and conference papers that chronicle the studies and research I have performed that address RAM of complex engineered systems for offshore platforms, pipelines, and floating facilities for oil and gas exploration and production. I have written 3 books and 10 chapters in textbooks that document this background. I have been recognized for my contributions to the RAM of offshore oil and gas exploration and production engineered systems by the U.S. Minerals Management Service, the Offshore Technology Center, the Society of Petroleum Engineers, the American Society of Mechanical Engineers, the American Society of Civil Engineers, the Society of Naval

2

Architects and Marine Engineers, the Academy of Management, and the National Research Council Academy of Engineering.

In 1960, I was employed by Shell Oil Company as a coastal - offshore engineer. For the first two years, I worked as a roughneck and roustabout on drill rigs and production platforms located offshore southern Louisiana. During my career with Shell Oil Company, Shell Development Company and Royal Dutch Shell Company, I worked in exploration, drilling, production, refining, transportation, engineering, construction, operations, and research at various locations around the world. I was Chief Offshore Civil Engineer and Manager of the Central Engineering Division for Shell Oil Company located in New Orleans, Manager of the Marine Technology Research Group at Shell Development Company located in Houston, Texas, Chief Engineer in the Bakersfield California Production District, and Head of the Marine Technology Development Group – Central Offshore Engineering Division located in Houston, Texas.

In 1977, I was appointed vice president and chief engineer of an international consulting engineering and contracting company - Woodward-Clyde Ocean Services (now United Research Services - URS Corporation) providing coastal and offshore engineering services to the international offshore oil and gas industry, including hurricane forecasting, development of reliability based design criteria for offshore platforms and pipelines, geotechnical – foundation engineering, structural engineering, construction engineering and design of flood protection facilities for refineries and chemical processing plants along the Gulf coast.

In 1981, I founded the Ocean Engineering Services Division of PMB and became vice president and senior international consultant for PMB – Bechtel. The Ocean Engineering Services Division offered a wide variety of engineering services world-wide that included concept development, design, construction, maintenance, and decommissioning of marine systems including offshore platforms, pipelines, and floating facilities. Of particular importance was work performed by this Division in arctic and sub-arctic areas in development and testing of innovative oil and gas exploration and production systems to work in this challenging environment. This work included development of risk and reliability based engineering design, construction, operation, and maintenance criteria for these systems. This work involved extensive engineering consulting and field exploration studies for Sohio on the North Slope – Prudhoe Bay, Alaska. In addition, together with colleagues from the Ocean Engineering Services Division, during the summer of 1986 we organized and presented a series of workshops on the topic of Risk Assessment and Management for BP's Board of Directors in London.

As I made a career transition from industry to academia in July 1988, I was brought by Occidental Petroleum to Aberdeen, Scotland as a member of an international team to investigate the failure of the Piper Alpha platform. For the next 3 years, the investigation team struggled to understand this disaster. At the end of this experience, I came to understand that for the vast majority of my career I had not understood several important aspects that caused this disaster. These aspects were chiefly focused in the human, organizational, and governance issues that were instrumental in development of the Piper Alpha platform disaster. This experience was reinforced in 1990 when I headed a joint industry – government sponsored project to investigate the grounding of the Exxon Valdez tanker. The investigation of the grounding of the Exxon Valdez taught many of the same lessons we learned from the failure of the Piper Alpha platform. There were some additional lessons that reinforced what I had learned earlier while working for Shell Oil Company as a result of the Unocal Santa Barbara platform blowout, the Shell Bay Marchand platform blowouts, and the Mississippi Piney Woods well blowout – the means, methods, and processes to control, contain and clean up oil and gas in and on the water were very ineffective. This important part of the consequences of failures could not be effectively mitigated or managed.

The Piper Alpha and Exxon Valdez investigations launched a two decade long series of research, development, and consulting projects that addressed different kinds of failures associated with oil and gas exploration and production systems including platforms, ships, and pipelines. All of these studies were conducted as joint industry – government agency sponsored projects. The different kinds of failures included 'quiet failures' that developed during concept development, design, and construction phases – these were projects that suffered serious project 'over-runs' and frequently showed up in legal proceedings. There were also 'noisy system failures' that developed during construction, operations, and maintenance phases – these were projects that received significant media, public and government attention. These different kinds of failures sometimes had similar sources; other times they had different sources. These different kinds of failures had very different 'signatures'. The 'quiet' failures generally were sourced in a few people and a few malfunctions of different parts of a particular system. In contrast, the noisy system failures were sourced in many people and organizations and involved a very large number of malfunctions in many parts of the particular system that generally developed over a long period of time. Examples of the noisy system failures that I studied during this time period included the Statoil Sleipner A platform sinking (failure during construction), the Texas Tower Number 4 collapse (failure during operation), the sinking of the Petrobras P36 floating production platform, and the NASA Columbia shuttle accident, and the BP Deepwater Horizon Macondo well disaster.

I have published more than 500 technical papers in refereed journals and conferences and a similar number of technical papers, reports, and book chapters in non-refereed publications. These publications are listed in the following sections.

I have been recognized by the National Academy of Engineering, the International Energy Center, the Academy of Management, the American Society of Civil Engineers (ASCE), and American Society of Mechanical Engineers (ASME) for my pioneering contributions to development and application of advanced methods for risk assessment and management of complex engineered systems including human, organizational, and institutional factors.

On July 8, 2010, I received a Proclamation from the New Orleans City Council "For continuing your efforts to support Louisiana and the City of New Orleans in the aftermath of Hurricane Katrina and the Deepwater Horizon Disaster." In September 2010, I received a Proclamation from the Jefferson Parish Council for my "Extraordinary assistance to the citizens of Jefferson Parish, Louisiana, in the aftermath of the Hurricane Katrina and Deepwater Horizon Oil Rig Disaster." On April 5, 2011, I received a Certificate of Recognition from the United States Senate "In Honor and Appreciation for all of the help you have provided to the people of Louisiana during disasters resulting from hurricanes, the Gulf Coast Oil Spill, and the Oil Moratorium."


## PUBLICATIONS

### Refereed Publications

**A.    Archival Journals**
1.    R.G. Bea, Discussion of "Friction and Cohesion of Saturated Clays," by T. H. Wu et al., *J. Soil Mechanics and Foundations Div.,* ASCE, Vol. 89, no. SM1, Feb. 1963, pp. 268-277.
2.    R.G. Bea, "How Sea Floor Slides Affect Offshore Structures," *Oil & Gas Journal,* Nov. 29, 1971, pp. 88-91.
3.    R.G. Bea, "Selection of Environmental Criteria for Offshore Platform Design," *Preprints, Offshore Technology Conference,* Houston, TX, OTC 1839, pp. II-185 - II-193, May 1973; also  *J. Petroleum Technology,* Nov. 1974, pp. 1206-1214.
4.    R.G. Bea and P. Arnold, "Movements and Forces Developed by Wave-Induced Slides in Soft Clays," *Preprints, 5th Annual Offshore Technology Conference,* Houston, TX, OTC 1899, May 1973, pp. II-731 - II-740; also *J. Petroleum Technology,* April 1975.
5.    R.G. Bea, N.W. Lai, A.W. Niedoroda and G.H. Moore, "Gulf of Mexico Hurricane Wave Heights," *Preprints, 15th Annual Offshore Technology Conference,* Houston, TX, OTC 4586, May 1974, pp. 49-62; also *J. of Petroleum Technology,* Sept. 1975, pp. 1160-1172.
6.    R.G. Bea, H.A. Bernard, P. Arnold and E.H. Doyle, "Soil Movements and Forces Developed by Wave-Induced Slides in the Mississippi Delta," *J. Petroleum Technology,* April 1975, pp. 500-514.
7.    R.G. Bea and P.W. Marshall, "Failure Modes of Offshore Platforms," *Proc. of the Conference on Applications of Statistics and Probability in Engineering,* ASCE, Stanford University, June 1975; also BOSS '76 Conference Proceedings, Vol. II, Trondheim, Norway, pp. 579-635.
8.    R.G. Bea, "Offshore Platforms - Platform Design," Petroleum 2000, Seventy-Fifth Anniversary Issue, *Oil & Gas Journal,* Aug. 1977.
9.    R.G. Bea, "Earthquake Criteria for Platforms in the Gulf of Alaska," *J. Petroleum Technology,* March 1978, pp. 325-340.
10.    R.G. Bea, J.M.E. Audibert and M.R. Akky, "Earthquake Response of Offshore Platforms,"*J. Structural Div.,* ASCE, Vol. 105, no. ST2, Feb. 1979, pp. 377-400.
11.    R.G. Bea, "Earthquake and Wave Design Criteria for Offshore Platforms," *J. Structural Div.,* ASCE, Vol. 105, no. ST2, February 1979. pp. 401-419.
12.    R.G. Bea, "Reliability Considerations in Offshore Platform Criteria," *J. Structural Div.,* ASCE, Vol. 106, no. ST9, Sept. 1980, pp. 1835-1853.
13.    R.G. Bea, A.R. Dover and J.M.E. Audibert, "Quality in Soil Borings Makes a Difference," *Oil & Gas Journal,* June 1981, pp. 133-139.
14.    R.G. Bea, A.R. Dover and J.M.E. Audibert, "Pile Foundation Design Considerations for Deepwater Fixed Structures," *Proc. of the Third Int. Conf. on Behavior of Off-Shore Structures,* BOSS '82, Hemisphere Publishing Company, New York, 1982, pp. 125-140.

15. R.G. Bea and J.M.E. Audibert, "Offshore Platforms and Pipelines in Mississippi River Delta," *J. Geotechnical Engineering Div.,* ASCE, Vol. 106, no. GT8, Aug. 1980, pp. 853-869.

16. R.G. Bea, J.M.E. Audibert, and M.R. Akky, "Platforms in Earthquakes," *Oil & Gas Journal,* three-part series, March 1981: (1) "Offshore Platform Elastic Response is Analyzed," pp. 135-139, March 9, 1981; (2) "Inelastic Earthquake Response of Offshore Platforms Evaluated," pp. 84-90, March 16, 1981; (3) "Performance of Superstructure and Substructure Elements are Analyzed," pp. 163, 166, 168, 170, 172, March 23, 1981.

17. R.G. Bea, S.G. Wright, P. Sinclair and A.W. Niedoroda, "Wave-Induced Slides in South Pass Block 70, Mississippi Delta," *Proc. Geotechnical Engineering Div.,* ASCE, April 1983, pp. 619-644.

18. R.G. Bea, "Application of Reliability Methods in Design and Analysis of Offshore Platforms." by the Committee on Reliability of Offshore Structures, *J. Structural Engineering,* ASCE, Vol. 109, no. 10, Oct. 1983, pp. 2265-2291.

19. R.G. Bea, "Hurricane Wave Height and Forces," *Oil & Gas Journal,* five-part series, September and October 1983: (1) "Design Criteria Overcorrected after Hurricane Hilda," Sept. 12, 1983, pp. 151-153; (2) "Deepwater Storm Waves Dissipate Across Continental Shelf," Sept. 26, 1983, pp. 100-102; (3) "Wave Height Attenuation Modeled by Computer Program for Shallow Water in Gulf," Oct. 10, 1983, pp. 114-120; (4) "Design Wave Forces Escalate to 100-Year Conditions to Consider Storms, Drag, Fouling," Oct. 24, 1983, pp. 95-99; (5) "Wave Force Design Program Offers Cost Saving," Nov. 7, 1983, pp. 112, 117-118, 120.

20. R.G. Bea and R.P. Aurora, "Design of Pipelines in Mudslide Areas," *J. Petroleum Technology,* Nov. 1983, pp. 1985-1995.

21. R.G. Bea, S. Nour-Omid, T.B. Coull, R.E. Potter and H.R. Bivens, "Innovative Foundations for a New Class of Arctic Structures," *J. Ocean Business,* Offshore, Dec.-Jan. 1983-84, 8 pp.

22. R.G. Bea, S.T. Hong and J.S. Mitchell, "Decision Analysis Approach to Offshore Platform Design," *J. Structural Engineering,* Vol. 110, no. 1, Jan. 1984, pp. 55-74.

23. R.G. Bea, "Foundations for Arctic Offshore Structures," *Marine Technology Society Journal,* Special Issue on Arctic Engineering, Vol. 18, no. 1, Sept. 1984, pp. 22-30.

24. R.G. Bea, "Loading Uncertainties in Extreme Waves," *Marine Structures,* 3: pp. 237-260 (England: Elsevier Science Publishers Ltd., 1990).

25. R.G. Bea and D. McDonald, "Reliability Evaluation of a Jack-Up Drilling Unit," *Transactions,* Society of Naval Architects and Marine Engineers, Vol. 98, 1990, pp. 169-186.

26. R.G. Bea, "Offshore Platform Reliability Acceptance Criteria," *Society of Petroleum Engineers Journal of Drilling Engineering,* June 1991, pp. 131-137.

27. R.G. Bea, S.F. Pawsey and R.W. Litton, "Measured and Predicted Waves Forces on Offshore Platforms," *Journal of Waterway, Port, Coastal and Ocean Engineering,* American Society of Civil Engineers, Vol. 117, no. 5, September/October 1991, pp. 511-532.

28. R.G. Bea, "Pile Capacity for Axial Cyclic Loading," *Journal of Geotechnical Engineering,* American Society of Civil Engineers, Vol. 118, no. 1, January 1992, pp. 34-50.

29. R.G. Bea and M.E. Paté-Cornell, "Management Errors and System Reliability: A Probabilistic Approach and Application to Offshore Platforms," *Journal of Risk Analysis,* Vol. 12, no. 1, 1992, pp. 1-18.

30. R.G. Bea, "Marine Structural Integrity Programs," *Journal of Marine Structures,* Vol. 7, Feb. 1994.

31. R.G. Bea, "Evaluation of Alternative Marine Structural Integrity Programs," *Journal of Marine Structures,* Vol. 7, Feb. 1994.

32. R.G. Bea, "Ship Structural Maintenance: Recent Research Results and Experience," *Transactions,* The Institute of Marine Engineers, Vol. 105, Part 5, Sept. 1993.

33. R.G. Bea, "Session VI Summary: Structures," *Applied Mechanics Reviews,* ASME Book No. AMR128, Vol. 46, no. 5, May 1993, pp. 227-228.

34. R.G. Bea, "Evaluation of Uncertainties in Loadings on Offshore Structures due to Extreme Environmental Conditions," *Journal of Offshore Mechanics and Arctic Engineering,* Vol. 115, November 1993.

35. R.G. Bea, C.A. Cornell, J.E. Vinnem, J.F. Geyer, G.J. Shoup, and B. Stahl, "Comparative Risk Assessment of Alternative TLP Systems: Structure and Foundation Aspects," *Journal of Offshore Mechanics and Arctic Engineering,* Vol. 116, May 1994.

36. R.G. Bea and W. Moore, "Management of Human Error in Operations of Marine Systems," *Marine Technology Society Journal,* Vol. 28, No. 1, Spring 1994.

37.    H. Banon, B.G. Bea, F.J. Bruen, C.A. Cornell, W.F. Krieger and D.A. Stewart, "Assessing Fitness for Purpose of Offshore Platforms, I: Analytical Methods and Inspections," *Journal of Structural Engineering,* Vol. 120, No. 12, December 1994.

38.    R.G. Bea and K. Roberts, "Human and Organization Factors in Design, Construction and Operation of Offshore Platforms," *Journal. of Society of Petroleum Engineers,* SPE 30899, Sept. 1995.

39.    S.T. Staneff, C.W. Ibbs, and R.G. Bea, "Risk-Management System for Infrastructure-Condition Assessment," *Journal. of Infrastructure Systems,* ASCE, Vol. 1, No. 4, Dec. 1995.

40.    R.G. Bea, "Nonlinear Performance of Offshore Platforms in Extreme Storm Waves," *J. of Waterway, Port, Coastal, and Ocean Engineering,* ASCE, Vol. 122, No. 2, March/April, 1996.

41.    T. Mannarelli, K.H. Roberts and R.G. Bea, "Learning How Organizations Mitigate Risk," *J. of Contingencies and Crisis Management,* Vol. 4, No. 2, June 1996, pp. 83-92.

42.    R.G. Bea, "Reassessment and Requalification of Infrastructure: An Application to Offshore Structures," *Jl. of Infrastructure Systems,* ASCE, Vol. 2, No. 2, June 1996.

43.    R.G. Bea, "Human and Organization Errors in Reliability of Offshore Structures," *Transactions of the American Society of Mechanical Engineers,* Vol. 119, Feb. 1997.

44.    R.G. Bea, M.M. Mortazavi and K.J. Lock, "Evaluation of Storm Loadings on and Capacities of Offshore Platforms," *Journal of Waterway. Port, Coastal, and Ocean Engineering,* American Society of Civil Engineers, Vol. 123, No. 2, March/April 1997.

45.    R.G. Bea, K.J. Lock and P. L. Young, "Capacities of Template-Type Platforms in the Gulf of Mexico During Hurricane Andrew," *Journal of Offshore Mechanics and Arctic Engineering,* American Society of Mechanical Engineers, Vol. 119, Feb. 1997.

46.    R.G. Bea and M.M. Mortazavi, "ULSLEA: A Limit Equilibrium Procedure to Determine the Ultimate Limit State Loading Capacities of Template-Type Platforms," *Journal of Offshore Mechanics and Arctic Engineering,* American Society of Mechanical Engineers, Vol. 118, Nov. 1996.

47.    R.G. Bea and T. Xu, "Load Shedding of Fatigue Fracture in Ship Structures," *Journal of Marine Structures,* Vol. 10, Elsevier, 1997.

48.    Lt. D. Boniface and R.G. Bea, "Assessing the Risks and Counter-measures for Human and Organizational Error," *Transactions,* American Society of Naval Architects and Marine Engineers, 1996.

49.    R.G. Bea, "Human and Organization Factors: Engineering Operating Safety Into Offshore Structures," *Reliability Engineering and System Safety,* Vol. 52, Elsevier Science Limited, 1997.

50.    T. Xu and R.G. Bea, "Fatigue of Ship Critical Structural Details," *Journal of Offshore Mechanics and Arctic Engineering,* American Society of Mechanical Engineers, May 1997, Vol. 119, pp. 96-107.

51.    Ma, K.T., Orisamolu, I.R., Huang, R.T. and Bea, R.G. "Towards Optimal Inspection Strategies for Fatigue and Corrosion Damage," (1997) *Transactions of the Society of Naval Architects and Marine Engineers,* Jersey City, New Jersey.

52.    Ying, J. and Bea, R.G. "Siting and Evacuation Strategies for Mobile Drilling Units in Hurricanes," *Journal of Marine Structures,* Elsevier Science Ltd., Kidlington, Oxford, UK, December 1997, Vol. II, pp. 1-27, Elsevier Science Ltd.

53.    Xu, T. and Bea, R.G. "Fatigue of Cracked Ship Critical Structural Details: Cracked S-N Curves and Load Shedding," *International Journal of Offshore and Polar Engineering,* Vol. 8, No. 2, June 1998.

54.    Bea, R.G., "Reliability Characteristics of a Platform in the Mississippi River Delta," *Journal of Geotechnical and Geoenvironmental Engineering,* American Society of Civil Engineers, Herndon, Virginia, August 1998, Vol. 124, No. 8.

55.    Bea, R.G. and M. Mortazavi, "Reliability-Based Screening of Offshore Platforms," *Journal of Offshore Mechanics and Arctic Engineering,* Vol. 120, August, American Society of Mechanical Engineers, New York, New York, August 1998, pp. 139-148.

56.    Bea, R.G., A. Brandtzaeg and J.K. Craig "Life-Cycle Reliability Characteristics of Minimum Structures," Vol. 120, August 1998, American Society of Mechanical Engineers, New York, New York.

57.    Bea, R.G., "Human and Organization Factors: Engineering Operating Safety into Offshore Structures," *Reliability Engineering and System Safety,* 1998, Vol. 61, Elsevier Science Limited, London, UK.

58.    Hee, D., B. Pickrell, R.G. Bea, K. Roberts, and B. Williamson, "Safety Management Assessment System (SMAS): A Process for Identifying and Evaluating Human and Organization Factors in Marine System Operations with Field Test Results," *Reliability Engineering & System Safety,* 1999, Vol. 65, Elsevier Science Limited, London, UK

59.    Bea, R. G., T. Xu, J. Stear, and R. Ramos, "Wave Forces on Decks of Offshore Platforms," *Journal of Waterway, Port, Coastal, and Ocean Engineering,* May/June 1999, Vol. 125, No. 1, January-February, American Society of Civil Engineers, Herndon, Virginia.

60.    Bea, R.G., Z. Jin, C. Valle and R. Ramos, "Evaluation of Reliability of Platform Pile Foundations," *Journal of Geotechnical and Geoenvironmental Engineering,* American Society of Civil Engineers, August 1999.

61.    Bea, R.G. and H.P. Reeve, "SQIS: A Framework for the Development and Implementation of an Industry-Wide Ship Quality Information System," *Marine Technology,* Vol. 36, No. 2, April 1999, pp. 92-101.

62.    Bea, R.G., "Reliability Based Earthquake Design Guidelines for Marine Structures," *Journal of Waterway, Port, Coastal and Ocean Engineering,* American Society of Civil Engineers, September/October 1999.

63.    Bea, R.G., L. Lara, T. Hernandez, O. Valle, R. Ramos, H.Garcia, and E.Heredia-Zavoni, "Criterio Ttransitorio Para Diseno de Lineas Submarinas en la Sonda de Campeche," *Oil & Gas Journal Latinoamerica,* July and August, 1999, Vol. 5 No. 4.

64.    R.G. Bea, D.D. Hee, B.D. Picrell, K.H. Roberts, and R.B. Williamson, "Safety Management Assessment System (SMAS): a process for identifying and evaluating human and organization factors in marine system operations with field test results," *Reliability Engineering & System Safety,* 65, 1999, pp. 125-140, Elsevier.  (Contribution: 80%)

65.    Bea, R.G., "Key Issues Associated with Development of Reassessment and Requalification Criteria for Platforms in the Bay of Campeche, Mexico," Introduction to Special Issue: "Reassessment and Requalification of Offshore Platforms," *Journal of Offshore Mechanics and Arctic Engineering,* American Society of Mechanical Engineers, February 2000, Vol. 122.

66.    Bea, R.G., C. Smith and V. Valdes, "Requalification and Maintenance of Pipeline Infrastructures," *Journal of Infrastructure Systems,* American Society of Civil Engineers, Vol. 6, No. 3, September 2000, pp. 89-96.

67.    Bea, R.G., "Criteria for Design and Requalification of Platforms in the Bay of Campeche, Mexico," *Journal of Waterway, Port, Coastal, and Ocean Engineering,* American Society of Civil Engineers, Vol. 126, No. 5, September/October 2000, pp. 254-262.

68.    Bea, R.G., R. Iversen and T. Xu, "Wave-in-Deck Forces on Offshore Platforms," *Journal of Offshore Mechanics and Arctic Engineering,* Transactions of the American Society of Mechanical Engineers, Vol. 123, No. 1, February 2001, pp. 10-21.

69.    Bea, R.G., and K. Roberts, "When Systems Fail," *Organizational Dynamics,* Winter 2001, Vol. 29, No. 3, pp. 179-191.

70.    Bea, R.G., "Risk Assessment and Management of Offshore Structures," *Progress in Structure Engineering and Materials,* John Wiley & Sons, Ltd., 2001, Vol. 3, pp.1 -8.

71.    Roberts, K.H. and R.G. Bea, "Must accidents happen? Lessons from high-reliability organizations,"*Academy of Management Executive,* 2001, Vol. 15, No. 3.

72.    Bea, R.G., "Human and organizational factors in reliability assessment and management of offshore structures," *J. Risk Analysis, Society for Risk Analysis*, New York, 2002, Vol. 22, pp. 29-45.

73.    Bea, R.G., "Risk Assessment and Management of Offshore Structures," *The Journal of the Safety   and Reliability Society*, 2003, 23, 6-18.

74.    Stoelsnes, Roger R. and R.G. Bea, "Uncertainty Management of General Conditions in a Project," *Risk Management: an International Journal,* 2005, Vol. 7, No. 2, pp. 19-35.

75.    Asgarian, B., A. Aaghakouchack and R.G. Bea, "Inelastic Postbuckling and Cyclic Behavior of Tubular Braces," *Journal of Offshore Mechanics and Arctic Engineering*, 2005, Vol. 127, pp. 1-7.

76.    Bea, R. G., "Reliability and Human Factors in Geotechnical Engineering," *Journal of Geotechnical and Geoenvironmental Engineering*, 2006, Vol. 132, pp. 631-643.

77.    Farber, D.A., Bea, R. G., Roberts, K., Wenk, E., and Inkabi, K., "Reinventing Flood Control," *Tulane Law Review*, January 2007, pp. 1-29.

78.    Bea, R.G. (2008). "Failure of the New Orleans 17th Street Canal Levell & Floodwall During Hurricane Katrina," From Research to Practice in Geotechnical Engineering (Eds. J.E. Laier, D. K. Crapps, and M. H. Hussein, Geotechnical Special Publication No 180, American Society of Civil Engineers, Herndon, VA.

79.    Seed, R.B, Bea, R. G., et al (2008). "New Orleans and Hurricane Katrina. I: Introduction, Overview, and the East Flank," J. f Geotechnical and Geoenvironmental Engineering, American Society of Civil Engineers, Vol. 134, No. 5, Herndon, VA.

80.    Seed, R.B., et al (2008). "New Orleans and Hurricane Katrina. II: The Centrral Region and the Lower Ninth Ward," J. of Geotechnical and Geoenvironmental Engineering, American Society of Civil Engineers, Vol. 134, No. 5, Herndon, VA.

81.    Seed, R.B, Bea, R.G., Athanasopoulos-Zekkos, A., Boutwell, G.P., Bray, J.D., Cheung, C., Cobos-Roa, D., Harder, L.F., Moss, R.E.S., Pestana, J.M., Reimer, M.F., Rogers, J.D., Storesund, R., Vera-Grunauer, X., and Wartman, J. (2008). "New Orleans and Hurricane Katrina. III: The 17th Street Drainage Canal," J. of Geotechnical and Geoenvironmental Engineering, Vol. 134, No. 5, 740-761.

82.    Seed, R.B, Bea, R.G., Athanasopoulos-Zekkos, A., Boutwell, G.P., Bray, J.D., Cheung, C., Cobos-Roa, D., Harder, L.F., Moss, R.E.S., Pestana, J.M., Reimer, M.F., Rogers, J.D., Storesund, R., Vera-Grunauer, X., and Wartman, J. (2008). "New Orleans and Hurricane Katrina.IV:Orleans East Bank (Metro) Protected Basin," J. of Geotechnical and Geoenvironmental Engineering, Vol. 134, No. 5, 740-761.

83.    Bea, R.G. (2009). Human & Organizational Factors: Quality & Reliability of Engineered Systems, Vick Copy Publishers, Berkeley, CA.

84.    Bea, R.G. and Cobos-Roa D. (2008). "Failure of the I-Wall Flood Protection Structures at the New Orleans Lower 9th Ward During Hurricane Katrina," Electronic Journal of Geotechnical Engineering, Stillwater, OK.

85.    Bea, R.G. and Cobos-Roa, D. (2008). "Discussion of Stability of I-Walls in New Orleans During Hurricane Katrina," Journal of Geotechnical and Geoenvironmental Engineering (In Press), American Society of Civil Engineers, Herndon, VA.

86.    Bea, R.G. and Storesund, R. (2008). "Breaching of the Mississippi River Gulf Outlet Huricane Flood Protection During Hurricane Katrina," (In Publication) Coastal Engineering Journal, Japan Society of Civil Engineers, Tokyo, Japan.

87.    Bea, R. G. and O'Reilly, D. (2008). "Discussion fo Analysis of the Stability of I-Walls with Gaps Between the I-Wall and the Levee Fill," Journal of Geotechnical and Geoenvironmental Engineering (In Press), American Society of Civil Engineers, Herndon, VA.

88.    Bea, R.G., Cobos-Roa, D., and Storesund, R. (2008): "Discussion of Overview of new Orleans Levee Failures: Lessons Learned and Their Impact on Natioinal Levee Design and Assessment," Journal of Geotechnical and Geoenvironmental Engineering (In Press), American Society of Civil Engineers, Herndon, VA.

89.    Cobos-Roa, D. and Bea, R.G. (2008). "Three-Dimensional Seepage Effects at Three New Orleans Levee Breaches During Hurricane Katrina," (In Publication), Electronic Journal of Geotechnical Engineering, Stillwater, OK.

90.    Storesund, R., Bea, R.G., and Huang, Y. (2008). "Simulated Wave-Induced Erosion of the Mississippi River – Gulf Outlet Levees During Hurriane Katrina," Journal of Water Ways, Ports and Harbors, and Coastal Engineering, American Society of Civil Engineers, Herndon, VA.

91.    Bea, R.G., Mitroff, I., Farber, D., Foster, H., and Roberts, K.H. (2009). "A new approach to risk: The implications of E3", Journal of Risk Management, (in publication) Palgrave Macmillian Ltd (www.palgrave-ournals.com/rm) .

**B.    Refereed Conference Proceedings and Symposium Proceedings**

1.    R.G. Bea, "The Use of Digital Computers in Offshore Structure Analysis and Design," Symposium on Offshore Technology Operations, Paper No. SPE-AIME 143, May 1966, 7 pp.

2.    R.G. Bea, "The Use of Digital Computers in Offshore Structure Analysis and Design," SPE-AIME Paper Preprint, Paper No. SPE 1413, Symposium on Offshore Technology Operations, New Orleans, LA, May 1966, 11 pp.

3.    R.G. Bea, "Gulf of Mexico Hurricane Wave Heights," Preprints, 6th Annual Offshore Technology Conference, Houston, TX, May 6-8, 1974, OTC 2110, pp. 791-800.

4.    R.G. Bea, "Development of Safe Environmental Criteria for Offshore Structures," Conference Papers of Oceanology International 75 Conference, Brighton, England, 1975, pp. 7-15.

5.   R.G. Bea, "Parameters Affecting the Axial Capacity of Piles in Clays," *Preprints, 7th Annual Offshore Technology Conference,* Houston, TX, OTC 2307, May 1975, pp. 611-618.

6.   R.G. Bea, M.I. Esrig and R.S. Ladd, "Material Properties of Submarine Mississippi Delta Sediments Under Simulated Wave Loadings," *Preprints, 7th Offshore Technology Conference,* Houston, TX, OTC 2188, May 1975, pp. 399-404.

7.   R.G. Bea, "Earthquake Criteria for Platforms in the Gulf of Alaska" *Preprints, 8th Annual Offshore Technology Conference,* Houston, TX, OTC 2675, May 1976, pp. 657-669.

8.   R.G. Bea, M.I. Esrig and R.C. Kirby, "Initial Development of a General Effective Stress Method for Prediction of Axial Capacity for Driven Piles in Clay," *Preprints, 9th Annual Offshore Technology Conference,* May 1977, pp. 495-501.

9.   R.G. Bea, P. Arnold, I.M. Idriss, R.B. Reimer, K.E. Beebe and P.W. Marshall, "A Study of Soil-Pile-Structure Systems in Severe Earthquakes," *Preprints, 9th Annual Offshore Technology Conference,* Houston, TX, OTC 2749, May 1977, pp. 189-199.

10.  R.G. Bea and L.E. Garrison, "Bottom Stability as a Factor in Platform Siting and Design," *Preprints, 9th Annual Offshore Technology Conference,* OTC 2893, May 1977, pp. 127-133.

11.  R.G. Bea, J.M.E. Audibert and J.B. Stevens, "Analyses for Pile Foundations," Workshop on Foundation Studies for Deepwater Platforms, Geotechnical Problems in Ocean Engineering, Specialty Session No. 7, *Proc. of 9th Int. ISSMFE Conf.,* Tokyo, Japan, July 11, 1977, 27 pp.

12.  R.G. Bea and N.W. Lai, "Hydrodynamic Loadings on Offshore Platforms," *Preprints, 10 Annual Offshore Technology Conference,* Houston, TX, OTC 3064, May 1978, pp. 155-164.

13.  R.G. Bea, "Engineering Fixed Offshore Platforms to Resist Earthquakes," *Proc. ASCE Specialty Conference on Earthquake Engineering and Soil Dynamics,* Pasadena, California, June 1978, pp. 1357-1385.

14.  R.G. Bea, J.M.E. Audibert and N.W. Lai, "Design of Pipelines to Resist Sea Floor Instabilities and Hydrodynamic Forces," ASME Publication 78-Pet-37, presented at the Energy Technology Conference & Exhibition, Houston, Texas, Nov. 1978, pp. 1-12.

15.  R.G. Bea, W. Smith, S.T. Hong and J.S. Mitchell, "Decision Analysis Approach to Platform Design Under Earthquake and Wave Loadings," *Proc. ASCE Specialty Conference on Probabilistic Mechanics and Structural Reliability,* Tucson, Arizona, Jan. 1979, pp. 244-250.

16.  R.G. Bea and M.R. Akky, "Seismic, Oceanographic and Reliability Considerations in Offshore Platform Design," *Preprints, 11th Annual Offshore Technology Conference,* Houston, TX, OTC 3616, May 1979, pp. 2251-2257.

17.  R.G. Bea and J.M.E. Audibert "Performance of Dynamically Loaded Pile Foundations," *2nd Int. Conf. on Behaviour of Off-Shore Structures,* BOSS '79, Paper 68, London, England, Aug. 1979, pp. 68-1 - 68-18.

18.  R.G. Bea and I. Noorany, "Methods of Geotechnical Exploration for Large Offshore Structures," *Marine Technology 79,* Ocean Energy, 15th Annual Conference sponsored by the Marine Technology Society, New Orleans, Louisiana, Oct. 1979, pp. 234-241.

19.  R.G. Bea and A.R. Dover, "Application of Reliability Methods to the Design of Coastal Structures," *Proc. ASCE Conference on Coastal Structures,* Durham, NC, 1980, 17 pp.

20.  R.G. Bea, J.M.E. Audibert and N.W. Lai, "Designing Subsea Pipelines to Resist Instabilities - Part 1," *Pipeline & Gas Journal,* April 1980, pp. 35, 38, 40, 41, 42, 44.

21.  R.G. Bea, J.M.E. Audibert and N.W. Lai, "Designing Subsea Pipelines to Resist Instabilities - Part 2," *Pipeline & Gas Journal,* May 1980, pp. 12, 54, 64, 68.

22.  R.G. Bea, J.M.E. Audibert and A.R. Dover, "Dynamic Response of Laterally and Axially Loaded Piles," *Preprints, 12th Annual Offshore Technology Conference,* Houston, TX, OTC 3749, May 1980, pp. 129-135.

23.  R.G. Bea, J.M.E. Audibert and N.W. Lai, "Designing Subsea Pipelines to Resist Instabilities - Part 3," *Pipeline & Gas Journal,* June 1980, pp. 49, 50, 51, 53, 54.

24.  R.G. Bea, "Dynamic Response of Piles in Offshore Platforms," *Proc. Session sponsored by the Geotechnical Engineering Division at the ASCE National Convention,* Dynamic Response of Pile Foundations: Analytical Aspects, Oct. 1980, pp. 80-109.

25.  R.G. Bea, J.M.E. Audibert, N.W. Lai and D. Schaefer, "An Assessment of Facilities Siting - South Pass Blocks 42/43," Proc. Conf. on Continental Margin Mass Wasting and Pleistocene Sea-Level Changes, August 13-15, 1980, *U.S. Geological Survey Circular 961,* 1987, 9 pp.

9

26.     R.G. Bea, "Engineering Considerations of Continental-Margin Mass Wasting," Proc. Conf. on Continental Margin Mass Wasting and Pleistocene Sea-Level Changes, August 13-15, 1980, *U.S. Geological Survey Circular 961,* 1987, pp. 115-128.

27.     R.G. Bea and R.P. Aurora, "A Simplified Evaluation of Seafloor Stability," *Preprints, 13th Annual Offshore Technology Conference,* Houston, TX, OTC 3975, May 1981, pp. 223-228.

28.     R.G. Bea, A.W. Niedoroda and C. Walton, "The Descriptive Physics of Scour in the Ocean Environment," *Preprints, 13th Annual Offshore Technology Conf.,* Houston, TX, OTC 4145, May 1981, pp. 297-301.

29.     R.G. Bea, "Soil Strain Rate Effects on Axial Pile Capacity," *Proc. 2nd Int. Conf. on Numerical Methods in Offshore Piling,* Austin, TX, April 1982, pp. 107-132.

30.     R.G. Bea and R.P. Aurora, "Design of Pipelines in Mudslide Areas," *Preprints, 14th Annual Offshore Technology Conference,* Houston, TX, OTC 4411, May 1982, pp. 401-409.

31.     R.G. Bea, "Deep Water Soil Analysis for Pipelines," *Conference Proceedings, Deepwater Pipeline Technology Conference,* Bryne, Norway, Aug. 25, 1982.

32.     R.G. Bea, "Design for Dynamic Loadings: Foundation System for an Arctic Mobile Drilling Platform," *Proc. ASCE Conference on Geotechnical Practice in Offshore Engineering,* April 1983.

33.     R.G. Bea, "Application of Multiple Spuds (Dowels) to Development of Sliding Resistance for Gravity-Base Platforms," *Preprints, Offshore Technology Conference,* OTC 4553, May 1983.

34.     R.G. Bea, N.W. Lai, A.W. Niedoroda and G.H. Moore, "Gulf of Mexico Shallow-Water Wave Heights and Forces," Preprints, *15th Annual Offshore Technology Conference,* Houston, TX, OTC 4586, May 1983, pp. 49-62.

35.     R.G. Bea, "Shallow Water Wave Heights and Forces," *Preprints, Offshore Technology Conference,* OTC 4586, May 1983.

36.     R.G. Bea, S.I. Guttman and F.J. Puskar, "Analysis of Offshore Structures Subject to Arctic Ice Impacts," *Proc. 3rd Int. Offshore Mechanics and Arctic Engineering Symposium,* New Orleans, Feb. 12-17, 1984, Vol. II, ASME, pp. 238-245.

37.     R.G. Bea, C.A. Cornell, R. Rackwitz and Y. Guenard, "Reliability Evaluation of Tension Leg Platforms," *Proc. 4th ASCE Specialty Conference on Probabilistic Mechanics and Structural Reliability,* ASCE, Jan. 1984, pp. 159-162.

38.     R.G. Bea, R.W. Litton, S. Nour-Omid and J.Y. Chang, "A Specialized Design and Research Tool for the Modeling of Near-Field Pile-Soil Interactions," *Preprints, 16th Annual Offshore Technology Conference,* OTC 4806, May 1984, pp. 249-254.

39.     R.G. Bea, "Dynamic Response of Marine Foundations," *Proc. Ocean Structural Dynamics Symposium '84,* Oregon State University, Corvallis, Oregon, Sept. 1984, 78 pp.

40.     R.G. Bea, F.J. Puskar, P.W. Barnes and E. Reimnitz, "The Role of Ice Gouging in Determining Global Forces on Arctic Structures," *Proc. Conference Arctic '85,* San Francisco, California, ASCE, March 1985, pp. 251-266.

41.     R.G. Bea and D.R. Williams, "Foundation Response of Arctic Structures to Time-Dependent Ice Loadings," *Proc. of the Conference Arctic '85,* Civil Engineering in the Arctic Offshore, San Francisco, California, March 1985, 12 pp.

42.     R.G. Bea, R.W. Litton and A.K. Vaish, "Requalification of Existing Platforms," *Preprint, 17th Annual Offshore Technology Conference,* Houston, TX, OTC 4858, May 1985, pp. 163-170.

43.     R.G. Bea, "Soil Dynamics in Offshore Engineering," Paper delivered at F.E. Richart Commemorative Lectures, *ASCE Annual Convention,* Detroit, Michigan, October 1985.

44.     R.G. Bea, S. Vahdani, S.I. Guttman, R.M. Meith and S.F. Paulson, "Analysis of the Performance of Piles in Silica Sands and Carbonate Formations," *Preprints, 18th Annual Offshore Technology Conference,* Houston, TX, OTC 5145, May 5-8, 1986, pp. 551-555.

45.     R.G. Bea, "Recent Concepts and Developments in Offshore Structures," Keynote Paper Delivered at *American Society of Civil Engineers Structural Congress '86,* New Orleans, LA, Sept. 1986.

46.     R.G. Bea, "Random Sea Time Domain Fatigue Analyses of a Compliant Tower," *American Society of Civil Engineers Structural Congress '86,* New Orleans, LA, Sept. 15-18, 1986.

47.     R.G. Bea, "Requalifying Existing Offshore Platforms," *Petroleum Engineer International,* April 1987, pp. 21-27.

48.    R.G. Bea and C.E. Smith, "AIM (Assessment, Inspection, Maintenance) and Reliability of Offshore Platforms," *Proc., Marine Structural Reliability Symposium,* Arlington, VA, Oct. 5-6, 1987, The Society of Naval Architects and Marine Engineers, pp. 57-75.

49.    R.G. Bea, "Important Questions: Marine Structural Reliability," *Proc., Marine Structural Reliability Symposium,* Arlington, Oct. 5-6, 1987.

50.    R.G. Bea, "Measured and Calculated Wave Forces on Offshore Platforms," *Preprints, Offshore Technology Conference,* OTC 5787, Houston, TX, May 1988.

51.    R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Fixed and Mobile Offshore Platforms," *Preprints, Offshore Technology Conference,* OTC 5703, Houston, TX, May 1988.

52.    R.G. Bea, "Engineering Considerations of Continental Margin Mass Wasting," Engineering Considerations and Study Techniques, *Special Technical Publication,* U.S. Geological Survey, Woods Hole, Massachusetts, 1980.

53.    R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Offshore Platforms," *Proceedings, Technology Assessment and Research Program for Offshore Minerals Operations,* ed. by J. B. Gregory and C. E. Smith, U. S. Dept. of Interior, Minerals Management Service, 1988.

54.    R.G. Bea, R.W. Litton and S.F. Pawsey, "Hydrodynamic Effects on Design of Offshore Platforms (HEDOP)," *Proceedings, Technology Assessment and Research Program for Offshore Minerals Operations,* ed. by J. B. Gregory and C. E. Smith, U. S. Dept. of Interior, Minerals Management Service, 1988.

55.    R.G. Bea, "Measured and Calculated Wave Forces on Offshore Platforms," *Proceedings, Offshore Technology Conference,* Houston, Texas, 1988.

56.    R.G. Bea, F.J. Puskar, C.E. Smith and J.H. Spencer, "Development of AIM (Assessment, Inspection, Maintenance), Programs for Fixed and Mobile Offshore Platforms," *Proceedings, Offshore Technology Conference,* Houston, Texas, 1988.

57.    R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Fixed and Mobile Offshore Platforms," *Proceedings of the Tenth International Ship & Offshore Structures Congress,* Vol. 3, August 1988.

58.    R.G. Bea, "The Current State, Prospects and Challenges in Applying Reliability Methods in Structural Engineering Practice," *Structural Reliability: Methods & Applications,* ed. by A. Der Kiureghian, Continuing Education in Engineering, University of California, Berkeley, April 1989.

59.    R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Offshore Platforms," *Proceedings, Technology Assessment and Research Program for Offshore Minerals Operations,* ed. by J. B. Gregory and C. E. Smith, U. S. Dept. of Interior, Minerals Management Service, 1988.

60.    R.G. Bea, R.W. Litton and S.F. Pawsey, "Hydrodynamic Effects on Design of Offshore Platforms (HEDOP)," *Proceedings, Technology Assessment and Research Program for Offshore Minerals Operations,* ed. by J. B. Gregory and C. E. Smith, U. S. Dept. of Interior, Minerals Management Service, 1988.

61.    R.G. Bea, "Measured and Predicted Wave Forces on Offshore Platforms," *Proceedings, Offshore Technology Conference,* OTC 5787, Houston, Texas, 1988.

62.    R.G. Bea, F.J. Puskar, C.E. Smith and J.H. Spencer, "Development of AIM (Assessment, Inspection, Maintenance), Programs for Fixed and Mobile Platforms," *Proceedings, Offshore Technology Conference,* OTC 5703, Houston, Texas, 1988.

63.    R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Fixed and Mobile Offshore Platforms," *Proceedings of the Tenth International Ship & Offshore Structures Congress,* Vol. 3, August 1988.

64.    R.G. Bea, "The Current State, Prospects and Challenges in Applying Reliability Methods in Structural Engineering Practice," *Structural Reliability: Methods & Applications,* ed. by A. Der Kiureghian, Continuing Education in Engineering, University of California, Berkeley, April 1989.

65.    R.G. Bea, with J. Baxter, H.P. Cojeen and M. Bowen, (U. S. Coast Guard) and A. Thayamballi (American Bureau of Shipping), "An Approach to the Evaluation of Service Life," *Proceedings,* Integrity of Offshore Structures - 4, IOS '90 Conference, Glasgow, U.K., July 1990.

66.     R.G. Bea, "Reliability Criteria for New and Existing Platforms," *Proceedings,* Offshore Technology Conference, OTC 6312, Houston, Texas, May 1990, pp. 393-408.

67.     R.G. Bea, "Reliability Based Design Criteria for Coastal and Ocean Structures," *Proceedings,* 9th Australasian Conference on Coastal and Ocean Engineering, Adelaide, Australia, December 1989 (Conference Keynote Paper).

68.     R.G. Bea and A. Olufsen, "Uncertainties in Extreme Wave Loadings on Fixed Offshore Platforms," *Proceedings,* Ninth International Conference of Offshore Mechanics and Arctic Engineering, Book No. 10296C, The American Society of Mechanical Engineers, 1990, pp. 15-31.

69.     R.G. Bea and A. Olufsen, "Loading Uncertainties in Extreme Waves," *Proceedings,* ICOASSAR '89, the 5th International Conference on Structural Safety and Reliability, Vol. II, American Society of Civil Engineers, August 1989, pp. 199-206.

70.     R.G. Bea, "Effects of Water Wave Kinematics Uncertainty on Design Criteria for Offshore Structures," *Water Wave Kinematics,* ed. by A. Torum and O. T. Gudmestad, NATO Advanced Science Institutes Series, 178: pp. 103-159, Series E (London: Kluwer Academic Publishers, 1990).

71.     R.G. Bea, "Dynamic Loading Effects on Pile Capacities," *Proceedings,* H. Bolton Seed Memorial Symposium, Vol. 2 (Vancouver, Canada: Bi Tech Publishers Ltd., May 1990).

72.     R.G. Bea and D. McDonald, "Reliability Evaluation of a Jack-up Drilling Unit," *Proceedings,* Annual Meeting, Society of Naval Architects and Marine Engineers, No. 6, San Francisco, California, October 31-November 3, 1990, pp. 6-1 to 6-15.

73.     R.G. Bea, "Earthquake Geotechnology in Offshore Structures," *Proceedings,* Second International Conference on Recent Advances in Geotechnical Earthquake Engineering and Soil Dynamics, St. Louis, Missouri, March 11-15, 1991, 9 pp.

74.     R.G. Bea, R. Pollard, R. Schulte-Strathaus and R. Baker, "Structural Maintenance for New and Existing Ships: Overview, Fatigue Cracking and Repairs," *Proceedings,* Marine Structural Inspection, Maintenance and Monitoring Symposium, The Society of Naval Architects and Marine Engineers, Arlington, Virginia, March 18-19, 1991, pp. II-A-1 to II-25.

75.     R.G. Bea and E.H. Cramer, "Fatigue Reliability Model for Inspection, Updating and Repair of Welded Geometries," *Proceedings,* Marine Structural Inspection, Maintenance and Monitoring Symposium, The Society of Naval Architects and Marine Engineers, Arlington, Virginia, March 18-19, 1991, pp. II-D-1 to II-D-6.

76.     R.G. Bea and W.H. Moore, "Management of Human and Organizational Error in Operational Reliability of Marine Structures," *Proceedings,* Second Offshore Symposium on Design Criteria and Codes, Society of Naval Architects and Marine Engineers, Houston, Texas, April 4-5, 1991, pp. XXIII-1 to XXIII-14.

77.     R.G. Bea, R.J. McCarthy and J.E. Slosson, "A Re-Evaluation of Earthquake Hazards Within the California Coastal Zone: Lessons from the Loma Prieta Earthquake," *Proceedings of the Seventh Symposium on Coastal and Ocean Management,* Coastal Zone 91, American Society of Civil Engineers, July 8-12, 1991, 20 pp.

78.     R.G. Bea, "Reliability-Based Design and Re-Qualification of Offshore Platforms," *Proceedings of the Workshop on Design Environmental Loads for Offshore Exploration and Production Systems,* Environment Canada, Edmonton, Alberta, October 2-3, 1991, pp. 150-169.

79.     R.G. Bea, "Application of Structural Reliability in Design and Re-qualification of Offshore Platforms," *Proceedings of the First Offshore Australian Conference,* Melbourne, Australia, November 25-27, 1991, 12 pp.

80.     R.G. Bea, "Structural Reliability: Design and Re-qualification of Offshore Platforms," *Proceedings of the International Workshop on Reliability of Offshore Operations,* National Institute of Standards and Technology Special Publication 833, Gaithersburg, Maryland, April 1992, pp. 41-67.

81.     R.G. Bea, B. Stahl, G.J. Shoup, J.F. Geyer, J.E. Vinnem and C.A. Cornell, "Methodology for Comparison for Alternative Production Systems (MCAPS)," *Proceedings of the Offshore Technology Conference,* OTC Paper No. 6915, May 4-7, 1992, Houston, Texas, pp. 389-398.

82.     R.G. Bea, B.T. Landeis and M.J.K. Craig, "Requalification of a Platform in Cook Inlet, Alaska," *Proceedings of the Offshore Technology Conference,* OTC Paper No. 6935, Houston, Texas, May 4-7, 1992, pp. 551-562.

83.     R.G. Bea, C.A. Cornell, J.E. Vinnem, J.F. Geyer, G.J. Shoup and B. Stahl, "Comparative Risk Assessment of Alternative TLP Systems: Structure & Foundation Aspects," *Proceedings of the 11th International*

*Conference on Offshore Mechanics and Arctic Engineering,* ASME Paper No. OMAE-92-1372, Calgary, Alberta, Canada, June 7-11, 1992, 16 pp.

84.    R.G. Bea, "Evaluation of Uncertainties in Loadings on Offshore Structures Due to Extreme Environmental Conditions," *Proceedings of the 11th International Conference on Offshore Mechanics and Arctic Engineering,* ASME Paper No. OMAE-92-1218, Alberta, Canada, June 7-11, 1992, 11pp.

85.    R.G. Bea and T. Xu, "Reliability Evaluation of Existing Platforms Based on Fuzzy Set Theory," *Proceedings of the Second International Offshore and Polar Engineering Conference,* San Francisco, California, June 14-19, 1992, pp. 523-530.

86.    R.G. Bea and D.T. McDonald, "Dynamic Response Characteristics of Jack-Up Drilling Units," *Proc.,* Civil Engineering in the Oceans V, American Society of Civil Engineers, College Station, Texas, November 2-5, 1992, pp. 906-920.

87.    R.G. Bea, "Re-qualification of Offshore Platforms," *Proc.,* Civil Engineering in the Oceans V, American Society of Civil Engineers, College Station, Texas, November 2-5, 1992, pp. 427-443.

88.    R.G. Bea, "Seismic Design and Requalification Methodologies for Offshore Platforms," *Proc.,* International Workshop on Seismic Design and Requalification of Offshore Structures, California Institute of Technology, Pasadena, California, December 7-9, 1992, 34 pp.

89.    R.G. Bea, W.E. Gale, Jr. and R.B. Williamson, "Fire Safety Assessment for Offshore Platforms," *Proc.,* International Conference on Fire Management INTERFLAM '93, Oxford University, England, March 30 - April 1, 1993, 12 pp.

90.    R.G. Bea, "Response of Offshore Structures Subjected to Earthquakes," *Proc.,* International Workshop on Wind and Earthquake Engineering for Offshore and Coastal Facilities, Port and Harbor Research Institute, Yokosuka, Japan, May 12-14, 1993, 12 pp.

91.    R.G. Bea and R. DesRoches, "Development and Verification of a Simplified Procedure to Estimate the Capacity of Template-Type Platforms," *Proc.,* Fifth International Symposium on Integrity of Offshore Structures IOS '93, Glasgow, U.K., June 17-18, 1993, 20 pp.

92.    R.G. Bea, "Reliability Based Requalification Criteria for Offshore Platforms," *Proc.,* 12th International Conference on Offshore Mechanics and Arctic Engineering, OMAE 1993, Volume II, Safety and Reliability, Glasgow, Scotland, June 20-24, 1993, pp. 351-361.

93.    R.G. Bea and W.H. Moore, "Human and Organizational Errors in Operations of Marine Systems: Occidental Piper Alpha," *Proc.,* 12th International Conference on Offshore Mechanics and Arctic Engineering, OMAE 1993, Volume II, Safety and Reliability, Glasgow, Scotland, June 20-24, 1993, pp. 21-29.

94.    R.G. Bea, "Workshop Charge: Key Questions in the Reassessment & Requalification of Permanent Offshore Drilling & Production Platforms," Keynote Paper, Proceedings of the International Workshop on Reassessment and Requalification of Offshore Production Structures, New Orleans, Louisiana, Dec., 1993.

95.    R.G. Bea, "Seismic Response of Offshore Platforms," Keynote Paper, Proceedings of the Tenth National Conference on Earthquake Engineering, Mexican Society of Earthquake Engineering, Puerto Vallarta, Jalisco, Mexico, October 1993.

96.    W.H. Moore, R.G. Bea and K. . Roberts, "Improving the Management of Human and Organization Errors (HOE) in Tanker Operations," Proceedings of the Ship Structures Symposium '93, The Society of Naval Architects and Marine Engineers and The Ship Structure Committee, Arlington, Virginia, Nov. 1993. (Contribution: 60%)

97.    R.G. Bea, "Marine Structural Integrity Programs," Proceedings of the Ship Structures Symposium '93, The Society of Naval Architects and Marine Engineers and The Ship Structure Committee, Arlington, Virginia, Nov. 1993.

98.    R.G. Bea and W. Moore, "Reliability Based Evaluations of Human and Organization Errors in Reassessment and Requalification of Platforms," Vol. II, Safety and Reliability Symposium, Proceedings Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, OMAE 94-1272, Feb. 1994.

99.    M. Paga, J. Sully, E. Gajardo and R.G. Bea, "Site Specific Offshore Platform Design: Modification of API Recommendations to Consider Local Seismic Conditions," Proceedings of the 6th International Conference on Structural Safety and Reliability, Congress Innsbruck, Innsbruck, Austria, August 1993.

100. R. Schulte-Strathaus and R.G. Bea, "Ship Structural Integrity Information System," Ship Structure Committee, SSC-380, 200 p., NTIS #PB95-178588, Washington, D.C., September 1994.

101. R.G. Bea, "The Role of Human Error in Design, Construction and Reliability of Marine Structures," Ship Structure Committee, SSC-378, 322 p, NTIS #PB95-126827, Washington, D.C., October 1994.

102. R.G. Bea, M. Mortazavi, K.J. Loch and P.L. Young, "Verification of a Second Generation Simplified Method to Evaluate Storm Loadings on and Capacities of Steel, Template-Type Platforms," Proceedings of the Offshore & Arctic Operations Symposium, American Society of Mechanical Engineers Petroleum Division, Energy & Environmental Expo 95, Houston, Texas, January 1995.

103. R.G. Bea, "Development & Verification of a Simplified Method to Evaluate Storm Loadings on and Capacities of Steel, Template-Type Platforms," Proceedings of the Offshore & Arctic Operations Symposium, American Society of Mechanical Engineers Petroleum Division, Energy & Environmental Expo 95, Houston, Texas, January 1995.

104. R.G. Bea, G. Bacicchi, N. Kamoi, C. Murgia, J.Y. Song and P.A. Thompson, "Quality Assurance in Design, Construction and Operation of Marine Structures," Proceedings of the 12th International Ship & Offshore Structures Congress, Vol. 2, St. Johns, Newfoundland, Canada, September 1994. (Contribution: 80%)

105. R.G. Bea and R. Schulte-Strathaus, "Verification of a Long-Term Fatigue Analysis Based on Observed Fractures in a Class of Four 165,000 DWT Tankers," Proceedings of the 12th International Ship & Offshore Structures Congress, Vol. 3, St. Johns, Newfoundland, Canada, September 1994. (Contribution: 70%)

106. R.G. Bea, "Development and Verification of a Simplified Procedure to Estimate the Capacity of Template-Type Platforms," Proceedings of the 12th International Ship & Offshore Structures Congress, Vol. 3, St. Johns, Newfoundland, Canada, September 1994.

107. R.G. Bea, "Development of a Ship Structural Integrity Information System (SSIIS)," Proceedings of the 12th International Ship & Offshore Structures Congress, Vol. 3, St. Johns, Newfoundland, Canada, September 1994.

108. R.G. Bea, "Probability Based Earthquake Load & Resistance Factor Design Criteria for Offshore Platforms," Proceedings of the International Workshop on Wind and Earthquake Engineering for Coastal and Offshore Facilities, University of California at Berkeley, January 1995.

109. R.G. Bea and C. Bowen, "Simplified Earthquake Floor Response Spectra for Equipment on Offshore Platforms," Proceedings of the International Workshop on Wind and Earthquake Engineering for Coastal and Offshore Facilities, University of California at Berkeley, January 1995. (Contribution: 75%)

110. R.G. Bea, "Men, Ships and the Sea," Proceedings of the Marine Safety Council, U.S. Coast Guard, Washington, D.C., May-June 1995, pp. 3-7.

111. W.H. Moore and R.G. Bea, "Management of Human and Organizational Error Throughout a Ship's Life Cycle," Proceedings of the Institute of Marine Engineers, Symposium on Management and Operation of Ships, London, U.K., May 1995.

112. R.G. Bea and M. Mortazavi, "Simplified Evaluation of the Capacities of Template-Type Offshore Platforms," Proceedings of the 5th International Offshore and Polar Engineering Conference, The Hague, The Netherlands, ISOPE Paper No. 95-JSC-214, June 1995.

113. R.G. Bea, K.J. Loch and P.L. Young, "Evaluation of Capacities of Template-Type Gulf of Mexico Platforms," Proceedings of the 5th International Offshore and Polar Engineering Conference, The Hague, The Netherlands, ISOPE Paper No. 95-JSC-214, June 1995.

114. W.E. Gale, W.H. Moore, R.G. Bea and R.B. Williamson, "A Methodology for Assessing and Managing Fire and Life Safety for Offshore Production Platforms," Proceedings of the 5th International Offshore and Polar Engineering Conference, The Hague, The Netherlands, ISOPE Paper No. 95-JSC-215, June 1995.

115. K. Ma and R.G. Bea, "Fatigue Life Estimation for Repaired Ship Critical Structural Details," Proceedings of the 14th International Offshore Mechanics and Arctic Engineering Conference, OMAE Paper No. 95-731M, Copenhagen, Denmark, June 1995.

116. K. Roberts and R.G. Bea, "Organization Factors in the Quality and Reliability of Marine Systems," Proceedings of the 14th International Offshore Mechanics and Arctic Engineering Conference, OMAE Paper No. 95-1354, Copenhagen, Denmark, June 1995.

117.    R.G. Bea, "Quality, Reliability, Human and Organization Factors in Design of Marine Structures," Proceedings of the 14th International Offshore Mechanics and Arctic Engineering Conference, OMAE Paper No. 95-1355, Copenhagen, Denmark, June 1995.

118.    R.G. Bea, "Evaluation of Human and Organization Factors in Design of Marine Structures: Approaches & Applications," Proceedings of the 14th International Offshore Mechanics and Arctic Engineering Conference, OMAE Paper No. 95-1233, Copenhagen, Denmark, June 1995.

119.    W.E. Gale, W.H. Moore, R.G. Bea and R.B. Williamson, "Human Factors in Operational Reliability of Offshore Production Platforms: The Fire and Life Safety Assessment Index Methodology (FLAIM)," Proceedings of the Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, Copenhagen, Denmark, June 1995.

120.    K.T. Ma and R.G. Bea, "A Repair Management System for Fatigue Cracks in Ships," Transactions, The Society of Naval Architects and Marine Engineers, Vol. 103, 1995.

121.    J. Ying and R.G. Bea, "Simulation Model for Development of Siting Strategies for Mobile Offshore Drilling Units," Proc. of the 6th Int. Offshore and Polar Eng. Conf., Los Angeles, CA, May 1996.

122.    T. Xu and R.G. Bea, "Fatigue of Cracked Ship Critical Structural Details: Cracked S-N Curves and Load Shedding," Proc. of the 6th Int. Offshore and Polar Eng. Conf., Los Angeles, CA, May 1996.

123.    M. Mortazavi and R.G. Bea, "A Simplified Structural Reliability Analysis Procedure for Use in Assessments and Requalifications of Template-Type Offshore Platforms," Proc. of the 6th Int. Offshore and Polar Eng. Conf., Los Angeles, CA, May 1996.

124.    R.G. Bea, R. Schulte-Strathaus and M. Dry, "Ship Quality Information Systems," Proceedings of the Institute of Marine Engineers, ICMES 96, Safe and Efficient Ships, Oslo, Norway, June 1996.

125.    R.G. Bea, A. Brandtzaeg and M.J.K. Craig, "Life-Cycle Reliability Characteristics of Minimum Structures," Proceedings of the 15th Int. Conf. on Offshore Mechanics and Arctic Engineering, OMAE Paper No. 96-1205, ASME, June 1996.

126.    M. Mortazavi and R.G. Bea, "A. Reliability Based Screening Procedure for Platform Assessments and Requalifications," Proceedings of the 15th Int. Conf. on Offshore Mechanics and Arctic Engineering, OMAE Paper No. 96-421, ASME, June 1996.

127.    E.H. Cramer, R. Schulte-Strathus and R.G. Bea, "Ship Maintenance Projects: 1990-1995," Vol. 1, Fatigue Damage Evaluation, Ship Structure Committee, SSC-386, Washington, DC.

128.    R.G. Bea and R. Mayoss, "Ship Maintenance Projects: 1990-1995," Vol. 2, Corrosion Damage Evaluation, Ship Structure Committee, SSC-386, Washington, DC.

129.    K.A. Gallion and R.G. Bea, "The Ship Maintenance Projects: 1990-1995," Vol. 3, Repairs and Maintenance, Ship Structure Committee, SSC-386, Washington, DC.

130.    K.T. Ma, R.S. Holzman, L. Demsetz and R.G. Bea, "The Ship Structural Maintenance Projects: 1990-1995," Vol. 4, Durability Considerations, Ship Structure Committee, SSC-386, Washington, DC.

131.    R.G. Bea and T. Xu, "In-Service Inspection Programs for Marine Structures," Proceedings 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

132.    R.G. Bea and K. Roberts, "Managing Rapidly Developing Crises: Real-Time Prevention of Marine System Accidents," Proceedings 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

133.    R.G. Bea and M.J.K. Craig, "Reliability Based Load and Resistance Factor Design Guidelines for Offshore Platforms to Resist Earthquakes," Proceedings 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

134.    J. Stear and R.G. Bea, "Comparative Analysis of the Capacities of Gulf of Mexico Steel Template-Type Platforms Subjected to Hurricane Forces," Proceedings 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

135.    R.G. Bea, "Background for the Proposed International Standards Organization Reliability Based Seismic Design Guidelines for Offshore Platforms," Earthquake Criteria Workshop Proceedings, 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

136.    A. Sturm, R.G. Bea and T. Miller, "Reassessment and Re-qualification of Two Gulf of Mexico Platforms," Proceedings 7th International Conference on Offshore and Polar Engineering, Honolulu, Hawaii, May 1997.

137.   Y. Bai, T. Xu and R.G. Bea, "Reliability Based Design & Re-qualification Criteria for Longitudinally Corroded Pipelines," Proceedings 7th International Conference on Offshore and Polar Engineering, Honolulu, Hawaii, May 1997.

138.   A. Salancy and R.G. Bea, "Offshore Single Point Mooring Systems for Import of Hazardous Liquid Cargoes Offshore Southern California," Proceedings 7th International Conference on Offshore and Polar Engineering, Honolulu, Hawaii, May 1997.

139.   M. Mortazavi and R.G. Bea, "Experimental Validation of the Ultimate Limit State Limit Equilibrium Analysis (ULSLEA) with Results from Frame Tests," Proceedings 7th International Conference on Offshore and Polar Engineering, Honolulu, Hawaii, May 1997.

140.   A. Brandtzaeg and R.G. Bea, "Experience with Fast Rack Risk Assessment Used to Compare Alternative Platforms," Proceedings of the International Conference on Safety and Reliability, European Safety and Reliability Association, Lisbon, Portugal, June 1997.

141.   R.G. Bea, "Human and Organizational Factor Considerations in the Structure Design Process for Offshore Platforms," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

142.   R.G. Bea, "Accident and Near-Miss Assessments and Reporting," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

143.   R.G. Bea, "Real-Time Prevention of Platform Drilling Blowouts: Managing Rapidly Developing Crises," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

144.   R.G. Bea, "A Safety Management Assessment System (SMAS) for Offshore Platforms," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

145.   R.G. Bea, R. Holdsworth and C. Smith, "Human and Organization Factors in Safety of Offshore Platforms," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

146.   Lt. D. Boniface and R.G. Bea, "A Decision Analysis Framework for Assessing Human and Organizational Error in the Marine Industries," Proceedings of the Symposium on Human and Organizational Error in Marine Structures, Ship Structure Committee - Society of Naval Architects and Marine Engineers, Arlington, Virginia, November 1996.

147.   R.G. Bea, "Consideration of Human and Organization Factors in Development of Design, Construction and Maintenance Guidelines for Ship Structures," Proceedings of the Symposium on Human and Organizational Error in Marine Structures, Ship Structure Committee - Society of Naval Architects and Marine Engineers, Arlington, Virginia, November 1996.

148.   R.G. Bea, K. Roberts, S. Stoutenberg, T. Mannarelli and P. Jacobson, "High Reliability Tanker Loading & Discharge Operations: Chevron Long Wharf, Richmond, California," Proceedings of the Symposium on Human and Organizational Error in Marine Structures, Ship Structure Committee - Society of Naval Architects and Marine Engineers, Arlington, Virginia, November 1996.

149.   M. Dry, R. Schulte-Strathaus and R.G. Bea, "Ship Structural Integrity Information System Phase II," Ship Structure Committee SSC 388, Washington, DC, 1996, NTIS #PB96-167564.

150.   Bea, R. G., J. Suhayda, Z. Jin and R. Ramos, "Hurricane Wave Conditions for Design and Requalification of Platforms in the Bay of Campeche, Mexico," *Proceedings 1998 International OTRD Symposium Ocean Wave Kinematics, Dynamics and Loads on Structures,* American Society of Civil Engineers, April 30-May 1, 1998, Houston, Texas.

151.   Bea, R. G., J. Stear, T. Xu and R. Ramos, "Hurricane Wave Forces on the Decks of Offshore Platforms," *Proceedings 1998 International OTRD Symposium Ocean Wave Kinematics, Dynamics and Loads on Structures,* American Society of Civil Engineers, May 1998, Houston, Texas.

152.   Stear, J.D. and R.G. Bea, "Simplified Strength-Level Earthquake Assessment of Jacket-Type Platforms," *Proceedings 1988 8th International Offshore and Polar Engineering Conference,* Montreal, Canada, May 1998, International Society of Offshore and Polar Engineers, Golden, Colorado.

153.   Aviguetero, T. and R.G. Bea, "Effects of Damage and Repairs on the Lateral Load Capacity of a Typical Template-Type Offshore Platform," *Proceedings 8th International Offshore and Polar Engineering*

*Conference,* Montreal, Canada, May 1998, International Society of Offshore and Polar Engineers, Golden, Colorado.

154.   Bea, R.G., R. Ramos, O. Valle and V. Valdes, "Risk Based Hurricane and Earthquake Criteria for Design and Requalification of Platforms in the Bay of Campeche, Mexico," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

155.   Bea, R.G., R. Ramos, T. Hernandez and O. Valle, "Risk Assessment & Management Based Guidelines for Design & Reassessment of Pipelines in the Bay of Campeche, Mexico," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

156.   Bea, R.G., Z. Jin, C. Valle and R. Ramos, "Evaluation of the Reliability of Platform Pile Foundations in the Bay of Campeche, Mexico," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference* OMAE, *Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

157.   Bea, R. G., J. Ying, D. Hopper and M. Craig, "Risk Based Requalification of the Monopod Platform, Cook Inlet, Alaska," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

158.   D. Hee , R.G. Bea, K. Roberts and B. Williamson, "Safety Management Assessment System (SMAS) Part I: A Process for Identifying and Evaluating Human and Organization Factors in Operations of Offshore Platforms," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

159.   D. Hee, R.G. Bea, B. Pickrell, K.H. Roberts and R.B. Williams, "Safety Management Assessment System (SMAS) Part I: Field Test and Results," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

160.   D. Hee , K. Roberts, R.G. Bea and B. Williamson, "Probabilistic Safety Assessment and Management PSAM 4, Safety Management Assessment System (SMAS )," *Proceedings* of the 4th International Conference on Probabilistic Safety Assessment and Management, PSAM '98, A. Mosleh and R. A. Bari (Eds.), Springer Publishers, New York City, September 1998.

161.   Soriaro, A., R. Ramos, E. Heredia and R.G. Bea, "Assessment of Biases and Uncertainties in Design and Requalification Parameters for Offshore Platforms," *Proceedings* 9th International Offshore and Polar Engineering Conference & Exhibition, May 30-June 4, 1999, Brest, France, Society of Offshore and Polar Engineers, Golden, CO.

162.   Bea, R.G., B. Farkas, R. Ramos, C. Smith and J.H. Rosenmoller,  "A General Pipeline Suitability for Service Assessment System: RAM PIPE," *Proceedings* 9th International Offshore and Polar Engineering Conference & Exhibition, Brest, France, Society of Offshore and Polar Engineers, Golden, CO.

163.   Bea, R.G., C. Smith, V. Valdes, B. Farkas, J. Rosenmoller and O. Valle, "Assessment of Pipeline Suitability for Service," *Proceedings 9th International Offshore and Polar Engineering Conference & Exhibition,* Brest, France, May 30-June 4, 1999.

164.   Xu, T., R.G. Bea, R. Ramos, O. Valle and V. Valdes, "Assessment of Tubular Joint Capacity Uncertainties," *Proceedings,* 18th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, July 11, 1999.

165.   Bea, R.G., "A Structured Method and Software to Assess Human & Organizational Errors in the Life-cycle of Offshore Structures," *Proceedings* of the 18th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, July 13, 1999.

166.   Bea, R. G., L. Lara, E. Heredia, O. Valle and V. Valdes, "Reliability Criteria for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico," *Proceedings* of the 18th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, July 16, 1999.

167.   Bea, R.G. and T. Xu, "Evaluation of Biases & Uncertainties in Reliability Based Pipeline Requalification Guidelines," *Proceedings* of Pipeline Requalification Workshop, Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, July 16, 1999.

168.    Orisamolu, I.R. and R.G. Bea, "Reliability Considerations in the Development of Guidelines for the Requalification of Pipelines," *Proceedings* of Pipeline Requalification Workshop, Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, July 16, 1999.

169.    J. Zhaohui, R.G. Bea, J. Suhayda and R. Ramos, "Reduction of Hurricane Wave Heights in Shallow Water by Deformable Sea Floor Soils Offshore Mexico," *Proceedings* of 19th International Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, February 14, 2000.

170.    Bea, R.G., "Reliability, Corrosion, & "Burst Pressure Capacities of Pipelines," Proceedings 19th International Conference on Offshore Mechanics & Arctic Engineering, American Society of Mechanical Engineers, February 15, 2000.

171.    Bea, R.G., "Performance Shaping Factors in Reliability Analysis of Design of Offshore Structures," *Proceedings* 19th International Conference on Offshore Mechanics & Arctic Engineering, American Society of Mechanical Engineers, February 17, 2000.

172.    R.G. Bea, F. Perez and R. Ortega, "Requalification of Platforms Offshore Tampico - Tuxpan, Mexico: Conditions and Criteria," *Proceedings* 19th International Offshore and Polar Engineering Conference, Society of Offshore and Polar Engineers, June 1, 2000.

173.    Bea, R.G., F. Perez and R. Ortega, "Requalification of Platforms Offshore Tampico - Tuxpan, Mexico: Arenque Platforms," *Proceedings* 19th International Offshore and Polar Engineering Conference, Society of Offshore and Polar Engineers, June 2, 2000.

174.    Bea, R.G., "Performance Shaping Factors in Reliability Analysis of Design of Offshore Structures," *Marine Technology & Management Group,* 19 th International Conference on Offshore Mechanics & Arctic Engineering - OMAE 2000, Feb. 14-17, 2000, Sheraton New Orleans Hotel, New Orleans, LA, USA OMAE 2000-6111.

175.    Bea, R.G., "Committee IV. 1 Design Principles and Criteria," *14th International Ship and Offshore Structures Congress 2000,* 2-6 October 2000, Nagasaki, Japan, Volume 1.

176.    Bea, R.G., R. Stoelsnes and O. Gudmestad, "On the Importance of Human and Organizational Factors in Design, Construction and Installation of Engineered Systems," *Proceedings* of the International Society of Offshore and Polar Engineering Conference, Stavanger, Norway, June 2001, 1-10.

177. Bea, R.G., "Risk assessment and management in design and requalification of offshore   structures," *Proceedings* of the International PEP-IMP Symposium on Risk Assessment for Offshore Structures, Instituto Mexicano del Petroleo, Mexico City, DF, 2001, pp. 1-32.

178. Bea, R.G., "Human Factors and risk management of offshore structures," *Proceedings* of the  International PEP-IMP Symposium on Risk Assessment for Offshore Structures, 2001, pp. 1-42.

179. Bea, R.G., "Human and Organizational Factors in Reliability and Design of 'Minimum' Offshore Structures," *Proceedings* of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-8.

180. Bea, R., C. Smith, B. Smith, J. Rosenmoeller, T. Beuker and B. Brown, "Analysis of Field Data from the Performance of Offshore Pipelines (POP) Project," *Proceedings* of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-8.

181. Bea, R., C. Smith, B. Smith, J. Rosenmoeller, T. Beuker and B. Brown, "Real-Time Reliability Assessment & Management of Marine Pipelines," *Proceedings* of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-10.

182. Bea, R. and Z. Jin, "Texas Tower 4: Lessons for Design of Offshore Structures," *Proceedings* of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-12.

183. Bea, R, T. Xu, E. Heredia-Zavoni, L. Lara and R. Burbano, "Reliability Based Design Criteria for Installation of Pipelines in the Bay of Campeche, Mexico: Part 1," Proceedings of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-7. (Contribution: 90%)

184. Bea, R., T. Xu , E. Heredia-Zavoni, L. Lara and R. Burbano, "Reliability Based Design Criteria for Installation of Pipelines in the Bay of Campeche, Mexico: Part 2," Proceedings of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-10. (Contribution: 90%)

185. Ramos, A. and R. G. Bea, "Reliability Aspects of Corrosion in Oil Storage Tanks," Proceedings 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-11. (Contribution: 50%)

186. Nakat, Z. and R. G. Bea, "Effect of Truncated Demand and Capacity Distributions on Reliability of Pipelines," Proceedings 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-5.

187. Bea, R.G., T. Beuker and P. Vargas, "Reliability Based Fitness-For-Service Assessment of Corrosion Defects Using Different Burst Pressure Predictors and Different Inspection Techniques," Proceedings 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-8.

188. Ronalds, B., R. Pinna, S. Ryan, J. Riordan, T. Radic, G. Cole and R.G. Bea, "Jacket Reliability Design Considering Interacting Limit States," Proceedings 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-12.

189. Bea, R.G., "Quality, Reliability, and Human Factors in Drilling & Production," Proceedings of OMAE0, 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-19.

190. Inkabi, K. and R. Bea, "Burst Database Verification Study for Corroded Line-Pipe," Proceedings 23rd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2004, Vancouver, British Columbia, pp. 1-9.

191. Inkabi, K. and R. Bea, "Application of RAM Methods in the Structural Reliability Assessment of Corroded Offshore Pipelines," Proceedings 23rd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2004, Vancouver, British Columbia, 1-11.

192. Kardon, J.B., Bea, R. G., and Williamson, R.B., "Validity and Reliability of Forensic Engineering Methods and Processes," Proceedings 4th Forensic Congress, ASCE, October 2006, pp.1-11.

193. Seed. R.B., Bea, R.G., et al, "Investigation of Levee Performance in Hurricane Katrina: The New Orleans Drainage Canals, Proceedings Geo-Denver 2007, ASCE, Feb. 2007, pp. 1-16.

194. Seed, R.B., Bea, R.G., et al, "Investigation of Levee Performance in Hurricane Katrina: The Inner Harbor Navigation Canal, Proceedings Geo-Denver 2007, ASCE, Feb. 2007, pp. 1-16.

195. Seed, R.B., Bea, R. G., et al, "Investigation of the Performance of the New Orleans Regional Flood Protection Systems During Hurricane Katrina: Lessons Learned, Proceedings Geo-Denver 2007, ASCE, Feb. 2007, pp. 1-16.

196. Bea, R.G., "Lessons from Failure of the Flood Protection System for the Greater New Orleans Area During Hurricane Katrina," Proceedings of 6th International Conference on Offshore Mechanics and Arctic Engineering, June 2007, ASME, pp. 1-9.

197. Bea, R.G., "Reliability Assessment & Management Lessons from Hurricane Katrina," Proceedings of 6th International Conference on Offshore Mechanics and Arctic Engineering, June 2007, ASME, pp. 1-12.

**Non-Refereed Publications**

**Technical Reports**

1.   R.G. Bea, *Deformations Required to Develop A Passive and Active Resistance of Submerged Sands at Varying Void Ratios,* Research Project Report to the National Science Foundation, University of Florida, June 1959.

2.   R.G. Bea, *Wave Forces Comparison of Stokes Fifth and Stream Function Theories,* Engineering Note No. 40, Shell Oil Company, April 1973.

3.   R.G. Bea, *Sea Floor Stability, South Pass Block 62 and Main Pass Block 290 Areas,* Shell Oil Company, Offshore Division - Construction, Southern E&P Region, O.D.C. Report No. 47, Aug. 1973.

4.   R.G. Bea, *Sea Floor Stability, Mississippi Delta Area, Proposed Leases in OCS Sale No. 33, 1974,* Shell Oil Company, Offshore Division - Construction, Southern E&P Region, O.D.C. Report 57, Dec. 1973.

5.   R.G. Bea, *API Review Environmental Loads on Ocean Structures, Note CE-8,* Shell Oil Company, Oct. 1974.

6.   R.G. Bea, *API Review Environmental Loads on Ocean Structures,* Report to the Sea Floor Engineering Council, National Academy of Engineering, Oct. 1974.

7.   R.G. Bea, *Updating of Wave Heights & Platform Resistance Descriptions Based on Preliminary Data from Hurricane Carmen,* Report, Shell Oil Company, Houston, Nov. 1974.

8.   R.G. Bea, *Evaluation of Potentially Unstable Soils in the Mississippi Delta Area,* Shell Oil Company, Head Office, Civil Engineering, Report No. ODC-37, (in 3 parts), July 1975.

9.   R.G. Bea, *Preliminary Soil and Seismic Design Conditions for Feasibility Studies of Candidate LNG Import Terminal Sites Offshore,* Southern California, Prepared for California Coastal Commission, May 1978.

10.  R.G. Bea, *Ground Motion Intensity Factors and Acceleration Response Spectra,* Ninth Edition API RP 2A Earthquake Design Provisions, Eastern Gulf of Alaska Region, prepared for the American Petroleum Institute, Oct. 1978.

11.  R.G. Bea, M.R. Akky, A.R. Dover and J.A. Egan, *A Methodology for Selection of Ground Motion Intensity Factors and Acceleration Response Spectra for Eastern Gulf of Alaska Region,* prepared for American Petroleum Institute, Nov. 1978, 287 p.

12.  R.G. Bea, *Assessment of the Morison Equation,* Woodward-Clyde Consultants, for Civil Engineering Laboratory, Naval Construction Battalion Center, Port Hueneme, California, Report CR 80.022, July 1980, 175 p.

13.  R.G. Bea and F.Y. Yokel, *Mat Foundations for Offshore Structure in Arctic Regions,* prepared for Minerals Management Service, USDI, NBSIR 86-3419, May 1986 (issued Feb. 1987), 151 p.

14.  R.G. Bea, B. Mosaddad, A.K. Vaish and K. Ortiz, *Seismic Load Effects Study,* PMB Systems Engineering, Inc., prepared for American Petroleum Institute, Dec. 1986, 134 p.

15.  R.G. Bea, *Development of Inspection and Repair Programs for Fixed Offshore Platforms,* PBM Systems Engineering, Inc., prepared for Technology Assessment and Research Branch of Minerals Management Service, Reston, VA, March 1987, 155 p.

16.  R.G. Bea, *Fatigue Reliability, Reliability of Marine Structures,* Chapter 8, Tutorial Summary on Structural Reliability Theory Directed at the Marine Industry. Report to Ship Structures Committee, Jan. 1988, A.E. Mansour.

17.  R.G. Bea, *Piper Bravo Concept Safety Study Evaluation Criteria,* Report to Occidental Petroleum (Caledonia), Aberdeen, Scotland, May 1989.

18.  R.G. Bea, J.B. Farrier and M.A. Foda, *Evaluation of the Potential for Self-Burial of the Proposed Unocal Gina Pipeline,* Report to UNOCAL, Ventura, CA, May 1989.

19.  R.G. Bea, K. Bando and M. Foda, *Challis Field Floating Production Facility Mooring System Scour Protection Laboratory Tests,* Report to IMODCO International, June 1989.

20.  R.G. Bea, *Maui A Platform Seismic Re-assessment Analyses, Phase I, Study of Earthquake Evaluation Guidelines,* Report to Shell BP and Todd Oil Services, Ltd., New Plymouth, New Zealand, June 1989.

21.  R.G. Bea, *Maui Stage II Development, Review of Seismic Studies,* Report to Shell BP and Todd Oil Services, Ltd., New Plymouth, New Zealand, June 1989.

22.  R.G. Bea, *Development of Guidelines for Evaluations and Justifications of Suitability for Service,* Final Report No. 3, AIM III Joint Industry Project, September 1988.

23.  R.G. Bea, *Reliability Analysis of the Tension Leg Platform Structural System,* Report to the MCAPS Joint Industry Project, February 1988.

24.  R.G. Bea, *Tropical Cyclone Parameters for Goodwyn Substructure Environmental Design Criteria: Maximum Wave Periods,* Report to Woodside Offshore Petroleum, Perth, Western Australia, July 1988.

25.  R.G. Bea, *Review of Tropical Cyclone Parameters for Goodwyn 'A' Platform Environmental Criteria,* Report to Woodside Offshore Petroleum, Perth, Western Australia, February 1989.

26.  R.G. Bea, *Review of the Ocean Engineering Group's Definition of Environmental Design Criteria for the Goodwyn 'A' Platform,* Report to Woodside Offshore Petroleum, Perth, Western Australia, August 1988.

27.  R.G. Bea, *User Guidelines: Loadings, Soils, and Pile Characterizations,* Report to PAR (Pile Analysis Routines) Joint Industry Sponsor Group, February 1988.

28.  R.G. Bea and E. Pate Cornell, *Organizational Aspects of Reliability Management: Design, Construction, and Operation of Offshore Platforms,* Research Report No. 89-1, Department of Industrial Engineering and Engineering Management, Stanford University, April 1989, 84 p.

29.  R.G. Bea, *Piper Bravo Concept Safety Study Evaluation Criteria,* Report to Occidental Petroleum (Caledonia), Aberdeen, Scotland, May 1989.

30.  R.G. Bea, J.B. Farrier and M.A. Foda, *Evaluation of the Potential for Self-Burial of the Proposed Unocal Gina Pipeline,* Report to UNOCAL, Ventura, CA, May 1989.

31. R.G. Bea, K. Bando and M.A. Foda, *Challis Field Floating Production Facility Mooring System Scour Protection Laboratory Tests,* Report to IMODCO International, June 1989.

32. R.G. Bea, *Maui A Platform Seismic Re-assessment Analyses, Phase I, Study of Earthquake Evaluation Guidelines,* Report to Shell BP and Todd Oil Services, Ltd., New Plymouth, New Zealand, June 1989.

33. R.G. Bea, *Maui Stage II Development, Review of Seismic Studies,* Report to Shell BP and Todd Oil Services, Ltd., New Plymouth, New Zealand, June 1989.

34. R.G. Bea, *Development of Guidelines for Evaluations and Justifications of Suitability for Service,* Final Report No. 3, AIM III Joint Industry Project, September 1988.

35. R.G. Bea, *Reliability Analysis of the Tension Leg Platform Structural System,* Report to the MCAPS Joint Industry Project, February 1988.

36. R.G. Bea, *Tropical Cyclone Parameters for Goodwyn Substructure Environmental Design Criteria: Maximum Wave Periods,* Report to Woodside Offshore Petroleum, Perth, Western Australia, July 1988.

37. R.G. Bea, *Review of Tropical Cyclone Parameters Study for Goodwyn  A Platform Environmental Criteria*, Report to Woodside Offshore Petroleum, Perth, Western Australia, February 1989.

38. R.G. Bea, *Review of the Ocean Engineering Group's Definition of Environmental Design Criteria for the Goodwyn 'A' Platform,* Report to Woodside Offshore Petroleum, Perth, Western Australia, August 1988.

39. R.G. Bea, *User Guidelines: Loadings, Soils, and Pile Characterizations,* Report to PAR (Pile Analysis Routines) Joint Industry Sponsor Group, February 1988.

40. R.G. Bea and E. Pate Cornell, *Organizational Aspects of Reliability Management: Design, Construction, and Operation of Offshore Platforms,* Research Report No. 89-1, Department of Industrial Engineering and Engineering Management, Stanford University, April 1989.

41. R.G. Bea, *Review of Tropical Cyclone Parameters -Study for 'A' Goodwyn Environmental Criteria,* Technical Report to Woodside Offshore Petroleum, Perth, Western Australia, February 1989.

42. R.G. Bea, *Reliability Based Design Criteria for Freeport-McMoRan Main Pass Block 299 Sulfur Mine Platforms,* Technical Report to Freeport McMoRan, New Orleans, Louisiana, November 1989.

43. R.G. Bea, *Reliability Based Design Criteria for McMoRan Oil & Gas Main Pass Block 299 Oil and Gas Platforms,* Technical Report to McMoRan Oil & Gas Company, New Orleans, Louisiana, April 1990.

44. R.G. Bea, *Earthquake Design Guidelines, Maui B Platform, New Zealand,* Technical Report to Shell BP and Todd Oil Services Limited, New Plymouth, New Zealand, May 1989.

45. R.G. Bea, *Maui Stage II Development, Review of Seismic Studies,* Technical Report to Shell BP and Todd Oil Services Limited, New Plymouth, New Zealand, April 1990.

46. R.G. Bea, *Design Return Period for Ductility Level Earthquake, Maui B Platform,* Report to Shell BP and Todd Oil Services Limited, New Plymouth, New Zealand, December 1990, 48 p.

47. R.G. Bea and D. Kingery, *Reliability of the Grayling Platform Substructure,* Report to Unocal Corporation, Kenai, Alaska, December 1990, 125 p.

48. R.G. Bea, D.T. McDonald, K. Bando and R J. Sobey, *Near Surface Wave Forces on Horizontal Members and Decks of Offshore Platforms,* December 18, 1990, 68 p.

49. R.G. Bea and R.R. Pollard, *Evaluation of Corrosion Damage in Crude & Product Carriers,* Report No. SMP-2-1, Report to Joint Industry Project on Structural Maintenance for New and Existing Ships, May 1991, 89 p.

50. R.G. Bea, *Rio Caribe Platform Seismic Design Criteria: Strength and Ductility Requirements,* Report to Lagoven S. A. Caracas, Venezuela, May 1991, 107 p.

51. R.G. Bea and S. Abbas, *Fracture Toughness and Weld Defect Evaluation Criteria for Low Temperature Steels Used in Grayling Platform,* Report to Unocal Corporation, Kenai, Alaska, June 1991, 93 p.

52. R.G. Bea and D. Zhang, *Platform Eva Storm Loading Analysis,* Report to Unocal Corporation, North America Oil and Gas Division, Bakersfield, California, June 1991, 77 p.

53. R.G. Bea and D. Kingery, *Analysis of Class II Modelling Uncertainty Affects on the Risk Assessment of an Offshore Platform,* Report prepared for Unocal Corporation, Kenai, Alaska, June 1991, 146 p.

54. R.G. Bea and R. Schulte-Strathaus, *Fatigue Database Development and Analysis,* Report to Structural Maintenance for New and Existing Ships Project, Report No. SMP-1-1, June 1991, 54 p.

55. R.G. Bea and R. Schulte-Strathaus, *Interim Report: Review of the Literature on Fatigue Fracture Mechanics and Fatigue Reliability,* Report to Structural Maintenance for New and Existing Ships Project, Report No. SMP-1-2, June 1991, 88 p.

56. R.G. Bea and J. Bustamante, *Geotechnical Study for Cable Burial System,* Report to Naval Civil Engineering Laboratory, Port Hueneme, California July 1991, 23 p.

57. R.G. Bea and W. Moore, *Review of Existing Marine Related Casualty Reports and Databases for Human and Organizational Errors,* Management of Human Error in Operations of Marine Systems, Report No. HOE-91-1, July 1991, 45 p.

58. R.G. Bea, S.E. Dunn, F.B. Halper, R.C. Kolf, J.D. Palmer, P. Selfridge, D. Sriram, and B.T. Wilkins, *Report of the Ad Hoc Committee on the Role of Artificial Intelligence and Knowledge-based Systems Technology on Sea Grant Research, Education and Advisory Service Program Areas,* Report to Sea Grant Program, September 12, 1991, 22 p.

59. R.G. Bea, *Loading and Load Effects Uncertainties,* Report to the Canadian Standards Association, Verification Program for CSA Code for the Design, Construction, and Installation of Fixed Offshore Structures, Project No. D-3, Ottawa, Canada, October 1991, 190 p.

60. R.G. Bea, *Earthquake Design Criteria for the Optimized Rio Caribe Platforms,* Report to LAGOVEN, S.A., Caracas, Venezuela, November 10, 1991, 11 p.

61. R.G. Bea, *Marine Structural Integrity Programs,* MSIP, Report to Ship Structure Committee, Report No. SSC-365, Washington, D.C., January 1992, 212 p.

62. R.G. Bea and K.A. Gallion, *RMS - Repair Management System,* Structural Maintenance of New and Existing Ships, Report No. SMP-4-1, May 1992, 165 p.

63. R.G. Bea and W. Moore, *A Practical Human Error Taxonomy for Marine Related Casualties,* Management of Human Error in Operations of Marine Systems, Report No. HOE-92-3, June 1992, 30 p.

64. R.G. Bea and E.H. Cramer, *Fatigue Reliability of Welded Joints in Tanker Structures,* Report No. SMP-1-3, Report to sponsors of the Structural Maintenance for New and Existing Ships Project, July 1992, 137 p.

65. R.G. Bea, *Verification of the Re-Qualification of Platform Eva Substructure,* Report to Unocal North American Oil and Gas Division, Unocal Corporation, Bakersfield, California, July 1992, 54 p.

66. R.G. Bea and W. Moore, *Modeling the Effects of Human Errors from Post-Mortem Marine Casualty Studies,* Management of Human Error in Operations of Marine Systems, Report No. HOE-92-4, August 1992, 43 p.

67. R.G. Bea and W. Moore, *Modeling Human Errors in Operations of Marine Systems: Case Study Examples,* Management of Human Error in Operations of Marine Systems, Report No. HOE-92-5, August 1992, 30 p.

68. R.G. Bea and W. Moore, *Human & Organizational Error in Marine Systems Literature Listing,* Report to Joint Industry Project on Management of Human Error in Operations of Marine Systems, August 1992, 8 p.

69. R.G. Bea and W. Moore, *Management of Human Error in Operations of Offshore Platforms,* Technology Assessment and Research Program for Offshore Minerals Operations, 1991 Report, OCS Study MMS 91-0057, August 1992, pp. 101-110.

70. R.G. Bea, B. Williamson and W. Gale, *Structural Design for Fires on Offshore Platforms,* Technology Assessment and Research Program for Offshore Minerals Operations, 1991 Report, OCS Study MMS 91-0057, August 1992, pp. 111-116.

71. R.G. Bea, B. Gerwick and R. Aggarwal, *Methodology for Assessment by Regulatory Bodies of the Safety of Existing Steel Offshore Platforms,* Technology Assessment and Research Program for Offshore Minerals Operations, 1991 Report, OCS Study MMS 91-0057, August 1992, pp. 121-131.

72. R.G. Bea and C.E. Krivanec, *Analysis of Static & Dynamic Pressures in the Holds of Bulk Cargo Carriers,* Report to the American Bureau of Shipping, New York, New York, September 1992, 104 p.

73. R.G. Bea, *Verification of the Re-Qualification of the Dos Cuadras Platform Structures,* Report to Unocal North American Oil and Gas Division, Unocal Corporation, Bakersfield, California, September 1992, 38 p.

74. R.G. Bea, E. H. Cramer and R. Schulte-Strathaus, *Fatigue Damage Evaluation Software: Theory Documentation,* Report No. SMP-1-5, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 70 p.

75. R.G. Bea, P. Friis-Hansen and R. Schulte-Strathaus, *Proship: Program Documentation,* Report No. SMP-1-11, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, Report No. SMP-1-11, September 1992, 103 p.

76. R.G. Bea and R. Schulte-Strathaus, *Fatigue Damage Evaluation Software: User Manual,* Report No. SMP-1-6, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 32 p.

77. R.G. Bea, E.H. Cramer and R. Schulte-Strathaus, *Fatigue Damage Evaluation Software: Program Documentation,* Report No. SMP-1-7, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 64 p.

78. R.G. Bea, T. Xu and J.R. Paulling, *Study of Critical Structural Details,* Report No. SMP-3-2, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 190 p.

79. R.G. Bea and R. Schulte-Strathaus, *Fatigue Damage Evaluation Software: Verification Analysis,* Report No. SMP-1-8, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 65 p.

80. R.G. Bea and R. Schulte-Strathaus, *SMP Tanker Database Documentation,* Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, Report No. SMP-1-9, September 1992, 34 p.

81. R.G. Bea and K. Ma, *Durability Considerations for New and Existing Ships,* Report No. SMP-5-1, Report to Sponsors of the Structural Maintenance Project, September 1992, 126 p.

82. R.G. Bea and R. DesRoches, *Platform Integrity Assessment, UNOCAL Thailand, Typhoon Contingency Plan Risk Assessment,* Report to Unocal Thailand, Bangkok, Thailand, October 1992, 127 p.

83. R.G. Bea and T. Xu, *Fatigue Analysis of Proposed Critical Structural Details in Double-Hull Tankers, Probabilistic Fatigue Analysis of Proposed 150,000 DWT Double-Hull Tanker - Draft,* Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, December 1992, 87 p.

84. R.G. Bea and R. Mayoss, *Corrosion Damage Evaluations: The Ship Maintenance Information System (SMIS),* Report No. SMP-2-4, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, December 1992, 68 p.

85. R.G. Bea and W. Moore, *Management of Human Error in Operations of Marine Systems: Final Joint Industry Project Report - Draft,* Report No. HOE-93-1, March 1993.

86. R.G. Bea, *GWA Safety Case - Evaluation of the Probabilities of Platform Collapse Due to Tropical Cyclone Loadings,* North West Shelf Gas Project, Goodwyn 'A' Project, Report to Woodside Offshore Petroleum Pty. Ltd., Perth, Western Australia, March 1993, 16 p.

87. R.G. Bea and S.C. Hutchison, *Maintenance of Marine Structures: A State of the Art Summary,* Report to the DOT/Maritime Administration, Report DTMA91-92-CA-200096, Washington, D.C., May 1993, 147 p.

88. R.G. Bea and C.N. Young, *Loading and Capacity Effects on Platform Performance in Extreme Storm Waves and Earthquakes,* Report to Sponsors of the Marine Technology Development Group, June 1993, 235 p.

89. S.C. Hutchison and R.G. Bea, Goodwyn 'A' Module H (Flare Tower) Wind Loading; Flare Tower Support Reliability Analysis, Report to Woodside Offshore Petroleum Ltd., Perth, Western Australia, August 1993.

90. K-t. Ma and R.G. Bea, *Repair Management System for Critical Structural Details in Ships - Theory,* Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Sept. 1993.

91. K-t. Ma and R.G. Bea, *Repair Management System for Critical Structural Details in Ships - User Manual,* Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Sept. 1993.

92. R. Schulte-Strathaus and R.G. Bea, *Development of Calibrated S-N Curves and System for the Selection of S-N Curves,* Fatigue Classification of Critical Structural Details in Tankers, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Report NO. FACTS-1-1, Sept. 1993.

93. I. R. Orisamolu and R.G. Bea, Reliability of Offshore Structural Systems: Theory, Computation, and Guidelines for Application, Report to Canadian National Energy Board, Calgary, October 1993.

94. T. Xu and R.G. Bea, *Fatigue Analysis of Critical Structural Details (CSD) in a 150,000 DWT Double-Hull Tanker,* Report No. SMP II-1, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Study of Fatigue of Proposed CSD in Double-Hull Tankers, October 1993.

95. T. Xu and R.G. Bea, *Fatigue Analysis of Critical Structural Details (CSD) in a 190,000 DWT Double-Bottom Tanker,* Report No. SMP II-2, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Study of Fatigue of Proposed CSD in Double-Hull Tankers, October 1993.

96. T. Xu and R.G. Bea, *CSD Library and Finite Element Stress Contours,* Report No. SMP II-3, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Study of Fatigue of Proposed CSD in Double-Hull Tankers, October 1993.

97. I.R. Orisamolu, Q. Liu, R. Kumar, M.W. Chernauka, M.E. Norwood and R.G. Bea, *Pilot Study for Structural Risk Assessment Program (STRAP),* Report to Defense Research Establishment Atlantic, Dept. of National Defense, Dartmouth, Nova Scotia, Canada, October 1993.

98. J. Greenbaum and R.G. Bea, *Revised Estimates for Platform Integrity Assessment for UNOCAL Thailand,* Report to UNOCAL Thailand, Bangkok, Thailand, October 1993.

99. R. Mayoss and R.G. Bea, *Theory Documentation and Example Application,* Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, The Development of a Rational Basis for Defining Corrosion Limits in Tankers, Report No. SMP II-1, December 1993.

100. D. Preston and R.G. Bea, *An Assessment of the Environmental Loads on the Ocean Motion International Platform,* Report to Ocean Motional International, Jacksonville, Oregon, January 1994.

101. K.J. Loch and R.G. Bea, *Comparison of the Response of UNOCAL's Dos Cuadras Platforms to Earthquake Acceleration Records Using Single Degree of Freedom Models,* Report to UNOCAL North American Oil and Gas Division, Western Region, Bakersfield, California, January 1994.

102. W.E. Gale, Jr., R.G. Bea and R. B. Williamson, *FLAIM, Fire and Life Safety Assessment and Indexing Methodology, A Methodology for Assessing and Managing Fire and Life Safety for Offshore Production Platforms,* Report to U.S. Department of Interior, Minerals Management Service, Technology Assessment and Research Branch, January 1994.

103. D. Danmeier and R.G. Bea, *Conceptual Design and Reliability Study of an Offshore Desalination Plant,* Report to Ocean Motion International, Jacksonville, Oregon, May 1994.

104. R. Schulte-Strathaus and R.G. Bea, *Development of an Integrated Vessel Database System,* Structural Integrity Information System - SSIIS, Report to Maritime Administration and U.S. Coast Guard, Report DTMA-91-93-G-00041, Sept. 1994

105. H. Poulos, P. Marshall and R.G. Bea, *Goodwyn 'A' Project Primary Pile Deformation Causation Study,* Report to Woodside Offshore Petroleum Pty. Ltd., Perth, Western Australia, July 1994.

106. R.G. Bea, Evaluation of the Reliability of a Conventional Platform Installed in South Pass Block 47, Report to Energy Development Corporation, Houston, Texas, August 1994.

107. T. Mannarelli, K. Roberts and R.G. Bea, *Maritime Shipping as a High Reliability Industry: A Qualitative Analysis,* Report to Sea Grant Program, Sea Grant Project R /OE 28, October 1994.

108. E. Mason, K. Roberts and R.G. Bea, Marine Human and Organization Error: A Data Evaluation, Report to Sea Grant Program, Sea Grant Project R /OE 28, October 1994.

109. T. Hart, R.G. Bea and K. Roberts, *Human and Organizational Errors in Loading and Discharge Operations at Marine Terminals,* Report to Sea Grant Program, Sea Grant Project R/ OE 28, October 1994.

110. K-t. Ma and R.G. Bea, *Repair Management System for Fatigue Cracks in Ship Critical Structural Details,* Report No. SMP III-1-1, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, December 1994.

111. A. Salancy and R.G. Bea, *Offshore Single Point Mooring Systems for Import of Hazardous Liquid Cargoes,* Report to Sea Grant Program, Sea Grant Project R/ OE 26, September 1994.

112. R.G. Bea, Safety, Quality, and Human Factors, Report to American Bureau of Shipping, New York, NY, February 1995.

113. T. Xu and R.G. Bea, *Fitness for Purpose Analysis Procedure of Cracked Critical Structural Details (CSD) in Tankers,* Report No. SMP III-2-1, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, January 1995.

114. T. Xu and R.G. Bea, A Load Shedding Model of Fracture Mechanics Analysis of Cracked Critical Structural Details (CSD) in Tankers, Report No. SMP III-2-2, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, January 1995.

115. T. Xu and R.G. Bea, FRACTURE - A Computer Code for Fracture Mechanics Analysis of Crack Growth of Cracked CSD in Tankers, Report No. SMP III-2-3, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, January 1995.

116. K.J. Loch and R.G. Bea, *Determination of the Ultimate Limit States of Fixed Steel-Frame Offshore*

*Platforms Using Static Pushover Analyses,* Report to U.S. Minerals Management Service and Joint Industry Project Sponsors, Marine Technology Development Group, Department of Civil Engineering, UC Berkeley, May 1995.

117. M. Mortazavi and R.G. Bea, *Screening Methodologies for Use in Platform Assessments and Requalifications,* Report to Joint Industry - Government Project, Marine Technology & Management Group, Dept. of Civil Eng., University of California at Berkeley, June 1995.

118. R.G. Bea, *Certified Verifying Agent Report to U.S. Minerals Management Service on Design of a Platform for South Pass Block 47 for Energy Development Corporation, Houston, Texas,* Ocean Engineering Services, Department of Civil Engineering and Department of Naval Architecture & Offshore Engineering, UC Berkeley, July 1995.

119. J. Ying and R.G. Bea, *Development and Verification of a Computer Simulation Model for Evaluation of Siting Strategies for Mobile Drilling Units in Hurricanes,* Phase II Report to U.S. Minerals Management Service, Marine Technology and Management Group Project, Dept. of Naval Architecture & Offshore Eng., Univ. of California at Berkeley, August 1995.

120. R.G. Bea, *Certified Verifying Agent Report to U.S. Minerals Management Service on Seismic Requalification of UNOCAL Corporation Platform Hillhouse in the Santa Barbara Channel,* Ocean Engineering Services, Department of Civil Engineering and Department of Naval Architecture & Offshore Engineering, UC Berkeley, September 1995.

121. D. Hee, R.G. Bea and K. Roberts, Risk Mitigation and Crisis Management in the Offshore Oil and Gas Industry, Report to the Volpe Transportation Center, Marine Technology & Management Group, UC Berkeley, September 1995.

122. M. Dry, R. Schulte-Strathaus and R.G. Bea, *Ship Structural Integrity Information System - SSIIS,* Phase II Report to Ship Structure Committee, Dept. of Naval Architecture & Offshore Eng., Univ. of California at Berkeley, Oct. 1995.

123. T. Mannarelli, K. Roberts and R.G. Bea, *Reduction of Tanker Oil and Chemical Spills: Organizing to Minimize Human and Organizational Errors,* Sea Grant Project Report R/OE28, Marine Technology & Management Group, Haas School of Business and College of Engineering, University of California at Berkeley, Nov. 1995.

124. S. Stoutenberg, R.G. Bea and K. Roberts, *Reduction of Tanker Oil and Chemical Spills: Engineering to Minimize Human and Organizational Errors,* Sea Grant Project Report R/OE28, Marine Technology & Management Group, Haas School of Business and College of Engineering, University of California at Berkeley, Nov. 1995.

125. E. Mason, K. Roberts and R.G. Bea, *Reduction of Tanker Oil and Chemical Spills: Development of Accident and Near-Miss Databases,* Sea Grant Project Report R/OE28, Marine Technology & Management Group, Haas School of Business and College of Engineering, University of California at Berkeley, Nov. 1995.

126. A. Sturm and R.G. Bea, *Reassessment of SS209B and SS209B-AUX (ULSLEA) Analysis,* Final Report to Unocal Corp., Marine Technology & Management Group, Dept. of Civil Eng., University of California at Berkeley, Dec. 1995.

127. A. Brandtzaeg and R.G. Bea, *Reliability Based Comparison of Standard and Minimum Fixed Gulf of Mexico Platforms,* Report to Unocal Corp, Marine Technology & Management Group, Dept. of Naval Architecture & Offshore Eng. and Dept. of Civil Eng., University of California at Berkeley, Dec., 1995.

128. M. Mortazavi and R.G. Bea, *Screening Methodologies for Use in Platform Assessments & Requalifications,* Final Project Report, Report to Joint Industry-Government Sponsored Project, Marine Technology & Management Group, Dept. of Civil Eng., University of California at Berkeley, Jan. 1996.

129. J. Stear and R.G. Bea, *Using Static Pushover Analysis to Determine the Ultimate Limit States of Gulf of Mexico Steel Template-Type Platforms Subjected to Hurricane Wind and Wave Loads,* Report to U.S. Minerals Management Service and Joint Industry Project, Marine Technology & Management Group, Dept. of Civil & Environmental Eng., University of California at Berkeley, March 1996.

130. J. Stear and R.G. Bea, *Comparison of Two Screening Methodologies for Steel Template-Type Platforms: Ultimate Limit State Limit Equilibrium Analysis (ULSLEA) and Simplified Ultimate Strength Analysis (SUS),* Report to Joint Industry Project Sponsors, Marine Technology & Management Group, Department of Civil and Environmental Eng., University of California at Berkeley, June 1996.

131. D. Hee, R.G. Bea, K. Roberts and R. Williamson, *Fire and Life Safety Assessment and Indexing*

*Methodology II (FLAIM II),* Development and Test Plan, Report to FLAIM II Joint Industry Sponsors, Maine Technology & Management Group, Department of Civil and Environmental Engineering, University of California Berkeley.

132. J. Ying and R.G. Bea, *Development and Verification of Computer Simulation Models for Evaluation of Siting Strategies and Evacuation Procedures for Mobile Drilling Units in Hurricanes,* Report to U.S. Minerals Management Service and California Sea Grant Programs, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, May 1996.

133. J. Stear, M. Mortazavi and R.G. Bea, *ULSLEA Ultimate Limit State Limit Equilibrium Analysis of Manual of Operation,* Report to Joint Industry Project, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, June 1996.

134. R.G. Bea, Risk Based Oceanographic Criteria for Design and Re-qualification of Platforms in the Bay of Campeche, Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo, March 1997.

135. J. Ying and R.G Bea, *Structural Reliability of the Monopod Platform,* Report to Unocal Corporation, December 1996.

136. T. Aviguerto and R.G. Bea, ULSLEA: Parametric Studies of the Effects of Local Damage and Repairs on Global Lateral Load Capacity of a Typical Offshore Platform, Report to U.S. Minerals Management Service and Joint Industry Project Sponsors, Dec. 1996.

137. T. Xu and R.G. Bea, Marine Infrastructure Rejuvenation Engineering: Fatigue and Fracture of Critical Structural Details (CSD), Jan. 1997.

138. R.G. Bea, Ship Maintenance Project: Program Summary and Rational Basis for Corrosion Limits on Tankers, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142822.

139. R.G. Bea, Ship Maintenance Project: Study of Fatigue of Proposed Critical Structural Details in Double Hull Tankers, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142830.

140. R.G. Bea, Ship Maintenance Project: Repair Management System for Critical Structural Details in Ships, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142848.

141. R.G. Bea, Ship Maintenance Project: Fatigue Classification of Critical Structural Details in Tankers, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142855.

142. R.G. Bea, Ship Maintenance Project, Fitness for Purpose Evaluation of Critical Structural Details in Tankers, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142863.

143. Lt. B Pickrell and R.G. Bea, *Assessment of Human and Organizational Factors in Operations of Marine Terminals and Offshore Platforms,* Marine Technology Management Group Report, University of California at Berkeley, May 1997.

144. H. P. Reeve and R.G. Bea, Ship Structural Integrity Information System: Phase III - SSIIS Ill, and *Users' Manual,* Marine Technology and Management Group Report, University of California    at Berkeley, May 1997.

145. S. Staneff, C.W. Ibbs, R.G. Bea and R. M. Oliver, *A Decision Support System Infrastructure Management,* Construction Engineering and Management Group, Department of Civil Engineering, University of California, Report #97-05, Spring 1997.

146. R. Lawson and R.G. Bea, *Risk Mitigation in Socio-Technical Systems Through Systematic Analysis of Human and Organized Factors,* Marine Technology and Management Group, University of California at Berkeley, May 1997.

147. J.D. Stear and R.G. Bea, *ULSLEA Enhancements: Fatigue Analysis / Earthquake Analysis / Additional Configurations - Screening Methodologies Project Phase III,* Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, May 1997.

148. J.D. Stear and R.G. Bea, *Earthquake Analysis of Offshore Platforms - Screening Methodologies Project Phase III,* Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, June 1997.

149. R.G. Bea, E*valuation of the West Cameron 542 #6 and #7 Well Caisson Capacity Characteristics*, Report to Chevron (Operator) & Partners (Unocal, CNG Production Co. & Phillips), Ocean Engineering Services, Department of Civil and Environmental Engineering, University of California at Berkeley, May 1997.

150. T. Elsayed and R.G. Bea, *PIMPIS: Knowledge-Based Pipeline Inspection, Maintenance & Performance Information System,* Progress Report #1, Dept. of Civil and Environmental Engineering, Marine Technology & Management Group, University of California at Berkeley, June 1997.

151. Bea, R.G. *TOPCAT IV Earthquake Analyses of Offshore Platforms, Screening Methodologies Project Phase III,* Report to Joint Industry Project Sponsors, Marine Technology & Management Group, University of California at Berkeley, June 1997.

152. Wiseman, J. and R.G. Bea, *Non-Linear Dynamics of Caisson Well-Protectors During Hurricane Andrew,* Report to U.S. Minerals Management Service, Herndon, Virginia Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

153. Xu, T. and R.G. Bea, *Near Surface Wave Theory, Wave-in-Deck Forces,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and to Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

154. Lawson, R. B. and R. G. Bea, *SYRAS: System Risk Assessment Software Version 1.0,* Marine Technology & Management Group, University of California at Berkeley, 1997.

155. **Xu, T.** and R.G. Bea, *Reassessment of Tubular Joint Capacity, Uncertainty and Reliability,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

156. Zhaohui, J. and R.G. Bea, *Analysis of Wave Attenuation in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

157. Zhaohui, J.  and R.G. Bea, *Dynamic Response of a Single Pile to Lateral Loading,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

158. Bea, R.G. *Risk Based Criteria for Design and Requalification of Pipelines and Risers in the Bay of Campeche (Part I),* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and to Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, September 1997.

159. Bea, R.G. *Risk Based Hurricane and Earthquake Criteria for Design and Requalification of Platforms in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, September 1997.

160. Bea, R.G. *Risk Based Criteria for Design & Requalification of Offshore Platforms in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and Brown Root International, University of California at Berkeley, November 1997.

161. Bea, R.G. and T. Xu, Report #1: *Reliability Characteristics of the Pol A Compression Platform, Platform Structure & Foundation Performance Analyses,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, October 1997.

162. Bea, R.G. *Risk Based Hurricane and Earthquake Criteria for Design and Requalification of Platforms in the Bay of Campeche (Part I),* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, September 1997.

163. Bea, R.G. Report #2: *Reliability Characteristics of the Pol A Compression Platform, Platform Reassessment and Requalification Evaluations,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, November 1997.

164. Hee, D.D.  and R.G. Bea, *Safety Management Assessment System (SMAS),* Marine Technology & Management Group, Dept. of Civil and Environmental Engineering, University of California, Berkeley, November 1997.

165. Bea, R.G., *Risk Based Hurricane Criteria for Design of Floating and Subsea Systems in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and to Brown & Root

27

International Inc., Marine Technology & Management Group, University of California, Berkeley, December 1997.

166. Xu, T. and R.G. Bea, *Risk Based Life Cycle Fatigue Criteria, Risk Based Criteria for Design & Requalification of Offshore Platforms in the Bay of Campeche,* Brown Root International, Report to Petroleos Mexicanos, December 1997.

167. Bea, R.G. *Risk Based Criteria for Design & Requalification of Offshore Platforms in the North Region (Tampico and Tuxpan) Offshore Mexico,* Final Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, December 1997.

168. Zhaohui, J. and R.G. Bea, *Analysis of Hurricane Wave Decay Characteristics, Risk Based Criteria for Design & Requalification of Offshore Platforms in the North Region,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo Marine Technology & Management Group, University of California, Berkeley, December 1997.

169. Zhaohui**, J.** and R.G. Bea, *Dynamic Lateral and Axial Loading Capacities of Piles in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown & Root International Inc., Marine Technology & Management Group, University of California, Berkeley, December 1997.

170. Xu, T. and R.G. Bea, Report #1A: *Reliability Characteristics of the Pol A Compression Platform, Platform Ultimate Limit State Limit Equilibrium (ULSLEA) and Reliability Analyses,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown & Root International, Inc., Marine Technology and Management Group, Dept. of Civil & Environmental Engineering, University of California at Berkeley, December 1997.

171. Bea, R.G., T. Xu and J. Zhaohui, *Hurricane and Earthquake Criteria for Design and Requalifiation of Platforms, Pipelines, Risers, and Floating Systems in the Bay of Campeche,* Workshops on 1997 Projects - Risk based Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown & Root International, Inc., Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, December 1997.

172. Bea, R.G. Report: *Risk Based Stability Criteria for Design of the Second Trunkline on the North West Shelf of Western Australia,* to BRK Joint Venture and Woodside Offshore Petroleum Pty. Ltd., Perth, Western Australia, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, December 1997.

173. Bea, R. G., Report: *Risk Based Oceanographic & Earthquake Load and Resistance Factor Criteria for Design and Requalification of Platforms Offshore Indonesia,* Indonesian Petroleum Association, Directorate General of Oil & Gas of Indonesia, and Bandung Institute of Technology, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, December 1997.

174. Bea, R.G. and R. B. Lawson, Report: *Comparative Evaluation of Minimum Structures and Jackets, Stage II: Analysis of Human and Organizational Factors,* to Joint Industry - Government Sponsored Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, December 1997.

175. Xu, T. and R.G. Bea, Reassessment of Tubular Joint Capacity, Uncertainty and Reliability, Screening Methodologies Project Phase IV, Comparative Evaluation of Minimum Structures and Jackets, Stage II: Analysis of Human and Organizational Factors, Report to Joint Industry - Government Sponsored Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, January 1998.

176. Jin, Z. and R.G. Bea, *Loading and Capacity Characteristics of Pile Foundations: Correlation of Calculation. Results with ULSLEA, Screening Methodologies Project Phase IV,* Report to Joint Industry - Government Sponsored Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, January 1998.

177. Bea, R.G. *Continued Development of Earthquake Load and Resistance Factor Design Guidelines, Report 1: Concrete Gravity Based Structures LRFD Guidelines,* Report to Health and Safety Executive, Offshore Safety Division, Bootle, Merseyside, UK, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, March 1998.

178. Xu, T.  and R. G. Bea, Report 1B: *Reliability Characteristics of the Pol A Compression Platform, Updated Platform Ultimate Limit State Limit Equilibrium (ULSLEA) and Reliability Analyses,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and to Brown & Root International Inc., Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, April 1998.

179. Bea, R.G. Report 2: *Continued Development of Earthquake Load and Resistance Factor Design Guidelines,* Seismic Hazard Characterizations, Report to STATOIL and UNOCAL, Stavanger, Norway, Houston, Texas, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, May 1998.

180. Farkas, B. and R.G. Bea, *Pipeline Inspection Maintenance & Performance Information System,* Topic: Risk Management of Corrosion Associated Failures, Marine Technology and Management Group, Summer Report 1998, University of California at Berkeley.

181. Szwed, P. S.  and R. G. Bea, *Development of a Safety Management Assessment System for the International Safety Management Code,* Report to the U.S. Coast Guard, Washington, DC, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, May 1998.

182. Wiseman, J.  and R. G. Bea, Rigs-to-Reefs Siting and Design Study for Offshore California: Addressing the Issues Raised at the September Workshop, Recent Experiences and Future Deepwater Challenges, Report to California Sea Grant College Program and the U.S. Minerals Management Service, La Jolla, California, Herndon, Virginia, Marine Technology & Management Group, Dept. Civil & Environmental Engineering, University of California, Berkeley, May 1998.

183. Farkas, B.  and R.G. Bea, *Pipeline Inspection, Maintenance & Performance Information System – Topic: Risk Management of Corrosion Associated Failures,* Summer Progress Report, Report to Joint Industry Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, Univ. of California at Berkeley, May 1998.

184. Zhaohui, J.  and R.G. Bea, *TOPCAT Updating and Enhancements, Cnoidal Waves, Load Spatial Effects and Reliability Sensitivity,* Report to Joint Industry Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, Univ. of California at Berkeley, June 1998.

185. Farkas, B**.**  and R.G. Bea, *Pipeline Inspection, Maintenance & Performance Information System Progress Report, Report to Joint Industry Project,* Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, Univ. of California at Berkeley, August 1998.

186. R.G. Bea, T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 1, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, Oct. 15, 1998.

187. Bea, R. G., T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 2, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, Oct. 31, 1998.

188. Farkas, B. and R.G. Bea, Summary of Risk Contributing Factors for Pipeline Failure in the Offshore Environment, Report to Rosen Engineering, Germany, Marine Technology & Management Group, University of California at Berkeley, November 5, 1998.

189. R.G. Bea, T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 3, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, November 15, 1998.

190. Bea, R.G., T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 4, Part 1.4, Report 1: Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, November 30, 1998.

191. Bea, R.G. *Review of the Second Trunkline Project Developments,* Report to Woodside Offshore Petroleum and BRK Joint Venture Project Team, Perth, Western Australia, Marine Technology & Management Group, Univ. of California at Berkeley, November 1998.

192. Liberatore, T.**C.** and R.G. Bea, Risk Analysis and Management of Diving Operations: Assessing Human Factors,Report to U.S. Navy, Ocean Engineering Graduate Program, University of California at Berkeley, November 1998.

193. Bea, R.G., Pipeline Corrosion Probability of Failure Assessment, Amoco Energy of Trinidad and Tobago, Report to Amoco Worldwide Engineering & Construction, Houston, Texas, Marine Technology & Management Group, University of California at Berkeley, December 1998.

194. Iverson, R. and R. G. Bea, *Wave Forces on a Pile, Screening Methodologies Project Phase IV, Report to Joint Industry Project Sponsors,* Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California at Berkeley, December 1999.

195. Iverson, R**.** and R.G. Bea, *Analysis of Wave-in-Deck Forces, Screening Methodologies Project Phase IV,* Report to Joint Industry Project Sponsors, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California at Berkeley, December 1999.

196. Bea, R.G., T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 5, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, December 15, 1998.

197. Bea, R. G., T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 6B, Part 1.5, Report 2, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, December 15, 1998.

198. Bea, R.G. and H. Reeve, *Ship Structural Integrity Information System (SSIS) Phase III: Ship Quality Information System,* Ship Structure Committee Report SSC-404, NTIS #PB98-172455, Washington, DC, 1998.

199. Zhaohui, J. and R.G. Bea, TOPCAT Updating and Enhancements, Diagonal Loading, Long-term Reliability and Deck Element Analysis, Screening Methodologies Project Phase IV,Template Offshore Platform Capacity Assessment Tools, Report to Joint Industry Project Sponsors, Marine Technology & Management Group, University of California at Berkeley, January 1999.

200. Stear, J.D. and R.G. Bea, A Static Assessment Approach for Jacket-Type Platforms in Seismically-Active Regions,Preliminary Report Screening Methodologies Project IV, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, January 1999.

201. Bea, R.G., J.D. Stear, Z. Jin and R. Iverson, *Screening Methodologies for Use in Offshore Platform Assessment and Requalification: Phase IV Extension,* Marine Technology and Management Group Project, Department of Civil and Environmental Engineering, University of California at Berkeley, Jan. 27-28-1999.

202. Bea, R. G. and T. Xu, RAM PIPE REQUAL, Pipeline Requalification Guidelines Project, Report 1, Risk Assessment and Management (RAM) Based Guidelines for Requalification of Marine Pipelines, Report to Petroleos Mexicanos (PEMEX), Instituto Mexicano de Petroleo (IMP) and U.S. Minerals Management Service (MMS), Ocean Engineering Graduate Program, Marine Technology & Management Group, University of Californnia at Berkeley, February 1, 1999.

203. Bea, R. and J. Stear, Continued Development of Earthquake Load and Resistance Factor Design Guidelines, Report 3 Benchmark Platform and Site Studies, Report to Minerals Management Service, Health and Safety Executive, Unocal Corporation and Statoil, Marine Technology & Management Group, March 1999.

204. Farkas, B.and R.G. Bea, Pimpis: Pipeline Inspection, Maintenance, Performance and Information System for Managing Corrosion Risk Associated with Offshore Pipelines,Marine Technology Group, May 1999.

205. Bea, R. G. and B. Farkas, Real-Time Probability of Failure Calculation During Pigging,
Marine Technology and Management Group, University of California, Berkeley, May 1999.

206. Bea, R. G. and B. Farkas, Pipeline Inspection Maintenance & Performance Information System, Final Report, Marine Technology & Management Group, University of California, Berkeley, May 20, 1999.

207. Zhaohui, J. and R. G. Bea, Hurricane Wave Characteristics and Performance Characteristics of Platform Pile Foundations in the Bay of Campeche, Mexico,Screening Methodologies Project Phase IV, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, May 1999.

208. Stear, J. and R. G. Bea, A Simplified Structural Analysis Method for Jacket-Type Platforms in Seismically Active Regions, Screening Methodologies Project Phase IV, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, June 1999.

209. Bea, R.G., R. Iverson, A. Kareem and X. Chen, RAM PIPE REQUAL Pipeline Requalification Guidelines Project, Risk Assessment and Management (RAM) Based Guidelines for Requalification of Marine Pipelines, Report 2, Report to U.S. Minerals Management Service, Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, July 1999.

210. R.G. Bea, T. Xu, and A. Mousselli, RAM PIPE Project, Phase 2 – Report 3a, Installation Criteria & Guidelines, Part I.3, Report 1, Risk Assessment and Management Based Allowable Stress Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, August 1999.

211. Zhaohui, J. and R.G. Bea, Assessment of Performance and Reliability of Template-Type Offshore Platforms Under Extreme Hurricane Conditions, Screening Methodologies Project Phase V, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, November 1999.

212. Bea, R.G., T. Xu, W. Orisamolu, A. Kareem and X. Chen, RAM PIPE REQUAL Pipeline Requalification Guidelines Project, Risk Assessment and Management (RAM) Based Guidelines for Requalification of Marine Pipelines, Report 3, Report to U.S. Minerals Management Service, Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, December 1999.

213. Zhaohui, J. and R.G. Bea, TOPCAT Updating and Enhancements, Deck Analysis, Global Torsion and Unsymmetrical Configurations, Screening Methodologies Project Phase V, Template Offshore Platform Capacity Assessment Tools, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, December 1999.

214. Bea, R.G., J. Zhaohui and J.D. Stear, *Screening Methodologies for Use in Offshore Platform Assessment and Requalification,* Phase V, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, December 1999.

215. Bea, R.G. and T. Xu, RAM PIPE REQUAL Pipeline Requalification Guidelines Project, Risk Assessment and Management (RAM) Based Guidelines for Requalification of Marine Pipelines, Report 4, Report to U.S. Minerals Management Service, Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, June 16, 2000.

216. Bea, R. G. and T. Xu, RAM PIPE Project, Phase 2 – Report 1, Installation Criteria & Guidelines, Part 1.1, Report 1, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, June 2000.

217. Bea, R.G. and T. Xu, Ram Pipe Project Phase 2 –4 Installation Criteria & Guidelines, Activity 3 – Report 2, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, June 16, 2000.

218. Bea, R.G. and T. Xu, RAM PIPE Project, Phase 2 – Report 2, Installation Criteria & Guidelines,Activity 2, Report 1 (Draft), Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo,  Marine Technology and Management Group, Department of Civil and Environmental Engineering, June 2000.

219. Bea, R.G. and S. Kim, Real-Time Risk Assessment and Management of Pipelines, Report to H. Rosen Engineering and U.S. Minerals Management Service, Summer 2000 Report, Marine Technology & Management Grou

220. Bea, R.G. and T. Xu, RAM PIPE Project, Phase 2 - Report 1, Installation Criteria & Guidelines, Activity 1 – Report 1 - Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) and Instituto Mexicano de Petroleo (IMP), Marine Technology & Management Group, August 18, 2000.

221. Bea, R.G. and T. Xu, RAM PIPE Project, Phase 2 - Report 2, Installation Criteria & Guidelines, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) and Instituto Mexicano de Petroleo (IMP), Marine Technology & Management Group, August 18, 2000.

222. Bea, R.G. and A. McLelland, P.O.P. - Performance of Offshore Pipelines Project Joint Industry  Report, Spring 2001 Report, Marine Technology & Management Group.

223. Bea, R.G., and A. McLelland, *Real-Time Risk Assessment and Management Project,* sponsored by Rosen Engineering and U.S. Minerals Management Service, Second Progress Meeting Notes, Ocean Engineering, University of California at Berkeley, May 22, 2001.

224. Bea, R.G. and A. McLelland, *Real-Time Risk Assessment and Management of Pipelines,* Research Project Report 3, Corrosion Time Considerations, Corroded and Dented-Gouged Capacity Analysis Biases, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California, Berkeley, August 15, 2001.

225. Bea, R.G., *Real-Time Risk Assessment and Management of Pipelines, Research Project Report 3: Corrosion Time Considerations, Corroded and Dented-Gouged Capacity Analysis Biases,* Sponsored by Rosen Engineering and U.S. Minerals Management Service, Marine Technology & Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, August 15, 2001.

226. Bea, R., *POP Project Meeting Report,* Report to Project Sponsors, Houston, Texas, 2001, pp. 129.

227. Bea, R., *Real-Time Project Meeting Report #3*, Report to H. Rosen Engineering and U.S.   Minerals Management Service, Houston, Texas, 2001, pp. 1-49.

228. Bea, R., POP Performance of Offshore Pipelines Project, Report to Project Sponsors, 2001, pp. 1- 51.

229. Bea, R., Review of TSEP Risk Based Methodology, Report to Woodside Energy Ltd., Perth,  Western Australia, 2002, pp. 1-23.

230. Bea, R., *Real-Time Risk Assessment and Management of Pipelines Projec*t, Report to H. Rosen Engineering and U.S. Minerals Management Service, Report 4, 2002, pp. 1-73.

231. Bea, R., *Real-Time RAM Project Meeting Report #4*,Report to H. Rosen Engineering and U.S. Minerals Management Service, UC Berkeley, 2002, pp. 1-45.

232. Bea, R., *Analyses of Experimental Databases on the Burst Pressure of Corroded Pipelines*, Report to Project Sponsors, 2002, pp. 1-54.

233. Bea, R., *Real-Time Risk Assessment and Management of Pipelines*, Report to H. Rosen Engineering and U.S Minerals Management Service, 2002, pp. 1-81.

234. Inkabi, K. S. and R. G. Bea, Corroded Pipeline Burst Database Verification Study, Report to Joint Industry Project, Marine Technology and Management Group, 2003, pp. 1-46.

235. Inkabi, K.S. and R.G. Bea, Application of RAM Methods in the Structural Reliability Assessment of Corroded Offshore Pipelines, Report to Joint Industry Project, Marine Technology and Management Group, 2003, pp. 1-10.

236. Seed, R.B., Bea, R.G., et al, Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005, Report No. UCB /CITRIS-05/01, Nov. 2005, University of California Berkeley.

237. Seed, R.B., Bea, R.G., et al, Investigation of the Performance of the New Orleans Flood Protection
     Systems in Hurricane Katrina on August 29, 2005, Final Report, University of California Berkeley.
238. Bea, R.G., Report from the Deepwater Horizon Study Group to the National Commission on the BP
     Deepwater Horizon Oil Spill and Offshore Drilling, November 24, 2010, Center for Catastrophic Risk
     Management, University of California Berkeley.
239. Bea, R.G., et al, Final Report on the Investigation of the Macondo Well Blowout, March 1, 2011,
     Deepwater Horizon Study Group, Center for Catastrophic Risk Management, University of California
     Berkeley.
240. Bea, R.G., Risk Assessment and Management: Challenges of the Macondo Well Blowout Disaster,
     January 2011, Deepwater Horizon Study Group, Center for Catastrophic Risk Management, University of
     California Berkeley.
241. Bea, R.G., Understanding the Macondo Well Failures, January 2011, Deepwater Horizon Study Group,
     Center for Catastrophic Risk Management, University of California Berkeley.

## Non-Refereed Conference Proceedings

1.  R.G. Bea, J.M.E. Audibert and M. R. Akky, "Earthquake Response of Offshore Platforms," Session No.
    12, Earthquake Response of Special Structures, State of the Art, ASCE Annual Convention, San
    Francisco, Oct. 1977, 25 pp.
2.  R.G. Bea, "Earthquake Design Criteria for Offshore Platforms," ASCE Annual Convention, San
    Francisco, California, Oct. 1977.
3.  R.G. Bea, "Pipelines in Adverse Environments," *Proc. ASCE Pipeline Div. Specialty Conf.,*
    New Orleans, Louisiana, Jan. 1978, pp. 186-203.
4.  R.G. Bea, J.M.E. Audibert and N.W. Lai, "Design of Pipelines - Sea Bottom Loads and Restraints," *Proc.
    ASCE Specialty Conference on Pipelines in Adverse Environments - A State-of-the-Art,* New Orleans,
    Louisiana, Jan. 1978, pp. 187-203.
5.  R.G. Bea, "Seismic Exposure and Reliability Considerations in Offshore Platform Design," Second
    International Conference on Microzonation, San Francisco, California, November 25-December 1, 1978.
6.  R.G. Bea, "Application of Reliability Methods in Design and Analysis of Fixed Offshore Platforms,"
    ASCE Specialty Conference on Probabilistic Mechanics and Structural Reliability, Tucson, Arizona, Jan.
    1979.
7.  R.G. Bea, "Reliability Considerations and Offshore Platform Design," ASCE Spring Convention
    Exposition on U.S. and British Developments in Offshore Platforms, Boston, Massachusetts, April 1979,
    pp. 1-20.
8.  R.G. Bea and J.M.E. Audibert, "Rational Approach to Design of Axially Loaded Pile Foundation for
    Offshore Platform," *Int. Symposium on Marine Soil Mechanics,*
    Mexico City, Vol. 1, Feb. 1980, pp. 114-129.
9.  R.G. Bea and J.M.E. Audibert, "Geotechnical Problems in Design of Offshore Pipelines," *Int. Symposium
    on Marine Soil Mechanics,* Vol. 1, Mexico City, Feb. 1980, pp. 139-153.
10. R.G. Bea, S.G. Wright, P. Sinclair and A.W. Niedoroda, "Wave-Induced Slides in South Pass Block 70,
    Mississippi Delta," presented at the ASCE Convention, Florida, October 27-31,
    *Preprint 80-506,* 1980.
11. R.G. Bea, "Exceptional Issues in Offshore Earthquake Geotechnology," Moderator's Report, Int. Conf. on
    Recent Advances in Geotechnical Earthquake Engineering and Soil Dynamics,
    St. Louis, Missouri, April 1981, 9 pp.
12. R.G. Bea, "Characterization of the Reliability of Offshore Piles Subjected to Axial Loadings," presented at
    Session ST-12, Bias and Uncertainty in Loads and Resistance of Offshore Structures,  *ASCE Structural
    Congress,* Houston, TX, Oct. 1983, 25 pp.
13. R.G. Bea, "Issues in Implementing Reliability Based Design," *ASCE Structural Congress and Annual
    Convention,* Houston, Oct. 1983.
14. R.G. Bea, "Reliability of Axially Loaded Piles," *ASCE Structural Congress,*
    Oct. 1983.

15. R.G. Bea, "Overview - Platform Design for Earthquake Resistance," Design of Offshore Structure, *Eighth World Conference on Earthquake Engineering,* Stanford University, July 17, 1984.

16. R.G. Bea, "Foundation Engineering for Arctic Concrete Sea Structures," *Proc. FIP/CIP Symposia,* Vol. 2, Calgary, Canada, Aug. 1984, pp. 59-73.

17. R.G. Bea, "Engineering Aspects of Ice Gouging," *Proc. Workshop on Ice Scour Research,* Gulf Canada Resources Inc., Calgary, Alberta, Dec. 1986, pp. 18-27.

18. R.G. Bea, "Feasibility of Ground Freezing to Enhance the Axial Capacity of NRA Piles," *Proc. Int. Conf. on Calcareous Sediments,* Perth, Western Australia, 15-18 March 1988.

19. R.G. Bea, "Offshore Platform Reliability Acceptance Criteria," Proceedings, Eighth Structures Congress, American Society of Civil Engineers, Session 70, *Maintenance and Qualification of Offshore Platforms,* May 1990.

20. R.G. Bea, R K. Aggarwal, B.C. Gerwick, C. W. Ibbs, R.B. Reimer and G. C. Lee, "Development of a Methodology for Safety Assessment of Existing Steel Jacket Offshore Platforms," *Proceedings,* Offshore Technology Conference, OTC 6385, May 1990, pp. 351-362.

21. R.G. Bea, "Reliability Based Evaluations of Hydrodynamic Loadings on Coastal and Offshore Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

22. R.G. Bea, "Reliability Based Evaluations of the Structural Capacity of Coastal and Ocean Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

23. R.G. Bea, "Reliability Based Fatigue Design Criteria for Coastal and Ocean Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

24. R.G. Bea, "Human and Organizational Error in Reliability of Coastal and Ocean Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

25. R.G. Bea, "Determination of Acceptable Reliability for Coastal and Ocean Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

26. R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Fixed and Mobile Platforms," *Proceedings,* Tenth International Ship and Offshore Structures Congress, 3: pp. 239-242, August 1988.

27. R.G. Bea, R.W. Litton and S.F. Pawsey, "Hydrodynamic Effects on Design of Offshore Platforms (HEDOP)," Technology Assessment and Research Program for Offshore Minerals Operations, 1988 Report, OCS Study MMS 88-0057, U.S. Department of the Interior, Minerals Management Service, June 1989, pp. 85-90.

28. R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Offshore Platforms," Technology Assessment and Research Program for Offshore Minerals Operations, 1988 Report, OCS Study MMS 88-0057, U.S. Department of the Interior, Minerals Management Service, June 1989, pp. 72-79.

29. R.G. Bea, "Structural Reliability: Design and Re-qualification of Offshore Platforms," *Proceedings,* International Workshop on Reliability of Offshore Operations, National Institute of Standards and Technology, Gaithersburg, Maryland, March 20-22, 1991, 30 p.

30. R.G. Bea, G.H. Moore and G.C. Lee,; "Reliability Based Design Criteria for Freeport McMoRan Main Pass Block 299 Sulphur Mine Platforms," *Proceedings,* 23rd Annual Offshore Technology Conference, Houston, Texas, OTC 6663, May 6-9, 1991, pp. 143-159.

31. R.G. Bea, "Structures Research and Development: Aging Offshore Platforms & Pipelines," *Proc.,* Department of Energy Workshop on Aging of Energy Production and Distribution Systems, Rice University, Houston, Texas, October 11-13, 1992, 6 p.

32. R.G. Bea and M.J.K. Craig, "Developments in the Assessment and Requalification of Offshore Platforms," *Proc.,* Offshore Technology Conference, OTC 7138, Houston, Texas, May 3-6, 1993, pp. 9-27.

33. R.G. Bea and C.N. Young, "Loading and Capacity Effects on Platform Performance in Extreme Condition Storm Waves and Earthquakes," *Proc.,* Offshore Technology Conference, OTC 7140, Houston, Texas,

May 3-6, 1993, pp. 45-60.

34. R.G. Bea and W.H. Moore, "Human and Organizational Errors in Operations of Marine Systems: Occidental Piper Alpha and High Pressure Gas Systems on Offshore Platforms," *Proc.,* Offshore Technology Conference, OTC 7121, Houston, Texas, May 3-6, 1993, pp. 383-398.

35. R.G. Bea, "Spill Prevention: The Human Element - Research Results," Paper presented to Spill Prevention Conference, Seattle, Washington, November 1993, 16 p.

36. R.G. Bea, "Policy Issues: Seismic Requalification of Offshore Platforms," Proceedings of the Workshop on Public Policy Issues on the Seismic Requalification of Offshore Platforms, Camarillo, California, November 1993, 11 p.

37. R.G. Bea, "Key Questions in the Reassessment and Requalification of Permanent Offshore Drilling and Production Platforms," *Proceedings* of an International Workshop on the Assessment and Requalification of Offshore Production Structures, New Orleans, Louisiana, May 1995, pp. 33-43.

38. R.G. Bea and K. Roberts, "Human and Organization Factors (HOF) in Design, Construction, and Operation of Offshore Platforms," *Proceedings* of the Offshore Technology Conference, OTC 7738, Houston, Texas, May 1995.

39. R.G. Bea, M.M. Mortazari, K.J. Loch and P.L. Young, "Verification of a Simplified Method to Evaluate the Capacities of Template-Type Platforms,"
    *Proceedings* of the Offshore Technology Conference, OTC 7780, Houston, Texas, May 1995.

40. W.E. Gale, W.H. Moore, R.G. Bea, and R.B. Williamson, "A Methodology for Assessing and Managing Fire and Life Safety for Offshore Production Platforms," Proceedings of the 1994 High Consequence Operations Safety Symposium, Sandia National Laboratories, Albuquerque, New Mexico, July 1994.

41. M. Paga, J.P. Sully, E. Gajardo and R.G. Bea, "Site Specific Platform Design: Modification to API Code to Consider Local Seismic Conditions," *Proceedings* of the Fifth U.S. National Conference on Earthquake Engineering, Chicago, Illinois, July 1994.

42. J.P. Sully, M. Paga, R.G. Bea, E. Gajardo, R. Gonzalez, and A.F. Fernandez, "Aspects of Pile Design for Cyclic and Dynamic Loadings with Reference to API Conditions for Offshore Structures," *Proceedings* of the International Conference on Design of Pile Foundations for Dynamic Loadings, Caracas, Venezuela, September 1994.

43. R.G. Bea, "Quantitative & Qualitative Risk Analyses - The Safety of Offshore Platforms," *Proceedings* of the Offshore Technology Conference, OTC 8037, Society of Petroleum Engineers,  Houston, Texas, May 1996.

44. R.G. Bea, "Probability Based Earthquake Load & Resistance Factor Design Criteria for Offshore Platforms," *Proceedings* of the Offshore Technology Conference, OTC 8106, Society of Petroleum Engineers, Houston, Texas, May 1996.

45. R.G. Bea, "Evaluation of the Reliability of a Conventional Platform Sited in South Pass Block 47 of the Mississippi River Delta," *Proceedings* of the Offshore Technology Conference, OTC 8305, Society of Petroleum Engineers, Houston, Texas, May 1996.

46. R.G. Bea, M. Craig, and T. Miller, "Life Cycle Reliability & Risk Characteristics of Minimum Structures," *Proceedings* of the Offshore Technology Conference, Houston, Texas, OTC 8361, May 1997.

47. J. Stear and R.G. Bea, "Ultimate Limit State Capacity Analyses of Two Gulf of Mexico Platforms," *Proceedings* of the Offshore Technology Conference, Houston, Texas, OTC 8418, May 1997.

48. R.G. Bea, "Conceptual Approaches to the Risk Mitigation Challenge: An Engineer's Perspective," *Proceedings* of the First Annual Conference of the Center for Risk Mitigation, University of California at Berkeley, June 1997, pp. 56-64.

49. R.G. Bea and D.D. Hee, "A Safety Management Assessment System: SMAS," *Proceedings* of the First Annual Conference of the Center for Risk Mitigation, University of California at Berkeley, June 1997.

50. Bea, R.G. "Risk Based Criteria - Risk Based Oceanographic Criteria for Platforms in the Bay of Campeche," *Proceedings* of the Symposium on Petroleos Mexicano (PEMEX) and Instituto Mexicano del Petroleo (IMP), Mexico City, September 1997.

51. Bea, R.G. "Risk Based Criteria for the Design, Construction, and Operation of Deep Water Structures," *Proceedings* of the 3rd International Symposium on Offshore Hydrocarbon Exploration Technologies, Instituto Mexicano del Petroleo, Mexico City, October 1997.

52. Ying, J. and R.G.Bea, "Analysis of Siting and Evacuation Strategies for Mobile Drilling Units in Hurricanes," *Proceedings* of the Offshore Technology Conference, OTC 8707, Society of Petroleum Engineers, Richardson, Texas, May 1998.

53. R.G. Bea, R. Ramos, O. Valle, V. Valdes and R. Maya, "Risk Assessment & Management Based Hurricane Wave Criteria for Design and Requalification of Platforms in the Bay of Campeche," *Proceedings* of the Offshore Technology Conference, OTC 8692, Society of Petroleum Engineers, Richardson, Texas, May 1998.

54. R.G. Bea, R. Ramos, O. Valle, V. Valdes and R. Maya, "Risk Assessment & Management Based Hurricane Wave Criteria for Design and Requalification of Pipelines and Risers in the Bay of Campeche," Proceedings of the Offshore Technology Conference, OTC 8695, Society of Petroleum Engineers, Richardson, Texas.

55. R.G. Bea, M. Chavez, D. Hopper, R. Roberts, V. Valdes and O. Valle, "Development and Application of Risk Evaluation Methods for a Bay of Campeche Offshore Platform," *Proceedings* of the Offshore Technology Conference, OTC 8696, Society of Petroleum Engineers, Richardson, Texas, May 1998.

56. Bea, R.G.and O. Valle, "Key Issues Associated with Development of Reassessment & Requalifation Criteria for Platforms in the Bay of Campeche, Mexico," *Proceedings* of the International Workshop on Platform Requalification, 17 th International Conference on Offshore Mechanics and Arctic Engineering OMAE' 98, Lisbon, Portugal, 1998.

57. J. Wiseman and R.G. Bea, "Rigs-to-Reefs Siting and Design Study for Offshore California: Addressing Issues Raised During the September Workshop *Recent Experiences and Future Deepwater Challenges*," Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, May 1998.

58. R.G. Bea, S-C Lee, A. Ulvarson, O. Westby, W.H. Moore, D.L. Stanley, B.L. Thompson and T. Xu, "Quality Assurance for Marine Structures," *Proceedings* of the 13th International Ship and Offshore Structures Congress, Trondheim, Norway, August 1997. (Contribution: 50%)

59. Bea, R. and B. Farkas "Offshore Pipeline Risk Assessment & Management," Summary of Proceedings and Presentations, *Proceedings* of the 1998 International Workshop, March 1998, Marine Technology & Management Group, Department of Civil and Environmental Engineering at Berkeley.

60. Bea, R.G., L. Lara, R. Ramos, O. Valle and V. Valdes, "Risk Based Design and Assessment Criteria for Marine Pipelines in the Bay of Campeche," *Proceedings* Symposium on Transitory Criteria Applied for Assessment of Marine Pipelines, Instituto Mexicano de Petroleo and Petroleos Maxicanos, Mexico City, Sept. 1998.

61. Bea, R.G., R. Ramos, O. Valle and V. Valdes, "Risk Based Earthquake Criteria for Design and Requalifation of Platforms in the Bay of Campeche," *Proceedings,*Symposium on Transitory Criteria Applied for Assessment of Marine Platforms, Instituto Mexicano de Petroleo and Petroleos Maxicanos, Mexico City, Sept. 1998.

62. T. Xu, R.G. Bea, R. Ramos, O. Valle and V. Valdes, "Fatigue Assessment of Tubular Joints,"

63. *Proceedings,* Symposium on Transitory Criteria Applied for Assessment of Marine Platforms, Instituto Mexicano de Petroleo and Petroleos Maxicanos, Mexico City, Sept. 1998.

64. Bea, R.G. "Marine Structural Integrity Programs: Inspections, Maintenance and Repairs," Proceedings of the International Symposium on Offshore Hydrocarbons Exploitation Technologies, Petroleos Mexicanos and Instituto Mexicano de Petroleo, Cuidad del Carmen, Campeche, Mexico, Sept. 1998.

65. Bea, R.G. "Reliabilities for Design and Requalification of Pipelines and Risers in the Bay of Campeche," *Proceedings* of the International Symposium on Offshore Hydrocarbons Exploitation Technologies, Petroleos Mexicanos and Instituto Mexicano de Petroleo, Cuidad del Carmen, Campeche, Mexico, Sept. 1998.

66. Bea, R.G., "Risk Assessment & Management of Marine Pipelines: RAM PIPE," *Proceedings*of the Risk Assessment & Management of Marine Pipelines Systems Workshop, Nov. 1998, Marine Technology & Management Group, University of California at Berkeley.

67. Bea, R.G., "Risk and Reliability Analysis of Corrosion of Marine Pipelines," *Proceedings,* International Workshop on Corrosion Control for Marine Structures and Pipelines, Galveston, TX, Feb. 1999, Office of Special Programs and Continuing Education, Colorado School of Mines, Golden, Colorado.

68. D. Hee, R.G. Bea, R. B. Williamson and K.H. Roberts, "Implementation of Safety and Health on Construction Sites, Safety Management Assessment System (SMAS) applied to construction, Implementation of Safety and Health on Construction Sites," *Proceedings* of the Second International Conference of CIB Working Commision W99/Honolulu/Hawaii/24-27 March 1999, Singh, Hince & Coble (Eds), Balkema, Rotterdam.

69. Bea, R.G., "Human and Organizational Factors: Engineering and Reliability of Offshore Structures," *Proceedings,* American Society of Civil Engineers Structures Congress '99, Design Issues for Offshore Structures, American Society of Civil Engineers, Herndon, Virginia, April 1999.

70. Bea, R.G., M.J.K. Craig, O.T. Gudmestad, V. Karthieghian, and G. Pradnyana, "Developments in Proposed ISO Guidelines for Design of Offshore Platforms to Resist Earthquakes," *Proceedings* Offshore Technology Conference, OTC 11069, Society of Petroleum Engineers, Richardson, Texas, May 1999.

71. Bea, R.G. and B. Farkas, "Pimpis: Pipeline Inspection, Maintenance, Performance and Information System for Managing Corrosion Risk Associated with Offshore Pipelines," *Marine Technology & Management Group,* Department of Civil and Environmental Engineering, University of California, Berkeley, May 1999. Meeting notes for final presentation.

72. Bea, R.G., T. Xu, R. Ramos, O. Valle and V. Valdes, "Reliability-Based Design Criteria for Floating Drilling & Production Structures in the Bay of Campeche," *Proceedings,* Offshore Technology Conference, OTC 11065, Society of Petroleum Engineers, Richardson, Texas, May 1999.

73. Bea, R.G., T. Xu, R. Ramos, O. Valle and V. Valdes, "Uncertainties in the Fatigue Lives of Tubular Joints," *Proceedings,* Offshore Technology Conference, OTC 10849, Society of Petroleum Engineers, Richardson, Texas, May 1999. (Contribution: 50%)

74. B. Farkas and R.G. Bea, "Risk Assessment and Management of Corroded Offshore Pipelines," Submitted in Partial Satisfaction of the Requirements for the Degree of Master of Engineering, Construction Engineering and Management, University of California, Berkeley, May 1999.

75. Xu, T., R.G. Bea with R. Ramos and O. Valle (Instituto Mexicano de Petroleo) and V. Valdes, (Petroleos Mexicano), "Uncertainties in the Fatigue Lives of Tubular Joints," OTC 10849, 1999, Offshore Technology Conference held in Houston, Texas, 3-6 May 1999.

76. Bea, R.G., "Human and Organizational Factors in Safety of Engineered Systems," *Proceedings* American Society of Safety Engineers, Region III and Texas Safety Association, Professional Development Conference, Galveston, Texas, August 3, 1998.

77. Bea, R.G., "RAM PIPE REQUAL: A Risk Assessment and Management Based Process for the Requalification of Marine Pipelines," *Proceedings,* Alaskan Arctic Offshore Pipeline Workshop, U.S. Minerals Management Service, Anchorage, Alaska, November 8-9, 1999.

78. Bea, R.G., "Risk Based Engineering Design of Marine Systems: The Human and Organizational Factors (HOF)," *Proceedings,* State of the Art of Pipeline Risk Management Conference, Perth, Western Australia, November 11, 1999, Det Norske Veritas Services, Perth, WA.

79. Bea, R.G., "Risk Assessment and Management (RAM) of Marine Systems: Past, Present, Future," *Proceedings,* State of the Art of Pipeline Risk Management Conference, Perth, Western Australia, November 12, 1999, Det Norske Veritas Services, Perth, WA.

80. Bea, R.G., "The Next Steps Advancing the Causes of Quality, Reliability and Safety," *Proceedings* of the Workshop on Behavioural Change and Safety, Woodside Offshore Petroleum Pty, Ltd, Perth, Western Australia, November 24, 1999.

81. Bea, R.G., "Human and Organizational Factors in Quality and Reliability of Engineered Systems," Proceedings of the Seminar on Managing Safety in Hazardous Processes, SHE Pacific Pty. Ltd., Melbourne, Australia, November 26, 1999.

82. Bea, R.G., "Risk Based Life-Cycle Engineering of Pipeline Systems: Human and Organizational Factors," *Proceedings,* BP Amoco Pipeline Forum, Houston, Texas, February 27, 2000.

83. Bea, R.G., M. Mortazavi, J. Stear and Z. Jin, "Development and Verification of TOPCAT," *Proceedings* of the Offshore Technology Conference, OTC 11935, Society of Petroleum Engineers, Richardson, Texas, May 2000.

84. Jin, Z.and R.G. Bea, "Enhancements of TOPCAT: 3-Dimensional Loadings, Reliability, and Deck Structure Capacities," *Proceedings* of the Offshore Technology Conference, OTC 11939, Society of Petroleum Engineers, Richardson, Texas, May 2000.

85. Bea, R.G. and P. Szwed, "Development of a Safety Management Assessment for the International Safety Management Code," *Proceedings* of the Offshore Technology Conference, OTC 12156, Society of Petroleum Engineers, Richardson, Texas, May 2000.

86. Bea, R.G., "Risk Assessment and Management of Marine Systems: Past, Present, Future," Keynote Lecture, *Proceedings* of the Asia-Pacific Economic Cooperation Workshop on Assessing and Maintaining the Integrity of Existing Offshore Oil & Gas Facilities, Beijing, China, October 9-11, 2000, U.S. Minerals Management Service, Herndon, Virginia.

87. Xu, T., Y. Bai and R.G. Bea,  "Risk Based 'Optimum' Inspection for FPSO Hulls," Off Shore Technology Conference, Houston, Texas, No. 12352, 2001.

88. Bea, R.G., T. Xu and Y. Bai, "Risk Based Optimum Inspection for FPSO Hulls," *Proceedings* of Offshore Technology Conference, Society of Petroleum Engineers, Richardson, Texas, 2001.

88. Bea, R., "Reliability Analysis and Management of Corrosion of Marine Pipelines," *Proceedings* of the National Association of Corrosion Engineers, NACE International San Francisco Bay Area Section Meeting, 2002, pp. 1-19.

89. Bea, R, Dr. Z. Jin and M. Sharples, "Failure Analysis of Texas Tower No. 4," *Proceedings* of the Offshore Technology Conference, Society of Petroleum Engineers, Richardson, Texas, 2002, pp. 1-11.

90. Bea, R., "Human & Organizational Factors in Design and Operation of Deepwater   Structures," *Proceedings* of the Offshore Technology Conference, Society of Petroleum Engineers, Richardson, Texas, 2002, pp. 1-19.

91. Sharples, B.P.M., C. E. Smith and R. Bea, "Post Mortem Failure Assessment of MODUs during Hurricane Lili," Proceedings Offshore Technology Conference, OTC 16800, Society of Petroleum Engineers, Richardson, TX, 2004, 1-8.

92. Morand, A., J. A. Mercier and R. Bea, "Performance of Deepwater Floating Production Facilities during Hurricane Lili," Proceedings Offshore Technology Conference, OTC 16804, Society of Petroleum Engineers, Richardson, TX, 2004, 1-10.

**Articles in Nonarchival Magazines or Journals**

1.  Bea, R.G., and H.A. Bernard, "Movements of Bottom Soils in the Mississippi Delta Offshore," *Offshore Louisiana Oil and Gas Fields,* Lafayette Geological Society, Oct. 1973, pp. 13-28.
2.  Bea, R.G., S. Nour-Omid, T.B. Coull, R.E. Potter and H.R. Bivens, "Piling Aids Gravity in Ice Resistance," *Offshore,* Aug. 1984, pp. 99-100.
3.  Bea, R.G., D. Litton and A. Vaish, "Requalification of Existing Platforms," *Bechtel Engineering Bulletin,* Tech. Papers, Vol. 2, No. 1, 1986, pp. 15-16.
4.  Bea, R.G., "Structure Geriatrics - The Art and Science of Growing Old Gracefully," *Forefront 1990,* Research in the College of Engineering, University of California at Berkeley, 1990.
5.  Bea, R.G., W.E. Gale and R.B. Williamson, "Preventing Fires at Sea," *Forefront 1991,* Research in the College of Engineering, University of California, Berkeley, 1991, pp. 19-21.
6.  Bea, R.G., "Analysis of Tension Leg Platform Pile Foundations for Dynamic Loadings," *Geotechnical News,* Special Feature on Offshore Geotechnics, June 1992, pp. 45-47.
7.  Bea, R.G. and K. Roberts, "Crisis Management and the Near Miss," Surveyor, American Bureau of Shipping, Sept. 1996.
     (Contribution: 90%)
8.  Bea, R.G., "Nobody Likes Accidents," *Gard News,* Issue 162, May/July 2001, Oslo, Norway.

**Books or Chapters in Books**

1.  R.G. Bea, "Geotechnical Considerations in Submarine Pipeline Design," Chapter 1 in <u>Advances in Offshore Oil and Gas Pipeline Technology</u>, edited by R.F. deLaMare, Postgraduate School of Technological Management, Univ. of Bradford, Oyez Scientific and Technical Services, Ltd., London, 1978, pp. 1-13.
2.  R.G. Bea, "Waves and Wave Forces in Theory and Application," Chapter IX, in <u>Mechanics of Wave Force on Offshore Structures,</u> ed. Turgut Sarpkaya and Michael Isaacson, Van Nostrand Reinhold Company, 1981, 12 pp.
3.  R.G. Bea, Reliability Based Design Criteria for Coastal and Ocean Structures, National Committee on Coastal and Ocean Engineering, The Institution of Engineers, Australia, Barton, ACT, 1990.
4.  R.G. Bea and W.H. Moore, "Operational Reliability of Marine Systems," in <u>New Challenges to Understanding Organizations,</u> K. Roberts (Editor), McMillan Publishers, New York, 1993, pp. 199-229.
5.  R.G. Bea, "Human and Organization Factors in the Safety of Offshore Structures," <u>Risk and Reliability in Marine Technology,</u> C.G. Soares (Ed.), Balkema Publishers, Rotterdam, The Netherlands, 1996.
6.  Bea, R.G, Holdsworth, R. and Smith, C., <u>1996 International Workshop on Human Factors in</u> Offshore <u>Operations, Summary of Proceedings and Submitted Papers</u>, (May 1998), Published by ABS American Bureau of Shipping, Organized by MMS Minerals Management Service, PrimaTech Inc. and the University of California.
7.  Bea, R.G., Human and Organization Factors in the Safety of Offshore Structures, Risk and Reliability in Marine Technology, C.G. Soares (Ed.), A.A. Balkema Publishers, Rotterdam, The Netherland, 1998.
8.  Bea, R.G., <u>Human and Organizational Factors in the Design and Reliability of Offshore Structures</u>, Center for Oil and Gas Engineering, University of Western Australia, Nedlands, Western Australia, December 2000, 750 p.
9.  Bea, R.G., <u>Achieving step change in Risk Assessment and Management (RAM), Part 1 - Workshop Text</u>, Center for Oil Gas Engineering, The University of Western Australia, Nedlands, Western Australia, 2000.
10. Bea, R. G., Design for Reliability: Human and Organizational Factors, Chakrabarti (Ed.), Handbook of Offshore Engineering, Elsevier Ltd, 2005, Chapter No. 1, pp. 939 - 999.
11. Bea, R.G. <u>Load Engineering, Reliability Based Loadings for Life-Cycle Engineering of Systems</u>, Vick Copy Publishers, Berkeley, CA, 2001.
12. Bea, R.G. <u>Margins of Quality for the Lifecycle of Engineered Systems</u>, Vick Copy Publishers, Berkeley, CA, 2001.
13. Bea, R.G. (2009). <u>Human & Organizational Factors: Quality & Reliability of Engineered Systems</u>, Vick Copy Publishers, Berkeley, CA.

**Other**

14.  Bea, R.G., "SACS TOPCAT - The preliminary structural assessment tool," Computer program for Template Offshore Platform Capacity Analysis Tools - licensed to Engineering Dynamics Inc, 2000.
15.  Stear, J.D. and Bea, R.G., "TOPCAT - Template Offshore Platform Capacity Assessment Tools," User Manual, Marine Technology and Management Group, Department of Civil and