# EXHIBIT 31

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION

CONSOLIDATED LITIGATION            NO. 05-4182 K2

                                   JUDGE DUVAL

PERTAINS TO MRGO                   MAG. WILKINSON

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,

          05-6314, 05-6324, 05-6327, 05-6359,

          06-0225, 06-0886, 06-1885, 06-2152,

          06-2278, 06-2287, 06-2824, 06-4024,

          06-4065, 06-4066, 06-4389, 06-4634,

          06-4931, 06-5032, 06-5155, 06-5159,

          06-5156, 06-5162, 06-5260, 06-5771,

          06-5786, 06-5937, 07-0206, 07-0621,

          07-1073, 07-1271, 07-1285

                       *   *   *

              (V O L U M E  II)

       Deposition of ROBERT G. BEA, PH.D.,

given at the offices of Stone Pigman Walther

Wittmann, LLC, 546 Carondelet Street, New

Orleans, Louisiana 70130, on March 28th, 2012.

REPORTED BY:

       JOSEPH A. FAIRBANKS, JR., CCR, RPR

       CERTIFIED COURT REPORTER #75005

1  that you used to validate the SLOPE/W model?
2      A.   No.  With the exception of the one
3  case that I testified to yesterday, with the
4  flow nets, and that are sitting on the table to
5  the right-hand side of my study desk.  That's
6  one I know for sure.
7           The library of work that we developed
8  in the course of these validation studies I had
9  to export from my home office to my university
10 office.  I've not consulted them recently.
11 Some of those hand calculations may be in those
12 files.
13     Q.   Why do you have one flow net on your
14 desk at home but none of the others?
15     A.   Well, the flow net I drew was
16 developed in my process of beginning the draft
17 of my expert rebuttal report.  So it's very
18 recent.  And, of course, I'm trying to return
19 to my home office so that I can complete it
20 before April 2nd.
21     Q.   When you say complete it, you don't
22 mean complete the flow net that's beside your
23 desk, do you?
24     A.   That's correct.
25     Q.   You mean complete your rebuttal