# EXHIBIT 32

Page 1

Today is Tuesday, April 10, 2012. This is taken in Jones, Days office in San Francisco.

    VIDEO OPERATOR:

This is the videotaped deposition of Diego Cobos-Roa. This deposition is being held today at 555 California Avenue in San Francisco, California on April the 10th, 2012 at approximately 8:31 A.M.

Would Counsel present please introduce themselves and the party they represent.

    MR. OWEN:

Good morning. This is Andy Owen on behalf of Plaintiffs.

    MR. TREEBY:

Tom?

    MR. SIMS:

I'm sorry. Thomas Sims on behalf of the Plaintiffs.

    PROFESSOR BEA:

Page 241

1   perform as part of the ILIT investigation?
2       A.   We performed miniature lab vein.  We
3   also did index testing, particular moisture
4   contents, cement analysis, utter /PWERG
5   /PHEPBTS.  I believe the team also performed
6   strain testing even though I do not recall
7   being involved in those.
8       Q.   When you say "we performed", are you
9   referring to you and the group of UC Berkeley
10  students that were involved in the ILIT --
11      A.   Yes.
12      Q.   Did you perform those tests after
13  you returned to UC Berkeley?
14      A.   Yes.
15      Q.   At UC Berkeley have you taken any
16  seepage courses?
17      A.   I audited one.  I had already taken
18  my seepage classes as an undergrad.
19      Q.   And that was in Columbia?
20      A.   Yes, sir.
21      Q.   So since you have been in the United
22  States you have not taken any seepage courses
23  for credit; is that correct?
24      A.   That's correct.
25      Q.   Do you recall who taught the class

Page 242

1   that you audited?
2        A.   Professor Patsick.
3        Q.   As part of that seepage course that
4   you audited, did you perform any of the class
5   work assignments?
6        A.   Yes.
7        Q.   Did you have any steady state
8   seepage assignments as part of that class?
9        A.   Yes.
10       Q.   And just what semester, what year
11  was that course that you audited?
12       A.   Fall semester 2005.
13       Q.   Do you recall whether you did any
14  transient seepage analyses as part of that
15  seepage course that you audited?
16       A.   No.
17       Q.   Prior to that class in 2005, had you
18  performed a steady state seepage analysis as
19  part of any of the projects that you were
20  involved in in Columbia?
21       A.   No.
22       Q.   Prior to your involvement with the
23  ILIT investigation in 2006, how many steady
24  state seepage analyses, if any, had you
25  performed?

Page 243

1    A.   Outside the class, none.
2    Q.   Prior to your involvement with ILIT
3  in 2006 had you ever performed a transient
4  seepage analysis?
5    A.   No.
6    Q.   Prior to your work with Professor
7  Bea related to this litigation, how many
8  steady state seepage analyses had you done?
9    A.   I cannot give you an exact number
10 you, but it was the ILIT analysis.  I was very
11 much involved in those.
12   Q.   Was this a group process?
13   A.   It was.
14   Q.   So you hadn't personally
15 independently performed any seepage analyses
16 prior to being employed by Professor Bea in
17 this case is that correct?
18   A.   That's correct.
19   Q.   What software did you use in the
20 seepage course that you audited?
21   A.   We did it by hand or -- actually
22 Excel.
23   Q.   When did you learn how to operate
24 Seep/W?
25   A.   At the start of the ILIT project.