# EXHIBIT 33

DR. THOMAS L. BRANDON                                April 13, 2012

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES * CIVIL ACTION
CONSOLIDATED LITIGATION       * NO. 05-4182
                              * Consolidated
PERTAINS TO: MRGO             * SECTION K(2)
                              *
Armstrong, No. 10-866         * JUDGE DUVAL
                              * MAG. WILKINSON
* * * * * * * * * * * * * * * *



            Deposition of THOMAS L. BRANDON,

Ph.D., P.E., taken in the above-entitled

cause, pursuant to the following stipulation,

before Dawn H. Hymel, Certified Court

Reporter, at the offices of Bruno & Bruno, 855

Baronne Street, New Orleans, Louisiana, on

Friday, the 13th of April, 2012, commencing at

9:21 a.m.

JOHNS, PENDLETON COURT REPORTERS                  504 219-1993

b9cd36aa-a18d-4323-9f0a-bfa275f1ee44

DR. THOMAS L. BRANDON                              April 13, 2012

1    geotechnical engineering terms, if you were

2    analyzing this and drawing by hand a flow net,

3    as Bea reports to have done, you get the same

4    pore pressure, the same gradient, regardless

5    of permeability for one soil, because the flow

6    net doesn't matter what permeability it is.

7    Q.   So you did see a flow net that Dr. Bea

8    drew?

9    A.   During his deposition he drew one.

10   Q.   Okay.  And you think that the one that he

11   drew was not accurate?

12   A.   No, it was, it was a very inaccurate flow

13   net.

14   Q.   Why, if you recall?

15   A.   It -- It was -- A flow net's a graphical

16   solution to the Laplace equation.  Bea's flow

17   net had probably six to ten elements in it

18   that are incorrect, from the fact that if you

19   have flow between dissimilar layers, you have

20   to have a difference in angle of the flow

21   lines.  He had flow lines that were

22   intersecting other flow lines, which is

23   improper.  He would have had to use a

24   transform section for anisotropic

25   permeabilities.  If it were turned in in my

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

b9cd36aa-a18d-4323-9f0a-bfa275f1ee44

DR. THOMAS L. BRANDON                                    April 13, 2012

Page 195

1    class, the student would not get a passing

2    grade on that.  And I teach flow nets in my

3    current graduate class that I'm teaching now.

4    Q.   Okay.  So would it be possible to draw a

5    flow net, and just looking at (a), the graph,

6    Schematic (a) on page 39, could you draw a

7    flow net with that information?

8    A.   No, it would actually -- You could,

9    certainly, but it would take quite a bit of

10   time, because an important thing would be the

11   difference in the permeability of this clay

12   versus the sand, because a flow line crossing

13   that boundary is going to have a change of

14   angle.

15        Now, in a lot of respects, to come up

16   with an approximation for this one, if you

17   assumed this clay was two to three orders of

18   permeability lower than the sand, you could

19   assume really that the clay's a rubber

20   membrane, an impervious blanket, and your flow

21   net would solely be based on the end boundary

22   conditions.  So one could come up with some

23   effort, an answer for that, but it surely

24   wouldn't be as accurate as what we do with our

25   normal finite element seepage analyses, plus,

JOHNS, PENDLETON COURT REPORTERS              504 219-1993

b9cd36aa-a18d-4323-9f0a-bfa275f1ee44