# EXHIBIT 34

# Human & Organizational Factors in Design & Reliability of Offshore Structures

A thesis submitted in partial fulfillment of the

requirement for the degree of

Doctor of Philosophy

by

Robert Glenn Bea

December 2000



Centre for Oil & Gas Engineering

THE UNIVERSITY OF WESTERN AUSTRALIA

# Abstract

This work deals with human and organization factors (HOF) that have a dominant influence on the quality and reliability of offshore structures such as platforms (floating, bottom supported), mobile offshore drilling units, pipelines, and ships. The focus of this work is on the design engineering aspects associated with achieving desirable quality and acceptable reliability of offshore structures. The objective of this work is to learn how to incorporate adequate considerations of HOF in the design engineering aspects of offshore structures and into the assessment and management of quality and reliability in these structures throughout their life cycle.

Detailed analyses of the causes of accidents involving offshore structures clearly indicates that a small percentage of the accidents are due to failures of the structures (something less than 20 %). Rather, the accidents are due to unanticipated actions of people that have undesirable outcomes (something more than 80 %), and most of the accidents occur during operations and maintenance of the structures (about 80 %). A large proportion (30 % to 40 %) of the failures that occur during operations have root causes founded in design. Structures are designed that can not be easily built, maintained, operated, and decommissioned. Such structures promote errors and when the errors occur, their effects are magnified. These are not 'people friendly or tolerant' structures.