Case 2:05-cv-04182-SRD-JCW   Document 20870-14   Filed 05/31/12   Page 1 of 16

# EXHIBIT 35

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Armstrong,* No. 10-866 | § | |
| | § | |

**DECLARATION OF W. ALLEN MARR, Ph. D., P.E., NAE**

I, W. Allen Marr, declare as follows:

1.  I have reviewed Dr. Robert Bea's expert report, his rebuttal report, his depositions, the deposition of his assistant, Mr. Cobas Roa, and the Plaintiffs' response to the Defendants' Motion to exclude testimony and opinions of Dr. Robert Bea (herein referred to as the Brief). This document focuses on his flow analyses and selection of strength for translational stability analyses.  Dr. Bea's work contains several fundamental errors that are at the heart of his work and on which he bases his conclusions.

2.  I am qualified to provide this expert review for the following reasons:

    - I taught groundwater flow and slope stability in a graduate course at MIT called "Earth Structures" for ten years.
    - I have personally used computer programs to solve numerous groundwater and stability programs for more than 40 years.
    - I have consulted on a variety of projects worldwide for 40 years where I used groundwater flow models and stability analyses and made selections of soil shear strength to complete complex designs and assess the safety of existing structures.
    - I have written peer reviewed papers that include considerations of groundwater flow and determination of soil strength for stability analyses.
    - I have led teams that installed and monitored thousands of instruments to measure groundwater conditions over the past 40 years.

3.  I am recognized as one of the leading geotechnical engineers as evidenced by the following: my induction into the National Academy of Engineers in 2008, recipient of the Outstanding Alumni Award from the University of California at Davis, selected to deliver several prestigious lectures in geotechnical engineering including:  Sowers Lecture in Practice at

1

Georgia Tech, Schiffman lecture at Cornell, Wissa lecture at the University of South Florida, 2011 lecture at Transportation Research Board Dialog with Leaders in Design and Construction of Transportation Facilities and Buchanan Lecture at Texas A&M.  I have also received several awards for my service to the American Society of Testing and Materials (ASTM) and the ASCE Wellington Prize for outstanding paper in the Journal of Geotechnical Engineering Division.

4.   The following list summarizes several fundamental errors related to ground water flow and selection of soil strength that are described in this document.

- Dr. Bea created a new theory of groundwater flow in which significant pore pressures develop in the landside portion of the floodwall embankment without flow of water to this area and without change in volume of the organic clays.  His theory violates the fundamental mathematical equations that define groundwater flow.
- Dr. Bea purposefully selected a value for the key parameter, $m_v$, used in groundwater flow that is so unrealistically low that it is impossible to exist for any saturated, organic clay.  He did this to get the results he wanted – high pore pressure in the landside portion of the floodwall embankment that developed very rapidly.  He did this despite having access to data that would show that his value of $1 \times 10^{-9}$ ft$^2$/lb was ultra-low by a factor of 10,000 to 100,000 times.  Dr. Bea purposefully selected a wrong value to give him the result he wanted.
- Dr. Bea incorrectly applied the basic concepts of groundwater flow.
- Dr. Bea incorrectly applied one of the key principles used in soil mechanics – the effective stress principle.
- Dr. Bea used incorrect strength values for organic clay in his lateral translation analyses which gave erroneous factors of safety on which he based his conclusions and opinions.

5.   These errors make Dr. Bea's flow analyses for the North and South Breaches totally wrong.  As a result all of his computed Uplift Factors of Safety and Translational Stability Factors of Safety are wrong.  Any conclusions and opinions based on these analyses must be considered as invalid.

**New Theory of Groundwater Flow**

6.   Dr. Bea has formulated a new theory of groundwater flow, one in which pore pressures can move very quickly to create steady state pore pressures without flow occurring and with the soil remaining undrained.  His analyses used pore pressures obtained from SEEP/W analyses that he describes and uses as steady state values but according to both Dr. Bea and his assistant, Mr. Cobas Roa, these steady state pore pressures can be achieved without the

2

movement of a single molecule of water[1,2].  For any flow to occur, molecules of water must move.  Dr. Bea's theory violates the fundamental principles of flow through porous media and has no mathematical basis.

7.   The Brief states that "such a condition [meaning fully saturated soil] influences the soils to behave in a nearly incompressible manner because pore pressures are transmitted instantaneously."[3]  This statement reveals the source of the Plaintiffs' experts' confusion.

8.   Saturated soils do behave in a nearly incompressible manner when they are in a confined condition and subjected to an instantaneous change in boundary pressures.  These instantaneous changes cause pore pressures in the vicinity of the load change to increase instantly and become out of balance with the hydraulic boundary conditions.   But there is no instantaneous change in pore pressures away from the newly loaded area, such as on the land side of the flood wall.  Flow must occur to bring all pore pressures into balance with the hydraulic boundary conditions.  Pore pressures on the land side of the flood wall must increase to reach the values consistent with steady state flow for the new water level on the flood side.  As the landside pore pressures increase, they cause a decrease in effective stress.  This decrease in effective stress causes a swelling or increase in void ratio of the soils on the land side.  For this increase in void ratio to occur, water must flow from the flood side to keep the voids fully saturated with water.

9.   It takes time for this flow of water to occur.  Increase in pore pressure, decrease in effective stress and increase of void ratio are all coupled and occur together at a rate that is controlled by the hydraulic conductivity, K, the coefficient of volume compressibility, $m_v$, of the soil as captured in the general seepage equation that is use in SEEP/W.  One must do a flow analysis with realistic values of these two parameters to determine how long it will take to reach steady state flow.  The instantaneous change in pressure that occurs close to the change in load or change in hydraulic boundary condition does not occur instantaneously at distances away from this change.  Flow must occur throughout the entire cross section and this flow takes months to reach steady state conditions at the EBIA.

10.  Dr. Bea's theory that because the organic clays are saturated and undrained, pore pressures caused by an increase of the water level in the canal will travel instantly across the breach cross section in a steady flow condition completely violates the well and long established theory of groundwater flow.

---

[1] Bea Deposition (April 2012), page 227-228
[2] Cobas Roa deposition (April 2012), pg 225-226
[3] Plaintiffs' May 21, 2012 brief, page 31.

3

**Use of unrealistic value for a key soil parameter, $m_v$**

11.   Dr. Bea intentionally changed the values of $m_v$ [4] in his analyses from realistic values for organic clays (1 to $10 \times 10^{-5}$ to a totally unrealistic value of $1 \times 10^{-9}$ ft$^2$/lb.[5] This ultra-low and totally impossible value for organic clays forces the clay soils to be extremely stiff, like that of solid rock.  No volume change of significance can occur in his SEEP/W analyses using this ultra-low value so steady state flow is reached almost instantly.  The results of his flow analyses are deeply flawed and meaningless because they are based on this impossible value of $m_v$ for organic clays.

12.   If Dr. Bea would redo his analyses with a meaningful value of $m_v$, he would obtain results similar to those found by the defense experts, which show that it takes hundreds of days to reach steady state flow conditions in the North and South Breach cross sections.  Analyses with an appropriate value of $m_v$ also show that very little pore pressure change could occur within the landside portion of the floodwall embankment for the duration of the storm. His conclusions of low Factors of Safety for Uplift and Lateral Translation caused by increased pore pressures would have to change.

13.   Dr. Bea justified his selection of a value of $m_v$ of $10^{-9}$ ft$^2$/lb by using a dilatational modulus that is defined in Lambe and Whitman (1969).[6]  Dr. Bea asserts that Lambe and Whitman show $m_v$ = 1/dilatational modulus.[7]  Dr. Bea has made an egregious error at this point. He does not recognize that the dilatational modulus used in equation 12.9c and further discussed on page 455 of Lambe and Whitman is not the same as the constrained modulus defined on page 153 in Equation 12.8 and given as  $D = 1/m_v$ in Table 12.2 of Lambe and Whitman.   These two moduli are measured in different ways and reflect the compressibility of soil-water systems for different stress conditions and strain levels.

14.   The constrained modulus $D = 1/m_v$ is defined in terms of effective stress and relates the change in effective stress to the measured change in strain.  Lambe and Whitman define $m_v$ on page 156 as:

$$Coefficient\ of\ volume\ change\ \ m_v = \frac{\Delta \varepsilon_v}{\Delta \sigma_v} = \frac{change\ in\ vertical\ strain}{change\ in\ vertical\ effective\ stress} = D$$

15.   Note that the definition of $m_v$ requires that there be a change in volume of the soil element corresponding to a change in effective stress. It is measured in a consolidation device

---

[4] coefficient of volume compressibility of soil as measured in a consolidation apparatus
[5] Cobas Roa deposition (April 2012), pg 214-215
[6] Lambe, T.W. and Whitman, R.V. (1969), <u>Soil Mechanics</u>, John Wiley and Sons.
[7] Brief page 27

4

where a load of hundreds of lb/ft$^2$ is applied and the soil is allowed to compress with time to come to equilibrium. For a one-inch thick clay specimen it might take 1 hour for this equilibrium condition to be reached. During this time, a transient flow condition exists within the clay specimen as the excess pore pressures created by the application of the load dissipate to come back to equilibrium with the hydraulic boundary conditions. The strains that occur in clays during this test are on the order of $10^{-3}$ to $10^{-1}$. They are permanent strains and represent volume change of the specimen. The SEEP/W manual on page 103 indicates that the term $m_v$ as used in the program is obtained from a standard consolidation test.

16. On the other hand the dilatational modulus also referred to with the symbol D is determined by measuring the time it takes for a pressure pulse to pass through the soil specimen. The pulse is created by striking the top of the specimen with a sharp blow or jolting it with a piezosensor. For the same one-inch thick specimen of saturated clay, this time is on the order of 1/60,000 sec or about $2 \times 10^{-5}$ seconds. This time measurement produces a velocity measurement which is used with Lambe and Whitman's equation 12.9c to compute the dilatational modulus. The pressure pulse is nothing like the stress increment in the consolidation test. This pulse passes through the soil without causing any molecule of soil or water to be permanently displaced. Molecules of water and soil are perturbed by the passing stress wave, but they remain in the same position after the stress wave passes as they occupied before the stress wave arrived. Since no water molecule moves to a new position, there is no flow induced by this stress wave and no change in pore pressure by the passing wave. There is no volume change of the specimen and there is no change in effective stress. The associated strains are less than $10^{-6}$ and fully elastic.

17. A dilatational modulus has no value in a seepage analysis because it comes from a test in which there is no volume change. The dilatational modulus actually reflects a total stress modulus for saturated soils, whereas, $m_v$ is an effective stress modulus. By its definition, one must have a volume change to determine an $m_v$ for use in a seepage analysis. Dr. Bea's failure to recognize these points and his incorrect use of a dilatational modulus based on a dilatational velocity of 5,000 ft/sec indicates a lack of understanding of the basic soil constants used for seepage analysis.

18. Dilatational modulus D can be computed from the dilatational velocity using Equation 12.9c in Lambe and Whitman:

$$D = \rho C_D^2$$

where $\rho$ is the mass density of the soil and $C_D$ is the dilatational velocity. A dilatational velocity of 5,000 ft/sec, which Lambe and Whitman indicated to be typical for a saturated soil, with a wet unit weight of soil of 110 lb/ft$^3$ gives a value of D of $8.5 \times 10^7$ lb/ft$^2$ and a value for $m_v$ of 1.2

5

x $10^{-8}$ ft$^2$/lb. This is a factor of 12 higher than the value of 1 x $10^{-9}$ ft$^2$/lb used by Dr. Bea. Consequently, the value of $m_v$ used by Dr. Bea cannot come from the dilatational wave velocity of 5,000 ft/sec which he used.[8] Conversely, Dr. Bea's use of an $m_v$ of 10-9 ft$^2$/lb with his premise that $m_v$=1/dilatational modulus indicates a dilatational wave velocity of 17,000 ft /sec or 3.4 times the speed of sound in a saturated soil!

19.  As stated by Lambe and Whitman on page 455, "At usual levels of effective stress, $C_D$ is controlled by the compressibility of the pore phase and is little affected by the compressibility of the mineral skeleton; hence $C_D$ is more or less independent of effective stress."  Dilatational modulus does not give the compressibility of the mineral skeleton that occurs with changes in effective stress that is required for transient flow analysis.  As stated the SEEP/W user's manual, the appropriate value of $m_v$ comes from a standard consolidation test.[9]

20.  Dr. Bea ignored available data that showed that $m_v$ for the organic clays is orders of magnitude higher than the ultra-low value of 1 x $10^{-9}$ ft$^2$/lb that he used.  His own team developed values of Specific Storage that indicated an $m_v$ on the order of $10^{-5}$ to $10^{-4}$ (ft$^2$/lb). The Plaintiff team requested two consolidation tests on samples of the organic clay obtained during the 2011 Supplemental Investigation.  These tests indicated values of $m_v$ on the order of $10^{-5}$ (ft$^2$/lb). Published values of $m_v$ also show much higher values for soils than used by Dr. Bea.  For example Table 2.5 of Freeze and Cherry (1979)[10] gives the following values:

| Soil Type | $m_v$ in m$^2$/N | $m_v$ in ft$^2$/lb (converted by Marr) |
|---|---|---|
| Clay | $10^{-6}$ to $10^{-8}$ | $5\times10^{-5}$ to $5\times10^{-7}$ |
| Sand | $10^{-7}$ to $10^{-9}$ | $5\times10^{-6}$ to $5\times10^{-8}$ |
| Gravel | $10^{-8}$ to $10^{-10}$ | $5\times10^{-7}$ to $5\times10^{-9}$ |
| Jointed rock | $10^{-8}$ to $10^{-10}$ | $5\times10^{-7}$ to $5\times10^{-9}$ |
| Sound rock | $10^{-9}$ to $10^{-11}$ | $5\times10^{-8}$ to $5\times10^{-10}$ |
| Water | 4.4x $10^{-10}$ | $2\times10^{-8}$ |

---

[8] Brief page 28
[9] SEEP/W 2007 manual page 89
[10] Freeze, R.A. and Cherry, J.A. 1979. Groundwater, Prentice-Hall, Inc.

Bell (2000) published the values for $m_v$ given in the next table.[11]

| Soil Types | Degree of Compressibility | $m_v$ in $m^2$/MN | $m_v$ in $ft^2$/lb converted by Marr |
|---|---|---|---|
| Organic alluvial clays and peats | Very High | Above 1.5 | Above $7 \times 10^{-5}$ |
| Normally consolidated alluvial clays | High | 0.3 to 1.5 | 1 to $7 \times 10^{-5}$ |
| Varved and laminated clays, firm to stiff clays | Medium | 0.1 to 0.3 | 0.5 to $1 \times 10^{-5}$ |
| Very stiff or hard clays, tills | Low | 0.05 to 0.1 | 0.2 to $0.5 \times 10^{-5}$ |
| Heavily Overconsolidated Tills | Very Low | Below 0.05 | Below $0.2 \times 10^{-5}$ |

21. These values cover the spectrum of soil types. They range from 2,000 to 70,000 times more than the value used by Dr. Bea with the higher value being more applicable to the organic clays at IHNC. There is absolutely no credible evidence to support a value of $m_v$ anywhere near the ultra-low value selected by Dr. Bea. To be so far off indicates the lack of a common understanding of the typical compressibility characteristics of soils.

22. The consequence of Dr. Bea's selection of an ultra-low value of $m_v$ can be demonstrated with another soil parameter called the coefficient of consolidation. It is defined as:

$$c_v = \frac{k}{\gamma_w m_v}$$

$K$ is the permeability of the soil, $\gamma_w$ is the unit weight of water at 63 lb/ft$^3$, and $m_v$ is the coefficient of volume compressibility. The parties seem to agree on a permeability value of $1 \times 10^{-5}$ cm/sec (0.028 ft/day) for the organic clays. My expert report reviewed available data obtained in the 2011 Supplemental Site Investigation and concluded that a value for $m_v$ of $3 \times 10^{-5}$ ft$^2$/lb is appropriate for the organic clays. Other defense experts determined comparable values independent of each other.

---

[11] Bell, F.G. (2000) <u>Engineering Properties of Soils and Rocks, Fourth Edition</u>, Blackwell Science.

23. These data give a coefficient of consolidation of 15 ft²/day. We can use this value in the above equation to calculate how long it takes for the effects of an increase in water level on the canal side of the floodwall to completely adjust to this change on the landside, i.e. reach steady state. The calculation is:

$$t = \frac{TH^2}{c_v} = \frac{1 \times 50^2}{15} = 167 \; days$$

H is the distance that water travels from the gap at the bottom of the floodwall to the landside toe of the embankment. This calculation gives an estimate of the time it takes to reach 90% of steady state flow conditions at the landside toe of the floodwall embankment after a change in the water level in the canal. If we decrease $m_v$ to $1 \times 10^{-9}$ ft²/lb as used by Dr. Bea, the computed $c_v$ becomes 450,000 ft²/day and the computed time to 90% steady state becomes 0.006 days (or 8 minutes). This simple calculation shows immediately how by choosing an ultra-low value of $m_v$, Dr. Bea's flow calculations reached steady state within minutes and all he could see in the SEEP/W output was the immediate response of pore pressures to hour by hour changes in the flood level.

24. The appropriate value of $m_v$ shows that it takes months for the organic clays to reach steady state conditions and that during the duration of the storm, negligible seepage and negligible pore pressure increase could reach the land side of the floodwall. During this time flow was non-steady/transient. This means that the clay remained in an undrained condition and that its shear strength did not change during the storm. As a result, Dr. Bea's calculations of Uplift Factor of Safety and Factor of Safety for Translational Stability, which he based on steady state seepage conditions with significantly increasing pore pressure, are wrong and unreliable. Any conclusions developed from these analyses are founded on erroneous analyses and therefore unreliable. Dr. Bea has not reliably applied the principles and methods of soil mechanics and groundwater flow to the facts of the case.

25. According to the deposition testimony of Mr. Cobos Roa, Dr. Bea knowingly set the value of $m_v$ to a very low value to produce a certain response.

> Treeby: Okay. Now, if I understood your testimony a little earlier about the discussion that was had between Dr. Bea and you for Geoestudios, the analyses was intentionally tweaked to get the desired response. Is that correct?
>
> Answer: Teaked? Please define "tweaked."

| | |
|---|---|
| Treeby: | Well, instead of using site specific M sub V values, you tweaked it and put in incompressible M sub V value (*) into the program intentionally to get a certain response." |
| Answer: | Yes |
| Treeby: | Now, was that your independent judgment or was it Dr. Bea's? |
| Answer: | That was Dr. Bea's.[12] |

26. This is a blatant falsification of input data to produce a desired result. They "tweaked" the value of $m_v$ to make it some 30,000 times less than a realistic value for the organic clays. This huge factor is hardly "tweaking"; it is falsification of input data. It forced the SEEP/W program to produce steady state results for a change in canal water level within minutes and reinforced their preconceived idea that flow would be Steady State and that no volume change would occur in the soil. The consequence is a totally unreliable set of results for pore pressures that is the foundation for subsequent factor of safety analyses that leads to Dr. Bea's primary conclusions.

**Incorrect application of basic concepts of groundwater flow**

27. Dr. Bea defined steady flow as "hydraulic loading conditions that do not permit changes in void ratio, water content, or levels of saturation." [13] The only way this condition can be achieved is when hydraulic loading conditions have been maintained at a constant value long enough for the soil to reach equilibrium conditions where void ratio, water content and degree of saturation stay constant with time. The discussion in Point #2 above showed that for the North and South Breach cross sections this time would exceed 167 days.

28. Dr. Bea argued that since the soil was undrained, there would be no volume change, therefore steady flow governed and it occurred instantly.[14] An undrained condition means by definition that no flow is occurring. In the undrained condition, flow is not allowed, as in an undrained laboratory test, or it hasn't started meaning that the boundary conditions prevent the intake or release of water or the load is applied instantaneously and time is still zero. To equate an undrained condition to steady flow is fundamentally wrong because there is no flow in an undrained condition.

29. During the storm, water level was continuously rising in the canal. This caused a continual increase in flow velocity with time throughout the duration of the storm which means

---

[12] Cobas Roa deposition (April 2012), pg 214-215
[13] Brief page 25
[14] Bea Rebuttal Report (2012), page 19

9

mathematically and practically that flow was non-steady throughout the duration of the storm. Using steady flow analyses for these conditions is an incorrect application of the basic principles of effective stress and flow through porous media and reflects a basic misunderstanding of the fundamentals of soils mechanics and flow through porous media.

30. The Plaintiffs assert that because the buried swamp/marsh layer is considered to be completely saturated, steady flow analyses are required[15]. Complete saturation is not sufficient or necessary to establish steady-state flow.  We know that it takes years for the saturated organic clays and interdistributary clays to consolidate when more fill is added to the embankment.  This long time is required for the clays to ready steady flow even though they are essentially fully saturated.  It is also possible to have steady flow occurring in partially saturated soil conditions, a fact shown by Freeze and Cherry[16] and others.  To conclude that because the swamp/marsh layer is completely saturated, a steady flow analysis is required reflects a fundamental misuse of the theory of groundwater flow.

31. The Plaintiffs state that "…hydraulic conductivity includes two important elements: one of which is the transmission of fluid, the other is the transmission of pressure."[17]  This statement reflects a lack of understanding of the basic principles of flow through soils. Hydraulic conductivity is a material property of the soil that indicates the ease or difficulty with which water can flow through the soil.  It does not include two separate elements, one involving the transmission of fluid and the other the transmission of pressure.  In fact the transmission of fluid and the transmission of pore pressure are inseparable in groundwater flow theory.  More directly hydraulic conductivity is defined as:

$$K = \frac{q}{i} = \frac{q}{\Delta h/L}$$

where $K$ is hydraulic conductivity, $q$ is flow per unit of area, $\Delta h$ is the change in total head over a distance $L$ which equals the gradient.  $\Delta h$ is a function of change in pore pressure.  This simple equation, known as Darcy's Law, shows that $K$ depends on both flow rate $q$ (or transmission of fluid) and $i$ (or transmission of pressure).

32. Contrary to the statement in the document on page 26 last paragraph, SEEP/W does not "recognize that greater emphasis should be placed on 'the state of the pore-water pressure in the ground' instead of how much water is flowing through the ground'."  These two elements are completely coupled.  They are inseparable. Analyses to get pore pressure must always

---

[15] Brief page 31-32
[16] Freeze and Cherry (1979), page 67.
[17] Brief page 26

10

include flow. This is yet another reflection of the lack of understanding of the fundamentals of flow through porous media.

33. Likewise the statement that "pressure is influenced by permeability, but much more influenced by the compressibility characteristics of water" is completely false for saturated soils. For all practical geotechnical purposes, ground water flow through saturated soil assumes that the pore water is incompressible. SEEP/W inherently sets the compressibility of water to zero. Therefore all SEEP/W analyses are influenced by permeability but not by compressibility characteristics of the water. The quoted statement is wrong.[18] The compressibility characteristics of water have no effect on the flow solutions obtained from SEEP/W. This statement reflects a lack of understanding of how SEEP/W works and the nature of groundwater flow in saturated clays.

34. Dr. Bea's reports refer to "hydraulic conductivity analysis" to describe flow through soil to determine flow volumes and seepage pore pressures. There is no such analysis used in the geotechnical profession to evaluate flow and pore pressure in soil. The concept of "hydraulic conductivity analysis" to describe flow analyses cannot be found in any of the commonly used textbooks in geotechnical engineering or in flow through porous media. In fact, the term is used to describe an analysis to compute hydraulic conductivity from a field test that measures the rate of flow of water into the ground for a set of controlled conditions. This misuse of an important term is another indication of someone who is unfamiliar with the basic elements of groundwater flow through soil.

35. As described above, Dr. Bea's determination of $m_v$ of $10^{-9}$ ft$^2$/lb from the soil-water dilatational modulus does not comply with basic concepts of soil mechanics and groundwater flow. The differences in results between Dr. Bea and the Defense experts lies not in differences of opinions, or differences in professional judgment, nor in working different problems. It lies in Dr. Bea's inappropriate and incorrect use and interpretation of soil constants and flow analyses.

36. The Brief states that "when the hydraulic loading conditions (boundary conditions) remain constant, a steady-state condition exists."[19] This statement again reflects a total misunderstanding of the principles of flow through porous media. Consider a hypothetical case where we instantly raise the water level on the canal side of the floodwall and then keep it constant. The quoted statement says that immediately thereafter steady-state conditions will exist." This is true only if there is no change in void ratio and degree of saturation as described

---

[18] This statement leaves aside the issue of flow above the phreatic surface which may be partially saturated with compressible pore fluid; however flow above the phreatic surface in partially saturated soil has not been a contested issue in this case.
[19] Plaintiffs' brief, page 29.

by Lambe and Whitman on page 274.  But getting to steady state conditions requires a change in pore pressure which causes a change in effective stress which causes a change in void ratio.  These changes take time which depends on the value of $c_v$ as illustrated above.  Therefore transient conditions exist after the water level is raised and kept constant and a steady-state condition does not exist until transient flow is finished which takes more than 167 days for the EBIA cross sections.

37. The Brief provides the following statement, "One of the benefits of the SEEP/W program is that it allows the engineer to determine pressure without determining flow (pressure can be determined without having a molecule of water going from one side to the other) because the operator can either specify the pressure or flow as an input and the output will still show pressure and flow."  This statement is nonsense and reflects a total lack of understanding of groundwater flow.

38. Every numerical analysis of flow computes both pressure and flow.  It must do this to satisfy the fundamental laws that govern flow through porous media.  For any analysis done in SEEP/W, the output includes pressures and flows.  Flow must involve the movement of water molecules.  In any flow analysis, by definition, water must flow and water molecules must move; otherwise we don't need a flow analysis.  Molecules of water move from areas with high total head to areas with lower total head.  In any flow analysis one always specifies pressure <u>and</u> flow as an input and the output consists of pressures and flows.  Statements like these indicate a flawed comprehension of the fundamentals of groundwater flow.

**Incorrect application of the effective stress principle**

39. Dr. Bea insists that conditions in the organic clays were undrained so the soils did not change in volume and flow was steady.  However his analyses showing factor of safety decreasing with time depend on pore pressures which increase with time as the storm progresses.  These two premises violate a basic principle of soil mechanics – the effective stress principle.

40. Lambe and Whitman (1969)[20] define the effective stress principle which states:

1. The effective stress is equal to the total stress minus the pore pressure.
2. The effective stress controls certain aspects of soil behavior, notably compression and strength.

41. The foundational textbook by Terzaghi and Peck[21], true pioneers and founders of the practice of soil mechanics, states that "a change in effective stress results in a change in void

---

[20] Lambe and Whitman (1969) <u>Soil Mechanics</u>, John Wiley & Sons, page 241-242.

volume; an increase produces compression and a decrease, expansion or swelling." Professor Don Taylor in his classic book Fundamentals of Soil Mechanics[22] put it succinctly more than 60 years ago, "When the pressure on a given soil is increased, a decrease in volume must always occur." His use of "pressure" in this context is "effective stress" and the "decrease in volume" is synonymous with a "decrease in void ratio."

42. Dr. Bea used SEEP/W to compute change in pore pressure within the organic clays with increases in the flood level. Changes in pore pressure cause changes in effective stress. Changes in effective stress always cause changes in void ratio and soil volume as shown in the previous paragraph. Dr. Bea's report repeatedly shows that he computed changes in pore pressure throughout the storm. These changes in pore pressure had to be accompanied by changes in effective stress. As cited above, any change in effective stress causes a change in void ratio and soil volume. By the definition of steady and non-steady flow, any change in void ratio creates a non-steady flow condition until enough time passes for flow to occur to reach the steady flow condition, which is months for the EBIA. Dr. Bea's assertions that the soil was undrained, that no volume change occurred but yet flow was steady state are a total contradiction. For flow to adjust to the increased height of water in the canal, pore pressures had to increase and soil volumes had to change to adjust to the new effective stress. It took time for the soil volumes to adjust, a time that requires a transient flow analysis to determine, and a time that is totally dependent on the soil constants, $m_v$ and K.

43. Another way to look at Dr. Bea's contradiction is to recognize that the effective stress principle also requires that there is no change in effective stress in the undrained condition. But Dr. Bea's analyses are replete with changes in effective stress caused by increases in pore pressure with time as the water level in the canal rises. So his analyses cannot be for undrained conditions. Dr. Bea's results are for fully drained conditions, i.e. steady flow has developed to a fully drained condition which is not consistent with his starting premise that conditions are undrained and hence the value of $m_v$ should be very low.

44. In summary, Dr. Bea assembled a performance mechanism based on his premise that saturated clays will be undrained, undrained soil means no change in volume which means steady state flow.) This mechanism violates the effective stress principle of soil mechanics which is one of the foundational elements of soil mechanics.

---

[21] Terzaghi, K., Peck, R.B., and Mesri, G. (1996) Soil Mechanics in Engineering Practice – Third Edition. John Wiley & Sons, pg 84.
[22] Taylor, D.W. Fundamentals of Soil Mechanics, John Wiley & Sons, 1948.

**Wrong strengths used for stability analyses**

45. Dr. Bea's calculation of Factor of Safety for Translational Stability used a friction angle for the organic clay of 26 degrees for drained conditions applicable to steady flow. His computed factors of safety are directly dependent on this value.

46. He determined this value from UU triaxial tests. He used PLAXIS to calculate friction angles that would give shear strengths of the soil that were consistent with the UU tests[23]. This approach is fundamentally flawed and gives results that are highly unreliable.

47. To determine a drained friction angle (also called an effective stress friction angle) from a UU test, one must have measurements of pore pressure within the test sample at the start of the test and throughout the test. Pore pressure measurements were not taken on the tests used by Dr. Bea. Pore pressure measurements are not made on UU triaxial tests.

48. Without these pore pressure measurements there is no way to determine a drained friction angle to use with pore pressures determined from SEEP/W analyses to calculate a factor of safety.

49. The process used by Dr. Bea to obtain drained friction angles from UU triaxial tests is fundamentally wrong. The friction angles obtained with this process and used by Dr. Bea are erroneous. The factors of safety for translational stability are unreliable. Any conclusions drawn from these analyses are meaningless.

**Summary**

50. The Plaintiffs' Brief argues that "the true question here is whose engineering judgment is correct." I respectfully disagree. The true question here is whose facts and engineering analyses are correct. Dr. Bea's use of an $m_v$ of $1 \times 10^{-9}$ ft$^2$/lb is nothing about judgment and all about him purposefully using an impossible value of $m_v$ in SEEP/W to give him the result he needed to prove his theory of cause of failure. A proof based on impossible data is no proof and any conclusions from the flawed analysis results that use that impossible data must be considered invalid.

51. The Plaintiffs' Brief also states that "Defendents can only critique Dr. Bea's method of analysis by pointing out that their methodology achieved a different result." In point of fact, the Defense experts have used the same analysis methodology for flow as Dr. Bea (SEEP/W). We are not critiquing his method of analysis. We are challenging his conscious use of a grossly wrong and impossible value of $m_v$ purposely input to obtain his desired result of high pore pressures developing very rapidly in the landside portion of the floodwall embankment and

---

[23] Bea Rebuttal Report (2012), page 102

creating low factors of safety. With Dr. Bea's same method of analysis (SEEP/W) and realistic values of $m_v$ for organic clays, Dr. Bea would have determined that pore pressures in the land side portion of the floodwall embankment did not change during the storm from flow beneath the sheetpile wall, the computed factors of safety for Uplift and Translational Stability would have been considerably higher, and his hypothesized mechanisms of failure by Uplift and Translational Stability were not the likely cause of the breaches.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2012.

*W. Allen Marr*

---

W. Allen Marr, Ph.D, PE, NAE