# EXHIBIT 37





$$Q_1 = K \frac{17f}{200f} \cdot 2.5f = 0.2125 \, K \qquad 12\%$$

$$Q_2 = K \frac{17f}{150f} \cdot 2.5f = 0.2833 \, K \qquad 16\%$$

$$Q_3 = K \frac{17f}{100f} \cdot 2.5f = 0.425 \, K \qquad 24\%$$

$$Q_4 = K \frac{17f}{50f} \cdot 2.5f = \underline{0.850 \, K} \qquad \underline{48\%}$$

$$1.7708 \, K \qquad 100\%$$