# EXHIBIT 27



Figure 11: North Breach, Case 1-2

## *Case 2 Cross-Sections*

Case 2 for the North Breach considers a series of excavations and modifications to the clay embankment performed as part of the EBIA development and clearing activities. At the north end of the North Breach, a shell and sand filled excavation is located against the sheet pile (Rogers 2012). Rogers describes the presence of this type of fill on the waterside of the connection of the older (shorter) piles installed in the 1960s and the newer and longer piles installed in the 1980s. The shell fill appears to be between 18 and 7 feet thick, as measured in Borings 81A and 79A. These two borings are associated with the 2000-2001 environmental remediation work performed by WGI along the EBIA. Boring 81A, located near the 90 degree turn on the sheet pile at the end of the East IHNC floodwall shows a thickness of 18 feet of shell and sand; this boring was performed on the lower part of the embankment of Surekote Road therefore the top of the boring (+11 feet) is higher than the EBIA ground surface (+3 feet). Boring 79A is located approximately 100 feet south of boring 81A and shows approximately 7 feet of granular fill close to the sheet pile. This case also considers the same two possible extents of the buried swamp layer.

### *North Breach – Case 2-1*

North Breach Case 2-1 considers a 'shallow' top of swamp layer and the deep sand and shell fill extending from the sheet pile approximately 70 feet toward the IHNC. Thickness of shell fill at this location is approximately 18 feet measured from the top of Surekote Road, down to the tip of the sheet pile. On the waterside, the top of swamp underlies the clayey dredged spoils between Elevations -4 feet and -10 feet with the lowest elevation below the embankment. The North Breach Case 2-1 analysis section is shown on Figure 7.



Figure 12: North Breach, Case 2-1.

### *North Breach – Case 2-2*

Case 2-2 (Figure 13) considers the same extent of shell and sand fill against the sheet pile, but the thickness of the buried swamp deposit is thinner, as described in Case 1-2. The elevation of the top of this layer is essentially flat throughout the profile and is located at about elevation -16 feet. Thickness of the deposit is approximately 4 feet beneath the levee and tapers out towards the canal.



Figure 13: North Breach, Case 2-2.

Native geologic contacts were interpreted from available soil boring information throughout the greater EBIA area. This delineation process is described in more detail by Rogers (2012).

Anthropogenic fill includes: primarily dredge spoils within the EBIA area, some post-dredge spoil fill placed during site development and grading; as well as fill placed during the shaping activities associated with the Chalmette Area Plan (1969). The top of fill (ground surface) was based on topographic surveys ( (Wink, 2001); (Wink, 2002); (Wink, 2004); (Wink, 2005); (LSU, 2011); (USACE-IPET, 2011)) which depicted topography both prior to initiation of substantial site grading activities as well as following completion of substantial site grading activities.

Floodwall features (configuration, alignment) were based on available project plans ( (USACE, 1966) (USACE, 1969); (Wink, 2001); (Wink, 2002); (Wink, 2004); (Wink, 2005)). The undergrounding of the Jourdan Avenue Canal was based on plans provided by the New Orleans Sewerage and Water Board (NOSWB, 1985).

WGI excavations and backfill characteristics were based on a review of project reports ( (WGI, 2000) (WGI, 2005) (WGI, 2002) (WGI, 2005)), site surveys ( (Wink, 2001); (Wink, 2002); (Wink, 2004); (Wink, 2005)), WGI annotated construction progress photographs, and aerial photos ( (Gulf Coast Aerial, 2002) (Gulf Coast Aerial, 2005)).

A significant amount of pervious shell fill was identified in soil boring 81A (MMG soil boring completed on October 4, 2001 as part of the WGI Site Characterization). Soil boring 81A (Figure 14) penetrated almost 18 feet of pervious fill before encountering clay. The soil boring was performed on the east shoulder of Surekote Road, with an approximate surface elevation of +11 feet (NAVD88). The bottom of pervious fill logged at 81A would be approximately El. -7