# EXHIBIT 28

# APPENDIX C

# Development of Lower 9th Ward Floodwall Analysis Soil Behavior Characteristics

By

Robert G. Bea, Ph.D., P.E.
Diego Cobos-Roa, Ph.D. Candidate
Xavier Vera Grunauer, Ph.D.

This appendix summarizes development of the soil behavior properties (characteristics) used in analyses of the North Breach site (Boland Marine), the Near Breach site (McDonough Marine), and the South Breach site (Saucer Marine). These properties are organized into two categories: 1) those used in the hydraulic conductivity analyses, and 2) those used in the coupled hydraulic conductivity – lateral stability analyses.

## Soil Deposits Hydraulic Conductivity Properties

Based on the laboratory and field test data developed by Fugro Consultants Inc. during 2011, and laboratory and field test data on swamp – marsh deposits, hydraulic conductivity properties were developed for the buried swamp - marsh deposits that were under the alignment of the floodwall that protected the Lower 9th Ward at the time of Hurricane Katrina by Rogers (2012). A best estimate of in situ horizontal saturated hydraulic conductivity ($k_x$) of $1 \times 10^{-5}$ centimeters per second (cm/s) was determined via a series of pump tests in several sites near the east levee of the IHNC.

The analyses performed by Rogers (2012) identify a range of in situ horizontal saturated hydraulic conductivities for the buried swamp – marsh deposits under the alignment of the floodwall at the Lower 9th Ward between $1 \times 10^{-4}$ and $1 \times 10^{-6}$ with a best estimate of $1 \times 10^{-5}$ cm/s. As summarized later in this appendix, these values of in situ horizontal saturated conductivities are in excellent agreement with those determined by WGI as part of the EBIA site clearing work. The analyses detailed in Appendix D are based on the best estimate of saturated hydraulic conductivity of the swamp – marsh deposits with an anisotropy ratio of 1/10 (ratio of vertical to horizontal hydraulic conductivity, $k_y / k_x$). Additional sets of analyses were carried out using isotropic ($k_y / k_x = 1/1$) properties for the same layers.

Table 1 summarizes the in situ hydraulic conductivity properties used for the buried swamp and other types of soils employed in the analyses. For all surficial clays composing the levee embankment, toe fill and clay spoil areas (generally composed by lean clays and silts); a horizontal saturated hydraulic conductivity of $1 \times 10^{-6}$ cm/s was used. Shell fills were assumed to behave similarly to coarse sand or fine gravel, therefore a horizontal saturated hydraulic

1