# EXHIBIT 29

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION            NO. 05-4182 K2
                                   JUDGE DUVAL
PERTAINS TO MRGO                   MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
          05-6314, 05-6324, 05-6327, 05-6359,
          06-0225, 06-0886, 06-1885, 06-2152,
          06-2278, 06-2287, 06-2824, 06-4024,
          06-4065, 06-4066, 06-4389, 06-4634,
          06-4931, 06-5032, 06-5155, 06-5159,
          06-5156, 06-5162, 06-5260, 06-5771,
          06-5786, 06-5937, 07-0206, 07-0621,
          07-1073, 07-1271, 07-1285

                    *   *   *

               (V O L U M E  I)

Videotaped Deposition of J. DAVID ROGERS, PH.D., P.E., P.G., given at the offices of Stone Pigman Walther Wittmann, LLC, 546 Carondelet Street, New Orleans, Louisiana 70130, on March 16th, 2012.

J. DAVID ROGERS PH. D.                                March 16, 2012

Page 27

```
 1   paragraph that begins New Orleans is a deep
 2   water port.  And then the next paragraph, The
 3   original settlement.
 4        A.   Okay.
 5        Q.   Okay?  Now, I might be wrong, but as I
 6   see it, that -- your report in this litigation,
 7   essentially just listed those two paragraphs
 8   from the ILIT report.
 9             Am I right in that?
10        A.   That would appear to be the case, yes.
11        Q.   In your report in the litigation, you
12   didn't reference ILIT as the source of that
13   material.  That's right?
14        A.   Right.
15        Q.   And tell me why you didn't list it.
16        A.   It didn't ever cross my mind,
17   counselor.  I'm sorry.  This is just a report.
18   I don't, um -- I've never referred to it.
19   Typically, if I refer -- and you'll see this in
20   here:  When I refer to things, I refer to
21   things in the published literature.  That's
22   just kind of the way academics are.
23             There's a pecking order to
24   publications, and this is just a report.  It's
25   not in a refereed professional journal.  So if
```

JOHNS, PENDLETON COURT REPORTERS                       504 219-1993

5f15fbc0-62bf-432b-94d8-4ba9d1bb4d42

1   I lift something out of a refereed professional

2   journal or it's the same thought or something,

3   or I took a figure out of it, then I'll

4   reference that.  And I did do that in here.

5   And that will be referring to my articles that

6   were in the Journal of Geotechnical and

7   Geoenvironmental Engineering of the ASCE.  I

8   didn't even think of about referencing the ILIT

9   report.  I haven't ever done that previously.

10  So.

11       Q.   And so that I understand, the reason

12  you didn't think of referencing it is just

13  because it's not a published or --

14       A.   Right.

15       Q.   A published journal?

16       A.   Yeah.  It's not a refereed

17  publication.

18       Q.   If it were a refereed publication,

19  then you would have --

20       A.   Yes.

21       Q.   -- cited those.

22       A.   Yes. Yeah. Yeah. Typically, that's

23  just how it works.

24       Q.   Okay.  You said earlier that you had

25  written Chapter 3 and Chapter 4 and portions of

```
 1   8, I believe.
 2        A.   Yes.
 3        Q.   There are a number of portions of your
 4   report, a number of sections -- and I can go
 5   through them but I don't want to bother.  I
 6   don't want to use the time on that.  But there
 7   are probably -- I can come up with, at a
 8   minimum, twenty or so examples of instances
 9   where you have lifted materials, paragraphs,
10   pages, from the ILIT report and have
11   incorporated it into your report in this
12   litigation.
13             I take it that doesn't surprise you?
14        A.   No.
15        Q.   No.  Okay.
16        A.   No.  It's history stuff, and history
17   doesn't change, and I wrote it.  So I don't --
18   I don't -- I guess lawyers worry about that
19   kind of stuff, but I don't.
20        Q.   Okay. That's fine.  That's fine.  Go
21   to Page 214 of your report, please.  And go to
22   the second full paragraph, the section -- the
23   sentences that start with Bolter 1965.  And
24   read those two sentences into the record,
25   please.
```

Page 30

1     A.   Bolter, 1965, made a statistical
2  comparison between the results of field
3  measurements with seepage tubes and laboratory
4  tests at low head on peat samples from the same
5  horizons.  He found that the laboratory tests
6  gave significantly higher values, which he
7  attributed to leakage between the sample and
8  permeameter wall.
9     Q.   There are no quotation marks around
10 that, are there?
11    A.   No.
12    Q.   And I'm assuming that you wrote those
13 words?  Authored those words.?
14    A.   I may not have authored it.  I may
15 have pulled it out of Bolter 's article.  But I
16 cited Bolter.
17         This is a report.  This is not
18 something I'm submitting to the Journal of
19 Geotechnical and Geoenvironmental Engineering.
20    Q.   Okay.  What I'd like you to do is take
21 a look at Page 548.  I'm going to give you this
22 article.  It's called The Transmission of Water
23 Through Peat, by, among others, a
24 D. W. Rycroft.  I will mark that Number 5.
25         Okay.  Go to the last paragraph.  The

```
 1    says "Based on previous analyses of these
 2    characteristics provided as a result of the
 3    ILIT 2006 and IPET 2007 investigations, as
 4    well as those developed by myself and Diego
 5    Cobos-Roa," he lists four different reports,
 6     "the 'best estimate' in situ horizontal
 7    conductivity, permeability, for the swamp/
 8    marsh deposits under the floodwall/levee
 9    alignment was determined to be 1 times 10 to
10    the minus 5 centimeters per second."
11              Now, the implication there to me
12    is that this is a statement that those reports
13    that he references there all reported that
14    level of permeability.
15         MR. BRUNO:
16              I object to form.
17    EXAMINATION BY MR. TREEBY:
18         Q.   Is that the way you read that?
19         A.   Yeah, I -- I don't know what he
20    means by it, Counselor.
21         Q.   But we've established that the ILIT
22    report stated that the best estimated
23    coefficient of lateral permeability is 10 to
24    the minus 2 centimeters per second; right?
25         A.   Well, we backed off that pretty --
```

1    pretty quickly based on the responses we got
2    from the Corps including -- including Joe
3    Dunbar gave us a lot of information that would
4    lead us to believe that that probably was not
5    a realistic value.  So we did not use it in
6    the articles that we prepared for the ASCE
7    special publication in 2008.
8         Q.   Now, Dr. Rogers, you determined your
9    opinion regarding permeability in the East
10   Bank Industrial Area site primarily through
11   pumping tests that were run.  Isn't that
12   correct?
13        A.   Yeah, that's where I am at today,
14   yes.
15        Q.   There are, and you have I believe
16   today testified to it, there are other
17   accepted methods of determining permeability
18   or hydraulic conductivity other than pumping
19   tests; right?
20        A.   Right.
21        Q.   And you have used most of those,
22   would I be fair to say, in your career?
23        A.   Yes.
24        Q.   And when they are all, those methods
25   that you used, both laboratory and various