# EXHIBIT 31

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION                NO. 05-4182 K2

                                       JUDGE DUVAL

PERTAINS TO MRGO                       MAG. WILKINSON

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,

          05-6314, 05-6324, 05-6327, 05-6359,

          06-0225, 06-0886, 06-1885, 06-2152,

          06-2278, 06-2287, 06-2824, 06-4024,

          06-4065, 06-4066, 06-4389, 06-4634,

          06-4931, 06-5032, 06-5155, 06-5159,

          06-5156, 06-5162, 06-5260, 06-5771,

          06-5786, 06-5937, 07-0206, 07-0621,

          07-1073, 07-1271, 07-1285

                    *   *   *

               (V O L U M E  II)

     Deposition of ROBERT G. BEA, PH.D.,

given at the offices of Stone Pigman Walther

Wittmann, LLC, 546 Carondelet Street, New

Orleans, Louisiana 70130, on March 28th, 2012.

REPORTED BY:

     JOSEPH A. FAIRBANKS, JR., CCR, RPR

     CERTIFIED COURT REPORTER #75005

DR. ROBERT BEA                                          March 28, 2012

Page 182

1   that you used to validate the SLOPE/W model?
2       A.   No.  With the exception of the one
3   case that I testified to yesterday, with the
4   flow nets, and that are sitting on the table to
5   the right-hand side of my study desk.  That's
6   one I know for sure.
7            The library of work that we developed
8   in the course of these validation studies I had
9   to export from my home office to my university
10  office.  I've not consulted them recently.
11  Some of those hand calculations may be in those
12  files.
13      Q.   Why do you have one flow net on your
14  desk at home but none of the others?
15      A.   Well, the flow net I drew was
16  developed in my process of beginning the draft
17  of my expert rebuttal report.  So it's very
18  recent.  And, of course, I'm trying to return
19  to my home office so that I can complete it
20  before April 2nd.
21      Q.   When you say complete it, you don't
22  mean complete the flow net that's beside your
23  desk, do you?
24      A.   That's correct.
25      Q.   You mean complete your rebuttal