# EXHIBIT 33

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: KATRINA CANAL BREACHES  * CIVIL ACTION
CONSOLIDATED LITIGATION        * NO. 05-4182
                               * Consolidated
PERTAINS TO: MRGO              * SECTION K(2)
                               *
Armstrong, No. 10-866          * JUDGE DUVAL
                               * MAG. WILKINSON
* * * * * * * * * * * * * * * *
```

Deposition of THOMAS L. BRANDON, Ph.D., P.E., taken in the above-entitled cause, pursuant to the following stipulation, before Dawn H. Hymel, Certified Court Reporter, at the offices of Bruno & Bruno, 855 Baronne Street, New Orleans, Louisiana, on Friday, the 13th of April, 2012, commencing at 9:21 a.m.

DR. THOMAS L. BRANDON                                        April 13, 2012

Page 194

 1   geotechnical engineering terms, if you were
 2   analyzing this and drawing by hand a flow net,
 3   as Bea reports to have done, you get the same
 4   pore pressure, the same gradient, regardless
 5   of permeability for one soil, because the flow
 6   net doesn't matter what permeability it is.
 7   Q.   So you did see a flow net that Dr. Bea
 8   drew?
 9   A.   During his deposition he drew one.
10   Q.   Okay.  And you think that the one that he
11   drew was not accurate?
12   A.   No, it was, it was a very inaccurate flow
13   net.
14   Q.   Why, if you recall?
15   A.   It -- It was -- A flow net's a graphical
16   solution to the Laplace equation.  Bea's flow
17   net had probably six to ten elements in it
18   that are incorrect, from the fact that if you
19   have flow between dissimilar layers, you have
20   to have a difference in angle of the flow
21   lines.  He had flow lines that were
22   intersecting other flow lines, which is
23   improper.  He would have had to use a
24   transform section for anisotropic
25   permeabilities.  If it were turned in in my

 1   class, the student would not get a passing
 2   grade on that.  And I teach flow nets in my
 3   current graduate class that I'm teaching now.
 4   Q.   Okay.  So would it be possible to draw a
 5   flow net, and just looking at (a), the graph,
 6   Schematic (a) on page 39, could you draw a
 7   flow net with that information?
 8   A.   No, it would actually -- You could,
 9   certainly, but it would take quite a bit of
10   time, because an important thing would be the
11   difference in the permeability of this clay
12   versus the sand, because a flow line crossing
13   that boundary is going to have a change of
14   angle.
15         Now, in a lot of respects, to come up
16   with an approximation for this one, if you
17   assumed this clay was two to three orders of
18   permeability lower than the sand, you could
19   assume really that the clay's a rubber
20   membrane, an impervious blanket, and your flow
21   net would solely be based on the end boundary
22   conditions.  So one could come up with some
23   effort, an answer for that, but it surely
24   wouldn't be as accurate as what we do with our
25   normal finite element seepage analyses, plus,