# EXHIBIT 37



Multi Excavations & Tension Crack Seepage Quantities Contributions To Tortured Flows

BEA Exhibit 57



$$Q_1 = K \frac{17f}{200f} \cdot 2.5f = 0.2125 \, K \qquad 12\%$$

$$Q_2 = K \frac{17f}{150f} \cdot 2.5f = 0.2833 \, K \qquad 16\%$$

$$Q_3 = K \frac{17f}{100f} \cdot 2.5f = 0.425 \, K \qquad 24\%$$

$$Q_4 = K \frac{17f}{50f} \cdot 2.5f = 0.850 \, K \qquad 48\%$$

$$\overline{1.7708 \, K} \qquad \overline{100\%}$$