# EXHIBIT 38



Exhibits for Bea to SKETCH Flownet for North Breach and WGI Excavation

North Breach Case 1-1 from Bea et al. (2012) - Cross-Sections



BEA Exhibit 43



Exhibits for Bea to SKETCH Flownet for South Breach and WGI Excavation

South Breach Case 2-1 Comparison of Report Cross-Section and SEEP/W Input File