STATE OF LOUISIANA
PARISH OF ORLEANS



I, Dale N. Atkins, Clerk Of Court And Ex-Officio Recorder,
Parish of Orleans, State of Louisiana, do hereby certify that the above and foregoing is a
true and correct copy of   **CREDIT SALE**

**BY:**    THELMA F. LOPICCOLO TRUST
          and NEW ORLEANS ARCHDIOCESAN CEMETARIES
**TO:**    JIMMIE LEE COATS and ETHEL NELSON COATS
**NA#:**   94-24976

consisting of _____30___ pages
dated the                    18TH      day of    MAY, 1994                          executed before

JULIET PUISSEGUR BLAND a Notary Public of the

Parish of Orleans, State of Louisiana, the original of which document is on file in my office.
New Orleans, Louisiana, this          17TH day of          MAY, 2012

No.  42774

Dale N. Atkins
CLERK OF COURT AND
EX-OFFICIO RECORDER
1340 Poydras Street,  Ste. 500
New Orleans, LA 70112

CREDIT SALE

VERIFIED

No. _____ Date _____

May 18, _____ 19 94

## Sale of Property

BY

Thelma F. Lopiccolo Trust

AND

New Orleans Archdiocesan Cemeteries

TO

Jimmie Lee Coats

and

Ethel Nelson Coats

FOR SALE BY HANSELL-PETETIN, 123 CARONDELET ST., N. O. — 522-3636 — 522-6484

# United States of America

State of Louisiana

Parish ~~or County~~ of Orleans

## Be it Known, That on this eighteenth day of

the Month of May in the year of our Lord

one thousand nine hundred and ninety-four

BEFORE ME, Juliet Puissegur Bland

a Notary Public, duly commissioned and qualified, in and for the City

of New Orleans and the Parish ~~or County~~ of) Orleans

~~therein residing~~ and in the presence of the witnesses hereinafter

named and undersigned,

## Personally Came and Appeared:

First National Bank of Commerce, as trustee of the Thelma F. Lopiccolo Trust for the benefit of the New Orleans Archdiocesan Cemeteries as beneficiary of income and principal; and represented herein by John M. Cannizaro its duly authorized trust officer per resolution annexed as Exhibit "A";

AND

New Orleans Archdiocesan Cemeteries, a non-profit corporation duly incorporated under the laws of the State of Louisiana, represented herein by Michael D. Boudreaux, Director, its duly authorized agent per resolution annexed as Exhibit "B".

Recorded in Mortgage Office
Instrument No. 269175
NEW ORLEANS, LOUISIANA
DATE: 5-19-94
TIME: 1:31 pm

Who declare that they do by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto

Ethel Mae Nelson, wife of/and Jimmie Lee Coats (marital status per attached Statement 1)

here present accepting, and purchasing for their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property to-wit:

SALE #20110    50.00

A CERTAIN LOT OF GROUND with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET and JOURDAN (Lamanche) STREETS, designated as LOT THREE (3) on a blue print of survey made by E.G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public, January 26, 1925 and measuring Forty-one (41') feet fron on Charbonnet Street, same width in the rear and One Hundred Eight (108') feet, three (3") inches, One (1'") line in depth.

The Improvements bear the Municipal Nos. 1020-22 Charbonnet Street.

And according to a blue print of survey made by Gilbert and Kelly, Surveyors, dated August 8, 1940, said Lot Three (3) measures Forty-one feet (41') front on Charbonnet Street by a depth of One Hundred Eight feet, Three inches and One line (108'3"1'").

Being the same property acquired in part by the Bank of New Orleans and Trust Company by Judgment of Possession in the Succession of Thelma Fredolin Lopiccolo recorded on December 13, 1983 in C.O.B.792 at Folio 96 in the records of Orleans Parish.

Being the same property acquired in part by the New Orleans Archdiocesan Cemeteries, a Louisiana non-profit corporation, from the Roman Catholic Church of the Archdiocese of New Orleans by Transfer Agreement dated February 13, 1989, registered in the Conveyance Records of the Parish of Orleans, as Instrument No. 1475, Notarial Archives No. 790221, and subsequent Act of Correction by the Roman Catholic Church of the Archdiocese of New Orleans and New Orleans Archdiocesan Cemeteries dated February 6, 1990, registered in the Conveyance Records of the Parish of Orleans, as Instrument No. 16572, Notarial Archives No. 834315.

To have and to hold the above described property unto the said purchaser s and their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of SIXTEEN THOUSAND AND NO/100**********************************Dollars in part payment and deduction whereof the said Purchasers _____ have well and

## STATEMENT 1

ETHEL MAE NELSON COATS, a person of full age of majority and a resident of and domiciled in the Parish of Orleans, State of Louisiana, who declares unto me, Notary, that she has been married twice and then to Larry Franklin, from whom she was divorced in Proceedings No. 359371 of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana; and that she is presently married to and residing with Jimmie Lee Coats at her mailing address at 1020 Charbonnet Street, New Orleans, Louisiana 70117.

AND

JIMMIE LEE COATS, a person of full age of majority and a resident of and domiciled in the Parish of Orleans, State of Louisiana, who declares unto me, Notary, that he has been married three times and then to Muriel Davis, from whom he was divorced in Proceeding No. 88-4801 of the Civil District Court for the Parish of Orleans, State of Louisiana; and then to Sandra Sanders, from whom he was divorced in Proceeding No. 88-4968 in the Civil District Court for the Parish of Orleans, State of Louisiana; and that he is presently married to and residing with Ethel Mae Nelson Coats at his mailing address at 1020 Charbonnet Street, New Orleans, Louisiana 70117.

94-24976 MY 19

# CITY OF NEW ORLEANS

DEPARTMENT OF FINANCE — BUREAU OF TREASURY

REAL ESTATE TAX RESEARCH

| | TAXBILL NUMBER (CURRENT CODE) | | |
|---|---|---|---|
| | BOOK | | CODE |

| NAME AND ADDRESS OF OWNER TO WHOM PROPERTY IS CURRENTLY ASSESSED | AMOUNT NET TAX CURRENT YEAR | DATE ISSUED | | | NON PD | ASMT BKT | BOOK | KEY | NO |
|---|---|---|---|---|---|---|---|---|---|
| | | MONTH | DAY | YEAR | | | | | |
| ROMAN CATHOLIC CHURCH C/O N O ARCHDIOCESAN CEMETRI ES 1000 HOWARD AV STE 500 NEW ORLEANS     LA 70113 | 698.62 ASMT 4,330.00 | 03 25 94 | | | 3 | 9W | 2 | 044 | 08 |

DESCRIPTION OF PROPERTY

SQ 333 LOT 3 CHARBONNET
41X108
DBLE 4/RM EA T/R
1020-22 CHARBONNET ST

No.        2030

THIS RESEARCH INCLUDES THE STATUS
OF TAXES THROUGH 1994 AS OF 03 22 94
INCLUDING ALL ORLEANS LEVEE
BOARD TAXES FROM 1974 TO DATE

A RESEARCH OF CITY OF NEW ORLEANS REAL ESTATE
TAX RECORDS, IN THE CURRENTLY ASSESSED NAME
ONLY, MADE THIS DAY, ON THE PROPERTY DESCRIBED
HEREIN, DISCLOSES ALL CITY OF NEW ORLEANS REAL
ESTATE TAXES PAID, AND THE PROPERTY NOT ADJU-
DICATED TO THE CITY OF NEW ORLEANS EXCEPT AS
SHOWN TO THE LEFT HEREOF:

| TAX YEAR | TAX BILL NUMBER | AMOUNT TAX DUE TO CITY OF NEW ORLEANS | LIENS AND/OR TAX SALES |
|---|---|---|---|
| | | | |

THE CITY OF NEW ORLEANS ASSUMES NO RESPONSI-
BILITY FOR THE REDEMPTION OF TAX SALES TO ANY-
ONE OTHER THAN THE CITY OF NEW ORLEANS.

A TRUE AND CORRECT STATEMENT AS SHOWN BY
THE CITY OF NEW ORLEANS REAL ESTATE TAX REC-
ORDS.

CHIEF, BUREAU OF THE TREASURY, DEPARTMENT OF FINANCE

BY _____

FEE

$15.00

*Robert E. Tareza*
*228 St. Charles Ave.*
*Suite 1310*
*New Orleans, La 70130*

**CITY OF NEW ORLEANS**
DEPARTMENT OF FINANCE
BUREAU OF THE TREASURY
PAVING AND LIEN SECTION
ROOM 1W-22, CITY HALL

## STREET PAVING CERTIFICATE

*MAR 28 1994*

*3-9w-2-044-08*

New Orleans, La. *March 22* 19 *94*

In accordance with Act 116 of 1938, by research made this date by the Department of Finance through the office of the Comptroller, it is hereby certified that against the following described property, viz:

A certain lot or portion of ground is the record owner name of *The Roman Catholic Church & First National Bank* square No. *333*, is the *3rd* Municipal District, square bounded by *St. Claude Ave. & Clouring* *Charbonnet* and *N. Rampart Street & Jourdan* streets, designated, according to the title description thereof, as lot *3* measuring *41* feet front on *Charbonnet* street by the following depths *108 x 311 1,,,,,*

(Indicate if fronting on more than one street)

which said lot is also designated on the current assessment roll as lot No. *3* in the aforesaid square, and assessed thereon in the name of *The Roman Catholic Church & First National Bk Corporation* the records of the aforesaid department of Finance, there appears the following assessments against said property for p a v i n g and other local improvements:

Pursuant to Ordinance _____, approved *MAR 28 1994* there was ascertained and tabulated all unpaid installment assessments, past and future, as of _____, bearing against the above property, as follows:

SHOW DISTANCE FROM CORNER

Principal – – – – $ _____
Accrued Interest – – $ _____
Delinquent Interest – $ _____
New Principal – – – $ _____

PROPERTY DIAGRAM

Which, in accordance with the aforesaid Ordinance _____, has been extended and prorated into annual installments as follows:

| INSTALLMENTS | PRINCIPAL | ACCRUED INTEREST | | TOTAL | DUE OR PAID |
|---|---|---|---|---|---|
| Year 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | NO STREET PAVING | | | |
| 19 | | CHARGES | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| TOTAL | | | | | |

By _____
PAVING RESEARCH DEPT. (EXT. 89)

_____ COMPTROLLER

(THIS APPLICATION TO BE FILED IN DUPLICATE)

Form 805—16M                                                    Notary R. TARCZA

# STATE OF LOUISIANA - - - PARISH OF ORLEANS

## OFFICE OF THE REGISTER OF CONVEYANCES

### CERTIFICATES ONLY GOOD FOR SIXTY DAYS

New Orleans,_____MAR 24 1994_____19_____ 9 A.M.

I, GASPER J. SCHIRO, Register of Conveyances for the Parish of Orleans, certify that this certificate has been run exclusively in the exact names hereunder set forth and not in any variations of said names.

Where no middle initials have been furnished, identical names with middle initials have not been run and will not be unless specifically requested.

The Register of Conveyances will not be responsible for the record of any acts of sales inscribed in this office in Books prior to the year of nineteen hundred (1900).

Subject to these restrictions and exceptions, I certify that according to the indices in this office it does not appear that the following described property has been alienated by

**Name of Clerk**

First National Bank of Commerce (formerly The Bank of New Orleans and Trust Company) as Trustee for the Thelma F. Lopiccolo Trust - an undivided 1/2 interest;
The Roman Catholic Church of the Archdiocese of New Orleans - an undivided 1/2 interest in the following property:

A CERTAIN LOT OF GROUND with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET and JOURDAN (LaManche) STREETS, designated as LOT THREE (3) on a blue print of survey made by E. G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public, January 26, 1925 and measuring Forty-one (41') feet front on Charbonnet Street, same width in the rear and One Hundred Eight (108') feet, Three (3") inches, One (1'") line in depth.

The improvements bear the Municipal Nos. 1020-22 Charbonnet Street.

And according to a blue print of survey made by Gilbert and Kelly, Surveyors, dated August 8, 1940, said Lot Three (3) measures Forty-one feet (41') front on Charbonnet Street by a depth of One Hundred Eight feet, Three inches and One line (108'3"1'").

Being the same property acquired in part by the Bank of New Orleans and Trust Company by Judgment of Possession in the Succession of Thelma Fredolin Lopiccolo recorded on December 13, 1983 in C.O.B. 792 at Folio 96 in the records of Orleans Parish.

Being the same property acquired in part by The Roman Catholic Church of the Archdiocese of New Orleans by Judgment of Possession in the Succession of Joseph J. Lopiccolo on February 10, 1989.

**Remarks:**

PLeAse
DATE + Sign
AS of
5/18/94.

This certificate consists of _____ pages.        9+ 01CL1497        CERT        78.00

```
03/23/94              ORLEANS PARISH REGISTRAR OF CONVEYANCES        COMPUTER PAGE:   1
CLERK:YBF             GASPER J. SCHIRO, REGISTRAR OF CONVEYANCES
                             CERTIFICATE GENERATION
                     REG. NUMBER: 1-41    CERT. DATE: 03-22-1994
                     -----------------------------------------------

     THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING DATA INPUT:

     ------------------------------
INS:     1475    MISCELLANEOUS
NA#: 790221      V - ROMAN CATHOLIC CHURCH OF, THE ARCHDIOCESE - OF NEW ORLEANS
     02/14/1989  P - NEW ORLEANS ARCHDIOCESAN CEMET, ERIES -
     ------------------------------
INS:     1487    JUDGMENT
NA#: 790186      V - LOPICCOLO, JOSEPH J. -
     02/14/1989  P - ROMAN CATHOLIC CHURCH OF, THE ARCHDIOCESE - SEE ABSTRACT
                 P - FIRST NATIONAL BANK OF COMMERC, E - TRUSTEE
                 P - THELMA F. LOPICCOLO, TRUST -
     ------------------------------
INS:    16571    JUDGMENT
NA#: 834314      V - LOPICCOLO, JOSEPH J. -
     02/07/1990  P - ROMAN CATHOLIC CHURCH OF, THE ARCHDIOCESE - OF NEW ORLEA
     ------------------------------
INS:    16572    ACT OF CORRECTION/AMENDMENT
NA#: 834315      V - ROMAN CATHOLIC CHURCH OF, THE ARCHDIOCESE - NEW ORLEANS, BY:REV.MONSIGN
     02/07/1990  V - NEW ORLEANS ARCHDIOCESAN CEMET, ERIES -
     ------------------------------
TOTAL INSCRIPTIONS THIS SESSION:      4
```

DATED _____ MAR 2 4 1994 _____

D. R. C.

```
06/03/94                     ORLEANS PARISH REGISTRAR OF CONVEYANCES          COMPUTER PAGE:    1
CLERK:DOG .                  GASPER J. SCHIRO, REGISTRAR OF CONVEYANCES
                                      CERTIFICATE GENERATION
                             REG. NUMBER: 1-41     CERT. DATE: 03-22-1994
                      -------------------------------------------------------
       THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING DATA INPUT:
            COATS -
            LAST OF FIELDS
       ------------------------------
INS:    87193       SALE
NA#: 94-24976       V - THELMA F. LOPICCOLO TRUST,   - REP. BY
       05/19/1994   V - FIRST NATIONAL BANK OF COMMERC, E - TRUSTEE
                    V - NEW ORLEANS ARCHDIOCESAN CEMET, ERIES - BENEFICIARY AND PRINCIPAL
                    P - NELSON, ETHEL MAE -
                    P - FRANKLIN, ETHEL MAE N. - DIV/W/ 1ST. MARR. OF LARRY FRANKLIN
                    P - COATS, ETHEL MAE N. - W/O/A
                    P - COATS, JIMMIE LEE -
       ------------------------------
TOTAL INSCRIPTIONS THIS SESSION:      1
```

DATED 5/19/94

K. Jones for D.C.

/QO B                D.R.C.

*Please File Robert E Tarcza*

## MICHAEL P. McCROSSEN

# STATE OF LOUISIANA—PARISH OF ORLEANS

## RECORDER OF MORTGAGES 009358

I, MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CER-
TIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF
SAID NAMES.
WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN
RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.
SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY
OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EX-
CEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

Clerk

Cards

Remarks:

**Inscriptions recorded after September 20, 1987 are
reported on a separate Computer Generated Form**

607JA   809B   3366C

First National Bank of Commerce (formerly The Bank of New
Orleans and Trust Company) as Trustee for the Thelma F.
Lopiccolo Trust, an undivided 1/2 interest;
The Roman Catholic Church of the Archdiocese of New
Orleans an undivided 1/2 interest in the following
property:

A CERTAIN LOT OF GROUND with all the buildings and
improvements thereon and all of the rights, ways,
privileges, servitudes and advantages thereunto belonging
or in anywise appertaining, situated in the THIRD DISTRICT
in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET,
and NORTH RAMPART STREET and JOURDAN (LaManche) STREETS,
designated as LOT THREE (3) on a blue print of survey made
by E. G. Sandoz, Civil Engineer Surveyor, dated November
1, 1924, annexed to act of A. M. Buchman, Notary Public,
January 26, 1925 and measuring Forty-one (41') feet front
on Charbonnet Street, same width in the rear and One
Hundred Eight (108') feet, Three (3") inches, One (1'")
line in depth.

The improvements bear the Municipal Nos. 1020-22
Charbonnet Street.

And according to a blue print of survey made by Gilbert
and Kelly, Surveyors, dated August 8, 1940, said Lot Three
(3) measures Forty-one feet (41') front on Charbonnet
Street by a depth of One Hundred Eight feet, Three inches
and One line (108'3"1'").

Being the same property acquired in part by the Bank of
New Orleans and Trust Company by Judgment of Possession in
the Succession of Thelma Fredolin Lopiccolo recorded on
December 13, 1983 in C.O.B. 792 at Folio 96 in the records
of Orleans Parish.

Being the same property acquired in part by The Roman
Catholic Church of the Archdiocese of New Orleans by
Judgment of Possession in the Succession of Joseph J.
Lopiccolo on February 10, 1989.

*Please Date
&
Sis~ As of
5/18/94*

This certificate consists
of 2 page(s) 1 of 2 page(s).
9 A.M. New Orleans, LA
3-21 199

03-23-94 11CL6952 CERT          $3.00

Deputy Recorder



**PROMISSORY NOTE**



$16,000.00

June 1, 1994

ON DEMAND, WE promise to pay to the order of BEARER at the First National Bank of Commerce, 210 Baronne Street, New Orleans, Louisiana, SIXTEEN THOUSAND DOLLARS AND NO CENTS ($16,000.00) for value received, with interest at the rate of SEVEN AND ONE HALF (7 1/2%) percent per annum from date until paid, or if no demand in monthly installments of principal and interest at the rate of ONE HUNDRED FORTY EIGHT DOLLARS AND THIRTY-TWO CENTS ($148.32) per month for FIFTEEN YEARS from date until paid.

The makers of this note hereby severally waive presentment for payment, demand, notice of non-payment, protest, and all pleas of division and discussion, and agree that the time of payment hereof may be extended from time to time, one or more times, without notice of such extension or extensions and without previous consent hereby binding themselves, in solido, unconditionally and as original promissors, for the payment thereof in principal, interest, costs and attorney's fees. The parties hereto further severally agree that this note evidences and sets forth their entire agreement with the holder hereof, that they hereby consent to all the terms and conditions hereof, and that no modification hereof shall be binding unless hereon endorsed in writing and signed by the parties.

No delay on the part of the holder hereof in exercising any rights hereunder shall operate as a waiver of such rights.

Should this note not be paid at maturity or when due or demandable as herein provided, or should it become necessary to employ an attorney to enforce the same or recover the amount hereof or any portion of same, or should this note be placed in the hands of an attorney for collection or compromise or for any other reason the makers agree to pay the fees of such attorneys, which are to be a reasonable amount fixed by the court, with interest and all costs.

_____
JIMMIE LEE COATS

_____
ETHEL NELSON COATS

Ne varietur for identification with Act of Credit Sale passed before me, Notary, this 18th day of May, 1994.

_____
NOTARY PUBLIC

FORM 101C



### MICHAEL P. McCROSSEN

# STATE OF LOUISIANA–PARISH OF ORLEANS

## RECORDER OF MORTGAGES

I, MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CER-
TIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF
SAID NAMES.
    WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN
RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.
    SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY
OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EX-
CEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

---

### _Computer Generated Certificate for Inscriptions Recorded after September 20, 1987_

```
03/24/94                ORLEANS PARISH RECORDER OF MORTGAGES OFFICE      COMPUTER PAGE:    1
CLERK:GEK               MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES
                              CERTIFICATE GENERATION
                   REG. NUMBER: 9358    CERT. DATE: 03-23-1994
            ---------------------------------------------------------

     THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING NAMES INPUT:
          FIRST NATIONAL BANK OF COMMERCE,
          BANK OF NEW ORLEANS AND TRUST,
          LOPICCOLO,
          ROMAN CATHOLIC CHURCH,
          ROMAN CATHOLIC CHURCH,
          LAST OF NAMES,

          ------------------------
     TOTAL INSCRIPTIONS THIS SESSION:       0
```

This certificate consists
of _2_ page(s) _2_ of _2_ page(s).
.M. New Orleans, LA
_3-21_ 199_4_

[ ]uty Recorder

4 - 24976  RM 19

FORM 101 C



### MICHAEL P. McCROSSEN

# STATE OF LOUISIANA—PARISH OF ORLEANS

## RECORDER OF MORTGAGES

I, MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CERTIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF SAID NAMES.

WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.

SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EXCEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

_Computer Generated Certificate for Inscriptions Recorded after September 20, 1987_

```
05/26/94                     ORLEANS PARISH RECORDER OF MORTGAGES OFFICE      COMPUTER PAGE:    1
CLERK:JTA                    MICHAEL P. MCCROSSEN, RECORDER OF MORTGAGES
                                     CERTIFICATE GENERATION
                             REG. NUMBER: 9358      CERT. DATE: 03-23-1994
          -------------------------------------------------------------

     THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING NAMES INPUT:
          FIRST NATIONAL BANK,
          FIRST NATIONAL BANK OF COMMERCE,
          BANK OF NEW ORLEANS AND TRUST,
          LOPICCOLO, T
          LOPICCOLO,
          ROMAN CATHOLIC CHURCH,
          LAST OF NAMES,

     --------------------------
     TOTAL INSCRIPTIONS THIS SESSION:        0
```

DATE & SIGNED
9 A.M. NEW ORLEANS, LA
5-18              19 94
DEPUTY RECORDER

*PLease File ⟶ Robert E. TARCZA*
*18⁰²*

Notary *Juliet Bland*

Form 805—1926

# STATE OF LOUISIANA - - - PARISH OF ORLEANS

## OFFICE OF THE REGISTER OF CONVEYANCES

### CERTIFICATES ONLY GOOD FOR SIXTY DAYS

New Orleans MAY 03 1994 _____19____ 9 A.M.

I, GASPER J. SCHIRO, Register of Conveyances for the Parish of Orleans, certify that this certificate has been run exclusively in the exact names hereunder set forth and not in any variations of said names.

Where no middle initials have been furnished, identical names with middle initials have not been run and will not be unless specifically requested.

The Register of Conveyances will not be responsible for the record of any acts of sales inscribed in this office in Books prior to the year of nineteen hundred (1900).

Subject to these restrictions and exceptions, I certify that according to the indices in this office it does not appear that the following described property has been alienated by

**Name of Clerk**

New Orleans Archdiocesan Cemeteries - an undivided 1/2 interest in the following property:

A CERTAIN LOT OF GROUND with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET and JOURDAN (LaManche) STREETS, designated as LOT THREE (3) on a blue print of survey made by E. G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public, January 26, 1925 and measuring Forty-one (41') feet front on Charbonnet Street, same width in the rear and One Hundred Eight (108') feet, Three (3") inches, One (1'") line in depth.

The improvements bear the Municipal Nos. 1020-22 Charbonnet Street.

And according to a blue print of survey made by Gilbert and Kelly, Surveyors, dated August 8, 1940, said Lot Three (3) measures Forty-one feet (41') front on Charbonnet Street by a depth of One Hundred Eight feet, Three inches and One line (108'3"1'").

Being the same property acquired in part by the Bank of New Orleans and Trust Company by Judgment of Possession in the Succession of Thelma Fredolin Lopiccolo recorded on December 13, 1983 in C.O.B. 792 at Folio 96 in the records of Orleans Parish.

Being the same property acquired in part by the New Orleans Archdiocesan Cemeteries by Transfer Agreement by and between the Roman Catholic Church of the Archdiocese of New Orleans and New Orleans Archdiocesan Cemeteries on February 13, 1989 and recorded on February 14, 1989 in the Conveyance Records of the Parish of Orleans, as Instrument No. 1475, Notarial Archives No. 790221.

**Remarks:**

*PLease DATe + SigNe As of 5/19/94*

This certificate consists of __3__ pages.

CERT #18   18.00

```
05/10/94                    ORLEANS PARISH REGISTRAR OF CONVEYANCES      COMPUTER PAGE:    1
CLERK:PEF.                  GASPER J. SCHIRO, REGISTRAR OF CONVEYANCES
                                    CERTIFICATE GENERATION
                            REG. NUMBER: 1-41     CERT. DATE: 05-09-1994
                     --------------------------------------------------------

        THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING DATA INPUT:

--------------------------------
INS:     1475     MISCELLANEOUS
NA#: 790221          V - ROMAN CATHOLIC CHURCH OF, THE ARCHDIOCESE - OF NEW ORLEANS
     02/14/1989     P - NEW ORLEANS ARCHDIOCESAN CEMET, ERIES -
--------------------------------
INS:    16572     ACT OF CORRECTION/AMENDMENT
NA#: 834315          V - ROMAN CATHOLIC CHURCH OF, THE ARCHDIOCESE - NEW ORLEANS, BY:REV.MONSIGN
     02/07/1990     V - NEW ORLEANS ARCHDIOCESAN CEMET, ERIES -
--------------------------------
TOTAL INSCRIPTIONS THIS SESSION:     2
```

DATED MAY 03 1994

V D. R. C.

```
06/03/94                    ORLEANS PARISH REGISTRAR OF CONVEYANCES           COMPUTER PAGE:    1
CLERK:DOG                   GASPER J. SCHIRO, REGISTRAR OF CONVEYANCES
                                      CERTIFICATE GENERATION
                            REG. NUMBER: 1-41      CERT. DATE: 03-22-1994
                    --------------------------------------------------------
        THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING DATA INPUT:
        ----------------------------
INS:       87193            SALE
NA#: 94-24976              V - THELMA F. LOPICCOLO TRUST,  - REP. BY
        05/19/1994         V - FIRST NATIONAL BANK OF COMMERC, E - TRUSTEE
                           V - NEW ORLEANS ARCHDIOCESAN CEMET, ERIES - BENEFICIARY AND PRINCIPAL
                           P - NELSON, ETHEL MAE -
                           P - FRANKLIN, ETHEL MAE N. - DIV/W/ 1ST. MARR. OF LARRY FRANKLIN
                           P - COATS, ETHEL MAE N. - W/O/A
                           P - COATS, JIMMIE LEE -
        ----------------------------
TOTAL INSCRIPTIONS THIS SESSION:        1
```

DATED 5/19/94
K. Jones for D.V.
D. R. G.

FORM 101A

*PLease File:*
*RobertE, Tarcza*

*Joint Bland*
*of X 1310*
*335 St Charles*
*Ave*
*New Orleans, LA*
*70130*

## MICHAEL P. McCROSSEN

# STATE OF LOUISIANA—PARISH OF ORLEANS

## RECORDER OF MORTGAGES                010791

I, MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CER-
TIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF
SAID NAMES.
WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN
RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.
SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY
OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EX-
CEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

Clerk
*Darin*

Cards _____

Remarks:

*11752*
*2446-305*
*2453-131*
*2336-89*
*2327-119*
*2347-109*
*2253-311*
*2358-648*
*2377-131*
*2417-611*

Inscriptions recorded after September 20, 1987 are
reported on a separate Computer Generated Form
*11752*

New Orleans Archdiocesan Cemeteries - an undivided 1/2
interest in the following property:

A CERTAIN LOT OF GROUND with all the buildings and
improvements thereon and all of the rights, ways,
privileges, servitudes and advantages thereunto belonging
or in anywise appertaining, situated in the THIRD DISTRICT
in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET,
and NORTH RAMPART STREET and JOURDAN (LaManche) STREETS,
designated as LOT THREE (3) on a blue print of survey made
by E. G. Sandoz, Civil Engineer Surveyor, dated November
1, 1924, annexed to act of A. M. Buchman, Notary Public,
January 26, 1925 and measuring Forty-one (41') feet front
on Charbonnet Street, same width in the rear and One
Hundred Eight (108') feet, Three (3") inches, One (1'")
line in depth.

The improvements bear the Municipal Nos. 1020-22
Charbonnet Street.

And according to a blue print of survey made by Gilbert
and Kelly, Surveyors, dated August 8, 1940, said Lot Three
(3) measures Forty-one feet (41') front on Charbonnet
Street by a depth of One Hundred Eight feet, Three inches
and One line (108'3"1'").

Being the same property acquired in part by the Bank of
New Orleans and Trust Company by Judgment of Possession in
the Succession of Thelma Fredolin Lopiccolo recorded on
December 13, 1983 in C.O.B. 792 at Folio 96 in the records
of Orleans Parish.

Being the same property acquired in part by the New
Orleans Archdiocesan Cemeteries by Transfer Agreement by
and between the Roman Catholic Church of the Archdiocese
of New Orleans and New Orleans Archdiocesan Cemeteries on
February 13, 1989 and recorded on February 14, 1989 in the

*PLease*
*Date 2*
*Sig ~*
*as of*
*5/19/94*

This certificate consists
of 2 page(s) 1 of 2 page(s).
9 A.M. New Orleans, LA
*May 6 1994*
*D. McAlan*
Deputy Recorder

05-09-94  11CL4119 CERT                18.00

FORM 101 C.



## MICHAEL P. McCROSSEN

# STATE OF LOUISIANA—PARISH OF ORLEANS

## RECORDER OF MORTGAGES

I, MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CERTIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF SAID NAMES.

WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.

SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EXCEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

---

*Computer Generated Certificate for Inscriptions Recorded after September 20, 1987*

```
05/11/94           ORLEANS PARISH RECORDER OF MORTGAGES OFFICE       COMPUTER PAGE:   1
CLERK:DM           MICHAEL P. MCCROSSEN, RECORDER OF MORTGAGES
                             CERTIFICATE GENERATION
                   REG. NUMBER: 10791      CERT. DATE: 05-09-1994
                   --------------------------------------------------

       THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING NAMES INPUT:
          NEW ORLEANS ARCH,
          LAST OF NAMES,

       --------------------------
TOTAL INSCRIPTIONS THIS SESSION:        0
```

This certificate consists
of 2 page(s) 2 of 2 page(s).
9 A.M. New Orleans, LA

Deputy Recorder

94-24976 19

FORM 101 C



## MICHAEL P. McCROSSEN

# STATE OF LOUISIANA—PARISH OF ORLEANS

## RECORDER OF MORTGAGES

I, MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CER-
TIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF
SAID NAMES.
WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN
RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.
SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY
OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EX-
CEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

### _Computer Generated Certificate for Inscriptions Recorded after September 20, 1987_

```
05/26/94            ORLEANS PARISH RECORDER OF MORTGAGES OFFICE      COMPUTER PAGE:    1
CLERK:JTA           MICHAEL P. MCCROSSEN, RECORDER OF MORTGAGES
                          CERTIFICATE GENERATION
                 REG. NUMBER: 10791    CERT. DATE: 05-09-1994
                 ------------------------------------------------

     THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING NAMES INPUT:
          NEW ORLEANS ARCHDIOCESAN CEMETERIES,
          NEW ORLEANS ARCHDIOCESAN,
          LAST OF NAMES,

     -------------------------
     TOTAL INSCRIPTIONS THIS SESSION:       0
```

DATE & SIGNED
9 A.M. NEW ORLEANS, LA
5-9 19 94
DEPUTY RECORDER

EXHIBIT ___"_A_"__ 

**EXTRACTS FROM BY-LAWS OF**
**FIRST NATIONAL BANK OF COMMERCE**
**NEW ORLEANS, LOUISIANA**
**AS ADOPTED OCTOBER 20, 1986**

Section 8.2.   As Fiduciary, Trustee, Registrar, and Transfer Agent.  The Chairman and Chief Executive Officer and such officers as he may from time to time designate shall have the authority to sign, execute, countersign, acknowledge, verify, deliver, or accept on behalf of the Association:

A.   All agreements, indentures, mortgages, deeds, advances, powers of attorney, transfers, certificates, discharges, releases, satisfactions, settlements, bonds, undertakings, proxies, and other instruments or documents in connection with the exercise of any of the fiduciary powers of the Association; and

B.   All authentications, registrations, or certificates by the Association as Trustee under any mortgage or deed of trust, indenture or other instrument, securing bonds, debentures, notes or other obligations of any person, firm, or corporation, all certificates as Registrar or Transfer Agent and all certificates of deposit for stocks and bonds, interim receipts, trust certificates, and similar certificates.

I, Samuel Whichard, as Assistant Secretary of First National Bank of Commerce and First Commerce Corporation, New Orleans, Louisiana, do hereby certify that the foregoing is a true extract from the By-Laws of First National Bank of Commerce, New Orleans, Louisiana, as adopted October 20, 1986.

IN WITNESS WHEREOF, I have hereunto signed by hand and affixed the seal of this Bank, this _17th_ day of _May_, 1994.

Samuel Whichard
Assistant Secretary and Vice President
First National Bank of Commerce
New Orleans, Louisiana

CERTIFICATE OF SECRETARY
OF FIRST NATIONAL BANK OF COMMERCE
NEW ORLEANS, LOUISIANA

I, Samuel Whichard, as Assistant Secretary of First National Bank of Commerce (the "Association") and First Commerce Corporation (the "Corporation"), New Orleans, Louisiana, hereby certify that the following is a copy of the Certificate of Designation duly executed by, and bearing the true and correct signature of Howard C. Gaines, Chairman and Chief Executive Officer of the Association, and is a valid and authorized designation in the form contemplated by Sections 8.2.A. and 8.2.B. of the By-Laws of the Association, to wit:

"I, Howard C. Gaines, do hereby certify that I am the duly elected and qualified Chairman and Chief Executive Officer of First National Bank of Commerce, New Orleans, a national banking Association, and that Clifton J. Saik and John C. Portwood are duly elected, qualified, and acting Senior Vice Presidents and Trust Officers of said Association; and that Kimberly J. Austin, Richard W. Fox, Kim D. Garcia, Colin J. Hedlund, Richard T. Hill, Katherine Hovas, Henry G. McCall, II, Michael J. McCoy, Joseph M. Meade, Victor J. Miller, Denis L. Milliner, Christine C. Montz, Rebecca A. Norton, Hal C. Reed, Kevin P. Reed, Lee R. Spence, Russell M. Wenner and Samuel Whichard are duly elected, qualified, and acting Vice Presidents and Trust Officers of said Association; and that Monica D. Chappetta, Dorothy M. Clyne, Mary C. Gallagher-Eymard, Robert E. Ferrara, Elaine S. Harrison, Catherine Hennessey, Stella K. LeBlanc, Tina M. Mayerhafer Warren P. Miguez, Jane M. Robbins and Patricia Rye are duly elected, qualified, and acting Assistant Vice Presidents and Trust Officers of said Association; and that Kris Babin, Daniel L. Beyer, B. Gayle Bishop, Timothy C. Brennan, John M. Cannizaro, Kala W. Cardon, David Cook, Emily R. Crane, Donna D. Cuchinetto, Vernon A. Diaz, Gregg A. Fischer, Althenia Franklin, Scott Hentges, Ann P. Jardot, Janet Jenkins, Mike Lopez, Peggy E. Neal, Michael P. Scott and Martin C. Sirera are duly elected, qualified, and acting Trust Officers of said Association; and that all are and have been continually since May 17, 1993, duly appointed and designated by me pursuant to Sections 8.2.A. and 8.2.B. of the By-Laws of the Bank, to sign, countersign, execute, acknowledge, verify, deliver, and/or accept for and on behalf of the Bank any of the instruments described in said Sections 8.2.A. and 8.2.B. of said By-Laws, each of said Officers to have the power to act singly, and without the joinder of the others, as to any of the foregoing."

I further certify that said Certificate of Designation was duly executed by said Howard C. Gaines on July 14, 1993, and that said Certificate has been and still is as of the date hereof, in full force and effect, and has not been replaced, altered, or modified to any extent whatsoever.

IN WITNESS WHEREOF, I have hereunto signed by hand this _17th_ day of _May_ 1994.

_Samuel Whichard_

Samuel Whichard
Assistant Secretary and Vice President
First National Bank of Commerce
New Orleans, Louisiana

05/19/94    08:35                                              002

EXHIBIT __"B"__

### EXTRACT

EXTRACT OF MINUTES OF THE MEETING OF THE MEMBERSHIP AND BOARD OF
DIRECTORS OF NEW ORLEANS ARCHDIOCESAN CEMETERIES HELD AT THE
DOMICILE OF SAID CORPORATION IN THE PARISH OF ORLEANS, STATE OF
LOUISIANA, ON THE 18TH DAY OF MAY, 1994.

RESOLVED, that this Corporation sell for the price and sum of
SIXTEEN THOUSAND AND NO/100 ($16,000.00) DOLLARS, the following
described property, to-wit:

A CERTAIN LOT OF GROUND with all the buildings and
improvements thereon and all of the rights, ways, privileges,
servitudes and advantages thereunto belonging or in anywise
appertaining, situated in the THIRD DISTRICT in Square 333,
bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART
STREET and JOURDAN (Lamanche) STREETS, designated as LOT THREE
(3) on a blue print of survey made by E. G. Sandoz, Civil
Engineer Surveyor, dated November 1, 1924, annexed to act of
A. M. Buchman, Notary Public, January 26, 1925 and measuring
Forty-one (41') feet front on Charbonnet Street, same width
in the rear and One Hundred Eight (108') feet, three (3")
inches, One (1''') line in depth.

The improvements bear the Municipal Nos. 1020-22 Charbonnet
Street.

And according to a blue print of survey made by Gilbert and
Kelly, Surveyors, dated August 8, 1940, said Lot Three (3)
measures Forty-one feet (41') front on Charbonnet Street by
a depth of One Hundred Eight feet, Three Inches and One line
(108'3"1''').

Being the same property acquired in part by the Bank of New
Orleans and Trust Company by Judgment of Possession in the
Succession of Thelma Fredolin Lopiccolo recorded on December
13, 1983 in C.O.B. 792 at Folio 96 in the records of Orleans
Parish.

Being the same property acquired in part by the New Orleans
Archdiocesan Cemeteries, a Louisiana non-profit corporation,
from The Roman Catholic Church of the Archdiocese of New
Orleans by Transfer Agreement dated February 13, 1989,
registered in the Conveyance Records of the Parish of Orleans,
as Instrument No. 1475, Notarial Archives No. 790221, and
subsequent Act of Correction by The Roman Catholic Church of
the Archdiocese of New Orleans and New Orleans Archdiocesan
Cemeteries dated February 6, 1990, registered in the
Conveyance Records of the Parish of Orleans, as Instrument No.
16572, Notarial Archives No. 834315.

RESOLVED FURTHER, that Michael D. Boudreaux, Agent of this
Corporation, is hereby authorized, instructed and empowered to sign
the act of sale for and in the name of this Corporation, and to
receive the purchase price therefor.

FURTHER GIVING AND GRANTING unto Michael D. Boudreaux, Agent
of this Corporation, full power and authority to sign any and all
documents and to take any and all actions necessary and proper in
the premises.

FURTHER RATIFYING AND CONFIRMING all that the said Michael D.
Boudreaux, Agent of this Corporation, in his said capacity may do
or cause to be done in the premises.

I, the undersigned Secretary of New Orleans Archdiocesan
Cemeteries, do hereby certify that the above and foregoing is a
true and correct copy of a resolution presented at, and unanimously
adopted by, a meeting of the Membership and Board of Directors of
said corporation, which meeting was held on the 18th day of May,
1994, at the domicile of the Corporation, and which meeting was
duly called, held and convened after due notice of the purpose of

05/19/94    08:35                                      003

said meeting had been given to the Membership and Board of
Directors in conformity with the Articles of Incorporation and the
provisions of Louisiana law, and that said resolution remains in
full force and effect.

WITNESS MY HAND AND SEAL, this 18th day of May, 1994.

SECRETARY

| Number | Principal | EXHIBIT " C " Interest | Loan Balance |
|---|---|---|---|
| 1 | 48.32 | 100.00 | 15951.68 |
| 2 | 48.62 | 99.70 | 15903.06 |
| 3 | 48.93 | 99.39 | 15854.13 |
| 4 | 49.23 | 99.09 | 15804.90 |
| 5 | 49.54 | 98.78 | 15755.36 |
| 6 | 49.85 | 98.47 | 15705.51 |
| 7 | 50.16 | 98.16 | 15655.35 |
| 8 | 50.47 | 97.85 | 15604.88 |
| 9 | 50.79 | 97.53 | 15554.09 |
| 10 | 51.11 | 97.21 | 15502.98 |
| 11 | 51.43 | 96.89 | 15451.55 |
| 12 | 51.75 | 96.57 | 15399.80 |
| 13 | 52.07 | 96.25 | 15347.73 |
| 14 | 52.40 | 95.92 | 15295.33 |
| 15 | 52.72 | 95.60 | 15242.61 |
| 16 | 53.05 | 95.27 | 15189.56 |
| 17 | 53.39 | 94.93 | 15136.17 |
| 18 | 53.72 | 94.60 | 15082.45 |
| 19 | 54.05 | 94.27 | 15028.40 |
| 20 | 54.39 | 93.93 | 14974.01 |
| 21 | 54.73 | 93.59 | 14919.28 |
| 22 | 55.07 | 93.25 | 14864.21 |
| 23 | 55.42 | 92.90 | 14808.79 |
| 24 | 55.77 | 92.55 | 14753.02 |
| 25 | 56.11 | 92.21 | 14696.91 |
| 26 | 56.46 | 91.86 | 14640.45 |
| 27 | 56.82 | 91.50 | 14583.63 |
| 28 | 57.17 | 91.15 | 14526.46 |
| 29 | 57.53 | 90.79 | 14468.93 |
| 30 | 57.89 | 90.43 | 14411.04 |
| 31 | 58.25 | 90.07 | 14352.79 |
| 32 | 58.62 | 89.70 | 14294.17 |
| 33 | 58.98 | 89.34 | 14235.19 |
| 34 | 59.35 | 88.97 | 14175.84 |
| 35 | 59.72 | 88.60 | 14116.12 |
| 36 | 60.09 | 88.23 | 14056.03 |
| 37 | 60.47 | 87.85 | 13995.56 |
| 38 | 60.85 | 87.47 | 13934.71 |
| 39 | 61.23 | 87.09 | 13873.48 |
| 40 | 61.61 | 86.71 | 13811.87 |
| 41 | 62.00 | 86.32 | 13749.87 |
| 42 | 62.38 | 85.94 | 13687.49 |
| 43 | 62.77 | 85.55 | 13624.72 |
| 44 | 63.17 | 85.15 | 13561.55 |

Page 1

| Number | Principal | Interest | Loan Balance |
|---:|---:|---:|---:|
| 45 | 63.56 | 84.76 | 13497.99 |
| 46 | 63.96 | 84.36 | 13434.03 |
| 47 | 64.36 | 83.96 | 13369.67 |
| 48 | 64.76 | 83.56 | 13304.91 |
| 49 | 65.16 | 83.16 | 13239.75 |
| 50 | 65.57 | 82.75 | 13174.18 |
| 51 | 65.98 | 82.34 | 13108.20 |
| 52 | 66.39 | 81.93 | 13041.81 |
| 53 | 66.81 | 81.51 | 12975.00 |
| 54 | 67.23 | 81.09 | 12907.77 |
| 55 | 67.65 | 80.67 | 12840.12 |
| 56 | 68.07 | 80.25 | 12772.05 |
| 57 | 68.49 | 79.83 | 12703.56 |
| 58 | 68.92 | 79.40 | 12634.64 |
| 59 | 69.35 | 78.97 | 12565.29 |
| 60 | 69.79 | 78.53 | 12495.50 |
| 61 | 70.22 | 78.10 | 12425.28 |
| 62 | 70.66 | 77.66 | 12354.62 |
| 63 | 71.10 | 77.22 | 12283.52 |
| 64 | 71.55 | 76.77 | 12211.97 |
| 65 | 72.00 | 76.32 | 12139.97 |
| 66 | 72.45 | 75.87 | 12067.52 |
| 67 | 72.90 | 75.42 | 11994.62 |
| 68 | 73.35 | 74.97 | 11921.27 |
| 69 | 73.81 | 74.51 | 11847.46 |
| 70 | 74.27 | 74.05 | 11773.19 |
| 71 | 74.74 | 73.58 | 11698.45 |
| 72 | 75.20 | 73.12 | 11623.25 |
| 73 | 75.67 | 72.65 | 11547.58 |
| 74 | 76.15 | 72.17 | 11471.43 |
| 75 | 76.62 | 71.70 | 11394.81 |
| 76 | 77.10 | 71.22 | 11317.71 |
| 77 | 77.58 | 70.74 | 11240.13 |
| 78 | 78.07 | 70.25 | 11162.06 |
| 79 | 78.56 | 69.76 | 11083.50 |
| 80 | 79.05 | 69.27 | 11004.45 |
| 81 | 79.54 | 68.78 | 10924.91 |
| 82 | 80.04 | 68.28 | 10844.87 |
| 83 | 80.54 | 67.78 | 10764.33 |
| 84 | 81.04 | 67.28 | 10683.29 |
| 85 | 81.55 | 66.77 | 10601.74 |
| 86 | 82.06 | 66.26 | 10519.68 |
| 87 | 82.57 | 65.75 | 10437.11 |
| 88 | 83.09 | 65.23 | 10354.02 |

Page 2

| Number | Principal | Interest | Loan Balance |
|--------|-----------|----------|--------------|
| 89 | 83.61 | 64.71 | 10270.41 |
| 90 | 84.13 | 64.19 | 10186.28 |
| 91 | 84.66 | 63.66 | 10101.62 |
| 92 | 85.18 | 63.14 | 10016.44 |
| 93 | 85.72 | 62.60 | 9930.72 |
| 94 | 86.25 | 62.07 | 9844.47 |
| 95 | 86.79 | 61.53 | 9757.68 |
| 96 | 87.33 | 60.99 | 9670.35 |
| 97 | 87.88 | 60.44 | 9582.47 |
| 98 | 88.43 | 59.89 | 9494.04 |
| 99 | 88.98 | 59.34 | 9405.06 |
| 100 | 89.54 | 58.78 | 9315.52 |
| 101 | 90.10 | 58.22 | 9225.42 |
| 102 | 90.66 | 57.66 | 9134.76 |
| 103 | 91.23 | 57.09 | 9043.53 |
| 104 | 91.80 | 56.52 | 8951.73 |
| 105 | 92.37 | 55.95 | 8859.36 |
| 106 | 92.95 | 55.37 | 8766.41 |
| 107 | 93.53 | 54.79 | 8672.88 |
| 108 | 94.11 | 54.21 | 8578.77 |
| 109 | 94.70 | 53.62 | 8484.07 |
| 110 | 95.29 | 53.03 | 8388.78 |
| 111 | 95.89 | 52.43 | 8292.89 |
| 112 | 96.49 | 51.83 | 8196.40 |
| 113 | 97.09 | 51.23 | 8099.31 |
| 114 | 97.70 | 50.62 | 8001.61 |
| 115 | 98.31 | 50.01 | 7903.30 |
| 116 | 98.92 | 49.40 | 7804.38 |
| 117 | 99.54 | 48.78 | 7704.84 |
| 118 | 100.16 | 48.16 | 7604.68 |
| 119 | 100.79 | 47.53 | 7503.89 |
| 120 | 101.42 | 46.90 | 7402.47 |
| 121 | 102.05 | 46.27 | 7300.42 |
| 122 | 102.69 | 45.63 | 7197.73 |
| 123 | 103.33 | 44.99 | 7094.40 |
| 124 | 103.98 | 44.34 | 6990.42 |
| 125 | 104.63 | 43.69 | 6885.79 |
| 126 | 105.28 | 43.04 | 6780.51 |
| 127 | 105.94 | 42.38 | 6674.57 |
| 128 | 106.60 | 41.72 | 6567.97 |
| 129 | 107.27 | 41.05 | 6460.70 |
| 130 | 107.94 | 40.38 | 6352.76 |
| 131 | 108.62 | 39.70 | 6244.14 |
| 132 | 109.29 | 39.03 | 6134.85 |

Page 3

| Number | Principal | Interest | Loan Balance |
|---|---|---|---|
| 133 | 109.98 | 38.34 | 6024.87 |
| 134 | 110.66 | 37.66 | 5914.21 |
| 135 | 111.36 | 36.96 | 5802.85 |
| 136 | 112.05 | 36.27 | 5690.80 |
| 137 | 112.75 | 35.57 | 5578.05 |
| 138 | 113.46 | 34.86 | 5464.59 |
| 139 | 114.17 | 34.15 | 5350.42 |
| 140 | 114.88 | 33.44 | 5235.54 |
| 141 | 115.60 | 32.72 | 5119.94 |
| 142 | 116.32 | 32.00 | 5003.62 |
| 143 | 117.05 | 31.27 | 4886.57 |
| 144 | 117.78 | 30.54 | 4768.79 |
| 145 | 118.52 | 29.80 | 4650.27 |
| 146 | 119.26 | 29.06 | 4531.01 |
| 147 | 120.00 | 28.32 | 4411.01 |
| 148 | 120.75 | 27.57 | 4290.26 |
| 149 | 121.51 | 26.81 | 4168.75 |
| 150 | 122.27 | 26.05 | 4046.48 |
| 151 | 123.03 | 25.29 | 3923.45 |
| 152 | 123.80 | 24.52 | 3799.65 |
| 153 | 124.57 | 23.75 | 3675.08 |
| 154 | 125.35 | 22.97 | 3549.73 |
| 155 | 126.13 | 22.19 | 3423.60 |
| 156 | 126.92 | 21.40 | 3296.68 |
| 157 | 127.72 | 20.60 | 3168.96 |
| 158 | 128.51 | 19.81 | 3040.45 |
| 159 | 129.32 | 19.00 | 2911.13 |
| 160 | 130.13 | 18.19 | 2781.00 |
| 161 | 130.94 | 17.38 | 2650.06 |
| 162 | 131.76 | 16.56 | 2518.30 |
| 163 | 132.58 | 15.74 | 2385.72 |
| 164 | 133.41 | 14.91 | 2252.31 |
| 165 | 134.24 | 14.08 | 2118.07 |
| 166 | 135.08 | 13.24 | 1982.99 |
| 167 | 135.93 | 12.39 | 1847.06 |
| 168 | 136.78 | 11.54 | 1710.28 |
| 169 | 137.63 | 10.69 | 1572.65 |
| 170 | 138.49 | 9.83 | 1434.16 |
| 171 | 139.36 | 8.96 | 1294.80 |
| 172 | 140.23 | 8.09 | 1154.57 |
| 173 | 141.10 | 7.22 | 1013.47 |
| 174 | 141.99 | 6.33 | 871.48 |
| 175 | 142.87 | 5.45 | 728.61 |
| 176 | 143.77 | 4.55 | 584.84 |

| Number | Principal | Interest | Loan Balance |
|--------|-----------|----------|--------------|
| 177 | 144.66 | 3.66 | 440.18 |
| 178 | 145.57 | 2.75 | 294.61 |
| 179 | 146.48 | 1.84 | 148.13 |
| 180 | 148.13 | 0.93 | 0.00 |

Page 5

Agreement
To Purchase
**EXHIBIT** _____"D"_____ New Orleans, La __February 11____ 19__94__

1   We____ offer and agree to purchase__1020-22 Charbonnet Street (Lot 3, SQ. 333)_____

2   _____

3   _____On   grounds

4   measuring   approximately__31' x 108'_____or as per title, and subject to title

5   restrictions  if any, for the  sum of__Sixteen Thousand Dollars_____($ 16,000.00_____)

6   Dollars, on the terms of__No_____<ins>down/ONE 2/28/88</ins> cash  down with owner financing $16,000.00

7   at 7.5% interest for a period of fifteen (15) years. <ins>Purchaser to maintain Fire Insurance and</ins>

8   <ins>Flood Insurance on property in an amount no less than $16,000.00, with Seller named</ins>

9   <ins>as mortgagee.</ins>     Interest  and  principal  payable  in  equal__monthly_____installments, over a period of_15_

10  years.

11

12       This property to be sold in "As is" condition with Waiver of Redhibition  by purchasers to be

13  made a part of the body of the sale document  This offer is predicated  upon the approval of the FNBC

14  Trust Administrative Committee and the New Orleans Archdiocesan Cemeteries.

15

16       Act of Sale to be passed before __seller's____Notary, on or prior to __April 1__19_94_at

17  expense of seller.

18

19       The seller shall deliver to purchaser a merchantable title.

20

21  This offer remains binding and irrevocable through__March 1, 1994_

22

23  Submitted to Thelma F. Lopiccolo Trust, FNBC Trustee__  (Signed)_____

24            (Owner)

25  and New Orleans Archdiocesan Cemeteries                  _Ethel Boats_

26                                                          _Jimmie Coats_

27                            New Orleans, La _Ethel Boats_

28

29  I/We accept the above offer in all its terms and conditions.

30            LOPICCOLO  TRUST

31

32  (Signed)_John M. Cannizaro, Asst V.P. & Trust Officer_

33        FIRST NATIONAL BANK OF COMMERCE, TRUSTEE

34

35

36  _____Michael D. Boudreaux_____ - Director

37

38        NEW ORLEANS  ARCHDIOCESAN  CEMETERIES

LOPTRST.FM

truly paid, in ready and current money, the sum of __No Down Payment_____

_____Dollars

~~to the said xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx who hereby acknowledges the receipt
thereof and grants xxxxxx full acquittance and discharge therefor.x~~

   And for the balance of said purchase price to-wit: the sum of __SIXTEEN THOUSAND__

__AND NO/100 ($16,000.00)*******************************__Dollars

the said purchaser have furnished __one_____Promissory Note   for the sum of

__SIXTEEN THOUSAND AND NO/100 ($16,000.00)***********************

_____Dollars

drawn by the purchaser to the order of __Bearer_____

Dated __June 1, 1994_____ and payable __on demand or if no demand__

__in monthly installments of principal and interest of $148.32__

__for fifteen years from date until paid__

which said note stipulate s to bear interest at the rate of __7 1/2__per cent per annum from

__date_____until paid, and after having been paraphed "Ne Varietur"

by me, Notary to be herewith identified __and has_____been delivered to the said vendors

who hereby acknowledge   the receipt thereof.

   The purchaser s hereby bind __themselves_____ to keep the buildings on the above
described property constantly insured against risk of loss by fire up to the amount of the note
herein xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx granted of
the xixxxxxxxxxxxxx and to transfer such insurance to the present vendors or any other holder
or holders of above described note   amounts of such note , said purchaser hereby authorizing
said vendor s, or any future holder or holders of above described note   to cause said insur-
ance to be effected on __Purchasers'____default, at a premium not exceeding current rates.

   And in case it should become necessary to institute suit for the recovery of the amount
of said note   or any part thereof, the said purchaser s hereby bind   and obligate __themselves__
_____to pay the fees of the attorney at law who may be employed for that purpose,

which fees are hereby fixed xxxxxxxxxxxxxxxxxxxxx per cent on the amount sued for.
                         to be a reasonable   amount fixed by the court.
   And now in Order to secure the full and punctual payment of the said note   at ma-
turity, together with all interests, costs, attorney's fees and premiums of insurance, a special
mortgage and vendor's lien and privilege are hereby retained and granted in favor of said
vendor   and of all future holder or holders of said note   on the property herein conveyed.

which the said purchaser   bind __themselves_____not to sell, alienate or in any wise en-
cumber to the prejudice of this act.

   And here the said purchaser s declare   that __they   do__ , by these presents, con-
sent, agree and stipulate, that, in the event of said Promissory Note*   not being punctu-
ally paid at __its_____maturity, it shall be lawful for, and __they_____do
hereby authorize the said vendor   , or any other holder or holders thereof, to cause all and sing-
ular the said hereinbefore described and herein conveyed and mortgaged property to be seized
and sold (after due process of law) without appraisement, to the highest bidder, payable cash,
the said purchaser   hereby confessing judgment in favor of said vendor s , or any future
holder or holders of said note .

   In case the purchaser should become insolvent or apply to the bankruptcy court to be
adjudicated a bankrupt, or proceedings be instituted against said purchasers to put __them__
in involuntary bankruptcy, or should __they___apply for any other relief in the bankruptcy
court, or should any proceedings be taken against __them___looking to the appointment of a
Receiver or Syndic, or in case the purchase fails to keep insurance with Standard Mortgage
Clause and deliver the policy aforesaid, or to pay the taxes and assessments, whether local
or otherwise, before the same become delinquent, or should it create or suffer to create any
other lien or charge (including but not limited to any lien for taxes or assessments of any
character not discharged within sixty (60) days after such taxes or assessments become de-
linquent), superior in rank to the vendor's lien herein retained and/or the mortgage herein
granted, or generally fail to do and perform any of the covenants herein contained, then, and
in any of said events, the said mortgage note, in principal and interest, and said events, the
said mortgage note, in principal and interest, and all other indebtedness secured hereby shall,
at the option of the holder or holders of said note, immediately become due and payable, any-
thing herein or otherwise to the contrary notwithstanding, and it shall be lawful for, and the
purchaser herein does hereby authorize the vendor or any future holder or holders of the
said mortgage note to cause all and singular the property hereinabove described to be seized
and sold under executory process for cash, the said purchaser hereby confessing judgment in
favor of the said vendor or any future holder or holders of the said mortgage note for the said amount
thereof, together with all interest, attorney's fees, insurance premiums, cost and expenses.

   * or any installment thereof

The parties to this act are aware of the fact that the mortgage, conveyance and Paving Ordinance certificates herein referred to are open, being not yet dated or signed, and relieve and release me, Notary, from all responsibility and liability in connection therewith.

The vendors herein state  and warrant  all taxes due on the property sold have been paid through the year  1994 _____and that the said property is free and clear of all liens and encumbrances except as presently appear on the undated certificates from the Recorder of Mortgages now in the possession of me, Notary, to be dated and annexed to this act, and has not been sold or alienated by  vendors  and acknowledges that upon the strength of such statements the consideration recited in this act was paid to  Vendors  _____anything to the contrary in this act notwithstanding.

~~United States Internal Revenue xxxxxxxxxx in the amount of $xxxxxxxxxxxxxxx hereto and duly canceled.~~

1. Purchasers shall maintain flood and liability insurance in the amount of the note.

2. Purchasers accept the property "as is" and "where is". Purchasers waive any rights in contract, tort and redhibition as to the property, except as to title.

3. Purchasers and Vendors agree that payments will be applied in accordance with the attached Amortization Table as per Exhibit "C".

4. First National Bank of Commerce, at its sole option, may require Purchasers to escrow money for insurance and taxes.

5. Agreement to Purchase is hereby attached as Exhibit "D".

6. Termite certificate is hereby waived.

**Thus Done and Passed** at the First National Bank of Commerce, 210 Baronne Street, New Orleans, LA

on the day, month and year herein first above written, in the presence of Messrs.

Hollace B. Blanchette  and  Christian Fatzer, Jr.

competent witnesses, who hereunder sign their names with the said appearers, and me, Notary, after reading of the whole.

_Hollace B. Blanchette_
Witness

_Christian Fatzer, Jr._
Witness

_John M. Cannizaro_
Notary Public  5-19-87

INSTR No. 87193
CONVEYANCE OFFICE
PARISH OF ORLEANS

Purchaser:  Jimmie Lee Coats

Purchaser:  Ethel Nelson Coats

Vendor: _____
Thelma F. Lopiccolo Trust, represented by:  John M. Cannizaro, Trust Officer of the First National Bank of Commerce, Trustee

Vendor: _____
New Orleans Archdiocesan Cemeteries represented by: Michael D. Boudreaux, Director