

**CLERK OF CIVIL DISTRICT COURT**
421 Loyola Avenue, Rm. 402
New Orleans, LA 70112

Telephone: (504) 592-9100
Fax: (504) 592-9128
Email: cdcclerk@orleanscdc.com

*Dale N. Atkins*
CLERK OF COURT

June 7, 2012

Maggie A. Broussard
**STONE PIGMAN WALTHER WITTMANN, LLC**
546 Carondelet Street
New Orleans, LA 70130-3588

    *Re:  Search of Probate Records for Will of Jimmie Lee Coats, Sr.*

Dear Ms. Broussard:

    This letter is in response to your request for a search of our probate records for the will of Jimmie Lee Coats, Sr. A thorough search was conducted using the information you provided our office in an effort to locate a case number/*will* filed in Orleans Parish for the above referenced individual. Please be advised that our office was unsuccessful in locating a probate/will for Jimmie Lee Coats, Sr.

    All resources used by the Orleans Parish Civil District Court Clerk's Office to locate cases filed in Civil Court have been exhausted. If I can be of further assistance, please do not hesitate to contact me at (504) 592-9151 or via e-mail at gallen@orleanscdc.com.

    With kindest regards, I remain

                                           Sincerely,

                                           Gwendolyn Cameron-Allen
                                           Civil Division Supervisor

/gca