**STATEWIDE ABSTRACTING SERVICES, LLC**
ONE AMERICAN PLACE, SUITE 120
BATON ROUGE, LOUISIANA 70825

PHONE (225)343-0351                                   FAX (225)343-1341

**AB Number:**          OP 11-06732                          **Date:** AUGUST 18, 2011

**Client:**             STONE PIGMAN          **Contact:**   LEE W. SCHARFF

**Reference:**          1020-22 CHARBONNET ST.

**Property Description:**   THIRD DISTRICT NEW ORLEANS
                            SQ. 333, LOT 3
                            1020-22 CHARBONNET STREET

**Parish:**             ORLEANS

**Time Period:**        8/13/40 TO 8/15/11

**Name:**               JIMMIE LEE COATS

**Purchaser:**          DNA

**NAMES RUN:**

5/18/94 TO 8/15/11
JIMMIE LEE COATS
ETHEL MAE NELSON COATS

8/13/40 TO 12/13/83
THELMA FREDOLIN LOPICCOLO

8/13/40 TO 2/7/90
JOSEPH LOPICCOLO

**MORTGAGES, LIENS, JUDGMENTS:**

MIN 32442 FEDERAL TAX LIEN FILED 8/7/89
MIN 439540 JUDGMENT FILED 10/27/97

**TAX INFORMATION:**

| **Year:** | 2011 | **Assessed to:** | JIMMIE L. COATS | | |
|---|---|---|---|---|---|
| **ID No.:** | | **Assess No.:** | 39W204408 | **Ward:** | 9TH |
| **Land:** | 690.00 | **Imp:** | 9,810.00 | **Hmstd:** | 0.00 |
| **Taxes:** | 1,985.29 | PAID | | | |

*WITHIN ( ) - DATE TERMINAL CHECKED (NOT CERTIFIED)
**Abstractor:** CAROLYN M. CHAMPAGNE

**AB Number:**
AUGUST 18, 2011
Page 2


This is not a Title Opinion.  I have made a careful examination of the vendor and mortgagor records in the Office of the Clerk and Recorder in the Parish of ORLEANS, State of Louisiana, in the names of the parties exactly as disclosed by the acts included in the abstract and only as to the above captioned property.  I do hereby certify that the following copies are all the instruments affecting the title to the above captioned property, as  disclosed by the indices to said Records.  This abstract is not an abstract of mineral interests affecting the above captioned property and is not intended to reflect, nor does it in fact reflect, the mineral interests affecting the subject property.  No variations of the listed names have been researched unless otherwise specified.  We did not research bonds.  We do not warrant the authenticity of the acts, nor do we warrant the validity of the acts of cancellation and releases.  The mortgage records were researched from 1/01/1991.  If the property was acquired prior to 1991, the mortgage records were researched from the date of acquisition. We do not certify to the tax information unless a tax certificate is attached.  This is not an opinion as to title.

This certification is made subject to any revisions, corrections or alterations made to the indices of the records subsequent to the date of the search.

STATEWIDE ABSTRACTING SERVICES, LLC.
One American Place, Suite 120
Baton Rouge, Louisiana 70825

BY: _____
       CAROLYN M. CHAMPAGNE


*WITHIN ( ) - DATE TERMINAL CHECKED (NOT CERTIFIED)
**Abstractor:** CAROLYN M. CHAMPAGNE

**AB Number:**

| PG | COB | FOL | CIN | ENTRY | FROM | MOB | FOL | MIN | TO | REC |
|----|-----|-----|-----|-------|------|-----|-----|-----|-----|-----|
| 1 | | | | 811778 | JIMMIE L. COATS | | | 32442 | FEDERAL TAX LIEN | 8/7/89 |
| 2 | | | | | JIMMIE COATS | 3278 | 532 | 439540 | JUDGMENT | 10/27/97 |
| 3-4 | | | | | TAX RSEARCH | | | | | |
| 5 | | | 357367 | 07-36661 | ETHEL MAE COATS | | | | ROAD HOME CORPORATION DECLARATION OF COVENANTS | 6/5/07 |
| 6 | | | 163672 | 98-36524 | JIMMIE L COATS | | | | CITY OF NEW ORLEANS TAX SALE | 8/6/98 |
| 7 | | | 87193 | 94-24976 | THELMA F. LOPICCOLO TRUST ET AL | | | 269175 C | JIMMIE LEE COATS CREDIT SALE | 5/19/94 |
| 8 | | | 16572 | 834315 | THE ROMAN CATHOLIC CHURCH ET AL | | | | ACT OF CORRECTION | 2/7/90 |
| 9 | | | 16571 | 834314 | CDC 88-18128 SUCC. OF JOSEPH J. LOPICCOLO | | | | JUDGMENT OF POSSESSION | 2/7/90 |
| 10 | | | 1487 | 790186 | DITTO | | | | DITTO | 2/14/89 |
| 11 | | | 1475 | 790221 | THE ROMAN CATHOLIC CHURCH | | | | NEW ORLEANS ARCHDIOCESAN CECETERIES TRANSFER AGREEMENT | 2/14/89 |
| 12 | 792 | 96 | | 526225 | CDC 82-3618 SUCC. OF THELMA FREDOLIN LOPICCOLO | | | | JUDGMENT OF POSSESSION | 12/13/83 |
| 13 | 511 | 648 | | | ESTELLE RICHARME CAZES | | | | JOSEPH LOPICCOLO SALE | 8/14/40 |

VERIFIED

*SAB*

| Form 668 (Y) | 87 | Department of the Treasury - Internal Revenue Service | For Optional Use by Recording Office |
|---|---|---|---|
| (Rev. 7-69) | | **Notice of Federal Tax Lien Under Internal Revenue Laws** | |

| District | Serial Number | |
|---|---|---|
| New Orleans, LA | 728911626 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JIMMIE L COATS

Residence   1020 CHARBONNET STREET
            NEW ORLEANS, LA  70117

IMPORTANT RELEASE INFORMATION: With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/84 | 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 | 03/30/87 | 04/29/93 | 955.78 |

INSTR. No. 20680 Conventional
          32442 CM
MORTGAGE OFFICE
PARISH OF ORLEANS

| | Place of Filing | RECORDER OF MORTGAGES | Total $ | 955.78 |
|---|---|---|---|---|
| | | ORLEANS PARISH | | |
| | | NEW ORLEANS, LA  70112 | | |

This notice was prepared and signed at     New Orleans, LA     on this,

the _19th_ day of _July_ , 19 _89_

| Signature | Title |
|---|---|
| for MARYANN WILL _____ 2454 | Revenue Officer |
| | 72-01-2704 |

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668 (Y) (Rev. 7-69)

Part 1 - Kept By Recording Office

M I N 32442
811778
8/7/89

①

VERIFIED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NUMBER:977056                      DOMESTIC RELATIONS SECTION:3

STATE OF LOUISIANA

VERSUS

JIMMIE COATS

JUDGMENT ON RULE

This cause came for trial this 24th day of October 1997, on the State's Rule For Contempt and to Make Past Due Support Executory.

PRESENT:

Cherie Huffman , ATTORNEY FOR THE STATE

The court, after considering the stipulations:

IT IS ORDERED, ADJUDGED AND DECREED that JIMMIE COATS , is in arrears in the sum of $1,250.00 for past due support previously ordered, as of July 31, 1997 .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the rule to make past due support payments executory be and the same is made absolute and accordingly let there be judgment herein in favor of the State of Louisiana and against JIMMIE COATS , in the full sum of $1,250.00 plus legal interest due and that the defendant is required to provide health insurance for the minor child(ren) and that an Immediate Income Assignment Order is ordered.

IT IS FURTHER ORDERED that the defendant be ordered to pay the sum of $100.00 as attorney fees, pursuant to La.R.S. 9:375, and court cost of $200.00 .

JUDGMENT READ, RENDERED, AND SIGNED IN OPEN COURT this 24th day of October , 1997 , at New Orleans, Louisiana.

_____
JUDGE

INSTR. No. 439540
MORTGAGE OFFICE
PARISH OF ORLEANS

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

10-27-97  110L5087 JUDGE 0                  0.00

1027  3278  0532

MIN 439540
MOB 3278/532
10/27/97

(2)

THIS COPY IS FOR YOUR RECORDS ONLY

[ Close ]

---

**COATS JIMMIE L**
**1020 CHARBONNET ST**
**NEW ORLEANS , LA 70117**

**Property Values**
**Land Assessment:** $690
**Improvement Assessment:** $9810
**\* Homestead Exemption:** $0

**Tax Bill No.**
39W204408
View Property Information
**Property Location**
1020 CHARBONNET ST
**Legal Description**
SQ 333 LOT 3 CHARBONNET
41X1 ARBONNET ST

---

> **Interest accrues at 1% per month on all delinquent taxes. In addition, current year penalties accrue at 10% on February 1st and an additional 9.5% on April 1st.**

| Period | Type | Code | Delinquency Date | Tax or Lien | Interest | City Penalty | Collection Fee | Total |
|--------|------|------|------------------|-------------|----------|--------------|----------------|-------|
| 2011 | Real Estate Tax | | 02/01/11 | $1,549.62 | $108.47 | $154.96 | $172.24 | $1,985.29 |

**Total Taxes Due As Of 8/17/2011   $1985.29**
Pay Total Taxes Due Now   |   Cancel

**\*Attention Taxpayers:** If you are entitled to a homestead exemption and no amount is indicated, contact your assessor immediately at (504) 658-1300 . You should also notify your mortgage company. In the event of an error, your assessor will make the correction and a supplemental bill will be issued. Your assessor can answer questions on assessments, mailing name and address, or legal descriptions. For all other questions, call the Bureau of the Treasury at (888) 387-8027, hours 8:00 am – 6:00 pm Monday through Friday, Room 1W40, City Hall.





# Orleans Parish Assessor's Office

| Return to Main Search Page | Orleans Home |
|---|---|

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | COATS JIMMIE L<br>COATS ETHEL N | Today's Date | August 17, 2011 |
| Mailing Address | 1020 CHARBONNET ST<br>NEW ORLEANS, LA 70117 | Municipal District | 3 |
| Location Address | 1020 CHARBONNET ST | Tax Bill Number | 39W204408 |
| Property Class | Residential | Special Tax District | |
| Subdivision Name | HOLY CROSS | Land Area (sq ft) | 4428 |
| Square | 333 | Lot | 3 |
| Book | 02 | Folio | 046 |
| Line | 008 | Parcel Map | Show Parcel Map |
| Legal Description | 1. SQ 333 LOT 3 CHARBONNET<br>2. 41X108<br>3. DBLE/FR 13/RMS C/R<br>4. 1020-22 CHARBONNET ST | Assessment Area | HOLY CROSS WEST<br>Show Assessment Area Map |

## Value Information — Tax Information

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Special Assessment Treatment | | |
| 2012 | $ 10,000 | $ 98,100 | $ 108,100 | $ 1,000 | $ 9,810 | $ 10,810 | $ 0 | $ 10,810 | | | | |
| 2011 | $ 6,900 | $ 98,100 | $ 105,000 | $ 690 | $ 9,810 | $ 10,500 | $ 0 | $ 10,500 | | | | |
| 2010 | $ 6,900 | $ 98,100 | $ 105,000 | $ 690 | $ 9,810 | $ 10,500 | $ 7,500 | $ 3,000 | | | | |

## Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 05-18-1994 | $ 16,000 | | | 94-24976 | 000087193 |

| Return to Main Search Page | Orleans Home |
|---|---|

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: August 15, 2011

© 2009 by the Orleans Parish Assessor's Office | Website design by qpublic.net

http://qpublic4.qpublic.net/la_neworleans_display.php?KEY=1020-CHARBONNETST          8/17/2011



*60*

## CONVEYANCE OFFICE
## GASPER J. SCHIRO

### *THE ROAD HOME*
### DECLARATION OF COVENANTS RUNNING WITH THE LAND
### HURRICANE KATRINA / HURRICANE RITA

**BE IT KNOWN** that on this Twenty-fifth day of May, 2007 *("Effective Date"),* before me the undersigned Notaries Public, duly commissioned and qualified, and in the presence of the undersigned competent witnesses, personally came and appeared:

ETHEL MAE COATS

See *Exhibit "A"* attached hereto and made a part hereof who declared as follows:

### RECITALS

THIS DECLARATION OF COVENANTS RUNNING WITH THE LAND *("Covenants")* is made by the undersigned homeowner(s) further described on *Exhibit "A"*, all future owners of the Property, and their successors, heirs and assigns, and all other persons and parties claiming by, through or under the present and future owners, their successors and assigns *(collectively, the ("Owner")* ).

The Owner is the owner of the immovable property described on *Exhibit "B"* (the *"Property")* attached hereto. The residence located on the Property was damaged or destroyed by either Hurricane Katrina in August, 2005 or Hurricane Rita in September, 2005 (the *"Hurricanes"*). The Owner has been awarded a grant *("Grant")* from the United States of America under the HUD Community Development Block Grant *("CDBG"* ) Program known as The Road Home program *("Program"),* under a Grant agreement executed by the Owner. Working together, Governor Blanco, the Louisiana Recovery Authority and the State of Louisiana, Division of Administration, Office of Community Development *("OCD")* created the Program, the largest single housing recovery program in U.S. history. The Program is being administered by OCD.

### AGREEMENTS

**NOW, THEREFORE,** for and in consideration of receipt of all Grant proceeds as compensation for damages incurred by the Owner due to the Hurricanes, and in order to mitigate future damage from hurricanes and similar natural disasters, Owner hereby makes the following Covenants and agreements with respect to the Property, which Covenants and agreements shall constitute covenants and restrictions running with and encumbering the Property. Owner agrees that Owner will be or become, as applicable, fully compliant with all covenant requirements within the time periods specified below;

These Covenants include, if indicated by the check mark below, the following Covenant Riders:

☐    Rider for *The Road Home* program Elevation Allowance Grant.

These Covenants shall begin to run with the Property from and after the Effective Date.

1.    *Covenant Not to Sell the Property* : For a period of three (3) years after the Effective Date, Owner covenants and agrees not to sell, assign, transfer or otherwise dispose of all or any portion of or any interest in the Property unless (a) the transfer is made pursuant to the Covenants contained herein, (b) the Owner has not violated the Covenants, and (c) the transferee agrees in the act of transfer to abide by the Covenants from and after the date of transfer and assumes the Owner's obligations under the Covenants and the Grant Agreement.

2.    *Covenant as to Property Use:* During the three (3) year period commencing on the Effective Date, Owner agrees not to (i) use or occupy the Property, or (ii) permit the use or occupancy of the Property, except as his/her primary residence. Incidental uses of the Property such as home offices or home based businesses are not prohibited by these Covenants, as long as the Property is principally being used by the Owner as his/her primary residence, and such incidental uses are permitted under applicable laws, codes, ordinances, rules and regulations. If the property is co-owned, compliance with the Covenants set forth in this Section 2 by one co-owner (the, *"Primary Co-Owner"*) shall be deemed compliance by all co-owners. In the event the Primary Co-Owner dies during the 3-year compliance period set forth in this Section 2, the other co-owner will be exempt from complying with the Covenants contained in this Section 2.

3.    *Duties Accessory to Primary Covenants:* In order to comply with the Covenants set forth in Sections 1 and 2 above ("Primary Covenants"), as a duty accessory and incidental to the Primary Covenant set forth in Section 2 above, Owner covenants and agrees that for a period of three (3) years after the Effective Date, any occupied dwelling on any part of the Property must be insured under a policy of casualty insurance (including coverage for wind and hail) and naming OCD (Attn: Disaster Recovery Unit), as an additional insured, as its interest may appear in the amount of One Hundred Percent (100%) of the insurable value of the dwelling, as determined by the property insurer. Owner will provide OCD certificates of insurance evidencing such insurance coverage.

CIN 357367
07-36661
6/5/07

2007-36661



4.   _Covenant as to Flood Insurance:_  If the Property is located in a Special Flood Hazard Area under the FEMA Flood Maps, any dwelling on any part of the Property shall be insured under a policy of Flood insurance in the amount equal to the lesser of (a) 100% of the insurable value of the dwelling, as determined by the Property insurer; or (b) the maximum amount of Flood Insurance coverage available under the National Flood Insurance Program to the extent coverage can be obtained under the National Flood Insurance Program. Failure to maintain flood insurance could result **in repayment of the Grant. Further, Owner understands that failure to maintain flood insurance means that, in the event of a future disaster, Owner will not be eligible for federal disaster relief assistance for repair, replacement, or restoration of damage due to flooding.** This Covenant as to Flood Insurance shall run with the Property in perpetuity or, alternatively, for the maximum period permitted by law. Owner shall name OCD (Attn: Disaster Recovery Unit) as an additional insured under any such policy of Flood Insurance, as its interest may appear, and provide OCD with certificates evidencing such insurance coverage.

## Requirement of Notice Transferee to maintain Flood Insurance

In compliance with 42 USC 5154a, recipients of CDBG disaster recovery funds have a statutory responsibility to notify any transferee of the requirement to obtain and maintain Flood Insurance. The Owner may be liable if he or she fails to notify transferee of this requirement. In the event of the transfer of the Property, the Owner/transferor shall, not later than the date on which such transfer occurs, notify the transferee in writing of the requirements to: (i) obtain Flood Insurance in accordance with applicable federal law and this Covenant, if the Property is not so insured as of the date on which the Property is transferred; and (ii) maintain Flood Insurance in accordance with applicable federal law and this Covenant. Such written notification shall be contained in documents evidencing the transfer of ownership of the Property. **If the transferor fails to provide notice as described above and, subsequent to the transfer of the Property: (1) the transferee fails to obtain or maintain Flood Insurance, in accordance with federal law and these Covenants; and (2) the Property is damaged by a flood disaster; and (3) federal disaster relief assistance is provided as a result of such damage to the Property, the transferor must reimburse the federal government in an amount of the federal disaster relief assistance provided with respect to the Property.**

5.   _Covenants Running with the Property:_ These Covenants shall constitute covenants running with the Property and shall be binding upon the Owner, and are intended to create negative predial servitudes, predial servitudes, and restrictions on alienation.  To the extent the Covenants are construed by a court of competent jurisdiction not to be negative predial servitudes or predial servitudes, such provisions shall not be severed from these Covenants but shall constitute personal servitudes of the Owner.

6.   _Enforcement of Covenants_ : These Covenants shall be enforceable, at law or in equity, by the State of Louisiana or the United States of America, and Owner hereby agrees that the State of Louisiana or the United States of America may demand repayment of Grant proceeds or compel specific performance by the Owner or claim injunctive relief against the Owner for violation of these Covenants, without posting bond and without the need for demonstrating irreparable harm.

7.   _Release:_ The OCD, its successor, or such other authority designated by the Governor of the State of Louisiana may on its own initiative or upon the request of the then Owner, release any Covenant in whole or in part upon determining in its sole discretion that the Covenant to be released no longer serves its intended purpose or that it is otherwise in the best interests of the public to release the Covenant. Such release shall be duly recorded in the respective conveyance records of the Registrar of Conveyances for Orleans Parish, Louisiana, or in the conveyance records of the Office of any Clerk of Court or Recorder for all other parishes in Louisiana. Any release shall be limited to the particular Covenant or portion thereof described in the release and shall apply only to the Property or portion thereof described in the release. The granting of a release of a Covenant shall not constitute grounds for the then Owner to be entitled to a release of any of the other Covenants agreed to herein.

8.   _Due on Sale or Transfer; Acceleration._

(a)   At any time in the case of sale, transfer or disposition of all or any portion thereof,  by voluntary transfer in which the conditions set forth in Section 1 are not complied with, or by foreclosure, deed in lieu of foreclosure or dation en palement, or if the Owner is involuntarily divested of title to all or part of the Property in any other manner, the entire amount of the Grant shall become immediately due and payable, without notice or demand, by the Defaulting Owner to OCD.

(b)   If Owner violates the Primary Covenant contained in Section 2, or the duties incident to such Primary Covenant as set forth in Section 3 (**"Defaulting Owner"**), and such violation is not cured within 30 days, the entire amount of the Grant shall become due and payable, without notice or demand, by the Defaulting Owner to OCD immediately upon expiration of the 30-day cure period. The obligation of the Defaulting Owner to pay any amounts owed as a result of a breach of these Covenants by the Default Owner shall not create any privilege, lien, or encumbrance on the Property. Any judgment obtained against the Defaulting Owner for a breach of these Covenants and recorded in the mortgage records where the Property is located, shall act as a judicial mortgage against the Property from and after the date of recordation.

(c)   The provisions of this Section 8 shall not apply in the event of a transfer, sale, assignment or other disposition resulting from expropriation, divorce, succession, donation to a lineal relative or bankruptcy of the Owner.

9.   _Use of Grant Proceeds._ The Owner has been awarded the Grant as compensation for damages suffered from the Hurricanes. Nothing in the Covenants shall be construed to require the Owner to repair, rebuild, relocate or sell the

Property. The Grant proceeds will be disbursed to the Owner in accordance with the Grant Agreement between Owner and OCD. Within three (3) years of the Effective Date, Owner will provide OCD with evidence of Owner's compliance with these Covenants and the Grant agreement. Evidence acceptable to OCD shall include without limitation (i) evidence of ownership and payment of utility bills for the Property, including without limitation electrical power, water, sewer, telephone, cable or internet services; and (ii) verification from the insurer of casualty insurance and if applicable, flood insurance for the Property.

   10.   *Severability/Construction.* These Covenants shall be governed and construed in accordance with the laws of the State of Louisiana. Any provision of these Covenants found to be prohibited by law or unenforceable will be ineffective to the extent of such prohibition or unenforceability without invalidating any other part hereof, or any of the other Covenants contained herein. These Covenants, to the extent possible, will be construed or reformed so as to give validity to all of its provisions. Time is of the Essence. These Covenants are not intended to create, nor shall it be in any way interpreted or construed to create, any third party beneficiary rights in any person not a party hereto except for the United States of America, as set forth herein.

These Covenants shall be recorded in the conveyance records of the Registrar of Conveyances for Orleans Parish, Louisiana, or in the conveyance records of the Office of any Clerk of Court or Recorder for any other parish in which the Property is located.

STATE OF LOUISIANA

PARISH OF _____ **ORLEANS**

Before me, the undersigned notary public duly commissioned in and for the parish and state aforesaid and before the undersigned competent witnesses, personally came and appeared the above signed person, who declared and acknowledged that appearer executed the foregoing instrument as his own free act and deed for the uses, considerations and purposes therein expressed.

THUS DONE AND SIGNED on the _____ day of _____ **MAY 2 5 2007**, 200___.

WITNESSES:

_____
Witness Signature
Print Name: Kareem Graves

_____
Witness Signature
Print Name: LORRAINE T. PAYTON

OWNER:

*Ethel Mae Coats*
ETHEL MAE COATS

_____

_____
Notary Public
Print Name: Jeffrey G. Douglas
NOTARY PUBLIC
State of Louisiana
Notary No./Bar Roll No. ___ LSBA Number: 22339
My commission is issued for life.
My Commission Expires:_____

STATE OF LOUISIANA

PARISH OF _____ **ORLEANS**

THUS DONE AND SIGNED by OCD or its designee on the _____ day of _____ **MAY 2 5 2007**, 200___, in the presence of the undersigned witnesses and Notary Public, after due reading of the whole.

WITNESSES:

_____
Witness Signature
Print Name: Kareem Graves

_____
Witness Signature
Print Name: LORRAINE T. PAYTON

STATE OF LOUISIANA, DIVISION OF ADMINISTRATION, OFFICE OF COMMUNITY DEVELOPMENT, by First American Title Insurance Company of Louisiana, Inc., as Attorney in fact.

By:_____
Sign Name:
Name: Nezrene James
Print Name:
Title:_____

_____
Notary Public
Print Name: Jeffrey G. Douglas
NOTARY PUBLIC
State of Louisiana
Notary No./Bar Roll No. ___ LSBA Number: 22339
My commission is issued for life
My Commission Expires:_____

Road Home Declaration of Covenants-All Homeowners
04.03.07

Grant No. 06HH093178 / File No. 1103-1534596
Page No. 4 of 5

NAME "07-36661 INST. #: 3557367
TYPE " AGREEMENT
AMT " $40.00
DATE " 7/5/2007 4:13:19 PM
Hon. Gasper J. Schiro
Registrar of Conveyances

2401 07-5-1

## EXHIBIT "A"

### *Owner Information*

Road Home File No.: 06HH093178

| Owner(s): | Names | LAST 4 No. OF SOCIAL SECURITY NO. |
|---|---|---|
| | ETHEL MAE COATS | XXX-XX-9816 |

Domicile Address:  1020 CHARBONNET ST
NEW ORLEANS,  Louisiana,  70117

Parish:  Orleans

### *OCD Information*

OCD:

State of Louisiana
Division of Administration
Office of Community Development
PO Box 94095
Baton Rouge, LA  70804

## EXHIBIT "B"

### *Immovable Property Description*

Legal Description:
LOT 3 SQ 333 3RD DISTRICT ST. CLAUDE AVENUE ORLEANS PARISH, LOUISIANA.

Tax Assessment Information
39W204408

Municipal Street Address (including zip code and all bounding streets):
1020 CHARBONNET ST
NEW ORLEANS, LA 70117

2007 - 36661 -5
PARISH OF ORLEANS

**TAX SALE**                           * **UNITED STATES OF AMERICA**

**VARIOUS OWNERS**                     * **STATE OF LOUISIANA**

**BY: CITY OF NEW ORLEANS**            * **PARISH OF ORLEANS**

**TO: CITY OF NEW ORLEANS**

*************************************************************************

## KNOW ALL MEN BY THESE PRESENTS:

BE IT KNOWN, That on this the 24th day of the month of July, in the year of Our Lord 1998,

BEFORE ME, August J. LaNasa, a Notary Public, duly commissioned and sworn in and for the Parish of Orleans, City of New Orleans, therein residing, being the official Notary for the City of New Orleans,

PERSONALLY CAME AND APPEARED: Richard W. Brune, Chief, Bureau of the Treasury of the City of New Orleans, duly commissioned and qualified, who declared that, in pursuance of, and by virtue of the power vested in him under the Constitution and laws of the State of Louisiana, and especially by Louisiana Revised Statutes 47:2180-85, and of the laws in such cases made and provided, including applicable provisions of the City of New Orleans Home Rule Charter of 1954, Act 159 of 1912 as amended, and any ordinances of the City of New Orleans, the Real Property Tax Assessment Rolls of this City for the year(s) of 1994 and/or 1995 and/or 1996 were duly made out and completed according to law, and filed and recorded in the Mortgage Office of this Parish, with the Auditor of Public Accounts of the State of Louisiana and with the Deputy Commissioner of Public Finance, Auditing Division of this City, in the said year(s) within the delays as required by law.

AND the said Richard W. Brune, Chief, Bureau of the Treasury further declared that, as soon after January 2, 1995 and/or January 2, 1996 and/or Janaury 2, 1997 for the year(s) 1994 and/or 1995 and/or 1996 as possible, he did address and serve upon each tax debtor who had not paid the taxes, of the City and other levying jurisdictions, on immovable property, or the record owner of the property for which taxes were delinquent for the said year(s) 1994 and/or 1995 and/or 1996, a written or printed notice, by personal or domiciliary service, or by certified mail, setting forth in substance that the said taxes assessed for the said year(s) on immovable property of this City (stating in said notice the property assessed, the assessed value of said property and the taxes due thereon) were then due, and when they became delinquent; that said taxes bore interest at the rate of fifteen percent (15%) per annum from the date of delinquency until paid in full; that said taxes must be paid within twenty (20) days after service or mailing of said notice or that said property would be sold according to law, and that at the expiration of said twenty (20) days from date of service or mailing of said notice, he, the said Chief, Bureau of Treasury, would proceed to advertise for sale each specific piece of immovable property on which said taxes are due, in the manner and form provided for judicial sales; that at the principal door of the Civil District Court of Orleans Parish he would sell, within the legal hours of judicial sales, for cash and without appraisement, such portion of each specific piece of property as the debtor would point out, and that in case the debtor would not point out sufficient property, he, the said Chief, Bureau of Treasury, would at once sell for cash, and without appraisement, the least quantity of said specific property which any bidder would buy for the amount of said taxes, interest and costs.

AND the said Richard W. Brune, Chief, Bureau of the Treasury, further declared that one of said notices, correct in form and substance, was duly and legally served on the delinquent tax debtor, or in the event the owner was unknown or a non-resident, notice by publication was given in accordance with Louisiana Revised Statutes 47:2180 (c) and applicable provisions of the City of New Orleans Home Rule Charter of 1954, Act 159 of 1912 as amended, and any ordinances of the City of New Orleans, which notice is noted on each procès verbaux annexed hereto.

C/N 163672
98-36524
8/6/98

TAX
105

The said Richard W. Brune, Chief, Bureau of the Treasury as aforesaid, further declared that after expiration of twenty (20) days counting from day each notice was served or mailed, as aforesaid, as soon as practicable, he did proceed to advertise for sale in the manner provided for judicial sales, and in the form prescribed by law, all immoveable properties on which said taxes were due; and that after having complied with all the other requisites of law, he did advertise, according to law, and in the manner provided for judicial sales, in The Times Picayune, a newspaper published daily in the City of New Orleans in the English Language, the hereinafter described properties, together with all improvements thereon, and all rights, ways and privileges thereunto belonging, for sale at public auction, within the hours for judicial sale beginning on November 17, 1997 at 11:00 A.M., at the principal front door of the Courthouse in which the Civil District Court is held, being on Loyola Avenue in the First District of this City, and continuing on each succeeding day, to pay the unpaid taxes on said properties, due the City of New Orleans and other tax levying jurisdictions for the year(s) 1994 and/or 1995 and/or 1996; that after having complied with all the legal requisites he did expose the hereinafter described properties for sale at public auction, according to law, at the place hereinbefore mentioned and designated, on the 17th day of November, 1997, within the hours for judicial sales.

That, at the said time and place, he did announce, in a loud and audible voice, the conditions of the sale of each individual property hereinafter described and that after repeated crying and offering of same for sale, and after strict compliance with all legal formalities, each of said properties were separately bid in for, and adjudicated to, the City of New Orleans by him, the said Chief, Bureau of the Treasury, no one having offered to pay said taxes or to bid on said properties, which properties so adjudicated to the City of New Orleans are being separately described. Immediately following each property description is the name and mailing address of the person, or persons, in whose name(s) the property was assessed for the year 1994 and/or 1995 and/or 1996, together with the amount of taxes due to the City and other levying jurisdictions thereon for the year mentioned, and for which said properties were respectively offered, and which in default of any bid or any offer to pay the taxes, interest and costs respectively due thereon, each specific piece of property hereinafter described was respectively and separately adjudicated to the City of New Orleans for the amount of taxes, interest and costs hereinafter set forth; all of said properties being situated in the City of New Orleans, to wit:

STATE OF LOUISIANA
CITY HALL, ROOM 1W37
NEW ORLEANS, LA.

SCRIPTION OF PROPERTY:                                        JANUARY 22, 1998

 ASST SQ 333                      CHARBONNET LAMANCHE
RAMPART ST CLAUDE

 333 LOT 3 CHARBONNET             41X108
LE/FR 13/RMS C/R                  1020-22 CHARBONNET ST

X BILL NUMBER:   3-9W-2-044-08

:  1020 CHARBONNET ST

TIFICATION BY CERTIFIED MAIL TO THE ASSESSED OWNER, AS STATED BELOW,
             AND ADVERTISED:     OCTOBER 15, 1997   NOVEMBER 12, 1997

TE ADJUDICATED:    NOVEMBER 17, 1997

WHICH SAID PROPERTY WAS DULY AND LEGALLY ASSESSED FOR THE YEAR
1996 AND ADVERTISED AS HEREINBEFORE DECLARED IN THE NAME OF
MR&MRS JIMMIE L COATS
1020 CHARBONNET ST
NEW ORLEANS     LA 70117
AND THE SAME WAS BID IN FOR AND ADJUDICATED TO THE CITY OF NEW ORLEANS,
AND AUGUST J. LANASA            ,NOTARY IS AUTHORIZED TO PASS AN ACT OF
SALE ACCORDINGLY AS HEREINBEFORE SET FORTH, FOR THE TOTAL SUM AND PRICE OF
      107.70 DOLLARS THE SAME BEING THE TOTAL AMOUNT OF REAL ESTATE
TAX DUE BY AND ON SAID PROPERTY FOR THE YEAR FOLLOWING, TOGETHER WITH
INTEREST AND COSTS, TO WIT:


        ITEMS INCLUDED IN THE PRICE OF ADJUDICATION:

| TAX YEAR | TAX AMOUNT | INTEREST | MAIL COST | ADVERTISING COST | TAX DEED PREP FEE | TOTAL |
|---|---|---|---|---|---|---|
| 1996 | 45.34 | 12.36 | 5.00 | 10.00 | 35.00 | 107.70 |
| TOTAL | 45.34 | 12.36 | 5.00 | 10.00 | 35.00 | 107.70 |


WITNESSES:

_____

_____

_Richard Warren_

CHIEF, BUREAU OF THE TREASURY

( 05 )

## DESCRIPTION OF PROPERTY

9W ASST SQ 333                        CHARBONNET LAMANCHE
N RAMPART ST CLAUDE
SQ 333 LOT 3 CHARBONNET               41X108
DBLE/FR 13/RMS C/R                    1020-22 CHARBONNET ST


**TAX BILL NUMBER:**  3-9W-2-044-08
**RE:**  1020 CHARBONNET ST

**NOTIFICATION BY CERTIFIED MAIL TO THE ASSESSED OWNER,**
**AS STATED BELOW, AND ADVERTISED:**

OCTOBER 15, 1997          NOVEMBER 12, 1997

**DATE ADJUDICATED:**  NOVEMBER 17, 1997
**ASSESSED IN THE NAME OF:**   MR&MRS JIMMIE L COATS
                               1020 CHARBONNET ST
                               NEW ORLEANS   LA 70117

### ITEMS INCLUDED IN THE PRICE OF ADJUDICATION

| Tax Year | Amount | Interest | Mail Cost | Advertising Cost | Tax Deed Prep Fee | Total |
|---|---|---|---|---|---|---|
| 1996 | 45.34 | 12.36 | 5.00 | 10.00 | 35.00 | 107.70 |

**TOTAL**                                                        107.70


( 06 )

## DESCRIPTION OF PROPERTY

9W ASST SQ 340                        FORSTALL REYNES N RAMPART
ST CLAUDE
SQ 340 LOT D ST CLAUDE                48X120
1 STORE  PRODUCE MARKET


**TAX BILL NUMBER:**  3-9W-2-052-03
**RE:**  5020 ST CLAUDE AV

**NOTIFICATION BY CERTIFIED MAIL TO THE ASSESSED OWNER,**
**AS STATED BELOW, AND ADVERTISED:**

OCTOBER 15, 1997          NOVEMBER 12, 1997

**DATE ADJUDICATED:**  NOVEMBER 17, 1997
**ASSESSED IN THE NAME OF:**   ST PAUL CHURCH OFGOD IN CHRIS
                               1020 FORSTALL ST
                               NEW ORLEANS   LA 70117

### ITEMS INCLUDED IN THE PRICE OF ADJUDICATION

| Tax Year | Amount | Interest | Mail Cost | Advertising Cost | Tax Deed Prep Fee | Total |
|---|---|---|---|---|---|---|
| 1996 | 287.17 | 78.26 | 5.00 | 10.00 | 35.00 | 415.43 |

**TOTAL**                                                        415.43

## STATEMENT OF RATES OF TAXATION
## FOR THE YEARS 1996, 1995 AND 1994

| 1996 | 1995 | 1994 | |
|------|------|------|---|
| 14.91 | 14.91 | 14.91 | City Alimony, Sec 15 Act 4 of 1916; Art. XIV Sec 24 Const. 1921 Act 151 of 1962 |
| 26.90 | 26.90 | 26.90 | Interest and redemption city bonds, Sec. 15, Act 4 of 1916 (Amended Act 575 of 1966) |
| 22.59 | 22.59 | 22.59 | Special tax for maintenance, operations and extension of the drainage system, Act 565 of 1966, Art. XIV, Sec. 23.2 Const. 1921 and Art. VI, Sec 22.36 and 32 Const. 1974.1 and Art. VII, Sec 23, 1974 Const. LSA R.S. 47:1705 (B) |
| .44 | .44 | .44 | Special tax for establishing and maintaining a zoological garden in Audubon Park, Art. X Sec. 10 and Sec. 801 of Title 39 Louisiana Const. 1972 approved by voters in a referendum November 1972 |
| 4.32 | 4.32 | 4.32 | Special dedicated tax to operate the Public Library Act VII, Part II Sec. 23, of Louisiana Const. 1974, LSA R.5, 47:1705(B) approved by voters in November 1986 |
| 4.27 | 4.27 | 4.27 | Special tax dedicated to maintenance of double platoon Fire Department and triple platoon Police Department, Act 7 of 1920 Art. XIV, Sec. 25, Const. 1921 |
| 2.13 | 2.13 | 2.13 | Special tax (additional) for increase in pay to officers and members of Police and Fire Departments, Act 260 of 1928, Art. XIV, Sec. 25, Const. 1921 |
| 4.11 | 4.11 | 4.11 | Special tax to establish and maintain an aquarium by the Audubon Park Commission, Act. VII, Part II Sec. 23, of La. Const. 1974. LSA R-5, 47-1705(B) approved by voter referendum in November 1986 |
| 1.19 | 1.19 | 1.19 | Special tax to provide funds for Board of Assessors according to Sec. 1925.1, 1925.2A Title 47 La. Revised Statutes, Act 450 of 1986 |
| 5.46 | 5.46 | 5.46 | Special tax, Orleans Parish Levee Board, for support, maintenance and construction of levees and levee drainage as authorized by Act 6, Sec. 39, Const. 1974 |
| 6.55 | 6.55 | 6.55 | Special tax, Orleans Parish Levee Board, for support, maintenance and construction of levees and levee drainage Art. XVI, Sec. 2 Const. 1921 amended, ratified Art. 6, Sec. 31 of the 1974 Const. |
| 45.10 | 45.10 | 45.10 | Special tax for Orleans Parish School Board, for support, maintenance and construction of Public Schools of the City of New Orleans as levied by said Board annually, Act 51 of 1920, Art. XII, Sec 16 Const. 1921 Act 264 of 1926; Act 751 of 1964 |
| 3.00 | 3.00 | 3.00 | Special tax, Law Enforcement District of Orleans Parish as levied per LRS 33:9001-9010 |
| 5.26 | 5.26 | 5.26 | Special tax for police protection, without application of homestead exemptions, as levied per Act 1103 of 1990 after approval by voter referendum on October 6, 1990 of amendment to Article VII, Section 23 of the Louisiana Constitution |
| 5.21 | 5.21 | 5.21 | Special tax for fire protection, without application of homestead exemptions, as levied per Act 1103 of 1990 after approval by voter referendum on October 6, 1990 of amendment to Article VII, Section 23 of the Louisiana Constitution |
| none | 2.50 | 2.50 | Special tax levied pursuant to Article VII, Section 23(c) of the 1974 La Constitution and City Council Resolution R-91-100, as approved by the voters in a referendum on July 13, 1991 for a comprehensive neighborhood housing improvement program |
| none | 2.50 | 2.50 | Special tax levied pursuant to Article VII, Section 23(c) of the 1974 La Constitution and City Council Resolution R-91-100, as approved by the voters in a referendum on July 13, 1991 for economic development |
| 3.00 | 3.00 | 3.00 | Special tax levied pursuant to Article VII, Section 23(c) of the 1974 La Constitution and City Council Resolution R-91-100, as approved by the voters in a referendum on July 13, 1991 for operations and improvements by Parkway & Parks Commission and the New Orleans Recreation Department |
| 1.90 | 1.90 | 1.90 | Special tax levied pursuant to Article VII, Section 23(c) of the 1974 La Constitution and City Council Resolution R-91-100, as approved by the voters in a referendum on July 13, 1991 for street and traffic control device maintenance |

**Continued on Reverse**

# STATEMENT OF RATES OF TAXATION
## FOR THE YEARS 1996, 1995 AND 1994
### (continued)

| 1996 | 1995 | 1994 | |
|---|---|---|---|
| 2.50 | none | none | Special tax levied pursuant to Article VII, Section 23(b) of the 1974 La Constitution and City Council Resolution R-91-100, as approved by the voters in a referendum on July 13, 1991 and subsequently rededicated in a referendum on July 15, 1995 for the new Economic Development and Housing Trust Fund for establishing and funding a comprehensive neighborhood housing improvement program and an economic development program. |
| 2.50 | none | none | Special tax levied pursuant to Article VII, Section 23(c) of the 1974 La Constitution and City Council Resolution R-91-100, as approved by the voters in a referendum on July 13, 1991 and subsequently rededicated in a referendum on July 15, 1995 for the new Capital Improvement and Infrastructure Fund for establishing and funding a capital improvement program. |
| 161.34 | 161.34 | 161.34 | **Total - Citywide** |
| 15.90 | 16.85 | 16.85 | Downtown Development District<br>Levied as per Act 498 of 1974, Act 124 of 1977, Act 307 of 1978 and La. R.S. 33:2740.3 |
| 20.00 | 20.00 | 20.00 | Almonaster Michoud Industrial District<br>Levied as per Act 741 of 1979, La. R.S. 33:4701 |

IN WITNESS WHEREOF, the said Chief, Bureau of the Treasury of the City of New Orleans aforesaid, hereunto signs his name and executes this instrument on behalf of the City of New Orleans, at my office in the City of New Orleans, on the date hereinabove written, in the presence of the undersigned competent witnesses and me, Notary, after reading of the whole.

WITNESSES:

_____

RICHARD W. BRUNE, CHIEF
BUREAU OF THE TREASURY
CITY OF NEW ORLEANS

APPROVED AS TO FORM:

LAW DEPARTMENT

_____
August J. LaNasa
NOTARY PUBLIC

INSTR. No. _163672_
CONVEYANCE OFFICE
PARISH OF ORLEANS

CREDIT SALE

**VERIFIED**

No. _____ Date _____

May 18, _____ 19 94

## Sale of Property

BY

Thelma F. Lopiccolo Trust
AND
New Orleans Archdiocesan
Cemeteries
TO
Jimmie Lee Coats
and
Ethel Nelson Coats

FOR SALE BY HANSELL-PETETIN, 123 CARONDELET ST., N. O. — 523-3558 — 522-6464

# United States of America

State of **Louisiana**

Parish X X X X X of **Orleans**

**Be it Known,** That on this **eighteenth** day of
the Month of **May** in the year of our Lord
one thousand nine hundred and **ninety-four**
BEFORE ME, **Juliet Puisseur Bland**
a Notary Public, duly commissioned and qualified, in and for the City
of **New Orleans** and the Parish (or County of) **Orleans**
X X X X X X X X X X and in the presence of the witnesses hereinafter
named and undersigned,

## Personally Came and Appeared:

First National Bank of Commerce, as trustee of the Thelma F.
Lopiccolo Trust for the benefit of the New Orleans Archdiocesan
Cemeteries as beneficiary of income and principal; and
represented herein by John M. Cannizaro its duly authorized
trust officer per resolution annexed as Exhibit "A";

AND

New Orleans Archdiocesan Cemeteries, a non-profit corporation
duly incorporated under the laws of the State of Louisiana,
represented herein by Michael D. Boudreaux, Director, its
duly authorized agent per resolution annexed as Exhibit "B".

Recorded in Mortgage Office
Instrument No. 269/75
NEW ORLEANS, LOUISIANA
DATE: 5 - 19 - 94
TIME: 1: 31 pm

Who declare that **they** do by these presents grant, bargain, sell, convey,
transfer, assign, set over, abandon and deliver, with all legal warranties and with full substi-
tution and subrogation in and to all the rights and actions of warranty which **they have**
or may have against all preceding owners and vendors, unto _____
Ethel Mae Nelson, wife of/and Jimmie Lee Coats (marital
status per attached Statement 1)

here present accepting, and purchasing for **their** heirs and assigns,
and acknowledging due delivery and possession thereof, all and singular the following described
property to-wit:

SALE#20110    00.00

CIN 87193
MIN 269/75 Canc.
94-24976
5/19/94

A CERTAIN LOT OF GROUND with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET and JOURDAN (Lamanche) STREETS, designated as LOT THREE (3) on a blue print of survey made by E.G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public, January 26, 1925 and measuring Forty-one (41') feet from on Charbonnet Street, same width in the rear and One Hundred Eight (108') feet, three (3") inches, One (1'") line in depth.

The Improvements bear the Municipal Nos. 1020-22 Charbonnet Street.

And according to a blue print of survey made by Gilbert and Kelly, Surveyors, dated August 8, 1940, said Lot Three (3) measures Forty-one feet (41') front on Charbonnet Street by a depth of One Hundred Eight feet, Three inches and One line (108'3"1'").

Being the same property acquired in part by the Bank of New Orleans and Trust Company by Judgment of Possession in the Succession of Thelma Fredolin Lopiccolo recorded on December 13, 1983 in C.O.B.792 at Folio 96 in the records of Orleans Parish.

Being the same property acquired in part by the New Orleans Archdiocesan Cemeteries, a Louisiana non-profit corporation, from the Roman Catholic Church of the Archdiocese of New Orleans by Transfer Agreement dated February 13, 1989, registered in the Conveyance Records of the Parish of Orleans, as Instrument No. 1475, Notarial Archives No. 790221, and subsequent Act of Correction by the Roman Catholic Church of the Archdiocese of New Orleans and New Orleans Archdiocesan Cemeteries dated February 6, 1990, registered in the Conveyance Records of the Parish of Orleans, as Instrument No. 16572, Notarial Archives No. 834315.

To have and to hold the above described property unto the said purchaser s and their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of SIXTEEN THOUSAND AND NO/100**********************************Dollars in part payment and deduction whereof the said Purchasers                    have  well and

## STATEMENT 1

ETHEL MAE NELSON COATS, a person of full age of majority and a resident of and domiciled in the Parish of Orleans, State of Louisiana, who declares unto me, Notary, that she has been married twice and then to Larry Franklin, from whom she was divorced in Proceedings No. 359371 of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana; and that she is presently married to and residing with Jimmie Lee Coats at her mailing address at 1020 Charbonnet Street, New Orleans, Louisiana 70117.

AND

JIMMIE LEE COATS, a person of full age of majority and a resident of and domiciled in the Parish of Orleans, State of Louisiana, who declares unto me, Notary, that he has been married three times and then to Muriel Davis, from whom he was divorced in Proceeding No. 88-4801 of the Civil District Court for the Parish of Orleans, State of Louisiana; and then to Sandra Sanders, from whom he was divorced in Proceeding No. 88-4968 in the Civil District Court for the Parish of Orleans, State of Louisiana; and that he is presently married to and residing with Ethel Mae Nelson Coats at his mailing address at 1020 Charbonnet Street, New Orleans, Louisiana 70117.

# CITY OF NEW ORLEANS

DEPARTMENT OF FINANCE — BUREAU OF TREASURY

REAL ESTATE TAX RESEARCH

| | TAXBIEL NUMBER (CURRENT CODE) |
|---|---|
| | BOOK | CODE |

| NAME AND ADDRESS OF OWNER TO WHOM PROPERTY IS CURRENTLY ASSESSED | AMOUNT NET TAX CURRENT YEAR | DATE ISSUED | | | BOOK | | | CODE | |
|---|---|---|---|---|---|---|---|---|---|
| | | MONTH | DAY | YEAR | | | KEY | NO |
| ROMAN CATHOLIC CHURCH C/O N O ARCHDIOCESAN CEMETRI ES 1000 HOWARD AV STE 500 NEW ORLEANS    LA 70113 | 698.62  ASMT 4,330.00 | 03 25 94 | | | 3 9H 2 044 08 | | | | |

| DESCRIPTION OF PROPERTY |
|---|
| SQ 333 LOT 3 CHARBONNET 41X108 DBLE 4/RM EA T/R 1020-22 CHARBONNET ST |

No.        2030

THIS RESEARCH INCLUDES THE STATUS
OF TAXES THROUGH 1994 AS OF 03 22 94
INCLUDING ALL ORLEANS LEVEE
BOARD TAXES FROM 1974 TO DATE

A RESEARCH OF CITY OF NEW ORLEANS REAL ESTATE
TAX RECORDS, IN THE CURRENTLY ASSESSED NAME
ONLY, MADE THIS DAY, ON THE PROPERTY DESCRIBED
HEREIN, DISCLOSES ALL CITY OF NEW ORLEANS REAL
ESTATE TAXES PAID, AND THE PROPERTY NOT ADJU-
DICATED TO THE CITY OF NEW ORLEANS EXCEPT AS
SHOWN TO THE LEFT HEREOF:

THE CITY OF NEW ORLEANS ASSUMES NO RESPONSI-
BILITY FOR THE REDEMPTION OF TAX SALES TO ANY-
ONE OTHER THAN THE CITY OF NEW ORLEANS.

A TRUE AND CORRECT STATEMENT AS SHOWN BY
THE CITY OF NEW ORLEANS REAL ESTATE TAX REC-
ORDS.

CHIEF, BUREAU OF THE TREASURY, DEPARTMENT OF FINANCE

BY _____

FEE

$15.00

| TAX YEAR | TAX BILL NUMBER | AMOUNT TAX DUE TO CITY OF NEW ORLEANS | LIENS AND/OR TAX SALES |
|---|---|---|---|
| | | | |

*bloc*   Robert E. Tarcza
228 St. Charles Ave.
Suite 1310
New Orleans, La 70130

CITY OF NEW ORLEANS
DEPARTMENT OF FINANCE
BUREAU OF THE TREASURY
PAVING AND LIEN SECTION
ROOM 1-W-22, CITY HALL

## STREET PAVING CERTIFICATE   MAR 28 1994

3-9w-2-04408                    New Orleans, La., *March 22*  19 *94*

In accordance with Act 116 of 1938, by research made this date by the Department of Finance through the office of the Comptroller, it is hereby certified that against the following described property, viz:

A certain lot or portion of ground is the record owner name of *The Roman Catholic Church + First National Bank Commission*
square No. *333*, in the *3RD* Municipal District, square bounded by *St. Claude Ave. ;* _____ streets, designated, _____ and *N. Rampart Street + Jourdan* _____ streets, designated,

*Charbonnet* _____ according to the title description thereof, as lot *3* _____ measuring ____ *41* ____ feet front on street by the following depths *108' 3"* _____

(Indicate if fronting on more than one street)
*Charbonnet* _____ street by the following depths *108' 3"* _____

which said lot is also designated on the current assessment roll as lot No. *3* _____ in the aforesaid square, and assessed thereon in the name of *The Roman Catholic Church + First National Bk Commission* on the records of the aforesaid department of Finance, there appears the following assessments against said property for paving and other local improvements.

Pursuant to Ordinance _____, approved MAR 28 1994 _____ there was ascertained and tabulated all unpaid installment assessments, past and future, as of _____, bearing against the above property, as follows:

SHOW DISTANCE FROM CORNER

Principal  — — — $ _____
Accrued Interest  — — $ _____
Delinquent Interest  — $ _____
New Principal  — — $ _____

PROPERTY DIAGRAM

Which, in accordance with the aforesaid Ordinance, has been extended and prorated into annual installments as follows:

| INSTALLMENTS | PRINCIPAL | ACCRUED INTEREST | | TOTAL | DUE OR PAID |
|---|---|---|---|---|---|
| Year 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| 19 | | | | | |
| TOTAL | | | | | |

NO STREET PAVING
CHARGES

By _____   _____
PAVING RESEARCH DEPT., EXT. 331              COMPTROLLER

(THIS APPLICATION TO BE FILED IN DUPLICATE)

Form 535—ISM

Notary P. TARCZA

# STATE OF LOUISIANA - - - PARISH OF ORLEANS

### OFFICE OF THE REGISTER OF CONVEYANCES

### CERTIFICATES ONLY GOOD FOR SIXTY DAYS

New Orleans, _____MAR 2 4 1994_____ 19_____, 9 A.M.

*I, GASPER J. SCHIRO, Register of Conveyances for the Parish of Orleans, certify that this certificate has been run exclusively in the exact names hereunder set forth and not in any variations of said names.*

*Where no middle initials have been furnished, identical names with middle initials have not been run and will not be unless specifically requested.*

*The Register of Conveyances will not be responsible for the record of any acts of sales inscribed in this office in Books prior to the year of nineteen hundred (1900).*

*Subject to these restrictions and exceptions, I certify that according to the indices in this office it does not appear that the following described property has been alienated by*

**Name of Clerk**

First National Bank of Commerce (formerly The Bank of New Orleans and Trust Company) as Trustee for the Thelma F. Lopiccolo Trust - an undivided 1/2 interest; The Roman Catholic Church of the Archdiocese of New Orleans - an undivided 1/2 interest in the following property:

A CERTAIN LOT OF GROUND with all the buildings, and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET and JOURDAN (LaManche) STREETS, designated as LOT THREE (3) on a blue print of survey made by E. G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public, January 26, 1925 and measuring Forty-one (41') feet front on Charbonnet Street, same width in the rear and One Hundred Eight (108') feet, Three (3") inches, One (1'") line in depth.

The improvements bear the Municipal Nos. 1020-22 Charbonnet Street.

And according to a blue print of survey made by Gilbert and Kelly, Surveyors, dated August 8, 1940, said Lot Three (3) measures Forty-one feet (41') front on Charbonnet Street by a depth of One Hundred Eight feet, Three inches and One line (108'3"1'").

Being the same property acquired in part by the Bank of New Orleans and Trust Company by Judgment of Possession in the Succession of Thelma Fredolin Lopiccolo recorded on December 13, 1983 in C.O.B. 792 at Folio 96 in the records of Orleans Parish.

Being the same property acquired in part by The Roman Catholic Church of the Archdiocese of New Orleans by Judgment of Possession in the Succession of Joseph J. Lopiccolo on February 10, 1989.

**Remarks:**

PLease
Dated Sign
AS of
5/18/94.

This certificate consists
of ____ pages.          9. 01CL1487          CERT          78.00

```
03/23/94                    ORLEANS PARISH REGISTRAR OF CONVEYANCES        COMPUTER PAGE:   1
CLERK:FBF                 GASPER J. SCHIRO, REGISTRAR OF CONVEYANCES
                                    CERTIFICATE GENERATION
                          REG. NUMBER: 1-41        CERT. DATE: 03-22-1994
           ----------------------------------------------------------------
            THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING DATA INPUT:
           ------------------------------
     INS:     1475    MISCELLANEOUS
     NA#: 790221      V - ROMAN CATHOLIC CHURCH OF, THE ARCHDIOCESE - OF NEW ORLEANS
            02/14/1989 P - NEW ORLEANS ARCHDIOCESAN CEMET, ERIES -
           ------------------------------
     INS:     1487    JUDGMENT
     NA#: 790186      V - LOPICCOLO, JOSEPH J. -
            02/14/1989 P - ROMAN CATHOLIC CHURCH OF, THE ARCHDIOCESE - SEE ABSTRACT
                      P - FIRST NATIONAL BANK OF COMMERC, E - TRUSTEE
                      P - THELMA F. LOPICCOLO, TRUST -
           ------------------------------
     INS:    16571    JUDGMENT
     NA#: 834314      V - LOPICCOLO, JOSEPH J. -
            02/07/1990 P - ROMAN CATHOLIC CHURCH OF, THE ARCHDIOCESE - OF NEW ORLEA
           ------------------------------
     INS:    16572    ACT OF CORRECTION/AMENDMENT
     NA#: 834315      V - ROMAN CATHOLIC CHURCH OF, THE ARCHDIOCESE - NEW ORLEANS, BY:REV.MONSIGN
            02/07/1990 V - NEW ORLEANS ARCHDIOCESAN CEMET, ERIES -
           ------------------------------
     TOTAL INSCRIPTIONS THIS SESSION:     4
```

DATED ____ MAR 2 4 1994 ____
_____
_____  D. R. C.

```
06/03/94                ORLEANS PARISH REGISTRAR OF CONVEYANCES          COMPUTER PAGE:    1
CLERK:DOG .          GASPER J. SCHIRO, REGISTRAR OF CONVEYANCES
                             CERTIFICATE GENERATION
                     REG. NUMBER: 1-41     CERT. DATE: 03-22-1994
                ------------------------------------------------------
       THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING DATA INPUT:
          COATS -
          LAST OF FIELDS

          ------------------------------
  INS:     87193     SALE
  NA#: 94-24976      V - THELMA F. LOPICCOLO TRUST,  - REP. BY
       05/19/1994    V - FIRST NATIONAL BANK OF COMMERC, E - TRUSTEE
                     V - NEW ORLEANS ARCHDIOCESAN CEMET, ERIES - BENEFICIARY AND PRINCIPAL
                     P - NELSON, ETHEL MAE -
                     P - FRANKLIN, ETHEL MAE N. - DIV/W/ 1ST. MARR. OF LARRY FRANKLIN
                     P - COATS, ETHEL MAE N. - W/O/A
                     P - COATS, JIMMIE LEE -
          ------------------------------
  TOTAL INSCRIPTIONS THIS SESSION:      1
```

DATED 5/19/9F

K. _____ Pr D.f.
_____ /90 /3                D. R. C.



*Please File: Robert E Torcza*

## MICHAEL P. McCROSSEN

# STATE OF LOUISIANA—PARISH OF ORLEANS

### RECORDER OF MORTGAGES                    009358

I, MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CERTIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF SAID NAMES.

WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.

SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EXCEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

Clerk

Cards

Remarks:

Inscriptions recorded after September 20, 1987 are reported on a separate Computer Generated Form

6075A       809B       3366C

First National Bank of Commerce (formerly The Bank of New Orleans and Trust Company) as Trustee for the Thelma F. Lopiccolo Trust, an undivided 1/2 interest;
The Roman Catholic Church of the Archdiocese of New Orleans, an undivided 1/2 interest in the following property:

A CERTAIN LOT OF GROUND with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET and JOURDAN (LeManche) STREETS, designated as LOT THREE (3) on a blue print of survey made by E. G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public, January 26, 1925 and measuring Forty-one (41') feet front on Charbonnet Street, same width in the rear and One Hundred Eight (108') feet, Three (3") inches, One (1") line in depth.

The improvements bear the Municipal Nos. 1020-22 Charbonnet Street.

And according to a blue print of survey made by Gilbert and Kelly, Surveyors, dated August 8, 1940, said Lot Three (3) measures Forty-one feet (41') front on Charbonnet Street by a depth of One Hundred Eight feet, Three inches and One line (108'3"1'").

Being the same property acquired in part by the Bank of New Orleans and Trust Company by Judgment of Possession in the Succession of Thelma Fredolin Lopiccolo recorded on December 13, 1983 in C.O.B. 792 at Folio 96 in the records of Orleans Parish.

Being the same property acquired in part by The Roman Catholic Church of the Archdiocese of New Orleans by Judgment of Possession in the Succession of Joseph J. Lopiccolo on February 10, 1989.

*Please Date + Sis As of 5/17/94*

This certificate consists of 2 page(s). 1 of 2 page(s).
9 A.M. New Orleans, LA
3-21, 199 4

03-23-94 11CL4952 CERT        £3.00

Deputy Recorder





### PROMISSORY NOTE

$16,000.00                                                    June 1, 1994

ON DEMAND, WE promise to pay to the order of BEARER at the First National Bank of Commerce, 210 Baronne Street, New Orleans, Louisiana, SIXTEEN THOUSAND DOLLARS AND NO CENTS ($16,000.00) for value received, with interest at the rate of SEVEN AND ONE HALF (7 1/2%) percent per annum from date until paid, or if no demand in monthly installments of principal and interest at the rate of ONE HUNDRED FORTY EIGHT DOLLARS AND THIRTY-TWO CENTS ($148.32) per month for FIFTEEN YEARS from date until paid.

The makers of this note hereby severally waive presentment for payment, demand, notice of non-payment, protest, and all pleas of division and discussion, and agree that the time of payment hereof may be extended from time to time, one or more times, without notice of such extension or extensions and without previous consent hereby binding themselves, in solido, unconditionally and as original promissors, for the payment thereof in principal, interest, costs and attorney's fees. The parties hereto further severally agree that this note evidences and sets forth their entire agreement with the holder hereof, and that no modification hereof shall be binding unless hereon endorsed in writing and signed by the parties.

No delay on the part of the holder hereof in exercising any rights hereunder shall operate as a waiver of such rights.

Should this note not be paid at maturity or when due or demandable as herein provided, or should it become necessary to employ an attorney to enforce the same or recover the amount hereof or any portion of same, or should this note be placed in the hands of an attorney for collection or compromise or for any other reason the makers agree to pay the fees of such attorneys, which are to be a reasonable amount fixed by the court, with interest and all costs.

_____
JIMMIE LEE COATS

_____
ETHEL NELSON COATS

Ne varietur for identification
with Act of Credit Sale passed
before me, Notary, this 18th day
of May, 1994.

_____
NOTARY PUBLIC

FORM 101C



## MICHAEL P. McCROSSEN

# STATE OF LOUISIANA—PARISH OF ORLEANS

## RECORDER OF MORTGAGES

I, MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CER-
TIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF
SAID NAMES.
WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN
RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.
SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY
OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EX-
CEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

---

### _Computer Generated Certificate for Inscriptions Recorded after September 20, 1987_

```
03/24/94              ORLEANS PARISH RECORDER OF MORTGAGES OFFICE        COMPUTER PAGE:      1
CLERK:GEK              MICHAEL P. MCCROSSEN, RECORDER OF MORTGAGES
                              CERTIFICATE GENERATION
                  REG. NUMBER: 9358     CERT. DATE: 03-23-1994
                  ---------------------------------------------

          THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING NAMES INPUT:
              FIRST NATIONAL BANK OF COMMERCE,
              BANK OF NEW ORLEANS AND TRUST,
              LOPICCOLO,
              NOMAN CATHOLIC CHURCH,
              ROMAN CATHOLIC CHURCH,
              LAST OF NAMES,

          --------------------------
          TOTAL INSCRIPTIONS THIS SESSION:      0
```

This certificate consists
of 2 page(s) 2 of 2 page(s).
\.M. New Orleans, LA
3—21 1994
_Deputy Recorder_

FORM 101 C



## MICHAEL P. McCROSSEN

# STATE OF LOUISIANA—PARISH OF ORLEANS

## RECORDER OF MORTGAGES

I, MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CERTIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF SAID NAMES.
WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.
SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EXCEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

_Computer Generated Certificate for Inscriptions Recorded after September 20, 1987_

```
05/26/94                   ORLEANS PARISH RECORDER OF MORTGAGES OFFICE        COMPUTER PAGE:    1
CLERK:JTA                    MICHAEL P. MCCROSSEN, RECORDER OF MORTGAGES
                                       CERTIFICATE GENERATION
                        REG. NUMBER: 9358      CERT. DATE: 03-23-1994
                        -------------------------------------------------------

        THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING NAMES INPUT:
              FIRST NATIONAL BANK,
              FIRST NATIONAL BANK OF COMMERCE,
              BANK OF NEW ORLEANS AND TRUST,
              LOPICCOLO, T
              LOPICCOLO,
              ROMAN CATHOLIC CHURCH,
              LAST OF NAMES,

        -------------------------
        TOTAL INSCRIPTIONS THIS SESSION:        0
```

DATE & SIGNED
9 A.M.  NEW ORLEANS, LA
5-19-19 94
DEPUTY RECORDER

*PLease File ⇒ Robert E. TARCZA*

*18⁰⁰*

Notary *Juliet BLANc*

Form 205—15M

# STATE OF LOUISIANA - - - PARISH OF ORLEANS

## OFFICE OF THE REGISTER OF CONVEYANCES

### CERTIFICATES ONLY GOOD FOR SIXTY DAYS

New Orleans, MAY 03 1994 _____19____ 9 A.M.

I, GASPER J. SCHIRO, Register of Conveyances for the Parish of Orleans, certify that this certificate has been run exclusively in the exact names hereunder set forth and not in any variations of said names.

Where no middle initials have been furnished, identical names with middle initials have not been run and will not be unless specifically requested.

This Register of Conveyances will not be responsible for the record of any acts of sales inscribed in this office in Books prior to the year of nineteen hundred (1900).

Subject to these restrictions and exceptions, I certify that according to the indices in this office it does not appear that the following described property has been alienated by

**Name of Clerk**

**Remarks:**

New Orleans Archdiocesan Cemeteries - an undivided 1/2 interest in the following property:

A CERTAIN LOT OF GROUND with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET and JOURDAN (LaManche) STREETS, designated as LOT THREE (3) on a blue print of survey made by E. G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public, January 26, 1925 and measuring Forty-one (41') feet front on Charbonnet Street, same width in the rear and One Hundred Eight (108') feet, Three (3") inches, One (1'") line in depth.

The improvements bear the Municipal Nos. 1020-22 Charbonnet Street.

And according to a blue print of survey made by Gilbert and Kelly, Surveyors, dated August 8, 1940, said Lot Three (3) measures Forty-one feet (41') front on Charbonnet Street by a depth of One Hundred Eight feet, Three inches and One line (108'3"1'").

Being the same property acquired in part by the Bank of New Orleans and Trust Company by Judgment of Possession in the Succession of Thelma Fredolin Lopiccolo recorded on December 13, 1983 in C.O.B. 792 at Folio 96 in the records of Orleans Parish.

Being the same property acquired in part by the New Orleans Archdiocesan Cemeteries by Transfer Agreement by and between the Roman Catholic Church of the Archdiocese of New Orleans and New Orleans Archdiocesan Cemeteries on February 13, 1989 and recorded on February 14, 1989 in the Conveyance Records of the Parish of Orleans, as Instrument No. 1475, Notarial Archives No. 790221.

*PLease Date + Sign* *As of* *5/19/94*

This certificate consists of ____3____ pages.

CERT 41S      10.00

```
05/10/94                    ORLEANS PARISH REGISTRAR OF CONVEYANCES        COMPUTER PAGE:    1
CLERK:PEF.                  GASPER J. SCHIRO, REGISTRAR OF CONVEYANCES
                                     CERTIFICATE GENERATION
                            REG. NUMBER: 1-41      CERT. DATE: 05-09-1994
                     -----------------------------------------------------------
           THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING DATA INPUT:

           -------------------------------
           INS:    1475     MISCELLANEOUS
           NA#: 790221      V - ROMAN CATHOLIC CHURCH OF, THE ARCHDIOCESE - OF NEW ORLEANS
                02/14/1989  P - NEW ORLEANS ARCHDIOCESAN CEMET, ERIES -
           -------------------------------
           INS:   16572     ACT OF CORRECTION/AMENDMENT
           NA#: 834315      V - ROMAN CATHOLIC CHURCH OF, THE ARCHDIOCESE - NEW ORLEANS, BY:REV.MONSIGN
                02/07/1990  V - NEW ORLEANS ARCHDIOCESAN CEMET, ERIES -
           -------------------------------
           TOTAL INSCRIPTIONS THIS SESSION:       2
```

DATED   MAY 03 1994

_____  V D.R.C.

96-24976 319

```
06/03/94                    ORLEANS PARISH REGISTRAR OF CONVEYANCES          COMPUTER PAGE:    1
CLERK:DOG               GASPER J. SCHIRO, REGISTRAR OF CONVEYANCES
                                     CERTIFICATE GENERATION
                            REG. NUMBER: 1-41    CERT. DATE: 03-22-1994
                       -----------------------------------------------------
         THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING DATA INPUT:

       --------------------------------
INS:     87193        SALE
NA#:   94-24976       V - THELMA F. LOPICCOLO TRUST,  - REP. BY
       05/19/1994     V - FIRST NATIONAL BANK OF COMMERC, E - TRUSTEE
                      V - NEW ORLEANS ARCHDIOCESAN CEMET, ERIES - BENEFICIARY AND PRINCIPAL
                      P - NELSON, ETHEL MAE -
                      P - FRANKLIN, ETHEL MAE N. - DIV/W/ 1ST. MARR. OF LARRY FRANKLIN
                      P - COATS, ETHEL MAE N. - W/O/A
                      P - COATS, JIMMIE LEE -
       --------------------------------
TOTAL INSCRIPTIONS THIS SESSION:    1
```

DATED 5/19/94
K. _____ D.R.C.

FORM 101A

*Please File:
Robert E. Tarcza*

*Julie + Bland
Apt 1310
325 St Charles Ave
New Orleans LA 70130*

### MICHAEL P. McCROSSEN

# STATE OF LOUISIANA—PARISH OF ORLEANS

## RECORDER OF MORTGAGES   010791

I, MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CER-
TIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF
SAID NAMES.
   WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN
RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.
   SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY
OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EX-
CEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

Clerk
*Darren*

Cards _____

Remarks:

*11752*

*2441-209*
*2473-121*
*2226-89*
*2221-119*
*2247-101*
*2253-211*
*2258-648*
*2277-121*
*2417-611*

Inscriptions recorded after September 20, 1987 are
reported on a separate Computer Generated Form
*11752*

New Orleans Archdiocesan Cemeteries – an undivided 1/2
interest in the following property:

A CERTAIN LOT OF GROUND with all the buildings and
improvements thereon and all of the rights, ways,
privileges, servitudes and advantages thereunto belonging
or in anywise appertaining, situated in the THIRD DISTRICT
in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET,
and NORTH RAMPART STREET and JOURDAN (LaManche) STREETS,
designated as LOT THREE (3) on a blue print of survey made
by E. G. Sandoz, Civil Engineer Surveyor, dated November
1, 1924, annexed to act of A. M. Buchman, Notary Public,
January 26, 1925 and measuring Forty-one (41') feet front
on Charbonnet Street, same width in the rear and One
Hundred Eight (108') feet, Three (3") inches, One (1'")
line in depth.

The improvements bear the Municipal Nos. 1020-22
Charbonnet Street.

And according to a blue print of survey made by Gilbert
and Kelly, Surveyors, dated August 8, 1940, said Lot Three
(3) measures Forty-one feet (41') front on Charbonnet
Street by a depth of One Hundred Eight feet, Three inches
and One line (108'3"1'").

Being the same property acquired in part by the Bank of
New Orleans and Trust Company by Judgment of Possession in
the Succession of Thelma Fredolin Lopiccolo recorded on
December 13, 1983 in C.O.B. 792 at Folio 96 in the records
of Orleans Parish.

Being the same property acquired in part by the New
Orleans Archdiocesan Cemeteries by Transfer Agreement by
and between the Roman Catholic Church of the Archdiocese
of New Orleans and New Orleans Archdiocesan Cemeteries on
February 13, 1989 and recorded on February 14, 1989 in the

*Please
Date 2
Sign
as of
5/19/94*

This certificate consists
of 2 page(s) 1 of 2 page(s).
9 A.M. New Orleans, LA
*May 6* 1994
*D. McAllister*
Deputy Recorder

05-09-94 11CL4119 CERT          18.00

FORM 101 C. 

## MICHAEL P. McCROSSEN
# STATE OF LOUISIANA—PARISH OF ORLEANS
## RECORDER OF MORTGAGES

I, MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CER-
TIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF
SAID NAMES.
WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN
RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.
SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY
OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EX-
CEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

---

### _Computer Generated Certificate for Inscriptions Recorded after September 20, 1987_

```
05/11/94              ORLEANS PARISH RECORDER OF MORTGAGES OFFICE          COMPUTER PAGE:    1
CLERK:DM              MICHAEL P. MCCROSSEN, RECORDER OF MORTGAGES
                             CERTIFICATE GENERATION
                REG. NUMBER: 10791     CERT. DATE: 05-09-1994
                ---------------------------------------------

  THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING NAMES INPUT:
    NEW ORLEANS ARCH,
    LAST OF NAMES,
-------------------------
TOTAL INSCRIPTIONS THIS SESSION:         0
```

This certificate consists
of 2 page(s) 2 of 2 page(s).
9 A.M. New Orleans, LA

_Deputy Recorder_

94-21975 =19

FORM 101 C



### MICHAEL P. McCROSSEN

# STATE OF LOUISIANA—PARISH OF ORLEANS

## RECORDER OF MORTGAGES

I, MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CERTIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF SAID NAMES.

WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.

SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EXCEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

---

*Computer Generated Certificate for Inscriptions Recorded after September 20, 1987*

```
05/26/94              ORLEANS PARISH RECORDER OF MORTGAGES OFFICE    COMPUTER PAGE:    1
CLERK:JTA            MICHAEL P. McCROSSEN, RECORDER OF MORTGAGES
                              CERTIFICATE GENERATION
                     REG. NUMBER: 10791    CERT. DATE: 05-09-1994
                     -----------------------------------------------

    THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING NAMES INPUT:
        NEW ORLEANS ARCHDIOCESAN CEMETERIES,
        NEW ORLEANS ARCHDIOCESAN,
        LAST OF NAMES,

------------------------
TOTAL INSCRIPTIONS THIS SESSION:        0
```

DATE & SIGNED
9 A.M. NEW ORLEANS, LA
5-9- ,19 94
DEPUTY RECORDER

EXHIBIT __"A"__

EXTRACTS FROM BY-LAWS OF
FIRST NATIONAL BANK OF COMMERCE
NEW ORLEANS, LOUISIANA
AS ADOPTED OCTOBER 20, 1986

Section 8.2.   As Fiduciary, Trustee, Registrar, and Transfer Agent.   The Chairman and Chief Executive Officer and such officers as he may from time to time designate shall have the authority to sign, execute, countersign, acknowledge, verify, deliver, or accept on behalf of the Association:

A.   All agreements, indentures, mortgages, deeds, advances, powers of attorney, transfers, certificates, discharges, releases, satisfactions, settlements, bonds, undertakings, proxies, and other instruments or documents in connection with the exercise of any of the fiduciary powers of the Association; and

B.   All authentications, registrations, or certificates by the Association as Trustee under any mortgage or deed of trust, indenture or other instrument, securing bonds, debentures, notes or other obligations of any person, firm, or corporation, all certificates as Registrar or Transfer Agent and all certificates of deposit for stocks and bonds, interim receipts, trust certificates, and similar certificates.

I, Samuel Whichard, as Assistant Secretary of First National Bank of Commerce and First Commerce Corporation, New Orleans, Louisiana, do hereby certify that the foregoing is a true extract from the By-Laws of First National Bank of Commerce, New Orleans, Louisiana, as adopted October 20, 1986.

IN WITNESS WHEREOF, I have hereunto signed by hand and affixed the seal of this Bank, this _17th_ day of _May_, 1994.

Samuel Whichard
Assistant Secretary and Vice President
First National Bank of Commerce
New Orleans, Louisiana

CERTIFICATE OF SECRETARY
OF FIRST NATIONAL BANK OF COMMERCE
NEW ORLEANS, LOUISIANA

I, Samuel Whichard, as Assistant Secretary of First National Bank of Commerce (the "Association") and First Commerce Corporation (the "Corporation"), New Orleans, Louisiana, hereby certify that the following is a copy of the Certificate of Designation duly executed by, and bearing the true and correct signature of Howard C. Gaines, Chairman and Chief Executive Officer of the Association, and is a valid and authorized designation in the form contemplated by Sections 8.2.A. and 8.2.B. of the By-Laws of the Association, to wit:

"I, Howard C. Gaines, do hereby certify that I am the duly elected and qualified Chairman and Chief Executive Officer of First National Bank of Commerce, New Orleans, a national banking Association, and that Clifton J. Saik and John C. Portwood are duly elected, qualified, and acting Senior Vice Presidents and Trust Officers of said Association; and that Kimberly J. Austin, Richard W. Fox, Kim D. Garcia, Colin J. Hedlund, Richard T. Hill, Katherine Hovas, Henry G. McCall, II, Michael J. McCoy, Joseph M. Meade, Victor J. Miller, Denis L. Milliner, Christine C. Montz, Rebecca A. Norton, Hal C. Reed, Kevin P. Reed, Lee R. Spence, Russell M. Wenner and Samuel Whichard are duly elected, qualified, and acting Vice Presidents and Trust Officers of said Association; and that Monica D. Chappetta, Dorothy M. Clyne, Mary C. Gallagher-Eymard, Robert E. Ferrara, Elaine S. Harrison, Catherine Hennessey, Stella K. LeBlanc, Tina M. Mayerhafer Warren P. Miguez, Jane M. Robbins and Patricia Rye are duly elected, qualified, and acting Assistant Vice Presidents and Trust Officers of said Association; and that Kris Babin, Daniel L. Beyer, B. Gayle Bishop, Timothy C. Brennan, John M. Cannizaro, Kala W. Cardon, David Cook, Emily R. Crane, Donna D. Cuchinotto, Vernon A. Diaz, Gregg A. Fischer, Althenia Franklin, Scott Hentges, Ann P. Jardot, Janet Jenkins, Mike Lopez, Peggy E. Neal, Michael P. Scott and Martin C. Sirera are duly elected, qualified, and acting Trust Officers of said Association; and that all are and have been continually since May 17, 1993, duly appointed and designated by me pursuant to Sections 8.2.A. and 8.2.B. of the By-Laws of the Bank, to sign, countersign, execute, acknowledge, verify, deliver, and/or accept for and on behalf of the Bank any of the instruments described in said Sections 8.2.A. and 8.2.B. of said By-Laws, each of said Officers to have the power to act singly, and without the joinder of the others, as to any of the foregoing."

I further certify that said Certificate of Designation was duly executed by said Howard C. Gaines on July 14, 1993, and that said Certificate has been and still is as of the date hereof, in full force and effect, and has not been replaced, altered, or modified to any extent whatsoever.

IN WITNESS WHEREOF, I have hereunto signed by hand this *17th* day of *May* 1994.

*Samuel Whichard*
Samuel Whichard
Assistant Secretary and Vice President
First National Bank of Commerce
New Orleans, Louisiana

05/19/94    08:35                                                        002

EXHIBIT    " B "

EXTRACT

EXTRACT OF MINUTES OF THE MEETING OF THE MEMBERSHIP AND BOARD OF
DIRECTORS OF NEW ORLEANS ARCHDIOCESAN CEMETERIES HELD AT THE
DOMICILE OF SAID CORPORATION IN THE PARISH OF ORLEANS, STATE OF
LOUISIANA, ON THE 18TH DAY OF MAY, 1994.

RESOLVED, that this Corporation sell for the price and sum of
SIXTEEN THOUSAND AND NO/100 ($16,000.00) DOLLARS, the following
described property, to-wit:

A CERTAIN LOT OF GROUND with all the buildings and
improvements thereon and all of the rights, ways, privileges,
servitudes and advantages thereunto belonging or in anywise
appertaining, situated in the THIRD DISTRICT in Square 333,
bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART
STREET and JOURDAN (Lamanche) STREETS, designated as LOT THREE
(3) on a blue print of survey made by E. G. Sandoz, Civil
Engineer Surveyor, dated November 1, 1924, annexed to act of
A. M. Buchman, Notary Public, January 26, 1925 and measuring
Forty-one (41') feet front on Charbonnet Street, same width
in the rear and One Hundred Eight (108') feet, three (3")
inches, One (1''') line in depth.

The improvements bear the Municipal Nos. 1020-22 Charbonnet
Street.

And according to a blue print of survey made by Gilbert and
Kelly, Surveyors, dated August 8, 1940, said Lot Three (3)
measures Forty-one feet (41') front on Charbonnet Street by
a depth of One Hundred Eight feet, Three inches and One line
(108'3"1''').

Being the same property acquired in part by the Bank of New
Orleans and Trust Company by Judgment of Possession in the
Succession of Thelma Fredolin Lopiccolo recorded on December
13, 1983 in C.O.B. 792 at Folio 96 in the records of Orleans
Parish.

Being the same property acquired in part by the New Orleans
Archdiocesan Cemeteries, a Louisiana non-profit corporation,
from The Roman Catholic Church of the Archdiocese of New
Orleans by Transfer Agreement dated February 13, 1989,
registered in the Conveyance Records of the Parish of Orleans,
as Instrument No. 1475, Notarial Archives No. 790221, and
subsequent Act of Correction by The Roman Catholic Church of
the Archdiocese of New Orleans and New Orleans Archdiocesan
Cemeteries dated February 6, 1990, registered in the
Conveyance Records of the Parish of Orleans, as Instrument No.
16572, Notarial Archives No. 834315.

RESOLVED FURTHER, that Michael D. Boudreaux, Agent of this
Corporation, is hereby authorized, instructed and empowered to sign
the act of sale for and in the name of this Corporation, and to
receive the purchase price therefor.

FURTHER GIVING AND GRANTING unto Michael D. Bouddeaux, Agent
of this Corporation, full power and authority to sign any and all
documents and to take any and all actions necessary and proper in
the premises.

FURTHER RATIFYING AND CONFIRMING all that the said Michael D.
Boudreaux, Agent of this Corporation, in his said capacity may do
or cause to be done in the premises.

I, the undersigned Secretary of New Orleans Archdiocesan
Cemeteries, do hereby certify that the above and foregoing is a
true and correct copy of a resolution presented at, and unanimously
adopted by, a meeting of the Membership and Board of Directors of
said corporation, which meeting was held on the 18th day of May,
1994, at the domicile of the Corporation, and which meeting was
duly called, held and convened after due notice of the purpose of

05/19/94    08:35                                    003

said meeting had been given to the Membership and Board of
Directors in conformity with the Articles of Incorporation and the
provisions of Louisiana law, and that said resolution remains in
full force and effect.

WITNESS MY HAND AND SEAL, this 18th day of May, 1994.

SECRETARY

| Number | Principal | Interest | Loan Balance |
|--------|-----------|----------|--------------|
| 1 | 48.32 | 100.00 | 15951.68 |
| 2 | 48.62 | 99.70 | 15903.06 |
| 3 | 48.93 | 99.39 | 15854.13 |
| 4 | 49.23 | 99.09 | 15804.90 |
| 5 | 49.54 | 98.78 | 15755.36 |
| 6 | 49.85 | 98.47 | 15705.51 |
| 7 | 50.16 | 98.16 | 15655.35 |
| 8 | 50.47 | 97.85 | 15604.88 |
| 9 | 50.79 | 97.53 | 15554.09 |
| 10 | 51.11 | 97.21 | 15502.98 |
| 11 | 51.43 | 96.89 | 15451.55 |
| 12 | 51.75 | 96.57 | 15399.80 |
| 13 | 52.07 | 96.25 | 15347.73 |
| 14 | 52.40 | 95.92 | 15295.33 |
| 15 | 52.72 | 95.60 | 15242.61 |
| 16 | 53.05 | 95.27 | 15189.56 |
| 17 | 53.39 | 94.93 | 15136.17 |
| 18 | 53.72 | 94.60 | 15082.45 |
| 19 | 54.05 | 94.27 | 15028.40 |
| 20 | 54.39 | 93.93 | 14974.01 |
| 21 | 54.73 | 93.59 | 14919.28 |
| 22 | 55.07 | 93.25 | 14864.21 |
| 23 | 55.42 | 92.90 | 14808.79 |
| 24 | 55.77 | 92.55 | 14753.02 |
| 25 | 56.11 | 92.21 | 14696.91 |
| 26 | 56.46 | 91.86 | 14640.45 |
| 27 | 56.82 | 91.50 | 14583.63 |
| 28 | 57.17 | 91.15 | 14526.46 |
| 29 | 57.53 | 90.79 | 14468.93 |
| 30 | 57.89 | 90.43 | 14411.04 |
| 31 | 58.25 | 90.07 | 14352.79 |
| 32 | 58.62 | 89.70 | 14294.17 |
| 33 | 58.98 | 89.34 | 14235.19 |
| 34 | 59.35 | 88.97 | 14175.84 |
| 35 | 59.72 | 88.60 | 14116.12 |
| 36 | 60.09 | 88.23 | 14056.03 |
| 37 | 60.47 | 87.85 | 13995.56 |
| 38 | 60.85 | 87.47 | 13934.71 |
| 39 | 61.23 | 87.09 | 13873.48 |
| 40 | 61.61 | 86.71 | 13811.87 |
| 41 | 62.00 | 86.32 | 13749.87 |
| 42 | 62.38 | 85.94 | 13687.49 |
| 43 | 62.77 | 85.55 | 13624.72 |
| 44 | 63.17 | 85.15 | 13561.55 |

EXHIBIT "C"

Page 1

| Number | Principal | Interest | Loan Balance |
|--------|-----------|----------|--------------|
| 45 | 63.56 | 84.76 | 13497.99 |
| 46 | 63.96 | 84.36 | 13434.03 |
| 47 | 64.36 | 83.96 | 13369.67 |
| 48 | 64.76 | 83.56 | 13304.91 |
| 49 | 65.16 | 83.16 | 13239.75 |
| 50 | 65.57 | 82.75 | 13174.18 |
| 51 | 65.98 | 82.34 | 13108.20 |
| 52 | 66.39 | 81.93 | 13041.81 |
| 53 | 66.81 | 81.51 | 12975.00 |
| 54 | 67.23 | 81.09 | 12907.77 |
| 55 | 67.65 | 80.67 | 12840.12 |
| 56 | 68.07 | 80.25 | 12772.05 |
| 57 | 68.49 | 79.83 | 12703.56 |
| 58 | 68.92 | 79.40 | 12634.64 |
| 59 | 69.35 | 78.97 | 12565.29 |
| 60 | 69.79 | 78.53 | 12495.50 |
| 61 | 70.22 | 78.10 | 12425.28 |
| 62 | 70.66 | 77.66 | 12354.62 |
| 63 | 71.10 | 77.22 | 12283.52 |
| 64 | 71.55 | 76.77 | 12211.97 |
| 65 | 72.00 | 76.32 | 12139.97 |
| 66 | 72.45 | 75.87 | 12067.52 |
| 67 | 72.90 | 75.42 | 11994.62 |
| 68 | 73.35 | 74.97 | 11921.27 |
| 69 | 73.81 | 74.51 | 11847.46 |
| 70 | 74.27 | 74.05 | 11773.19 |
| 71 | 74.74 | 73.58 | 11698.45 |
| 72 | 75.20 | 73.12 | 11623.25 |
| 73 | 75.67 | 72.65 | 11547.58 |
| 74 | 76.15 | 72.17 | 11471.43 |
| 75 | 76.62 | 71.70 | 11394.81 |
| 76 | 77.10 | 71.22 | 11317.71 |
| 77 | 77.58 | 70.74 | 11240.13 |
| 78 | 78.07 | 70.25 | 11162.06 |
| 79 | 78.56 | 69.76 | 11083.50 |
| 80 | 79.05 | 69.27 | 11004.45 |
| 81 | 79.54 | 68.78 | 10924.91 |
| 82 | 80.04 | 68.28 | 10844.87 |
| 83 | 80.54 | 67.78 | 10764.33 |
| 84 | 81.04 | 67.28 | 10683.29 |
| 85 | 81.55 | 66.77 | 10601.74 |
| 86 | 82.06 | 66.26 | 10519.68 |
| 87 | 82.57 | 65.75 | 10437.11 |
| 88 | 83.09 | 65.23 | 10354.02 |

Page 2

| Number | Principal | Interest | Loan Balance |
|--------|-----------|----------|--------------|
| 89 | 83.61 | 64.71 | 10270.41 |
| 90 | 84.13 | 64.19 | 10186.28 |
| 91 | 84.66 | 63.66 | 10101.62 |
| 92 | 85.18 | 63.14 | 10016.44 |
| 93 | 85.72 | 62.60 | 9930.72 |
| 94 | 86.25 | 62.07 | 9844.47 |
| 95 | 86.79 | 61.53 | 9757.68 |
| 96 | 87.33 | 60.99 | 9670.35 |
| 97 | 87.88 | 60.44 | 9582.47 |
| 98 | 88.43 | 59.89 | 9494.04 |
| 99 | 88.98 | 59.34 | 9405.06 |
| 100 | 89.54 | 58.78 | 9315.52 |
| 101 | 90.10 | 58.22 | 9225.42 |
| 102 | 90.66 | 57.66 | 9134.76 |
| 103 | 91.23 | 57.09 | 9043.53 |
| 104 | 91.80 | 56.52 | 8951.73 |
| 105 | 92.37 | 55.95 | 8859.36 |
| 106 | 92.95 | 55.37 | 8766.41 |
| 107 | 93.53 | 54.79 | 8672.88 |
| 108 | 94.11 | 54.21 | 8578.77 |
| 109 | 94.70 | 53.62 | 8484.07 |
| 110 | 95.29 | 53.03 | 8388.78 |
| 111 | 95.89 | 52.43 | 8292.89 |
| 112 | 96.49 | 51.83 | 8196.40 |
| 113 | 97.09 | 51.23 | 8099.31 |
| 114 | 97.70 | 50.62 | 8001.61 |
| 115 | 98.31 | 50.01 | 7903.30 |
| 116 | 98.92 | 49.40 | 7804.38 |
| 117 | 99.54 | 48.78 | 7704.84 |
| 118 | 100.16 | 48.16 | 7604.68 |
| 119 | 100.79 | 47.53 | 7503.89 |
| 120 | 101.42 | 46.90 | 7402.47 |
| 121 | 102.05 | 46.27 | 7300.42 |
| 122 | 102.69 | 45.63 | 7197.73 |
| 123 | 103.33 | 44.99 | 7094.40 |
| 124 | 103.98 | 44.34 | 6990.42 |
| 125 | 104.63 | 43.69 | 6885.79 |
| 126 | 105.28 | 43.04 | 6780.51 |
| 127 | 105.94 | 42.38 | 6674.57 |
| 128 | 106.60 | 41.72 | 6567.97 |
| 129 | 107.27 | 41.05 | 6460.70 |
| 130 | 107.94 | 40.38 | 6352.76 |
| 131 | 108.62 | 39.70 | 6244.14 |
| 132 | 109.29 | 39.03 | 6134.85 |

Page 3

| Number | Principal | Interest | Loan Balance |
|--------|-----------|----------|--------------|
| 133 | 109.98 | 38.34 | 6024.87 |
| 134 | 110.66 | 37.66 | 5914.21 |
| 135 | 111.36 | 36.96 | 5802.85 |
| 136 | 112.05 | 36.27 | 5690.80 |
| 137 | 112.75 | 35.57 | 5578.05 |
| 138 | 113.46 | 34.86 | 5464.59 |
| 139 | 114.17 | 34.15 | 5350.42 |
| 140 | 114.88 | 33.44 | 5235.54 |
| 141 | 115.60 | 32.72 | 5119.94 |
| 142 | 116.32 | 32.00 | 5003.62 |
| 143 | 117.05 | 31.27 | 4886.57 |
| 144 | 117.78 | 30.54 | 4768.79 |
| 145 | 118.52 | 29.80 | 4650.27 |
| 146 | 119.26 | 29.06 | 4531.01 |
| 147 | 120.00 | 28.32 | 4411.01 |
| 148 | 120.75 | 27.57 | 4290.26 |
| 149 | 121.51 | 26.81 | 4168.75 |
| 150 | 122.27 | 26.05 | 4046.48 |
| 151 | 123.03 | 25.29 | 3923.45 |
| 152 | 123.80 | 24.52 | 3799.65 |
| 153 | 124.57 | 23.75 | 3675.08 |
| 154 | 125.35 | 22.97 | 3549.73 |
| 155 | 126.13 | 22.19 | 3423.60 |
| 156 | 126.92 | 21.40 | 3296.68 |
| 157 | 127.72 | 20.60 | 3168.96 |
| 158 | 128.51 | 19.81 | 3040.45 |
| 159 | 129.32 | 19.00 | 2911.13 |
| 160 | 130.13 | 18.19 | 2781.00 |
| 161 | 130.94 | 17.38 | 2650.06 |
| 162 | 131.76 | 16.56 | 2518.30 |
| 163 | 132.58 | 15.74 | 2385.72 |
| 164 | 133.41 | 14.91 | 2252.31 |
| 165 | 134.24 | 14.08 | 2118.07 |
| 166 | 135.08 | 13.24 | 1982.99 |
| 167 | 135.93 | 12.39 | 1847.06 |
| 168 | 136.78 | 11.54 | 1710.28 |
| 169 | 137.63 | 10.69 | 1572.65 |
| 170 | 138.49 | 9.83 | 1434.16 |
| 171 | 139.36 | 8.96 | 1294.80 |
| 172 | 140.23 | 8.09 | 1154.57 |
| 173 | 141.10 | 7.22 | 1013.47 |
| 174 | 141.99 | 6.33 | 871.48 |
| 175 | 142.87 | 5.45 | 728.61 |
| 176 | 143.77 | 4.55 | 584.84 |

| Number | Principal | Interest | Loan Balance |
|--------|-----------|----------|--------------|
| 177 | 144.66 | 3.66 | 440.18 |
| 178 | 145.57 | 2.75 | 294.61 |
| 179 | 146.48 | 1.84 | 148.13 |
| 180 | 148.13 | 0.93 | 0.00 |

Agreement
To Purchase

EXHIBIT ___"D"_____New Orleans, La __February 11___ 19_94__

1  _We___ offer and agree to purchase__ 1020-22 Charbonnet  Street  (Lot 3, SQ. 333)_____

2  _____

3  _____On     grounds

4  measuring  approximately__31' x 108'_____or as  per title,  and subject  to title

5  restrictions  if any,  for the  sum of _Sixteen Thousand  Dollars_____($_16,000.00_____)

6  Dollars, on the terms of __No_____ on sale  one 2/1994 cash  down with owner financing $16,000.00

7  at 7.5% interest  for a period  of fifteen (15) years. Purchaser  to maintain  Fire Insurance and

8  Flood  Insurance  on  property  in  an  amount  no less  than  $16,000.00, with Seller named

   as  mortgagee.

9        Interest  and  principal  payable  in equal  _monthly_____ installments,  over a period of _15_

10 years.

11

12        This property  to be sold  in "As is"  condition  with Waiver of Redhibition  by purchasers  to be

13 made a part of the body of the sale document   This offer is predicated  upon the approval of the FNBC

14 Trust Administrative  Committee and the New Orleans Archdiocesan  Cemeteries.

15

16        Act of Sale to be passed before  _seller's____ Notary, on or prior to  _April 1__ 19_94_ at

17 expense of seller.

18

19        The seller shall deliver to purchaser  a merchantable  title.

20

21        This offer remains binding  and irrevocable  through  _March  1, 1994_____

22

23 Submitted  to _Thelma  E. Lopiccolo Trust, FNBC Trustee_.   (Signed)_____

24        (Owner)                                          _Ethel Coats___

25        and New Orleans Archdiocesan  Cemeteries         _Jimmie Coats_

26                                                New Orleans, La _Ethel  Coats___

27

28

29        I/We accept the above offer in all its terms and conditions.

30                     LOPICCOLO  TRUST

31

32        (Signed)_John W. Camargue, Asst V.P. [ Trust Officer_

33            FIRST NATIONAL BANK OF COMMERCE, TRUSTEE

34

35

36        __Michael D. Boudreaux__ - Director

37        NEW ORLEANS ARCHDIOCESAN  CEMETERIES

38

LOPFIRSTPM

truly paid, in ready and current money, the sum of <u>No Down Payment</u>
_____Dollars

~~lawful paid xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~
~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~

 And for the balance of said purchase price to-wit: the sum of <u>SIXTEEN THOUSAND</u>
<u>AND NO/100 ($16,000.00)</u>∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗Dollars

the said purchaser ha~~ve~~ furnished <u>one</u>_____Promissory Note   for the sum of
<u>SIXTEEN THOUSAND AND NO/100 ($16,000.00)</u>∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗
_____Dollars

drawn by the purchaser to the order of <u>Bearer</u>_____

Dated <u>June 1, 1994</u>_____and payable <u>on demand or if no demand</u>
<u>in monthly installments of principal and interest of $148.32</u>
<u>for fifteen years from date until paid</u>

which said note   stipulate s to bear interest at the rate of <u>7 1/2</u> per cent per annum from
<u>date</u>_____until paid, and after having been paraphed "Ne Varietur"
by me, Notary to be herewith identified <u>and has</u>_____ been delivered to the said vendor~~s~~
who hereby acknowledge  the receipt thereof.

 The purchaser s hereby bind <u>themselves</u>_____ to keep the buildings on the above
described property constantly insured against risk of loss by fire up to the amount of the note
~~herein xxxxxxxxxxxxx xx xxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx xx~~
~~xxxxxxxxxxxxxxxx~~ and to transfer such insurance to the present vendors  or any other holder
or holders of above desacribed note  amounts of such note , said purchaser hereby authorizing
said vendor s, or any future holder or holders of above described note   to cause said insur-
ance to be effected on <u>Purchasers'</u> default, at a premium not exceeding current rates.

 And in case it should become necessary to institute suit for the recovery of the amount
of said note  or any part thereof, the said purchaser s hereby bind  and obligate <u>themselves</u>
_____to pay the fees of the attorney at law who may be employed for that purpose,
which fees are ~~hereby fixed at xxxxxxxxxxxxxxxxxxx xx xxxxxxxx xxxxxxx~~
<u>to be a reasonable amount fixed by the court.</u>

 And now in Order to secure the full and punctual payment of the said note   at ma-
turity, together with all interests, costs, attorney's fees and premiums of insurance, a special
mortgage and vendor's lien and privilege are hereby retained and granted in favor of said
vendor   and of all future holder or holders of said note   on the property herein conveyed,

which the said purchaser  bind <u>themselves</u>_____ not to sell, alienate or in any wise en-
cumber to the prejudice of this act.

 And here the said purchaser s declare   that <u>they</u>  do  , by these presents, con-
sent, agree and stipulate, that, in the event of said Promissory Note ∗   not being punctu-
ally paid at <u>its</u>_____ maturity, it shall be lawful for, and <u>they</u>____ do
hereby authorize the said vendor , or any other holder or holders thereof, to cause all and sing-
ular the said hereinbefore described and herein conveyed and mortgaged property to be seized
and sold (after due process of law) without appraisement, to the highest bidder, payable cash,
the said purchaser   hereby confessing judgment in favor of said vendor s , or any future
holder or holders of said note  .

 In case the purchaser should become insolvent or apply to the bankruptcy court to be
adjudicated a bankrupt, or proceedings be instituted against said purchase~~s~~ to put <u>them</u>
in involuntary bankruptcy, or should <u>they</u>____ apply for any other relief in the bankruptcy
court, or should any proceedings be taken against <u>them</u>____ looking to the appointment of a
Receiver or Syndic, or in case the purchase fails to keep insurance with Standard Mortgage
Clause and deliver the policy aforesaid, or to pay the taxes and assessments, whether local
or otherwise, before the same become delinquent, or should it create or suffer to create any
other lien or charge (including but not limited to any lien for taxes or assessments of any
character not discharged within sixty (60) days after such taxes or assessments become de-
linquent), superior in rank to the vendor's lien herein retained and/or the mortgage herein
granted, or generally fail to do and perform any of the covenants herein contained, then, and
in any of said events, the said mortgage note, in principal and interest, and said events, the
said mortgage note, in principal and interest, and all other indebtedness secured hereby shall,
at the option of the holder or holders of said note, immediately become due and payable, any-
thing herein or otherwise to the contrary notwithstanding, and it shall be lawful for, and the
purchaser herein does hereby authorize the vendor or any future holder or holders of the
said mortgage note to cause all and singular the property hereinabove described to be seized
and sold under executory process for cash, the said purchaser hereby confessing judgment in
favor of the said vendor or any future holder or holders of the said mortgage note for the
said vendor or any future holder or holders of the said mortgage note for the said amount
thereof, together with all interest, attorney's fees, insurance premiums, cost and expenses.

 ∗ <u>or any installment thereof</u>

The parties to this act are aware of the fact that the mortgage, conveyance and Paving Ordinance certificates herein referred to are open, being not yet dated or signed, and relieve and release me, Notary, from all responsibility and liability in connection therewith.

The vendor s herein state  and warrant  all taxes due on the property sold have been paid through the year___1994_____and that the said property is free and clear of all liens and encumbrances except as presently appear on the undated certificates from the Recorder of Mortgages now in the possession of me, Notary, to be dated and annexed to this act, and has not been sold or alienated by __vendors and acknowledges that upon the strength of such statements the consideration recited in this act was paid to __vendors _____anything to the contrary in this act notwithstanding.

~~United States Internal Revenue xxxxxxxxxxxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx hereto and duly cancelled.~~

1. Purchasers shall maintain flood and liability insurance in the amount of the note.

2. Purchasers accept the property "as is" and "where is". Purchasers waive any rights in contract, tort and redhibition as to the property, except as to title.

3. Purchasers and Vendors agree that payments will be applied in accordance with the attached Amortization Table as per Exhibit "C".

4. First National Bank of Commerce, at its sole option, may require Purchasers to escrow money for insurance and taxes.

5. Agreement to Purchase is hereby attached as Exhibit"D".

6. Termite certificate is hereby waived.

**Thus Done and Passed** ~~at the~~ First National Bank of Commerce 210 Baronne Street, New Orleans, LA

on the day, month and year herein first above written, in the presence of ~~Messrs~~

Hollace B. Blanchette  and  Christian Fatzer, Jr.

competent witnesses, who hereunder sign their names with the said appearers, and me, Notary, after reading of the whole.

_Hollace B. Blanchette_
Witness

_Christian Fatzer, Jr._
Witness

_[signature]_
Notary Public  5-19-8?

INSTR No._87193_
CONVEYANCE OFFICE
PARISH OF ORLEANS

_Jimmie L. Coats_
Purchaser:  Jimmie Lee Coats

_Ethel Nelson Coats_
Purchaser:  Ethel Nelson Coats

Vendor: _John M. Cannizaro_
Thelma F. Lopiccolo Trust, represented by:  John M. Cannizaro, Trust Officer of the First National Bank of Commerce, Trustee

Vendor: _Michael D. Boudreaux_
New Orleans Archdiocesan Cemeteries represented by: Michael D. Boudreaux, Director

02/07/90#0212A001 MISC          18.00

| | | |
|---|---|---|
| ACT OF CORRECTION | * | |
| BY | * | UNITED STATES OF AMERICA |
| THE ROMAN CATHOLIC CHURCH OF THE | * | STATE OF LOUISIANA |
| ARCHDIOCESE OF NEW ORLEANS | * | |
| AND | * | PARISH OF ORLEANS |
| NEW ORLEANS ARCHDIOCESAN | * | * * * * * * * * * |
| CEMETERIES | * | BE IT KNOWN, That on this |

* * * * * * * * * * * * * * * *  6th day of February, in

the year of Our Lord one thousand nine hundred ninety;

BEFORE ME, Otto B. Schoenfeld, Notary Public, duly

commissioned and qualified, in and for the Parish of Orleans,

State of Louisiana, therein residing, and in the presence of the

witnesses hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED:

THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW
ORLEANS, a Louisiana non-profit corporation,
domiciled in the Parish of Orleans, State of
Louisiana, represented herein by Reverend Monsignor
Charles E. Duke, its Secretary Treasurer, formerly
the Assistant Secretary, duly authorized by a
resolution of the Membership and Board of Directors
of said corporation dated the 14th day of February,
1989, copy of which is annexed hereto and made a
part hereof for all purposes (hereinafter sometimes
referred to as "Transferor");

and

NEW ORLEANS ARCHDIOCESAN CEMETERIES, a Louisiana
non-profit corporation, domiciled in the Parish of
Orleans, State of Louisiana, herein represented by
Reverend Monsignor Raymond A. Wegmann, its
Secretary, duly authorized by a resolution of its
Membership and Board of Directors, dated the 2nd
day of February, 1990, a copy of which is annexed
hereto and made a part hereof for all purposes
(hereinafter sometimes referred to as
"Transferee");

who did declare unto me, Notary, that by Act of Transfer before

Otto B. Schoenfeld, Notary Public, dated February 13, 1989,

registered in the Conveyance Records of the Parish of Orleans, as

Instrument No. 1475, Notarial Archives No. 790221, The Roman

Catholic Church of the Archdiocese of New Orleans did transfer unto

New Orleans Archdiocesan Cemeteries, among other property, the

following described property, to-wit:

An undivided seven-twelfths (7/12) interest in and
to the following described property:

CIN 16572
834315
2/7/90



2

A CERTAIN LOT OF GROUND with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET and JOURDAN (LaManche) STREETS, designated as LOT THREE (3) on a blue print of survey made by E. G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public, January 26, 1925 and measuring Forty-one (41') feet front on Charbonnet Street, same width in the rear and One Hundred Eight (108') feet, Three (3") inches, One (1'") line in depths.

The improvements bear the Municipal Nos. 1020-22 Charbonnet Street.

And according to a blue print of survey made by Gilbert and Kelly, Surveyors, dated August 8, 1940, said Lot Three (3) measures Forty-one feet (41') front on Charbonnet Street by a depth of One Hundred Eight feet, Three inches and One line (108'3"1'").

Being the same property acquired by Joseph Lopiccolo from Mrs. Estelle Richarme, widow of Clarence G. Cazes, on August 30, 1946, by act before Charles J. McCabe, Notary Public, registered on Conveyance Office Book 508, folio 648.

That an error was made in that said act of transfer recites the transfer of a seven-twelfths (7/12) interest in the above described property, when in truth and fact, the parties subsequently learned, by Amended Judgment of Possession rendered on October 10, 1989, in Succession of Joseph J. Lopiccolo, CDC No. 88-18128, that the interest received from said succession by Transferor was in fact a one-half (1/2) interest in the above described property, and not a seven-twelfths (7/12) interest in same.

Accordingly, the parties hereto do hereby clarify and reform the original act of transfer by amending the first paragraph at the top of Page 2 thereof to read as follows, to-wit:
"here present, accepting and receiving for itself, its successors and assigns, and acknowledging due delivery and possession thereof, all and singular, Transferor's undivided one-half (1/2) interest in and to the following described property, to-wit:"

All other terms of the act of transfer to remain the same, and further, I hereby request the Register of Conveyances of the Parish

EXTRACT OF MINUTES OF MEETING OF BOARD OF DIRECTORS AND MEMBERSHIP OF "THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS" HELD AT THE DOMICILE OF THE CORPORATION IN THE CITY OF NEW ORLEANS, PARISH OF ORLEANS, STATE OF LOUISIANA, THE 14TH DAY OF FEBRUARY, 1989.

WHEREAS, this corporation is desirous of vesting its President, or its First Vice President or its Secretary-Treasurer, or their successors in office, with full and complete power and authority to transact any and all business of whatsoever nature, kind and description for and on behalf of this corporation on such terms and conditions, and to the extent that its said President, or its First Vice President or its Secretary-Treasurer, may, in his/their sole and unrestricted discretion, determine;

BE IT THEREFORE, RESOLVED, that Most Rev. Francis B. Schulte, President, or Rev. Monsignor Robert W. Muench, First Vice President, or Rev. Monsignor Charles E. Duke, Secretary-Treas- urer, of this corporation, or their successors in office, be and he/they are hereby author- ized and empowered to conduct, manage and transact, all and singular, the affairs and busi- ness of this corporation; of whatsoever nature or kind; to make and endorse promissory notes in the name of this corporation; to endorse and accept notes and bills of exchange; to draw money from any depository wherein this corporation may have deposited same, or to deposit checks, notes or other obligations and withdraw the same or the proceeds thereof; to borrow monies from any bank, homestead, insurance company or other lending institution on the notes or obligations of this corporation and to sign and endorse same in such amounts and on such terms as he/they may deem fit and proper in his/their sole and unrestricted dis- cretion.

BE IT FURTHER RESOLVED, that the said Most Rev. Francis B. Schulte, President, or Rev. Mon- signor Robert W. Muench, First Vice President, or Rev. Monsignor Charles E. Duke, Secretary- Treasurer, of this corporation, or their successors in office, be and he/they are hereby further specifically authorized, instructed and empowered, for and on behalf of this corpo- ration, to sell, transfer and convey, or to mortgage, pledge, hypothecate, or otherwise en- cumber and effect all or any part of the property or assets belonging to this corporation, whether, movable or immovable, tangible or intangible, on such terms and conditions, and for such price as he/they may, in his/their sole and unrestricted discretion determine fit and proper; to sign any and all acts of sale, mortgage, pledge or other documents, necessary to fully effectuate such transactions, to receive the purchase price for any sales, whether in cash or by note, and to give full acquittance and discharge thereof; to lease or hire all or any part of the movable or immovable property of this corporation, to purchase all manner of property in the name of this corporation, both movable and immovable, for such price and on such terms and conditions as he/they may deem fit and proper, to sign such acts and give the purchase price therefor, to make and execute oil, gas and mineral leases, and related in- struments, on any property in which this corporation may have an interest, on such terms and conditions he/they may deem fit and proper, and to receive all bonuses, rentals, royalties and proceeds thereof as they may fall due; to make all mineral leases and other contracts, including pooling or unitization agreements, to represent this corporation in actions at law, and to appear on its behalf judicially or otherwise as heir, legatee, creditor, executor, administrator, or otherwise, in all successions in which this corporation may have an inter- est, and to settle, compromise or liquidate this corporation's interest therein; to donate the assets of whatsoever nature and kind of this corporation, and to receive donations; to enter into and execute any and all building contracts for the construction of improvements or installations of fixtures in or on any property belonging to this corporation on such terms and conditions as the said President, or First Vice President, or the Secretary- Treasurer, may in his/their sole and unrestricted discretion, determine fit and proper.

BE IT FURTHER RESOLVED, that the said Most Rev. Francis B. Schulte, President, or Rev. Mon- signor Robert W. Muench, First Vice President, or Rev. Monsignor Charles E. Duke, Secretary- Treasurer, of this corporation, or their successors in office, be and he/they are further hereby authorized, instructed and empowered to do and perform all and every other act, matter and thing whatsoever, as shall be requisite and necessary, touching or concerning the affairs, business or assets of this corporation.

FULLY RATIFYING AND CONFIRMING all and every such act, matter or thing that the said Most Rev. Francis B. Schulte, President, or Rev. Monsignor Robert W. Muench, First Vice President, or Rev. Monsignor Charles E. Duke, Secretary-Treasurer, of this corporation, or their successors in office, to the same intents and purposes and with the same validity, as if all and every such act, matter or thing, were or had been particularly authorized and expressed hereby.

I, the undersigned Secretary-Treasurer of The Roman Catholic Church of the Archdiocese of New Orleans, do hereby certify that the above and foregoing is a true and correct copy of a resolution presented at, and unanimously adopted by a meeting of the Membership and Board of Directors of said Corporation, which meeting was held on the 14th day of February, 1989, at the domicile of the Corporation in the City of New Orleans, Parish of Orleans, State of Louisiana, and which meeting was duly called, held and convened after due notice of the pur- pose of said meeting had been given to the Membership and Board of Directors, or waived by them in conformity with the provisions of Louisiana law, and specifically R.S. 12:207(D)

WITNESS MY HAND AND SEAL, THIS _2nd_ DAY OF _February_, 19 _90_.

_Charles E. Duke_
SECRETARY-TREASURER

ATTEST:
+ _Francis B. Schulte_
PRESIDENT

COPY

EXTRACT OF MINUTES OF THE MEETING OF THE MEMBERSHIP AND BOARD OF
DIRECTORS OF NEW ORLEANS ARCHDIOCESAN CEMETERIES HELD AT THE
DOMICILE OF SAID CORPORATION IN THE PARISH OF ORLEANS, STATE OF
LOUISIANA, ON THE ___2nd___ DAY OF FEBRUARY, 1990.

    RESOLVED, that this Corporation enter into an Act of
Correction with The Roman Catholic Church of the Archdiocese of
New Orleans, hereinafter "Archdiocese", whereby the Act of
Transfer between this Corporation and the Archdiocese, dated
February 13, 1989, transferring that property described on Exhibit
"A" attached hereto, from the Archdiocese to this Corporation, is
corrected to recite that the correct percentage of interest in the
Charbonnet Street property which was transferred from the
Archdiocese to this Corporation was one-half (1/2) interest,
rather than a seven-twelfths (7/12) interest.

    RESOLVED FURTHER that Reverend Monsignor Raymond A.
Wegmann, Secretary of this Corporation, is hereby authorized,
instructed and empowered to sign this Act of Correction in the
name of this Corporation, said Act of Correction to contain such
terms and conditions as he shall deem proper in his sole and
uncontrolled discretion.

    FURTHER GIVING AND GRANTING unto the said Reverend
Monsignor Raymond A. Wegmann, Secretary of this Corporation, full
power and authority to sign any and all documents and to take any
and all actions necessary and proper in the premises.

    FURTHER RATIFYING AND CONFIRMING all that the said Reverend
Monsignor Raymond A. Wegmann, Secretary of this Corporation, in
his said capacity, may do or cause to be done in the premises.

    I, the undersigned Secretary of New Orleans Archdiocesan
Cemeteries, do hereby certify that the above and foregoing is a
true and correct copy of a resolution presented at, and
unanimously adopted by, a meeting of the Membership and Board of
Directors of said corporation, which meeting was held on the ___2nd___
day of February, 1990, at the domicile of the corporation, and
which meeting was duly called, held and convened after due notice
of the purpose of said meeting had been given to the Membership
and Board of Directors in conformity with the Articles of
Incorporation and the provisions of Louisiana law.

    WITNESS MY HAND AND SEAL, this ___2nd___ day of February,
1990.

                                  _Raymond Awe_____
                                   SECRETARY

ATTEST:

_Robert W. Muench_____
VICE-PRESIDENT

EXHIBIT A

A CERTAIN LOT OF GROUND with all the buildings and
improvements thereon and all of the rights, ways,
privileges, servitudes and advantages thereunto
belonging or in anywise appertaining, situated in
the THIRD DISTRICT in Square 333, bounded by ST.
CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET
and JOURDAN (LaManche) STREETS, designated as LOT
THREE (3) on a blue print of survey made by E. G.
Sandoz, Civil Engineer Surveyor, dated November 1,
1924, annexed to act of A. M. Buchman, Notary
Public, January 26, 1925 and measuring Forty-one
(41') feet front on Charbonnet Street, same width
in the rear and One Hundred Eight (108') feet,
Three (3") inches, One (1'") line in depths.

The improvements bear the Municipal Nos. 1020-22
Charbonnet Street.

And according to a blue print of survey made by
Gilbert and Kelly, Surveyors, dated August 8, 1940,
said Lot Three (3) measures Forty-one feet (41')
front on Charbonnet Street by a depth of One
Hundred Eight feet, Three inches and One line
(108'3"1'").

Being the same property acquired by Joseph
Lopiccolo from Mrs. Estelle Richarme, widow of
Clarence G. Cazes, on August 30, 1946, by act
before Charles J. McCabe, Notary Public, registered
on Conveyance Office Book 508, folio 648.

See Amended Judgment of Possession in Succession of
Joseph Lopiccolo, CDC No. 88-18128, dated October
10, 1989, recorded in COB _____, folio _____
of the records of Orleans Parish.

3

of Orleans to make mention of the herein Act of Correction in the margins of the Conveyance Records at Instrument No. 1475.

THUS DONE AND PASSED, in triplicate originals, in my office at New Orleans, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned witnesses who hereunto sign their names with the said Appearers and me, Notary, after a reading of the whole.

WITNESSES:

THE ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS

*Peggy V. Hebert*

BY: *Charles E. Duke*
Reverend Monsignor Charles E.
Duke, Secretary-Treasurer

NEW ORLEANS ARCHDIOCESAN CEMETERIES

*Elizabeth S. Nolan*

BY: *Raymond A. Wegmann*
Reverend Monsignor Raymond A.
Wegmann, Secretary

*(signature)*
NOTARY PUBLIC

INSTR. No. 16572
CONVEYANCE OFFICE
PARISH OF ORLEANS

834315 FEB-7 90

*February 7, 1990*
*L Branch*

*Derenbourd*

02/07/90A0212A001 JUDGMT      12.00

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 88-18128             DIVISION "L"          DOCKET NO.

SUCCESSION

OF

JOSEPH J. LOPICCOLO

FILED: _____

DEPUTY CLERK

AMENDED JUDGMENT OF POSSESSION

Considering the Petition of Dative Testamentary Executor
to amend this Court's Judgment of February 10, 1989 placing the
Roman Catholic Church of the Archdiocese of New Orleans in
possession of its particular legacy:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment
of February 2, 1989 be amended and that The Roman Catholic Church
of the Archdiocese of New Orleans be and it is hereby recognized
as the particular legatee of the deceased and a such is entitled
to the ownership and possession of an undivided one-half (1/2)
interest in the following described property:

A CERTAIN LOT OF GROUND with all the buildings and
improvements thereon and all of the rights, ways,
privileges, servitudes and advantages thereunto
belonging or in anywise appertaining, situated in
the THIRD DISTRICT in Square 333, bounded by ST.
CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET
and JOURDAN (LaManche) STREETS, designated as LOT
THREE (3) on a blue print of survey made by E. G.
Sandoz, Civil Engineer Surveyor, dated November 1,
1924, annexed to act of A. M. Buchman, Notary
Public, January 26, 1925 and measuring Forty-one
(41') feet front on Charbonnet Street, same width
in the rear and One Hundred Eight (108') feet,
Three (3") inches, One (1'") line in depth.

The improvements bear the Municipal Nos. 1020-22
Charbonnet Street.

And according to a blue print of survey made by
Gilbert and Kelly, Surveyors, dated August 8, 1940,
said Lot Three (3) measures Forty-one feet (41')
front on Charbonnet Street by a depth of One
Hundred Eight feet, Three inches and one line
(108'3"1'").

Being the same property acquired by Joseph
Lopiccolo from Mrs. Estelle Richarme, widow of
Clarence G. Cazes, on August 30, 1946, by act
before Charles J. McCabe, Notary Public, registered
on Conveyance Office Book 508, folio 648.

CIN 16571
834314
2/7/90

(9)

90#

JUDGMENT READ, RENDERED AND SIGNED in Chambers, this 10th
day of October, 1989.

_Mas G. Tobias, J._
J U D G E

_filed_
_Inst 1487_
_OBS_

# 88-18128

A TRUE COPY
_[signature]_
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

INSTR. No. 16571
CONVEYANCE OFFICE
PARISH OF ORLEANS

_February 7, 1990_
_J. W. Lunch_

834314 FEB-7 90

*Pickering, Cotogno, Delw*

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

FILED

STATE OF LOUISIANA   10 55 AM '89

NO. 88-18128                DIVISION "L"   CIVIL   DOCKET NO.

VERIFIED          SUCCESSION DISTRICT COURT

2-24-89 N/cw/HDP OF

JOSEPH J. LOPICCOLO

FILED: _____

DEPUTY CLERK

J U D G M E N T

Considering the Petition of the dative Testamentary Executor to place the particular legacy to The Roman Catholic Church of the Archdiocese of New Orleans, in possession of their legacy, the probate of the statutory will herein, and it appearing that no inheritance taxes are due the State of Louisiana, and the law and evidence being in favor of petitioner for the reasons this day orally assigned:

IT IS ORDERED, ADJUDGED AND DECREED, that The Roman Catholic Church of the Archdiocese of New Orleans be and it is hereby recognized as the particular legatee of the deceased and as such is entitled to the ownership and possession of the decedent's undivided seven-twelfths (7/12) interest in the following described property:

A CERTAIN LOT OF GROUND with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET and JOURDAN (LaManche) STREETS, designated as LOT THREE (3) on a blue print of survey made by E. G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public, January 26. 1925 and measuring Forty-one (41') feet front on Charbonnet Street, same width in the rear and One Hundred Eight (108') feet, Three (3") inches, One (1'") line in depth.

The improvements bear the Municipal Nos. 1020-22 Charbonnet Street.

And according to a blue print of s. survey made by Gilbert and Kelly, Surveyors, dated August 8, 1940, said Lot Three (3) measures Forty-one feet (41') front on Charbonnet Street by a depth of One Hundred Eight feet, Three inches and One line (108'3"1'").

CDN 1487.
790186
2/14/89

10

Being the dame property acquired by Joseph
Lopiccolo from mrs. Estelle Richarme, widow of
Clarence G. Cazes, on August 30, 1946, by act
before Charles J. McCabe, Notary Public, registered
on Conveyance Office Book 508, folio 648.

A CERTAIN PORTION OF GROUND, together with all the
buildings and improvements thereon and all the
rights, ways, privileges, servitudes and
appurtenances thereunto belonging or in anywise
appertaining, situated in the THIRD DISTRICT of New
Orleans, in SQUARE NO. 166, bounded by DAUPHINE,
ROYAL and PORT STREETS and LAFAYETTE AVENUE,
measuring twenty-nine (20') feet front on DAUPHINE
STREET by a depth and front on PORT STREET of one
hundred (100') feet.

According to a certificate of survey made by Adloe
Orr, Jr., Surveyor, dated April 28, 1960, annexed
hereto, the hereinabove described portion of ground
is situated in the same District and Square,
bounded by DAUPHINE, PORT and ROYAL STREETS and
ALMONASTER (late Lafayette) AVENUE, and is
designated as LOT NO. 14, and has the same location
and dimensions as hereinabove set forth.

The improvements thereon are designated by the
Municipal Numbers 2632-34 DAUPHINE STREET.

Being the same property acquired by Joseph
Lopiccolo as an heir of his deceased parents Jennie
Pilettera wife of, and Frank Lopiccolo, No. 379-055
of the Civil District Court for the Parish of
Orleans, rendered and signed on March 29, 1960,
which judgment is registered in the Conveyance
Office in Book 634, folio 129, and from Jack
Lopiccolo, et al, on May 10, 1960 by act before
Milton J. Montgomery, Notary Public, registered in
Conveyance Office Book No. 635, folio 250.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that The

Roman Catholic Church of the Archdiocese of New Orleans be and is

hereby recognized as the legatee of the sum of $146,000.00 cash..

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the

First National Bank of Commerce as Trustee for the Thelma F.

Lopiccolo Trust be and is hereby recognized as the owner of the

following bonds:

1.  American Telephone & Telegraph Company
    $500 Thirty Year 8-3/4% Debenture
    due 5/15/2000, n/o Joseph J. Lopiccolo,
    at 69.7875,  No. 8210-6291

2.  The Bell Telephone Company of Pennsylvania
    $5,000 Forty Year 8% Debenture,
    due 9/1/2009,  No. R-22992,
    n\o Joseph J. Lopiccolo, at 59.5

3.  Southwestern Bell Telephone Company,
    $5,000 Thirty-six Year 8-1/4% Debenture
    Due 9/1/2005, No. R-32469,
    n/o Joseph J. Lopiccolo, at 62.125

JUDGMENT READ, RENDERED AND SIGNED, in Chambers this 10th day of February, 1989.

_____
J U D G E

#89-18128

A TRUE COPY

INSTR. No. 1487
CONVEYANCE OFFICE
PARISH OF ORLEANS
Feb. 14, 1989

790186 FEB 14 89

VERIFIED
Ord 2-24-89

| TRANSFER AGREEMENT | * | UNITED STATES OF AMERICA |
| BY AND BETWEEN | * | STATE OF LOUISIANA |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | * | PARISH OF ORLEANS |
| AND | * | |
| NEW ORLEANS ARCHDIOCESAN CEMETERIES | * | |

* * * * * * * * * * * * * * * * * *

BE IT KNOWN, That on this 13th day of February, in the year of Our Lord one thousand nine hundred eighty-nine, and of the Independence of the United States of America, the two hundred and thirteenth.

BEFORE ME, Otto B. Schoenfeld, a Notary Public, duly commissioned and qualified, in and for the City of New Orleans, and the Parish of Orleans, therein residing, and in the presence of the witnesses hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED:

THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, a Louisiana non-profit corporation, domiciled in the Parish of Orleans, State of Louisiana, represented herein by Reverend Monsignor Charles E. Duke, its Assistant Secretary, duly authorized by a resolution of the Membership and Board of Directors of said corporation dated the 10th day of February, 1989, copy of which is annexed hereto and made a part hereof for all purposes (hereinafter sometimes referred to as "Transferor"),

who declared that it does by these presents grant, bargain, convey, transfer, assign, donate, set over, abandon and deliver, without legal warranty but with full substitution and subrogation in and to all the rights and actions of warranty which it has or may have against all preceding owners and vendors, unto

NEW ORLEANS ARCHDIOCESAN CEMETERIES, a Louisiana non-profit corporation, domiciled in the Parish of Orleans, State of Louisiana, herein represented by Reverend Monsignor Raymond A. Wegmann, its Secretary, duly authorized by a resolution of its Membership and Board of Directors, dated the 10th day of February , 1989, a copy of which is annexed hereto and made a part hereof for all purposes (hereinafter sometimes referred to as "Transferee");

2

here present, accepting and receiving for itself, its successors
and assigns, and acknowledging due delivery and possession
thereof, all and singular, Transferor's undivided seven-twelfths
(7/12) interest in and to the following described property, to-
wit:

A CERTAIN LOT OF GROUND with all the buildings and
improvements thereon and all of the rights, ways,
privileges, servitudes and advantages thereunto
belonging or in anywise appertaining, situated in
the THIRD DISTRICT in Square 333, bounded by ST.
CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET
and JOURDAN (LaManche) STREETS, designated as LOT
THREE (3) on a blue print of survey made by E. G.
Sandoz, Civil Engineer Surveyor, dated November 1,
1924, annexed to act of A. M. Buchman, Notary
Public, January 26, 1925 and measuring Forty-one
(41') feet front on Charbonnet Street, same width
in the rear and One Hundred Eight (108') feet,
Three (3") inches, One (1''') line in depths.

The improvements bear the Municipal Nos. 1020-22
Charbonnet Street.

And according to a blue print of survey made by
Gilbert and Kelly, Surveyors, dated August 8, 1940,
said Lot Three (3) measures Forty-one feet (41')
front on Charbonnet Street by a depth of One
Hundred Eight feet, Three inches and One line
(108 '3"1"').

Being the same property acquired by Joseph
Lopiccolo from Mrs. Estelle Richarme, widow of
Clarence G. Cazes, on August 30, 1946, by act
before Charles J. McCabe, Notary Public, registered
on Conveyance Office Book 508, folio 648.

A CERTAIN PORTION OF GROUND, together with all the
buildings and improvements thereon and all the
rights, ways, privileges, servitudes and
appurtenances thereunto belonging or in anywise
appertaining, situated in the THIRD DISTRICT of the
New Orleans, in SQUARE NO. 166, bounded by
DAUPHINE, ROYAL and PORT STREETS and LAFAYETTE
AVENUE, measuring twenty-nine (29') feet front on
DAUPHINE STREET by a depth and front on PORT STREET
of one hundred (100') feet.

According to a certificate of survey made by Adloe
Orr, Jr., Surveyor, dated April 28, 1960, annexed
hereto, the hereinabove described portion of ground
is situated in the same District and Square,
bounded by DAUPHINE, PORT and ROYAL STREETS, and
ALMONASTER (late Lafayette) AVENUE, and is
designated as LOT NO. 14, and has the same location
and dimensions as hereinabove set forth.

The improvements thereon are designated by the
Municipal Numbers 2632-34 DAUPHINE STREET.

Being the same property acquired by Joseph
Lopiccolo as an heir of his deceased parents Jennie
Filettera wife of, and Frank Lopiccolo, No. 379-055
of the Civil District Court for the Parish of
Orleans, rendered and signed on March 29, 1960,
which judgment is registered in the Conveyance

3

Office in Book 634, folio 129, and from Jack
Lopiccolo, et al, on May 10, 1960 by act before
Milton J. Montgomery, Notary Public, registered in
Conveyance Office Book No. 635, folio 250.

Its fractional undivided interest in both of the
above properties was acquired by The Roman Catholic
Church of the Archdiocese of New Orleans by
Judgment of Possession rendered in the Succession
of Joseph J. Lopiccolo, dated February 10, 1989,
and bearing Civil District Court for the Parish of
Orleans, No. 88-18128, recorded in COB _____ folio
____, Notarial Archives No. _____ of the
records of Orleans Parish.

TO HAVE AND TO HOLD the undivided interest in the above

properties unto the said Transferee, its successors and assigns,

forever.

This transfer and conveyance is being made and accepted in

consideration of the fact that the late Joseph J. Lopiccolo

inadvertently bequeathed his undivided interest in said

properties to Transferor, while it was his true intention to

bequeath same to Transferee, and in recognition of his true

intention by the parties hereto, and in order to effectuate same,

this transfer agreement has been executed.

The Appearers, Transferor and Transferee, declared that

the said corporations have no shareholders and are not operated

for profit; that Appearers, Transferor and Transferee, are

organized under the laws of the State of Louisiana, for the

creation and operation of charitable, religious, educational,

eleemosynary and/or literary corporations, and are non-trading

corporations.

All state and city taxes, up to and including the taxes

due and exigible in 1988-89 are hereby assumed by Transferee.

The parties hereto agree to waive the production of Conveyance

and Mortgage Certificates, City and State Tax Researches and

Paving Researches, and hereby agree to relieve and release me,

Notary, from all responsibility and liability in connection

therewith and for the non-production of same.  The Transferee

assumes full obligation for all encumbrances and alienations

bearing against the property herein transferred.

COPY

EXTRACT OF MINUTES OF THE MEETING OF THE MEMBERSHIP AND BOARD OF
DIRECTORS OF THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW
ORLEANS HELD AT THE DOMICILE OF SAID CORPORATION IN THE PARISH OF
ORLEANS, STATE OF LOUISIANA, ON THE 10TH DAY OF FEBRUARY, 1989.

RESOLVED, that this corporation transfer, for the
considerations recited in the Act of Transfer, unto New Orleans
Archdiocesan Cemeteries, its undivided seven-twelfths (7/12)
interest in and to the following described property:

A CERTAIN LOT OF GROUND with all the buildings and
improvements thereon and all of the rights, ways,
privileges, servitudes and advantages thereunto
belonging or in anywise appertaining, situated in
the THIRD DISTRICT in Square 333, bounded by ST.
CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET
and JOURDAN (LaManche) STREETS, designated as LOT
THREE (3) on a blue print of survey made by E. G.
Sandoz, Civil Engineer Surveyor, dated November 1,
1924, annexed to act of A. M. Buchman, Notary
Public, January 26, 1925 and measuring Forty-one
(41') feet front on Charbonnet Street, same width
in the rear and One Hundred Eight (108') feet,
Three (3") inches, One (1'") line in depths.

The improvements bear the Municipal Nos. 1020-22
Charbonnet Street.

And according to a blue print of survey made by
Gilbert and Kelly, Surveyors, dated August 8, 1940,
said Lot Three (3) measures Forty-one feet (41')
front on Charbonnet Street by a depth of One
Hundred Eight feet, Three inches and One line
(108'3"1'").

Being the same property acquired by Joseph
Lopiccolo from Mrs. Estelle Richarme, widow of
Clarence G. Cazes, on August 30, 1946, by act
before Charles J. McCabe, Notary Public, registered
on Conveyance Office Book 508, folio 648.

A CERTAIN PORTION OF GROUND, together with all the
buildings and improvements thereon and all the
rights, ways, privileges, servitudes and
appurtenances thereunto belonging or in anywise
appertaining, situated in the THIRD DISTRICT of the
New Orleans, in SQUARE NO. 166, bounded by
DAUPHINE, ROYAL and PORT STREETS and LAFAYETTE
AVENUE, measuring twenty-nine (29') feet front on
DAUPHINE STREET by a depth and front on PORT STREET
of one hundred (100') feet.

According to a certificate of survey made by Adloe
Orr, Jr., Surveyor, dated April 28, 1960, annexed
hereto, the hereinabove described portion of ground
is situated in the same District and Square,
bounded by DAUPHINE, PORT and ROYAL STREETS, and
ALMONASTER (late Lafayette) AVENUE, and is
designated as LOT NO. 14, and has the same location
and dimensions as hereinabove set forth.

The improvements thereon are designated by the
Municipal Numbers 2632-34 DAUPHINE STREET.

2

Being the same property acquired by Joseph
Lopiccolo as an heir of his deceased parents Jennie
Pilettera wife of, and Frank Lopiccolo, No. 379-055
of the Civil District Court for the Parish of
Orleans, rendered and signed on March 29, 1960,
which judgment is registered in the Conveyance
Office in Book 634, folio 129, and from Jack
Lopiccolo, et al, on May 10, 1960 by act before
Milton J. Montgomery, Notary Public, registered in
Conveyance Office Book No. 635, folio 250.

Its fractional undivided interest in both of the
above properties was acquired by The Roman Catholic
Church of the Archdiocese of New Orleans by
Judgment of Possession rendered in the Succession
of Joseph J. Lopiccolo, dated February 10, 1989,
and bearing Civil District Court for the Parish of
Orleans, No. 88-18128, recorded in COB ___ folio
___, Notarial Archives No. ___ of the
records of Orleans Parish.

RESOLVED FURTHER that Reverend Monsignor Charles E. Duke,
Assistant Secretary of this Corporation, is hereby authorized,
instructed and empowered to sign the Act of Transfer in the name
of this Corporation.

FURTHER GIVING AND GRANTING unto the said Reverend
Monsignor Charles E. Duke, Assistant Secretary of this
Corporation, full power and authority to sign any and all
documents and to take any and all actions necessary and proper in
the premises.

FURTHER RATIFYING AND CONFIRMING all that the said Reverend
Monsignor Charles E. Duke, Assistant Secretary of this
Corporation, in his said capacity, may do or cause to be done in
the premises.

I, the undersigned Assistant Secretary of The Roman
Catholic Church of the Archdiocese of New Orleans, do hereby
certify that the above and foregoing is a true and correct copy of
a resolution presented at, and unanimously adopted by, a meeting
of the Membership and Board of Directors of said corporation,
which meeting was held on the 10th day of February, 1989, at the
domicile of the corporation, and which meeting was duly called,
held and convened after due notice of the purpose of said meeting
had been given to the Membership and Board of Directors in
conformity with the Articles of Incorporation and the provisions
of Louisiana law.

WITNESS MY HAND AND SEAL, this 10th day of February, 1989.

_Charles E Duke_
ASSISTANT SECRETARY

COPY

EXTRACT OF MINUTES OF THE MEETING OF THE MEMBERSHIP AND BOARD OF
DIRECTORS OF NEW ORLEANS ARCHDIOCESAN CEMETERIES  HELD AT THE
DOMICILE OF SAID CORPORATION IN THE PARISH OF ORLEANS, STATE OF
LOUISIANA, ON THE 10th DAY OF February, 1989.

      RESOLVED, that this corporation accept the transfer, for
the considerations recited in the Act of Transfer, from The Roman
Catholic Church of the Archdiocese of New Orleans, of its
undivided seven-twelfths (7/12) interest in and to the following
described property:

      A CERTAIN LOT OF GROUND with all the buildings and
improvements thereon and all of the rights, ways,
privileges, servitudes and advantages thereunto
belonging or in anywise appertaining, situated in
the THIRD DISTRICT in Square 333, bounded by ST.
CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET
and JOURDAN (LaManche) STREETS, designated as LOT
THREE (3) on a blue print of survey made by E. G.
Sandoz, Civil Engineer Surveyor, dated November 1,
1924, annexed to act of A. M. Buchman, Notary
Public, January 26, 1925 and measuring Forty-one
(41') feet front on Charbonnet Street, same width
in the rear and One Hundred Eight (108') feet,
Three (3") inches, One (1'") line in depths.

The improvements bear the Municipal Nos. 1020-22
Charbonnet Street.

And according to a blue print of survey made by
Gilbert and Kelly, Surveyors, dated August 8, 1940,
said Lot Three (3) measures Forty-one feet (41')
front on Charbonnet Street by a depth of One
Hundred Eight feet, Three inches and One line
(108'3"1'").

Being the same property acquired by Joseph
Lopiccolo from Mrs. Estelle Richarme, widow of
Clarence G. Cazes, on August 30, 1946, by act
before Charles J. McCabe, Notary Public, registered
on Conveyance Office Book 508, folio 648.


A CERTAIN PORTION OF GROUND, together with all the
buildings and improvements thereon and all the
rights, ways, privileges, servitudes and
appurtenances thereunto belonging or in anywise
appertaining, situated in the THIRD DISTRICT of the
New Orleans, in SQUARE NO. 166, bounded by
DAUPHINE, ROYAL and PORT STREETS and LAFAYETTE
AVENUE, measuring twenty-nine (29') feet front on
DAUPHINE STREET by a depth and front on PORT STREET
of one hundred (100') feet.

According to a certificate of survey made by Adloe
Orr, Jr., Surveyor, dated April 28, 1960, annexed
hereto, the hereinabove described portion of ground
is situated in the same District and Square,
bounded by DAUPHINE, PORT and ROYAL STREETS, and
ALMONASTER (late Lafayette) AVENUE, and is
designated as LOT NO. 14, and has the same location
and dimensions as hereinabove set forth.

The improvements thereon are designated by the
Municipal Numbers 2632-34 DAUPHINE STREET.

- 2 -

Being the same property acquired by Joseph Lopiccolo as an heir of his deceased parents Jennie Pilettera wife of, and Frank Lopiccolo, No. 379-055 of the Civil District Court for the Parish of Orleans, rendered and signed on March 29, 1960, which judgment is registered in the Conveyance Office in Book 634, folio 129, and from Jack Lopiccolo, et al, on May 10, 1960 by act before Milton J. Montgomery, Notary Public, registered in Conveyance Office Book No. 635, folio 250.

Its fractional undivided interest in both of the above properties was acquired by The Roman Catholic Church of the Archdiocese of New Orleans by Judgment of Possession rendered in the Succession of Joseph J. Lopiccolo, dated February 10, 1989, and bearing Civil District Court for the Parish of Orleans, No. 88-18128, recorded in COB ____ folio ____, Notarial Archives No. _____ of the records of Orleans Parish.

RESOLVED FURTHER that Reverend Monsignor Raymond A. Wegmann, Secretary of this Corporation, is hereby authorized, instructed and empowered to sign the Act of Transfer in the name of this Corporation.

FURTHER GIVING AND GRANTING unto the said Reverend Monsignor Raymond A. Wegmann, Secretary of this Corporation, full power and authority to sign any and all documents and to take any and all actions necessary and proper in the premises.

FURTHER RATIFYING AND CONFIRMING all that the said Reverend Monsignor Raymond A. Wegmann, Secretary of this Corporation, in his said capacity, may do or cause to be done in the premises.

I, the undersigned Secretary of New Orleans Archdiocesan Cemeteries, do hereby certify that the above and foregoing is a true and correct copy of a resolution presented at, and unanimously adopted by, a meeting of the Membership and Board of Directors of said corporation, which meeting was held on the 10th day of February, 1989, at the domicile of the corporation, and which meeting was duly called, held and convened after due notice of the purpose of said meeting had been given to the Membership and Board of Directors in conformity with the Articles of Incorporation and the provisions of Louisiana law.

WITNESS MY HAND AND SEAL, this 10th day of February, 1989.

_____
SECRETARY

4

THUS DONE AND PASSED, in triplicate originals, in my
office at New Orleans, Louisiana, on the day, month and year
herein first above written, in the presence of the undersigned
competent witnesses who hereunto sign their names with the said
Appearers and me, Notary, after reading of the whole.

WITNESSES:

THE ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS

BY: _____
Reverend Monsignor Charles E.
Duke, Assistant Secretary

NEW ORLEANS ARCHDIOCESAN
CEMETERIES

BY: _____
Reverend Monsignor Raymond A.
Wegmann, Secretary

_____
NOTARY PUBLIC

INSTR. No. 1475
CONVEYANCE OFFICE
PARISH OF ORLEANS

2-14-89

a.m. Bohne

1902:-: FEB 14 89

12/13/83#8847A001 JUDGMT          10.00

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.  82-3618          DIVISION "E"          DOCKET NO. 1

SUCCESSION OF
THELMA FREDOLIN LOPICCOLO

FILED: _____    _____

                                   DEPUTY CLERK

JUDGMENT OF POSSESSION

Considering the last will and testament and codicil of the
decedent which has been duly probated, ordered filed, recorded
and executed by this Court, the Petition for Possession, and
the record of this proceeding, the affidavits annexed, and the
acknowledgment of the Inheritance Tax Collector, it appearing
that all inheritance tax due the State of Louisiana has been
paid, and that the petition for possession, sworn detailed
descriptive list, and affidavit of death and heirship have been
duly filed with the collector of revenue, the law and the evi-
dence entitling petitioners to the relief prayed for, and for
the reasons this day orally assigned:

IT IS ORDERED, ADJUDGED AND DECREED THAT JOSEPH JOHN
LOPICCOLO and THE NEW ORLEANS ARCHDIOCESAN CEMETERIES be and
they are hereby recognized as universal legatees of the dece-
dent, and further that THE BANK OF NEW ORLEANS AND TRUST
COMPANY be and it is hereby recognized as the trustee of the
said legacies to JOSEPH JOHN LOPICCOLO and THE NEW ORLEANS
ARCHDIOCESAN CEMETERIES and, as such, it is sent and placed
into possession of, as trustee on behalf of JOSEPH JOHN
LOPICCOLO, income beneficiary, and THE NEW ORLEANS ARCHDIOCESAN
CEMETERIES, principal beneficiary, the hereinafter described
assets of decedent's succession:

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

COB 792/96
526225
12/13/83

(12)

I.   IMMOVABLE PROPERTY

    A.    An undivided one-half (1/2) interest in and to:

A CERTAIN LOT OF GROUND with all the build-ings and improvements thereon and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREET and JOURDAN (LaManche) STREETS, designated as LOT THREE (3) on blue print of survey made by E. G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public, January 26, 1925 and measuring Forty-One (41') feet front on Charbonnet Street, same width in the rear and One Hundred Eight (108') feet, Three (3") inches, One (1''') line in depth.

The Improvements bear the Municipal Nos. 1020-22 Charbnnet Street.  And according to a blue print of the survey made by Gilbert and Kelly, Surveyors, dated August 8, 1940, said Lot Three (3) measures Forty-One (41') front on Charbonnet Street by a depth of One Hundred Eight feet, Three inches and One Line (108'3"1''').

Being the same property acquired by Joseph Lopiccolo from Mrs. Estelle Richarme, widow of Clarence G. Cazes, on August 30, 1946, by act before Charles J. McCabe, Notary Public, registered in Conveyance Office Book 508, folio 648.

    B.    An undivided five-twelfths (5/12) interest in and to:

A CERTAIN PORTION OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, privileges, servi-tudes and appurtenances thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT of New Orleans in SQUARE NO. 166, bounded by DAUPHINE, ROYAL and PORT STREETS and LAFAYETTE AVENUE, measuring twenty-nine (29') feet front on DAUPHINE STREET by a depth and front on PORT STREET of one hundred (100') feet.

According to a certificate of survey made by Adloe Orr, Jr., Surveyor, dated April 28, 1960, annexed hereto, the hereinabove des-cribed portion of ground is situated in the same District and Square, bounded by DAUPHINE, PORT and ROYAL STREETS and ALMONASTER (late Lafayette) AVENUE, and is designated as LOT NO. 14, and has the same location and dimensions as hereinabove set forth.

The improvements thereon are designated by the Municipal Numbers 2632-34 DAUPHINE STREET.

Being the same property acquired by Joseph Lopiccolo as an heir of his deceased parents by a judgment in the "Succession of Mrs.

-2-

Jennie Pilettera wife of, and Frank
Lopiccolo" No. 379,055 of the Civil District
Court for the Parish of Orleans, rendered and
signed on March 29, 1960, which judgment is
registered in the Conveyance Office in Book
634 folio 129, and from Jack Lopiccolo, et
al, on May 10, 1960, by act before Milton J.
Montgomery, Notary Public, registered in
Conveyance Office Book No. 635, folio 250.

II.   MOVABLE PROPERTY

An undivided one-half (1/2) interest in and to:

A.   BONDS

1.   American Telephone & Telegraph Company, $500
     Thirty Year 8-3/4% Debenture, due 5/15/2000, No.
     8210-6291, n/o Joseph J. Lopiccolo.

2.   The Bell Telephone Company of Pennsylvania,
     $5,000 Forty Year 8% Debenture, due 8/1/2009,
     No. R-22992, n/o Joseph J. Lopiccolo.

3.   Southwestern Bell Telephone Company, $5,000
     Thirty-six Year 8-1/4% Debenture, due 9/1/2005,
     No. R-32469, n/o Joseph J. Lopiccolo.

B.   BANK ACCOUNTS

1.   Bank of New Orleans and Trust Company,
     Certificates of Deposit as follows:

| Account No. | Name |
| --- | --- |
| 29217 | Mr./Mrs. Joe Lopiccolo |
| A12772 | Joseph Lopiccolo |
| A12773 | Joseph Lopiccolo |
| A12774 | Mrs. Thelma Lopiccolo |
| A12775 | Joseph Lopiccolo |

2.   International City Bank, Certificates of Deposit
     as follows:

| Account No. | Name |
| --- | --- |
| 7500196 | Mr./Mrs. Joe Lopiccolo |
| 7500197 | Mrs. Thelma F. Lopiccolo |
| 7500198 | Mr. Joe Lopiccolo |

3.   Dixie Federal Savings, Certificates of Deposit
     as follows:

| Account No. | Name |
| --- | --- |
| 1-8010982 | Joseph Lopiccolo |
| 4-7040033 | Joseph Lopiccolo |
| 4-7040075 | Joseph Lopiccolo |
| 4-7040205 | Joseph Lopiccolo |
| 4-7040244 | Joseph Lopiccolo |
| 4-7040262 | Joseph Lopiccolo |
| 4-7040315 | Joseph Lopiccolo |

4.   First Homestead and Savings Association,
     Certificates of Deposit as follows:

-3-

| Account No. | Name |
|---|---|
| 0900511927-98 | Mr./Mrs. Joe Lopiccolo |
| 1100573788-81 | Joe Lopiccolo |
| 1100582047-81 | Mr./Mrs. Joe Lopiccolo |
| 1100582288-81 | Joe Lopiccolo |
| 1100582622-81 | Joe Lopiccolo |
| 1100582777-91 | Joe Lopiccolo |

    5.   Whitney National Bank, Checking Account No. 12-484-192, name of Joe Lopicolo

C.   MISCELLANEOUS PERSONAL PROPERTY

An undivided one-half (1/2) interest in and to:

1.   Personal effects

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the BANK OF NEW ORLEANS AND TRUST COMPANY be and it is hereby relieved, released and discharged as testamentary executor and relieved, released and discharged of and from any and all liability and responsibility in connection with its said office.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all inheritance taxes due by the succession to the State of Louisiana have been paid, and that no further taxes are due.

JUDGMENT READ, RENDERED AND SIGNED in Chambers, this 9th of _December_, 1983, at New Orleans, Louisiana.

J   U   D   G   E

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

Registred in
Conveyance Office
Book 792 Folio 96
New Orleans 12-13-83
GASPER J. SCHIRO
REGISTRAR
Per _____ DY. CLK.

-4-

**United States of America,**

## STATE OF LOUISIANA,

PARISH OF ORLEANS—CITY OF NEW ORLEANS.

AUGUST 13th ___ 19 40

le of Property

BY

RS. ESTELLE RICHARME,
widow of CLARENCE G. CAZES

TO

JOSEPH LOPICCOLO

Be it known, That on this THIRTEENTH ___ day of the Month of AUGUST ___ in the year of our Lord one thousand nine hundred and Forty ___ and of the Independence of the United States of America the one hundred and Sixty-Fifth

Before me,   C H A R L E S   J.   Mc C A B E

~~PATRICK J. PONTES,~~   A NOTARY PUBLIC, duly commissioned and qualified, in and for this city and the Parish of Orleans, therein residing, and in the presence of the witnesses hereinafter named and undersigned.

Personally came and appeared:

MRS. ESTELLE RICHARME, widow of CLARENCE G. CAZES, who of the full age of majority and a resident of the City of New Orleans, State of Louisiana,

who declare d that ___ she ___ do es by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which she has ___ or may have against all preceeding owners and vendors, unto ___

JOSEPH LOPICCOLO of the full age of majority and a resident of the City of New Orleans, State of Louisiana,

CoB 508/648 or CoB 511/648
8/14/40

(13)

here present accepting, and purchasing for himself, his heirs and assigns and acknowledging due delivery and possession thereof, all and singular the following described property, to-wit:

United States of America

A CERTAIN LOT OF GROUND with the buildings and improvements thereon and all of the rights, ways, privileges, servitudes, and advantages thereunto belonging, or in any wise appertaining, situated in the Third District in Square 333, bounded by ST. CLAUDE AVENUE, CHARBONNET, and NORTH RAMPART STREETS, and JOURDAN (LaManche) Streets, designated as LOT THREE (3) on a print of survey made by E. G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public, January 26th. 1925 and measuring Forty-one feet (41') front on Charbonnet Street, same width in the rear, and One Hundred Eight (108) Feet, Three (3) Inches, One (1) Line in depth.

The improvements bear the Municipal Numbers 1020-22 Charbonnet Street.

And according to a blue print of a survey made by Gilbert & Kelly, Surveyors, dated August 8th. 1940 hereto annexed and made part hereof, said Lot Three (3) measures Forty-one feet (41') front on Charbonnet Street by a depth of One Hundred Eight Feet, Three Inches and One Line (108'3"1").

Acquired by Mrs. Estelle Richarme, widow of Clarence G. Cazes from Mrs. Zulma Dragon, widow of Nicholas Richarme, on May 27th. 1936, by act before George D. Smart, Notary Public, registered in Conveyance Office Book 487, Folio 513.

# STATE OF LOUISIANA---PARISH OF ORLEANS

## OFFICE OF THE REGISTER OF CONVEYANCES

NOTE—The Register of Conveyances will not be responsible for the record of any acts of sales inscribed in Book No. 17 of this office, the same having been lost or stolen previous to his taking possession of the office of Register of Conveyances. Also Book 122 and 125 and their respective indices, the same being mutilated and dilapidated.

New Orleans 8/15/40 19......, 9 A. M.

*The undersigned Register of Conveyances, for the Parish of Orleans, hereby certifies that according to the indices of this office it does not appear that the following described property has been alienated by*

Name of Clerk

Newman

R. B.        P.

"        "

"        "

"        "

"        "

C. O. B.        F.

MRS. ESTELLE RICHARME, widow of

CLARENCE G. CAZES          Acquired COB 487, Folio 513

MRS. ZULMA DRAGON, widow of

NICHOLAS RICHARME          Acquired COB 437, Folio 601

FIDELITY HOMESTEAD ASSOCIATION  Acquired COB 437, Folio 601
                                Acquired COB 393, Folio 419

Certain lot of ground in the Third District, Square 333 bounded by St. Claude Avenue, Charbonnet, and North Rampart Street, and Jourdan (LaManche) Streets, designated as Lot 3 on blue print of survey made by E. G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public January 26, 1925 and measuring 41 feet front on Charbonnet Street, same width in rear, and 108 feet 3 inches, 1 line, in depth.
The improvements bear the Municipal Numbers 1020-22 Charbonnet Street.

Acquired by Mrs. Estelle Richarme, widow of Clarence G. Cazes from Mrs. Zulma Dragon, widow of Nicholas Richarme, May 27, 1936, act before George D. Smart, Notary Public, registered in Conveyance Office Book 487, Folio 513.

DATED _____ CLERK

D. R. C.

Remarks:

Case 2:05-cv-04182-SRD-JCW   Document 20675-3   Filed 06/12/13   Page 80 of 87

AUG 5 1940

Received Payment _____ 19____   AUG 23 1940

Dollars

I, W. P. Hickey, Recorder of Mortgages in and for the Parish and State aforesaid, hereby certify that, according to the records of my office there are no uncancelled incumbrances recorded in the names hereinafter set forth; and inscribed against the following described property, to-wit:

**Name of Clerk**

Cards

Remarks:

MRS. ESTELLE RICHARME, widow of

CLARENCE G. CAZES        Acquired COB 487, Folio 513

MRS. ZULMA DRAGON, widow of

NICHOLAS RICHARME        Acquired COB 437, Folio 601

FIDELITY HOMESTEAD ASSOCIATION Acquired COB 437, Folio 601
                          Acquired COB 393, Folio 419

NEW SOUTH REALTY COMPANY, INCORPORATED run up to 6/25/25

CONSERVATIVE HOMESTEAD ASSOCIATION

Certain lot of ground in the Third District, Square 333, bounded by St. Claude Avenue, Charbonnet, and North Rampart Street, and Jourdan (LaManche) Streets, designated as Lot 3 on blue print of survey made by E. G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public January 26, 1925 and measuring 41 feet front on Charbonnet Street, same width in rear, and 108 feet 3 inches, 1 line in depth. The improvements bear the Municipal Numbers 1020-22 Charbonnet Street.

Acquired by Mrs. Estelle Richarme, widow of Clarence G. Cazes from Mrs. Zulma Dragon, widow of Nicholas Richarme, May 27, 1936, act before George D. Smart, Notary Public, registered in Conveyance Office Book 487, Folio 513.

The one Estelle Richarme signed granted in favor Solomon S. Goldman to secure the sum $1800.00 not due per act before E. J. Prinz N. P. dated 7/9/37

R. M. New Orleans August Twenty First 1940

# RECORDER OF MORTGAGES

Received Payment_____ 19_____

I, W. P. Hickey, Recorder of Mortgages in and for the Parish and State aforesaid, hereby certify that, according to the records of my office there are no paving ordinances bearing against the following described property:



Name of Clerk
*Foster*

Cards_____

Remarks:

MRS. ESTELLE RICHARME, widow of

CLARENCE G. CAZES                  Acquired COB 487, Folio 513

MRS. ZULMA DRAGON, widow of

NICHOLAS RICHARME                  Acquired COB 457, Folio 601

FIDELITY HOMESTEAD ASSOCIATION  Acquired COB 437, Folio 601
                                 Acquired COB 393, Folio 419

    Certain lot of ground in the Third District, Square 333 bounded by St. Claude Avenue, Charbonnet, and North Rampart Street, and Jourdan (LaManche) Streets, designated as Lot 3 on blue print of survey made by E. G. Sandoz, Civil Engineer Surveyor, dated November 1, 1924, annexed to act of A. M. Buchman, Notary Public January 26, 1925 and measuring 41 feet front on Charbonnet Street, same width in rear, and 108 feet 3 inches, 1 line in depth.
    The improvements bear the Municipal Numbers 1020-22 Charbonnet Street.

    Acquired by Mrs. Estelle Richarme, widow of Clarence G. Cazes from Mrs. Zulma Dragon, widow of Nicholas Richarme, May 27, 1936, act before George D. Smart, Notary Public, registered in Conveyance Office Book 487, Folio 513.

RECORDER OF MORT...

By Research made this day on Real Estate in

Ass'mt Dist. _____ Square No. 333 bounded by Charbonnet

Lot 3 - 41X108    Lamanche    Rampart

St Claud

The City Taxes appear as follows:

| YEAR | BILL No. | NAME | TAX |
|------|----------|------|-----|
| 1940 | 45587 | Mrs Estella Bazes Ext | |
| 1939 | 45063 | | Paid |
| 1938 | 44791 | | Paid |
| 1937 | | | |
| 1936 | | Fred N. Richaume | |
| 1935 | | | |
| 1934 | | | |
| 1933 | | | |
| 1932 | | | |
| 1931 | | | |
| 1930 | | | |

## SPECIAL NOTICE

The applicant for this research is requested to call at the office of the DEPARTMENT OF PAVING AND OTHER LIENS to ascertain if any paving or other lien is due by the property described hereon.

The foregoing is a true and correct statement, as taken from Tax Records on file in this office.

**HENRY DESMARE,** Deputy Commissioner,

Per J. H. Ingham



THIRD   DISTRICT

N.   RAMPART   ST.   SIDE

ST.

Fence ⌐

108.3.1

6.50

# 1020-22

41.0.0

3

8.50

41.0.0
Shed

108.3.1

Fence ⌐

SIDE

ST.
(Late Lamanche)

CHARBONNET   ST.

202.0.0

LAMANCHE   ST.

ST.   CLAUDE   AVE.

New Orleans. La.
August 8, 1940.
    Survey certified correct. Made at the
request of Mr. C.J. Mc.Cabe.
            Gilbert & Kelly, Surveyors

929

# CERTIFICATE OF STATE TAXES

THIS IS TO CERTIFY, That the State Taxes on property described below appears as follows on rolls in this office,
as per research made this day, viz: on lot No. __3__ in Square No. __333__ _____ District, bounded
by __Chantrenel Camanche Marjue__ St. _____ Streets

| YEAR | NAME | ASSESSMENT DOLLARS | REMARKS |
|------|------|--------------------|---------|
| 1940 | Mrs Estelle Bayes | 1800 Exempt | 4 5 2 99 |
| 1939 | " | 1800 Exempt | 4 5 2 92 |
| 1938 | " | 1800 Exempt | 12/15/38 |
| 1937 | " | 1800 Pd | |
| 1936 | Mrs Euchloe Rocheleau | 1800 Pd | |
| 1935 | " | 2000 Pd | |
| 1934 | " | 2200 " | |
| 1933 | " | 2500 " | |
| 1932 | " | 2800 " | |
| 1931 | " | 2800 " | |
| 1930 | " | 2800 " | |
| 1929 | " | 2000 " | |

STATE AND ORLEANS LEVEE TAXES

1928 Southern Home Inc Lots 1&3 2000 Paid

1927 to 1910 Paid

GEO. MONTGOMERY, State Tax Collector for the City of New Orleans

Per _____ Deputy

To have and to hold the above described property unto the said p___ and assigns forever.

# Paving and Other Local Improvement

New Orleans, La. _AUG - 3 REC'D_ Aug. 1 19 40

In accordance with Act 116 of 1938, by research made this date by the Department of Public Finance through the office of the City Auditor, it is hereby certified that against the following described property, viz:

A certain lot or portion of ground in the record owner name of _Mrs. Estelle Richarme Caze_ in square No. _333_, in the _Third_ Municipal District, square bounded by _Charbonnet_ _St. Claude Ave. North Rampart_ and _and Jourdan (LaManche)_ streets, designated, according to the title description thereof, as lot _Three (3)_ measuring _41_ feet front on _Charbonnet_ street by the following depths _108 feet, 3 inches 1 line_ ──────────── which said lot is also designated on the current assessment roll as lot No. _3_ in the aforesaid square, and assessed thereon in the name of _Mrs. Estelle Richarme Cazes_, from the records of the aforesaid Department of Public Finance, there appears the following assessments against said property for paving and other local improvements:

Pursuant to Ordinance No. 14, 501 C. C. S., approved November 23rd, 1936, there was ascertained and tabulated all unpaid installment assessments, past and future, as of December 31, 1936, bearing against the above property, as follows:

Principal . . . . . . . $

Accrued Interest . . . $

Delinquent Interest . . $

New Principal . . . . . $

**PROPERTY DIAGRAM**

Jourdan (LaManche)

Rampart | SQUARE 333 | St. Claud

Lot 3

41 feet x 108'3"1"'

Charbonnet

Which, in accordance with the aforesaid Ordinance, has been extended and prorated into fourteen annual installments as follows:

| INSTALLMENTS | PRINCIPAL | | ACCRUED INTEREST | DELINQUENT INTEREST | TOTAL | DUE OR PAID |
|---|---|---|---|---|---|---|
| Year 1937 | | | | | | |
| 1938 | | | | | | |
| 1939 | | | | | | |
| 1940 | | | | | | |
| 1941 | | | | | | |
| 1942 | | | | | | |
| 1943 | | | | | | |
| 1944 | | | | | | |
| 1945 | | | | | | |
| 1946 | | | | | | |
| 1947 | | | | | | |
| 1948 | | | | | | |
| 1949 | | | | | | |
| 1950 | | | | | | |
| TOTAL | | | | | | |

By _____  RESEARCH CLERK      CITY AUDITOR

**(THIS APPLICATION TO BE FILED IN DUPLICATE)** 19861            21

This sale is made and accepted for and in consideration of the price and sum of ........................

............SEVENTEEN HUNDRED & 00/100 ($1700.00) DOLLARS----- ..... Cash

which the said purchaser..........has............................well and truly paid, in ready and current

money to the said........Vendor...............................who hereby acknowledge S  the receipt

thereof, and grants     full acquittance and discharge therefor.
                                 from the year of 1930
   All State and City Taxes/up to and including the taxes due and exigible in..1939...

are paid as per.....City Tax Certificate annexed hereto. The City Taxes
for the year of 1940 are exempt.
   All State Taxes from the year of 1910 up to and including the
taxes due and exigible in 1938 are paid as per State Tax
Certificate annexed hereto. The State Taxes for the years of
1939 and 1940 are exempt.
   By reference to the certificates of the Register of Conveyances and Recorder of Mortgages in

and for the Parish of...............Orleans.....................and also the United States District and

Circuit Court Certificates annexed..........hereto...........................................

it does not appear that said property has been heretofore alienated by the..........Vendor...........

or that it is subject to any encumbrance whatever.  EXCEPT:

ON MORTGAGE CERTIFICATE:

1544/13     The one Estelle Richarme Et al granted in
7/9/37      favor Solomon S. Goldman to secure the sum of
            $1000.00 Int. etc. as per act before E. J. Prinz,
            Notary Public, dated 7/9/37.

   WHICH MORTGAGE WILL BE PAID OUT OF THE PROCEEDS OF
THIS SALE AND CANCELLED.

   By reference to the annexed Certificate of the Recorder
of Mortgages in and for the Parish of Orleans it will be
seen that there are no paving Ordinances bearing against the
herein conveyed property.

   By reference to the annexed Paving Certificate of the
City of New Orleans covering paving and local improvements
it will be seen that the property herein conveyed is free
from any charges for paving and other local improvements.

   All parties to this sale take cognisance that the
Mortgage, Conveyance and Paving Ordinance Certificates
are undated and unsigned and they release the undersigned
Notary from any responsibility in connection therewith.

The said Mrs. Estelle Richarme, widow of Clarence G. Cazes, declared under oath that she was married but once and then unto Clarence G. Cazes, who has departed this life on June 1, 193_ and that she has not re-married.

The said Joseph Lopiccolo declared under oath that he was married but once and then unto Thelma Fredolin, who is still living and residing with him.

INTERNAL REVENUE STAMPS IN THE AMOUNT OF TWO DOLLARS AND TWENTY CENTS($2.20) ARE HERETO ATTACHED AND DULY CANCELLED.

Registered in
Conveyance Office
Book 528 Folio 648
New Orleans Aug 14 1940

**THUS DONE AND PASSED**, in my office, at the City of New Orleans, on the day, month

and year herein first above written, in the presence of Messieurs.....................................

MRS. ALICE REBOUL.....and.....EMILE E. FUCICH...............................

competent witnesses, who hereunto sign their names with the said appearers and me, Notary,

after reading of the whole.

*Mrs Alice Reboul*

*Emile E Fucich*

*Mrs. Estelle R. Cazes*

*Jos Lopiccolo*

*Charles _____*