UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO:  MRGO | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF JIMMIE LEE COATS, JR.

PARISH OF ORLEANS

STATE OF LOUISIANA

      BEFORE ME, the undersigned Notary Public, duly qualified and commissioned for the State of Louisiana, personally came and appeared:

**JIMMIE LEE COATS, JR.**

who, after being duly sworn, does depose and state

1.     I am a person over the age of eighteen residing and domiciled in Orleans Parish, Louisiana.

2.     I make the following statements under penalty of perjury.

3.     I have personal knowledge of the facts set forth in this affidavit.

4.      I am the son of Jimmie Lee Coats, Sr., and Carolyn Howell.  Jimmie Lee Coats, Sr.
        passed away on or about February 15, 1999.  At the time of his death, my father resided
        and was domiciled in Orleans Parish, Louisiana.

5.      I am the half-brother of Danielle Coats, who resides in Atlanta, Georgia.  Danielle is the
        daughter of Jimmie Lee Coats, Sr. and Sandra Coats.  I am the half-brother of James
        Taylor.  James is the son of Jimmie Lee Coats, Sr. and Alice Taylor.  To my knowledge,
        we are the only surviving children of Jimmie Lee Coats, Sr.

6.      At the time of his death, my father was married to Ethel Mae Coats.  My father and Ethel
        Mae Coats had no children together, nor did they adopt any.

7.      At the time of his death, my father owned immovable property located at 1020-1022
        Charbonnet St. ("the Charbonnet house") in New Orleans, Louisiana.

8.      Ethel Mae Coats survived my father and continued to reside in the Charbonnet house
        after his death.

9.      Ethel Mae Coats is now deceased.

10.     I have no knowledge of the probate of any will executed by my father.

11.     I have no knowledge of any succession having been opened for my father's estate.

                                                    _____
                                                    Jimmie Lee Coats, Jr.

SWORN TO AND SUBSCRIBED BEFORE ME THIS 12th DAY OF JUNE, 2012

                _____
                        Notary Public

                                        Abigayle C. Faris
                                State of Louisiana - Notarial I.D. No. 91716
                                My commission is issued for life

- 2 -

1095306v.1