**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | **Civil Action: 05-4182** |
| | **SECTION "K"** |
| **Pertains To: Forced Place Insurance**<br>**09-2725, 09-2726, 09-2701, 09-2707** | **MAGISTRATE (2)** |
| **VERSUS** | |
| **Balboa Insurance Group, et al** | |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM**
**IN SUPPORT OF MOTION TO DISMISS**

     **NOW INTO COURT,** through undersigned counsel come all plaintiff(s) in the above

captioned matters who upon suggesting to the Court that plaintiffs wish to voluntarily dismiss their

claims against the defendant Balboa Insurance Group, without prejudice. Upon information and

belief, the above-refrenced plaintiffs did not have a policy of insurance in full force and effect with

Balboa Insurance Group at the time of Hurricane Katrina. Plaintiffs further suggest that all remaining

claims are not being pursued and that no other defendants have made an appearnce in any of the

above captioned cases. Accordinally plaintiffs request that all remaining claims against any other

defandant be dismissed without prejudice in the above captioned matters only.

     **WHEREFORE,** plaintiff(s) pray that the Court allow plaintiffs to voluntarily dismiss their

claims against the defendant Balboa Insurance Group in the above captioned matters only, without

prejudice.  Plaintiffs further pray that the Court dismiss all additional claims against any other

defendant without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs

Respecftfully submitted:

**Bruno & Bruno**

**/s/ Joseph M. Bruno**
**Joseph M. Bruno (3604)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 13th day of June, 2012.

/s/ Joseph M. Bruno
Joseph M. Bruno