UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: MRGO  SECTION "K"(2)
*Armstrong,* C.A. NO. 10-866

## ORDER

**IT IS ORDERED** that the Request for Oral Argument with respect to Washington Group International, Inc.'s Motion to Exclude Testimony and Opinions of Scott Taylor (Doc. 20830) and the Request for Oral Argument with respect to Washington Group International, Inc.'s Motion to Exclude Testimony and Opinions of Dr. Robert Bea (Doc. 20831) are **DENIED**. As the parties have been unofficially apprised, the Court shall not entertain argument on these motions (Doc. 20819 and 20822) as well as the United States' Motion to Exclude the Testimony of Robert Glenn Bea (Doc. 20823) as the Court finds that oral argument will not helpful in rendering a decision as to these motions.

New Orleans, Louisiana, this 14th day of June, 2012.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE