UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

**UNITED STATES' AMENDED FINAL LIST OF WITNESSES**

Pursuant to the Court's March 17, 2011, Minute Entry (Doc. Rec. No. 20200), as modified by the Court's November 23, 2011, (Doc. Rec. No. 20592), December 9, 2011, (Doc. Rec. No. 20608), and March 19, 2012, (Doc. Rec. No. 20705) Orders, Defendant United States of America, through undersigned counsel, hereby submits its Amended Final List of Witnesses.[1]

**FACT WITNESSES**

Walter Baumy
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: U.S. Army Corps of Engineers' geotechnical engineering practices

Louis D. Britsch
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267

---

[1] If counsel wishes to contact any current or former federal employees, such contact must be made through counsel for the United States.

*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: New Orleans soils

Gerald (Jerry) Colletti
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: U.S. Army Corps of Engineers' operations and maintenance of levees/floodwalls

Scott Davis
Housing and Urban Development
451 7th Street, SW
Washington, DC 20410
Subject Matter: Road Home Program benefits available to Hurricane Katrina victims

Gerald Dicharry
1813 Francis Avenue
Metairie, LA 70003-4653
Subject Matter: Inner Harbor Navigation Canal Lock Replacement Project

Amilcar E. Gonzales
(contact through Office of Counsel, David Dyer)
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: Witness to the events at the Inner Harbor Navigation Canal Lock during
    Hurricane Katrina

John Grieshaber
U.S. Army Corps of Engineers
(contact through Office of Counsel, David Dyer)

4600 Lake Villa Drive
Metairie, LA 70072
Subject Matter: U.S. Army Corps of Engineers' geotechnical engineering practices

Lee A. Guillory, P.E.
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: Inner Harbor Navigation Canal Lock Replacement Project

Victor Landry
329 Virginia St.
New Orleans, LA 70124
Subject Matter: The Gulf Intracoastal Waterway and the Inner Harbor Navigation Canal

Mark Misczak
(contact through Office of Counsel, Kristen Shedd)
Federal Emergency Management Agency
500 C. St. SW, Room, Room 613-B
Washington, DC 20472-3800
Subject Matter: FEMA benefits afforded to Hurricane Katrina victims

James A. Montegut
(contact through Office of Counsel, David Dyer)
U.S. Army Corps of Engineers
New Orleans District Construction Division - Office Engineering, East Bank
990 N. Corporate Drive, Suite 102
Harahan, LA 70123
Subject Matter:  East Bank Industrial Area/Inner Harbor Navigation Canal task orders

Michael O'Dowd
(contact through Office of Counsel, David Dyer)
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267

*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: Witness to the events at the Inner Harbor Navigation Canal Lock during Hurricane Katrina

Richard Pinner
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
Subject Matter:  Inner Harbor Navigation Canal soil analysis

Daniel A. Rees
Executive Counsel
State of Louisiana of Administration
Office of Community Development
150 N. 3rd Street, Suite 200
Baton Rouge, LA 70801
Subject Matter: The implementation and operation of the Louisiana Road Home Program

Richard Varuso
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject Matter: U.S. Army Corps of Engineers' geotechnical engineering practices

SWB employee with knowledge of Jourdan Avenue Canal enclosure.

**EXPERT WITNESSES**

Dr. Thomas L. Brandon
200 Patton Hall
Blacksburg, VA  24061
Subject Matter: Geotechnical

James Danner
Denson Engineers, Inc.
2030 Dickory Avenue, Suite 104
Harahan, LA 70123
Subject Matter: Evaluation of plaintiffs' claims for real property damage

Dr. Robert G. Dean
Civil and Coastal Engineering Department
University of Florida
Gainesville, FL 32611
Subject Matter: Coastal Oceanography

Dr. Austin Dooley
P.O. Box 63, City Island, NY 10464
*(Mailing)*
76 Earley Street, City Island NY 10464
*(Physical)*
Subject Matter: Hurricane wind fields

Joseph B. Dunbar
United States Army Corps of Engineers
Geotechnical and Structures Laboratory
Engineer Research and Development Center
3909 Halls Ferry Road
Vicksburg, Mississippi 39180-6199
Subject Matter: Geologic history of the New Orleans area and its influence on the engineering properties of the foundation soils beneath the levees.

Jean-Prieur Du Plessis
Madsen, Kneppers & Associates
600 Poydras Street, Suite 1150
New Orleans, LA 70130-6101
Subject Matter: Assessment of plaintiffs' claims for real property damage

Steve Fitzgerald
8306 Pheasant Glen Drive
Spring, TX 77379
Subject matter: Hydrology, hydraulics, and interior drainage

Patrick C. Lucia, Ph.D., P.E.
Geosyntec Consultants
1111 Broadway, 6th Floor
Oakland, CA 94607
Subject matter: Standard of Care

Dr. W. Allen Marr
Geocomp Corp.
125 Nagog Park
Acton, MA 01720
Subject Matter: Geotechnical

Thomas Naymik, Ph.D., P.G.
Geosyntec Consultants
150 E. Worthington Road
Suite 232
Worthington, Ohio 43085
Subject Matter: Hydraulic conductivity of subsurface deposits near the Inner Harbor Navigation Canal

Dr. Mark D. Powell
Center for Ocean-Atmospheric Prediction Studies
Florida State University
Robert M. Johnson Building
2035 E. Paul Dirac Drive
Tallahassee, FL 32310
Subject Matter: Hurricane wind fields

Karl G. Schneider
Madsen, Kneppers & Associates
3300 Irvine Avenue, Suite 370
Newport Beach, CA 92660
Subject Matter: Assessment of plaintiffs' claims for movable property damage and additional living expenses.

Holly Sharp
LaPorte Sehrt Romig Hand
111 Veterans Memorial Boulevard
Heritage Plaza, Suite 600
Metairie, LA 70005
Subject Matter: Assessment of plaintiffs' claims for loss of income

Timothy D. Stark
Stark Consultants, Inc.
401 West Indiana Avenue
Urbana, IL 61801
Subject Matter: Geotechnical analysis of floodwall failure

Michael W. Truax, MAI
Truax, Robles & Baldwin, LLC
3045 Ridgelake Drive
Suite 100
Metairie, LA 70002
Subject Matter: Commercial and private real estate appraisal.

Dr. Joannes Westerink
Department of Civil Engineering
  and Geological Science
University of Notre Dame
Notre Dame, IN 46556
Subject matter: Storm surge modeling.

Any witness listed by any other party.

Any witness called by any other party.

        Respectfully submitted,

        STUART F. DELERY
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        <u>s/ James F. McConnon, Jr.</u>
        JAMES F. MCCONNON, JR.
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: June 15, 2012

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 15, 2012, the foregoing United States' Amended Final List of Witnesses was filed electronically.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                        /s/ James F. McConnon, Jr.
                                        JAMES F. MCCONNON, JR.