UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES        §        CIVIL ACTION
        CONSOLIDATED LITIGATION        §        NO. 05-4182 "K" (2)
                                             §        JUDGE DUVAL
_____§        MAG. WILKINSON
                                             §
PERTAINS TO:                                                §
        ARMSTRONG, C.A. No. 10-866       §
_____§

NOTICE OF PRODUCTION

        On March 29, 2012, the Plaintiffs requested that Defendant Washington Group International provide them with color versions of selected documents within the Boland Marine RECAP Submittal Report.  The United States had previously produced the color versions of the documents within the Report to the United States' document repository.  The Plaintiffs were afforded an opportunity to review and select those documents from the repository, but they did not request the color versions of the documents within the Report.  Therefore, the United States will now electronically produce the Report with the color versions of the documents.

        The United States has produced the following Bates ranges in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From

Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

        NCS061-000000303C to  NCS061-000000394C;
        NCS061-000000395C to  NCS061-000000810;
        NCS061-000000811   to  NCS061-000001557.

The United States' Production Log is attached.

        Respectfully submitted,

        STUART F. DELERY
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        s/ James F. McConnon, Jr.
        JAMES F. McCONNON, JR.
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: June 21, 2012

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on June 21, 2012, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.