US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 542 | NCS061-000000303C | NCS061-000000394C | USACE; MVD; MVN; CEMVD-CD-QM | MONTEGUT, JAMES | ME025 | 6/21/12 | MRGO/EBIA | Boland Marine RECAP |
| MEB | 542 | NCS061-000000395C | NCS061-000000810 | USACE; MVD; MVN; CEMVD-CD-QM | MONTEGUT, JAMES | ME025 | 6/21/12 | MRGO/EBIA | Boland Marine RECAP |
| MEB | 542 | NCS061-000000811 | NCS061-000001557 | USACE; MVD; MVN; CEMVD-CD-QM | MONTEGUT, JAMES | ME025 | 6/21/12 | MRGO/EBIA | Boland Marine RECAP |