UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO. 05-4182<br>*<br>* "K" (2) |
| PERTAINS TO: INSURANCE FORCED PLACE | *<br>* |
| Specific Case Nos.: 09-1613, 09-2580, 09-2602, 09-2606 and 09-2608 | * JUDGE DUVAL<br>*<br>* MAGISTRATE-JUDGE WILKINSON |

**************************************

### DEFENDANTS' MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Defendants Balboa Insurance Company, Meritplan Insurance Company, and Newport Insurance Company, and pursuant to Rule 12(b)(6), Fed. R. Civ. P., move the Court to dismiss, with prejudice, all the claims of the plaintiffs Dana Gilmore, Yolanda Temple-Esco, Ada Duplessis, Cheryl Mitchum, and Georgia and Troy Musacchia in Civil Actions Nos. 09-1613, 09-2580, 09-2602, 09-2606 and 09-2608. Plaintiffs' individual severed amended complaints should be dismissed based on the following grounds:

1.

No Forced-Placed Insurance ("FPI") plaintiff has any policy of insurance with these three Insurer Defendants.

2.

Plaintiffs are not insureds entitled to recover damages under any policy of insurance issued by any of these Insurer Defendants.

3.

Plaintiffs are not third-party beneficiaries of any forced-placed policies issued by these Insurer Defendants. Without the requisite standing, plaintiffs can not assert claims

1004061.1

against these Insurer Defendants for breach of contract, violations of La. R. S. 22:658, 22:658.2, and 22:1220, including claims for bad faith, or any other cause of action contained within any of their complaints.

4.

For the reasons set forth in the attached Memorandum, which is incorporated herein by reference, this Court should dismiss these five captioned cases in their entirety, with prejudice.

WHEREFORE, Defendants Balboa Insurance Company, Meritplan Insurance Company, and Newport Insurance Company, move this Court to grant their Motion, and dismiss all claims in the five above-captioned lawsuits, with prejudice.

Respectfully submitted, this 26th day June, 2012.

*/s/* Stephen W. Rider
Stephen W. Rider T.A. (La. Bar No. 2071)
Daniel T. Plunkett (La. Bar No, 21822)
**MCGLINCHEY STAFFORD, PLLC** 601 Poydras Street, 12 Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
**Attorneys for Defendants Balboa Insurance Company, Meritplan Insurance Company And Newport Insurance Company**

1004061.1

**CERTIFICATE OF SERVICE**

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record and parties who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid, this 26th day of June, 2012.

                                           */s/ Stephen W. Rider*
                                           STEPHEN W. RIDER

1004061.1