UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | "K" (2) |
| PERTAINS TO: INSURANCE FORCED PLACE | |
| | JUDGE DUVAL |
| Specific Case Nos.: 09-1613, 09-2580, 09-2602, 09-2606 and 09-2608 | |
| | MAGISTRATE-JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants Balboa Insurance Company, Meritplan Insurance Company, and Newport Insurance Company will submit their Motion to Dismiss for decision before the Honorable Stanwood R. Duval, Jr., United States District Judge, <u>without oral argument</u>, on the 11th day of July, 2012.

Respectfully submitted, this 26th day June, 2012.

*/s/ Stephen W. Rider*
Stephen W. Rider T.A. (La. Bar No. 2071)
Daniel T. Plunkett (La. Bar No. 21822)
**MCGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12`$^h$ Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
**Attorneys for Defendants Balboa Insurance Company, Meritplan Insurance Company And Newport Insurance Company**

1004082.1

**CERTIFICATE OF SERVICE**

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record and parties who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid, this 26th day of June, 2012.

                                         */s/ Stephen W. Rider*
                                         STEPHEN W. RIDER

1004082.1