UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                             NO. 05-4182

                                             SECTION "K" (2)

PERTAINS TO: INSURANCE/FORCED PLACE DOCKET:

**Specific Case Nos.** 09-1600, 09-1604, 09-1609, 09-1610, 09-1611, 09-1612, 09-1614, 09-1615, 09-2559, 09-2560, 09-2561, 09-2562, 09-2563, 09-2564, 09-2565, 09-2566, 09-2567, 09-2568, 09-2569, 09-2570, 09-2571, 09-2572, 09-2573, 09-2574, 09-2575, 09-2582, 09-2583, 09-2584, 09-2585, 09-2586, 09-2587, 09-2588, 09-2589, 09-2593, 09-2594, 09-2595, 09-2596, 09-2597, 09-2598, 09-2599, 09-2600, 09-2607, 09-2612, 09-2613, 09-2614, 09-2615, 09-2616, 09-2617, 09-2618, 09-2619, 09-2620, 09-2621, 09-2622, 09-2623, 09-2625, 09-2630, 09-2640, 09-2642, 09-2644, 09-2645, 09-2646, 09-2647, 09-2648, 09-6649, 09-2650, 09-2651, 09-2652, 09-2653, 09-2654,  09-2655, 09-2656, 09-2657, 09-2658, 09-2659, 09-2660, 09-2661, 09-2662, 09-2663, 09-2664, 09-2665, 09-2666, 09-2667, 09-2668, 09-2677, 09-2678, 09-2679, 09-2680, 09-2681, 09-2682, 09-2683, 09-2684, 09-2685, 09-2686, 09-2687, 09-2688, 09-2689, 09-2690, 09-2691, 09-2692, 09-2693, 09-2694, 09-2695, 09-2696, 09-2697, 09-2702, 09-2703, 09-2705, 09-2706, 09-2709, 09-2710, 09-2711, 09-2712, 09-2713, 09-2716, 09-2717, 09-2719, 09-2720, 09-2723, 09-2724, 09-2729, 09-2730, 09-2879, 09-2880

## JUDGMENT

On April 1, 2010, this Court issued its Order and Reasons (Doc. No. 19694) granting in part and denying in part the Insurance Defendants' Motion to Dismiss (Doc. No. 18100). On April 16, 2010, this Court issued an Amending Order (Doc. No. 19729). In accordance with the Order and Reasons and Amending Order, the Court issues the following judgment:


EXHIBIT B

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss is **MOOT** with respect to these cases, which were previously dismissed without prejudice by Order dated March 25, 2010 (Doc. No. 19677):

|  | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
|---|---|---|---|---|
| 1. | 09-1609 | Percy Kelson | Southwest Business Corp., ABC Mortgage Co. | Bruno |
| 2. | 09-2561 | Consuella Lee | Safeco, Travelers, ABC Mortgage Co. | Bruno |
| 3. | 09-2583 | Joseph Thomas | Safeco, Guaranty Savings & Home, ABC Mortgage Co. | Bruno |
| 4. | 09-2587 | Joseph Thomas | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |
| 5. | 09-2596 | Mark Hollander | Safeco, ABC Mortgage Co. | Bruno |
| 6. | 09-2616 | Mable Temple | Safeco, ABC Mortgage Co. | Bruno |
| 7. | 09-2618 | Jacquelyn Ross | Safeco, ABC Mortgage Co. | Bruno |
| 8. | 09-2619 | Juanita Dyer | Safeco, ABC Mortgage Co. | Bruno |
| 9. | 09-2620 | Sylvia Jones | Safeco, ABC Mortgage Co. | Bruno |
| 10. | 09-2621 | Angela Irvin | Safeco, ABC Mortgage Co. | Bruno |
| 11. | 09-2623 | Tammie Jones | Safeco, ABC Mortgage Co. | Bruno |
| 12. | 09-2625 | Gerald Russell | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |

|     | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
|-----|----------|-----------|------------|----------------------|
| 13. | 09-2630  | Dianne Butler | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 14. | 09-2654  | Pamela Taylor | Southwest Business Corp., Dovenmuehle Mortgage, ABC Mortgage Co. | Bruno |
| 15. | 09-2666  | Riley Scott | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 16. | 09-2667  | Pam Pugh | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 17. | 09-2677  | Anthony Thomas | Safeco, ABC Mortgage Co. | Bruno |
| 18. | 09-2678  | Gilda Crawford | Safeco, ABC Mortgage Co. | Bruno |
| 19. | 09-2679  | Byron Johnson | Safeco. ABC Mortgage Co. | Bruno |
| 20. | 09-2680  | Janice Garcia | Safeco, ABC Mortgage Co. | Bruno |
| 21. | 09-2681  | John Jackson | Safeco, ABC Mortgage Co. | Bruno |
| 22. | 09-2682  | Cottie Irving | Safeco, ABC Mortgage Co. | Bruno |
| 23. | 09-2684  | William Curran | Safeco, ABC Mortgage Co. | Bruno |
| 24. | 09-2685  | Daniel Poulan | Safeco, ABC Mortgage Co. | Bruno |
| 25. | 09-2686  | Betty Hamilton | Safeco, ABC Mortgage Co. | Bruno |
| 26. | 09-2687  | Aaron Smith | Safeco, ABC Mortgage Co. | Bruno |

|     | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
|-----|----------|-----------|------------|----------------------|
| 27. | 09-2688 | Carl Severan | Safeco, ABC Mortgage Co. | Bruno |
| 28. | 09-2689 | Ulyssis Bently | Safeco, ABC Mortgage Co. | Bruno |
| 29. | 09-2690 | Michelle Bailey | Safeco, State Farm Acceptance, ABC Mortgage Co. | Bruno |
| 30. | 09-2705 | Lorraine Marshall | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 31. | 09-2709 | Joseph Lane | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 32. | 09-2710 | Monique Forest | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 33. | 09-2711 | Gayle Williams | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 34. | 09-2712 | Carl Severan | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 35. | 09-2713 | Angela Erve-Forbes | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 36. | 09-2716 | Valjon Lyons | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 37. | 09-2717 | Charlotte Lewis | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |

|     | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
|-----|----------|-----------|------------|----------------------|
| 38. | 09-2719  | Dana Clark | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 39. | 09-2720  | Henry Louis | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 40. | 09-2723  | Keith Gonzales | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |
| 41. | 09-2724  | Dave Richardson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., ABC Mortgage Co. | Bruno |

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss is MOOT with respect to this case, which was ordered on July 10, 2009 to be severed and set for trial (Doc. No. 19120).

| 09-2611 | Shoun Evans (former *Alexander*, 07-4538) | National Lloyd's Insurance Company | Becnel |
|---------|-------------------------------------------|------------------------------------|--------|

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss is MOOT with respect to this case, which was already dismissed by court order on March 31, 2009 (Doc. No. 18341).

| 09-2612 | Danny and Deidre Howard (former *Alexander*, 07-4538) | Underwriters at Lloyd's, London Southwest Business Corp. | Becnel |
|---------|--------------------------------------------------------|----------------------------------------------------------|--------|

IT IS ORDERED, ADJUDGED AND DECREED that with respect to the following individual plaintiffs as against the specified defendants, in the listed cases, who were not subject to the Motion to Dismiss, plaintiffs' counsel shall be given 60 days from the entry of the Order

and Reasons on April 1, 2010, to file individual amended complaints for each plaintiff, which complaints shall cure all pleading deficiencies, **no later than June 1, 2010**. On June 4, 2010, the mass joinder cases (Civil Action Nos. 09-2613, 09-2614, 09-2879, and 09-2880) shall be dismissed in their entirety:

| Case No. | Selected Plaintiffs | Selected Defendants | Plaintiffs' Attorney |
|---|---|---|---|
| 09-2613 | Louise & Jerry A. Duplessis; Saul & Janice Williams; Walter & Adriene Taylor; Theresa Fields<br><br>(former *Aaron*, 06-4746) | Balboa Insurance Co., Balboa Life and Casualty Co., Meritplan Insurance Co., Newport Insurance Co., | Rausch/Hall |
| 09-2614 | Keisha Wright;<br><br>(former *Aguilar* 07-4852) | Balboa Insurance Co., Balboa Life and Casualty Co., Meritplan Insurance Co., Newport Insurance Co. | Rausch/Hall |
| 09-2879 | Lois Dakin; Yvette Joseph; Pamela & Milton Richardson; Wilma Thomas;<br><br>(former *Abram*, 07-5205) | Balboa, Meritplan | HLC/Centola |
| 09-2880 | Debra Bradley; Mercedes Cain; Louvella Campbell; Tony Castillo; Miriam Davis; Margie Fairman; Rene & Beryl Walter<br><br>(former *Acevedo*, 07-5199) | Balboa, Meritplan | HLC/Centola |

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss is **GRANTED** with respect to the following individual plaintiffs in the specified cases; however, in the event plaintiffs' counsel can demonstrate that any individual plaintiff in these mass joined

complaints have coverage for contents or additional living expenses, the Court shall entertain a Motion to Reconsider with respect only to those discrete individuals. Such motion must be filed no later than **April 20, 2010**. As stated above, on June 4, 2010, the mass joinder cases (Civil Action Nos. 09-2613, 09-2614, 09-2879, and 09-2880) shall be dismissed in their entirety:

| Case No. | Selected Plaintiffs | All Defendants | Plaintiffs' Attorney |
|---|---|---|---|
| 09-2613 | Erica and Daniel Ross; Lois Conway; Sandra Cummings; Roosevelt & Wanda Patterson; Daisy & Melvin Perkins Voice; Bertha & Chris Ballard; Eirene Berard; Sonya Brown; Cheryl Cook; Alita Cusher; Lawrence & Betty Hamilton; Evelyn and Joseph Harrison; Sylvester W. Lucien; Carrie Milton; Linye & Robert Mitchell, Sr.; Natalie B. & Anthony J. Price; Ida Mae Smith; Robin Watkins; Philip & Marietta Williams; Audrey Palmer; Roderick Broadway; Cynthia & Gregory Christian; Irwin & Sylvia Hatcher; Joan & Danny Howard; Calvin & Angela Martin; Marvin & Evelyn Mercadel; Julie Mae Thomas; Edward & Aundra Smith; Meredith Williams; Oretha & Wayne Wilson; Dennis Price, Sr.; (former *Aaron*, 06-4746) | Proctor Insurance Co., Certain Underwriters at Lloyds of London, Balboa Insurance Co., Balboa Life and Casualty Co., Meritplan Insurance Co. Newport Insurance Co., Safeco Insurance Company, Safeco Insurance Co. of America, Safeco Companies, General Insurance Company of America, Southwest Business Corp. | Rausch/Hall |

| Case No. | Selected Plaintiffs | All Defendants | Plaintiffs' Attorney |
|---|---|---|---|
| 09-2614 | Wayne Johnson; Theresa Robertson; Michael Reed; Evangeline Brown; Karen Alfred; Laura Barthelemy; Mary Green; Irvin & Sylvia Hatcher (former *Aguilar* 07-4852) | Balboa Insurance Co., Balboa Life and Casualty Co., Safeco Insurance Co., Safeco Insurance Company of America, Safeco Companies, Certain Underwriters at Lloyds of London, Meritplan Insurance Co., Newport Insurance Co., Southwest Business Corp., General Insurance Company of America | Rausch/Hall |
| 09-2879 | Emma & Lawrence Brock; Jerry & Elaine Honore; George McCray; Anthony Owens; John Quiette; Janis Wright; Nathan & Emelda Dominique; Reginald & Elnora Fournier; Samuel & Christell Morrison; Sharon Samuel; Patricia Jackson; Keith Stevens, Jr.; Helen Stewart (former *Abram*, 07-5205) | Safeco, Balboa, Meritplan, Underwriters at Lloyds of London, Southwest Business Corporation | HLC/Centola |

| Case No. | Selected Plaintiffs | All Defendants | Plaintiffs' Attorney |
|---|---|---|---|
| 09-2880 | A.C. & Ora Fields; Janice Garcia; Cynthia A. Gibson; Morice Gibson; Kay Jackson; Tammi Lewis; Andria Polk; Sherrilyn Dominick; Nathan & Emelda Dominique; Aline Lacour; Mary Leicher; Annette Macklin; James Perry; Deborah Robicheaux; Bernard Singleton; Stella L. Ford; Latonya Montegue; Joe Simpson;<br><br>(former *Acevedo*, 07-5199) | Safeco, Balboa, Meritplan, Underwriters at Lloyds of London, Southwest Business Corporation | HLC/Centola |

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss is **GRANTED** with respect to the following cases:

| | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
|---|---|---|---|---|
| 1. | 09-1600 | John Johnson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 2. | 09-1604 | Dianne Butler | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 3. | 09-1610 | Matthew Williams | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |

|  | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
|---|---|---|---|---|
| 4. | 09-1611 | Michelle Johnson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 5. | 09-1612 | Shirley Mae Gaines | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 6. | 09-1614 | Iolanda Johnson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 7. | 09-1615 | Alice Wroten | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 8. | 09-2562 | Monica Jones | Safeco, Regions Bank, ABC Mortgage, Co. | Bruno |
| 9. | 09-2563 | Lee Ausama | Safeco, Regions Mortgage, ABC Mortgage Co. | Bruno |
| 10. | 09-2564 | Lordell Shearod | Safeco, Regions Bank, ABC Mortgage Co. | Bruno |
| 11. | 09-2565 | Henry Youngblood | Safeco, Regions Bank, ABC Mortgage Co. | Bruno |
| 12. | 09-2566 | Twanda Coleman | Safeco, HSBC Mortgage Co., ABC Mortgage Co. | Bruno |
| 13. | 09-2567 | Bernadette Butler | Safeco, Region Bank, ABC Mortgage Co. | Bruno |
| 14. | 09-2569 | Theresa Ross | Safeco, Fidelity Homestead ABC Mortgage Co. | Bruno |
| 15. | 09-2570 | Lester Gaines | Safeco, Colonial Mortgage & Loan, ABC Mortgage Co. | Bruno |

|     | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
| --- | --- | --- | --- | --- |
| 16. | 09-2571 | Lester Gaines | Safeco,<br>Colonial Mortgage & Loan,<br>ABC Mortgage Co. | Bruno |
| 17. | 09-2572 | Ida Smith | Safeco,<br>American Mortgage,<br>ABC Mortgage Co. | Bruno |
| 18. | 09-2573 | Odelia Condiff | Safeco,<br>AMC Mortgage Services,<br>ABC Mortgage Co. | Bruno |
| 19. | 09-2574 | Tyrone Jones | Certain Underwriters at Lloyds of London,<br>Novastar Mortgage, Inc.,<br>ABC Mortgage Co. | Bruno |
| 20. | 09-2575 | Jerry Darby | Certain Underwriters at Lloyds of London,<br>Novastar Mortgage, Inc.,<br>ABC Mortgage Co. | Bruno |
| 21. | 09-2582 | Angela Chalk | Balboa Insurance Group,<br>Meritplan Insurance Co.,<br>Newport Insurance Co.,<br>Saxon Mortgage,<br>ABC Mortgage Co. | Bruno |
| 22. | 09-2584 | Oliver White | Safeco,<br>AMC Mortgage Services,<br>ABC Mortgage Co. | Bruno |
| 23. | 09-2585 | Gustavis Biagas | Safeco,<br>AMC Mortgage Services,<br>ABC Mortgage Co. | Bruno |
| 24. | 09-2586 | Celeste Ovide | Safeco,<br>Advanced Mortgage Co.,<br>ABC Mortgage Co. | Bruno |
| 25. | 09-2595 | Darren Miller | Safeco,<br>AMC Mortgage Services,<br>ABC Mortgage Co. | Bruno |
| 26. | 09-2597 | Eddie Smith | Safeco,<br>Guaranty Savings & Home,<br>ABC Mortgage Co. | Bruno |
| 27. | 09-2598 | Kevin Fabre | Safeco,<br>Advanced Mortgage Co.,<br>ABC Mortgage Co. | Bruno |
| 28. | 09-2599 | Karen Harris & Sharon Lee | Safeco,<br>State Farm Acceptance,<br>ABC Mortgage Co. | Bruno |

|     | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
|-----|----------|-----------|------------|----------------------|
| 29. | 09-2600  | Betty Price | Safeco, Regions Mortgage, ABC Mortgage Co. | Bruno |
| 30. | 09-2607  | David Perkins and Justin Perkins | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 31. | 09-2617  | Brenda Singleton | Safeco, ABC Mortgage Co. | Bruno |
| 32. | 09-2622  | Brenda Singleton | Safeco, ABC Mortgage Co. | Bruno |
| 33. | 09-2640  | Robert Booth and Nadedge Wynden Boothe | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Flagstar, ABC Mortgage Co. | Bruno |
| 34. | 09-2642  | Wanda Burgess and Charles Burgess | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 35. | 09-2644  | Carol Nelson | Safeco, State Farm Acceptance, ABC Mortgage Co. | Bruno |
| 36. | 09-2645  | Roslyn Flot | Safeco, Regions Bank, ABC Mortgage Co. | Bruno |
| 37. | 09-2646  | Tina Ball | Safeco, HSBC Mortgage, ABC Mortgage Co. | Bruno |
| 38. | 09-2647  | Ronald Rollins | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |
| 39. | 09-2648  | Jerome Devezin | Safeco, Regions Bank, ABC Mortgage Co. | Bruno |
| 40. | 09-2649  | Louella Parnell | Safeco, HSBC Mortgage Co., ABC Mortgage Co. | Bruno |

|     | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
| --- | --- | --- | --- | --- |
| 41. | 09-2651 | Sherrel Harris | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |
| 42. | 09-2652 | Madiere Moore | Safeco, Regions Mortgage, ABC Mortgage Co. | Bruno |
| 43. | 09-2653 | Isaac Miller | Safeco, Regions Mortgage, ABC Mortgage Co. | Bruno |
| 44. | 09-2683 | Dan Miller | Safeco, Advanced Mortgage Co. ABC Mortgage Co. | Bruno |
| 45. | 09-2691 | Shakir Hameed | Safeco, Advanced Mortgage Co., ABC Mortgage Co. | Bruno |
| 46. | 09-2692 | Jeanetta Burton | Safeco, Advanced Mortgage Co., ABC Mortgage Co. | Bruno |
| 47. | 09-2693 | Pamela Finney | Safeco, AMC Mortgage Services, ABC Mortgage Co. | Bruno |
| 48. | 09-2702 | Sheila Franklin | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 49. | 09-2703 | James Allen | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 50. | 09-2706 | Barbara Wilson | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |
| 51. | 09-2729 | Jean West | Balboa Insurance Group, Meritplan Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |

13

|     | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
|-----|----------|-----------|------------|----------------------|
| 52. | 09-2730  | James Hardy | Balboa Insurance Group, Meritplan Insurance Co., Newport Insurance Co., Countrywide Home Loans, ABC Mortgage Co. | Bruno |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that with respect to the following cases, the Motion to Dismiss is **DENIED**. Counsel shall be given 60 days from the entry of the Order and Reasons on April 1, 2010, to attempt to settle these cases. In the event such a course of action is unsuccessful, amended complaints shall be filed to cure all pleading deficiencies **no later than June 1, 2010**. On June 4, 2010, these cases will be severed and realloted for trial purposes:

|     | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
|-----|----------|-----------|------------|----------------------|
| 1.  | 09-2559  | Dwayne Edwards | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 2.  | 09-2560  | Joan Hyde | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 3.  | 09-2568  | Lillie Jefferson | Safeco, Guaranty Savings & Home, ABC Mortgage Co. | Bruno |
| 4.  | 09-2588  | Francisco Blanco | Safeco, Advanced Mortgage Co., ABC Mortgage Co. | Bruno |
| 5.  | 09-2589  | Isadore Willis | Safeco, Advanced Mortgage Co., ABC Mortgage Co. | Bruno |
| 6.  | 09-2593  | Chiquetter Clayton | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 7.  | 09-2594  | Joe Lee Waiters (listed as Henry Williams) | Southwest Business Corp., Standard Mortgage, ABC Mortgage Co. | Bruno |

|     | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
| --- | --- | --- | --- | --- |
| 8.  | 09-2615 | Frank Davis | Southwest Business Corp., ABC Mortgage Co. | Bruno |
| 9.  | 09-2650 | Larry Posey | Safeco, Colonial Mortgage & Loan ABC Mortgage Co. | Bruno |
| 10. | 09-2655 | Emile Armstrong | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 11. | 09-2656 | Stacey Davis | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 12. | 09-2657 | Patricia Noel | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 13. | 09-2658 | Deanne Marshall | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 14. | 09-2659 | Laura Waguespack | Southwest Business Corp., Litton Loan Servicing ABC Mortgage Co. | Bruno |
| 15. | 09-2660 | Dorothy Waker | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 16. | 09-2661 | Clarence Hunter | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 17. | 09-2662 | Oliver Comeaux | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 18. | 09-2663 | Georgine Washington | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 19. | 09-2664 | Mary Bush | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 20. | 09-2665 | Barbara Simpson and Barbara Lewis-Oliver | Southwest Business Corp., Litton Loan Servicing, ABC Mortgage Co. | Bruno |
| 21. | 09-2668 | Cora Finnie | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |

|     | Case No. | Plaintiff | Defendants | Plaintiff's Attorney |
| --- | --- | --- | --- | --- |
| 22. | 09-2694 | Rockial Riley | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 23. | 09-2695 | Belinda Chism | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 24. | 09-2696 | Owanda Campbell | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |
| 25. | 09-2697 | Unel Mitchell | Southwest Business Corp., Standard Mortgage Co., ABC Mortgage Co. | Bruno |

New Orleans, Louisiana, this 16th day of April, 2010.

STANWOOD R. DUVAL, JR.
**UNITED STATES DISTRICT COURT JUDGE**