(CA3F\5F204E)

STK# 00 0000

# NEWPORT INSURANCE COMPANY

Administrative Office:  Irvine, California    A Stock Company

## AUTOMATIC COVERAGE ENDORSEMENT

| Named Insured  Countrywide Home Loans | | | Endorsement Number  004 |
|---|---|---|---|
| Policy Number  MP 4800-0100 | Policy Period  10/09/99 | to  continuous | Effective Date of Endorsement  10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

#### MORTGAGE PROTECTION POLICY

This endorsement is made and entered in this ____09____ day of __Nov__, __1999__, between the Company and the insured, hereinafter called the Mortgagee.

It is hereby understood and agreed as follows:

1.  AUTOMATIC COVERAGE will become effective on ___10/09/99___.

   a. AUTOMATIC COVERAGE: Coverage on all properties eligible for coverage under the terms and conditions of the Policy shall be effective concurrent with the effective date of AUTOMATIC COVERAGE as stated above.

   b. The company maintains the right to audit the Mortgagee's Loan files for eligible classes of collateral upon fifteen (15) days written notice by the Company.

   c. Upon discovery of properties subject to this endorsement, you will make a specific request for coverage to us in accordance with the provisions of this policy, and will pay the additional premium due. In the event of a loss prior to discovery, a fully earned annual premium will be charged for the subject location and deducted from the loss payment. There is no coverage for locations where you have previously refused to accept other coverage.

2.  Maintenance of Records/Insurance Documentation

   a. The Coverages afforded to the Mortgagee under this endorsement shall not apply unless the Mortgagee maintains procedures to identify the status of borrower furnished insurance on eligible loans. As a further condition, the Mortgagee will take reasonable and customary steps to secure coverage to protect its interest in the event the borrower does not provide acceptable insurance or such insurance is cancelled or expires.

3.  Cancellation/Termination:
   a. It is understood and agreed that this endorsement may be terminated by either party with forth five days notice in writing.

4.  This agreement is subject to all restrictions placed upon the Mortgagee by the laws of the state in which the Mortgagee is organized, and to the terms and conditions of the Policy.

IN WITNESS WHEREOF, the company and the Mortgagee hereby subscribe to this endorsement signifying. their agreement to all terms and conditions contained herein.

Company:_____    Mortgagee:_____

By:_____    By:_____

Title:_____    Title:_____

_____
Authorized Agent

5F204E-E999

(CA3F\5F213E)                                                                    STK# 00 0000

# NEWPORT INSURANCE COMPANY
Administrative Office:  Irvine, California    A Stock Company

## BLANKET VANDALISM ENDORSEMENT

| Named Insured    Countrywide Home Loans | | Endorsement Number  005 |
|---|---|---|
| Policy Number  MP 4800-0100 | Policy Period  10/09/99            continuous | Effective Date of Endorsement  10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### MORTGAGE PROTECTION POLICY

In consideration of the premium charged, it is hereby understood and agreed that this policy is extended to provide coverage for the perils of Vandalism and Malicious Mischief to any dwelling, building or other structure that is contained within the lender's loan portfolio. Coverage under this endorsement shall apply only when the following conditions are met:

  A.  The dwelling, building, or other structure, to which this loss has occurred, was insured at the time of loss for those coverages required by the lender.

  B.  The dwelling, building, or other structure was vacant at the time of loss.

  C.  Loss was caused by the perils of Vandalism and Malicious Mischief to other structures or to property attached to the dwelling, building, or other structure.

  D.  The vacancy provision of the required insurance has been imposed and coverage for Vandalism and Malicious Mischief has been suspended as a result of the vacancy.

  E.  Liability under this endorsement shall be limited to a maximum amount of $25,000 per loss, to any dwelling, building, or other structure, and under no circumstances will payment for any single loss paid under this endorsement exceed this amount.

In the event that all conditions of this endorsement have been met, and liability for loss is assumed under this endorsement, the following deductible shall apply:

  A.  Dwellings and other Structures: The deductible shall be $   1,000.00              .

  B.  Buildings: The deductible shall be $   1,000.00              .

Endorsement Premium: $  5,500.00              .

Annual Minimum Premium: $   5,500.00              .

All other provisions of this Policy apply.

_____
Authorized Agent

5F213E-E999

(CA3F\5F205E)                                                                                                    STK# 00 0000

# NEWPORT INSURANCE COMPANY
Administrative Office:  Irvine, California    A Stock Company

## BLANKET VANDALISM INCLUDING FAIR PLAN ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Countrywide Home Loans | | | 006 |

| Policy Number | Policy Period | | | Effective Date of Endorsement |
|---|---|---|---|---|
| MP 4800-0100 | 10/09/99 | to | continuous | 10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**This endorsement modifies insurance provided under the following:**

**MORTGAGE PROTECTION POLICY**

In consideration of the premium charged, it is hereby understood and agreed that this policy is extended to provide coverage for the perils of Vandalism and Malicious Mischief to any dwelling, building or other structure that is contained within the lender's loan portfolio. Coverage under this endorsement shall apply only when the following conditions are met:

A. The dwelling, building, or other structure, to which the loss has occurred, was insured at the time of loss for those coverages required by the lender or was insured by a policy issued by a FAIR Plan in any state.

B. The dwelling, building, or other structure was vacant at the time of loss.

C. Loss was caused by the perils of Vandalism and Malicious Mischief to other structures or to property attached to the dwelling, building, or other structure.

D. The vacancy provision of the required insurance has been imposed and coverage for Vandalism and Malicious Mischief has been suspended as a result of the vacancy. This condition is omitted if the dwelling, building, or other structure was insured by a policy issued by a FAIR Plan in any state.

E. Liability under this endorsement shall be limited to a maximum amount of $25,000 per loss, to any dwelling, building, or other structure, and under no circumstances will payment for any single loss paid under this endorsement exceed this amount.

In the event that all conditions of this endorsement have been met, and liability for loss is assumed under this endorsement, the following deductible shall apply:

A. Dwellings and other Structures: The deductible shall be $ 1,000.00 .

B. Buildings: The deductible shall be $ 1,000.00 .

Endorsement Premium: $ ~~5,500.00~~ 7,500.00

Annual Minimum Premium: $ ~~5,500.00~~ 7,500.00

All other provisions of this Policy apply.

_____
Authorized Agent

5F205E-E999

(CA3F\5F210E)                                                                                    STK# 00 0000

# NEWPORT INSURANCE COMPANY
Administrative Office:  Irvine, California   A Stock Company

## EARTHQUAKE EXTENSION ENDORSEMENT

| Named Insured  Countrywide Home Loans | | Endorsement Number 007 |
|---|---|---|
| Policy Number MP 4800-0100 | Policy Period 10/09/99          continuous | Effective Date of Endorsement 10/09/99 |

Insert the policy number. The remainder of the Information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

## SECTION I - PERIL INSURED AGAINST

This policy is extended to insure against direct loss by Earthquake and Volcanic Eruption only when premium for Earthquake is shown on the first page of this policy or by endorsement.

If more than one Earthquake shock or Volcanic Eruption shall occur within any period of seventy-two hours during the term of this endorsement, such Earthquake shocks or Volcanic Eruptions shall be deemed to be a single Earthquake or Volcanic Eruption. This Company shall not be liable for any loss caused by any Earthquake shock or Volcanic Eruption occurring before the effective date and time of this endorsement, nor occurring after the expiration date and time of this policy.

## SECTION II - DEDUCTIBLE CLAUSE
This Company shall not be liable for loss to any unit of insurance unless such loss exceeds the Deductible percentage **(specified on the first page of this policy or by endorsement)** of the actual cash value of such unit of insurance at the time when such loss shall happen, and then only for its proportion of such excess.

The following shall each be considered a separate unit of insurance: (a) each separate building or structure; (b) the contents of each separate building or structure; and (c) property in each yard.

This Deductible shall supersede any other Deductible in this policy as respects the peril of Earthquake and Volcanic Eruption.

This Deductible shall not apply to insurance covering Business Interruption, Tuition Fees, Extra Expense, Additional Living Expense, Rent or Rental Value or Leasehold Interest.

## SECTION III - GENERAL EXCLUSIONS
1. **EXCESS CLAUSE:** This Company shall not be liable for loss by Earthquake and Volcanic Eruption to property which is more specifically covered in whole or in part by this or any other contract of insurance, except for the amount of loss which is in excess of the amount due from such more specific insurance after application of the above Deductible Clause to the entire loss.

2. **MASONRY VENEER CLAUSE:** This Company shall not be liable for any loss to exterior masonry veneer (other than stucco) on wood frame walls and the value of such veneer shall not be considered in the determination of the actual cash value when applying the Deductible and Coinsurance Clauses.

   This Clause is not applicable (a) where less than 10% of the total exterior wall area is faced with masonry veneer, nor (b) when voided on the first page of this policy or by endorsement.

3. **PERILS NOT INSURED AGAINST:**
   A. This Company shall not be liable by this Earthquake Extension Endorsement for loss caused by, resulting from, contributed to or aggravated by fire, explosion, flood surface water, mudslide, mudflow, waves, tidal water or tidal wave, overflow of streams or other bodies of water, or spray from any of the foregoing, whether or not attributable to Earthquake or Volcanic Eruption.

   B. Nuclear Exclusion - (Not applicable in New York): Loss by nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, is not insured against by this endorsement, whether such loss be direct or indirect, proximate or remote, or be in whole or part caused by, contributed to, or aggravated by Earthquake or Volcanic Eruption.

## This Endorsement must be attached to Change Endorsement when Issued after the Policy is written.

_____
Authorized Agent

5F210E-04E999

(CA3F\5F210E)                                                                          STK# 00 0000

## SECTION IV - OTHER PROVISIONS

1. APPORTIONMENT OF LOSS CLAUSE: In the event of loss to any unit of insurance in excess of the Deductible amount, this Company shall be liable for no greater proportion of such excess than (a) the proportion of liability of this Company for loss under this Earthquake Extension Endorsement as determined by the Coinsurance Clause attached to this policy, or (b) for a greater proportion of such excess than the amount provided by this Earthquake Extension Endorsement shall bear to all Earthquake insurance, whether collectible or not.

2. This Earthquake Extension Endorsement does not increase the amount(s) of insurance provided in this policy.

3. PROVISIONS APPLICABLE ONLY WHEN THIS POLICY COVERS BUSINESS INTERRUPTION, TUITION FEES EXTRA EXPENSE, ADDITIONAL LIVING EXPENSE, RENT OR RENTAL VALUE, LEASEHOLD INTEREST OR OTHER CONSEQUENTIAL LOSS: The term "direct", as applied to loss means loss as limited and conditioned in this policy, resulting from direct loss to described property by Earthquake or Volcanic Eruption. If the business of the owner or tenant(s) of the described building(s) is interrupted by a strike at the described location, this Company shall not be liable for any loss due to interference by any person(s) with rebuilding, repairing or replacing the property damaged or destroyed or with the resumption or continuation of business.



5F210E-04E999

(CA3F\5F211E)                                                                    STK# 00 0000

# NEWPORT INSURANCE COMPANY
Administrative Office:  Irvine, California    A Stock Company

## CALIFORNIA EARTHQUAKE OPTION -1
## STRUCTURAL ENGINEERING OR DEMOLITION COSTS

| Named Insured    Countrywide Home Loans | | | Endorsement Number<br>008 |
|---|---|---|---|
| Policy Number<br>MP 4800-0100 | Policy Period<br>10/09/99 | continuous | Effective Date of Endorsement<br>10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**This endorsement modifies insurance provided under the following:**

### MORTGAGE PROTECTION POLICY

This policy provides coverage for a payment of service, except as provided by public entities, for the purpose of structural engineering costs to determine the habitability of the residential dwelling or coverage for the homeowner liability for the actual costs of residential dwelling demolition due to structural condemnation as the result of damage or loss from the peril of earthquake.

The amount of coverage provided by this endorsement shall be equal to 10% of the coverage provided for in this policy.

This coverage is subject to the earthquake deductible specified in this policy.

All other provisions of this policy remain unchanged.

Authorized Agent

5F211E-04E999

(CA3F\5F212E)                                                          STK# 00 0000

# NEWPORT INSURANCE COMPANY
Administrative Office:  Irvine, California    A Stock Company

### CALIFORNIA EARTHQUAKE OPTION -2
### RECONSTRUCTION COSTS

| Named Insured    Countrywide Home Loans | | Endorsement Number    009 |
|---|---|---|
| Policy Number    MP 4800-0100 | Policy Period    10/09/99            continuous | Effective Date of Endorsement    10/09/99 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**This endorsement modifies insurance provided under the following:**

**MORTGAGE PROTECTION POLICY**

This policy provides coverage in the amount of ten thousand dollars ($10,000) for the purpose of reconstruction costs required to bring the covered residence up to required local residential building code standards as required by the local government as part of the approval of the reconstruction permit process after loss from the peril of earthquake.

This coverage is subject to the earthquake deductible specified in this policy.

THIS COVERAGE TAKES EFFECT ONLY AFTER RETROFITTING HAS BEEN COMPLETED BY THE INSURED AND VERIFIED BY THE INSURANCE COMPANY.

All other provisions of this policy remain unchanged.



Authorized Agent

5F212E-04E999

(CA1F/5H227E04)                                                                                          STK# 00 0000

# NEWPORT INSURANCE COMPANY

## ADVICE OF CHANGE

Named Insured _____ Countrywide Home Loans _____ Endorsement number _____ 001 _____

Policy number _____ 4800-0100 _____ Effective Date of this Endorsement _____ 6/10/02 _____

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

It is agreed that the following changes are made to this Policy:

1.  Under "SECTION IV -General Provisions, CONDITIONS, 9. Conditions Precedent to Liability, C. 2.)" is hereby deleted and replaced by the following:

    2) , or a mortgagor in legal possession of the insured **Residential Property** or **Commercial Property**, promptly notify us of the loss or damage.

2.  Under "SECTION IV -General Provisions, CONDITIONS, 9. Conditions Precedent To Liability, C. 10" is hereby deleted and replaced by the following:

    10. Loss Payable

    Loss or damage, if any, shall be adjusted with and made payable to **YOU**. In the event that the covered amount of a covered loss exceeds **Your** interest in the covered property and a mortgagor is in legal possession of the insured **Residential Property** or **Commercial Property** at the time of payment for loss or damage payment, will be made to **You** and the mortgagor.

3.  **You** warrant that any payments made to **You** will be used to repair or replace the damaged or destroyed **Residential Property** or **Commercial Property** if the mortgagor is in legal possession of such property and the mortgage loan is not in default.

Notwithstanding the foregoing, nothing contained in this endorsement shall make a Mortgagor in legal possession of the insured **Residential Property** or **Commercial Property** an insured or an additional insured under this Policy.

All other terms and conditions of the Policy remain unchanged.

_____                          _____
          Authorized Agent                                             Date

5H227E04  E0602

# NEWPORT INSURANCE COMPANY
3349 Michelson Drive, Suite 200
Irvine, CA 92612-8893
800-854-6115

## ADDITIONAL LIMITS OF LIABILITY ENDORSEMENT

Not valid unless signed by a duly authorized representative of the company.

| Date and Place of Issue | |
|---|---|
| July 7, 2005       Irvine, California | |
| Effective From (Standard Time as stated in Policy) | Amending Policy No. |
| 10/09/99 | MP 4800-0100 |
| Issued To | |
| Countrywide Home Loans | |
| By Newport Insurance Company | |



In consideration of the premium charged, it is understood and agreed to the extent that coverage is provided, to amend the present limits of liability for residential dwelling(s) and commercial building(s) to $5,000,000, per any one occurrence or combined occurrences.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, provisions, agreements or limitations of the above mentioned policy, other than as stated above.

All other terms and conditions remain unchanged.

05A09-04ED0007-E0405

**IMPORTANT INFORMATION**
**Consumer Affairs-California**

Because of the complicated nature of the insurance business, there may be times when you will have questions regarding your coverage or the premium charged, or a problem may arise with your policy. If this occurs we urge you to contact your insurance company, agent, or broker, as applicable, to answer your question or resolve your problem.

NEWPORT INSURANCE COMPANY
PO BOX 19702
IRVINE, CA 92623-9702
Toll Free Number: 1-888-308-8577

If after contacting your insurance company, agent, or broker, you are still not satisfied, you may contact the following State Agency:

CALIFORNIA DEPARTMENT OF INSURANCE
CONSUMER AFFAIRS DIVISION
300 South Spring Street
Los Angeles, CA 90013
Toll Free Number: 1-800-927-HELP
(4357)

AZ375-04R0206 (NIC)

## NOTICE TO POLICYHOLDERS

Section 1063 of the California Insurance Code created the California Insurance Guarantee Association to pay certain claims against licensed insurers which become insolvent. The Association assesses the costs of such claims against solvent licensed insurers, and these insurers in turn are directed by Section 1063 to recoup the assessments paid by them from their policyholders. If your policy, or any renewal thereof, is surcharged, the amount of the surcharge will be identified for you.

AZ343-04E1286


**Countrywide®**
HOME LOANS
P.O. BOX 961206
FTWX - 22
FORT WORTH, TX  76161-0206

Service Center Phone:  (800) 400-9083
Fax:  (800) 293-8158
Date:  OCTOBER 26, 2005
Policy Number:  N5435172

000222 - 001275
WILLIAM MITCHUM
5314 SAINT BERNARD AVE
NEW ORLEANS, LA 70122-1249

### CERTIFICATE OF COVERAGE PLACEMENT

Re:   Countrywide Loan #:               047445356
      Property Address:                 4975 DEBORE CIRCLE
                                        NEW ORLEANS LA 70126

Loan Principal Balance:                 $76,173.00

Fire Insurance Annual Premium Amount under Countrywide's Policy:  $548.00. (If the occupancy of your property changes, the premium charged may differ from the amount stated in this letter).

Fire Insurance Coverage Amount under Countrywide's Policy: $76,173.00

(This insurance may provide less coverage than was in effect previously).

Dear William Mitchum:

We previously notified you that our records indicate the property address referenced above does not maintain evidence of existing and acceptable homeowners insurance. Per your loan agreement with us, we require you to maintain acceptable and continuous hazard insurance on your home, until you pay off your loan. Therefore, as provided for in the loan agreement, we have purchased insurance at your expense.  Enclosed you will find a copy of the Notice of Premium for hazard insurance coverage that has been purchased by Countrywide Home Loans from your escrow account, to protect its interest in the property. In the event that an escrow account was not previously established, you are obligated by your loan agreement to reimburse Countrywide Home Loans for the premium paid within 15 days, or your monthly payment will be adjusted to collect the balance due.

In the event that a payment for our lender placed coverage was paid from your escrow account and you have your own policy:
- You will receive a full refund of the payment, provided that your insurance coverage dates back to the expiration date of your previous policy.
- If there is a lapse, the charges for the lapse will be charged to your escrow account.
- If you do not have an escrow account, you are obligated by your loan documents to reimburse us for the insurance charges during the lapse period.

There are several options available for updating your insurance information with us:
- You can provide policy information on our website at customers.countrywide.com.
- Your agent can provide policy information on our business partner's website at business.countrywide.com.
- You can mail a copy of your homeowners insurance declaration page with your loan number to:

      COUNTRYWIDE HOME LOANS
      P.O. BOX 961206
      FTWX - 22
      FORT WORTH, TX  76161-0206

RE:   WILLIAM MITCHUM
     Countrywide Loan #:  047445356

- Or fax a copy of your homeowner's insurance declaration page with your loan number to: (800) 293-8158.

If policy information has already been provided:

- Information can be confirmed by visiting our website at customers.countrywide.com, or your agent may visit the business partner site at business.countrywide.com.
- Or you may view your monthly statement.

Your homeowner's insurance policy information was not received within the past 60 days, as we had requested in our prior notifications to you.

Since we have not received acceptable and continuous homeowners insurance coverage, Countrywide has purchased hazard insurance to protect our interest in the home at your expense.

- This insurance, if purchased, may be more expensive and will likely provide less coverage than was previously in effect.
- It will **only** protect Countrywide's interest in your property.
- Coverage is limited to the insurable structure(s) up to the current loan balance, less deductible; even if the cost to repair your home exceeds your loan balance - and as a result, your dwelling structure may be underinsured.
- It provides no coverage for loss or damage to personal property (such as the personal contents of your home), loss from theft, injury to persons or property for which you may be liable, additional living expenses, or flood.
- In the event of a claim, all payments will be made to Countrywide Home Loans.
- The coverage we purchase may have other restrictions, exclusions and limitations as specifically described in the coverage we acquire.

We appreciate the opportunity to service your property loan and look forward to resolving this matter.


Sincerely,


Insurance Department

Enclosures

**COUNTRYWIDE HOME LOANS CUSTOMERS**
**HAZARD INSURANCE REQUIREMENTS**

—— This notice is intended to summarize Countrywide's hazard insurance requirements for your property.

—— In order to protect our respective interests in your property, Countrywide requires that its borrowers maintain minimum hazard insurance. Your hazard insurance coverage must be at a minimum of a one year fire and extended coverage policy with a "special" form endorsement, i.e.: fire only DP1; or DF1; homeowners policy - H01. The insurance must not limit or exclude from coverage (in whole or in part) windstorm, hurricane, hail damages, or any other perils that are normally included under an extended coverage endorsement. Unless a higher maximum amount is required by law, the dwelling deductible may not exceed the greater of $1,000 or 1% of the face amount of dwelling coverage. The amount of insurance coverage must at least equal the lesser of: (1) 100% of the insurable value of the improvements as established by the property insurer, or (2) the unpaid balance of the mortgage.

—— The policy must be issued by an insurance company licensed in the state in which the property is located and the named insured on the policy must be the same as the mortgagor/trustor on your mortgage or deed of trust. The policy must include a Standard Mortgagee Clause naming Countrywide Home Loans and its successors and/or assigns A.T.I.M.A. as mortgagee.

To help us maintain accurate records on your account, your Countrywide account number (your loan number) must be included on all policies and correspondence with your insurer.

Due to changes in federal or state laws or regulations, Countrywide may modify its insurance requirements to include additional types or amounts of coverage. In this event, Countrywide will notify you prior to the effective date so that you may purchase the required coverage.

If you fail to provide proof of required insurance, Countrywide may obtain fire insurance coverage to protect our interest on your property at your expense. The cost of any fire insurance purchased by Countrywide will become an additional debt secured by your mortgage or deed of trust. This insurance will protect Countrywide's interest in the property. This insurance will only cover the value of your property up to the current principal balance of your loan, even if the cost to fully repair your home exceeds your loan balance. Accordingly, this insurance may not be sufficient to fully restore or repair your property to its previous condition, and this insurance will **not** protect any equity that you may have built up on your property. In addition, this insurance only covers the building or buildings and may have certain limits, exclusions, and restrictions that impact coverage. It provides no coverage for loss or damage to personal property (such as the personal contents of your home), loss from theft, or injury to persons or property for which you may be liable. Please note that this insurance will likely provide less coverage than was previously in effect, it may duplicate existing coverage, and it may be more expensive than your previous coverage. In the event of a claim, all payments under this coverage will be made to Countrywide and not to you. **An affiliate of Countrywide Home Loans may receive a commission or other compensation if insurance is obtained by Countrywide.**

Countrywide strongly encourages you to purchase acceptable coverage on your own.

Thank you for your cooperation.

**NEWPORT INSURANCE COMPANY**
Administrative Office:  3349 Michelson Drive, Suite 200, Irvine, California 92612-8893
A Stock company

**MORTGAGE PROTECTION COVERAGE**
**NOTICE OF PREMIUM**

NAMED INSURED & ADDRESS:

**COUNTRYWIDE HOME LOANS, INC.**
**ITS SUCCESSORS AND/OR ITS ASSIGNS A.T.I.M.A.**
**P.O. BOX 961206**
**FTWX - 22**
**FORT WORTH, TX  76161-0206**

BORROWER'S NAME & ADDRESS:

**WILLIAM MITCHUM**
**5314 SAINT BERNARD AVE**
**NEW ORLEANS, LA  70122-1249**

| | |
|---|---|
| NOTICE#: | N5435172 |
| EFFECTIVE DATE: | 08/24/2005 |
| EXPIRATION DATE: | 08/24/2006 |
| BASE PREMIUM: | $548.00 |
| TOTAL PREMIUM: | $548.00 |

| | |
|---|---|
| PRODUCER #: | 4800-0100 |
| POLICY #: | 4800-0100 |
| LOAN #: | 047445356 |
| TYPE OF LOAN: | IMPOUND/TEN |

DESCRIBED LOCATION:

4975 DEBORE CIRCLE
NEW ORLEANS LA  70126

DEDUCTIBLE:

| | |
|---|---|
| OCCUPIED: | $1,000.00 |
| VACANT: | $1,000.00 |
| WIND & HAIL: | $1,000.00 |
| HURRICANE: | $1,000.00 |
| EARTHQUAKE: | N/A_% of Rating Amount |

RATING AMOUNT:     $76,173.00

THIS IS A NOTICE OF PREMIUM WHICH DOES NOT PROVIDE THE TERMS OF THE NAMED INSURED'S POLICY.
YOU CAN LOOK AT THE POLICY AT THE NAMED INSURED'S ADDRESS SHOWN ABOVE.

**IMPORTANT NOTICE**

The insurance coverage provided by the above referenced policy has been requested by the Insured Lienholder or
Mortgagee in absence of the required insurance on the Described Location. If you have other insurance covering this
property, please request your insurance company or agent to notify the Insured Lienholder or Mortgagee promptly.
Upon receipt of acceptable notice of other coverage, this coverage will be cancelled.

**THIS POLICY DOES NOT PROVIDE CONTENTS COVERAGE, PROPERTY DAMAGE LIABILITY
COVERAGE, BODILY INJURY LIABILITY COVERAGE, MEDICAL PAYMENT COVERAGE OR ANY
OTHER FORM OF WORKERS COMPENSATION COVERAGE. THE POLICY PROTECTS ONLY
THE MORTGAGEE'S INTEREST IN THE DESCRIBED LOCATION. YOU ARE NOT AN INSURED
UNDER THIS POLICY, AND YOU ARE NOT ENTITLED TO RECEIVE THE PROCEEDS FROM THIS
POLICY IN THE EVENT OF LOSS OR DAMAGE TO YOUR PROPERTY.**

5F206N-E999



**Countrywide**

**HOME LOANS**
*Insurance Department, SV3-22*
*P.O. Box 10212*
*Van Nuys, CA 91410-0212*

(800) 400-9083
Fax: (800) 293-8158

Date:  JULY 20, 2005

0002016 - 0008221

GEORGE GILMORE
10351 CASTLEWOOD DR
NEW ORLEANS, LA          70127-1705

Policy Number: N5365223

CERTIFICATE OF COVERAGE PLACEMENT

Re: Countrywide Loan #:      035593535
    Property Address:        10351 CASTLEWOOD DR
                             NEW ORLEANS LA          70127

Loan Principal Balance:      $69,777.00

Fire Insurance Annual Premium Amount under Countrywide's Policy, if
obtained:    $426.00.  (If the occupancy of your property changes, the
premium charged may differ from the amount stated in this letter).

Fire Insurance Coverage Amount under Countrywide's Policy, if obtained:
 $69,777

(This insurance may provide less coverage than was in effect previously).

Dear George Gilmore:

We previously notified you that our records indicate the property address
referenced above does not maintain evidence of existing and acceptable
homeowners insurance.  Per your loan agreement with us, we require you to
maintain acceptable and continuous hazard insurance on your home, until you
pay off your loan.  Therefore, as provided for in the loan agreement, we
have purchased insurance at your expense.  Enclosed you will find a copy of
the Notice of Premium for hazard insurance coverage that has been purchased
by Countrywide from your escrow account, to protect its interest in the
property.  In the event that an escrow account was not previously
established, you are obligated by your loan agreement to reimburse
Countrywide for the premium paid within 15 days, or your monthly payment
will be adjusted to collect the balance due.

In the event that a payment for our lender placed coverage was paid from
your escrow account and you have your own policy:

   *   You will receive a full refund of the payment, provided that your
       insurance coverage dates back to the expiration date of your previous
       policy.
   *   If there is a lapse, the charges for the lapse will be charged to
       your escrow account.
   *   If you do not have an escrow account, you are obligated by your loan
       documents to reimburse us for the insurance charges during the lapse
       period.

Re:  GEORGE GILMORE
     Countrywide Loan #:  035593535

There are several options available for updating your insurance information with us:

  *   You can provide policy information on our website at customers.countrywide.com.
  *   Your agent can provide policy information on our business partner's website at business.countrywide.com.
  *   You can mail a copy of your homeowners insurance declaration page with your loan number to:

          Countrywide Home Loans
          P.O. Box 10212
          Insurance Department SV-22
          Van Nuys, CA 91410-0212

  *   Or fax a copy of your homeowner's insurance declaration page with your loan number to: (800) 293-8158.

If policy information has already been provided:

  *   Information can be confirmed by visiting our website at customers.countrywide.com, or your agent may visit the business partner site at business.countrywide.com.
  *   Or you may view your monthly statement.

Your homeowner's insurance policy information was not received within the past 60 days, as we had requested in our prior notifications to you. Since we have not received acceptable and continuous homeowners insurance coverage, Countrywide has purchased hazard insurance to protect our interest in the home at your expense.

  *   This insurance, if purchased may be more expensive and will likely provide less coverage than was previously in effect.
  *   It will only protect Countrywide's interest in your property.
  *   Coverage is limited to the insurable structure(s) up to the current loan balance, less deductible; even if the cost to repair your home exceeds your loan balance - and as a result, your dwelling structure may be underinsured.
  *   It provides no coverage for loss or damage to personal property (such as the personal contents of your home), loss from theft, injury to persons or property for which you may be liable, additional living expenses, or flood.
  *   In the event of a claim, all payments will be made to Countrywide.
  *   The coverage we purchase may have other restrictions, exclusions and limitations as specifically described in the coverage we acquire.

We appreciate the opportunity to service your property loan and look forward to resolving this matter.


Sincerely,

April Rush
Insurance Department

Enclosures

COUNTRYWIDE HOME LOANS, INC. CUSTOMERS
**HAZARD INSURANCE REQUIREMENTS**

This notice is intended to summarize Countrywide's insurance requirements for your property.

In order to protect our respective interests in your property, Countrywide requires that its borrowers maintain minimum hazard insurance. Your hazard insurance coverage must be at a minimum of a one year fire and extended coverage policy with a "special" form endorsement, i.e.: fire only DP1; or DF1; homeowners policy - H01. The insurance must not limit or exclude from coverage (in whole or in part) windstorm, hurricane, hail damages, or any other perils that are normally included under an extended coverage endorsement. Unless a higher maximum amount is required by law, the dwelling deductible may not exceed the greater of $1,000 or 1% of the face amount of dwelling coverage. The amount of insurance coverage must at least equal the lesser of: (1) 100% of the insurable value of the improvements as established by the property insurer, or (2) the unpaid balance of the mortgage.

The policy must be issued by an insurance company licensed in the state in which the property is located and the named insured on the policy must be the same as the mortgagor/trustor on your mortgage or deed of trust. The policy must include a Standard Mortgagee Clause naming Countrywide Home Loans, Inc. and its successors and/or assigns A.T.I.M.A. as mortgagee.

To help us maintain accurate records on your account, your Countrywide account number (your loan number) must be included on all policies and correspondence with your insurer.

Due to changes in federal or state laws or regulations, Countrywide may modify its insurance requirements to include additional types or amounts of coverage. In this event, Countrywide will notify you prior to the effective date so that you may purchase the required coverage.

If you fail to provide proof of required insurance, Countrywide may obtain fire insurance coverage to protect our interest on your property at your expense. The cost of any fire insurance purchased by Countrywide will become an additional debt secured by your mortgage or deed of trust. This insurance will protect Countrywide's interest in the property. This insurance will only cover the value of your property up to the current principal balance of your loan, even if the cost to fully repair your home exceeds your loan balance. Accordingly, this insurance may not be sufficient to fully restore or repair your property to its previous condition, and this insurance will not protect an equity that you may have built up on your property. In addition, this insurance only covers the building or buildings and may have certain limits, exclusions, and restrictions that impact coverage. It provides no coverage for loss or damage to personal property (such as the personal contents of your home), loss from theft, or injury to persons or property for which you may be liable. Please note that this insurance will likely provide less coverage than was previously in effect, it may duplicate existing coverage, and it may be more expensive than your previous coverage. In the event of a claim, all payments under this coverage will be made to Countrywide and not to you. An affiliate of Countrywide Home Loans, Inc. may receive a commission or other compensation if insurance is obtained by Countrywide.

Countrywide strongly encourages you to purchase acceptable coverage on your own.

Thank you for your cooperation.

MORTGAGE PROTECTION COVERAGE
NOTICE OF PREMIUM

NAMED INSURED & ADDRESS :

COUNTRYWIDE HOME LOANS, INC
AND/OR ITS ASSIGNS A.T.I.M.A.
P O BOX 10212
INSURANCE DEPARTMENT SV-22
VAN NUYS, CA 91410-0212

BALBOA INSURANCE COMPANY
3349 MICHELSON DRIVE, SUITE 200
IRVINE, CA 92612-8893

BORROWER'S NAME & ADDRESS :

GEORGE GILMORE
10351 CASTLEWOOD DR
NEW ORLEANS, LA          70127-1705

INSURED #      : N5365223
EFFECTIVE DATE : 05/12/2005
EXPIRATION DATE: 05/12/2006

MASTER POLICY # : 4800-0100

LOAN #          : 035593535

TYPE OF LOAN    : 1ST/RES      NON-IMP/OCC

TOTAL PREMIUM :      $426.00

DESCRIBED LOCATION:

   10351 CASTLEWOOD DR
   NEW ORLEANS LA
              70127

DEDUCTIBLES:

OCCUPIED    :   $1,000.00
VACANT      :   $1,000.00
WIND & HAIL:   $1,000.00
HURRICANE   :   $1,000.00

RATING AMOUNT:      $69,777

THIS IS A NOTICE OF PREMIUM WHICH DOES NOT PROVIDE THE TERMS OF THE NAMED
INSURED'S POLICY.  YOU CAN LOOK AT THE POLICY AT THE NAMED INSURED'S
ADDRESS SHOWN ABOVE.

IMPORTANT NOTICE

The insurance coverage provided by the above referenced policy has been
requested by the Insured Lienholder or Mortgagee in absence of the required
insurance on the Described Location.  If you have other insurance covering
this property, please request your insurance company or agent to notify the
Insured Lienholder or Mortgagee promptly. Upon receipt of acceptable notice
of other coverage, this coverage will be cancelled.

YOU ARE NOT AN INSURED UNDER THIS POLICY, AND YOU ARE NOT ENTITLED TO RE-
CEIVE THE PROCEEDS FROM THIS POLICY IN THE EVENT OF LOSS OR DAMAGE TO YOUR
PROPERTY.  THIS POLICY PROTECTS ONLY THE MORTGAGEE'S INTEREST IN THE
DESCRIBED LOCATION.  THIS PLICY DOES NOT PROVIDE CONTENTS COVERAGE,
PROPERTY DAMAGE LIABILITY COVERAGE, BODILY INJURY LIABILITY COVERAGE,
MEDICAL PAYMENT COVERAGE, ANY OTHER FORM OF WORKERS COMPENSATION COVERAGE,
FLOOD COVERAGE OR EARTHQUAKE COVERAGE.
              IN CASE OF A LOSS, PLEASE CALL (800) 660-8519

ZI-608813 (8-97) A3066-01

0002015 - 0008226



**Countrywide**

**HOME LOANS**
Insurance Department, SV3-22
P.O. Box 10212
Van Nuys, CA 91410-0212

(800) 400-9083
Fax: (800) 293-8158

Date:  APRIL  6, 2005

0001009 - 0004173

MERLIN DUPLESSIS
ADA DUPLESSIS
7620 PEBBLE DR
NEW ORLEANS, LA        70128-1317

Policy Number: N5298258

CERTIFICATE OF COVERAGE PLACEMENT

Re: Countrywide Loan #:     007808276
    Property Address:       7620 PEBBLE DR
                            NEW ORLEANS LA          70128

Loan Principal Balance:     $58,372.00

Fire Insurance Annual Premium Amount under Countrywide's Policy, if
obtained:   $356.00.  (If the occupancy of your property changes, the
premium charged may differ from the amount stated in this letter).

Fire Insurance Coverage Amount under Countrywide's Policy, if obtained:
  $58,372

(This insurance may provide less coverage than was in effect previously).

Dear Merlin and Ada Duplessis:

We previously notified you that our records indicate the property address
referenced above does not maintain evidence of existing and acceptable
homeowners insurance. Per your loan agreement with us, we require you to
maintain acceptable and continuous hazard insurance on your home, until you
pay off your loan.  Therefore, as provided for in the loan agreement, we
have purchased insurance at your expense.  Enclosed you will find a copy of
the Notice of Premium for hazard insurance coverage that has been purchased
by Countrywide from your escrow account, to protect its interest in the
property.  In the event that an escrow account was not previously
established, you are obligated by your loan agreement to reimburse
Countrywide for the premium paid within 15 days, or your monthly payment
will be adjusted to collect the balance due.

<u>In the event that a payment for our lender placed coverage was paid from
your escrow account and you have your own policy:</u>

   *  You will receive a full refund of the payment, provided that your
      insurance coverage dates back to the expiration date of your previous
      policy.
   *  If there is a lapse, the charges for the lapse will be charged to
      your escrow account.
   *  If you do not have an escrow account, you are obligated by your loan
      documents to reimburse us for the insurance charges during the lapse
      period.

Re:  MERLIN DUPLESSIS
     Countrywide Loan #:  007808276

There are several options available for updating your insurance
information with us:
  *  You can provide policy information on our website at
     customers.countrywide.com.
  *  Your agent can provide policy information on our business partner's
     website at business.countrywide.com.
  *  You can mail a copy of your homeowners insurance declaration page
     with your loan number to:

          Countrywide Home Loans
          P.O. Box 10212
          Insurance Department SV-22
          Van Nuys, CA 91410-0212

  *  Or fax a copy of your homeowner's insurance declaration page with
     your loan number to: (800) 293-8158.

If policy information has already been provided:
  *  Information can be confirmed by visiting our website at
     customers.countrywide.com, or your agent may visit the business
     partner site at business.countrywide.com.
  *  Or you may view your monthly statement.

Your homeowner's insurance policy information was not received within
the past 60 days, as we had requested in our prior notifications to you:
Since we have not received acceptable and continuous homeowners insurance
coverage, Countrywide has purchased hazard insurance to protect our interest
in the home at your expense.
  *  This insurance, if purchased may be more expensive and will likely
     provide less coverage than was previously in effect.
  *  It will only protect Countrywide's interest in your property.
  *  Coverage is limited to the insurable structure(s) up to the current loan
     balance, less deductible; even if the cost to repair your home exceeds
     your loan balance - and as a result, your dwelling structure may be
     underinsured.
  *  It provides no coverage for loss or damage to personal property (such as
     the personal contents of your home), loss from theft, injury to persons
     or property for which you may be liable, additional living expenses, or
     flood.
  *  In the event of a claim, all payments will be made to Countrywide.
  *  The coverage we purchase may have other restrictions, exclusions and
     limitations as specifically described in the coverage we acquire.

We appreciate the opportunity to service your property loan and look forward
to resolving this matter.

Sincerely,

April Rush
Insurance Department

Enclosures

## COUNTRYWIDE HOME LOANS, INC. CUSTOMERS
## **HAZARD INSURANCE REQUIREMENTS**

This notice is intended to summarize Countrywide's insurance requirements for your property.

In order to protect our respective interests in your property, Countrywide requires that its borrowers maintain minimum hazard insurance. Your hazard insurance coverage must be at a minimum of a one year fire and extended coverage policy with a "special" form endorsement, i.e.: fire only DP1; or DF1; homeowners policy - H01. The insurance must not limit or exclude from coverage (in whole or in part) windstorm, hurricane, hail damages, or any other perils that are normally included under an extended coverage endorsement. Unless a higher maximum amount is required by law, the dwelling deductible may not exceed the greater of $1,000 or 1% of the face amount of dwelling coverage. The amount of insurance coverage must at least equal the lesser of: (1) 100% of the insurable value of the improvements as established by the property insurer, or (2) the unpaid balance of the mortgage.

The policy must be issued by an insurance company licensed in the state in which the property is located and the named insured on the policy must be the same as the mortgagor/trustor on your mortgage or deed of trust. The policy must include a Standard Mortgagee Clause naming Countrywide Home Loans, Inc. and its successors and/or assigns A.T.I.M.A. as mortgagee.

To help us maintain accurate records on your account, your Countrywide account number (your loan number) must be included on all policies and correspondence with your insurer.

Due to changes in federal or state laws or regulations, Countrywide may modify its insurance requirements to include additional types or amounts of coverage. In this event, Countrywide will notify you prior to the effective date so that you may purchase the required coverage.

If you fail to provide proof of required insurance, Countrywide may obtain fire insurance coverage to protect our interest on your property at your expense. The cost of any fire insurance purchased by Countrywide will become an additional debt secured by your mortgage or deed of trust. This insurance will protect Countrywide's interest in the property. This insurance will only cover the value of your property up to the current principal balance of your loan, even if the cost to fully repair your home exceeds your loan balance. Accordingly, this insurance may not be sufficient to fully restore or repair your property to its previous condition, and this insurance will not protect an equity that you may have built up on your property. In addition, this insurance only covers the building or buildings and may have certain limits, exclusions, and restrictions that impact coverage. It provides no coverage for loss or damage to personal property (such as the personal contents of your home), loss from theft, or injury to persons or property for which you may be liable. Please note that this insurance will likely provide less coverage than was previously in effect, it may duplicate existing coverage, and it may be more expensive than your previous coverage. In the event of a claim, all payments under this coverage will be made to Countrywide and not to you. An affiliate of Countrywide Home Loans, Inc. may receive a commission or other compensation if insurance is obtained by Countrywide.

Countrywide strongly encourages you to purchase acceptable coverage on your own.

Thank you for your cooperation.

0001009 - 0004175

MORTGAGE PROTECTION COVERAGE
NOTICE OF PREMIUM

```
┌─────────────────────────────┐
│  NAMED INSURED & ADDRESS  : │
└─────────────────────────────┘
```

COUNTRYWIDE HOME LOANS, INC          BALBOA INSURANCE COMPANY
AND/OR ITS ASSIGNS A.T.I.M.A.        3349 MICHELSON DRIVE, SUITE 200
P O BOX 10212                        IRVINE, CA 92612-8893
INSURANCE DEPARTMENT SV-22
VAN NUYS, CA 91410-0212

```
┌─────────────────────────────┐
│  BORROWER'S NAME & ADDRESS  : │
└─────────────────────────────┘
```

MERLIN DUPLESSIS                      INSURED #      : N5298258
ADA DUPLESSIS
7620 PEBBLE DR                       EFFECTIVE DATE : 03/27/2005
NEW ORLEANS, LA        70128-1317    EXPIRATION DATE: 03/27/2006


MASTER POLICY # : 4800-0100

LOAN #        : 007808276            TOTAL PREMIUM :    $356.00

TYPE OF LOAN  : 1ST/RES     IMPOUND/OCC

```
┌──────────────────────────┐   ┌──────────────────────────────────┐
│  DESCRIBED LOCATION:     │   │  DEDUCTIBLES:                    │
│                          │   │                                  │
│   7620 PEBBLE DR         │   │  OCCUPIED    :    $1,000.00      │
│   NEW ORLEANS LA  70128  │   │  VACANT      :    $1,000.00      │
│                          │   │  WIND & HAIL :    $1,000.00      │
│                          │   │  HURRICANE   :    $1,000.00      │
└──────────────────────────┘   └──────────────────────────────────┘
```

```
┌──────────────────────────────────────┐
│   RATING AMOUNT:        $58,372       │
└──────────────────────────────────────┘
```

THIS IS A NOTICE OF PREMIUM WHICH DOES NOT PROVIDE THE TERMS OF THE NAMED
INSURED'S POLICY.  YOU CAN LOOK AT THE POLICY AT THE NAMED INSURED'S
ADDRESS SHOWN ABOVE.

```
┌───────────────────────────────────────────────────────────────────────┐
│                          IMPORTANT NOTICE                              │
│                                                                       │
│ The insurance coverage provided by the above referenced policy has    │
│ been requested by the Insured Lienholder or Mortgagee in absence of   │
│ the required insurance on the Described Location.  If you have other   │
│ insurance covering this property, please request your insurance       │
│ company or agent to notify the Insured Lienholder or Mortgagee        │
│ promptly. Upon receipt of acceptable notice of other coverage, this   │
│ coverage will be cancelled.                                           │
│                                                                       │
│ YOU ARE NOT AN INSURED UNDER THIS POLICY, AND YOU ARE NOT ENTITLED TO  │
│ RE-CEIVE THE PROCEEDS FROM THIS POLICY IN THE EVENT OF LOSS OR DAMAGE  │
│ TO YOUR PROPERTY.  THIS POLICY PROTECTS ONLY THE MORTGAGEE'S INTEREST  │
│ IN THE DESCRIBED LOCATION.  THIS PLICY DOES NOT PROVIDE CONTENTS       │
│ COVERAGE, PROPERTY DAMAGE LIABILITY COVERAGE, BODILY INJURY LIABILITY  │
│ COVERAGE, MEDICAL PAYMENT COVERAGE, ANY OTHER FORM OF WORKERS          │
│ COMPENSATION COVERAGE, FLOOD COVERAGE OR EARTHQUAKE COVERAGE.          │
│            IN CASE OF A LOSS, PLEASE CALL (800) 660-8519               │
└───────────────────────────────────────────────────────────────────────┘
```

ZI-608813 (8-97) A3066-01



**Countrywide**®

**HOME LOANS**
Insurance Department, SV3-22
P.O. Box 10212
Van Nuys, CA 91410-0212

(800) 400-9083
Fax: (800) 293-8158

Date: MARCH 2, 2005

0000662 - 0002732

TROY MUSACCHIA
GEORGIA MUSACCHIA
3113 NANCY ST
MERAUX, LA          70075

Policy Number: N5277103

CERTIFICATE OF COVERAGE PLACEMENT

Re: Countrywide Loan #:    007474853
    Property Address:      3113 NANCY ST
                           MERAUX LA          70075

Loan Principal Balance:    $46,387.00

Fire Insurance Annual Premium Amount under Countrywide's Policy, if obtained:    $283.00.  (If the occupancy of your property changes, the premium charged may differ from the amount stated in this letter).

Fire Insurance Coverage Amount under Countrywide's Policy, if obtained: $46,387

(This insurance may provide less coverage than was in effect previously).

Dear Troy and Georgia Musacchia:

We previously notified you that our records indicate the property address referenced above does not maintain evidence of existing and acceptable homeowners insurance. Per your loan agreement with us, we require you to maintain acceptable and continuous hazard insurance on your home, until you pay off your loan. Therefore, as provided for in the loan agreement, we have purchased insurance at your expense. Enclosed you will find a copy of the Notice of Premium for hazard insurance coverage that has been purchased by Countrywide from your escrow account, to protect its interest in the property. In the event that an escrow account was not previously established, you are obligated by your loan agreement to reimburse Countrywide for the premium paid within 15 days, or your monthly payment will be adjusted to collect the balance due.

<u>In the event that a payment for our lender placed coverage was paid from your escrow account and you have your own policy:</u>

* You will receive a full refund of the payment, provided that your insurance coverage dates back to the expiration date of your previous policy.
* If there is a lapse, the charges for the lapse will be charged to your escrow account.
* If you do not have an escrow account, you are obligated by your loan documents to reimburse us for the insurance charges during the lapse period.

Re:  TROY MUSACCHIA
     Countrywide Loan #:  007474853

<u>There are several options available for updating your insurance
information with us:</u>
* You can provide policy information on our website at
  customers.countrywide.com.
* Your agent can provide policy information on our business partner's
  website at business.countrywide.com.
* You can mail a copy of your homeowners insurance declaration page
  with your loan number to:

        Countrywide Home Loans
        P.O. Box 10212
        Insurance Department SV-22
        Van Nuys, CA 91410-0212

* Or fax a copy of your homeowner's insurance declaration page with
  your loan number to: (800) 293-8158.

If policy information has already been provided:
* Information can be confirmed by visiting our website at
  customers.countrywide.com, or your agent may visit the business
  partner site at business.countrywide.com.
* Or you may view your monthly statement.

<u>Your homeowner's insurance policy information was not received within
the past 60 days, as we had requested in our prior notifications to you.</u>
Since we have not received acceptable and continuous homeowners insurance
coverage, Countrywide has purchased hazard insurance to protect our interest
in the home at your expense.
* This insurance, if purchased may be more expensive and will likely
  provide less coverage than was previously in effect.
* It will only protect Countrywide's interest in your property.
* Coverage is limited to the insurable structure(s) up to the current loan
  balance, less deductible; even if the cost to repair your home exceeds
  your loan balance - and as a result, your dwelling structure may be
  underinsured.
* It provides no coverage for loss or damage to personal property (such as
  the personal contents of your home), loss from theft, injury to persons
  or property for which you may be liable, additional living expenses, or
  flood.
* In the event of a claim, all payments will be made to Countrywide.
* The coverage we purchase may have other restrictions, exclusions and
  limitations as specifically described in the coverage we acquire.

We appreciate the opportunity to service your property loan and look forward
to resolving this matter.


Sincerely,

April Rush
Insurance Department

Enclosures

COUNTRYWIDE HOME LOANS, INC. CUSTOMERS
**HAZARD INSURANCE REQUIREMENTS**

This notice is intended to summarize Countrywide's insurance requirements for your property.

In order to protect our respective interests in your property, Countrywide requires that its borrowers maintain minimum hazard insurance. Your hazard insurance coverage must be at a minimum of a one year fire and extended coverage policy with a "special" form endorsement, i.e.: fire only DP1; or DF1; homeowners policy – HO1. The insurance must not limit or exclude from coverage (in whole or in part) windstorm, hurricane, hail damages, or any other perils that are normally included under an extended coverage endorsement. Unless a higher maximum amount is required by law, the dwelling deductible may not exceed the greater of $1,000 or 1% of the face amount of dwelling coverage. The amount of insurance coverage must at least equal the lesser of: (1) 100% of the insurable value of the improvements as established by the property insurer, or (2) the unpaid balance of the mortgage.

The policy must be issued by an insurance company licensed in the state in which the property is located and the named insured on the policy must be the same as the mortgagor/trustor on your mortgage or deed of trust. The policy must include a Standard Mortgagee Clause naming Countrywide Home Loans, Inc. and its successors and/or assigns A.T.I.M.A. as mortgagee.

To help us maintain accurate records on your account, your Countrywide account number (your loan number) must be included on all policies and correspondence with your insurer.

Due to changes in federal or state laws or regulations, Countrywide may modify its insurance requirements to include additional types or amounts of coverage. In this event, Countrywide will notify you prior to the effective date so that you may purchase the required coverage.

If you fail to provide proof of required insurance, Countrywide may obtain fire insurance coverage to protect our interest on your property at your expense. The cost of any fire insurance purchased by Countrywide will become an additional debt secured by your mortgage or deed of trust. This insurance will protect Countrywide's interest in the property. This insurance will only cover the value of your property up to the current principal balance of your loan, even if the cost to fully repair your home exceeds your loan balance. Accordingly, this insurance may not be sufficient to fully restore or repair your property to its previous condition, and this insurance will not protect an equity that you may have built up on your property. In addition, this insurance only covers the building or buildings and may have certain limits, exclusions, and restrictions that impact coverage. It provides no coverage for loss or damage to personal property (such as the personal contents of your home), loss from theft, or injury to persons or property for which you may be liable. Please note that this insurance will likely provide less coverage than was previously in effect, it may duplicate existing coverage, and it may be more expensive than your previous coverage. In the event of a claim, all payments under this coverage will be made to Countrywide and not to you. An affiliate of Countrywide Home Loans, Inc. may receive a commission or other compensation if insurance is obtained by Countrywide.

Countrywide strongly encourages you to purchase acceptable coverage on your own.

Thank you for your cooperation.

0000662 - 0002734

MORTGAGE PROTECTION COVERAGE
NOTICE OF PREMIUM

---
NAMED INSURED & ADDRESS :
---

COUNTRYWIDE HOME LOANS, INC
AND/OR ITS ASSIGNS A.T.I.M.A.
P O BOX 10212
INSURANCE DEPARTMENT SV-22
VAN NUYS, CA 91410-0212

BALBOA INSURANCE COMPANY
3349 MICHELSON DRIVE, SUITE 200
IRVINE, CA 92612-8893

---
BORROWER'S NAME & ADDRESS :
---

TROY MUSACCHIA
GEORGIA MUSACCHIA
3113 NANCY ST
MERAUX, LA          70075

INSURED #        : N5277103

EFFECTIVE DATE : 12/22/2004
EXPIRATION DATE: 12/22/2005

MASTER POLICY # : 4800-0100

LOAN #          : 007474853

TYPE OF LOAN    : 1ST/RES      IMPOUND/OCC

TOTAL PREMIUM :       $283.00

DESCRIBED LOCATION:

    3113 NANCY ST
    MERAUX LA
                    70075

DEDUCTIBLES:

OCCUPIED      :     $1,000.00
VACANT        :     $1,000.00
WIND & HAIL:        $1,000.00
HURRICANE    :     $1,000.00

RATING AMOUNT:      $46,387

THIS IS A NOTICE OF PREMIUM WHICH DOES NOT PROVIDE THE TERMS OF THE NAMED
INSURED'S POLICY.   YOU CAN LOOK AT THE POLICY AT THE NAMED INSURED'S
ADDRESS SHOWN ABOVE.

---

IMPORTANT NOTICE

The insurance coverage provided by the above referenced policy has been
requested by the Insured Lienholder or Mortgagee in absence of the required
insurance on the Described Location.  If you have other insurance covering
this property, please request your insurance company or agent to notify the
Insured Lienholder or Mortgagee promptly. Upon receipt of acceptable notice
of other coverage, this coverage will be cancelled.

YOU ARE NOT AN INSURED UNDER THIS POLICY, AND YOU ARE NOT ENTITLED TO RE-
CEIVE THE PROCEEDS FROM THIS POLICY IN THE EVENT OF LOSS OR DAMAGE TO YOUR
PROPERTY.   THIS POLICY PROTECTS ONLY THE MORTGAGEE'S INTEREST IN THE
DESCRIBED LOCATION.   THIS PLICY DOES NOT PROVIDE CONTENTS COVERAGE,
PROPERTY DAMAGE LIABILITY COVERAGE, BODILY INJURY LIABILITY COVERAGE,
MEDICAL PAYMENT COVERAGE, ANY OTHER FORM OF WORKERS COMPENSATION COVERAGE,
FLOOD COVERAGE OR EARTHQUAKE COVERAGE.
          IN CASE OF A LOSS, PLEASE CALL (800) 660-8519

ZI-608813 (8-97) A3066-01

0000652 - 0002735