CERTIFICATE OF INSURANCE

Residential Property Fire Insurance Coverage
Lender's Single Interest
DECLARATIONS PAGE

Meritplan Insurance Company
(a stock company)
Home Office
3349 Michelson Drive
Irvine, California 92612-8893

Certificate #: M2051663        Loan # 3515-0000-0011293658

Item 1:                        Item 2:
NAMED INSURED:                 BORROWER:
    SAXON MORTGAGE SERVICES, INC.   YOLANDA ESCO
    P O BOX 7032                    1323 PAULINE ST
    PASADENA, CA                    NEW ORLEANS, LA
              91109-7032                            70117-5643

Item 3: Coverage Period: From: 07/01/2005 Until: 07/01/2006 beginning
and ending at 12:01 am Standard time at the DESCRIBED LOCATION.

Item 4:                        Item 5:
DESCRIBED LOCATION             AMOUNT OF COVERAGE FOR
                                   RESIDENTIAL PROPERTY:
6022 N ROMAN ST                $33,789
NEW ORLEANS LA
              70117

Item 6:
DEDUCTIBLES:
    Residential Occupied           $250.00
    Residential Vacant             $500.00
    Vandalism & Malicious Mischief $500.00
    Wind and Hail                  Greater of $1,000 or 1% of coverage

Item 7:
PREMIUM:
    Coverage premium:                                           0.00
    California Insurance Guarantee Association Surcharge
    Total Premium:                                           $481.00

Item 8:
Forms attached at the time issuance:

This is a certificate of insurance issued under the terms of Master
Policy Number 6041-0002, this Certificate, and the attached Residential
Property Fire Insurance Form.
To Report a claim, call: (800) 323-7466
For other inquiries, call: (800) 669-6064



EXHIBIT E

(TX1F\F292D) STK# 00 0000

# FIRE INSURANCE MASTER POLICY
## Lenders' Single Interest

### DECLARATIONS PAGE

**MERITPLAN INSURANCE COMPANY**
(a stock company)
Home Office:
3349 Michelson Drive, Suite 200
Irvine, California 92612-8893

Policy No. 6041-0002

**Item 1:**
**Named Insured:** SAXON MORTGAGE SERVICES, INC.
**Address:** 4708 Mercantile Drive North
Fort Worth, TX 76137-3605

**Item 2:**
**POLICY PERIOD:** from: _____11/02/02_____ until: __until cancelled__
Beginning and ending at 12:01am standard time at YOUR address shown above.

In the event of loss or damage to a covered RESIDENTIAL PROPERTY or COMMERCIAL PROPERTY notify US at 1-800-323-7466. For all other inquiries call: 1-800-669-6064

NO COVERAGE IS PROVIDED UNDER THIS MASTER POLICY FOR LOSS CAUSED BY EARTHQUAKE OR FLOOD or any other cause of loss which is excluded by the CERTIFICATE under which coverage is provided.

Coverage under this Master Policy is limited to the Named Insured's interest in covered RESIDENTIAL PROPERTY or COMMERCIAL PROPERTY.

_____
Authorized Agent for Meritplan Insurance Company

10-31-02
Date

F292D E1002

STK# 00 1022

# BALBOA LIFE AND CASUALTY

Meritplan Insurance Company
3349 Michelson Drive, Suite 200, Irvine, CA 92612-8893

## Policy Change Endorsement

Name Insured: __Saxon Mortgage Services, Inc.__   Loan #: _____

Policy number to be endorsed: __6041-0002__

Agent name and agent code: __Saxon Mortgage Services, Inc. / 6041__

Effective Date of Policy: __12/01/02__   Expiration Date: __Until Cancelled__

Effective Date of endorsement: __7/01/03__

It is hereby agreed that the following change(s) are made to the Policy:

| | | | | |
|---|---|---|---|---|
| _____ | Insured Name | | | |
| _____ | Effective Date | | | |
| __XX__ | Coverage Amount from | __$1,000,000__ | to | __$2,000,000__ |
| _____ | Change in Rate from | | to | |
| _____ | Additional Premium of | | | |
| _____ | Return Premium of | | | |
| _____ | Property Type | | | |
| _____ | Property Location | | | |
| _____ | Other: | | | |

**and are corrected to read as follow:**

Coverage Limit for Lender Single Interest and Lender Single Interest REO have been increased from $1,000,000 to $2,000,000 effective 7/01/03

Lender Acceptance: _____   Borrower Acceptance: _____
                        Signature                                Signature

Countersignature: _____   Date: _____

F300E-E589

## Meritplan Insurance Company
## Lender Single Interest Fire Insurance Policy
## Checklist

**Standard Forms:**

- ☒ Declarations     F292D-E1002
- ☒ Policy     F293P-E1002
- ☒ Insuring Agreement (Residential)     F296C-E1002

**Optional Forms:**

- ☒ Certificate of Insurance     F297D-E1002
- ☐ Texas Windstorm & Hurricane Exclusion End.     F273E-42R994
- ☒ Earthquake Extension Endorsement     F298E-E1002
- ☐ Blanket Vandalism Endorsement     F299E-E1002
- ☒ Automatic Coverage Endorsement     F300E-E1002

October, 2002         Meritplan Lender Single Interest

(TX1F\F293P)                                                                                                     STK# 00 0000

# LENDERS' SINGLE INTEREST FIRE INSURANCE
## MASTER POLICY

### INSURING AGREEMENT

In consideration of the payment of the premium, and subject to all of the provisions of the Master Policy, the provisions of the individual CERTIFICATE(S), and Commercial or Residential Property Insurance Fire Forms issued under this Master Policy, WE agree to indemnify YOU or YOUR legal representatives for any amount that YOU may be entitled to recover as the result of a covered LOSS. Coverage will be limited to YOUR interest in individual RESIDENTIAL PROPERTY or COMMERCIAL PROPERTY. No coverage is provided for the interest of any other party or entity.

### DEFINITIONS

Whenever used in this Master Policy, the following words shall have the meanings as shown herein:

"YOU", "YOUR", "YOURS" means the entity shown on the DECLARATIONS PAGE of this Master Policy, under the caption of "Named Insured," which has an interest in real property as the direct result of a mortgage, second mortgage, other lien instrument, or as the result of an agreement for the servicing of such contracts.

"WE", "US", "OUR" and "OURS" means the Company that underwrites this insurance.

"CERTIFICATE" means a Certificate of Insurance issued under the terms of this Master Policy. A completed CERTIFICATE specifies the location, identity, amount of coverage and term of coverage for an individual RESIDENTIAL PROPERTY or COMMERCIAL PROPERTY that has been insured by US at YOUR request. The terms and conditions of a CERTIFICATE may vary depending upon the forms approved by any individual state where the PROPERTY is located.

"DATE OF LOSS" means the date on which a LOSS commenced.

"DECLARATIONS PAGE" means page one of this Master Policy which identifies, YOU, US and the effective date, time, and amount of coverage.

"DESCRIBED LOCATION" means the location named on the first page of an individual CERTIFICATE issued under this Master Policy.

"LOSS" means direct, sudden and accidental physical damage to or theft of all or part of a covered PROPERTY.

"PROPERTY" means either RESIDENTIAL PROPERTY or COMMERCIAL PROPERTY that is insured under the terms of this Master Policy.

### COVERAGE

Coverage is provided for direct and accidental physical damage to, or theft of all or part of, insured PROPERTY subject to the terms, coverage, exclusions and conditions of the specific CERTIFICATE issued to cover that PROPERTY. No coverage is provided for contents, personal effects, land, property damage liability, or liability for bodily injury, illness or death of anyone.

### PREMIUM

The premium charged shall be computed in compliance with the rates used by the Company on the effective date of any CERTIFICATE.

### MAXIMUM AMOUNT OF INSURANCE

| Types of Eligible Property | Maximum Amount of Insurance |
|---|---|
| RESIDENTIAL PROPERTY | $ 1,000,000   per LOSS per DESCRIBED LOCATION. |
| COMMERCIAL PROPERTY | $ 1,000,000   per LOSS per DESCRIBED LOCATION. |

F293P E1002

(TX1F\F293P) STK# 00 0000

## ENDORSEMENTS

The endorsements listed below are attached to and form a part of this Master Policy on the effective date of _____.

## DEDUCTIBLE

The deductibles that apply to a LOSS under this Master Policy will be shown on the individual CERTIFICATE that provides coverage for the LOSS.

## SPECIAL PROVISIONS

1. **COVERAGE LIMITATION**
   Coverage under this Master Policy is limited to only those mortgages on any PROPERTY in which YOU have an insurable interest and which is reported to US no later than 60 days after the effective date of coverage on the individual PROPERTY.

2. **LIMITS OF RECOVERY**
   The maximum amount of coverage applicable to a risk insured hereunder shall be the amount of insurance requested by YOU on the CERTIFICATE less the applicable deductible. OUR settlement options will be specified in the individual CERTIFICATE'S Commercial or Residential Property Fire Insurance Form.

3. **OTHER INSURANCE**
   A CERTIFICATE is issued upon YOUR belief that no other insurance acceptable to YOU is in force to protect YOUR interest in the insured PROPERTY. If it is determined that other insurance acceptable to YOU is in force, WE will cancel our CERTIFICATE on the effective date of the other insurance or the effective date of the CERTIFICATE, whichever is the more current date, whether such other insurance is discovered before or after a LOSS..

   WE will make no payment for any loss that is covered by other insurance acceptable to YOU. In no event shall this insurance apply on a pro-rata or contributing basis.

4. **TERMINATION**
   This Master Policy may be cancelled by YOU at any time, by giving written notice to US stating when, thereafter, such cancellation shall be effective. WE may cancel this Master Policy by mailing a notice of cancellation to YOU at YOUR last address known to US at least sixty(60) days in advance of the effective date of cancellation. This Master Policy shall cease at 12:01 A.M. (standard time) at YOUR address shown on the DECLARATION PAGE on the date of cancellation specified in the notice.

   CERTIFICATES that have been issued hereunder shall remain in force until they reach their expiration date or have been individually cancelled in compliance with their cancellation provisions. Cancellation of this Master Policy will not result in automatic cancellation of any in-force CERTIFICATES.

5. **INSPECTION AND AUDIT**
   WE shall be permitted, at all reasonable times, to inspect the PROPERTY covered and to examine YOUR books and records in so far as those records pertain to any payments made because of any LOSS under the terms of any CERTIFICATE. This includes, but is not limited to, the right to review YOUR records for information about other coverage provided by the BORROWER and the net loan balance both at the time the CERTIFICATE is effective and at the DATE OF LOSS. This right shall remain in force until all CERTIFICATES issued under this Master Policy have been cancelled or expired and for 12 (twelve) months thereafter. This right shall remain in force for 12 (twelve) months after each claim has been fully closed by payment or otherwise.

IN WITNESS WHEREOF, the MeritPlan Insurance Company has caused this Master Policy to be signed by its President and Secretary, at Irvine, California and countersigned on the DECLARATIONS PAGE by OUR authorized representative.

_[signature]_
SECRETARY

_[signature]_
PRESIDENT

F293P E1002

(TX1F\F296C)                                                                                                          STK# 00 0000

# RESIDENTIAL PROPERTY FIRE INSURANCE FORM
Lenders' Single Interest

## INSURING AGREEMENT

In consideration of the premium paid, and subject to the limits of liability, exclusions, conditions and other terms contained in the Master Policy, the Certificate, and this Residential Property Fire Insurance Form ("Residential Property Form"), WE agree to indemnify YOU for a LOSS, to the extent of YOUR insurable interest in such LOSS.

The BORROWER is not an additional insured, and no coverage is provided for the BORROWER'S interest in the RESIDENTIAL PROPERTY.

## DEFINITIONS

Whenever used in this Residential Property Form, the following words shall have the meanings as shown herein:

"YOU", "YOUR", "YOURS" means the Named Insured shown on the DECLARATIONS PAGE of the Master Policy under which the CERTIFICATE has been issued, which has an interest in the RESIDENTIAL PROPERTY described in Item 4 of the CERTIFICATE as the direct result of a mortgage, second mortgage, other lien instrument, or an agreement for the servicing of such contracts.

"WE", "US", "OUR", and "OURS" means the Company that underwrites this insurance.

"BORROWER" means the person(s) or entity named on the DECLARATIONS PAGE of the CERTIFICATE under Item 2.

"ACTUAL CASH VALUE" means the amount it would take to repair or replace the damaged property on the DATE OF LOSS with material of like kind and quality, subject to deduction for deterioration, depreciation or obsolescence, and contractor's overhead and profit. ACTUAL CASH VALUE applies to valuation of property whether the property has sustained partial or total loss.

"CERTIFICATE" means the Certificate of Insurance attached to this Residential Property Form, that is issued under the terms of the Master Policy issued to YOU by US.

"DATE OF LOSS" means the date on which a LOSS commenced.

"DECLARATIONS PAGE" means the CERTIFICATE, which identifies the Named Insured, the BORROWER, US, the covered PROPERTY, and the effective time, date, and amount of coverage.

"FUNGI" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

"DESCRIBED LOCATION" means the location listed under Item 4 of the DECLARATIONS PAGE

"LOSS" means direct, sudden and accidental physical damage to, or the theft of all or part of, the covered RESIDENTIAL PROPERTY.

"NET LOAN BALANCE" means the balance remaining on the lien, mortgage, note or other obligation on the RESIDENTIAL PROPERTY as of the DATE OF LOSS less:
(a) Interest more than 90 days past due; and
(b) Any unearned insurance premiums; and
(c) Unpaid late charges.

"OTHER STRUCTURES" means structures at the DESCRIBED LOCATION that are separated from the dwelling structure by clear space or connected to the dwelling structure only by a fence, utility line or similar connection. OTHER STRUCTURES do not include structures that are used or partially used for commercial, farming, manufacturing, or are rented or held for rental to any person not a tenant of the dwelling structure, unless used solely for a garage. Land, including the land on which the OTHER STRUCTURES are located, is not covered PROPERTY.

"RESIDENTIAL PROPERTY" means the one to four-unit structure named in Item 4 of the DECLARATIONS PAGE, which is designed, intended, and used principally for dwelling purposes; structures attached to the dwelling; and building equipment used for the service of the structure and located at the DESCRIBED LOCATION. Land, including the land on which the RESIDENTIAL PROPERTY is located, is not covered PROPERTY.

"VOLCANIC EVENT" means loss caused by the blast or airborne shock waves, ash, dust, or flow of lava from the eruption of a volcano.

F296C E1002

(TX1F\F296C)                                                                                                              STK# 00 0000

## OTHER COVERAGES

1. **Other Structures.** The policy provides coverage for OTHER STRUCTURES at the DESCRIBED LOCATION up to an amount equal to 10% of the Residential Property Coverage Amount shown on the DECLARATIONS PAGE. This additional amount will not reduce the coverage amount on any other covered property.

2. **Debris Removal.** WE will pay YOUR reasonable expenses incurred for the removal of debris from a LOSS covered by the CERTIFICATE. This expense is included in the limit of liability to the damaged RESIDENTIAL PROPERTY.

3. **Emergency Repairs.** WE will pay the reasonable cost incurred by YOU for necessary repairs that are made solely to protect the RESIDENTIAL PROPERTY from further damage from a covered peril that has resulted in LOSS. The amount paid by US for this coverage will not change the limit of liability under the CERTIFICATE.

4. **Collapse.** WE will pay for LOSS to the RESIDENTIAL PROPERTY that results from the collapse of a structure or any part of a structure, but only if caused by one or more of the following:
   a. hidden decay;
   b. hidden insect or vermin damage;
   c. weight of contents, equipment, animals or people;
   d. weight of rain that collects on a roof;
   e. use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of construction, remodeling or renovation.

   Loss to an awning, fence, patio, pavement, underground pipe, swimming pool, flue, cesspool, septic tank, drain, foundation, retaining wall, bulkhead, pier, dock or wharf is not covered under this coverage unless they are damaged as a direct result of the collapse of a structure. This coverage does not include settling, cracking, shrinking, bulging or expansion.

   This coverage does not increase the limit of liability under the CERTIFICATE.

## GENERAL EXCLUSIONS

WE do not insure YOU for damage caused directly or indirectly by, or resulting from, any of the following perils. Such damage is excluded regardless of any other cause or event contributing concurrently or in any sequence to the damage:

a. Wear and tear, marring, deterioration, inherent vice, latent defect, freezing, neglect before or after a LOSS, mechanical or structural breakdown or failure, lack of maintenance, abusive use, or any defective, faulty, or inadequate maintenance, design, construction, remodeling, planning, zoning, surveying or siting of the RESIDENTIAL PROPERTY;

   Incomplete remodeling is considered defective, faulty or inadequate remodeling.

b. Contamination, pollution, smog, smoke or vapors from agricultural or industrial operations;

c. Flood, meaning a general, temporary condition of complete or partial covering or inundation of normally dry land areas from:
   (1) The overflow of tidal or inland water including streams, rivers or lakes; or
   (2) The run-off or build-up of surface water from any source; or
   (3) Mudslides or mudflows caused by the build up of water on or under the ground; or
   (4) The sinking, collapse or movement of land along the shore of a body of water that results from undermining or erosion caused by waves, flow, or currents of water exceeding normal levels.
   Ensuing LOSS by fire or explosion will be covered;

d. Water that backs up through or overflows from sewers or drains, however caused;

e. Water below the surface of the ground or damage from the pressure exerted by such water, including its flow, seepage or leakage through foundations, walls, floors, basements, doors, windows, sidewalks, driveways, or any other opening;

f. Earth movement caused by, resulting from, contributed to or aggravated by earthquake; landslide; the rising, sinking, or shifting of land or soil; except a VOLCANIC EVENT, or unless direct damage by a fire or explosion ensues, in which case WE will pay only for the ensuing fire or explosion LOSS;

g. War, whether declared or not, insurrection, revolution, civil war, rebellion, warlike act by a military force or the personnel of any military force, seizure, destruction or use for a military purpose including any consequence of any of these. The detonation or discharge of any nuclear weapon shall be deemed an act of war even if done accidentally;

F296C E1002

(TX1F\F296C)                                                                                                                      STK# 00 0000

h. Nuclear reaction, nuclear explosion, radiation or radioactive contamination, or any consequence of any of these, and LOSS caused by these shall not be considered LOSS by fire, explosion, or smoke, whether those perils be covered or not by the Residential Property Form.

i. Collapse, settling, shrinking, cracking, expansion or bulging of pavements, foundations, floors, walls, ceilings, patios, walkways or driveways, except as may be provided under the "Other Coverage" portion of the Residential Property Form;

j. Freezing of any heating, plumbing, or air conditioning system or any household appliance, or by the leakage, overflow or discharge from within the system or appliance caused by freezing during any period while the RESIDENTIAL PROPERTY is vacant, unoccupied or under construction unless YOU or the BORROWER have:
   1. maintained heat in the RESIDENTIAL PROPERTY, or
   2. turned off the water supply and drained water from the system and appliances;

k. Freezing, thawing, or the pressure or weight of water, ice or snow, whether driven by wind or not, to a fence, pavement, patio, swimming pool, foundation, retaining wall, bulkhead, pier, wharf or dock;

l. Repeated or ongoing seepage or leakage of water or steam over a period of time from a plumbing, heating or air conditioning system or any household appliance;

m. Theft of any property not attached to or part of the RESIDENTIAL PROPERTY or theft of any part of the RESIDENTIAL PROPERTY while undergoing construction, remodeling, renovation, or repair;

n. Hail, ice, snow, sleet or wind to any outdoor antennas, dishes and aerials including their lead-in wiring, supports, towers and masts, or to trees, shrubs, plants or lawns;

o. Birds, insects, rodents, reptiles, animals, fish;

p. FUNGI, wet or dry rot, viruses, bacteria, or pathogenic organisms, including spores, scents or by-products produced or released by any of these;

q. Acts or decisions of any person, group, governmental body or organization, including the failure to act or decide;

r. Power outage.

s. Conversion, embezzlement or secretion of all or part of the RESIDENTIAL PROPERTY by the BORROWER.

## CONDITIONS

The following conditions apply to the Residential Property Form:

1. Period of Coverage. The Residential Property Form provides coverage only for a LOSS that occurs during the coverage period shown on the DECLARATIONS PAGE.

2. Limit of Liability. No matter how many people or entities have an insurable interest in the RESIDENTIAL PROPERTY, WE shall not be liable for an amount greater than YOUR interest or the amount of coverage requested by YOU on the CERTIFICATE, whichever is less.

   OUR liability shall not exceed the least of the following, less the applicable deductible;
   a. The amount of coverage shown on the DECLARATIONS PAGE of the CERTIFICATE; or
   b. The cost to replace or repair the damaged or destroyed RESIDENTIAL PROPERTY on the same or a different location, with material of like kind and quality, without deduction for depreciation, payable after replacement or repair is completed within a reasonable amount of time after loss; or
   c. The ACTUAL CASH VALUE of the damaged or destroyed RESIDENTIAL PROPERTY on the DATE OF LOSS; or
   d. The NET LOAN BALANCE on the DATE OF LOSS.

3. Fraud or Concealment. WE will not provide coverage if YOU have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance.

4. YOUR duties after LOSS. When a LOSS has occurred to which the CERTIFICATE and Residential Property Form may apply, YOU or the BORROWER shall see that the following duties are performed:
   a. give US or OUR agent immediate notice of the LOSS;
   b. protect the RESIDENTIAL SPROPERTY from further damage, make reasonable and necessary repairs required to protect the RESIDENTIAL PROPERTY, and keep an accurate record of the cost of such repairs;

F296C E1002

(TX1F\F296C)             STK# 00 0000

    c. exhibit the damaged RESIDENTIAL PROPERTY to US or OUR representatives as often as WE reasonably require and submit to examination(s) under oath;
    d. submit to US, within 60 days after we request, YOUR signed, sworn proof of loss which sets forth, to the best of YOUR knowledge and belief:
        (1) the time and cause of LOSS;
        (2) YOUR interest and the interest of all others in the RESIDENTIAL PROPERTY and all encumbrances existing thereon;
        (3) the details of any other insurance that may cover the LOSS;
        (4) any changes in the title or occupancy of the property during the term of the CERTIFICATE;
        (5) specifications of the damaged RESIDENTIAL PROPERTY and detailed estimates for repair of the damage;

5. Loss settlement. A covered LOSS will be settled as follows:

    a. OTHER STRUCTURES at ACTUAL CASH VALUE at the time of loss, but not exceeding the amount necessary to repair or replace;
    b. Installed carpeting, covered domestic equipment or appliances, awnings, outdoor antennas and outdoor equipment, whether or not attached to a structure, at ACTUAL CASH VALUE at the time of loss but not exceeding the necessary cost to repair or replace;
    c. The one to four-unit dwelling structure included in the RESIDENTIAL PROPERTY at replacement cost without deduction for depreciation if repair or replacement is completed within a reasonable time after the LOSS; at ACTUAL CASH VALUE until such repair or replacement is completed.

6. Pair or Set. In settlement of covered damage to a pair or set, WE may elect to:
    a. Replace or repair any part of the pair or set;
    b. Pay the difference between the ACTUAL CASH VALUE of the pair or set before and after the loss.

7. Replacement of Glass. WE will pay to replace glass with safety glazing materials when required by ordinance or law.

8. Appraisal. If YOU and WE fail to agree on the amount of LOSS, either can make a written demand upon the other that the amount of LOSS be determined by appraisal. Within 20 days of such written demand, each party shall select a competent and disinterested appraiser and notify the other of the appraiser selected. The two appraisers shall then select a competent and impartial umpire. If the appraisers do not agree on an umpire within 15 days, then, on the request of YOU or US, such umpire shall be determined by a judge of a court of record in the state where the RESIDENTIAL PROPERTY is located. The appraisers shall then appraise the LOSS. If the appraisers submit a written proof of agreement to US, the amount agreed upon shall prevail. If the appraisers fail to agree they shall submit their differences to the umpire within a reasonable time. Written agreement signed by any two of these three shall be the amount used to settle the dispute. The appraisal award shall be considered binding as to the amount of the LOSS. WE shall pay all the expenses of OUR chosen appraiser and YOU shall pay all the expenses of YOUR chosen appraiser. Any other expenses of the appraisal and the compensation of the umpire shall be paid equally by YOU and US.

9. Other Insurance. YOU and WE agree that the CERTIFICATE has been requested by YOU because YOU believe that no other coverage acceptable to YOU is in force to protect YOUR interest in the RESIDENTIAL PROPERTY.

Coverage under the CERTIFICATE will automatically terminate on the effective date and time of any other policy or certificate of insurance acceptable to YOU. WE shall not make any payment for any claim or LOSS if other coverage acceptable to YOU is in force on the DATE OF LOSS.

10. Subrogation. WE shall be subrogated to any right(s) YOU have to recovery against any person(s). However, WE shall not exercise this right against the BORROWER. WE may require an assignment of rights of recovery from YOU to the extent that payment is made by US. If an assignment is sought, YOU shall sign and deliver all requested documents, and will otherwise cooperate with US and will do nothing to impair OUR subrogation rights.

11. Suit against US. No action may be brought unless there has been compliance with the provisions of the CERTIFICATE, and the action is started within one year after the DATE OF LOSS.

12. Repair or Replacement Option. WE may repair or replace any part of the damaged property with equivalent property if WE have given YOU or mailed to YOU at YOUR last known address, written notice of our intention to do so within 30 days after we receive your signed, sworn proof of loss.

13. Loss Payment. WE will adjust each LOSS with YOU. WE will pay YOU. Payment for LOSS will be made within 30 days after WE reach agreement with YOU as to the amount of the LOSS, or failing that, the entry of a final judgement, or the filing of an appraisal award with US.

F296C E1002

(TX1F\F296C)  STK# 00 0000

14. Abandonment. WE have the right to take all, part, or none of the property for which WE have paid YOU, but YOU cannot abandon any property to US without our prior written approval.

15. No Benefit to Bailee. WE will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of the CERTIFICATE.

16. Cancellation:

   a. YOU may cancel the CERTIFICATE at any time by giving written notice to US and the BORROWER stating when, thereafter, such cancellation is to take effect.
   b. The BORROWER may cancel the CERTIFICATE by providing proof of other insurance to YOU that is acceptable to YOU and covers YOUR interest in the RESIDENTIAL PROPERTY. In such case, the effective date of cancellation will be the effective date of the coverage obtained by the BORROWER or the effective date of the CERTIFICATE, whichever is latest.
   c. WE may cancel the CERTIFICATE if YOU have not paid the premium, and WE have given you 10 days' written notice at YOUR last address known to US. We may also cancel the CERTIFICATE if we discover that other insurance acceptable to YOU is in effect to protect YOUR interest in the RESIDENTIAL PROPERTY, even if such other insurance is discovered after a LOSS.
   d. The completion of foreclosure proceedings on RESIDENTIAL PROPERTY by YOU shall terminate coverage under the CERTIFICATE, and notice of foreclosure by YOU to US will be YOUR request for cancellation. Cancellation will be effective on the date the RESIDENTIAL PROPERTY is conveyed to YOU or to a third party via the foreclosure process.

   In the event of cancellation of this CERTIFICATE any refund will be computed on a pro-rata basis.

17. Continuing Coverage. The CERTIFICATE/Residential Property Form is written under the terms of the MASTER POLICY that has been issued to YOU. If, upon expiration of the CERTIFICATE, the MASTER POLICY is in force, YOU may request that a new CERTIFICATE be issued to cover the RESIDENTIAL PROPERTY. If YOU fail to request the issuance of a new CERTIFICATE, coverage on the RESIDENTIAL PROPERTY will cease upon the expiration date of the CERTIFICATE.

   If, upon expiration of the CERTIFICATE, the MASTER POLICY is no longer in force then all coverage under the CERTIFICATE will end on its expiration date.

18. Changes of Provisions. No change may be made to any provision of the CERTIFICATE/Residential Property Form except by written endorsement issued by US. No oral or other written changes will be valid. OUR request for an appraisal or an examination shall not waive any of our rights.

19. Assignment. There shall be no valid assignment of YOUR rights under the CERTIFICATE/Residential Property Form unless WE have given OUR advance written consent to YOU.

IN WITNESS WHEREOF, the Meritplan Insurance Company has caused the CERTIFICATE/Residential Property Form to be signed by its President and Secretary, at Irvine, California and countersigned on the DECLARATIONS PAGE by OUR authorized representative.

SECRETARY

PRESIDENT

F296C E1002

(TX1F\F297D)                                                                                STK# 00 0000

# CERTIFICATE OF INSURANCE
Residential Property Fire Insurance Coverage
Lenders' Single Interest

## DECLARATIONS PAGE

**MERITPLAN INSURANCE COMPANY**
(a stock company)
Home Office
3349 Michelson Drive, Suite 200
Irvine, California 92612-8893

Certificate Number: _____  Loan Number: _____

**Item 1:**
**NAMED INSURED:**

**Item 2:**
**BORROWER:**

**Item 3:** Coverage Period: From: November 1, 2002  Until: November 1, 2003 beginning and ending at 12:01 am Standard time at the **DESCRIBED LOCATION.**

**Item 4:**
**DESCRIBED LOCATION:**

**Item 5:**
**AMOUNT OF COVERAGE FOR RESIDENTIAL PROPERTY:**

**Item 6:**
**DEDUCTIBLES:**

**Item 7:**
**PREMIUM:**  Coverage premium:
California Insurance Guarantee Association Surcharge:
Total premium

**Item 8:**
**Forms attached at time of issuance:**

This is a certificate of insurance issued under the terms of Master Policy Number _____, this Certificate, and the Residential Property Fire Insurance Form.
To report a claim call:  1-800-323-7466
For other inquiries call:  1-800-699-6064

_Robert L. Thompson_
_____                                    _____
Authorized Agent for Meritplan Insurance Company                                                Date

F297D E1002

(TX1F\F298E)                                                                STK# 00 0000

# MERITPLAN INSURANCE COMPANY
Administrative Office: Irvine, California   A Stock Company

## EARTHQUAKE EXTENSION ENDORSEMENT

| Named Insured | | Endorsement Number |
|---|---|---|
| Saxon Mortgage Services, Inc. | | 001 |
| Policy Number | Policy Period | Effective Date of Endorsement |
| 6041-0002 | 11/01/02   to   Until Cancelled | 11/01/02 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
**This endorsement only applies to certificates issued on properties located in California.**
**This endorsement modifies insurance provided under the following:**

## SECTION I - PERIL INSURED AGAINST

This policy is extended to insure against direct loss by Earthquake and Volcanic Eruption only when premium for Earthquake is shown on the first page of this policy or by endorsement.

If more than one Earthquake shock or Volcanic Eruption shall occur within any period of seventy-two hours during the term of this endorsement, such Earthquake shocks or Volcanic Eruptions shall be deemed to be a single Earthquake or Volcanic Eruption. This Company shall not be liable for any loss caused by any Earthquake shock or Volcanic Eruption occurring before the effective date and time of this endorsement, nor occurring after the expiration date and time of this policy.

## SECTION II - DEDUCTIBLE CLAUSE

This Company shall not be liable for loss to any unit of insurance unless such loss exceeds the Deductible percentage **(specified on the first page of this policy or by endorsement)** of the actual cash value of such unit of insurance at the time when such loss shall happen, and then only for its proportion of such excess.

The following shall each be considered a separate unit of insurance: (a) each separate building or structure; (b) the contents of each separate building or structure; and (c) property in each yard.

This Deductible shall supersede any other Deductible in this policy as respects the peril of Earthquake and Volcanic Eruption.

This Deductible shall not apply to insurance covering Business Interruption, Tuition Fees, Extra Expense, Additional Living Expense, Rent or Rental Value or Leasehold Interest.

## SECTION III - GENERAL EXCLUSIONS

1. **EXCESS CLAUSE:** This Company shall not be liable for loss by Earthquake and Volcanic Eruption to property which is more specifically covered in whole or in part by this or any other contract of insurance, except for the amount of loss which is in excess of the amount due from such more specific insurance after application of the above Deductible Clause to the entire loss.

2. **MASONRY VENEER CLAUSE:** This Company shall not be liable for any loss to exterior masonry veneer (other than stucco) on wood frame walls and the value of such veneer shall not be considered in the determination of the actual cash value when applying the Deductible and Coinsurance Clauses.

   This Clause is not applicable (a) where less than 10% of the total exterior wall area is faced with masonry veneer, nor (b) when voided on the first page of this policy or by endorsement.

3. **PERILS NOT INSURED AGAINST:**
   A. This Company shall not be liable by this Earthquake Extension Endorsement for loss caused by, resulting from, contributed to or aggravated by fire, explosion, flood surface water, mudslide, mudflow, waves, tidal water or tidal wave, overflow of streams or other bodies of water, or spray from any of the foregoing, whether or not attributable to Earthquake or Volcanic Eruption.
   B. Nuclear Exclusion - (Not applicable in New York): Loss by nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, is not insured against by this endorsement, whether such loss be direct or indirect, proximate or remote, or be in whole or part caused by, contributed to, or aggravated by Earthquake or Volcanic Eruption.

**This Endorsement must be attached to Change Endorsement when Issued after the Policy is written.**

                                                                               Authorized Agent

F298E E1002

(TX1F\F298E) STK# 00 0000

### SECTION IV - OTHER PROVISIONS

1. APPORTIONMENT OF LOSS CLAUSE: In the event of loss to any unit of insurance in excess of the Deductible amount, this Company shall be liable for no greater proportion of such excess than (a) the proportion of liability of this Company for loss under this Earthquake Extension Endorsement as determined by the Coinsurance Clause attached to this policy, or (b) for a greater proportion of such excess than the amount provided by this Earthquake Extension Endorsement shall bear to all Earthquake insurance, whether collectible or not.

2. This Earthquake Extension Endorsement does not increase the amount(s) of insurance provided in this policy.

3. PROVISIONS APPLICABLE ONLY WHEN THIS POLICY COVERS BUSINESS INTERRUPTION, TUITION FEES EXTRA EXPENSE, ADDITIONAL LIVING EXPENSE, RENT OR RENTAL VALUE, LEASEHOLD INTEREST OR OTHER CONSEQUENTIAL LOSS: The term "direct", as applied to loss means loss as limited and conditioned in this policy, resulting from direct loss to described property by Earthquake or Volcanic Eruption. If the business of the owner or tenant(s) of the described building(s) is interrupted by a strike at the described location, this Company shall not be liable for any loss due to interference by any person(s) with rebuilding, repairing or replacing the property damaged or destroyed or with the resumption or continuation of business.



F298E E1002

(TX1F\F300E)                                                                     STK# 00 0000

## MERITPLAN INSURANCE COMPANY
Administrative Office: Irvine, California   A Stock Company

### AUTOMATIC COVERAGE ENDORSEMENT

| Named Insured | | Endorsement Number |
|---|---|---|
| Saxon Mortgage Services, Inc. | | 002 |
| Policy Number | Policy Period | Effective Date of Endorsement |
| 6041-0002 | 11/01/02   to   Until Cancelled | 11/01/02 |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

### MORTGAGE PROTECTION POLICY

This endorsement is made and entered in this __1st__ day of __Nov.__, __2002__, between the Company and the insured, hereinafter called the Mortgagee.

It is hereby understood and agreed as follows:

1. AUTOMATIC COVERAGE will become effective on __November 1, 2002__.

   a. AUTOMATIC COVERAGE: Coverage on all properties eligible for coverage under the terms and conditions of the Policy shall be effective concurrent with the effective date of AUTOMATIC COVERAGE as stated above.

   b. The company maintains the right to audit the Mortgagee's Loan files for eligible classes of collateral upon fifteen (15) days written notice by the Company.

   c. Upon discovery of properties subject to this endorsement, you will make a specific request for coverage to us in accordance with the provisions of this policy, and will pay the additional premium due. In the event of a loss prior to discovery, a fully earned annual premium will be charged for the subject location and deducted from the loss payment. There is no coverage for locations where you have previously refused to accept other coverage.

2. Maintenance of Records/Insurance Documentation

   a. The Coverages afforded to the Mortgagee under this endorsement shall not apply unless the Mortgagee maintains procedures to identify the status of borrower furnished insurance on eligible loans. As a further condition, the Mortgagee will take reasonable and customary steps to secure coverage to protect its interest in the event the borrower does not provide acceptable insurance or such insurance is cancelled or expires.

3. Cancellation/Termination:
   a. It is understood and agreed that this endorsement may be terminated by either party with forth five days notice in writing.

4. This agreement is subject to all restrictions placed upon the Mortgagee by the laws of the state in which the Mortgagee is organized, and to the terms and conditions of the Policy.

IN WITNESS WHEREOF, the company and the Mortgagee hereby subscribe to this endorsement signifying their agreement to all terms and conditions contained herein.

Company:_____  Mortgagee:_____

By:_____  By:_____

Title:_____  Title:_____

                                                                    Authorized Agent

F300E E1002

(PM7\TX1R\04A0942EN0002E1103)

## MERITPLAN INSURANCE COMPANY
3349 Michelson Drive, Suite 200, Irvine, CA 92612-8893

### Fire Insurance Master Policy
### Lenders' Single Interest

### Amendatory Endorsement

This endorsement, effective ___11/01/03___, forms part of policy number ___6041-0002___, issued to ___Saxon Mortgage Services, Inc.___ by Meritplan Insurance Company.

**THIS ENDORSEMENT AMENDS THE TERMS OF THE INSURANCE POLICY. PLEASE READ IT CAREFULLY.**

The policy is amended as follows:

### General Exclusions

1. Form F296C E1002 General Exclusions is amended as follows:

   a. Paragraph "a" is modified to add the following language: If the ensuing loss is the sudden and accidental escape of water from a plumbing, heating or air conditioning system or household appliance, we cover loss caused by the water. We also cover the cost of tearing out and replacing any part of a building necessary to repair the system or appliance from which this water escaped. We do not cover loss to the system or appliance from which this water escaped.

   b. Paragraph "r" is modified to add the following language: Power outage means the interruption of power or other utility service if the interruption takes place away from the RESIDENTIAL PROPERTY. If an ensuing loss to the RESIDENTIAL PROPERTY results from the power outage, we will pay for such ensuing loss if it is not otherwise excluded by this policy.

   c. After Paragraph "s" the following paragraph is added: Under paragraphs a, i, j, k, l, m, n and o, any ensuing loss caused by any of these if not otherwise excluded in this policy, is covered.

04A09-42EN0002-E1103