**MINUTE ENTRY**
**DUVAL, J.**
**JUNE 28, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  MRGO<br>            ARMSTRONG, No. 10-866 | NO. 05-4182<br><br>SECTION "K"(2) |

**MOTION** to strike portions of Dr. Robert Bea's rebuttal report filed by United States on 4/6/12, doc 20759.

**MOTION** to strike portions of Dr. Robert Bea's rebuttal report filed by Washington Group International, Inc. on 4/9/12, doc. 20764.

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTER:  CATHY PEPPER**

**APPEARANCES:** Joseph Bruno, William Treeby, Adrian Wagner, Debra Clayman, Julia Cronin, Elwood Stevens, Jr., Scott Joanen, James Gulotta, Heather Lonian, Rupert Mitsch, Robin Smith, John Woodcock & Frank Dudenhefer

Court begins at 10:03 a.m.  Case called; all present and ready.
Oral argument by parties.
Deft, Washington Group International (power point presentation) on ELMO during argument (see envelope with Case Manager).
These matters are SUBMITTED.
Court adjourns at 12:37 p.m.

JS-10 (2:25 )