UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
|     *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION TO CLARIFY THE COURT'S RULING
OF JUNE 28, 2012, REGARDING THE DEPOSITION OF DR. ROBERT BEA**

**COME NOW PLAINTIFFS** who hereby move the Court for an Order clarifying the parameters of the upcoming deposition of Dr. Robert Bea that will occur pursuant to this Court's Order and Reasons of June 28, 2012.

For the reasons set forth in the accompanying Memorandum, Plaintiffs hereby move the Court for an Order that the scope of Dr. Robert Bea's upcoming deposition shall be limited to Dr. Bea's supplemental report of April 11, 2012.

**WHEREFORE**, Plaintiffs request a ruling clarifying that the scope of Dr. Robert Bea's upcoming deposition shall be limited to Dr. Bea's supplemental report of April 11, 2012.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com
for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 6th day of July, 2012.

                                                */s/ Joseph M. Bruno*
                                                Joseph M. Bruno