# EXHIBIT A

FRANCISCO SILVA-TULLA (SUPPLEMENTAL)                    June 6, 2012

---

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION          NO. 05-4182 K2
                JUDGE DUVAL
PERTAINS TO MRGO         MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
    05-6314, 05-6324, 05-6327, 05-6359,
    06-0225, 06-0886, 06-1885, 06-2152,
    06-2278, 06-2287, 06-2824, 06-4024,
    06-4065, 06-4066, 06-4389, 06-4634,
    06-4931, 06-5032, 06-5155, 06-5159,
    06-5156, 06-5162, 06-5260, 06-5771,
    06-5786, 06-5937, 07-0206, 07-0621,
    07-1073, 07-1271, 07-1285
           * * *
       (S U P P L E M E N T A L)
   Deposition of FRANCISCO SILVA-TULLA,
SC.D., P.E., given at the offices of Bruno &
Bruno, LLP, 855 Baronne Street, New Orleans,
Louisiana 70113, on June 6th, 2012.
REPORTED BY:
   JOSEPH A. FAIRBANKS, JR., CCR, RPR
   CERTIFIED COURT REPORTER #75005

---

Page 2

APPEARANCES:
REPRESENTING THE PLAINTIFFS:
    LEVIN, PAPANTONIO, THOMAS, MITCHELL,
    RAFFERTY & PROCTOR, P.A.
    (BY: MATTHEW D. SCHULTZ, ESQUIRE)
    316 S. Baylen Street, Suite 600
    Pensacola, Florida 32502
    850-435-7140.
- and -
    DOMENGEAUX, WRIGHT, ROY & EDWARDS
    (BY: ELWOOD C. STEVENS, JR., ESQUIRE)
    556 Jefferson Street, Suite 500
    Lafayette, Louisiana 70501
    337-233-3033
- and -
    BRUNO & BRUNO
    (BY: JOSEPH M. BRUNO, ESQUIRE)
    (BY: SCOTT L. JOANEN, ESQUIRE)
    855 Baronne Street
    New Orleans, Louisiana 70113
    504-525-1335

---

Page 3

REPRESENTING THE UNITED STATES OF AMERICA:
    U.S. DEPARTMENT OF JUSTICE.
    (BY: ROBIN D. SMITH, ESQUIRE)
    (BY: RUPERT MITSCH, ESQUIRE)
    Torts Branch, Civil Division
    P.O. Box 888
    Benjamin Franklin Station
    Washington, D.C. 20044
    202-616-4289

REPRESENTING WASHINGTON GROUP INTERNATIONAL, INC.:
    STONE PIGMAN WALTHER WITTMANN, L.L.C.
    (BY: WILLIAM D. TREEBY, ESQUIRE)
    546 Carondelet Street
    New Orleans, Louisiana 70130
    504-581-3200

ALSO PRESENT:
    TIMOTHY STARK
    TOM BRANDON

---

Page 4

EXAMINATION INDEX

EXAMINATION BY:                         PAGE
MR. SCHULTZ ...............................7

EXHIBIT INDEX

EXHIBIT NO.                             PAGE
Exhibit Silva 1 ..............................8
Exhibit Silva 2 ............................20
Exhibit Silva 3 ............................51
Exhibit Silva 4 ............................74
Exhibit Silva 5 ............................75
Exhibit Silva 6 ............................82
Exhibit Silva 7 ............................92
Exhibit Silva 8 ..........................116
Exhibit Silva 9 ..........................122
Exhibit Silva 10 .........................131
Exhibit Silva 11 .........................141
Exhibit Silva 12 .........................149

---

1 (Pages 1 to 4)

Page 61

1  question about the meaning behind the six
2  columns at the end -- the final six columns in
3  what we've marked as Exhibit 2 to your
4  deposition.
5       Before we go further, let's me ask
6  you, first of all, did you get any information
7  that's responsive to my question about that?
8     A.  Yes, I did.
9     Q.  Okay.  Can you characterize for me,
10 based on the conversation you had, what we see
11 reported here in the last six columns of
12 Exhibit 2?
13    A.  Yes.  In the last six columns we have
14 information that relates to the shape of the
15 area and the -- I mean I should say the area of
16 the excavation shape and the volume of the
17 excavation.  This is the information that went
18 into the GIS model, which is not necessarily
19 the information that appears in Table 2 that we
20 were looking at earlier, the NFAATT reports.
21      So, and then we have coordinates, X
22 and Y, and north and east.  So this is GIS
23 specific information to capture the
24 excavations.
25    Q.  Is this information, the last six

Page 62

1  columns, reported out of GIS into the
2  spreadsheet or imported into GIS from the
3  spreadsheet?
4     A.  This spreadsheet comes -- it's
5  exported from the GIS.
6     Q.  And the GIS contains data that you or
7  your team collected on the excavations, is that
8  right?
9     A.  Correct.
10    Q.  And I reported to you earlier, I
11 believe, this, what we've marked as Exhibit 2,
12 was contained in your reliance materials.  We
13 are double-checking, but in my check of what I
14 have as your reliance materials we did not have
15 it.  It was instead contained in Dr. Marr's
16 reliance materials.
17      It remains true, however, that what
18 we've attached as Exhibit 2 is the work product
19 of your efforts or efforts by your team; do I
20 understand that correctly?
21    A.  Well, but not a final work product.
22    Q.  Are we sure that it's not a final work
23 product?
24    A.  I am sure.
25    Q.  How do we know?

Page 63

1     A.  Because there are numbers here that
2  are different from the final numbers that we
3  used.
4     Q.  Okay.  Can you give me an example?
5     A.  If we go to the Boland Marine Area 1,
6  which this Exhibit 2 that I have in front of me
7  shows a depth of 7, when our final report and,
8  in fact, the NFAATT report shows 7.5.
9     Q.  Okay.
10    A.  So that's one example.
11    Q.  To the extent information reflected in
12 Exhibit 2 to your deposition varies from the
13 same information reported into the NFAATTs, the
14 NFAATT should govern?  Is that correct?
15    A.  Exhibit 2, it's an early draft of work
16 product.
17    Q.  Uh-huh.
18    A.  Um --
19    Q.  Do you know the date -- the title that
20 I gave you included the numbers 120218, which I
21 inferred was February 18th of 2012.  Do you
22 know if that's correct?
23    A.  That is a date when one of these
24 exports was performed; however, we have several
25 files with that same date, or same file name,

Page 64

1  which have corrections that were made along the
2  line, or as we progressed in your work.  So we
3  have several files with the same file name and,
4  you know, the corrections were incorporated
5  whenever we came across them.  So, I mean, that
6  file name reflects the day of the export.  Then
7  we had the table and we kept making changes to
8  the GIS after that, and sometimes we would
9  update the file without updating the name.
10    Q.  Well, help me understand this.
11      To the extent Dr. Marr relied upon
12 this spreadsheet, and by this spreadsheet I
13 mean a spreadsheet bearing his name, as
14 produced to us, and I'll represent to you
15 that's what I've attached as Exhibit 2, is he
16 then relying on a draft that contains errors of
17 your work?
18      MR. SMITH:
19         Objection to the form.
20    A.  Dr. Marr received all the corrections.
21 And so he received all the corrections, so
22 he -- my understanding is that he relied on all
23 the final versions and not the drafts.
24 EXAMINATION BY MR. SCHULTZ:
25    Q.  Okay.

Page 69

1       Correct.
2    MR. TREEBY:
3       Not a draft. Okay? So this is
4    the final B-1, and the source document
5    reflects the same information. So I
6    think -- and he's committed to you,
7    he'll give you whatever it was is the
8    final --
9    MR. SCHULTZ:
10      Iteration of Exhibit 2.
11   MR. TREEBY:
12      -- of an Excel spreadsheet that
13   produced this. But really, the source
14   is the NFAATT. Okay?
15   EXAMINATION BY MR. SCHULTZ:
16   Q. Is it your understanding, if I have
17   you right, Dr. Silva, that the final iteration
18   of what we've attached as Exhibit 2 would still
19   Bear the date 120218 in the title?
20   A. No.
21   Q. Okay. Would it bear a later date? Or
22   do you know the name of the file? That might
23   be the easiest --
24   A. Well, there might be not be a file.
25   It's the GIS database. The files were produced

Page 70

1    as a convenience. They were exported from the
2    GIS database to disseminate information, then
3    those files were corrected. So, as different
4    corrections were made to the GIS database, some
5    of the corrections were transmitted through
6    e-mails, um -- so we can export what we have in
7    the GIS database now, and that would be -- that
8    would correspond to the information in my
9    report.
10   Q. And the GIS database, is that merely a
11   database that reflects the copying of
12   information into the database, or is there
13   interpretation involved, for example,
14   determining the representative depth of a given
15   hole?
16   A. Well, the representative depth of the
17   given hole comes from the NFAATT report.
18   Q. Okay.
19   A. So --
20   Q. In every instance?
21   A. I believe so. I mean, I'll have to
22   check every -- each one of these. I don't know
23   how many excavations we have, but I think in
24   every instance it does.
25   Q. Were there any other sort of judgment

Page 71

1    calls or interpretative calls made in terms of
2    putting the information into the GIS database,
3    or is the GIS database merely a collection of
4    information contained in underlying source
5    documents?
6    A. It is mostly a collection of the
7    underlying documents. There are times when we,
8    for example, used LiDAR surveys to fill in gaps
9    in the information, if we didn't have an
10   elevations. I mean, it was important to us in
11   this work to make sure we were working in terms
12   of elevation.
13      A lot of the data was in terms of
14   depth. That meant we have to get information
15   on the ground surface elevations. So sometimes
16   we'll have to get it from other sources. But
17   the GIS, you know, we actually produced the GIS
18   in order to summarize all of the information
19   that was available to us.
20   Q. I think I understand.
21   A. I would like to clarify one other
22   thing.
23      You asked me earlier about this
24   column, the final date.
25   Q. Yes.

Page 72

1    A. And I told you that it should reflect
2    the date when the excavation was completed. I
3    should more accurately refer you to the NFAATT
4    report. And that is identified here with an
5    asterisk. For example -- we have an Exhibit
6    number -- this is not the actual exhibit.
7    Q. Do you have a Bates page for the page
8    you're looking at?
9    A. Yeah. Bates Page WGI 065663.
10   Q. So that's Boland?
11   A. That's Table 2 for Boland Marine.
12   Q. Okay.
13   A. And this date corresponds to the day
14   the field coordinator signed off on the
15   excavation sheet.
16   Q. All right.
17   A. So that's what that date is. And we
18   just took it from Table 2 for each of these
19   areas.
20   Q. Now, on Exhibit 2, I asked you earlier
21   who physically prepared it and who came up with
22   the headings, and you told me -- is it Mr. Mayo
23   or Dr. Mayo?
24   A. Mr. Mayo.
25   Q. -- that Mr. Mayo may have come up with

Page 73

```
 1    headings, but he would have done it under your
 2    direction, is the way I understood your answer,
 3    in essence.
 4           In that still accurate?
 5       A.  Well, I generally told him -- I would
 6    have told him what I wanted to have in there,
 7    and the selection of the headings was his.  I
 8    mean, it was reflecting what I wanted to see,
 9    but, you know, the specific selection of the
10    words would have been -- I mean, I didn't type
11    these words in the computer.
12       Q.  But everything we see in Exhibit 2 is
13    a subset of information contained in the GIS
14    database?
15       A.  It is.
16       Q.  What was the purpose in creating what
17    we see as Exhibit 2 either as it exists or in
18    its final iteration?
19       A.  Well, mostly to share the data with
20    the others.
21       Q.  Others meaning other defense experts?
22       A.  Including other defense experts, yes.
23    It was also used to go through some of these
24    numbers and to share within our group, to check
25    some of these numbers.
```

Page 74

```
 1       Q.  Let me mark as Number 4 the NFAATT for
 2    Saucer Marine which I'll represent to you was
 3    provided by Mr. Treeby's office to me on
 4    May 24th, I believe it was, of this year.  I've
 5    handed copies to counsel.
 6           This is NFAATT Submittal Report,
 7    Saucer Marine, May 2003.  It has a Bates number
 8    beginning NCS and also a further Bates number
 9    at the bottom.  And that Bates number at the
10    very lower corner is the one I'll be referring
11    to, doctor, for some of the page numbers.
12           Of course, you've seen the Saucer
13    Marine NFAATT; correct?
14           (Exhibit Silva 4 was marked for
15    identification and is attached hereto.)
16       A.  I have.
17    EXAMINATION BY MR. SCHULTZ:
18       Q.  And I want to look at the third page
19    of what we've marked as Exhibit 4, Page 3,
20    which is Bates ending 1421.  And if you look
21    down maybe a third of the way through the page,
22    there's an entry on this page entitled Media
23    Impacted, and it has boxes for surface soil,
24    potential surface soil, subsurface soil, and an
25    entry N/A, all remediated.
```

Page 75

```
 1           My question to you is, do you know
 2    what depths are represented in May of 2003 by
 3    the term surface soil, potential surface soil,
 4    and subsurface soil, as used in this NFAATT?
 5       A.  Is the essence of your question what
 6    is the difference between surface soils and
 7    potential surface soil?
 8       Q.  And subsurface soil, as used in an
 9    NFAATT back in May '03, if you know?
10       A.  Well, surface soil is soil at the
11    ground surface.  It's the one you would step
12    on.
13           Subsurface soil is anything below
14    that.
15           Potential surface soil, I'm not sure
16    how they used that modifier in this report, but
17    it might be defined in the text.  And I can go
18    through it and see if it is.
19       Q.  I just wanted to ask from your
20    knowledge, doctor.  And that's fine.
21           Let me give you what I've marked as
22    Exhibit 5.  And this I trust you'll recognize
23    from your report, Figure 9, Appendix B of your
24    report.
25           (Exhibit Silva 5 was marked for
```

Page 76

```
 1    identification and is attached hereto.)
 2       A.  Correct.
 3    EXAMINATION BY MR. SCHULTZ:
 4       Q.  And it's entitled Recap Excavations
 5    with Area ID and Special Excavations, South
 6    Breach, Saucer Marine.  And this is an overhead
 7    view, is it not, doctor, of the ITT and Saucer
 8    Marine sites, including some of the areas that
 9    are ID'd on the documents that we've already
10    talked about, Exhibit 22 to the deposition?
11       A.  It is a plan view, and it includes
12    some of the areas in Exhibit 2.
13       Q.  I'm going to flip back and forth
14    between these, these being Exhibit 4 and
15    Exhibit 5 to your deposition, the NFAATT and
16    the Figure 9 from your report.  I want to look
17    at Page 22 of the Saucer Marine NFAATT which
18    has a Bates number ending 1448.
19           You recognize this, doctor -- do you
20    recognize this as the Table 2 from the Saucer
21    Marine NFAATT?
22       A.  I'm looking and it says Table 2.
23       Q.  That's a help.  I want to ask you
24    first of all, if we look, for example, at Area
25    1, Saucer Marine, is it your opinion that when
```