UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          *
CONSOLIDATED LITIGATION                *          CIVIL ACTION
                                       *
                                       *          NO. 05-4182
                                       *
PERTAINS TO: MRGO                      *
            *Armstrong*, No. 10-866    *          SECTION "K"(2)
                                       *
* * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering the foregoing Motion to Clarify the court's Ruling of June 28, 2012, Regarding the Deposition of Dr. Robert Bea :

IT IS ORDERED that the Motion is GRANTED and the scope of Dr. Robert Bea's upcoming deposition shall be limited to Dr. Bea's supplemental report of April 11, 2012.

New Orleans, Louisiana, this _____ day July, 2012.

_____
UNITED STATES DISTRICT JUDGE