UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiffs, through undersigned counsel, will bring the foregoing Motion to Clarify the Court's Ruling of June 28, 2012 Regarding the Deposition Of Dr. Bob Bea, by special setting of the Court should the Court deem necessary, on Friday, July 13, 2012 at 10:00 o'clock a.m. at the United States District Courthouse, Court Room C352, 500 Camp Street, New Orleans, Louisiana, and before U.S. District Stanwood R. Duval, Jr.

By similar directive of the Court, the defendants' opposition must be filed by Tuesday, July 10, 2012 at 5:00 o'clock p.m.

        Respectfully Submitted,

        PLAINTIFFS' LIAISON COUNSEL

        s/ *Joseph M. Bruno*
        JOSEPH M. BRUNO (La. Bar No. 3604)
        BRUNO & BRUNO, L.L.P.
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com
for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 6th day of July, 2012.

                                                    */s/ Joseph M. Bruno*
                                                  Joseph M. Bruno