# Treeby, William D.

| | |
|---|---|
| **From:** | Treeby, William D. |
| **Sent:** | Monday, July 02, 2012 4:00 PM |
| **To:** | 'Elwood C Stevens'; Bruno, Joseph; robin.doyle.smith@usdoj.gov |
| **Cc:** | robin.doyle.smith@usdoj.gov; 'Mitsch, Rupert (CIV)' |
| **Subject:** | [FS#401581] Documents necessary |

Elwood and Joe,

Regarding the April 2011 RESIN Sherman Island Pilot Project 2 Seepage Report titled A Method to Determine Probability of Failure Caused by Seepage Under Levees, Sherman Island Pilot Project, we request the following additional information:

1. Digital copies of the GeoStudio input files used to perform analyses for the study, including any SEEP/W or SLOPE/W files used.
2. Digital copies of any output files corresponding to request No. 1 above
3. Digital copies of the Matlab input files used for the study.
4. Digital copies of any output files corresponding to request No. 3 above

Our schedule and that of our experts only give us the dates of July 31 and August 1 for Dr. Bea's deposition. Please confirm one of those dates.

WTreeby



William D. Treeby (A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail <wtreeby@stonepigman.com>

---

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.

Exhibit 1

# Treeby, William D.

| | |
|---|---|
| **From:** | Joe Bruno <jbruno@brunobrunolaw.com> |
| **Sent:** | Monday, July 02, 2012 5:13 PM |
| **To:** | Treeby, William D. |
| **Cc:** | Mallory M. Comeaux |
| **Subject:** | [FS#401570] MRGO |

Bill, Dr. Bea's repose follows: no, at this time, neither of those two dates work for me for a deposition in New Orleans due to other project obligations.  it is for this reason that i provided the July 9 - 12 dates (which i have scheduled at this time).

given that the deposition needs to be scheduled at end July - start August, the deposition will need to be held in San Francisco.  i will not be able to travel outside of San Francisco between July 13 and August 5.

alternative dates for San Francisco deposition ?

i do not have the digital files requested below (numbers 1-4).  previously, i furnished all of the digital files i have that are connected with that NSF research project.   as far as i know, the 'original files' requested are in the possession of the graduate student who performed the analytical work...Miles Brodsky.  at this time, i do not know the whereabouts of Mr. Brodsky.  Miles enlisted in the US Marines after he graduated and we have not communicated since his graduation.

# Treeby, William D.

| | |
|---|---|
| **From:** | Joe Bruno <jbruno@brunobrunolaw.com> |
| **Sent:** | Monday, July 02, 2012 5:16 PM |
| **To:** | Treeby, William D. |
| **Cc:** | Mallory M. Comeaux |
| **Subject:** | [FS#401569] mrgo |

Dr. Bea further responds as follows: the work done at Sherman Island has covered the period 2008 to current time and has been performed by 8 graduate students and 2 post-doctoral graduate students.

Miles Brodsky was the primary investigator who performed the seepage analyses (2011). Miles used SeepW to do that work.

other students have used SLOPE/W and other computer programs for other parts of the research project.

# Treeby, William D.

| | |
|---|---|
| **From:** | Joe Bruno <jbruno@brunobrunolaw.com> |
| **Sent:** | Thursday, July 05, 2012 1:11 PM |
| **To:** | Treeby, William D. |
| **Cc:** | robin.doyle.smith@usdoj.gov; Mitsch, Rupert (CIV); Mallory M. Comeaux |
| **Subject:** | [FS#402212] MRGO |

Yes, I just sent the e-mail.

---

**From:** Treeby, William D. [mailto:wtreeby@stonepigman.com]
**Sent:** Thursday, July 05, 2012 1:08 PM
**To:** Joe Bruno
**Cc:** robin.doyle.smith@usdoj.gov; 'Mitsch, Rupert (CIV)'
**Subject:** Follow Up on Dr. Bea's backup computer files and availability for deposition in New Orleans

Joe,
    This confirms our telephone call a few minutes ago. You agreed to ask Dr. Bea to tell us where the computer files for the SLOPE/W and other computer programs (other than SEEP/W which he believes Mr. Brodsky took with him) are, and whether we can receive these files (and when). You also indicated you would inquire, in light of the difficulty of 6-8 people going to San Francisco in the last week of July, first day of August, as to why he was confined to San Francisco for those days.
Thanks,
WTreeby


William D. Treeby (A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail <wtreeby@stonepigman.com>

---

**This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.**

1

# Treeby, William D.

| | |
|---|---|
| **From:** | Joe Bruno <jbruno@brunobrunolaw.com> |
| **Sent:** | Friday, July 06, 2012 10:04 AM |
| **To:** | Treeby, William D. |
| **Cc:** | Mallory M. Comeaux |
| **Subject:** | [FS#402340] MRGO |

Bill, Dr. Bea replies:   "from July 13 through August 5, i do not have a 3 day block of time (one day travel to New Orleans, one day deposition, one day travel to Moraga) that is available for a deposition in New Orleans. i have a series of projects (e.g. PG&E San Bruno and San Pedro LPG litigation, NSF RESIN project report, UCB office closure) that have important deliverables and obligations during that time period."

And as follows:   "no. i do not know where either the students are currently located or where the computer files they generated during their research project are"

1

# Treeby, William D.

| | |
|---|---|
| **From:** | Joe Bruno <jbruno@brunobrunolaw.com> |
| **Sent:** | Friday, July 06, 2012 10:04 AM |
| **To:** | Treeby, William D. |
| **Cc:** | Mallory M. Comeaux |
| **Subject:** | [FS#402340] MRGO |

Bill, Dr. Bea replies: "from July 13 through August 5, i do not have a 3 day block of time (one day travel to New Orleans, one day deposition, one day travel to Moraga) that is available for a deposition in New Orleans. i have a series of projects (e.g. PG&E San Bruno and San Pedro LPG litigation, NSF RESIN project report, UCB office closure) that have important deliverables and obligations during that time period."

And as follows: "no. i do not know where either the students are currently located or where the computer files they generated during their research project are"