# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## OFFICE OF THE CLERK

Loretta G. Whyte    500 Camp St., Room C-151
Clerk    New Orleans, LA 70130

July 9, 2012

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit    APPEAL NO. 12-30418
200 South Maestri Street
New Orleans, LA  70130

IN RE: In Re: Katrina Canal Breaches Litigation CV 05-4182 'K'

Dear Sir:

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

    X   1) Record on appeal consisting of:

        16  Volume(s) of record    25  Volume(s) of transcript

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits___ Box ___ Envelope ___ Folder

    ___ 2) Supplemental record, Docs. _____

    ___ 3) SEALED Doc. ____

    X   4) Other: Member Cases CV 08-4459 (1 vol); CV 06-7516 (1 vol); CV 05-5531 (1 vol); CV 06-5342 (1 vol); CV 05-5724 (1 vol); CV 06-6299 (1 vol)

                                        Very truly yours,

                                        By____MMV_____
                                           Deputy Clerk