**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES                            CIVIL ACTION
CONSOLIDATED LITIGATION

                                                        NO. 05-4182

PERTAINS TO:                                            SECTION "K"(2)
     INSURANCE
     C. Abadie, 06-5164 re:
     Austra Zapata regarding
     4717 Miles Drive,
     New Orleans, Louisiana 70122

<u>ORDER</u>

Before the Court is a Motion for Discharge filed by Lexington Insurance Company

("Lexington") (Doc. 20873) which seeks a discharge of its obligations associated with this

matter pursuant to 28 U.S.C. § 2631.  Lexington reached a settlement agreement with Austra

Zapata in connection with property damage related to Hurricane Katrina.  It has attempted to

disperse the funds, but has been unable to do so owing to its inability to identify and vet the

interests of the various claimants to the settlement funds including Austra Zapata, the State of

Louisiana, Division of Administration, Office of Community Development, Louisiana Recovery

Authority ("Road Home"), the SBA and the Law Office of Joseph M. Bruno, APLC. The

proceeds have been deposited into the registry of the court and all known stakeholders of these

funds have either waived service or have been served in this interpleader action (Doc. 20826,

20828, 20829).  Having met the appropriate statutory requirements for interpleader, Lexington

has filed the instant motion to discharge it from further liability.  No opposition to the motion has

been filed.  Accordingly,

**IT IS ORDERED** that the  Motion for Discharge filed by Lexington Insurance Company

(Doc. 20873) is **GRANTED** and Lexington Insurance Company are hereby **DISMISSED**

**WITH PREJUDICE** from the Interpleader action.

New Orleans, Louisiana, this 9th day of July, 2012.

_____
          **STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**