UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Armstrong*, C.A. No. 10-866 | SECTION "K"(2) |

## ORDER AND REASONS

Before the Court is Plaintiffs' Motion to Clarify the Court's Ruling of June 28, 2012, Regarding the Deposition of Dr. Robert Bea. (Doc. 20893). Having reviewed the memoranda filed, the Court finds no reason to amend or clarify its prior decision. The Court found in its previous ruling that Washington Group International, Inc. had not had an adequate opportunity to depose Dr. Bea concerning the California Delta Study and how it related to the "steady-flow" analysis he performed in this case. As such, the Court will not amend its ruling. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Clarify the Court's Ruling of June 28, 2012, Regarding the Deposition of Dr. Robert Bea. (Doc. 20893) is **DENIED**. There will be no hearing on this motion.

New Orleans, Louisiana, this 10th day of July, 2012.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE