# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br>   * <br> PERTAINS TO:   C. Abadie, 06-5164 * <br>   * <br> This pleading applies only to the claim * <br> of Austra Zapata regarding   * <br> 4717 Miles Drive,   * <br> New Orleans, LA 70122   * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

******************************************************************************

## MOTION FOR ALLOWANCE FOR ATTORNEY'S FEES AND DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT

NOW INTO COURT, comes Plaintiff Austra Zapata and Bruno & Bruno, LLP, who move this Honorable Court for allowance for attorney's fees and disbursement of funds from the Registry of the Court based upon the following representations.

I.

Plaintiff Austra Zapata made a claim against her homeowner's insurance company for additional monies due to them for damage sustained by her home during Hurricane Katrina. As a result of Plaintiff's damages, Lexington Insurance Company offered to settle her claim for the amount of $63,358.96 as follows: $45,240.79 on coverage A-dwelling, $3,581.98 on coverage B-additional structures, $7,036.25 on coverage C-contents, and $7,500 on coverage D-additional living expenses.

1

II.

Undersigned counsel is seeking attorney's fees in the amount of $7,264.76. (See attached disbursement/settlement statement attached as Exhibit "A".)

III.

The State of Louisiana, Division of Administration, Office of Community Development ("the State"), the assignee or subrogee of interests in Plaintiff's insurance proceeds under the Road Home subrogation and assignment agreement, has asserted a claim to the amount of $5,066.86. (See attached Road Home Consent attached as Exhibit "B".)

IV.

Plaintiff proposes that after removal of the aforementioned attorney's fees and the amount assigned to the State, that net proceeds in the amount of $37,438.73 from the proceeds received for Coverage "A" are removed from the Registry of the Court and are disbursed to the Plaintiff, as no other party has asserted a claim to these funds. Undersigned further proposes that the remaining $2,686.49 from the proceeds received for Coverage "B", $5,277.19 form the proceeds received for Coverage "C", and $5,625.00 from the proceeds received for Coverage "D" are removed from the Registry of the Court and are disbursed to the Plaintiff.

V.

Wherefore, Plaintiff Austra Zapata prays that the funds are removed from the Registry of the Court, and are disbursed to the proper parties. Plaintiff requests the Court remove from the Registry of the Court and disburse attorneys' fees in the amount of $7,264.76 to Bruno & Bruno, LLP Plaintiff further requests funds in the amount of $51,027.41 are removed from the Registry of the Court and disbursed to the Plaintiff. Finally, the Plaintiff requests the remaining funds in the amount

of $5,066.86 are removed from the Registry of the Court and disbursed to the State.

>Respectfully submitted,
>
>**BRUNO & BRUNO, LLP**
>
>  /s/   Melissa A. DeBarbieris
>JOSEPH M. BRUNO (3604)
>MELISSA A. DEBARBIERIS (32124)
>855 Baronne St.
>New Orleans, LA 70113
>Tel: (504)525-1335
>Fax: (504)581-1493
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 11th day of July, 2012.

>    /s/   Melissa A. DeBarbieris
>Melissa A. DeBarbieris