**THE LAW OFFICE OF
JOSEPH M. BRUNO
FEDERAL TRIAL LAWYERS
855 BARONNE STREET
NEW ORLEANS, LA 70113**

June 13, 2011

RE: Our File Number:   11792.7420   **Austra and Antonio Zapata**

The following information is in reference to the settlement in your case:

| | | |
|---|---|---:|
| The contingency fee percentage is: | 0% | |
| The total amount of the settlement is: | | $ 34,300.00 |
| This breaks down as follows: | | |
| | 1. TOTAL SETTLEMENT: | $ 34,300.00 |
| LESS: | 2. TOTAL LEGAL FEE: | $ 0.00 |
| | 3. TOTAL EXPENSES: | $ 0.00 |
| 4. (2+3+4) | TOTAL DEDUCTIONS FROM SETTLEMENT: | $ 0.00 |
| | 5. INSURANCE CHECK TO BE HELD: | $ 34,300.00 |

**I authorize Joseph M. Bruno to endorse, deposit, and distribute the check referenced above to the appropriate parties upon Road Home approval. Additionally, this specifically authorizes Joseph M. Bruno to deduct from the settlement proceeds, amounts sufficient to pay attorneys fees indicated on the settlement breakdown above.**

_Austra B Zapata_                                             6/13/2011
Signature                                                              Date

_Austra B Zapata OBO Antonio Zapata_          6/13/2011
Signature                                                              Date

C:\Documents and Settings\d_smart\Desktop\RH(check to be held).wpd

EXHIBIT
A

THE LAW OFFICE OF
JOSEPH M. BRUNO
FEDERAL TRIAL LAWYERS
855 BARONNE STREET
NEW ORLEANS, LA 70113

June 13, 2011

RE: Our File Number:   11792.7420   **Austra and Antonio Zapata**

The following information is in reference to the settlement in your case:

| | | |
|---|---|---:|
| The contingency fee percentage is: | 25% | |
| The total amount of the settlement is: | | $ 10,940.79 |
| This breaks down as follows: | | |
| | 1. TOTAL SETTLEMENT: | $ 10,940.79 |
| LESS: | 2. TOTAL LEGAL FEE: | $ 2,735.20 |
| | 3. TOTAL EXPENSES: | $ 0.00 |
| 4. (2+3+4) | TOTAL DEDUCTIONS FROM SETTLEMENT: | $ 2,735.20 |
| | 5. INSURANCE CHECK TO BE HELD: | $ 10,940.79 |

I authorize Joseph M. Bruno to endorse, deposit, and distribute the check referenced above to the appropriate parties upon Road Home approval. Additionally, this specifically authorizes Joseph M. Bruno to deduct from the settlement proceeds, amounts sufficient to pay attorneys fees indicated on the settlement breakdown above.

_Austra B Zapata_                                      6/13/2011
Signature                                                          Date

_Austra B Zapata obo Antonio Zapata_      6/13/2011
Signature                                                          Date

THE LAW OFFICE OF
JOSEPH M. BRUNO
FEDERAL TRIAL LAWYERS
855 BARONNE STREET
NEW ORLEANS, LA 70113

June 13, 2011

RE: Our File Number:   11792.7420    **Austra and Antonio Zapato**

The following information is in reference to the settlement in your case:

| | | |
|---|---|---:|
| The contingency fee percentage is: | 25% | |
| The total amount of the settlement is: | | $ 3,581.98 |
| This breaks down as follows: | | |
| | 1. TOTAL SETTLEMENT: | $ 3,581.98 |
| LESS: | 2. TOTAL LEGAL FEE: | $ 895.50 |
| | 3. TOTAL EXPENSES: | $ 0.00 |
| | 4. TOTAL ADVANCES: | $ 0.00 |
| 5. (2+3+4) | TOTAL DEDUCTIONS FROM SETTLEMENT: | $ 895.50 |
| 6. (1-5) | **TOTAL AMOUNT DUE CLIENT:** | $ 2,686.49 |

My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents. Additionally, I authorize Joseph M. Bruno to endorse and deposit the check referenced above for the purpose of disbursing this check to myself and/or to any other third parties involved, as directed by me.

_(signed) Austra B Zapata_          6/13/2011
Signature          Date

_(signed) Austra B Zapata OBO Antonio Zapata_    6/13/2011
Signature          Date

THE LAW OFFICE OF
JOSEPH M. BRUNO
FEDERAL TRIAL LAWYERS
855 BARONNE STREET
NEW ORLEANS, LA 70113

June 13, 2011

RE: Our File Number:     11792.7420         **Austra & Antonio Zapata**

The following information is in reference to the settlement in your case:

| | | | |
|---|---|---|---|
| The contingency fee percentage is: | 25% C | | |
| The total amount of the settlement is: | | $ | 7,036.25 |
| This breaks down as follows: | | | |
| | 1. TOTAL SETTLEMENT: | $ | 7,036.25 |
| LESS: | 2. TOTAL LEGAL FEE: | $ | 1,759.06 |
| | 3. TOTAL EXPENSES: | $ | 0.00 |
| | 4. TOTAL ADVANCES: | $ | 0.00 |
| 5. (2+3+4) | TOTAL DEDUCTIONS FROM SETTLEMENT: | $ | 1,759.06 |
| 6. (1-5) | TOTAL AMOUNT DUE CLIENT: | $ | 5,277.19 |

**My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents. Additionally, I authorize Joseph M. Bruno to endorse and deposit the check referenced above for the purpose of disbursing this check to myself and/or to any other third parties involved, as directed by me.**

_Austra Zapata_                                             6/13/2011
             Signature                                                    Date

_Austra B Zapata OBO Antonio Zapata_     6/13/2011
             Signature                                                    Date

C:\Documents and Settings\liz\Desktop\Reg Settlement Statement.wpd

THE LAW OFFICE OF
JOSEPH M. BRUNO
FEDERAL TRIAL LAWYERS
855 BARONNE STREET
NEW ORLEANS, LA 70113

June 13, 2011

RE: Our File Number:    11792.7420    **Austra & Antonio Zapata**

The following information is in reference to the settlement in your case:

| | | |
|---|---|---:|
| The contingency fee percentage is: | 25% | |
| The total amount of the settlement is: | | $ 7,500.00 |

This breaks down as follows:

| | | | | |
|---|---|---|---|---:|
| | | 1. | TOTAL SETTLEMENT: | $ 7,500.00 |
| | LESS: | 2. | TOTAL LEGAL FEE: | $ 1,875.00 |
| | | 3. | TOTAL EXPENSES: | $ 0.00 |
| | | 4. | TOTAL ADVANCES: | $ 0.00 |
| 5. | (2+3+4) | | TOTAL DEDUCTIONS FROM SETTLEMENT: | $ 1,875.00 |
| | | 6. (1-5) | **TOTAL AMOUNT DUE CLIENT:** | $ 5,625.00 |

**My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents. Additionally, I authorize Joseph M. Bruno to endorse and deposit the check referenced above for the purpose of disbursing this check to myself and/or to any other third parties involved, as directed by me.**

_Austra B Zapata_                              _6/13/2011_
Signature                                               Date

_Austra B Zapata OBO Antonio Zapata_    _6/13/2011_
Signature                                               Date