RH#06HH110800
Austra Zapata

(For Official Use Only)
ROAD HOME CONSENT

\_\_\_\_ Request for consent denied.

\_\_\_\_ Request for consent denied, please respond to the State's request for additional information, so that further review may be made and consent granted.

\_X\_ Request for consent granted. The State of Louisiana, Division of Administration, Office of Community Development ("the State"), solely as the assignee(s) and/or subrogee(s) of interests of the above referenced Road Home Grant recipient(s) ("Recipient"), in consideration of the receipt of the sum of $5,066.86 ($35,194.76 less fees and post fee adjustment), paid by or on behalf of Recipient(s) does hereby RELEASE, ACQUIT, AND FOREVER DISCHARGE Lexington Insurance (hereinafter referred to as "Insurer" and as defined below), but only to the extent of any and all claims against the Insurer that the State may possess or allegedly possess or be entitled to by virtue of the execution of the Assignment and Subrogation Agreement made part of The Road Home Program Grant process including but not limited to contractual claims or any claims for damages, penalties, punitive damages and/or attorneys fees under any provision of state law, including but not exclusively La. Civ. Code art. 1997, La. R.S. 22:658 and/or 22:1220, arising out of or related to damages or losses caused in any way, whether in whole or in part, by Hurricanes Katrina and/or Rita to the insured premises of the Road Home Recipient and under or relating to Policy Number LE 0616590 01 issued by Insurer. With respect to the claims to which the State is the Recipient's alleged subrogee or assignee under the Road Home subrogation and assignment agreement, the sole reservation of rights against the Insurer are rights that the State may have for recovery of Increased Cost of Compliance benefits, if any, under any flood insurance policy issued to the Recipient pursuant to the National Flood Insurance Program and administered by the Insurer, as identified and defined herein.

This Release does not apply to any claims that the State or the State of Louisiana may have in any capacity other than as the Recipient's subrogee or assignee under the Road Home subrogation and assignment agreement executed by that specific Recipient. This Release does not release any rights against the Recipient identified above or rights against any insurer not included within the term Insurer as defined herein.

Insurer is defined herein to include any person or entity who sold or offered for sale Policy Number LE 0616590 01, independent program administrators, agents, or agencies involved in the sale or offer for sale of said policy, independent or contract claim adjusters, independent or contract engineers and engineering firms, together with any current and former agents, employees, officers, directors, attorneys, owners, shareholders, associated and affiliated companies, parent companies, divisions, subsidiaries, predecessors, successors, and assigns of any of them, in connection with any claim for damages or losses but only to the extent such claims are or could be asserted by Recipient(s), against Insurer under or relating to Policy Number LE 0616590 01 and arising out of or relating to claims for damages or losses from Hurricanes Katrina and/or Rita.

It is expressly acknowledged that payment by Insurer does not constitute and shall not operate as an admission of liability, validate the Assignment and Subrogation Agreement made part of The Road Home Program Grant process, or waive any of Insurer's defenses.

The insurance company or you should make the State portion of the settlement funds payable to Louisiana Division of Administration – DRU" and mailed to

    Louisiana Division of Administration
    Disaster Recovery Unit – Attention Subrogation
    Post Office Box 94095
    Baton Rouge LA 70804-9095

Please include on the reference portion of the check the above referenced Road Home application number and include a copy of this correspondence with the check. The above release by the State is contingent on receipt of the State's portion of settlement funds as set forth in the consent and release.

Approved by:

_____ Date: 6/18/12
Daniel A. Rees, Legal Counsel

EXHIBIT B

RH#06HH110800
Austra Zapata

## RECIPIENT ACKNOWLEDGMENT

I hereby authorize and irrevocably approve and agree to reimburse the Road Home the sum of $35,194.76 subject to a deduction for fees, costs and post fee adjustment, for a net payment to the Road Home Program in the amount of $5,066.86, which I authorize and irrevocably direct the insurance company listed in the Request for Consent Form to remit directly to the Louisiana Division of Administration – DRU, as provided above. If the insurance company has issued or issues the payment jointly to the Road Home Program and others, I authorize my attorney to issue payment of the net payment amount directly to Louisiana Division of Administration –DRU, as provided above.

_____       _____
Witness                                               Signature: (Recipient/Applicant)

_____       _____
Witness                                               Print Name (Recipient/Applicant)

_____       _____
Witness                                               Signature (Co-Recipient/Co-Applicant)

_____       _____
Witness                                               Print Name (Co-Recipient/Co-Applicant)

Sworn to and subscribed before me the undersigned Notary Public on this _____ day of _____, 2011.

_____
Notary Public

(Print Name, Date Commission Expires and Bar Number)