UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO:     C. Abadie, 06-5164 | * | |
| | * | JUDGE DUVAL |
| This pleading applies only to the claim | * | |
| of Austra Zapata regarding | * | MAG. WILKINSON |
| 4717 Miles Drive, | * | |
| New Orleans, LA 70122 | * | |

******************************************************************************

<u>ORDER</u>

CONSIDERING THE FOREGOING:

**IT IS HEREBY ORDERED,** that Bruno & Bruno, LLP be granted attorneys fees in the amount of $7,264.76, and that those funds are to be removed from the Registry of the Court and disbursed to Bruno & Bruno, LLP.

**IT IS FURTHER ORDERED** that funds in the amount of $51,027.41 are removed from the Registry of the Court and disbursed to the Plaintiff Austra Zapata.

**IT IS FURTHER ORDERED** that funds in the amount of $5,066.86 are removed from the Registry of the Court and disbursed to the State.

New Orleans, Louisiana, this _____ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE