UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K"(2) |
| PERTAINS TO:   C. Abadie, 06-5164  * | | |
| * | | JUDGE DUVAL |
| This pleading applies only to the claim * | | |
| of Austra Zapata regarding * | | MAG. WILKINSON |
| 4717 Miles Drive, * | | |
| New Orleans, LA 70122 * | | |

**************************************************************************

### ORDER

    **CONSIDERING THE FOREGOING:**

    **IT IS HEREBY ORDERED,** that Bruno & Bruno, LLP be granted attorneys fees in the amount of $7,264.76, and that those funds are to be removed from the Registry of the Court and disbursed to Bruno & Bruno, LLP.

    **IT IS FURTHER ORDERED** that funds in the amount of $51,027.41 are removed from the Registry of the Court and disbursed to the Plaintiff Austra Zapata.

    **IT IS FURTHER ORDERED** that funds in the amount of $5,066.86 are removed from the Registry of the Court and disbursed to the State.

    New Orleans, Louisiana, this __12th__ day of __July__, 2012.

_____
UNITED STATES DISTRICT JUDGE