UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: <br> INSURANCE <br> C. Abadie, 06-5164 re: <br> Austra Zapata regarding <br> 4717 Miles Drive, <br> New Orleans, Louisiana 70122 | SECTION "K"(2) |

### ORDER

It has come to the attention of the Court that the Order entered in the above-styled matter was not in conformance with the needs and requirements of the Financial Administrator of Clerk's Office with respect to the dispersal of funds. Accordingly,

**IT IS ORDERED** that the Order (Doc. 20899) is **RESCINDED** and counsel is instructed to re-file a motion seeking this relief with the form of the dispersal order being approved by the Financial Administrator of the Court.

New Orleans, Louisiana, this 13th day of July, 2012.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE