# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: MRGO | * | SECTION "K"(2) |
| *Armstrong, No. 10-866* | * | |
| | * | |

****************************************************

## ORDER

Considering Plaintiffs' Supplemental Brief in Opposition to Defendant Washington Group International, Inc.'s Motion to Strike;

IT IS ORDERED that the Defendant Washington Group International, Inc.'s Motion to Strike the Claims of Ethel May Coats is DENIED.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
HONORABLE JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE