# LAST WILL AND TESTAMENT

Chalmette, Louisiana                                                                 January 27, 1999

I, Jimmie Lee Coats, of the full age of majority, a resident of the Parish of Orleans, State of Louisiana, being of sound mind and knowing that life is precarious, wishing to make proper disposition of my property in case of my death, do make and declare this to be my last will and testament hereby revoking all prior wills I may have made.

I have been married three times; first to Sandra Sanders Coats, from whom I was divorced, and of that marriage one child was born; namely, Danielle Coats; second to Muriel Davis Coats, from whom I was divorced and of that marriage, no children were born; and third to Ethel Nelson Coats, with whom I am presently living and residing, and of that marriage, no children were born. I have one other child, namely Jimmie Lee Coats, Jr., the son of Carolyn Howell. I have never adopted anyone and I have no other children whatsoever.

My children, Danielle Coats and Jimmie Lee Coats, Jr. are both over the age of twenty-three years and neither of them has any mental incapacity or physical infirmity which would permanently render them incapable of taking care of their respective persons or administering their respective estates.

In the event that at the time of my death, Louisiana law has been changed to reinstate forced heirship in favor of descendants over the age of twenty-three, I hereby disinherit my son, Jimmie Lee Coats, Jr. and my daughter, Danielle Coats, under the provisions of La. Civil Code Article 1621 (12) because my son and my daughter, having known how to contact me, have both failed, without just cause, to communicate with me for a period of more than two years after attaining the age of majority.

I give and bequeath to my wife, Ethel Nelson Coats, the lifetime usufruct over all of the property I own at the time of my death.

I give and bequeath to my wife, Ethel Nelson Coats, all of the property I own at the time of my death.

It is my specific desire that the real estate not be sold or mortgaged during the lifetime of my wife, Ethel Nelson Coats.

I name, nominate, appoint and constitute my wife, Ethel Nelson Coats, to be the executrix of my estate and succession with full seizin from the moment of my death, and without the necessity of giving bond.

_____
JIMMIE LEE COATS
TESTATOR

Page 1 of 2



EXHIBIT A

I name and appoint Tracy Ann Petruccelli and Mary Beoubay Petruccelli, or the survivor of the two, as attorneys for my Executrix and my estate. I understand that this appointment is not binding upon my Executrix, however, it is my desire that Tracy Ann Petruccelli and Mary Beoubay Petruccelli, or the survivor of the two, handle my succession.

In witness whereof, I have signed this, my last will and testament in the presence of the Notary Public and witnesses hereinafter named and undersigned.

_____
JIMMIE LEE COATS
TESTATOR

Signed on each page of said will and declared by Jimmie Lee Coats, testator above named, in our presence to be his last will and testament, and in his presence and in the presence of each other, we have hereunto subscribed our names as witnesses this 27th day of January, 1999.

_____
JIMMIE LEE COATS
TESTATOR

WITNESSES:

_____
LISA R. GRAVES

_____
JODI CONRAD

_____
TRACY A. PETRUCCELLI
NOTARY PUBLIC