## AFFIDAVIT OF NOTARY AND ATTESTING WITNESS

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

**BEFORE ME**, the undersigned, a Notary Public, duly commissioned and qualified in and for the above named state and parish.

**PERSONALLY CAME AND APPEARED:**

TRACY A. PETRUCCELLI,

AND

LISA R. GRAVES

Who being duly sworn did depose and say that they are respectively the notary and one of the witnesses before whom the Last Will and Testament, in statutory form, of Jimmie Lee Coats, deceased, dated January 27, 1999, was attested;

Affiants further declare that the original Last Will and Testament which had been in decedent's possession is lost.

That they have examined a copy of the Last Will and Testament attached hereto which consists of an instrument in writing, written by computer printer on two sheets of legal length paper, beginning with the words, "Chalmette, Louisiana, January 27, 1999, I Jimmie Lee Coats," and ending with the words " Signed on each page of said will and declared by Jimmie Lee Coats, testator above named, in our presence to be his last will and testament, and in his presence and in the presence of each other, we have hereunto subscribed our names as witnesses this 27th day of January, 1999."

Affiants further declare under oath that they recognize the above described copy of the instrument as a copy of the identical instrument signed by Jimmie Lee Coats, Testator, in the presence of affiants.

That the said testator, declared to affiants, that said document was his Last Will and Testament and that he requested them to attest thereto.

Affiants further declare that they, as notary and attesting witness, together with the testator, signed at the end of the said will, all in each other's presence, and that they recognize the signature of the testator as affixed by him at the end of the dispositive portion



EXHIBIT B

of the said Last Will and Testament and at the end of each page thereof and also his own signature, the signatures of each other, affixed at the end of said will.

**SWORN TO AND SUBSCRIBED BEFORE ME**, Notary Public, on this 13th day of June, 2012.

_____
TRACY A. PETRUCCELLI

_____
LISA R. GRAVES

_____
Richard Louis Pouey
NOTARY PUBLIC

RICHARD L. POUEY
NOTARY PUBLIC # 40934
STATE OF LOUISIANA
My Commission Is For Life