# JAY ANDRY
## *Attorney At Law*

FIRST FLOOR
710 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130

TELEPHONE 504-581-4334
FAX 504-581-4335

June 13, 2012

*Via Facsimile No. 504-581-3361 AND*
*Email: wtreeby@stonepigman.com*
William D. Treeby, Esq.
Stone Pigman Walther Wittman L.L.C.
546 Carondelet Street
New Orleans, LA 70130-3588

  Re:  Succession of Jimmie and Ethel Coats

Dear Bill:

  Attached please find a copy of the last Will and testament of Jimmie Coats. Thank you for your assistance finding Mr. Coats heirs. Your work to that end helped us to uncover the existence of Jimmie Coats' Will.

  As you will see, Mr. Coats (Sr.) left all of his right title and interest in all of his property to Ethel Nelson Coats which would of course include his interest in the house on Charbonnet Street. We are in the process of either obtaining the original Will or having an affidavit prepared by the attorney who notarized the Will. We intend to have the Will probated.

  In any event, considering the existence of the Will and the Louisiana Code Articles 935-937 related to Seizin, we suggest that your motion to strike and the supplemental motion and affidavits are now moot. As such, we would respectfully request that you withdraw your motions. We would request that you respond to Liaison Counsel and copy me within five days regarding your intentions relative to your motions. Our position is that it would be a waste of resources and judicially inefficient to continue with your motions in light of the Will.

  The Coats children are obviously not the proper heirs.

  As soon as the Jimmie Coats (Sr)'s succession is completed, we will finalize the Ethel Coats succession and file a motion to substitute the proper heirs of Ethel Coats instead of the succession representative (me). I believe this will resolve all of the issues about which you were concerned and have the proper parties before the Court for a final determination.

  Please acknowledge and advise.

           Yours very truly,

           Jay Andry

JA/tpg
Attachment

**EXHIBIT C**

P. 1

\* \* \* Communication Result Report ( Jun. 13. 2012 4:03PM ) \* \* \*

1)
2)

Date/Time: Jun. 13. 2012 4:03PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 8106 | Memory TX | 5813361 | P. 3 | OK | |

Reason for error
  E. 1) Hang up or line fail      E. 2) Busy
  E. 3) No answer      E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size

# JAY ANDRY
## Attorney At Law

FIRST FLOOR
210 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130

TELEPHONE 504-581-4354
FAX 504-581-4335

June 13, 2012

*Via Facsimile No. 504-581-3361 AND*
*Email: wtreeby@stonepigman.com*
William D. Treeby, Esq.
Stone Pigman Walther Wittman L.L.C.
546 Carondelet Street
New Orleans, LA 70130-3588

Re:    Succession of Jimmie and Ethel Coats

Dear Bill:

Attached please find a copy of the last Will and testament of Jimmie Coats. Thank you for your assistance finding Mr. Coats heirs. Your work to that end helped us to uncover the existence of Jimmie Coats' Will.

As you will see, Mr. Coats (Sr.) left all of his right title and interest in all of his property to Ethel Nelson Coats which would of course include his interest in the house on Charbonnet Street. We are in the process of either obtaining the original Will or having an affidavit prepared by the attorney who notarized the Will. We intend to have the Will probated.

In any event, considering the existence of the Will and the Louisiana Code Articles 935-937 related to Saizin, we suggest that your motion to strike and the supplemental motion and affidavits are now moot. As such, we would respectfully request that you withdraw your motions. We would request that you respond to Liaison Counsel and copy me within five days regarding your intentions relative to your motions. Our position is that it would be a waste of resources and judicially inefficient to continue with your motions in light of the Will.

The Coats children are obviously not the proper heirs.

As soon as the Jimmie Coats (Sr.)'s succession is completed, we will finalize the Ethel Coats succession and file a motion to substitute the proper heirs of Ethel Coats instead of the succession representative (me). I believe this will resolve all of the issues about which you were concerned and have the proper parties before the Court for a final determination.

Please acknowledge and advise.

Yours very truly,

Jay Andry

JA/pg
Attachment