# Last Will and Testament
## OF

### ETHEL NELSON COATS

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF ORLEANS

October 22, 2008

I, ETHEL NELSON COATS, being of sound mind, make this my last will and testament, hereby revoking all prior wills or codicils thereto.

I will and bequeath unto Nathan Morgan, my house at 756 Louisiana Avenue, New Orleans, Louisiana, and the usufruct on the house at 1020 Charbonnet Street, New Orleans, Louisiana, for the remainder of his life.

The remainder of my estate, I will and bequeath unto my daughter, Lintoi Franklin.

I name and appoint Jerald N. Andry, Jr., as the Independent Administrator of my estate, with full seizen and without bond.

IN WITNESS WHEREOF, I have signed this my last will and testament in the presence of the witnesses hereinafter named and undersigned.

*[signature: Ethel Coats]*
ETHEL NELSON COATS

This testament has been read aloud by the Notary in our presence, and in the presence of the Testatrix, Ethel Nelson Coats, said reading having been followed on copies of the testament by the witnesses and in our presence the Testatrix has declared and signified that she heard the reading, that although she can read, because of physical infirmity she is unable to read today and that the instrument is her Testament, she signed her name at the end of the Testament; and in the presence of the Testatrix, and each other we have subscribed our names on the day hereinabove written in the Parish of Orleans, State of Louisiana.

*[signature: Ethel Coats]*
ETHEL NELSON COATS

WITNESSES:

*[signature]*
S.M. Quinlan

*[signature]*
Jessica M. Edwards

*[signature]*
NOTARY PUBLIC
Jerald N. Andry
LA Bar # 2489

EXHIBIT D