UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**NOTICE OF VIDEOTAPED DEPOSITION**

To:   All Plaintiffs' Counsel
through Plaintiffs' Liaison Counsel,
Joseph M. Bruno, Esq.
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana  70113
(504) 525-1335
*jbruno@jbrunolaw.com*

**PLEASE TAKE NOTICE** that URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), through their counsel, will take the videotaped deposition of Robert Glenn Bea, on Friday, August 3, 2012 at 9:00 a.m., at the offices of Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130.  The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony.  The deposition will be recorded on video and stenographically.  Defendants request

1099690v.1

that Dr. Bea produce the documents set forth in Exhibit A to the Office of Stone Pigman Walther Wittmann L.L.C. no later than July 28, 2012

Dated:  July 20, 2012                                   Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, 12901
Jay C. Gulotta, 6590
Heather S. Lonian, 29956
        Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel
Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
Christopher Farrell
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing *Notice of Videotaped Deposition* has been served upon Plaintiffs' Liaison Counsel via e-mail and the Courts CM/ECF system, this 20th day of July, 2012.

/s/Heather S. Lonian

2

1099690v.1