## EXHIBIT A

1. Digital copies of any and all GeoStudios input files and output files, including any SEEP/W or SLOPE/W files, used to perform analyses for *A Method to Determine Probability of Failure Caused by Seepage Under Levees* by Robert G. Bea, R. Miles Brodsky, and Rune Storesund, *2011 RESIN Sherman Island Pilot Project 2 Seeepage Report to National Science Foundation, Center for Catastrophic Risk Management, Institute for Economics and Business Research, University of California, Berkeley, April 2011*, and any related reports.

2. Digital copies of any and all Matlab input files and output files used to perform analyses for *A Method to Determine Probability of Failure Caused by Seepage Under Levees* by Robert G. Bea, R. Miles Brodsky, and Rune Storesund, *2011 RESIN Sherman Island Pilot Project 2 Seeepage Report to National Science Foundation, Center for Catastrophic Risk Management, Institute for Economics and Business Research, University of California, Berkeley, April 2011*, and any related reports.

3. Any and all documents[1], including, but not limited to proposals, submitted by you[2] to the National Science Foundation regarding *A Method to Determine Probability of Failure Caused by Seepage Under Levees* by Robert G. Bea, R. Miles Brodsky, and Rune Storesund, *2011 RESIN Sherman Island Pilot Project 2 Seeepage Report to National Science Foundation, Center for Catastrophic Risk Management, Institute for Economics and Business Research, University of California, Berkeley, April 2011*, any related reports, and/or NSF EFRI Research Projects Award No. 0836047.

---

[1] For the purposes of this Exhibit, "documents" shall refer to and include all documents, whether printed, typed, handwritten, photocopied, computerized, recorded, stored, or produced or reproduced by any process or means, mechanical, manual, or otherwise.

[2] For the purposes of this Exhibit, "you" or "your" shall include you and any persons assisting your or acting on your behalf.