# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Loretta G. Whyte  
Clerk

500 Camp St., Room C-151  
New Orleans, LA 70130

July 20, 2012

Mr. Lyle W. Cayce, Clerk  
U. S. Court of Appeals, Fifth Circuit  
200 South Maestri Street  
New Orleans, LA  70130

APPEAL NO. 12-30418

IN RE: In Re: Katrina Canal Breaches CV 05-4182 'K'

Dear Sir:

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

    ____  1) Record on appeal consisting of:

        __ Volume(s) of record   __ Volume(s) of transcript

        __ Volume(s) of depositions

        __ Container(s) of exhibits __ Box  __ Envelope __ Folder

    ____  2) Supplemental record, Docs. _____

    ____  3) SEALED Doc. ____

     X    4) Other: **Exhibits # 37, 347, 360 and 361 from June-July barge trial**

Very truly yours,

By____MMV_____  
Deputy Clerk