UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"** |
| **PERTAINS TO: C. Abadie, 06-5164** | * | |
| | * | **Judge Stanwood R. Duval, Jr.** |
| This pleading applies only to the claim of Mark | * | |
| B. Andry regarding 13252 Willowbrook Dr., | * | **MAGISTRATE (2)** |
| New Orleans, LA 70129 | * | **Magistrate Joseph C. Wilkinson, Jr.** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS HEREBY ORDERED that all claims asserted by plaintiff, Mark B. Andry, be and are hereby dismissed, with prejudice, each party to bear its own respective costs.

NEW ORLEANS, Louisiana this ____ day of _____, 2012

_____
UNITED STATES DISTRICT JUDGE