# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: C. Abadie, 06-5164<br><br>This pleading applies only to the claim of<br>Shandell Moore regarding 526 Queen Anne,<br>Slidell, LA 70460 | * CIVIL ACTION NO.: 05-4182<br>*<br>* SECTION "K"<br>*<br>* Judge Stanwood R. Duval, Jr.<br>*<br>* MAGISTRATE (2)<br>* Magistrate Joseph C. Wilkinson, Jr. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS HEREBY ORDERED that all claims asserted by plaintiff, Shandell Moore, be and are hereby dismissed, with prejudice, each party to bear its own respective costs.

NEW ORLEANS, Louisiana this _____ day of _____, 2012

_____
UNITED STATES DISTRICT JUDGE