# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *   CIVIL ACTION NO.: 05-4182 <br> * <br> *   SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * <br> *   Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Edward Randolph regarding 8853 Gervais St., New Orleans, LA 70127 | * <br> *   MAGISTRATE (2) <br> *   Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by plaintiff, Edward Randolph, and defendant Lexington Insurance Company, through undersigned counsel, that the claim of Edward Randolph asserted in this action have been amicably resolved and that the claim of Edward Randolph in this action should be dismissed, with prejudice, each party to bear its own costs.

| Respectfully submitted, | Respectfully submitted; |
|---|---|
| /s/ Joseph M. Bruno | /s/ Robert I. Siegel |
| JOSEPH M. BURNO, Esq. (#3604) | ROBERT I. SIEGEL (# 12063) |
| **LAW OFFICE OF JOSEPH M. BRUNO, APLC** | JOHN E.W. BAAY II (# 22928) |
| 855 Baronne Street | **GIEGER, LABORDE & LAPEROUSE, LLC** |
| New Orleans, Louisiana 70113 | SUITE - 4800 One Shell Square |
| Telephone:    (504) 561-6776 | 701 Poydras Street |
| Facsimile:    (504) 561-6775 | New Orleans, Louisiana 70139-4800 |
| *Counsel for Plaintiff, Edward Randolph* | Telephone:    (504) 561-0400 |
| | Facsimile:    (504) 561-1011 |
| | *Counsel for Lexington Insurance Company* |

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 24th day of July, 2012.

Joseph M. Bruno, Esq.
**LAW OFFICE OF JOSEPH M. BRUNO, APLC**
855 Baronne Street
New Orleans, Louisiana 70113

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL