UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *   CIVIL ACTION NO.: 05-4182 * |
| | *   SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * |
| | *   Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Joseph Tramontana regarding 35 Chatham Drive, New Orleans, LA 70122 | * |
| | *   MAGISTRATE (2) |
| | *   Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS HEREBY ORDERED that all claims asserted by plaintiff, Joseph Tramontana, be and are hereby dismissed, with prejudice, each party to bear its own respective costs.

NEW ORLEANS, Louisiana this ____ day of _____, 2012

_____
UNITED STATES DISTRICT JUDGE