# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * | |
| | * | Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Alton<br>McKey regarding 4726 Marque Drive, New<br>Orleans, LA 70127 | * | |
| | * | MAGISTRATE (2) |
| | * | Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS HEREBY ORDERED that all claims asserted by plaintiff, Alton McKey, be and are

hereby dismissed, with prejudice, each party to bear its own respective costs.

NEW ORLEANS, Louisiana this _____ day of _____, 2012

_____
UNITED STATES DISTRICT JUDGE