## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *   CIVIL ACTION NO.: 05-4182 <br> * <br> *   SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * <br> *   Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Alton McKey regarding 4726 Marque Drive, New Orleans, LA 70127 | * <br> *   MAGISTRATE (2) <br> *   Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by plaintiff, Alton McKey, and defendant Lexington Insurance Company, through undersigned counsel, that the claim of Alton McKey asserted in this action have been amicably resolved and that the claim of Alton McKey in this action should be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BURNO, Esq. (#3604)
**LAW OFFICE OF JOSEPH M. BRUNO, APLC**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone:    (504) 561-6776
Facsimile:    (504) 561-6775
*Counsel for Plaintiffs, Eric Monconduit and Zelda Monconduit*

Respectfully submitted;

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL (# 12063)
JOHN E.W. BAAY II (# 22928)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
*Counsel for Lexington Insurance Company*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 24th day of July, 2012.

Joseph M. Bruno, Esq.
**LAW OFFICE OF JOSEPH M. BRUNO, APLC**
855 Baronne Street
New Orleans, Louisiana 70113

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL