UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: MRGO | * | SECTION "K"(2) |
| *Armstrong, No. 10-866* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering Plaintiffs' Motion for Leave to file a Supplemental Brief in Opposition to Defendant Washington Group International, Inc.'s Motion to Strike;

IT IS ORDERED that the Plaintiffs' Motion for Leave to file a Supplemental Brief in Opposition to Defendant Washington Group International, Inc.'s Motion to Strike is GRANTED. The Clerk of Court is directed to accept filing of the same.

New Orleans, Louisiana, this 20th day of July, 2012.

_____
HONORABLE JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE