UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>MRGO | § CIVIL ACTION NO. 05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## MOTION TO ENROLL PRO HAC VICE

NOW INTO COURT, through undersigned counsel, comes Washington Group International, Inc. ("WGI"), which, pursuant to Local Rule 83.2.5, respectfully move to enroll Julia L. Cronin and Brian J. Kerwin of the law firm Jones Day pro hac vice in the above-captioned proceedings, and states as follows:

1. Ms. Cronin and Mr. Kerwin are attorneys at the law firm of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113.

2. They are both members of good standing in the District of Columbia Court of Appeals, as evidenced by the attached certificates.

3. They are ineligible to become members of the Bar of this Court because they are not members of the Bar of the State of Louisiana.

4. No disciplinary proceedings or criminal charges have been initiated against them.

WHEREFORE, Washington Group International, Inc. respectfully moves to enroll Julia L. Cronin and Brian J. Kerwin of the law firm of Jones Day pro hac vice in the above-captioned matter.

1100260v1

Dated: July 26, 2012

Respectfully submitted,

/s/William D. Treeby
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Adrian Wager-Zito
Debra S. Clayman
Christopher Farrell
Christopher N. Thatch
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Enroll has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 26th day of July, 2012.

/s/William D. Treeby

1100260v1