UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION NO. 05-4182 "K"(2) <br> § JUDGE DUVAL <br> § MAG. WILKINSON <br> § <br> § |
| PERTAINS TO: <br><br> MRGO | § <br> § <br> § <br> § <br> § <br> § |

### AFFIDAVIT OF BRIAN J. KERWIN

DISTRICT OF COLUMBIA

BEFORE ME, the undersigned Notary Public, duly qualified and commissioned for the District of Columbia, personally came and appeared:

### BRIAN J. KERWIN

who, after being duly sworn, does depose and state

1. My name is Brian J. Kerwin and I am an attorney at the law firm of Jones Day, 51 Louisiana Ave., N.W., Washington, D.C., 20001-2112.

2. Pursuant to the Uniform Local Rules of the United States District Court for the State of Louisiana, Rule 83.2.5, I am applying for permission to appear and participate as co-counsel for Washington Group International, Inc. in the above-captioned matter.

3. I am a member of good standing in the District of Columbia Court of Appeals, as evidenced by the attached certificate.

4. I am ineligible to become a member of the Bar of this Court because I am not a member of the Bar of the State of Louisiana.

5. No disciplinary proceedings or criminal charges have been initiated against me.

_____
Brian J. Kerwin


_____
Notary Public
Print Name: _____Jamie Tanis_____
Notary I.D./Bar No. (As Applicable): _____
District of Columbia
My commission expires: _1-1-2013_

2