UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: MRGO | * | SECTION "K" (2) |
| *Armstrong, No. 10-866* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT STIPULATION REGARDING EXPERT WITNESS, DR. JOHANNES VRIJLING**

It is stipulated by and between the parties that Dr. Johannes Vrijling is an expert in the field of probabilistic design and hydraulic and coastal engineering and that if he were to testify live at trial he would testify substantially in accord with his expert report attached regarding water levels at the locations of the plaintiff's properties as shown by the hydrographs identified as Figures 1 through 8.

**Respectfully submitted,**

*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com
*Plaintiffs' Liaison Counsel*

/s/ Robin Doyle Smith
Robin Doyle Smith
Senior Trial Counsel, Torts Branch
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044
Email: robin.doyle.smith@usdoj.gov
Telephone: (202) 616-4289
***Attorney for Defendant United States of America***

/s/ William D. Treeby
William D. Treeby (La. Bar No. 12901)
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, La 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: wtreeby@stonepigman.com
***Attorney for Defendant,***
***Washington Group International, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 26th day of July, 2012.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO