MINUTE ENTRY
WILKINSON, M. J.
JULY 30, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　　　　CIVIL ACTION
　　　　CONSOLIDATED LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182 "K" (2)

PERTAINS TO:   MRGO　　　　　　　　　　　　　　　JUDGE DUVAL
　　　　　　　　Armstrong C.A. No. 10-866　　　　　　　MAG. WILKINSON

　　　　As requested by counsel, a conference was conducted on this date to discuss the status of the deposition of Dr. Robert Bea currently scheduled for August 3, 2012, Record Doc. No. 20906, in light of Dr. Bea's current medical situation. Participating were: Joseph M. Bruno, counsel for plaintiffs; William D. Treeby, representing defendant Washington Group International, Inc. ("WGI"); Robin Smith (via telephone), representing the United States. All counsel expressly granted me permission to speak with Dr. Bea privately by telephone to determine his ability to proceed with his deposition. I did so, and Dr. Bea assured me that, at this time, he is both willing and able to go forward with his deposition, provided his doctor's instructions that he not travel were followed. Accordingly, counsel were instructed by me to quickly select a date during the week of August 6, 2012 when Dr.

MJSTAR: 0 : 35

Bea's deposition can be taken at the Jones Day office in San Francisco (near his home) and to notify Dr. Bea (through Mr. Bruno) of the new arrangements.

                                              JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**