UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**AMENDED NOTICE OF VIDEOTAPED DEPOSITION**

To:   All Plaintiffs' Counsel
      through Plaintiffs' Liaison Counsel,
      Joseph M. Bruno, Esq.
      The Law Office of Joseph M. Bruno
      855 Baronne Street
      New Orleans, Louisiana  70113
      (504) 525-1335
      *jbruno@jbrunolaw.com*

   **PLEASE TAKE NOTICE** that URS Energy & Construction, Inc. (formerly Washington Group International, Inc.), through their counsel, will take the videotaped deposition of Robert Glenn Bea, on Friday, August 10, 2012 at 8:00 a.m., at the offices of Jones Day, 555 California Street, 25th Floor, San Francisco, California 94104.  The deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony.  The deposition will be recorded on video and stenographically.  Defendants request that Dr. Bea produce the documents

1099690v.1

set forth in Exhibit A to the Office of Stone Pigman Walther Wittmann L.L.C. no later than August 6, 2012

Dated:  August 1, 2012               Respectfully submitted,

        /s/Heather S. Lonian
        William D. Treeby, 12901
        Jay C. Gulotta, 6590
        Heather S. Lonian, 29956
            Of
        Stone Pigman Walther Wittmann L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana  70130
        Telephone:  (504) 581-3200
        Facsimile:  (504) 581-3361

        Attorneys for Washington Group
        International, Inc.

        Of counsel
        Adrian Wager-Zito
        Debra S. Clayman
        Christopher Thatch
        Christopher Farrell
        Jones Day
        51 Louisiana Avenue, N.W.
        Washington, D.C. 20001-2113
        Telephone:  (202) 879-4645
        Facsimile:  (202) 626-1700

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing *Amended Notice of Videotaped Deposition* has been served upon Plaintiffs' Liaison Counsel via e-mail and the Courts CM/ECF system, this 1st day of August, 2012.

        /s/Heather S. Lonian

1099690v.1