UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO<br>*Armstrong,* No. 10-866 | * * * | SECTION "K"(2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR ADMISSION *PRO HAC VICE*

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs in the above enumerated action, by and through their counsel, Joseph M. Bruno, a member of good standing of the State Bar of Louisiana, and respectfully request an Order enrolling the following attorney as co-counsel of record in the above-captioned matter:

Philip L. Gregory, with the law firm of Cotchett, Pitre & McCarthy, LLP, is a member in good standing of the Bar of the State of California. Supporting affidavits and certificates of good standing for Mr. Gregory seeking *pro hac vice* admission are attached hereto.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that this Court allow Mr. Gregory to appear *pro hac vice* in the above-captioned consolidated matter.

PLAINTIFFS' LIAISON COUNSEL

s/ *Joseph M. Bruno*

BRUNO & BRUNO, L.L.P.855 Baronne StreetNew Orleans, Louisiana 70113Telephone: (504) 525-1335Facsimile: (504) 561-6775Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ *James Parkerson Roy*

JAMES PARKERSON ROY (La. BarNo. 11511) MR-GO PSLC Liaison Counsel
DomengeauxWright Roy&Edwards LLC P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or(337) 233-3033
Facsimile: (337) 233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)

Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)

James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this ~~1st~~ 3rd day of August, 2012.

/s/ *Joseph M. Bruno*
Joseph M. Bruno