**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 26, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PHILIP LAWRENCE GREGORY, JR., #95217 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1980; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records