## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: C. Abadie, 06-5164<br><br>This pleading applies only to the claim of Mark<br>C. James & Allison Brown James, 256 Glenwood<br>Drive, Metairie, Louisiana 70005<br>* * * * * * * * * * * * * * * * * * * * * * * * * | *   CIVIL ACTION NO.: 05-4182<br>*<br>*   SECTION "K"<br>*<br>*   Judge Stanwood R. Duval, Jr.<br>*<br>*   MAGISTRATE (2)<br>*   Magistrate Joseph C. Wilkinson, Jr.<br>* |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by plaintiff, Mark C. James and Allison Brown James, and defendant Lexington Insurance Company, through undersigned counsel, that the claim of Mark C. James and Allison Brown James asserted in this action have been amicably resolved and that the claim of Mark C. James and Allison Brown James in this action should be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

*/s/ Joseph M. Bruno*
JOSEPH M. BURNO, Esq. (#3604)
**LAW OFFICE OF JOSEPH M. BRUNO, APLC**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone:   (504) 561-6776
Facsimile:    (504) 561-6775
*Counsel for Plaintiff, Shandell Moore*

Respectfully submitted;

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL (# 12063)
JOHN E.W. BAAY II (# 22928)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:   (504) 561-0400
Facsimile:    (504) 561-1011
*Counsel for Lexington Insurance Company*

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 3rd day of August, 2012.

Joseph M. Bruno, Esq.
**LAW OFFICE OF JOSEPH M. BRUNO, APLC**
855 Baronne Street
New Orleans, Louisiana 70113

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL