UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *   CIVIL ACTION NO.: 05-4182 * *   SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * *   Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Mark C. James & Allison Brown James, 256 Glenwood Drive, Metairie, Louisiana 70005 | * *   MAGISTRATE (2) *   Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal,

IT IS HEREBY ORDERED that all claims asserted by plaintiffs, Mark C. James and Allison Brown James, be and are hereby dismissed, with prejudice, each party to bear its own respective costs.

NEW ORLEANS, Louisiana this ____ day of _____, 2012

_____
UNITED STATES DISTRICT JUDGE
