# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *   CIVIL ACTION NO.: 05-4182 <br> * <br> *   SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * <br> *   Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Wendell Youngblood regarding 11120 Idlewood Court, New Orleans, LA 70128 | * <br> *   MAGISTRATE (2) <br> *   Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## MOTION FOR LEAVE OF COURT TO AMEND CROSSCLAIM IN INTERPLEADER

NOW INTO COURT though the undersigned counsel comes Lexington Insurance Company who, pursuant to FRCP 15(a)(1)(2) moves this court for leave to amend its CROSSCLAIM IN INTERPLEADER (R. Doc. 20394) to name a possible claimant to the settlement funds associated with the underlying action. Pursuant to EDLA Local Rule 7.6 the undersigned certifies to the court that he has obtained the consent of opposing parties that were named as crossclaim defendants in CROSSCLAIM IN INTERPLEADER (R. Doc. 20394) with the exception of U.S. Bank c/o Firststar Mortgage company who is being voluntarily dismissed by Lexington in a companion motion.

        Respectfully submitted;

        */s/ Robert I. Siegel*
        ROBERT I. SIEGEL (# 12063)
        JOHN E.W. BAAY II (# 22928)
        **GIEGER, LABORDE & LAPEROUSE, LLC**
        SUITE - 4800 One Shell Square

-1-

701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:     (504) 561-0400
Facsimile:     (504) 561-1011
E-mail:rsiegel@glllaw.com
ewalton@glllaw.com
*Counsel for Lexington Insurance Company*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 3rd day of August, 2012.

| | |
|---|---|
| Joseph M. Bruno, Esq. | Dan Rees |
| Melissa DeBarbieris, Esq. | Kristen Parnell |
| **LAW OFFICE OF JOSEPH M. BRUNO, APLC** | Office of Community Development, DRU |
| 855 Baronne Street | 150 Third Street, Second Floor |
| New Orleans, Louisiana 70113 | Baton Rouge, Louisiana 70801 |
| **ATTORNEYS FOR PLAINTIFF, WENDELL YOUNGBLOOD** | **ATTORNEYS FOR LOUISIANA OFFICE OF COMMUNITY DEVELOPMENT, DRU** |

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL

-2-