UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"** |
| **PERTAINS TO: C. Abadie, 06-5164** | * | |
| | * | **Judge Stanwood R. Duval, Jr.** |
| This pleading applies only to the claim of | * | |
| Wendell Youngblood regarding 11120 Idlewood | * | **MAGISTRATE (2)** |
| Court, New Orleans, LA 70128 | * | **Magistrate Joseph C. Wilkinson, Jr.** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### NOTICE OF VOLUNTARY DISMISSAL OF U.S. BANK C/O FIRSTSTAR HOME MORTGAGE

Now into court through the undersigned counsel comes Lexington Insurance Company, who, pursuant to FRCP 41(a)(1), files this dismissal of U.S. Bank c/o Firststar Home Mortgage from the CROSSCLAIM IN INTERPLEADER (R. Doc. 20394) filed August 18, 2011.

The undersigned notified U.S. Bank c/o Firststar Home Mortgage of this suit but U.S. Bank c/o Firststar Home Mortgage has not been served, waived service, filed a motion for summary judgment or served and answer. The undersigned has conferred with the legal department of U.S. Bank c/o Firststar Home Mortgage and has been informed by the same department that they cannot locate a record of a loan connected to the property that is at issue in the underlying litigation. Based on this information Lexington no longer believes that U.S. Bank c/o Firststar Home Mortgage may be a claimant to the settlement proceeds that have been deposited into the registry of the court. Lexington voluntarily dismisses U.S. Bank c/o Firststar Home Mortgage in light of this newfound belief. Lexington dismisses U.S. Bank c/o Firststar

-1-

Home Mortgage without prejudice to refilling. The undersigned has informed U.S. Bank c/o Firststar Home Mortgage about this voluntary dismissal and will furnish them with a copy of this dismissal.

            Respectfully submitted;

            */s/ Robert I. Siegel*
            ROBERT I. SIEGEL (# 12063)
            JOHN E.W. BAAY II (# 22928)
            **GIEGER, LABORDE & LAPEROUSE, LLC**
            SUITE - 4800 One Shell Square
            701 Poydras Street
            New Orleans, Louisiana 70139-4800
            Telephone: (504) 561-0400
            Facsimile: (504) 561-1011
            E-mail: rsiegel@glllaw.com
               ewalton@glllaw.com
            *Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 3rd day of August, 2012.

| | |
|---|---|
| Joseph M. Bruno, Esq. | Dan Rees |
| Melissa DeBarbieris, Esq. | Kristen Parnell |
| **LAW OFFICE OF JOSEPH M. BRUNO, APLC** | Office of Community Development, DRU |
| 855 Baronne Street | 150 Third Street, Second Floor |
| New Orleans, Louisiana 70113 | Baton Rouge, Louisiana 70801 |
| **ATTORNEYS FOR PLAINTIFF,** | **ATTORNEYS FOR LOUISIANA OFFICE** |
| **WENDELL YOUNGBLOOD** | **OF COMMUNITY DEVELOPMENT, DRU** |

            */s/ Robert I. Siegel*
            ROBERT I. SIEGEL