UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 |
| | * |
| | * SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * |
| | * Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Wendell Youngblood regarding 11120 Idlewood Court, New Orleans, LA 70128 | * |
| | * MAGISTRATE (2) |
| | * Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

Considering the above and foregoing NOTICE OF VOLUNTARY DISMISSAL OF U.S. BANK C/O FIRSTSTAR HOME MORTGAGE filed by defendant, Lexington Insurance Company;

IT IS HEREBY ORDERED that defendant's Notice of Voluntary Dismissal is hereby GRANTED and U.S. Bank c/o Firststar Home Mortgage is hereby dismissed from this matter.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE