UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

NOTICE OF PRODUCTION

The United States electronically produced a revised errata data sheet from Dr. Timothy Stark on July 25, 2012, and a supplemental expert report from Dr. W. Allen Marr on July 30, 2012, to Joseph Bruno and William Treeby.  The United States is now producing the following Bates-stamped versions of the above referenced materials in the manner specified in its: (1) ESI Production Protocol, for all ESI produced in this matter (Doc. Rec. No. 10121); and (2) its Document Production Protocol, for all other documents produced in this matter (Doc. Rec. No. 5368).  In addition, all ESI produced in this matter is produced in accordance with the Court's Order Authorizing and Requiring the United States to Produce Personal Identifying Information Contained Within Electronically Stored Information and Prohibiting all Parties From Disseminating Such Personal Identifying Information (Doc. Rec. No. 10293):

MEB-558-000000001  to  MEB-558-000000003;
MEB-558-000000004  to  MEB-558-000000006.

The United States' Production Log is attached.

                Respectfully submitted,

                STUART F. DELERY
                Acting Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                JAMES G. TOUHEY, JR.
                Assistant Director, Torts Branch

                s/ James F. McConnon, Jr.
                JAMES F. McCONNON, JR.
                Trial Attorney, Torts Branch, Civil Division
                U.S. Department of Justice
                Benjamin Franklin Station, P.O. Box 888
                Washington, D.C.  20044
                (202) 616-4400 / (202) 616-5200 (Fax)
                Attorneys for the United States

Dated: August 6, 2012

**CERTIFICATE OF SERVICE**

  I, James F. McConnon, Jr., hereby certify that on August 6, 2012, I served a true copy of the United States' Notice of Production upon the Plaintiffs by ECF.

            s/ James F. McConnon, Jr.
          JAMES F. McCONNON, JR.