US Production for MRGO EBIA

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MEB | 558 | MEB-558-000000001 | MEB-558-000000003 | EXPERT WITNESS | STARK, TIMOTHY | ME026 | 8/6/12 | MRGO/EBIA | Errata Sheet for the Expert Report of Timothy Stark |
| MEB | 558 | MEB-558-000000004 | MEB-558-000000006 | EXPERT WITNESS | MARR, ALLEN | ME026 | 8/6/12 | MRGO/EBIA | Supplemental Expert Report of W. Allen Marr |