UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * * NO. 05-4182 * |
| PERTAINS TO: MRGO | * SECTION "K" (2) * * JUDGE DUVAL * * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MASTER TRIAL EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, the United States, and Washington Group International, Inc. ("WGI"), and respectfully submit the attached Master Trial Exhibit List.

**WHEREFORE**, Plaintiffs, the United States and Washington Group International, Inc., respectfully submit the attached Master Trial Exhibit List.

1078010v.1

| | |
|---|---|
| Dated:  August 6, 2012 | Respectfully submitted, |
| /s/*Robin D. Smith* | /s/*Heather S. Lonian* |
| Robin D. Smith | William D. Treeby, 12901 |
| Senior Trial Counsel | James C. Gulotta, Jr., 6590 |
| Torts Branch, Civil Division | Heather S. Lonian, 29956 |
| United States Department of Justice | Of |
| Benjamin Franklin Station | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| P.O. Box 888 | 546 Carondelet Street |
| Washington, D.C.  20044 | New Orleans, Louisiana  70130 |
| (202) 616-4289 | Telephone:  (504) 581-3200 |
| (202) 616-5200 (fax) | Facsimile:  (504) 581-3361 |
| Attorney for the United States | and |
| and | Adrian Wager-Zito |
| | Debra S. Clayman |
| /s/*Joseph M. Bruno* | JONES DAY |
| Joseph M. Bruno, 3604 | 51 Louisiana Avenue, N.W. |
| Law Offices of Joseph M. Bruno | Washington, D.C. 20001-2113 |
| 855 Baronne Street | Telephone:  (202) 879-3891 |
| New Orleans, Louisiana  70113 | Facsimile:  (202) 626-1700 |
| Telephone: (504) 525-1335 | |
| Facsimile: (504) 561-6775 | Attorneys for Washington Group International, Inc., a division of URS Corporation |
| Plaintiffs' Liaison Counsel | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Master Trial Exhibit List has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 6th day of August, 2012.

/s/*Heather S. Lonian*

1078010v.1