UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>MRGO | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to Enroll filed by Washington Group International, Inc.:

**IT IS ORDERED** that the motion is **GRANTED** and that Julia L. Cronin and Brian J. Kerwin of the law firm of Jones Day be and hereby are enrolled pro hac vice on behalf of Washington Group International, Inc.

New Orleans, Louisiana, this 8th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

1100271v1