## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 <br> * <br> * SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * <br> * Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Wendell Youngblood regarding 11120 Idlewood Court, New Orleans, LA 70128 | * <br> * MAGISTRATE (2) <br> * Magistrate Joseph C. Wilkinson, Jr. |

* * * * * * * * * * * * * * * * * * * * * * * * *  *

## ORDER

Considering the above and foregoing MOTION FOR LEAVE TO FILE AMENDED CROSSCLAIM IN INTERPLEADER filed by defendant, Lexington Insurance Company;

IT IS HEREBY ORDERED that defendant's Motion for Leave is hereby GRANTED and the clerk is instructed to file the proposed Amended Crossclaim in Interpleader into the record of these proceedings.

New Orleans, Louisiana, this __8th__ day of ___August___, 2012.

_____
UNITED STATES DISTRICT JUDGE