UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: C. Abadie, 06-5164<br><br>This pleading applies only to the claim of<br>Wendell Youngblood regarding 11120 Idlewood<br>Court, New Orleans, LA 70128<br>* * * * * * * * * * * * * * * * * * * * * * * * * * | *   CIVIL ACTION NO.: 05-4182<br>*<br>*   SECTION "K"<br>*<br>*   Judge Stanwood R. Duval, Jr.<br>*<br>*   MAGISTRATE (2)<br>*   Magistrate Joseph C. Wilkinson, Jr.<br>* |

## LEXINGTON'S FIRST AMENDEDMENT TO ITS CROSSCLAIM IN INTERPLEADER

NOW INTO COURT, through the undersigned counsel comes Lexington insurance company, who, having obtained the consent of opposing parties pursuant to Local Rule 7.6 and having moved this court for leave to amend this pleading, amends its CROSSCLAIM IN INTERPLEADER (R. Doc. 20394) as follows.

1.

Paragraph 3 of the CROSSCLAIM IN INTERPLEADER (R. Doc.20394) is amended as follows to add Countrywide Home Loans, Inc., as a crossclaim defendant:

Pursuant to Red R. Civ.P. 22, named defendants herein are:

*****

5. Countrywide Home Loans, Inc., a New York company with its principal place of business in Calabasas, CA.

2.

Paragraph 10 of the CROSSCLAIM IN INTERPLEADER (R. Doc. 20394) is amended as follows to add subparagraph 10(A):

10(A)

On information and belief, Countrywide Home Loans, Inc. held a mortgage on the subject property. Lexington has not received notice that the mortgage held by Countrywide Home Loans, Inc. has been satisfied and thus, on information and belief, Countrywide Home Loans, Inc. remains an additional payee on the Settlement Checks as per the terms of the contact of insurance at issue.

3.

All other portions of Lexington's CROSSCLAIM IN INTERPLEADER (R. Doc. 20394) remain unchanged.

Wherefore, Lexington prays that this amendment be deemed good and sufficient and that CROSSCLAIM IN INTERPLEADER (R. Doc. 20394) be amended as noted above.

Respectfully submitted;

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL (# 12063)
JOHN E.W. BAAY II (# 22928)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
E-mail: rsiegel@glllaw.com
         ewalton@glllaw.com
*Counsel for Lexington Insurance Company*

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 3rd day of August, 2012.

| | |
|---|---|
| Joseph M. Bruno, Esq. | Dan Rees |
| Melissa DeBarbieris, Esq. | Kristen Parnell |
| **LAW OFFICE OF JOSEPH M. BRUNO, APLC** | Office of Community Development, DRU |
| 855 Baronne Street | 150 Third Street, Second Floor |
| New Orleans, Louisiana 70113 | Baton Rouge, Louisiana 70801 |
| **ATTORNEYS FOR PLAINTIFF,** | **ATTORNEYS FOR LOUISIANA OFFICE** |
| **WENDELL YOUNGBLOOD** | **OF COMMUNITY DEVELOPMENT, DRU** |

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL