### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION NO.: 05-4182<br>*<br>*  SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | *<br>*  Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Mark B. Andry regarding 13252 Willowbrook Dr., New Orleans, LA 70129 | *<br>*  MAGISTRATE (2)<br>*  Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

### STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by plaintiff, Mark B. Andry, and defendant Lexington Insurance Company, through undersigned counsel, that the claim of Mark B. Andry asserted in this action have been amicably resolved and that the claim of Mark B. Andry in this action should be dismissed, with prejudice, each party to bear its own costs.

| Respectfully submitted, | Respectfully submitted; |
|---|---|
| /s/ Joseph M. Bruno | /s/ Robert I. Siegel |
| JOSEPH M. BURNO, Esq. (#3604) | ROBERT I. SIEGEL (# 12063) |
| **LAW OFFICE OF JOSEPH M. BRUNO, APLC** | JOHN E.W. BAAY II (# 22928) |
| 855 Baronne Street | **GIEGER, LABORDE & LAPEROUSE, LLC** |
| New Orleans, Louisiana 70113 | SUITE - 4800 One Shell Square |
| Telephone: (504) 561-6776 | 701 Poydras Street |
| Facsimile: (504) 561-6775 | New Orleans, Louisiana 70139-4800 |
| *Counsel for Plaintiff, Mark B. Andry* | Telephone: (504) 561-0400 |
| | Facsimile: (504) 561-1011 |
| | *Counsel for Lexington Insurance Company* |

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 24th day of July, 2012.

Joseph M. Bruno, Esq.
**LAW OFFICE OF JOSEPH M. BRUNO, APLC**
855 Baronne Street
New Orleans, Louisiana 70113

／s/ Robert I. Siegel
ROBERT I. SIEGEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: C. Abadie, 06-5164<br><br>This pleading applies only to the claim of Mark<br>B. Andry regarding 13252 Willowbrook Dr.,<br>New Orleans, LA 70129<br>* * * * * * * * * * * * * * * * * * * * * * * * * * | * CIVIL ACTION NO.: 05-4182<br>*<br>* SECTION "K"<br>*<br>* Judge Stanwood R. Duval, Jr.<br>*<br>* MAGISTRATE (2)<br>* Magistrate Joseph C. Wilkinson, Jr.<br>* |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal,

IT IS HEREBY ORDERED that all claims asserted by plaintiff, Mark B. Andry, be and are hereby dismissed, with prejudice, each party to bear its own respective costs.

NEW ORLEANS, Louisiana this  9th  day of   August  , 2012

UNITED STATES DISTRICT JUDGE