# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *   CIVIL ACTION NO.: 05-4182<br>*<br>*   SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | *<br>*   Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of<br>Shandell Moore regarding 526 Queen Anne,<br>Slidell, LA 70460 | *<br>*   MAGISTRATE (2)<br>*   Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS HEREBY ORDERED that all claims asserted by plaintiff, Shandell Moore, be and are hereby dismissed, with prejudice, each party to bear its own respective costs.

NEW ORLEANS, Louisiana this  9th  day of    August    , 2012

_____
UNITED STATES DISTRICT JUDGE