UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *   CIVIL ACTION NO.: 05-4182 *   *   SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | *   *   Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Judy Smith and Lesley Smith regarding 4216 Walmsley Ave., New Orleans, LA 70125 | *   *   MAGISTRATE (2) *   Magistrate Joseph C. Wilkinson, Jr. |

* * * * * * * * * * * * * * * * * * * * * * * * *   *

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS HEREBY ORDERED that all claims asserted by plaintiffs, Judy Smith and Lesley Smith, be and are hereby dismissed, with prejudice, each party to bear its own respective costs.

NEW ORLEANS, Louisiana this  9th  day of   August   , 2012

_____
UNITED STATES DISTRICT JUDGE