# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: C. Abadie, 06-5164<br><br>This pleading applies only to the claim of Edward<br>Randolph regarding 8853 Gervais St., New<br>Orleans, LA 70127 | * CIVIL ACTION NO.: 05-4182<br>*<br>* SECTION "K"<br>*<br>* Judge Stanwood R. Duval, Jr.<br>*<br>* MAGISTRATE (2)<br>* Magistrate Joseph C. Wilkinson, Jr. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS HEREBY ORDERED that all claims asserted by plaintiff, Edward Randolph, be and are hereby dismissed, with prejudice, each party to bear its own respective costs.

NEW ORLEANS, Louisiana this  9th  day of ____August____, 2012

_____
UNITED STATES DISTRICT JUDGE