UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: MRGO<br>*Armstrong*, No. 10-866 | * <br> * <br> * | <br> SECTION "K"(2) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE TESTIMONY AND EVIDENCE PERTAINING TO DR. ROBERT DALRYMPLE'S SUPPLEMENTAL REPORT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above enumerated action, who respectfully move this Court to grant Plaintiffs' Motion to exclude the testimony and evidence pertaining to Dr. Robert Dalrymple's Supplemental Report for reasons set forth in the accompanying memorandum.

**WHEREFORE**, Plaintiffs pray that this Court issue an order granting Plaintiffs' motion to exclude Dr. Robert Dalrymple's Supplemental Report.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

/s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)

1

BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

/s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of August, 2012.

/s/ *Joseph M. Bruno*
Joseph M. Bruno