UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * | |
| CONSOLIDATED LITIGATION * | CIVIL ACTION |
| * | |
| * | NO. 05-4182 |
| PERTAINS TO: MRGO * | |
|     *Armstrong*, No. 10-866 * | SECTION "K"(2) |
| * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE DUPLICATIVE TESTIMONY BY DEFENDANTS' EXPERT WITNESSES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above enumerated action, who respectfully move that this Court limit and preclude duplicative expert testimony. Plaintiffs seek an Order in *Limine* that **(i)** prohibits the presentation of cumulative expert testimony at trial, and **(ii)** requires Defendants to specifically identify which of their experts are expected to offer trial testimony on the subjects of (a) soils and soil stratigraphy, (b) underseepage, and (c) excavation causation.

**WHEREFORE,** for reasons set forth in the accompanying memorandum, Plaintiffs pray that the Court grant the foregoing Motion in *Limine* to Preclude Duplicative Testimony By Defendants Expert Witnesses.

1

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

/s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

/s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of August, 2012.

*/s/ Joseph M. Bruno*
Joseph M. Bruno