UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE TESTIMONY BASED
ON UNPRODUCED GIS MODEL OR, IN THE ALTERNATIVE,
TO COMPEL PRODUCTION OF THE MODEL TO PLAINTIFFS**

**NOW INTO COURT,** through undersigned counsel come, Plaintiffs who seek entry of an order prohibiting defense expert testimony that relies on Defendants' GIS model, which has never been produced to Plaintiffs despite having been utilized by Defendants' expert witnesses. Alternatively, Plaintiffs seek an order compelling production of the model.

**WHEREFORE,** Plaintiffs pray that this Court enter an order declaring that any evidence or expert testimony proffered by the defendants which relates to or relies upon the Defendants' GIS model shall be precluded. Alternatively, Plaintiffs pray that this Court compel Defendants to produce same post haste.

1

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

/s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

/s/ *James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of August, 2012.

/s/ *Joseph M. Bruno*
Joseph M. Bruno