UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
|     *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' REQUEST FOR JUDICIAL
### NOTICE OF WEATHER-RELATED FACTS

PLAINTIFFS, hereby ask the Court to take judicial notice of basic facts pertaining to the weather, as found in the Court's final order pertaining to the Barge litigation.

1. The parties were able to stipulate to facts concerning relevant weather conditions to the extent they were consistent with the opinions of WGI's damage expert. (Doc. 20920) ("Joint Pretrial Order", Sec. 7. "Uncontested Materials Facts" at p. 29-31, para. 1-20).

2. Plaintiffs sought agreement on additional facts found and specifically set forth by this Court in its final Barge order. (Doc. 20149) ("Final Barge Order"). However, the USA refused to stipulate to those facts. Accordingly, Plaintiffs

1

bring this request for judicial notice of the following facts, on the grounds set forth in the accompanying memorandum of law:

a. Between 4:00 am and 7:45 am on August 29, 2005, the prevailing winds at the IHNC blew in a northeasterly fashion. (Final Barge Order at 17.)

b. At 4:30 a.m. on August 29, 2005, the wind was from the northeast at 46.66°. (Final Barge Order at 16.)

c. By 7:00 a.m. on August 29, 2005, the wind was from the northeast at 29.49°. (Final Barge Order at 16.)

d. By 7:30 a.m., on August 29, 2005, the wind was from the northeast at 20.11°. (Final Barge Order at 16-17.)

e. Maximum one-minute sustained winds at the IHNC as Katrina passed were between 70-80 knots (81-92 mph). (Final Barge Order at 16.)

**WHEREFORE**, for the reasons set forth above and in the accompanying memorandum of law, Plaintiffs seek judicial notice of the foregoing facts.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

/s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

      MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

      /s/ *James Parkerson Roy*
      JAMES PARKERSON ROY (La. Bar No. 11511)
      MR-GO PSLC Liaison Counsel
      Domengeaux Wright Roy & Edwards LLC
      P.O. Box 3668
      Lafayette, LA. 70502
      Telephone: (337) 593-4190 or (337) 233-3033
      Facsimile: 337-233-2796
      Email: jimr@wrightroy.com

      for

      MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
      Jonathan Andry (The Andry Law Firm, New Orleans, LA)
      Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
      James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)


          **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of August, 2012.

          /s/ *Joseph M. Bruno*
          Joseph M. Bruno