## Details on Wave Simulation near and inside the IHNC

### Simulation Setup

The bathymetric grid utilized here is from the ADCIRC grid. The ADCIRC grid is down-interpolated using an inverse distance weighted algorithm with care taken to eliminate coarse grid artifacts such as stepped bathymetry profiles. Manual modifications are made to the wall locations to better represent the canal boundaries. The total Boussinesq numerical grid is 3.5 square miles, using a 4 ft grid step in both horizontal directions. Two bridges cross the canal in this domain: the Florida Avenue Bridge and the North Claiborne Avenue Bridge.

Incident wave conditions are taken from the STWAVE simulations of wave evolution through the GIWW including local wave generation. The STWAVE output location is near the connection of the IHNC and the GIWW. Two-dimensional spectra are used to drive the Boussinesq runs. Simulations are performed for three times, 0630, 0930 and 1030 UTC on the 29th. Due to the early morning times of these simulations, only the waves coming through the GIWW will be used to force the Boussinesq; waves coming down the northern section of the IHNC are assumed short and small, and are ignored. Waves enter the IHNC from the GIWW at an angle nearly perpendicular to the IHNC. The model output to be presented includes wave height transect along the canal, forces, and the vertical distribution of pressure on a panel near the failure locations.

### Simulation Results: Wave Heights and Periods

A plan view snapshot of the wave field at 0630 UTC is given in Figure 15-26. At this time, the significant wave height at the end of the GIWW is 2.4ft. Due to the nearly perpendicular angle of entry into the IHNC, little wave energy makes it south to near the Lock. The wave height transect along the IHNC is shown in Figure 15-27. Wave heights at the Florida Avenue Bridge are about a quarter of a foot. At 0930 UTC, the wave height in the GIWW is near 3.4ft, and wave heights near the Florida Avenue Bridge are close to 0.6ft. By 1030 UTC, the significant wave height at the end of the GIWW has grown to 4.1ft. A snapshot of the waves at this time is shown in Figure 15-28. Here, more wave energy is able to turn into the southern reach of the IHNC, such that the significant wave height near the Florida Avenue Bridge is 1ft. Wave properties through the IHNC at 1030 are also shown in Figure 15-27.

### Simulation Results: Wave Forces

Use of the Boussinesq model to provide estimates of wave force on the IHNC walls near the failure locations is undesirable. The reason for this is that there was wave and surge overtopping, and the Boussinesq model is not capable of simulating overtopping of vertical structures such as canal walls. To address this deficiency, a Navier-Stokes hydrodynamic model is employed. The model used is called COBRAS, developed principally by Prof. Phil Liu at Cornell University. This numerical model is able to accurately simulate wave overturning, 2D(V) turbulence and vorticity and, important to this investigation, overtopping of vertical structures.

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.