

Figure 162. Line of maximum wave heights along the IHNC for waves entering from Lake Pontchartrain. This shows the decay of waves coming in through the entrance and local generation of waves within the canal. Grid spacing is 20 meters (66 ft). Vertical bar around grid point 400 represents range of estimates of wave height near this point made from photographs.

    As can be seen in Figure 161, waves entering the MRGO/GIWW from relatively open waters decay rapidly from almost 3 ft to about 1.2 ft within about one-half mile. However, the winds for the entire 0600-to-1100 UTC (1:00-to-6:00 a.m. CDT) timeframe on the 29th are relatively well-aligned with the axis of the MRGO/GIWW; consequently, local wave generation is quite important here, with wave heights of over 4 ft produced in the vicinity of the GIWW/MRGO – IHNC intersection during peak wind conditions at 1030 UTC (5:30 a.m. CDT) of about 80 knots out of the east. These waves are quite short with peak periods in the range of 3.5 to 4.0 sec. The Boussinesq model was utilized to approximate waves within the IHNC, based on boundary conditions derived from the STWAVE. A modified version of STWAVE was also run in this same area, due to the large spatial extent of the region being modeled. Results from the STWAVE runs showed that the primary source of wave energy incident upon the floodwalls along the Lower Ninth Ward came from waves reflected back to the east side of the canal from the west side. Due to all the irregularities along the west side of the IHNC and the range of types

of slopes and materials, it is difficult to estimate the reflection coefficient for this area with much certainty. Sensitivity tests show that for coefficients of energy reflection in the 50 percent to 80 percent range, wave heights of approximately 2 to 3 ft would be incident on the Lower Ninth Ward floodwalls.

The largest waves entering the IHNC from Lake Pontchartrain boundary lag the large waves entering from the MRGO/GIWW by about 4 hr, with peak conditions occurring around 1430 UTC (9:30 a.m CDT). Similar to waves entering the MRGO/GIWW, these waves decay rapidly and within less than a mile have been reduced to about 1.2 ft. As was the case in the MRGO/GIWW, local wave generation contributes significantly to the evolution of the wave field propagating down the canal from the north. In this case the maximum winds for generation down this portion of the canal occur at about 1430 UTC (9:30 a.m. CDT) on the 29th and are about 61 knots out of the north. As seen in Figure 162, the lower wind speeds and possibly some of the bridges along the canal result in significant wave heights that are slightly smaller than those generated down the MRGO/GIWW – about 2.8 ft compared to over 4 ft. The wave periods are also slightly lower than the peak conditions along the MRGO/GIWW, falling in the range of 3.0 to 3.5 sec. As can be seen in Figure 162, the estimated wave height and period from STWAVE appear consistent with photographic evidence at the extreme southern end of the IHNC, near the Mississippi River Lock.

As shown in Appendix 14, waves at the confluence of the IHNC and MRGO/GIWW entering from the north and east can be treated independently for a number of reasons. First, about a 4-hr phase difference exists in the peak of the wave time histories at the two boundaries. Second, due to the rapid decay of waves entering from the boundaries, waves from the boundaries are less than 0.5 ft at the MRGO/GIWW – IHNC confluence for all time modeled. Third, the local winds align with the MRGO/GIWW axis about 4 hr earlier than with the northern IHNC axis.

The Boussinesq model was used to investigate wave conditions in the vicinity of the breaches in the Lower Ninth Ward, using wave spectra from STWAVE at the MRGO/GIWW – IHNC confluence (Figure 163). The Boussinesq model was not used to provide estimates of wave force on the IHNC walls near the failure because the Boussinesq model is not capable of simulating overtopping of vertical structures such as canal walls. The Navier-Stokes hydrodynamic model was employed at this location. The model used is called COBRAS, developed principally by Prof. Phil Liu at Cornell University. This numerical model is able to accurately simulate wave overtopping, 2D(V) turbulence and vorticity, and importantly, overtopping of vertical structures.

Motivated by the barge that floated through the IHNC, the mechanics of a freely floating barge under the action of wind were examined analytically and the results are presented in Appendix 17. The governing nonlinear equation of motion was developed and solved for the transient barge motion. Under the example wind speed considered (100 mph (87 knots)) the barge approached its steady state (terminal) speed in a relatively short distance, a finding that simplified later analysis. Examples for a lightly loaded and a fully loaded barge were evaluated. For a barge at rest against a floodwall, the steady state forces and moments were small relative to their hydrostatic counterparts. This considers the barge contact with the floodwall to be uniform; a concentrated loading contact could result in considerably larger local forces and moments. For