| Time | Wind Directions | Wind Speed | Water Height | Wave information |
|------|-----------------|------------|--------------|------------------|
| 1:00 AM CDT | Wave simulation, IPET, IV-226:  from 1:00am -6:00 am, the winds are aligned with the axis of the MRGO/ GIWW, indicating winds out of the E/NE - N/ NE.[1]<br><br>———<br>Dooley: 53.23° (E/NE).[2] | Dooley: 42.76 knots (49.20 mph).[3] | 7.1 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial  Order)[4] | |
| 1:30 AM CDT | Wave simulation, IPET, IV-226: 1:00am -6:00 am., the winds are aligned with the axis of the MRGO/ GIWW, indicating winds out of the E/NE -N/NE.[5]<br><br>———<br>Dooley: 52.53°(E/NE). | Dooley: 45.71 knots (52.60 mph). | Between 7.1-7.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | According to wave simulation, IPET, IV-15-36, utilizing the Boussinesq model, "the significant wave height at the end of the GIWW is 2.4ft. Due to the nearly perpendicular angle of entry into the IHNC, little wave energy makes it south to near the Lock. Wave heights at the Florida Avenue Bridge are about a quarter of a foot."[6] |

---

[1] Plaintiffs have asked the Court to take judicial notice of wind direction and speed based on the evidence of a compilation of reported and undisputed weather data accepted by the Court in the matter *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: Barge,* C.A. No. 05-5724 and C.A. No. 06-7516, No. 05-4182, "K" . The wind direction reported by expert Dooley is consistent with IPET's wave simulation conclusion that winds were relatively well aligned with the axis of the MRGO/GIWW from 1:00am-6:00 am. Dooley reports that winds were at 53.34° (at 1:00am) out of the E/NE moving to 40.24° (at 6:00am) out of the N/NE.

[2] Austin L. Dooley, Ph.D., is the expert in the matter titled *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: Barge,* C.A. No. 05-5724 and C.A. No. 06-7516, No. 05-4182, "K", who complied reported weather data and is undisputed and consistent with data reported by defendant's expert. See Hurricane Katrina: Weather Analysis for the Inner Harbor Navigation Canal Between Florida Avenue and Claiborne Avenue, July 2009, p. 23 for the OWI Wind Directions on August 29.

[3] See Hurricane Katrina: Weather Analysis for the Inner Harbor Navigation Canal between Florida Avenue and Claiborne Avenue, July 2009, p. 23 for the OWI 1-Minute Wind Speeds (Knots) on August 29, Attached herein as Exhibit C.

[4] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 1.

[5] Wave simulation, IPET, IV-226: attached herein as Exhibit B.

| Time | Wind Directions | Wind Speed | Water Height | Wave information |
|------|-----------------|------------|--------------|------------------|
| 3:00 AM CDT | Wave simulation, IPET, IV-226: from 1:00am -6:00 am, the winds are aligned the axis of the MRGO/GIWW, indicating winds out of the E/NE -N/NE. ———— Dooley: 49.26° (E/NE) | Dooley: 54.84 knots, (63.10mph). ———— Dalrymple: 50.0 mph[7] | 8.1 Feet (Lockmaster, stipulation no. 1. Joint Pre-Trial Order) | Waves would have to be 3 feet to overtop the North breach (wall height 11.3 feet). Waves would have to be 4.2 feet to overtop the South breach (wall height 12.1 feet). |
| 4:00 AM CDT | Wave simulation, IPET, IV-226: from 1:00am -6:00 am, the winds are aligned with the axis of the MRGO/GIWW, indicating winds out of the E/NE - N/NE. ———— Between 4-7 AM, prevailing winds were out of N/NE, Stipulation.[8] ———— Dooley:  47.72° (N/NE) | Dooley: 59.04 knots (67.94 mph). | 9.3 feet (Lockmaster/stipulation no.1). | |

———————————————————

[6] Wave simulation, IPET, IV-15-36: attached herein as Exhibit A.
[7] Expert Report of Robert B. Dalrymple, March 21, 2012, p. 9.
[8] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 6, 9, 12, 15, 18.

| Time | Wind Directions | Wind Speed | Water Height | Wave information |
|------|-----------------|------------|--------------|-----------------|
| 4:30 AM CDT | Wave simulation, IPET, IV-226:  from 1:00am -6:00 am, the winds are aligned with the axis of the MRGO/GIWW, indicating winds out of the E/NE - N/NE.<br><br>_____<br>Between 4-7 AM, prevailing winds were out of N/NE, Stipulation.[9]<br><br>_____<br>Dooley: 46.66° (N/NE) | Dooley: 61.51 knots (70.78 mph). | 9.3-10.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) |  Wave simulation, IPET, IV-15-36: utilizing the Boussinesq model, the wave height in the GIWW is near 3.4ft, and wave heights near the Florida Avenue Bridge are close to 0.6ft. |
| 5:00 AM CDT | Wave simulation, IPET, IV-226:  from 1:00am -6:00 am, the winds are aligned with the axis of the MRGO/GIWW, indicating winds out of the E/NE - N/NE.<br><br>_____<br>Between 4-7 AM, prevailing winds were out of N/NE, Stipulation.<br><br>_____<br>Dooley: 45.39° (N/E). | Dooley: 64.21 knots (73.89 mph). | 10.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | |

_____

[9] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 6, 9, 12, 15, 18.

| Time | Wind Direction | Wind Speed | Water Height | Wave Information |
|------|----------------|------------|--------------|-----------------|
| 5:30 AM CDT | Wave simulation, IPET, IV-226: from 1:00am - 6:00 am, the winds are aligned with the axis of the MRGO/GIWW, indicating winds out of the E/NE - N/NE. _____ Between 4-7 AM, prevailing winds were out of N/NE, Stipulation.[10] _____ Dalrymple: winds near the MRGO Reach 2 levee were blowing to W/SW or out of E/NE.[11] _____ Dooley: 43.53° (E/NE) | Dooley : 67.27 knots (77.41 mph). _____ Dalrymple: between 60 and 70 mph.[12] _____ Wave simulation, IPET IV-p. 226: peak wind conditions of 80 knots (92.06 mph).[13] | 10.3-11.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | Wave simulation, IPET IV-p. 226: utilizing the STWAVE model, wave heights of over 4 ft produced in the vicinity of the GIWW/MRGO – IHNC .[14] _____ Wave simulation, IPET IV-226-227: utilizing the STWAVE model, estimates wave heights of approximately 2 to 3 ft would be incident on the Lower Ninth Ward floodwalls. _____ Wave simulation, IPET IV-15-36: utilizing the Boussinesq model, estimates the significant wave height at the end of the GIWW has grown to 4.1ft. The significant wave height near the Florida Avenue Bridge is 1ft.[15] |

[10] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 6, 9, 12, 15, 18.
[11] Expert Report of Robert B. Dalrymple, March 21, 2012, p.6.
[12] Expert Report of Robert B. Dalrymple, March 21, 2012, p. 6.
[13] Wave simulation, IPET used the wind speed of 80 knots in the STWAVE model in order to obtain this particular wave estimate. 80 knots is inconsistent with both Dooley and Dalrymple's wind speed.
[14] Wave simulation, IPET used the wind speed of 80 knots in the STWAVE model in order to obtain this particular wave estimate. 80 knots is inconsistent with both Dooley and Dalrymple's wind speed.
[15] Marr states that his original expert report was based on this wave estimate by wave simulation, IPET, see Supplemental Report of W. Allen Marr, July 24, 2012, p.1.

| Time | Wind Direction | Wind Speed | Water Height | Wave Information |
|------|---------------|------------|--------------|-----------------|
| 6:00 AM CDT | Wave simulation, IPET, IV-226:  1:00 -6:00 am, the winds are aligned with the axis of the MRGO/GIWW, indicating winds out of the E/NE -N/NE.<br><br>_____<br> Between 4-7 AM, prevailing winds were out of N/NE, Stipulation.[16]<br><br>_____<br>Dooley: 40.24° (E/NE) | Dooley: 70.90 knots (81.59 mph). | 11.3 feet<br>(Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | |

_____

[16] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 6, 9, 12, 15, 18

| Time | Wind Direction | Wind Speed | Water Height | Wave Information |
|------|----------------|------------|--------------|-----------------|
| 7:00 AM CDT | Between 4-7 AM, prevailing winds were out of N/NE, Stipulation.[17] _____ Dooley:29.49° (N/NE) | Dooley: 76.65 knots (88.21 mph). | 12.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | Dalrymple: the height of the floodwall varied from as high as 13 feet to a low value of 11.3 feet near the north end of the reach. The next lowest elevation along the floodwall was 12.1 feet at the southern end of the reach, average elevation of the floodwall was 12.6 feet.[18] _____ Lockmaster, Michael O'Dowd:  waves were between one and two feet between 7:00am and 8:00am. O'Dowd noted that the waves were going Southbound.[19] |
| 7:15 AM CDT | Dooley: 25.22° (N/NE) | Dooley: 76.56 knots (88.10 mph). | 12.3-13.8 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | Lockmaster, Michael O'Dowd:  waves were between one and two feet between 7:00am and 8:00am. O'Dowd noted that the waves were going Southbound.[20] |

---

[17] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 6, 9, 12, 15, 18.

[18] "The elevation of the floodwall at the east bank of the IHNC was taken from a survey performed by the Orleans Levee District in 1999. This survey shows that the IHNC floodwalls were lower than the design elevation". Expert Report of Robert B. Dalrymple, March 21, 2012, P. 8-9.

[19] See *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: Barge,* C.A. No. 05-5724 and C.A. No. 06-7516, No. 05-4182, "K", Order and Reasons, January 20, 2011; see also  *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: Barge,* C.A. No. 05-5724 and C.A. No. 06-7516, No. 05-4182, "K", trial transcript, p. 2224-2225 lines 10-23 .

[20] See *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: Barge,* C.A. No. 05-5724 and C.A. No. 06-7516, No. 05-4182, "K", Order and Reasons, January 20, 2011; see also  *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: Barge,* C.A. No. 05-5724 and C.A. No. 06-7516, No. 05-4182, "K", trial transcript, p. 2224-2225 lines 10-23 .

| Time | Wind Direction | Wind Speed | Water Height | Wave Information |
|------|----------------|------------|--------------|-----------------|
| | | | | |
| 7:30 AM CDT | Dooley: 20.11° (N/NE) _____ Dalrymple:  to SW/S or out of N/NE .[21] | Dooley: 77.58 knots (89.28) mph. | 12.3-13.8 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | Lockmaster, Michael O'Dowd:  waves were between one and two feet between 7:00am and 8:00am. O'Dowd noted that the waves were going Southbound.[22] |
| 8:00 AM CDT | Dooley: 6.45° (N) | Dooley: 75.47 knots (85.85 mph). _____  Dalrymple: wind speed increased to 70 mph.[23] | 13.8 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | Lockmaster, Michael O'Dowd:  waves were between one and two feet between 7:00am and 8:00am. O'Dowd noted that the waves were going Southbound.[24] |

[21] Expert Report of Robert B. Dalrymple, March 21, 2012, p. 6.

[22] See *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: Barge,* C.A. No. 05-5724 and C.A. No. 06-7516, No. 05-4182, "K", Order and Reasons, January 20, 2011; see also  *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: Barge,* C.A. No. 05-5724 and C.A. No. 06-7516, No. 05-4182, "K", trial transcript, p. 2224-2225 lines 10-23 .

[23] Id.

[24] See *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: Barge,* C.A. No. 05-5724 and C.A. No. 06-7516, No. 05-4182, "K", Order and Reasons, January 20, 2011; see also  *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: Barge,* C.A. No. 05-5724 and C.A. No. 06-7516, No. 05-4182, "K", trial transcript, p. 2224-2225 lines 10-23 .

| Time | Wind Direction | Wind Speed | Water Height | Wave Information |
|------|----------------|------------|--------------|-----------------|
| 8:30 AM CDT | Dalrymple: toward the South or out of the North.[25] ———— Dooley: 349.89° (N/NW) | Dooley: 72.56 knots (83.50 mph). ———— Dalrymple: 60 to 70 mph.[26] | 13.8-14.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | |
| 9:00 AM CDT | Dooley: 330.90° (N/NW) | Dooley: 70.13 knots (80.70 mph). | 14.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | |

---

[25] Expert Report of Robert B. Dalrymple, March 21, 2012, p. 6.
[26] Id.

| Time | Wind Direction | Wind Speed | Water Height | Wave Information |
|------|---------------|------------|--------------|-----------------|
| 9:30 AM CDT | Dooley: 310.04° (N/NW)<br><br>———<br><br>Wave simulation, IPET, IV P. 277: N | Dooley: 68.51 knots (78.84 mph).<br><br>———<br><br>Wave simulation, IPET, IV p. 227: 61 knots (70.20 mph). | 14.3-12.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | Wave simulation, IPET, IV p. 227: utilizing the STWAVE model, the largest waves entering the IHNC from Lake Pontchartrain boundary decay rapidly and within less than a mile have been reduced to about 1.2 ft. Significant wave heights are slightly smaller than those generated down the MRGO/GIWW – about 2.8 ft. compared to over 4 ft.[27] |
| 10:00 AM CDT | WNW, stipulation.[28]<br><br>———<br><br>Dooley: 293.12° (N/NW) | Dooley reports 65.21 knots, (75.04 mph). | 12.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | |

---

[27] Wave simulation, IPET, IV 227 states "As can be seen in Figure 162, the estimated wave height and period from STWAVE appear consistent with photographic evidence at the extreme southern end of the IHNC, near the Mississippi River Lock". Figure 162 is a chart that illustrates the maximum wave heights along the IHNC based on photographs. (see Exhibit B). The black line on the chart is an indication of estimated wave height for a photograph that is not referenced. The line shows 3 foot waves at 9:30 am CDT.
[28] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 7, 10, 13, 16, 19.