# DOOLEY SEAWEATHER ANALYSIS, INC.

P.O. Box 63, City Island, NY 10464
Tel: 718 885 0962 ▪ Fax: 718 885 0964
E-mail: DSEAWX@IX.NETCOM.COM

# HURRICANE KATRINA:

# WEATHER ANALYSIS FOR THE INNER HARBOR NAVIGATION CANAL (IHNC) BETWEEN FLORIDA AVENUE AND CLAIBORNE AVENUE

## PREPARED FOR

Goodwin Procter LLP

901 New York Ave. NW

Washington, D.C. 20001

## Prepared by:

*[signature]*

Austin L. Dooley, Ph.D.

July 27, 2009

## HURRICANE KATRINA: WEATHER ANALYSIS FOR THE IHNC

### TABLE 6A. OWI WIND DIRECTIONS (FROM) ON AUGUST 29
### (BASED ON 2006 MMS STUDY)

| CDT | A=30N - 90.05W WIND DIR. MMS | B=30N - 90.00W WIND DIR. MMS | C=29.95N - 90.05W WIND DIR. MMS | D=29.95N - 90.00W WIND DIR. MMS | E=29.98N - 90.02W INTERPOLATED WIND DIR. |
|---|---|---|---|---|---|
| 0000 | 52.64 | 54.11 | 52.26 | 53.81 | 53.59 |
| 0015 | 52.52 | 54.08 | 52.16 | 53.77 | 53.55 |
| 0030 | 52.42 | 54.02 | 52.09 | 53.71 | 53.50 |
| 0045 | 52.34 | 53.97 | 51.96 | 53.63 | 53.43 |
| 0100 | 52.23 | 53.89 | 51.81 | 53.52 | 53.34 |
| 0115 | 51.82 | 53.54 | 51.35 | 53.11 | 52.97 |
| 0130 | 51.37 | 53.13 | 50.82 | 52.64 | 52.53 |
| 0145 | 50.85 | 52.67 | 50.19 | 52.09 | 52.04 |
| 0200 | 50.23 | 52.13 | 49.53 | 51.52 | 51.49 |
| 0215 | 49.59 | 51.57 | 48.91 | 50.96 | 50.92 |
| 0230 | 48.97 | 51.01 | 48.35 | 50.47 | 50.39 |
| 0245 | 48.39 | 50.50 | 47.69 | 49.91 | 49.86 |
| 0300 | 47.71 | 49.92 | 46.92 | 49.27 | 49.26 |
| 0315 | 46.92 | 49.28 | 46.04 | 48.68 | 48.64 |
| 0330 | 46.04 | 48.68 | 45.85 | 48.43 | 48.18 |
| 0345 | 45.85 | 48.44 | 45.60 | 48.22 | 47.95 |
| 0400 | 45.60 | 48.23 | 45.23 | 47.96 | 47.72 |
| 0415 | 45.05 | 47.78 | 44.51 | 47.40 | 47.23 |
| 0430 | 44.27 | 47.21 | 43.75 | 46.83 | 46.66 |
| 0445 | 43.56 | 46.64 | 43.07 | 46.24 | 46.08 |
| 0500 | 42.80 | 45.99 | 42.03 | 45.48 | 45.39 |
| 0515 | 41.70 | 45.17 | 41.21 | 44.64 | 44.56 |
| 0530 | 40.82 | 44.25 | 39.88 | 43.45 | 43.53 |

**HURRICANE KATRINA: WEATHER ANALYSIS FOR THE IHNC**

| | | | | | |
|---|---|---|---|---|---|
| 0545 | 39.36 | 42.93 | 37.91 | 41.82 | 42.08 |
| 0600 | 37.24 | 41.14 | 36.00 | 39.90 | 40.24 |
| 0615 | 35.29 | 39.08 | 33.63 | 37.54 | 38.06 |
| 0630 | 32.58 | 36.52 | 30.80 | 34.90 | 35.47 |
| 0645 | 29.73 | 33.81 | 27.88 | 32.04 | 32.70 |
| 0700 | 26.71 | 30.81 | 24.28 | 28.50 | 29.49 |
| 0715 | 22.40 | 26.77 | 19.43 | 23.89 | 25.22 |
| 0730 | 17.47 | 22.00 | 13.59 | 18.26 | 20.11 |
| 0745 | 11.38 | 16.08 | 6.28 | 11.31 | 13.77 |
| 0800 | 3.72 | 8.89 | 358.81 | 3.79 | 6.45 |
| 0815 | 356.78 | 361.38 | 351.67 | 355.50 | 358.63 |
| 0830 | 349.37 | 352.93 | 343.54 | 346.32 | 349.89 |
| 0845 | 341.22 | 343.72 | 335.28 | 336.95 | 340.61 |
| 0900 | 333.03 | 334.34 | 326.44 | 326.75 | 330.90 |
| 0915 | 323.86 | 323.87 | 317.04 | 316.03 | 320.33 |
| 0930 | 314.42 | 313.14 | 308.48 | 306.40 | 310.04 |
| 0945 | 306.10 | 303.70 | 301.09 | 298.02 | 301.03 |
| 1000 | 298.72 | 295.42 | 294.47 | 290.67 | 293.12 |
| 1015 | 292.75 | 288.80 | 289.50 | 285.14 | 286.94 |
| 1030 | 287.95 | 283.50 | 284.36 | 279.90 | 281.66 |
| 1045 | 282.51 | 278.21 | 278.87 | 274.65 | 276.38 |
| 1100 | 277.42 | 273.26 | 274.46 | 270.38 | 271.71 |
| 1115 | 273.23 | 269.35 | 270.72 | 267.06 | 268.03 |
| 1130 | 269.71 | 266.21 | 267.59 | 264.20 | 265.00 |
| 1145 | 266.74 | 263.47 | 264.83 | 261.49 | 262.28 |
| 1200 | 263.94 | 260.63 | 262.37 | 259.41 | 259.74 |

**HURRICANE KATRINA: WEATHER ANALYSIS FOR THE IHNC**

### TABLE 6B. OWI 1-MINUTE WIND SPEEDS (KNOTS) ON AUGUST 29
### (BASED ON 2006 MMS STUDY)

|  | A=30N - 90.05W | B=30N - 90.00W | C=29.95N - 90.05W | D=29.95N - 90.00W | E=29.98N - 90.02W |
|---|---|---|---|---|---|
| CDT | WIND SPD MMS | WIND SPD MMS | WIND SPD MMS | WIND SPD MMS | INTERPOLATED WIND SPEED |
| 0000 | 40.65 | 41.05 | 41.60 | 42.04 | 41.05 |
| 0015 | 40.97 | 41.42 | 41.94 | 42.42 | 41.42 |
| 0030 | 41.33 | 41.82 | 42.32 | 42.84 | 41.83 |
| 0045 | 41.74 | 42.26 | 42.74 | 43.29 | 42.27 |
| 0100 | 42.18 | 42.74 | 43.20 | 43.79 | 42.76 |
| 0115 | 43.50 | 44.09 | 44.51 | 45.16 | 44.12 |
| 0130 | 44.80 | 45.48 | 45.96 | 47.07 | 45.71 |
| 0145 | 46.29 | 47.44 | 48.22 | 49.43 | 47.84 |
| 0200 | 48.48 | 49.60 | 49.97 | 51.09 | 49.79 |
| 0215 | 50.11 | 51.25 | 51.51 | 52.88 | 51.51 |
| 0230 | 51.63 | 52.92 | 52.92 | 54.08 | 52.99 |
| 0245 | 52.90 | 53.99 | 53.78 | 54.86 | 53.94 |
| 0300 | 53.66 | 54.74 | 54.68 | 55.98 | 54.84 |
| 0315 | 54.54 | 55.82 | 55.83 | 57.01 | 55.89 |
| 0330 | 55.64 | 56.74 | 56.83 | 57.94 | 56.82 |
| 0345 | 56.54 | 57.69 | 58.05 | 59.10 | 57.85 |
| 0400 | 57.86 | 58.87 | 59.09 | 60.29 | 59.04 |
| 0415 | 58.92 | 60.10 | 60.27 | 61.54 | 60.28 |
| 0430 | 60.04 | 61.33 | 61.38 | 62.77 | 61.51 |
| 0445 | 61.16 | 62.62 | 62.69 | 64.11 | 62.82 |
| 0500 | 62.53 | 64.00 | 63.98 | 65.51 | 64.21 |
| 0515 | 63.79 | 65.40 | 65.16 | 67.09 | 65.67 |
| 0530 | 64.98 | 67.01 | 66.55 | 68.65 | 67.27 |

**HURRICANE KATRINA: WEATHER ANALYSIS FOR THE IHNC**

| | | | | | |
|---|---|---|---|---|---|
| 0545 | 66.35 | 68.58 | 68.02 | 70.59 | 68.99 |
| 0600 | 67.88 | 70.56 | 69.55 | 72.40 | 70.90 |
| 0615 | 69.42 | 72.33 | 70.95 | 74.02 | 72.61 |
| 0630 | 70.65 | 74.01 | 72.11 | 75.50 | 74.21 |
| 0645 | 71.93 | 75.33 | 73.53 | 76.64 | 75.45 |
| 0700 | 73.45 | 76.50 | 74.45 | 77.88 | 76.65 |
| 0715 | 74.41 | 77.68 | 74.99 | 78.38 | 77.56 |
| 0730 | 74.90 | 77.94 | 75.34 | 78.05 | 77.58 |
| 0745 | 75.13 | 77.51 | 75.04 | 76.98 | 76.90 |
| 0800 | 74.59 | 76.35 | 74.04 | 75.16 | 75.47 |
| 0815 | 73.55 | 74.57 | 73.06 | 73.62 | 73.79 |
| 0830 | 72.62 | 73.27 | 72.31 | 72.50 | 72.56 |
| 0845 | 71.85 | 72.07 | 71.52 | 71.19 | 71.32 |
| 0900 | 70.95 | 70.74 | 70.66 | 70.21 | 70.13 |
| 0915 | 70.00 | 69.77 | 69.86 | 69.57 | 69.29 |
| 0930 | 69.10 | 69.03 | 68.75 | 68.72 | 68.51 |
| 0945 | 67.63 | 68.04 | 66.61 | 67.20 | 67.30 |
| 1000 | 65.22 | 66.10 | 64.01 | 64.87 | 65.21 |
| 1015 | 63.04 | 63.89 | 61.91 | 62.66 | 63.00 |
| 1030 | 61.05 | 61.70 | 59.95 | 60.62 | 60.87 |
| 1045 | 58.92 | 59.63 | 57.68 | 58.41 | 58.75 |
| 1100 | 56.57 | 57.26 | 55.47 | 56.12 | 56.40 |
| 1115 | 54.46 | 55.06 | 53.47 | 54.12 | 54.29 |
| 1130 | 52.47 | 53.10 | 51.79 | 52.31 | 52.39 |
| 1145 | 50.90 | 51.43 | 50.33 | 50.90 | 50.81 |
| 1200 | 49.43 | 50.04 | 48.94 | 49.60 | 49.46 |