# LISTING OF PLAINTIFF'S EXHIBITS TO WHICH THERE'S AN OBJECTION BY PLAINTIFFS INDICATING THE MOTION IN LIMINE THAT ADDRESSES THE OBJECTION.

| | | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-1425 | PX-0432 | DX-01635 | 7/1/2001 | Letter Confirming Receipt of Claim; Jeannine Armstrong | Jeannine Armstrong Dep Ex.3 (2007) | Jeannine Armstrong Dep Ex.3 (2007) | 3 | | Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | | | | 2 |
| JX-1426 | PX-1399 | DX-01636 | | Jeannine Armstrong SSN | Jeannine Armstrong Dep Ex.5 (2007) | Jeannine Armstrong Dep Ex.5 (2007) | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | | 4 |
| JX-1428 | PX-2771 | DX-01638 | 9/8/2011 | 9/8/11 Letter from Rice to Stevens | Jeannine Armstrong Dep Ex.2 | Jeannine Armstrong Dep Ex.2 | 3 | 2 | | | | | |
| JX-1429 | PX-1215 | DX-01639 | | Flood Contents Worksheet - Armstrong | Jeannine Armstrong Dep Ex.4 | Jeannine Armstrong Dep Ex.4 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | | 4 |
| JX-1430 | PX-2808 | DX-01640 | | Proof of Loss form (loss date 8/29/05) | LMIC-ARMS 0196 | LMIC-ARMS 0196 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | 2,4 |
| JX-1431 | PX-2806 PX-2807 PX-3467 | DX-01641 | 9/18/2007 | Liberty Mutual Fire Insurance Company's Notice of Removal | Jeannine Armstrong Dep Ex.10, Kenneth Armstrong Dep Ex.16, Taylor Dep. Ex. 13, WGII Taylor Daubert Motion Ex. 17 | Jeannine Armstrong Dep Ex.10, Kenneth Armstrong Dep Ex.16, Taylor Dep. Ex. 13, WGII Taylor Daubert Motion Ex. 17 | 3 | | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | 4 |
| JX-1432 | PX-1398 | DX-01642 | | Handwritten notes with Universal Health Services Retirement Saving Plans documents | Jeannine Armstrong Dep Ex.11 | Jeannine Armstrong Dep Ex.11 | 3 | | Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | 2,4 |
| JX-1434 | PX-0800 | DX-01644 | | Class Rep. Info Sheet - Kenneth Armstrong | Kenneth Armstrong Dep Ex.1 (2007) | Kenneth Armstrong Dep Ex.1 (2007) | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | | 2 |
| JX-1435 | PX-0434 | DX-01645 | 7/1/2006 | Letter from Merchant to Armstrong re Acknowledgment of Receipt of Claim | Kenneth Armstrong Dep Ex.2 (2007) | Kenneth Armstrong Dep Ex.2 (2007) | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings | | | | 4 |

| | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-1436 | PX-0799 | DX-01646 | | Additional Class Rep. Info Sheet - Kenneth Armstrong | Kenneth Armstrong Dep Ex.3 (2007) | Kenneth Armstrong Dep Ex.3 (2007) | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | | | 2 |
| JX-1438 | PX-0027 | DX-01648 | | Property Tax Inquiry | Kenneth Armstrong Dep Ex.5 (2007) | Kenneth Armstrong Dep Ex.5 (2007) | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | This exhibit is the subject of a Motion in Limine to Exclude Evidence of Diminution of Value as an Appropriate Measure of Damages. | | 2,3 |
| JX-1447 | PX-3371 | DX-01658 | | Photos of Hamlet Place provided by Allstate Insurance | Kenneth Armstrong Dep Ex.4 | Kenneth Armstrong Dep Ex.4 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | 4 |
| JX-1451 | PX-3023 PX-3341 | DX-01662 | | National Flood Insurance Program Final Report | ALLSTATE 000011 | ALLSTATE 000017 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 4,2 |
| JX-1452 | PX-3341 PX-0097 PX-3565 PX-3566 | DX-01663 | 10/11/2005 | Property Loss Worksheet from Allstate Insurance | ALLSTATE 000025 | ALLSTATE 000025 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | 2,4 |
| JX-1453 | PX-3341 PX-1002 PX-2657 | DX-01664 | | Liberty Mutual estimate of repairs - Hamlet Place | LMIC-ARMS 0101 | LMIC-ARMS 0110 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | 2,4 |
| JX-1454 | PX-2779 | DX-01665 | 3/29/2006 | 03/29/06 Letter to Liberty Mutual from Kenny Armstrong | LMIC-ARMS 0136-138; 0150-0153 | LMIC-ARMS 0136-138; 0150-0153 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | 4 |
| JX-1455 | PX-2805 | DX-01666 | | Liberty Mutual Estimated Cost of Repairs - Hamlet Place | LMIC-ARMS 0154 | LMIC-ARMS 0162 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 4,2 |

| | | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-1456 | PX-2803 PX-3090 PX-3564 | DX-01667 | | Armstrong Proof of Loss form for Liberty Mutual | LMIC-ARMS 0196 | LMIC-ARMS 0198 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1457 | PX-1390 PX-1394 PX-2765 | DX-01668 | 7/18/2006 | Handwritten letter to Whom It May Concern from Armstrongs | LMIC-ARMS 0166 | LMIC-ARMS 0189 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1458 | PX-2778 | DX-01669 | 10/16/2007 | Letter from Road Home to Kenneth Armstrong re benefits | Kenneth Armstrong Dep Ex.17 | Kenneth Armstrong Dep Ex.17 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | | 2 |
| JX-1459 | PX-2777 | DX-01670 | 1/31/2007 | Letter from Road Home to Kenneth Armstrong re benefits | Kenneth Armstrong Dep Ex.18 | Kenneth Armstrong Dep Ex.18 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | | 2 |
| JX-1468 | PX-3446 PX-3454 | DX-01679 | 8/5/2011 | Plaintiff Fred Holmes, Jr. Responses to WGI's 1st Set of Requests for Admissions | Fred Holmes Dep Ex.2 | Fred Holmes Dep Ex.2 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | | 2 |
| JX-1469 | PX-3732 | DX-01680 | | Fred Holmes salary information from 2003-2010 | Fred Holmes Dep Ex.3 | Fred Holmes Dep Ex.3 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | | 4 |
| JX-1470 | PX-2724 | DX-01681 | | LASERS Account History for Fred Holmes | Fred Holmes Dep Ex.4 | Fred Holmes Dep Ex.4 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | | | 4,2 |
| JX-1471 | PX-2789 | DX-01682 | 8/24/2011 | Letter from Purchner to Treeby re discovery deficiencies | Fred Holmes Dep Ex.5 | Fred Holmes Dep Ex.5 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings | Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | | | 4,2 |

| | | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-1473 | PX-3704 | DX-01684 | 2/13/2009 | Holmes v. Club Insurance Agency, Inc. Requests for Production of Documents | ACFIC 000206 | ACFIC 000220 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1474 | PX-0008 PX-2896 | DX-01686 | | Mediation Worksheet | ACFIC 000687 | ACFIC 000693 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,4 |
| JX-1475 | PX-2780 | DX-01687 | 4/17/2007 | Letter from SBA re disaster loan payment deferral approved | | | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | | | | 2 |
| JX-1476 | PX-0292 | DX-01688 | | Flood 'N' Screen Closing Sheet | ACFIC 000435 | ACFIC 000458 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | | | | 2 |
| JX-1477 | PX-3098 | DX-01689 | 10/25/2007 | Holmes v. AAA Insurance, Order and Reasons | ACFIC 000926 | ACFIC 000936 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1478 | PX-2773 | DX-01690 | | Letter from Dauterive to Holmes re payment from Standard Mortgage Corp. | ACFIC 000698 | ACFIC 000698 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of Diminution of Value as an Appropriate Measure of Damages. | | 4,2,3 |
| JX-1479 | PX-3832 | DX-01691 | 6/23/2010 | Statement by Auto Club Family Insurance Company | ACFIC 000011 | ACFIC 000011 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1480 | PX-3135 | DX-01692 | 8/29/2007 | Holmes v. Club Insurance Agency Inc., Petition for Damages | ACFIC 000151 | ACFIC 000152 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings | | | | 4 |

| | | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-1481 | PX-3706 PX-3707 | DX-01693 | 2/13/2009 | Holmes v. Club Insurance Agency Inc., Responses to Interrogatories | ACFIC 000154 | ACFIC 000161 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | | 4 |
| JX-1482 | PX-3708 | DX-01694 | 7/9/2009 | Holmes v. Club Insurance Agency Inc., Responses to Interrogatories | ACFIC 000169 | ACFIC 000195 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | | 4 |
| JX-1483 | PX-3681 | DX-01695 | 6/23/2010 | Release Agreement | ACFIC 000009 | ACFIC 000010 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1484 | PX-0173 | DX-01696 | | Attachment 2, Benefit Selection Form | Fred Holmes Dep Ex.20 | Fred Holmes Dep Ex.20 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | | 2 |
| JX-1485 | PX-0873 | DX-01697 | | eGrantsPlus - Approve Grant Amount for Holmes | Fred Holmes Dep Ex.21 | Fred Holmes Dep Ex.21 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | | 2 |
| JX-1486 | PX-0261 | DX-01698 | | Claim for Damage, Injury, or Death - Holmes | NRL195-1046 | NRL195-1048 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | 2,4 |
| JX-1487 | PX-2772 | DX-01700 | 9/19/2011 | Letter from Rice to Stevens re preliminary economic calculations for Holmeses | Jeneen Holmes Dep Ex.1, Fred Holmes Dep Ex.6 | Jeneen Holmes Dep Ex.1, Fred Holmes Dep Ex.6 | 3 | 2 | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | | | 4,2 |
| JX-1490 | PX-1226 | DX-01707 | 9/3/1999 | Certificate of Cancellation | Alvin Livers Dep Ex.1 | Alvin Livers Dep Ex.1 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | 2,4 |
| JX-1491 | PX-2788 | DX-01708 | | Letter from Purchner to Treeby re discovery deficiencies | Alvin Livers Dep Ex.3 | Alvin Livers Dep Ex.3 | 3 | | | | | | |

| JX # | PX # | DX # | Date | Description | Beg Bates | End Bates | Obj | Deposition Designation | Objections | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-1492 | PX-3917 | DX-01709 | 12/2/2005 | Houma Catastrophe Office State Farm Insurance - Summary of Hurricane | Alvin Livers Dep Ex.4 | Alvin Livers Dep Ex.4 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1496 | PX-1208 | DX-01713 | 7/6/2011 | State Farm Fire and Casualty Co., Fire Claim Service Record - Full | Alvin Livers Dep Ex.8 | Alvin Livers Dep Ex.8 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1498 | PX-1212 | DX-01715 | | Livers Flood Contents Worksheet | Alvin Livers Dep Ex.10 | Alvin Livers Dep Ex.10 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | | 4 |
| JX-1499 | PX-3830 | DX-01716 | 9/13/2005 | State Farm Claim File Copy of check to Barbara Livers | Livers 0071 | Livers 0072 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1500 | PX-0377 PX-2781 PX-3831 | DX-01717 | 2/14/2006 | Letter from State Farm Insurance to Alvin Livers re draft of statement of settlement | LIVERS 004 | LIVERS 015 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4 |
| JX-1501 | PX-1395 | DX-01718 | | Notes from claims adjuster | Livers 0064 | Livers 0064 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1502 | PX-1396 | DX-01719 | | Notes from claims adjuster | Livers 0191 | Livers 0191 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1503 | PX-1235 | DX-01720 | | Claim for Damage, Injury, or Death; Form 95 | NRL324-0733 | NRL324-0735 | 3 | | | | | | |
| JX-1504 | PX-0263 PX-3343 | DX-01721 | | Claim for Damage, Injury, or Death - Amended Claim | NRL807-0262 | NRL807-0262 | 3 | | | | | | |
| JX-1505 | PX-0264 | DX-01722 | | Claim for Damage, Injury, or Death - Amended Claim | NRL722-0496 | NRL722-0496 | 3 | | | | | | |

| | | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-1506 | PX-0123 | DX-01723 | | eGrantsPlus - Option Selected and Available Grant Data - Livers | Alvin Livers Dep Ex.18 | Alvin Livers Dep Ex.18 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | 2,4 |
| JX-1507 | PX-0174 | DX-01724 | | Attachment 2, Benefit Selection Form - Livers | Alvin Livers Dep Ex.19 | Alvin Livers Dep Ex.19 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1508 | PX-0053 | DX-01725 | 4/18/2007 | Act of Cash Sale | Alvin Livers Dep Ex.20 | Alvin Livers Dep Ex.20 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of Diminution of Value as an Appropriate Measure of Damages. | | 2,4,3 |
| JX-1509 | PX-3692 | DX-01726 | 12/22/2005 | Rental Agreement with Forest Isle Apartments | Alvin Livers Dep Ex.21 | Alvin Livers Dep Ex.21 | 3 | | | | | | |
| JX-1510 | PX-1360 | DX-01727 | | eGrantsPlus - Approve Grant Amount - Livers | Alvin Livers Dep Ex.22 | Alvin Livers Dep Ex.22 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | 2,4 |
| JX-1511 | PX-1143 | DX-01729 | 10/18/2005 | State Farm Inventory List | Livers 0140 | Livers 0152 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | | 4 |
| JX-1517 | PX-1223 | DX-01738 | 7/12/2005 | Insurance File from Alliance | ALLIANCE 000001 | ALLIANCE 000025 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1518 | PX-3978 | DX-01739 | | Road Home file - Coats | Nathan Morgan Dep Ex.7 | Nathan Morgan Dep Ex.7 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | | 2 |
| JX-1522 | PX-3141 | DX-01743 | 2/9/2005 | Deutsche Bank National Trust Co. v. Clifford and Patricia Washington, Petition to Enforce Security Interest by Executory Process | Clifford Washington Dep Ex.2 | Clifford Washington Dep Ex.2 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Claims Dismissed by Clifford Washington. | | 2,4,1 |

| | | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-1523 | PX-3138 PX-3466 | DX-01744 | 8/15/2007 | Clifford Washington v. LA Citizens Property Insurance Corp., Petition for Damages | Clifford Washington Dep Ex.3, Taylor Dep. Ex. 32 | Clifford Washington Dep Ex.3, Taylor Dep. Ex. 32 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Claims Dismissed by Clifford Washington. | | 4,2,1 |
| JX-1524 | PX-3137 | DX-01745 | 8/29/2007 | Clifford Washington v. LA Citizens Fair Plan, Petition | Clifford Washington Dep Ex.4 | Clifford Washington Dep Ex.4 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Claims Dismissed by Clifford Washington. | | 4,2,1 |
| JX-1525 | PX-3140 | DX-01746 | 8/29/2007 | Clifford Washington v. SAFECO Insurance Co., Petition | Clifford Washington Dep Ex.5 | Clifford Washington Dep Ex.5 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Claims Dismissed by Clifford Washington. | | |
| JX-1526 | PX-3139 | DX-01747 | 12/17/2004 | Clifford Washington v. Premier Dodge, LLC, Petition for Damages | Clifford Washington Dep Ex.6 | Clifford Washington Dep Ex.6 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Claims Dismissed by Clifford Washington. | | 4,2,1 |
| JX-1527 | PX-3136 | DX-01748 | 6/29/2009 | Darryl Burke et al., v. Clifford Washington, Petition for Damages | Clifford Washington Dep Ex.7 | Clifford Washington Dep Ex.7 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Claims Dismissed by Clifford Washington. | | 4,2,1 |
| JX-1528 | PX-3733 | DX-01749 | 4/22/1992 | Sale of Property by Gary Williams to Clifford Washington | Clifford Washington Dep Ex.8 | Clifford Washington Dep Ex.8 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Claims Dismissed by Clifford Washington. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of Diminution of Value as an Appropriate Measure of Damages. | 4,2,3,1 |
| JX-1529 | PX-0252 | DX-01750 | | Check Review | ASIC 000108 | ASIC 000108 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Claims Dismissed by Clifford Washington. | | 1, 2, 4 |
| JX-1530 | PX-3762 | DX-01751 | 6/3/2005 | Deutsche Bank National Trust Co. v. Clifford Washington, Seizure and Sale of Property | Clifford Washington Dep Ex.11 | Clifford Washington Dep Ex.11 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude of, or reference to, Claims Dismissed by Clifford Washington. | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of Diminution of Value as an Appropriate Measure of Damages | 1,4,2,3 |

| | | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-1531 | PX-1213 | DX-01752 | | Flood Contents Worksheet - Washington | Clifford Washington Dep Ex.12 | Clifford Washington Dep Ex.12 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | | 4 |
| JX-1532 | PX-1214 | DX-01753 | | Flood Contents Worksheet filed out by Clifford Washington | Clifford Washington Dep Ex.13 | Clifford Washington Dep Ex.13 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | | 4 |
| JX-1533 | PX-1141 PX-2766 | DX-01754 | 10/14/2005 | Letter from Clifford Washington to America Quest Mortgage | WASHINGTON 127 | WASHINGTON 129 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 2,4 |
| JX-1538 | PX-0054 | DX-01759 | 2/23/2001 | Act of Sale from Joe E. James to Clifford Washington | Clifford Washington Dep Ex.19 | Clifford Washington Dep Ex.19 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude of, or reference to, Claims Dismissed by Clifford Washington. | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of Diminution of Value as an Appropriate Measure of Damages. | 1,4,2,3 |
| JX-1539 | PX-3979 | DX-01760 | 6/27/2007 | The Road Home Grant Recepient Affidavit | Clifford Washington Dep Ex.20 | Clifford Washington Dep Ex.20 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude of, or reference to, Claims Dismissed by Clifford Washington. | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 1,2,4 |
| JX-1540 | PX-0265 | DX-01761 | | Claim Summary from Central Claims Service - Washington | CITIZENS 000267 | CITIZENS 000278 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude of, or reference to, Claims Dismissed by Clifford Washington. | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 1,4,2 |
| JX-1541 | PX-0777 | DX-01762 | | Floor plan prepared by Taylor of Charbonnet house | Clifford Washington Dep Ex.22 | Clifford Washington Dep Ex.22 | 3 | | | | | | |
| JX-1542 | PX-0251 | DX-01763 | | Central Claims Service estimate of damage - Washington | CITIZENS 000291, 293-308 | CITIZENS 000291, 293-308 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude of, or reference to, Claims Dismissed by Clifford Washington. | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 1,4,2 |
| JX-1545 | PX-0253 PX-0349 | DX-01766 | | Group of checks from Audobon Insurance Group | CITIZENS 000246-250; 254; 131 | CITIZENS 000246-250; 254; 131 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude of, or reference to, Claims Dismissed by Clifford Washington. | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 1,4,2 |

| | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-1546 | PX-2782 | DX-01767 | 11/3/2009 | Road Home/ ACG Payment Acceptance Form | Clifford Washington Dep Ex.28 | Clifford Washington Dep Ex.28 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources | | | 2 |
| JX-1547 | PX-0256 | DX-01768 | 8/13/2007 | Claim for Damage, Injury, or Death - Clifford Washington | NRL730-0408 | NRL730-0409 | 3 | | | | | |
| JX-1548 | PX-0006 | DX-01778 | 00/00/0000 | Auto Club Family Insurance Company claim file for Fred Holmes | ACFIC 000001 | ACFIC 002057 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1549 | PX-0005 | DX-01779 | 00/00/0000 | Liberty Mutual claim file for Kenneth and Jeannine Armstrong | LM ARMSTRONG 1 | LM ARMSTRONG 979 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1550 | PX-0102 PX-1231 | DX-01781 | 00/00/0000 | State Farm claim file for Alvin Livers | Livers 0001 | Livers 00193 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1615 | PX-1393 | DX-01849 | | Flood Contents Worksheet for Kenny Armstrong with handwritten entries | Taylor Dep. Ex. 12, WGII Taylor Daubert Motion Ex. 21 | Taylor Dep. Ex. 12, WGII Taylor Daubert Motion Ex. 21 | 3 | | | | | | |
| JX-1616 | PX-2802 | DX-01851 | | Liberty Mutual Additional Living Expense Worksheet | LMIC-ARMS 0194 | LMIC-ARMS 0195 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1617 | PX-2804 | DX-01852 | 12/8/2005 | Letter from TMAC, Inc. to Kenny Armstrong re: Renovation of home located at 4016 Hamlet Dr. | LMIC-ARMS 0151 | LMIC-ARMS 0161 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1618 | PX-2701 | DX-01853 | | Letter from J&A Quality Renovations LLC to F. Holmes re: Renovation of home located at 1205 Perrin Ave. | ACFIC 000692 | ACFIC 000693 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |

| | | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-1619 | | DX-01854 | 11/16/2005 | The ASU Group: Estimate re: 1205 Perrin Drive | ACFIC 001053 | ACFIC 001059 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1620 | PX-0007 | DX-01855 | | Flood 'N' Screen Closing Sheet | ACFIC 000435 | ACFIC 000458 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1621 | PX-2785 | DX-01856 | | Letter to VJ from Fred and Jeneen Holmes | ACFIC 000175 | ACFIC 000175 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1622 | PX-2820 | DX-01857 | | Spreadsheet listing contents, quantities, amount, location | ACFIC 000185 | ACFIC 000190 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| JX-1623 | PX-2749 | DX-01859 | 10/6/2006 | Letter from Rimkus Consulting Group, Inc. to York Claims Service, Inc. re: Clifford Washington | CITIZENS 000339 | CITIZENS 000350 | 3 | | | | | | |
| | | DX-01685 | | Holmes v. Club Insurance Agency, Inc. Requests for Production of Documents (part 2) | ACFIC 0001232 | ACFIC 0001242 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | | 4 |
| | | DX-01699 | 9/25/2011 | Deposition of Jeneen Holmes, September 25, 2011 | | | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of Diminution of Value as an Appropriate Measure of Damages. | | 4,2,3 |
| | | DX-01701 | | Income summary for Fred and Jeneen Holmes | Jeneen Holmes Dep Ex.2 | Jeneen Holmes Dep Ex.2 | 3 | | | | | | |
| | | DX-01702 | | Account History of Jeneen Holmes from Teachers' Retirement System of Louisiana | Jeneen Holmes Dep Ex.3 | Jeneen Holmes Dep Ex.3 | 3 | | | | | | |

| | | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DX-01703 | 2/13/2009 | Holmes v. Club Insurance Agency Inc., Requests for Production of Documents | ACFIC 000206 | ACFIC 000220 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | | 4 |
| | | DX-01705 | 8/17/2011 | Plaintiffs' 1st Supplemental Responses to Defendant United States' 1st Set of Interrogatories, Requests for Production, and Requests for Admission | Jeneen Holmes Dep Ex.9 | Jeneen Holmes Dep Ex.9 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-01730 | | Flood Contents Worksheet - Livers | Barbara Livers Dep Ex.2, WGII Taylor Daubert Motion Ex. 22 | Barbara Livers Dep Ex.2, WGII Taylor Daubert Motion Ex. 22 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | | | | 4 |
| | | DX-01771 | 00/00/2005 | Road Home claim file for Kenneth and Jeannine Armstrong | MEB468-000000805 | MEB468-000001069 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-01772 | 00/00/2005 | Road Home claim file for Ethel Mae Coats | MEB468-000000567 | MEB468-000000804 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-01773 | 00/00/2005 | Road Home claim file for Fred Holmes | MEB468-0000010712 57 | MEB468-0000010712 57 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-01774 | 00/00/2005 | Road Home claim file for Alvin Livers | MEB468-000000001 | MEB468-000000294 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-01775 | 00/00/2005 | Road Home claim file for Clifford Washington | MEB468-000000295 | MEB468-000000565 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | 4,2 | | 4,2 |

| | | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DX-01776 | 00/00/0000 | Alliance claim file for Ethel Mae Coals | ALLIANCE 000001 | ALLIANCE 000025 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-01777 | 00/00/0000 | Allstate Insurance claim file for Kenneth and Jeannine Armstrong | ALLSTATE 000001 | ALLSTATE 000084 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-01780 | 00/00/0000 | Louisiana Citizens claim file for Clifford Washington | CITIZENS 000001 | CITIZENS 000350 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-01850 | | Confidential Receipt and Release Agreement | LM-ARMSTRONG-229 | LM-ARMSTRONG-234 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-01854 | 11/16/2005 | The ASU Group: Estimate re: 1205 Perrin Drive | ACFIC 001053 | ACFIC 001059 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-01858 | 2/14/2006 | Letter from State Farm Insurance to Alvin Livers re draft of statement of settlement | LIVERS 004 | LIVERS 015 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-02121 | | Elevation Certificate for Coats Residence | Danner Dep. Ex. 05A (2007) | Danner Dep. Ex. 05A (2007) | 3 | | | | | | |
| | | DX-02122 | | Elevation Certificate for Wade Residence | Danner Dep. Ex. 05B (2007) | Danner Dep. Ex. 05B (2007) | 3 | | | | | | |
| | | DX-02123 | | Elevation Certificate for Davis Residence | Danner Dep. Ex. 05C (2007) | Danner Dep. Ex. 05C (2007) | 3 | | | | | | |
| | | DX-02124 | | Elevation Certificate for Armstrong Residence | Danner Dep. Ex. 05D (2007) | Danner Dep. Ex. 05D (2007) | 3 | | | | | | |
| | | DX-02460 | 3/29/2006 | 03/29/06 Letter to Liberty Mutual from Kenny Armstrong | LMIC-ARMS 0136-138; 0150-0153 | LMIC-ARMS 0136-138, 0150-0153 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings | | | | 4 |

| | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DX-02461 | 6/29/2006 | Estimated cost of repairs to Armstrong Home from Liberty Mutual | LMIC-ARMS 0154 | LMIC-ARMS 0162 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 4,2 |
| | | DX-02463 | | FEMA Claim File (Alvin Livers); Author: FEMA | MEB449-000000018 | MEB449-000000025 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 4,2 |
| | | DX-02464 | | FEMA Claim File (Clifford Washington); Author: FEMA | MEB449-000000581 | MEB449-000000879 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 4,2 |
| | | DX-02465 | | FEMA Claim File (Ethel Mae Coats); Author: FEMA | MEB449-000000255 | MEB449-000000368 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 4,2 |
| | | DX-02466 | | FEMA Claim File (Fred Holmes); Author: FEMA | MEB449-000000195 | MEB449-000000254 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 4,2 |
| | | DX-02467 | | FEMA Claim File (Kenneth and Jeannine Armstrong); Author: FEMA | MEB449-000000369 | MEB449-000000580 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 4,2 |
| | | DX-02480 | 3/29/2006 | 03/29/06 Letter to Liberty Mutual from Kenny Armstrong | LMIC-ARMS 0136-138; 0150-0153 | LMIC-ARMS 0136-138; 0150-0153 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 4,2 |
| | | DX-02461 | 6/29/2006 | Estimated cost of repairs to Armstrong Home from Liberty Mutual | LMIC-ARMS 0154 | LMIC-ARMS 0162 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | 4,2 |

| | | | | | | | | | | | | | MIL Numeric Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DX-02463 | | FEMA Claim File (Alvin Livers); Author: FEMA | MEB449-000000018 | MEB449-000000025 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-02464 | | FEMA Claim File (Clifford Washington); Author: FEMA | MEB449-000000581 | MEB449-000000879 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-02465 | | FEMA Claim File (Ethel Mae Coats); Author: FEMA | MEB449-000000255 | MEB449-000000368 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-02466 | | FEMA Claim File (Fred Holmes); Author: FEMA | MEB449-000000195 | MEB449-000000254 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |
| | | DX-02467 | | FEMA Claim File (Kenneth and Jeannine Armstrong); Author: FEMA | MEB449-000000369 | MEB449-000000580 | 3 | | This exhibit is the subject of a Motion in Limine to Exclude Insurance Claim Files and Unrelated Legal Proceedings. | This exhibit is the subject of a Motion in Limine to Exclude Evidence of or Reference to Payments from Collateral Sources. | | | 4,2 |