UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WIKINSON |
| | * | |
| PERTAINS TO: *MRGO,* | | |
| *Armstrong, NO. 10-866* | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION IN LIMINE TO EXCLUDE MOTION IN LIMINE TO EXCLUDE ANY TESTIMONY OF OR EVIDENCE PERTAINING TO MILES BRODSKY

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above enumerated action, who respectfully move this Court for an order excluding the testimony of or evidence pertaining to Miles Brodsky for reasons set forth in the accompanying memorandum.

**WHEREFORE**, Plaintiffs pray that this Court grant their motion to exclude the testimony of and evidence pertaining to Miles Brodsky and enter an order striking same.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

    s/Joseph M. Bruno
Joseph M. Bruno (La. Bar No. 3604)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6776
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

/s/James Parkerson Roy
MR-GO PSLC Liaison Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et. al. Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of August, 2012.

/s/*Joseph M. Bruno*
Joseph M. Bruno

Case 2:05-cv-04182-SRD-JCW   Document 20954   Filed 08/10/12   Page 3 of 3