UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: MRGO<br>    *Armstrong*, No. 10-866 | *<br>*  CIVIL ACTION<br>*<br>*  NO. 05-4182<br>*<br>*  SECTION "K"(2)<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION IN LIMINE BY PLAINTIFFS TO EXCLUDE EVIDENCE OF, OR
REFERENCE TO, PAYMENTS FROM COLLATERAL SOURCES**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully move this Court *in limine* for an order excluding evidence of or reference to, payments by collateral sources, for the reasons and based on the authority cited in the attached memorandum.

**WHEREFORE,** Plaintiffs respectfully request that this Court enter an Order excluding any evidence of or reference to, payments to Plaintiffs by collateral sources.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

/s/ *Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
BRUNO & BRUNO, L.L.P.

1

>855 Baronne Street
>New Orleans, Louisiana 70113
>Telephone: (504) 525-1335
>Facsimile: (504) 561-6775
>Email: jbruno@brunobrunolaw.com
>
>MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE
>
>/s/ *James Parkerson Roy*
>JAMES PARKERSON ROY (La. Bar No. 11511)
>MR-GO PSLC Liaison Counsel
>Domengeaux Wright Roy & Edwards LLC
>P.O. Box 3668
>Lafayette, LA. 70502
>Telephone: (337) 593-4190 or (337) 233-3033
>Facsimile: 337-233-2796
>Email: jimr@wrightroy.com
>
>for
>
>MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
>Jonathan Andry (The Andry Law Firm, New Orleans, LA)
>Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
>James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

### **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of August, 2012.

>*/s/ Joseph M. Bruno*
>Joseph M. Bruno