## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Armstrong*, No. 10-866 | § | |
| _____ | § | |

## DEFENDANTS' MOTION IN LIMINE TO LIMIT OR EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT, CHAD MORRIS, AND TO LIMIT CHAD MORRIS'S TESTIMONY TO <u>OPINIONS CONTAINED IN HIS EXPERT REPORT</u>

Comes now Defendant United States, joined by Defendant Washington Group International, Inc., to move this Court for an order limiting the proposed testimony of Plaintiffs' Expert, Chad Morris, to the elevations of Plaintiffs' residences.  Defendants further request that any other opinions offered by Chad Morris be excluded or limited to the opinions expressly set forth in his expert report of July 18, 2011.  Defendants' argument is set forth in the attached memorandum.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General
PHYLLIS J. PYLES
Director, Torts Branch
JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

/s/ Conor Kells
CONOR KELLS
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4400/616-5200 (fax)
Conor.Kells@usdoj.gov
Attorneys for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 10, 2012, I served a true copy of the foregoing upon the Court via hand-delivery pursuant to the Court's July 26, 2012 Minute Entry.  Notice of this filing will be delivered electronically via CM/ECF to all counsel of record.

/s/ Conor Kells
Conor Kells