Survey and Spatial Data In the Vicinity of the
Inner Harbor Navigation Canal (IHNC)

Prepared for

Katrina Canal Breaches Consolidated Litigation
Civil Action Number: 05-4182 "K" (2)
United States District Court
Eastern District of Louisiana

By

Chad A. Morris, P.L.S.
CMor Consulting LLC
Baton Rouge, Louisiana

July 18, 2011

I have been retained by Plaintiffs in the *Katrina Canal Breaches Consolidated Litigation* to review survey data, spatial data, aerial photography, LIDAR data, photographs, and construction drawings related to the flooding of the areas near the Inner Harbor Navigation Canal (IHNC) in the wake of Hurricane Katrina.  The primary focus of this report is to obtain and interpret key survey-related data for use in examining the cause and results of floodwall breaches along the IHNC during and after Hurricane Katrina.  I have furnished relevant data to other members of the Plaintiff expert team.

**Professional Qualifications:**

I am a Professional Land Surveyor registered to practice in Louisiana and Texas. I have over 20 years of experience in the field of surveying and mapping.  My experience includes traditional surveying, Global Positioning System (GPS) surveying including static, differential (DGPS) and real time kinematic (RTK) techniques, extensive work with photogrammetric data, use of Light Detection and Ranging (LIDAR) data.  I also have extensive experience in performing and supervising inland hydrographic surveys, and experience in dealing with vertical datum issues unique to southern Louisiana.

I graduated with honors from the University of Florida in 1991 with a Bachelor of Science Degree in Surveying and Mapping.  While at the University of Florida, I received the national Schonstedt Scholarship in Surveying.

In August 2006, I established CMor Consulting, LLC, specializing in litigation support and specialty industrial surveying.  I have performed, or am currently performing, litigation support on cases involving an oil spill in Chalmette, Louisiana, a

2

case involving an oil spill in Coffeyville, Kansas, Katrina related cases against Mercy Hospital in New Orleans, in addition to cases related to the flooding of Greater New Orleans.

I was the Vice President of LandSource, Inc., a Baton Rouge, Louisiana, surveying and mapping firm from 2004 to 2006. I was Project Coordinator and later Operations Manager for Hydro Consultants, a Baton Rouge, Louisiana surveying and mapping firm from 1991 to 2004.

I am a member and past-president of the Louisiana Society of Professional Surveyors (LSPS). I served as President of LSPS in 2003 to 2004, and as Secretary-Treasurer of LSPS in 2002 to 2003. I was Chairman of the LSPS State Convention Committee in 2001 to 2002. I served as LSPS District 6 Chairman in 2001. I have held several other LSPS offices and have served on a number of other committees.

I prepared maps, which won the nation-wide American Congress on Surveying and Mapping (ACSM) – National Society of Professional Surveyors (NSPS) Map and Plat Competition in 2001, 1999 and 1997.

I have written several articles which were published in the Louisiana Engineering and Survey Journal in 2003 and 2004.

I have testified as an expert in surveying and mapping in both state and federal courts.

I previously prepared expert reports and testified as an expert in Robinson vs. USA litigation concerning the Mississippi River Gulf Outlet (MRGO).

**Coordinate System, Units and Datum**

Horizontal coordinates for spatial data provided in this report refer to the Louisiana State Plane Coordinate System, South Zone, NAD 83.  The unit of measurement is the U.S. Survey Foot.  Elevations are in feet and refer to the North American Vertical Datum of 1988 (NAVD88-2004.65).

**1.0     LIDAR Data**

I obtained Light Detection and Ranging (LIDAR) data of the Greater New Orleans area from the U.S. Army Corps of Engineers IPET Web site https://ipet.wes.army.mil/.   The LIDAR data sets listed below were each downloaded from the IPET web site.

(A) 5 meter resolution Pre-Katrina LIDAR of the entire area adjusted to NAVD88, 2004.65 datum.

(B) 1 foot resolution Pre-Katrina LIDAR of the levees adjusted to NAVD88, 2004.65 datum.

(C) 3 foot resolution Pre-Katrina LIDAR of metro New Orleans adjusted to NAVD88, 2004.65 datum

(D) 2 foot resolution Post-Katrina LIDAR of the levees adjusted to NAVD88, 2004.65 datum

(E) 3 foot resolution Post-Katrina LIDAR of the levees adjusted to NAVD88, 2004.65 datum.

These LIDAR data sets were geo-referenced into the Louisiana State Plane Coordinate System, NAD83, South Zone.  The horizontal unit of measurement utilized was the U.S. Survey Foot.

**2.0 Photography**

Aerial photography of the area was obtained from several sources.  The primary aerial sets utilized in this report are listed below:

(A) Pre-Katrina 2004 1 meter ground resolution DOQQ aerials downloaded from the www.atlas.lsu.edu web site.

(B) Post-Katrina 2005 1 meter ground resolution DOQQ aerials downloaded from the www.atlas.lsu.edu web site.

(C) Post-Katrina 1 foot ground resolution 8/31/05 and 9/2/05 GE Energy aerial photography which is available on the IPET web site.

(D) Historical Photography of the IHNC area obtained from Gulf Coast Aerial Mapping, in Baton Rouge, Louisiana.

### 3.0 North Floodwall Break

There were 2 major breaks in the floodwall along the easterly side of the IHNC.

The northerly of these breaks was located at the north end of the Boland Marine property,

between Law Street and Florida Avenue.  This break will be referred to as the North

Break in this report.



**Figure 3-1** North Break shown with respect to proposed future channel, floodwall, and WGI work areas which are shown in red. Date of photo 4-15-05.  Edges of channel taken from Lock Replacement Project DM1, Dwg. No. H-2-45013 Plate 5.



**Figure 3-2** WGI Planned Work Areas at Boland Marine.  Floodwall breach location was added to existing work plan drawing, which was provided by WGI, showing their structure removal and excavation areas at the site.



**Figure 3-3** Aerial Photograph of IHNC North Break Location 10-18-96 - Future break is shown in yellow. Red boxes represent some of the WGI work sites.



**Figure 3-4** Aerial Photograph of IHNC North Break Location 11-13-02 - Note that the wharf and above-ground portion of the buildings shown in the previous photograph have been removed.



**Figure 3-5** Aerial Photograph of IHNC North Break Location 4-15-05 - Future break is shown in yellow. Note the change in the shape of the shoreline immediately west of the future break location.



**Figure 3-6** Aerial Photograph of IHNC North Break Location 9-2-05 - This photograph was taken a few days after Hurricane Katrina. Note that the flood waters can be seen flowing out of the break.



115062502-06 BOL – PREPPING TO REMOVE CROSS BRACES – STEWART          WGI008718A

**Figure 3-7** Boland Marine - Wharf Piles Prior to Removal



122-072402-05 BOL – Timber piles loaded onto barge – Stewart Construction          WGI008739A

**Figure 3-8** Boland Marine - Wharf Piles After Removal



047062201-14 BOL – Exploratory Excavation At Subsurface Concrete AT #7 – Full Reach of Equipment

047062201-15 BOL – Peeling Back Steel Ribbed Plate At Subsurface Concrete AT #  WGI005937

**Figure 3-9** Boland Marine - Deep Excavation



187-082603-02 Pilings to be removed at Boland Marine

187-082603-04 Piling from Boland Marine after removal                    WGI016079A

**Figure 3-10** Boland Marine - Removal of Piles under Foundations



074111201-22 BOL Pilings Under Subsurface Concrete                    WGI0064844

**Figure 3-11** Boland Marine - Piles Under Subsurface Concrete



075111601-20 BOL – Steel and Concrete Pilings from Foundation #009    WGI0057244

**Figure 3-12** Boland Marine - Steel and Concrete Piles Removed from Foundation #9

13



236032205-14 Ongoing excavation and sand backfill placement at Area 8 at Boland Marine   WGI014930A

**Figure 3-13** Boland Marine - Excavation and Placement of Sand Backfill



5. Placing imported sand backfill material at the north side of Area 2 at Boland Marine

WGI064977A

**Figure 3-14** Boland Marine - Placement of Sand Backfill

## 2.0 ESTIMATE BASIS AND ASSUMPTIONS

The objective of this Task Order Modification is to implement the field work required to excavate and dispose of subsurface foundations at the Boland Marine site; excavate and dispose of ACM (transite) at the Boland Marine site;-, and excavate and dispose of the subsurface concrete waste at the ITT site in preparation for future dredging operations to widen the EBIA for Lock Replacement. Prior phases of Task Order 26 covered scoping of the project, preparation of work plans, subcontractor planning and procurement as well as site development with remedial action. It is assumed that the phase of work covered in this proposal will begin September 28, 2001.

OSHA's Hazardous Waste Operations and Emergency Response (HAZWOPER) requirements will apply to all field work performed under this modification.

This section covers the assumptions that form the basis of our cost proposal. The assumptions below are organized in accordance with our proposed Work Breakdown Structure (WBS) at the Task level. Table 1 presents a breakdown of the work elements in USACE's Statement of Work (SOW).

### 2.1 Task 18, 3.1 -- Boland Marine Subsurface Foundations

There are eight "discovered" subsurface concrete foundations located at the Boland Marine site. Seven of the concrete foundations average 22 cubic yards (33 tons) per foundation. An eighth foundation is estimated to be at a minimum 510 cubic yards (765 tons) with a potential for an additional 200 cubic yards of volume (305 tons). The eighth foundation measures 25' x 22' to a depth greater than 25' below mean sea level (msl). The total depth of this foundation has not been determined.

The construction of the eighth foundation includes a steel exterior framework that appears to consist of salvaged barge. This exterior framework also extends beyond 25' msl. Exploratory excavation of the discovered foundations indicate that pilings exist underneath the subsurface foundations. Exploratory excavation also indicates that there is a potential for groundwater to inundate the excavation cavity of the eighth foundation.

### Technical Assumptions

1. An estimated collective volume of 1,300 tons of concrete will need to be excavated from the Boland Marine site. Concrete will be broken up on site during excavation and subsequently transported to a recognized concrete recycler. Measurement for payment will be based on site manifest and tonnage weigh tickets generated at the concrete recycle plant. It is assumed that rebar is in the subsurface concrete. Recovered rebar will be first evaluated for transportation and disposal at a recycling operation with the salvage value being reintroduced to the project. In the event the rebar can not be recycled, it will be transported to an industrial landfill for disposal.

2. Pilings are expected to be located under all subsurface foundations. The pilings are believed to be placed on 5' centers with an average piling length of 30'. An estimated 33 pilings (990

F:\Koenig\TERC\Proposals\Prop113.doc                    2

WGI057609

**Figure 3-15** Boland Marine - Discovery of 8 Subsurface Foundations with Piles to 25 Feet Below Sea Level

Figures 3-1 through 3-15 are comprised of photographs and information provided by WGI documenting a portion of their construction activities on the Boland Marine site in the vicinity of the North Break. These images show that their work in the area was extensive and that it included multiple excavations and pile removals which extended to

elevations as deep as 25' below sea level.  Based on the WGI images that I have seen,

backfilling of these excavations appears to have consisted primarily of non-compacted

material and sand.

## 4.0 South Floodwall Break

There were 2 major breaks in the floodwall along the easterly side of the IHNC.

The southerly of these breaks was located along the easterly side of the Saucer Marine

Property.  This break will be referred to as the South Break in this report.



**Figure 4-1** South Break shown with respect to proposed future channel, floodwall, and WGI work areas which are shown in red. Date of photo 4-15-05.  Edges of channel taken from Lock Replacement Project DM1, Dwg. No. H-2-45013 Plate 4.



**Figure 4-2** WGI Planned Work Areas at Saucer Marine. I added the floodwall breach location to this work plan drawing, which was provided by WGI, showing their structure removal and excavation areas at the site.



**Figure 4-3** Aerial Photograph of IHNC South Break Location 10-18-96 - Future break is shown in yellow.



**Figure 4-4** Aerial Photograph of IHNC South Break Location 11-13-02 - Note that the wharf and above-ground portion of the buildings shown in the previous photograph have been removed.



**Figure 4-5** Aerial Photograph of IHNC Sorth Break Location 4-15-05 - Future break is shown in yellow.



**Figure 4-6** Aerial Photograph of IHNC South Break Location 9-2-05 - This photograph was taken a few days after Hurricane Katrina. Note that the flood waters can be seen flowing out of the break.



118070302-09 SAU – BENCH / SLOPE AT BH30G – WGI                    WGI008727A

**Figure 4-7** Saucer Marine Excavation



162-021003-5   Continued excavation at Borehole 27/28H (Saucer Marine)

162-021003-6   Continued excavation at Borehole 27/28H (Saucer Marine)   WGI010708A

**Figure 4-8** Saucer Marine Excavation



163-021003-6   Borehole 27/28H looking East (Saucer Marine)   WGI010717A

**Figure 4-9**  Saucer Marine Excavation



073110601-19 SAU – Backfill Of The Cofferdam Excavation            WGI006095A

**Figure 4-10** Saucer Marine Backfill of Excavation



029050101-13 SAU – Measuring Piling Lengths From South Side Of Bldg #86            WGI001078A
**Figure 4-11** Saucer Marine Excavation and Pile Removal



029050101-17 SAU – Extracting Pilings From West Side Of #86                WGI001582A

**Figure 4-12** Saucer Marine Pile Removal from Excavation



034051401-08 SAU – Piling Removal At #100                WGI001085A

**Figure 4-13** Saucer Marine Pile Removal from Excavation

Figures 4-1 through 4-13 are comprised of photographs and information provided by WGI documenting a portion of their construction activities on the Saucer Marine site in the vicinity of the South Break. These images show that their work in the area was extensive and that it included multiple excavations and pile removals. Based on the WGI images that I have seen, backfilling of these excavations appears to have consisted primarily of non-compacted material and sand.

### 5.0 Plaintiff Property Elevations

At my request, LandSource, Inc. performed survey work on May 18, 2011, at 5 plaintiff-owned properties to determine elevations at each site. The elevation of the highest natural ground was measured at each site, and where buildings and/or slabs still existed their elevations were measured. This information will be used in conjunction with hydrographs, which are being prepared by other Plaintiff experts, showing flood water levels at each site.

| Plaintiff - Address | Elevation - High Natural Ground | Elevation 1st Floor | Type of Construction |
| --- | --- | --- | --- |
| Armstrong - 4016 Hamlet Place | -2.9 | Vacant lot | Single story on slab at grade |
| Coats - 1022 Charbonnet St | 0.8 | 4.3 | Single story raised on blocks |
| Livers - 4924 St. Claude Ave | 1.2 | 1.6 | 2 story on slab at grade 8' ceilings |
| Washington - 5027 N. Derbigny | -2.0 | -1.7 | Single story partially on slab at grade |
| Holmes - 1205 Perrin Dr | -2.0 | Vacant lot | Single story on slab at grade |

Note that the type of construction was based on observation of the buildings that still exist, insurance claim forms, and information provided by Scott Taylor.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  July 18, 2011

_____
Chad A. Morris P.L.S.