UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re Katrina Canal Breaches | § | Civil Action |
| Consolidated Litigation | § | No. 05-4182 "K" (2) |
| | § | Judge Duval |
| | § | Mag. Wilkinson |
| Pertains to : MRGO | § | |
| *Armstrong*, C.A. No. 10-866 | § | |

**United States' Motion to Strike Dr. Reed Mosher's**
***Robinson* testimony from the Master Exhibit List**

Under Federal Rule of Civil Procedure 16 and Federal Rules of Evidence 402, 403, 802, and 804, the United States, on behalf of all Defendants,[1] requests this Court to strike two exhibits containing Dr. Reed Mosher's prior testimony in *Robinson* from the Master Exhibit List: PX-0742 and PX-4023.

---

[1] Washington Group International, Inc. is filing a concurrent Motion to Join the United States' Motion in Limine to Exclude or Limit Testimony of Chad Morris and Motion to Strike Dr. Reed Mosher's Robinson Testimony from the Master Exhibit List.

Dated: August 10, 2012.                    Respectfully submitted,

                                                  STUART F. DELERY
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 *s/ John A. Woodcock*
JOHN A. WOODCOCK
Trial Attorney, Torts Branch,
Civil Division,
U.S. Department of Justice
Benjamin Franklin Station,
P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)

Attorneys for the United States

## CERTIFICATE OF SERVICE

I, John A. Woodcock, hereby certify that on August 10, 2012, a true copy of the foregoing was hand-delivered to the Court and served upon all parties by ECF. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic-filing system. Parties may access this filing through the Court's system.

 *s/ John A. Woodcock*
JOHN A. WOODCOCK