UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
| FILED IN   *Armstrong* (10-866) | |

### DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S MOTION TO EXCLUDE TESTIMONY AND EVIDENCE CONCERNING MELVIN MCELWEE

For the reasons set forth in the accompanying memorandum, Washington Group International, Inc. ("WGI") respectfully moves to exclude the testimony of Melvin McElwee in its entirety. Plaintiffs intend to call Mr. McElwee as a fact witness to "provide testimony regarding soil conditions within the IHNC region, and the response of the buried swamp/marsh layer within that region when it is penetrated".[1] Mr. McElwee, however, has never worked in the EBIA and has no personal knowledge regarding the soil conditions of the EBIA or any other salient facts relevant to this litigation, and his testimony should therefore be excluded. Additionally, WGI moves to exclude the following exhibits on Plaintiffs' Exhibit List related to Mr. McElwee: PX-0106, PX-0109, PX-0151, PX-0331, PX-0686, PX-0687, PX-1007, PX-1236, PX-1237, PX-1238, PX-1239, PX-2764, PX-3552, PX-3711, PX-3811, PX-4033, and PX-4557.

---

[1] Rec. Doc. 20920 at 62.

**WHEREFORE**, Washington Group International, Inc. respectfully moves to exclude the testimony of Melvin McElwee in its entirety and the following exhibits on Plaintiffs' Exhibit List related to Mr. McElwee:  PX-0106, PX-0109, PX-0151, PX-0331, PX-0686, PX-0687, PX-1007, PX-1236, PX-1237, PX-1238, PX-1239, PX-2764, PX-3552, PX-3711, PX-3811, PX-4033, and PX-4557.

Dated:  August 10, 2012

Respectfully submitted,

/s/William D. Treeby
William D. Treeby, 12901
James C. Gulotta, Jr., 6594
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
James E. Gauch
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Attorneys for Washington Group International, Inc.

1101653v.1

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion in Limine to Exclude Testimony and Evidence Concerning Melvin McElwee has been served upon the Court via hand-delivery pursuant to the Court's July 26, 2012 Minute Entry (Doc. 20927) this 10th day of August, 2012.  Notice of this filing will be sent by e-mail to all counsel of record.

                                                                 */s/ Heather S. Lonian*
                                                                 Heather S. Lonian

1101653v.1