UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION<br>*<br>*  NO. 05-4182<br>* |
| PERTAINS TO:  MRGO | *  SECTION "K" (2)<br>* |
| FILED IN: *Armstrong* (10-866) | *  JUDGE DUVAL<br>*<br>*  MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that, pursuant to the Court's Minute Entry dated July 31 (Rec. Doc. 20927), Washington Group International, Inc.'s Motion to Exclude Testimony and Evidence Concerning Melvin McElwee is being filed in Chambers and no hearing date has been set.

Dated:  August 10, 2012                                          Respectfully submitted,


   /s/William D. Treeby
   William D. Treeby, 12901
   James C. Gulotta, Jr., 6594
   Heather S. Lonian, 29956
       Of
   STONE PIGMAN WALTHER WITTMANN L.L.C.
   546 Carondelet Street
   New Orleans, Louisiana  70130
   Telephone:  (504) 581-3200
   Facsimile:   (504) 581-3361

   and

1101684v.1

- 2 -

                        Adrian Wager-Zito
                        James E. Gauch
                        Debra S. Clayman
                        JONES DAY
                        51 Louisiana Avenue, N.W.
                        Washington, D.C. 20001-2113
                        Telephone:  (202) 879-3939
                        Facsimile:  (202) 626-1700

                        Attorneys for Washington Group
                        International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2012, a copy of the above and foregoing Notice of Submission was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by e-mail.

                                                /s/ William D. Treeby